**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** <br><br> This Document Relates to: <br><br> *G.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09190-CRB <br><br> *M.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08088-CRB | Case No. 3:23-md-03084-CRB <br><br> **WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE WHY 6 PLAINTIFFS WHO HAVE SUBMITTED NON-BONA-FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE** <br><br> Judge: Hon. Charles R. Breyer <br> Courtroom: 6 – 17th Floor |

  Defendants' Motion for an Order to Show Cause seeks improper or at least unhelpful relief. ECF No. 4933. Thus, Plaintiffs must respectfully respond to Defendants' motion and urge the Court to (1) permit Plaintiffs sufficient time to respond to any order to show cause, and (2) disallow depositions.

  First, Plaintiffs' counsel has already addressed some of the issues raised in this motion in a motion to withdraw as counsel for M.J., ECF No. 4258, which the Court denied. ECF No. 4434. (Undersigned counsel may file a motion to withdraw as to G.M. at the appropriate time.) Thus, Plaintiffs take no position on whether or not an order to show cause should issue. However, if the Court is inclined to issue such an order, Plaintiffs respectfully request sufficient time to respond.

Second, for many of the same reasons raised in the prior motion to withdraw, Plaintiffs respectfully submit that any depositions will simply be a waste of time unless and until Plaintiffs come forward with information about the veracity of their ride receipts. That information can be submitted in response to an order to show cause, and Uber can request a deposition at that time, if need be.

Dated: January 21, 2026

Respectfully submitted,

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiffs G.M. and M.J.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: January 21, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiffs G.M. and M.J.*