1  [Submitting counsel below]

**UNITED STATES DISTRICT COURT**
**OF NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | NO. 3:23-MD-03084-CRB<br><br>**PLAINTIFF'S NOTICE OF FILING OF COURT EXHIBITS FOR JANUARY 21, 2026** |
| THIS DOCUMENT RELATES TO:<br><br>*JAYLYNN DEAN V. UBER TECHS., INC.*,<br>N.D. CAL. NO. 23-CV-06708<br>D. ARIZ. NO. 25-CV-4276 | JUDGE: HONORABLE CHARLES R. BREYER<br>CTRM.: D. ARIZ., 501 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN,<br>                    PLAINTIFF,<br>V.<br>UBER TECHNOLOGIES, INC., ET AL.,<br>                    DEFENDANTS. | NO. 25-CV-4276-PHX-CRB<br><br>JUDGE: HONORABLE CHARLES R. BREYER<br>CTRM.: 501 |

Plaintiff gives notice of the filing of the following court exhibits for January 13-20, 2026:

| Court Exhibit | Court Exhibit Description |
|---|---|
| 4 | Designation Run Report for Dara Khosrowshahi as played in Court 01/13/2026 (07-01-2025) during Dr. Drumwright's examination |
| 5A | Designation Run Report for Elizabeth Ross as played in Court 01/14 – 15/2026 (06-11-12-2025) |
| 5B | Elizabeth Ross Deposition Exhibit Chart |
| 6A | Designation Run Report for Rebecca Payne as played in Court 01/20/2026 (4-2-3-2025, 5-13-2025) |
| 6B | Rebecca Payne Deposition Exhibit Chart |

Dated: 1/21/2026                    Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*slondon@girardsharp.com*

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
*rabrams@peifferwolf.com*

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
*luhana@chaffinluhana.com*

Co-Lead Counsel

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 21, 2026                   By: /s/*Roopal P. Luhana*
                                                              Roopal P. Luhana