# COURT EXHIBIT 4

Designation Run Report for Dara Khosrowshahi
as played in Court 01/13/2026 (07-01-2025)

# KHOSROWSHAHI, DARA - As-Played in Court 01-13-26

Designation List Report

 **Khosrowshahi, Dara**  2025-07-01

| PLF Affirmative | 00:00:52 |
|---|---|
| **TOTAL RUN TIME** | **00:00:52** |



ID: KD-110_19-111_18

KD-110_19-111_18 - KHOSROWSHAHI, DARA - As-Played in Court 01-13-26

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 110:19 - 111:18 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4** | 00:00:52 | KD-110_19-111_18.1 |
| | 110:19    Let me ask you this:  To your | | |
| | 110:20    knowledge, has this information, the fact | | |
| | 110:21    that in 2023 the rate of critical sexual | | |
| | 110:22    assaults on the Uber platform had gone up, | | |
| | 110:23    had this been shared with the public? | | |
| | 110:24 A. I don't know. | | |
| | 110:25 Q. What about, what is the -- what is | | |
| | 111:01    D. Khosrowshahi - Highly Confidential | | |
| | 111:02    going on with the rate of critical sexual | | |
| | 111:03    assaults on the Uber platform for 2024, did | | |
| | 111:04    it continue to go up? | | |
| | 111:05 A. I don't know. | | |
| | 111:06 Q. You have no idea? | | |
| | 111:07 A. I don't know. | | |
| | 111:08 Q. Have you asked anyone? | | |
| | 111:09 A. I don't remember whether I've asked | | |
| | 111:10    someone specifically about 2024. | | |
| | 111:11 Q. Is that something that you care | | |
| | 111:12    about? | | |
| | 111:13 A. It is. | | |
| | 111:14 Q. Okay.  Why would you not have asked | | |
| | 111:15    someone? | | |
| | 111:16 A. We have a lot of things going on | | |
| | 111:17    and I just don't remember if I specifically | | |
| | 111:18    asked someone. | | |

| | | | |
|---|---|---|---|
| | PLF Affirmative | 00:00:52 | |
| | **TOTAL RUN TIME** | **00:00:52** | |