# COURT EXHIBIT 5B

Elizabeth Ross Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00292 | 1037 | E. Ross LinkedIn |
| P-00297 | 1043 | UBER000205949 |
| P-00299 | 1045 | UBER_JCCP_MDL_005757293 |
| P-00300 | 1046 | UBER_00510964 |
| P-00301 | 1048 | UBER_JCCP_MDL_000031085 |
| P-00302 | 1050 | UBER_JCCP_MDL_000250826 |
| P-00304 | 1052 | UBER_JCCP_MDL_000159491 |
| P-00305 | 1053 | UBER_JCCP_MDL_000180990 |
| P-00306 | 1054 | UBER_JCCP_MDL_002323084 |
| P-00307 | 1055 | UBER_JCCP_MDL_002321649 |
| P-00308 | 1056 | UBER_JCCP_MDL_000250691 |
| P-00311 | 1059 | UBER_JCCP_MDL_000253977 |
| P-00312 | 1060 | UBER_JCCP_MDL_003504225 |
| P-00313 | 1061 | UBER_JCCP_MDL_000198944 |
| P-00319 | 1067 | UBER_JCCP_MDL_002334393 |
| P-00320 | 1068 | RideCheck Holdout Group PPT |
| P-00321 | 1069 | UBER_JCCP_MDL_002334160 |
| P-00339 | 1087 | UBER000120814 |
| P-01177 | 1049 | UBER_JCCP_MDL_001720345 |
| P-01316 | 1063 | UBER_JCCP_MDL_002655853 |