# COURT EXHIBIT 6B

Rebecca Payne Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-01457 | JCCP 2529 | UBER_JCCP_MDL_000959841 |
| P-01462 | JCCP 2534 | UBER000181228 |
| P-01463 | JCCP 2535 | UBER_JCCP_MDL_003233092 |
| P-01464 | JCCP 2536 | UBER_JCCP_MDL_004160506 |
| P-01465 | JCCP 2537 | UBER_JCCP_MDL_000371151 |
| P-10467 | JCCP 2539 | UBER_JCCP_MDL_001163716 |
| P-01468 | JCCP 2540 | UBER_JCCP_MDL_001715523 |
| P-01469 | JCCP 2541 | UBER_JCCP_MDL_003664790 |
| P-01474 | JCCP 2546 | UBER_JCCP_MDL_001709709 |
| P-01475 | JCCP 2547 | UBER_JCCP_MDL_003375025 |
| P-01476 | JCCP 2548 | UBER_JCCP_MDL_003918074 |
| P-01479 | JCCP 2551 | UBER_JCCP_MDL_001858327 |
| P-01481 | JCCP 2553 | UBER_JCCP_MDL_003682972 |
| P-01482 | JCCP 2554 | UBER_JCCP_MDL_001462106 |
| P-01483 | JCCP 2555 | UBER_JCCP_MDL_003382219 |
| P-01484 | JCCP 2556 | UBER_JCCP_MDL_001683396 |
| P-01480 | JCCP 2552 | UBER_JCCP_MDL_003374988 |
| P-01492 | JCCP 2564 | UBER_JCCP_MDL_003040649 |