[Submitting counsel below]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR MISTRIAL / ORDER GRANTING DEFENDANT'S MOTION TO STRIKE UNDISCLOSED EVIDENCE AND PREJUDICIAL TESTIMONY REGARDING JENNIFER CHASE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor<br><br>Date Filed: January 22, 2026<br><br>Trial Date: January 13, 2026 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>Plaintiff,<br><br>v. UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  501 |

Having considered Defendants' January 22, 2026 Motion for Mistrial, or in the Alternative to Strike Undisclosed Evidence and Prejudicial Testimony Regarding Jennifer Chase,

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE DR. MINETTE DRUMWRIGHT'S UNDISCLOSED EXPERT OPINIONS
CASE NO. 3:23-md-03084-CRB

1  and Plaintiff's response thereto, the Court hereby [**GRANTS** the Motion for Mistrial and

2  **ORDERS** that the current trial proceedings are nullified, the jury is discharged, and the matter is

3  effectively reset] // [**GRANTS** the Motion to Strike and **ORDERS** that Plaintiff's undisclosed

4  evidence and improper testimony regarding Jennifer Chase be stricken from the trial record,

5  including but not limited to the following excerpts and trial exhibits:

| Evidence Topic | Transcript Citations and Admitted Trial Exhibits |
|---|---|
| Evidence of Ms. Chase's Activity on Uber Platform | Tr. 1205:13–1209:10; P-04532 |
| Questioning Implying Ms. Chase's Version of Events | Tr. 1253:4-1254:18 |

]

**IT IS SO ORDERED.**

Dated:_____

                          Hon. Charles R. Breyer
                          United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE DR. MINETTE DRUMWRIGHT'S
UNDISCLOSED EXPERT OPINIONS
CASE NO. 3:23-md-03084-CRB