1

**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053

2

940 Lincoln Street
Denver, CO 80203

3

Tel: (720) 208-9417

4

Fax: (888) 875-2889
sluther@wagstafflawfirm.com

5

Attorney for Plaintiff

6

*Admitted Pro Hac Vice*

7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

8

9

10

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |

11

12

13

| *This document relates to:* | **NOTICE OF FILING OF NEW ACTION** |

14

Al.T.  v. UBER TECHNOLOGIES, INC., *et al.*; 3:26-CV-00581-CRB

15

16

17

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

18

with Jury Demand in the above-referenced action was filed on January 20, 2026.

19

Dated: January 22, 2026

20

Respectfully submitted,

21

22

*/s/ Sommer D. Luther*
Sommer D. Luther, CO 35053
**WAGSTAFF LAW FIRM**

23

940 Lincoln Street

24

Denver, CO 80203
Tel: (720) 208-9417

25

Fax: (888) 875-2889

26

sluther@wagstafflawfirm.com
Attorney for Plaintiff

27

*Admitted Pro Hac Vice*

28

CASE NO. 3:23-md-03084-CRB                          NOTICE OF FILING OF NEW ACTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 22, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.


                                    */s/ Sommer D. Luther*
                                    Sommer D. Luther

2