Jeffrey L. Haberman (*pro hac vice*)
Jonathan Gdanski *(pro hac vice anticipated)*
Elana B. Goodman *(pro hac vice anticipated)*
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
          JHaberman@schlesingerlaw.com
          egoodman@schlesingerlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB**<br><br>**NOTICE OF FILING OF NEW ACTION** |
| *This Document Relates to:*<br><br>*Rachel N. Dillingham v. Uber Technologies, Inc., et al; 3:26-cv-00549-CRB* | |

**NOTICE OF FILING OF NEW ACTION**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 19, 2026.

Dated: January 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Respectfully submitted,

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman (pro hac vice)
Jonathan Gdanski (*pro hac vice anticipated*)
Elana B. Goodman (*pro hac vice anticipated*)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
JHaberman@schlesingerlaw.com
egoodman@schlesingerlaw.com

*Counsel for Plaintiff*