# Exhibit A

# Payne, Rebecca April/May 2025 - v11p

Designation List Report

| | | |
|---|---|---|
|  Payne, Rebecca | | 2025-04-02 |
| Payne, Rebecca | | 2025-04-02 |
| Payne, Rebecca | | 2025-04-03 |
| Payne, Rebecca | | 2025-04-03 |
| Payne, Rebecca | | 2025-05-13 |
| Payne, Rebecca | | 2025-05-13 |

| | |
|---|---|
| PLF Affirmative | 00:52:42 |
| DEF Counter | 00:07:13 |
| Overlaps | 00:00:15 |
| **TOTAL RUN TIME** | **01:00:11** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 341:15 - 341:17 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:11 | **PR_v11p.61** |

341:15  Q.  So here we are, this is an e-mail on
341:16       April 2nd, 2021.  Do you see that?
341:17  A.  Yes.

| | | | |
|---|---|---|---|
| 341:18 - 342:09 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:40 | **PR_v11p.62** |

341:18  Q.  And it's from Ms. Pimentel to Uber's CEO,
341:19       right?
341:20  A.  Yes.
341:21  Q.  And it says, "We need to discuss Women
341:22       Rider Preferred in the US.  It is a controversial
341:23       topic and ultimately an ELT-level decision.  Gus,
341:24       Sachin, and team are ready and I'm working on
341:25       getting all the pre-briefs done with various folks
342:01       to make it productive," right?
342:02  A.  Yes.
342:03  Q.  And the agenda at 11:30, you, among
342:04       others, are going to be, looks like, presenting to
342:05       the ELT on a Women Rider Preferred discussion,
342:06       right?
342:07  A.  Yes.
342:08  Q.  So this is a decision that's being taken
342:09       to the top, right?

| | | | |
|---|---|---|---|
| 342:11 - 342:11 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:02 | **PR_v11p.63** |

342:11       THE WITNESS:  Yes. I think it was a very (edited)

| | | | |
|---|---|---|---|
| 342:12 - 342:15 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:13 | **PR_v11p.64** |

342:12       in-depth, you know, all of these years of kind of
342:13       work and discussion on the project, and, you know,
342:14       continued drive to want to launch it in the U.S. as
342:15       well.

| | | | |
|---|---|---|---|
| 342:17 - 342:20 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:09 | **PR_v11p.65** |

342:17  Q.  Now, as we saw before internally at Uber,
342:18       there are -- there were many proponents of moving
342:19       forward with a women-matching option in the United
342:20       States, right?

| | | | |
|---|---|---|---|
| 342:22 - 342:23 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:02 | **PR_v11p.66** |

342:22       THE WITNESS:  Yes, and I was certainly one
342:23       of them.

| | | | |
|---|---|---|---|
| 342:25 - 343:03 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:09 | **PR_v11p.67** |

**PR_v11p - Payne, Rebecca April/May 2025 - v11p**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 342:25  Q.  Right.  That included you, right?  But the | | **PR_v11p.67** |
| | 343:01       legal folks at Uber was -- were claiming there was a | | |
| | 343:02       significant legal risk associated with a | | |
| | 343:03       female-matching option, right? | | |
| 343:08 - 343:12 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:10 | **PR_v11p.68** |
| | 343:08  A.  The legal team provided inputs, but that | | |
| | 343:09       was discussions with counsel. | | |
| | 343:10  Q.  All right.  Let's look at what some of | | |
| | 343:11       Uber's employees were saying leading up to this | | |
| | 343:12       executive leadership team meeting in 2021. | | |
| 343:21 - 344:06 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:26 | **PR_v11p.69** |
| | 343:21  Q.  Okay.  So this is a series of Slack | | |
| | 343:22       messages, right? | | |
| | 343:23  A.  That's what it appears to be, yes. | | |
| | 343:24  Q.  Between Jodi Page, Andrew Hasbun, and | | |
| | 343:25       Brittany Anthony, right? | | |
| | 344:01  A.  Yes. | | |
| | 344:02  Q.  And Andrew Hasbun and Brittany Anthony, | | |
| | 344:03       those are two -- those are the only two people who | | |
| | 344:04       were presenting along with you at the March 1st, | | |
| | 344:05       2021 Stand for Safety ELT meeting, right? | | |
| | 344:06  A.  Yes. | | |
| 344:10 - 344:21 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:33 | **PR_v11p.70** |
| | 344:10  Q.  So let's look at what they were saying | | |
| | 344:11       internally.  Mr. Hasbun starts, "I am raging again. | | |
| | 344:12       We are OK with SRAD which literally labels someone | | |
| | 344:13       higher risk because their phone is not fully charged | | |
| | 344:14       but no OK with WRP?  The insanity must stop."  Do | | |
| | 344:15       you see that? | | |
| | 344:16  A.  I do. | | |
| | 344:17  Q.  And then after Brittany Anthony has a | | |
| | 344:18       couple comments, Ms. Page says, "What congressman | | |
| | 344:19       would not want their daughter to use this feature if | | |
| | 344:20       she was planning to drive for Uber," right? | | |
| | 344:21  A.  That's what it says. | | |
| 345:14 - 345:16 | **Payne, Rebecca 2025-04-02 - PIP MP4** | 00:00:07 | **PR_v11p.71** |
| | 345:14  Q.  Down below, Ms. Page says, "How can we | | |
| | 345:15       dismiss legal realities if we don't know what they | | |
| | 345:16       are?" | | |