| | |
|---|---|
| 1 | Jeffrey L. Haberman (*pro hac vice*) |
| 2 | Jonathan Gdanski *(pro hac vice anticipated)*<br>Elana B. Goodman *(pro hac vice anticipated)* |
| 3 | **SCHLESINGER LAW OFFICES, PA**<br>1212 Southeast Third Avenue |
| 4 | Ft. Lauderdale, FL 33316<br>Telephone: 954-467-8800 |
| 5 | Facsimile: 954-320-9509<br>Email: Jonathan@schlesingerlawoffices.com |
| 6 | JHaberman@schlesingerlaw.com<br>egoodman@schlesingerlaw.com |
| 7 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB<br><br>NOTICE OF FILING OF NEW ACTION |
| *This Document Relates to:*<br><br>*Keisha L. Joyner v. Uber Technologies, Inc., et al; 3:26-cv-00520-CRB* | |

### NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 16, 2026.

Dated: January 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Respectfully submitted,

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman (pro hac vice)
Jonathan Gdanski (*pro hac vice anticipated*)
Elana B. Goodman (*pro hac vice anticipated*)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
JHaberman@schlesingerlaw.com
egoodman@schlesingerlaw.com

*Counsel for Plaintiff*