Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>Jane Doe KG 008 v. UBER TECHNOLOGIES, INC., et al.,<br><br>Case No. 3:25-CV-05320-CRB, MDL ID 3649 | |

- 1 -

EX A – DECLARATION OF SADI R. ANTONMATTEI-GOITIA IN SUPPORT OF PLAINTIFF'S RESPONSE…

I, Sadi R. Antonmattei-Goitia, declare:

1. I am an attorney in the law firm of Kherkher Garcia, LLP. I am a member in good standing of the State Bars of Texas and Puerto Rico and am admitted to practice before this Court *Pro Hac Vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I am counsel of record for Plaintiff in the above-entitled action, and I make this declaration in support of Motion to Withdraw. I either personally or through members of my law firm reached out to Plaintiff numerous times from September 12, 2025 to present, as follows:

- 09/12/2025 – Called Plaintiff to contact our office. Texted Plaintiff twice to contact our office.
- 10/22/2025 - Called, Texted and Emailed Plaintiff to contact our office.
- 10/27/2025 - Called and Texted Plaintiff to contact our office.
- 10/27/2025 - Ran TLO Comprehensive report on client. Called an associate on the report, left message.
- 10/27/2025 – Sent Plaintiff a Contact Us Letter via Email, United States Postal Service Regular mail and Certified mail.
- 11/12/2025 – Called and Texted Plaintiff to contact our office.
- 11/14/2025 – Texted Plaintiff to contact our office.
- 11/28/2025 – Contact Us Letter sent Via Certified Mail was returned to our office. Per the United States Postal Service, the letter was undeliverable due to it not being picked up by the Plaintiff.
- 12/01/2025 - Called, Texted and Emailed Plaintiff to contact our office.
- 12/03/2025 – Sent Plaintiff a Contact Us Letter via Email, United States Postal Service Regular mail and Certified mail.
- 12/12/2025 – Certified letter sent to Plaintiff was picked up by an individual at the United States Post Office.
- 01/08/2025 - Called and Texted Plaintiff to contact our office.

3. I received no response from Plaintiff on any of these attempts.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd of January 2026 in Houston, Texas.

/s/ *Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia