**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING MOTION FOR MISTRIAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor<br><br>Date Filed: January 22, 2026<br><br>Trial Date: January 13, 2026 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN,<br><br>Plaintiff,<br><br>v. UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  501 |

1   Having considered Defendants' January 22, 2026 Motion for Reconsideration of the
2   Court's ruling denying Defendants' January 21, 2026 Motion for Mistrial, and Plaintiff's
3   response thereto, the Court hereby **GRANTS** the Motion for Reconsideration and **ORDERS** that
4   the current trial proceedings are nullified, the jury is discharged, and the matter is effectively
5   reset.

**IT IS SO ORDERED.**

Dated:_____

                                        _____
                                        Hon. Charles R. Breyer
                                        United States District Judge

-1-
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION
CASE NO. 3:23-md-03084-CRB