UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE INADMISSIBLE TESTIMONY OF THOMAS TREMBLAY** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor<br><br>Date Filed: January 23, 2026<br><br>Trial Date: January 13, 2026 |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  501 |

Having considered Defendants' January 23, 2026 Motion to Strike Inadmissible Testimony of Thomas Tremblay, and Plaintiff's response thereto, the Court hereby **GRANTS** the

Motion to Strike and **ORDERS** that Mr. Tremblay's testimony as to Defendants' knowledge or state of mind, and Mr. Tremblay's narrative summary of evidence, be stricken.

**IT IS SO ORDERED.**

Dated:_____

                                            Hon. Charles R. Breyer
                                            United States District Judge