John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
Steve Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com
Email: schulte@ntrial.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 5**<br><br>Judge: Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe NLG 2 (V.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08545-CRB<br><br>*Jane Doe NLG (N.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08186-CRB | |

## I. INTRODUCTION

On November 26, 2025, Defendants filed an Amended Motion to Dismiss the claims of the above-captioned Plaintiffs on the grounds that Plaintiffs failed to comply with Pretrial Order ("PTO") No. 5. *See* ECF No. 4490. PTO 5 establishes procedures and deadlines related to the production of bonafide ride receipts or Uber Ride Forms. *See* ECF No. 175. Further, on December 10, 2025, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss. *See* ECF No. 4619.

On January 9, 2026, this Court issued an Order dismissing without prejudice certain claims identified in Exhibit A of Defendants' Motion to Dismiss and requiring that counsel for Plaintiffs file notices of dismissal and serve a Rule 26(g) certification within 14 days of the date of the Order. *See* ECF No. 4966. Plaintiffs now submit this Motion to Reconsider the Court's Order as it relates to the above captioned Plaintiffs.

## II.  ARGUMENT

### A.  The above-captioned Plaintiffs have complied with PTO 5.

Plaintiffs identified in Exhibit A have served Uber Ride Forms via MDL Centrality as reflected by the production dates set forth therein. *See* Exhibit A. Counsel underwent extensive efforts to reestablish contact and communication with these Plaintiffs which were challenging but, ultimately, were successful before the date of the Court's Order.

Given that Plaintiffs have fully complied with their PTO 5 discovery obligations, Plaintiffs respectfully request that the Court reconsider dismissal of their cases and remove them from the dismissal Order, ECF No. 4966. Counsel for Plaintiffs believes that a reconsideration of the Order dismissing their cases is warranted as dismissal is unduly prejudicial to the Plaintiffs.

## III.  CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court amend the Order dismissing cases for failure to comply with PTO 5 to remove Plaintiffs.

Dated: January 23, 2026                    Respectfully submitted,

By: */s/ Arati Furness*
By: */s/ John Raggio*
By: */s/ Steven Schulte (Admitted Pro Hac Vice)*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
Steven Schulte (TX Bar No. 24051306)
*Appearance Pro Hac Vice*

**NACHAWATI LAW GROUP**

5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: schulte@ntrial.com
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*