# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG 2 (V.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08545-CRB<br><br>*Jane Doe NLG (N.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08186-CRB | Case No. 3:23-md-03084-CRB<br><br>**EXHIBIT A TO PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 5**<br><br>Judge: Honorable Charles R. Breyer |

**Plaintiffs with Uber Ride Forms Produced Prior to the Court's January 9, 2026 Order**

| MDL ID | Case Caption | Case Number | Cure Date | Document ID |
|---|---|---|---|---|
| 4174 | Jane Doe NLG 2 (V.F.) | 25-cv-08545 | 12/10/2025 | 175553 |
| 4106 | Jane Doe NLG (N.S.) | 25-cv-08186 | 1/21/2026 | 187107 |