1 | Jeffrey L. Haberman (*pro hac vice*)
2 | Jonathan Gdanski *(pro hac vice anticipated)*
  | Elana B. Goodman *(pro hac vice anticipated)*
3 | **SCHLESINGER LAW OFFICES, PA**
  | 1212 Southeast Third Avenue
4 | Ft. Lauderdale, FL 33316
  | Telephone: 954-467-8800
5 | Facsimile: 954-320-9509
  | Email: Jonathan@schlesingerlawoffices.com
6 |        JHaberman@schlesingerlaw.com
  |        egoodman@schlesingerlaw.com
7 | *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB |
|---|---|
| | NOTICE OF FILING OF NEW ACTION |
| *This Document Relates to:* <br><br> *Destiny Carter v. Uber Technologies, Inc., et al;* 3:26-cv-00490-CRB | |

### NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 16, 2026.

Dated: January 23, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Respectfully submitted,

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman (pro hac vice)
Jonathan Gdanski (*pro hac vice anticipated*)
Elana B. Goodman (*pro hac vice anticipated*)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
          JHaberman@schlesingerlaw.com
          egoodman@schlesingerlaw.com

*Counsel for Plaintiff*