1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| This Document Relates to: | Judge:     Hon. Charles R. Breyer |
| D.S. v. Uber Technologies, Inc., et al.; 3:25-cv-08807-CRB | Courtroom:  6 – 17th Floor |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff D.S. voluntarily dismisses the above-captioned action against all Defendants without prejudice.


Dated: January 23, 2026                    Respectfully submitted,


                                           /s/ Sommer D. Luther
                                           **WAGSTAFF LAW FIRM**
                                           Sommer D. Luther, CO 35053
                                           940 Lincoln Street
                                           Denver, CO 80203
                                           Tel: (720) 208-9417
                                           Fax: (303) 376-6361
                                           sluther@wagstafflawfirm.com
                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated:  January 23, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*fAttorney for Plaintif*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28