John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
Email: jmelugin@whlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3:23-md-03084-CRB |
| This Document Relates to: *WHB 3 v. Uber Technologies, Inc., et al.,* Case No. 3:24-CV-05061-CRB *WHB 12 v. Uber Technologies, Inc., et al.,* Case No. 3:24-CV-05058-CRB *WHB 203 v. Uber Technologies, Inc., et al.,* Case No. 3:24-CV-04912-CRB | **WILLIAM HART & BOUNDAS, LLP'S NOTICE OF VOLUNTARY DISMISSAL FILINGS & CASE TERMINATIONS OF 23 INDIVIDUAL WHB CASES** Judge: Honorable Charles R. Breyer |

1  *WHB 304 v. Uber Technologies, Inc., et al.,*
2  Case No. 3:24-CV-04801-CRB

3  *WHB 393 v. Uber Technologies, Inc., et al.,*
4  Case No. 3:24-CV-05633-CRB

5  *WHB 451 v. Uber Technologies, Inc., et al.,*
6  Case No. 3:24-CV-05256-CRB

7  *WHB 519 v. Uber Technologies, Inc., et al.,*
8  Case No. 3:24-CV-05627-CRB

9  *WHB 600 v. Uber Technologies, Inc., et al.,*
10  Case No. 3:24-CV-04941-CRB

11  *WHB 649 v. Uber Technologies, Inc., et al.,*
12  Case No. 3:24-CV-05095-CRB

13  *WHB 678 v. Uber Technologies, Inc., et al.,*
14  Case No. 3:24-CV-05961-CRB

15  *WHB 701 v. Uber Technologies, Inc., et al.,*
16  Case No. 3:24-CV-05138-CRB

17  *WHB 981 v. Uber Technologies, Inc., et al.,*
18  Case No. 3:24-CV-05573-CRB

19  *WHB 1144 v. Uber Technologies, Inc., et al.,*
20  Case No. 3:24-CV-04859-CRB

21  *WHB 1317 v. Uber Technologies, Inc., et al.,*
22  Case No. 3:24-CV-05791-CRB

23  *WHB 1331 v. Uber Technologies, Inc., et al.,*
24  Case No. 3:24-CV-05967-CRB

25  *WHB 1416 v. Uber Technologies, Inc., et al.,*
26  Case No. 3:24-CV-05667-CRB

27
28

*WHB 1417 v. Uber Technologies, Inc., et al.,*
Case No. 3:24-CV-05977-CRB

*WHB 1478 v. Uber Technologies, Inc., et al.,*
Case No. 3:24-CV-04833-CRB

*WHB 1596 v. Uber Technologies, Inc., et al.,*
Case No. 3:24-CV-05473-CRB

*WHB 1860 v. Uber Technologies, Inc., et al.,*
Case No. 3:24-CV-05568-CRB

*WHB 1916 v. Uber Technologies, Inc., et al.,*
Case No. 3:24-CV-05003-CRB

*WHB 2051 v. Uber Technologies, Inc., et al.,*
Case No. 3:25-CV-01226-CRB

*WHB 2055 v. Uber Technologies, Inc., et al.,*
Case No. 3:25-CV-01245-CRB

Comes now, Williams Hart & Boundas, LLP and files this Notice of Voluntary Dismissal Filings & Case Terminations of 23 Individual Williams Hart & Boundas Cases. This Notice lists the date on which each Plaintiff filed a Notice of Voluntary Dismissals in her individual case, as well as the date upon which the individual case was listed as terminated on ECF.

| JANE DOE ID | INDIVIDUAL CAUSE NUMBER | DATE FILED DISMISSAL | DATE TERMINATED | MDL/INDIV DOCKET # |
|---|---|---|---|---|
| WHB 3 | 3:24-CV-05061-CRB | 11/05/2025 | 11/06/2025 | 7 |
| WHB 12 | 3:24-CV-05058-CRB | 01/27/2025 | 01/28/2025 | 7 |
| WHB 203 | 3:24-CV-04912-CRB | 01/27/2025 | 1/27/2025 | 7 |
| WHB 304 | 3:24-CV-04801-CRB | 11/05/2025 | 11/06/2025 | 7 |
| WHB 393 | 3:24-CV-05633-CRB | 12/03/2025 | 12/03/2025 | 7 |
| WHB 451 | 3:24-CV-05256-CRB | 01/27/2025 | 01/27/2025 | 7 |

| JANE DOE ID | INDIVIDUAL CAUSE NUMBER | DATE FILED DISMISSAL | DATE TERMINATED | MDL/INDIV DOCKET # |
|---|---|---|---|---|
| WHB 519 | 3:24-CV-05627-CRB | 12/03/2025 | 12/03/2025 | 7 |
| WHB 600 | 3:24-CV-04941-CRB | 12/16/2025 | 12/17/2025 | 7 |
| WHB 649 | 3:24-CV-05095-CRB | 12/03/2025 | 12/03/2025 | 7 |
| WHB 678 | 3:24-CV-05961-CRB | 11/05/2025 | 11/06/2025 | 7 |
| WHB 701 | 3:24-CV-05138-CRB | 01/27/2025 | 01/27/2025 | 7 |
| WHB 981 | 3:24-CV-05573-CRB | 06/26/2025 | 06/26/2025 | 7 |
| WHB 1144 | 3:24-CV-04859-CRB | 12/03/2025 | 12/03/2025 | 7 |
| WHB 1317 | 3:24-CV-05791-CRB | 11/05/2025 | 11/06/2025 | 7 |
| WHB 1331 | 3:24-CV-05967-CRB | 12/16/2025 | 12/17/2025 | 7 |
| WHB 1416 | 3:24-CV-05667-CRB | 12/03/2025 | 12/03/2025 | 7 |
| WHB 1417 | 3:24-CV-05977-CRB | 12/16/2025 | 12/17/2025 | 7 |
| WHB 1478 | 3:24-CV-04833-CRB | 12/03/2025 | 12/03/2025 | 7 |
| WHB 1596 | 3:24-CV-05473-CRB | 12/03/2025 | 12/3/2025 | 7 |
| WHB 1860 | 3:24-CV-05568-CRB | 11/05/2025 | 11/06/2025 | 7 |
| WHB 1916 | 3:24-CV-05003-CRB | 12/03/2025 | 12/3/2025 | 7 |
| WHB 2051 | 3:25-CV-01226-CRB | 10/15/2025 | 10/16/2025 | 7 |
| WHB 2055 | 3:25-CV-01245-CRB | 11/05/2025 | 11/6/2025 | 7 |

Dated: January 23, 2026

Respectfully Submitted,

**WILLIAMS HART & BOUNDAS, LLP**

By: <u>/s/ Walt Cubberly</u>
    John Eddie Williams, Jr.
    Brian Abramson
    Margret Lecocke
    Walt Cubberly
    Batami Baskin
    Myles Shaw
    Joseph C. Melugin

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system which automatically sends notification of the filing to all counsel of record.

By: <u>/s/ Walt Cubberly</u>
    Walt Cubberly

CASE NO. 3:23-MD-03084-CRB   WHB'S NOTICE OF VOLUNTARY DISMISSAL FILINGS & CASE TERMINATIONS OF 23 INDIVIDUAL WHB CASES