Jeffrey L. Haberman (*pro hac vice*)
Jonathan Gdanski *(pro hac vice anticipated)*
Elana B. Goodman *(pro hac vice anticipated)*
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
        JHaberman@schlesingerlaw.com
        egoodman@schlesingerlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** <br><br> **NOTICE OF FILING OF NEW ACTION** |
| *This Document Relates to:* <br><br> *Stacy L. Pratt v. Uber Technologies, Inc., et al; 3:26-cv-00550-CRB* | |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 19, 2026.

Dated: January 23, 2026

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on January 23, 2026 I electronically transmitted the foregoing

3    Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing

4    thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

5

6

7

8                                          Respectfully submitted,

9    By: */s/ Jeffrey L. Haberman*
     Jeffrey L. Haberman (pro hac vice)
     Jonathan Gdanski (*pro hac vice anticipated*)
10   Elana B. Goodman (*pro hac vice anticipated*)
     **SCHLESINGER LAW OFFICES, PA**
11   1212 Southeast Third Avenue
     Ft. Lauderdale, FL 33316
12   Telephone: 954-467-8800
     Facsimile: 954-320-9509
13   Email: Jonathan@schlesingerlawoffices.com
            JHaberman@schlesingerlaw.com
14          egoodman@schlesingerlaw.com

15   *Counsel for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28