1  C. Brooks Cutter (SBN 121407)
   Jennifer S. Domer (SBN 305822)
2  Celine Cutter (SBN 312622)
   **CUTTER LAW P.C.**
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone: 916-290-9400
   Facsimile: 916-588-9330
5  Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
6         ccutter@cutterlaw.com

7
   *Attorneys for ROE CL Plaintiffs*
8

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*John Roe CL 6 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05892-CRB<br><br>*Jane Roe CL 211 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 212 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 216 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 218 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 219 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 223 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 224 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date:  February 13, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

## I. INTRODUCTION

On January 9, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Amended Pretrial Order ("PTO") 10. (Doc. 4967). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a PFS. Counsel has diligently attempted to comply with the production of the documents required for the discovery obligation of each of the Plaintiffs addressed in this motion. During the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4).

## ARGUMENT

Counsel has worked diligently in reaching the above referenced claimants, including alternate contact information, various methods of outreach such as text, email, and mailing. Counsel is continuing in our efforts to reach the remaining clients as described in the attached Declaration and will continue to do so.

Through Counsel's diligence, the Fact Sheets and verifications have been produced for Jane Roes CL 216, 219, 223, and 224. (Domer Dec. at ¶ 5-6). Therefore, these Fact Sheets should be removed from consideration of this motion.

## II. CONCLUSION

For the foregoing reasons, Counsel respectfully requests that the above-mentioned Plaintiffs, Jane Roes CL 216, 219, 223, and 224, be removed from the Motion as having produced the required documentation, and that Counsel be given additional time to produce the information required, as Counsel continues to follow up in various methods to locate the remaining missing Fact Sheets for the other named Plaintiffs.

Dated: January 23, 2026                    CUTTER LAW P.C.

                                           By:  /s/ Jennifer S. Domer

-1-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
    jdomer@cutterlaw.com
    ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

# CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: January 23, 2026                    CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
           jdomer@cutterlaw.com
           ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*