C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
      jdomer@cutterlaw.com
      ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*John Roe CL 6 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05892-CRB<br><br>*Jane Roe CL 211 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 212 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 216 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 218 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 219 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 223 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB<br><br>*Jane Roe CL 224 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Opposition to Defendants' Motion to Dismiss.

3. Counsel's firm has made extensive efforts to reach clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate these individuals. Through the database searches and private investigators, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

5. Counsel produced the Fact Sheet for Jane Roe CL 216 on January 21, 2026.

6. Counsel produced Fact Sheets for Jane Roes CL 219, 223, and 224 on January 22, 2026.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 23, 2026, in Sacramento, California.

Dated: January 23, 2026                                CUTTER LAW P.C.

                                                By:     /s/ Jennifer S. Domer
                                                        Jennifer S. Domer

                                                *Attorney for Roe CL Plaintiffs*