Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *Jane Doe TP v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07484-CRB *Jane Doe NT v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07540-CRB *Jane Doe LF v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07542-CRB *Jane Doe JL v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07545-CRB *Jane Doe NLG (R.K.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07976-CRB *Jane Doe NLG (N.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08109-CRB *Jane Doe NLG 5 (A.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08112-CRB *Jane Doe NLG (N.S.) v. Uber Technologies, Inc.,* | **DECLARATION OF ARATI FURNESS IN SUPPORT OF NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** Judge: Honorable Charles R. Breyer Date: February 13, 2026 Time: 10:00 a.m. Courtroom: 6 – 17th Floor |

1  *et al., No. 3:25-cv-08186-CRB*

2  *Jane Doe NLG (A.C.) v. Uber Technologies, Inc.,*
3  *et al., No. 3:25-cv-08187-CRB*

4  *Jane Doe NLG (D.S.) v. Uber Technologies, Inc.,*
   *et al., No. 3:25-cv-08258-CRB*
5

6  *Jane Doe NLG 2 (J.C.) v. Uber Technologies,*
   *Inc., et al., No. 3:25-cv-08259-CRB*

7  *Jane Doe NLG (M.U.) v. Uber Technologies,*
8  *Inc., et al., No. 3:25-cv-08264-CRB*

9  *Jane Doe NLG 4 (J.L.) v. Uber Technologies,*
   *Inc., et al., No. 3:25-cv-08523-CRB*
10

11 *Jane Doe NLG 2 (V.F.) v. Uber Technologies,*
   *Inc., et al., No. 3:25-cv-08545-CRB*
12

   *Jane Doe NLG (J.O.) v. Uber Technologies, Inc.,*
13 *et al., No. 3:25-cv-08567-CRB*

14
   *Jane Doe NLG 2 (T.B.) v. Uber Technologies,*
15 *Inc., et al., No. 3:25-cv-08633-CRB*

16 *Jane Doe NLG 2 (S.G.) v. Uber Technologies,*
   *Inc., et al., No. 3:25-cv-08707-CRB*
17

18 *Jane Doe NLG 3 (B.G.) v. Uber Technologies,*
   *Inc., et al., No. 3:25-cv-08732-CRB*
19
   *Jane Doe NLG 2 (J.H.) v. Uber Technologies,*
20 *Inc., et al., No. 3:25-cv-08736-CRB*

21
   *Jane Doe NLG (Y.H.) v. Uber Technologies, Inc.,*
22 *et al., No. 3:25-cv-08742-CRB*

23 *Jane Doe NLG (V.S.) v. Uber Technologies, Inc.,*
   *et al., No. 3:25-cv-08757-CRB*
24

25 *Jane Doe NLG 3 (P.L.) v. Uber Technologies,*
   *Inc., et al., No. 3:25-cv-08865-CRB*

26
   *Jane Doe NLG (M.S.) v. Uber Technologies, Inc.,*
27 *et al., No. 3:25-cv-09006-CRB*

28

*Jane Doe NLG (M.O.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09181-CRB

*Jane Doe NLG (R.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09182-CRB

*Jane Doe NLG (K.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09184-CRB

*Jane Doe NLG (J.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09186-CRB

*Jane Doe NLG (T.J.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09193-CRB

*Jane Doe NLG (R.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09197-CRB

*Jane Doe NLG (A.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09205-CRB

*Jane Doe NLG (C.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09213-CRB

*Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09180-CRB

*Jane Doe NLG (G.Z.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09315-CRB

## **DECLARATION OF ARATI FURNESS**

I, Arati Furness, declare as follows:

1. I am an attorney who is admitted to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the Plaintiffs represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10. ECF No. 4967. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber

3

Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 10. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Despite significant efforts, including numerous phone calls, emails, texts, letters, and/or address searches, our office has been unsuccessful in connecting with certain Plaintiffs as to the plaintiff fact sheets that are the subject of Defendants' Motion.

3. The following Plaintiffs have submitted verified plaintiff fact sheets and are therefore in compliance with PTO 10, as follows:

   (a) Plaintiffs Jane Doe NLG 3 (P.L.), Jane Doe NLG (T.J.), Jane Doe LF, Jane Doe NLG (J.O.), and Jane Doe NLG (R.R.)'s verified plaintiff fact sheets were submitted and produced on January 22, 2026.

   (b) Plaintiff Jane Doe NLG 4 (J.L.)'s verified plaintiff fact sheet was submitted and produced on December 15, 2025, under plaintiff portal ID 4154 (Case No. 3:25-cv-08523). Plaintiff portal ID 4244 was duplicative, and the account has been deactivated.

   (c) Plaintiff Jane Doe NLG 3 (B.G.)'s verified plaintiff fact sheet was submitted and produced on January 13, 2026, under plaintiff portal ID 4190 (Case No. 3:25-cv-08732). Plaintiff portal ID 4633 is duplicative and we have requested deactivation.

   (d) Plaintiff Jane Doe NLG (Y.H.)'s verified plaintiff fact sheet was submitted and produced on January 23, 2026, under plaintiff portal ID 4242 (Case No. 3:25-cv-08742). Plaintiff portal ID 4334 is duplicative and we have requested deactivation.

   (e) Plaintiff Jane Doe NLG (K.G.)'s verified plaintiff fact sheet was submitted and produced on January 13, 2026, under plaintiff portal ID 4407 (Case No. 3:25-cv-9184). Plaintiff portal ID 4592 is duplicative and we have requested deactivation.

   (f) Plaintiff Jane Doe NLG (G.Z.)'s verified plaintiff fact sheet was submitted and produced on January 22, 2026, under plaintiff portal ID 4144 (Case No. 3:25-cv-09315). Plaintiff portal ID 4599 is duplicative and we have requested deactivation.

4.  Counsel would therefore dispute their inclusion on Defendants' list of delinquencies for their Motion, as well as respectfully request for their exclusion on any future entry of dismissal by the Court.

Executed on January 23, 2026, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Arati Furness*
Arati Furness (CA Bar No. 225435)

5
DECL. OF ARATI FURNESS ISO NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10
CASE NO. 3:23-MD-03084-CRB