William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 635 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-07376-CRB<br><br>*Jane Doe LS 636 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-07381-CRB<br><br>*Jane Doe LS 639 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-07616-CRB<br><br>*John Doe LS 14 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-07844-CRB<br><br>*John Doe LS 15 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-07862-CRB<br><br>*Jane Doe LS 646 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-08086-CRB | Case No. 3:23-md-03084-CRB<br><br>**LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31**<br><br>Judge: Honorable Charles R. Breyer<br>Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

I.     **INTRODUCTION**

Uber wrongly presents this issue as one of refusal by the clients to provide the ride receipt declaration, as if they were unwilling to comply with the Court's Orders or have brought forth a fraudulent claim. However, this is not the case. The clients are not unwilling; our firm has been unsuccessful in obtaining current contact information in order to reach them to comply with this Court's orders. We acknowledge and understand that under PTO 31, the court created procedures and deadlines to produce certain. Our firm is, and has been, employing all of the resources available to us outside of the original contact information in an effort to obtain the necessary information.

There are many reasons why these victims of sexual assault could be unresponsive after having their case stayed for many years. These cases often involve young women who are mobile – changes in address name, phone number, etc. are all real human reasons why their contact information is no longer valid. Our office has employed extensive efforts to reach these plaintiffs. Those efforts predate the filing of Uber's motion.

II.     **ARGUMENT**

Jane Doe LS 639 and John Doe LS 15 are already subject to a prior Motion to Dismiss and should not also be subject to this motion. With respect to Jane Doe LS 639, we were able to briefly get in contact with the client but since then, she has once again become unresponsive. (Bokaie Dec., at ¶ 3.)

With respect to Jane Doe LS 652, we have been able to contact this client and are hopeful that we can complete the overdue discovery with her.

With respect to the remaining named clients, we have worked diligently to reach the above name plaintiffs. These efforts include numerous phone calls, emails, texts, written letters, and address searches. (Bokaie Dec., at ¶ 4.) We also employed investigators to trace new contact information for these individuals. (Bokaie Dec., at ¶ 5.) Simply put, while we have made every effort to reach these Plaintiffs to in order to make sure they are in compliance with this Court's Order. We have not received any indication that these clients are actually aware that they have failed to comply with the Court's orders.

1

Case No. 3:23-md-03084-CRB     LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

### III. CONCLUSION

For the foregoing reasons, we respectfully request that we be given additional time to follow up with the remaining Levin Simes named plaintiffs who have not satisfied PTO 31.

Dated: January 23, 2026					Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for LS Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2
CASE NO. 3:23-MD-03084-CRB     LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Samira J. Bokaie*
Samira J. Bokaie

3

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31