William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF SAMIRA J. BOKAIE IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31** |
| This Document Relates to: | |
| *Jane Doe LS 635 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-07376-CRB* | Judge: Honorable Charles R. Breyer |
| | Date: February 13, 2026 |
| *Jane Doe LS 636 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-07381-CRB* | Time: 10:00 a.m. |
| | Courtroom: 6 – 17th Floor |
| *Jane Doe LS 639 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-07616-CRB* | |
| *John Doe LS 14 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-07844-CRB* | |
| *John Doe LS 15 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-07862-CRB* | |
| *Jane Doe LS 646 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-08086-CRB* | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, Samira J. Bokaie, declare as follows:

1.  I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2.  This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 31.

3.  With respect to Jane Doe LS 639, we were able to briefly get in contact with the client but since then, she has once again become unresponsive.

4.  With respect to the remaining named clients, we have worked diligently to reach the above name plaintiffs. These efforts include numerous phone calls, emails, texts, written letters, and address searches.

5.  We also employed investigators to trace new contact information for these individuals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2026, in San Francisco, California.

Respectfully Submitted,

/s/ Samira J. Bokaie
Samira J. Bokaie
*Attorney for LS Plaintiffs*

CASE NO. 3:23-MD-03084-CRB    DECL. OF SAMIRA J. BOKAIE ISO LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax