1  William A. Levin (SBN 98592)
   Laurel L. Simes (SBN 134637)
2  David M. Grimes (SBN 324292)
   Samira J. Bokaie (SBN 332782)
3  **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250
   San Francisco, California 94111
5  Telephone: (415) 426-3000
   Facsimile:  (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Levin Simes Plaintiffs*

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

13   IN RE: UBER TECHNOLOGIES, INC.,         Case No. 3:23-md-03084-CRB
     PASSENGER SEXUAL ASSAULT
14   LITIGATION

15                                            **LEVIN SIMES PLAINTIFFS'**
                                              **OPPOSITION TO DEFENDANTS UBER**
16   _____      **TECHNOLOGIES, INC., RASIER, LLC,**
                                              **AND RASIER-CA, LLC'S MOTION TO**
17   This Document Relates to:                **DISMISS CASES FOR FAILURE TO**
                                              **COMPLY WITH AMENDED PTO 10**
18   *Jane Doe LS 639 v. Uber Technologies, Inc., et*
     *al., No. 3:25-cv-07616-CRB*
19
                                              Judge: Honorable Charles R. Breyer
20   *Jane Doe LS 640 v. Uber Technologies, Inc., et*   Date: February 13, 2026
     *al., No. 3:25-cv-07628-CRB*              Time: 10:00 a.m.
21                                            Courtroom: 6 – 17th Floor
     *Jane Doe LS 643 v. Uber Technologies, Inc., et*
     *al., No. 3:25-cv-08050-CRB*
22
23   *Jane Doe LS 646 v. Uber Technologies, Inc., et*
     *al., No. 3:25-cv-08086-CRB*
24
     *Jane Doe LS 651 v. Uber Technologies, Inc., et*
25   *al., No. 3:25-cv-09396-CRB*

26   *Jane Doe LS 652 v. Uber Technologies, Inc., et*
     *al., No. 3:25-cv-09398-CRB*
27

28

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## I.    INTRODUCTION

Uber wrongly presents this issue as one of refusal by the clients to fill out a Plaintiff Fact Sheet, as if they were unwilling to comply with the Court's Orders. However, this is not the case. The clients are not unwilling; our firm has been unsuccessful in obtaining current contact information in order to reach them to comply with this Court's orders. We acknowledge and understand that under PTO 10, the court created procedures and deadlines to produce a PFS. Our firm is, and has been, employing all of the resources available to us outside of the original contact information in an effort to obtain the necessary information.

There are many reasons why these victims of sexual assault could be unresponsive after having their case stayed for many years. These cases often involve young women who are mobile – changes in address name, phone number, etc. are all real human reasons why their initial contact information is no longer valid. Our office has employed extensive efforts to reach these plaintiffs. Those efforts predate the filing of Uber's motion.

## II.    ARGUMENT

Jane Doe LS 639 and John Doe LS 15 are already subject to a prior Motion to Dismiss and should not also be subject to this motion.  With respect to Jane Doe LS 639, we were able to briefly get in contact with the client but since then, she has once again become unresponsive. (Bokaie Dec., at ¶ 3.)

With respect to Jane Doe LS 652, we have been able to contact this client and are hopeful that we can complete the overdue discovery with her. With respect to the remaining named clients, we have worked diligently to reach the above name plaintiffs. These efforts include numerous phone calls, emails, texts, written letters, and address searches. (Bokaie Dec., at ¶ 4.) We also employed investigators to trace new contact information for these individuals. (Bokaie Dec., at ¶ 5.) Simply put, while we have made every effort to reach these Plaintiffs to complete a Plaintiff Fact Sheet, we have not received any indication that these clients are actually aware that they have failed to comply with the Court's orders.

## III.    CONCLUSION

For the foregoing reasons, we respectfully request that we be given additional time to

1

1    follow up with the remaining Levin Simes named plaintiffs with missing fact sheets.

2    Dated:  January 23, 2026                          Respectfully Submitted,

3                                                              **LEVIN SIMES LLP**

4                                                              */s/ Samira J. Bokaie*
5                                                              William A. Levin
     Laurel L. Simes
6    David M. Grimes
     Samira J. Bokaie
7    *Attorneys for LS Plaintiffs*

8

9

10

11

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone  •  415.426.3001 fax

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Samira J. Bokaie*
        Samira J. Bokaie

3