Ellyn Hurd, Esq. *(Pro Hac Vice)*
Jo Anna Pollock, Esq. *(Pro Hac Vice)*
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: (800) 479-9533
Facsimile: (618) 259-2251
Email: ehurd@simmonsfirm.com;
jpollack@simmonsfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| | Master Docket Case No. 3:23-md-03084 |
| **THIS DOCUMENT RELATES TO:** | Honorable Charles R. Breyer |
| *B.K. v. UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC*, No. 3:25-cv-08170 | **PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| | Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

## I.   INTRODUCTION

On January 9, 2026, Defendants filed a Motion to Dismiss the above-named Plaintiff on the grounds that Plaintiff failed to comply with Amended Pretrial Order ("PTO") No. 10 [ECF Doc. 4967]. PTO 10 and its amendment establish procedures and deadlines related to the production of Plaintiff Fact Sheets [ECF Doc. 348 and Doc. 4287].

---

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS [ECF 4967] – 3:25-cv-08170**

## I.    ARGUMENT

As the Court is aware, plaintiffs may become unavailable for various reasons as litigation progresses. On January 22, 2026, Plaintiff produced a completed and verified Plaintiff Fact Sheet [MDL Centrality Document ID 187124] pursuant to PTO 10 and its amendment, and provided duly executed record release authorizations. Accordingly, Plaintiff submits that Defendants' Motion is moot and respectfully requests that the Court deny Defendants' Motion to Dismiss as to Plaintiff B.K.

## II.    CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10 as to Plaintiff B.K.

Dated: January 23, 2026                              Respectfully submitted,

 /s/ Ellyn Hurd
Ellyn Hurd, Esq. *(Pro Hac Vice)*
Jo Anna Pollock, Esq. *(Pro Hac Vice)*
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: (800) 479-9533
Facsimile: (618) 259-2251
Email: ehurd@simmonsfirm.com;
jpollack@simmonsfirm.com

*Attorneys for Plaintiff*

---

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS [ECF 4967] – 3:25-cv-08170**

2

## CERTIFICATE OF SERVICE

I, Ellyn Hurd, hereby certify that on January 23, 2026, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Ellyn Hurd*
Ellyn Hurd