Ellyn Hurd, Esq. *(Pro Hac Vice)*
Jo Anna Pollock, Esq. *(Pro Hac Vice)*
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: (800) 479-9533
Facsimile: (618) 259-2251
Email: ehurd@simmonsfirm.com;
jpollack@simmonsfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| | Master Docket Case No. 3:23-md-03084 |
| **THIS DOCUMENT RELATES TO:** | Honorable Charles R. Breyer |
| *B.K. v. UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC*, No. 3:25-cv-08170 | **ATTORNEY ELLYN HURD'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| | Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

I, Ellyn Hurd, declare as follows:

1. I am an attorney at Simmons Hanly Conroy, LLP, admitted to practice before the courts of the State of California. I am one of the counsels of record in this case, and I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

---

**DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS [ECF 4967] – 3:25-cv-08170**

2.      This Declaration is made in support of the Response and Opposition to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10.

3.      Counsel's firm produced the Plaintiff Fact Sheet in this case, along with the duly executed medical authorizations, in accordance with PTO 10 and its amendment.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 23, 2026.

Dated: January 23, 2026                    Respectfully submitted,

           /s/ Ellyn Hurd
Ellyn Hurd, Esq. *(Pro Hac Vice)*
Jo Anna Pollock, Esq. *(Pro Hac Vice)*
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: (800) 479-9533
Facsimile: (618) 259-2251
Email: ehurd@simmonsfirm.com;
jpollack@simmonsfirm.com

*Attorneys for Plaintiff*

---

**DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS [ECF 4967] – 3:25-cv-08170**

**CERTIFICATE OF SERVICE**

I, Ellyn Hurd, hereby certify that on January 23, 2026, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Ellyn Hurd*
Ellyn Hurd

---

**DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS [ECF 4967] – 3:25-cv-08170**

3