UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING MOTION FOR MISTRIAL** |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>      Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge:  Honorable Charles R. Breyer<br>Ctrm.:   501 |

Having considered Defendants' Motion for Reconsideration of the Court's Order Denying Motion for Mistrial, the Court **DENIES** the Motion. Defendants have not demonstrated any of the prerequisites for reconsideration. *See* D. Ariz. L.R. 7.2(g); *In re Transpacific Air Transp. Antitrust Litig.*, 2023 WL 1428564, at *2 (N.D. Cal. Jan. 25, 2023), *aff'd*, 2024 WL 810703 (9th Cir. Feb. 27, 2024); *Fallay v. S.F. City & Cnty.*, 2016 WL 888901, at *2 (N.D. Cal. Mar. 8, 2016), *aff'd*, 706 F. App'x 439 (9th Cir. 2017).

**IT IS SO ORDERED.**

Dated: _____

                                                Hon. Charles R. Breyer
                                                United States District Judge