# EXHIBIT A

# Wong, Sunny 062525- v10p - As-Played in Court 01-21-26

## Designation List Report



| | |
|---|---|
| **Wong, Sunny** | **2025-06-25** |
| **Wong, Sunny** | **2025-06-25** |

| | |
|---|---|
| PLF Affirmative | 00:22:42 |
| DEF Counter | 00:03:09 |
| **TOTAL RUN TIME** | **00:25:52** |

**WS625_v10p-As-PlayedinCourt1-21-26 - Wong, Sunny 062525- v10p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:13 - 9:15 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:05 | **WS625_v10p-As-PlayedinCourt1-21-26.1** |
| | 9:13    Q.  Mr. Wong, would you please state your full | | |
| | 9:14        name? | | |
| | 9:15    A.  My name is Sunny Wong. | | |
| 20:25 - 21:03 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:07 | **WS625_v10p-As-PlayedinCourt1-21-26.2** |
| | 20:25        What is your current title (edited) | | |
| | 21:01        at Uber? | | |
| | 21:02    A.  My current title is a Senior Applied | | |
| | 21:03        Science Manager. | | |
| 22:02 - 22:05 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:12 | **WS625_v10p-As-PlayedinCourt1-21-26.3** |
| | 22:02    Q.  Since you started at Uber, has it been | | |
| | 22:03        your mission to improve safety on the Uber platform? | | |
| | 22:04    A.  When I joined, my focus was to improve | | |
| | 22:05        safety on the platform, and continues to be that. | | |
| 26:07 - 26:10 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:07 | **WS625_v10p-As-PlayedinCourt1-21-26.4** |
| | 26:07    Q.  So is it true that most of your team's | | |
| | 26:08        work is focused on preventing sexual assault, sexual | | |
| | 26:09        misconduct, and physical assault? | | |
| | 26:10    A.  Correct. | | |
| 27:11 - 27:14 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:15 | **WS625_v10p-As-PlayedinCourt1-21-26.5** |
| | 27:11    Q.  Okay.  I'd like to shift to talking about | | |
| | 27:12        S-RAD and kind of overall what that is.  "S-RAD" | | |
| | 27:13        stands for "Safety Risk Assessed Dispatch," right? | | |
| | 27:14    A.  Right. | | |
| 27:15 - 27:20 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:18 | **WS625_v10p-As-PlayedinCourt1-21-26.6** |
| | 27:15    Q.  And S-RAD is a program that Uber developed | | |
| | 27:16        to take risk of sexual assault into account when it | | |
| | 27:17        makes dispatch decisions, right? | | |
| | 27:18    A.  The goal of S-RAD was to create a safety | | |
| | 27:19        feature with the goal of reducing the rate of sexual | | |
| | 27:20        assaults and sexual misconducts. | | |
| 30:19 - 30:23 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:16 | **WS625_v10p-As-PlayedinCourt1-2** |
| | 30:19    Q.  The goal of S-RAD is to reduce actual | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 30:20    sexual assaults on the Uber platform, right? | | |
| | 30:21   A.   The goal is to reduce the sexual -- rate | | |
| | 30:22    of sexual assaults on the platform, and we leverage | | |
| | 30:23    reporting data. | | |
| 31:07 - 31:08 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:00 | **WS625_v10p-As-PlayedinCourt1-21-26.8** |
| | 31:07    (Whereupon Exhibit 1239 was marked for | | |
| | 31:08    identification.) | | |
| 32:09 - 32:16 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:23 | **WS625_v10p-As-PlayedinCourt1-21-26.9** |
| | 32:09   Q.   So looking at Page 2 of Exhibit 1239, this | | |
| | 32:10    is a PowerPoint presentation titled "S-RAD | | |
| | 32:11    Performance Overview," dated November 2018. Do you | | |
| | 32:12    see that? | | |
| | 32:13   A.   I do. | | |
| | 32:14   Q.   This was during the time period when S-RAD | | |
| | 32:15    was just being initially studied, right? | | |
| | 32:16   A.   I believe that was the case, yep. | | |
| 32:19 - 32:23 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:23 | **WS625_v10p-As-PlayedinCourt1-21-26.10** |
| | 32:19   Q.   Turning to Page 5 of Exhibit 1239. The | | |
| | 32:20    motivation behind S-RAD was to reduce sexual | | |
| | 32:21    assaults on the Uber platform, right? | | |
| | 32:22   A.   I see that Sunny Jeon has written that on | | |
| | 32:23    this slide, yes. | | |
| 33:11 - 33:14 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:09 | **WS625_v10p-As-PlayedinCourt1-21-26.11** |
| | 33:11   Q.   And the way that S-RAD does that is by | | |
| | 33:12    identifying and preventing driver-rider matches with | | |
| | 33:13    elevated risk, right? | | |
| | 33:14   A.   Correct. | | |
| 33:18 - 33:23 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:20 | **WS625_v10p-As-PlayedinCourt1-21-26.12** |
| | 33:18   Q.   Other than S-RAD, is there anything | | |
| | 33:19    else -- are there any other safety programs that | | |
| | 33:20    Uber uses to try to reduce the risk of sexual | | |
| | 33:21    assault with respect to its dispatch or driver-rider | | |
| | 33:22    matches? | | |
| | 33:23   A.   I'm not aware of any. | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 34:12 - 34:13 | **Wong, Sunny 2025-06-25 - PIP MP4** | | 00:00:00 | **WS625_v10p-As-PlayedinCourt1-21-26.13** |
| | 34:12 | (Whereupon Exhibit 1240 was marked for | | |
| | 34:13 | identification.) | | |
| 35:01 - 35:11 | **Wong, Sunny 2025-06-25 - WIT MP4** | | 00:00:41 | **WS625_v10p-As-PlayedinCourt1-21-26.14** |
| | 35:01 | of the actual document, this is a document dated | | |
| | 35:02 | July 2018, titled "S-RAD Model Overview," authored | | |
| | 35:03 | by Sunny Jeon, right? | | |
| | 35:04 | A.  Correct. | | |
| | 35:05 | Q.  And if we look under the header that says | | |
| | 35:06 | "Summary" on that page, it says, "To support Uber's | | |
| | 35:07 | company-wide priority to reduce critical safety | | |
| | 35:08 | incidents, the Safety & Insurance team has developed | | |
| | 35:09 | a data-driven intervention for preventing sexual | | |
| | 35:10 | assaults."  Do you see that? | | |
| | 35:11 | A.  I do see that. | | |
| 36:01 - 36:10 | **Wong, Sunny 2025-06-25 - PIP MP4** | | 00:00:32 | **WS625_v10p-As-PlayedinCourt1-21-26.15** |
| | 36:01 | Q.  Under the next bullet point, "Main | | |
| | 36:02 | results," it says, "S-RAD may represent Uber's most | | |
| | 36:03 | effective intervention for preventing sexual | | |
| | 36:04 | assaults."  Do you see that? | | |
| | 36:05 | A.  I do see that, yeah.  I mean, that's Sunny | | |
| | 36:06 | Jeon's framing of what he thought this potentially | | |
| | 36:07 | could be. | | |
| | 36:08 | Q.  And was Sunny Jeon a data scientist who | | |
| | 36:09 | was working on the safety area at Uber? | | |
| | 36:10 | A.  He was. | | |
| 40:22 - 41:07 | **Wong, Sunny 2025-06-25 - PIP MP4** | | 00:00:38 | **WS625_v10p-As-PlayedinCourt1-21-26.16** |
| | 40:22 | Q.  If you look at the first sentence there, | | |
| | 40:23 | it says, "The S-RAD model leverages a variety of | | |
| | 40:24 | trip, driver, and rider-level predictors to detect | | |
| | 40:25 | driver-rider matches with elevated risk of sexual | | |
| | 41:01 | assaults."  Do you see that? | | |
| | 41:02 | A.  I do see that on the document. | | |
| | 41:03 | Q.  Where this 2018 S-RAD document is talking | | |
| | 41:04 | about predictors, is that the same thing that you're | | |
| | 41:05 | referring to as "inputs" or "features"? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 41:06    A.   Yeah, it looks like they use it pretty | | |
| | 41:07          interchangeably. | | |
| 43:11 - 43:12 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:08 | **WS625_v10p-As-PlayedinCourt1-21-26.17** |
| | 43:11       So just for the record, Exhibit 1239 is | | |
| | 43:12       Bates number ending in 2266899. (edited) | | |
| 43:16 - 43:22 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:18 | **WS625_v10p-As-PlayedinCourt1-21-26.18** |
| | 43:16    Q.   The title of this slide is "Prevention | | |
| | 43:17          Strategy:  Risk Signals."  Do you see that? | | |
| | 43:18    A.   I do see it. | | |
| | 43:19    Q.   The first bullet point says, "Sexual | | |
| | 43:20          assaults are rare and appear unpredictable, but many | | |
| | 43:21          have risk signals."  Do you see that? | | |
| | 43:22    A.   I do see that. | | |
| 44:04 - 44:09 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:20 | **WS625_v10p-As-PlayedinCourt1-21-26.19** |
| | 44:04    Q.   Uber looks to inputs or features in order | | |
| | 44:05          to try to signal risk, right? | | |
| | 44:06    A.   I mean, we continuously conduct analysis | | |
| | 44:07          to help provide insights to help continually improve | | |
| | 44:08          the S-RAD model.  So that's just part of the work we | | |
| | 44:09          do. | | |
| 47:03 - 47:06 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:14 | **WS625_v10p-As-PlayedinCourt1-21-26.20** |
| | 47:03    Q.   The question is, "Can these risk signals | | |
| | 47:04          be leveraged to better anticipate and prevent sexual | | |
| | 47:05          assaults?"  Do you see where I'm reading from? | | |
| | 47:06    A.   I am able to see that. (edited) | | |
| 47:20 - 47:22 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:06 | **WS625_v10p-As-PlayedinCourt1-21-26.21** |
| | 47:20    Q.   And once S-RAD was developed, the (edited) | | |
| | 47:21          answer to the question here turned out to be "yes," | | |
| | 47:22          right? | | |
| 47:24 - 47:24 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:02 | **WS625_v10p-As-PlayedinCourt1-21-26.22** |
| | 47:24          THE WITNESS:  Correct. | | |
| 49:03 - 49:04 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:07 | **WS625_v10p-As-PlayedinCourt1-21-26** |
| | 49:03    Q.   Is Uber able to effectively predict the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 49:04   risk of sexual assault for driver trip pairings? | | |
| 49:06 - 49:11 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:17 | **WS625_v10p-As-PlayedinCourt1-21-26.24** |
| | 49:06   THE WITNESS:  No.  We try our best to -- | | |
| | 49:07   again, sexual assaults on the platform are | | |
| | 49:08   extremely, extremely rare.  And we are not able to | | |
| | 49:09   predict with reasonable confidence given the rarity | | |
| | 49:10   of such events.  Again, we try our best with | | |
| | 49:11   investing in things like S-RAD. | | |
| 58:05 - 58:06 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:00 | **WS625_v10p-As-PlayedinCourt1-21-26.25** |
| | 58:05   (Whereupon Exhibit 1241 was marked for | | |
| | 58:06   identification.) | | |
| 60:16 - 60:24 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:33 | **WS625_v10p-As-PlayedinCourt1-21-26.26** |
| | 60:16   Q.  As the person that Uber designated to | | |
| | 60:17   speak on its behalf about S-RAD, is S-RAD an | | |
| | 60:18   effective product for reducing sexual assault and | | |
| | 60:19   sexual misconduct incidents? | | |
| | 60:20   A.  Yes. | | |
| | 60:21   Q.  It's resulted in a statistically | | |
| | 60:22   significant reduction in rates of serious sexual | | |
| | 60:23   assault and sexual misconduct, right? | | |
| | 60:24   A.  Based on data I've seen, yes. | | |
| 68:16 - 68:18 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:08 | **WS625_v10p-As-PlayedinCourt1-21-26.27** |
| | 68:16   "Is 15 to 18% recall the ceiling for the (edited) | | |
| | 68:17   model?"  Do you see that? | | |
| | 68:18   A.  I'm able to see that. | | |
| 69:16 - 69:22 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:16 | **WS625_v10p-As-PlayedinCourt1-21-26.28** |
| | 69:16   First, in this 2018 S-RAD document authored (edited) | | |
| | 69:17   by Mr. Jeon, "recall" is defined as "percent of | | |
| | 69:18   sexual assaults correctly anticipated."  Do you see | | |
| | 69:19   that? | | |
| | 69:20   A.  He's defined it in his document. | | |
| | 69:21   Q.  Is that a "yes"? | | |
| | 69:22   A.  Yes. | | |
| 123:11 - 123:14 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:10 | **WS625_v10p-As-** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 123:11  Q.  But there are some trips that are (edited) | | **PlayedinCourt1-21-26.29** |
| | 123:12      identified by S-RAD as being high risk that Uber | | |
| | 123:13      still dispatches, right? | | |
| | 123:14  A.  Correct. | | |
| 123:22 - 123:24 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:09 | **WS625_v10p-As-PlayedinCourt1-21-26.30** |
| | 123:22  Q.  I'm going to give you what is marked | | |
| | 123:23      previously as Exhibit 889 to the Michael Akamine | | |
| | 123:24      deposition. | | |
| 128:06 - 128:10 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:13 | **WS625_v10p-As-PlayedinCourt1-21-26.31** |
| | 128:06  Q.  you're aware (edited) | | |
| | 128:07      that the way that S-RAD is set up and designed, some | | |
| | 128:08      of the trips that are flagged as risky are | | |
| | 128:09      dispatched and an incident occurs; true? | | |
| | 128:10  A.  Correct. | | |
| 128:19 - 129:04 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:35 | **WS625_v10p-As-PlayedinCourt1-21-26.32** |
| | 128:19  Q.  - whoever put this comment in the (edited) | | |
| | 128:20      notes on this slide says, "Policy view:  Concern is | | |
| | 128:21      that if in the future, we have to disclose | | |
| | 128:22      information on this, how we explain or justify we | | |
| | 128:23      had the information that it was a high-risk trip but | | |
| | 128:24      we still match it and we even send a nudge to those | | |
| | 128:25      involved, and a very bad incident happened.  From my | | |
| | 129:01      perspective, it will be" -- I think that means "hard | | |
| | 129:02      to explain that to the public, government officials, | | |
| | 129:03      et cetera."  Do you see where I'm reading from? | | |
| | 129:04  A.  I do see where you're reading from. | | |
| 129:13 - 129:15 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:09 | **WS625_v10p-As-PlayedinCourt1-21-26.33** |
| | 129:13  Q.  Have you been concerned about running | | |
| | 129:14      S-RAD that way, where trips are dispatched that Uber | | |
| | 129:15      knows are high risk? | | |
| 129:17 - 129:17 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:01 | **WS625_v10p-As-PlayedinCourt1-21-26.34** |
| | 129:17      THE WITNESS:  I don't have that concern, | | |
| 130:02 - 130:04 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:14 | **WS625_v10p-As-** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 130:02    Has your Data Analysis or Data Science team ever | | **PlayedinCourt1-21-26.35** |
| | 130:03    discussed changing S-RAD where the highest risk | | |
| | 130:04    trips just aren't dispatched? | | |
| 130:06 - 130:08 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:05 | **WS625_v10p-As-PlayedinCourt1-21-26.36** |
| | 130:06    THE WITNESS: I don't recall those | | |
| | 130:07    conversations, but there might be other teams that | | |
| | 130:08    have discussed that. | | |
| 131:11 - 131:20 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:29 | **WS625_v10p-As-PlayedinCourt1-21-26.37** |
| | 131:11    All right. I want to talk about the words | | |
| | 131:12    "safety risk assessed dispatch" or "S-RAD" a little | | |
| | 131:13    bit more. So the last word in that title for the | | |
| | 131:14    program is the word "dispatch," right? | | |
| | 131:15   A.   Correct. | | |
| | 131:16   Q.   And that's something that Uber does, is it | | |
| | 131:17    when it receives a ride request, it pairs a | | |
| | 131:18    particular driver to that ride request, and it | | |
| | 131:19    dispatches that driver, right? | | |
| | 131:20   A.   That's correct. | | |
| 131:21 - 131:21 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:03 | **WS625_v10p-As-PlayedinCourt1-21-26.38** |
| | 131:21    MS. PETERS: Can we go to Document 68, | | |
| 131:22 - 131:23 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:10 | **WS625_v10p-As-PlayedinCourt1-21-26.39** |
| | 131:22    please. This has been previously marked as | | |
| | 131:23    Exhibit 546 to the Silver deposition. For the | | |
| 131:24 - 131:25 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:10 | **WS625_v10p-As-PlayedinCourt1-21-26.40** |
| | 131:24    record, this is a document starting with Bates | | |
| | 131:25    No. UBER_JCCP_MDL_541461. And for the record, it's | | |
| 132:01 - 132:02 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:12 | **WS625_v10p-As-PlayedinCourt1-21-26.41** |
| | 132:01    a 2019 or 2020, from the metadata, looks like a | | |
| | 132:02    PowerPoint related to S-RAD. | | |
| 132:23 - 132:23 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:11 | **WS625_v10p-As-PlayedinCourt1-21-26.42** |
| | 132:23   Q.   Okay. If we go to the fifth page of the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 132:24 - 133:06 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:22 | **WS625_v10p-As-PlayedinCourt1-2 1-26.43** |
| | 132:24    document that ends in 464.  This has a nice picture | | |
| | 132:25    for us of, looks like, a rider and some different | | |
| | 133:01    vehicles.  And it says, "Every time a rider requests | | |
| | 133:02    a ride, there are multiple potential drivers that | | |
| | 133:03    they can be matched with."  Right? | | |
| | 133:04  A.  I'm able to see that, yes, it refers to | | |
| | 133:05    the driver-rider supply plans we talked about | | |
| | 133:06    earlier, yep. | | |
| 134:17 - 134:20 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:11 | **WS625_v10p-As-PlayedinCourt1-2 1-26.44** |
| | 134:17  Q.  is Uber, when it makes (edited) | | |
| | 134:18    pairing decisions, taking safety into account? | | |
| | 134:19  A.  As far as leveraging S-RAD as that safety | | |
| | 134:20    component, correct, yes. | | |
| 135:12 - 135:21 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:22 | **WS625_v10p-As-PlayedinCourt1-2 1-26.45** |
| | 135:12  Q.  The rider does not select from the | | |
| | 135:13    available different drivers which driver to choose, | | |
| | 135:14    right? | | |
| | 135:15  A.  That's correct, because there's -- there | | |
| | 135:16    are multiple drivers that might be available that | | |
| | 135:17    will fit that criteria for that particular trip | | |
| | 135:18    request. | | |
| | 135:19  Q.  And that's -- so the choice of which | | |
| | 135:20    driver to match is a choice Uber makes, right? | | |
| | 135:21  A.  Correct. | | |
| 135:22 - 135:24 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:08 | **WS625_v10p-As-PlayedinCourt1-2 1-26.46** |
| | 135:22  Q.  And Uber knows that the riders are | | |
| | 135:23    trusting Uber to make safe decisions about which | | |
| | 135:24    driver to pair them with, right? | | |
| 136:01 - 136:02 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:04 | **WS625_v10p-As-PlayedinCourt1-2 1-26.47** |
| | 136:01    THE WITNESS:  I don't know what riders are | | |
| | 136:02    expecting for a given trip request. | | |
| 137:15 - 137:16 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:07 | **WS625_v10p-As-PlayedinCourt1-2 1-26.48** |
| | 137:15  Q.  You know that the riders have little | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 137:16    control over who they are paired with, right? | | |
| 137:18 - 137:20 | **Wong, Sunny 2025-06-25 - PIP MP4**<br>137:18    THE WITNESS:  They are not able to choose<br><br>137:19    which driver of all the different plans that are<br>137:20    available. | 00:00:05 | **WS625_v10p-As-PlayedinCourt1-2 1-26.49** |
| 137:22 - 137:24 | **Wong, Sunny 2025-06-25 - PIP MP4**<br>137:22  Q.  Right.  And they don't control who Uber<br><br>137:23    pairs them with, right?<br>137:24  A.  Correct. | 00:00:04 | **WS625_v10p-As-PlayedinCourt1-2 1-26.50** |
| 139:14 - 139:17 | **Wong, Sunny 2025-06-25 - PIP MP4**<br>139:14  Q.  Would you agree that Uber has a<br><br>139:15    responsibility to do everything that it can to not<br>139:16    dispatch drivers who are going to sexually assault<br>139:17    riders? | 00:00:10 | **WS625_v10p-As-PlayedinCourt1-2 1-26.51** |
| 139:19 - 139:24 | **Wong, Sunny 2025-06-25 - PIP MP4**<br>139:19    THE WITNESS:  S-RAD does not have -- S-RAD<br><br>139:20    assesses risks at the pair- -- rider-driver pairing<br>139:21    level.  It does not have -- it doesn't score<br>139:22    user-level risks.  So we don't have that visibility<br>139:23    in terms of, at the user level, which driver is what<br>139:24    you define as risky, right. | 00:00:20 | **WS625_v10p-As-PlayedinCourt1-2 1-26.52** |
| 191:10 - 191:13 | **Wong, Sunny 2025-06-25 - PIP MP4**<br>191:10  Q.  Do you agree that Uber should do whatever<br><br>191:11    it can to not make driver trip pairings that carry<br>191:12    an increased risk of sexual assault?<br>191:13  A.  Yes. | 00:00:11 | **WS625_v10p-As-PlayedinCourt1-2 1-26.53** |
| 149:07 - 149:13 | **Wong, Sunny 2025-06-25 - PIP MP4**<br>149:07    is it true that  (edited)<br><br>149:08    S-RAD scores potential pairings based on the risk of<br>149:09    sexual assault or sexual misconduct for each<br>149:10    pairing?<br>149:11  A.  Yes.<br>149:12  Q.  And it assigns each pairing a number | 00:00:29 | **WS625_v10p-As-PlayedinCourt1-2 1-26.54** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | between 0 and 1 to reflect that risk, right? | | |
| 149:15 - 149:16 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:04 | **WS625_v10p-As-PlayedinCourt1-21-26.55** |
| | 149:15  THE WITNESS:  That's the range of the | | |
| | 149:16  scores that come out of S-RAD. | | |
| 149:18 - 149:22 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:09 | **WS625_v10p-As-PlayedinCourt1-21-26.56** |
| | 149:18  Q.  Is that a "yes"? | | |
| | 149:19  A.  Correct. | | |
| | 149:20  Q.  Is 1 reflecting higher risk, and 0 is | | |
| | 149:21  lower risk? | | |
| | 149:22  A.  Correct. | | |
| 156:12 - 156:14 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:09 | **WS625_v10p-As-PlayedinCourt1-21-26.57** |
| | 156:12  Q.  Right, but in terms of actual rates of | | |
| | 156:13  sexual assault, what -- what rate of sexual assault | | |
| | 156:14  is acceptable to Uber? | | |
| 156:16 - 156:17 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:04 | **WS625_v10p-As-PlayedinCourt1-21-26.58** |
| | 156:16  THE WITNESS:  There's nothing like that | | |
| | 156:17  that's been established, right. | | |
| 157:11 - 157:14 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:08 | **WS625_v10p-As-PlayedinCourt1-21-26.59** |
| | 157:11  You're here to (edited) | | |
| | 157:12  testify about the risk-sensitive dispatching or | | |
| | 157:13  S-RAD.  That's one of the topics you're here on | | |
| | 157:14  Uber's behalf about, right? | | |
| 157:16 - 157:16 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:01 | **WS625_v10p-As-PlayedinCourt1-21-26.60** |
| | 157:16  THE WITNESS:  Correct. | | |
| 157:18 - 157:24 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:13 | **WS625_v10p-As-PlayedinCourt1-21-26.61** |
| | 157:18  Q.  And one of the things Uber does with | | |
| | 157:19  S-RAD -- we've talked about this -- is that it | | |
| | 157:20  chooses where to set the trigger rate, like which | | |
| | 157:21  rides to act on based on their risk level for sexual | | |
| | 157:22  assault, right? | | |
| | 157:23  A.  Yes.  A trigger rate needs to be set for | | |
| | 157:24  S-RAD. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 158:13 - 158:25 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:28 | **WS625_v10p-As-PlayedinCourt1-21-26.62** |
| | 158:13  Q.  And that top 1.25%, Uber takes some | | |
| | 158:14        action, right? | | |
| | 158:15  A.  Well, it tries to, again, downrank some | | |
| | 158:16        plans, right, with a goal of potentially reducing | | |
| | 158:17        the probability of certain plans from getting | | |
| | 158:18        dispatched. | | |
| | 158:19  Q.  That's a kind of action, right? | | |
| | 158:20  A.  Correct. | | |
| | 158:21  Q.  And for the rest of the rides that are | | |
| | 158:22        below that 1.25% trigger rate, Uber does not take | | |
| | 158:23        some action through S-RAD, right? | | |
| | 158:24  A.  Correct.  We do not downrank those plans | | |
| | 158:25        or trips. | | |
| 159:01 - 159:05 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:15 | **WS625_v10p-As-PlayedinCourt1-21-26.63** |
| | 159:01  Q.  And so in deciding where to put the (edited) | | |
| | 159:02        trigger rate, did Uber make a decision about what | | |
| | 159:03        level of risk for sexual assault was acceptable to | | |
| | 159:04        Uber? | | |
| | 159:05  A.  Not that I know (edited) | | |
| 159:09 - 159:12 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:16 | **WS625_v10p-As-PlayedinCourt1-21-26.64** |
| | 159:09  Q.  And do you know whether for the top 1.25% | | |
| | 159:10        of trips, whether the risk is, you know, five times | | |
| | 159:11        the average, ten times average, 100 times average, | | |
| | 159:12        1,000 times average?  Do you have any idea? | | |
| 159:15 - 159:15 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:02 | **WS625_v10p-As-PlayedinCourt1-21-26.65** |
| | 159:15        THE WITNESS:  I don't know. | | |
| 165:07 - 165:08 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:00 | **WS625_v10p-As-PlayedinCourt1-21-26.66** |
| | 165:07        (Whereupon Exhibit 1247 was marked for | | |
| | 165:08        identification.) | | |
| 166:03 - 166:10 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:19 | **WS625_v10p-As-PlayedinCourt1-21-26.67** |
| | 166:03        you see at the top of Page 12 it says "Insight | | |
| | 166:04        No. 3, "Sexual assaults are generally concentrated | | |
| | 166:05        to late-night, weekend hours"? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 166:06  A.  I see that title. | | |
| | 166:07  Q.  And this is, if we look at the first page, | | |
| | 166:08      from an Uber document from June of 2018.  Do you see | | |
| | 166:09      that on the metadata sheet? | | |
| | 166:10  A.  Yes. | | |
| 168:04 - 168:05 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:03 | **WS625_v10p-As-PlayedinCourt1-21-26.68** |
| | 168:04      THE WITNESS:  I do see those left two bars | | |
| | 168:05      are higher. | | |
| 168:19 - 168:22 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:08 | **WS625_v10p-As-PlayedinCourt1-21-26.69** |
| | 168:19  Q.  And do you have any contrary information | | |
| | 168:20      that rates of sexual assault are actually not | | |
| | 168:21      elevated during nighttime hours? | | |
| | 168:22  A.  I do not. | | |
| 168:23 - 168:23 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:06 | **WS625_v10p-As-PlayedinCourt1-21-26.70** |
| | 168:23  Q.  And then let's go back to Exhibit 1239. | | |
| 169:12 - 169:15 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:11 | **WS625_v10p-As-PlayedinCourt1-21-26.71** |
| | 169:12      he says, "In the U.S.," first sub-bullet  (edited) | | |
| | 169:13      point, "Sexual assault rate is greater than 5 times | | |
| | 169:14      between 12 to 3 am."  Do you see that? | | |
| | 169:15  A.  I do see that. | | |
| 176:16 - 177:12 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:44 | **WS625_v10p-As-PlayedinCourt1-21-26.72** |
| | 176:16  Q.  So at least in 2018 -- we don't know | | |
| | 176:17      exactly what a bar area is, but at that point, based | | |
| | 176:18      on whatever study Uber had done, it was aware that | | |
| | 176:19      high-risk trips tend to originate from a bar area, | | |
| | 176:20      right? | | |
| | 176:21  A.  Yeah, without pulling the details of his | | |
| | 176:22      analysis, that seems to be what Sunny Jeon found to | | |
| | 176:23      be one of the insights. | | |
| | 176:24  Q.  Right.  And he worked for Uber at the | | |
| | 176:25      time, right? | | |
| | 177:01  A.  Correct. | | |
| | 177:02  Q.  We talked about it earlier, but he worked | | |
| | 177:03      in Data Science, in the safety area, right? | | |
| | 177:04  A.  Correct. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 177:05  Q.  And so he was looking for insights from | | |
| | 177:06     Uber's data, right? | | |
| | 177:07  A.  Correct. | | |
| | 177:08  Q.  And this is one of the insights that he | | |
| | 177:09     was -- he was finding on behalf of Uber that | | |
| | 177:10     high-risk trips tend to originate from a bar area, | | |
| | 177:11     right? | | |
| | 177:12  A.  Yeah. | | |
| 203:12 - 203:12 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:04 | **WS625_v10p-As-PlayedinCourt1-2 1-26.73** |
| | 203:12  Q.  Let's go to Page -- Exhibit 1239.  (edited) | | |
| 203:13 - 203:17 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:21 | **WS625_v10p-As-PlayedinCourt1-2 1-26.74** |
| | 203:13     In 2018, Uber found from its data that L3 sexual | | |
| | 203:14     assaults were committed by males 86% of the time. | | |
| | 203:15     Do you see that? | | |
| | 203:16  A.  I see that.  It's a table of sexual | | |
| | 203:17     assaults reported against a particular gender. | | |
| 204:07 - 204:10 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:14 | **WS625_v10p-As-PlayedinCourt1-2 1-26.75** |
| | 204:07  Q.  And sexual assaults are reported against | | |
| | 204:08     men for L4 sexual assaults 96% of the time, right? | | |
| | 204:09  A.  Correct.  At least on the table, that's | | |
| | 204:10     what it says. | | |
| 207:05 - 207:06 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:00 | **WS625_v10p-As-PlayedinCourt1-2 1-26.76** |
| | 207:05     (Whereupon Exhibit 1249 was marked for | | |
| | 207:06     identification.) | | |
| 207:08 - 207:08 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:03 | **WS625_v10p-As-PlayedinCourt1-2 1-26.77** |
| | 207:08  Q.  I'm handing you what I marked as 1249. | | |
| 207:09 - 207:12 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:15 | **WS625_v10p-As-PlayedinCourt1-2 1-26.78** |
| | 207:09     The metadata indicate it's a document from 2017. | | |
| | 207:10     First page to the second page is titled "Sexual | | |
| | 207:11     Assaults:  Trends + Correlates," again, from Sunny | | |
| | 207:12     Jeon. | | |
| 207:18 - 207:18 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:06 | **WS625_v10p-As-PlayedinCourt1-2** |
| | 207:18  Q.  If you could go to Page 6.  The last line | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 207:19 - 207:23 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:16 | **WS625_v10p-As-PlayedinCourt1-21-26.80** |
| | 207:19    of the first paragraph under "Effect of Gender." | | |
| | 207:20    "Trips that ended in sexual assaults are 2.27 times | | |
| | 207:21    more likely to have a driver and rider of different | | |
| | 207:22    genders."  Do you see that? | | |
| | 207:23  A.  I do see that. | | |
| 207:24 - 207:24 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:06 | **WS625_v10p-As-PlayedinCourt1-21-26.81** |
| | 207:24  Q.  Has Uber told that to its riders? | | |
| 208:01 - 208:01 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:02 | **WS625_v10p-As-PlayedinCourt1-21-26.82** |
| | 208:01    THE WITNESS:  I'm not aware. | | |
| 210:03 - 210:05 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:08 | **WS625_v10p-As-PlayedinCourt1-21-26.83** |
| | 210:03  Q.  Should people who are riding with Uber be | | |
| | 210:04    able to make fully informed decisions about whether | | |
| | 210:05    to take a trip with Uber? | | |
| 210:07 - 210:11 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:05 | **WS625_v10p-As-PlayedinCourt1-21-26.84** |
| | 210:07    THE WITNESS:  How do you define "fully | | |
| | 210:08    informed"? | | |
| | 210:09    BY MS. PETERS: | | |
| | 210:10  Q.  Where they have all the relevant risk | | |
| | 210:11    information. | | |
| 210:13 - 210:16 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:09 | **WS625_v10p-As-PlayedinCourt1-21-26.85** |
| | 210:13    THE WITNESS:  I'm not sure what riders are | | |
| | 210:14    expecting on a given trip request or expectations | | |
| | 210:15    or, you know, what they were expecting, again, on | | |
| | 210:16    the trip. | | |
| 211:18 - 211:20 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:09 | **WS625_v10p-As-PlayedinCourt1-21-26.86** |
| | 211:18  Q.  When Uber is aware that a driver has a | | |
| | 211:19    prior sexual misconduct report, does Uber share that | | |
| | 211:20    information with riders? | | |
| 211:22 - 211:22 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:02 | **WS625_v10p-As-PlayedinCourt1-21-26.87** |
| | 211:22    THE WITNESS:  Not that I know of. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 212:16 - 212:24 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:23 | **WS625_v10p-As-PlayedinCourt1-21-26.88** |
| | 212:16  Q.  Uber could have decided to block certain | | |
| | 212:17      pairings, right? | | |
| | 212:18  A.  Again, what we referred to earlier, we | | |
| | 212:19      wouldn't have reasonable confidence on what might | | |
| | 212:20      happen on a particular plan, for example, right. | | |
| | 212:21      For us to block the plan, again, we will eventually | | |
| | 212:22      reduce our ability to provide reliable and safe | | |
| | 212:23      matching transportation service for that particular | | |
| | 212:24      trip request. | | |
| 212:25 - 213:03 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:10 | **WS625_v10p-As-PlayedinCourt1-21-26.89** |
| | 212:25  Q.  How does Uber know if it's gone as far as | | |
| | 213:01      it can in trying to block rides or prevent rides | | |
| | 213:02      that have a heightened probability of sexual | | |
| | 213:03      assault? | | |
| 213:05 - 213:05 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:03 | **WS625_v10p-As-PlayedinCourt1-21-26.90** |
| | 213:05      THE WITNESS:  I do not know. | | |
| 214:03 - 214:05 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:08 | **WS625_v10p-As-PlayedinCourt1-21-26.91** |
| | 214:03  Q.  How much confidence does Uber need that | | |
| | 214:04      the risk of sexual assault is elevated before it | | |
| | 214:05      will block a pairing? | | |
| 214:07 - 214:07 | **Wong, Sunny 2025-06-25 - WIT MP4** | 00:00:03 | **WS625_v10p-As-PlayedinCourt1-21-26.92** |
| | 214:07      THE WITNESS:  We've never discussed that. | | |
| 217:16 - 217:16 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:02 | **WS625_v10p-As-PlayedinCourt1-21-26.93** |
| | 217:16      THE WITNESS:  Not that I know of. | | |
| 218:12 - 218:16 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:09 | **WS625_v10p-As-PlayedinCourt1-21-26.94** |
| | 218:12      Mr. Jeon says that, "Sexual assaults | | |
| | 218:13      caused by drivers are nearly 3 times more likely to | | |
| | 218:14      be caused by a driver with a 1-star rate greater | | |
| | 218:15      than the mean."  Do you see that? | | |
| | 218:16  A.  I do see that. | | |
| 219:22 - 219:24 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:11 | **WS625_v10p-As-** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 219:22  Q.  When Uber pairs a rider with a driver who | | **PlayedinCourt1-2<br>1-26.95** |
| | 219:23    has a 1-star rate greater than the mean, does it<br>219:24    tell the rider that? | | |
| 220:01 - 220:01 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:02 | **WS625_v10p-As-<br>PlayedinCourt1-2<br>1-26.96** |
| | 220:01    THE WITNESS:  Not that I know of. | | |
| 220:22 - 221:02 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:17 | **WS625_v10p-As-<br>PlayedinCourt1-2<br>1-26.97** |
| | 220:22  Q.  The last item on the list is "A report of | | |
| | 220:23    sexual assault is 1.2 times more likely if rider or<br>220:24    driver had fewer than 20 lifetime trips," right?<br>220:25  A.  I'm able to see that in the doc, yes.<br>221:01  Q.  You said you see that in the document?<br>221:02  A.  Yes. | | |
| 221:05 - 221:07 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:12 | **WS625_v10p-As-<br>PlayedinCourt1-2<br>1-26.98** |
| | 221:05  Q.  And then going to Exhibit 1240.  That's | | |
| | 221:06    the Sunny Jeon July 2018 S-RAD Model Overview,<br>221:07    page 10.  Do you see this Table 2 titled "Predictors | | |
| 221:08 - 221:10 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:13 | **WS625_v10p-As-<br>PlayedinCourt1-2<br>1-26.99** |
| | 221:08    of Sexual Assaults"? | | |
| | 221:09  A.  Yep, I see the table broken out by trip<br>221:10    level, driver level, and rider level. | | |
| 221:13 - 221:24 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:28 | **WS625_v10p-As-<br>PlayedinCourt1-2<br>1-26.100** |
| | 221:13    Third (edited) | | |
| | 221:14    row from the bottom is "Telematics."  Do you see<br>221:15    that?<br>221:16  A.  I do see that.<br>221:17  Q.  And it says, "e.g., speed, hard brakes,<br>221:18    accelerations, phone handling, jerking."  Do you see<br>221:19    where I'm reading from?<br>221:20  A.  I'm able to see that.<br>221:21  Q.  What are telematics?<br>221:22  A.  That typically means the sensors on<br>221:23    someone's phone, like accelerometers and other<br>221:24    related sensors. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 222:05 - 222:07 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:11 | **WS625_v10p-As-PlayedinCourt1-21-26.101** |
| | 222:05  Q.  So Uber found that some telematics data | | |
| | 222:06      was a potential predictor of risk for sexual | | |
| | 222:07      assault, right? | | |
| 222:14 - 222:19 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:14 | **WS625_v10p-As-PlayedinCourt1-21-26.102** |
| | 222:14      THE WITNESS:  I had a chance to go through | | |
| | 222:15      it.  I'm not seeing any analysis related to | | |
| | 222:16      telematics and any correlation with driver, at least | | |
| | 222:17      not in this document, and so that would be news to | | |
| | 222:18      me.  So -- but it's possible that he connected this | | |
| | 222:19      somewhere else, yeah. | | |
| 222:21 - 223:02 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:15 | **WS625_v10p-As-PlayedinCourt1-21-26.103** |
| | 222:21  Q.  Have you looked at -- has your team looked | | |
| | 222:22      at the correlation or potential correlation between | | |
| | 222:23      telematics and risk for sexual assault? | | |
| | 222:24  A.  We have not. | | |
| | 222:25  Q.  Is that something that's in the S-RAD | | |
| | 223:01      models, either Version 1 or Version 2? | | |
| | 223:02  A.  Not that I'm aware of. | | |
| 223:03 - 223:10 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:22 | **WS625_v10p-As-PlayedinCourt1-21-26.104** |
| | 223:03  Q.  Has Uber -- has its data team looked at | | |
| | 223:04      other types of telematics, like drivers going off | | |
| | 223:05      route, pulling over on the side of the road during a | | |
| | 223:06      route, staying at the same location with the rider | | |
| | 223:07      for a prolonged period after late-night rides, to | | |
| | 223:08      see whether those types of telematics are associated | | |
| | 223:09      with an increased risk of sexual assault? | | |
| | 223:10  A.  I'm not aware of that (edited) | | |
| 224:16 - 224:20 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:08 | **WS625_v10p-As-PlayedinCourt1-21-26.105** |
| | 224:16  Q.  if Uber wanted (edited) | | |
| | 224:17      to, it could study whether RideCheck triggers are | | |
| | 224:18      associated with an increased risk of sexual assault, | | |
| | 224:19      right? | | |
| | 224:20  A.  Potentially. (edited) | | |
| 241:25 - 242:05 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:19 | **WS625_v10p-As-** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 241:25 - 242:05 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:19 | **PlayedinCourt1-2** |
| | 241:25  Q.  If Uber wanted to, it could use the (edited) | | **1-26.106** |
| | 242:01      knowledge it has of risk factors to just say "No, | | |
| | 242:02      and we're not going to make certain pairings," | | |
| | 242:03      right? | | |
| | 242:04  A.  Again, it's possible there's many | | |
| | 242:05      different plans for a given trip. (edited) | | |
| 242:21 - 242:25 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:13 | **WS625_v10p-As-** |
| | 242:21  Q.  but no matter what, Uber will (edited) | | **PlayedinCourt1-2** |
| | | | **1-26.107** |
| | 242:22      always make sure that for any rider who requests a | | |
| | 242:23      trip, that if there are drivers anywhere nearby, it | | |
| | 242:24      is pairing somebody with that rider, right? | | |
| | 242:25  A.  Correct. | | |
| 249:02 - 249:04 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:11 | **WS625_v10p-As-** |
| | 249:02  Q.  If Uber wanted to block the top 1% of (edited) | | **PlayedinCourt1-2** |
| | | | **1-26.108** |
| | 249:03      trips as scored by S-RAD, it could choose to block | | |
| | 249:04      them, right? | | |
| 249:06 - 249:07 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:03 | **WS625_v10p-As-** |
| | 249:06      THE WITNESS:  In a theoretical world, they | | **PlayedinCourt1-2** |
| | | | **1-26.109** |
| | 249:07      could (edited) | | |
| 255:07 - 255:07 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:03 | **WS625_v10p-As-** |
| | 255:07  Q.  Can you pull up 1243, please. (edited) | | **PlayedinCourt1-2** |
| | | | **1-26.110** |
| 255:08 - 255:08 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:02 | **WS625_v10p-As-** |
| | 255:08      Fourth bullet point.  Just to remind you, this is | | **PlayedinCourt1-2** |
| | | | **1-26.111** |
| 255:09 - 255:18 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:42 | **WS625_v10p-As-** |
| | 255:09      the Mike Akamine S-RAD frequently asked questions | | **PlayedinCourt1-2** |
| | | | **1-26.112** |
| | 255:10      for the Monthly Tech Review document. | | |
| | 255:11  A.  Yep. | | |
| | 255:12  Q.  And at the fourth bullet point, he says -- | | |
| | 255:13      well, actually, second bullet point says, "What else | | |
| | 255:14      can we do on risky trips?"  Fourth bullet point | | |
| | 255:15      says, "Should we consider blocking individuals at | | |
| | 255:16      some point?  Perhaps rule out access to | | |

**WS625_v10p-As-PlayedinCourt1-21-26 - Wong, Sunny 062525- v10p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 255:17    nighttime/bar trips?"  Do you see that? | | |
| | 255:18  A.  I do see that. | | |
| 255:19 - 255:21 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:11 | **WS625_v10p-As-PlayedinCourt1-21-26.113** |
| | 255:19  Q.  Did anybody ever bring that question to | | |
| | 255:20    the attention of your data team to see if you could | | |
| | 255:21    look into blocking individuals at some point? | | |
| 255:25 - 256:11 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:31 | **WS625_v10p-As-PlayedinCourt1-21-26.114** |
| | 255:25    THE WITNESS:  To the first highlighted | | |
| | 256:01    bullet point, "What else can we do on risky trips," | | |
| | 256:02    I mean, that's just a continuous process, right?  We | | |
| | 256:03    talked about continuing to invest in S-RAD, both on | | |
| | 256:04    the model side and on the intervention side, right. | | |
| | 256:05    So that's just something that we just do. | | |
| | 256:06    On the second highlighted part, again, | | |
| | 256:07    this is Mike Akamine just posing a question without | | |
| | 256:08    a lot of data.  And that's why he relies on us to | | |
| | 256:09    tell him about precision, for example, right.  So | | |
| | 256:10    this is, you know, his question that he's put on | | |
| | 256:11    here. | | |
| 259:13 - 259:15 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:16 | **WS625_v10p-As-PlayedinCourt1-21-26.115** |
| | 259:13  Q.  And then precision.  Your counsel had said | | |
| | 259:14    Exhibit 1243 related to S-RAD having low precision. | | |
| | 259:15    I found some language in there about low precision, | | |
| 259:16 - 260:04 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:50 | **WS625_v10p-As-PlayedinCourt1-21-26.116** |
| | 259:16    but not any data to back it up.  And my question for | | |
| | 259:17    you is, can you, as the person Uber's designated to | | |
| | 259:18    speak on its behalf about risk-sensitive | | |
| | 259:19    dispatching, risk factors known to Uber, can you | | |
| | 259:20    point to any data that supports that S-RAD has low | | |
| | 259:21    precision? | | |
| | 259:22  A.  The only data I have is from Exhibit 1243. | | |
| | 259:23  Q.  At what page? | | |
| | 259:24  A.  Page 5. | | |
| | 259:25  Q.  Okay.  And what data are you referring to? | | |
| | 260:01  A.  I am referring to on the right-hand side, | | |
| | 260:02    lower right-hand side, it says "1 in 12,642 times | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 260:03    the model correctly predicted or identified an | | |
| | 260:04    incident." (edited) | | |
| 261:06 - 261:09 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:18 | **WS625_v10p-As-PlayedinCourt1-21-26.117** |
| | 261:06  Q.  And for a woman who's one of (edited) | | |
| | 261:07    the 1 in 12,000 that is sexually assaulted or the | | |
| | 261:08    victim of serious sexual misconduct, that probably | | |
| | 261:09    feels like too high a rate, right? | | |
| 261:11 - 261:12 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:03 | **WS625_v10p-As-PlayedinCourt1-21-26.118** |
| | 261:11    THE WITNESS:  I can't comment on whether | | |
| | 261:12    or not that's high or low. | | |
| 262:02 - 262:02 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:03 | **WS625_v10p-As-PlayedinCourt1-21-26.119** |
| | 262:02  Q.  And is that an acceptable rate to Uber? | | |
| 262:04 - 262:05 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:04 | **WS625_v10p-As-PlayedinCourt1-21-26.120** |
| | 262:04    THE WITNESS:  I can't comment on whether | | |
| | 262:05    or not that's acceptable or not. | | |
| 262:07 - 262:11 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:08 | **WS625_v10p-As-PlayedinCourt1-21-26.121** |
| | 262:07  Q.  You said you can't comment on whether it's | | |
| | 262:08    acceptable or not? | | |
| | 262:09  A.  We haven't discussed whether or not | | |
| | 262:10    that's -- I'm just -- I'm just reading off data that | | |
| | 262:11    is on this slide. | | |
| 262:12 - 262:16 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:24 | **WS625_v10p-As-PlayedinCourt1-21-26.122** |
| | 262:12  Q.  Right, but as the person who is speaking | | |
| | 262:13    on behalf of Uber about its interventions related to | | |
| | 262:14    risk factors for sexual assault in the pairing | | |
| | 262:15    decisions, is this a -- is that a rate, a ratio | | |
| | 262:16    that's acceptable to Uber? | | |
| 262:18 - 263:01 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:21 | **WS625_v10p-As-PlayedinCourt1-21-26.123** |
| | 262:18    THE WITNESS:  I don't think it's | | |
| | 262:19    established that this is acceptable or not.  These | | |
| | 262:20    are -- and what we see, it's a very -- it's a very | | |
| | 262:21    low precision control that we have in S-RAD, and | | |

**WS625_v10p-As-PlayedinCourt1-21-26 - Wong, Sunny 062525- v10p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 262:22   again, because of the rarity of such events, but | | |
| | 262:23   again, that doesn't stop us from continuing to try | | |
| | 262:24   to improve S-RAD, whether it's model improvements or | | |
| | 262:25   intervention improvements, right.  The work doesn't | | |
| | 263:01   stop. | | |

| | |
|---|---|
| PLF Affirmative | 00:22:42 |
| DEF Counter | 00:03:09 |
| **TOTAL RUN TIME** | **00:25:52** |