# EXHIBIT B

# Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26

Designation List Report

| | | |
|---|---|---|
|  | **Wong, Sunny** | **2025-07-23** |
| | **Wong, Sunny** | **2025-07-23** |
| | **Wong, Sunny** | **2025-10-14** |
| | **Wong, Sunny** | **2025-10-14** |

| | |
|---|---|
| PLF Affirmative | 00:25:37 |
| DEF Counter | 00:03:25 |
| **TOTAL RUN TIME** | **00:29:02** |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 67:25 - 68:03 | **Wong, Sunny 2025-07-23 - PIP MP4** | | 00:00:00 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.1** |
| | 67:25 | (Exhibit 1823, US Production Model | | |
| | 68:01 | S. Wong - Highly Confidential | | |
| | 68:02 | Feature Importance-Top 20 Features was | | |
| | 68:03 | marked for identification.) | | |
| 110:24 - 111:04 | **Wong, Sunny 2025-07-23 - PIP MP4** | | 00:00:15 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.2** |
| | 110:24 | So when it comes to pairing a | | |
| | 110:25 | driver with a particular trip request, the | | |
| | 111:01 | S. Wong - Highly Confidential | | |
| | 111:02 | only way that Uber accounts for the risk of | | |
| | 111:03 | sexual assault or sexual misconduct is | | |
| | 111:04 | through the S-RAD program, right? | | |
| 111:07 - 111:18 | **Wong, Sunny 2025-07-23 - PIP MP4** | | 00:00:34 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.3** |
| | 111:07 A. | For pairing specifically or based | | |
| | 111:08 | for -- step back. | | |
| | 111:09 | For a given trip request, as far as | | |
| | 111:10 | pairings, S-RAD is, as far as I know, the | | |
| | 111:11 | main tool to use to reduce the risk of | | |
| | 111:12 | serious sexual assault/sexual misconduct | | |
| | 111:13 | through the pairing process. | | |
| | 111:14 Q. | Isn't it the only tool that Uber | | |
| | 111:15 | uses to reduce the risk of sexual assault or | | |
| | 111:16 | sexual misconduct through the pairing | | |
| | 111:17 | process? | | |
| | 111:18 A. | Specifically pairing process, yes. | | |
| 118:15 - 118:18 | **Wong, Sunny 2025-07-23** | | 00:00:11 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.4** |
| | 118:15 | MS. PETERS: Okay. Let's pull up | | |
| | 118:16 | Exhibit 546, that's the one we just | | |
| | 118:17 | looked at, page 8. The Bates page | | |
| | 118:18 | ends in Bates 467. | | |
| 192:13 - 192:14 | **Wong, Sunny 2025-07-23 - PIP MP4** | | 00:00:05 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.5** |
| | 192:13 Q. | Yeah, let's go to that together I | | |
| | 192:14 | think this will be Exhibit 1823, page 1. | | |
| 235:20 - 235:21 | **Wong, Sunny 2025-07-23 - PIP MP4** | | 00:00:00 | **WS723_v7p-As-Pl** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 235:20    (Exhibit 1826, PowerPoint, was | | ayedinCourt1-21-26.6 |
| | 235:21    marked for identification.) | | |
| 237:06 - 237:08 | **Wong, Sunny 2025-07-23 - PIP MP4** | 00:00:08 | WS723_v7p-As-PlayedinCourt1-21-26.7 |
| | 237:06   Q.   And the orange line is for the | | |
| | 237:07    United States, right? | | |
| | 237:08   A.   It looks to be the case, yes. | | |
| 237:14 - 238:11 | **Wong, Sunny 2025-07-23 - PIP MP4** | 00:01:06 | WS723_v7p-As-PlayedinCourt1-21-26.8 |
| | 237:14    The X axis the horizontal axis along the | | |
| | 237:15    bottom, that's the trigger rate, right? | | |
| | 237:16   A.   Correct. | | |
| | 237:17   Q.   That is -- we talked about this | | |
| | 237:18    before, but that's the percentage of trips | | |
| | 237:19    that Uber flags using S-RAD, right? | | |
| | 237:20   A.   That's correct. | | |
| | 237:21   Q.   And so like the 2 percent line, | | |
| | 237:22    that would be if Uber flags the 2 percent of | | |
| | 237:23    trips that have the highest risk score for | | |
| | 237:24    serious sexual assault/sexual misconduct, | | |
| | 237:25    right? | | |
| | 238:01    S. Wong - Highly Confidential | | |
| | 238:02   A.   Correct. | | |
| | 238:03   Q.   And that the far end of this on the | | |
| | 238:04    far right-hand side on this page, and there's | | |
| | 238:05    some other versions of this actually, but on | | |
| | 238:06    this page it doesn't say 10 percent, but that | | |
| | 238:07    only would represent 10 percent, right? | | |
| | 238:08   A.   If -- yeah, the scale goes out | | |
| | 238:09    further potentially that looks like | | |
| | 238:10    10 percent since each bucket's like | | |
| | 238:11    2 percent. | | |
| 239:10 - 240:04 | **Wong, Sunny 2025-07-23 - PIP MP4** | 00:00:58 | WS723_v7p-As-PlayedinCourt1-21-26.9 |
| | 239:10    My question was: At the 10 percent | | |
| | 239:11    trigger rate, the serious sexual | | |
| | 239:12    assault/sexual misconduct recall percent is | | |
| | 239:13    over 50 percent, right? | | |
| | 239:14   A.   At 10 percent for the US model, | | |

**WS723_v7p-As-PlayedinCourt1-21-26 - Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 239:15    it's either at or near -- around or a little | | |
| | 239:16    bit higher than 50 percent, I can't say for | | |
| | 239:17    sure. | | |
| | 239:18   Q.   Well, if we look at the 40 percent | | |
| | 239:19    bar and we look at the 60 percent bar and we | | |
| | 239:20    look at what's halfway between them, that | | |
| | 239:21    orange line, the tip of it at the far | | |
| | 239:22    right-hand side is more than halfway up, | | |
| | 239:23    right? | | |
| | 239:24   A.   Based on the way you drew the line, | | |
| | 239:25    it's above the line there, yep. | | |
| | 240:01    S. Wong - Highly Confidential | | |
| | 240:02   Q.   And that line is -- looks like it's | | |
| | 240:03    in the middle of 40 percent and 60 percent, | | |
| | 240:04    right? | | |
| 240:07 - 240:16 | **Wong, Sunny 2025-07-23 - PIP MP4** | 00:00:23 | **WS723_v7p-As-PlayedinCourt1-21-26.10** |
| | 240:07   A.   Yeah. | | |
| | 240:08   Q.   And 50 percent is the number that's | | |
| | 240:09    in the middle of 40 percent and 60 percent, | | |
| | 240:10    right? | | |
| | 240:11   A.   Right. | | |
| | 240:12   Q.   So it looks like at 10 percent trip | | |
| | 240:13    trigger rate, the serious sexual | | |
| | 240:14    assault/sexual misconduct recall percent is | | |
| | 240:15    above 50 percent, right? | | |
| | 240:16   A.   The recall rate, yes. | | |
| 241:07 - 241:11 | **Wong, Sunny 2025-07-23 - PIP MP4** | 00:00:21 | **WS723_v7p-As-PlayedinCourt1-21-26.11** |
| | 241:07   Q.   But what this tells us is that the | | |
| | 241:08    10 percent of trips that have the highest | | |
| | 241:09    S-RAD scores, more than 50 percent of all | | |
| | 241:10    serious sexual assault and sexual misconduct | | |
| | 241:11    incidents occur? | | |
| 241:14 - 241:20 | **Wong, Sunny 2025-07-23 - PIP MP4** | 00:00:17 | **WS723_v7p-As-PlayedinCourt1-21-26.12** |
| | 241:14   A.   Again, this is just a trigger rate | | |
| | 241:15    recall analysis, sorry, that someone | | |
| | 241:16    conducted. So yes, it -- on this chart, | | |
| | 241:17    it -- 10 percent re- -- 10 percent trigger | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 241:18   refers to, you know, maybe a little over | | |
| | 241:19   50 percent recall, but again, that's just one | | |
| | 241:20   part of it in order to make safety impact. | | |
| 241:21 - 242:14 | **Wong, Sunny 2025-07-23 - PIP MP4** | 00:00:53 | **WS723_v7p-As-PlayedinCourt1-21-26.13** |
| | 241:21  Q.  Right.  But translating that into | | |
| | 241:22   non-technical words that like a jury could | | |
| | 241:23   understand, this means that in the 10 percent | | |
| | 241:24   of trips that have the highest S-RAD score, | | |
| | 241:25   those -- that 10 percent of trips includes | | |
| | 242:01   S. Wong - Highly Confidential | | |
| | 242:02   the trips that would result in over | | |
| | 242:03   50 percent of the serious sexual | | |
| | 242:04   assault/sexual misconduct incidents, right? | | |
| | 242:05  A.  The top 10 percent of the trips | | |
| | 242:06   based on the trigger rate represent the -- it | | |
| | 242:07   was able to identify 50 percent of the | | |
| | 242:08   incidents in this particular analysis from | | |
| | 242:09   2022 to 2023. | | |
| | 242:10  Q.  And when you say "of the | | |
| | 242:11   incidents," you're talking about the | | |
| | 242:12   incidents of serious sexual assaults/sexual | | |
| | 242:13   misconduct, right? | | |
| | 242:14  A.  That's correct. | | |
| 250:25 - 251:07 | **Wong, Sunny 2025-07-23 - PIP MP4** | 00:00:16 | **WS723_v7p-As-PlayedinCourt1-21-26.15** |
| | 250:25   -- if (edited) | | |
| | 251:01   S. Wong - Highly Confidential | | |
| | 251:02   Uber had hypothetically blocked all the | | |
| | 251:03   10 percent riskiest trips, I know it's not | | |
| | 251:04   what it does, but if it did, then for this | | |
| | 251:05   dataset that would mean it was preventing | | |
| | 251:06   over 50 percent of the serious sexual | | |
| | 251:07   assault/sexual misconduct incidents, right? | | |
| 251:10 - 252:03 | **Wong, Sunny 2025-07-23 - PIP MP4** | 00:00:48 | **WS723_v7p-As-PlayedinCourt1-21-26.16** |
| | 251:10  A.  Again, it's more complex than that. | | |
| | 251:11   I can't speculate if it would, in fact, | | |
| | 251:12   prevent 50 percent of those incidents in this | | |
| | 251:13   particular sample, I just can't speculate on | | |

**WS723_v7p-As-PlayedinCourt1-21-26 - Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 251:14 | it.  Again, S-RAD does not block trips, we | | |
| | 251:15 | established that already.  So this would be | | |
| | 251:16 | something totally different you want me to | | |
| | 251:17 | opine on and I just don't have enough | | |
| | 251:18 | information about that. | | |
| | 251:19 Q. | Okay.  Well, if Uber blocks a trip, | | |
| | 251:20 | then the trip doesn't -- that particular | | |
| | 251:21 | pairing doesn't happen, right? | | |
| | 251:22 A. | Yeah, it doesn't happen.  But | | |
| | 251:23 | again, that's not what S-RAD does, it scores | | |
| | 251:24 | individual supply plans, we talked about | | |
| | 251:25 | that, does not block trips directly.  And so | | |
| | 252:01 | S. Wong - Highly Confidential | | |
| | 252:02 | again, what we're discussing is something | | |
| | 252:03 | totally different from S-RAD. | | |
| 252:04 - 252:19 | **Wong, Sunny 2025-07-23 - PIP MP4** | | 00:00:35 | **WS723_v7p-As-PlayedinCourt1-21-26.17** |
| | 252:04 Q. | Right.  But if Uber used its | | |
| | 252:05 | identification part of S-RAD, the score, and | | |
| | 252:06 | did block the trip pairings that were the | | |
| | 252:07 | highest risk, then those trip pairings | | |
| | 252:08 | obviously wouldn't happen, right, they | | |
| | 252:09 | wouldn't take place if they were blocked? | | |
| | 252:10 A. | I mean, S-RAD has an intervention | | |
| | 252:11 | that downranks plans already and that's what | | |
| | 252:12 | we have with soft filtering.  With hard | | |
| | 252:13 | filtering, plans that are above the threshold | | |
| | 252:14 | we are, again, as you know we discussed last | | |
| | 252:15 | time, we're hard filtering those, we're | | |
| | 252:16 | actually taking those plans out of | | |
| | 252:17 | consideration, right.  So some versions of | | |
| | 252:18 | that is kind of being done through S-RAD | | |
| | 252:19 | already. | | |
| 252:22 - 253:07 | **Wong, Sunny 2025-07-23 - PIP MP4** | | 00:00:19 | **WS723_v7p-As-PlayedinCourt1-21-26.18** |
| | 252:22 Q. | My question was simply, by | | |
| | 252:23 | definition, if Uber blocked a particular | | |
| | 252:24 | pairing, then that pairing wouldn't happen, | | |
| | 252:25 | right? | | |
| | 253:01 | S. Wong - Highly Confidential | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 253:02  A.  Yes. | | |
| | 253:03  Q.  And if that was a pairing where the | | |
| | 253:04      driver went on to sexually assault that | | |
| | 253:05      rider, then than that assault wouldn't | | |
| | 253:06      happen, by definition, right? | | |
| | 253:07  A.  Hypothetically, yes. (edited) | | |
| 271:17 - 271:23 | **Wong, Sunny 2025-07-23** | 00:00:18 | **WS723_v7p-As-Pl ayedinCourt1-21-26.19** |
| | 271:17      There's no threshold score that | | |
| | 271:18      Uber sets as a constant across all places and | | |
| | 271:19      times, true? | | |
| | 271:20  A.  True. | | |
| | 271:21  Q.  And that's been true for 2022, 2023 | | |
| | 271:22      and 2024, right? | | |
| | 271:23  A.  Yes. | | |
| 357:05 - 357:10 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:20 | **WS723_v7p-As-Pl ayedinCourt1-21-26.20** |
| | 357:05  Q.  I want to talk first about the case | | |
| | 357:06      of Jaylynn Dean versus Uber. | | |
| | 357:07      Do you understand that this case is | | |
| | 357:08      about an allegation that during an Uber ride | | |
| | 357:09      on November 15, 2023, Uber driver | | |
| | 357:10      Hassan Turay raped Uber rider Jaylynn Dean? | | |
| 357:13 - 357:18 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:15 | **WS723_v7p-As-Pl ayedinCourt1-21-26.21** |
| | 357:13  A.  I'm aware that's one of the cases, | | |
| | 357:14      yes. | | |
| | 357:15  Q.  And you understand that you're | | |
| | 357:16      speaking for Uber today about, among other | | |
| | 357:17      things, how Uber selected Mr. Turay to drive | | |
| | 357:18      Ms. Dean on that day, right? | | |
| 357:21 - 357:21 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:02 | **WS723_v7p-As-Pl ayedinCourt1-21-26.22** |
| | 357:21  A.  Yes. | | |
| 359:11 - 359:15 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:00 | **WS723_v7p-As-Pl ayedinCourt1-21-26.23** |
| | 359:11      (Exhibit 2067, Cover sheet, Bates | | |
| | 359:12      UBER-MDL3084-BW-00048903, was marked | | |
| | 359:13      for identification.) | | |
| | 359:14      (Exhibit 2067A, Spreadsheet, was | | |

**WS723_v7p-As-PlayedinCourt1-21-26 - Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 359:15   marked for identification.) | | |
| 359:23 - 360:04 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:17 | **WS723_v7p-As-PlayedinCourt1-21-26.24** |
| | 359:23  Q.  Do you have in front of you now | | |
| | 359:24   Mr. Wong the S-RAD score for that trip where | | |
| | 359:25   Ms. Dean was paired with Mr. Turay? | | |
| | 360:01   S. Wong - Highly Confidential | | |
| | 360:02  A.  Yes, I do. | | |
| | 360:03  Q.  Is that score .81? | | |
| | 360:04  A.  Correct. | | |
| 360:10 - 360:17 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:23 | **WS723_v7p-As-PlayedinCourt1-21-26.25** |
| | 360:10  Q.  So before Uber paired Ms. Dean with | | |
| | 360:11   Mr. Turay on that date, its S-RAD program | | |
| | 360:12   calculated a risk score of .81 for that | | |
| | 360:13   pairing, right? | | |
| | 360:14  A.  That's correct. | | |
| | 360:15  Q.  And that is specifically a score | | |
| | 360:16   for the risk of sexual assault or sexual | | |
| | 360:17   misconduct, right? | | |
| 360:20 - 360:21 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:04 | **WS723_v7p-As-PlayedinCourt1-21-26.26** |
| | 360:20  A.  That's the score that is generated | | |
| | 360:21   from the S-RAD model. | | |
| 361:12 - 361:15 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:09 | **WS723_v7p-As-PlayedinCourt1-21-26.27** |
| | 361:12  Q.  It's an assessment or a score of | | |
| | 361:13   the risk of sexual assault or sexual | | |
| | 361:14   misconduct, right? | | |
| | 361:15  A.  Correct. | | |
| 365:21 - 366:04 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:22 | **WS723_v7p-As-PlayedinCourt1-21-26.28** |
| | 365:21  Q.  The S-RAD score is a score that's | | |
| | 365:22   calculated by Uber's -- by a machine-learning | | |
| | 365:23   program that Uber uses, right? | | |
| | 365:24  A.  Correct. | | |
| | 365:25  Q.  That's a program that Uber's data | | |
| | 366:01   S. Wong - Highly Confidential | | |
| | 366:02   science team has been testing and validating | | |
| | 366:03   for years, right? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 366:04  A.  Correct. | | |
| 368:18 - 368:25 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:22 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.29** |
| | 368:18  Q.  A score of zero reflects a lower | | |
| | 368:19      risk for sexual assault or sexual misconduct | | |
| | 368:20      for a given pairing and a score of 1 reflects | | |
| | 368:21      a higher risk for a score of -- for the risk | | |
| | 368:22      of sexual assault or sexual misconduct for a | | |
| | 368:23      pairing, right? | | |
| | 368:24  A.  Higher score, yes.  That's correct, | | |
| | 368:25      yeah. | | |
| 380:16 - 380:21 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:17 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.30** |
| | 380:16      The score for Jaylynn's trip in | | |
| | 380:17      November 2015 was higher than the risk score | | |
| | 380:18      on average for Phoenix at nighttime that | | |
| | 380:19      month, right? | | |
| | 380:20  A.  Correct, it was higher than the | | |
| | 380:21      average, correct. | | |
| 388:21 - 389:07 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:31 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.32** |
| | 388:21      is it true that the 10 percent highest *(edited)* | | |
| | 388:22      scoring trips in this dataset with respect to | | |
| | 388:23      S-RAD scores included over 50 percent of | | |
| | 388:24      serious sexual misconduct and sexual assault | | |
| | 388:25      incidents? | | |
| | 389:01      S. Wong - Highly Confidential | | |
| | 389:02  A.  From this theoretical analysis at | | |
| | 389:03      10 percent trigger rate for this sample | | |
| | 389:04      dataset, it would've flagged 50 -- roughly | | |
| | 389:05      50 percent of the sample of reported | | |
| | 389:06      sexual -- serious sexual assault/sexual | | |
| | 389:07      misconducts. | | |
| 391:04 - 391:10 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:21 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.33** |
| | 391:04  Q.  If Uber had flagged the 10 percent | | |
| | 391:05      of trips that had the highest S-RAD scores in | | |
| | 391:06      this dataset, it found that that would've | | |
| | 391:07      captured around 50 percent of trips where | | |
| | 391:08      serious sexual misconduct and sexual assault | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 391:09  were reported, right? | | |
| | 391:10  A.  Correct, for this dataset. | | |
| 392:18 - 392:21 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:10 | **WS723_v7p-As-PlayedinCourt1-21-26.36** |
| | 392:18  Q.  when Uber paired (edited) | | |
| | 392:19  Jaylynn with Mr. Turay, it had already | | |
| | 392:20  completed this analysis, true? | | |
| | 392:21  A.  Yes, that part is true. (edited) | | |
| 396:12 - 396:17 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:20 | **WS723_v7p-As-PlayedinCourt1-21-26.37** |
| | 396:12  Q.  Mr. Wong, can you tell the jury one | | |
| | 396:13  way or the other whether the pairing of | | |
| | 396:14  Jaylynn with Mr. Turay in terms of its S-RAD | | |
| | 396:15  risk score fell into the top 1 percent for | | |
| | 396:16  risk of sexual assault/sexual misconduct | | |
| | 396:17  nationwide? | | |
| 396:20 - 396:20 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:02 | **WS723_v7p-As-PlayedinCourt1-21-26.38** |
| | 396:20  A.  I do not know that (edited) | | |
| 398:06 - 398:12 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:17 | **WS723_v7p-As-PlayedinCourt1-21-26.39** |
| | 398:06  Q.  Okay.  If Uber had set a 10 percent | | |
| | 398:07  trigger rate in the aggregate instead of a | | |
| | 398:08  1.25 percent target trigger rate in the | | |
| | 398:09  aggregate and blocked all the pairings that | | |
| | 398:10  were in that top 10 percent, would the | | |
| | 398:11  pairing of Jaylynn with Mr. Turay have been | | |
| | 398:12  blocked? | | |
| 398:15 - 398:18 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:09 | **WS723_v7p-As-PlayedinCourt1-21-26.40** |
| | 398:15  A.  I have no way to know that.  Again, | | |
| | 398:16  all I know is that that particular trip did | | |
| | 398:17  not get flagged as part of the threshold we | | |
| | 398:18  set at that time period. | | |
| 401:02 - 401:19 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:49 | **WS723_v7p-As-PlayedinCourt1-21-26.41** |
| | 401:02  We know that Uber can set the | | |
| | 401:03  threshold lower if it wants to because Uber | | |
| | 401:04  did set the threshold lower in the | | |

**WS723_v7p-As-PlayedinCourt1-21-26 - Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 401:05    San Francisco Bay Area during the daytime in | | |
| | 401:06    August of 2023, it set it at .77, right? | | |
| | 401:07  A.  Correct.  But as I mentioned, each | | |
| | 401:08    threshold is configured for that particular | | |
| | 401:09    city, right.  So that's real, real important | | |
| | 401:10    each city is gonna look a little different, | | |
| | 401:11    each has external factors and risks, right. | | |
| | 401:12    And so that's why it's important to calculate | | |
| | 401:13    for a particular city and time of day as | | |
| | 401:14    well. | | |
| | 401:15  Q.  And one thing that caused Uber to | | |
| | 401:16    set its risk tolerance differently for | | |
| | 401:17    Phoenix is that Phoenix is the most dangerous | | |
| | 401:18    city in the United States for the risk of | | |
| | 401:19    sexual assault on Uber Rides, right? | | |
| 401:25 - 402:03 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:07 | **WS723_v7p-As-PlayedinCourt1-21-26.42** |
| | 401:25  A.  I don't have data in front of me | | |
| | 402:01    S. Wong - Highly Confidential | | |
| | 402:02    to, you know, confirm or deny if that's a | | |
| | 402:03    true statement, so... | | |
| 402:16 - 402:17 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:06 | **WS723_v7p-As-PlayedinCourt1-21-26.43** |
| | 402:16    MS. PETERS:  Let's go to Tab 78, | | |
| | 402:17    Exhibit 2202 (edited) | | |
| 403:17 - 404:03 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:28 | **WS723_v7p-As-PlayedinCourt1-21-26.44** |
| | 403:17    Item 2, Cities.  This Uber (edited) | | |
| | 403:18    document says: | | |
| | 403:19    We looked at L12 week's IPC data to | | |
| | 403:20    identify cities with highest incidences of | | |
| | 403:21    sexual assaults. | | |
| | 403:22    And then sub-point A says: | | |
| | 403:23    Phoenix, Houston, Atlanta, Dallas, | | |
| | 403:24    and Denver has the highest rate of sexual | | |
| | 403:25    assault incidents. | | |
| | 404:01    S. Wong - Highly Confidential | | |
| | 404:02    Do you see that? | | |
| | 404:03  A.  I see that. | | |
| 404:04 - 404:11 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:22 | **WS723_v7p-As-Pl** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 404:04 Q. And if we go to the next portion of | | ayedinCourt1-21-26.45 |
| | 404:05  that same page, those cities, the ones with | | |
| | 404:06  the highest incidents of sexual assault, are | | |
| | 404:07  listed and Phoenix is at the very top with a | | |
| | 404:08  sexual assault incident per one million trips | | |
| | 404:09  of 19.83. | | |
| | 404:10  Do you see that? | | |
| | 404:11 A. I'm able to see that. | | |
| 405:13 - 405:17 | Wong, Sunny 2025-10-14 - PIP MP4 | 00:00:13 | WS723_v7p-As-PlayedinCourt1-21-26.46 |
| | 405:13 Q. Did anybody at Uber look at (edited) | | |
| | 405:14  what was the probability that a sexual | | |
| | 405:15  assault would occur if Uber made a pairing | | |
| | 405:16  with a sexual assault risk score of .81 in | | |
| | 405:17  Phoenix at nighttime? | | |
| 405:25 - 406:02 | Wong, Sunny 2025-10-14 - PIP MP4 | 00:00:03 | WS723_v7p-As-PlayedinCourt1-21-26.47 |
| | 405:25 A. I'm not aware of anyone calculating | | |
| | 406:01  S. Wong - Highly Confidential | | |
| | 406:02  that. | | |
| 412:23 - 413:08 | Wong, Sunny 2025-10-14 - PIP MP4 | 00:00:27 | WS723_v7p-As-PlayedinCourt1-21-26.48 |
| | 412:23 Q. But with respect to the risk of | | |
| | 412:24  sexual assault and sexual misconduct, once it | | |
| | 412:25  determines that the pairing with Mr. Turay is | | |
| | 413:01  S. Wong - Highly Confidential | | |
| | 413:02  below the threshold, Uber didn't take any | | |
| | 413:03  action to try to downrank or avoid that | | |
| | 413:04  pairing, right? | | |
| | 413:05 A. Not specifically S-RAD. | | |
| | 413:06 Q. Is that correct? | | |
| | 413:07 A. Not specifically S-RAD, that's | | |
| | 413:08  correct. | | |
| 413:09 - 413:14 | Wong, Sunny 2025-10-14 - PIP MP4 | 00:00:16 | WS723_v7p-As-PlayedinCourt1-21-26.49 |
| | 413:09 Q. Was there any other program Uber | | |
| | 413:10  used other than S-RAD to try to downrank or | | |
| | 413:11  avoid pairing Jaylynn with Mr. Turay because | | |
| | 413:12  of the risk of sexual assault or sexual | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 413:13    misconduct? | | |
| | 413:14  A.  Not that I know of. | | |
| 415:04 - 415:07 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:08 | **WS723_v7p-As-PlayedinCourt1-21-26.50** |
| | 415:04  Q.  But first of all, you, on behalf of | | |
| | 415:05    Uber, don't know what the scores were of | | |
| | 415:06    other available trips that night, right? | | |
| | 415:07  A.  That's correct. | | |
| 415:24 - 416:03 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:13 | **WS723_v7p-As-PlayedinCourt1-21-26.51** |
| | 415:24    For that week for (edited) | | |
| | 415:25    nighttime trips in Phoenix, the S-RAD score | | |
| | 416:01    S. Wong - Highly Confidential | | |
| | 416:02    for Jaylynn's pairing with Mr. Turay was | | |
| | 416:03    above average, true? | | |
| 416:06 - 416:07 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:02 | **WS723_v7p-As-PlayedinCourt1-21-26.52** |
| | 416:06  A.  Compared to the last seven days, | | |
| | 416:07    correct. | | |
| 426:13 - 426:17 | **Wong, Sunny 2025-10-14 - WIT MP4** | 00:00:12 | **WS723_v7p-As-PlayedinCourt1-21-26.53** |
| | 426:13  Q.  What did Uber do after it | | |
| | 426:14    determined that Jaylynn's trip was below the | | |
| | 426:15    threshold?  What is it it did further to try | | |
| | 426:16    to make sure it was picking the safest match | | |
| | 426:17    possible for her? | | |
| 426:20 - 426:23 | **Wong, Sunny 2025-10-14 - WIT MP4** | 00:00:08 | **WS723_v7p-As-PlayedinCourt1-21-26.54** |
| | 426:20  A.  Again, I don't know what other | | |
| | 426:21    plans were available at that time period, | | |
| | 426:22    right, to say whether or not that was -- if | | |
| | 426:23    there were other scores that were lower. | | |
| 426:24 - 427:10 | **Wong, Sunny 2025-10-14 - WIT MP4** | 00:00:22 | **WS723_v7p-As-PlayedinCourt1-21-26.55** |
| | 426:24  Q.  Right.  But you don't need to know | | |
| | 426:25    whether there are others available 'cause you | | |
| | 427:01    S. Wong - Highly Confidential | | |
| | 427:02    know the way S-RAD works as we've covered | | |
| | 427:03    before is if the trip is below the threshold, | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 427:04    S-RAD's done with -- it doesn't -- it doesn't | | |
| | 427:05    try to find the safest match possible as | | |
| | 427:06    between trips that are below the threshold, | | |
| | 427:07    right? | | |
| | 427:08  A.  Correct.  And at that point then | | |
| | 427:09    the rest of the supply plans move forward, | | |
| | 427:10    right. | | |
| 427:22 - 428:05 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:19 | **WS723_v7p-As-PlayedinCourt1-21-26.56** |
| | 427:22  Q.  No, I mean Uber does select | | |
| | 427:23    individual drivers, but the rider, Jaylynn, | | |
| | 427:24    did not, right? | | |
| | 427:25  A.  That's correct. | | |
| | 428:01    S. Wong - Highly Confidential | | |
| | 428:02  Q.  And did Uber tell Jaylynn that the | | |
| | 428:03    risk of sexual assault for that trip was | | |
| | 428:04    above average even for the Phoenix nighttime | | |
| | 428:05    area? | | |
| 428:08 - 428:15 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:18 | **WS723_v7p-As-PlayedinCourt1-21-26.57** |
| | 428:08  A.  No, we did not, and -- but nor is | | |
| | 428:09    it practical to provide such scores to | | |
| | 428:10    riders. | | |
| | 428:11  Q.  Did it tell her that she was riding | | |
| | 428:12    in the most dangerous city for sexual assault | | |
| | 428:13    at the most dangerous time of the day on a | | |
| | 428:14    trip that was above average even for that | | |
| | 428:15    city and time of night? | | |
| 428:18 - 428:19 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:05 | **WS723_v7p-As-PlayedinCourt1-21-26.58** |
| | 428:18  A.  I'm not aware I was providing such | | |
| | 428:19    information to the rider. | | |
| 429:15 - 430:08 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:01:00 | **WS723_v7p-As-PlayedinCourt1-21-26.59** |
| | 429:15  Q.  All right.  So we're looking at | | |
| | 429:16    Exhibit 2067A.  And just to confirm, again, | | |
| | 429:17    this is a sheet that reflects the S-RAD score | | |
| | 429:18    for Jaylynn's pairing with Mr. Turay and the | | |
| | 429:19    features or inputs that went into that score, | | |
| | 429:20    right? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 429:21　A.　That's correct. | | |
| | 429:22　Q.　One of the factors that went into | | |
| | 429:23　　　the risk score of .81 for this pairing was | | |
| | 429:24　　　the one-star ratings received by the driver, | | |
| | 429:25　　　Mr. Turay, right?　That's at Line 14. | | |
| | 430:01　　　S. Wong - Highly Confidential | | |
| | 430:02　A.　Driver one-star rate total, | | |
| | 430:03　　　correct. | | |
| | 430:04　Q.　And Mr. Turay's one-star rate, | | |
| | 430:05　　　meaning how many one-star ratings he received | | |
| | 430:06　　　as a fraction of all ratings he received, was | | |
| | 430:07　　　1.07 percent, right? | | |
| | 430:08　A.　Correct. | | |
| 431:24 - 432:05 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:18 | **WS723_v7p-As-PlayedinCourt1-21-26.60** |
| | 431:24　　　Mr. Turay's one-star rate of | | |
| | 431:25　　　1.07 percent was more than double the median | | |
| | 432:01　　　S. Wong - Highly Confidential | | |
| | 432:02　　　one-star rate for drivers in the Phoenix area | | |
| | 432:03　　　of .45 percent, right? | | |
| | 432:04　A.　It was higher than the median at | | |
| | 432:05　　　that time period.　(edited) | | |
| 432:15 - 432:23 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:24 | **WS723_v7p-As-PlayedinCourt1-21-26.61** |
| | 432:15　　　The median driver one-star rate for | | |
| | 432:16　　　the seven-day period leading up to this | | |
| | 432:17　　　incident in Phoenix was .45 percent, right? | | |
| | 432:18　A.　That's correct. | | |
| | 432:19　Q.　And that would mean that half of | | |
| | 432:20　　　all drivers had a one-star rate below that | | |
| | 432:21　　　level, 45 percent, and half had a rate above | | |
| | 432:22　　　that level, right? | | |
| | 432:23　A.　Yep, that's what the median means. | | |
| 432:24 - 433:04 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:18 | **WS723_v7p-As-PlayedinCourt1-21-26.62** |
| | 432:24　Q.　Another factor that went into | | |
| | 432:25　　　Mr. Turay's -- into the S-RAD score for the | | |
| | 433:01　　　S. Wong - Highly Confidential | | |
| | 433:02　　　matching of Jaylynn with Mr. Turay was the | | |
| | 433:03　　　driver's Bliss rate, right?　And that's line | | |

**WS723_v7p-As-PlayedinCourt1-21-26 - Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 433:04    20. | | |
| 433:05 - 433:08 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:13 | **WS723_v7p-As-PlayedinCourt1-21-26.63** |
| | 433:05  A.  Yeah, that's one of the features. | | |
| | 433:06  Q.  The Bliss rate for Mr. Turay was | | |
| | 433:07       .09 percent, right? | | |
| | 433:08  A.  Correct. | | |
| 434:08 - 434:10 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:08 | **WS723_v7p-As-PlayedinCourt1-21-26.64** |
| | 434:08  Q.  that rate is about (edited) | | |
| | 434:09       1 in 1000 trips that somebody is making a | | |
| | 434:10       report to Uber about him, right? | | |
| 434:13 - 434:13 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:01 | **WS723_v7p-As-PlayedinCourt1-21-26.65** |
| | 434:13  A.  Right. (edited) | | |
| 437:12 - 437:17 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:21 | **WS723_v7p-As-PlayedinCourt1-21-26.66** |
| | 437:12  Q.  Okay.  And so does -- in the way | | |
| | 437:13       that Uber uses this language, Driver Bliss | | |
| | 437:14       L1, 2, 3 rate, L1, 2, 3, 4 rate, this means | | |
| | 437:15       that for almost one in every thousand trips | | |
| | 437:16       Uber is receiving some report of some kind | | |
| | 437:17       about Mr. Turay, right? | | |
| 437:20 - 438:09 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:29 | **WS723_v7p-As-PlayedinCourt1-21-26.67** |
| | 437:20  A.  Right.  Some type of report. | | |
| | 437:21       Again, very broad categories are including | | |
| | 437:22       here. | | |
| | 437:23  Q.  And that would include dangerous | | |
| | 437:24       driving reports, right, that's one type of | | |
| | 437:25       Bliss report? | | |
| | 438:01       S. Wong - Highly Confidential | | |
| | 438:02  A.  Potentially, correct, might include | | |
| | 438:03       road safety related reports. | | |
| | 438:04  Q.  Might include within it ICP, or | | |
| | 438:05       interpersonal conflict reports, right? | | |
| | 438:06  A.  Potentially, yes. | | |
| | 438:07  Q.  It would include within it auto | | |
| | 438:08       collisions potentially, right? | | |
| | 438:09  A.  Potentially, yep. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 440:06 - 440:14 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:25 | **WS723_v7p-As-Pl** |
|  | 440:06  Q.  Okay.  So let's go to Tab 8, |  | **ayedinCourt1-21-** |
|  |  |  | **26.68** |
|  | 440:07       page 1.  Is this the feature importance for |  |  |
|  | 440:08       the US regional model? |  |  |
|  | 440:09  A.  Correct, yes.  That's what I'm |  |  |
|  | 440:10       looking at. |  |  |
|  | 440:11  Q.  And on this -- and you believe this |  |  |
|  | 440:12       is the model that was in place for Jaylynn's |  |  |
|  | 440:13       trip? |  |  |
|  | 440:14  A.  That's correct. |  |  |
| 440:23 - 441:05 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:21 | **WS723_v7p-As-Pl** |
|  | 440:23       Do you see that the driver Bliss  (edited) |  | **ayedinCourt1-21-** |
|  |  |  | **26.69** |
|  | 440:24       rate is Number 3 on the US regional model in |  |  |
|  | 440:25       terms of features that were most weighty? |  |  |
|  | 441:01       S. Wong - Highly Confidential |  |  |
|  | 441:02  A.  Based on the feature analysis that |  |  |
|  | 441:03       was done at this time period, it was, you |  |  |
|  | 441:04       know, again one -- Number 3 on the list right |  |  |
|  | 441:05       behind the client version of that. |  |  |
| 441:06 - 441:07 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:02 | **WS723_v7p-As-Pl** |
|  | 441:06  Q.  Is that a "yes"? |  | **ayedinCourt1-21-** |
|  |  |  | **26.70** |
|  | 441:07  A.  Yes. |  |  |
| 443:14 - 443:22 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:25 | **WS723_v7p-As-Pl** |
|  | 443:14  Q.  So Uber found that through its |  | **ayedinCourt1-21-** |
|  |  |  | **26.71** |
|  | 443:15       experimentation, the validation and the |  |  |
|  | 443:16       machine learning model that the driver Bliss |  |  |
|  | 443:17       rate, including things like everything from |  |  |
|  | 443:18       IPC to road safety issues were all |  |  |
|  | 443:19       potentially relevant to the risk of sexual |  |  |
|  | 443:20       assault and sexual misconduct when it makes a |  |  |
|  | 443:21       pairing, right? |  |  |
|  | 443:22  A.  Yes.  (edited) |  |  |
| 446:17 - 446:17 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:05 | **WS723_v7p-As-Pl** |
|  | 446:17  Q.  Going back to Exhibit 2067A, the |  | **ayedinCourt1-21-** |
|  |  |  | **26.72** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 446:18 - 446:19 | **Wong, Sunny 2025-10-14 - PIP MP4**<br><br>446:18    rate -- the Bliss rate for Mr. Turay, .09,<br><br>446:19    how high was that above median? | 00:00:08 | **WS723_v7p-As-PlayedinCourt1-21-26.73** |
| 446:22 - 446:24 | **Wong, Sunny 2025-10-14 - PIP MP4**<br><br>446:22   A.   I don't think we calculated that<br><br>446:23    here, so I can't say how that compares to the<br>446:24    median. | 00:00:07 | **WS723_v7p-As-PlayedinCourt1-21-26.74** |
| 456:02 - 456:07 | **Wong, Sunny 2025-10-14 - PIP MP4**<br><br>456:02    Another feature that went into the<br><br>456:03    S-RAD score for Jaylynn and Mr. Turay was the<br>456:04    rate of late night requests at Line 33, that<br>456:05    means late night requests for the driver.<br>456:06    Do you see that?<br>456:07   A.   I do. | 00:00:17 | **WS723_v7p-As-PlayedinCourt1-21-26.75** |
| 456:08 - 456:14 | **Wong, Sunny 2025-10-14 - PIP MP4**<br><br>456:08   Q.   And that was a feature that went<br><br>456:09    into the S-RAD score, right?<br>456:10   A.   That's correct.<br>456:11   Q.   That was something that Uber had<br>456:12    found was relevant to calculating the risk of<br>456:13    sexual assault and sexual misconduct, right?<br>456:14   A.   Correct. | 00:00:15 | **WS723_v7p-As-PlayedinCourt1-21-26.76** |
| 456:15 - 456:17 | **Wong, Sunny 2025-10-14 - PIP MP4**<br><br>456:15   Q.   And Mr. Turay's late night request<br><br>456:16    rate was 28 percent, right?<br>456:17   A.   That's correct. | 00:00:06 | **WS723_v7p-As-PlayedinCourt1-21-26.77** |
| 456:18 - 456:20 | **Wong, Sunny 2025-10-14 - PIP MP4**<br><br>456:18   Q.   Is that the rate of how -- how many<br><br>456:19    of his trips are late night requests?<br>456:20   A.   Correct, that's my understanding. | 00:00:09 | **WS723_v7p-As-PlayedinCourt1-21-26.78** |
| 456:21 - 457:04 | **Wong, Sunny 2025-10-14 - PIP MP4**<br><br>456:21   Q.   Another feature that went into the | 00:00:20 | **WS723_v7p-As-PlayedinCourt1-21-26.79** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 456:22   risk score of .81 for Jaylynn's trip with | | |
| | 456:23   Mr. Turay was the weekend rate, the driver | | |
| | 456:24   weekend request rate, right? | | |
| | 456:25  A.  Correct. | | |
| | 457:01   S. Wong - Highly Confidential | | |
| | 457:02  Q.  And that was for Mr. Turay, | | |
| | 457:03   63.9 percent, right? | | |
| | 457:04  A.  Correct. | | |
| 457:05 - 457:08 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:09 | **WS723_v7p-As-Pl** |
| | 457:05  Q.  That means that 63.9 percent of the | | **ayedinCourt1-21-** |
| | | | **26.80** |
| | 457:06   trips that he accepted were on the weekend, | | |
| | 457:07   right? | | |
| | 457:08  A.  That's correct. | | |
| 468:06 - 468:10 | **Wong, Sunny 2025-10-14 - WIT MP4** | 00:00:12 | **WS723_v7p-As-Pl** |
| | 468:06  Q.  The number one feature  (edited) | | **ayedinCourt1-21-** |
| | | | **26.81** |
| | 468:07   in terms of importance to the S-RAD score is | | |
| | 468:08   the hour of the day, right? | | |
| | 468:09  A.  Yeah, the index trip hour logo, | | |
| | 468:10   yes. | | |
| 468:25 - 469:02 | **Wong, Sunny 2025-10-14 - WIT MP4** | 00:00:07 | **WS723_v7p-As-Pl** |
| | 468:25  Q.  Let's go back to Tab 8, | | **ayedinCourt1-21-** |
| | | | **26.83** |
| | 469:01   S. Wong - Highly Confidential | | |
| | 469:02   Exhibit 1823, the first page.  The top line | | |
| 469:02 - 469:11 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:21 | **WS723_v7p-As-Pl** |
| | 469:02   Exhibit 1823, the first page.  The top line | | **ayedinCourt1-21-** |
| | | | **26.84** |
| | 469:03   shows that the trip hour is the Number 1 most | | |
| | 469:04   important feature in the S-RAD model, right? | | |
| | 469:05  A.  Correct. | | |
| | 469:06  Q.  And when you said that it's -- it | | |
| | 469:07   matters for how it comes up with the score, | | |
| | 469:08   we're talking about the score for the risk | | |
| | 469:09   of sexual assault and sexual misconduct, | | |
| | 469:10   right? | | |
| | 469:11  A.  That's correct. | | |
| 469:12 - 469:17 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:18 | **WS723_v7p-As-Pl** |
| | | | **ayedinCourt1-21-** |

**WS723_v7p-As-PlayedinCourt1-21-26 - Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 469:12  Q.  The trip hour for Jaylynn's trip | | 26.85 |
| | 469:13      with Mr. Turay was the middle of the night, | | |
| | 469:14      right? | | |
| | 469:15  A.  Yeah, says local time on the | | |
| | 469:16      docket, looks like around midnight, it looks | | |
| | 469:17      like. | | |
| 470:02 - 470:06 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:12 | **WS723_v7p-As-Pl** |
| | 470:02  Q.  You can't say as the head of Uber's | | **ayedinCourt1-21-** |
| | | | **26.86** |
| | 470:03      data science team that addresses safety that | | |
| | 470:04      the middle of the night is a more dangerous | | |
| | 470:05      time of day with respect to sexual assault | | |
| | 470:06      and sexual misconduct? | | |
| 470:09 - 470:11 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:07 | **WS723_v7p-As-Pl** |
| | 470:09  A.  I mean, again, we know it's a | | **ayedinCourt1-21-** |
| | | | **26.87** |
| | 470:10      nighttime trip and we know that trip hour | | |
| | 470:11      were one of the most important features. | | |
| 471:02 - 471:05 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:20 | **WS723_v7p-As-Pl** |
| | 471:02  Q.  When Uber paired Jaylynn with | | **ayedinCourt1-21-** |
| | | | **26.88** |
| | 471:03      Mr. Turay in the middle of the night, did | | |
| | 471:04      Uber have any rule against pairing drivers | | |
| | 471:05      who had high Bliss rates with midnight rides? | | |
| 471:08 - 471:15 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:20 | **WS723_v7p-As-Pl** |
| | 471:08  A.  Again, we had S-RAD to help us with | | **ayedinCourt1-21-** |
| | | | **26.89** |
| | 471:09      scoring specific plans on a trip, so that was | | |
| | 471:10      the tool.  As far as what you're talking | | |
| | 471:11      about, I'm not aware of something like that. | | |
| | 471:12  Q.  We just talked about one of the | | |
| | 471:13      most important features for predicting sexual | | |
| | 471:14      assault and sexual misconduct is the time of | | |
| | 471:15      day, right? | | |
| 471:18 - 471:23 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:11 | **WS723_v7p-As-Pl** |
| | 471:18  A.  It's one of the most important | | **ayedinCourt1-21-** |
| | | | **26.90** |
| | 471:19      features, yeah, time of day, correct. | | |
| | 471:20  Q.  And another one of the most | | |
| | 471:21      important features is the driver number of | | |

**WS723_v7p-As-PlayedinCourt1-21-26 - Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 471:22   Bliss tickets, the driver Bliss rate, we | | |
| | 471:23   talked about that, right? | | |
| 472:02 - 472:03 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:05 | **WS723_v7p-As-PlayedinCourt1-21-26.91** |
| | 472:02  A.  That was the third feature below | | |
| | 472:03   the rider side for that feature, correct. | | |
| 472:04 - 472:08 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:17 | **WS723_v7p-As-PlayedinCourt1-21-26.92** |
| | 472:04  Q.  And did Uber ever, at the time it | | |
| | 472:05   paired Jaylynn with Mr. Turay, did it have | | |
| | 472:06   any rules in place to try to avoid pairing | | |
| | 472:07   midnight trips with drivers who had high | | |
| | 472:08   Bliss ticket rates? | | |
| 472:11 - 472:18 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:22 | **WS723_v7p-As-PlayedinCourt1-21-26.93** |
| | 472:11  A.  First of all, we don't know if the | | |
| | 472:12   driver in this case had a high or low -- I | | |
| | 472:13   don't have data to allow me to make that | | |
| | 472:14   assessment.  So I don't know if we should | | |
| | 472:15   infer that he had a high rate.  But I'm not | | |
| | 472:16   aware of -- it sounds like you're thinking | | |
| | 472:17   about other type of safety control or | | |
| | 472:18   product, so I'm not aware of that. | | |
| 474:18 - 474:23 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:12 | **WS723_v7p-As-PlayedinCourt1-21-26.94** |
| | 474:18   On behalf of Uber, can you affirm | | |
| | 474:19   that the feedback tags were not part of the | | |
| | 474:20   S-RAD score of .81 for Jaylynn's transcripts | | |
| | 474:21   with Mr. Turay? | | |
| | 474:22  A.  Let me double-check. | | |
| | 474:23  Q.  Yep. | | |
| 474:24 - 475:03 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:06 | **WS723_v7p-As-PlayedinCourt1-21-26.95** |
| | 474:24  A.  (Document review.) | | |
| | 474:25   Yep, that's correct.  Feedback tags | | |
| | 475:01   S. Wong - Highly Confidential | | |
| | 475:02   were not included as a feature, either on the | | |
| | 475:03   rider side or the driver side. | | |
| 479:09 - 479:13 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:14 | **WS723_v7p-As-Pl** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 479:09  Q.  Gender was not part of the (edited) | | WS723_v7p-As-Pl ayedinCourt1-21-26.96 |
| | 479:10      S-RAD score that the fact that Jaylynn was | | |
| | 479:11      opposite gender from Mr. Turay, right? | | |
| | 479:12  A.  Just double-checking. | | |
| | 479:13      No, it was not one of the features. | | |
| 485:25 - 486:06 | Wong, Sunny 2025-10-14 - PIP MP4 | 00:00:00 | WS723_v7p-As-Pl ayedinCourt1-21-26.97 |
| | 485:25      (Exhibit 2069, Demonstrative, | | |
| | 486:01      S. Wong - Highly Confidential | | |
| | 486:02      Bates UBER JCCP MDL 000908749.0044, | | |
| | 486:03      was marked for identification.) | | |
| | 486:04      (Exhibit 2070, Global Feature | | |
| | 486:05      Definitions, was marked for | | |
| | 486:06      identification.) | | |
| 514:02 - 514:07 | Wong, Sunny 2025-10-14 - PIP MP4 | 00:00:21 | WS723_v7p-As-Pl ayedinCourt1-21-26.98 |
| | 514:02  Q.  When did S-RAD first launch in | | |
| | 514:03      Phoenix? | | |
| | 514:04  A.  Give me a second. | | |
| | 514:05      Initial launch of S-RAD to Phoenix | | |
| | 514:06      was part of the US regional model in | | |
| | 514:07      July 2022. | | |
| 536:19 - 537:03 | Wong, Sunny 2025-10-14 - PIP MP4 | 00:00:22 | WS723_v7p-As-Pl ayedinCourt1-21-26.100 |
| | 536:19      I just want to make something very | | |
| | 536:20      clear, the number says .809.  Is that a | | |
| | 536:21      percentage or a probability or anything like | | |
| | 536:22      that? | | |
| | 536:23  A.  It's definitely not a probability. | | |
| | 536:24      It's a number, a score that the model | | |
| | 536:25      calculates and allows us to rank different | | |
| | 537:01      S. Wong - Highly Confidential | | |
| | 537:02      plans, right, for a given trip, but we | | |
| | 537:03      shouldn't think about it as a probability. | | |
| 537:14 - 537:23 | Wong, Sunny 2025-10-14 - PIP MP4 | 00:00:18 | WS723_v7p-As-Pl ayedinCourt1-21-26.101 |
| | 537:14  Q.  Do you recall getting some | | |
| | 537:15      questions earlier, Mr. Wong, where there was | | |
| | 537:16      like a picture of a thermometer on the | | |

**WS723_v7p-As-PlayedinCourt1-21-26 - Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 537:17   screen? | | |
| | 537:18  A.  I do. | | |
| | 537:19  Q.  And then there were different | | |
| | 537:20   numbers put on the screen next to the | | |
| | 537:21   thermometer.  I want to ask you, did you feel | | |
| | 537:22   like that was an accurate representation of | | |
| | 537:23   what S-RAD scores mean? | | |
| 537:25 - 538:08 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:23 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.102** |
| | 537:25  A.  Absolutely not.  And it's true that | | |
| | 538:01   S. Wong - Highly Confidential | | |
| | 538:02   the various S-RAD model ranges from zero to | | |
| | 538:03   one, but to frame it as like cold to hot, I | | |
| | 538:04   wouldn't frame it that way.  We already | | |
| | 538:05   established that it is not a probability, | | |
| | 538:06   it's a score, it allows us to, you know, rank | | |
| | 538:07   things.  But no, I would not -- definitely | | |
| | 538:08   would not frame it that way. | | |
| 538:11 - 538:25 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:36 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.103** |
| | 538:11   counsel was asking you questions about (edited) | | |
| | 538:12   like a .8 threshold and a .77 threshold. | | |
| | 538:13   Are -- why aren't those comparable? | | |
| | 538:14  A.  Right.  Yeah, I mean it's -- a lot | | |
| | 538:15   of it is making comparisons between apples | | |
| | 538:16   and oranges, right.  We calibrate a score for | | |
| | 538:17   a given city because each city looks | | |
| | 538:18   different and even from one time period to | | |
| | 538:19   another, right, what's 2023 versus 2024, and | | |
| | 538:20   then you have to take into account for within | | |
| | 538:21   a given city, whether it's nighttime for a | | |
| | 538:22   daytime.  So that's why it wouldn't be | | |
| | 538:23   relevant to compare one city threshold versus | | |
| | 538:24   another 'cause just the environment could be | | |
| | 538:25   different. | | |
| 539:02 - 539:12 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:26 | **WS723_v7p-As-Pl ayedinCourt1-21- 26.104** |
| | 539:02  Q.  And, Mr. Wong, do you feel like | | |
| | 539:03   S-RAD program has helped reduce incidents of | | |
| | 539:04   sexual assault and sexual misconduct on the | | |

**WS723_v7p-As-PlayedinCourt1-21-26 - Wong, Sunny 072325 - v7p - As-Played in Court 01-21-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 539:05   Uber platform? | | |
| | 539:06  A.  I do.  I mean, we've reviewed | | |
| | 539:07   documents, we've done analysis, that's why we | | |
| | 539:08   continue to invest in it.  So I'm super proud | | |
| | 539:09   of it.  But the work doesn't stop, right, we | | |
| | 539:10   continue to invest in it.  We launched S-RAD | | |
| | 539:11   2.0 end of last year.  And again, that's | | |
| | 539:12   something we continue to invest into. | | |
| 539:20 - 539:25 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:13 | **WS723_v7p-As-Pl** |
| | 539:20  Q.  You just said that there's no way | | **ayedinCourt1-21-** |
| | | | **26.105** |
| | 539:21   to interpret the S-RAD score as a probability | | |
| | 539:22   because sexual assault and sexual misconduct | | |
| | 539:23   are super rare events. | | |
| | 539:24   Do you remember that testimony? | | |
| | 539:25  A.  I do. | | |
| 540:02 - 540:12 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:29 | **WS723_v7p-As-Pl** |
| | 540:02  Q.  Has anybody on your team attempted | | **ayedinCourt1-21-** |
| | | | **26.106** |
| | 540:03   to calculate the probability of sexual | | |
| | 540:04   assault and sexual misconduct using the S-RAD | | |
| | 540:05   program? | | |
| | 540:06  A.  Not that I know of. | | |
| | 540:07  Q.  Has anybody on your team attempted | | |
| | 540:08   to calculate the rate of sexual assault and | | |
| | 540:09   sexual misconduct that occurs on trips that | | |
| | 540:10   are within a certain -- say the top | | |
| | 540:11   10 percent or top 1 percent of S-RAD scores? | | |
| | 540:12  A.  Not that I know of. | | |
| 541:14 - 541:16 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:05 | **WS723_v7p-As-Pl** |
| | 541:14  Q.  And can you tell us the | | **ayedinCourt1-21-** |
| | | | **26.107** |
| | 541:15   distribution of S-RAD scores within that | | |
| | 541:16   dataset? | | |
| 541:19 - 541:19 | **Wong, Sunny 2025-10-14 - PIP MP4** | 00:00:01 | **WS723_v7p-As-Pl** |
| | 541:19  A.  I cannot. | | **ayedinCourt1-21-** |
| | | | **26.108** |

PLF Affirmative                                                        00:25:37

| DEF Counter | 00:03:25 |
|---|---|
| **TOTAL RUN TIME** | **00:29:02** |