[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | CASE NO. 3:23-MD-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PROPOSED CURATIVE INSTRUCTION REGARDING THE STRICKEN TESTIMONY OF DR. DRUMWRIGHT**<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:  6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:  501 |

On January 21, 2026, the Court granted in part Defendants' Motion to Strike Dr. Minette Drumwright's Undisclosed Expert Opinions. *See* Docket 5049. Defendant submits this proposed curative instruction regarding the stricken testimony of Dr. Drumwright.

## UBER'S PROPOSED INSTRUCTION REGARDING THE STRICKEN TESTIMONY OF DR. DRUMWRIGHT

Members of the Jury, I am ordering that certain opinions you heard from Plaintiff's marketing witness, Dr. Minette Drumwright, be stricken from the record. This means that this testimony is not evidence and has been removed from the record. You must disregard and give no weight to Dr. Drumwright's testimony on the following topics:

(1) First, Dr. Drumwright's opinion that Uber's safety efforts did not change quickly after Dara Khosrowshahi became CEO in 2017. This includes Dr. Drumwright's opinions about:

    a. Corporate culture being "sticky" and slow to change;

    b. How or whether a change in corporate leadership affects a company's operations;

    c. How or whether Mr. Khosrowshahi's appointment as CEO affected Uber's operation and priorities;

    d. A marketing campaign regarding Dara Khosrowshahi's introduction as Uber's CEO;

    e. The effect Travis Kalanick's role on Uber's Board of Directors had on safety efforts after he stepped down as CEO; and

    f. How or whether Mr. Khosrowshahi's compensation was tied to growth rather than safety.

(2) Second, Dr. Drumwright's opinion that Uber marketed to Hispanic riders specifically in Phoenix.

You should not consider this testimony during your deliberations or allow it to influence your verdict in any way.

DATED: January 25, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Laura Vartain Horn*
Laura Vartain Horn