# COURT EXHIBIT 7A

Designation Run Reports for Hannah Nilles
as played in Court 1/21/2026 (June 30, 2025, July 10, 2025, August 7, 2025)

# Nilles, Hannah 06-30-25 v6p - As-Played in Court 01-21-25

Designation List Report



| | | |
|---|---|---|
| Nilles, Hannah | | 2025-06-30 |
| Nilles, Hannah | | 2025-06-30 |

| | |
|---|---|
| Our Designations | 00:09:09 |
| Their Designations | 00:00:55 |
| **TOTAL RUN TIME** | **00:10:05** |

**ID: NH630_v6p-As-PlayedinCourt1-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:17 - 6:21 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:07 | **NH630_v6p-As-Pl ayedinCourt1-21- 25.1** |
| | 6:17 Q. Good morning. Can you please state | | |
| | 6:18 your name for the record? | | |
| | 6:19 A. Hannah Nilles. | | |
| | 6:20 Q. What's your title, Ms. Nilles? | | |
| | 6:21 A. Head of Safety of the Americas. | | |
| 6:24 - 7:01 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:02 | **NH630_v6p-As-Pl ayedinCourt1-21- 25.2** |
| | 6:24 Q. And how long have you been with | | |
| | 6:25 Uber? | | |
| | 7:01 A. Almost six years. | | |
| 10:16 - 11:01 | **Nilles, Hannah 2025-06-30 - WIT MP4** | 00:00:23 | **NH630_v6p-As-Pl ayedinCourt1-21- 25.3** |
| | 10:16 Q. And just briefly, can you summarize | | |
| | 10:17 your background before coming to Uber? | | |
| | 10:18 A. Sure. I studied international | | |
| | 10:19 business, and I had worked at a technology | | |
| | 10:20 company prior to coming to Uber. | | |
| | 10:21 I worked around the world, doing | | |
| | 10:22 various technology deployments and roll-outs, | | |
| | 10:23 and now I work at Uber. | | |
| | 10:24 Q. Did you have any safety-related jobs | | |
| | 10:25 before you came to Uber? | | |
| | 11:01 A. No. | | |
| 144:04 - 144:12 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:33 | **NH630_v6p-As-Pl ayedinCourt1-21- 25.4** |
| | 144:04 But just so that we are all clear | | |
| | 144:05 about Uber's efforts to prevent sexual assault | | |
| | 144:06 by drivers against passengers, I want to make | | |
| | 144:07 sure I have down on the -- with respect to | | |
| | 144:08 screening, other than running criminal | | |
| | 144:09 background checks, is there any other component | | |
| | 144:10 of Uber's screening that is what Uber does to | | |
| | 144:11 screen out potential sexual predators from the | | |
| | 144:12 platform? | | |
| 144:14 - 144:20 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:16 | **NH630_v6p-As-Pl ayedinCourt1-21- 25.5** |
| | 144:14 A. Motor vehicle records. | | |
| | 144:15 Q. Okay. Anything else? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 144:16  A.  Well, we have -- I mean, we have the | | |
| | 144:17      screening process, which is looking at criminal | | |
| | 144:18      and motor vehicle record background checks. | | |
| | 144:19      So, as far as screening goes, those | | |
| | 144:20      are the two main components. | | |
| 267:06 - 267:10 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:17 | **NH630_v6p-As-PlayedinCourt1-21-25.6** |
| | 267:06  Q.  All right.  Now, you, of course, are | | |
| | 267:07      aware of many individual instances that have | | |
| | 267:08      been reported, where a driver has passed Uber's | | |
| | 267:09      screening process and gone on to commit | | |
| | 267:10      horrendous violence against a passenger, right? | | |
| 267:12 - 267:23 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:02:06 | **NH630_v6p-As-PlayedinCourt1-21-25.7** |
| | 267:12  A.  I am, yes. | | |
| | 267:13      MS. LONDON:  All right.  So why | | |
| | 267:14      don't we go ahead -- I'm going to show you | | |
| | 267:15      Exhibit 113A, and this one is a video, so | | |
| | 267:16      I'm going to play it. | | |
| | 267:17      I'm going to mark it as the next | | |
| | 267:18      numbered exhibit, which is 1319, and then | | |
| | 267:19      I'll just ask you a few questions | | |
| | 267:20      afterwards. | | |
| | 267:21      (Exhibit 1319, Video, marked for | | |
| | 267:22      identification.) | | |
| | 267:23      (Video playing.) | | |
| 268:01 - 268:04 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:15 | **NH630_v6p-As-PlayedinCourt1-21-25.8** |
| | 268:01  Q.  Ms. Nilles, what was described in | | |
| | 268:02      this news story, which I will represent to you | | |
| | 268:03      aired in February of 2025, this was a -- a | | |
| | 268:04      horrific and heinous action, right -- | | |
| 268:06 - 268:09 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:08 | **NH630_v6p-As-PlayedinCourt1-21-25.9** |
| | 268:06  Q.  -- of what was reported? | | |
| | 268:07  A.  Yes. | | |
| | 268:08  Q.  And that driver should not be on the | | |
| | 268:09      platform, driving for Uber, right? | | |
| 268:11 - 268:17 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:27 | **NH630_v6p-As-PlayedinCourt1-21-** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 268:11  A.  I'm trying to recall exactly what | | **25.10** |
| | 268:12       was said.  But I think the answer is no. | | |
| | 268:13  Q.  Since this story aired in 2025, Uber | | |
| | 268:14       did not make any changes to its screening | | |
| | 268:15       processes or policies to improve safety for | | |
| | 268:16       riders and protect them from sexual assault, | | |
| | 268:17       right? | | |
| 268:19 - 269:01 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:10 | **NH630_v6p-As-Pl** |
| | 268:19  A.  Since that particular story aired? | | **ayedinCourt1-21-** |
| | | | **25.11** |
| | 268:20  Q.  Yes. | | |
| | 268:21  A.  Not to my knowledge. | | |
| | 268:22       MS. LONDON:  I'm going to show you | | |
| | 268:23       the next numbered exhibit, which will be | | |
| | 268:24       1320. | | |
| | 268:25       (Exhibit 1320, Video, marked for | | |
| | 269:01       identification.) | | |
| 269:10 - 269:16 | **Nilles, Hannah 2025-06-30 - WIT MP4** | 00:00:16 | **NH630_v6p-As-Pl** |
| | 269:10  Q.  Ms. Nilles, it is Uber's practice to | | **ayedinCourt1-21-** |
| | | | **25.12** |
| | 269:11       track incidents when they occur, right? | | |
| | 269:12  A.  Yes. | | |
| | 269:13  Q.  And Uber does review and take | | |
| | 269:14       seriously every one of these reports when they | | |
| | 269:15       come to Uber, right? | | |
| | 269:16  A.  Yes. | | |
| 269:22 - 270:06 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:03:08 | **NH630_v6p-As-Pl** |
| | 269:22       (Video playing.) | | **ayedinCourt1-21-** |
| | | | **25.13** |
| | 269:23  Q.  Now, Ms. Nilles, what was described | | |
| | 269:24       here involved a driver that had been -- had | | |
| | 269:25       passed Uber's screening process, right? | | |
| | 270:01  A.  I have no context on this driver.  I | | |
| | 270:02       would assume he did, but I don't know any more | | |
| | 270:03       than that. | | |
| | 270:04  Q.  Well, there was a spokesperson from | | |
| | 270:05       Uber that made a comment, saying the driver had | | |
| | 270:06       been removed, right? | | |
| 270:08 - 270:08 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:01 | **NH630_v6p-As-Pl** |
| | 270:08  A.  Yes, I saw that. | | **ayedinCourt1-21-** |

**NH630_v6p-As-PlayedinCourt1-21-25 - Nilles, Hannah 06-30-25 v6p - As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 270:09 - 270:12 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:06 | **NH630_v6p-As-Pl ayedinCourt1-21-25.18** |
| | 270:09  Q.  And if the driver had been removed, | | |
| | 270:10      obviously, they -- the driver must have passed | | |
| | 270:11      the screenings to -- to be able to give rides | | |
| | 270:12      on the app, right? | | |
| 270:14 - 271:05 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:49 | **NH630_v6p-As-Pl ayedinCourt1-21-25.19** |
| | 270:14  A.  I mean, I feel sick that you're | | |
| | 270:15      showing me these videos.  I think you're | | |
| | 270:16      insinuating that somebody who -- I mean, I'm | | |
| | 270:17      assuming if this person had a criminal record, | | |
| | 270:18      they would have said it in the news story. | | |
| | 270:19      You're assuming that we could | | |
| | 270:20      predict that a person is going to do something | | |
| | 270:21      horrible to a woman in a car; and, if they | | |
| | 270:22      don't have that on their background check, I | | |
| | 270:23      don't see how you could possibly prevent that | | |
| | 270:24      from happening. | | |
| | 270:25  Q.  Just -- I'm just -- | | |
| | 271:01  A.  You're asking me about screening | | |
| | 271:02      practices, and you're insinuating that we could | | |
| | 271:03      have prevented this by changing our screening | | |
| | 271:04      practices. | | |
| | 271:05      If a person doesn't have a criminal | | |
| 271:06 - 271:21 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:48 | **NH630_v6p-As-Pl ayedinCourt1-21-25.15** |
| | 271:06      you can't just intuit that they're (edited) | | |
| | 271:07      going to sexually assault someone.  I read | | |
| | 271:08      these things every single day, and they make me | | |
| | 271:09      sick. | | |
| | 271:10      So you showing me these videos isn't | | |
| | 271:11      going to make me say anything different. | | |
| | 271:12  Q.  Understood. | | |
| | 271:13      Ms. Nilles, one of the things that | | |
| | 271:14      the Uber spokesperson in this news article said | | |
| | 271:15      is that sexual misconduct is never tolerated on | | |
| | 271:16      the Uber platform. | | |
| | 271:17      Do you recall that? | | |
| | 271:18  A.  Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 271:19  Q.  It's your understanding that Uber | | |
| | 271:20      does not remove a driver after every report of | | |
| | 271:21      sexual misconduct -- | | |
| 271:23 - 271:23 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:01 | **NH630_v6p-As-PlayedinCourt1-21-25.16** |
| | 271:23  Q.  -- correct? | | |
| 271:25 - 272:04 | **Nilles, Hannah 2025-06-30 - PIP MP4** | 00:00:10 | **NH630_v6p-As-PlayedinCourt1-21-25.17** |
| | 271:25  A.  You would have to get into splitting | | |
| | 272:01      hairs of how we define the taxonomy, and a lot | | |
| | 272:02      more nuanced details than we have time for | | |
| | 272:03      right now. | | |
| | 272:04      But, yes, that's true. | | |

| | | |
|---|---|---|
| Our Designations | 00:09:09 |
| Their Designations | 00:00:55 |
| **TOTAL RUN TIME** | **00:10:05** |

# Nilles, Hannah 07-10-25 v4p - As-Played in Court 01-21-25

## Designation List Report

| | | |
|---|---|---|
|  Nilles, Hannah | | 2025-07-10 |
| Nilles, Hannah | | 2025-07-10 |

| | |
|---|---|
| Our Designations | 00:01:56 |
| Our Counters | 00:00:20 |
| **TOTAL RUN TIME** | **00:02:16** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 89:17 - 89:19 | **Nilles, Hannah 2025-07-10 - WIT MP4** | 00:00:09 | **NH710_v4p-As-PlayedinCourt1-21-25.4** |
| | 89:17  Q.  Is every one of those items that you just listed | | |
| | 89:18       something that Uber considers to be a different | | |
| | 89:19       levels of the multilevel safety screening? | | |
| 89:21 - 89:23 | **Nilles, Hannah 2025-07-10 - WIT MP4** | 00:00:12 | **NH710_v4p-As-PlayedinCourt1-21-25.5** |
| | 89:21  A.  I think that -- sure, yes, I suppose.  I think | | |
| | 89:22       there are many ways to describe our onboarding, and | | |
| | 89:23       that's a fair depiction. | | |
| 89:25 - 90:14 | **Nilles, Hannah 2025-07-10 - WIT MP4** | 00:00:51 | **NH710_v4p-As-PlayedinCourt1-21-25.1** |
| | 89:25  Q.  One level of Uber's multilevel safety screening is | | |
| | 90:01       getting a driver's license uploaded, true? | | |
| | 90:02  A.  Yes. | | |
| | 90:03  Q.  One level of Uber's multilevel safety screening is | | |
| | 90:04       getting insurance verification uploaded, true? | | |
| | 90:05  A.  Yes. | | |
| | 90:06  Q.  One level of Uber's multilevel safety screening is | | |
| | 90:07       getting vehicle registration uploaded, true? | | |
| | 90:08  A.  Yes. | | |
| | 90:09  Q.  How is vehicle registration a safety screening by | | |
| | 90:10       Uber? | | |
| | 90:11  A.  It's one of the compliance requirements.  It's part | | |
| | 90:12       of screening, but I don't -- I don't know if you | | |
| | 90:13       can directly tie it to safety, so to speak, but | | |
| | 90:14       it's one of our onboarding requirements. | | |
| 90:18 - 91:04 | **Nilles, Hannah 2025-07-10 - WIT MP4** | 00:00:32 | **NH710_v4p-As-PlayedinCourt1-21-25.6** |
| | 90:18  Q.  My question was specific to the multilevel safety | | |
| | 90:19       screen.  I'd like to know what were each of those | | |
| | 90:20       levels of Uber's multilevel safety screen? | | |
| | 90:21  A.  I think it's important to understand the fidelity | | |
| | 90:22       of any information and any document that a driver | | |
| | 90:23       is providing us, and all of those are in some way | | |
| | 90:24       relevant to safety. | | |
| | 90:25       So I would say the fact that the person | | |
| | 91:01       is meeting compliance requirements and has a | | |
| | 91:02       vehicle registration that is current and theirs and | | |
| | 91:03       matches their identity is a safety-related step of | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 91:04 | the process. | | |
| 91:21 - 92:04 | **Nilles, Hannah 2025-07-10 - PIP MP4** | | 00:00:33 | **NH710_v4p-As-Pl ayedinCourt1-21- 25.2** |
| | 91:21 | Q. Another one of the levels in Uber's multilevel | | |
| | 91:22 | safety screen is what you called the fraud check; | | |
| | 91:23 | is that right? | | |
| | 91:24 | A. Yes. | | |
| | 91:25 | Q. What are those? | | |
| | 92:01 | A. We are looking for signals of fraud on a person's | | |
| | 92:02 | driver's license and checking in our system to see | | |
| | 92:03 | if anyone has been onboarded previously and safety | | |
| | 92:04 | locked or banned. | | |

| | | |
|---|---|---|
| Our Designations | | 00:01:56 |
| Our Counters | | 00:00:20 |
| **TOTAL RUN TIME** | | **00:02:16** |

# Nilles, Hannah 08-07-25 v4p - As-Played in Court 01-21-25

Designation List Report

| | | |
|---|---|---|
| Nilles, Hannah | | 2025-08-07 |
| Nilles, Hannah | | 2025-08-07 |

| Our Designations | 00:04:33 |
|---|---|
| **TOTAL RUN TIME** | **00:04:33** |



**ID: NH807_v4p-As-PlayedinCourt1-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 418:14 - 418:17 | **Nilles, Hannah 2025-08-07 MDL - WIT MP4** | 00:00:09 | **NH807_v4p-As-Pl ayedinCourt1-21-25.1** |
| | 418:14  Q.  So Uber has been analyzing risk factors for sexual | | |
| | 418:15       assault for many years; isn't that right, | | |
| | 418:16       Ms. Nilles? | | |
| | 418:17  A.  Yes. | | |
| 434:07 - 434:07 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:05 | **NH807_v4p-As-Pl ayedinCourt1-21-25.2** |
| | 434:07       we're going to mark as Exhibit 1884. | | |
| 436:09 - 436:14 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:15 | **NH807_v4p-As-Pl ayedinCourt1-21-25.3** |
| | 436:09  Q.  And what this document says under -- it says it was | | |
| | 436:10       created on March 28, 2016. | | |
| | 436:11       Do you see that? | | |
| | 436:12  A.  Yes. | | |
| | 436:13  Q.  By Sunny Jeon, a data scientist for Uber, correct? | | |
| | 436:14  A.  Yes. | | |
| 437:05 - 437:11 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:17 | **NH807_v4p-As-Pl ayedinCourt1-21-25.4** |
| | 437:05  Q.  And what it says is, "As Uber usage continues to | | |
| | 437:06       grow, the company may encounter a greater number | | |
| | 437:07       and variety of safety risks, including fatal | | |
| | 437:08       automobile accidents and interpersonal conflicts | | |
| | 437:09       like physical altercations and sexual misconduct." | | |
| | 437:10       Do you see that? | | |
| | 437:11  A.  Yes. | | |
| 437:14 - 437:19 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:10 | **NH807_v4p-As-Pl ayedinCourt1-21-25.5** |
| | 437:14       BY ATTORNEY WALSH: | | |
| | 437:15  Q.  And it says, "Although safety incidents are rare | | |
| | 437:16       and may appear random, many safety incidents are | | |
| | 437:17       predictable." | | |
| | 437:18       Do you see that? | | |
| | 437:19  A.  I see that. | | |
| 438:01 - 438:08 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:20 | **NH807_v4p-As-Pl ayedinCourt1-21-25.6** |
| | 438:01  Q.  And what it says is, "That is, safety incidents | | |
| | 438:02       follow patterns and have precursors that can be | | |
| | 438:03       leveraged to forecast them before they happen." | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 438:04    Do you see that? | | |
| | 438:05  A.  Yes, I see that. | | |
| | 438:06  Q.  So that's what Uber is saying back in 2016 in this | | |
| | 438:07    document, right? | | |
| | 438:08  A.  That's what this document says. | | |
| 438:21 - 439:03 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:25 | **NH807_v4p-As-Pl ayedinCourt1-21- 25.7** |
| | 438:21  Q.  And as one example of the patterns and precursors | | |
| | 438:22    that can be leveraged to forecast safety incidents, | | |
| | 438:23    this document says that "Safety incident rates | | |
| | 438:24    increase dramatically between 1:00 and 3:00 a.m. | | |
| | 438:25    and Saturday nights/Sunday mornings and on holidays | | |
| | 439:01    and other days of major social gatherings." | | |
| | 439:02    Do you see that? | | |
| | 439:03  A.  Yes. | | |
| 439:10 - 439:14 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:16 | **NH807_v4p-As-Pl ayedinCourt1-21- 25.8** |
| | 439:10  Q.  And when did Uber disclose to the public its | | |
| | 439:11    understanding that rides taking place late at | | |
| | 439:12    night, on the weekends, or on days of major social | | |
| | 439:13    gatherings, that those rides had a higher risk of | | |
| | 439:14    safety incidents? | | |
| 439:17 - 439:17 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:03 | **NH807_v4p-As-Pl ayedinCourt1-21- 25.9** |
| | 439:17  A.  We have not made public disclosures. | | |
| 442:06 - 442:09 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:10 | **NH807_v4p-As-Pl ayedinCourt1-21- 25.10** |
| | 442:06  Q.  Ms. Nilles, Uber agrees that it's not just safety | | |
| | 442:07    incidents that have patterns and precursors. | | |
| | 442:08    Sexual assaults have patterns and precursors too, | | |
| | 442:09    right? | | |
| 442:11 - 442:11 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:03 | **NH807_v4p-As-Pl ayedinCourt1-21- 25.11** |
| | 442:11  A.  I mean, sexual assault is a safety incident. | | |
| 445:06 - 445:12 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:20 | **NH807_v4p-As-Pl ayedinCourt1-21- 25.12** |
| | 445:06  Q.  And do you see on the metadata that this is a | | |
| | 445:07    document that Uber produced to us that was created | | |
| | 445:08    on February 6, 2017? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 445:09  A.  Yes. | | |
| | 445:10  Q.  And you see it identifies the title as "Preventing | | |
| | 445:11       Sexual Assaults," correct? | | |
| | 445:12  A.  Yes. | | |
| 447:06 - 447:11 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:17 | **NH807_v4p-As-Pl** |
| | 447:06  Q.  And what it lists as some of the correlates for | | **ayedinCourt1-21-** |
| | | | **25.13** |
| | 447:07       sexual assaults are, "Male offenders and female | | |
| | 447:08       victims," right? | | |
| | 447:09  A.  That's what this says, yes. | | |
| | 447:10  Q.  "Bars, plus late night, plus weekends," correct? | | |
| | 447:11  A.  Yes. | | |
| 448:01 - 448:03 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:11 | **NH807_v4p-As-Pl** |
| | 448:01  Q.  Okay.  And have you seen where Uber has shared with | | **ayedinCourt1-21-** |
| | | | **25.14** |
| | 448:02       the public these correlates of sexual assaults that | | |
| | 448:03       are listed in this document? | | |
| 448:06 - 448:06 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:01 | **NH807_v4p-As-Pl** |
| | 448:06  A.  No. | | **ayedinCourt1-21-** |
| | | | **25.15** |
| 461:21 - 462:15 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:48 | **NH807_v4p-As-Pl** |
| | 461:21  Q.  Okay.  And this is a document that you created, | | **ayedinCourt1-21-** |
| | | | **25.16** |
| | 461:22       correct? | | |
| | 461:23  A.  Yes. | | |
| | 461:24  Q.  And according to the metadata for this document, | | |
| | 461:25       you created it in December 2019. | | |
| | 462:01       Do you see that? | | |
| | 462:02  A.  Yes. | | |
| | 462:03  Q.  And it looks like there were modifications made to | | |
| | 462:04       it in March of 2020. | | |
| | 462:05       Do you see that? | | |
| | 462:06  A.  Yes. | | |
| | 462:07  Q.  And this is a document that was also found in the | | |
| | 462:08       custodial files of Greg Brown, Gus Fuldner, Roger | | |
| | 462:09       Kaiser, and Jenny Luu. | | |
| | 462:10       Do you see that? | | |
| | 462:11  A.  Yes. | | |
| | 462:12  Q.  And if we flip to the next page, it says, "Safety | | |
| | 462:13       Governance at Uber." | | |

**NH807_v4p-As-PlayedinCourt1-21-25 - Nilles, Hannah 08-07-25 v4p - As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 462:14    Do you see that? | | |
| | 462:15  A.  Yes. | | |
| 462:22 - 462:25 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:11 | **NH807_v4p-As-PlayedinCourt1-21-25.17** |
| | 462:22  Q.  And this document is something that you created for | | |
| | 462:23    a meeting that was held at Uber in March of 2020; | | |
| | 462:24    is that right? | | |
| | 462:25  A.  Yes. | | |
| 464:25 - 465:02 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:05 | **NH807_v4p-As-PlayedinCourt1-21-25.18** |
| | 464:25  Q.  And it talks about "Internal Interviews." | | |
| | 465:01    Do you see that? | | |
| | 465:02  A.  Yes. | | |
| 471:12 - 471:22 | **Nilles, Hannah 2025-08-07 MDL - PIP MP4** | 00:00:28 | **NH807_v4p-As-PlayedinCourt1-21-25.19** |
| | 471:12  Q.  And this slide includes quotes from the interviews | | |
| | 471:13    that you conducted, correct? | | |
| | 471:14  A.  Yes. | | |
| | 471:15  Q.  And the first quote is, "I will get fired if I | | |
| | 471:16    don't hit EBITDA.  I'm not going to get fired if I | | |
| | 471:17    don't hit a safety KPI." | | |
| | 471:18    Do you see that? | | |
| | 471:19  A.  Yes. | | |
| | 471:20  Q.  Do you see where it says, "Stand For Safety is a | | |
| | 471:21    sham"? | | |
| | 471:22  A.  Yes. | | |

| Our Designations | 00:04:33 |
|---|---|
| **TOTAL RUN TIME** | **00:04:33** |

# Nilles, Hannah 08-07-25 Wave 1 v5p - As-Played in Court 01-21-25

Designation List Report

**Nilles - Wave 1, Hannah**                              **2025-08-07**

| | |
|---|---|
| Our Designations | 00:08:20 |
| Their Counters | 00:04:40 |
| **TOTAL RUN TIME** | **00:13:00** |



| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 299:01 - 299:04 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br><br>299:01  Q.  You are here to speak on Uber's behalf about its<br><br>299:02      screening and onboarding of Mr. Turay; is that<br>299:03      right?<br>299:04  A.  Yes. | 00:00:07 | **NH807W1_v5p-As-PlayedinCourt1-21-25.1** |
| 299:22 - 300:01 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br><br>299:22  Q.  Mr. Turay first applied to drive for Uber on<br><br>299:23      July 24, 2014; is that right?<br>299:24  A.  I have got my paper copies, so I'm just going to<br>299:25      reference these to make sure we have the dates<br>300:01      correct. | 00:00:16 | **NH807W1_v5p-As-PlayedinCourt1-21-25.2** |
| 300:03 - 300:05 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br><br>300:03      That will be Exhibit 1853.  (edited)<br><br>300:04      MARKED FOR IDENTIFICATION:<br>300:05      DEPOSITION EXHIBIT 1853 | 00:00:02 | **NH807W1_v5p-As-PlayedinCourt1-21-25.3** |
| 300:08 - 300:09 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br><br>300:08      MARKED FOR IDENTIFICATION:<br><br>300:09      DEPOSITION EXHIBIT 1854 | 00:00:01 | **NH807W1_v5p-As-PlayedinCourt1-21-25.4** |
| 300:18 - 300:20 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br><br>300:18      this is a copy of the status and flow logs for the<br><br>300:19      Hassan Turay account ending in AD49?<br>300:20  A.  Yes. | 00:00:17 | **NH807W1_v5p-As-PlayedinCourt1-21-25.5** |
| 302:11 - 302:17 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br><br>302:11  Q.  He was rejected from the peer-to-peer service on<br><br>302:12      August 18, 2014, right?<br>302:13  A.  Yes.<br>302:14  Q.  In your notes for your depo aid version of the flow<br>302:15      sheet, you say that that was due to insufficient<br>302:16      driving history; is that right?<br>302:17  A.  Yes, that's right. | 00:00:28 | **NH807W1_v5p-As-PlayedinCourt1-21-25.6** |
| 312:10 - 312:13 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br><br>312:10  Q.  Got it.  Then 2016 a background check was conducted | 00:00:12 | **NH807W1_v5p-As-PlayedinCourt1-21-25.7** |

**NH807W1_v5p-As-PlayedinCourt1-21-25 - Nilles, Hannah 08-07-25 Wave 1 v5p - As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 312:11    which he failed for insufficient driving history, | | |
| | 312:12    right? | | |
| | 312:13  A.  Yes. | | |
| 315:14 - 315:15 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:01 | **NH807W1_v5p-As-PlayedinCourt1-21-25.8** |
| | 315:14    MARKED FOR IDENTIFICATION: | | |
| | 315:15    DEPOSITION EXHIBIT 1855 | | |
| 315:18 - 315:19 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:01 | **NH807W1_v5p-As-PlayedinCourt1-21-25.9** |
| | 315:18    MARKED FOR IDENTIFICATION: | | |
| | 315:19    DEPOSITION EXHIBIT 1856 | | |
| 315:23 - 316:06 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:35 | **NH807W1_v5p-As-PlayedinCourt1-21-25.10** |
| | 315:23  Q.  It says report for Hassan Turay, suspended.  This | | |
| | 315:24    is a background check that was conducted | | |
| | 315:25    December 7th, 2016, which is the date we just saw | | |
| | 316:01    that he had applied again. | | |
| | 316:02  A.  Yes. | | |
| | 316:03  Q.  And then if we look at Page 3 it says license | | |
| | 316:04    issued October 25, 2016. | | |
| | 316:05    Do you see that? | | |
| | 316:06  A.  I see that, yes. | | |
| 316:07 - 316:13 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:25 | **NH807W1_v5p-As-PlayedinCourt1-21-25.11** |
| | 316:07  Q.  So this was -- he failed this driver's -- driving | | |
| | 316:08    history check because his driver's license was | | |
| | 316:09    issued October 25, 2016, and he is applying | | |
| | 316:10    December of 2016, and that's less than a year, | | |
| | 316:11    right? | | |
| | 316:12  A.  Yes.  Then he goes back to Checkr and gives them a | | |
| | 316:13    new license. | | |
| 317:02 - 317:05 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:15 | **NH807W1_v5p-As-PlayedinCourt1-21-25.12** |
| | 317:02  Q.  Is this the status and flow log for the other Turay | | |
| | 317:03    account, the one that started in 2016 and has an | | |
| | 317:04    UUID that starts with 7692? | | |
| | 317:05  A.  Yes. | | |
| 317:12 - 317:14 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:11 | **NH807W1_v5p-As-PlayedinCourt1-** |
| | 317:12  Q.  Mr. Turay was activated as a peer-to-peer driver | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 317:13    for the first time on what date? | | |
| | 317:14  A.  12/23/2016. | | |
| 317:15 - 317:25 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:43 | **NH807W1_v5p-As-PlayedinCourt1-21-25.14** |
| | 317:15  Q.  We were just looking at a background check -- a | | |
| | 317:16    driving history check that he had failed in | | |
| | 317:17    December of 2016.  What was it that caused him to | | |
| | 317:18    pass -- or to be activated after he had failed in | | |
| | 317:19    the background check? | | |
| | 317:20  A.  He went back to Checkr and gave him -- gave them | | |
| | 317:21    his driver's license that showed a longer history. | | |
| | 317:22  Q.  What are you basing that on? | | |
| | 317:23  A.  My team looked in the Checkr portal and said that | | |
| | 317:24    he successfully confirmed their current or previous | | |
| | 317:25    driver's license on December 22, 2016, at 9:13 a.m. | | |
| 319:11 - 319:13 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:02 | **NH807W1_v5p-As-PlayedinCourt1-21-25.15** |
| | 319:11    Exhibit 1857. | | |
| | 319:12    MARKED FOR IDENTIFICATION: | | |
| | 319:13    DEPOSITION EXHIBIT 1857 | | |
| 319:17 - 319:18 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:04 | **NH807W1_v5p-As-PlayedinCourt1-21-25.16** |
| | 319:17  Q.  This is a report for Mr. Turay, you can see at the | | |
| | 319:18    top? | | |
| 319:22 - 320:01 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:11 | **NH807W1_v5p-As-PlayedinCourt1-21-25.17** |
| | 319:22  Q.  And this is a report, you can see at the bottom, | | |
| | 319:23    that was created December 19, 2016, completed | | |
| | 319:24    December 22, 2016. | | |
| | 319:25    Do you see that? | | |
| | 320:01  A.  Yes. | | |
| 320:05 - 320:10 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:19 | **NH807W1_v5p-As-PlayedinCourt1-21-25.18** |
| | 320:05  Q.  The motor vehicle record section states that there | | |
| | 320:06    is a driver's license issue date of October 25, | | |
| | 320:07    2016, the same as we saw before.  There's a first | | |
| | 320:08    issue date given of January 31st, 2008. | | |
| | 320:09    Do you see that? | | |
| | 320:10  A.  Yes. | | |

**NH807W1_v5p-As-PlayedinCourt1-21-25 - Nilles, Hannah 08-07-25 Wave 1 v5p - As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 320:15 - 320:24 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:21 | **NH807W1_v5p-As** |
| | 320:15    What is that based on, saying that | | **-PlayedinCourt1-** |
| | | | **21-25.19** |
| | 320:16    that's the first issue date? | | |
| | 320:17  A.  That's what I told you.  He would have communicated | | |
| | 320:18    directly with Checkr.  I have no reason to believe | | |
| | 320:19    Checkr would have falsified this information.  He | | |
| | 320:20    would have communicated with Checkr, provided his | | |
| | 320:21    true licensing history, and then they approved and | | |
| | 320:22    cleared the report and sent it to us, because he | | |
| | 320:23    was able to prove that he had longer licensing | | |
| | 320:24    histories. | | |
| 320:25 - 321:08 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:30 | **NH807W1_v5p-As** |
| | 320:25  Q.  Does Uber allow Checkr to base licensing history on | | **-PlayedinCourt1-** |
| | | | **21-25.20** |
| | 321:01    any information other than actually being shown a | | |
| | 321:02    copy of a driver's license? | | |
| | 321:03  A.  The licensing history, I believe, is actually done | | |
| | 321:04    through the motor vehicle -- through the DMV.  I'm | | |
| | 321:05    not sure exactly what happened in this process, | | |
| | 321:06    again, because it would have been the consumer and | | |
| | 321:07    the consumer reporting agency.  They get the actual | | |
| | 321:08    records from the DMV. | | |
| 324:17 - 324:20 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:09 | **NH807W1_v5p-As** |
| | 324:17  Q.  Are you aware that Mr. Turay testified at | | **-PlayedinCourt1-** |
| | | | **21-25.21** |
| | 324:18    deposition under oath that he immigrated to the | | |
| | 324:19    United States in 2013? | | |
| | 324:20  A.  I'm not aware, no. | | |
| 325:09 - 325:10 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:04 | **NH807W1_v5p-As** |
| | 325:09  Q.  Do you think people can get driver's licenses in a | | **-PlayedinCourt1-** |
| | | | **21-25.22** |
| | 325:10    country they have not moved to yet? | | |
| 325:12 - 325:12 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:02 | **NH807W1_v5p-As** |
| | 325:12  A.  I don't think I was insinuating that, no. | | **-PlayedinCourt1-** |
| | | | **21-25.23** |
| 326:08 - 327:01 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:01:09 | **NH807W1_v5p-As** |
| | 326:08  Q.  Okay.  Let's talk about Uber's what it calls | | **-PlayedinCourt1-** |
| | | | **21-25.24** |
| | 326:09    multilevel safety screening of Mr. Turay.  The | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 326:10   entirety of its screening process for Mr. Turay was | | |
| | 326:11   to get his Social Security, date of birth, and name | | |
| | 326:12   from him, to have him upload his driver's license, | | |
| | 326:13   registration, insurance, and profile photo, to | | |
| | 326:14   check his driving history and check his criminal | | |
| | 326:15   background, both of the latter pieces through | | |
| | 326:16   Checkr, right? | | |
| | 326:17  A.  Yes. | | |
| | 326:18  Q.  The driving history check that Uber did when it | | |
| | 326:19   onboarded him was done within the same -- it was | | |
| | 326:20   started and completed within the same minute, | | |
| | 326:21   right?  That's Exhibit 1855, which we looked at. | | |
| | 326:22  A.  Which one is that?  Sorry.  Let me finish this. | | |
| | 326:23   1855.  You are talking about this insufficient | | |
| | 326:24   driving history one? | | |
| | 326:25  Q.  Right. | | |
| | 327:01  A.  Yes, it appears to be. | | |
| 327:05 - 327:12 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:19 | **NH807W1_v5p-As** |
| | 327:05  Q.  The criminal background check was just focusing on | | **-PlayedinCourt1-** |
| | | | **21-25.25** |
| | 327:06   the criminal part of it, costs Uber between $7 to | | |
| | 327:07   $14, depending on whether they got a bulk rate for | | |
| | 327:08   it, right? | | |
| | 327:09  A.  Yes. | | |
| | 327:10  Q.  The whole screening process costs approximately | | |
| | 327:11   $30, give or take, right? | | |
| | 327:12  A.  Yes, that's correct. | | |
| 327:19 - 327:25 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:17 | **NH807W1_v5p-As** |
| | 327:19  Q.  Uber did not conduct a criminal background check in | | **-PlayedinCourt1-** |
| | | | **21-25.26** |
| | 327:20   Sierra Leone, correct? | | |
| | 327:21  A.  Correct. | | |
| | 327:22  Q.  Did not conduct one in Guinea, right? | | |
| | 327:23  A.  Correct. | | |
| | 327:24  Q.  It did not conduct one in Ghana, right? | | |
| | 327:25  A.  Right.  We only conducted one in the United States. | | |
| 329:16 - 330:03 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:36 | **NH807W1_v5p-As** |
| | 329:16  Q.  Isn't it important to Uber in onboarding Mr. Turay | | **-PlayedinCourt1-** |
| | | | **21-25.27** |
| | 329:17   to know whether he had ever committed rape, murder, | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 329:18    or a serious violent crime in any country? | | |
| | 329:19    ATTORNEY PREMO-HOPKINS: Object to form. | | |
| | 329:20  A.  That's incredibly difficult to ascertain and there | | |
| | 329:21    are wildly different standards for background | | |
| | 329:22    checks across the world and many places don't even | | |
| | 329:23    have them.  In the case of Africa, specifically, | | |
| | 329:24    you have to go in person to obtain a physical | | |
| | 329:25    document, a police report that's, by the way, | | |
| | 330:01    easily falsified and would have to present it in | | |
| | 330:02    person, not digitally.  It's not possible.  No, we | | |
| | 330:03    don't do that. | | |
| 330:07 - 330:11 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:13 | **NH807W1_v5p-As-PlayedinCourt1-21-25.28** |
| | 330:07  Q.  My question is, isn't it important to Uber when | | |
| | 330:08    it's onboarding or screening Mr. Turay to know | | |
| | 330:09    whether he had ever communicated rape or murder or | | |
| | 330:10    a serious violent crime in another country?  Isn't | | |
| | 330:11    that something important to Uber? | | |
| 330:14 - 330:15 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:05 | **NH807W1_v5p-As-PlayedinCourt1-21-25.29** |
| | 330:14  A.  I don't know if I can comment on what's important. | | |
| | 330:15    I can tell you what's feasible and realistic. | | |
| 331:04 - 331:07 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:11 | **NH807W1_v5p-As-PlayedinCourt1-21-25.30** |
| | 331:04  Q.  Did Uber do anything to make up for the fact that | | |
| | 331:05    it couldn't check Mr. Turay's background in the | | |
| | 331:06    places -- other places he lived as an adult such as | | |
| | 331:07    doing psychometric testing? | | |
| 331:08 - 331:08 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:01 | **NH807W1_v5p-As-PlayedinCourt1-21-25.31** |
| | 331:08  A.  No. | | |
| 331:16 - 332:01 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:30 | **NH807W1_v5p-As-PlayedinCourt1-21-25.32** |
| | 331:16  Q.  Mr. Turay was born in 1974, right? | | |
| | 331:17  A.  I don't have his driver's license in front of me. | | |
| | 331:18    Yes, I have his background check.  Yes, I can see | | |
| | 331:19    that. | | |
| | 331:20  Q.  That would mean by the time he was onboarded by | | |
| | 331:21    Uber in 2014, he was 42 years old, give or take, | | |
| | 331:22    right? | | |

**NH807W1_v5p-As-PlayedinCourt1-21-25 - Nilles, Hannah 08-07-25 Wave 1 v5p - As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 331:23  A.  Sure.<br>331:24  Q.  So a background check that only looks at a few<br>331:25       years of his life would be missing the majority of<br>332:01       his adult life, right? | | |
| 332:03 - 332:03 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br>332:03  A.  Yes, necessarily. | 00:00:01 | **NH807W1_v5p-As-PlayedinCourt1-21-25.33** |
| 332:25 - 333:04 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br>332:25       My question is:  Did Uber feel that<br><br>333:01       onboarding a driver who had been living most of his<br>333:02       life outside the U.S. without checking his<br>333:03       background outside the U.S. was putting riders like<br>333:04       Ms. Dean in danger? | 00:00:10 | **NH807W1_v5p-As-PlayedinCourt1-21-25.34** |
| 333:06 - 333:11 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br>333:06  A.  I don't think Uber, as a company, can feel.  I'm<br><br>333:07       telling you what is operationally possible and what<br>333:08       was considered by the safety team.<br>333:09       BY ATTORNEY PETERS:<br>333:10  Q.  Did Uber recognize that as a risk?<br>333:11  A.  Yes. | 00:00:12 | **NH807W1_v5p-As-PlayedinCourt1-21-25.35** |
| 333:20 - 333:22 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br>333:20  Q.  Did Uber ask Mr. Turay whether he had any criminal<br><br>333:21       background?<br>333:22  A.  No. | 00:00:09 | **NH807W1_v5p-As-PlayedinCourt1-21-25.36** |
| 334:04 - 334:19 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4**<br>334:04  A.  Did we ask him to self-certify if he had a criminal<br><br>334:05       background, no.<br>334:06  Q.  Did it ask for a list of prior employers?<br>334:07  A.  No.<br>334:08  Q.  Did it ask for any references at all?<br>334:09  A.  No, we don't ask for references.<br>334:10  Q.  Did it ask for a resume?<br>334:11  A.  No.<br>334:12  Q.  Did it ask for fingerprints?<br>334:13  A.  No.<br>334:14  Q.  Did it -- did Uber interview him in any way, shape, | 00:00:39 | **NH807W1_v5p-As-PlayedinCourt1-21-25.37** |

**NH807W1_v5p-As-PlayedinCourt1-21-25 - Nilles, Hannah 08-07-25 Wave 1 v5p - As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 334:15    or form? | | |
| | 334:16  A.  Not to my knowledge. | | |
| | 334:17  Q.  Did it do any research of its own like Google or | | |
| | 334:18    social media? | | |
| | 334:19  A.  No. | | |
| 335:24 - 336:01 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:09 | **NH807W1_v5p-As** |
| | 335:24  Q.  Did the background check that Uber conducted in the | | **-PlayedinCourt1-** |
| | | | **21-25.38** |
| | 335:25    U.S. convince Uber that Mr. Turay would be a safe | | |
| | 336:01    driver? | | |
| 336:04 - 336:05 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:03 | **NH807W1_v5p-As** |
| | 336:04  A.  I don't think you can ever be convinced that | | **-PlayedinCourt1-** |
| | | | **21-25.39** |
| | 336:05    someone is going to be safe. | | |
| 337:19 - 337:23 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:14 | **NH807W1_v5p-As** |
| | 337:19  Q.  Did Uber flag Mr. Turay's account as being one that | | **-PlayedinCourt1-** |
| | | | **21-25.40** |
| | 337:20    represented extra risk based on the fact that its | | |
| | 337:21    screening consisted of a background check that was | | |
| | 337:22    conducted in a place where Mr. Turay had not lived | | |
| | 337:23    for very long? | | |
| 337:25 - 338:07 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:17 | **NH807W1_v5p-As** |
| | 337:25  A.  Are you suggesting because he was an immigrant, we | | **-PlayedinCourt1-** |
| | | | **21-25.41** |
| | 338:01    should have flagged him for extra risk? | | |
| | 338:02    BY ATTORNEY PETERS: | | |
| | 338:03  Q.  I'm not at all suggesting that. | | |
| | 338:04    Because Uber did not conduct a | | |
| | 338:05    background check in the place where he had actually | | |
| | 338:06    been living for most of his adult life, did Uber | | |
| | 338:07    flag him as extra risk? | | |
| 338:09 - 338:10 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:04 | **NH807W1_v5p-As** |
| | 338:09  A.  I don't think there is data that would suggest that | | **-PlayedinCourt1-** |
| | | | **21-25.42** |
| | 338:10    immigrants are extra risky. | | |
| 338:21 - 338:23 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:06 | **NH807W1_v5p-As** |
| | 338:21  Q.  Does the fact that Uber does not conduct a | | **-PlayedinCourt1-** |
| | | | **21-25.43** |
| | 338:22    background check in a place where a driver has | | |

**NH807W1_v5p-As-PlayedinCourt1-21-25 - Nilles, Hannah 08-07-25 Wave 1 v5p - As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 338:23    lived make them risky? | | |
| 338:25 - 339:01 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:04 | **NH807W1_v5p-As -PlayedinCourt1- 21-25.44** |
| | 338:25  A.  I don't have data to support that.  But it's a | | |
| | 339:01    possible risk factor, yes. | | |
| 467:25 - 468:06 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:24 | **NH807W1_v5p-As -PlayedinCourt1- 21-25.45** |
| | 467:25  Q.  What's your understanding of the accuracy of | | |
| | 468:01    Checkr's background checks? | | |
| | 468:02  A.  Checkr states publicly they have a 99.6 percent | | |
| | 468:03    accuracy rate, and they explain publicly how they | | |
| | 468:04    measure that as related to consumer complaints. | | |
| | 468:05    And they're an accredited background check | | |
| | 468:06    provider. | | |
| 468:12 - 468:22 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:27 | **NH807W1_v5p-As -PlayedinCourt1- 21-25.46** |
| | 468:12  Q.  Do you know how much money Uber invests in | | |
| | 468:13    background checks annually? | | |
| | 468:14  A.  Over 300 million just in the United States alone. | | |
| | 468:15  Q.  Does every person who wants to provide driving | | |
| | 468:16    services on the Uber platform have to undertake a | | |
| | 468:17    background check? | | |
| | 468:18  A.  Yes.  They have to undertake a background check at | | |
| | 468:19    the time they onboard.  They undergo a background | | |
| | 468:20    check every year thereafter, and we have a | | |
| | 468:21    continuous monitoring product that's always looking | | |
| | 468:22    for arrests and convictions in real time. | | |
| 469:12 - 470:07 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:59 | **NH807W1_v5p-As -PlayedinCourt1- 21-25.47** |
| | 469:12  Q.  And with regard to criminal background checks, how | | |
| | 469:13    are those records searched? | | |
| | 469:14  A.  So there are what are called pointers, the user | | |
| | 469:15    provides their Social Security number, their name, | | |
| | 469:16    date of birth, and then Checkr conducts what's | | |
| | 469:17    called a Social Security number trace where they | | |
| | 469:18    look for any addresses of aliases that the person | | |
| | 469:19    has used in the past, and they also search the | | |
| | 469:20    national criminal database for any potential | | |
| | 469:21    records that could be related to this person but | | |
| | 469:22    may not be reportable. | | |

**NH807W1_v5p-As-PlayedinCourt1-21-25 - Nilles, Hannah 08-07-25 Wave 1 v5p - As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 469:23   That then leads them to the validation | | |
| | 469:24   stage where if they find any potential records that | | |
| | 469:25   might relate to that person, they send -- in some | | |
| | 470:01   cases, they have to send a human to the courthouse | | |
| | 470:02   to validate that record and then validate it | | |
| | 470:03   against the name, date of birth, and personal | | |
| | 470:04   information of that person, and in some cases we're | | |
| | 470:05   able to do it immediately and electronically | | |
| | 470:06   depending on whether or not the courthouse has that | | |
| | 470:07   that available. | | |
| 473:03 - 473:12 | **Nilles - Wave 1, Hannah 2025-08-07 - PIP MP4** | 00:00:24 | **NH807W1_v5p-As-PlayedinCourt1-21-25.48** |
| | 473:03   Q.   Ms. Nilles, with regard to your work generally over | | |
| | 473:04   the past six years, how do you feel about your | | |
| | 473:05   team's work on background checks and | | |
| | 473:06   screening-related safety features? | | |
| | 473:07   A.   I feel like we have a very strong and defensible | | |
| | 473:08   screening process. | | |
| | 473:09   And from what I have gathered attending | | |
| | 473:10   industry events and researching the background | | |
| | 473:11   check process, I feel that we have the best | | |
| | 473:12   available tools. | | |

| | |
|---|---|
| Our Designations | 00:08:20 |
| Their Counters | 00:04:40 |
| **TOTAL RUN TIME** | **00:13:00** |