# COURT EXHIBIT 7B

Hannah Nilles Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00769 | 1319 | Video News Story |
| P-00770 | 1320 | Video News Story |
| P-00817 | 1853 | UBER-MDL3084-BW-00012965 |
| P-00818 | 1854 | Turay Driver Account UUID and App Status |
| P-00819 | 1855 | UBER-MDL3084-BW-00012056 |
| P-00820 | 1856 | Turay App Status at Various Points |
| P-00821 | 1857 | UBER-MDL3084-DFS00003621 |
| P-01020 | 1888 | UBER_JCCP_MDL_000908805 |
| P-01696 | 1885 | UBER_JCCP_MDL_000031720 |
| P-01701 | 1884 | UBER_JCCP_MDL_003231342 |