# COURT EXHIBIT 8B

Sunny Wong Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00724 | 2202 | UBER_JCCP_MDL_000258366 |
| P-01366 | 889 | UBER_JCCP_MDL_003274193 |
| P-01455 | 2807 | UBER_JCCP_MDL_001755017 |
| P-01667 | 1241 | UBER_JCCP_MDL_000474564 |
| P-01676 | 1817 | Global Features Definitions |
| P-01682 | 1823 | US Production Model Feature Importance - Top 20 Features |
| P-01687 | 2067 | UBER-MDL3084-BW-00048903 |
| P-01689 | 2069 | UBER_JCCP_MDL_000908749 |
| P-01698 | 2806 | UBER_JCCP_MDL_001687315 |
| P-01711 | 2823 | UBER_JCCP_MDL_003306684 |
| P-01712 | 2824 | UBER_JCCP_MDL_002266899 |
| P-01715 | 2827 | UBER_JCCP_MDL_002340895 |
| P-03650 | 2069 | UBER_JCCP_MDL_000908749 (Demonstrative) |
| P-04519 | 546 | UBER JCCP MDL 000541461 |