# COURT EXHIBIT 9A

Designation Run Report for Cory Freivogel
as played in Court 1/21/2026 (February 6, 2025)

# Cory Freivogel v4p As-Played in Court 01-21-25

Designation List Report

**Freivogel, Cory**                     **2025-02-06**
**Freivogel, Cory**                     **2025-02-06**

| | |
|---|---|
| Our Designations | 00:33:49 |
| Their Counters | 00:04:14 |
| **TOTAL RUN TIME** | **00:38:02** |



| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9:24 - 10:01 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:05 | **CFv4p-As-PlayedinCourt1-21-25.1** |
| | 9:24    Could you just introduce yourself to | | |
| | 9:25    the jury? | | |
| | 10:01   A.  My name is Cory Freivogel. | | |
| 11:02 - 11:03 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:02 | **CFv4p-As-PlayedinCourt1-21-25.2** |
| | 11:02   Q.  Okay.  So let's just talk a little bit | | |
| | 11:03   about your background. | | |
| 11:25 - 12:05 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:19 | **CFv4p-As-PlayedinCourt1-21-25.3** |
| | 11:25   Q.  Okay.  So currently you are the Head | | |
| | 12:01   of U.S. and Canada Platform Safety Operations at | | |
| | 12:02   Uber; is that right? | | |
| | 12:03   A.  So I -- in September, my title changed | | |
| | 12:04   to the Head of Safety, U.S. and Canada, but yes, | | |
| | 12:05   that's my current role. | | |
| 12:21 - 13:19 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:01:07 | **CFv4p-As-PlayedinCourt1-21-25.4** |
| | 12:21   Q.  What does it mean to be the Head of | | |
| | 12:22   Safety for the United States and Canada for | | |
| | 12:23   Uber? | | |
| | 12:24   A.  It's similar to my former role, which | | |
| | 12:25   was the Head of Platform Safety Operations, and | | |
| | 13:01   what it refers to is that me and my team | | |
| | 13:02   ultimately develop standards and, you know, | | |
| | 13:03   proactive initiatives focused on on-trip safety | | |
| | 13:04   incidents on Uber. | | |
| | 13:05   Q.  Okay.  I think you've described your | | |
| | 13:06   job in the past as "bad stuff"; is that right? | | |
| | 13:07   A.  I did say that in a conversation that | | |
| | 13:08   we had previously today or an old chat message. | | |
| | 13:09   Q.  Okay.  And that's because, you know, | | |
| | 13:10   your job deals with some of the worst stuff that | | |
| | 13:11   can happen while someone's using the Uber app, | | |
| | 13:12   right? | | |
| | 13:13   A.  I mean, my job deals with a wide | | |
| | 13:14   variety of incidents on Uber, including the | | |
| | 13:15   worst -- or, the incidents, yes. | | |
| | 13:16   Q.  Okay.  And you've been at Uber for | | |
| | 13:17   about ten years now; is that right? | | |
| | 13:18   A.  Almost.  Just a few months shy of | | |
| | 13:19   that. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 21:04 - 21:08 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:11 | **CFv4p-As-Playedi** |
| | 21:04  Q.  Do you agree that Uber should take | | **nCourt1-21-25.5** |
| | 21:05      action when it can to prevent passengers from | | |
| | 21:06      being sexually assaulted by Uber drivers? | | |
| | 21:07  A.  I believe that, yes, Uber should take | | |
| | 21:08      action when it can. | | |
| 21:09 - 21:12 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:09 | **CFv4p-As-Playedi** |
| | 21:09  Q.  And Uber should do research and | | **nCourt1-21-25.6** |
| | 21:10      testing to find out what steps work to prevent | | |
| | 21:11      passengers from being sexually assaulted by Uber | | |
| | 21:12      drivers, true? | | |
| 21:14 - 21:21 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:18 | **CFv4p-As-Playedi** |
| | 21:14      THE WITNESS:  You're using these terms | | **nCourt1-21-25.7** |
| | 21:15      "prevent" and "work."  I think that we | | |
| | 21:16      should do what we can to try and mitigate | | |
| | 21:17      the risk of sexual assault, absolutely, and | | |
| | 21:18      we should take action.  But I don't know | | |
| | 21:19      that there's anything which would | | |
| | 21:20      necessarily solve or eliminate sexual | | |
| | 21:21      assault, if that's what you mean by "work." | | |
| 22:21 - 23:02 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:19 | **CFv4p-As-Playedi** |
| | 22:21      I'm asking you, do you think Uber can | | **nCourt1-21-25.8** |
| | 22:22      prevent individual instances of sexual assault? | | |
| | 22:23  A.  Again, I don't know if our actions or | | |
| | 22:24      any actions would necessarily prevent a sexual | | |
| | 22:25      assault from occurring.  I think we can, and do, | | |
| | 23:01      take actions which we believe can mitigate that | | |
| | 23:02      risk on the platform. | | |
| 23:03 - 23:07 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:09 | **CFv4p-As-Playedi** |
| | 23:03  Q.  Okay.  Do you believe that Uber should | | **nCourt1-21-25.9** |
| | 23:04      devote money and resources towards attempting to | | |
| | 23:05      prevent passengers from being sexually assaulted | | |
| | 23:06      by Uber drivers? | | |
| | 23:07  A.  Absolutely.  Yes. | | |
| 27:02 - 27:07 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:09 | **CFv4p-As-Playedi** |
| | 27:02  Q.  Well, Uber tracks drivers' ratings, | | **nCourt1-21-25.10** |
| | 27:03      right? | | |
| | 27:04  A.  Yeah, we track ratings. | | |
| | 27:05  Q.  Uber tracks drivers' cancellation | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:06     rates, right? | | |
| | 27:07    A.   They do track that, yeah. | | |
| 32:24 - 33:03 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:09 | **CFv4p-As-Playedi** |
| | 32:24     Would you agree that Uber tells the | | **nCourt1-21-25.11** |
| | 32:25     public that it has zero tolerance for sexual | | |
| | 33:01     offenders? | | |
| | 33:02    A.   I think we have used that language | | |
| | 33:03     before, yes. | | |
| 33:21 - 34:03 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:18 | **CFv4p-As-Playedi** |
| | 33:21    Q.   Okay.  Let's talk a little bit about | | **nCourt1-21-25.12** |
| | 33:22     Uber and safety, okay? | | |
| | 33:23    A.   Okay. | | |
| | 33:24    Q.   Uber should transport its passengers | | |
| | 33:25     safely, true? | | |
| | 34:01    A.   I would agree with that, yeah. | | |
| | 34:02    Q.   Uber rides should be safe, right? | | |
| | 34:03    A.   Yeah.  I think we do a lot to promote | | |
| 34:04 - 34:04 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:02 | **CFv4p-As-Playedi** |
| | 34:04     safety on the platform, yes. | | **nCourt1-21-25.13** |
| 34:07 - 34:12 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:15 | **CFv4p-As-Playedi** |
| | 34:07     In general, a safe ride includes a | | **nCourt1-21-25.14** |
| | 34:08     trip without sexual violence, true? | | |
| | 34:09    A.   I would say that's true, yeah. | | |
| | 34:10    Q.   A passenger being sexually assaulted | | |
| | 34:11     by a driver makes a ride unsafe, true? | | |
| | 34:12    A.   Yes, I would say that's true. | | |
| 34:25 - 35:02 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:00 | **CFv4p-As-Playedi** |
| | 34:25     (Exhibit 40, Document Bates-stamped | | **nCourt1-21-25.15** |
| | 35:01     UBER_JCCP_MDL_000418750, marked for | | |
| | 35:02     identification as of this date.) | | |
| 36:11 - 36:12 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:07 | **CFv4p-As-Playedi** |
| | 36:11     Do you recognize this document? | | **nCourt1-21-25.16** |
| | 36:12    A.   I've seen it before, yes. | | |
| 36:19 - 36:25 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:14 | **CFv4p-As-Playedi** |
| | 36:19    Q.   Okay.  And this is a presentation -- | | **nCourt1-21-25.17** |
| | 36:20     if you go to that page 2, I guess -- 3, maybe it | | |
| | 36:21     might be for you -- | | |
| | 36:22    A.   Uh-huh. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 36:23　Q.　-- called "Personal Safety Deep Drive, | | |
| | 36:24　　　　Sexual Assault Focus," do you see that? | | |
| | 36:25　A.　I do. | | |
| 37:06 - 38:01 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:59 | **CFv4p-As-Playedi** |
| | 37:06　Q.　All right.  And it says, "Sexual | | **nCourt1-21-25.18** |
| | 37:07　　　　assaults are one of the most horrific and | | |
| | 37:08　　　　infuriating types of incidents that can occur on | | |
| | 37:09　　　　the Uber platform." | | |
| | 37:10　　　　Do you see that? | | |
| | 37:11　A.　I do. | | |
| | 37:12　Q.　It goes on to say, "While there is | | |
| | 37:13　　　　most certainly reporting trends and | | |
| | 37:14　　　　categorization differences across mega-regions | | |
| | 37:15　　　　that influence these metrics, the issue is | | |
| | 37:16　　　　generally more pronounced in the U.S. and Canada | | |
| | 37:17　　　　vs. other mega-regions." | | |
| | 37:18　　　　Do you see that? | | |
| | 37:19　A.　I do see that. | | |
| | 37:20　Q.　And then there's a -- there is a | | |
| | 37:21　　　　graphic of a globe.  Do you see that? | | |
| | 37:22　A.　Yes, I see the globe. | | |
| | 37:23　Q.　And and over where the United States | | |
| | 37:24　　　　and Canada are on the globe, it says "11 per 1 | | |
| | 37:25　　　　million trips, U.S. & Canada," do you see that? | | |
| | 38:01　A.　I do, yes. | | |
| 38:24 - 39:01 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:03 | **CFv4p-As-Playedi** |
| | 38:24　Q.　You see this one says "Data Insights," | | **nCourt1-21-25.19** |
| | 38:25　　　　right? | | |
| | 39:01　A.　Yes. | | |
| 53:07 - 55:03 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:01:52 | **CFv4p-As-Playedi** |
| | 53:07　Q.　Then the next slide says, | | **nCourt1-21-25.20** |
| | 53:08　　　　"Forward-Looking Actions," do you see that | | |
| | 53:09　　　　heading? | | |
| | 53:10　A.　Yes. | | |
| | 53:11　Q.　Great.  And if you flip to the next | | |
| | 53:12　　　　one, it says, "Safety & Insurance 'Safety Risk | | |
| | 53:13　　　　Assessed Dispatch (S-RAD)' Model." | | |
| | 53:14　　　　Do you see that? | | |
| | 53:15　A.　I do. | | |
| | 53:16　Q.　What's the S-RAD model? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 53:17  A.  It's a sort of matching algorithm that | | |
| | 53:18      is used to -- with the intention of minimizing | | |
| | 53:19      risky pairings. | | |
| | 53:20  Q.  Okay.  And there's a heading or a | | |
| | 53:21      bullet that says "Motivation," do you see that? | | |
| | 53:22  A.  I do. | | |
| | 53:23  Q.  It says, "Prevent sexual assaults on | | |
| | 53:24      the Uber platform," right? | | |
| | 53:25  A.  It does say that there, yeah. | | |
| | 54:01  Q.  Okay.  And this is -- the purpose of | | |
| | 54:02      this S-RAD, the motivation of the S-RAD model | | |
| | 54:03      was to prevent sexual assaults on the Uber | | |
| | 54:04      platform; is that true? | | |
| | 54:05  A.  I mean, it says, "Motivation:  Prevent | | |
| | 54:06      sexual assaults on the Uber platform." | | |
| | 54:07  Q.  And then it says, "Intervention | | |
| | 54:08      Design:  Leverage machine learning to flag | | |
| | 54:09      driver-rider matches with elevated risks and | | |
| | 54:10      down-rank those matches at the point of dispatch | | |
| | 54:11      (subject to marketplace constraints)," do you | | |
| | 54:12      see that? | | |
| | 54:13  A.  I do see it says that there, yeah. | | |
| | 54:14  Q.  So the idea here is, like you said, to | | |
| | 54:15      prevent risky drivers from matching in risky | | |
| | 54:16      situations with passengers, right? | | |
| | 54:17  A.  I mean, that's what it lists as the | | |
| | 54:18      motivation here, yeah, to minimize risky | | |
| | 54:19      pairings. | | |
| | 54:20  Q.  Okay.  And it has preliminary results, | | |
| | 54:21      right, do you see that bullet? | | |
| | 54:22  A.  That's what it says there, yeah. | | |
| | 54:23  Q.  And there's one bullet and then a | | |
| | 54:24      series of two bullets, and it says, "Can predict | | |
| | 54:25      more than 15 percent of sexual assaults by | | |
| | 55:01      flagging 1 percent of highest risk trips." | | |
| | 55:02      Do you see that? | | |
| | 55:03  A.  That's what it says there, yeah. | | |
| 55:04 - 55:07 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:08 | **CFv4p-As-Playedi** |
| | 55:04  Q.  And it says, "Better at predicting | | **nCourt1-21-25.21** |
| | 55:05      sexual assaults involving female drivers than | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 55:06    male drivers," do you see that? | | |
| | 55:07   A.   I do see it say that there, yeah. | | |
| 55:08 - 56:03 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:48 | **CFv4p-As-Playedi** |
| | 55:08   Q.   Were you involved in building S-RAD in | | **nCourt1-21-25.22** |
| | 55:09        any way? | | |
| | 55:10   A.   I was not involved in building it or | | |
| | 55:11        its development. | | |
| | 55:12   Q.   Do you over -- is S-RAD in -- is S-RAD | | |
| | 55:13        a thing that Uber uses today? | | |
| | 55:14   A.   S-RAD is a thing that exists today. | | |
| | 55:15        It's largely managed outside of my team.  It's a | | |
| | 55:16        matching algorithm, so... | | |
| | 55:17   Q.   Okay.  So the Safety Team does not | | |
| | 55:18        manage this S-RAD model whose motivation is to | | |
| | 55:19        prevent sexual assaults on Uber -- | | |
| | 55:20   A.   Well, there are -- there are different | | |
| | 55:21        teams that focus on different aspects of safety. | | |
| | 55:22        This is describing a matching algorithm.  I'm | | |
| | 55:23        not an engineer, so I don't directly manage the | | |
| | 55:24        S-RAD model. | | |
| | 55:25   Q.   Which team directly manages the S-RAD | | |
| | 56:01        model? | | |
| | 56:02   A.   I believe they would be called the | | |
| | 56:03        Safety Marketplace Team. | | |
| 61:09 - 61:13 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:19 | **CFv4p-As-Playedi** |
| | 61:09   Q.   Okay.  Going back to S-RAD for a | | **nCourt1-21-25.23** |
| | 61:10        second, when did the S-RAD go into effect? | | |
| | 61:11   A.   I don't know exactly when it went into | | |
| | 61:12        effect.  I think here it's a 2018 or 2019 | | |
| | 61:13        document.  May have been around that time. | | |
| 87:07 - 87:09 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:07 | **CFv4p-As-Playedi** |
| | 87:07   Q.   Would you agree that a lack of | | **nCourt1-21-25.24** |
| | 87:08        transparency then makes a business inherently | | |
| | 87:09        untrustworthy? | | |
| 87:11 - 87:18 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:14 | **CFv4p-As-Playedi** |
| | 87:11        THE WITNESS:  I think transparency is | | **nCourt1-21-25.25** |
| | 87:12        important.  I'm aligned with what we | | |
| | 87:13        produced in the safety report.  I think it | | |
| | 87:14        goes a long way towards building trust. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 87:15   BY MR. SMITH: | | |
| | 87:16   Q.   So do you agree that a lack of | | |
| | 87:17     transparency makes a business inherently | | |
| | 87:18     untrustworthy? | | |
| 88:19 - 88:20 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:02 | **CFv4p-As-Playedi** |
| | 88:19     prior to that as well, but that's what I said, | | **nCourt1-21-25.26** |
| | 88:20     yeah. | | |
| 88:24 - 89:09 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:21 | **CFv4p-As-Playedi** |
| | 88:24     You agree that a lack of transparency | | **nCourt1-21-25.27** |
| | 88:25     then makes a business inherently untrustworthy, | | |
| | 89:01     right? | | |
| | 89:02   A.   Again, same sort of response. There's | | |
| | 89:03     a lot of context explaining my response, but, | | |
| | 89:04     yeah, I'm not -- I agree that transparency is | | |
| | 89:05     important and critical to building trust. | | |
| | 89:06   Q.   And a lack of it makes a business | | |
| | 89:07     inherently untrustworthy? | | |
| | 89:08   A.   Yeah, I mean, I don't disagree with | | |
| | 89:09     that statement. | | |
| 137:24 - 138:03 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:21 | **CFv4p-As-Playedi** |
| | 137:24   Q.   So, okay, I've just handed you a | | **nCourt1-21-25.28** |
| | 137:25     document that we have marked as Exhibit 46, and | | |
| | 138:01     it's stamped UBER_JCCP_MDL_000420913. | | |
| | 138:02     Do you see that? | | |
| | 138:03   A.   Yes. | | |
| 143:01 - 143:04 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:12 | **CFv4p-As-Playedi** |
| | 143:01   Q.   If Uber thought it was impossible to | | **nCourt1-21-25.29** |
| | 143:02     reduce sexual assault, any incident of sexual | | |
| | 143:03     assault, it wouldn't launch an initiative to try | | |
| | 143:04     and reduce sexual assault, right? | | |
| 143:07 - 143:15 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:21 | **CFv4p-As-Playedi** |
| | 143:07     THE WITNESS: I think -- I guess I'm | | **nCourt1-21-25.30** |
| | 143:08     not totally sure I follow. My point that I | | |
| | 143:09     was making, and I think what this is getting | | |
| | 143:10     at here, is that we should launch | | |
| | 143:11     initiatives which are focused on, you know, | | |
| | 143:12     have the goal of, reducing sexual assaults. | | |
| | 143:13     The fact that we can't guarantee | | |
| | 143:14     success does not mean that, you know, it's | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 143:15    not something we would do. | | |
| 145:08 - 146:18 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:01:24 | **CFv4p-As-Playedi** |
| | 145:08    Let's go to page 931, and do you see | | **nCourt1-21-25.31** |
| | 145:09    it says "Out-of-Scope Areas for 2019 U.S. & | | |
| | 145:10    Canada Safety Operations," right? | | |
| | 145:11   A.   Yes. | | |
| | 145:12   Q.   And there's this bubble that says | | |
| | 145:13    "Non-Sexual Assault Incidents," right? | | |
| | 145:14   A.   That's what it says. | | |
| | 145:15   Q.   And then just read what it says under | | |
| | 145:16    that bubble, that first sentence there. | | |
| | 145:17   A.   "We will be focused on reducing sexual | | |
| | 145:18    assault incidents, as they pose the largest | | |
| | 145:19    safety, reputational, and financial risk.  This | | |
| | 145:20    means that we will be deliberately | | |
| | 145:21    deprioritizing other incident types, like | | |
| | 145:22    physical assault.  Note - this is subject to | | |
| | 145:23    change if we launch cash to 100 percent of | | |
| | 145:24    customers in 2019." | | |
| | 145:25   Q.   Okay.  So it says we will be -- Uber | | |
| | 146:01    will be focused on reducing sexual assault | | |
| | 146:02    incidents, right? | | |
| | 146:03   A.   That's what it says. | | |
| | 146:04   Q.   Because sexual assault incidents pose | | |
| | 146:05    the largest safety, reputational, and financial | | |
| | 146:06    risk to Uber, true? | | |
| | 146:07   A.   That's what's written here, yeah. | | |
| | 146:08   Q.   Okay.  And do you have that | | |
| | 146:09    understanding as well, that sexual assault | | |
| | 146:10    incidents pose the largest safety, reputational, | | |
| | 146:11    and financial risk to Uber? | | |
| | 146:12   A.   I don't know that I would necessarily | | |
| | 146:13    couch it in reputational terms, but I think | | |
| | 146:14    sexual assault is -- should be, you know, a top | | |
| | 146:15    focus for us as a Safety Team, absolutely. | | |
| | 146:16   Q.   You wouldn't couch it in reputational | | |
| | 146:17    terms.  Why not? | | |
| | 146:18   A.   I don't think in that way, I suppose. | | |
| 147:07 - 147:10 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:12 | **CFv4p-As-Playedi** |
| | 147:07    If people thought there was a | | **nCourt1-21-25.32** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 147:08  significantly high risk of being sexual | | |
| | 147:09  assaulted in an Uber, do you think that would be | | |
| | 147:10  good or bad for Uber's reputation? | | |
| 147:13 - 147:25 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:32 | **CFv4p-As-Playedi** |
| | 147:13  THE WITNESS:  You -- you're asking if | | **nCourt1-21-25.33** |
| | 147:14  people thought that there was a larger risk | | |
| | 147:15  of sexual assault, it would be bad for | | |
| | 147:16  Uber's reputation? | | |
| | 147:17  BY MR. SMITH: | | |
| | 147:18  Q.  Yeah; would it be good or bad? | | |
| | 147:19  A.  It would likely be bad if people | | |
| | 147:20  thought that. | | |
| | 147:21  Q.  And then if we go to page 936, the | | |
| | 147:22  heading says "2019 Key U.S. and Canada Safety | | |
| | 147:23  Operations Initiatives." | | |
| | 147:24  Do you see that? | | |
| | 147:25  A.  I do. | | |
| 148:05 - 148:22 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:43 | **CFv4p-As-Playedi** |
| | 148:05  Q.  And under "User-Level Interventions | | **nCourt1-21-25.34** |
| | 148:06  and Deactivations," can you read what's bolded | | |
| | 148:07  there? | | |
| | 148:08  A.  "Reducing incident rate by changing a | | |
| | 148:09  user's behavior and sharpening deactivation | | |
| | 148:10  criteria." | | |
| | 148:11  Q.  "Sharpening deactivation criteria" | | |
| | 148:12  means -- means what, in your mind? | | |
| | 148:13  A.  I didn't write it.  I assume it means | | |
| | 148:14  deactivating more people. | | |
| | 148:15  Q.  Okay, deactivating more people. | | |
| | 148:16  And then under the "Sample Key | | |
| | 148:17  Projects," there is a sentence down there that | | |
| | 148:18  says "Success," do you see that? | | |
| | 148:19  A.  Yes. | | |
| | 148:20  Q.  Can you read what it says? | | |
| | 148:21  A.  "Success will mean reducing the sexual | | |
| | 148:22  assault rate -- incident rate." | | |
| 148:23 - 149:22 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:58 | **CFv4p-As-Playedi** |
| | 148:23  Q.  All right.  So Uber here, on these | | **nCourt1-21-25.35** |
| | 148:24  key -- on this key initiative, is measuring | | |
| | 148:25  success by whether it reduces the sexual assault | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 149:01    incident rate, true? | | |
| | 149:02  A.  That's what the document says, yeah. | | |
| | 149:03  Q.  Right.  "Trip-Level Interventions and | | |
| | 149:04    Deactivations," do you see that column? | | |
| | 149:05  A.  I do. | | |
| | 149:06  Q.  It says under it, "Reducing incident | | |
| | 149:07    rate by preventing the trip or match from | | |
| | 149:08    happening at all or changing the circumstances | | |
| | 149:09    of the trip." | | |
| | 149:10    Do you see that? | | |
| | 149:11  A.  I see that's what's stated there, | | |
| | 149:12    yeah. | | |
| | 149:13  Q.  Right.  And then, under it, it says, | | |
| | 149:14    "Success will mean reducing the sexual assault | | |
| | 149:15    incident rate," true? | | |
| | 149:16  A.  Yeah, all of this is suggesting these | | |
| | 149:17    are initiatives focused on that. | | |
| | 149:18  Q.  Right.  And Uber is saying that it's | | |
| | 149:19    going to measure the success of trip-level | | |
| | 149:20    interventions and deactivations by whether it | | |
| | 149:21    reduces the sexual assault incident rate, true? | | |
| | 149:22  A.  I mean, that's what the document says. | | |
| 197:19 - 197:22 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:08 | **CFv4p-As-Playedi** |
| | 197:19  Q.  Do you agree that Uber has a | | **nCourt1-21-25.36** |
| | 197:20    responsibility to help keep the people Uber | | |
| | 197:21    serves safe? | | |
| | 197:22  A.  Yeah, I agree with that statement. | | |
| 199:23 - 200:01 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:10 | **CFv4p-As-Playedi** |
| | 199:23    BY MR. SMITH: | | **nCourt1-21-25.37** |
| | 199:24  Q.  Well, how about I ask you this | | |
| | 199:25    question:  Today, right now, 2025, is safety | | |
| | 200:01    Uber's number one priority? | | |
| 200:03 - 200:08 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:14 | **CFv4p-As-Playedi** |
| | 200:03    THE WITNESS:  Again, my response is | | **nCourt1-21-25.38** |
| | 200:04    that Uber doesn't have a number one | | |
| | 200:05    priority.  It has a set of core values and | | |
| | 200:06    priorities that it focused on.  Stand for | | |
| | 200:07    safety is, and has been for a very long | | |
| | 200:08    time, one of its top priorities, yes. | | |

**CFv4p-As-PlayedinCourt1-21-25 - Cory Freivogel v4p As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 200:11 - 200:16 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:02 | **CFv4p-As-PlayedinCourt1-21-25.39** |
| | 200:11    We're going to mark this as Exhibit | | |
| | 200:12    50. | | |
| | 200:13    (Exhibit 50, Document Bates-stamped | | |
| | 200:14    UBER_JCCP_MDL_000255128 through 128.0077, | | |
| | 200:15    marked for identification as of this date.) | | |
| | 200:16    BY MR. SMITH: | | |
| 200:17 - 200:18 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:05 | **CFv4p-As-PlayedinCourt1-21-25.40** |
| | 200:17  Q.  All right.  Mr. Freivogel, here you | | |
| | 200:18    go. | | |
| 202:21 - 203:17 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:48 | **CFv4p-As-PlayedinCourt1-21-25.41** |
| | 202:21  Q.  All right.  And do you see there's a | | |
| | 202:22    slide that says "Safety As a Top Priority for | | |
| | 202:23    Uber"? | | |
| | 202:24  A.  I do. | | |
| | 202:25  Q.  See that? | | |
| | 203:01    Okay.  And it says, "In 2019, we chose | | |
| | 203:02    to extend Safety as one of the company's top | | |
| | 203:03    priorities." | | |
| | 203:04    You see that? | | |
| | 203:05  A.  I do. | | |
| | 203:06  Q.  "This was driven by four key reasons." | | |
| | 203:07    It says "Business Legitimacy," "Brand | | |
| | 203:08    Stability," "Future Competitive Advantage," and | | |
| | 203:09    "Cost Structure," right? | | |
| | 203:10  A.  That's what it says there, yeah. | | |
| | 203:11  Q.  All right.  I want you to flip to the | | |
| | 203:12    next page and look at the notes for the slide | | |
| | 203:13    here. | | |
| | 203:14    And it says, "Externally, we should | | |
| | 203:15    say that safety is 'one of our top priorities' | | |
| | 203:16    rather than our #1 priority," right? | | |
| | 203:17  A.  That's what it says there. | | |
| 204:08 - 204:25 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:41 | **CFv4p-As-PlayedinCourt1-21-25.42** |
| | 204:08  Q.  The question is:  In October of 2019, | | |
| | 204:09    this document is saying, "Externally, Uber | | |
| | 204:10    employees should say that safety is 'one of our | | |
| | 204:11    top priorities' rather than our #1 priority," | | |
| | 204:12    right? | | |
| | 204:13  A.  That's what's listed there in the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 204:14      notes. | | |
| | 204:15  Q.  Okay.  And then, two months later, in | | |
| | 204:16      December of 2019, Uber's safety report is | | |
| | 204:17      telling the public that safety is the company's | | |
| | 204:18      top priority, right? | | |
| | 204:19  A.  I think we read the sentence.  It | | |
| | 204:20      says, Dara Khosrowshahi, in his first year made | | |
| | 204:21      safety a top priority. | | |
| | 204:22  Q.  And that -- that's what it said, | | |
| | 204:23      right? | | |
| | 204:24  A.  I mean, we just read it, yes, I'm not | | |
| | 204:25      disagreeing with you. | | |
| 205:04 - 206:05 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:01:07 | **CFv4p-As-PlayedinCourt1-21-25.43** |
| | 205:04  Q.  Uber as a business sometimes turns | | |
| | 205:05      away from safety, true? | | |
| | 205:06  A.  I don't know that I would say that. | | |
| | 205:07  Q.  Uber as a business sometimes turns | | |
| | 205:08      away from safety to focus more on supply, right? | | |
| | 205:09  A.  I think that's an unfair | | |
| | 205:10      characterization. | | |
| | 205:11  Q.  Uber as a business sometimes turns | | |
| | 205:12      away from safety to focus more on growth? | | |
| | 205:13  A.  Again, I would say that Uber as a | | |
| | 205:14      business focuses on supply and growth, but I | | |
| | 205:15      don't think "turns away from safety" or "doesn't | | |
| | 205:16      focus on safety" is an inappropriate [sic] | | |
| | 205:17      characterization. | | |
| | 205:18  Q.  Uber employees sometimes feel as | | |
| | 205:19      though Uber as a business does not want to hear | | |
| | 205:20      the voice of concern or caution with respect to | | |
| | 205:21      safety issues, true? | | |
| | 205:22  A.  I'm sure that Uber employees have, at | | |
| | 205:23      certain points, expressed concern about that. | | |
| | 205:24  Q.  Is the answer to my question yes? | | |
| | 205:25  A.  Potentially, yes.  If you could repeat | | |
| | 206:01      it again just to make sure, but... | | |
| | 206:02  Q.  Sure.  Uber employees sometimes feel | | |
| | 206:03      as though Uber as a business does not want to | | |
| | 206:04      hear the voice of concern or caution with | | |
| | 206:05      respect to safety issues, true? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 206:08 - 207:01 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:43 | **CFv4p-As-PlayedinCourt1-21-25.44** |

206:08   THE WITNESS:  Again, I don't want to
206:09   generalize.  I'm sure that, from time to
206:10   time, people have expressed frustration over
206:11   disagreements between safety and other parts
206:12   of the business.
206:13   BY MR. SMITH:
206:14  Q.  When Uber as a business turns away
206:15   from safety to focus on supply or growth, it can
206:16   lead to all sorts of massive problems, true?
206:17  A.  Again, I think that that's too general
206:18   of a statement.  I also think that, at least in
206:19   my experience, Uber has not turned away from
206:20   safety.
206:21   There are some disagreements,
206:22   certainly, about whether we should do or not do
206:23   something.
206:24  Q.  When Uber as a business turns away
206:25   from safety, the platform can become less safe,
207:01   true?

| 207:05 - 207:13 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:21 | **CFv4p-As-PlayedinCourt1-21-25.45** |

207:05   If Uber truly did turn away from
207:06   safety, then the platform could become less
207:07   safe, but in my experience, that's not been
207:08   the case.
207:09   BY MR. SMITH:
207:10  Q.  In your experience, it's not been the
207:11   case that Uber as a business turns away from
207:12   safety?  That's what you're saying?
207:13  A.  That's what I'm saying, yeah.

| 209:06 - 209:11 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:04 | **CFv4p-As-PlayedinCourt1-21-25.46** |

209:06  Q.  Here you are, Mr. Freivogel.
209:07  A.  Thanks.
209:08  Q.  That's Exhibit 51.
209:09   (Exhibit 51, Document Bates-stamped
209:10   UBER_JCCP_MDL_000352325 through 333, marked
209:11   for identification as of this date.)

| 209:17 - 210:17 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:51 | **CFv4p-As-PlayedinCourt1-21-25.47** |

209:17  Q.  If we look at this, this is marked --
209:18   what we marked as Exhibit 51 is

**CFv4p-As-PlayedinCourt1-21-25 - Cory Freivogel v4p As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 209:19    UBER_JCCP_MDL_00352325. | | |
| | 209:20    Do you see that? | | |
| | 209:21  A.  Yeah. | | |
| | 209:22  Q.  And "Application" says "Slack | | |
| | 209:23    Channel." | | |
| | 209:24    Do you see that on the metadata sheet? | | |
| | 209:25  A.  Yes. | | |
| | 210:01  Q.  Okay.  And "All Custodians" says Cory | | |
| | 210:02    Freivogel, right? | | |
| | 210:03  A.  Yes. | | |
| | 210:04  Q.  And this is from your account, right? | | |
| | 210:05  A.  That's right. | | |
| | 210:06  Q.  And it's dated -- not in the metadata | | |
| | 210:07    sheet, but if we look at the actual chat, look | | |
| | 210:08    at the first one there, it's dated August 16, | | |
| | 210:09    2021; is that right? | | |
| | 210:10  A.  Yes. | | |
| | 210:11  Q.  Okay.  And the first chat here comes | | |
| | 210:12    from Mr. Adam Abeles?  Is that how you say his | | |
| | 210:13    name? | | |
| | 210:14  A.  I've always pronounced it Abeles. | | |
| | 210:15  Q.  Abeles. | | |
| | 210:16  A.  But I don't know if I've said it | | |
| | 210:17    aloud.  I could be wrong. | | |
| 210:23 - 212:25 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:02:09 | **CFv4p-As-Playedi** |
| | | | **nCourt1-21-25.48** |
| | 210:23    All right.  Well, the second message | | |
| | 210:24    that Mr. -- I'll call him Abeles -- says here | | |
| | 210:25    was -- is, "Was thinking about this over the | | |
| | 211:01    weekend.  Do you think that it's 'okay' (for | | |
| | 211:02    lack of a better word) that safety people would | | |
| | 211:03    feel less crucial when we as a company turn away | | |
| | 211:04    from safety given other P0s." | | |
| | 211:05    Do you see that? | | |
| | 211:06  A.  I do. | | |
| | 211:07  Q.  And "P0s" is priorities? | | |
| | 211:08  A.  Correct. | | |
| | 211:09  Q.  He says, "Like, should we be able to | | |
| | 211:10    pull them back to understanding why they're work | | |
| | 211:11    matters at all times, or should we invest in | | |
| | 211:12    flexibility and moving people (temporarily) onto | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

211:13    P0 things, even if they aren't safety?  We
211:14    struggle with this on my team as well."
211:15    Do you see that?
211:16 A. I do.
211:17 Q. Okay.  And then there's a message from
211:18    you, right?
211:19 A. Yes.
211:20 Q. It says, "That's a good question.
211:21    From my perspective, I feel like it's critical
211:22    that Safety Ops remain vigilant and focused on
211:23    safety when the business turns away from it."
211:24    Do you see that?
211:25 A. I see it's stated there, yeah.
212:01 Q. August 16, 2021, you said that your
212:02    perspective was that it was critical for Safety
212:03    Ops to remain vigilant and focused on safety
212:04    when the business turns away from it, right?
212:05 A. That's what I said there.
212:06 Q. "In my opinion, when the business
212:07    starts to focus more on supply and growth, it
212:08    becomes more critical that we try to put
212:09    guardrails in place to avoid making catastrophic
212:10    decisions, even if the business ends up ignoring
212:11    those risks."
212:12    Did I read that correctly?
212:13 A. That's what I said there, yeah.
212:14 Q. Then you said, "This kind of happened
212:15    with some of the onboarding changes made on the
212:16    Eats side."  You see that?
212:17 A. That's what I said there.
212:18 Q. All right.  And then you said, "But
212:19    whether or not I think it's okay is sort of
212:20    different than the reality," right?
212:21 A. Yes, that's what it says there.
212:22 Q. And you said, "Because safety is
212:23    ultimately not a decision-maker.  We assess
212:24    risks and make recommendations."  Right?
212:25 A. That's what it says there.

| 215:23 - 216:15 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:42 | **CFv4p-As-Playedi** |
| | 215:23    Then Mr. Abeles says:  "Right!  Safety | | **nCourt1-21-25.49** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 215:24    is one of the few teams that should say, 'This | | |
| | 215:25    is our mission and we're going to do it | | |
| | 216:01    rigorously throughout changes in company needs.' | | |
| | 216:02    So people should stay empowered?  But, yeah, get | | |
| | 216:03    that it's hard to always be the voice of | | |
| | 216:04    concern/caution when it doesn't feel wanted." | | |
| | 216:05    Do you see that? | | |
| | 216:06  A.  I do. | | |
| | 216:07  Q.  And then you said, "Yeah -- that's the | | |
| | 216:08    message I try to deliver to our team.  It's just | | |
| | 216:09    been hard (and has at least in part contributed | | |
| | 216:10    to some attrition on our team)." | | |
| | 216:11    Do you see that? | | |
| | 216:12  A.  I do. | | |
| | 216:13  Q.  Okay.  And "attrition" means people | | |
| | 216:14    leaving the company, right? | | |
| | 216:15  A.  That's right. | | |
| 216:16 - 216:23 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:15 | **CFv4p-As-PlayedinCourt1-21-25.50** |
| | 216:16  Q.  And so this conversation you're having | | |
| | 216:17    with Mr. Abeles up to this point, this isn't a | | |
| | 216:18    hypothetical conversation you're having with | | |
| | 216:19    him. | | |
| | 216:20    Your team actually experienced the | | |
| | 216:21    pressure Mr. Abeles is describing in these | | |
| | 216:22    messages, right? | | |
| | 216:23  A.  Yeah, I think, you know, the message | | |
| 216:24 - 217:09 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:26 | **CFv4p-As-PlayedinCourt1-21-25.51** |
| | 216:24    goes on to describe what I think is how I feel | | |
| | 216:25    about this even if it always doesn't feel like | | |
| | 217:01    that at the time, which is that there are two | | |
| | 217:02    teams who are focused, as their, you know, main | | |
| | 217:03    priority or area, oftentimes on different | | |
| | 217:04    things, and so there's healthy debate that | | |
| | 217:05    happens on that. | | |
| | 217:06    Some people find it frustrating. | | |
| | 217:07    Myself, I found it frustrating at times, but | | |
| | 217:08    it's ultimately a productive way of engaging | | |
| | 217:09    with multiple teams throughout the company. | | |
| 218:13 - 218:17 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:09 | **CFv4p-As-PlayedinCourt1-21-25.52** |
| | 218:13  Q.  You then said, "We kind of become | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 218:14     punching bags who are seen as not trying to | | |
| | 218:15     support the business through a tough time." | | |
| | 218:16     Do you see that? | | |
| | 218:17   A.   That's what I said there. | | |
| 219:20 - 220:22 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:01:11 | **CFv4p-As-Playedi** |
| | 219:20   Q.   And it says -- there's a message from | | **nCourt1-21-25.53** |
| | 219:21     you at 17:00:21, do you see that? | | |
| | 219:22   A.   Yes. | | |
| | 219:23   Q.   All right.  It says, "Yeah, for sure. | | |
| | 219:24     I do think, though, that it's fairly | | |
| | 219:25     disheartening for leadership to be like your one | | |
| | 220:01     safety person can't work on safety because we | | |
| | 220:02     need to focus on supply and shit.  Because when | | |
| | 220:03     something goes south, then it becomes safety's | | |
| | 220:04     problem to fix." | | |
| | 220:05     You see that? | | |
| | 220:06   A.   Yes. | | |
| | 220:07   Q.   And you said, "The exact problem is | | |
| | 220:08     happening right now because we basically decided | | |
| | 220:09     to stop requiring onboarding docs and profile | | |
| | 220:10     photos on Eats," right? | | |
| | 220:11   A.   That's what it said there. | | |
| | 220:12   Q.   All right.  So the exact problem you | | |
| | 220:13     are describing here is where "leadership says | | |
| | 220:14     your one safety person can't work on safety | | |
| | 220:15     because we need to focus on supply and shit," | | |
| | 220:16     right? | | |
| | 220:17   A.   I mean, I'm speaking to Adam about | | |
| | 220:18     something he was dealing with, which is whether | | |
| | 220:19     or not he should shift people's focus areas | | |
| | 220:20     within his Data Science Team.  So I'm not | | |
| | 220:21     making, I think, a statement writ large.  I'm | | |
| | 220:22     talking to him about what he came to me with. | | |
| 221:18 - 223:01 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:01:10 | **CFv4p-As-Playedi** |
| | 221:18   Q.   And Mr. Abeles said -- or, Mr. Abeles, | | **nCourt1-21-25.54** |
| | 221:19     excuse me, said, "And now the platform is less | | |
| | 221:20     safe, basically?" | | |
| | 221:21     You see that? | | |
| | 221:22   A.   That's what he said there. | | |
| | 221:23   Q.   That's a question to you, right? | | |

**CFv4p-As-PlayedinCourt1-21-25 - Cory Freivogel v4p As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

221:24  A.  Yes.

221:25  Q.  And you said, "Yeah," right?

222:01  A.  I said -- yes, I go on to describe

222:02      what I'm talking about.

222:03  Q.  Okay.  You said, "Yeah, a few thousand

222:04      fraudsters signed up with the same Social

222:05      Security number and did over 1 million in NROs

222:06      in less than 30 days.  Someone with a fake ID

222:07      onboarded and got in an L4 crash."

222:08      Do you see that?

222:09  A.  I do.

222:10  Q.  What's an "NRO"?

222:11  A.  It means never received order.  It's

222:12      if he stole someone's food.

222:13  Q.  So a few thousand fraudsters signed up

222:14      with the same Social Security number and stole,

222:15      essentially, a million dollars in less than 30

222:16      days, right?

222:17  A.  That's what it says there, yeah.  I'm

222:18      mostly describing fraud.

222:19  Q.  And someone with a fake ID driving on

222:20      Uber's platform on the delivery side got in an

222:21      L4 crash, right?

222:22  A.  That's what I stated there.

222:23  Q.  The L4 crash, what kind of crash is

222:24      that?

222:25  A.  It would be a crash involving fatality

223:01      or life-altering injuries.

| 228:06 - 229:03 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:47 | **CFv4p-As-Playedi** |
|---|---|---|---|
|  |  |  | **nCourt1-21-25.55** |

228:06  Q.  Mr. Freivogel, Mr. Abeles asked you

228:07      that question, right?  Mr. Abeles said, "And now

228:08      the platform is less safe basically?"  Right?

228:09      That's what he asked you?

228:10  A.  That's what it says there, yeah.

228:11  Q.  And you said, "Yeah," did you not?

228:12  A.  I said, "Yeah" there, yeah.

228:13  Q.  Okay.  And then you said, "And all

228:14      that happened within two months of changing the

228:15      requirements," right?

228:16  A.  That's what I said there.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 228:17  Q.  And what did Mr. Abeles say? | | |
| | 228:18  A.  He said, "Holy shit." | | |
| | 228:19  Q.  And then he said, "Sorry to hear | | |
| | 228:20        that," right? | | |
| | 228:21  A.  Yes. | | |
| | 228:22  Q.  And what was the last thing Mr. Abeles | | |
| | 228:23        said in this chat? | | |
| | 228:24  A.  "Not surprising, I guess." | | |
| | 228:25  Q.  And you said, "Yeah, it was really sad | | |
| | 229:01        to see," right? | | |
| | 229:02  A.  That's what I said there, yeah. | | |
| | 229:03  Q.  Thank you.  Okay. | | |
| 236:17 - 236:24 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:12 | **CFv4p-As-Playedi** |
| | 236:17        (Exhibit 53, Document Bates-stamped | | **nCourt1-21-25.56** |
| | 236:18        UBER_JCC_MDL_000904808 through 817, marked | | |
| | 236:19        for identification as of this date.) | | |
| | 236:20        BY MR. SMITH: | | |
| | 236:21  Q.  What I have handed you as Exhibit 53 | | |
| | 236:22        is UBER_JCCP_MDL_000904808. | | |
| | 236:23        Do you see that? | | |
| | 236:24  A.  Yes. | | |
| 238:03 - 238:21 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:37 | **CFv4p-As-Playedi** |
| | 238:03  Q.  It says, "Uber Community Guidelines, | | **nCourt1-21-25.57** |
| | 238:04        United States and Canada"? | | |
| | 238:05  A.  Yes. | | |
| | 238:06  Q.  And it says -- the second paragraph | | |
| | 238:07        under that heading says, "The guidelines below | | |
| | 238:08        help explain some of the specific kinds of | | |
| | 238:09        behavior or circumstances that may cause you to | | |
| | 238:10        lose access to the Uber platform." | | |
| | 238:11        Do you see that? | | |
| | 238:12  A.  Yes. | | |
| | 238:13  Q.  Then it says right under that, | | |
| | 238:14        "Guidelines for us all." | | |
| | 238:15        Do you see that? | | |
| | 238:16  A.  Yes. | | |
| | 238:17  Q.  It says, "Everyone who signs up for an | | |
| | 238:18        Uber account is required to follow Uber's | | |
| | 238:19        Community Guidelines." | | |
| | 238:20        Do you see that? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 238:21  A.  I do. | | |
| 241:08 - 242:06 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:50 | **CFv4p-As-Playedi** |
| | 241:08  Q.  It would be bad if Uber allowed its | | **nCourt1-21-25.58** |
| | 241:09      drivers to sexually assault Uber passengers, | | |
| | 241:10      right? | | |
| | 241:11  A.  I agree.  We should -- yeah. | | |
| | 241:12  Q.  It would be bad if Uber allowed its | | |
| | 241:13      drivers to commit sexual misconduct against | | |
| | 241:14      Uber's passengers, true? | | |
| | 241:15  A.  Yes; that's why it's in the community | | |
| | 241:16      guidelines. | | |
| | 241:17  Q.  It would be wrong for Uber to allow | | |
| | 241:18      Uber drivers to sexually assault Uber | | |
| | 241:19      passengers, right? | | |
| | 241:20  A.  Yeah; to allow any sexual assaults or | | |
| | 241:21      misconduct, yes. | | |
| | 241:22  Q.  It would be wrong for Uber to allow | | |
| | 241:23      Uber drivers to commit sexual misconduct against | | |
| | 241:24      Uber passengers, right? | | |
| | 241:25  A.  Yeah, again, all of these things are | | |
| | 242:01      written here as violations of our community | | |
| | 242:02      guidelines. | | |
| | 242:03  Q.  Okay.  And earlier, you testified that | | |
| | 242:04      a safe ride includes a ride free from sexual | | |
| | 242:05      assault, do you remember that? | | |
| | 242:06  A.  I do. | | |
| 243:06 - 243:10 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:12 | **CFv4p-As-Playedi** |
| | 243:06  Q.  I'm just asking you:  If Uber allowed | | **nCourt1-21-25.59** |
| | 243:07      Uber drivers to commit sexual misconduct against | | |
| | 243:08      Uber passengers, that would show some | | |
| | 243:09      indifference to the safety of Uber passengers, | | |
| | 243:10      true? | | |
| 243:12 - 243:17 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:10 | **CFv4p-As-Playedi** |
| | 243:12      THE WITNESS:  I'm not sure what you | | **nCourt1-21-25.60** |
| | 243:13      mean exactly by -- when you say "allowed." | | |
| | 243:14      It's a violation of our community | | |
| | 243:15      guidelines. | | |
| | 243:16      We document and react to every report | | |
| | 243:17      of misconduct and assault. | | |

**CFv4p-As-PlayedinCourt1-21-25 - Cory Freivogel v4p As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 243:19 - 244:03 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:21 | **CFv4p-As-Playedi** |
| | | | **nCourt1-21-25.61** |

243:19  Q.  What did you think I meant when I said
243:20       it would be bad if Uber allowed its drivers to
243:21       commit sexual misconduct?
243:22  A.  Well, I don't know what exactly you
243:23       mean by the term "allow," so I'm agreeing with
243:24       you.  Like, we established community guidelines
243:25       to list that it's prohibited, and we react when
244:01       it's reported, and it would be bad if we ever
244:02       looked or didn't do anything about those
244:03       reports.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 245:05 - 245:15 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:26 | **CFv4p-As-Playedi** |
| | | | **nCourt1-21-25.62** |

245:05  Q.  Okay.  If Uber did nothing when sexual
245:06       misconduct against Uber's passengers was
245:07       reported, that would show an indifference to the
245:08       safety of Uber's passengers, right?
245:09  A.  I think that's a fair statement.  It
245:10       would show an indifference to any users of Uber
245:11       if we didn't respond to reports of community
245:12       guideline violations.
245:13  Q.  All right.  Uber has a three strikes
245:14       policy for certain kinds of sexual misconduct,
245:15       true?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 245:17 - 246:22 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:01:10 | **CFv4p-As-Playedi** |
| | | | **nCourt1-21-25.63** |

245:17       THE WITNESS:  There are certain
245:18       reports where we would deactivate after --
245:19       certain types of incidents where we
245:20       deactivate after three reports.
245:21       BY MR. SMITH:
245:22  Q.  There are incidents where, after a
245:23       first report, you would not deactivate, right?
245:24  A.  That's correct.
245:25  Q.  There are incidents after a second
246:01       report, you would not deactivate, right?
246:02  A.  That's correct.
246:03  Q.  These are sexual misconduct incidents,
246:04       right?
246:05  A.  Well, there are reports.  We don't
246:06       deactivate on every single report of misconduct.
246:07  Q.  Let me -- let me get the question

**CFv4p-As-PlayedinCourt1-21-25 - Cory Freivogel v4p As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 246:08    right again.  Sorry. | | |
| | 246:09    There are sexual misconduct incidents | | |
| | 246:10    where Uber would not deactivate a driver after | | |
| | 246:11    the first report, right? | | |
| | 246:12  A.  You phrased it as "sexual misconduct | | |
| | 246:13    incidents."  I think it's an important | | |
| | 246:14    distinction:  If we get two reports of | | |
| | 246:15    something, we wouldn't necessarily deactivate | | |
| | 246:16    just based on that. | | |
| | 246:17  Q.  Just answer my question first.  We're | | |
| | 246:18    going to get everywhere you want to go, I think. | | |
| | 246:19    There are sexual misconduct incidents | | |
| | 246:20    where Uber would not deactivate a driver after | | |
| | 246:21    the first report, true? | | |
| | 246:22  A.  Yeah, I -- I think that's fair, yeah, | | |
| 246:23 - 247:02 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:07 | **CFv4p-As-Playedi** |
| | 246:23    my only point is that I -- I don't want to | | **nCourt1-21-25.64** |
| | 246:24    conflate the word "incident" and "report," but | | |
| | 246:25    we don't need to -- | | |
| | 247:01  Q.  Okay.  Yeah. | | |
| | 247:02  A.  -- quibble over the details. | | |
| 247:09 - 247:14 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:17 | **CFv4p-As-Playedi** |
| | 247:09    And there are sexual misconduct | | **nCourt1-21-25.65** |
| | 247:10    reports where Uber would not deactivate the | | |
| | 247:11    driver after the second report, right? | | |
| | 247:12  A.  There are certain reports, like | | |
| | 247:13    staring or leering, for example, where we may | | |
| | 247:14    not deactivate after the second report. | | |
| 247:22 - 247:25 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:10 | **CFv4p-As-Playedi** |
| | 247:22  Q.  Exhibit 54 that I've just handed you | | **nCourt1-21-25.66** |
| | 247:23    is stamped UBER_JCCP_MDL_000011515. | | |
| | 247:24    Do you see that? | | |
| | 247:25  A.  Yes. | | |
| 248:14 - 248:22 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:14 | **CFv4p-As-Playedi** |
| | 248:14    And the date is October 15, 2018, | | **nCourt1-21-25.67** |
| | 248:15    right? | | |
| | 248:16  A.  That's right. | | |
| | 248:17  Q.  And the subject is "Three Strikes | | |
| | 248:18    Sexual Misconduct Policy," right? | | |

**CFv4p-As-PlayedinCourt1-21-25 - Cory Freivogel v4p As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 248:19  A.  That's right. | | |
| | 248:20  Q.  And you're sending this e-mail, at | | |
| | 248:21      least, to Avinash Kalbarga, right? | | |
| | 248:22  A.  Yes. | | |
| 250:04 - 250:12 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:16 | **CFv4p-As-Playedi** |
| | 250:04  Q.  It says, "@Cory:  Can you please | | **nCourt1-21-25.68** |
| | 250:05      confirm on the current standard for | | |
| | 250:06      deactivations and the contact types to include? | | |
| | 250:07      Is below accurate?" | | |
| | 250:08      And then there's a chart, right, where | | |
| | 250:09      it says:  Two strikes, sexual misconduct, and | | |
| | 250:10      then three strikes, and there is a category | | |
| | 250:11      sexual misconduct, right? | | |
| | 250:12  A.  Yes. | | |
| 250:21 - 251:15 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:41 | **CFv4p-As-Playedi** |
| | 250:21  Q.  And you just said, "That's correct!" | | **nCourt1-21-25.69** |
| | 250:22      Right? | | |
| | 250:23  A.  Yes. | | |
| | 250:24  Q.  So, at least at this time, the chart | | |
| | 250:25      below is correct for what is subject to the two | | |
| | 251:01      strikes deactivation policy and what's subject | | |
| | 251:02      to the three strikes deactivation policy, right? | | |
| | 251:03  A.  That's right. | | |
| | 251:04  Q.  All right.  So, "Sexual Misconduct: | | |
| | 251:05      Comments or Gestures - Explicit Comments," | | |
| | 251:06      right, that's subject to two strikes? | | |
| | 251:07  A.  Yes. | | |
| | 251:08  Q.  And, "Comments or Gestures - Explicit | | |
| | 251:09      Gestures," that's subject to two strikes, right? | | |
| | 251:10  A.  That's right. | | |
| | 251:11  Q.  So after the first report of explicit | | |
| | 251:12      gestures, a driver is not deactivated, right? | | |
| | 251:13  A.  That's correct. | | |
| | 251:14  Q.  It's only after the second report? | | |
| | 251:15  A.  Yes. | | |
| 251:25 - 252:05 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:15 | **CFv4p-As-Playedi** |
| | 251:25  Q.  Listen to my question one more time | | **nCourt1-21-25.70** |
| | 252:01      just really closely, okay? | | |
| | 252:02      After the first report of sexual | | |
| | 252:03      gestures -- of explicit gestures or explicit | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 252:04    comments, Uber does nothing with respect to | | |
| | 252:05    deactivating the driver, right? | | |
| 252:07 - 252:08 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:03 | **CFv4p-As-Playedi** |
| | 252:07  THE WITNESS:  It does not deactivate | | **nCourt1-21-25.71** |
| | 252:08    the driver as a matter of policy. | | |
| 252:21 - 254:05 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:01:36 | **CFv4p-As-Playedi** |
| | 252:21 Q.  Okay.  And there are one, two, three, | | **nCourt1-21-25.72** |
| | 252:22    four, five, six, seven, eight, nine, ten, eleven | | |
| | 252:23    categories here listed under the three strikes | | |
| | 252:24    deactivation policy, right? | | |
| | 252:25 A.  Yeah; I think it's important to point | | |
| | 253:01    out that the explicit comments and gestures are | | |
| | 253:02    included in both policies, so -- but yes. | | |
| | 253:03 Q.  Okay.  One of the things here is | | |
| | 253:04    "Indecent photography/videography without | | |
| | 253:05    consent," right?  Do you see that? | | |
| | 253:06 A.  That's right. | | |
| | 253:07 Q.  Okay.  I think we talked earlier about | | |
| | 253:08    this category, right?  Do you remember that? | | |
| | 253:09 A.  Yes. | | |
| | 253:10 Q.  And you told me that encompasses when | | |
| | 253:11    someone might take a picture of a woman's skirt | | |
| | 253:12    without her consent, right? | | |
| | 253:13 A.  I believe so.  I don't know if there | | |
| | 253:14    was an urgent version of that contact type, but | | |
| | 253:15    that's one aspect of it or an allegation that | | |
| | 253:16    that could have occurred. | | |
| | 253:17 Q.  And so, after the first report of a | | |
| | 253:18    driver taking a picture of a woman's skirt | | |
| | 253:19    without her consent, Uber does not deactivate | | |
| | 253:20    the driver, true? | | |
| | 253:21 A.  You're saying "does not."  The policy | | |
| | 253:22    at the time was that that was part of the | | |
| | 253:23    three-strike sexual misconduct policy. | | |
| | 253:24 Q.  The policy at the time was that, after | | |
| | 253:25    the first report of a driver taking a picture of | | |
| | 254:01    a woman's skirt without her consent, Uber would | | |
| | 254:02    not automatically deactivate the driver, true? | | |
| | 254:03 A.  I don't think that's the totality of | | |
| | 254:04    this issue type, but that issue type was subject | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 254:05    to the three-strike deactivation policy. | | |
| 254:06 - 254:09 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:09 | **CFv4p-As-Playedi** |
| | 254:06    And again, there's, I think, a | | **nCourt1-21-25.73** |
| | 254:07    distinction between kind of the base-level | | |
| | 254:08    policy and whether or not a decision might be | | |
| | 254:09    made to deactivate someone. | | |
| 257:25 - 258:15 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:37 | **CFv4p-As-Playedi** |
| | 257:25   Q.   Okay. Do the community guidelines | | **nCourt1-21-25.74** |
| | 258:01      tell users that there's a three strikes policies | | |
| | 258:02      for drivers for certain sexual misconduct? | | |
| | 258:03   A.   They don't lay out strike policies for | | |
| | 258:04      any sort of behavior. | | |
| | 258:05   Q.   So it does not tell drivers that there | | |
| | 258:06      is a three strikes policy for certain sexual | | |
| | 258:07      misconduct, right? | | |
| | 258:08   A.   Again, like I said, it doesn't | | |
| | 258:09      describe the strike policies for any behavior. | | |
| | 258:10   Q.   Okay. So then this should be an easy | | |
| | 258:11      question to answer: Does the -- do the | | |
| | 258:12      guidelines tell users that there is a three | | |
| | 258:13      strikes policy for drivers for certain sexual | | |
| | 258:14      misconduct, yes or no? | | |
| | 258:15   A.   It doesn't -- | | |
| 258:18 - 258:25 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:16 | **CFv4p-As-Playedi** |
| | 258:18      THE WITNESS: It doesn't say that in | | **nCourt1-21-25.75** |
| | 258:19      the document. | | |
| | 258:20      BY MR. SMITH: | | |
| | 258:21   Q.   Okay. Do the Uber community | | |
| | 258:22      guidelines tell users that there is a two | | |
| | 258:23      strikes policy for certain sexual misconduct? | | |
| | 258:24   A.   Same response. It doesn't describe | | |
| | 258:25      the strike policies for any safety issues. | | |
| 267:07 - 268:07 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:01:04 | **CFv4p-As-Playedi** |
| | 267:07   Q.   Okay. We were looking at some | | **nCourt1-21-25.76** |
| | 267:08      documents that were dated in 2017 and 2018, I | | |
| | 267:09      think, before. | | |
| | 267:10      Does that sound about right? | | |
| | 267:11   A.   You're referring to the e-mails? | | |
| | 267:12   Q.   The last two exhibits we looked at. | | |

**CFv4p-As-PlayedinCourt1-21-25 - Cory Freivogel v4p As-Played in Court 01-21-25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 267:13    One -- I think the last e-mail we looked at was | | |
| | 267:14    2017, right? | | |
| | 267:15  A.  I think that's right, yeah. | | |
| | 267:16  Q.  And then we looked at that three | | |
| | 267:17    strikes/two strikes chart. | | |
| | 267:18    That was around that same time period, | | |
| | 267:19    maybe 2018? | | |
| | 267:20  A.  Yes, I think so. | | |
| | 267:21  Q.  Okay.  Today, now -- well, first I'll | | |
| | 267:22    ask you:  That was all before the safety report | | |
| | 267:23    came out, right? | | |
| | 267:24  A.  Yeah, it would have been. | | |
| | 267:25  Q.  Okay.  Then after the safety report | | |
| | 268:01    came out, the first one, did Uber still have a | | |
| | 268:02    three strikes and two strikes policy for certain | | |
| | 268:03    sexual misconduct incidents? | | |
| | 268:04  A.  I mean, the policy for sexual assault | | |
| | 268:05    and misconduct changed quite a bit around 2019, | | |
| | 268:06    but there would still be certain categories of | | |
| | 268:07    misconduct that would require multiple strikes. | | |
| 350:09 - 350:13 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:11 | **CFv4p-As-Playedi nCourt1-21-25.77** |
| | 350:09    Uber does not require Uber drivers to | | |
| | 350:10    use dashcams when providing rides to Uber | | |
| | 350:11    passengers, true? | | |
| | 350:12  A.  Dashcams are not required to be used | | |
| | 350:13    on Uber trips.  We have -- | | |
| 350:15 - 350:17 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:08 | **CFv4p-As-Playedi nCourt1-21-25.78** |
| | 350:15  A.  We have a variety of tools that we use | | |
| | 350:16    to encourage the use of recording products, but | | |
| | 350:17    dashcams are not a requirement, no. | | |
| 350:20 - 350:22 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:07 | **CFv4p-As-Playedi nCourt1-21-25.79** |
| | 350:20    If Uber wanted to, it could require | | |
| | 350:21    drivers to use dashcams when providing rides to | | |
| | 350:22    Uber passengers, true? | | |
| 350:24 - 351:02 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:09 | **CFv4p-As-Playedi nCourt1-21-25.80** |
| | 350:24    THE WITNESS:  I don't think you can | | |
| | 350:25    easily just sort of install or mandate the | | |
| | 351:01    use of dashcams on every single trip that | | |
| | 351:02    happens in the United States. | | |

**Our Designations**    **Their Counters**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 351:04 - 351:07 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:06 | **CFv4p-As-Playedi** |
| | 351:04  Q.  You're not sure about that? | | **nCourt1-21-25.81** |
| | 351:05  A.  Well, you can't just say we suddenly | | |
| | 351:06      require it, and then it would happen.  It's more | | |
| | 351:07      complicated than that. | | |
| 351:19 - 351:21 | **Freivogel, Cory 2025-02-06 MDL - WIT MP4** | 00:00:05 | **CFv4p-As-Playedi** |
| | 351:19  Q.  Okay.  Let's look at a document.  This | | **nCourt1-21-25.82** |
| | 351:20      is Tab 21.  We're going to mark it as Exhibit | | |
| | 351:21      64. | | |
| 352:02 - 352:11 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:29 | **CFv4p-As-Playedi** |
| | 352:02  Q.  All right.  I have handed you what we | | **nCourt1-21-25.83** |
| | 352:03      marked as Exhibit 64, and it is stamped | | |
| | 352:04      UBER_JCCP_MDL_000243135. | | |
| | 352:05      Do you see that? | | |
| | 352:06  A.  I do. | | |
| | 352:07  Q.  Okay.  And this is an e-mail chain | | |
| | 352:08      with Nick Murphy, do you see that? | | |
| | 352:09  A.  That's right. | | |
| | 352:10  Q.  And it's dated November 10, 2020, | | |
| | 352:11      right? | | |
| 352:21 - 353:24 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:01:19 | **CFv4p-As-Playedi** |
| | 352:21  Q.  Okay.  And it says "Dashcams," right? | | **nCourt1-21-25.84** |
| | 352:22  A.  It does. | | |
| | 352:23  Q.  It says, "Description:  Drivers who | | |
| | 352:24      installed dashcam have reduced incident rate | | |
| | 352:25      across all categories and reduction in dangerous | | |
| | 353:01      driving is stat sig." | | |
| | 353:02      Do you see that? | | |
| | 353:03  A.  Yes. | | |
| | 353:04  Q.  Do you understand "stat sig" to mean | | |
| | 353:05      statistically significant? | | |
| | 353:06  A.  I do. | | |
| | 353:07  Q.  "With the opportunity here to drive | | |
| | 353:08      down incidents and insurance/litigation costs | | |
| | 353:09      too, we want to run a pilot to understand types | | |
| | 353:10      of models ($ vs. $$$) and a scalable | | |
| | 353:11      distribution model." | | |
| | 353:12      Do you see that? | | |
| | 353:13  A.  I do. | | |
| | 353:14  Q.  All right.  So, at this time in 2020, | | |

CFv4p-As-PlayedinCourt1-21-25 - Cory Freivogel v4p As-Played in Court 01-21-25

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 353:15   Uber employees had information that drivers who | | |
| | 353:16   installed dashcam have reduced incident rate | | |
| | 353:17   across all categories, right? | | |
| | 353:18  A.  I don't think that I would phrase it | | |
| | 353:19   that way, although Nick did. | | |
| | 353:20   I think what he's referencing is that, | | |
| | 353:21   if you lump all of interpersonal conflict | | |
| | 353:22   together and make no distinction between | | |
| | 353:23   categories, there's perhaps some data to suggest | | |
| | 353:24   that the incident rate could go down. | | |
| 355:17 - 355:22 | **Freivogel, Cory 2025-02-06 MDL - PIP MP4** | 00:00:12 | **CFv4p-As-Playedi** |
| | 355:17  Q.  All right.  And then -- but in any | | **nCourt1-21-25.85** |
| | 355:18   event, in 2020, Uber did not require its drivers | | |
| | 355:19   to have dashcams, right? | | |
| | 355:20  A.  It was not a requirement, no.  There | | |
| | 355:21   was a large investment on the tech and physical | | |
| | 355:22   dashcam side, yeah. | | |

| | |
|---|---|
| Our Designations | 00:33:49 |
| Their Counters | 00:04:14 |
| **TOTAL RUN TIME** | **00:38:02** |