# COURT EXHIBIT 9B

Cory Freivogel Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00213 | 46 | UBER_JCCP_MDL_000420913 |
| P-00216 | 51 | UBER_JCCP_MDL_000352325 |
| P-00217 | 53 | UBER_JCCP_MDL_000904808 |
| P-00218 | 54 | UBER_JCCP_MDL_000011515 |
| P-00226 | 64 | UBER_JCCP_MDL_000243135 |
| P-00260 | 40 | UBER_JCCP_MDL_000418750 |
| P-00266 | 50 | UBER_JCCP_MDL_000255128 |