# COURT EXHIBIT 11A

Designation Run Report for Hannah Nilles
as played in Court 1/23/2026 (July 23, 2025)

# Nilles, Hannah 07-23-25 v9p-As-Played in Court 01-23-26

Designation List Report

| | | |
|---|---|---|
| | **Nilles, Hannah** | **2025-07-23** |
| | **Nilles, Hannah** | **2025-07-23** |

| | |
|---|---|
| Our Designations | 00:12:44 |
| Their Counters | 00:00:38 |
| **TOTAL RUN TIME** | **00:13:23** |



ID: NH723_v9p-As-PlayedinCourt1-23-26

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:08 - 6:10 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>6:08   Q.   Can you please state your name for<br><br>6:09         the record?<br>6:10   A.   Hannah Nilles. | 00:00:03 | **NH723_v9p-As-PlayedinCourt1-23-26.1** |
| 6:17 - 6:19 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>6:17         And your job, today, is the Head of<br><br>6:18         Safety of the Americas, correct?<br>6:19   A.   Yes. | 00:00:04 | **NH723_v9p-As-PlayedinCourt1-23-26.2** |
| 26:14 - 26:17 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>26:14  Q.   So you're here today to give<br><br>26:15        testimony as Uber.<br>26:16        Do you get that?<br>26:17  A.   Yes. | 00:00:05 | **NH723_v9p-As-PlayedinCourt1-23-26.3** |
| 29:09 - 29:11 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>29:09  Q.   And, overall, how many meetings have<br><br>29:10        you had with lawyers to prepare to testify in<br>29:11        this litigation? | 00:00:06 | **NH723_v9p-As-PlayedinCourt1-23-26.4** |
| 29:13 - 29:14 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>29:13  A.   I don't know.<br><br>29:14  Q.   Give me your best estimate. | 00:00:03 | **NH723_v9p-As-PlayedinCourt1-23-26.5** |
| 29:16 - 29:16 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>29:16  A.   15, 20. | 00:00:01 | **NH723_v9p-As-PlayedinCourt1-23-26.6** |
| 94:23 - 94:25 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>94:23  Q.   Okay.  Does Uber agree that being<br><br>94:24        subjected to sexual assault is a highly<br>94:25        traumatizing event? | 00:00:05 | **NH723_v9p-As-PlayedinCourt1-23-26.7** |
| 95:03 - 95:03 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>95:03  A.   Yes.  Yes. | 00:00:01 | **NH723_v9p-As-PlayedinCourt1-23-26.8** |
| 95:20 - 95:21 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>95:20        aware that there are women who have been raped | 00:00:12 | **NH723_v9p-As-PlayedinCourt1-23-26.9** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 95:21    by their Uber drivers, correct? | | |
| 95:24 - 96:02 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>95:24   A.   Yes.<br><br>95:25   Q.   And you are aware that there are<br>96:01        women who've been subjected to attempted rape<br>96:02        by their Uber drivers, correct? | 00:00:08 | NH723_v9p-As-PlayedinCourt1-23-26.10 |
| 96:04 - 96:04 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>96:04   A.   I am aware. | 00:00:01 | NH723_v9p-As-PlayedinCourt1-23-26.11 |
| 114:11 - 114:16 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>114:11  Q.   Okay.  And I just read the remainder<br><br>114:12       of the sentence, which is:  "...to an<br>114:13       acceptable level with minimal impact to the<br>114:14       marketplace."<br>114:15       Correct?<br>114:16  A.   Yes. | 00:00:08 | NH723_v9p-As-PlayedinCourt1-23-26.12 |
| 115:02 - 115:04 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>115:02  Q.   Okay.  So the safety function is not<br><br>115:03       going to block business from doing what it<br>115:04       wants to do, right? | 00:00:06 | NH723_v9p-As-PlayedinCourt1-23-26.13 |
| 115:06 - 115:08 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>115:06  A.   Our job is to provide counsel and<br><br>115:07       advice and to give an understanding of the<br>115:08       safety landscape to leadership. | 00:00:07 | NH723_v9p-As-PlayedinCourt1-23-26.14 |
| 115:11 - 115:14 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>115:11       Is it -- it the purpose of Uber's<br><br>115:12       safety function to block things that the<br>115:13       business wants to do?<br>115:14  A.   No. | 00:00:10 | NH723_v9p-As-PlayedinCourt1-23-26.15 |
| 115:16 - 115:18 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>115:16  Q.   Okay.  So the safety function<br><br>115:17       doesn't block things that the business wants to<br>115:18       do, right? | 00:00:04 | NH723_v9p-As-PlayedinCourt1-23-26.16 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 115:20 - 115:25 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>115:20  A.  A lot of times it does end up<br><br>115:21       blocking it, but it's not necessarily our<br>115:22       decision.  We are providing visibility into the<br>115:23       safety risks.  And then ultimately leadership<br>115:24       will need to make a business decision based on<br>115:25       those risks. | 00:00:10 | **NH723_v9p-As-PlayedinCourt1-23-26.17** |
| 174:24 - 175:04 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>174:24  Q.  Okay.  So one of the contributing<br><br>174:25       factors Uber has considered as affecting the<br>175:01       risk of a ride resulting in a sexual assault is<br>175:02       intoxication or impairment of the rider,<br>175:03       correct?<br>175:04  A.  Yes. | 00:00:16 | **NH723_v9p-As-PlayedinCourt1-23-26.18** |
| 180:05 - 180:09 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>180:05       Uber (edited)<br><br>180:06       knows that sexual assaults that occur on its<br>180:07       platform can be the result of -- of a predator<br>180:08       seeing an opportunity to commit a sexual<br>180:09       assault? | 00:00:16 | **NH723_v9p-As-PlayedinCourt1-23-26.19** |
| 180:11 - 180:11 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>180:11  A.  In a general sense, yes. | 00:00:01 | **NH723_v9p-As-PlayedinCourt1-23-26.20** |
| 188:03 - 188:06 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>188:03  Q.  Okay.  So, according to this<br><br>188:04       document, which was produced to us by Uber, the<br>188:05       orange boxes represent "Source?"  Correct?<br>188:06  A.  Represent potential sources, yes. | 00:00:15 | **NH723_v9p-As-PlayedinCourt1-23-26.21** |
| 188:18 - 188:22 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>188:18  Q.  So the first source, according to<br><br>188:19       this document, this Uber document is<br>188:20       opportunistic predator.<br>188:21       Do you see that?<br>188:22  A.  I can see that's what's on the page. | 00:00:08 | **NH723_v9p-As-PlayedinCourt1-23-26.22** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 189:12 - 189:20 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:21 | NH723_v9p-As-PlayedinCourt1-23-26.23 |
| | 189:12  Q.  So for contributing factor, again, | | |
| | 189:13      associated with opportunistic predator, do you | | |
| | 189:14      see where the first one is: "Scenario presents | | |
| | 189:15      itself"? | | |
| | 189:16  A.  Yes, I can see that. | | |
| | 189:17  Q.  Okay.  And then the second one is: | | |
| | 189:18      "They think they can get away with it." | | |
| | 189:19      Do you see that? | | |
| | 189:20  A.  Yes. | | |
| 190:12 - 191:01 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:26 | NH723_v9p-As-PlayedinCourt1-23-26.24 |
| | 190:12  Q.  Okay.  And the potential signals | | |
| | 190:13      include a single rider. | | |
| | 190:14      Do you see that? | | |
| | 190:15  A.  Yes. | | |
| | 190:16  Q.  And do you understand that to mean | | |
| | 190:17      someone who's riding by themselves? | | |
| | 190:18  A.  Yes. | | |
| | 190:19  Q.  A night trip, right? | | |
| | 190:20  A.  Yes. | | |
| | 190:21  Q.  A bar/club area, right? | | |
| | 190:22  A.  Yes. | | |
| | 190:23  Q.  And Uber knows that the risk of | | |
| | 190:24      sexual assault is higher for rides that | | |
| | 190:25      originate within the proximity of a bar or | | |
| | 191:01      nightclub, right? | | |
| 191:03 - 191:03 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:02 | NH723_v9p-As-PlayedinCourt1-23-26.25 |
| | 191:03  A.  In aggregate, yes. | | |
| 197:22 - 198:03 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:24 | NH723_v9p-As-PlayedinCourt1-23-26.26 |
| | 197:22      Okay.  So the other signal that's | | |
| | 197:23      indicated in this document as potentially | | |
| | 197:24      contributing to the risk of sexual assault | | |
| | 197:25      occurring during an Uber ride is if the rider | | |
| | 198:01      is intoxicated, right? | | |
| | 198:02  A.  Yes, that is listed as a potential | | |
| | 198:03      signal. | | |

**NH723_v9p-As-PlayedinCourt1-23-26 - Nilles, Hannah 07-23-25 v9p-As-Played in Court 01-23-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 202:06 - 202:10 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:03 | **NH723_v9p-As-PlayedinCourt1-23-26.27** |
| | 202:06   MS. WALSH:  Let's mark this as 1723. | | |
| | 202:07   (Exhibit 1723, Document, Bates | | |
| | 202:08   UBER_JCCP_MDL_001719681 to | | |
| | 202:09   UBER_JCCP_MDL_001719736, marked for | | |
| | 202:10   identification.) | | |
| 204:15 - 204:17 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:03 | **NH723_v9p-As-PlayedinCourt1-23-26.28** |
| | 204:15   Q.  Okay.  You agree this is an Uber | | |
| | 204:16        document, however, correct? | | |
| | 204:17   A.  Yes. | | |
| 206:15 - 207:02 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:30 | **NH723_v9p-As-PlayedinCourt1-23-26.29** |
| | 206:15   Q.  Okay.  If we look at the slide that | | |
| | 206:16        says:  "Consent:  What it is and isn't." | | |
| | 206:17        Do you see that? | | |
| | 206:18   A.  Yes. | | |
| | 206:19   Q.  What it says in the first box is: | | |
| | 206:20        "Only yes means yes.  Consent is not the | | |
| | 206:21        absence of a no.  It is the presence of a | | |
| | 206:22        clear, affirmative expression of interest, | | |
| | 206:23        desire, and wants." | | |
| | 206:24        Do you see that? | | |
| | 206:25   A.  Yes. | | |
| | 207:01   Q.  And does Uber agree with that? | | |
| | 207:02   A.  Yes. | | |
| 208:05 - 208:11 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:14 | **NH723_v9p-As-PlayedinCourt1-23-26.30** |
| | 208:05   Q.  Okay.  The last box says:  "Consent | | |
| | 208:06        is specific.  Just because someone consents to | | |
| | 208:07        one set of actions and activities does not mean | | |
| | 208:08        consent has been given for other sexual acts." | | |
| | 208:09        Do you see that? | | |
| | 208:10   A.  Yes. | | |
| | 208:11   Q.  And does Uber agree with that? | | |
| 208:13 - 208:13 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:01 | **NH723_v9p-As-PlayedinCourt1-23-26.31** |
| | 208:13   A.  Yes. | | |
| 229:20 - 229:25 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:10 | **NH723_v9p-As-Pl** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 229:20 - 229:25 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:10 | **ayedinCourt1-23-26.32** |
| | 229:20  Q.  Okay.  From this Uber document back | | |
| | 229:21       in 2018, it says:  "Sexual assaults are | | |
| | 229:22       generally concentrated to late-night, weekend | | |
| | 229:23       hours." | | |
| | 229:24       Do you see that? | | |
| | 229:25  A.  Yes. | | |
| 231:18 - 231:23 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:14 | **NH723_v9p-As-PlayedinCourt1-23-26.33** |
| | 231:18  Q.  Okay.  To your knowledge, has this | | |
| | 231:19       data about the increased risk of sexual assault | | |
| | 231:20       when you're taking Uber late at night or on the | | |
| | 231:21       weekend, is this information information that's | | |
| | 231:22       shared with the public? | | |
| | 231:23  A.  No, not to my knowledge. | | |
| 248:08 - 248:14 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:21 | **NH723_v9p-As-PlayedinCourt1-23-26.34** |
| | 248:08  Q.  Okay.  Now, these facts that we see | | |
| | 248:09       here, Ms. Nilles, about intoxication, riding on | | |
| | 248:10       the evenings, weekends, late at night, riding | | |
| | 248:11       alone, or riding in the front seat, these being | | |
| | 248:12       risk factors for an elevated risk of sexual | | |
| | 248:13       assault during your Uber ride, is this | | |
| | 248:14       information provided to the public? | | |
| 248:16 - 248:16 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:01 | **NH723_v9p-As-PlayedinCourt1-23-26.35** |
| | 248:16  A.  No. | | |
| 251:01 - 251:05 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:17 | **NH723_v9p-As-PlayedinCourt1-23-26.36** |
| | 251:01  Q.  Okay.  And when a rider takes an | | |
| | 251:02       Uber because she's been drinking and wants to | | |
| | 251:03       rely on Uber as a safe way to get home, and | | |
| | 251:04       instead she's raped, that's not the rider's | | |
| | 251:05       fault, right? | | |
| 251:07 - 251:10 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:04 | **NH723_v9p-As-PlayedinCourt1-23-26.37** |
| | 251:07  A.  Sexual assault is never a victim's | | |
| | 251:08       fault. | | |
| | 251:09  Q.  Right. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 251:10   Even if a person's been drinking? | | |
| 251:12 - 251:14 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br>251:12  A.  Sexual assault is never a victim's<br>251:13       fault.<br>251:14  Q.  Okay.  Thank you. | 00:00:03 | NH723_v9p-As-PlayedinCourt1-23-26.38 |
| 266:07 - 266:12 | **Nilles, Hannah 2025-07-23**<br>266:07  A.  That's right.<br>266:08  Q.  Let's take a look at -- are you ever<br>266:09       involved in discussions with Uber's board of<br>266:10       directors?<br>266:11  A.  I help prepare content, but I don't<br>266:12       actually speak with them. | 00:00:17 | NH723_v9p-As-PlayedinCourt1-23-26.39 |
| 266:22 - 267:04 | **Nilles, Hannah 2025-07-23**<br>266:22  Q.  Okay.  Let's take a look at AW 26.<br>266:23       And we're going to mark it as 1726 to your<br>266:24       deposition.<br>266:25       (Exhibit 1726, Document "Safety<br>267:01       Product FAQs," Bates<br>267:02       UBER_JCCP_MDL_002059720 to<br>267:03       UBER_JCCP_MDL_002059724, marked for<br>267:04       identification.) | 00:00:09 | NH723_v9p-As-PlayedinCourt1-23-26.40 |
| 267:17 - 267:24 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br>267:17  Q.  You see in the metadata at the<br>267:18       beginning of this document that the custodians<br>267:19       are Mike Akamine and Sachin Kansal, right?<br>267:20  A.  Yes.<br>267:21  Q.  Who are they?<br>267:22  A.  Mike Akamine was the head of safety<br>267:23       product.  And Sachin Kansal is our chief<br>267:24       product officer. | 00:00:17 | NH723_v9p-As-PlayedinCourt1-23-26.41 |
| 268:13 - 268:17 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br>268:13  Q.  Okay.  And if you look at the first<br>268:14       page, we see the date again:  "July 19, 2022,<br>268:15       "Uber board meeting, Safety Product section."<br>268:16       Do you see that? | 00:00:11 | NH723_v9p-As-PlayedinCourt1-23-26.42 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 268:17   A.   Yes. | | |
| 274:24 - 274:25 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>274:24   Q.   Okay.  And do you see where it says:<br><br>274:25         "Trip hour and day of the week"? | 00:00:03 | NH723_v9p-As-PlayedinCourt1-23-26.43 |
| 275:03 - 275:03 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>275:03   A.   I see it. | 00:00:00 | NH723_v9p-As-PlayedinCourt1-23-26.44 |
| 314:17 - 314:19 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>314:17         MS. WALSH:  We're going to mark this<br><br>314:18         as Exhibit --<br>314:19         MR. REDE:  1729. | 00:00:06 | NH723_v9p-As-PlayedinCourt1-23-26.47 |
| 316:14 - 316:18 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>316:14   Q.   Okay.  And it looks like the date<br><br>316:15         that this document was originally created at<br>316:16         least was March 22, 2022.<br>316:17         Do you see that?<br>316:18   A.   Yes. | 00:00:08 | NH723_v9p-As-PlayedinCourt1-23-26.48 |
| 333:15 - 333:20 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>333:15   Q.   And is it Uber's understanding that<br><br>333:16         sexual assault occurring on the platform coming<br>333:17         out of COVID, and as cities were reopening,<br>333:18         that the existence of sexual assault -- the<br>333:19         rate of sexual assault was affected by the fact<br>333:20         that there were more intoxicated riders? | 00:00:24 | NH723_v9p-As-PlayedinCourt1-23-26.49 |
| 333:22 - 334:07 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>333:22   A.   We acknowledged that that could<br><br>333:23         potentially be a situation that would happen.<br>333:24   Q.   Okay.  What Rebecca says here is:<br>333:25         "Obviously a major issue about reopening is<br>334:01         intoxication..."<br>334:02         Right?<br>334:03   A.   That's what she says.<br>334:04   Q.   And she says:  "...and we don't<br>334:05         really want to tell people to drink less..." | 00:00:18 | NH723_v9p-As-PlayedinCourt1-23-26.50 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 334:06   Right? | | |
| | 334:07  A.  That's what she says. | | |
| 334:16 - 335:07 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:45 | **NH723_v9p-As-PlayedinCourt1-23-26.51** |
| | 334:16   What I'm asking is -- Uber has | | |
| | 334:17   community guidelines, right? | | |
| | 334:18  A.  Yes. | | |
| | 334:19  Q.  And some of those community | | |
| | 334:20   guidelines talk about things that people might | | |
| | 334:21   do in order to help themselves stay safe when | | |
| | 334:22   taking an Uber ride, right? | | |
| | 334:23  A.  For sure. | | |
| | 334:24  Q.  Okay.  In those community | | |
| | 334:25   guidelines, does Uber say one of the things you | | |
| | 335:01   might want to do to help reduce your risk of | | |
| | 335:02   being sexually assaulted when taking an Uber is | | |
| | 335:03   to -- is to not take an Uber when you're | | |
| | 335:04   severely intoxicated? | | |
| | 335:05  A.  We don't tell people to drink less. | | |
| | 335:06  Q.  Okay.  So that's not something | | |
| | 335:07   Uber's ever done? | | |
| 335:09 - 335:09 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:01 | **NH723_v9p-As-PlayedinCourt1-23-26.52** |
| | 335:09  A.  Not to my knowledge. | | |
| 337:23 - 337:23 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:05 | **NH723_v9p-As-PlayedinCourt1-23-26.53** |
| | 337:23  Q.  Okay.  Let's go back to 1729, and I | | |
| 337:24 - 338:02 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:09 | **NH723_v9p-As-PlayedinCourt1-23-26.54** |
| | 337:24   want to look at the slide that begins with | | |
| | 337:25   "Global Earners Deactivated for SA." | | |
| | 338:01   Do you see that? | | |
| | 338:02  A.  Yes. | | |
| 341:15 - 342:02 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:30 | **NH723_v9p-As-PlayedinCourt1-23-26.55** |
| | 341:15  Q.  If you look in the bottom box, do | | |
| | 341:16   you see where it says:  Over 50% of drivers | | |
| | 341:17   deactivated for sexual assault had an | | |
| | 341:18   interpersonal conflict incident prior to | | |
| | 341:19   deactivation? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 341:20  A.  Yes. | | |
| | 341:21  Q.  Okay.  So this is a reference to | | |
| | 341:22       drivers who were reported for committing a | | |
| | 341:23       sexual assault, right? | | |
| | 341:24  A.  Yes. | | |
| | 341:25  Q.  Uber deactivated them based on that | | |
| | 342:01       report, right? | | |
| | 342:02  A.  Yes. | | |
| 342:05 - 342:11 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:16 | **NH723_v9p-As-PlayedinCourt1-23-26.56** |
| | 342:05       These drivers who were deactivated | | |
| | 342:06       for committing a sexual assault already had a | | |
| | 342:07       prior IPC incident at the time that they | | |
| | 342:08       committed the assault, right? | | |
| | 342:09  A.  Some of them, yes. | | |
| | 342:10  Q.  Over 50 percent of them, right? | | |
| | 342:11  A.  Yes, according to this. | | |
| 342:12 - 342:20 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:25 | **NH723_v9p-As-PlayedinCourt1-23-26.57** |
| | 342:12  Q.  Okay.  And so these were drivers who | | |
| | 342:13       Uber already had in its records the report of | | |
| | 342:14       some sort of interpersonal conflict incident | | |
| | 342:15       occurring, right? | | |
| | 342:16  A.  Yes, primarily verbal disputes. | | |
| | 342:17  Q.  And the driver was allowed to keep | | |
| | 342:18       driving, right? | | |
| | 342:19  A.  Under our policy, a lower level | | |
| | 342:20       verbal dispute is not disqualifying. | | |
| 349:10 - 349:18 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:19 | **NH723_v9p-As-PlayedinCourt1-23-26.58** |
| | 349:10  Q.  And then it says:  "The strongest | | |
| | 349:11       interpersonal conflict predictors of sexual | | |
| | 349:12       assault deactivation were: | | |
| | 349:13       "Verbal dispute. | | |
| | 349:14       "Comments or gestures - asking | | |
| | 349:15       personal questions. | | |
| | 349:16       "Comments or gestures - flirting. | | |
| | 349:17       And "discriminatory remarks." | | |
| | 349:18       Do you see that? | | |
| 349:20 - 349:20 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:01 | NH723_v9p-As-Pl |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 349:20  A.  Yes, I see that. | | ayedinCourt1-23-26.59 |
| 353:10 - 353:21 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:27 | NH723_v9p-As-PlayedinCourt1-23-26.60 |
| | 353:10  Q.  Uber -- Uber tries to detect things | | |
| | 353:11         like long stops on a trip, right? | | |
| | 353:12  A.  Yes. | | |
| | 353:13  Q.  Okay.  And that is, in part, because | | |
| | 353:14         Uber believes that it could be a signal that | | |
| | 353:15         something unsafe is happening on that trip, | | |
| | 353:16         right? | | |
| | 353:17  A.  Yes. | | |
| | 353:18  Q.  Okay.  And one of the unsafe things | | |
| | 353:19         that could be happening on that trip could be | | |
| | 353:20         that a person is being sexually assaulted, | | |
| | 353:21         correct? | | |
| 353:23 - 353:23 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:01 | NH723_v9p-As-PlayedinCourt1-23-26.61 |
| | 353:23  A.  It could be. | | |
| 357:20 - 358:04 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:26 | NH723_v9p-As-PlayedinCourt1-23-26.62 |
| | 357:20  Q.  In looking  (edited) | | |
| | 357:21         at driver risk profile, does Uber consider | | |
| | 357:22         whether a driver's prior trips have involved a | | |
| | 357:23         lot of long stops? | | |
| | 357:24  A.  And I said no because I don't think | | |
| | 357:25         that would make a lot of analytical sense. | | |
| | 358:01  Q.  Okay.  So Uber does not do that? | | |
| | 358:02  A.  It's possible that our data science | | |
| | 358:03         team uses it for something that I'm not aware | | |
| | 358:04         of. | | |
| 360:14 - 360:20 | **Nilles, Hannah 2025-07-23 - PIP MP4** | 00:00:13 | NH723_v9p-As-PlayedinCourt1-23-26.63 |
| | 360:14  Q.  Okay.  But this is not something you | | |
| | 360:15         familiarized yourself with before today's | | |
| | 360:16         deposition? | | |
| | 360:17  A.  This deck, no. | | |
| | 360:18  Q.  Okay.  So let's take a look at it. | | |
| | 360:19         So it's called "Trip Anomaly Detection." | | |
| | 360:20         Right? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 360:23 - 360:23 | **Nilles, Hannah 2025-07-23 - PIP MP4**<br><br>360:23  A.  That's what this says. | 00:00:01 | NH723_v9p-As-PlayedinCourt1-23-26.64 |
| 362:03 - 362:04 | **Nilles, Hannah 2025-07-23**<br><br>362:03  Q.  What it says is:  "Orange County<br><br>362:04       prosecutors have charged an Uber driver with raping (edited) | 00:00:06 | NH723_v9p-As-PlayedinCourt1-23-26.65 |
| 362:06 - 362:07 | **Nilles, Hannah 2025-07-23**<br><br>362:06       picking her up in Huntington Beach."<br><br>362:07       Do you see that? | 00:00:03 | NH723_v9p-As-PlayedinCourt1-23-26.66 |
| 362:09 - 362:09 | **Nilles, Hannah 2025-07-23**<br><br>362:09  A.  Yes. | 00:00:01 | NH723_v9p-As-PlayedinCourt1-23-26.67 |
| 362:16 - 362:21 | **Nilles, Hannah 2025-07-23**<br><br>362:16  Q.  Okay.  So what it says is:  "No<br><br>362:17       problem in driver profile.  Active with Uber<br>362:18       for over six months.  Two level 1 tickets.<br>362:19       Pass BGC, and lifetime rating 4.78."<br>362:20       Do you see that?<br>362:21  A.  Yes. | 00:00:15 | NH723_v9p-As-PlayedinCourt1-23-26.68 |
| 375:02 - 375:06 | **Nilles, Hannah 2025-07-23**<br><br>375:02  Q.  Does Uber think that the<br><br>375:03       availability of RideCheck can reduce the risk<br>375:04       of a rider being sexually assaulted?<br>375:05  A.  Possibly.<br>375:06  Q.  But Uber doesn't know for sure? | 00:00:13 | NH723_v9p-As-PlayedinCourt1-23-26.69 |
| 375:08 - 375:08 | **Nilles, Hannah 2025-07-23**<br><br>375:08  A.  I don't know. | 00:00:01 | NH723_v9p-As-PlayedinCourt1-23-26.70 |
| 376:20 - 376:25 | **Nilles, Hannah 2025-07-23**<br><br>376:20  Q.  Ms. Nilles, this is an email chain<br><br>376:21       that you participated in, correct, Ms. Nilles?<br>376:22  A.  Yes.<br>376:23  Q.  And it took place in July 2024,<br>376:24       correct? | 00:00:12 | NH723_v9p-As-PlayedinCourt1-23-26.71 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 376:25  A.  Yes. | | |
| 377:08 - 377:12 | **Nilles, Hannah 2025-07-23**<br><br>377:08  Q.  And what Mike Haas says is:  "All,<br><br>377:09       want to provide visibility on a safety incident<br>377:10       gathering media and legislative interest."<br>377:11       Do you see that?<br>377:12  A.  Yes. | 00:00:10 | NH723_v9p-As-PlayedinCourt1-23-26.72 |
| 378:24 - 379:06 | **Nilles, Hannah 2025-07-23**<br><br>378:24  Q.  It's also a ride that involved what<br><br>378:25       we call a trip anomaly, correct?<br>379:01  A.  I'm trying to remember the exact<br>379:02       details, but yes.<br>379:03  Q.  Well, we just heard in the news<br>379:04       report that the trip took longer than it was<br>379:05       supposed to take, correct?<br>379:06  A.  Yes. | 00:00:23 | NH723_v9p-As-PlayedinCourt1-23-26.73 |
| 379:12 - 379:14 | **Nilles, Hannah 2025-07-23**<br><br>379:12  Q.  Did Uber, upon learning about this,<br><br>379:13       look to see if this particular driver had had<br>379:14       prior rides that had abnormally long stops? | 00:00:18 | NH723_v9p-As-PlayedinCourt1-23-26.74 |
| 379:16 - 379:21 | **Nilles, Hannah 2025-07-23**<br><br>379:16  A.  Not to my knowledge.<br><br>379:17  Q.  Okay.  Did Uber, in the wake of<br>379:18       learning about this, look to consider whether<br>379:19       other drivers who had a history of abnormally<br>379:20       long stops might present a risk of sexual<br>379:21       assault on the platform? | 00:00:24 | NH723_v9p-As-PlayedinCourt1-23-26.75 |
| 379:23 - 379:24 | **Nilles, Hannah 2025-07-23**<br><br>379:23  A.  As I said, I don't see it as a<br><br>379:24       predictive measure. | 00:00:03 | NH723_v9p-As-PlayedinCourt1-23-26.76 |

| | |
|---|---|
| Our Designations | 00:12:44 |
| Their Counters | 00:00:38 |

| **TOTAL RUN TIME** | **00:13:23** |
|---|---|