# COURT EXHIBIT 11B

Hannah Nilles Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00260 | 1724 | UBER_JCCP_MDL_000418750 |
| P-00312 | 1060 | UBER_JCCP_MDL_003504225 |
| P-00790 | 1717 | UBER_JCCP_MDL_003301763 |
| P-00793 | 1720 | UBER000065581 |
| P-00794 | 1721 | UBER_JCCP_MDL_000351289 |
| P-00796 | 1723 | UBER_JCCP_MDL_001719681 |
| P-00797 | 1725 | UBER_JCCP_MDL_002618039 |
| P-00798 | 1726 | UBER_JCCP_MDL_002059720 |
| P-00800 | 1729 | UBER_JCCP_MDL_001729997 |
| P-00801 | 1730 | UBER_JCCP_MDL_000188659 |
| P-00802 | 1731 | UBER_JCCP_MDL_003279797 |
| P-03689 | N/A | UBER-MDL3084-DFS00003689 |