# COURT EXHIBIT 12B

Sunny Wong Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| 3778 | 3778 | UBER-MDL3084-BW-00048903 |
| 3867 | 3867 | UBER_JCCP_MDL_002340895 |
| 3868 | 3868 | UBER_JCCP_MDL_002059066 |
| P-02341 | P-02341 | UBER_JCCP_MDL_003065941 |
| P-03134 | P-03134 | UBER_JCCP_MDL_003602459 |
| P-03651 | P-03651 | UBER_JCCP_MDL_000564013 |
| P-03663 | P-03663 | UBER_JCCP_MDL_000908749 |