# COURT EXHIBIT 13A

Designation Run Report for Dara Khosrowshahi
as played in Court 1/23/2026 (July 1, 2025)

# KHOSROWSHAHI, DARA - v06p-As-Played in Court 01-23-26

Designation List Report

| | | |
|---|---|---|
| 👤 | **Khosrowshahi, Dara** | **2025-07-01** |
| | **Khosrowshahi, Dara** | **2025-07-01** |

| | |
|---|---|
| PLF Affirmative | 00:11:14 |
| DEF Counter | 00:03:15 |
| **TOTAL RUN TIME** | **00:14:29** |



**ID: KD_v6p-As-PlayedinCourt1-23-26**

KD_v6p-As-PlayedinCourt1-23-26 - KHOSROWSHAHI, DARA - v06p-As-Played in Court 01-23-26

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:12 - 8:14 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:03 | KD_v6p-As-PlayedinCourt1-23-26.1 |
| | 8:12   Q.   Could you please state your name | | |
| | 8:13         for the record? | | |
| | 8:14   A.   Sure.  Dara Khosrowshahi. | | |
| 8:17 - 8:24 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:15 | KD_v6p-As-PlayedinCourt1-23-26.2 |
| | 8:17         You are the chief executive officer | | |
| | 8:18         or CEO of Uber; is that right? | | |
| | 8:19   A.   Yes. | | |
| | 8:20   Q.   And that means you're the highest | | |
| | 8:21         ranking executive in the entire company? | | |
| | 8:22   A.   Correct.  I report to the board of | | |
| | 8:23         directors, but as far as operating executives | | |
| | 8:24         go, I'm the highest ranked. | | |
| 9:04 - 9:06 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:03 | KD_v6p-As-PlayedinCourt1-23-26.3 |
| | 9:04   Q.   You're also on the board of | | |
| | 9:05         directors, right? | | |
| | 9:06   A.   I am. | | |
| 9:16 - 9:21 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:07 | KD_v6p-As-PlayedinCourt1-23-26.4 |
| | 9:16   Q.   And you've been the chief executive | | |
| | 9:17         officer since 2017, right? | | |
| | 9:18   A.   Yes. | | |
| | 9:19   Q.   And you've also been on the board | | |
| | 9:20         since 2017, right? | | |
| | 9:21   A.   Yes. | | |
| 33:21 - 34:03 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4** | 00:00:20 | KD_v6p-As-PlayedinCourt1-23-26.5 |
| | 33:21   Q.   And is your testimony that (edited) | | |
| | 33:22         you all have done everything you can to make | | |
| | 33:23         rides as safe as possible? | | |
| | 33:24   A.   We've done everything that we can | | |
| | 33:25         to the best of our abilities and we continue | | |
| | 34:01         D. Khosrowshahi - Highly Confidential | | |
| | 34:02         to try to improve every day, every week, | | |
| | 34:03         every month. | | |
| 36:03 - 36:05 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:08 | KD_v6p-As-Playe |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 36:03   Q.  Tell me if you heard the name | | dinCourt1-23-26.6 |
| | 36:04         Jaylynn Dean? | | |
| | 36:05   A.  No, I haven't. | | |
| 36:23 - 37:02 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:12 | KD_v6p-As-PlayedinCourt1-23-26.7 |
| | 36:23         do you remember learning of a  (edited) | | |
| | 36:24         woman who, in November 2023, just 18 months | | |
| | 36:25         ago, was raped by her Uber driver in Tempe, | | |
| | 37:01         D. Khosrowshahi - Highly Confidential | | |
| | 37:02         Arizona, do you recall hearing about that? | | |
| 37:06 - 37:06 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:01 | KD_v6p-As-PlayedinCourt1-23-26.8 |
| | 37:06   A.  I don't recall. | | |
| 37:18 - 37:20 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:07 | KD_v6p-As-PlayedinCourt1-23-26.9 |
| | 37:18   Q.  Okay.  Do you recall learning that | | |
| | 37:19         that driver had received numerous one star | | |
| | 37:20         ratings from prior Uber riders? | | |
| 37:22 - 37:22 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:01 | KD_v6p-As-PlayedinCourt1-23-26.10 |
| | 37:22   A.  I don't. | | |
| 37:23 - 38:06 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:20 | KD_v6p-As-PlayedinCourt1-23-26.11 |
| | 37:23   Q.  Do you think as the CEO of Uber | | |
| | 37:24         that it's appropriate to send a driver who's | | |
| | 37:25         previously been reported for making | | |
| | 38:01         D. Khosrowshahi - Highly Confidential | | |
| | 38:02         inappropriate comments to a female passenger, | | |
| | 38:03         who's received numerous one star ratings, do | | |
| | 38:04         you think it's appropriate for your company | | |
| | 38:05         to send a driver like that to pick up a woman | | |
| | 38:06         late at night? | | |
| 38:09 - 38:15 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:30 | KD_v6p-As-PlayedinCourt1-23-26.12 |
| | 38:09   A.  We have a process to evaluate | | |
| | 38:10         complaints and ratings against drivers or | | |
| | 38:11         riders as to whether or not those complaints | | |
| | 38:12         should warrant deactivation, for example. | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 38:13 | It's a substantial process, there's a large | | |
| | 38:14 | team who run these processes and I very much | | |
| | 38:15 | trust the process that they put in place. | | |
| 51:05 - 51:12 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | 00:00:14 | KD_v6p-As-PlayedinCourt1-23-26.13 |
| | 51:05 | Q. And at times you attend | | |
| | 51:06 | presentations involving your safety advisory | | |
| | 51:07 | board, correct? | | |
| | 51:08 | A. I have. | | |
| | 51:09 | Q. Okay. And at times people from the | | |
| | 51:10 | safety team within Uber present to that | | |
| | 51:11 | safety advisory board, right? | | |
| | 51:12 | A. Yes. | | |
| 52:05 - 52:06 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | 00:00:04 | KD_v6p-As-PlayedinCourt1-23-26.14 |
| | 52:05 | MS. WALSH: Okay. Let's do this | | |
| | 52:06 | as 1325. | | |
| 57:20 - 58:02 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | 00:00:18 | KD_v6p-As-PlayedinCourt1-23-26.15 |
| | 57:20 | Q. You can see here, Mr. Khosrowshahi, | | |
| | 57:21 | that this is a PowerPoint that was presented | | |
| | 57:22 | as part of a meeting with the safety advisory | | |
| | 57:23 | board on April 8, 2024. | | |
| | 57:24 | Do you see that? | | |
| | 57:25 | A. I see the date on the document, | | |
| | 58:01 | D. Khosrowshahi - Highly Confidential | | |
| | 58:02 | yes. | | |
| 58:03 - 58:08 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | 00:00:12 | KD_v6p-As-PlayedinCourt1-23-26.16 |
| | 58:03 | Q. And the safety advisory (edited) | | |
| | 58:04 | board is that board that you mentioned | | |
| | 58:05 | previously as a board of experts on issues | | |
| | 58:06 | involving sexual assault and other safety | | |
| | 58:07 | matters? | | |
| | 58:08 | A. Yes. | | |
| 61:09 - 62:03 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | 00:00:33 | KD_v6p-As-PlayedinCourt1-23-26.17 |
| | 61:09 | Q. And what the safety team is | | |
| | 61:10 | reporting here is that, if we go forward to | | |
| | 61:11 | 18, please, it says: | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 61:12 | | Global Safety Trends, the main | | |
| | 61:13 | | safety challenges around the world have | | |
| | 61:14 | | continued the same trend as last year. | | |
| | 61:15 | | Do you see that? | | |
| | 61:16 | A. | I do. | | |
| | 61:17 | Q. | And if you zero in on the United | | |
| | 61:18 | | States, you see where it says US&C? | | |
| | 61:19 | A. | Yes. | | |
| | 61:20 | Q. | And that's United States and | | |
| | 61:21 | | Canada, right? | | |
| | 61:22 | A. | Yes. | | |
| | 61:23 | Q. | And it says: | | |
| | 61:24 | | Continued rise in carjackings and | | |
| | 61:25 | | violence. | | |
| | 62:01 | | D. Khosrowshahi - Highly Confidential | | |
| | 62:02 | | Do you see that? | | |
| | 62:03 | A. | I do. | | |
| 62:24 - 63:05 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | | 00:00:11 | **KD_v6p-As-PlayedinCourt1-23-26. 18** |
| | 62:24 | Q. | Critical sexual assault, that's a | | |
| | 62:25 | | form of violence, right? | | |
| | 63:01 | | D. Khosrowshahi - Highly Confidential | | |
| | 63:02 | A. | I believe so. | | |
| | 63:03 | Q. | Do you agree rape is a form of | | |
| | 63:04 | | violence? | | |
| | 63:05 | A. | Yes. | | |
| 79:22 - 79:24 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | | 00:00:10 | **KD_v6p-As-PlayedinCourt1-23-26. 19** |
| | 79:22 | Q. | So improving the safety of (edited) | | |
| | 79:23 | | your platform, preventing sexual assault, | | |
| | 79:24 | | that can be a challenging task, right? | | |
| 80:02 - 80:07 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | | 00:00:19 | **KD_v6p-As-PlayedinCourt1-23-26. 20** |
| | 80:02 | A. | Improving the safety of our | | |
| | 80:03 | | platform is challenging, but we have to take | | |
| | 80:04 | | on the challenge.  I don't think anyone can | | |
| | 80:05 | | prevent every single sexual assault on earth, | | |
| | 80:06 | | I think that's impossible, but we have to | | |
| | 80:07 | | endeavor to do our very best. | | |
| 83:03 - 83:08 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | | 00:00:16 | **KD_v6p-As-Playe** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 83:03   Q.  O Do you remember, sitting (edited) | | dinCourt1-23-26.21 |
| | 83:04       here today, that you were informed that in | | |
| | 83:05       2022 incidents of critical sexual assault | | |
| | 83:06       were going up in the United States on Uber | | |
| | 83:07       Rides; do you recall that? | | |
| | 83:08   A.  I don't remember. | | |
| 84:11 - 84:15 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4** | 00:00:22 | KD_v6p-As-PlayedinCourt1-23-26.22 |
| | 84:11       do you recall being informed that in (edited) | | |
| | 84:12       2023 the rates of critical sexual assaults | | |
| | 84:13       during Uber Rides was trending up in the | | |
| | 84:14       United States; do you recall learning that? | | |
| | 84:15   A.  I don't remember. | | |
| 88:15 - 88:23 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:23 | KD_v6p-As-PlayedinCourt1-23-26.23 |
| | 88:15   Q.  And just so we understand, (edited) | | |
| | 88:16       last year in 2024, your total compensation | | |
| | 88:17       was a little over $39 million? | | |
| | 88:18   A.  Yes. | | |
| | 88:19   Q.  Okay.  Do you remember what it was | | |
| | 88:20       in 2023? | | |
| | 88:21   A.  I think it was around 25 million. | | |
| | 88:22   Q.  Okay.  What about 2022? | | |
| | 88:23   A.  I think around 25 million. | | |
| 94:04 - 94:16 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4** | 00:00:22 | KD_v6p-As-PlayedinCourt1-23-26.24 |
| | 94:04   Q.  if (edited) | | |
| | 94:05       your safety team, including Roger Kaiser, | | |
| | 94:06       puts together a presentation about safety, | | |
| | 94:07       that's something you should pay attention to | | |
| | 94:08       as the CEO, right? | | |
| | 94:09   A.  I think it depends on the | | |
| | 94:10       presentation. | | |
| | 94:11   Q.  Okay.  So there's some safety | | |
| | 94:12       presentations that you don't need to pay | | |
| | 94:13       attention to? | | |
| | 94:14   A.  Yes. | | |
| | 94:15   Q.  Okay.  Let's see if this is one | | |
| | 94:16       that you bothered to pay attention to. | | |

PLF Affirmative   DEF Counter

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 95:23 - 95:25 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>95:23  Q.  And I think you said earlier, some<br>95:24       of them you pay more attention to than<br>95:25       others, right? | 00:00:07 | KD_v6p-As-PlayedinCourt1-23-26.25 |
| 96:03 - 96:03 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>96:03  A.  I try to pay attention to all the | 00:00:01 | KD_v6p-As-PlayedinCourt1-23-26.26 |
| 96:04 - 96:16 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>96:04       presentations that are presented to me<br>96:05       whether it's safety or not.  I think you<br>96:06       asked me something and I may not recall about<br>96:07       all safety presentations, and my response to<br>96:08       you was there's -- we have a big safety team,<br>96:09       there are presentations, for example, to Gus<br>96:10       that may not be a presentation to me.  So<br>96:11       that's what I was referring to.  But I pay<br>96:12       attention to someone's presenting something<br>96:13       to me -- it's -- once it gets to the CEO<br>96:14       level, it's going to be important and I do my<br>96:15       best to pay attention to what's being<br>96:16       presented to me. | 00:00:40 | KD_v6p-As-PlayedinCourt1-23-26.27 |
| 97:09 - 97:11 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>97:09       MS. WALSH:  And we're going to<br>97:10       mark this as Exhibit 1327 to your<br>97:11       deposition. | 00:00:04 | KD_v6p-As-PlayedinCourt1-23-26.28 |
| 98:22 - 99:17 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>98:22  Q.  The title of this document (edited)<br>98:23       is Safety In 2024.<br>98:24       Do you see that?<br>98:25  A.  Yes.<br>99:01       D. Khosrowshahi - Highly Confidential<br>99:02  Q.  And so that was just last year,<br>99:03       right?<br>99:04  A.  The date was December 6, 2023 I<br>99:05       think for the --<br>99:06  Q.  Okay. | 00:00:31 | KD_v6p-As-PlayedinCourt1-23-26.29 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 99:07  A.  So a little bit before then.<br>99:08  Q.  Fair enough.  But the title is<br>99:09       Safety In 2024.<br>99:10       Do you see that?<br>99:11  A.  Yes.<br>99:12  Q.  And it was presented by various<br>99:13       people including Roger Kaiser, right?<br>99:14  A.  Yes.<br>99:15  Q.  Who you now recall is actually no<br>99:16       longer at the company, right?<br>99:17  A.  Yeah. (edited) | | |
| 100:19 - 100:23 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>100:19  Q.  So this right here they're (edited)<br><br>100:20       talking about rate trends.  So is the rate<br>100:21       going up or rate going down or staying the<br>100:22       same, right, that's what we mean by trends?<br>100:23  A.  Yes. | 00:00:11 | KD_v6p-As-PlayedinCourt1-23-26.30 |
| 103:17 - 103:17 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4**<br><br>103:17       The next slide says: (edited) | 00:00:02 | KD_v6p-As-PlayedinCourt1-23-26.31 |
| 103:18 - 103:19 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>103:18       Mega regional deep dive.<br><br>103:19       Do you see that? | 00:00:02 | KD_v6p-As-PlayedinCourt1-23-26.32 |
| 103:20 - 103:20 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>103:20  A.  Yes. (edited) | 00:00:01 | KD_v6p-As-PlayedinCourt1-23-26.33 |
| 103:25 - 104:06 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>103:25  Q.  And if you look here, you can take<br><br>104:01       D. Khosrowshahi - Highly Confidential<br>104:02       a minute to look at it, but if you look in<br>104:03       the far left column, it is breaking down the<br>104:04       data by regions.<br>104:05       Do you see that?<br>104:06  A.  Yes. | 00:00:16 | KD_v6p-As-PlayedinCourt1-23-26.34 |
| 104:13 - 104:18 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br><br>104:13  Q.  And the very bottom row is United | 00:00:12 | KD_v6p-As-PlayedinCourt1-23-26. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 104:14  States and Canada, right? | | |
| | 104:15  A. Yes. | | |
| | 104:16  Q. And the very right column is SA. | | |
| | 104:17  Do you see that? | | |
| | 104:18  A. Yes. | | |
| 105:25 - 106:09 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:31 | KD_v6p-As-PlayedinCourt1-23-26.36 |
| | 105:25  Q. Okay. So if we look under -- so | | |
| | 106:01  D. Khosrowshahi - Highly Confidential | | |
| | 106:02  for the US sexual assault year to date in | | |
| | 106:03  2023 versus 2022, you see that there's an | | |
| | 106:04  increase of 3 percent? | | |
| | 106:05  A. I see that. | | |
| | 106:06  Q. Okay. So that means that the rate | | |
| | 106:07  of sexual assaults happening in Uber's | | |
| | 106:08  mobility business went up in 2023 from 2022 | | |
| | 106:09  by 3 percent, right? | | |
| 106:11 - 106:13 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:06 | KD_v6p-As-PlayedinCourt1-23-26.37 |
| | 106:11  A. I don't know, but that -- that | | |
| | 106:12  certainly seems what's indicated by the table | | |
| | 106:13  and the stats. | | |
| 108:12 - 108:21 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:24 | KD_v6p-As-PlayedinCourt1-23-26.38 |
| | 108:12  Q. And you don't remember being told | | |
| | 108:13  that? | | |
| | 108:14  A. I don't remember the specific | | |
| | 108:15  presentation. | | |
| | 108:16  Q. Do you remember being told, whether | | |
| | 108:17  as part of this presentation or not, that in | | |
| | 108:18  2023 the rate of critical sexual assaults | | |
| | 108:19  happening during Uber rides was going up? | | |
| | 108:20  A. I don't remember. | | |
| | 108:21  Q. Is that concerning to you? | | |
| 108:23 - 108:25 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:08 | KD_v6p-As-PlayedinCourt1-23-26.39 |
| | 108:23  Q. That the rate is going up? | | |
| | 108:24  A. It's certainly something that could | | |
| | 108:25  be of concern. | | |
| 109:13 - 109:15 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:05 | KD_v6p-As-Playe |

PLF Affirmative     DEF Counter

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 109:13 - 109:15 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>109:13  Q.  Are you questioning the veracity of<br>109:14       this table that was created by your safety<br>109:15       team? | 00:00:05 | dinCourt1-23-26.40 |
| 109:18 - 109:18 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>109:18  A.  No. | 00:00:00 | KD_v6p-As-PlayedinCourt1-23-26.41 |
| 109:19 - 109:20 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>109:19  Q.  So you're not questioning the<br>109:20       veracity of these numbers, are you? | 00:00:03 | KD_v6p-As-PlayedinCourt1-23-26.42 |
| 109:22 - 109:25 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>109:22  A.  No.<br><br>109:23  Q.  Okay.  After this deposition,<br>109:24       are -- are you gonna take some action based<br>109:25       on learning this information? | 00:00:08 | KD_v6p-As-PlayedinCourt1-23-26.43 |
| 110:03 - 110:09 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>110:03  A.  I don't know what I'm gonna do<br><br>110:04       after the deposition.<br>110:05  Q.  Are you going to share with people<br>110:06       within the company that you learned that, in<br>110:07       fact, the rate of critical sexual assaults<br>110:08       according to this document at least went up<br>110:09       from 2022 to 2023 and ask about that? | 00:00:17 | KD_v6p-As-PlayedinCourt1-23-26.44 |
| 110:11 - 110:12 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>110:11  A.  I don't know what I'm gonna do<br><br>110:12       after the deposition. | 00:00:02 | KD_v6p-As-PlayedinCourt1-23-26.45 |
| 110:19 - 111:18 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>110:19       To your  (edited)<br><br>110:20       knowledge, has this information, the fact<br>110:21       that in 2023 the rate of critical sexual<br>110:22       assaults on the Uber platform had gone up,<br>110:23       had this been shared with the public?<br>110:24  A.  I don't know.<br>110:25  Q.  What about, what is the -- what is | 00:00:47 | KD_v6p-As-PlayedinCourt1-23-26.46 |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 111:01 | D. Khosrowshahi - Highly Confidential | | |
| | 111:02 | going on with the rate of critical sexual | | |
| | 111:03 | assaults on the Uber platform for 2024, did | | |
| | 111:04 | it continue to go up? | | |
| | 111:05 A. | I don't know. | | |
| | 111:06 Q. | You have no idea? | | |
| | 111:07 A. | I don't know. | | |
| | 111:08 Q. | Have you asked anyone? | | |
| | 111:09 A. | I don't remember whether I've asked | | |
| | 111:10 | someone specifically about 2024. | | |
| | 111:11 Q. | Is that something that you care | | |
| | 111:12 | about? | | |
| | 111:13 A. | It is. | | |
| | 111:14 Q. | Okay. Why would you not have asked | | |
| | 111:15 | someone? | | |
| | 111:16 A. | We have a lot of things going on | | |
| | 111:17 | and I just don't remember if I specifically | | |
| | 111:18 | asked someone. | | |
| 122:05 - 122:06 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | 00:00:03 | **KD_v6p-As-PlayedinCourt1-23-26.47** |
| | 122:05 Q. | Okay. Let's look at your very | | |
| | 122:06 | first safety report, okay? | | |
| 122:08 - 122:09 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | 00:00:02 | **KD_v6p-As-PlayedinCourt1-23-26.48** |
| | 122:08 | which we're going to  (edited) | | |
| | 122:09 | mark as Exhibit 1328. | | |
| 124:07 - 124:19 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | | 00:00:23 | **KD_v6p-As-PlayedinCourt1-23-26.49** |
| | 124:07 | And if you could zoom in on this | | |
| | 124:08 | language. | | |
| | 124:09 | For the purposes of this report, we | | |
| | 124:10 | examined data from 2017 and 2018, a time | | |
| | 124:11 | frame in which an average of more than | | |
| | 124:12 | 3.1 million trips took place each day in the | | |
| | 124:13 | US. | | |
| | 124:14 | And then it says: | | |
| | 124:15 | The vast majority, 99.9 percent of | | |
| | 124:16 | Uber trips end without any safety related | | |
| | 124:17 | issue at all. | | |
| | 124:18 | Do you see that? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 124:19  A.  Yes. | | |
| 124:20 - 124:20 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>124:20  Q.  Okay.  So first of all, that | 00:00:02 | KD_v6p-As-PlayedinCourt1-23-26.50 |
| 124:21 - 125:08 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>124:21      99 percent is talking about the rate if you<br>124:22      consider all Uber trips in the United States,<br>124:23      right?<br>124:24  A.  99.9 percent of Uber trips, yes,<br>124:25      and I think it's specific to mobility.<br>125:01      D. Khosrowshahi - Highly Confidential<br>125:02  Q.  Okay.  But it's looking at all of<br>125:03      the rides that have happened throughout the<br>125:04      United States, right?<br>125:05  A.  I believe so.<br>125:06  Q.  Okay.  What would happen if Uber<br>125:07      looked at just rides that happen after 9 p.m.<br>125:08      at night, what would the percentage be then? | 00:00:39 | KD_v6p-As-PlayedinCourt1-23-26.51 |
| 125:11 - 125:14 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4**<br>125:11  A.  I don't know.<br>125:12  Q.  Okay.  Is that something you've<br>125:13      ever asked?<br>125:14  A.  I don't remember. | 00:00:07 | KD_v6p-As-PlayedinCourt1-23-26.52 |
| 127:12 - 127:16 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4**<br>127:12  Q.  What about if you look just  (edited)<br>127:13      at rides originating where the pickup occurs<br>127:14      within 50 meters of a bar, what's the rate of<br>127:15      sexual assault happening if you're<br>127:16      concentrating just on those rides? | 00:00:17 | KD_v6p-As-PlayedinCourt1-23-26.53 |
| 127:18 - 127:18 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4**<br>127:18  A.  I don't know. | 00:00:01 | KD_v6p-As-PlayedinCourt1-23-26.54 |
| 127:22 - 128:03 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4**<br>127:22      Do you recall ever saying, Hey, I'd<br>127:23      like to understand if the rate is higher for | 00:00:14 | KD_v6p-As-PlayedinCourt1-23-26.55 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 127:24  rides that start from particular -- from, you | | |
| | 127:25  know, from nightclub areas or bar areas, I'd | | |
| | 128:01  D. Khosrowshahi - Highly Confidential | | |
| | 128:02  like to understand that? | | |
| | 128:03  A.  I don't remember that. | | |
| 128:07 - 128:11 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4** | 00:00:15 | KD_v6p-As-PlayedinCourt1-23-26.56 |
| | 128:07  What would the percentage, the rate | | |
| | 128:08  of critical sexual assaults, be if you zeroed | | |
| | 128:09  in just on rides where Uber has information | | |
| | 128:10  indicating that the rider had been drinking | | |
| | 128:11  alcohol, what would the rate be then? | | |
| 128:13 - 128:19 | **Khosrowshahi, Dara 2025-07-01 - WIT MP4** | 00:00:15 | KD_v6p-As-PlayedinCourt1-23-26.57 |
| | 128:13  A.  I don't know. | | |
| | 128:14  Q.  Do you recall ever asking, I'd like | | |
| | 128:15  to understand if when a rider's intoxicated | | |
| | 128:16  that makes them more vulnerable to being | | |
| | 128:17  sexually assaulted by our drivers, did you | | |
| | 128:18  ever ask that question? | | |
| | 128:19  A.  I don't remember. | | |
| 129:03 - 129:13 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:30 | KD_v6p-As-PlayedinCourt1-23-26.58 |
| | 129:03  Q.  Do you understand, | | |
| | 129:04  Mr. Khosrowshahi, that this is a question | | |
| | 129:05  that people within your company, data | | |
| | 129:06  scientists, for example, have looked at to | | |
| | 129:07  see if they can identify whether the risk of | | |
| | 129:08  being sexually assaulted is different | | |
| | 129:09  depending on where the ride originated, when | | |
| | 129:10  the ride took place, other factors about the | | |
| | 129:11  ride? | | |
| | 129:12  A.  I don't know specifically what the | | |
| | 129:13  data scientists have done in this matter. | | |
| 129:20 - 129:23 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:11 | KD_v6p-As-PlayedinCourt1-23-26.59 |
| | 129:20  Q.  Well, let me show you this | | |
| | 129:21  document, which the jury has seen and had an | | |
| | 129:22  opportunity to consider and see if you've had | | |
| | 129:23  an opportunity to consider it, okay? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 130:05 - 130:05 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:03 | KD_v6p-As-PlayedinCourt1-23-26.60 |
| | 130:05   and it's MDL Exhibit 3900. (edited) | | |
| 130:22 - 130:25 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:06 | KD_v6p-As-PlayedinCourt1-23-26.63 |
| | 130:22   The title of it is Intoxicated Riders | | |
| | 130:23   Checkpoint Deck. | | |
| | 130:24   Do you see that? | | |
| | 130:25  A.  Yes. | | |
| 135:24 - 136:07 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:11 | KD_v6p-As-PlayedinCourt1-23-26.64 |
| | 135:24   Serious IPC rates are highly | | |
| | 135:25   concentrated to late nights and weekends. | | |
| | 136:01   D. Khosrowshahi - Highly Confidential | | |
| | 136:02   Do you see that? | | |
| | 136:03  A.  I do. | | |
| | 136:04  Q.  Do you know what IPC means, | | |
| | 136:05   Mr. Khosrowshahi? | | |
| | 136:06  A.  I believe it means interpersonal | | |
| | 136:07   conflict. | | |
| 136:14 - 136:25 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:20 | KD_v6p-As-PlayedinCourt1-23-26.65 |
| | 136:14  Q.  is (edited) | | |
| | 136:15   this something that you're aware of as the | | |
| | 136:16   CEO of Uber that serious IPC rates are highly | | |
| | 136:17   concentrated to late nights and weekends? | | |
| | 136:18  A.  I'm aware of it now. | | |
| | 136:19  Q.  Were you aware of it before this | | |
| | 136:20   deposition? | | |
| | 136:21  A.  Not specifically. | | |
| | 136:22  Q.  Okay.  To your knowledge, is this | | |
| | 136:23   information that's been shared with the | | |
| | 136:24   public? | | |
| | 136:25  A.  I don't know. | | |
| 137:02 - 137:04 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:05 | KD_v6p-As-PlayedinCourt1-23-26.66 |
| | 137:02  Q.  And do you think it should be | | |
| | 137:03   shared with the public? | | |
| | 137:04  A.  I don't know. | | |
| 180:09 - 180:20 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:35 | KD_v6p-As-Playe |

PLF Affirmative    DEF Counter

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 180:09 - 180:20 | **Khosrowshahi, Dara 2025-07-01 - PIP MP4** | 00:00:35 | dinCourt1-23-26.67 |
| | 180:09 Q. And your testimony is that you have | | |
| | 180:10    not gone to the safety team and asked the | | |
| | 180:11    question, are critical sexual assaults -- the | | |
| | 180:12    rate of critical sexual assaults going up on | | |
| | 180:13    Uber Rides, going down or staying the same, | | |
| | 180:14    you just haven't asked that question? | | |
| | 180:15 A. I don't remember whether I've asked | | |
| | 180:16    that question.  I would have full faith that, | | |
| | 180:17    again, my safety team would report to me as | | |
| | 180:18    to what are the important trends that I | | |
| | 180:19    should be aware of on our platform as it | | |
| | 180:20    relates to safety and other factors. | | |

| | | |
|---|---|---|
| PLF Affirmative | | 00:11:14 |
| DEF Counter | | 00:03:15 |
| **TOTAL RUN TIME** | | **00:14:29** |