# COURT EXHIBIT 13B

Dara Khosrowshahi Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00270 | 1324 | UBER_JCCP_MDL_003042837 |
| P-00272 | 1327 | UBER_JCCP_MDL_001661343 |
| P-00312 | 3900 | UBER_JCCP_MDL_003504225 |