# EXHIBIT A

[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CORY FREIVOGEL IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING MOTION FOR MISTRIAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  501 |

| | |
|---|---|
| 1 | LAURA VARTAIN HORN (SBN: 258485) |
| | laura.vartain@kirkland.com |
| 2 | **KIRKLAND & ELLIS LLP** |
| | 555 California Street, 30th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 439-1625 |
| 4 | |
| | Kim Bueno (Pro Hac Vice admitted) |
| 5 | **KIRKLAND & ELLIS LLP** |
| | kim.bueno@kirkland.com |
| 6 | 401 W. 4th St. |
| | Austin, TX 78701 |
| 7 | Telephone: (512) 355-4390 |
| 8 | Allison M. Brown (Pro Hac Vice admitted) |
| | **KIRKLAND & ELLIS LLP** |
| 9 | alli.brown@kirkland.com |
| | 2005 Market Street, Suite 1000 |
| 10 | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| 11 | |
| | JESSICA DAVIDSON (Pro Hac Vice admitted) |
| 12 | **KIRKLAND & ELLIS LLP** |
| | jessica.davidson@kirkland.com |
| 13 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 14 | Telephone: (212) 446-4723 |
| 15 | SABRINA H. STRONG (SBN: 200292) |
| | sstrong@omm.com |
| 16 | JONATHAN SCHNELLER (SBN: 291288) |
| | jschneller@omm.com |
| 17 | **O'MELVENY & MYERS LLP** |
| | 400 South Hope Street, 19th Floor |
| 18 | Los Angeles, CA 90071 |
| | Telephone: (213) 430-6000 |
| 19 | Facsimile: (213) 430-6407 |
| 20 | PATRICK L. OOT, JR. (Pro Hac Vice admitted) |
| | oot@shb.com |
| 21 | **SHOOK, HARDY & BACON, LLP** |
| 22 | 1800 K Street NW, 10th Floor |
| | Washington, DC 20006 |
| 23 | Telephone: (202) 783-8400 |
| | Facsimile: (202) 783-4211 |
| 24 | |
| 25 | ALYCIA A. DEGEN (SBN: 211350) |
| | adegen@shb.com |
| 26 | MICHAEL B. SHORTNACY (SBN: 277035) |
| | mshortnacy@shb.com |
| 27 | 2121 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 28 | Telephone: (424) 285-8330 |

| | |
|---|---|
| 1 | Facsimile: (424) 204-9093 |
| 2 | |
| | CHRISTOPHER V. COTTON (Pro Hac Vice admitted) |
| 3 | ccotton@shb.com |
| | 255 Grand Boulevard |
| 4 | Kansas City, MO 64108 |
| | Telephone: (816) 474-6550 |
| 5 | Facsimile: (816) 421-5547 |
| 6 | |
| | Counsel for Defendants |
| 7 | UBER TECHNOLOGIES, INC., |
| | RASIER, LLC, and RASIER-CA, LLC |
| 8 | |

3

DECLARATION OF CORY FREIVOGEL ISO DEFENDANTS' MOTION FOR RECONSIDERATION
Case No. 3:23-MD-03084-CRB

I, Cory Freivogel, declare as follows:

1. I am Director of United States & Canada Platform Safety Operations at Uber Technologies, Inc. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. On January 21, 2026, I was asked by counsel for Uber to review account information for a User whose account was set up under the name Jennifer Chase that was banned by Uber in March of 2019 as a result of support abuse. The nature of the support abuse that resulted in the ban of this Rider account was that the user lodged 19 separate reports of sexual misconduct against different Drivers between March 20 and March 25 2019, each alleging in similar/nearly identical language the following (including with the same grammar, punctuation and typographical errors):

> "I took this ride with my bf from pick up the driver complimented me stating I was beautiful although appreciated I have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful… This was inappropriate for this driver please do something about this because this did start a personal argument."

3. A compilation of these complaints as produced in discovery in this case was entered into evidence as Ex 3510. As represented in court by counsel for Uber, Mr. Turay was not the first in the pattern of fraudulent conduct reflected in this exhibit. Chronologically, Ms. Chase's report against Mr. Turay was the 9th such report of the 19 nearly identical complaints submitted to Uber in this five-day period. This conduct formed the basis of the ban Uber placed on her account at the time.

4. I was also informed that counsel for Plaintiff introduced a document marked P-04532 and represented that this account belonged to the same Jennifer Chase who was alleged to have an active Rider account on the platform.

5. When I investigated this account and its potential connection to the Jennifer Chase Banned Rider account referred to above, I discovered that Ms. Chase has engaged in even more clear and indisputable fraud on the Uber platform between 2016 and the present, which includes the following based on a preliminary review:

6. After Ms. Chase was banned in connection with the conduct reflected in EX 3510, she opened a new account with a different name and different email address and continued to demand refunds for rides based on the nearly identical allegation that her driver complimented her in front of a significant other. With her second account, she reported this complaint against seven Drivers (different from the 19 Drivers reflected in her false reports in EX 35100). Like her first account, this account was banned for support abuse.

7. In addition, I have confirmed that in 2021 Ms. Chase set up an Earner account on the Uber Eats platform using different information than her prior Rider accounts. This UberEats Earner account was banned for fraud because Ms. Chase received multiple reports of "failing to deliver order" – *i.e.* picking up orders and stealing them.

8. My preliminary investigation has uncovered that Ms. Chase is linked to approximately three dozen accounts set up with various aliases and more than two dozen different email addresses (often reflecting iterations of her name and birthday). Some of these accounts have been deleted by Ms. Chase, others are active with fraud flags, one has been banned for payment arrears, and others --including the account identified in P-04532--are recently created with new information and Active (although Uber has now banned this account in light of this investigation and the known fraud).

9. The extent to which Ms. Chase has gone to circumvent Uber's support abuse bans is extraordinary. Uber's specialized fraud team is continuing to investigate this matter further.

10. It is important to note support abuse bans are different from, and not analogous to Safety-related bans (*i.e.* accounts banned with a Safety Lock).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: January 26, 2026

/s/ *Cory Freivogel*
Cory Freivogel