[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA. LLC'S THIRD AMENDED TRIAL EXHIBIT LIST** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Technologies, Inc., et al.,* No. 3:23-cv-06708 | Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN,<br><br>           Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:       Hon. Charles R. Breyer<br><br>Courtroom:  501 |

1

1  Defendants Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC (together, "Uber" or
2  "Defendants") hereby submit the Third Amended Trial Exhibit List, attached hereto as Exhibit 1, in this
3  matter. Defendants previously served an exhibit list on Plaintiff on December 10, 2025, and filed an
4  exhibit list on December 30, 2025, an amended exhibit list on January 5, 2026 and second amended exhibit
5  list on January 11, 2026. Defendants reserve the right to amend and/or supplement this Second Amended
6  Trial Exhibit List based on supplementation pursuant to Rule 26(e) and/or agreements between the parties,
7  Plaintiff's exhibit list, future productions or discovery, and the evidence presented at trial. The fact that
8  an exhibit appears on this list is not to be construed as a waiver by Defendants of any objections they may
9  have as to the admissibility of the exhibit or confidentiality. Defendants reserve all rights.

DATED: January 26, 2026                Respectfully submitted,

*/s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Uber*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn