| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| 2 | **KIRKLAND & ELLIS LLP**<br>555 California Street, Suite 2700 |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 439-1625 |
| 4 | laura.vartain@kirkland.com |
| 5 | Allison M. Brown (Admitted *Pro Hac Vice*)<br>**KIRKLAND & ELLIS LLP** |
| 6 | 2005 Market Street, Suite 1000<br>Philadelphia, PA 19103 |
| 7 | Telephone: (215) 268-5000<br>alli.brown@kirkland.com |
| 8 | Christopher V. Cotton (Admitted *Pro Hac Vice*) |
| 9 | **SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard |
| 10 | Kansas City, MO 64108<br>Telephone: (816) 474-6550 |
| 11 | ccotton@shb.com |
| 12 | *Attorneys for Defendants*<br>UBER TECHNOLOGIES, INC., RASIER, LLC, |
| 13 | And RASIER-CA, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to: | |
| *Jane Doe KG 008 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05320 | Judge:   Honorable Charles R. Breyer |

---

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION
TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

Case No. 3:23-md-03084-CRB

## DECLARATION OF CHRISTOPHER V. COTTON

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants") opposition to Kherkher Garcia LLP's ("Kherkher Garcia") motion to withdraw as counsel for Plaintiff Jane Doe KG 008.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On behalf of Plaintiff Jane Doe KG 008, Kherkher Garcia submitted a Plaintiff Fact Sheet (PFS) on July 25, 2025, but failed to submit an accompanying verification to the PFS.

4. On August 14, 2025, counsel for Uber communicated to Kherkher Garcia via a PFS Deficiency Notice that Plaintiff Jane Doe KG 008's PFS was deficient for lack of verification.

5. On September 13, 2025, Kherkher Garcia served an Amended Plaintiff Fact Sheet on behalf of Plaintiff Jane Doe KG 008, again without a verification.

6. On January 21, 2026, counsel for Uber emailed Kherkher Garcia to provide notice pursuant to Amended PTO 10, Section 9(b), that Plaintiff Jane Doe KG 008's most recent PFS was materially deficient due to Plaintiff's failure to serve a verification, and to request a meet and confer. Rather than respond to Uber's email and meet and confer as contemplated by Amended PTO 10, Kherkher Garcia filed its motion to withdraw the next day, on January 22. Uber continued to seek the required meet and confer, emailing Kherkher Garcia again on January 22 and once more on January

23. Only on January 23 did Khekher Garcia finally respond, and then just to say that it was unavailable to meet and confer and had moved to withdraw as to Plaintiff Jane Doe KG 008.[1]

7.　In its January 23 correspondence, counsel for Uber informed Kherkher Garcia that Uber intended to oppose Kherkher Garcia motion to withdraw filed on January 22 for Plaintiff KG 008.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct. Executed on January 26, 2025, in Kansas City, Missouri.

**SHOOK, HARDY & BACON L.L.P.**

　*/s/ Christopher V. Cotton*_____

CHRISTOPHER V. COTTON
(admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

---

[1] Kherkher Garcia also cited pending motions to withdraw as a reason not to confer as to Plaintiffs Jane Doe 690917, Jane Doe KG 013, and Jane Doe KG 039, but this Court denied the firm's motions to withdraw as to those Plaintiffs on January 9. ECF 4956. So Kherkher Garcia still represents these Plaintiffs.