**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| _____ | **[PROPOSED] ORDER REGARDING KHERKHER GARCIA LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to: | Judge:    Honorable Charles R. Breyer |
| *Jane Doe KG 008 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05320 | |

**[PROPOSED] ORDER**

Having considered Kherkher Garcia, LLP's ("Kherkher Garcia") Motion to Withdraw as Counsel of Record for Plaintiff Jane Doe KG 008 (ECF 5073), the Court finds that, given that Uber has discovered evidence that Kherkher Garcia submitted a fraudulent Plaintiff Fact Sheet (PFS) in this case, granting withdrawal would cause prejudice to Plaintiff and Uber, likely delay the progress of this multi-district litigation, and potentially harm the administration of justice.

The Court therefore hereby ORDERS that Kherkher Garcia's Motion to Withdraw is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2026            _____
                                        HON. CHARLES R. BREYER
                                        United States District Court Judge