[*Submitting counsel below*]

UNITED STATES DISTRICT COURT
OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**PLAINTIFF'S MOTION TO STRIKE EXHIBIT 4236 AND IMPROPER QUESTIONING OF DR. MECHANIC AND PROPOSED JURY INSTRUCTION**<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.:  D. Ariz., 501 |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>     Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>     Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.:  501 |

## MOTION TO STRIKE

During cross-examination of Dr. Mechanic on January 26, counsel for Uber introduced a 2018 email exchange between Dr. Mechanic and an attorney at Shook Hardy & Bacon (Ex. 4236). Questioning Dr. Mechanic, counsel implied that Dr. Mechanic had tried to work for Uber in this litigation, and, having been turned down, worked for the Plaintiffs instead. The Court stated on the record that, had it been apparent that Uber intended to use this document in this manner, the questioning would not have been permitted.

Counsel for Uber promised to clean up the record in subsequent cross-examination. This remedy is at best inadequate and at worst even more prejudicial. At best, the irrelevant 2018 emails—which Dr. Mechanic does not even remember—will waste both the jury's time and Plaintiff's time on redirect. At worst, permitting Uber to again show the 2018 email will remind the jury of the earlier, improper, implication.

Instead, because Ex. 4236 and the testimony about it violate Rule 403, the Court should strike both and instruct the jury accordingly. The email has zero probative value: it does not show anything about Dr. Mechanic other than she, in 2018, exchanged emails with a law firm about a potential engagement. She testified that her current profession is serving as an expert witness, so evidence that more than seven years ago she discussed potentially working as an expert witness is cumulative at best. And the email creates a significant danger of unfair prejudice and misleading the jury. In addition to the false implication offered by Uber's counsel (that Dr. Mechanic worked for Plaintiffs only after Uber turned her down), the emails contain a statement about an "acquittal despite the multiple victims who were intoxicated," suggesting Dr. Mechanic endorsed part of Uber's defense in this case. (Dr. Mechanic does not opine about intoxication.)

For these reasons, the Court should strike Ex. 4236 and the testimony concerning it, and give the jury the proposed instruction below. Plaintiff will submit a proposed order with the pages and lines once the transcript is received.

**PROPOSED JURY INSTRUCTION**

Yesterday, you heard testimony from Dr. Mechanic concerning a 2018 email exchange between her and an attorney working for a law firm that years later represented Uber in this litigation. There is no evidence that Dr. Mechanic ever tried to serve as an expert witness for Uber in this litigation. I am striking both the document and testimony concerning it. You should not consider the document or the testimony during your deliberations or allow it to influence your verdict in any way.

Dated: January 26, 2026                           Respectfully submitted,

By: */s/ Sarah R. London*
   Sarah R. London (SBN 267083)

   **GIRARD SHARP LLP**
   601 California St., Suite 1400
   San Francisco, CA 94108
   Telephone: (415) 981-4800
   slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
   Rachel B. Abrams (SBN 209316)

   **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
   555 Montgomery Street, Suite 820
   San Francisco, CA 94111
   Telephone: (415) 426-5641
   Facsimile: (415) 840-9435
   rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
   Roopal P. Luhana

   **CHAFFIN LUHANA LLP**
   600 Third Avenue, 12th Floor
   New York, NY 10016
   Telephone: (888) 480-1123
   Facsimile: (888) 499-1123
   luhana@chaffinluhana.com

   *Co-Lead Counsel*

-2-

PL'S MOT. TO STRIKE
AND PROPOSED JURY INSTRUCTION
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 26, 2026                By:    */s/ Andrew R. Kaufman*
                                              Andrew R. Kaufman