1  [Submitting counsel below]

**UNITED STATES DISTRICT COURT**
**OF NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | NO. 3:23-MD-03084-CRB |
| | **PLAINTIFF'S NOTICE OF FILING OF COURT EXHIBITS FOR JANUARY 26, 2026** |
| THIS DOCUMENT RELATES TO: | |
| *JAYLYNN DEAN V. UBER TECHS., INC.*, N.D. CAL. NO. 23-CV-06708 D. ARIZ. NO. 25-CV-4276 | JUDGE: HONORABLE CHARLES R. BREYER CTRM.: D. ARIZ., 501 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN,               PLAINTIFF, V. UBER TECHNOLOGIES, INC., ET AL.,               DEFENDANTS. | NO. 25-CV-4276-PHX-CRB JUDGE: HONORABLE CHARLES R. BREYER CTRM.: 501 |

Plaintiff gives notice of the filing of the following court exhibits for January 15, 22, and 26, 2026:

| Court Exhibit | Court Exhibit Description |
|---|---|
| 14A | Designation Run Report for Emilie Boman as played in Court 01/23/2026 (10-01-2026) |
| 14B | Emilie Boman Deposition Exhibit Chart |
| 15A | Designation Run Report for Andrew Hasbun as played in Court 1/15/2026 (04-10-11-2025) |
| 15B | Andrew Hasbun Deposition Exhibit Chart |
| 16A | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (6-17-2025) |
| 16B | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (7-15-2025, 23:8-17) |
| 16C | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (7-15-2025, 127:10-19) |
| 16D | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (7-15-2025, 143:5-24) |
| 16E | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (7-15-2025, 210:13-211:13) |
| 16F | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (8-25-2025) |
| 17 | Designation Run Report for Olajuwon Ramos as played in Court during the 1/26/2026 testimony of Mindy Mechanic (6-26-2025) |
| 18 | Designation Run Report for Natasha Ramos as played in Court during the 1/26/2026 testimony of Mindy Mechanic (6-26-2025) |
| 19 | Designation Run Report for Elisa Gregg as played in Court during the 1/26/2026 testimony of Mindy Mechanic (6-25-2025) |
| 20 | Designation Run Report for Brooklyn Filtz as played in Court during the 1/26/2026 testimony of Mindy Mechanic (6-30-2025) |

Dated: 1/26/2026                                Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*slondon@girardsharp.com*

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
*rabrams@peifferwolf.com*

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
*luhana@chaffinluhana.com*

Co-Lead Counsel

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 26, 2026          By: */s/Roopal P. Luhana*

                                 Roopal P. Luhana