# COURT EXHIBIT 14A

Designation Run Report for Emilie Boman
as played in Court 1/23/2026 (October 1, 2025)

# Boman, Emilie - v8p - As-Played in Court 01-23-26

Designation List Report

| | | |
|---|---|---|
| | **Boman, Emilie** | **2025-10-01** |
| | **Boman, Emilie** | **2025-10-01** |

| Our Designations | 00:22:24 |
|---|---|
| Their Counters | 00:01:35 |
| **TOTAL RUN TIME** | **00:23:58** |



**ID: BE_v8p-As-PlayedInCourt1-23-26**

BE_v8p-As-PlayedInCourt1-23-26 - Boman, Emilie - v8p - As-Played in Court 01-23-26

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:06 - 13:19 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:27 | **BE_v8p-As-PlayedInCourt1-23-26.1** |
| | 13:06  Q.  Ms. Boman, up until two weeks ago, you | | |
| | 13:07      were the director of global public policy at Uber; | | |
| | 13:08      is that correct? | | |
| | 13:09  A.  Yes. | | |
| | 13:10  Q.  And you continue to work at Uber today, | | |
| | 13:11      correct? | | |
| | 13:12  A.  Yes. | | |
| | 13:13  Q.  And you're coming up on 10 years at the | | |
| | 13:14      company; is that right? | | |
| | 13:15  A.  Yes. | | |
| | 13:16  Q.  And some of the skills that you bring to | | |
| | 13:17      bear in the jobs that you do for Uber are politics | | |
| | 13:18      and political communication, correct? | | |
| | 13:19  A.  Yes. | | |
| 17:04 - 17:18 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:35 | **BE_v8p-As-PlayedInCourt1-23-26.2** |
| | 17:04  Q.  And you understand, Ms. Boman, that you | | |
| | 17:05      are here today testifying as Uber, right? | | |
| | 17:06  A.  I do. | | |
| | 17:07  Q.  Okay.  So the testimony that you are | | |
| | 17:08      giving is on behalf of the company that you help | | |
| | 17:09      lead, Uber, right? | | |
| | 17:10  A.  Yes. | | |
| | 17:11  Q.  And the things that you say today are | | |
| | 17:12      binding on that company that you help lead. | | |
| | 17:13      Do you understand that? | | |
| | 17:14  A.  I do. | | |
| | 17:15  Q.  And I am sure you spent time with Uber's | | |
| | 17:16      lawyers getting ready to give this deposition; is | | |
| | 17:17      that right? | | |
| | 17:18  A.  Yes. | | |
| 18:05 - 18:07 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:07 | **BE_v8p-As-PlayedInCourt1-23-26.3** |
| | 18:05  Q.  Five to six separate meetings with Uber's | | |
| | 18:06      lawyers in preparation for this deposition? | | |
| | 18:07  A.  Yes. | | |
| 19:22 - 20:09 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:27 | **BE_v8p-As-PlayedInCourt1-23-26.** |
| | 19:22  Q.  And all of those are lawyers for  (edited) | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 19:23   Uber, not for you, Ms. Boman, right? | | |
| | 19:24   A.  That's right. | | |
| | 19:25   Q.  Okay.  You are paid by Uber, correct? | | |
| | 20:01   A.  I am. | | |
| | 20:02   Q.  You make a salary, right? | | |
| | 20:03   A.  Yes. | | |
| | 20:04   Q.  You receive bonuses, correct? | | |
| | 20:05   A.  Yes. | | |
| | 20:06   Q.  You have stock in Uber, correct? | | |
| | 20:07   A.  I do. | | |
| | 20:08   Q.  You have stock options in Uber? | | |
| | 20:09   A.  Yes. | | |
| 25:23 - 26:08 | **Boman, Emilie 2025-10-01** | 00:00:26 | BE_v8p-As-PlayedInCourt1-23-26.5 |
| | 25:23   The jury has heard a lot from Uber about | | |
| | 25:24   sexual assault advocacy groups in this trial, okay? | | |
| | 25:25   A.  Okay. | | |
| | 26:01   Q.  And Uber says that it partners with these | | |
| | 26:02   groups, right? | | |
| | 26:03   A.  Yes. | | |
| | 26:04   Q.  Okay.  Some of these "partners" include | | |
| | 26:05   Raliance, right? | | |
| | 26:06   A.  Yes. | | |
| | 26:07   Q.  RAINN, correct? | | |
| | 26:08   A.  Yes. | | |
| 30:01 - 30:02 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:15 | BE_v8p-As-PlayedInCourt1-23-26.6 |
| | 30:01   A.  Based on the deposition aid, in total, we | | |
| | 30:02   have paid, as far as I am aware, $1,648,549.62. | | |
| 31:04 - 31:09 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:20 | BE_v8p-As-PlayedInCourt1-23-26.7 |
| | 31:04   Q.  But you don't know if that is the correct | | |
| | 31:05   amount, correct? | | |
| | 31:06   A.  There could have been other payments that | | |
| | 31:07   we were not able to find when we conducted this | | |
| | 31:08   thorough investigation, looking at payments we have | | |
| | 31:09   made. | | |
| 45:02 - 45:06 | **Boman, Emilie 2025-10-01** | 00:00:20 | BE_v8p-As-PlayedInCourt1-23-26.8 |
| | 45:02   Q.  NSVRC, which is part of the  (edited) | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 45:03  Raliance partnership -- NSVRC actually wrote the | | |
| | 45:04  forward to Uber's first safety report, right? | | |
| | 45:05  A.  Yes.  They were involved in the forward, | | |
| | 45:06  I believe, in the first safety report. | | |
| 45:11 - 45:12 | **Boman, Emilie 2025-10-01** | 00:00:10 | BE_v8p-As-PlayedInCourt1-23-26.9 |
| | 45:11  Q.  Let's take a look at it.  We will mark as | | |
| | 45:12  2035 Exhibit AW223, please. | | |
| 45:13 - 45:15 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:08 | BE_v8p-As-PlayedInCourt1-23-26.10 |
| | 45:13  This safety report, Ms. Boman, this was | | |
| | 45:14  published on December 5, 2019, correct? | | |
| | 45:15  A.  That is correct. | | |
| 45:19 - 46:05 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:24 | BE_v8p-As-PlayedInCourt1-23-26.11 |
| | 45:19  This is a forward by Karen Baker, the | | |
| | 45:20  chief executive officer of the National Sexual | | |
| | 45:21  Violence Resource Center. | | |
| | 45:22  Do you see that? | | |
| | 45:23  A.  I do. | | |
| | 45:24  Q.  That is NSVRC, correct? | | |
| | 45:25  A.  Yes. | | |
| | 46:01  Q.  And you know that she is also a director | | |
| | 46:02  of Raliance, right? | | |
| | 46:03  A.  I am not up to speed on where she works | | |
| | 46:04  currently.  I know she has been involved in | | |
| | 46:05  Raliance. | | |
| 46:20 - 47:04 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:35 | BE_v8p-As-PlayedInCourt1-23-26.12 |
| | 46:20  Q.  So at the time Ms. Baker provided  (edited) | | |
| | 46:21  this forward for Uber to include in its first | | |
| | 46:22  safety report, she and her organization were | | |
| | 46:23  actually under contract with Uber, right? | | |
| | 46:24  A.  I am not sure what contracts we had in | | |
| | 46:25  place when she wrote this forward. | | |
| | 47:01  Q.  Well, you reference a master services | | |
| | 47:02  agreement between Uber and Ms. Baker's organization | | |
| | 47:03  on your deposition aid, right? | | |
| | 47:04  A.  I see that. | | |
| 47:11 - 47:18 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:23 | BE_v8p-As-Playe |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:11 - 47:18 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:23 | dInCourt1-23-26.13 |
| | 47:11  Q.  Okay. Well, we are going to take a look | | |
| | 47:12       at it. But before we do, do me a favor, Ms. Boman, | | |
| | 47:13       and look through this forward and see if anywhere | | |
| | 47:14       in this forward Ms. Baker mentions that she has a | | |
| | 47:15       master services agreement with Uber at the time she | | |
| | 47:16       is providing this forward. | | |
| | 47:17       Let me know if you see any reference to | | |
| | 47:18       that. | | |
| 47:19 - 47:21 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:11 | BE_v8p-As-PlayedInCourt1-23-26.14 |
| | 47:19  A.  I don't see the specific words "master | | |
| | 47:20       services agreement" referenced. I do see instances | | |
| | 47:21       where she is highlighting working with Uber. | | |
| 48:04 - 48:07 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:09 | BE_v8p-As-PlayedInCourt1-23-26.15 |
| | 48:04  Q.  There is no reference to how much (edited) | | |
| | 48:05       money Ms. Baker and her organization got for this | | |
| | 48:06       work, right? | | |
| | 48:07  A.  I don't see that in this forward. | | |
| 49:04 - 49:15 | **Boman, Emilie 2025-10-01** | 00:00:30 | BE_v8p-As-PlayedInCourt1-23-26.16 |
| | 49:04  Q.  Have you ever heard of the concept of | | |
| | 49:05       conflict of interest, Ms. Boman? | | |
| | 49:06  A.  Yes. | | |
| | 49:07  Q.  And financial arrangements can create | | |
| | 49:08       conflicts of interest, can't they? | | |
| | 49:09  A.  Again, it is hard to answer that without | | |
| | 49:10       context. | | |
| | 49:11  Q.  Okay. So you don't think that the people | | |
| | 49:12       reading this forward and all of the great things it | | |
| | 49:13       says about Uber, you don't think that those people | | |
| | 49:14       deserve to know how much money Uber was giving | | |
| | 49:15       Ms. Baker and her organization at this time? | | |
| 49:17 - 50:02 | **Boman, Emilie 2025-10-01** | 00:00:42 | BE_v8p-As-PlayedInCourt1-23-26.17 |
| | 49:17       THE WITNESS: I feel like Uber has been | | |
| | 49:18       very open about our work with nonprofits or advocate | | |
| | 49:19       organizations, and that we have really put our | | |
| | 49:20       partnership with them front and center and a lot of | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 49:21   our work on safety, and really highlighting | | |
| | 49:22   that we've listened to advocates, we've learned from | | |
| | 49:23   advocates, we've worked closely with them on | | |
| | 49:24   specific projects like Raliance business. | | |
| | 49:25   So I feel like we have been very open | | |
| | 50:01   about the nature of our work and how advocates have | | |
| | 50:02   contributed to Uber's safety journey. | | |
| 50:04 - 50:06 | **Boman, Emilie 2025-10-01** | 00:00:08 | BE_v8p-As-PlayedInCourt1-23-26.18 |
| | 50:04   Q.  Not very open about how much (edited) | | |
| | 50:05   money Uber has given Raliance and NSVRC in this | | |
| | 50:06   particular forward, right? | | |
| 50:08 - 50:09 | **Boman, Emilie 2025-10-01** | 00:00:05 | BE_v8p-As-PlayedInCourt1-23-26.19 |
| | 50:08   THE WITNESS:  I can confirm that it is not | | |
| | 50:09   in this particular document. | | |
| 50:19 - 51:01 | **Boman, Emilie 2025-10-01** | 00:00:17 | BE_v8p-As-PlayedInCourt1-23-26.20 |
| | 50:19   Q.  So you say you are not sure that (edited) | | |
| | 50:20   you looked at the master services agreement that | | |
| | 50:21   was in effect with Ms. Baker and her organization | | |
| | 50:22   at the time of this forward.  So why don't we take | | |
| | 50:23   a look at it together so that the jury can see it | | |
| | 50:24   as well, okay? | | |
| | 50:25   (Exhibit 2036 was marked for | | |
| | 51:01   identification.) | | |
| 51:05 - 51:08 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:07 | BE_v8p-As-PlayedInCourt1-23-26.21 |
| | 51:05   So you see this is "Amendment and (edited) | | |
| | 51:06   restatement of master services agreement." | | |
| | 51:07   Do you see that at the top? | | |
| | 51:08   A.  Yes. | | |
| 55:24 - 56:08 | **Boman, Emilie 2025-10-01** | 00:00:23 | BE_v8p-As-PlayedInCourt1-23-26.22 |
| | 55:24   Q.  you (edited) | | |
| | 55:25   see that this document was signed by Andrew Byrne | | |
| | 56:01   of Uber Technologies, right? | | |
| | 56:02   A.  Yes. | | |
| | 56:03   Q.  And Karen Baker, who lists herself as the | | |
| | 56:04   CEO of PCAR, correct? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 56:05  A.  Yes.<br>56:06  Q.  She didn't mention PCAR in the forward to<br>56:07       the safety report, did she?<br>56:08  A.  Not as I can recall. | | |
| 57:07 - 57:15 | **Boman, Emilie 2025-10-01 - PIP MP4**<br><br>57:07  Q.  What this document provides, if you look<br><br>57:08       to Section 2, so the bottom of this page, it says,<br>57:09       "Supply of services."  And it says the consultant<br>57:10       -- that is PCAR or NSVRC, right?<br>57:11  A.  Yes.<br>57:12  Q.  -- is going to perform services for Uber,<br>57:13       right?<br>57:14  A.  I see, yes, perform the services as<br>57:15       described. | 00:00:35 | BE_v8p-As-PlayedInCourt1-23-26.23 |
| 58:09 - 58:13 | **Boman, Emilie 2025-10-01 - PIP MP4**<br><br>58:09  Q.  NSVRC or PCAR is only going to get paid<br><br>58:10       if the services it provides meet with Uber's<br>58:11       approval, right?<br>58:12  A.  It's hard to say without reviewing it the<br>58:13       entirety of the document. | 00:00:16 | BE_v8p-As-PlayedInCourt1-23-26.24 |
| 58:14 - 58:18 | **Boman, Emilie 2025-10-01 - PIP MP4**<br><br>58:14  Q.  Well, let's look down at Section 3.3.  It<br><br>58:15       says, "Acceptance.  Payment shall not be due until:<br>58:16       A) all deliverables have been accepted by Uber as<br>58:17       set forth below, and B) all services have been<br>58:18       performed to the satisfaction of Uber." | 00:00:15 | BE_v8p-As-PlayedInCourt1-23-26.25 |
| 58:22 - 58:25 | **Boman, Emilie 2025-10-01 - PIP MP4**<br><br>58:22  Q.  So Uber is not going to give Ms. Baker's<br><br>58:23       organization any money unless it is satisfied with<br>58:24       what that organization has done for Uber, correct?<br>58:25  A.  That is what is written in the contract. | 00:00:15 | BE_v8p-As-PlayedInCourt1-23-26.26 |
| 59:18 - 59:21 | **Boman, Emilie 2025-10-01**<br><br>59:18  Q.  Now, this agreement between NSVRC and<br><br>59:19       Uber, this is an agreement that you all have not<br>59:20       made available to the public; is that right? | 00:00:16 | BE_v8p-As-PlayedInCourt1-23-26.27 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 59:21   A.   I don't believe so. | | |
| 61:12 - 61:19 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:24 | BE_v8p-As-PlayedInCourt1-23-26.28 |
| | 61:12   Q.   So testifying as Uber here today, (edited) | | |
| | 61:13         can you tell us whether Uber paid Ms. Baker to | | |
| | 61:14         write that forward for the first safety report? | | |
| | 61:15   A.   I am not sure.  I don't have visibility | | |
| | 61:16         of the specific terms of work.  So, no, I am not | | |
| | 61:17         sure. | | |
| | 61:18   Q.   You don't know one way or the other | | |
| | 61:19         whether Uber paid Ms. Baker to write that forward? | | |
| 61:21 - 61:21 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:00 | BE_v8p-As-PlayedInCourt1-23-26.29 |
| | 61:21         THE WITNESS:  No. | | |
| 62:20 - 62:22 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:09 | BE_v8p-As-PlayedInCourt1-23-26.30 |
| | 62:20         Ms. Boman, this is a chat message, a | | |
| | 62:21         series of chat messages between Gus Fuldner at | | |
| | 62:22         Uber. | | |
| 63:10 - 63:15 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:13 | BE_v8p-As-PlayedInCourt1-23-26.31 |
| | 63:10   Q.   You see the date of this chat is | | |
| | 63:11         December 6, 2019, right? | | |
| | 63:12   A.   Yes. | | |
| | 63:13   Q.   That is the day after the safety report | | |
| | 63:14         came out, correct? | | |
| | 63:15   A.   Yes. | | |
| 66:11 - 66:17 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:15 | BE_v8p-As-PlayedInCourt1-23-26.32 |
| | 66:11         And Gus says, "Just forwarded you the post from | | |
| | 66:12         Urban Institute and Raliance on their channels." | | |
| | 66:13         Do you see that? | | |
| | 66:14   A.   I do. | | |
| | 66:15   Q.   And "channels" is a reference to social | | |
| | 66:16         media channels, correct? | | |
| | 66:17   A.   I would assume so. | | |
| 66:23 - 67:05 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:21 | BE_v8p-As-PlayedInCourt1-23-26.33 |
| | 66:23   Q.   And so this is Gus highlighting to | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 66:24 | Sarfraz positive things that Urban Institute and | | |
| | 66:25 | Raliance are saying about the safety report, right? | | |
| | 67:01 | A. It appears so, yes. | | |
| | 67:02 | Q. Gus is also saying, "There is some really | | |
| | 67:03 | good stuff coming tomorrow," right? | | |
| | 67:04 | Do you see that above? | | |
| | 67:05 | A. Yes. | | |
| 67:06 - 67:08 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:11 | BE_v8p-As-PlayedInCourt1-23-26.34 |
| | 67:06 | Q. So Gus somehow knows what these NGOs that | | |
| | 67:07 | Uber pays money to is going to be saying about the | | |
| | 67:08 | safety report even -- like, in the future, right? | | |
| 67:11 - 67:18 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:29 | BE_v8p-As-PlayedInCourt1-23-26.35 |
| | 67:11 | THE WITNESS: I am not really clear on | | |
| | 67:12 | what he knows specifically, aside from that you | | |
| | 67:13 | would expect some type of positive statement or a | | |
| | 67:14 | statement welcoming the report, which is not | | |
| | 67:15 | surprising, since most of the advocate organizations | | |
| | 67:16 | we worked with had been ardent supporters of Uber | | |
| | 67:17 | doing this work and being the first company to put | | |
| | 67:18 | out a report of this kind. | | |
| 68:08 - 68:19 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:45 | BE_v8p-As-PlayedInCourt1-23-26.36 |
| | 68:08 | Q. Well, look at Sarfraz's last message on | | |
| | 68:09 | the page ending in 849. He says, "Interesting that | | |
| | 68:10 | Tina Tchen did not tweet anything." | | |
| | 68:11 | Do you see that? | | |
| | 68:12 | A. I do. | | |
| | 68:13 | Q. Who is she? | | |
| | 68:14 | A. I believe she was involved with Time's | | |
| | 68:15 | Up, but I don't know specifics of her role. | | |
| | 68:16 | Q. Well, she is a pretty prominent advocate | | |
| | 68:17 | for women and women's issues, including ending | | |
| | 68:18 | sexual violence against women, right? | | |
| | 68:19 | A. Yes. | | |
| 69:14 - 69:20 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:14 | BE_v8p-As-PlayedInCourt1-23-26.37 |
| | 69:14 | Q. Okay. Gus says, "And Time's Up asked for | | |
| | 69:15 | a $1 million sponsorship." | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 69:16 | Do you see that? | | |
| | 69:17 | A. I do. | | |
| | 69:18 | Q. At this time, had Uber given Time's Up a | | |
| | 69:19 | $1 million sponsorship? | | |
| | 69:20 | A. I don't believe so. | | |
| 69:21 - 69:24 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:08 | BE_v8p-As-PlayedInCourt1-23-26.38 |
| | 69:21 | Q. Sarfraz goes on to say, "Love the quid | | |
| | 69:22 | pro quo from these nonprofits." | | |
| | 69:23 | Do you see that? | | |
| | 69:24 | A. I see that. | | |
| 70:17 - 70:25 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:21 | BE_v8p-As-PlayedInCourt1-23-26.39 |
| | 70:17 | Q. And I will represent to you that we took | | |
| | 70:18 | this from Webster's Dictionary, Ms. Boman. And | | |
| | 70:19 | what it says is that quid pro quo -- that is a | | |
| | 70:20 | Latin phrase, right? | | |
| | 70:21 | A. Yes. | | |
| | 70:22 | Q. It means "something exchanged for | | |
| | 70:23 | something else." | | |
| | 70:24 | Do you see that? | | |
| | 70:25 | A. I do. | | |
| 73:02 - 73:04 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:14 | BE_v8p-As-PlayedInCourt1-23-26.40 |
| | 73:02 | Q. Ms. Boman, let's go back in time a little | | |
| | 73:03 | bit and talk about the circumstances that led up to | | |
| | 73:04 | Uber paying money to these NGOs. | | |
| 93:14 - 93:15 | **Boman, Emilie 2025-10-01** | | 00:00:09 | BE_v8p-As-PlayedInCourt1-23-26.41 |
| | 93:14 | Q. Okay. Let's take a look at AW44, which | | |
| | 93:15 | we are going to mark as 2038. | | |
| 94:12 - 94:17 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:15 | BE_v8p-As-PlayedInCourt1-23-26.42 |
| | 94:12 | And if you go to the beginning of the | | |
| | 94:13 | actual document, which is a PowerPoint, you can see | | |
| | 94:14 | the title is "Turning the Reputation Page on Sexual | | |
| | 94:15 | Assault." | | |
| | 94:16 | Do you see that? | | |
| | 94:17 | A. I do. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 95:15 - 95:22 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:24 | BE_v8p-As-PlayedInCourt1-23-26.43 |
| | 95:15    What Uber says on the next page is that (edited) | | |
| | 95:16    it has got a challenge.  You see that at the top? | | |
| | 95:17    "The challenge, the reputation gap," right? | | |
| | 95:18  A.  I see that is written. | | |
| | 95:19  Q.  Okay.  And the challenge is that | | |
| | 95:20    "frequent media reports of sexual misconduct have | | |
| | 95:21    created a vivid narrative," right? | | |
| | 95:22  A.  Yes.  That is what is written. | | |
| 96:20 - 97:03 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:27 | BE_v8p-As-PlayedInCourt1-23-26.44 |
| | 96:20    "Uber's perceived disregard for sexual | | |
| | 96:21    assault is spurring increased negative social | | |
| | 96:22    conversation, increased consumer inquiry online, | | |
| | 96:23    increased media attention and investigative | | |
| | 96:24    journalism, increased calls to boycott, avoid Uber | | |
| | 96:25    if you care about women, litigation and claims." | | |
| | 97:01    Do you see that? | | |
| | 97:02  A.  I do. | | |
| | 97:03  Q.  These are problems for Uber, right? | | |
| 97:08 - 97:09 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:06 | BE_v8p-As-PlayedInCourt1-23-26.45 |
| | 97:08    THE WITNESS:  These are all listed in the | | |
| | 97:09    documents as challenges. | | |
| 98:09 - 98:12 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:11 | BE_v8p-As-PlayedInCourt1-23-26.46 |
| | 98:09  Q.  So the challenge is this reputation gap, | | |
| | 98:10    and the way forward is what is discussed in this | | |
| | 98:11    slide, right? | | |
| | 98:12  A.  That is the structure of the slide, yes. | | |
| 98:18 - 98:25 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:16 | BE_v8p-As-PlayedInCourt1-23-26.47 |
| | 98:18  Q.  And the very first thing mentioned (edited) | | |
| | 98:19    is "$5 million over five years NGO commitment," | | |
| | 98:20    right? | | |
| | 98:21  A.  That is correct. | | |
| | 98:22  Q.  And that is a reference to Driving | | |
| | 98:23    Change, right? | | |
| | 98:24  A.  Yes.  That is what we would eventually | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 98:25 | call the program. | | |
| 99:04 - 99:12 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:19 | BE_v8p-As-PlayedInCourt1-23-26.48 |
| | 99:04 | If you look above, you can see that | | |
| | 99:05 | called out is this group called Raliance that we've | | |
| | 99:06 | been talking about, right? That's Ms. Baker's | | |
| | 99:07 | organization, right? | | |
| | 99:08  A. | Raliance is listed, and Ms. Baker is | | |
| | 99:09 | involved. I would not characterize it as her | | |
| | 99:10 | organization. | | |
| | 99:11  Q. | Okay. | | |
| | 99:12  A. | She works with them. | | |
| 101:07 - 101:17 | **Boman, Emilie 2025-10-01** | | 00:00:47 | BE_v8p-As-PlayedInCourt1-23-26.49 |
| | 101:07  Q. | So they -- each of those organizations | | |
| | 101:08 | separately got money? | | |
| | 101:09  A. | That is my understanding. We published a | | |
| | 101:10 | blog post about it, and I believe both were | | |
| | 101:11 | mentioned as separate entities. | | |
| | 101:12  Q. | Well, in any event, after those funding | | |
| | 101:13 | decisions were announced, do you recall that those | | |
| | 101:14 | organizations, that NSVRC and/or Raliance was | | |
| | 101:15 | called upon to be part of Uber's press strategy? | | |
| | 101:16  A. | No, I don't recall a specific | | |
| | 101:17 | conversation around press strategy. | | |
| 102:23 - 102:25 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:10 | BE_v8p-As-PlayedInCourt1-23-26.50 |
| | 102:23  Q. | This is an email from Ms. Breeden at Uber | | |
| | 102:24 | to Cindy -- do you see that? -- at NNEDV. | | |
| | 102:25  A. | I do. | | |
| 103:05 - 103:11 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:23 | BE_v8p-As-PlayedInCourt1-23-26.51 |
| | 103:05  Q. | What does NNEDV stand for? | | |
| | 103:06  A. | National Network to End Domestic | | |
| | 103:07 | Violence. | | |
| | 103:08  Q. | And NNEDV, that was a recipient of a -- | | |
| | 103:09 | of some of the Driving Change money during the | | |
| | 103:10 | first year, correct? | | |
| | 103:11  A. | Yes. | | |
| 103:12 - 103:20 | **Boman, Emilie 2025-10-01 - PIP MP4** | | 00:00:24 | BE_v8p-As-Playe |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 103:12 - 103:20 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:24 | dInCourt1-23-26.52 |
| | 103:12  Q.  And then we also see Ebony Tucker, | | |
| | 103:13      correct? | | |
| | 103:14  A.  Yes. | | |
| | 103:15  Q.  And Ebony at the time, you will recall, | | |
| | 103:16      was the head of NSVRC and Raliance. | | |
| | 103:17      Is that your understanding? | | |
| | 103:18  A.  I'm not sure of her specific titles at | | |
| | 103:19      that time, but she was involved with both | | |
| | 103:20      organizations. | | |
| 104:01 - 104:02 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:03 | BE_v8p-As-PlayedInCourt1-23-26.53 |
| | 104:01  Q.  Who received money from Uber, right? | | |
| | 104:02  A.  Yes. | | |
| 105:22 - 106:12 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:49 | BE_v8p-As-PlayedInCourt1-23-26.54 |
| | 105:22  Q.  If you look down to the section "media | | |
| | 105:23      needs" on the next page, it says what Ms. Breeden | | |
| | 105:24      is telling NNEDV and Raliance what it needs from | | |
| | 105:25      them in terms of media. | | |
| | 106:01      Do you see that? | | |
| | 106:02  A.  I see the bullet points listed under | | |
| | 106:03      "media needs." | | |
| | 106:04  Q.  And one is "make spokespeople available | | |
| | 106:05      to do media interviews," right? | | |
| | 106:06  A.  Yes.  That is what is written. | | |
| | 106:07  Q.  "Provide statements to reporters | | |
| | 106:08      regarding this initiative," right? | | |
| | 106:09  A.  Yes. | | |
| | 106:10  Q.  "Have representatives available to | | |
| | 106:11      educate reporters," right? | | |
| | 106:12  A.  Yes.  That is what is written. | | |
| 107:18 - 107:18 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:03 | BE_v8p-As-PlayedInCourt1-23-26.55 |
| | 107:18      look back at Exhibit 2033, please. | | |
| 107:22 - 108:12 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:47 | BE_v8p-As-PlayedInCourt1-23-26.56 |
| | 107:22  Q.  This is sent a few years later, in 2021. | | |
| | 107:23      And we see where it is a reference to Raliance, | | |
| | 107:24      which, as the jury has heard, is a partnership | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 107:25      between NSVRC, Valor, Cal CASA, and the National | | |
| | 108:01      Alliance to End Sexual Violence, right? | | |
| | 108:02   A.   That is what is written, yes. | | |
| | 108:03   Q.   One of the things Ms. Anthony relays here | | |
| | 108:04      is that these groups -- if you look down to the | | |
| | 108:05      third-to-last line, "They are vocal supporters of | | |
| | 108:06      Uber.  Always very accommodating for media and | | |
| | 108:07      political regulatory engagement." | | |
| | 108:08      Do you see that? | | |
| | 108:09   A.   I see that is what is written. | | |
| | 108:10   Q.   And we see Ebony Tucker referenced, the | | |
| | 108:11      former executive director of Raliance, right? | | |
| | 108:12   A.   Yes, she is referenced. | | |
| 109:06 - 109:11 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:26 | **BE_v8p-As-PlayedInCourt1-23-26.57** |
| | 109:06   Q.   Now, Ms. Boman, some of the groups that | | |
| | 109:07      received money from Uber as part of Driving Change, | | |
| | 109:08      they were not as supportive in the press of Uber as | | |
| | 109:09      NSVRC, for example, was, right? | | |
| | 109:10   A.   I can't recall specific statements made | | |
| | 109:11      from organizations. | | |
| 109:12 - 109:19 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:32 | **BE_v8p-As-PlayedInCourt1-23-26.58** |
| | 109:12   Q.   Well, some organizations just, you know, | | |
| | 109:13      declined to speak out on behalf of Uber, right? | | |
| | 109:14   A.   I mean, we work with hundreds of | | |
| | 109:15      organizations, and we, of course, cannot dictate or | | |
| | 109:16      control what they say.  So it's very possible that | | |
| | 109:17      many organizations welcomed our work on safety, and | | |
| | 109:18      others might have chosen not to say anything | | |
| | 109:19      publicly for a variety reasons. | | |
| 110:13 - 110:13 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:06 | **BE_v8p-As-PlayedInCourt1-23-26.59** |
| | 110:13      This is an email exchange in 2019 | | |
| 110:14 - 111:07 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:57 | **BE_v8p-As-PlayedInCourt1-23-26.60** |
| | 110:14      regarding recommendations for the U.S. Driving | | |
| | 110:15      Change partners for 2020. | | |
| | 110:16      Do you see that? | | |
| | 110:17   A.   I do. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 110:18  Q.  It was sent on November 4, 2019, right? <br> 110:19  A.  Yes. <br> 110:20  Q.  And Andrew Byrne is one of the <br> 110:21       participants in this -- if we look at the top in <br> 110:22       this email exchange, right? <br> 110:23  A.  Yes. <br> 110:24  Q.  Remind us again what his title would have <br> 110:25       been back in 2019. <br> 111:01  A.  Director of public policy, I believe. <br> 111:02  Q.  Do you remember, Ms. Boman, that he was <br> 111:03       one of the people who signed off on the master <br> 111:04       services agreement with Ms. Baker and the <br> 111:05       organization Raliance? <br> 111:06       Do you remember we saw that? <br> 111:07  A.  I do. | | |
| 114:06 - 114:17 | **Boman, Emilie 2025-10-01** <br><br> 114:06  Q.  And then it goes on to say, "With Stand <br> 114:07       for Safety being a top company priority and the <br> 114:08       number one top influencer of favorability and trust <br> 114:09       in the U.S. and globally, maintaining strong <br> 114:10       partnerships with GBV NGOs is essential to our <br> 114:11       commitment to women's safety, especially as we <br> 114:12       prepare for the release of the safety report." <br> 114:13       Do you see that? <br> 114:14  A.  Yes. <br> 114:15  Q.  And that would be a reference to the very <br> 114:16       first safety report, right? <br> 114:17  A.  I would assume so. | 00:00:34 | BE_v8p-As-PlayedInCourt1-23-26.61 |
| 121:18 - 122:09 | **Boman, Emilie 2025-10-01 - PIP MP4** <br><br> 121:18  Q.  And I want to direct your attention to <br> 121:19       the paragraph beginning, "I am also concerned." <br> 121:20       "I am also concerned by the fact that we <br> 121:21       are only expecting proactive public support for the <br> 121:22       safety report from four out of nine of these <br> 121:23       organizations.  It seems crazy to me that we gave <br> 121:24       these orgs $100,000 plus in the last year alone.  I <br> 121:25       recognize these are not transactional <br> 122:01       relationships, but I want to be sure that the brand | 00:00:52 | BE_v8p-As-PlayedInCourt1-23-26.62 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 122:02   benefit these investments generate is commensurate | | |
| | 122:03   with the investment." | | |
| | 122:04   Do you see that? | | |
| | 122:05  A.  I do. | | |
| | 122:06  Q.  So Mr. Byrne is characterizing the | | |
| | 122:07   payments that are made to these organizations as an | | |
| | 122:08   investment that should return a brand benefit, | | |
| | 122:09   correct? | | |
| 122:12 - 122:14 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:07 | BE_v8p-As-PlayedInCourt1-23-26.63 |
| | 122:12   THE WITNESS:  I can only speculate that | | |
| | 122:13   that is what he is referring to in that particular | | |
| | 122:14   sentence. | | |
| 126:10 - 126:15 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:14 | BE_v8p-As-PlayedInCourt1-23-26.64 |
| | 126:10  Q.  "I'm fine with upping RAINN, (edited) | | |
| | 126:11   though I think it sets an unnecessary and | | |
| | 126:12   potentially market-distorting precedent.  But I | | |
| | 126:13   understand they will deliver for us." | | |
| | 126:14   Do you see that? | | |
| | 126:15  A.  I do. | | |
| 126:20 - 126:22 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:08 | BE_v8p-As-PlayedInCourt1-23-26.65 |
| | 126:20  Q.  "And they are high profile in the U.S." | | |
| | 126:21   So he is okay with giving them more | | |
| | 126:22   money, right -- | | |
| 126:25 - 127:04 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:19 | BE_v8p-As-PlayedInCourt1-23-26.66 |
| | 126:25  Q.  -- if it is going to deliver for Uber? | | |
| | 127:01  A.  I read it as he is comfortable with | | |
| | 127:02   increasing the payment being made to RAINN.  And | | |
| | 127:03   that they will deliver for Uber, it is unclear to | | |
| | 127:04   me what that specifically means. | | |
| 141:14 - 141:17 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:14 | BE_v8p-As-PlayedInCourt1-23-26.67 |
| | 141:14   according to this document created by Ms. Haas, am | | |
| | 141:15   I right that the organizations that don't add value | | |
| | 141:16   to Uber's program, business, and brand get the | | |
| | 141:17   least amount of money? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 141:20 - 141:21 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:03 | BE_v8p-As-PlayedInCourt1-23-26.68 |
| | 141:20    THE WITNESS:  I am just looking at the | | |
| | 141:21    document one more time. | | |
| 141:22 - 142:09 | **Boman, Emilie 2025-10-01 - PIP MP4** | 00:00:50 | BE_v8p-As-PlayedInCourt1-23-26.69 |
| | 141:22    So as I read this document, there are two | | |
| | 141:23    organizations that -- apologies.  I misspoke. | | |
| | 141:24    There are three organizations that went | | |
| | 141:25    from receiving larger grants to smaller grants, in | | |
| | 142:01    the 30K space, that are marked at the end of the | | |
| | 142:02    document. | | |
| | 142:03    BY MS. WALSH: | | |
| | 142:04  Q.  Right.  And those three organizations are | | |
| | 142:05    described as "organizations that do not fit the | | |
| | 142:06    2020 priorities for our" -- meaning Uber's -- "our | | |
| | 142:07    program, business or brand." | | |
| | 142:08    Do you see that? | | |
| | 142:09  A.  Yes, that is what is written. | | |
| 145:10 - 145:16 | **Boman, Emilie 2025-10-01** | 00:00:28 | BE_v8p-As-PlayedInCourt1-23-26.70 |
| | 145:10  Q.  So fair to say that A Call to Men, the | | |
| | 145:11    Anti-Violence Project, and Casa Esperanza are not | | |
| | 145:12    receiving money from Uber today, are they? | | |
| | 145:13  A.  Not based base on our investigation. | | |
| | 145:14  Q.  But Raliance is, correct? | | |
| | 145:15  A.  Yes.  The last payment we found to | | |
| | 145:16    Raliance was made this year, in 2025. | | |
| 145:17 - 145:18 | **Boman, Emilie 2025-10-01** | 00:00:03 | BE_v8p-As-PlayedInCourt1-23-26.71 |
| | 145:17  Q.  And RAINN also still gets money from | | |
| | 145:18    Uber, right? | | |
| 145:19 - 145:19 | **Boman, Emilie 2025-10-01** | 00:00:04 | BE_v8p-As-PlayedInCourt1-23-26.72 |
| | 145:19  A.  Let me find the RAINN line item. | | |

|   |   |   |
|---|---|---|
| | Our Designations | 00:22:24 |
| | Their Counters | 00:01:35 |
| | **TOTAL RUN TIME** | **00:23:58** |