# COURT EXHIBIT 14B

Emilie Boman Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00393 | 2036 | excerpt from VALORV000001 |
| P-00395 | 2038 | UBER000141146 |
| P-00396 | 2039 | UBER_JCCP_MDL_000239699 |
| P-00397 | 2040 | Re: [TIME SENSITIVE] Review Final Recommendations for 2020 US Driving Change Partners |
| P-01457 | 2021 | Copy of Women's safety engagement plan_1FQ1nSDdG-FeqwcV1x5G2UjO3dxhrU3mfoDV1s6mwZng.docx |
| P-01382 | 109 | N/A |
| P-00400 | 2043 | Re: RAINN |
| P-00401 | 2044 | RAINN Background |
| P-00242 | 2045 | Driving Change Funding Request December 2021 |
| P-00404 | 2047 | Emilie Boman Deposition Exhibit 2047 |
| P-00410 | 2054 | 02 Transparency Report Outreach Plan - Advoca_1V5C0V1yFj0-A7peiT6DZ291KaQa-w2jJBowppFHbzGA.docx |
| P-00411 | 2053 | Chat between broke.anderson@uber.com, jodi.page@uber.com, andrew.hasbun@uber.com dated 12/5/2019 |

| P-00412 | 2056 | Advocate Themes and Draft Statements_1j7lMxyVkVhzjnzOSLbcDZ323XwIMaj9rH_5dIBkGsnQ.docx |
|---------|------|-----------------------------------------------------------------------------------------|
| P-00413 | 2057 | Navideh-Kayla Draft- Advocate Themes and Draf_1X9TWoc8p-HHbo8FcaxUxISCrCZ8Re4pGkyZUAHbNP8A.docx |
| P-00420 | 2064 | (excerpt from VALORV000001) |
| P-00421 | 2065 | (excerpt from VALORV000001) |