# COURT EXHIBIT 15A

Designation Run Report for Andrew Hasbun
as played in Court 1/15/2026 (April 10-11, 2025)

# HASBUN, ANDREW- v11p - As-Played in Court 01/15/26

Designation List Report

 **Hasbun, Andrew** **2025-04-10**

**Hasbun, Andrew** **2025-04-10**

**Hasbun, Andrew** **2025-04-11**

**Hasbun, Andrew** **2025-04-11**

| | |
|---|---|
| PLF Affirmative | 00:59:54 |
| PLF Counter | 00:08:46 |
| DEF Counter | 00:25:06 |
| **TOTAL RUN TIME** | **01:33:46** |

**oncue**

**ID: AH_v11p**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:17 - 13:18 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:03 | **AH_v11p.1** |
| | 13:17   Q.  Could you please state your name, sir? | | |
| | 13:18   A.  Andrew Hasbun. | | |
| 14:01 - 14:09 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:16 | **AH_v11p.2** |
| | 14:01   Q.  And you understand that you're here today | | |
| | 14:02        to give sworn testimony in those lawsuits against | | |
| | 14:03        Uber, correct? | | |
| | 14:04   A.  Yes. | | |
| | 14:05   Q.  You understand that your deposition | | |
| | 14:06        testimony here today is essentially the same as if | | |
| | 14:07        it was -- live in a courtroom for a judge, a jury, | | |
| | 14:08        or both, correct? | | |
| | 14:09   A.  Yes. | | |
| 19:09 - 19:10 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:04 | **AH_v11p.3** |
| | 19:09   Q.  Mr. Hasbun, who is your current employer? | | |
| | 19:10   A.  Uber. | | |
| 19:13 - 19:17 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:09 | **AH_v11p.4** |
| | 19:13   Q.  And that is the defendant in this case, | | |
| | 19:14        correct? | | |
| | 19:15   A.  Correct. | | |
| | 19:16   Q.  What's your current title at Uber? | | |
| | 19:17   A.  Director of communications. | | |
| 19:18 - 19:21 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:07 | **AH_v11p.5** |
| | 19:18   Q.  Anything more specific than director of | | |
| | 19:19        communications, or is it just director of | | |
| | 19:20        communications? | | |
| | 19:21   A.  Safety communications. | | |
| 24:13 - 24:16 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:06 | **AH_v11p.6** |
| | 24:13   Q.  And it shows that you went to the | | |
| | 24:14        University of Southern California for your | | |
| | 24:15        undergraduate degree? | | |
| | 24:16   A.  That's correct. | | |
| 24:19 - 24:22 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:06 | **AH_v11p.7** |
| | 24:19   Q.  It says here you majored in broadcast | | |
| | 24:20        journalism and political science.  Was that a double | | |
| | 24:21        major? | | |
| | 24:22   A.  Yes. | | |
| 24:23 - 25:18 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:51 | **AH_v11p.8** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:23  Q.  Now, there were a couple of other | | **AH_v11p.8** |
| | 24:24      questions I had about some discrepancies here in | | |
| | 24:25      your LinkedIn profile, but before we get to those, | | |
| | 25:01      if we go back to the first page here, the summary, | | |
| | 25:02      can you read what you wrote there for the summary, | | |
| | 25:03      out loud? | | |
| | 25:04  A.  "Experienced crisis, corporate, and | | |
| | 25:05      consumer communications professional with over 20 | | |
| | 25:06      years in media and public relations.  A versatile | | |
| | 25:07      strategist and passionate advocate, I've guided | | |
| | 25:08      executives through high-stakes crises and led | | |
| | 25:09      proactive, long-term campaigns and excel at driving | | |
| | 25:10      internal teams to enhance the consumer experience, | | |
| | 25:11      and ensuring seamless and impactful external | | |
| | 25:12      launches with maximum media exposure." | | |
| | 25:13  Q.  Now, where you've written here that "I | | |
| | 25:14      have guided executives through high-stakes | | |
| | 25:15      crises" -- that's what you wrote, correct? | | |
| | 25:16  A.  Mm-hmm. | | |
| | 25:17  Q.  Is that a "yes"? | | |
| | 25:18  A.  That's a "yes." | | |
| **25:20 - 25:23** | **Hasbun, Andrew 2025-04-10 - PIP MP4** | **00:00:09** | **AH_v11p.9** |
| | 25:20      When you wrote that, about  (edited) | | |
| | 25:21      guiding executives through high-stakes crises, | | |
| | 25:22      you've only done that at Uber, correct? | | |
| | 25:23  A.  Correct. | | |
| **26:03 - 26:08** | **Hasbun, Andrew 2025-04-10 - PIP MP4** | **00:00:12** | **AH_v11p.10** |
| | 26:03  Q.  Before you worked at Uber, you were a | | |
| | 26:04      television news reporter, right? | | |
| | 26:05  A.  Correct. | | |
| | 26:06  Q.  And that's been the extent of your | | |
| | 26:07      professional career, right? | | |
| | 26:08  A.  Yes. | | |
| **26:12 - 26:17** | **Hasbun, Andrew 2025-04-10 - PIP MP4** | **00:00:13** | **AH_v11p.11** |
| | 26:12  Q.  What high -- how many high-stakes crises | | |
| | 26:13      have you guided Uber executives through in your time | | |
| | 26:14      at Uber? | | |
| | 26:15  A.  I couldn't give you a number. | | |
| | 26:16  Q.  Because it's so many? | | |
| | 26:17  A.  Correct. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:03 - 35:19 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:46 | **AH_v11p.12** |

35:03   Q.   I don't know if it's in your  (edited)
35:04        LinkedIn or I've just seen it somewhere else, but
35:05        your current title is director of communications,
35:06        and I've seen something about the head of global
35:07        safety communications.  Is that right?
35:08   A.   Correct.
35:09   Q.   All right.  And that's been your job since
35:10        February of 2020, right?
35:11   A.   Correct.
35:12   Q.   What does that mean exactly?
35:13   A.   That means I handle all of our safety and
35:14        customer support issues that arise in the media, as
35:15        well as all of our proactive safety features and
35:16        safety policies and how we communicate that to the
35:17        public.  My main responsibility is dealing with
35:18        press and media, and communicating these things to
35:19        press and media.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:20 - 35:23 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:09 | **AH_v11p.13** |

35:20   Q.   And your work with press and media, that's
35:21        been the work that you've done, really primarily
35:22        focused, since you've been at Uber, right?
35:23   A.   Correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:05 - 36:11 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:14 | **AH_v11p.14** |

36:05   Q.   Who do you currently report to?
36:06   A.   Brooke Anderson.
36:07   Q.   And what's her title?
36:08   A.   Senior director.
36:09   Q.   Anything more specific than senior
36:10        director?
36:11   A.   Product communications.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:12 - 36:21 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:21 | **AH_v11p.15** |

36:12   Q.   How long have you reported to
36:13        Ms. Anderson?
36:14   A.   The entire time I've been at Uber.
36:15   Q.   So as you've moved up, she's moved up too;
36:16        is that right?
36:17   A.   Correct.
36:18   Q.   Who does Ms. Anderson currently report to?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 36:19   A.   Matt Kallman. | | |
| | 36:20   Q.   What Matt -- what's Matt Kallman's title? | | |
| | 36:21   A.   He's the vice president of communications. | | |
| 51:24 - 52:05 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:16 | **AH_v11p.16** |
| | 51:24   Q.   Sexual assault is an unwanted sexual | | |
| | 51:25        experience that involves physical contact, correct? | | |
| | 52:01   A.   Correct. | | |
| | 52:02   Q.   Sexual misconduct is an unwanted sexual | | |
| | 52:03        experience that does not involve physical contact, | | |
| | 52:04        correct? | | |
| | 52:05   A.   Correct. | | |
| 53:10 - 53:25 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:31 | **AH_v11p.17** |
| | 53:10   Q.   Okay.  So do you agree that in 2018, Uber | | |
| | 53:11        faced an imperative to collect its customers' | | |
| | 53:12        complaints of a sexual nature to improve safety in | | |
| | 53:13        its business? | | |
| | 53:14   A.   Yes. | | |
| | 53:15   Q.   To measure those complaints? | | |
| | 53:16   A.   Yes. | | |
| | 53:17   Q.   To respond appropriately to those | | |
| | 53:18        complaints? | | |
| | 53:19   A.   Yes. | | |
| | 53:20   Q.   And that doing so would improve safety in | | |
| | 53:21        Uber's business? | | |
| | 53:22   A.   Yes. | | |
| | 53:23   Q.   Do you agree that people have a right to | | |
| | 53:24        know the safety records of the companies and | | |
| | 53:25        organizations they rely on every day? | | |
| 54:02 - 54:04 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:02 | **AH_v11p.18** |
| | 54:02        BY MR. MELUGIN: | | |
| | 54:03   Q.   You can answer. | | |
| | 54:04   A.   Yes. | | |
| 54:15 - 54:18 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:11 | **AH_v11p.19** |
| | 54:15   Q.   That before a woman takes an Uber, she has | | |
| | 54:16        the right to know her risk of suffering sexual | | |
| | 54:17        violence committed by an Uber driver. | | |
| | 54:18   A.   That risk exists everywhere. | | |
| 54:20 - 54:23 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:07 | **AH_v11p.20** |
| | 54:20        do you  (edited) | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 54:21   agree that before a woman takes an Uber, she has the | | |
| | 54:22   right to know her risk of suffering sexual violence | | |
| | 54:23   committed by an Uber driver? | | |
| 54:25 - 55:01 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:04 | **AH_v11p.21** |
| | 54:25   THE WITNESS:  I believe that the woman | | |
| | 55:01   taking the Uber knows the risk. | | |
| 58:15 - 58:15 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:04 | **AH_v11p.22** |
| | 58:15  Q.  Do you recognize Exhibit 3, Mr. Hasbun? | | |
| 58:16 - 58:21 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:12 | **AH_v11p.23** |
| | 58:16  A.  Yes, I do. | | |
| | 58:17  Q.  And what is Exhibit 3? | | |
| | 58:18  A.  This is Uber's US Safety Report. | | |
| | 58:19  Q.  That's the first Safety Report that Uber | | |
| | 58:20   ever published, correct? | | |
| | 58:21  A.  That's correct. | | |
| 60:05 - 60:14 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:25 | **AH_v11p.24** |
| | 60:05  Q.  And do you see that third full paragraph, | | |
| | 60:06   where it says, "People have a right to know"? | | |
| | 60:07  A.  I do. | | |
| | 60:08  Q.  Can you read that, please? | | |
| | 60:09  A.  "People have a right to know about the | | |
| | 60:10   safety records of the companies and organizations | | |
| | 60:11   they rely on every day.  And we believe that | | |
| | 60:12   publishing this data will help us develop best | | |
| | 60:13   practices that will prevent serious safety incidents | | |
| | 60:14   from occurring in the first place." | | |
| 61:24 - 62:01 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:05 | **AH_v11p.25** |
| | 61:24  Q.  You agree that corporate secrecy won't | | |
| | 61:25   make anyone safer, right? | | |
| | 62:01  A.  I do. | | |
| 62:13 - 63:14 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:01:02 | **AH_v11p.26** |
| | 62:13  Q.  What do you understand a conduit to be? | | |
| | 62:14  A.  A conduit is someone who passes -- | | |
| | 62:15   information -- things pass through a conduit. | | |
| | 62:16  Q.  Things pass through a conduit, right? | | |
| | 62:17   Un- -- untrammeled, right? | | |
| | 62:18  A.  Correct. | | |
| | 62:19  Q.  You know what a filter is, right? | | |
| | 62:20  A.  Yes. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 62:21 Q. And that's different than a conduit, | | |
| | 62:22    right? | | |
| | 62:23 A. Correct. | | |
| | 62:24 Q. That blocks things from passing through a | | |
| | 62:25    filter, right? | | |
| | 63:01 A. I actually disagree with that. | | |
| | 63:02 Q. Okay. What do you -- how do you disagree? | | |
| | 63:03 A. We're not here to argue about the | | |
| | 63:04    definition of a filter. | | |
| | 63:05 Q. I want to know how you disagree. | | |
| | 63:06 A. I disagree with the characterization that | | |
| | 63:07    you're making about that I'm a conduit or a filter | | |
| | 63:08    of information. What my job is to correct the | | |
| | 63:09    record with reporters, to set the record straight, | | |
| | 63:10    to correct the facts, to talk to reporters and, yes, | | |
| | 63:11    filter information going back and forth to make sure | | |
| | 63:12    that it is correct and accurate. | | |
| | 63:13 Q. Blocking things that you think need to be | | |
| | 63:14    blocked, right? | | |
| 63:17 - 63:17 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:02 | **AH_v11p.27** |
| | 63:17 Q. That's what a filter does, right? | | |
| 63:19 - 64:01 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:16 | **AH_v11p.28** |
| | 63:19    BY MR. MELUGIN: | | |
| | 63:20 Q. Prevents things from passing through that | | |
| | 63:21    shouldn't pass through, right? | | |
| | 63:22 A. Depends on the context. | | |
| | 63:23 Q. You agree that's what a filter does. I'm | | |
| | 63:24    not asking you about any particular context. A | | |
| | 63:25    filter prevents things from going through that | | |
| | 64:01    shouldn't, right? | | |
| 64:06 - 64:10 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:11 | **AH_v11p.29** |
| | 64:06 A. That's what something like a water filter | | |
| | 64:07    does, yes. | | |
| | 64:08 Q. That's what any filter does, right? | | |
| | 64:09    That's what a -- filtering means that you separate | | |
| | 64:10    things, right? | | |
| 64:14 - 64:15 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:03 | **AH_v11p.30** |
| | 64:14 A. Yes, that is Webster's definition of a | | |
| | 64:15    filter. | | |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 64:22 - 64:24 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:07 | **AH_v11p.31** |

64:22  Q.  To be clear, you disagreed that the
64:23  characterization of your job was to be a filter, not
64:24  a conduit, right?

| 65:01 - 65:03 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:02 | **AH_v11p.32** |
|---|---|---|---|

65:01  THE WITNESS:  Depends on the context.
65:02  (Whereupon Exhibit JCCP 2705/MDL 561 was
65:03  marked for identification.)

| 65:04 - 65:15 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:30 | **AH_v11p.33** |
|---|---|---|---|

65:04  BY MR. MELUGIN:
65:05  Q.  Mr. Hasbun, you've been handed a document
65:06  that's been marked as Exhibit No. 2705.  It is a --
65:07  it's a Slack chat or a G-Chat between you and
65:08  Ms. Jodi Page, correct?
65:09  A.  Correct.
65:10  Q.  And it is from October 1st, 2018, or at
65:11  least that's the first date in this collection of
65:12  Slack chat, correct?
65:13  A.  Correct.
65:14  Q.  And runs through October 6th, 2018,
65:15  correct?

| 65:16 - 65:16 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:01 | **AH_v11p.34** |
|---|---|---|---|

65:16  A.  Correct.

| 65:22 - 65:22 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:04 | **AH_v11p.35** |
|---|---|---|---|

65:22  Q.  Let's go to the page ending (edited)

| 65:23 - 66:02 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:17 | **AH_v11p.36** |
|---|---|---|---|

65:23  250.  Now, can you read there what you wrote?  The
65:24  first thing that appears is the statement there made
65:25  by Ms. Page from the page before that says, "I was
66:01  like rage rage rage rage."  See that at the top?
66:02  A.  I do.

| 67:07 - 67:21 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:40 | **AH_v11p.37** |
|---|---|---|---|

67:07  Q.  Page ending 250, the first two statements
67:08  you made there here in Exhibit 2705, could you read
67:09  those, please?
67:10  A.  "Um, let's see.  If the guy has multiple
67:11  complaints about sexual assaults we don't say a
67:12  word.  If he has none, we say 'wow this was such a

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 67:13    surprise we didn't have any previous feedback like | | |
| | 67:14    this.'  They just don't get it.  We're not a conduit | | |
| | 67:15    for information.  We are a filter." | | |
| | 67:16  Q.  Do you agree Uber ride -- excuse me.  Do | | |
| | 67:17    you agree Uber should transport its passengers | | |
| | 67:18    safely? | | |
| | 67:19  A.  Yes, I do. | | |
| | 67:20  Q.  Uber rides should be safe, right? | | |
| | 67:21  A.  Yes. | | |
| 67:20 - 67:21 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:03 | **AH_v11p.38** |
| | 67:20  Q.  Uber rides should be safe, right? | | |
| | 67:21  A.  Yes. | | |
| 67:22 - 67:25 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:12 | **AH_v11p.39** |
| | 67:22  Q.  But not all Uber rides are safe, right? | | |
| | 67:23  A.  The vast majority of Uber rides are safe. | | |
| | 67:24    There are some serious incidents that happen on our | | |
| | 67:25    platform. | | |
| 68:09 - 68:12 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:08 | **AH_v11p.40** |
| | 68:09  Q.  But because it's not all Uber rides, you | | |
| | 68:10    can agree that some are not safe, correct? | | |
| | 68:11  A.  There are some Uber rides where things go | | |
| | 68:12    wrong, yes. | | |
| 68:18 - 68:20 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:04 | **AH_v11p.41** |
| | 68:18  Q.  Okay.  So you agree that passenger safety | | |
| | 68:19    should be Uber's top priority, right? | | |
| | 68:20  A.  Yes. | | |
| 69:16 - 69:25 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:26 | **AH_v11p.42** |
| | 69:16  Q.  Should providing a safe ride be  (edited) | | |
| | 69:17    Uber's most important goal? | | |
| | 69:18  A.  Yes. | | |
| | 69:19  Q.  Do you agree that a safe ride includes a | | |
| | 69:20    trip without sexual violence? | | |
| | 69:21  A.  Yes. | | |
| | 69:22  Q.  Do you agree that a passenger being | | |
| | 69:23    sexually assaulted by the driver makes a ride | | |
| | 69:24    unsafe? | | |
| | 69:25  A.  Yes. | | |
| 74:02 - 74:04 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:08 | **AH_v11p.43** |
| | 74:02  Q.  Do you agree safety is an elemental, | | |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 74:03 | fundamental human need, as elemental as the air we | | |
| | 74:04 | breathe and the water we drink? | | |
| 74:06 - 74:06 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | | 00:00:02 | **AH_v11p.44** |
| | 74:06 | THE WITNESS: Yes. | | |
| 82:20 - 82:21 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | | 00:00:04 | **AH_v11p.45** |
| | 82:20 | Q. Mr. Hasbun, you agree Uber has a sexual | | |
| | 82:21 | assault problem, correct? | | |
| 82:23 - 83:05 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | | 00:00:12 | **AH_v11p.46** |
| | 82:23 | THE WITNESS: I believe that one sexual | | |
| | 82:24 | assault is one too many. | | |
| | 82:25 | | | |
| | 83:01 | BY MR. MELUGIN: | | |
| | 83:02 | Q. Okay. That's not my question, Mr. Hasbun, | | |
| | 83:03 | so I'm going to object as nonresponsive. My | | |
| | 83:04 | question is, you agree that Uber has a sexual | | |
| | 83:05 | assault problem? | | |
| 83:07 - 83:10 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | | 00:00:14 | **AH_v11p.47** |
| | 83:07 | THE WITNESS: One sexual assault is | | |
| | 83:08 | problematic. I think, looking at it in its | | |
| | 83:09 | totality, this is an extremely rare occurrence on | | |
| | 83:10 | the platform. | | |
| 84:23 - 84:25 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | | 00:00:04 | **AH_v11p.48** |
| | 84:23 | This is going to be Exhibit 2707. | | |
| | 84:24 | (Whereupon Exhibit JCCP 2707/MDL 563 was | | |
| | 84:25 | marked for identification.) | | |
| 85:02 - 85:06 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | | 00:00:15 | **AH_v11p.49** |
| | 85:02 | Q. Mr. Hasbun, I've handed you a document | | |
| | 85:03 | that's marked as Exhibit 2707. This is another | | |
| | 85:04 | Slack chat between you and Brooke Anderson, correct? | | |
| | 85:05 | A. Can I take a second to look over it? I | | |
| | 85:06 | believe it is. | | |
| 85:12 - 85:13 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | | 00:00:06 | **AH_v11p.50** |
| | 85:12 | Q. Okay. From August of 2018, right? | | |
| | 85:13 | A. Yes. | | |
| 85:20 - 86:18 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | | 00:01:09 | **AH_v11p.51** |
| | 85:20 | Q. Now, I'm going to direct your attention | | |
| | 85:21 | here in Exhibit 2707 to the page marked 908 -- | | |
| | 85:22 | ending 908. And about halfway down -- well, | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 85:23 | starting in the middle -- I guess the second quarter | | |
| | 85:24 | of the page, so top half, second quarter, Brooke | | |
| | 85:25 | Anderson says, "Do you think deter wrongdoing is too | | |
| | 86:01 | harsh?" Do you see that? | | |
| | 86:02 | A. Yes. | | |
| | 86:03 | Q. And she says, "My thought was that we | | |
| | 86:04 | needed to better articulate what shining a light is | | |
| | 86:05 | about." And then she writes, "Correct," right? | | |
| | 86:06 | A. Yes. | | |
| | 86:07 | Q. Okay. What's the -- what is it you wrote | | |
| | 86:08 | after that? | | |
| | 86:09 | A. "I'm with you" -- | | |
| | 86:10 | Q. The entirety of that comment. What did | | |
| | 86:11 | you write after that? | | |
| | 86:12 | A. "I'm with you. No I don't. We have a | | |
| | 86:13 | sexual assault problem. Let's stop pretending like | | |
| | 86:14 | we are trying to battle pick pockets and petty | | |
| | 86:15 | crime." | | |
| | 86:16 | Q. Okay. So August 24th, 2018, you said, | | |
| | 86:17 | "We" -- "we" being Uber, right? | | |
| | 86:18 | A. Correct. | | |

| 86:21 - 86:24 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:12 | **AH_v11p.52** |
| | 86:21 | Q. "Uber, we, have a sexual assault problem," | | |
| | 86:22 | correct? That's what you wrote on August 24th, | | |
| | 86:23 | 2018, correct? | | |
| | 86:24 | A. That's what's in this document. | | |

| 87:05 - 87:07 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:13 | **AH_v11p.53** |
| | 87:05 | Q. And now, the truth is, when it comes to | | |
| | 87:06 | passengers facing crises, Uber doesn't really help | | |
| | 87:07 | them, right? | | |

| 87:09 - 87:09 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:01 | **AH_v11p.54** |
| | 87:09 | THE WITNESS: I disagree. | | |

| 87:17 - 87:21 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:17 | **AH_v11p.55** |
| | 87:17 | Q. So here in Exhibit 2707, the same one that | | |
| | 87:18 | you were looking at that we just -- I just asked you | | |
| | 87:19 | about, the very next page is the one that's marked | | |
| | 87:20 | 911 -- ending in 911, correct? | | |
| | 87:21 | A. I'm on it. That's correct. I'm on 911. | | |

| 87:22 - 88:22 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:01:07 | **AH_v11p.56** |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 87:22  Q.  Brooke writes, "Another Q." You see that | | **AH_v11p.56** |
| | 87:23       right in the middle of the page? | | |
| | 87:24  A.  Yes. | | |
| | 87:25  Q.  "We're saying this gives you tools to | | |
| | 88:01       quickly get help. The idea of changing to, quote, | | |
| | 88:02       offer you assistance, end quote. I like offering | | |
| | 88:03       assistance which is more responsibility and | | |
| | 88:04       stronger. But are we over promising by saying | | |
| | 88:05       that?" Do you see that? | | |
| | 88:06  A.  I do. | | |
| | 88:07  Q.  She goes on to say, "It sounds like we're | | |
| | 88:08       going to do something, but we just say, hey call | | |
| | 88:09       911. Here's how you call insurance company. Here's | | |
| | 88:10       how to report this to Uber." Right? | | |
| | 88:11  A.  Yes, I'm following. | | |
| | 88:12  Q.  That's correct? That's what she wrote? | | |
| | 88:13  A.  Correct. | | |
| | 88:14  Q.  She goes on to say, "Is it misleading to | | |
| | 88:15       say offer assistance? Does/doesn't that indicate | | |
| | 88:16       that we are going to maybe pop up in an ambulance or | | |
| | 88:17       something? What do you think?" And then what did | | |
| | 88:18       you write? | | |
| | 88:19  A.  I wrote, "I like what we initially wrote. | | |
| | 88:20       Give you the tools to get help. The truth is we | | |
| | 88:21       aren't helping. You help yourself with the tools we | | |
| | 88:22       give you." | | |
| 88:23 - 89:09 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:28 | **AH_v11p.57** |
| | 88:23  Q.  So you wrote, "The truth is we, Uber, | | |
| | 88:24       aren't helping," right? | | |
| | 88:25  A.  The context of this conversation is | | |
| | 89:01       important. | | |
| | 89:02  Q.  Mr. Hasbun, my question is simply whether | | |
| | 89:03       you wrote that statement that says "The truth is we | | |
| | 89:04       aren't helping," right? | | |
| | 89:05  A.  In the context of this conversation and | | |
| | 89:06       with the product feature that we're referring to, | | |
| | 89:07       send the rider a message in the app asking if | | |
| | 89:08       they're okay, and they choose what kind of help that | | |
| | 89:09       they need. | | |
| 89:11 - 89:25 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:37 | **AH_v11p.58** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 89:11    My question is simply that you wrote  (edited) | | **AH_v11p.58** |
| | 89:12    here on this page ending 912 in Exhibit 2707 that | | |
| | 89:13    "The truth is we aren't helping.  You help yourself | | |
| | 89:14    with the tools we give you."  That's what you wrote, | | |
| | 89:15    correct? | | |
| | 89:16  A.  That is what I wrote. | | |
| | 89:17  Q.  And you go on to say, "Assistance is | | |
| | 89:18    misleading," right? | | |
| | 89:19  A.  That is what I wrote. | | |
| | 89:20  Q.  And then you say, "We don't assist," | | |
| | 89:21    right? | | |
| | 89:22  A.  I wrote, "We don't assist." | | |
| | 89:23  Q.  Right.  And Ms. Anderson wrote back to | | |
| | 89:24    say, "Totally agree.  Moving right along."  Right? | | |
| | 89:25  A.  Correct.  That's what's written down here. | | |
| 100:10 - 100:23 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:37 | **AH_v11p.59** |
| | 100:10    Can you read the very first sentence and the second | | |
| | 100:11    sentence there under "Considerations."  The very top | | |
| | 100:12    of the page there. | | |
| | 100:13  A.  Starting with, "How, then"? | | |
| | 100:14  Q.  "How, then," the question and the answer. | | |
| | 100:15  A.  "How, then, can a business that wants the | | |
| | 100:16    public to trust that it is sincere and honest in its | | |
| | 100:17    efforts to address sexual violence communicate those | | |
| | 100:18    values in a transparency publication?  The simple | | |
| | 100:19    answer is to be transparent." | | |
| | 100:20  Q.  So if a business wants the public to trust | | |
| | 100:21    that it is sincere and honest in its efforts to | | |
| | 100:22    address sexual violence, then it must be | | |
| | 100:23    transparent, right? | | |
| 100:25 - 101:01 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:04 | **AH_v11p.60** |
| | 100:25    THE WITNESS:  That's -- that's what's | | |
| | 101:01    written in here, and I agree. | | |
| 101:17 - 101:23 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:18 | **AH_v11p.61** |
| | 101:17  Q.  Okay.  Well, can you read the bolded print | | |
| | 101:18    there that says, "It is."  Just the bolded print. | | |
| | 101:19  A.  "It is important to remember that the most | | |
| | 101:20    threatening experience after the violence itself is | | |
| | 101:21    not being believed about the violence experienced." | | |
| | 101:22  Q.  Do you agree with that? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 101:23  A.  I do. | | |
| 104:06 - 104:11 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:16 | **AH_v11p.62** |
| | 104:06  Q.  Do you agree that Uber has never made | | |
| | 104:07      public its complete statistics for total sexual | | |
| | 104:08      violence incidents that have been reported to Uber? | | |
| | 104:09  A.  According to this definition, we have not | | |
| | 104:10      made public this entire definition of "sexual | | |
| | 104:11      violence."  We have made public the top five | | |
| 104:12 - 104:13 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:07 | **AH_v11p.63** |
| | 104:12      categories of sexual assault that was agreed upon | | |
| | 104:13      and advised by experts are the top five categories. | | |
| 130:04 - 130:05 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:03 | **AH_v11p.64** |
| | 130:04  Q.  Mr. Hasbun, you've been handed | | |
| | 130:05      Exhibit 618.  (edited) | | |
| 138:04 - 138:11 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:25 | **AH_v11p.65** |
| | 138:04      Page 688.  This is within Exhibit 618.  It says, | | |
| | 138:05      "Prep plan to handle.  Determine media response | | |
| | 138:06      based on the facts at hands."  Excuse me. | | |
| | 138:07      "Determine media response based on the facts at | | |
| | 138:08      hand."  Can you read the first sentence under the | | |
| | 138:09      first bullet point there? | | |
| | 138:10  A.  "In many cases, we can and should squash | | |
| | 138:11      stories." | | |
| 138:12 - 138:12 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:02 | **AH_v11p.66** |
| | 138:12  Q.  And that means to end stories, correct? | | |
| 138:14 - 138:17 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:13 | **AH_v11p.67** |
| | 138:14      THE WITNESS:  The end result of conveying | | |
| | 138:15      facts, as the second sentence says, the facts may be | | |
| | 138:16      unclear or potentially wrong.  That may result in a | | |
| | 138:17      story not airing, because it wouldn't be accurate. | | |
| 138:20 - 138:21 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:06 | **AH_v11p.68** |
| | 138:20      My question is simply that squashing  (edited) | | |
| | 138:21      a story means the story never airs, right? | | |
| 138:23 - 138:24 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:04 | **AH_v11p.69** |
| | 138:23      THE WITNESS:  A squashed story means that | | |
| | 138:24      the story doesn't air. | | |
| 141:17 - 141:19 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:04 | **AH_v11p.70** |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 141:17    MR. MELUGIN:  Let's go to Exhibit 617. | | **AH_v11p.70** |
| | 141:18    (Whereupon Exhibit JCCP 617/MDL 564 was | | |
| | 141:19    marked for identification.) | | |
| 141:21 - 142:06 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:42 | **AH_v11p.71** |
| | 141:21  Q.  Mr. Hasbun, you've been handed what's been | | |
| | 141:22    marked as Exhibit 617.  It is a document titled | | |
| | 141:23    "Safety H2 Plan 2016."  So you can see from the | | |
| | 141:24    metadata sheet it was created a little bit before | | |
| | 141:25    you joined Uber, but last updated within your first | | |
| | 142:01    year there.  It was last updated on July 7th, 20-- | | |
| | 142:02    excuse me -- July 11th, 2017, right? | | |
| | 142:03  A.  Yes, that's what the metadata shows. | | |
| | 142:04  Q.  And again, another document written by | | |
| | 142:05    Brooke Anderson, according to the metadata, right? | | |
| | 142:06  A.  Yes. | | |
| 144:20 - 144:24 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:11 | **AH_v11p.72** |
| | 144:20  Q.  And the first thing here  (edited) | | |
| | 144:21    that's written after "Context," can you read that | | |
| | 144:22    first sentence, please? | | |
| | 144:23  A.  "Safety is our largest reputational | | |
| | 144:24    challenge." | | |
| 145:09 - 145:13 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:13 | **AH_v11p.73** |
| | 145:09  Q.  And what this document goes on to  (edited) | | |
| | 145:10    say in the same paragraph is, "We need to build a | | |
| | 145:11    strong foundation of positive and proactive safety | | |
| | 145:12    PR to strengthen and turn the corner on this | | |
| | 145:13    narrative."  Right? | | |
| 145:19 - 145:19 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:02 | **AH_v11p.74** |
| | 145:19    THE WITNESS:  Yes, I've read it. | | |
| 146:01 - 146:14 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:37 | **AH_v11p.75** |
| | 146:01  Q.  "The challenge will be doing so" -- excuse | | |
| | 146:02    me.  "The challenge will be doing that amidst the | | |
| | 146:03    daily grind of responding to incidents," right? | | |
| | 146:04    That's the next thing that's written there in this | | |
| | 146:05    Safety Comms Plan? | | |
| | 146:06  A.  Correct. | | |
| | 146:07  Q.  And the first objective is "Stabilize and | | |
| | 146:08    neutralize," right? | | |
| | 146:09  A.  Yes. | | |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

146:10  Q.  Goes on to write, "Handle tough stories
146:11      professionally, kill stories when possible and
146:12      mitigate the impact of incidents on our reputation."
146:13      Right?
146:14  A.  That's what it says.

| | | | |
|---|---|---|---|
| 146:15 - 146:16 | Hasbun, Andrew 2025-04-10 - PIP MP4 | 00:00:07 | AH_v11p.76 |

146:15  Q.  And "kill stories" means if something is
146:16      going to damage our reputation, kill it?

| | | | |
|---|---|---|---|
| 146:19 - 147:03 | Hasbun, Andrew 2025-04-10 - PIP MP4 | 00:00:35 | AH_v11p.77 |

146:19  Q.  Make sure it doesn't run, if you can,
146:20      right?
146:21  A.  Not necessarily.  "Kill stories" means
146:22      correct misinformation, correct facts, explain facts
146:23      to a reporter, explain what the situation is, and
146:24      oftentimes the facts don't end up being exactly what
146:25      the reporter initially wrote in about, and so
147:01      stories don't air, stories don't happen.  That's
147:02      just the natural state of the business.  Words like
147:03      "kill" and "squash" are industry jargon.

| | | | |
|---|---|---|---|
| 148:02 - 148:13 | Hasbun, Andrew 2025-04-10 - PIP MP4 | 00:00:29 | AH_v11p.78 |

148:02  Q.  "Strategy:  Build Relationships."  Do you
148:03      see that numbered paragraph there, the Roman numeral
148:04      II?
148:05  A.  Yes.
148:06  Q.  "Uber has an educational and trust
148:07      deficit - national influencers don't know if they
148:08      can trust the company and many don't understand our
148:09      tech features," is what she's written, correct?
148:10  A.  Yes.
148:11  Q.  "We haven't shared much data pertaining to
148:12      safety, so we're still a black box."  Right?
148:13  A.  That's what's written.

| | | | |
|---|---|---|---|
| 149:12 - 149:14 | Hasbun, Andrew 2025-04-10 - WIT MP4 | 00:00:06 | AH_v11p.79 |

149:12      MR. MELUGIN:  Let's go to Exhibit 2015.
149:13      (Whereupon Exhibit JCCP 2015/MDL 370 was
149:14      marked for identification.)

| | | | |
|---|---|---|---|
| 149:15 - 149:20 | Hasbun, Andrew 2025-04-10 - PIP MP4 | 00:00:19 | AH_v11p.80 |

149:15      BY MR. MELUGIN:
149:16  Q.  Mr. Hasbun, you've been handed

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 149:17    Exhibit 2015.  It is a document the first page of | | |
| | 149:18    which ends in Bates label 3252, and runs | | |
| | 149:19    consecutively to 3252.005.  It's a six-page | | |
| | 149:20    document, correct? | | |
| 149:21 - 149:21 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:04 | **AH_v11p.81** |
| | 149:21  A.  Did you say 005?  Yes. | | |
| 149:22 - 150:04 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:19 | **AH_v11p.82** |
| | 149:22  Q.  And this is called the "Right to Safety | | |
| | 149:23       Plan," right? | | |
| | 149:24  A.  Yes. | | |
| | 149:25  Q.  And the background begins, "Increasingly | | |
| | 150:01       around" -- "Increasingly around the world, our | | |
| | 150:02       opponents are citing women's safety as a reason why | | |
| | 150:03       Uber is bad for their communities," right? | | |
| | 150:04  A.  That is what it says. | | |
| 150:05 - 150:21 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:52 | **AH_v11p.83** |
| | 150:05  Q.  "The perception that Uber is unsafe for | | |
| | 150:06       women has been a significant issue for policy and | | |
| | 150:07       PR."  Right?  And then goes on to identify places in | | |
| | 150:08       which that's been a problem, right? | | |
| | 150:09  A.  Yes. | | |
| | 150:10  Q.  And what the objective on this right to | | |
| | 150:11       safety plan is is to "Elevate women's safety | | |
| | 150:12       discussion as a systemic issue beyond Uber so that | | |
| | 150:13       it will be harder for opponents to build alliances | | |
| | 150:14       with women's groups and argue that Uber is dangerous | | |
| | 150:15       (or that fingerprinting and/or women-only services | | |
| | 150:16       make women safer)," right? | | |
| | 150:17  A.  That's what it says. | | |
| | 150:18  Q.  And that's also what you did earlier today | | |
| | 150:19       when I asked you about sexual assaults, was you | | |
| | 150:20       identified it as a systemic issue, and that Uber's | | |
| | 150:21       not immune to it, right? | | |
| 150:23 - 150:24 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:07 | **AH_v11p.84** |
| | 150:23       THE WITNESS:  That is what I said.  It is | | |
| | 150:24       a systemic issue. | | |
| 151:02 - 151:10 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:31 | **AH_v11p.85** |
| | 151:02  Q.  Your statements today are part of the same | | |
| | 151:03       objective, right? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

151:04  A.  I have never seen this document before, so
151:05     I -- to somehow lump me in that this has somehow
151:06     prompted my opinion would not be correct.  I have
151:07     never seen this before.  This document was produced
151:08     in 2016, before my time at Uber, and I don't recall
151:09     ever seeing it.  So if you're asking do I believe
151:10     sexual assault is a systemic issue, yes, I do.

| 210:03 - 210:04 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:04 | **AH_v11p.86** |

210:03  Q.  Mr. Hasbun, I've just handed you what's
210:04     been labeled as Exhibit 2713.  (edited)

| 210:11 - 211:01 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:46 | **AH_v11p.87** |

210:11  Q.  So on January 10th, Tracey  (edited)
210:12     writes, "Jill and Aaron."  That's Jill Hazelbaker,
210:13     right?
210:14  A.  Correct.
210:15  Q.  And Aaron McLear?
210:16  A.  Yes, I believe so.
210:17  Q.  "I have been told that you have decided
210:18     you want me to do an on-camera interview with CNN.
210:19     After three separate hour long phone conversations
210:20     and a dozen e-mail exchanges with CNN, answering
210:21     their questions and listening to their responses, I
210:22     strongly feel that this is not a good idea for me or
210:23     any Uber executive or spokesperson to go on camera
210:24     with CNN for an extended interview with their
210:25     investigative reporter Drew Griffin."  Correct?
211:01  A.  That's what's written.

| 211:16 - 212:14 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:49 | **AH_v11p.88** |

211:16  Q.  She writes, "We have no good responses to
211:17     the CNN number - 92," right?
211:18  A.  Yes, that's what's written here.
211:19  Q.  And that's a reference to the 92 sexual
211:20     assaults perpetrated by drivers on Uber passengers,
211:21     right?
211:22  A.  Yes.  Well, that's the number that CNN
211:23     found, yes.
211:24  Q.  Right.  Because that's not really the
211:25     number, right?  Uber's number's much higher than
212:01     that, is what I'm getting at, correct?
212:02  A.  That's the number CNN found, if that's

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

212:03    what you're asking.  That's what's in the document.
212:04  Q.  Right.  No, that's the reference to the
212:05    CNN number that they found --
212:06  A.  Correct.
212:07  Q.  -- correct?  That's not the actual number
212:08    for Uber because Uber's number's actually much, much
212:09    higher than that, correct?
212:10  A.  The actual number for Uber is in the
212:11    Safety Report.
212:12  Q.  Okay.  Well, the Safety Report's almost
212:13    two years away, right?
212:14  A.  Yes.

| 212:19 - 213:08 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:45 | **AH_v11p.89** |

212:19  Q.  What she goes on to write is, "We have not
212:20    released any numbers and are explanations of why are
212:21    weak," right?
212:22  A.  That's what she wrote.
212:23  Q.  "We have avoided being pressed on this
212:24    issue.  CNN will be pressing us on our data.  Even
212:25    some of our partners agree there is nothing positive
213:01    we can say to 92 people being sexually assaulted."
213:02    Right?
213:03  A.  That is what is written here.
213:04  Q.  And she again goes on to write, in bolded
213:05    print this time, the very next bullet point, "The
213:06    actual number is significantly higher and there is
213:07    no good way to address the number."  Right?
213:08  A.  That's what's written here.

| 214:15 - 214:18 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:09 | **AH_v11p.90** |

214:15  Q.  She writes, "Any complaints to CNN
214:16    leadership, including two cease and desist orders,
214:17    fell on deaf ears," right?
214:18  A.  That's what's written here.

| 216:01 - 216:10 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:28 | **AH_v11p.91** |

216:01  Q.  Ms. Breeden writes, "We currently have a
216:02    strategy in place that was designed back in November
216:03    that we would hold off on giving specific
216:04    transparency numbers on sexual assault until April.
216:05    In April, which is sexual assault awareness month,
216:06    we would release the numbers, announce our

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | 216:07   additional educational efforts, and offer up an |  |  |
|  | 216:08   executive for interviews with friendly outlets." |  |  |
|  | 216:09   Right? |  |  |
|  | 216:10  A.  That's what's written. |  |  |
| 216:11 - 216:15 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:20 | **AH_v11p.92** |
|  | 216:11  Q.  Okay.  So the plan that Uber had put in |  |  |
|  | 216:12   place in November, when CNN first started |  |  |
|  | 216:13   investigating this story, was that Uber would hold |  |  |
|  | 216:14   off on giving specific transparency numbers on |  |  |
|  | 216:15   sexual assault until the following April, right? |  |  |
| 216:17 - 216:18 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:03 | **AH_v11p.93** |
|  | 216:17   THE WITNESS:  I don't know what plan |  |  |
|  | 216:18   Tracey is referring to here. |  |  |
| 220:05 - 220:06 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:06 | **AH_v11p.94** |
|  | 220:05  Q.  Mr. Hasbun, you've been handed a document |  |  |
|  | 220:06   that we've marked as Exhibit 644.  (edited) |  |  |
| 220:11 - 220:14 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:09 | **AH_v11p.95** |
|  | 220:11  Q.  And this is a document that was prepared |  |  |
|  | 220:12   by your boss, Brooke Anderson, back on January 24th, |  |  |
|  | 220:13   2018, right? |  |  |
|  | 220:14  A.  Yes. |  |  |
| 220:18 - 220:20 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:11 | **AH_v11p.96** |
|  | 220:18  Q.  And this is all surrounding the CNN sexual |  |  |
|  | 220:19   assaults on Uber's reporting, right? |  |  |
|  | 220:20  A.  That's the title. |  |  |
| 222:04 - 222:12 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:25 | **AH_v11p.97** |
|  | 222:04   What Ms. Anderson writes is, "Hi - Here is |  |  |
|  | 222:05   the CNN piece about sexual assaults reported in |  |  |
|  | 222:06   Ubers.  It's a tough story.  We expect this kind of |  |  |
|  | 222:07   scrutiny to continue until as a business we address |  |  |
|  | 222:08   some of the underlying challenges.  Here are a few |  |  |
|  | 222:09   issues driving negative attention from CNN as well |  |  |
|  | 222:10   as other media and policymakers regularly."  Did I |  |  |
|  | 222:11   read that correctly? |  |  |
|  | 222:12  A.  Yes. |  |  |
| 223:20 - 224:03 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:24 | **AH_v11p.98** |
|  | 223:20   This says -- the bullet point here, the |  |  |
|  | 223:21   second bullet point, is "Transparency."  You see |  |  |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 223:22    that? |  |  |
|  | 223:23  A.  Yes. |  |  |
|  | 223:24  Q.  "We can't push back on CNN's (or any other |  |  |
|  | 223:25    outlet's) numbers because 1) the real numbers that |  |  |
|  | 224:01    we do track relative to this issue are actually much |  |  |
|  | 224:02    higher (in the thousands)," correct? |  |  |
|  | 224:03  A.  That's what's written in the document. |  |  |
| 232:16 - 232:21 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:18 | **AH_v11p.99** |
|  | 232:16  Q.  Mr. Hasbun, we're going to change gears |  |  |
|  | 232:17    here -- excuse me -- change gears here a little bit |  |  |
|  | 232:18    and talk about your work with -- well, USA Today and |  |  |
|  | 232:19    the Crawford Company back in 2019.  Do you remember |  |  |
|  | 232:20    that? |  |  |
|  | 232:21  A.  I do. |  |  |
| 234:05 - 234:22 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:54 | **AH_v11p.100** |
|  | 234:05    This started back in the end of September |  |  |
|  | 234:06    of 2019, correct? |  |  |
|  | 234:07  A.  I'd have to refresh my memory on the |  |  |
|  | 234:08    dates, but... |  |  |
|  | 234:09  Q.  Does that sound about right? |  |  |
|  | 234:10  A.  It was around that time. |  |  |
|  | 234:11  Q.  And you had no idea that Uber did any work |  |  |
|  | 234:12    with Crawford before hearing from a USA Today |  |  |
|  | 234:13    reporter who was reporting the story, right? |  |  |
|  | 234:14  A.  Correct. |  |  |
|  | 234:15  Q.  All right.  And you got a call from this |  |  |
|  | 234:16    reporter, Tricia Nadolny, about Uber using Crawford, |  |  |
|  | 234:17    who would go and make contact with sexual assault |  |  |
|  | 234:18    victims and try to get settlements, right? |  |  |
|  | 234:19  A.  Correct. |  |  |
|  | 234:20  Q.  You had no idea that was happening before |  |  |
|  | 234:21    you heard first from Ms. Nadolny, correct? |  |  |
|  | 234:22  A.  That's correct. |  |  |
| 237:05 - 237:13 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:28 | **AH_v11p.101** |
|  | 237:05  Q.  In that first conversation, you (edited) |  |  |
|  | 237:06    realize there were some significant problems that |  |  |
|  | 237:07    Uber was going to be facing because of what |  |  |
|  | 237:08    Ms. Nadolny was reporting.  One of those problems |  |  |
|  | 237:09    was that Uber was giving -- was -- excuse me.  The |  |  |
|  | 237:10    first problem that was identified was that Uber |  |  |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

237:11      wasn't telling victims of sexual assaults that Uber
237:12      was giving their information to some third party,
237:13      correct?

| 237:17 - 238:03 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:26 | **AH_v11p.102** |
|---|---|---|---|

237:17   A.   I don't recall the specifics of our
237:18      discussion and whether she specifically told me
237:19      that, but generally, that is the crux of the story.
237:20   Q.   You did find out --
237:21   A.   Yes. Yeah.
237:22   Q.   -- that in the course of her reporting at
237:23      some point, if not in the first conversation, then
237:24      certainly soon after, right?
237:25   A.   Yes.
238:01   Q.   Okay. That's one problem. The second
238:02      problem is that third party, Crawford, would then be
238:03      contacting them about their sexual assault, right?

| 238:06 - 238:14 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:23 | **AH_v11p.103** |
|---|---|---|---|

238:06   Q.   That's another problem that you identified
238:07      that was brought to your attention by Ms. Nadolny,
238:08      right?
238:09   A.   Yes, it was brought to my attention by the
238:10      reporter from USA Today.
238:11   Q.   Another was that, according to Ms. Nadolny
238:12      and her reporting, that one of the victims was
238:13      actually visited by someone on behalf of Uber at her
238:14      house about her sexual assault, correct?

| 238:18 - 238:22 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:11 | **AH_v11p.104** |
|---|---|---|---|

238:18   A.   That's one of the accusations, yes.
238:19   Q.   And then the fourth big problem that was
238:20      identified was that Crawford was pushing sexual
238:21      assault victims who didn't have lawyers into
238:22      settling their cases against Uber, right?

| 238:24 - 238:25 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:03 | **AH_v11p.105** |
|---|---|---|---|

238:24      THE WITNESS: That's one of the
238:25      accusations that was conveyed to me.

| 239:07 - 239:10 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:08 | **AH_v11p.106** |
|---|---|---|---|

239:07      MR. MELUGIN: Let's go to Tab 56. This is
239:08      going to be Exhibit 2715.
239:09      (Whereupon Exhibit JCCP 2715/MDL 579 was

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

239:10    marked for identification.)

| 239:12 - 240:06 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:01:02 | **AH_v11p.107** |

239:12   Q.   Before we get into any questions, as of
239:13      this date, September 30th, 2019, when you were first
239:14      contacted by Ms. Nadolny with USA Today, Uber had
239:15      not published any statistics for sexual assaults or
239:16      other forms of sexual violence perpetrated in the
239:17      course of Uber rides, correct?
239:18   A.   I'll have to double-check the date here.
239:19      Not that I'm aware of.
239:20   Q.   That's correct, right?  Because the first
239:21      Safety Report didn't come out for --
239:22   A.   Two months after, I believe.
239:23   Q.   Just a little bit more than two months
239:24      after, right.  So you'd agree, as of this date, Uber
239:25      had not publicly disclosed any of its statistics
240:01      about the number of sexual assaults or other
240:02      instances of sexual violence that were perpetrated
240:03      through Uber, right?
240:04   A.   As of this date, we had not published a
240:05      Safety Report, and we had, that I'm aware of,
240:06      published any additional data outside of that.

| 240:07 - 240:13 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:27 | **AH_v11p.108** |

240:07   Q.   Okay.  So I've hand -- you've been handed
240:08      2715.  Is that right?  Yeah, 2715, which is a series
240:09      of Slack messages between you and Ms. Kawada Page.
240:10      The first page has a Bates label ending 167, and
240:11      then continues consecutively through to 212.
240:12      Correct?
240:13   A.   Yes.

| 241:10 - 241:11 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:04 | **AH_v11p.109** |

241:10   Q.   All right.  And I want to direct your
241:11      attention to the page ending 177.  And what you

| 241:12 - 242:02 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:52 | **AH_v11p.110** |

241:12      write here on September 30th, 2019, on 177, is,
241:13      "Just got a call from USA Today."  Do you see that?
241:14   A.   Yes.
241:15   Q.   It's actually highlighted for you.  Jodi
241:16      responds and she says, "About what?"

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 241:17 | And then you wrote back to say | | |
| | 241:18 | eventually -- y'all are missing each other's calls, | | |
| | 241:19 | right? | | |
| | 241:20 A. | Yes. | | |
| | 241:21 Q. | And then she writes back to say -- or | | |
| | 241:22 | excuse me. You write back to say, "A story on a | | |
| | 241:23 | grand scale of bad," right? | | |
| | 241:24 A. | Yes, that's what's in the chat. | | |
| | 241:25 Q. | "Like really bad," is the next thing you | | |
| | 242:01 | write, right? | | |
| | 242:02 A. | Yes, that's what's in the chat. | | |

| 244:22 - 244:25 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:15 | **AH_v11p.111** |
| | 244:22 Q. | And let's go back to Exhibit 2714. This | | |
| | 244:23 | is the e-mail exhibit. You already have it in front | | |
| | 244:24 | of you there. | | |
| | 244:25 A. | I do. I have to dig a little bit. Okay. | | |

| 245:01 - 245:02 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:02 | **AH_v11p.112** |
| | 245:01 Q. | Do you have it there? | | |
| | 245:02 A. | I do. | | |

| 245:18 - 246:13 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:46 | **AH_v11p.113** |
| | 245:18 Q. | You write her back. | | |
| | 245:19 A. | Yes, I do. | | |
| | 245:20 Q. | On October 1st, 2019, right? | | |
| | 245:21 A. | Yes. | | |
| | 245:22 Q. | And you said, "Sorry for the delay here." | | |
| | 245:23 | Then you go on to say, "Crawford serves as a 3rd | | |
| | 245:24 | party administrator for Uber's insurance program," | | |
| | 245:25 | right? | | |
| | 246:01 A. | Yes. | | |
| | 246:02 Q. | "It is common practice for companies to | | |
| | 246:03 | utilize a 3rd party administrator, and Crawford's | | |
| | 246:04 | role is to" -- what did you write after that? | | |
| | 246:05 A. | "Help facilitate support for victims." | | |
| | 246:06 Q. | All right. Told her that Crawford's role | | |
| | 246:07 | is to help facilitate support for victims, right? | | |
| | 246:08 A. | Yes. | | |
| | 246:09 Q. | And then you go on to say, "We have long | | |
| | 246:10 | believed that victims would feel more comfortable | | |
| | 246:11 | working with a 3rd party rather than Uber directly." | | |
| | 246:12 | Right? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 246:13  A.  That's what's in there. | | |
| 246:19 - 247:11 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:42 | **AH_v11p.114** |
| | 246:19  Q.  And Ms. Nadolny writes to you and says, | | |
| | 246:20      "The women we've spoken to said they were caught off | | |
| | 246:21      guard when contacted by a Crawford representative, | | |
| | 246:22      especially since they were never warned by Uber that | | |
| | 246:23      their information was being sent to an outside | | |
| | 246:24      company."  Right?  That's what she wrote back to | | |
| | 246:25      you, correct? | | |
| | 247:01  A.  Correct. | | |
| | 247:02  Q.  "They said the Crawford representative did | | |
| | 247:03      not offer them support, as your e-mail suggested, | | |
| | 247:04      but instead said the company was investigating their | | |
| | 247:05      case or handling the claims process," right? | | |
| | 247:06  A.  Correct. | | |
| | 247:07  Q.  "Some felt that Crawford, in attempting to | | |
| | 247:08      offer them a settlement, was looking to cover up | | |
| | 247:09      what had happened to them or to buy their silence." | | |
| | 247:10      Right? | | |
| | 247:11  A.  That's what Tricia wrote. | | |
| 248:17 - 248:18 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:07 | **AH_v11p.115** |
| | 248:17  Q.  2715, the one with Ms. Kawada Page.  And I | | |
| | 248:18      want to direct your attention to the one ending 179. | | |
| 248:19 - 248:20 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:02 | **AH_v11p.116** |
| | 248:19      Correct?  You're on 179? | | |
| | 248:20  A.  I'm on it. | | |
| 248:24 - 249:02 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:10 | **AH_v11p.117** |
| | 248:24  Q.  What's the thing that -- the last full | | |
| | 248:25      message that you write there on Page 179 to | | |
| | 249:01      Ms. Kawada Page? | | |
| | 249:02  A.  "You'll find me crying in the hallway." | | |
| 249:20 - 250:06 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:30 | **AH_v11p.118** |
| | 249:20  Q.  All right.  And then if you go to the | | |
| | 249:21      following page, you say, "I feel like I am being | | |
| | 249:22      misled by legal."  You see that? | | |
| | 249:23  A.  Yes. | | |
| | 249:24  Q.  What's the next thing you write? | | |
| | 249:25  A.  "'Support' and 'settlement' are two very | | |
| | 250:01      different things." | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 250:02  Q.  Right.  And you knew that was correct, | | |
| | 250:03       right?  Support and settlement are two very | | |
| | 250:04       different things? | | |
| | 250:05  A.  By definition, they are very different | | |
| | 250:06       things. | | |
| 250:12 - 250:15 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:09 | **AH_v11p.119** |
| | 250:12  Q.  All right.  What we're going to do is, I'm | | |
| | 250:13       going to read the Jodi Page parts, and I'm going to | | |
| | 250:14       have you read your responses.  Okay? | | |
| | 250:15  A.  Mm-hmm. | | |
| 250:21 - 251:12 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:48 | **AH_v11p.120** |
| | 250:21  Q.  So you wrote first -- start again with the | | |
| | 250:22       "Support and settlement are two very different | | |
| | 250:23       things."  We're going to end with the one just | | |
| | 250:24       before "can't hear you," but I want you to start | | |
| | 250:25       with "Support and settlement are two very different | | |
| | 251:01       things."  Go ahead. | | |
| | 251:02  A.  "Support and settlement are two very | | |
| | 251:03       different things." | | |
| | 251:04  Q.  Ms. Page responds to say, "Do you have a | | |
| | 251:05       comms doc?" | | |
| | 251:06  A.  "I am working on it now.  And I don't want | | |
| | 251:07       everyone's opinion on this.  T thinks RAINN won't be | | |
| | 251:08       happy.  Katie thinks we are doing god work."  Not | | |
| | 251:09       sure what I meant there.  Might be a typo. | | |
| | 251:10  Q.  You think you meant "God's work"? | | |
| | 251:11  A.  "Good work" or "God's work."  I don't | | |
| | 251:12       know. | | |
| 252:15 - 252:22 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:15 | **AH_v11p.121** |
| | 252:15  Q.  That's what next  (edited) | | |
| | 252:16       thing that you said after "Katie thinks we are doing | | |
| | 252:17       god work"? | | |
| | 252:18  A.  "USA Today thinks we are sleazy." | | |
| | 252:19  Q.  And the next thing after that that you | | |
| | 252:20       wrote? | | |
| | 252:21  A.  "The e-mail from USA Today is horrible and | | |
| | 252:22       we are fucked." | | |
| 262:04 - 262:05 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:08 | **AH_v11p.122** |
| | 262:04  Q.  Let's go to Exhibit 2715 again.  That is | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 262:05    your chat with Ms. Page.  And specifically, this is | | |
| 262:06 - 262:12 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:23 | **AH_v11p.123** |
| | 262:06    all -- is this before the publication of the article | | |
| | 262:07    in USA Today, or after?  It's all within the same | | |
| | 262:08    few days, right? | | |
| | 262:09   A.   I have to go back and double-check the | | |
| | 262:10    dates.  They're all -- | | |
| | 262:11   Q.   All right. | | |
| | 262:12   A.   -- conflating. | | |
| 262:18 - 265:22 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:03:04 | **AH_v11p.124** |
| | 262:18   Q.   And this is Jodi Page, your coworker, not | | |
| | 262:19    a lawyer, right? | | |
| | 262:20   A.   Correct. | | |
| | 262:21   Q.   And she says, "You've mounted an | | |
| | 262:22    incredible defense and Katie should be grateful," | | |
| | 262:23    right? | | |
| | 262:24   A.   I need a second to find this. | | |
| | 262:25   Q.   It's at the bottom quarter of the page. | | |
| | 263:01   A.   Yes, I see it. | | |
| | 263:02   Q.   And then what's the next thing she writes? | | |
| | 263:03   A.   She writes, "This is far from doing the | | |
| | 263:04    right thing - no matter how they want to spin to | | |
| | 263:05    themselves." | | |
| | 263:06   Q.   And that would be a reference to "Do the | | |
| | 263:07    right thing.  Period," right? | | |
| | 263:08   A.   I can't speak for Jodi and what she's | | |
| | 263:09    referencing. | | |
| | 263:10   Q.   You didn't understand her to be | | |
| | 263:11    referencing Uber's motto for "Do the right thing. | | |
| | 263:12    Period," there, when she says, "This is far from | | |
| | 263:13    doing the right thing"? | | |
| | 263:14   A.   I don't know what Jodi's referencing. | | |
| | 263:15   Q.   Okay. | | |
| | 263:16   A.   I can only reference what's on the page. | | |
| | 263:17   Q.   Well, you wrote back and said, "Right," | | |
| | 263:18    question mark, question mark, question mark.  "She | | |
| | 263:19    owes me." | | |
| | 263:20   A.   Yes, that's what's in the chat. | | |
| | 263:21   Q.   And then she said, "She'll never think she | | |
| | 263:22    owes you." | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

263:23     And you said, "I know.  That's the
263:24     problem."
263:25  A.  Yes, that's in the chat.
264:01  Q.  And then you go on to say in this same
264:02     chat, a few lines down, all within a couple of
264:03     minutes, "By the way, Binnings is in Maldives for
264:04     two weeks."  That's Scott Binnings, right?
264:05  A.  I believe she is referring to Scott
264:06     Binnings, who is in-house counsel.
264:07  Q.  That's you referring --
264:08  A.  Oh, me?  Yes.
264:09  Q.  Right?
264:10  A.  Another typo.
264:11  Q.  "By the way, Binnings is in Maldives for
264:12     two weeks."  That's what you wrote, right?
264:13  A.  Yes.
264:14  Q.  And then you wrote, "Yup."
264:15     And then Jodi wrote what?
264:16  A.  "Good for him."
264:17  Q.  And then going on to the next page here,
264:18     the page ending 8200 in Exhibit 2715, Jodi writes,
264:19     "He makes sure to take" -- "he makes sure to take
264:20     his vacas," right?
264:21  A.  Yes.
264:22  Q.  And then what did you write next?
264:23  A.  "While rest us are peddling lies and
264:24     cleaning up their mess."
264:25  Q.  Yeah, and what you meant was, "While the
265:01     rest of us are peddling lies and cleaning up their
265:02     mess," right?
265:03  A.  There are words left out here, so...
265:04  Q.  "The" and "of" are the only two words left
265:05     out of what I just said, right?
265:06  A.  Correct.
265:07  Q.  And so how -- how you meant it when you
265:08     wrote it was, "While the rest of us are peddling
265:09     lies and cleaning up their mess," right?
265:10  A.  I don't recall what I meant when I wrote
265:11     it.  What's on the paper is, "While rest of us are
265:12     peddling lies and cleaning up their mess."
265:13  Q.  And then you wrote, "Gus has been oddly

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 265:14     quiet on this.  I think cause he knows how bad it | | |
| | 265:15     looks."  Right? | | |
| | 265:16  A.  Correct.  That's what's on the paper. | | |
| | 265:17  Q.  And then if you go on down, Jodi says, "D | | |
| | 265:18     is not going to be happy.  T seems silent as well - | | |
| | 265:19     no?"  Is "D" there Dara? | | |
| | 265:20  A.  I don't know. | | |
| | 265:21  Q.  "T" is Tracey, right? | | |
| | 265:22  A.  I can only assume. | | |
| 268:09 - 268:19 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:32 | **AH_v11p.125** |
| | 268:09     You write, "Gus has been oddly quiet on | | |
| | 268:10     this.  I think he knows how bad it looks."  That's | | |
| | 268:11     Gus Fuldner, correct? | | |
| | 268:12  A.  Yes, I believe so. | | |
| | 268:13  Q.  And then USA Today ultimately publishes | | |
| | 268:14     the article after this conversation, right?  Because | | |
| | 268:15     then you put the link, a few hours later, in this | | |
| | 268:16     same chat up to Ms. Page, right?  Do you see on | | |
| | 268:17     the -- | | |
| | 268:18  A.  Yes, I see that. | | |
| | 268:19  Q.  -- next page here? | | |
| 269:25 - 270:03 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:02 | **AH_v11p.126** |
| | 269:25     MR. MELUGIN:  Let's go now to | | |
| | 270:01     Exhibit 2220. | | |
| | 270:02     (Whereupon Exhibit JCCP 2220/MDL 2220 was | | |
| | 270:03     marked for identification.) | | |
| 270:04 - 270:12 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:33 | **AH_v11p.127** |
| | 270:04     BY MR. MELUGIN: | | |
| | 270:05  Q.  Mr. Hasbun, you've been handed an exhibit | | |
| | 270:06     that's been marked as Exhibit 2220.  It is another | | |
| | 270:07     chat between you and Ms. Page that covers a few days | | |
| | 270:08     a few weeks after the USA Today article.  The | | |
| | 270:09     earliest message in the chat is November 18th, 2019, | | |
| | 270:10     and it goes on through to November 23rd, 2019.  Did | | |
| | 270:11     I correctly identify Exhibit 2220 for you? | | |
| | 270:12  A.  Yes. | | |
| 271:04 - 271:18 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:36 | **AH_v11p.128** |
| | 271:04  Q.  And I want to direct your attention to the | | |
| | 271:05     message that you sent.  It's about two-thirds of the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 271:06      way down the page, where you write, "How's B"? | | |
| | 271:07   A.   Yes, I see it. | | |
| | 271:08   Q.   That's Brooke Anderson you're referring | | |
| | 271:09      to, right? | | |
| | 271:10   A.   It's been a while.  I believe so. | | |
| | 271:11   Q.   Sorry? | | |
| | 271:12   A.   This has been a while, but I believe so. | | |
| | 271:13   Q.   And then you go on to say, "She dead | | |
| | 271:14      inside yet?" | | |
| | 271:15   A.   Correct.  That's in there.  Says that. | | |
| | 271:16   Q.   Jodi responds back to you and says, | | |
| | 271:17      "Crazy," right? | | |
| | 271:18   A.   Yes. | | |
| 271:23 - 272:01 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:10 | **AH_v11p.129** |
| | 271:23   Q.   And this is about, what, 12 days or so | | |
| | 271:24      before Uber has published its first US Safety | | |
| | 271:25      Report, correct? | | |
| | 272:01   A.   Correct. | | |
| 272:10 - 272:15 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:10 | **AH_v11p.130** |
| | 272:10   Q.   But what you do say there is, "I've got a | | |
| | 272:11      bad feeling about the categories," right? | | |
| | 272:12   A.   Yes, I do. | | |
| | 272:13   Q.   And that's in relation to the taxonomy | | |
| | 272:14      categories, right? | | |
| | 272:15   A.   Yes. | | |
| 274:05 - 274:12 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:16 | **AH_v11p.131** |
| | 274:05   Q.   You go on down and say, "Like what is | | |
| | 274:06      non-consensual penetration?"  That's one of the | | |
| | 274:07      categories, right? | | |
| | 274:08   A.   Yes.  As I explained, that is what my | | |
| | 274:09      concern was here. | | |
| | 274:10   Q.   Yeah. | | |
| | 274:11   A.   Is that a term like "non-consensual sexual | | |
| | 274:12      penetration" is a very technical term. | | |
| 275:05 - 276:15 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:01:31 | **AH_v11p.132** |
| | 275:05   Q.   Now, Jodi is also talking about how funny | | |
| | 275:06      things are with Brooke, right?  That was in the | | |
| | 275:07      context of the same conversation.  She says, "Crazy. | | |
| | 275:08      But funny." | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

275:09  A.  Appears -- appears that's what Jodi is
275:10      referencing, yeah.
275:11  Q.  She says, "Like we were cracking up
275:12      laughing at you," right?  Do you see that on
275:13      Page 569?
275:14  A.  Yes, I see it.
275:15  Q.  And then a little further down, you write,
275:16      "Why?  Because I don't give a shit anymore and just
275:17      want to rage?"  Right?
275:18  A.  That's what's written in the doc.
275:19  Q.  And then Jodi responds to say, "Because
275:20      she said that you have all kinds of opinions about
275:21      Gus," right?
275:22  A.  Yes.
275:23  Q.  And again, that's Gus Fuldner, right?
275:24  A.  It is.  I believe so.
275:25  Q.  It is, is what you said.
276:01  A.  Yeah, but Jodi wrote this, so --
276:02  Q.  I just couldn't hear you.  The "Gus" that
276:03      is referred to there is Gus Fuldner, correct?
276:04  A.  I'm assuming Jodi is referring to Gus,
276:05      yes.
276:06  Q.  Because you had all kinds of opinions
276:07      about Gus Fuldner, right?
276:08  A.  Over the years I've had opinions about
276:09      Gus, yes.
276:10  Q.  And you wrote, "I do," in response to
276:11      Ms. Page's statement there, correct?
276:12  A.  Correct.
276:13  Q.  And then Jodi goes on to say, "And I said
276:14      it's because Andrew thinks he sold his soul," right?
276:15  A.  That's what's in the doc.

| 278:02 - 279:01 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:01:16 | **AH_v11p.133** |

278:02  Q.  After that, you say, "I don't think, I
278:03      did."  That goes to the next page, the page ending
278:04      570 here in Exhibit 2220, right?
278:05  A.  Sorry.  I have to pull the document more.
278:06      Yes, I see it.
278:07  Q.  That's what you wrote, "I don't think, I
278:08      did."

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

278:09   A.  Yes, that's what I wrote.

278:10   Q.  And that is a reference back to

278:11        Mrs. Page's comment that "Andrew," you, "thinks he

278:12        sold his soul," right?

278:13   A.  Yes, I believe that that's a reference

278:14        back to that.

278:15   Q.  Yeah.  You responded to her to say, "I

278:16        don't think I sold my soul.  I did."  Right?

278:17   A.  That's what's in the document.

278:18   Q.  And then the next thing that you write is,

278:19        "I trashed rape victims to USA Today," right?

278:20   A.  Yes, that's what's written.

278:21   Q.  And that's a reference back to your work

278:22        on the Crawford story, correct?

278:23   A.  Yeah, the work on the Crawford story

278:24        included correcting facts and working with reporters

278:25        to convey what happened to the women involved in the

279:01        story.

| 279:10 - 279:13 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:07 | **AH_v11p.134** |

279:10   Q.  You wrote that you trashed rape victims to

279:11        USA Today, correct?

279:12   A.  I understand what's in here.  The word

279:13        choice is poor.

| 279:19 - 279:24 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:16 | **AH_v11p.135** |

279:19   Q.  And then you said, "Out of 3, I trashed

279:20        2," correct?

279:21   A.  What I'm referring to here is correcting

279:22        facts in their story.  I used a poor choice of

279:23        words.

279:24   Q.  You trashed them, according to you, right?

| 280:01 - 280:02 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:03 | **AH_v11p.136** |

280:01        THE WITNESS:  This is how I characterize

280:02        things in a poor choice of words.  I do not believe

| 280:03 - 280:04 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:03 | **AH_v11p.137** |

280:03        that I trashed the victims in speaking with USA

280:04        Today.

| 280:21 - 280:22 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:04 | **AH_v11p.138** |

280:21   Q.  And then you wrote, "I sliced their

280:22        credibility," right?

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 280:24 - 281:08 | **Hasbun, Andrew 2025-04-10 - PIP MP4** | 00:00:13 | **AH_v11p.139** |

280:24    THE WITNESS:  That's what's in the
280:25    document.
281:01    BY MR. MELUGIN:
281:02  Q.  You wrote, "Sliced their credibility,"
281:03    right?
281:04    A.    (Nods head.)
281:05  Q.  He objected.  I'm correcting the
281:06    objection.  You wrote, "Sliced their credibility,"
281:07    correct?
281:08  A.  That's what's in the document.

| | | | |
|---|---|---|---|
| 282:02 - 282:05 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:12 | **AH_v11p.140** |

282:02    Mr. Hasbun, the next thing Ms. Page writes
282:03    is, "Hi, I'm Andrew Hasbun, and I look after," dot
282:04    dot dot, right?
282:05  A.  Yes.

| | | | |
|---|---|---|---|
| 282:06 - 282:15 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:30 | **AH_v11p.141** |

282:06  Q.  And then you wrote, "Hi, I'm Andrew
282:07    Hasbun, and I look after Gus and Katie lies," right?
282:08  A.  That's what's written in the document.
282:09  Q.  That's Gus Fuldner and Katie Waitzman,
282:10    right?
282:11  A.  Katie Waitzman, our in-house counsel.
282:12  Q.  Right.  And then you say, "I used to look
282:13    after my soul but I don't know where it is anymore,"
282:14    right?
282:15  A.  Correct.

| | | | |
|---|---|---|---|
| 283:11 - 283:21 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:26 | **AH_v11p.142** |

283:11    Gus Fuldner's (edited)
283:12    job at this point includes looking out for women's
283:13    safety, right?
283:14  A.  I'd have to look at the org chart.  I
283:15    think they all rolled up into Gus, yes.
283:16  Q.  Yeah.  Safety & Insurance, that's his
283:17    department, right?  Correct?
283:18  A.  Correct.
283:19  Q.  And he's making decisions that affect
283:20    women's safety, right?
283:21  A.  Yes.

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 284:11 - 284:12 | **Hasbun, Andrew 2025-04-10 - WIT MP4** | 00:00:02 | **AH_v11p.143** |

284:11  Q.  He's on ELT today, right?
284:12  A.  He is.

| | | | |
|---|---|---|---|
| 325:02 - 325:05 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:07 | **AH_v11p.144** |

325:02      MR. SMITH:  Tab E.  This is going to be
325:03      Exhibit 536.
325:04      (Whereupon Exhibit MDL 536/JCCP 2722 was
325:05      marked for identification.)

| | | | |
|---|---|---|---|
| 326:14 - 327:09 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:53 | **AH_v11p.145** |

326:14  Q.  So this is a PowerPoint presentation that
326:15      we're looking at, right?
326:16  A.  We use Google Slides.  Very similar.  But
326:17      like I said, there's some -- there are times when
326:18      people do slides and it's not necessarily for a
326:19      presentation.  It's just because it's prettier.
326:20  Q.  Okay.  And then do you see where it says
326:21      "All Custodians"?  It says, "Danielle" --
326:22  A.  Yes.
326:23  Q.  -- "Danielle Sheridan"?
326:24  A.  Yes, I see it.
326:25  Q.  Do you know Danielle Sheridan?
327:01  A.  I do.
327:02  Q.  Who is Danielle Sheridan?
327:03  A.  I'm trying to think what her title was at
327:04      the time.  I honestly don't remember.  She was at
327:05      Uber.  She left a few years ago, and she --
327:06  Q.  Sorry.
327:07  A.  I believe she was the head of safety
327:08      operations back then, although I don't -- I really
327:09      don't remember her official title.

| | | | |
|---|---|---|---|
| 327:14 - 327:24 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:26 | **AH_v11p.146** |

327:14  Q.  And do you see that says, "Date Created:
327:15      June 2nd, 2017" here?
327:16  A.  Yes, I see it.
327:17  Q.  If we look back at the first page of the
327:18      actual documents, so I guess the second page of this
327:19      PDF, it says, "US & CAN."  Do you understand that to
327:20      be Canada?
327:21  A.  Yes.
327:22  Q.  Okay.  "US & Canada Business Standards,"

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | 327:23    right? | | |
| | 327:24  A.  Yes. | | |
| 334:13 - 334:17 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:14 | **AH_v11p.147** |
| | 334:13  Q.  Okay.  And it says "Sexual Misconduct" up | | |
| | 334:14    here at the top.  And then it says, "Rider or driver | | |
| | 334:15    reports inappropriate remarks, explicit behavior, or | | |
| | 334:16    indecent exposure."  Do you see that? | | |
| | 334:17  A.  Yes. | | |
| 335:23 - 337:11 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:40 | **AH_v11p.148** |
| | 335:23  Q.  Let's look at the table that's to the | | |
| | 335:24    left, this one that has these two columns.  One says | | |
| | 335:25    "Current Standard" and one says "Pain Points."  Do | | |
| | 336:01    you see that? | | |
| | 336:02  A.  I see it. | | |
| | 336:03  Q.  And in the current standard -- let's look | | |
| | 336:04    at the current standard part first.  It says, "There | | |
| | 336:05    are 4 categories within sexual misconduct and | | |
| | 336:06    strikes are siloed within each category."  You see | | |
| | 336:07    that? | | |
| | 336:08  A.  I see it. | | |
| | 336:09  Q.  Do you know what it means for a strike to | | |
| | 336:10    be siloed in a category? | | |
| | 336:11  A.  I don't know what they're referring to | | |
| | 336:12    here.  I don't know what that means. | | |
| | 336:13  Q.  Never heard that term at all in your work | | |
| | 336:14    as a director of safety communications for Uber? | | |
| | 336:15  A.  I've definitely heard the term "siloed" | | |
| | 336:16    many times, but in this context I don't really know | | |
| | 336:17    what they're referring to. | | |
| | 336:18  Q.  "Pain Points," you see that column? | | |
| | 336:19  A.  Yes. | | |
| | 336:20  Q.  Maybe this will answer the question or | | |
| | 336:21    give us some insight.  It says, "No coordination | | |
| | 336:22    between categories - can get a strike in each | | |
| | 336:23    without deactivation," right?  Do you see that? | | |
| | 336:24  A.  I see it. | | |
| | 336:25  Q.  And then it says, "373 active US & Canada | | |
| | 337:01    drivers have 3 or more strikes for sexual | | |
| | 337:02    misconduct."  Do you see that? | | |
| | 337:03  A.  I see it. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

337:04  Q.  Okay.  And this is -- this says "drivers,"
337:05      not "partners," right?
337:06  A.  That's what's written in the document,
337:07      yes.
337:08  Q.  Okay.  And it's saying there are 373
337:09      active drivers who have three or more strikes for
337:10      sexual misconduct, right?
337:11  A.  That's what's written in the doc, yes.

| 337:19 - 337:25 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:14 | **AH_v11p.149** |
|---|---|---|---|

337:19  Q.  But you had never seen this stuff before,
337:20      right?
337:21  A.  I have never seen this document, no.
337:22  Q.  And no one ever shared it with you,
337:23      saying, "Hey, Mr. Hasbun, you're the safety
337:24      communications director.  You might want to know
337:25      this information"?

| 338:02 - 338:07 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:13 | **AH_v11p.150** |
|---|---|---|---|

338:02      THE WITNESS:  This document's from 2017.
338:03      I was not the safety communications director then.
338:04      BY MR. SMITH:
338:05  Q.  You were a communications manager, right?
338:06  A.  Correct.  I was on a team that managed
338:07      media relations.

| 463:09 - 463:23 | **Hasbun, Andrew 2025-04-11** | 00:00:43 | **AH_v11p.151** |
|---|---|---|---|

463:09  Q.  Mr. Hasbun, what's women rider preferred?
463:10  A.  Women rider preferred is a tech feature
463:11      that we developed so that women drivers can set a
463:12      preference to have only women and non-binary riders
463:13      as their passengers.
463:14      It's a feature we launched first in Saudi
463:15      Arabia.  I don't recall the date off the top of my
463:16      head, because women had just received the right to
463:17      drive in Saudi Arabia, and it's a feature that's
463:18      available in a handful of countries around the
463:19      world.  I don't know the number off the top of my
463:20      head.
463:21  Q.  It's a feature that's not available in the
463:22      United States; is that true?
463:23  A.  That's correct.

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 464:06 - 464:09 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:11 | **AH_v11p.152** |

464:06  Q.  In the United States, Uber does not allow
464:07     women riders to indicate a preference to be matched
464:08     with another woman driver?
464:09  A.  No, we don't.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 464:20 - 466:13 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:56 | **AH_v11p.153** |

464:20  Q.  Okay.  So there's women preferred -- women
464:21     rider preferred, right?
464:22  A.  Correct.  That's for a woman driver to
464:23     select a preference for a woman rider.
464:24  Q.  And is there women driver preferred?
464:25  A.  There are versions of that in some other
465:01     countries, yes.
465:02  Q.  Are there versions of that from other
465:03     companies in the United States?
465:04  A.  Yes, there are.  Lyft has a feature that
465:05     is similar, but less restrictive than ours.
465:06  Q.  What is -- when you say "less restrictive
465:07     than ours," what do you mean?
465:08  A.  Lyft allows woman riders and drivers to
465:09     set a preference for a female rider or driver, but
465:10     it's just a preference.  It's not only.  And that's
465:11     the main distinction between the two products that
465:12     are available.  Ours is more restrictive, where it's
465:13     not a preference.  It's you want only women and
465:14     non-binary riders.
465:15  Q.  Lyft allows that -- I'm sorry, I didn't
465:16     mean to cut you off.
465:17  A.  But -- that's okay.  It was -- go ahead.
465:18  Q.  Lyft has that feature of selecting a
465:19     preference of a woman rider or driver here in the
465:20     United States, right?
465:21  A.  Correct.  It is a preference, not a
465:22     guarantee.
465:23  Q.  Uber does not have a preference or a
465:24     guarantee in the United States of a woman driver or
465:25     woman rider, right?
466:01  A.  Correct.
466:02  Q.  So when you say it's less restrictive,
466:03     that doesn't apply to the United States, right?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 466:04  A.  No, I'm not referring to the U.S.  It's | | |
| | 466:05       just looking at the products, regardless of where | | |
| | 466:06       they're available, those are, that's the difference. | | |
| | 466:07  Q.  Would you agree that Uber considered a | | |
| | 466:08       women rider preferred and women driver preferred in | | |
| | 466:09       the United States? | | |
| | 466:10  A.  Yes, it's been a discussion. | | |
| | 466:11  Q.  And it has chosen, at least up until | | |
| | 466:12       today, to not implement that feature, right? | | |
| | 466:13  A.  Yes. | | |
| 473:13 - 473:16 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:05 | **AH_v11p.154** |
| | 473:13       MR. SMITH:  Let's look at Tab 4.  This | | |
| | 473:14       will be Exhibit 547. | | |
| | 473:15       (Whereupon Exhibit MDL 547/JCCP 538 was | | |
| | 473:16       marked for identification.) | | |
| 473:25 - 474:17 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:34 | **AH_v11p.155** |
| | 473:25  Q.  All right.  This is a chat dated | | |
| | 474:01       February 25th, 2020.  See that? | | |
| | 474:02  A.  Yes. | | |
| | 474:03  Q.  How many years do you think you've been | | |
| | 474:04       advocating for women rider preferred and women | | |
| | 474:05       driver preferred at Uber in the United States? | | |
| | 474:06  A.  Well, if we go back to this time, at least | | |
| | 474:07       five. | | |
| | 474:08  Q.  At least five.  Any more than that, do you | | |
| | 474:09       think? | | |
| | 474:10  A.  I can't remember when the discussion | | |
| | 474:11       started.  It was probably shortly after we launched | | |
| | 474:12       in Saudi Arabia. | | |
| | 474:13  Q.  This is about a month after that last chat | | |
| | 474:14       we looked at that was in January. | | |
| | 474:15  A.  Mm-hmm. | | |
| | 474:16  Q.  Right? | | |
| | 474:17  A.  Yes. | | |
| 475:03 - 475:07 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:13 | **AH_v11p.156** |
| | 475:03  Q.  And then he asks you, "Are we aligned on | | |
| | 475:04       products for the event?  Ridesense, women rider | | |
| | 475:05       preferred, audio recording, mandatory sexual assault | | |
| | 475:06       education for all US drivers."  Do you see that? | | |
| | 475:07  A.  I see it. | | |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 475:12 - 475:17 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:14 | **AH_v11p.157** |

475:12 Q. And you say, "You and me are. You me
475:13     Brooke are," right? You see that?
475:14 A. Yes, I see it.
475:15 Q. You say, "Sachin and Gus might be a
475:16     different story." Right?
475:17 A. Yes, I see that.

| 475:20 - 476:07 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:40 | **AH_v11p.158** |

475:20 Q. Who's Sachin? (edited)
475:21 A. Sachin is currently our head of product.
475:22     He is our chief product officer. At this time he
475:23     was the head of safety product.
475:24 Q. And "Gus" is Gus Fuldner again, right?
475:25 A. Yes.
476:01 Q. And you say, "But Gus is on board, I" --
476:02     or you -- excuse me. Strike that. You say, "But
476:03     Sachin" -- "Sachin is on board, I know that."
476:04 A. Yes.
476:05 Q. Right?
476:06     And then if you go down to your next
476:07     message, can you read what you wrote?

| 476:08 - 476:23 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:59 | **AH_v11p.159** |

476:08 A. Are you ready? Want me to read it now?
476:09 Q. Yeah. Could you read it to the jury? I'm
476:10     sorry. Let's read it aloud.
476:11 A. I wrote, "Gus was kind of a pussy about
476:12     women driving women but I don't think he is going to
476:13     win this one."
476:14 Q. What did you mean when you said "Gus was
476:15     kind of a pussy about women driving women"?
476:16 A. I do -- I don't recall what was happening
476:17     at this time, so I don't know what I'm specifically
476:18     referring to. This was -- if we look at the date
476:19     here, this was February 25th, 2020. This was as
476:20     COVID was raining down, and my role was extremely
476:21     busy. So a lot of things during this time frame are
476:22     a bit of a blur. So I truly cannot recall the
476:23     specific reason why I used that inappropriate term.

| 478:09 - 478:12 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:14 | **AH_v11p.160** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 478:09  Q.  You're saying Gus is being kind of afraid | | **AH_v11p.160** |
| | 478:10      about Women Driving Women.  He doesn't want to take | | |
| | 478:11      the risk on it, right? | | |
| | 478:12  A.  That can be inferred, absolutely. | | |
| 478:19 - 478:22 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:07 | **AH_v11p.161** |
| | 478:19  Q.  "The tide is  (edited) | | |
| | 478:20      too strong.  Everyone wants it.  Worth the risk," | | |
| | 478:21      right? | | |
| | 478:22  A.  That's what's written. | | |
| 478:23 - 478:24 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:05 | **AH_v11p.162** |
| | 478:23  Q.  What was the risk of women rider preferred | | |
| | 478:24      and women driver preferred? | | |
| 479:16 - 479:24 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:29 | **AH_v11p.163** |
| | 479:16      there were legal risks presented to all of us | | |
| | 479:17      involved in these discussions, including various | | |
| | 479:18      decision makers, including Gus, and they had to | | |
| | 479:19      weigh that risk, and some of us felt the risk was | | |
| | 479:20      worth it, and others -- at this moment in time in | | |
| | 479:21      the company, as I mentioned, COVID was brewing down. | | |
| | 479:22      There were lots of things happening.  Evaluated all | | |
| | 479:23      the risks, looked at it, and felt that it wasn't the | | |
| | 479:24      right time. | | |
| 493:06 - 493:07 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:02 | **AH_v11p.164** |
| | 493:06  Q.  And Uber doesn't just have one sexual | | |
| | 493:07      assault, right? | | |
| 493:09 - 493:15 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:14 | **AH_v11p.165** |
| | 493:09      THE WITNESS:  No, we do not.  Our Safety | | |
| | 493:10      Report clearly shows that there's more than one, and | | |
| | 493:11      all of them are bad. | | |
| | 493:12      BY MR. SMITH: | | |
| | 493:13  Q.  Oh, I'm sorry. | | |
| | 493:14  A.  Our Safety Report shows the numbers, and | | |
| | 493:15      all of them are bad.  There's no question about it. | | |
| 507:24 - 508:02 | **Hasbun, Andrew 2025-04-11** | 00:00:05 | **AH_v11p.166** |
| | 507:24      let's go to Tab I.  It's going to be  (edited) | | |
| | 507:25      Exhibit 551. | | |
| | 508:01      (Whereupon Exhibit MDL 551/JCCP 2734 was | | |
| | 508:02      marked for identification.) | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 508:12 - 508:24 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:40 | **AH_v11p.167** |

508:12  Q.  If we go to the second page, see the
508:13       actual chat.  This is a Slack between you and Emilie
508:14       Boman, right?
508:15  A.  Yes, it is.
508:16  Q.  Who's Emilie Boman?
508:17  A.  Emilie Boman is our head of safety policy.
508:18       She handles a number of other things too, but one of
508:19       her roles is safety policy.
508:20  Q.  This chat is dated 2021 -- well,
508:21       April 6th, 2021, right?
508:22  A.  Yes.
508:23  Q.  About four years ago, right?
508:24  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 508:25 - 509:08 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:22 | **AH_v11p.168** |

508:25  Q.  If you go to the page that ends in 8245 --
509:01       I think this is the page we're on -- there's a
509:02       message around the middle of the page or so from
509:03       Emilie Boman, says, "Hey."  You see that?
509:04  A.  Yes.
509:05  Q.  She says, "Hey.  I'm debriefing with
509:06       Brittany on ELT discussion.  Added you as optional
509:07       if you want to join."  Do you see that?
509:08  A.  I see it.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 509:14 - 509:19 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:14 | **AH_v11p.169** |

509:14  Q.  "ELT decision" is -- or discussion --
509:15       sorry -- is the executive leadership team, right?
509:16  A.  Yes.
509:17  Q.  They're having some sort of discussion,
509:18       right?
509:19  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 510:03 - 510:25 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:15 | **AH_v11p.170** |

510:03  Q.  So she asks if you want to join this
510:04       discussion with her and Brittany Anthony, right?
510:05  A.  Yes.
510:06  Q.  You say, "yes."  You do want to join their
510:07       discussion, right?
510:08  A.  I do.
510:09  Q.  If you scroll down to the next page, you
510:10       have a message at 19:43:54.  You say, "So it is...

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

510:11     Let Australia go, see what happens, maybe US later."

510:12     Right?

510:13   A.   Correct.

510:14   Q.   Emilie says, "Yep.  Look at safety impact,

510:15     and supply impact.  Do proper marketing around it to

510:16     attract women drivers."  See that?

510:17   A.   Yes.

510:18   Q.   "And then revisit trade-off in US....

510:19     supply impact vs legal cost," right?

510:20   A.   Yes, that's what's in the document.

510:21   Q.   Does this help you -- does this orient you

510:22     to the fact that you were discussing women rider and

510:23     women driver preferred in this DM with Emilie Boman?

510:24   A.   Yes, it is.  It does.  That is what we're

510:25     referring to.

| 511:01 - 511:17 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:48 | **AH_v11p.171** |

511:01   Q.   And then you say, "I can't believe they

511:02     actually believed the legal costs," right?

511:03   A.   Yes, that's what's in there.

511:04   Q.   You say, "So can we just make up numbers

511:05     too based on something totally off base?  We should

511:06     get in the habit of doing that to get our way.  'If

511:07     we do this, we will have 150 negative stories based

511:08     off the news of Travis dancing in the back of the

511:09     car.'"  Do you see that?

511:10   A.   Yes, I do.

511:11   Q.   Emilie says, "Yeah, I think the $ amount

511:12     hit Dara, Nelson and Mac hard.  And Jill/Gus were

511:13     pretty silent on it."  See that?

511:14   A.   Yes, I see it.

511:15   Q.   Those are members of the executive

511:16     leadership team, right?

511:17   A.   Yes.

| 512:04 - 512:14 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:35 | **AH_v11p.172** |

512:04   Q.   You say, "Well, it will come back to bite

512:05     us.  And I certainly won't be there to help cover

512:06     for our bad decisions."  You see that?

512:07   A.   Yes, I see it.

512:08   Q.   And the bad decision you're talking about

512:09     here is not doing women rider or women driver

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 512:10    preferred, right? | | |
| | 512:11   A.   Clearly I disagree with the decision. | | |
| | 512:12   Q.   You think it's going to come back to bite | | |
| | 512:13    Uber, right? | | |
| | 512:14   A.   That's what's written in the document. | | |
| 512:15 - 512:17 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:08 | **AH_v11p.173** |
| | 512:15   Q.   And you think Uber was wrong to not | | |
| | 512:16    implement women driver preferred/women rider | | |
| | 512:17    preferred? | | |
| 512:19 - 512:23 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:14 | **AH_v11p.174** |
| | 512:19    THE WITNESS: I don't think it's fair to | | |
| | 512:20    characterize it as a right or wrong decision. You | | |
| | 512:21    can -- you can disagree with the decision and not | | |
| | 512:22    necessarily pass judgment on whether it's right or | | |
| | 512:23    wrong. I would have made a different decision. | | |
| 515:14 - 515:14 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:01 | **AH_v11p.175** |
| | 515:14    MR. SMITH: We can take that document | | |
| 515:15 - 515:16 | **Hasbun, Andrew 2025-04-11** | 00:00:04 | **AH_v11p.176** |
| | 515:15    Let's look at Tab 31. It's going to be 552. (edited) | | |
| | 515:16    Exhibit 52 (edited) | | |
| 516:02 - 516:08 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:25 | **AH_v11p.177** |
| | 516:02   Q.   552 is an e-mail from Natasha Weaser. Do | | |
| | 516:03    you see that? | | |
| | 516:04   A.   I do. | | |
| | 516:05   Q.   And you're bcc'd on this e-mail, right? | | |
| | 516:06   A.   I believe so. | | |
| | 516:07   Q.   Subject is "Launch WRP in Canada," right? | | |
| | 516:08   A.   Yes. | | |
| 516:14 - 517:02 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:40 | **AH_v11p.178** |
| | 516:14   Q.   Canada's got women rider preference today, | | |
| | 516:15    right? | | |
| | 516:16   A.   Yes. | | |
| | 516:17   Q.   They've had it since 2023, March 23rd, | | |
| | 516:18    right? | | |
| | 516:19   A.   Correct. | | |
| | 516:20   Q.   United States does not have women rider | | |
| | 516:21    preference, right? | | |
| | 516:22   A.   Correct. | | |
| | 516:23   Q.   And it says, "To date" -- excuse me. | | |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 516:24 | Says, "To date WRP is:  Live in 23 countries, | | |
| | 516:25 | Completed over 43 million trips, 16% of women driver | | |
| | 517:01 | trips are on WRP."  You see that? | | |
| | 517:02  A. | Yes. | | |

| 557:04 - 557:21 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:55 | **AH_v11p.179** |

| | 557:04  Q. | You mentioned the importance of safety as | | |
| | 557:05 | a, I think, goal and mission at Uber.  Can you tell | | |
| | 557:06 | me more about that? | | |
| | 557:07  A. | Absolutely.  Safety is a core value at the | | |
| | 557:08 | company.  It's something that we have been investing | | |
| | 557:09 | in since my time at Uber.  And I'm really proud of | | |
| | 557:10 | the work that we've done.  I mean, we have to think | | |
| | 557:11 | back that this ridesharing and this space didn't | | |
| | 557:12 | exist ten years ago, 15 years ago. | | |
| | 557:13 | And where we're at today compared to where | | |
| | 557:14 | we were back in the 2010s, it's a completely | | |
| | 557:15 | different experience.  And a lot of that is based | | |
| | 557:16 | off the investment and the work that's gone into | | |
| | 557:17 | helping make the platform safer.  The features, the | | |
| | 557:18 | investments, the policies, that all represents years | | |
| | 557:19 | of work by hundreds of people, the significant | | |
| | 557:20 | investment around the world to build something that | | |
| | 557:21 | has never been built before. | | |

| 559:09 - 559:23 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:54 | **AH_v11p.180** |

| | 559:09  Q. | Can you tell me how the company has | | |
| | 559:10 | changed during your tenure at Uber? | | |
| | 559:11  A. | Yes.  When I started in 2016, Travis | | |
| | 559:12 | Kalanick was still the CEO.  It was still a very | | |
| | 559:13 | enjoyable place to work, but a very different | | |
| | 559:14 | company.  Dara Khosrowshahi took over around mid | | |
| | 559:15 | 2017, and one of the first things he did was sort of | | |
| | 559:16 | reinvest in safety and double down on the customer | | |
| | 559:17 | experience. | | |
| | 559:18 | From that time moving forward, as I | | |
| | 559:19 | mentioned before, we hired and staffed up a major | | |
| | 559:20 | safety product team.  We built safety features that | | |
| | 559:21 | are now standard in the industry today, and much of | | |
| | 559:22 | that is due to Dara's leadership and investment and | | |
| | 559:23 | prioritizations back when he started in 2017. | | |

| 562:13 - 563:20 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:48 | **AH_v11p.181** |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | | | |

|  |  |  |  |
|---|---|---|---|
| | 562:13 Q. And you mentioned a bit about your | | **AH_v11p.181** |
| | 562:14    experiences over time at Uber.  And give you a | | |
| | 562:15    moment to talk more about describing what is the | | |
| | 562:16    culture at Uber? | | |
| | 562:17 A. The culture at Uber is, I would say, very | | |
| | 562:18    collaborative and very process-oriented, but in a | | |
| | 562:19    very positive way.  We -- there are no ideas that I | | |
| | 562:20    feel like at Uber are tossed aside or neglected or | | |
| | 562:21    ignored.  It's probably one of the most intelligent | | |
| | 562:22    workplaces that I've been exposed to. | | |
| | 562:23    Certainly compared to my days in | | |
| | 562:24    television, the folks at Uber are extremely smart, | | |
| | 562:25    extreme -- they care deeply about the customers and | | |
| | 563:01    providing the best possible service.  And what has | | |
| | 563:02    impressed me the most is that when it comes time to | | |
| | 563:03    fix a problem, everyone runs in the same direction. | | |
| | 563:04 Q. So just piggybacking off of your answer | | |
| | 563:05    here, how would you talk about the culture with | | |
| | 563:06    respect to a concept like improvement? | | |
| | 563:07 A. They really take a very measured approach | | |
| | 563:08    to what the problem is, looking at the root causes. | | |
| | 563:09    People take the time to research, study, ask, try to | | |
| | 563:10    figure out what the root cause of a problem may be, | | |
| | 563:11    and then work together to come up with the best | | |
| | 563:12    solutions. | | |
| | 563:13    I can provide examples if you want, but I | | |
| | 563:14    think that generally the company and the people at | | |
| | 563:15    the company are very open to creativity, to new | | |
| | 563:16    ideas, to trying new things.  And, you know, | | |
| | 563:17    whatever was best for the user generally, that is | | |
| | 563:18    where we land. | | |
| | 563:19 Q. So fair to say that there's a culture like | | |
| | 563:20    a constant drive to improvement? | | |
| 563:25 - 564:02 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:05 | **AH_v11p.182** |
| | 563:25 Q. You said before you wanted to maybe | | |
| | 564:01    provide some examples of the culture.  I'm happy for | | |
| | 564:02    you to do that if you'd like. | | |
| 564:14 - 565:12 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:05 | **AH_v11p.183** |
| | 564:14 A. I can think back to a time when we | | |
| | 564:15    launched our emergency button.  Some of the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 564:16 | questions you're getting from reporters was, "What | | |
| | 564:17 | if I was in a situation when" -- "where I wasn't | | |
| | 564:18 | able to talk.  You know, if you're in a vehicle and | | |
| | 564:19 | it's uncomfortable and you didn't want to speak to a | | |
| | 564:20 | 911 dispatcher, for example, how would" -- "how | | |
| | 564:21 | could we do that?" | | |
| | 564:22 | And we all got together and we discussed, | | |
| | 564:23 | well, why don't we add tex- -- the ability to text | | |
| | 564:24 | to 911 as part of our emergency button.  And this is | | |
| | 564:25 | an idea that came from the communications team and | | |
| | 565:01 | others based off of feedback that we heard from the | | |
| | 565:02 | general public. | | |
| | 565:03 | Fast-forward a few months, maybe less than | | |
| | 565:04 | a year later, that feature was launched, and it's | | |
| | 565:05 | now available nationwide. | | |
| | 565:06 | And we also have the ability, depending on | | |
| | 565:07 | the 911 dispatch center, where 911 dispatchers can | | |
| | 565:08 | track the trip from their 911 dispatch portals. | | |
| | 565:09 | That's an example, I think, of how these ideas can | | |
| | 565:10 | come from anywhere, even just from our users, and we | | |
| | 565:11 | work to build them and make it happen, and then also | | |
| | 565:12 | improve upon them over time. | | |

| 565:18 - 565:21 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:08 | **AH_v11p.184** |
|---|---|---|---|
| | 565:18  Q.  Do  (edited) | | |
| | 565:19  you think that the culture you've described about is | | |
| | 565:20  also reflected in a commitment to safety and | | |
| | 565:21  customer experience? | | |

| 565:23 - 567:02 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:19 | **AH_v11p.185** |
|---|---|---|---|
| | 565:23  THE WITNESS:  Yes, I do. | | |
| | 565:24  BY MR. PRICE WOLF: | | |
| | 565:25  Q.  Can you please explain how? | | |
| | 566:01  A.  Just like what I was -- what I -- the | | |
| | 566:02  example that I gave before.  When we hear feedback, | | |
| | 566:03  when we hear these concerns from people, we will get | | |
| | 566:04  together and we will work to find the best solution. | | |
| | 566:05  It's a -- it is a process, and it's an ever-evolving | | |
| | 566:06  process.  There's always new issues. | | |
| | 566:07  Like safety is one of those things that's | | |
| | 566:08  ever-evolving, just like, say, fraud or other | | |
| | 566:09  aspects of the things that we deal with.  And so | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 566:10   it's our challenge to constantly keep up with the | | |
| | 566:11   latest that's happening and the latest trends. | | |
| | 566:12   And we're always looking, we're always | | |
| | 566:13   constantly seeing what's happening, looking at our | | |
| | 566:14   own reports and seeing stuff out in -- on the news | | |
| | 566:15   or in social media, things like that, and working to | | |
| | 566:16   adapt so that we get the message out on safety, we | | |
| | 566:17   get the message out on the customer experience. | | |
| | 566:18   We have ten ways in the app where you can | | |
| | 566:19   report things to Uber, and these are stuff that has | | |
| | 566:20   developed over time based on customer feedback. | | |
| | 566:21 Q. You've been asked a lot of questions | | |
| | 566:22   yesterday, and I believe even some today, about the | | |
| | 566:23   phrase "Do the right thing." Do you remember that? | | |
| | 566:24 A. I do. | | |
| | 566:25 Q. Can you talk about whether it's been your | | |
| | 567:01   experience at Uber that the company tries to do the | | |
| | 567:02   right thing, even on complicated issues? | | |
| 567:04 - 567:13 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:28 | **AH_v11p.186** |
| | 567:04   BY MR. PRICE WOLF: | | |
| | 567:05 Q. You can go ahead and answer. | | |
| | 567:06 A. Yes, I do believe the company does the | | |
| | 567:07   right thing. It can be a long, complicated process. | | |
| | 567:08   There can be disagreements. Sometimes people | | |
| | 567:09   disagree. Like any organization that is very large, | | |
| | 567:10   there are different opinions. But in the end, I | | |
| | 567:11   think that the company lands in the right spot. And | | |
| | 567:12   you may disagree with it, you may not. That's the | | |
| | 567:13   nature of a large company. | | |
| 568:09 - 568:11 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:06 | **AH_v11p.187** |
| | 568:09 Q. Do you agree that sexual misconduct is | | |
| | 568:10   bad? | | |
| | 568:11 A. I do. | | |
| 569:04 - 569:08 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:09 | **AH_v11p.188** |
| | 569:04 Q. So a second ago, I asked if you (edited) | | |
| | 569:05   agree that individuals who engage in sexual | | |
| | 569:06   misconduct should be barred from using the Uber | | |
| | 569:07   platform, right? | | |
| | 569:08 A. Yes. | | |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 569:11 - 569:16 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:14 | **AH_v11p.189** |

569:11  Q.  I think you agreed with me with that.
569:12  A.  Yes.
569:13  Q.  Okay.  So in your view, is that true,
569:14       regardless of how many rides someone has or how much
569:15       revenue they might earn for themselves or Uber?
569:16  A.  Yes, that's true.

| | | | |
|---|---|---|---|
| 569:20 - 569:25 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:18 | **AH_v11p.190** |

569:20  Q.  Do you personally believe that any form of
569:21       sexual violence is acceptable or permissible?
569:22  A.  I do not believe that any form of sexual
569:23       violence is permissible, but we do need to look at
569:24       each report in its totality before any decision is
569:25       made.

| | | | |
|---|---|---|---|
| 572:02 - 573:14 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:53 | **AH_v11p.191** |

572:02  Q.  Let's talk a little bit about Uber's
572:03       approach to sexual assault.  In your time at Uber,
572:04       what have you observed about the company's approach
572:05       to the issue of sexual assault?
572:06  A.  In my time at Uber, we have always taken
572:07       this issue seriously.  What I've seen happen over
572:08       the years is our response evolve and improve, and it
572:09       always is.
572:10       You know, we talked a lot over the past
572:11       day about the Driving Change initiative and our
572:12       investment with sexual assault organizations.  I
572:13       think that is a great example of how the company
572:14       will invest in building a foundation for better
572:15       service and better response when something is
572:16       reported to us and when something happens.
572:17       As part of that process, we also brought
572:18       in new training for our agents and set up a RAINN
572:19       hotline so that someone who is reporting sexual
572:20       assault can get personalized service and care from a
572:21       professional at no cost to them.
572:22       And so when we talk about how things have
572:23       changed over the years, this is a constant evolving,
572:24       and I'm really proud of the work that we've done,
572:25       and I feel like we've set a very high bar for other
573:01       companies to follow.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

573:02  Q.  How high a priority is the issue of sexual

573:03      assault in a company?

573:04  A.  It's a very high priority.

573:05  Q.  How seriously does Uber take the issue of

573:06      sexual assault?

573:07  A.  I think as evidenced by our Safety Report

573:08      and by all the work that we've done, that we take it

573:09      extremely seriously, and it is a very high priority.

573:10  Q.  Is the issue of sexual assault a problem

573:11      unique -- strike that.

573:12      Is the issue of sexual assault something

573:13      unique to Uber's ride app?

573:14  A.  No, it is not.

| 573:18 - 575:08 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:02:14 | **AH_v11p.192** |
|---|---|---|---|

573:18  A.  No, it is not unique to Uber's app.  It

573:19      exists everywhere.  It is something that exists in

573:20      all aspects of society and in all places of work.

573:21  Q.  Is -- would you say that Uber is an expert

573:22      with the issue of prevention of sexual violence?

573:23  A.  No, we are not experts.

573:24  Q.  Does Uber ever work with experts on the

573:25      issue of sexual violence?

574:01  A.  Yes, we do, as evidenced by our Driving

574:02      Change commitment and the commitments we have made

574:03      over the past time I've been at the company, the

574:04      eight and a half years I've been there.

574:05  Q.  So can you speak a little bit more

574:06      specifically about the work that these experts have

574:07      done with Uber on sexual assault issues?

574:08  A.  Yes.  What these experts have done is help

574:09      us understand what is a sexual assault, what the

574:10      survivor is going through, and then also how to best

574:11      work with that survivor to make sure that they're

574:12      getting the help and care that they need.

574:13      I am not sitting here today telling you

574:14      that everything we've done over the past ten years

574:15      is absolutely perfect, but we've been constantly

574:16      trying to do better at improving and investing in

574:17      working with experts to always make sure that we're

574:18      prioritizing a survivor-centric approach.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

574:19    By working with them, they've helped
574:20    ensure that, and we still work with them to this
574:21    day.  They are the experts, and they help influence
574:22    our movements, our responses, and our planning.  And
574:23    even today, when something new comes up, if things
574:24    change, if we see new situations happening, we
574:25    consult with them to help develop new best practices
575:01    so that we're responding properly.
575:02  Q. It was suggested by Plaintiffs' counsel,
575:03    more yesterday, I think, than today, that some of
575:04    these advocacy organizations that you're referencing
575:05    are somehow controlled by Uber or lacked
575:06    independence.  Do you agree with that
575:07    characterization?
575:08  A. I do not.

| 576:13 - 576:21 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:27 | **AH_v11p.193** |
|---|---|---|---|

576:13  Q. Can you tell me more about the creation of
576:14    the taxonomy that was used in the Safety Report?
576:15  A. Yes.  And to be clear, I don't want to
576:16    misspeak.  I wasn't -- at this time, I wasn't deeply
576:17    involved in it, but generally speaking, we worked
576:18    with Raliance and specifically NSVRC, which is the
576:19    National Sexual Resource Center, to create the
576:20    taxonomy, because NSVRC is the foremost expert in
576:21    this type of work.

| 582:07 - 582:12 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:19 | **AH_v11p.194** |
|---|---|---|---|

582:07  Q. I believe we saw documents yesterday, some
582:08    today, where you appear to express some frustrations
582:09    that certain safety features did not launch as
582:10    early, or even at all, as maybe you would have
582:11    wanted them to.  Is that a fair characterization?
582:12  A. I think that's fair.

| 582:15 - 583:03 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:28 | **AH_v11p.195** |
|---|---|---|---|

582:15  Q. To be clear, are you part of any product
582:16    team?
582:17  A. No, I am not.
582:18  Q. Are you part of any legal team?
582:19  A. No, I am not.
582:20  Q. Are you part of the marketing team?
582:21  A. No, I am not.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

582:22  Q.  Are you an engineer?
582:23  A.  No.
582:24  Q.  Are you a developer?
582:25  A.  No.
583:01  Q.  Do you test safety products?
583:02  A.  Informally, but not -- not in terms of
583:03      like a data scientist would.

| 583:24 - 584:09 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:32 | **AH_v11p.196** |
|---|---|---|---|

583:24  Q.  Do you agree or disagree with the
583:25      statement that Uber pushes to implement safety
584:01      features as quickly as is feasible when taking into
584:02      account all the considerations like technology,
584:03      legal concerns, and customer experience?
584:04  A.  Yes, I do.
584:05  Q.  Are there others at Uber who know more
584:06      than you about all the things that go on behind the
584:07      scenes and on the platform in order for a safety
584:08      product to launch at Uber?
584:09  A.  Yes.

| 584:13 - 584:19 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:26 | **AH_v11p.197** |
|---|---|---|---|

584:13  A.  Yes, there are many people that know more
584:14      than me.
584:15  Q.  Who are those people?
584:16  A.  Product teams, engineering teams, data
584:17      teams.  I mean, the list could go on.  I mean, we
584:18      could even go as high up as ELT members.  There are
584:19      many that know more than me.

| 586:02 - 586:06 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:13 | **AH_v11p.198** |
|---|---|---|---|

586:02  Q.  It's fair to say, as we may have seen in
586:03      evidence over the past couple days, sometimes you
586:04      get frustrated at other departments within Uber if
586:05      they might not handle a situation perfectly, in your
586:06      view?

| 586:09 - 586:10 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:05 | **AH_v11p.199** |
|---|---|---|---|

586:09  THE WITNESS:  Yes, I get frustrated and
586:10      use some incredible language every now and then.

| 586:12 - 586:15 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:10 | **AH_v11p.200** |
|---|---|---|---|

586:12  Q.  But it's also fair to say that the issues
586:13      that come across your desk as your senior level in

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 586:14  communications are the one-in-a-million occurrences, | | |
| | 586:15  right? | | |

| 586:18 - 587:10 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:53 | **AH_v11p.201** |

586:18  THE WITNESS: Yes, they are the rare
586:19  occasions that tend to be high profile. They tend
586:20  to be high stress. They tend to be on a time
586:21  deadline, and in those moments, it can be very
586:22  stressful, and it can be very intense, and there can
586:23  be emotions.
586:24  And there could be a lot of folks, whether
586:25  it's senior leaders, lawyers, support agents,
587:01  getting involved in the situation, and it falls on
587:02  the communications team many times to help sort of
587:03  keep everybody on track so that we can get our
587:04  responses out and have sort of a unified message as
587:05  to what's going on and what happened. And it can be
587:06  a very high-pressure environment.
587:07  And, you know, I've spent many years in
587:08  high-pressure environments working in news and at
587:09  Uber. Sometimes you handle them with grace.
587:10  Sometimes you get a little bit angry sometimes.

| 588:06 - 588:25 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:50 | **AH_v11p.202** |

588:06      do you think Uber is committed to safety?
588:07  A.  Yes, I do.
588:08  Q.  And how do you feel about Uber's
588:09      commitment to safety?
588:10  A.  I feel very strongly about it. I feel
588:11      like the company has made it a top priority. I feel
588:12      like Uber has put the resources behind it. They've
588:13      made the investments. They haven't shied away from
588:14      very complicated issues.
588:15      Once again, it's the first company to ever
588:16      put out a Safety Report. We led the way on this
588:17      effort of transparency. We were the first company
588:18      to do it, the first company to invest in the
588:19      taxonomy and actually count and publicize sexual
588:20      assault numbers in the top five categories. We were
588:21      the first to do it all, and we set the standard.
588:22  Q.  Do you think, in your view, is it fair to
588:23      cherry-pick particular in-the-moment chats and

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 588:24    make -- use those chats to make generalizations | | |
| | 588:25    about Uber? | | |
| 589:03 - 589:05 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:04 | **AH_v11p.203** |
| | 589:03    THE WITNESS: I think it's very unfair. | | |
| | 589:04    BY MR. PRICE WOLF: | | |
| | 589:05  Q.  Why not?  Why is it unfair? | | |
| 589:07 - 590:01 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:52 | **AH_v11p.204** |
| | 589:07    THE WITNESS:  In eight and a half years at | | |
| | 589:08    any company, there are going to be disagreements. | | |
| | 589:09    What you see in these chats is a snapshot in time. | | |
| | 589:10    And there could be -- as I pointed out in some of | | |
| | 589:11    our discussions earlier, COVID's cloud was hanging | | |
| | 589:12    over a lot of discussions in late February, early | | |
| | 589:13    March. | | |
| | 589:14    There are a lot of things that are | | |
| | 589:15    stressors in this job.  It's not just the specific | | |
| | 589:16    moment at hand.  And it's not really, I would say, | | |
| | 589:17    fair or appropriate to take that snapshot in time | | |
| | 589:18    and make a judgment based off it.  It should be | | |
| | 589:19    looked at in context and in its totality. | | |
| | 589:20    In eight and a half years, of course there | | |
| | 589:21    are going to be disagreements within the company. | | |
| | 589:22    Of course you're going to have decisions made that | | |
| | 589:23    are disappointing, but over time, we're all in the | | |
| | 589:24    same -- we're all working toward the same goal, and | | |
| | 589:25    the decisions that are made are the decisions, and I | | |
| | 590:01    believe they're the right decisions. | | |
| 598:03 - 598:08 | **Hasbun, Andrew 2025-04-11** | 00:00:15 | **AH_v11p.205** |
| | 598:03  Q.  Let's talk for a second about chats -- | | |
| | 598:04  A.  Sure. | | |
| | 598:05  Q.  -- and criticisms in chats.  You've been | | |
| | 598:06    shown a number of printouts in your chats with some | | |
| | 598:07    of your colleagues at Uber, right? | | |
| | 598:08  A.  Yes, I have seen the chats. | | |
| 598:12 - 598:14 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:08 | **AH_v11p.206** |
| | 598:12    Can you describe what the chat function is | | |
| | 598:13    and how you personally use it at work?  Chat and | | |
| | 598:14    Slack.  I'll lump those together when I say "chat." | | |
| 598:15 - 599:11 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:02 | **AH_v11p.207** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 598:15    So to repeat the question, can you -- you've got it. | | **AH_v11p.207** |
| | 598:16    Can you describe what the chat function is and how | | |
| | 598:17    you personally use it at Uber? | | |
| | 598:18   A.   Yes. We conduct a lot of our | | |
| | 598:19    communication via chat, G-Chat, Slack. Many of | | |
| | 598:20    those reasons are because people are busy. We're in | | |
| | 598:21    meetings. We're dealing with things. You can't get | | |
| | 598:22    somebody on the phone. We often type in very quick, | | |
| | 598:23    incomplete sentences. | | |
| | 598:24    It's a very fast-pace environment, and we | | |
| | 598:25    use chat to talk amongst ourselves. Our colleagues | | |
| | 599:01    are across the country and around the world, and | | |
| | 599:02    chat is often the most effective way to communicate | | |
| | 599:03    with each other. | | |
| | 599:04    I will caveat that we're not the most | | |
| | 599:05    grammatically correct group. There are typos. We | | |
| | 599:06    don't -- there's lots of spaces. So looking at some | | |
| | 599:07    of these chats in this environment can look very | | |
| | 599:08    chaotic and wild and be hard to follow. | | |
| | 599:09   Q.   Is it true that sometimes you've used | | |
| | 599:10    chats with colleagues to express frustrations in the | | |
| | 599:11    moment? | | |
| 599:14 - 599:18 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:10 | **AH_v11p.208** |
| | 599:14    THE WITNESS: Yes, it is true. | | |
| | 599:15    BY MR. PRICE WOLF: | | |
| | 599:16   Q.   And do the chats that you've been shown in | | |
| | 599:17    your deposition over the past two days accurately | | |
| | 599:18    reflect how you feel about Uber? | | |
| 599:21 - 602:01 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:02:20 | **AH_v11p.209** |
| | 599:21    THE WITNESS: No, they don't. They are a | | |
| | 599:22    snapshot in time. I've been at Uber for eight and a | | |
| | 599:23    half years, and those are moments of frustration or | | |
| | 599:24    disagreement. And, you know, that's going to happen | | |
| | 599:25    over eight and a half years in a fast-paced | | |
| | 600:01    environment. | | |
| | 600:02    BY MR. PRICE WOLF: | | |
| | 600:03   Q.   You know Gus Fuldner, right? | | |
| | 600:04   A.   I do. | | |
| | 600:05   Q.   How long have you known him? | | |
| | 600:06   A.   I have -- | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

600:07    MR. SMITH:  Apologize.

600:08    BY MR. PRICE WOLF:

600:09  Q.  How long have you --

600:10  A.  The entire time I've worked at Uber.

600:11  Q.  How would you describe your relationship

600:12    with Mr. Fuldner?

600:13  A.  Positive.

600:14  Q.  What do you think of Mr. Fuldner as a

600:15    leader at Uber?

600:16  A.  I think -- I was just giving the beat.

600:17    Sorry.  I think that Gus Fuldner is an incredibly

600:18    intelligent man.  He's very methodical.  He takes

600:19    the time to listen to all the different angles, look

600:20    at the data, like receive feedback, and I think he's

600:21    very deliberate in his decision-making.

600:22    I don't always agree with everything, just

600:23    as anyone in any workplace may not always agree with

600:24    a leader's decision, but that's part of the process,

600:25    and you accept it and move on.

601:01  Q.  Similar with Katie Waitzman.  She's on the

601:02    legal team, correct?

601:03  A.  Correct.

601:04  Q.  How long have you known Ms. Waitzman?

601:05  A.  I've known Katie the entire time I've

601:06    worked at Uber.

601:07  Q.  And how would you describe your

601:08    relationship with her?

601:09  A.  Very positive.  Katie and I get along

601:10    great.

601:11  Q.  And generally, how would you describe her

601:12    as -- and her -- your relationship with her

601:13    vis-a-vis what she does on the legal team at Uber?

601:14  A.  Oh, I consult with Katie fairly regularly.

601:15    She has moved up over the years, but during my early

601:16    time at Uber, she oversaw a lot of the Safety &

601:17    Insurance litigation, and so I would work with Katy

601:18    fairly regularly on high-profile issues.  Legal

601:19    counsel, things like that, she would help -- help

601:20    guide us through some of the complex legal issues

601:21    and questions we were being asked.

601:22    She also was heavily involved in the

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 601:23 | Safety Report.  And so we worked with Katie very | | |
| | 601:24 | regularly.  Now she has a larger remit, and I don't | | |
| | 601:25 | see her as much as I would like, but we work | | |
| | 602:01 | together fairly regularly. | | |

| 602:13 - 602:17 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:15 | **AH_v11p.210** |

| | 602:13 | Q. | Are you -- you did mention earlier in |
| | 602:14 | | testimony with me today that you're proud -- you |
| | 602:15 | | used the word "proud" -- to be a part of the Uber |
| | 602:16 | | team, to be an employee at Uber.  Can you talk to me |
| | 602:17 | | more about that sense of pride? |

| 602:19 - 603:16 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:01 | **AH_v11p.211** |

| | 602:19 | THE WITNESS:  Yes.  I'm proud to work at |
| | 602:20 | Uber for many reasons.  I mean, if you just look at |
| | 602:21 | the impact that this company has had around the |
| | 602:22 | world, it's pretty -- it's pretty incredible, just |
| | 602:23 | as an overall business. |
| | 602:24 | We travel around the world and, you know, |
| | 602:25 | you have the singular experience of ordering an Uber |
| | 603:01 | and the car showing up.  It's a pretty incredible |
| | 603:02 | thing that we actually, like, take for granted. |
| | 603:03 | Ten, twelve years ago, this didn't exist in the form |
| | 603:04 | that we see it today. |
| | 603:05 | And I'm proud of the fact that the company |
| | 603:06 | is constantly evolving, investing in important |
| | 603:07 | issues like safety, or other things, like other |
| | 603:08 | priorities like autonomous vehicles, things like |
| | 603:09 | that.  It's constantly evolving. |
| | 603:10 | I'm really proud of the energy, the |
| | 603:11 | people, and the investment that they put behind |
| | 603:12 | these issues.  It takes time to get to a good spot, |
| | 603:13 | but the company generally follows through on its |
| | 603:14 | commitments, which is what we've seen with the |
| | 603:15 | Safety Report and many of the safety features that |
| | 603:16 | we have built. |

| 608:20 - 608:24 | **Hasbun, Andrew 2025-04-11** | 00:00:14 | **AH_v11p.212** |

| | 608:20 | Q. | You also spoke some about the (edited) |
| | 608:21 | | safety reports in response to Mr. Price Wolf's |
| | 608:22 | | questions.  You remember that? |
| | 608:23 | A. | Are you referring to the Safety Report, |
| | 608:24 | | the actual document? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 608:25 - 609:08 | **Hasbun, Andrew 2025-04-11** | 00:00:20 | **AH_v11p.213** |

608:25  Q.  In terms of your things you were proud of
609:01      for working for Uber and citing to safety features
609:02      and Uber's commitment to safety, one of the things
609:03      that you talked about was the safety reports.  Do
609:04      you remember that?
609:05  A.  Yes, I do.
609:06  Q.  And one of the things that you said was
609:07      you were the first company to ever put out a Safety
609:08      Report.  Do you remember that?

| 609:12 - 609:25 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:34 | **AH_v11p.214** |

609:12  Q.  Now, that's incorrect, right?  Because
609:13      Didi, Uber's competitor in China, put out a Safety
609:14      Report first.  Did you know that?
609:15  A.  I've seen Didi's Safety Report.  It is not
609:16      the same.  It might be called the same, but it's not
609:17      the same.
609:18  Q.  You know it addressed sexual assaults in
609:19      China.  Did you know that?
609:20  A.  I did not know that.  I've seen a variety
609:21      of reports from Didi.
609:22  Q.  And Didi put out a Safety Report, its
609:23      first Safety Report -- Didi is a rideshare company,
609:24      right?
609:25  A.  Yes, it is.  I'm aware of what Didi is.

| 611:06 - 611:06 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:07 | **AH_v11p.215** |

611:06  Q.  Going on on the Safety Report issue, do

| 611:07 - 612:05 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:01:13 | **AH_v11p.216** |

611:07      you remember -- well, yeah.  You talked about the
611:08      Safety Report and your pride in the Safety Report.
611:09      And I'd like to ask you now about the second Safety
611:10      Report that Uber put out.  Do you remember when that
611:11      one was put out?
611:12  A.  I'd have to refresh my memory on the date.
611:13      I feel like we went over it.  I think it was 2022.
611:14  Q.  Yeah, it was actually June 30th, 2022.
611:15  A.  Thank you.  Yes.
611:16  Q.  And that covered incidents that were
611:17      reported to Uber, of course, only for the five of

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 611:18    the 21 categories of sexual violence that Uber chose |  |  |
|  | 611:19    to report, but it covered incidents from 2019 and |  |  |
|  | 611:20    2020, correct? |  |  |
|  | 611:21  A.  That's correct. |  |  |
|  | 611:22  Q.  And do you remember that Uber actually put |  |  |
|  | 611:23    that report out on June 30th, 2022, which is |  |  |
|  | 611:24    actually more than two and a half years after its |  |  |
|  | 611:25    first Safety Report, right? |  |  |
|  | 612:01  A.  Yes. |  |  |
|  | 612:02  Q.  And that was the Thursday before 4th of |  |  |
|  | 612:03    July weekend 2022, right? |  |  |
|  | 612:04  A.  I'd have to look at the calendar, but I |  |  |
|  | 612:05    believe it was. |  |  |

**614:03 - 614:06** — **Hasbun, Andrew 2025-04-11 - PIP MP4** — 00:00:19 — **AH_v11p.217**

|  | 614:03  Q.  And these are a couple of e-mails that you |  |  |
|  | 614:04    sent first on Monday, June 27th, 2022, and then your |  |  |
|  | 614:05    response on Friday, July 1st, 2022, correct? |  |  |
|  | 614:06  A.  I'll need to take a second to look. |  |  |

**614:10 - 615:12** — **Hasbun, Andrew 2025-04-11 - PIP MP4** — 00:01:21 — **AH_v11p.218**

|  | 614:10  Q.  All right.  And again, this is two and a |  |  |
|  | 614:11    half years after the first Safety Report has been |  |  |
|  | 614:12    released, correct? |  |  |
|  | 614:13  A.  That's correct. |  |  |
|  | 614:14  Q.  And this first e-mail that you sent on |  |  |
|  | 614:15    Monday, June 27th, 2022, first you wrote "ACP" at |  |  |
|  | 614:16    the top of it, right? |  |  |
|  | 614:17  A.  Yes. |  |  |
|  | 614:18  Q.  And you thought it was attorney-client |  |  |
|  | 614:19    privileged? |  |  |
|  | 614:20  A.  Yes. |  |  |
|  | 614:21  Q.  All right.  You wrote, "Hi.  This |  |  |
|  | 614:22    Thursday" -- which would have been June 30th, 2022, |  |  |
|  | 614:23    the date the report was actually released, correct? |  |  |
|  | 614:24  A.  Yes. |  |  |
|  | 614:25  Q.  "This Thursday at 2pm Pacific Time we plan |  |  |
|  | 615:01    to release the second US Safety Report covering the |  |  |
|  | 615:02    years 2019-2020," correct? |  |  |
|  | 615:03  A.  Yes. |  |  |
|  | 615:04  Q.  "Our goal with the date and time selection |  |  |
|  | 615:05    is to create a quick, controlled news cycle focused |  |  |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 615:06 | on the topline data leading into the extended 4th of | | |
| | 615:07 | July weekend." Correct? | | |
| | 615:08 A. | That's what's written in the document. | | |
| | 615:09 Q. | So this thing that you were so proud of | | |
| | 615:10 | you were releasing on Thursday, at 5:00 o'clock | | |
| | 615:11 | Eastern Time, on one of the biggest holiday weekends | | |
| | 615:12 | in the United States, right? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 615:14 - 616:04 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:41 | **AH_v11p.219** |

| | 615:14 | THE WITNESS: That's when it was released. |
| | 615:15 | Thursday at 2:00 p.m. Pacific Time. |
| | 615:16 | BY MR. MELUGIN: |
| | 615:17 Q. | And then your response e-mail is the day |
| | 615:18 | after it was released, that Friday, July 1st, 2022, |
| | 615:19 | correct? |
| | 615:20 A. | Yes. |
| | 615:21 Q. | And you sent it to ELT. That's the only |
| | 615:22 | "to" person in that line, right? |
| | 615:23 A. | In the "to" line, that's it. That's all |
| | 615:24 | that's there. |
| | 615:25 Q. | Well, and then you cc'd a whole bunch of |
| | 616:01 | people, and you bcc'd Mr. Fuldner separately, right? |
| | 616:02 A. | Well, he's on ELT at this point, so... |
| | 616:03 Q. | You also bcc'd him, correct? |
| | 616:04 A. | Yes, I did. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 616:09 - 616:17 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:24 | **AH_v11p.220** |

| | 616:09 Q. | And you wrote, "Hi everyone. The strategy |
| | 616:10 | behind the release of the second US Safety Report |
| | 616:11 | was to create a quick, controlled news cycle. So |
| | 616:12 | far, it has worked." |
| | 616:13 A. | If I could, yeah, I'd like to provide some |
| | 616:14 | context on what "controlled" means. |
| | 616:15 Q. | I'm just asking you what you wrote right |
| | 616:16 | now, Mr. Hasbun. Okay? |
| | 616:17 A. | Sure. That's what I wrote. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 618:18 - 618:20 | **Hasbun, Andrew 2025-04-11** | 00:00:15 | **AH_v11p.221** |

| | 618:18 Q. | All right. Now, for the third Safety |
| | 618:19 | Report, you chose to release that one on -- I want |
| | 618:20 | to say it was August 31st, 2024, right? |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 618:21 - 619:06 | **Hasbun, Andrew 2025-04-11** | 00:00:23 | **AH_v11p.222** |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 618:21  A.  I believe that's the date.  I'd have to | | **AH_v11p.222** |
| | 618:22      double-check.  I can't confirm off the top of my | | |
| | 618:23      head. | | |
| | 618:24  Q.  And that's a Friday of Labor Day Weekend | | |
| | 618:25      this last -- this most recent year, right? | | |
| | 619:01  A.  Again, I'd have to look at the calendar, | | |
| | 619:02      but yes, I believe so. | | |
| | 619:03  Q.  That sounds right.  I mean, it's the last | | |
| | 619:04      day in August.  That's about usually when Labor Day | | |
| | 619:05      happens, right? | | |
| | 619:06  A.  Yes. | | |
| 619:21 - 619:25 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:17 | **AH_v11p.223** |
| | 619:21  Q.  My question was that you chose a Friday of | | |
| | 619:22      a holiday weekend the second time in a row that Uber | | |
| | 619:23      had chosen a Thursday or a Friday of a major holiday | | |
| | 619:24      weekend in the United States to release its Safety | | |
| | 619:25      Reports, correct? | | |
| 620:02 - 620:07 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:12 | **AH_v11p.224** |
| | 620:02      THE WITNESS:  That's the timing of when we | | |
| | 620:03      released them, yes. | | |
| | 620:04      BY MR. MELUGIN: | | |
| | 620:05  Q.  And you'll agree, regardless of reason, | | |
| | 620:06      that the third Safety Report was again more than two | | |
| | 620:07      years after the second, correct? | | |
| 620:09 - 620:10 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:05 | **AH_v11p.225** |
| | 620:09      THE WITNESS:  Yes, it was more than two | | |
| | 620:10      years, if you look on the calendar, yes. | | |
| 623:19 - 623:21 | **Hasbun, Andrew 2025-04-11** | 00:00:10 | **AH_v11p.226** |
| | 623:19  Q.  The most recent data that's from any of | | |
| | 623:20      these safety reports -- so the third essentially -- | | |
| | 623:21      only goes up to the end of 2022, correct? | | |
| 623:23 - 624:04 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:18 | **AH_v11p.227** |
| | 623:23      THE WITNESS:  I -- yeah, I believe so. | | |
| | 623:24      I'd have to just double-check to make sure, but yes, | | |
| | 623:25      that's it. | | |
| | 624:01      BY MR. MELUGIN: | | |
| | 624:02  Q.  So the most recent public data for sexual | | |
| | 624:03      assaults reported to Uber in relation to Uber rides | | |
| | 624:04      is more than two years old, right? | | |

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 624:06 - 624:07 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:05 | **AH_v11p.228** |

624:06    THE WITNESS: Yes, that's correct.  The
624:07    last one went to 2022.

| 624:21 - 624:23 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:06 | **AH_v11p.229** |

624:21  Q.  So the answer is you don't know, to my
624:22       question is Uber going to continue to publish its
624:23       Safety Reports, right?

| 624:25 - 625:04 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:10 | **AH_v11p.230** |

624:25    THE WITNESS:  Correct.  My answer is I
625:01    don't know.  It's an active discussion.
625:02    BY MR. MELUGIN:
625:03  Q.  Well, discussion that I -- am I correct in
625:04       assuming that you're not a part of?

| 625:06 - 625:12 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:20 | **AH_v11p.231** |

625:06    THE WITNESS:  As far as I know, that's --
625:07    it's still an open question.
625:08    BY MR. MELUGIN:
625:09  Q.  So as we sit here today, we have no idea
625:10       when the next more recent than December 31st, 2022
625:11       data for sexual assaults on Ubers is even going to
625:12       come out, right?

| 625:14 - 625:15 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:05 | **AH_v11p.232** |

625:14    THE WITNESS:  I -- sitting here, I can't
625:15    tell you when the next one's coming out, no.

| 628:04 - 628:11 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:30 | **AH_v11p.233** |

628:04  Q.  What you have in front of you here in
628:05       Exhibit 1561 is the Policy and Comms Plan for the
628:06       2021-2022 Safety Report.  This document is dated
628:07       May -- the creation date is May 28th, 2024.  And
628:08       it's for a report that hasn't been released yet, but
628:09       covers data that goes -- most recent of which comes
628:10       from 2022, right?
628:11  A.  Yes.

| 628:17 - 629:03 | **Hasbun, Andrew 2025-04-11 - PIP MP4** | 00:00:38 | **AH_v11p.234** |

628:17  Q.  And if we go to the page ending 570.  This
628:18       is the "FAQ" section, right?
628:19  A.  Yes.
628:20  Q.  And you see the bolded question there

**AH_v11p - HASBUN, ANDREW- v11p - As-Played in Court 01/15/26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | |
|---|---|
| 628:21 | under this first section, "Question:  Do you still |
| 628:22 | plan to do the report every two years?"  Do you see |
| 628:23 | that? |
| 628:24 | A.  I do. |
| 628:25 | Q.  Can you read the answer that's there for |
| 629:01 | the FAQ? |
| 629:02 | A.  Says, "Ignore if possible."  Just that -- |
| 629:03 | just that -- |

| | |
|---|---|
| PLF Affirmative | 00:59:54 |
| PLF Counter | 00:08:46 |
| DEF Counter | 00:25:06 |
| **TOTAL RUN TIME** | **01:33:46** |