# COURT EXHIBIT 15B

Andrew Hasbun Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00054 | 536 | UBER_JCCP_MDL_001104996 |
| P-00061 | 544 | UBER_JCCP_MDL_000549686 |
| P-00064 | 547 | UBER_JCCP_MDL_000202587 |
| P-00067 | 552 | UBER_JCCP_MDL_004165036 |
| P-00074 | 561 | UBER_JCCP_MDL_000456219 |
| P-00075 | 562 | UBER_JCCP_MDL_000208167 |
| P-00085 | 578 | UBER_JCCP_MDL_001993131 |
| P-00092 | 2707 | UBER_JCCP_MDL_001283906 |
| P-00740 | 2220 | UBER_JCCP_MDL_002096546 |
| P-01133 | 617 | UBER_JCCP_MDL_000562614 |
| P-01157 | 644 | UBER_JCCP_MDL_001144360 |
| P-01396 | 560 | UBER000001197 |
| P-01469 | 548 | UBER_JCCP_MDL_003664790 |

| | | |
|---|---|---|
| P-01506 | 551 | UBER_JCCP_MDL_002348245 |