# COURT EXHIBIT 16A

Designation Run Report for Greg Brown
as played in Court 1/22/2026 (June 17, 2025)

# BG-170_24-171_4-PLAYED

Designation List Report

**Brown, Greg**                                           2025-06-17

| PLF Affrirmative | 00:00:17 |
|---|---|
| **TOTAL RUN TIME** | **00:00:17** |



ID: BG-170_24-171_4-PLAYED

**BG-170_24-171_4-PLAYED**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 170:24 - 171:04 | **Brown, Greg 2025-06-17** | | 00:00:17 | **BG-170_24-171_4-PLAYED.1** |
| | 170:24  Q. | And it further says, Without | | |
| | 170:25 | understanding the scope of under-reporting, we | | |
| | 171:01 | cannot evaluate its impacts on either the | | |
| | 171:02 | business or our users. | | |
| | 171:03 | And that's also true, right? | | |
| | 171:04  A. | I think that's a logical statement, yes. | | |

| | | |
|---|---|---|
| PLF Affrirmative | | 00:00:17 |
| **TOTAL RUN TIME** | | **00:00:17** |