# COURT EXHIBIT 16B

Designation Run Report for Greg Brown
as played in Court 1/22/2026 (July 15, 2025, 23:8-17)

# BG-23_8-17_PLAYED

Designation List Report



| Brown, Greg | 2025-07-15 |

| PLF Affrirmative | 00:00:34 |
|---|---|
| **TOTAL RUN TIME** | **00:00:34** |



**ID: BG-23_8-17_PLAYED**

**BG-23_8-17_PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:08 - 23:17 | **Brown, Greg 2025-07-15 - WIT MP4**<br>23:08  Q.  When Uber onboarded Mr. Turay, it knew<br>23:09       that his job might involve transporting women who<br>23:10       are riding alone, intoxicated, late at night,<br>23:11       right?<br>23:12  A.  I think it is a fact of the Uber<br>23:13       platform that all sorts of rides are facilitated<br>23:14       via the platform, including ones that meet the<br>23:15       conditions you just mentioned.<br>23:16  Q.  Is that a yes?<br>23:17  A.  Yes. | 00:00:34 | BG-23_8-17_PLAYED.1 |

| | | |
|---|---|---|
| PLF Affrirmative | | 00:00:34 |
| **TOTAL RUN TIME** | | **00:00:34** |