# COURT EXHIBIT 16C

Designation Run Report for Greg Brown
as played in Court 1/22/2026 (July 15, 2025, 127:10-19)

# BG-127_10-19-PLAYED

Designation List Report

 **Brown, Greg** 2025-07-15

| PLF Affrirmative | 00:00:35 |
|---|---|
| **TOTAL RUN TIME** | **00:00:35** |



**ID: BG-127_10-19-PLAYED**

**BG-127_10-19-PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 127:10 - 127:19 | **Brown, Greg 2025-07-15 - WIT MP4** | 00:00:35 | **BG-127_10-19-PLAYED.1** |
| | 127:10  Q.  And so Uber knows in the context of its | | |
| | 127:11       investigations that long stops and, | | |
| | 127:12       quote/unquote, midway drop-offs can be signs of | | |
| | 127:13       potential sexual assault occurring, right? | | |
| | 127:14  A.  I think, as I mentioned, there can be | | |
| | 127:15       reports of a sexual assault associated with those | | |
| | 127:16       product features of RideCheck.  My understanding | | |
| | 127:17       is that's why those features exist, in addition | | |
| | 127:18       to other problematic types of reports, sexual | | |
| | 127:19       assault being one of them. | | |

| | | |
|---|---|---|
| PLF Affrirmative | | 00:00:35 |
| **TOTAL RUN TIME** | | **00:00:35** |