# COURT EXHIBIT 16D

Designation Run Report for Greg Brown
as played in Court 1/22/2026 (July 15, 2025, 143:5-24)

# BG-143_5-143_24_PLAYED

Designation List Report

 **Brown, Greg**  2025-07-15

| PLF Affrirmative | 00:00:47 |
|---|---|
| **TOTAL RUN TIME** | **00:00:47** |



**ID: BG-143_5-143_24_PLAYED**

**BG-143_5-143_24_PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 143:05 - 143:24 | **Brown, Greg 2025-07-15 - WIT MP4** | 00:00:47 | BG-143_5-143_24_PLAYED.1 |
| | 143:05 Q. Did you see for the subject trip that | | |
| | 143:06     Mr. Turay, when he was with Ms. Dean, received | | |
| | 143:07     a note -- he ended the trip early before reaching | | |
| | 143:08     the destination, he got an alert for midway | | |
| | 143:09     drop-off, and he dismissed it? | | |
| | 143:10 A. I believe I did review that in the | | |
| | 143:11     course of preparation. | | |
| | 143:12 Q. And he had not actually dropped off | | |
| | 143:13     Ms. Dean, right, at that point? | | |
| | 143:14 A. My understanding, based on the | | |
| | 143:15     allegation, is that the trip was ended early at | | |
| | 143:16     that time. | | |
| | 143:17 Q. Right.  And it's your understanding, | | |
| | 143:18     based on the allegation, that the trip didn't end | | |
| | 143:19     early for him to drop Ms. Dean off on the side of | | |
| | 143:20     the freeway.  The trip ended early for him to | | |
| | 143:21     assault Ms. Dean on the side of the freeway, | | |
| | 143:22     right? | | |
| | 143:23 A. That's consistent with my understanding | | |
| | 143:24     of the allegation. | | |

| | | | |
|---|---|---|---|
| | PLF Affrirmative | | 00:00:47 |
| | **TOTAL RUN TIME** | | **00:00:47** |