# COURT EXHIBIT 16E

Designation Run Report for Greg Brown
as played in Court 1/22/2026 (July 15, 2025, 210:13-211:13)

# BG-210_13-211_13-PLAYED

Designation List Report


**Brown, Greg**                                                              **2025-07-15**

| PLF Affrirmative | 00:01:18 |
|---|---|
| **TOTAL RUN TIME** | **00:01:18** |



**ID: BG-210_13-211_13-PLAYED**

**BG-210_13-211_13-PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 210:13 - 211:13 | **Brown, Greg 2025-07-15 - WIT MP4** | 00:01:18 | BG-210_13-211_13-PLAYED.1 |
| | 210:13   So after Ms. Dean received the information that | | |
| | 210:14   Uber had presented to her about Mr. Turay, he | | |
| | 210:15   arrived in the designated pickup location at | | |
| | 210:16   approximately 12:31 a.m., right? | | |
| | 210:17  A.  Yes, that's my understanding. | | |
| | 210:18  Q.  And at 12:33 a.m., she was in his | | |
| | 210:19   vehicle and the trip had begun, right? | | |
| | 210:20  A.  Yes, that's my understanding. | | |
| | 210:21  Q.  Five minutes later, at about 12:38 a.m., | | |
| | 210:22   the driver took an action in his -- on his phone | | |
| | 210:23   to mark the trip as completed, right? | | |
| | 210:24  A.  Yes, that's my understanding. | | |
| | 210:25  Q.  He did that at an offramp on the side of | | |
| | 211:01   the freeway, right? | | |
| | 211:02  A.  Yes, I believe that's correct. | | |
| | 211:03  Q.  That was not the destination that the | | |
| | 211:04   rider had put in, right? | | |
| | 211:05  A.  That's correct. | | |
| | 211:06  Q.  And then from Uber's data, they didn't | | |
| | 211:07   see any mobile events recorded for a while after | | |
| | 211:08   that, right? | | |
| | 211:09  A.  Yes, that's my understanding. | | |
| | 211:10  Q.  In fact, 20 minutes go -- or 19 minutes | | |
| | 211:11   go by where there is no more mobile event data | | |
| | 211:12   pinging for Uber, right? | | |
| | 211:13  A.  Yes, that's my understanding. | | |

| | | |
|---|---|---|
| PLF Affrirmative | | 00:01:18 |
| **TOTAL RUN TIME** | | **00:01:18** |