# COURT EXHIBIT 16F

Designation Run Report for Greg Brown
as played in Court 1/22/2026 (August 25, 2025)

# BG-73_21-74_1-74_4-5-PLAYED

Designation List Report

 **Brown, Greg**  **2025-08-25**

| PLF Affrirmative | 00:00:24 |
|---|---|
| **TOTAL RUN TIME** | **00:00:24** |



**ID: BG-73_21-74_1-74_4-5-PLAYED**

**BG-73_21-74_1-74_4-5-PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 73:21 - 74:01 | **Brown, Greg 2025-08-25 - WIT MP4** | 00:00:19 | **BG-73_21-74_1-74_4-5-PLAYED.1** |
| | 73:21 Q. That's something you, as Uber's director of central <br> 73:22 safety, knows that sometimes when Uber investigates <br> 73:23 incidents, it learns that those that had a -- they <br> 73:24 were a midway drop-off on paper, were actually a <br> 73:25 driver ending the trip on the app but keeping the <br> 74:01 passenger trapped with him, right? | | |
| 74:04 - 74:05 | **Brown, Greg 2025-08-25 - WIT MP4** | 00:00:05 | **BG-73_21-74_1-74_4-5-PLAYED.2** |
| | 74:04 A. I think there have been examples I have seen that, <br> 74:05 unfortunately, do fit that fact pattern. | | |

| | |
|---|---|
| PLF Affrirmative | 00:00:24 |
| **TOTAL RUN TIME** | **00:00:24** |