# COURT EXHIBIT 17

Designation Run Report for Olajuwon Ramos
as played in Court 1/26/2026 (June 26, 2025)

# 0_RAMOS-11009V2

Designation List Report

| | | |
|---|---|---|
| | **Ramos, Olajuwon** | **2025-06-26** |

| Our Designations | 00:04:17 |
|---|---|
| **TOTAL RUN TIME** | **00:04:17** |



**ID: 0_RAMOS-11009V2**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 110:09 - 111:16 | **Ramos, Olajuwon 2025-06-26** | 00:01:29 | 0_RAMOS-11009V2.1 |
| | 110:09  Q.  (BY MS. CLEMENT)  Switching gears as we | | |
| | 110:10       wrap up, do you have any other information about | | |
| | 110:11       what happened on November 15th, 2023, that we have | | |
| | 110:12       not discussed today? | | |
| | 110:13  A.  Like I said, as far as I know, I know, | | |
| | 110:14       like I said, she was assaulted, you know.  She was | | |
| | 110:15       very distraught.  Like I say, even now I know she | | |
| | 110:16       struggles with a lot of stuff, you know, as far as | | |
| | 110:17       not being able to sleep in her room without a light | | |
| | 110:18       on, not being able to sleep without three doors | | |
| | 110:19       being closed.  We can't walk into her room, you | | |
| | 110:20       know, without her being nervous that somebody's | | |
| | 110:21       coming in her room.  You know, we have to announce | | |
| | 110:22       ourselves, you know.  Like, it's changed her in the | | |
| | 110:23       worst way.  You know, she -- she is a fighter and, | | |
| | 110:24       you know, we've always tried to talk to her about | | |
| | 110:25       being strong and being responsible, and I know she | | |
| | 111:01       is responsible.  She's very smart, she's very | | |
| | 111:02       beautiful, you know, and I always want what's best | | |
| | 111:03       for my daughter, and I hate that my daughter have to | | |
| | 111:04       go through this.  You know, it sucks.  She was | | |
| | 111:05       trying to be responsible.  She was trying to do what | | |
| | 111:06       she felt was right, and due to these circumstances, | | |
| | 111:07       it changed her life forever, you know.  This is not | | |
| | 111:08       something that she wants to go through.  It's not | | |
| | 111:09       something that I feel like any woman or any girl or | | |
| | 111:10       anybody should have to deal with.  So it sucks that, | | |
| | 111:11       you know, this is something that she has to deal | | |
| | 111:12       with for the rest of her life, and I'm very proud of | | |
| | 111:13       the woman that she's becoming because she is trying | | |
| | 111:14       to stand up for herself, and she was nervous and she | | |
| | 111:15       still is nervous a lot of the time, but I know that | | |
| | 111:16       she keeps on fighting, and that's what I tell her. | | |
| 112:02 - 113:18 | **Ramos, Olajuwon 2025-06-26** | 00:02:01 | 0_RAMOS-11009V2.3 |
| | 112:02  Q.  You mentioned that Jaylynn Dean now has | | |
| | 112:03       trouble sleeping without a light on.  Are you aware | | |
| | 112:04       of her having trouble sleeping without a light on | | |
| | 112:05       prior to November 15th? | | |
| | 112:06  A.  She didn't need a light on.  She -- she | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 112:07 | was fine, you know. Like, now, you know, she sleeps | | |
| | 112:08 | with her closet light on. Like I said, she has | | |
| | 112:09 | three -- three doors in her room, which she locks | | |
| | 112:10 | all three of them, and, you know, I didn't | | |
| | 112:11 | understand it because one of them was to the | | |
| | 112:12 | bathroom, but she gets nervous because she hears, | | |
| | 112:13 | like, my son. He might try to go in there and use | | |
| | 112:14 | the restroom and she does get nervous. And he | | |
| | 112:15 | knows, like, he has to announce himself to let her | | |
| | 112:16 | know, like, "Hey, it's me, it's Devin. You know, | | |
| | 112:17 | I'm using the bathroom," you know, because she is | | |
| | 112:18 | scared, she is nervous, and I hate that she has to | | |
| | 112:19 | feel that way. I hate that she has to, you know, go | | |
| | 112:20 | through these things, you know. She hates -- you | | |
| | 112:21 | know, a lot of times, especially when she first came | | |
| | 112:22 | back, she didn't want to be by herself. She was, | | |
| | 112:23 | you know, an adult sleeping in my bed with my wife | | |
| | 112:24 | because she didn't want to be by herself. She | | |
| | 112:25 | didn't feel comfortable to be by herself. You, | | |
| | 113:01 | know, it sucks that she has to go through that. It | | |
| | 113:02 | sucks that she has to go through the situation that | | |
| | 113:03 | she has to go through, and, like I said, I just | | |
| | 113:04 | wouldn't wish this on anybody. I wouldn't wish this | | |
| | 113:05 | on anybody to have to go through what she's had to | | |
| | 113:06 | go through and what she continues to go through, and | | |
| | 113:07 | I know she struggles, and everybody has their ups | | |
| | 113:08 | and their downs, but with her, you know, it's, like | | |
| | 113:09 | I said, I'm very proud of, you know, what she's done | | |
| | 113:10 | with her life, and she's not trying to let this hold | | |
| | 113:11 | her back, but I know in certain situations it does | | |
| | 113:12 | bother her. She does think, you know, like, | | |
| | 113:13 | sometimes, like, this was her fault because she was | | |
| | 113:14 | trying to be responsible, and she -- it really | | |
| | 113:15 | isn't. | | |
| | 113:16 | Q. Are you aware of any other changes in | | |
| | 113:17 | Jaylynn besides her sleeping with her light on since | | |
| | 113:18 | November 15th, 2023? | | |
| 113:20 - 114:11 | **Ramos, Olajuwon 2025-06-26** | | 00:00:47 | **0_RAMOS-11009V2.2** |
| | 113:20 | THE WITNESS: Yes. Yes. | | |
| | 113:21 | Q. (BY MS. CLEMENT) What are those changes? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 113:22  A.  I mean, just her -- her body language, you | | |
| | 113:23         know.  I, you know, have to go change her oil for | | |
| | 113:24         her.  You know, like I have to do -- she doesn't | | |
| | 113:25         like doing -- if she thinks that it's, you know, a | | |
| | 114:01         man that's going to be there by herself, she doesn't | | |
| | 114:02         like doing those things by herself with just a man | | |
| | 114:03         by herself anymore.  You know, she -- before, you | | |
| | 114:04         know, she could be open to say, "Hey, I can go to | | |
| | 114:05         Walmart and, you know, talk to the service guy to | | |
| | 114:06         get my oil changed," but now, you know, she needs me | | |
| | 114:07         to do those things for her because she just doesn't | | |
| | 114:08         feel comfortable with him and I don't blame her. | | |
| | 114:09  Q.  And prior to November 15th, 2023, were | | |
| | 114:10         those things that Jaylynn would do herself? | | |
| | 114:11  A.  Yes. | | |

| | | | |
|---|---|---|---|
| Our Designations | | 00:04:17 | |
| **TOTAL RUN TIME** | | **00:04:17** | |