# COURT EXHIBIT 18

Designation Run Report for Natasha Ramos
as played in Court 1/26/2026 (June 26, 2025)

# N_RAMOS-7604_v2

Designation List Report

| | Ramos, Natasha | 2025-06-26 |
|---|---|---|
| | Our Designations | 00:01:18 |
| | **TOTAL RUN TIME** | **00:01:18** |



**ID: N_RAMOS-7604_v2**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 76:04 - 76:25 | **Ramos, Natasha 2025-06-26 - WIT MP4** | | 00:01:18 | N_RAMOS-7604_v2.1 |
| | 76:04 | She's just not herself anymore.  She -- after her | | |
| | 76:05 | breakup with Ryan, she was sad, but she was ready to | | |
| | 76:06 | move forward.  She was ready to see what the world | | |
| | 76:07 | had to offer for her as a single girl, and she | | |
| | 76:08 | wanted to be a flight attendant and she did that. | | |
| | 76:09 | She almost finished and then that incident happened, | | |
| | 76:10 | and everything's been different since then.  She's | | |
| | 76:11 | just not the same anymore.  She just -- she seems | | |
| | 76:12 | afraid.  She wants me to go everywhere with her. | | |
| | 76:13 | She wants me to drive her places.  Sometimes just | | |
| | 76:14 | going to get her braces on, she wants me to be with | | |
| | 76:15 | her all the time.  It's not the same kid anymore. | | |
| | 76:16 | Excuse me. | | |
| | 76:17 | Q.  And so approximately when did that start | | |
| | 76:18 | in terms of the disturbance of her sleep patterns? | | |
| | 76:19 | A.  I would say right when she got back | | |
| | 76:20 | because she wasn't able to graduate with everything | | |
| | 76:21 | that happened.  She wasn't able to walk across the | | |
| | 76:22 | stage and, you know, get her flight attendant wings | | |
| | 76:23 | and things like that.  They wanted her to go home | | |
| | 76:24 | and take a break.  Even though she passed everything | | |
| | 76:25 | and earned it, that was robbed from her, too. | | |

| | | |
|---|---|---|
| Our Designations | | 00:01:18 |
| **TOTAL RUN TIME** | | **00:01:18** |

# N_RAMOS-9513

Designation List Report

| | | |
|---|---|---|
|  **Ramos, Natasha** | | 2025-06-26 |

| Our Designations | 00:00:38 |
|---|---|
| **TOTAL RUN TIME** | **00:00:38** |



**ID: N_RAMOS-9513**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 95:13 - 95:14 | **Ramos, Natasha 2025-06-26** | 00:00:02 | **N_RAMOS-9513.1** |
| | 95:13   Q.   (BY MS. BARTLEY)  Okay.  Does she | | |
| | 95:14        currently go out with friends? | | |
| 95:16 - 96:02 | **Ramos, Natasha 2025-06-26** | 00:00:36 | **N_RAMOS-9513.2** |
| | 95:16        THE WITNESS:  She has with Elisa.  They've | | |
| | 95:17        picked her up.  We've convinced her to go to some | | |
| | 95:18        concerts.  Since everything happened, she's just | | |
| | 95:19        been in her room a lot, and we've done everything | | |
| | 95:20        that we can to try -- I've went with a concert to | | |
| | 95:21        her myself.  We've tried to get her to go with | | |
| | 95:22        friends.  We've just been trying to get her pushed | | |
| | 95:23        out there because she's just a lot more reserved. | | |
| | 95:24        She just wants to stay in her room a lot, and even | | |
| | 95:25        when she's home, she comes out to eat, and a lot of | | |
| | 96:01        the time she doesn't even eat dinner at the table. | | |
| | 96:02        She takes it to her room.  She's in her room a lot. | | |

| | | | |
|---|---|---|---|
| | Our Designations | 00:00:38 | |
| | **TOTAL RUN TIME** | **00:00:38** | |