# COURT EXHIBIT 19

Designation Run Report for Elisa Gregg
as played in Court 1/26/2026 (June 25, 2025)

# GREGG-97_18-98_5

Designation List Report



| | Gregg, Elisa | 2025-06-25 |

| Our Designations | 00:00:44 |
| **TOTAL RUN TIME** | **00:00:44** |



**ID: GREGG-97_18-98_5**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 97:18 - 97:22 | **Gregg, Elisa 2025-06-25** | 00:00:10 | **GREGG-97_18-98_5.1** |
| | 97:18   Q.  And another kind of broad question, but do | | |
| | 97:19         you have any other information about the impact on | | |
| | 97:20         Ms. Dean's life from the alleged incidents of | | |
| | 97:21         November 15th, 2023, that we have not discussed | | |
| | 97:22         today? | | |
| 97:24 - 98:05 | **Gregg, Elisa 2025-06-25** | 00:00:33 | **GREGG-97_18-98_5.2** |
| | 97:24         THE WITNESS:  Not that she's told me, but | | |
| | 97:25         just from my perspective, I've noticed a big shift | | |
| | 98:01         in her personality, just that she's been a lot more | | |
| | 98:02         anxious and kind of keeps things to herself and has | | |
| | 98:03         been a lot more timid and everything like that, but | | |
| | 98:04         nothing that she has directly told me.  Just that's | | |
| | 98:05         been what I've observed. | | |

| Our Designations | 00:00:44 |
|---|---|
| **TOTAL RUN TIME** | **00:00:44** |