# COURT EXHIBIT 20

Designation Run Report for Brooklyn Filtz
as played in Court 1/26/2026 (June 30, 2025)

# FILTZ-72_4-21

Designation List Report

**Filtz, Brooklyn**  2025-06-30

| Our Designations | 00:00:57 |
|---|---|
| **TOTAL RUN TIME** | **00:00:57** |



**ID: FILTZ-72_4-21**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 72:04 - 72:21 | **Filtz, Brooklyn 2025-06-30** | 00:00:57 | **FILTZ-72_4-21.1** |

72:04  Q.  Okay. What would you -- what other
72:05      information do you have?
72:06  A.  Post breakup with Ryan, Jaylyn and I
72:07      became very close again. That's when she had moved
72:08      to Kansas. We had not spoken often. We were back
72:09      to speaking almost every single day. We had been
72:10      making plans to see each other and then post
72:11      November of 2023, Jaylyn was very distant. I very
72:12      rarely heard from her. I would send multiple
72:13      messages in a row for days on end before hearing a
72:14      response. She stopped showing up to plans unless it
72:15      was small intimate gatherings of just us girls or a
72:16      couple of our most trusted guy friends, things such
72:17      as that. I still have noticed, she, to this day
72:18      will randomly cancel on plans the day of, the day
72:19      before. No explanation given, just an apology and
72:20      that she can't make it and this has been ongoing
72:21      since November of 2023.

| | | | |
|---|---|---|---|
| | Our Designations | 00:00:57 | |
| | **TOTAL RUN TIME** | **00:00:57** | |