[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB |
| | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S FOURTH AMENDED TRIAL EXHIBIT LIST** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | Judge: Hon. Charles R. Breyer |
| | Courtroom: 6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN, | CASE NO. 25-cv-4276-PHX-CRB |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. | Courtroom: 501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

1

DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA. LLC'S
FOURTH AMENDED TRIAL EXHIBIT LIST
Case No. 3:23-md-03084-CRB (LJC)

Defendants Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC (together, "Uber" or "Defendants") hereby submit the Fourth Amended Trial Exhibit List, attached hereto as Exhibit 1, in this matter. Defendants reserve the right to amend and/or supplement this Amended Trial Exhibit List based on supplementation pursuant to Rule 26(e) and/or agreements between the parties, Plaintiff's exhibit list, future productions or discovery, and the evidence presented at trial. The fact that an exhibit appears on this list is not to be construed as a waiver by Defendants of any objections they may have as to the admissibility of the exhibit or confidentiality. Defendants reserve all rights.

DATED:  January 27, 2026                    Respectfully submitted,

*/s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

[Signature block continues on next page]

| | |
|---|---|
| 1 | |
| 2 | Theane Evangelis (Admitted *Pro Hac Vice*)<br>Daniel Nowicki (Admitted *Pro Hac Vice*)<br>**GIBSON DUNN & CRUTCHER LLP** |
| 3 | 333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| 4 | Telephone: (213) 229-7000<br>TEvangelis@gibsondunn.com |
| 5 | DNowicki@gibsondunn.com |
| 6 | Sabrina H. Strong (SBN: 200292)<br>Jonathan Schneller (SBN: 291288) |
| 7 | **O'MELVENY & MYERS LLP**<br>400 South Hope Street, 19th Floor |
| 8 | Los Angeles, CA 90071<br>Telephone: (213) 430-6000 |
| 9 | sstrong@omm.com<br>jschneller@omm.com |
| 10 | *Attorneys for Defendants* |
| 11 | UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |

3

DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA. LLC'S
FOURTH AMENDED TRIAL EXHIBIT LIST
Case No. 3:23-md-03084-CRB (LJC)

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

                                            */s/ Laura Vartain Horn*
                                            Laura Vartain Horn

4

DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA. LLC'S
FOURTH AMENDED TRIAL EXHIBIT LIST
Case No. 3:23-md-03084-CRB (LJC)