William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250,
San Francisco, CA 94111
Phone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 620*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 620 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06249-CRB | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

  Pursuant to the Court's January 12, 2026 Order, Plaintiff Jane Doe LS 618, by and through

counsel hereby gives notice that the above-captioned action is dismissed without prejudice against

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

//

//

//

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1    Dated: January 27, 2026                      Respectfully Submitted,

2                                                 **LEVIN SIMES LLP**

3                                                 _/s/ Samira J. Bokaie_
                                                  William A. Levin
4                                                 Laurel L. Simes
                                                  David M. Grimes
5                                                 Samira J. Bokaie
                                                  _Attorneys for Plaintiff Jane Doe LS 620_
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:25-cv-06249-CRB                        PLAINTIFF JANE DOE LS 620'S NOTICE OF DISMISSAL
                                                  WITHOUT PREJUDICE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ Samira J. Bokaie*
Samira J. Bokaie

Case No. 3:25-cv-06249-CRB                    PLAINTIFF JANE DOE LS 620'S NOTICE OF DISMISSAL
                                              WITHOUT PREJUDICE