1  William A. Levin (SBN 98592)
   Laurel L. Simes (SBN 134637)
2  David M. Grimes (SBN 324292)
   Samira J. Bokaie (SBN 332782)
3  **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250,
   San Francisco, CA 94111
5  Phone: (415) 426-3000
   Facsimile: (415) 426-3001
6  Email: wlevin@levinsimes.com
7  Email: llsimes@levinsimes.com
   Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 625*
9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 625 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06539-CRB | |

21
                **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**
22
        Pursuant to the Court's January 12, 2026 Order, Plaintiff Jane Doe LS 625, by and through
23
   counsel hereby gives notice that the above-captioned action is dismissed without prejudice against
24
   Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.
25
   //
26
   //
27
   //
28

                                                    1

Case No. 3:25-cv-06539-CRB          PLAINTIFF JANE DOE LS 625'S NOTICE OF DISMISSAL
                                                    WITHOUT PREJUDICE

1 | Dated: January 27, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 625*

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ Samira J. Bokaie*
Samira J. Bokaie