William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250,
San Francisco, CA 94111
Phone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 628*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 628 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-06552-CRB | |

## **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Court's January 12, 2026 Order, Plaintiff Jane Doe LS 628, by and through

counsel hereby gives notice that the above-captioned action is dismissed without prejudice against

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

//

//

//

1    Dated: January 27, 2026                    Respectfully Submitted,

2                                             **LEVIN SIMES LLP**

3                                           */s/ Samira J. Bokaie*

4                                           William A. Levin
                                          Laurel L. Simes

5                                           David M. Grimes
                                          Samira J. Bokaie

6                                           *Attorneys for Plaintiff Jane Doe LS 628*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:25-cv-06552-CRB                PLAINTIFF JANE DOE LS 628'S NOTICE OF DISMISSAL
                                                WITHOUT PREJUDICE

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on January 27, 2026, I electronically filed the forgoing with the Clerk

3

of the Court using the CM/ECF system which will send notification of such filing to the

4

CM/ECF participants registered to receive service in this member case.

5

6

*/s/ Samira J. Bokaie*
Samira J. Bokaie

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3