UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>**PLAINITFF'S PROPOSED JURY INSTRUCTION RE: JENNIFER COMPLAINTS**<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.:  D. Ariz., 501 |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>           Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.:  501 |

PLAINTIFF'S PROPOSED JURY INSTRUCTION
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276

**Plaintiff's Proposed Jury Instruction**

**Evidence Concerning Jennifer Complaint**

Members of the Jury, over the course of the trial you have heard testimony and evidence about a user named Jennifer who made a complaint to Uber about Mr. Turay. As you recall, I admitted evidence regarding Jennifer's report not for the truth of the matter, but as to the notice to Uber. During the re-direct examination of Ms. Alli Cissna, Plaintiff's counsel questioned Ms. Cissna regarding possible explanations for the compilation of other reports that Uber's counsel offered into evidence. Those questions and those answers have been stricken from the record. You should not consider it or allow it to influence your verdict in any way. You may, however, consider the remainder of the testimony and evidence admitted into evidence during Ms. Cissna's testimony.

Dated: January 27, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*

- 1 -

PLAINTIFF'S PROPOSED JURY INSTRUCTION
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276

| | |
|---|---|
| 1 | |
| 2 | Roopal P. Luhana |
| 3 | **CHAFFIN LUHANA LLP** |
| 4 | 600 Third Avenue, 12th Floor |
| 5 | New York, NY 10016 |
| 6 | Telephone: (888) 480-1123 |
| 7 | Facsimile: (888) 499-1123 |
| 8 | luhana@chaffinluhana.com |

Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 27, 2026    By:    */s/ Andrew R. Kaufman*
                                   Andrew R. Kaufman