Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Listed on Signature Pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S ORDER ECF NO. 5004**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

STIPULATION AND [PROPOSED] ORDER REGARDING ECF 5004
Case No. 3:23-md-03084-CRB

...

# RECITALS

**WHEREAS**, on January 14, 2026, Defendants filed a Motion for Objection to Special Master's Order re [4965] ("Motion")(ECF No. 5004);

**WHEREAS**, Plaintiffs' Response to Defendants' Motion is due on or before January 28, 2026;

**WHEREAS,** Defendants' Reply in Support of their Motion is due on or before February 4, 2026;

**WHEREAS**, Plaintiffs request that they be granted an additional twenty-one (21) days to file their Response to Defendants' Motion, with said Response to be due on or before February 11, 2026; and

**WHEREAS,** Defendants consent to Plaintiffs' request and request a reciprocal extension of their Reply in Support of their Motion to be due on or before February 18, 2026.

# STIPULATION

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

1. Plaintiffs shall be granted an extension to respond to Defendants' Motion for Objection to Special Master's Order re [4965] ("Motion")(ECF No. 5004) with said Response to be due on or before February 11, 2026; and

2. Defendants' Reply in Support of their Motion shall be due on or before February 18, 2026.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: January 27, 2026 | Respectfully submitted, |
| | By: */s/ Roopal P. Luhana* |
| | Roopal P. Luhana (Admitted *Pro Hac Vice*) |
| | **CHAFFIN LUHANA LLP** |
| | 600 Third Avenue, Floor 12 |
| | New York, NY 10016 |
| | Telephone: (888) 480-1123 |
| | luhana@chaffinluhana.com |
| | |
| | Sarah R. London |
| | **GIRARD SHARP LLP** |
| | 601 California St., Suite 1400 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 981-4800 |
| | slondon@girardsharp.com |
| | |
| | Rachel B. Abrams (SBN 209316) |
| | **PEIFFER WOLF CARR KANE** |
| | CONWAY & WISE, LLP |
| | 555 Montgomery Street, Suite 820 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 426-5641 |
| | rabrams@peifferwolf.com |
| | |
| | *Co-Lead Counsel for Plaintiffs* |
| | |
| | By: */s/ Christopher D. Cox* |
| | Christopher D. Cox (Admitted *Pro Hac Vice*) |
| | Jessica Davidson (Admitted Pro Hac Vice) |
| | **KIRKLAND & ELLIS LLP** |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | jessica.davidson@kirkland.com |
| | christopher.cox@kirkland.com |
| | |
| | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| | |
| | Allison M. Brown (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| | alli.brown@kirkland.com |

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 27, 2026                                              By: /s/ *Roopal P. Luhana*

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

HON. CHARLES R. BREYER
United States District Court Judge