Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Listed on Signature Pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 3:23-md-03084-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S ORDER ECF NO. 5004** <br><br> Judge: Hon. Charles R. Breyer <br> Courtroom: 6 – 17th Floor |

**RECITALS**

**WHEREAS**, on January 14, 2026, Defendants filed a Motion for Objection to Special Master's Order re [4965] ("Motion")(ECF No. 5004);

**WHEREAS**, Plaintiffs' Response to Defendants' Motion is due on or before January 28, 2026;

**WHEREAS,** Defendants' Reply in Support of their Motion is due on or before February 4, 2026;

**WHEREAS**, Plaintiffs request that they be granted an additional twenty-one (21) days to file their Response to Defendants' Motion, with said Response to be due on or before February 11, 2026; and

**WHEREAS,** Defendants consent to Plaintiffs' request and request a reciprocal extension of their Reply in Support of their Motion to be due on or before February 18, 2026.

**STIPULATION**

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

1. Plaintiffs shall be granted an extension to respond to Defendants' Motion for Objection to Special Master's Order re [4965] ("Motion")(ECF No. 5004) with said Response to be due on or before February 11, 2026; and

2. Defendants' Reply in Support of their Motion shall be due on or before February 18, 2026.

**IT IS SO STIPULATED.**

Dated: January 27, 2026

Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Christopher D. Cox*
Christopher D. Cox (Admitted *Pro Hac Vice*)
Jessica Davidson (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 27, 2026                                                          By: /s/ *Roopal P. Luhana*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 27, 2026

IT IS SO ORDERED
Judge Charles R. Breyer