[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB |
| This Document Relates to: *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S OBJECTIONS TO PLAINTIFF'S MEDIA REPORT EXHIBITS**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>  Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 501 |

## UBER'S OBJECTIONS TO PLAINTIFF'S MEDIA REPORT EXHIBITS

Defendants respectfully submit that the Court should strike admission of the exhibits identified below, which consist of media articles admitted over Defendants' objections, in some instances with limiting instructions that the exhibits were offered solely to show Uber's "state of mind." In addition to Defendants' hearsay objections, each exhibit is unduly prejudicial, and collectively the exhibits are cumulative. Accordingly, Defendants request that the Court strike the exhibits themselves, while leaving intact the related testimony concerning each exhibit. The basis for Defendants' objection to each exhibit is the same: each article constitutes hearsay, and even if admitted for the purported non-hearsay purpose of showing Defendants' state of mind, the exhibits are highly prejudicial because they contain inflammatory underlying facts. Moreover, the sheer number of exhibits renders the evidence cumulative, which further compounds the prejudice.

| Admitted Trial Exhibit | Description | Witness | Uber's Objection |
|---|---|---|---|
| P-00760 | Bui, "An Uber driver was asked to take a woman home. He drove her to a motel instead, police say," WA Post (Oct. 28, 2016) | Drumwright | 403 (unduly prejudicial, cumulative)<br><br>Hearsay |
| P-01423 | Lee, "Uber 'obtained rape victim's medical records,'" BBC (June 8, 2017) | Drumwright | 403 (unduly prejudicial, cumulative)<br><br>Hearsay |
| P-01735 | FW: Rape early Friday Morning in Cleveland Park (12/14/2012) | Drumwright | 403 (unduly prejudicial, cumulative)<br><br>Hearsay |
| P-01826 | O'Brien, et al., "CNN investigation: 103 Uber drivers accused of sexual assault or abuse," CNN (Apr. 30, 2018) | Drumwright | 403 (unduly prejudicial, cumulative)<br><br>Hearsay |
| P-01843 | De La Merced, "Uber I.P.O. Values Ride-Hailing Giant at $82.4 Billion," NY Times (May 9, 2019) | Kalanick | 403 (unduly prejudicial, cumulative)<br><br>Hearsay |

| P-01850 | Mise à jour de [Uber]: Media inquiry from Valleywag about choking incident in D.C. (9/16/2013) | Drumwright; Kalanick | 403 (unduly prejudicial, cumulative) <br><br> Hearsay |
|---|---|---|---|
| P-01857 | Warzel, "Sexist French Uber Promotion Paris Riders with 'Hot Chick' Drivers," Buzzfeed (Oct. 21, 2014) | Drumwright | 403 (unduly prejudicial, cumulative) <br><br> Hearsay |
| P-01861 | Ellis, "Exclusive: The Letter Travis Kalanick Never Sent," Gizmodo (Sept. 5, 2019) | Kalanick | 403 (unduly prejudicial, cumulative) <br><br> Hearsay |
| P-03684 | Nilles Ex. 1308; Zendehnam, "Napa Woman Shares Terrifying Experience with Uber Driver," Fox40 (Sept. 24, 2016) | Drumwright | 403 (unduly prejudicial, cumulative) <br><br> Hearsay |
| P-03685 | Nilles Ex. 1309, Fernandez, "Uber Bans Driver After Drug-Related Arrest in Costa Mesa," LA Times (Aug. 18, 2016) | Drumwright | 403 (unduly prejudicial, cumulative) <br><br> Hearsay |

DATED:  January 27, 2026              Respectfully submitted,

*/s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX  78701
Telephone: (512) 678-9100
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Sabrina H. Strong (SBN: 200292)
Jonathan Schneller (SBN: 291288)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
sstrong@omm.com
jschneller@omm.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

UBER'S OBJECTIONS TO PLAINTIFF'S MEDIA REPORT EXHIBITS

3   CASE NO. 3:23-MD-03084-CRB / 25-cv-4276-PHX-CRB

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn