1 | [Submitting counsel below]

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **DEFENDANTS' PROPOSED ADDITIONAL INSTRUCTION ON PUNITIVE DAMAGES** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Courtroom: Courtroom 6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN, | CASE NO. 25-cv-4276-PHX-CRB |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. UBER TECHNOLOGIES, INC., et al., | Courtroom: 501 |
| Defendants | |

**DEFENDANTS' ADDITIONAL PROPOSED JURY INSTRUCTION ON PUNITIVE DAMAGES**

You may not award punitive damages if you find either of the following:

1. that, at the time of the Uber app's use by Plaintiff, Uber complied with all Arizona statutes, standards, rules, regulations, orders, or other actions of an Arizona government agency that are relevant and material to the risk of sexual assault by a rideshare driver against a rideshare user; or

2. that Uber's pairing of Plaintiff and Mr. Turay involved practices in compliance with the rules, regulations, standards, or orders of a government agency, or with a statute administered by a government agency.

Authority: A.R.S. § 12-689(A)(2)-(3).

GIVEN: _____

REFUSED: _____

MODIFIED: _____

WITHDRAWN: _____

_____
The Honorable Charles R. Breyer

DATED: January 28, 2026            Respectfully submitted,

/s/ *Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Sabrina H. Strong (SBN: 200292)
Jonathan Schneller (SBN: 291288)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
sstrong@omm.com
jschneller@omm.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-2-
DEFENDANTS' PROPOSED ADDITIONAL INSTRUCTION ON PUNITIVE DAMAGES
CASE NO. 3:23-md-03084-CRB

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

-3-
DEFENDANTS' PROPOSED ADDITIONAL INSTRUCTION ON PUNITIVE DAMAGES
CASE NO. 3:23-md-03084-CRB