# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION


Case No. 3:23-md-03084-CRB
-------------------------------------------X


*** HIGHLY CONFIDENTIAL ***


VIDEOTAPED DEPOSITION

OF

CHAD DOBBS

THURSDAY, AUGUST 21, 2025


Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6950249-001

Chad Dobbs   Highly Confidential
August 21, 2025

1

2          DATE:  August 21, 2025

3          TIME:  9:09 a.m. (Eastern Time)

4

5

6    Deposition of CHAD DOBBS, held REMOTELY,

7  before Candida Borriello, Court Reporter and

8  Notary Public of the State of New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Chad Dobbs  Highly Confidential
August 21, 2025

1

2   A P P E A R A N C E S:

3
     Appearing on Behalf of MDL Plaintiffs:
4
     ANAPOL WEISS
5        14 Ridge Square, NW
         Third Floor
6        Washington, DC 20016
         (771) 224-8065
7   BY:   ALEXANDRA WALSH, ESQ.
     EMAIL:  awalsh@anapolweiss.com
8

9
     Appearing on Behalf of Uber Defendants
10   and the Witness:

11   KIRKLAND & ELLIS LLP
         1301 Pennsylvania Avenue, N.W.
12       Washington, DC 20004
         (202) 389-5211
13   BY:   JENNIFER LEVY, ESQ.
     EMAIL:  jennifer.levy@kirkland.com
14
             - and -
15
     KIRKLAND & ELLIS LLP
16       601 Lexington Avenue
         New York, New York 10022
17       (212) 341-7876
     BY:   MAX D. BARTELL, ESQ.
18   EMAIL:  max.bartell@kirkland.com

19

20   ALSO PRESENT:

21       REBECCA BARNHOLTZ
         Anapol Weiss
22
         SYLVESTER REDE
23       Anapol Weiss

24
     (Appearances continued on next page.)
25

Chad Dobbs  Highly Confidential
August 21, 2025

1

2  ALSO PRESENT:

3

     JOANNE MOON
4    Uber Technologies
   In-House Counsel
5    joanne.moon@uber.com

6    MICHAEL CHAN
   Uber Technologies
7    In-House Legal Staff

8    MJ ZIMDAHL, Videographer

9    DIANE INT-HOUT, Trial Technician

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Chad Dobbs  Highly Confidential
August 21, 2025

1

2        THE VIDEOGRAPHER:  Good morning.

3    We are going on the record today at

4    13:09 UTC time on August 21, 2025.

5        Audio and video recording will

6    continue to take place until all

7    parties agree to go off the record.

8    Please note that microphones are

9    sensitive and they may pick up

10     whispering and private conversations.

11        This is the video-recorded

12    proceeding of Chad Dobbs taken in the

13    matter of In re:  Uber Technologies.

14    Inc. Passenger Sexual Assault

15    Litigation.  This proceeding is being

16    held via remote video conference.

17        My name is MJ Zimdahl.  I'm a

18    videographer on behalf of US Legal

19    Support.  I'm not related to any party

20    in this action, nor am I financially

21    interested in the outcome.

22        The court reporter is Candida

23    Borriello, also on behalf of US Legal

24    Support.

25        All appearances will be noted on

Chad Dobbs   Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     the stenographic record.

3        And will the court reporter please

4     swear in the witness so that counsel

5     may proceed.

6  C H A D   D O B B S,

7   called as a witness, having been

8   duly sworn by a Notary Public,

9   was examined and testified as

10    follows:

11  EXAMINATION BY

12  MS. WALSH:

13     Q.  Good morning, Mr. Dobbs.

14     A.  Good morning.

15     Q.  Could you please state your full

16  name for the record?

17     A.  Yes.  My name is Chad Andrew Dobbs.

18     Q.  And you are sitting right now in

19  the offices of Kirkland & Ellis in New York

20  City?

21     A.  Correct.

22     Q.  Okay.  And in the room with you are

23  counsel from Kirkland & Ellis; is that right?

24     A.  That's right.

25     Q.  And also two in-house counsel from

1      C. Dobbs - Highly Confidential

2   Uber, correct?

3      A.  Yes.

4      Q.  And who are the in-house counsel

5   from Uber please?

6      A.  Joanne Moon and Michael Chan.

7      Q.  And what about counsel from

8   Kirkland?

9      A.  Jenny Levy and Max Bartell.

10      Q.  Okay.  And anyone else in the room?

11      A.  No one else.

12      Q.  Okay.  What about in front of you

13   right now, can you describe the technology

14   that you have in front of you?

15      A.  I have two computer screens; one

16   that has the Zoom where we are speaking, and

17   then another computer screen where the

18   exhibits will pop up throughout the day.

19      Q.  And are either of those computer

20   screens your own computers?

21      A.  They're not.

22      Q.  Okay.  Do you have, on either of

23   those computer screens, access to your email

24   or any messaging technology?

25      A.  I do not.

1      C. Dobbs - Highly Confidential

2      Q.  And do you have your phone in front

3  of you?

4      A.  My phone is on the desk in front of

5  me.

6      Q.  Okay.  If at any time you reference

7  anything on either of those computer screens

8  or on your phone to -- well, strike that.

9        Other than looking at me and

10  looking at the exhibits that are going to be

11  made available to you, if you have -- if you

12  end up referencing anything else on any of

13  the screens that we've discussed to help you

14  in answering my questions, can you please let

15  me know?

16      A.  For sure.

17      Q.  Great.  Okay.  Putting technology

18  aside, what about actual real life,

19  old-fashioned paper documents, do you have

20  anything like that in front of you?

21      A.  I do not.

22      Q.  Okay.  No note pads or anything

23  like that?

24      A.  There are a couple note pads on the

25  table.  They seem to be empty.  I'm not

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   referencing them.

3      Q.  Okay.  Great.  And did you bring

4   any documents here with you today for

5   purposes to aid you in answering questions in

6   this deposition?

7      A.  I did not specifically bring

8   documents, no.

9      Q.  Okay.  Did -- without revealing any

10   attorney-client privileged communications,

11   did your lawyers bring any documents that you

12   think you might end up referencing in

13   answering any questions in this deposition

14   today?

15      A.  Not that I'm aware of.

16      Q.  Okay.  Same request.

17         If you end up looking at any hard

18   copy documents to assist you in answering my

19   questions, could you please let me know?

20      A.  Of course.

21      Q.  Great.  Okay.  Mr. Dobbs, you are

22   the head of US City Operations for Uber; is

23   that correct?

24      A.  That's correct.

25      Q.  And how long have you held that

1      C. Dobbs - Highly Confidential

2   position?

3      A.  Probably about three years.

4      Q.  Okay.  So since sometime in 2022?

5      A.  That's right.

6      Q.  But you worked at Uber since 2013;

7   is that right?

8      A.  Correct.

9      Q.  You've always worked in operations;

10   is that correct?

11      A.  I have.

12      Q.  Okay.  Can you give the jury a

13   brief description of what we mean by

14   "operations for Uber"?

15      A.  Sure.

16          You know, Uber is a technology

17   company.  We have a technology that is used

18   around the world through applications that

19   riders and drivers and eaters and restaurants

20   use.  We have operations teams on the ground

21   across the globe that help to customize that

22   technology to the local places where Uber's

23   business operates.

24          So as I think you can probably

25   understand how Uber's business functions in

1      C. Dobbs - Highly Confidential

2    San Francisco is a bit different than

3    Indianapolis which is different than Tokyo.

4    And so we have operations teams that are

5    working in those places, kinda thinking about

6    the on-the-ground implications of how Uber's

7    business and technology works and making

8    adjustments to our business operations and

9    strategies accordingly.

10        Q.   Okay.  And you're in charge of all

11   that?

12        A.   I am in charge of part of our

13   operations team for the United States.

14        Q.   Okay.  So that's a good

15   clarification.

16            So you are in charge of local

17   business operations in the United States; is

18   that fair?

19        A.   Yeah.  That's a fair way to put it.

20        Q.   Okay.  And how many people report

21   to you?

22        A.   In total, there are I think

23   low 30s, people who kinda report into my

24   team.

25        Q.   Okay.  And are those people --

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    would those people be -- among your team, are

3    there people who are in charge of the

4    different cities within the United States and

5    the operations therein?

6       A.  So we split things up regionally

7    and, over time, we've kind of divided the

8    countries in different ways.  Today we have

9    four regions within the United States, and

10   each of those regions has one person who then

11   leads a team of people beneath them who's

12   responsible for the local operations in those

13   places.

14      Q.  Okay.  And can you tell us what

15   those four regions are?

16      A.  Yeah.  Today, and again this is

17   kinda how we divided the country, it has

18   changed over time, but how we do it today is

19   we have the Northwest United States, the

20   Southwest United States, the Northeast United

21   States, and then somewhat everything in

22   between, which we refer to as the Midwest and

23   South.

24      Q.  Okay.  And how long has the -- has

25   Uber used that organization?

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2       A.  I think that structure came into

3    place shortly after I took the role, so

4    probably about three years, but it could've

5    been a little bit less.  Now that I'm

6    recalling, I think there were some changes

7    maybe six to nine months into my tenure that

8    led to that exact regional breakup.

9       Q.  Okay.  So give me your best

10   estimate of how long the organization you

11   just described for the jury has been in

12   existence.

13      A.  My best estimate would be between

14   two and two and a half years.

15      Q.  Okay.  What was the organization

16   before that?

17      A.  Prior to that we had -- my best

18   recollection is that there were three

19   regions.  We referred to them as north, south

20   and west.  And so the north covered what I

21   would refer to as the Northeast United States

22   plus the Midwest.  The south covered kind of

23   South and Southeast US.  And west was, you

24   know, a lot of the states in the western part

25   of the country.

1       C. Dobbs - Highly Confidential

2       Q.   Okay.  So, and that organization

3   you said was in place until two, two and a

4   half years ago so that would've been in place

5   in 2022; is that fair?

6       A.   That's fair.

7       Q.   Okay.  And do you know how long

8   that -- how far back that organization goes?

9       A.   My recollection is that the split

10  that I just mentioned, the North, South, West

11  splits started in 2018 or 2019.

12      Q.   Okay.  And would've gone until

13  sometime in 2022, right?

14      A.   Yes; though I think there might've

15  been some minor changes in there.  We had

16  people come and go.  COVID happened.  There's

17  like -- these things were never kind of

18  firmly in place for an extended period of

19  time.  It was always a bit of kind of

20  adjusting based on what was happening with

21  personnel at Uber and other factors.

22      Q.   Prior to 2018, was there a regional

23  organization like the ones we have been

24  discussing?

25      A.   To some degree, though my

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   recollection is that it was not quite as

3   firmly defined and, again, these things

4   change fairly regularly as the business grew

5   and evolved, and so the exact structure

6   before 2018 is bit murkier.

7        Q.   Starting in 2018, what region

8   would -- well, strike that.

9            Am I right that starting in 2018

10  the cities of San Francisco and San Jose

11  would've been in the west region for Uber?

12       A.   Sorry.  What time frame did you

13  say?

14       Q.   Starting in 2018.

15       A.   Yes, that's right.

16       Q.   Okay.  So from 2018 until 2022, the

17  cities of San Francisco and San Jose would've

18  been in Uber's west region; is that correct?

19       A.   Yes.

20       Q.   And during that time period, who

21  was in charge of operations for Uber's west

22  region?

23       A.   Sorry.  Just trying to get the

24  right time frame.  2018 to 2022?

25       Q.   Yeah.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.   Trying to think back to who

3    would've been in that role.  I believe it

4    would've been Tom Maguire for a portion of

5    that time.  I don't believe that was for the

6    entirety of that period.  At some point

7    Danielle Sipf ran the west region.

8             Yeah.  Those are the two names that

9    come to mind for that time period.

10       Q.   And would the cities of Phoenix and

11   Tempe also have been in the west region

12   during that time period?

13       A.   They would've been.

14       Q.   Okay.  Who was in charge of --

15   well, let me ask you this.

16            Would there have been a person --

17   how do I ask this?

18            For each of these regions, was

19   there a person who was, like, overall in

20   charge of the region, you know, to include

21   operations and safety and marketing and all

22   of that, or were there people in charge of

23   each of those different functions for each

24   region?

25            Does that make sense?  Like, their

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    overall head for the west region.

3        A.  Right.  So the overall head

4    would've been the people that I just

5    mentioned, Tom and Danielle.

6        Q.  Okay.  And then would there have

7    also been someone who was in charge of safety

8    for -- within that region?

9        A.  Not necessarily.  Our safety

10   function has kind of lived in different

11   places on the organizational front over the

12   years, but we have, you know, typically had a

13   dedicated, very large, hundreds of people

14   safety organization that are focused kinda

15   purely on safety.  They're, you know, likely

16   things related to safety that these local

17   operations teams did, but it wouldn't

18   necessarily have been their primary focus,

19   but they would've interacted with the, you

20   know, safety experts within Uber depending on

21   the nuances of whatever situation might be at

22   play.

23       Q.  Okay.  Would there have been

24   someone who, like, when it comes to the

25   safety function in the -- strike that.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          To your knowledge, was there

3   someone who was in charge of safety issues

4   arising in the west region; was there someone

5   who had responsibility for that in

6   particular?

7      A.  There would not have been kind of

8   very local safety experts.  You know, there

9   were safety folks at a US level, but there

10  was not, as you suggested, someone that, you

11  know, for a particular market or set of

12  markets would've been the person in charge of

13  safety.

14     Q.  Okay.  Same question for -- let's

15  take the city of San Francisco.

16         Was there someone, a local expert,

17  on issues related to safety for the city of

18  San Francisco in that period from 2018 to

19  2022?

20     A.  Similarly, you know, we had a big

21  safety organization with hundreds of people

22  that would've focused on safety more broadly.

23  They would have at times interacted with the

24  local operations teams that we've spoken

25  about, but there was not someone on that

1      C. Dobbs - Highly Confidential

2   local operations team whose sole

3   responsibility was safety-related

4   initiatives.

5      Q.  Okay.  So no person on the local

6   operations team for the city of San Francisco

7   whose sole responsibility was safety-related

8   initiatives during that period from 2018 to

9   2022?

10         MS. LEVY:  Objection to form.

11         You can answer.

12      A.   Again, during that time, you know,

13   there were safety experts on one team; the

14   local operations team had a different set of

15   responsibilities.  And so, therefore, there

16   was not a single person responsible for

17   safety for the city of San Francisco.

18      Q.   Okay.  So what about for the city

19   of San Jose, same answer?

20      A.   Similar concept would apply.

21      Q.   What about for the city of Phoenix,

22   same answer?

23      A.   A similar concept would apply.

24      Q.   Okay.  And how about Tempe,

25   Arizona, same answer?  No person in that

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   particular city who was specifically in

3   charge of safety in that -- in that area?

4        A.   Similar answer would apply.

5        Q.   Okay.  Mr. Dobbs, you understand

6   that you're here today pursuant to a Notice

7   of Deposition, correct?

8        A.  I do.

9        Q.  Okay.

10        MS. WALSH:  Let's go ahead and

11     pull up what is AW262, which we are

12     going to mark as 1893 please.

13        Before we get to that, actually,

14     I'm very sorry.  Do you mind taking

15     that down for one minute?  We'll come

16     right back to that.

17        Q.   Mr. Dobbs, we were just talking

18   about the period of 2018 to 2022.  You

19   mentioned that sometime in 2022 there was a

20   reorganization so that now there are four

21   regions.

22        Uber now has four regions in the

23   US; is that correct?

24        A.  Yeah.  So I think, you know, after

25   we talked about a little bit, my recollection

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    was that we went to the four regional

3    structure, you know, two to two and a half

4    years ago, so I think that would've been, if

5    I'm doing my math right, early to mid-2023.

6       Q.  Sorry.  You're doing your math

7    right.  I was doing my math wrong.  Sorry.

8    It's a little early.

9          Okay.  So starting early in 2023,

10   Uber did a reorganization so now there were

11   four regional -- four regions for US

12   operations, correct?

13      A.  That's right.

14      Q.  Okay.  And that would include the

15   Northwest, the Southwest, the Northeast and

16   then sort of everything else as the fourth

17   region, right?

18      A.  Yeah; which we call the Midwest and

19   South.

20      Q.  Okay.  And what region --

21   San Francisco and San Jose, what region would

22   those be in?

23      A.  The Southwest.

24      Q.  So is everything in California in

25   the Southwest?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  Yes.

3      Q.  Okay.  And then Tempe in Arizona

4   also in the Southwest, fair?

5      A.  Correct.

6      Q.  Okay.  During that period from 2023

7   forward, at that point -- strike that.

8          From 2023 onward, did -- did Uber

9   ever put someone in charge in the city of

10  San Francisco to deal with safety issues

11  arising in that city in particular?

12     A.  Similar to what we've talked about

13  previously, we, you know, have large safety

14  focus teams, hundreds of people throughout

15  the company who kinda think about safety at

16  large.  Our organizational structure does not

17  have specific people focused on safety and

18  specific places.  They think about safety

19  more broadly.  We have kinda US-wide focus

20  safety teams, but not, you know, a person in

21  San Francisco solely focused on safety.

22     Q.  Okay.  So Uber didn't put someone

23  into the position where their responsibility

24  was safety for the city of San Francisco in

25  particular, fair?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          MS. LEVY:  Object to form.

3      A.  No.  Our organizational structure

4   was different, as I've spoken about.

5      Q.  Okay.  What about for the city of

6   San Jose, did Uber -- starting in 2023, did

7   Uber ever put someone in a position where

8   they were in charge of safety for the city of

9   San Jose in particular?

10          MS. LEVY:  Object to form.

11          You can answer.

12      A.  Similar to what we've spoken about,

13   there was not a person specifically tied to

14   safety for that particular market.

15      Q.  Okay.  And is the same true for the

16   city of Phoenix?

17      A.  Yes.

18      Q.  Okay.  And the same is also true

19   for the city of Tempe, Arizona; is that

20   correct?

21      A.  Yes.

22      Q.  Okay.  And just for the jury's

23   understanding, the -- Phoenix and Tempe,

24   those are located very close to each other,

25   correct, geographically?

1      C. Dobbs - Highly Confidential

2      A.  My understanding is, yes, but I've

3   not spent a ton of time in Arizona.

4      Q.  Okay.  Those cities are both in

5   Uber's Southwest region; is that fair?

6      A.  Yes, they are.

7      Q.  Okay.  Great.  Okay.  Let's go back

8   to Exhibit 1893 to your deposition, which is

9   the Notice of Deposition.

10          (Exhibit 1893, Plaintiffs' Amended

11          Notice of 30(b)(6) Deposition of Uber

12          Technologies, Inc., Rasier, LLC and

13          Rasier-CA, LLC, was marked for

14          identification.)

15      Q.  Let me know when you've got that in

16   front of you.

17      A.  Okay.

18      Q.  Okay.  And you see that this is

19   Plaintiffs' Amended Notice of 30(b)(6)

20   Deposition of Uber Technologies, Inc.,

21   Rasier, LLC and Rasier-CA, LLC.

22          Do you see that?

23      A.  I do.

24      Q.  And then it designates you, Chad

25   Dobbs, with respect to Topics 1 through 9.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2         Do you see that?

3      A.  Yes.

4      Q.  Okay.  So you understand that the

5  witness here today is actually Uber and these

6  two Rasier entities, correct?

7      A.  I do.

8      Q.  And you, Mr. Dobbs, have been

9  designated to testify on behalf of Uber,

10  correct?

11     A.  Yes.

12     Q.  You understand that the testimony

13  you're giving today is binding on Uber and

14  these two Rasier entities, correct?

15     A.  I do.

16     Q.  Okay.  And tell us, as the witness

17  for Uber and these two Rasier entities, can

18  you explain to the jury just briefly what

19  these two Rasier entities are?

20     A.  Those are two subsidiaries of Uber.

21     Q.  Okay.  So if throughout this

22  deposition we refer to Uber, can we agree

23  that that will encompass Uber Technologies,

24  Inc. plus the two Rasier entities?

25     A.  I'm not a lawyer, but I think

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    that's likely a fair conclusion.

3        Q.   Okay.  When I use "Uber," I will be

4    referring to all three of those entities.

5           Do you understand that?

6        A.   That works.

7        Q.   Okay.  Great.

8           And let us go -- move forward to

9    Topics 1 through 9, which begin on page 7 of

10   this document, please.  And I'll start by

11   saying that pursuant to discussions with

12   counsel prior to the deposition, we're not,

13   in fact, going to be covering Topics 6 and 7

14   today.

15          Do you understand that?

16       A.   Yes.

17       Q.   Okay.  Great.  But with respect --

18   let's start with Topics 1 through 5, if you

19   want to take a moment to -- well, let me ask

20   you this first.

21          Have you seen this document before?

22       A.   I have.

23       Q.   And you understand that you have

24   specifically been designated to testify on

25   behalf of Uber with respect to Topics 1

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    through 5 that you see in front of you right

3    now, correct?

4        A.  Yes.

5        Q.   And then if we look --

6           MS. WALSH:  If we could go

7        forward, please, Diane.

8        Q.   -- to the next page and look at

9    Topics 8 and 9, you understand that you've

10    also been designated to testify within these

11    two topics in the notice, correct?

12        A.  Yes.

13        Q.   And you understand --

14           (Court reporter clarification.)

15           MS. LEVY:  Not Topic 9.  That's

16        the one that we're objecting to that

17        we had the meet and confers and Todd

18        Gaddis testimony, Greg testimony.

19           MS. WALSH:  Yeah.  I -- we can

20        talk about that offline.  If you want

21        to object to outside the scope, we've

22        definitely taken 6 and 7 entirely off

23        the table.  On 9 I think that -- I

24        don't -- I don't anticipate -- I don't

25        have a big section of my outline going

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    into 9, but we haven't formally taken

3    that -- we have ongoing discussions

4    about that one right now I guess is

5    what --

6        MS. LEVY:  I agree with that.  No

7    one's waiving.  We are standing on our

8    objection to 9 for now pending the

9    ongoing discussions that we're having.

10        MS. WALSH:  Okay.

11        MS. LEVY:  Mr. Dobbs is not being

12     represented as prepared to testify on

13     Topic 9.

14     Q.  Well, Mr. Dobbs, don't you worry

15   about that.  That's a lawyer issue that we'll

16   work out.

17        Okay.  So with respect to each of

18   these topics, let's put 9 aside for right

19   now, but 1 through 5 and 8, are you prepared

20   to answer questions about these topics on

21   behalf of Uber today?

22     A.  I am.

23     Q.  And I want to talk a little bit

24   about the preparation that you've engaged in

25   so you can answer questions about these

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   topics.

3        Let's start, did you meet with

4   lawyers in preparation to testify about these

5   topics?

6        A.  I have met with lawyers.

7        Q.  Okay.  And tell me when you first

8   started -- well, let me first say for the

9   record, please do not share anything about

10  substance about your conversations with

11  lawyers.  That's all privileged.  I just

12  wanted to know sort of the basic parameters

13  of this.

14        So when -- let me start by asking

15  this.

16        When did you first learn that you

17  would be testifying as Uber regarding these

18  topics in this deposition today?

19        A.  Maybe about a month or so ago.

20        Q.  Okay.  And when did you first meet

21  with lawyers to prepare to testify regarding

22  these topics as Uber today?

23        A.  I think the first conversation we

24  had was probably two or three weeks ago now.

25        Q.  Okay.  How many meetings have you

1        C. Dobbs - Highly Confidential

2    had total?

3        A.   Maybe four or five.

4        Q.   Okay.  And how many -- have those

5    meetings all been in person, have they been

6    by Zoom?  Give us a sense of that, please.

7        A.   It's been a mix of in-person and

8    Zoom.

9        Q.   The first meeting, was that by

10   Zoom?

11       A.   I believe so.

12       Q.   And who was -- which lawyers were

13   present for that meeting?

14       A.   I believe that was a conversation

15   with Joanne Moon from Uber.  May have been

16   someone else present as well.

17       Q.   Okay.  And approximately how long

18   did that conversation last?

19       A.   No more than 30 minutes, probably

20   even quicker.

21       Q.   Okay.  What about the second

22   meeting?

23       A.   Sorry.  Is the question who was

24   there?

25       Q.   Sorry.  Yep.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2            Let's turn to the second meeting.

3    Who was there first?

4        A.  The second meeting I believe was

5    the first time that outside counsel was

6    involved.  I don't recall exactly who was

7    there from both inside and outside counsel.

8    But, you know, yeah, I think that was a

9    relatively brief meeting as well.

10       Q.  Okay.  What was the first meeting

11   where you were actually, you know, looking at

12   these topics and preparing yourself to answer

13   questions about them?

14       A.  That's the second meeting that I'm

15   referring to.  The first one was simply them

16   saying we'd like you to do this.

17       Q.  Okay.  And how long did the second

18   meeting last?

19       A.  I don't recall the exact length.

20   It was maybe 30 minutes, maybe 60, but we

21   just kinda quickly talked about the various

22   topics.

23       Q.  Okay.  And what about the third

24   meeting, was that by Zoom or in person?

25       A.  There was people in person; there

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    was some people over Zoom.

3       Q.  Okay.  And was it lawyers --

4    in-house counsel for Uber and outside counsel

5    as well?

6       A.  That's right.

7       Q.  And how long did that meeting last?

8       A.  A few hours.

9       Q.  Okay.  More than three?

10      A.  Maybe just about three or slightly

11   more.

12      Q.  Okay.  Tell us about the next

13   meeting, was that in-person, Zoom, a

14   combination?

15      A.  Same thing.

16         Some folks in person; some people

17   over Zoom.

18      Q.  Estimate for us about how long that

19   meeting lasted.

20      A.  Again, few hours, three or

21   four hours or so.

22      Q.  Okay.  I think we got a few

23   meetings left.  So tell us about the next

24   meeting, Zoom -- by Zoom?  In person?

25      A.  The next meeting, which from my

1      C. Dobbs - Highly Confidential

2   recollection of the series of events was the

3   final meeting, again, would've been a mix of

4   people in person and over Zoom.

5      Q.   And when was that?

6      A.   That was yesterday.

7      Q.   Okay.  And how long did that

8   meeting last?

9      A.   A few hours, maybe four hours or

10   so.

11      Q.   And during any of these meetings,

12   did you look at documents?

13      A.   We did.

14      Q.   Okay.  And do you have copies of

15   those documents with you today?

16      A.   I don't believe so.

17      Q.   Did those documents assist you in

18   preparing to testify about the topics that we

19   see on the screen?

20      A.   They did.

21      Q.   Okay.  If and when we -- when

22   you're -- strike that.

23         If I ask you a question and the

24   documents that you referred to assist you in

25   answering them, can you -- strike that.

1      C. Dobbs - Highly Confidential

2          If, in answering one of my

3   questions, you are assisted by the documents

4   that you reviewed in preparing for this

5   deposition, could you let me know that,

6   please?

7      A.   Sure.

8      Q.   Outside of meeting with lawyers,

9   did you independently access any documents to

10  prepare to answer questions in your

11  deposition today?

12      A.   I did not independently access any

13  documents.

14      Q.   Okay.  You did not feel the need to

15  do that in order to be prepared to answer

16  these questions -- to answer questions about

17  these topics?

18      A.   I felt the other preparation that

19  was done was sufficient.

20      Q.   And the documents that you looked

21  at, and your counsel may want to interject

22  here so give her a moment, please.

23          But the documents that you looked

24  at to prepare to testify about these topics

25  while you were with lawyers, did the lawyers

1      C. Dobbs - Highly Confidential

2  identify those documents or did you say --

3  were you the one who said, This will probably

4  be a helpful document for me to look at?

5      MS. LEVY:  I'll allow you to

6    answer that question.

7      A.  They were documents the lawyers

8  thought would be useful to review.

9      Q.  And did you agree that they were

10  useful?

11      A.  I think it depends on how today

12  goes.

13      Q.  Well, did those documents assist

14  you in remembering or learning information

15  that falls within these topics that we're

16  looking at right now?

17      A.  Generally, yes.

18      Q.  Okay.  What about -- put aside

19  meetings with lawyers.

20      Did you -- did you talk to anyone

21  else to prepare you to answer questions about

22  these topics that we're looking at?

23      A.  Yes.

24      Q.  Okay.  Tell us -- can you give us a

25  list of those people, please?

1         C. Dobbs - Highly Confidential

2         A.  I met with Liza Winship.

3         Q.  Okay.

4         A.  And Andres Potes.

5         Q.  Potes?

6         A.  Yes.

7         Q.  Could you spell that, please?

8         A.  P-O-T-E-S.

9         Q.  Okay.

10        A.  Those were the two that I spoke to.

11        Q.  Okay.  And who is Liza Winship?

12        A.  Today she's the director of our

13   earner operations team.

14        Q.  Okay.  And what -- tell the jury

15   what "earner" refers to.

16        A.  Earner refers to anyone who's

17   earning money on the Uber platform in one way

18   or the other.  It could be someone delivering

19   food as an Uber Eats career.  It could be,

20   you know, a driver is driving people from

21   point A to point B.

22        Q.  Okay.  And why -- what information

23   were you seeking to obtain from Ms. Winship?

24        A.  She's been at Uber for over quite

25   some time, and we talked through a number of

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    these questions with her to kinda get her

3    perspective on how things operated over the

4    years and her recollection.  And she worked

5    on different functions and in different

6    regions than I did.  And I know she reviewed

7    some documents that allowed her to provide

8    some useful input.

9        Q.   Okay.  What -- tell us about that

10   useful input that she provided to you.  What

11   did you learn from your discussions with her?

12        A.   You know, it largely validated my

13   recollection of certain things, and then she

14   added some color on some topics that I maybe

15   was slightly less familiar with.

16        Q.   What topics are those?

17        A.   You know, for instance, she -- you

18   know, largely it was validating what I

19   already knew.  I'm struggling to come up with

20   good examples of things that were kinda net

21   new information that she provided.

22        Q.   So when you say she provided color

23   on certain topics that you were slightly less

24   familiar with, you can't recall what those

25   topics were right now?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  I don't recall the exact details.

3      Q.  Okay.  When did you meet with

4   Ms. Winship?

5      A.  That was yesterday.

6      Q.  Okay.  And was she present for your

7   meeting, or did you meet with her virtually?

8      A.  It was a Zoom meeting.

9      Q.  And how long did you speak with

10   her?

11      A.  About 30 minutes.

12      Q.  And did you look at any documents

13   together?

14      A.  I did not review any documents with

15   her.

16      Q.  Okay.  Were documents reviewed with

17   her during the meeting you had with her?

18      A.  I don't believe so.

19      Q.  Okay.  What about -- you also

20   mentioned Ms. Potes?

21      A.  Mr. Potes.

22      Q.  Sorry.  Mr. Potes.  Okay.  And what

23   is Mr. -- well, strike that.

24         Why did you seek to speak with him?

25      A.  Similar reasons.

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2            Andres is someone who has been at

3   Uber for a while, has a lot of experience and

4   expertise, has worked on some similar things

5   what I've worked on but also some different

6   things.  And so it was useful to get his

7   perspective and recollection on some of these

8   topics.

9       Q.  Okay.  What is -- what's his

10  position today?

11      A.  He is the director for marketplace

12  operations.

13      Q.  What does that mean?

14      A.  That refers to -- I guess, taking a

15  big step back, Uber runs a marketplace.

16  We're good at balancing riders and drivers on

17  the platform to create a marketplace or a

18  system that works effectively for both

19  parties.  And Andres' team is responsible for

20  working with some of our technical teams on

21  the details of how our marketplace technology

22  works.

23           MS. WALSH:  Diane, you could take

24      down the notice, please.  Thank you.

25      Q.  When you say "balancing riders and

Chad Dobbs  Highly Confidential
August 21, 2025

 1        C. Dobbs - Highly Confidential

 2    drivers on the platform to create a

 3    marketplace," what do you mean by that?

 4        A.  So I think you can probably

 5    understand that if there were 100 drivers on

 6    the platform, but only one rider, that

 7    marketplace wouldn't function particularly

 8    well.  There's a bunch of drivers sitting

 9    around waiting for riders and there aren't

10    enough riders to keep the marketplace or the

11    system functioning.

12            Same way if there was one driver

13    and a hundred riders.  There's a big

14    imbalance there as well, and so the system

15    wouldn't work particularly effectively.  And

16    so, you know, we, as a company, are obviously

17    trying to make a product that works for our

18    customers.  Our customers are riders and

19    drivers, and we're trying to balance things

20    so the marketplace works and there's a good,

21    reliable experience for both riders and

22    drivers.

23        Q.  Okay.  When you say -- when you

24    talk about creating this balance, are you

25    referring to the number of drivers versus the

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    number of riders?

3      A.  It's not necessarily the absolute

4    number of riders and drivers.  You could have

5    one rider who does 20 trips a day or one

6    rider who does one trip a year.  So it's

7    obviously a very different amount of

8    engagement on the platform between the two

9    riders I mentioned, so it's not necessarily

10   the absolute number of riders and drivers.

11     Q.   Okay.  So it could be the number

12   of, let's say, drivers and the amount that

13   those drivers are driving; is that fair?

14     A.   That would be one component of it.

15     Q.   Okay.  And that -- that component,

16   the number of drivers and the amount they're

17   driving, does Uber refer to that as the

18   supply?

19     A.   That's sometimes referred to as

20   supply.

21     Q.   Okay.  So supply, we're going to

22   look at a lot of documents that talk about

23   supply and -- you know.

24         But just to get a general sense,

25   does supply tend to refer to how much driving

1      C. Dobbs - Highly Confidential

2   capacity exists on the Uber platform?

3      A.  It depends on how that's defined or

4   being used in a particular situation.  It

5   could be different depending on the context.

6      Q.  Okay.  What about the riders?  When

7   we're talking about mobility, are the riders

8   in this marketplace that you say Uber's

9   trying to create, are the riders the demand

10  in that marketplace?

11     A.  Yeah.  Sometimes we would refer to

12  the rider side as the demand part of the

13  equation.

14     Q.  Okay.  So sometimes you refer to

15  the rider side as the demand part of the

16  equation, right?

17     A.  Yes.

18     Q.  And sometimes you refer to the

19  driver side as the supply part of the

20  equation; is that right?

21     A.  It is.

22     Q.  Okay.  And so Mr. Potes, as a

23  director for marketplace operations, he is

24  looking to create a balance between that

25  supply side of the equation and the demand

1      C. Dobbs - Highly Confidential

2   side of the equation; is that fair?

3      A.  That's right.

4      Q.   How -- why did you decide it would

5   be important to talk to him in preparing to

6   testify in this deposition today?

7      A.   So as mentioned previously, Andres

8   has been at the company for quite some time,

9   has had a variety of different roles and so,

10  you know, could speak to some of the topics

11  pretty well.  Additionally, you know, in his

12  role leading marketplace operations, there's,

13  you know, incentives, for riders and drivers,

14  are a component of what his team does and

15  that's a part of -- you know, part of what's

16  covered in the deposition notice.

17     Q.   Okay.  And are -- you mentioned

18  incentives for riders and drivers.

19         Is that referring to actions that

20  Uber takes to incentivize people to take more

21  rides or drivers to do more driving?

22     A.   You know, incentives broadly for

23  riders and drivers are ways to encourage

24  either new users to use the platform, both

25  riders and drivers, or perhaps to encourage

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    existing users to use it more frequently.

3        Q.   Okay.  Let's focus on drivers for a

4    moment.

5            So incentives might be used to

6    encourage people whose -- strike that.

7            Incentives might be used to

8    encourage new drivers to sign up for the Uber

9    platform, right?

10       A.   They could be used that way.

11       Q.   And incentives might be used to

12   encourage folks who've already signed up to

13   drive for Uber to drive more for Uber, right?

14       A.   It could be used that way.

15       Q.   And incentives might be used to

16   encourage Uber's drivers to drive at

17   particular times; is that fair?

18       A.   There could be incentives that

19   could be structured that way.

20       Q.   Okay.  So there may be incentives,

21   for example, that are used to encourage

22   drivers to drive on the weekend, for example?

23       A.   Sure.  Or during commute hours or

24   other times that are particularly busy.

25       Q.   Okay.  What about for during for

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2  particular -- around particular events like,

3  for example, St. Patrick's Day weekend?

4      A.  Yeah.  Whether it's St. Patrick's

5  Day weekend or a Taylor Swift concert or some

6  other situation where Uber anticipates

7  there's gonna be a high amount of riders

8  using the platform, we might use incentives

9  to provide another -- a means for drivers to

10  increase their earnings and to encourage them

11  to drive on the platform to bring balance to

12  the marketplace.

13      Q.   Okay.  So there are times when Uber

14  anticipates that there's gonna be a lot of

15  demand from riders, Uber may use incentives

16  to try to ensure that there's enough supply

17  in terms of drivers to meet that demand; is

18  that fair?

19      A.   I think generally we're trying to

20  bring balance to the marketplace kinda going

21  back to the rudimentary example I used a bit

22  ago.  If you have way too many riders or way

23  too many drivers, the whole thing falls

24  apart.  And so we're using incentives on both

25  sides of the platforms at times to bring

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   balance.

3      Q.   Okay.  And that balance is

4   important to Uber's business, correct?

5      A.   That balance is important for the

6   user experience.  Again, if there's not good

7   balance, it's not gonna be a system for

8   riders and drivers.  And if it's not a good

9   system for riders and drivers, they're not

10  gonna use it and that's not gonna be great

11  for Uber's business.  I think it's in

12  everyone's best interest to keep things

13  balanced.

14      Q.   Okay.  Well, that's really helpful,

15  Mr. Dobbs, to kinda lay out some of those

16  basic topics and we'll talk through them a

17  bit more.

18          But in understanding that balance

19  of supply and demand, what in particular did

20  you learn from Mr. Potes that helped you in

21  preparing for these topics today?

22          MS. LEVY:  I'm going to object to

23          the extent that it calls for

24          privileged communications and at

25          the direction --

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2         (Court Reporter clarification.)

3         MS. LEVY:  I'm objecting to the

4    extent that the question calls for

5    specific communications that occurred

6    at the direction of Uber during

7    meetings with lawyers.

8         You can answer the question

9    generally without going into specifics

10    of the communications.

11    A.  Yeah.  Generally, we spoke about

12  the topics, got Andres' perspective on them,

13  his recollection of how things evolved over

14  time at Uber, which I imagine will be useful

15  for today's conversation.

16    Q.  Did Mr. Potes share with you any

17  information relevant to the deposition topics

18  that you didn't previously know or didn't

19  remember until you discussed them with

20  Mr. Potes?

21    A.  We largely talked about things that

22  I was familiar with that helped to solidify

23  my role of recollection of how things worked

24  over time.

25    Q.  Okay.  And when did you speak with

1        C. Dobbs - Highly Confidential

2   him?

3        A.   Yesterday.

4        Q.   And how long did that conversation

5   last?

6        A.   I think a little less than

7   30 minutes.

8        Q.   And did you look at any documents

9   during your discussion with him?

10       A.   We did not.

11       Q.   Okay.  Mr. Dobbs, do you believe

12   that you -- strike that.

13          With the deposition topics in mind

14   that we just looked at, do you believe that

15   you are well qualified to answer questions on

16   behalf of Uber regarding those topics?

17       A.   I do.

18       Q.   Do you think that there's anyone

19   else who would be better qualified than you

20   are to answer questions regarding these

21   topics?

22       A.   Not that I'm aware of.

23       Q.   Okay.  Let's turn then, I want --

24   you've been at Uber for a long time, right?

25       A.   Been at Uber for over 12 years.

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  And you've been involved in

3  operations throughout that time, correct?

4      A.  That's right.

5      Q.  Okay.  So you know based on that

6  experience that getting more drivers to

7  provide more Uber Rides has always been a

8  huge priority for the company, right?

9      A.  That's been a priority at moments.

10  I think the priorities have changed at times

11  depending on what's happening in the business

12  and what's happening at the world at large.

13  Sometimes there's more focus on, you know,

14  getting more drivers on the platform,

15  sometimes there's more focus on getting more

16  riders on the platform, sometimes the focus

17  is something else.

18      Q.  You know that often increasing the

19  driver supply has been the number one

20  priority for Uber's business, right?

21      A.  I'm not sure I would necessarily

22  say the number one priority.  Was it a

23  priority?  Yes.  But I think it's tough to

24  broadly say that it was the number one

25  priority for some extended period of time.

1      C. Dobbs - Highly Confidential

2      Q.  What about for the United States

3  and Canada, can -- does Uber agree that there

4  have been various times throughout Uber's

5  history where increasing a growing driver

6  supply has been a number one priority for

7  Uber's business in the US and Canada?

8          MS. LEVY:  Object to the form.

9      A.  Again, I don't know about declaring

10  it the number one priority.  We often have a

11  set of priorities; they're not necessarily

12  stack ranked in any way.

13          And over time, you know, was

14  drawing supply a priority?  Yeah.  There were

15  certainly moments where that was the case.

16  There have also been moments where growing

17  demand was more of a priority.

18      Q.  Okay.  Well, let's -- let's look at

19  some documents.

20          When you first started at the

21  company, it was still run by Travis Kalanick;

22  is that correct?

23      A.  That's right.

24      Q.  Mr. Kalanick founded Uber as a

25  company, correct?

1        C. Dobbs - Highly Confidential

2        A.  I believe he was a cofounder.

3        Q.   And prior to Mr. Khosrowshahi

4    taking over as CEO, Mr. Kalanick was the CEO

5    of Uber, correct?

6        A.  He was.

7        Q.   And he was sort of a colorful

8    character, fair?

9        A.   Depends on your personal

10   perspective.

11       Q.   Well, you recall him using the

12   phrase "butts in seats," don't you?

13       A.   I recall that phrase.  I don't know

14   that it was a common mantra from Travis.

15       Q.   Well, let's look at Exhibit --

16   what's gonna be Exhibit 1894 to your

17   deposition, and this is AW133.

18          (Exhibit 1894, Email, Bates

19          UBER-MDL3084-000114641, was marked for

20          identification.)

21       Q.   And if you can scroll down --

22          (Cross-talk.)

23          MS. LEVY:  Give it a minute to

24   load on his --

25          MS. WALSH:  Yep.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2         MS. LEVY:  There it is.

3      Q.   And if we scroll down to the second

4   page of this document, you can see that this

5   is an email that was sent by Travis Kalanick

6   on February 12, 2016, correct?

7      A.   I do see that.

8      Q.   And the email is sent to the Uber

9   Team, right?

10     A.   Yes.

11     Q.   The company was still a relatively

12   small company at that point, right?

13     A.   Depends on how you define

14   "relatively small."

15     Q.   Well, much smaller than it is now

16   for sure, right?

17     A.   I don't recall our exact head count

18   then or now, but I imagine it was smaller in

19   2016 than it is today.

20     Q.   Okay.  Well, in any event,

21   Mr. Kalanick sent this email to the listserv

22   Uber Team, right?

23     A.   He did.

24     Q.   And who was included in that

25   listserv?

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.   Generally this would've been all

3    Uber employees.

4      Q.   Okay.  And what he says is:

5         Hey all.

6         And he says this to all Uber

7    employees:

8         As we've all been engaged in

9    bottoms-up planning for 2016, I've ended up

10   spending serious time prioritizing what's

11   going to matter most to Uber from a high

12   level.

13        Do you see that?

14     A.   I do.  One quick flag:  They're

15   like -- on the Zoom screen, I don't know if

16   this is just me, but, yeah, it's, like, it's

17   cut off on the right-most margin.

18        Is there some way to zoom out?  I

19   couldn't see the final two words of, like,

20   what was on here so just a little tough to

21   follow.

22     Q.   Of course.  Yeah.  We should fix

23   that.

24        (Technical discussion.)

25     A.   Okay.  We're good.  Sorry.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  So just for the record --

3   okay.

4           So what Mr. Kalanick says to -- in

5   this email to the full Uber team is:

6           Hey all.

7           As we've all been engaged in

8   bottoms-up planning for 2016, I've ended up

9   spending serious time prioritizing what's

10   going to matter most to Uber from a high

11   level.

12           Do you see that?

13      A.  I do.

14      Q.  He says:

15           Yes, ladies and gentlemen.  This is

16   the first time that we have Uber-wide OKRs

17   (objectives and key results), formally known

18   as U-OKRs.

19           Do you see that?

20      A.  I do.

21      Q.  Okay.  And you're familiar with

22   that term "OKRs," correct?

23      A.  I am.

24      Q.  And what does Uber -- testifying as

25   Uber, what is an OKR?

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2       A.  OKR is, Travis mentions in this

3   email, is laying out an objective and a key

4   result essentially saying here's an objective

5   for, you know, the coming year or years, or

6   whatever the time frame might be, and here's

7   how we're going to measure our progress on

8   that objective.

9       Q.  Okay.  And he goes on to say:

10          These priorities, these OKRs,

11   should serve as guidance as to what matters

12   most to us in the coming year.

13          Do you see that?

14      A.  I do.

15      Q.  Okay.  Let's scroll down then to

16   where he says:

17          So, without further ado, (drum

18   roll), our first annual 2016 U-OKRs.

19          Do you see that?

20      A.  I do.

21      Q.  Okay.  And Objective 1 is:  Butts

22   in seats.

23          Do you see that?

24      A.  Yes.

25      Q.  Mr. Kalanick, the cofounder of Uber

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    and the CEO at the time, says:

3          At Uber, everything starts with

4    getting more people in Uber connected cars.

5          Do you see that?

6      A.  I do.

7      Q.   We do this by getting the word out

8    to new riders, partnering with companies in

9    cities around the world, opening new cities,

10    lowering prices and dozens of other

11    activities.

12          Do you see that?

13      A.  I do.

14      Q.   And Mr. Kalanick goes on to explain

15    how this concept of butts in seats is

16    critical to growth in Uber, right?

17      A.   I don't know if he uses that exact

18    language, but he talks about the importance

19    of butts in seats.

20      Q.   Okay.  In fact, he says:

21          That means drivers having more

22    butts in their open seats for more minutes of

23    the day.

24          Right?

25      A.   He did say that.

Chad Dobbs  Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     Q.  And what we mean by that is not

3  just having more drivers driving for Uber,

4  but having those drivers drive more, right?

5     A.  No.  That's not what this means.

6     Q.  Okay.  Tell me what Uber says this

7  means.

8     A.  So that -- the sentence says that

9  means the drivers having more butts in their

10  open seats for more minutes of the day.

11     Q.  Okay.

12     A.  That's saying, you know, if I have

13  a Toyota Camry, there are more open seats

14  other than me driving in the front of the

15  car.  This is saying having more of those

16  seats occupied with people.

17     Q.  I see.  Okay.  Good.  That's a very

18  helpful qualification.

19        The idea though is drivers

20  providing more rides to more people

21  throughout the day, right?

22     A.  Yeah.  I don't think that's quite

23  the right interpretation.

24     Q.  What does Uber say is the right

25  interpretation?

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.   I think it's what we just spoke

3   about, that this is about having more people

4   in the available seats in the various

5   vehicles that are operating on the Uber

6   platform.  It's about efficiency of the open

7   seats that are available in these cars.

8        Q.   Uber wants to fill those seats,

9   right?

10        A.   That's what this objective is

11   about.

12        Q.   Okay.  And to achieve that

13   objective, Mr. Kalanick talks about

14   initiatives on price cuts, Uber Pool, dynamic

15   pricing and supply positioning.

16        Do you see that?

17        A.   I do.

18        Q.   And he says that:

19        Those things will help to utilize

20   every available seat in our ecosystem.

21        Right?

22        A.   He does.

23        Q.   Okay.  He goes on.  Let's skip down

24   to Objective 3 now.  Do you see this on the

25   screen?  Can you see that?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  I do.  Give me a second to review

3   the whole section.

4          (Document review.)

5          Okay.

6      Q.   And Objective 3 is the Uber Labor

7   Department.

8          Do you see that?

9      A.  I do.

10     Q.   He says:

11          In 2016, we will build the Uber

12   Labor Department - among the biggest job

13   creation opportunities the world has ever

14   seen.

15          Do you see that?

16     A.  I do.

17     Q.   Okay.

18          MS. WALSH:  And if you can

19          underline, Diane, "the biggest job

20          creation opportunities," please.

21     Q.   And what he says -- Mr. Kalanick

22   says:

23          This means close to 2 million

24   first-time drivers in the US alone.

25          Right?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  That's what it says.

3      Q.  At least another 3 million in

4   China.

5          Right?

6      A.  Yes.

7      Q.  And millions more around the world.

8          Do you see that?

9      A.  I do.

10      Q.  And what Mr. Kalanick says is this

11   labor department of Uber's, the Uber Labor

12   Department, is all about more work, better

13   work and work that puts you first.

14          Right?

15      A.  That's what this says.

16      Q.  Okay.  And at this time, Uber's

17   business was focused primarily on drivers,

18   Uber drivers providing rides, correct?

19      A.  I'm not sure what you're --

20      Q.  Was Eats a big part of Uber's

21   business in 2016?

22      A.  It was much smaller relatively than

23   it is today.

24      Q.  Okay.  And that's reflected by the

25   fact that in describing Uber's Labor

1      C. Dobbs - Highly Confidential

2   Department, Mr. Kalanick is referring to

3   drivers, correct?

4      A.  That potentially impacted how he

5   framed his email.

6      Q.  Okay.  Let's skip down to

7   Objective 5.  Do you see in Objective 5,

8   Mr. Kalanick talks about Math for Marketing.

9        Do you see that?

10     A.  I do.

11     Q.   And he says:

12         Did you know that Uber will be

13   spending over $3 billion in market

14   (advertising, promotions, incentives and

15   referring) this year?

16         Do you see that?

17     A.  I do.

18     Q.   And some of that -- strike that.

19         That advertising -- strike that.

20         This advertising, the promotions,

21   the incentives and the referrals, one of the

22   things Uber was doing through those marketing

23   efforts was working to get more people

24   driving for Uber Rides, correct?

25     A.   Like any business that's involved

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    in advertising or promotions or incentives,

3    we were using these things as marketing tools

4    to connect with potential and existing

5    customers, both riders and drivers.

6        Q.   And he goes on to say:

7            Yeah, that's a really big number.

8            Do you see that?

9        A.   I do.

10       Q.   And Uber agrees that $3 billion in

11   marketing, that is a really big number,

12   right?

13       A.   I think it all depends on kinda who

14   you ask or what you're comparing it to, but

15   $3 billion is generally a lot of money.

16       Q.   Uber can agree that $3 billion is a

17   lot of money, right?

18           MS. LEVY:  Object to form.

19           You can answer.

20       A.   Again, I think it depends on the

21   time and who you're asking and what you're

22   comparing it against.

23       Q.   In some regards, $3 billion isn't

24   that much money to Uber?

25       A.   I think generally it would be seen

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    as a decent amount of money, but I think it's

3    all a matter of comparison.

4        Q.   Okay.  Well, Mr. Kalanick at least

5    thought it was a really big number back in

6    2016, right?

7        A.   That's what his email says.

8        Q.   And what he says is:

9            It means we need to make sure we're

10   getting the most for our money.

11           Right?

12       A.   Yes.

13       Q.   He says:

14           In 2016, we will up our math game

15   to drive optimal growth.

16           Right?

17       A.   Yes.

18       Q.   And one of the things that he's

19   saying Uber's gonna to do make that happen is

20   to use algorithms.

21           Do you see that?

22       A.   He does reference algorithms.

23       Q.   And he says:

24           This means powerful marketing tools

25   so our people function like fighter pilots

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   when they're in the cities helping to grow

3   Uber.

4          Do you see that?

5      A.  I do.

6      Q.  Okay.

7          MS. WALSH:  Diane, you can go

8      ahead and highlight Uber arithmetic

9      too, but maybe just underline

10      "algorithms."

11      Q.   And when he's talking about "our

12   people functioning like fighter pilots," what

13   does Uber understand that to mean?

14      A.   I think Travis is using some

15   colorful language here to simply say our

16   people should be more efficient and effective

17   at their jobs if we give them the right tools

18   to do so.

19      Q.   Okay.  Like fighter pilots, right?

20      A.   I don't think he's suggesting that

21   people would actually act like fighter

22   pilots.

23      Q.   Okay.  Well, they would function

24   like fighter pilots?

25      A.   I think he's simply stating that

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    they would be more efficient in their roles.

3       Q.   Okay.  He said:

4          This means bringing more machine

5    intelligence to our performance marketing

6    spend, using sophisticated algorithms to

7    deploy incentives and promotions, and getting

8    far smarter about the rider/driver balance

9    that will maximize city growth.

10          Do you see that?

11      A.  I do.

12      Q.   Okay.

13          MS. WALSH:  And if you could

14      underline "maximize city growth,"

15      please, Diane.

16      Q.   And we talked about this earlier,

17   right, Mr. Dobbs, that rider/driver balance,

18   that is critical to maximizing Uber's growth

19   in the various cities where it operates,

20   right?

21      A.   It's an important factor that leads

22   to the -- it contributes to the amount of

23   growth on the platform.

24      Q.   And growth on the platform is

25   something that Uber is very interested in,

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    right?

3        A.  I think, like most businesses, Uber

4    is trying to grow the business over time.

5        Q.  Yeah.  At Uber, growth comes above

6    everything else, fair?

7            MS. LEVY:  Object to form.

8        A.  I don't think that's a fair

9    statement.

10       Q.  Okay.

11           MS. WALSH:  Well, let's look at

12           AW218, which we're gonna mark as

13           Exhibit 1895 to your deposition.  See

14           if that's a fair statement.

15           MS. LEVY:  Quick request, Alex.

16           After this document or when you reach

17           a good stopping point, can we take a

18           restroom break?

19           MS. WALSH:  Sure.

20           MS. LEVY:  Not now necessarily,

21           not urgent, but I want to put it on

22           your radar screen.

23           MS. WALSH:  Yep.  It's on the

24           screen.

25       A.  Just waiting for it to show up in

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   the Dropbox thing.

3      Q.  Okay.  Let us know.  I think it's a

4   slightly bigger document.

5         (Exhibit 1895, Global Driver All

6      Hands, Bates UBER_JCCP_MDL_003405397,

7      was marked for identification.)

8      A.  It's shown up.  I just want to take

9   a second to flip through.

10      Q.  Sure.  And let me just tell you

11   this, Mr. Dobbs.  This document, I'm only

12   gonna be asking you about a handful of pages

13   and you should take a minute to flip through

14   it.  And when I direct you to certain pages

15   and ask you questions, if that -- to answer

16   those questions you need to look at more

17   pages, you can do that as well.  Okay?

18      A.  Okay.

19         (Document review.)

20      Q.  Let me know when you're ready to

21   answer some questions.

22      A.  It's an awfully long document.  I

23   just want to make sure I fully understand

24   what's broadly covered.

25      Q.  Let me ask you this.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          Is this a document that you've seen

3   before today?

4      A.  I've not seen this document itself.

5   It looks like this was a part of the global

6   presentation to the Uber team, which I am

7   sometimes a part of if I'm able to attend.  I

8   don't -- I don't recall if I, you know,

9   attended this version of the meeting in 2017,

10  but I certainly have not seen this document.

11     Q.  You don't recall seeing this

12  document?

13     A.  I've never seen the document

14  itself.  Whether I saw it like in the context

15  of a meeting, maybe that happened.

16     Q.  Well, it's for an all hands

17  meeting, correct?  You see that?

18     A.  Appears to be, yes.

19     Q.  Okay.  On December 13, 2017, right?

20     A.  Yes.

21     Q.  And this is an internal Uber

22  document, right?

23     A.  Yes.  And perhaps one

24  clarification.

25          I realize this might not be a full

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    global all hands, it might be specific to

3    parts of the organization that worked on

4    driver-related activities.

5       Q.   So it's a global driver all hands,

6    right?

7       A.   It appears to be.

8       Q.   And what we see in the bottom right

9    corner is that this document was not meant to

10   be shared outside of the company.

11          Do you see that?

12          This deck is confidential and

13   privileged, do not share.

14          Do you see that?

15      A.   I do see that.

16      Q.   But we're showing it to the jury

17   today.  And if you look forward to what is

18   PDF 8, the slide PDF 8, you see here what

19   Uber says in this internal document is:

20          For years, growth, a greater than

21   sign, everything else.

22          Do you see that?

23      A.   I do.

24      Q.   So it says:

25          Growth -- for years, growth is

1      C. Dobbs - Highly Confidential

2   greater than everything else for Uber.

3         Do you see that?

4      A.  I see that.

5      Q.  It says:

6         Rider demand was rampant.

7         Capital was cheap.

8         Supply was our constraint.

9         Do you see that?

10     A.  I do.

11     Q.   And supply, we're talking about

12   drivers providing rides, right?

13     A.   Supply refers to drivers and the

14   hours they're spending on the platform.

15     Q.   Okay.  And Uber wants to -- strike

16   that.

17         Uber wants to increase its supply

18   so he can meet -- strike that.

19         Uber wants to increase the supply

20   of drivers so that Uber can meet this rampant

21   rider demand, right?

22     A.   Generally, as I've talked about, we

23   want to provide balance in the marketplace so

24   that using Uber is a good experience for both

25   riders and drivers.  What we, you know, saw,

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    you know, throughout Uber's history and

3    certainly for our early history, is this

4    suggests rider demand grew really, really

5    fast.

6              Riders used Uber, they had really

7    good experiences, they told their friends,

8    they used it more, their friends used it,

9    they told their friends.  Demand grew a lot.

10   And in order to keep up with that demand, one

11   of our priorities was to grow supply to again

12   bring balance to the marketplace.

13      Q.   In order to meet that demand, Uber

14   wanted to acquire more drivers, right?

15      A.   Getting new drivers to use the

16   platform, to try the platform was part of,

17   you know, what I suggested, bringing balance

18   to the marketplace.

19      Q.   Right.  Bringing balance to the

20   marketplace by acquiring new drivers, right?

21         MS. LEVY:  Object to form.

22      A.   Bringing balance to the marketplace

23   by, you know, getting new, high quality

24   drivers on the platform and potentially

25   getting more existing drivers to either stick

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   around or drive a little more.

3        Q.  What Uber says in this internal

4   document that was not supposed to be shared,

5   it says:

6            We met demand through aggressive

7   spending on driver acquisition.

8            Do you see that?

9        A.  I do.

10       Q.  And existing driver incentivize

11  to -- strike that.

12           And existing driver incentives to

13  maximize hours.

14           Do you see that?

15       A.  I do.

16       Q.  Okay.  Let's flip to the next page.

17           At this time, in 2017, Uber was

18  having an issue with a decline with driver

19  satisfaction.

20           Do you see that?

21       A.  I do.

22       Q.  And do you recall that?

23       A.  I do.

24       Q.  And what Uber says is that it was

25  failing to honor loyalty with loyalty, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  That's what's said on the slide.

3      Q.   And that was an issue for Uber,

4   right?

5      A.   Yeah.  I think driver satisfaction

6   declining was a challenge as I've talked

7   about.  We have customers that are riders and

8   customers that are drivers.

9          Businesses generally want their

10  customers to be satisfied and to like the

11  service that they are getting.  And for us,

12  seeing the drivers were less satisfied did

13  lead us to think about, all right, what do we

14  need to do to improve their satisfaction.

15     Q.   Okay.  Notwithstanding the fact

16  that Uber was having these issues with driver

17  satisfaction, during this time, the number of

18  drivers was -- Uber was successful growing

19  the number of drivers, correct?

20     A.   We were able to grow the number of

21  drivers over time, but I think something that

22  we realized was that we had not focused as

23  much on the driver satisfaction piece.  And

24  so this was a moment in time where we kinda

25  leaned into that a bit more.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  But the focus was on growing

3   the number of drivers and the amount they

4   were driving, right?

5      A.  The focus prior had been if

6   you're -- you know, we're specifically --

7   this is a driver all hands, so it's talking

8   about in the context of the driver component

9   of the business.  The focus had more been on,

10  you know, the previous slides spending money

11  to market and incentivize drivers to try out

12  the platform.  And what we realized was,

13  well, once they got to the platform, they

14  weren't as satisfied as we wanted them to be,

15  which may have led them to leave the

16  platform.

17         And so this moment in time was

18  kinda a moment of self-reflection where we

19  realized we should spend more time and effort

20  improving driver satisfaction and addressing

21  points of feedback that drivers had.

22      Q.  You also thought this was a moment

23  in time where you should figure out who all

24  these -- who all these folks are who are

25  driving for Uber, right?

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  I don't know what you mean by that.

3      Q.  Well, let's flip to PDF 38, please.

4          We can see that at this time in

5   2017 Uber had over 3 million active drivers,

6   right?

7      A.  Yes, that looks right.

8      Q.  And 91 million signed-up prospects

9   across the globe, right?

10     A.  I see that.

11     Q.  And if you look at the graph on the

12  side, it's Monthly Active Drivers Globally.

13         Do you see that?

14     A.  I do.

15     Q.  And you see how those numbers are

16  just -- you're achieving that growth in these

17  active drivers globally, right?

18     A.  They're -- most months it looks

19  like there was growth in the number of active

20  drivers.

21     Q.  Yeah.  That -- that line is going

22  up, correct?

23     A.  Most months it looks like the line

24  goes up.

25     Q.  Okay.  But the question that was

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    being asked in this deck, if we look at the

3    next slide, if we look at -- there are notes

4    to this deck, right?

5       MS. WALSH:  If we can zoom out,

6       please, Diane.

7       Q.  You see where it says:

8       A key question is who are these

9    folks?

10      A.  I do see that.

11      Q.  Okay.  So that was the question

12   that was being asked in this slide, right?

13      A.  I don't know that that was the

14   question necessarily being asked in this

15   slide.  This is a -- like speaker notes on

16   slide number, I don't know, 50 on -- or

17   something on this slide deck.  You know, that

18   may have been a consideration when talking

19   about this slide, but I don't know that it

20   was the main talking point.

21      Q.  Okay.  It was a consideration to

22   try to figure out who are these folks driving

23   for Uber, right?

24      A.  I think generally what this is

25   saying is if we want to improve driver

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   satisfaction on the platform, we should

3   probably have a better idea of, you know, who

4   drivers are and what they're looking for and

5   so we can kind of, you know, address the

6   needs and feedback they have.

7       Q.   Well, you also wanted to address

8   the quality of these drivers.  I mean --

9   strike that.

10          It was also important to understand

11  who these people are because that can affect

12  the experience riders are having on the

13  platform, right?

14      A.   I don't -- I don't think those two

15  things are quite connected the way you're

16  suggesting.  I think this is -- you know,

17  this is talking about who the folks are in

18  terms of, like, what they care about, what

19  they -- like, what they want from the Uber

20  platform.

21          You know, I think any business,

22  when I think about their customers, they want

23  to know why are our customers using our

24  particular product or service.  And so this

25  is suggesting we should kind of understand

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    drivers more from that perspective.

3        I think it sounded like where you

4    were going is, like, kinda like more deeply

5    understanding demographics or background

6    information in a way to determine, you know,

7    if they're going to be better or worse

8    drivers on the platform.  Certainly we do

9    want to have good drivers on the platform,

10   but I don't know that this specific question

11   on this slide was written to think about that

12   angle of kind of who drivers are.

13       Q.  Okay.  What it says is:  Who are

14   these folks?

15       Right?

16       A.  That's what it says.

17       And I'm kind of giving you my best

18   understanding of what that meant in the

19   context of this meeting and this kind of time

20   in Uber's history.

21       Q.  Okay.  Well, Uber understands that

22   the quality of the drivers who are driving

23   for Uber, that can have an effect on the

24   experience of riders too, right?

25       A.  Sure.  That goes in both

1      C. Dobbs - Highly Confidential

2  directions.  You know, someone's a better

3  rider, more respectful, more reasonable, the

4  driver's going to have a better experience,

5  and that's gonna go in the other direction as

6  well.

7      Q.   Okay.  So the driver experience is

8  important, right?

9      A.   Again, we're always talking about

10  both sides of the platform; both the rider

11  and driver experience are important.  If one

12  is neglected, that leads to a system that's

13  not gonna work particularly well.

14      Q.   Uber understands that this

15  litigation, the reason this deposition is

16  happening is because of experiences that --

17  that people had -- that riders had during

18  Uber Rides, right?

19      A.   Yes.

20      Q.   This litigation is about -- is

21  about people, mostly women, but some men, who

22  were sexually assaulted during their Uber

23  Rides.

24          Do you understand that?

25      A.   I do.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        Q.   And Uber knew at this time that

3    riders were already reporting that they were

4    having negative experiences on their Uber

5    Rides, right?

6        A.   Uber was aware of negative

7    experiences.

8        Q.   Okay.  Let's flip down to PDF 83,

9    please, the portion of this deck that

10   addresses rider experience.

11          Do you see that?

12       A.   Give me a minute to get down to

13   Slide 83.  Okay.

14       Q.   Okay.  And what you see on the next

15   slide is a testimonial from a rider saying:

16          In the past 2.5 years, I have seen

17   the driver quality totally deteriorate.

18          Do you see that?

19       A.   I have.

20       Q.   I believe there should be an actual

21   driving test for some of these drivers since

22   they don't seem to have any common sense.

23          Do you see that?

24       A.   I do.

25       Q.   In some cases, it's embarrassing

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    for me to be associated with Uber.

3        Do you see that?

4    A.  I do.

5    Q.   If you look at the next slide, we

6    see some data that the Uber team gathered and

7    shared at least internally about the rider

8    experience.  And what it says is:

9        Our riders are too often

10   dissatisfied with the quality of our drivers

11   and the overall in-car experience.

12        Do you see that?

13   A.  I do.

14   Q.   So Uber was aware that there was a

15   problem with driver quality at this time in

16   2017, right?

17        MS. LEVY:  Object to the form.

18        You can answer.

19   A.  I am not sure I'd characterize it

20   as a problem.  I would say there was, you

21   know, feedback that we had received, as this

22   slide says, too often, but not necessarily

23   all the time or a majority of the time that

24   the quality of the driver and their

25   experience wasn't as good as we would want it

Chad Dobbs    Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    to be.

3        You know, as we talked about in the

4    previous section, we're interested in the

5    rider -- or driver experience on the platform

6    and, obviously, we're also interested in the

7    rider experience as well.

8      Q.  Okay.

9        MS. WALSH:  Okay.  We can take a

10     break now.

11       MS. LEVY:  Thank you.

12       THE VIDEOGRAPHER:  The time is

13     14:30 UTC time, and we are off the

14     record.

15       (Off the record.)

16       THE VIDEOGRAPHER:  The time is

17     14:44 UTC time, and we're back on the

18     record.

19   BY MS. WALSH:

20     Q.   Mr. Dobbs, we were looking at some

21   of the issues going on in Uber in 2017.  Want

22   to turn to 2018 now.  Okay?

23     A.  Okay.

24     Q.   In 2018, Uber was facing a big

25   challenge with growth slowing down; is that

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   right?

3       A.  I recall growth was slowing a bit

4   in 2018.

5       Q.  Okay.

6           MS. WALSH:  Let's take a look at

7       what is going to be Exhibit 1896 to

8       your deposition.  And that's AW215,

9       please.

10          (Exhibit 1896, US&C Strategic

11      Context and Ridesharing Priorities,

12      Bates UBER_JCCP_MDL_004989798, was

13      marked for identification.)

14      Q.  And let me know when you've got

15  that ready.

16      A.  I will just give it a minute here.

17  Okay.

18      Q.  If we flip to PDF 2, we see this is

19  a PowerPoint entitled:  US&C Strategic

20  Context and Ridesharing Priorities.

21          Do you see that?

22      A.  I do.

23      Q.  And the jury has seen this, but?

24  "US&C" refers to the United States and

25  Canada, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  That's correct.

3      Q.   And this presentation is from

4   November 2018.

5         Do you see that?

6      A.  I do.

7      Q.   In reference to US S&P, what does

8   that mean?

9      A.   That's a team on the US and Canada

10   operations team that's called strategy and

11   planning.

12      Q.   Okay.  Okay.  So in this strategy

13   and planning PowerPoint, if we flip to the

14   next slide, we see they're discussing Key

15   Challenges Facing the United States and

16   Canada Business.

17         Do you see that?

18      A.  I do.

19      Q.   Okay.  And the next slide

20   identifies what those key challenges are.

21   And what it says is:

22         At a macro level, the United States

23   and Canada business is facing three key

24   challenges as we look forward to 2019.

25         Right?

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2     A.   That's what this says.

3     Q.   And Uber knew -- well, strike that.

4          Uber knows that during this period

5   category growth was slowing, right?

6     A.   That's right.

7     Q.   Competitive pressure was high,

8   correct?

9     A.   That's accurate.

10     Q.   And this was a downward pressure on

11   profitability, correct?

12     A.   I think generally those things were

13   true.

14     Q.   And none of those things are good

15   things, right?

16     A.   No.  Generally those things would

17   be negatives.

18     Q.   That's not what Uber wants for its

19   business, correct?

20     A.   Competitive pressure being high, I

21   think that's debatable whether or not that's

22   a good thing or a bad thing.  Could go either

23   direction.  But, you know, category growth

24   slowing and downward pressure on

25   profitability would generally be seen as

Chad Dobbs  Highly Confidential
August 21, 2025

1    C. Dobbs - Highly Confidential

2  challenges for the business.

3    Q.  Not good for the stock price,

4  correct?

5    MS. LEVY:  Object to form, this

6    time.

7    A.  One, I don't know if we were a

8  public company at this point.  And two, you'd

9  have to ask our investors.

10    Q.  Okay.  Do you own stock in Uber?

11    A.  I do.

12    Q.  You keep an eye on the stock price?

13    A.  I do.

14    Q.  What's the value of your

15  stockholdings in Uber right now?

16    A.  Current stockholdings in Uber,

17  probably $1.4 million.

18    Q.  As an investor in Uber, do you like

19  to see the company be profitable?

20    A.  I generally think that's a good

21  thing as an investor.

22    Q.  Okay.  Let's look at the next

23  slide.  This talks about the fact that growth

24  rates are falling for Uber during this

25  period, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2       A.  Yes.

3       Q.  Says:

4           Year-over-year growth rates have

5    fallen from about 90 percent in mid-2016 to

6    about 50 percent in mid-2017 and to

7    29 percent in mid-2018.

8           Do you see that?

9       A.  I do.

10      Q.  Okay.  That was not a positive

11   development for the company, correct?

12      A.  I think part of this is

13   unsurprising given, as a company grows, it's

14   going to be harder and harder for it to

15   maintain high levels of growth rates.  And

16   what this is pointing out is the realities of

17   what had happened over the previous years and

18   positioning this as we need to continue to

19   think creatively about how we want to grow

20   the business.

21      Q.  Yeah.  Uber wanted to reverse this

22   trend, right?

23      A.  I think Uber would've wanted to

24   reverse or slow this trend.

25      Q.  Well, it identified category growth

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    slowing as a key challenge during this

3    period, right?

4        A.   This presentation mentions that as

5    a key challenge.

6        Q.   Okay.  If we look at the next

7    slide, what's reported here is that:

8            In addition to category growth --

9    strike that.

10           In addition to category growing at

11   a slower rate, we're capturing less of the

12   category.

13           Do you see that?

14       A.  I do.

15       Q.   Trips CP rests at an all time low

16   of about 70 percent.

17           Do you see that?

18       A.  I do.

19       Q.   Okay.  And "CP" stands for category

20   position, right?

21       A.   That's correct.

22       Q.   And what does category position

23   mean to Uber?

24       A.   Category position refers to -- I

25   guess maybe I define category.

1      C. Dobbs - Highly Confidential

2         Category sometimes refer to the

3   ridesharing category in the United States as

4   Uber and Lyft.

5      Q.  Okay.

6      A.   And some markets there are some

7   smaller players that we might include in the

8   category as well.  But this, you know, graph

9   and this slide is simply stating kind of, of

10   that category what percent Uber has versus

11   what percent Lyft has.

12     Q.   Okay, yeah.

13        MS. WALSH:  And so Diane, if you

14     can highlight "versus Lyft," that

15     would be great.

16     Q.   Lyft is Uber's main competitor in

17   this rideshare category, right, in the United

18   States?

19     A.   In the United States, that's right.

20     Q.   Okay.  And what this graph shows is

21   that, at this time, Lyft is gaining on Uber

22   in terms of its position in the category,

23   right?

24     A.   Yeah.  The general trend is that

25   Lyft was gaining.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  And again, that is -- that's

3   not a positive development for the company,

4   right?

5      A.  Generally not a positive

6   development.

7      Q.  Well, if we look down to the

8   speaker notes a little bit below here, you

9   can see the speaker notes to this slide.

10  What the presenter says is:

11         What scares me about this chart?

12  Steady state, not gaining category position.

13         Right?

14     A.  Those are the words from the

15  speaker notes.

16     Q.  Okay.  It says:

17         We have not shown an ability to

18  actually win category position.

19         Do you see that?

20     A.  I do.

21     Q.  Ultimately, whether you believe in

22  category position or not, it represents how

23  your customers are voting with their wallets.

24         Right?

25     A.  That's what that says.

1    C. Dobbs - Highly Confidential

2    Q.  Okay.  And what this means is that

3  an increasing number of customers, riders,

4  are choosing Lyft over Uber at this time,

5  right, in a relative sense?

6    A.  In a relative sense, more people

7  are starting to choose Lyft over Uber.

8    Q.  Okay.  And in fact, there were an

9  increasing number of competitors for Uber in

10  this space at this time.  It was not just

11  Lyft, right?

12    A.  I think that was likely true at

13  this time.  There had been a variety of

14  smaller competitors that have started over

15  the years.  I forget exactly who would've

16  been around in 2019.

17    Q.  Okay.  If we look at the next

18  slide, it says:

19      In the broader space and longer

20  term, we face intense competition for supply

21  and demand from players outside our immediate

22  space.

23      Right?

24    A.  Yes.

25    Q.  Okay.  And so we've talked about

1        C. Dobbs - Highly Confidential

2    the fact that the category growth was

3    slowing.  We've talked about their problems

4    with category position.  We've talked about

5    intense competition.

6            There were also issues with

7    profitability at this time too, right?

8        A.   Profitability was less than what we

9    would've liked.

10       Q.   Okay.  If we look at the next

11   slide, we can see where it says:

12           Despite slowing growth, we have not

13   been able to improve our margin profile.

14           Do you see that?

15       A.  I do.

16       Q.   Okay.  And margin profile, that's

17   referring to profitability, correct?

18       A.   It's a measure of profitability.

19       Q.   Okay.  So again, this is something

20   that the company would like to -- would like

21   to reverse, right?

22       A.   You know, I think what this slide

23   is pointing out is that, yes, we either

24   should be able to grow faster at our current

25   margin profile or we should be able to

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   increase our margin profile at the current

3   rates of growth.

4       Q.  Okay.  And Uber, in looking at its

5   financial metrics and how it's doing in terms

6   of growth and category position, there's

7   often a big -- there's a focus on cities,

8   correct?

9       A.  Generally, yes.  We focus on

10  cities.  We also focus on the business at a

11  regional level or a countrywide level.

12      Q.  Okay.  But cities is the source of

13  a lot of Uber's rideshare business, right?

14      A.  I'm sorry.  You're referring to,

15  like, actual -- the actual cities themselves.

16  Okay.

17      Q.  Yes.  Yes.

18      A.  Sorry.  Yes.  A large chunk of kind

19  of the activity on Uber's platform occurs in

20  bigger cities.

21      Q.  Okay.  And there are -- you know,

22  you're in charge of the team that sort of

23  focused on cities, right?

24      A.  Yes.  And I guess to clarify, my

25  team is called city operations, but that

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   doesn't mean we only focus on cities of a

3   certain size.  It is -- you know, we use

4   cities to kinda mean local, and local might

5   be a city with 5 million people or could be a

6   town with 5,000 people.

7        Q.  I see.  Okay.

8            Well, let's look at what Uber was

9   talking about with respect to its biggest

10  cities at this time in 2018.  And to do that,

11  let's flip to PDF 15, please.  And what this

12  slide says is:

13           So, in our biggest cities, our

14  supply category position lags our demand

15  category position significantly, resulting in

16  a steady degradation of our trips/booking.

17           Do you see that?

18       A.  I do.

19       Q.  And can you explain to the jury

20  what that means and why it's a problem?

21       A.  So this is essentially saying that

22  in our biggest cities, I don't know exactly

23  how that was defined for purposes of this

24  slide, our supply category position, which

25  would mean, you know, in simplified terms the

1        C. Dobbs - Highly Confidential

2    number of drivers on our platform versus the

3    number of drivers on Lyft's platform is

4    lagging our demand category position.  Again,

5    in simplified terms, meaning the number of

6    riders on our platform versus the number of

7    riders on Lyft's platform.

8            And so that fact means that we are

9    less well supplied, trying to put that in

10   simple terms, that we are, like -- we don't

11   have as many drivers available per rider as

12   Lyft does, which means that our platform

13   might be less -- either less reliable than

14   Lyft's or maybe relatively less reliable than

15   Lyft versus a previous time period, and that

16   is putting pressure on category position

17   overall, because as the reliability of our

18   platform decreases, more people, both riders

19   and drivers, are inclined to look for

20   alternatives because our advantage on

21   reliability has perhaps degraded.

22     Q.   Okay.  Let me ask you this.

23         Is it fair to say what this graph

24   is showing at a high level is that -- that if

25   you look at, like, in a city the universe of

Chad Dobbs    Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   potential riders, there are more riders who

3   are opening their Uber app versus their Lyft

4   app to try to get a ride.  So there are a lot

5   of -- there are more people going to the Uber

6   app to get a ride.  But when it comes to

7   drivers, the drivers might be more likely to

8   be looking to give rides through their Lyft

9   app than through their Uber app?

10          MS. LEVY:  Object to form.

11          You can answer.

12      A.  I don't think that's exactly what

13   this is showing.  I think the, like, the

14   nuances it's all in relative terms.  So it

15   might not be that there are an absolute level

16   or drivers preferencing a Lyft than Uber, but

17   that ratio relative to our total trip

18   category position is lower and relative to

19   our demand category position is lower.

20      Q.  Okay.  Okay.  Well, let me ask you

21   this.

22          What this graph is showing is that,

23   at this time, Uber's category position when

24   it comes to demand or drivers, that's been

25   going down, right?

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  This is showing -- like, we know

3   that trip category position is going down and

4   there's a hypothesis that our supply category

5   position is lower than our demand category

6   position.

7      Q.  Okay.  But both demand category

8   position and supply category position have

9   been going down over time?

10      A.  This is illustrative, but I think

11   that was the -- the hypothesis.

12      Q.  Okay.  And what the speaker says

13   here is that:

14          As long as demand category position

15   is higher than supply category position,

16   we're offering an inferior service despite

17   our greater scale.

18          Do you see that?

19      A.  I don't know that I see that exact

20   conclusion.

21      Q.  Well, if you look at the speaker

22   notes --

23      A.  Okay.

24      Q.  -- down on the screen.

25      A.  I don't -- okay.  I can scroll and

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    see that over here.

3      Q.   You see where it says:

4          As long as demand category position

5    is higher than supply category position,

6    we're offering an inferior service despite

7    our greater scale.

8      A.   I do see that.  That strikes me as

9    a hypothesis.  And again, I think all of this

10   should probably be viewed in relative terms.

11        I don't know that this means that

12   we would actually be providing an inferior

13   service relative to Lyft.  It might be an

14   inferior service relative to what we expect

15   the level of service to be or what the level

16   of service was previously.

17     Q.   Okay.  What this Uber document

18   created back in 2019 says is we're offering

19   an inferior service despite our greater

20   scale, correct?

21     A.   That's what the speaker notes in

22   this document mention.

23     Q.   Okay.  And what the next slide says

24   is:

25          In general, we've not been able to

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    grow supply to keep up -- oops.

3        MS. WALSH:  Sorry.  The next one.

4        Sorry about that, Diane.

5        Q.   What the next slide says is:

6            In general, we've not been able to

7    grow supply to keep up with demand.

8            Correct?

9        A.   That's right.

10       Q.   And this was counter to this

11   business imperative of growing supply of

12   having drivers out there on the roads ready

13   to give rides when riders are asking for

14   them, right?

15       A.   Sorry.  You asked if it was counter

16   to that strategy?

17       Q.   Well, a big part of -- a big part

18   of the success of Uber's business is making

19   sure that there is enough supply to keep up

20   with demand, right?

21       A.   We talked about it a few times now,

22   like our business model and how we run our

23   business.  One of the things we focused on

24   was providing balance between, you know, the

25   riders and drivers on the platform so that

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    the network and workplace work most

3    effectively.

4        Q.   Okay.  And so one way that Uber

5    tries to make sure that supply, drivers, are

6    keeping up with demand, riders, is by signing

7    up new drivers, right?

8        A.   That is part of growing supply.

9        Q.   Is by trying to encourage existing

10   drivers to provide more rides, right?

11       A.   That's also a part of growing

12   supply.

13       Q.   And another thing Uber wants to do

14   is try and prevent something called churn,

15   right?

16       A.   That's also a part of growing

17   supply.  And I think connecting us back to I

18   think the document we looked at just before

19   this where we're talking about driver

20   satisfaction, you know, we want drivers to

21   have a good experience on the platform so

22   that, you know, we can attract more drivers

23   to use the platform and so the drivers who

24   have tried the platform continue to use it.

25   So those things are very -- very much tied

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    together.

3        Q.   And for the benefit of the jury,

4    this concept of churn, C-H-U-R-N, what does

5    that mean?  What is churn and why is it bad?

6        A.   Yeah.  Churn refers to, for either

7    riders or drivers, you know, existing

8    customers stopping using your product or

9    service.

10        So it's a, you know, business

11   concept that exists across any businesses.

12   But if, you know, I stopped going to

13   McDonald's for five years, they'd say you're

14   a churned customer of McDonald's.  And if a

15   driver stops driving for a period of time on

16   Uber, we might say that driver has churned.

17   Same thing with a rider who has stopped using

18   the platform.

19        Q.   Okay.  And you all want to try to

20   prevent churn, correct?

21        A.   I think generally, yes.  But there

22   are some users, riders and drivers that we

23   might be less inclined to be concerned about.

24   Ultimately, we want to grow kind of the good

25   drivers and good riders who are on the

Case 3:23-md-03084-CRB    Document 5140-1    Filed 01/28/26    Page 103 of 546

1      C. Dobbs - Highly Confidential

2   platform and generally reduce churn.  But I

3   don't think that's the case in all instances.

4      Q.   Okay.  Well, let's look at the next

5   slide and see how it discusses churn.  It

6   says:

7           For the first time, reengaged

8   drivers account for more driver additions

9   than first trips.

10          Do you see that?

11      A.  I do.

12      Q.  It says:

13          However, churn remains high making

14   growth challenging.

15          Do you see that?

16      A.  I do.

17      Q.   Okay.  This slide is not

18   differentiating between different types of

19   churn, right?

20      A.   This slide specifically is

21   differentiating between kind of new drivers

22   and churn drivers.

23      Q.   Okay.  It's not saying we're okay

24   with churn when the churn involves, you know,

25   lower quality drivers.  It's just talking

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   about churn in general and the fact that

3   churn makes growth challenging, right?

4       A.  Yeah.  This deck is broadly

5   covering business trends, and the general

6   statement here is that churn makes growth

7   more challenging.

8       Q.  Okay.  Churn makes growth more

9   challenging.  Churn is also expensive for

10  Uber's business, right?

11      A.  Churn -- you know, as a result of

12  churn, you have to -- to make up for the

13  number of drivers you're losing and so you,

14  you know, probably need to attract more new

15  drivers.  As we've seen in previous

16  documents, you know, that requires marketing

17  and incentives and ultimately dollars to do

18  so.

19      Q.  Right.  And getting a driver on to

20  the platform costs Uber money, right?

21      A.  Yep.  They're -- oftentimes there's

22  money associated with that given the things I

23  just mentioned, like marketing and

24  incentives.

25      Q.  Okay.  And so if you spend all that

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    money getting a driver on the platform and

3    then the driver is churned, the driver leaves

4    the platform, that money hasn't, you know,

5    delivered what you were hoping, right?

6        A.  Maybe.  Maybe not.  Depends on the

7    driver and the specific circumstance.

8        Q.  Okay.

9          MS. WALSH:  Well, let's look at

10       AW134, which is gonna be Exhibit 1897

11       to your deposition.  And let me know

12       when you've got it up there.

13           (Exhibit 1896, Driver Loyalty

14       Insights & Strategy, Bates

15       UBER_JCCP_MDL_003341903, was marked

16       for identification.)

17       A.  Okay.  I have it open.

18       Q.  Okay.  And this is a PowerPoint

19    from July 17, 2018, right?

20       A.  That's right.

21       Q.  And it's about Driver Loyalty

22    Insights & Strategy, right?

23       A.  It is.

24       Q.  And just focusing on this concept

25    of churn, if we could turn to PDF 9, please.

1      C. Dobbs - Highly Confidential

2        What this is explaining is that

3   there's a problem.  You see Problem at the

4   top?

5      A.  I do.

6      Q.  And it says:

7        For Uber:  Driver churn, insurance,

8   support costs, and incentives, are expensive

9   to the business.

10        Do you see that?

11      A.  I do.

12      Q.  Okay.  And if we -- and you agree

13   with that, right?  Driver churn, that's

14   expensive to Uber's business, correct?

15      A.  There are costs associated with

16   each of these things listed on the page.

17      Q.  Okay.  If we look below Key

18   Insights, do you see where it says:

19        [US only] At $368 acquisition cost

20   per driver.

21        Do you see that?

22      A.  I do.

23      Q.  And what that's saying is that at

24   this time at least it costs Uber $368 to

25   acquire a new driver, right?

1      C. Dobbs - Highly Confidential

2      A.  I think this analysis suggested

3   that it cost that much and the various costs

4   we talked about, marketing incentives,

5   et cetera, per new driver on the platform.

6      Q.  It says:

7         Only 6 in every 20 new drivers will

8   be active at the end of their first year of

9   driving.

10         Right?

11      A.  Yep.

12      Q.  It says:

13         Only one of 20 retained is a high

14   quality driver.

15         Do you see that?

16      A.  I do.

17      Q.  That's a pretty small percentage of

18   high quality drivers on the Uber platform,

19   agree?

20      A.  I think what this is saying is that

21   there's a lot of churn on the platform, which

22   is something that we -- we know and we've

23   talked about.  And, you know, one of the

24   primary reasons drivers use the Uber platform

25   is the flexibility and the fact that, you

1      C. Dobbs - Highly Confidential

2   know, maybe this isn't something they're

3   going to do for an extended period of time.

4   Some drivers have done that, but other

5   drivers, you know, use Uber for a month or

6   three months or six months.

7          And so this slide is just pointing

8   out one of the business challenges associated

9   with that is that we have a lot of churn on

10   the platform.

11      Q.   Okay.  But if we focus just on this

12   second sentence.

13         MS. WALSH:  Diane, if you could

14      highlight just this second sentence

15      beginning "only 1 of 20."

16      Q.   I want to focus on this sentence

17   which says -- what you were just explaining

18   is that of the drivers, the new drivers who

19   come on to the platform, a number of them

20   will leave the platform, they'll move on to

21   something else, right?

22      A.   Right.

23      Q.   Okay.  Well, the insight that's

24   being discussed here is that of the ones who

25   stick around, only 1 of 20 retained is a high

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    quality driver.

3        Do you see that?

4    A.  I do.  I think what we don't know

5    is exactly how the author was defining "high

6    quality driver" in this instance.

7    Q.  Okay.  Well, regardless of how

8    "high quality" is defined, 1 out of 20,

9    that's a pretty low percentage.

10        Would you agree?

11    A.  It's 5 percent.

12    Q.  Okay.  So only 5 percent of the

13    drivers who stick around are high quality

14    drivers.

15        Do you see that?

16    A.  I don't know if it's saying

17    5 percent of the ones who stick around or

18    5 percent of the total pie.

19    Q.  Well, it says:

20        Only 1 of 20 retained is a high

21    quality driver.

22        Right?

23    A.  That's what this says.

24    Q.  Okay.  Let's look at the chart now.

25    I want to ask you a couple questions about

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   that.  This chart is representing for 2017

3   year to date.

4            Do you see that?

5        A.  I do.

6        Q.  The average fare that -- for Uber

7   Rides.

8            Do you see that?

9        A.  I do.

10       Q.  Okay.  So that is information that

11  Uber was discussing and had available to it

12  internally, the average fare for rides in

13  2017 year to date.

14           Do you see that?

15       A.  I see the average fare data points.

16       Q.  Okay.  And is that something that

17  you all calculate internally at Uber?

18       A.  Periodically that would be, you

19  know, calculated for, you know, analysis like

20  this or for other purposes.

21       Q.  Okay.  And then the next bar, it

22  says:

23           Partner payments.

24           Do you see that?

25       A.  I do.

1      C. Dobbs - Highly Confidential

2      Q.   And that means the amount of the

3   fare that goes to the driver, right?

4      A.   I think generally that's what this

5   would mean, yes.

6      Q.   Okay.  And is that something that

7   Uber can calculate internally for business

8   purposes, if it wants, the average amount of

9   a fare that is going to a driver for Uber

10  Rides?

11     A.   Uber is capable of calculating

12  that.

13     Q.   Okay.  And it's capable of

14  calculating that for particular years?

15     A.   I think it depends on the year and,

16  you know, how recent the data is.  But

17  generally, yes, especially in recent years.

18     Q.   Okay.  And could it -- is it

19  capable of doing that calculation not just

20  for particular years but for particular

21  geographic regions?

22     A.   Generally, yes.  There could be

23  some complications with the data, but

24  generally that's something that we could do.

25     Q.   Okay.  So overall, what this chart

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   is showing is for the average fare for this

3   time, which is the blue column, it's showing

4   what happens with that fare; is that fair?

5        A.  To some degree, yes.  They could --

6   you know, more specifically it's showing the

7   various costs we have associated with the

8   business and how those map to the average

9   fare.

10       Q.  Okay.  So it's saying the average

11   fare at this time in 2017, which is $14.94,

12   right?

13       A.  Looks like that's right.

14       Q.  $9.38 goes to the driver, right?

15       A.  I see that.

16       Q.  And we've already demonstrated

17   you're a little bit better at math than I am,

18   but that's more than 50 percent, but -- well,

19   let's -- can you give rough estimate of what

20   percentage goes to -- went to the driver for

21   this year?

22       A.  I think that's 60 to 65 percent.

23       Q.  Okay.  So in this year, 60 to

24   65 percent of the -- on average, 60 to

25   65 percent of the fare went to the driver,

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    correct?

3        A.   Yes.  Though I would call out that

4    there are some other items covered to the

5    right that are other payments to drivers.  So

6    that's not the -- those are not the only

7    dollars a driver is earning from the fare.

8        Q.   Fair.

9            So we see rider incentives --

10   sorry.  Strike that.

11           We see driver incentives, right?

12       A.   Yep.

13       Q.   At $0.79?

14       A.   Yeah.

15       Q.   What does "support" refer to?

16       A.   Support refers to the cost of us

17   having a support team.  So, you know, if you

18   have an issue on your Uber ride or a question

19   and you send an email or inquire about that

20   through the app, you know, there's costs

21   associated with the head count of those

22   folks.  You know, there might be refunds to

23   rides given; those costs are captured in

24   that $0.13.

25       Q.   Okay.  Would that -- would that

1      C. Dobbs - Highly Confidential

2   include if you attempted to report a sexual

3   assault or sexual misconduct?

4      A.  The -- like the people who are

5   handling those inbound support requests or

6   outreach, like the costs of those people in

7   that head count would be captured likely in

8   this support column.

9      Q.  Okay.  What about -- what about

10  operations.  That's what you do.  So what is

11  that generally?  It says $0.43 goes to

12  operations, right?

13     A.  You know, I can't -- really don't

14  know exactly what would be covered in this.

15  There are, you know, some costs that jump out

16  to me that aren't covered here, like taxes

17  and fees; like, that might be covered here.

18  That also could be covered in cost of sales.

19        Yeah.  I don't know exactly how the

20  person who did this analysis cut the data and

21  divided things between the different columns.

22  Could be marketing, could be something else.

23     Q.  Okay.  What about rider and driver

24  funnel, what does that refer to?

25     A.  That refers to new riders and

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    drivers.  And so this would likely be

3    marketing and incentive dollars for new

4    riders and drivers.

5            (Technical discussion.)

6        Q.   Okay.  So -- so driver and rider

7    incentives on -- that's in the dotted box,

8    that refers to driver and rider incentives

9    for the actual driver and rider involved in

10   the ride, right?

11       A.   I suspect that the differentiation

12   here would be that the items in the dotted

13   box would be for existing riders and drivers

14   versus the $0.66 captured in the rider and

15   driver funnel would be for the new riders and

16   drivers.

17       Q.   Gotcha.  Okay.  What about head

18   count, does that refer to people's salaries?

19       A.   I think it's probably people's

20   salaries.  There might be some, like,

21   facilities costs that could be either there

22   or operations.

23       Q.   Okay.  That's really helpful.

24   Thanks.

25            MS. WALSH:  So we can go back to

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        the main slide, please, Diane.

3        Q.   Okay.  So the problem Uber's

4    identifying in this slide is -- is that

5    driver churn, among these other things

6    listed, that is expensive to the business,

7    right?

8        A.   I think this slide is just broadly

9    pointing out that there are a bunch of costs

10    associated with the business that are

11    reducing profitability levels.

12        Q.   Okay.  Including driver churn,

13    right?

14        A.   Driver churn is one, amongst many

15    of those costs.

16        Q.   Okay.  Well, let's focus on -- and

17    driver churn, just remind the jury, that's

18    talking about where Uber has spent money to

19    get a driver, you know, providing Uber rides

20    and then the driver stops doing that, right?

21        A.   Driver churn, yes, it refers to the

22    driver who has stopped using the platform for

23    some period of time.

24        Q.   Okay.  And when that happens, Uber

25    loses money, right?

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.  I wouldn't say that Uber's directly

3    losing money in that instance, but, you know,

4    it could cost money for Uber to make up for

5    that driver.

6        Q.  Okay.

7           MS. WALSH:  Well, let's look at

8       what we're gonna mark as 1898 to your

9       deposition, which is AW136, please.

10          (Exhibit 1898, Earner Long

11       Term Value Update, Bates

12       UBER_JCCP_MDL_002291715, was marked

13       for identification.)

14       Q.  Let us know when you got that.

15       A.  Will do.  Okay.  Just give me a

16    second to flip through this.

17          (Document review.)

18          Okay.

19       Q.  Okay.  And the document we're just

20    looking at, that was from 2018, correct?

21       A.  I think that's right.

22       Q.  Okay.  And it was estimating

23    that -- well, strike that.

24          This document is, if we look at the

25    top, it's from -- this version is from

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   March 8, 2022, right?

3       A.  Yes.

4       Q.  About four years later, right?

5       A.  Approximately.

6       Q.  And the point of this document is

7   to estimate the long-term value of earners,

8   right?

9       A.  It appears so.

10      Q.  Okay.  And earners include folks

11  who are driving for Uber, right?

12      A.  Typically that would include

13  drivers on the Uber platform.

14      Q.  Okay.  And the overview of this

15  document says:

16          This note provides the latest

17  update on the Earner LTV project.  The

18  project aims to develop a methodology to

19  estimate earners' long-term value, an

20  incremental VC a given earner is expected to

21  create to the platform over the next

22  12 months.

23          Do you see that?

24      A.  I do.

25      Q.  Okay.  And "VC" refers to variable

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   contribution, right?

3      A.  That's correct.

4      Q.  And what does variable contribution

5   mean?

6      A.  It's a measure of profitability.

7      Q.  Okay.  So this is looking at how

8   much an earner, which would include a driver,

9   contributes to Uber's profitability, right?

10     A.  Yes, that's right.

11     Q.   And if we look at the next section

12  is Tl;dr.

13        Do you see that?

14     A.  I do.

15     Q.   And Uber uses that a lot, and I

16  don't think everyone is familiar with what it

17  means so can you tell us?

18     A.  I believe it stands for "too long;

19  didn't read."  It's effectively if you don't

20  want to read the whole document, here's a

21  good summary of what's captured below.

22     Q.  It's like an executive summary?

23     A.  Somewhat similar to an executive

24  summary.

25     Q.  Okay.  So what it's saying is we

1       C. Dobbs - Highly Confidential

2   have refreshed the US LTV, long-term value

3   estimates, for active drivers as of

4   12/31/2021.

5       Do you see that?

6   A.  Yes.

7   Q.   And it says:

8       The mean and median 12-month value

9   estimate is 703 and 402, representatively.

10      Right?

11  A.  It says that.

12  Q.  It says:

13      This value represents how much

14  variable contribution Uber would lose over

15  the next 12 months when the driver churns

16  today and never comes back.

17      Do you see that?

18  A.  I do.

19  Q.  Okay.  So what it's saying is, when

20  a driver, any driver, churns, leaves the Uber

21  platform, Uber loses money, right?

22      MS. LEVY:  Object to form.

23  A.  No.  That's not exactly what this

24  says.  If you continue the sentence that you

25  highlighted, it says:

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          Instead of following her expected

3  engagement path.

4          And so this is -- it isn't saying

5  we're losing money, it's saying that is less

6  money that would've been made relative to the

7  expectation.

8      Q.  Okay.  So what it says is:

9          This value represents how much

10  variable contribution Uber would lose over

11  the next 12 months when a driver churns

12  today and never comes back instead of

13  following her -- instead of following her

14  expected engagement path, including some

15  chances of churns and resurrection over the

16  next 12 months.

17          Right?

18      A.  I think you read that correctly.

19      Q.  Okay.  And it's saying -- so what

20  it's saying is "mean" means average, right?

21      A.  That's right.

22      Q.  Okay.  So the average long-term

23  value estimate for an Uber driver at this

24  time, at the end of 2021, is $703, right?

25      A.  I think for the next 12 months.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.   Okay.  And that $703, that value,

3   that dollar value represents how much

4   variable contribution Uber would lose over

5   the next 12 months when the driver churns

6   today and never comes back instead of

7   following her expected engagement path,

8   right?

9      A.   I wouldn't position it as this is

10   how much money Uber would expect to make over

11   the 12 -- next 12 months from the, you know,

12   on average for drivers.  It's -- again, it's

13   not that we're losing that money.  That's not

14   money that, like, we ever had.  It's just

15   money that we are not making as a result of

16   them churning.

17      Q.   Okay.  Well, the way that Uber

18   chose to characterize it in this document is

19   as variable contribution Uber would lose.

20        Do you see that?

21      A.   I don't know that I'd say that's

22   how Uber characterized it.  The author of the

23   document wrote it that way.  I am kind of

24   telling you practically how this would play

25   out.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        Q.  Okay.  Well, you -- so the words on

3    the page that are in this document that was

4    created before this litigation was ever

5    brought is Uber would lose.

6            You see that, right?

7        A.  I see that it says:

8            Uber would lose.

9            I think what would be -- probably

10   be more accurate would be to say that Uber

11   would lose out on that money.

12       Q.  Okay.  And so what you're saying is

13   it's not as if when someone -- when a driver

14   churns and leaves the platform, Uber has to

15   write a check for $703.  It's that Uber

16   would've expected to make $703 off that

17   driver and now it's not gonna make that

18   money, right?

19       A.  Yeah.  I think that's a fair way to

20   put it.

21       Q.  Okay.  So -- and that's

22   something -- well, strike that.

23           It's not a -- strike that.

24           So when a driver churns, Uber's

25   opportunity to make money from that driver

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   goes away; is that fair?

3        MS. LEVY:  Object to the form.

4      A.  I think inevitably if a

5   rider/driver is no longer using the platform,

6   they're not using the platform and,

7   therefore, Uber's not making money given

8   their activity on the platform.

9      Q.  Okay.  Now, Uber also calculates

10   long-term or lifetime value of riders,

11   correct?

12      A.  We have made such estimates in the

13   past.

14      Q.  Okay.  And you know, Uber knows --

15   well, strike that.

16        According to Uber's calculations,

17   the value of a driver to Uber is higher than

18   the value of a rider to Uber, correct?

19        MS. LEVY:  Object to the form.

20      A.  I think that depends on the

21   calculation methodology.  But, you know,

22   generally drivers are more highly engaged on

23   the platform than riders are.

24        Said differently, you know, a

25   driver is more likely to do 30 trips in a

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   week than a rider is likely to do 30 trips in

3   a week.  A rider might do a few trips in a

4   week and a driver might do, you know, 5, 10,

5   15, 20.  So there's -- simply more

6   engagements.  There are fewer driver who

7   are more highly engaged, and there are less

8   riders -- sorry, more riders who are less

9   highly engaged.

10     Q.   So on average, a driver makes more

11   money for Uber than a rider does, fair?

12     A.   Again, I think it depends on your

13   methodology and how you think about the math.

14     Q.   On average, a driver provides more

15   value to Uber than a rider does, correct?

16     A.   Same answer.

17        I think it kind of depends on the

18   methodology and how you think about it.

19     Q.   Well, let's look at a methodology

20   that Uber has used to think about this.

21        MS. WALSH:  And for that, we are

22        going to look at AW135, which will be

23        Exhibit 1899 to your deposition.

24     Q.   And I will warn you.  This is one

25   of those very long PowerPoints.  And you can

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   let me know when it's up on your screen.  And

3   I will direct your attention to the part I

4   wanted to ask you about.  If you need to look

5   at other parts of this PowerPoint to answer

6   those questions, you can certainly let me

7   know.

8          (Exhibit 1988, US City Ops, Weekly

9      Leads Stand Up, Bates

10      UBER_JCCP_MDL_005031659, was marked

11      for identification.)

12     Q.  Has it come up for you?

13     A.  It just popped up, so I'm going to

14  scroll through a bit.

15          (Document review.)

16          Okay.  I'm happy to jump into the

17  questions.

18     Q.  Okay.  If we look at the very first

19  page of the metadata, do you see that this is

20  a document that was created in 2019?

21     A.  I do.

22     Q.  And the title of it is US City Ops,

23  Weekly Leads Stand Up?

24     A.  I see that.

25     Q.  And US City Ops, that's the

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   function or the division that you lead now,

3   correct?

4       A.  That's right.

5       Q.  And if you look at the first page

6   of this PowerPoint, you see that this is --

7   this is a PowerPoint being presented to the

8   leads for US City Ops.

9       A.  That's right.

10      Q.  And when it says Weekly Leads,

11  meaning, who would the leads be?

12      A.  That would've been the leaders on

13  the city ops team.  So I think we talked

14  about at that point there were, which is

15  still the case to this day, there are kinda

16  regional leaders who oversaw the specific

17  regions.  This would've included those folks

18  in addition to the person who was the head of

19  US City Ops at the time.

20      Q.  Okay.  So what I want to direct

21  your attention to is PDF 123, and it says:

22          Overview of Lifetime Value.

23          Do you see that?

24      A.  Let me just get there on my screen.

25  Give me just one second to look at what was

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    happening around this.

3        Q.   Okay.

4        A.   (Document review.)

5            Okay.

6        Q.   Okay.  And you're familiar with

7    this concept of lifetime value?

8        A.   Yes, I am.

9        Q.   Okay.  And what it says is:

10           What is an LTV?

11           LTV, or lifetime value, refers to

12   how much a driver or a rider is worth to us.

13           Do you see that?

14       A.   I do.

15       Q.   And "us" refers to Uber, right?

16       A.   It does.

17       Q.   There's --- in other words, LTV is

18   defined as the amount of future profits that

19   a given user will contribute over a specified

20   period of time on our platform.

21           Do you see that?

22       A.   I do.

23       Q.   And then it says:

24           We must understand the potential

25   value of a given user (i.e., a rider or a

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   driver) so we are able to best target our

3   spend in a way that we are not spending more

4   than what our users are worth.

5        Do you see that?

6   A.  I do.

7      Q.  So Uber is looking at -- wants to

8   see how much drivers are worth versus how

9   much riders are worth to help decide how it

10  should be spending its money, right?

11     A.  Yeah.  This is one way for us to,

12  you know, help make business decisions.

13     Q.  By calculating how much, for

14  example, riders, the people who rely on Uber

15  to get from point A to B, how much they're

16  actually worth to Uber, right?

17     A.  This is attributing some, you know,

18  lifetime value to both riders and drivers to

19  again, kinda give us a helpful data point as

20  we think about the business decisions that we

21  make.

22     Q.  How much riders are actually worth

23  to you all influences how much you're willing

24  to spend on different business activities,

25  right?

1     C. Dobbs - Highly Confidential

2        MS. LEVY:  Object to the form.

3     A.  It could influence, you know, the

4  amount of money we're spending on new rider

5  promotions or existing rider promotions or

6  things like that.

7     Q.  To your knowledge, Mr. Dobbs, has

8  Uber shared with the public the value it

9  places on the riders to its business?  Is

10  this information that's shared outside the

11  company?

12        MS. LEVY:  Object to the form.

13     A.  First off, I wouldn't say that this

14  is the value that we place on riders.  You

15  know, this is a financial metric that gives

16  us a sense of, you know, the financial

17  contribution that a rider or driver is making

18  to Uber.  You know, these metrics are

19  internal calculations that are just that,

20  they're internal.

21     Q.  Okay.  Well, they're internal

22  calculations of how much riders are worth to

23  you-all, right?

24        MS. LEVY:  Object to the form.

25     A.  Again, it's, you know, the

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    financial value that a rider or driver on

3    average is bringing to Uber.

4        Q.  Okay.  And what this document

5    says --

6            MS. WALSH:  If you can zoom in on

7        it, please, Diane.

8        Q.  -- is:

9            LTV, or lifetime values, refers to

10   how much a driver or a rider is worth to us.

11           Right?

12       A.  That's what the sentence says.

13       Q.  Okay.  How much rider worth has to

14   Uber, right?

15       A.  Again, refers to how much a rider

16   or driver is worth to us.

17       Q.  Right.  And you don't want to be

18   spending more than what your riders are worth

19   to you as a business, right?

20       A.  I think it's probably common sense,

21   but we wouldn't go spend a thousand dollars

22   to attract a new rider to the platform if we

23   think that they're gonna bring significantly

24   these than a thousand dollars of economic

25   activity.  So we're not gonna have a new

1      C. Dobbs - Highly Confidential

2   rider promotion that's that lucrative.

3      Q.   Right.  Or you might address

4   rider -- on addressing rider churn, right,

5   because losing riders is not as detrimental

6   to the business as losing drivers is, right?

7      A.   Potentially.  I think it depends on

8   who the rider or driver is.  There's

9   certainly higher value riders and higher

10  value drivers, so we might adjust our

11  strategies accordingly.

12     Q.   But on average, when a rider

13  decides to stop using Uber, that costs you

14  all less money than if a driver decides to

15  stop using Uber, right?

16     A.   I think it, you know, depends on

17  the circumstance and, as we talked about

18  extensively on one of the previous slides,

19  this is --  it's not a -- it's not a cost to

20  Uber in terms of we're not writing a check

21  because someone stopped using the platform.

22        Like, yes, we would love riders and

23  drivers to continue to use the platform

24  because, as a business, unsurprisingly, our

25  business is to grow the use of our platform.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   And so we do what we can to make the platform

3   better for both riders and drivers to

4   encourage new users and existing users to

5   continue to use that.

6      Q.  Okay.  When a -- when an existing

7   driver churns, or leaves the platform, that

8   means the money that that driver would've

9   made for Uber goes away too, right?

10     A.  It means that that driver's no

11  longer driving on the platform.  And so,

12  therefore, the driver's no longer earning

13  money for themselves and there are, you know,

14  no longer Uber earnings associated with the

15  trips that that driver is doing.

16     Q.  Uber's no longer making money from

17  that driver's activities, right?

18     A.  Sure.  If any of our customers

19  leave, riders or drivers, like, they're

20  gone, you know, Uber's no longer making money

21  for -- from their activities on the platform.

22     Q.  Okay.  But the amount of money

23  that Uber stops making when a driver leaves

24  is a whole lot more than the amount of money

25  that -- sorry.  Strike that.

1     C. Dobbs - Highly Confidential

2         The amount of money that Uber stops

3   making when a driver leaves Uber is a whole

4   lot more on average than the amount of money

5   that Uber stops making when a rider leaves,

6   right?

7         MS. LEVY:  Object to form.

8     A.  I think on average that's right.

9   But it, you know, varies by rider and driver

10   and location and many other variables.

11     Q.   Okay.  Well, let's see what Uber

12   estimated it to be at this time in 2022.

13   Okay?

14         If we look down below the very last

15   bullet on this underneath Overview of

16   Lifetime LTV Value, what it says is:

17         The average lifetime value for a

18   driver is about $250 and a rider is about

19   $10.

20         Do you see that?

21     A.  I do.

22     Q.   Okay.  So at this time, in this

23   City Ops PowerPoint, the information that was

24   included was that the average lifetime value

25   of a driver was about 25 times that of what

1      C. Dobbs - Highly Confidential

2   it was for a rider, right?

3      A.  That's right.

4         MS. WALSH:  Okay.  We can take

5      that one down.

6      Q.  So growing the number of drivers

7   and reducing the churn of drivers is very

8   important to Uber's business, right,

9   Mr. Dobbs?

10      A.  I think we talked about this in a

11   few different ways; we wanted to growth both

12   riders and drivers.  If you grow one and not

13   the other, it's not gonna be particularly

14   effective because the marketplace isn't gonna

15   function well and it's gonna create an

16   unreliable experience for both riders and

17   drives.  And so it's not a one and not the

18   other proposition.  It's you need to do both.

19      Q.   Right.  But we just saw that the

20   value that drivers provide is about

21   25 times -- sorry, strike that.

22         We just saw that the average

23   lifetime value that a driver was providing to

24   Uber in 2022 is about 25 times higher than

25   the average lifetime value of a rider, right?

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2       A.   That's what the lifetime value

3    number said.  But I think putting that in

4    context of how our business runs, that

5    doesn't mean we should only get drivers on

6    the platform.  Like, I think the math you're

7    suggesting would be like, Oh, we should only

8    have drivers 'cause they're worth $250 a

9    person.

10          Yeah.  But if you only put drivers

11   on the platform, then there wouldn't be

12   riders; no trips are happening.  And so I

13   don't think that the comparison works quite

14   in the way that you're suggesting.  You need

15   both of those parties in order for a trip to

16   occur, and so we focus on both sides of the

17   equation.

18      Q.   Well, Uber would agree, right, that

19   it's the drivers though that are the oxygen

20   that power Uber services, right?

21      A.   I don't know that that's, you know,

22   a commonly held way that we would put it.

23      Q.   Okay.

24          MS. WALSH:  Well, let's look at

25   what's gonna be Exhibit 1900 to your

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      deposition, which is AW92.

3        (Exhibit 1900, Driver 2020, Bates

4      UBER_JCCP_003742287, was marked for

5      identification.)

6      Q.  And if you look at the metadata

7  page, you can see that -- if you look at this

8  document, you can see that this shows this

9  document was produced to us from inside from

10  Uber's files.

11        You understand that?

12      A.  I do.

13      Q.  Okay.  And this one in particular

14  came from the account dk@uber.com.

15        Do you see that?

16      A.  I do see that.

17      Q.  And that's the email address of

18  Dara Khosrowshahi, correct.

19      A.  That is.

20      Q.  And he is currently the CEO of

21  Uber, right?

22      A.  He is.

23      Q.  And Mr. Khosrowshahi is also listed

24  as a collaborator in this document.

25        Do you see that?

1      C. Dobbs - Highly Confidential

2      A.  I do see that.

3      Q.   As well as Andi Pimentel and Nikki,

4   whose last name I'm not recalling.

5      A.  I see that.

6      Q.   Who is Andi Pimentel?

7      A.   Andi's been at Uber quite some

8   time.  I believe she's still at Uber.  She at

9   one point served as Dara's chief of staff.  I

10   don't know if that's still the case.

11      Q.   Okay.  How about Nikki K, do you

12   know who that refers to?

13      A.   Yeah.  Nikki is -- I forget her

14   exact title, but she's, like, the head of

15   people or HR-related functions.

16      Q.   Okay.  If we flip forward to the

17   first page of the PowerPoint, it's called

18   Driver 2020.

19      Do you see that?

20      A.  I do.

21      Q.   And by the way, just going back for

22   a moment to the metadata, do you see it says,

23   according to this, this document was created

24   in 2019.

25      Do you see that?

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.  I do.

3        Q.  Okay.  So November 16, 2019, right?

4        A.  Yes.

5        Q.  Okay.  So at that point, we're

6   about four months out from -- from the

7   COVID -- from when COVID had a big effect on

8   the world economy, right?

9        A.  That's right.

10       Q.  Okay.  At this time back in 2019, I

11  don't think any of us had a real inkling of

12  exactly how COVID was gonna affect things,

13  fair?

14          MS. LEVY:  Object to form and

15       scope.

16       A.  Can't speak for everyone, but I

17  think that's generally fair.  I certainly

18  didn't see the pandemic coming.

19       Q.  And as we're gonna talk about in a

20  minute, the pandemic had a very big effect on

21  Uber's business, correct?

22       A.  It did.

23       Q.  Okay.  Let's -- but for now we're

24  still in 2019 and it appears that this is a

25  document where the folks at Uber are talking

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    about issues around drivers upcoming in 2020,

3    right?

4        A.   That's what it appears to be, yes.

5        Q.   And if we flip forward to PDF 6,

6    what they're discussing is the growth of Uber

7    drivers over time, right?

8        A.   Yes.

9        Q.   From July 2018 to October 2019,

10   right?

11       A.   Yeah.  Looks like even slightly

12   beyond October of 2019.

13       Q.   Okay.  And what's said in this --

14   in this slide that was produced from the

15   CEO's files is that:

16           Monthly active drivers provide

17   oxygen that powers Uber's services.

18           Do you see that?

19       A.   It does say that, yes.

20       Q.   So at least in this document in

21   which the CEO collaborated, drivers are being

22   described as the oxygen -- as providing the

23   oxygen that powers Uber's services, right?

24       A.   So it says that he collaborated,

25   looking at the first page, you know, looks

1      C. Dobbs - Highly Confidential

2   like this is a copy of a document.  So I

3   don't -- like, it's impossible to say what

4   Dara saw or edited or collaborated on.  But

5   this most certainly would not have been

6   created by the CEO.  It would've been created

7   by someone on the driver team.

8      Q.  Okay.  But it was in the CEO's

9   files, right?

10      A.  It appears to be based on the

11   metadata.

12      Q.  And what this shows is that at this

13   time Uber has been doing a pretty good job of

14   growing the number of monthly active drivers,

15   right?

16      MS. LEVY:  Object to form.

17      A.  I think that depends on the -- your

18   perspective.  You know, we've seen other

19   documents today that suggest we weren't doing

20   as good a job as we needed to on growing

21   drivers.  So I think it's somewhat in the eye

22   of the beholder.

23      Q.  Okay.  Well, the numbers on the

24   page or that -- that what we have got here is

25   4.8 million monthly active drivers, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     A.  Yes, that's right.

3     Q.  And that amount had gone up

4  22 percent from the prior year,

5  year-over-year, right?

6     A.  That's right.

7     Q.  Okay.  And those drivers, according

8  to this document, were providing the oxygen

9  that powers Uber's services, right?

10     A.  That's how the author of this

11  document characterized it.

12     Q.  Okay.  Now, we know that just four

13  months later the COVID pandemic had a big

14  effect on Uber's business, right?

15     A.  It did.

16     Q.  Okay.

17        MS. WALSH:  Let's take a look at

18     AW250, which is gonna be 1901 to your

19     deposition.

20        (Exhibit 1901, Project Boomerang

21     Mid-Funnel Campaign, Bates

22     UBER_JCCP_MDL_002315434, was marked

23     for identification.)

24        MS. WALSH:  Understand the

25     metadata for now, please, Diane.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  And let me know, Mr. Dobbs, when

3  you've got that document.

4      A.  I will.  Okay.  Just popped up.

5      Q.  Okay.  And we see that this is a

6  document that was created by Nick Silver.

7         Do you see that?

8      A.  Yes.

9      Q.  And it was created on March 18,

10  2021, right?

11     A.  I think it was initially created on

12  that date, yes.

13     Q.  Yeah.  And then modified it shows

14  too.  And this document deals with something

15  called Boomerang, right?  Project Boomerang,

16  you're familiar with that?

17     A.  I am.

18     Q.  We're gonna talk about that in just

19  a minute.  But for now, if we can just go

20  straight to PDF 19, please.

21        And what Uber is discussing here is

22  what we were just talking about:

23        In March of 2020, COVID brought the

24  world to a standstill, right?

25     A.  That's right.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.   Okay.  If we go to the next slide,

3   we know that in March 2021 the availability

4   of the vaccine for COVID-19 was growing,

5   right?

6           At least there was more work to be

7   done but some progress had been made, right?

8      A.   That's my recollection.

9      Q.   Okay.  So by that time, in

10   March 2020 -- sorry.  Strike that.

11          In March 2021, a year after COVID

12   brought the world to a standstill, with the

13   COVID-19 vaccine, the world was starting to

14   open up again, right?  If we look at the next

15   slide.

16      A.   That's generally what was happening

17   at that time period, yeah.  Exactly when you

18   say the world was starting to open up again

19   is up for debate and different people

20   would've said different things and it

21   happened at different rates in different

22   places.

23      Q.   Fair enough.

24          But at least Uber, in discussing it

25   at this time, was observing that in

1      C. Dobbs - Highly Confidential

2   March 2021 that's when the world was starting

3   to open up again.

4         You see that?

5      A.  I don't know that this is making a

6   specific declaration that in March the world

7   is opening up.  It's saying kinda broadly

8   that's what's happening at this point in time

9   across the world.

10        Again, I think there's some obvious

11   caveats of this is happening at different

12   rates and different places for different

13   people for different communities that

14   hopefully are well understood.

15      Q.  Yeah, absolutely.  I'm just looking

16   at the words that Uber chose to include in

17   this particular PowerPoint, which, without

18   those caveats, which I agree are important,

19   are simply, The world is starting to open

20   again.

21        Do you see that?

22      A.  I see someone wrote that on this

23   slide.

24      Q.  Someone who works at Uber?

25      A.  Likely someone who works at Uber.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.   What that same person said is:

3          People are moving again.  Business

4  is picking up fast.

5          Do you see that?

6      A.  I do.

7      Q.  It then says:

8          Riders are coming back to the

9  platform and drivers are earning highly with

10  Uber.

11          Do you see that?

12      A.  I do.

13      Q.   The next page talks about how this

14  is benefitting Uber's business, right?

15      A.  I don't know if it's directly

16  talking about how it's benefitting Uber's

17  business.  It's somewhat talking about how

18  all these things intersect.

19      Q.   Okay.  Well, we know that churn --

20  driver churn is bad for Uber's business,

21  right?

22      A.   I think very generally, yes.  I

23  don't know if I would kinda jump to the

24  conclusions of how churn and COVID and all,

25  like, this is obviously a very unprecedented

1      C. Dobbs - Highly Confidential

2   time.  And so I'm just a little weary of kind

3   of making broad generalizations about how

4   churn and COVID tie together.

5          MS. LEVY:  Let me jump in here.

6          Can we put a no waiver of

7      privilege agreement on the record?  I

8      see -- I see a lawyer participation in

9      this document.  And per our usual

10      protocol, I don't want there to be any

11      waiver of a right to investigate this

12      document and claw it back if

13      necessary.

14         MS. WALSH:  Absolutely.

15      Q.   Mr. Dobbs, we saw a document a

16   couple minutes ago where Uber recognizes that

17   churn is expensive for its business, correct?

18      A.   Yes.  And what I got weary of, what

19   I was suggesting is I think those documents

20   we're talking about a pre-COVID world that

21   did not contemplate the fact that the world

22   would stop moving, for the most part in March

23   of 2020, and the pandemic had unprecedented

24   impacts on the business.

25          So I -- you know, unsurprisingly,

1      C. Dobbs - Highly Confidential

2   many drivers churned during the pandemic.

3   But I think tying that churn to what -- kinda

4   how we view churn pre the pandemic, you know,

5   might not entirely make sense.

6      Q.  Okay.  Well, at this time with

7   vaccines becoming increasingly available,

8   with the world opening up again, Uber saw

9   this as an opportunity to get hard churned

10  drivers driving for Uber again, right?

11     A.  So we knew that, again, starting

12  in, you know, March or so of 2020, the

13  business plummeted.  With that, riders and

14  drivers, you know, largely stopped using the

15  platform.  The business shrunk considerably

16  seemingly overnight.

17         So there were a bunch of hard

18  churned riders and drivers.  And at this

19  point, you know, roughly a year later,

20  there's a bit of a turning point in the fight

21  against COVID, if you will, with the vaccine

22  rolling out.  So we kinda saw this as a

23  moment of, like, Well, can we start to

24  rebuild our business that, you know, was so

25  dramatically impacted by the pandemic?

Chad Dobbs   Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     Q.   Okay.  So this was an opportunity

3   to rebuild the business, right?

4     A.   Yeah.  We hoped that this would be

5   a positive moment for society, that we could

6   also capitalize on and say, All right, well,

7   we -- obviously, we like our business.  We

8   want our business to be successful.

9         Unfortunately, when there's a

10   pandemic happening, it's tough for the

11   business to be successful.  And as things

12   were starting to progress beyond the

13   pandemic, we wanted to see what we could do

14   to get the business back on more solid

15   footing.

16     Q.   And you believe that rapid pace --

17   strike that.

18         Uber believed that the rapid pace

19   of vaccinations could give churned drivers a

20   reason to return to driving again, right?

21     A.   We knew and, you know, as the quote

22   says at the bottom of the page from a driver

23   that some folks, once they received the

24   vaccine, would be more comfortable getting

25   back on the road and driving again.

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  And so what you all wanted

3  to do at this time, and what you were

4  planning to do, is to remind drivers why they

5  should drive with Uber, right?  If we look at

6  the next slide:

7          As more drivers get vaccinated,

8  let's remind them why they should driver with

9  Uber.

10          Do you see that?

11      A.  I do.

12      Q.  Says:

13          We can and should be their first

14  choice among rideshare and driver delivery

15  platforms.

16          Right?

17      A.  It does.

18      Q.  And if we flip forward to -- well,

19  strike that.

20          There was a lot of advertising and

21  marketing that went into this effort of

22  trying to get folks to drive for Uber again,

23  right?

24      A.  There were a bunch of efforts.  You

25  know, we're kinda rebuilding the business

1      C. Dobbs - Highly Confidential

2   post-COVID, and so the focus was on how do we

3   build this thing back up that, you know,

4   really took a turn for the worst during

5   COVID.

6      Q.  Okay.  Let's look at Slide 25.  It

7   says:

8         Earnings RTB details.

9         Do you see that?

10     A.  I do.

11     Q.  What does "RTB" stand for?

12     A.  I do not know what it means in this

13   context.

14     Q.  Do you think it might be return to

15   business?

16     A.  It could, but I don't know for

17   sure.

18     Q.  Okay.  When it says underneath

19   there:

20         $250 million driver stimulus.

21         What does that refer to?

22     A.  This refers to, you know, money

23   that we were spending on marketing incentives

24   to encourage drivers to get back on the

25   platform.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        Q.  Okay.  You're hero message to

3    drivers was that this $250 million stimulus

4    package is here.  Go get your share before

5    it's gone.

6             Right?

7        A.  That's how this was being

8    contemplated as this slide was drafted.

9        Q.  And you were -- you were telling

10   people just how much money they can make by

11   starting to drive for Uber again, right?

12       A.  We're kinda advertising what the

13   earnings opportunity would be.

14       Q.  Okay.  You were telling drivers

15   that many drivers were earning $31 per hour,

16   over $1200 per week, right?

17       A.  I don't know if these data points

18   are exactly what we used externally.  I think

19   these are examples of the types of messages

20   that we could've sent.

21       Q.  So your -- Uber's testimony is you

22   don't know if this was actually -- these

23   figures were actually held out to drivers to

24   try to get them to start driving again?

25       A.  I'm aware that we customized these

1        C. Dobbs - Highly Confidential

2    figures by market in some instances.  And so

3    I -- you know, were $31 and 1280 used in any

4    market?  I don't know for sure, but I don't

5    think you should read that as broadly here --

6    here is the message for everyone.

7        Q.  $31 per hour, I mean most Uber

8    drivers after all their expenses make about

9    minimum wage, right?

10          MS. LEVY:  Object to the form.

11       A.  I don't think that's fair.

12   Drivers' earnings are dependent on a bunch of

13   different things; what car they choose to

14   drive, how long they drive, where they drive,

15   what incentives they take advantage of,

16   et cetera.  And so it's impossible for me to

17   speculate on the exact amount of driver

18   earnings.

19       Q.  That doesn't sound familiar to you;

20   that most drivers, after expenses, end up

21   making about minimum wage when they drive for

22   Uber?

23       A.  That does not sound familiar.

24       Q.  Okay.  Well, in any event, here you

25   were saying or contemplating saying that many

1      C. Dobbs - Highly Confidential

2    New York City drivers are earning $39 per

3    hour.

4         Do you see that?

5      A.  I do.

6      Q.  And Uber's testimony is you don't

7    know whether those figures were actually held

8    out to drivers as the way to try to get them

9    to drive again?

10      A.  I know that a message, you know,

11    similar to this was sent.  My recollection is

12    that those figures changed over time as the

13    earnings values shifted.

14      Q.  Okay.  You wouldn't want to

15    misrepresent to people thinking about driving

16    for Uber how much money they could make by

17    doing that, right?

18      A.  Generally, we try to update these

19    numbers over time and by market to be

20    reflective of what earnings look like.

21      Q.  Okay.

22         MS. WALSH:  Hey, Jenny, would it

23      be okay for us to take a break now?

24      We've been going over an hour and I

25      could use a restroom break at this

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      time.

3          MS. LEVY:  Yes.  That's fine with

4      me.  Let's go off the record.

5          MS. WALSH:  Yes.

6          THE VIDEOGRAPHER:  The time is

7      16:04 UTC time, and we're off the

8      record.

9          (Off the record.)

10         THE VIDEOGRAPHER:  The time is

11     16:15 UTC time, and we're back on the

12      record.

13   BY MS. WALSH:

14     Q.  Okay.  Mr. Dobbs, we've been

15   talking about COVID and the impact that it

16   had on Uber's business, and you were involved

17   with communications -- well, strike that.

18         It was an urgent issue for Uber to

19   rebuild its driver supply as the world opened

20   back up as vaccines became more and more

21   available.

22         Would you agree?

23     A.  I think broadly, you know, Uber was

24   under a lot of urgency, kind of, as COVID

25   hits and through COVID.  Like, we laid off a

1      C. Dobbs - Highly Confidential

2    substantial amount of our company because the

3    business cratered, again, seemingly

4    overnight.  And so there -- yeah.  There was

5    a lot of urgency internally to figure out do

6    you have a business and what does our

7    business look like and how can we grow the

8    business through COVID and as things started

9    to reopen.

10      Q.   Okay.  And one of the major

11   initiatives to try to deal with this urgent

12   issue was Project Boomerang, right?

13      A.   Project Boomerang, yeah, was a

14   project to increase the number of drivers on

15   the platform.  As, you know, we talked about

16   extensively, you need riders and drivers on

17   the platform for the platform to work.

18         You know, as things were opening

19   back up, there -- in most markets we saw --

20   or most US markets or many US markets we saw

21   that riders were coming back to the platform

22   a little bit faster than drivers were.  And

23   so we kind of shifted more focus towards

24   getting drivers back on the platform given

25   those dynamics.

Chad Dobbs  Highly Confidential
August 21, 2025

1    C. Dobbs - Highly Confidential

2    Q.  Okay.  And Project Boomerang was

3  meant to deal with some very concerning

4  timelines related to Uber's supply of

5  drivers, right?

6    A.  I don't know specifically what

7  trend lines you're referring to.  But, you

8  know, I think as I'm describing it, we saw

9  that, you know, our service wasn't as

10  reliable as it could be in many markets

11  because there -- there were, you know, more

12  riders using the platform than drivers who

13  were able to complete rides.  And so we,

14  again, shifted our focus towards drivers and

15  many of those markets.

16    Q.  Okay.

17    MS. WALSH:  Well, let's look at

18    what we're gonna mark as Exhibit 1902

19    to your deposition, which is AW282.

20    (Exhibit 1902, Email chain, Bates

21    UBER_JCCP_MDL_004201586, was marked

22    for identification.)

23    MS. WALSH:  And this is an email

24    chain, which means that we should

25    start near the bottom of the document

1      C. Dobbs - Highly Confidential

2      to read through it.  So if we can go

3      to PDF -- the second page of the email

4      chain, please, Diane.  If you go up --

5      sorry.  If you -- actually, I need to

6      go up to the bottom of the prior page.

7      Q.   So just to start here, you can see

8   Sundeep -- is it Jain?

9      A.   Yes.

10      Q.   -- forwards this message on

11   February 22, 2021.

12      A.   I do -- sorry.  I'm kind of

13   scrolling through the document trying to make

14   sense of all the emails and who things were

15   sent by and coming to.  But -- okay.

16          Looking at February 22nd.  Yeah.

17   So looks like Sundeep forwarded the email at

18   that point.

19      Q.   Okay.  And the subject of this

20   email was:  Highest priority US driver

21   growth.

22          Do you see that?

23      A.   I do.

24      Q.   Okay.  And he's forwarding an email

25   that's actually from Sarfraz Maredia.

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2           Do you see that?

3      A.  I do.

4           MS. WALSH:  But I still need to be

5      on the prior page, if you don't mind,

6      to show that this email was forwarded

7      to Mr. Dobbs.  Actually, you're right,

8      Diane.

9      Q.  Do you see your name about a little

10     more than halfway through?

11     A.  I do.

12     Q.  Okay.  So Mr. Jain is forwarding

13     this email on February 22, 2021; the subject,

14     US Driver Growth.  And among the people that

15     he forwards it to are you.

16           You see that?

17     A.  I don't think that's quite right.

18     Q.  Okay.  What do I have wrong?

19     A.  I think the -- as I said earlier, I

20     was trying to make sense of all of this.  I

21     don't know -- maybe at that point, like, I

22     guess -- sorry.  Some confusion here.  Like,

23     the original email.

24     Q.  Yep.  If we scroll down.  The way

25     these are produced to us, we can't tell who

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   Sarfraz sent the original email to.

3      A.  Yeah.  Okay.  Sorry.  I was trying

4   to make sense of all of this.  I think --

5   yeah.  Going back, I think you're -- now my

6   memory is more -- probably right that Sundeep

7   forwarded this to a group.  It just -- it

8   seems somewhat bizarre that he forwarded the

9   email back to Sarfraz, who's the one who sent

10  the email, but maybe that's exactly what

11  happened.

12     Q.  Okay.  And what he says is:

13         +1 on being emphatic that US driver

14  growth is the highest priority.

15         Right?

16     A.  He does say that.

17     Q.  Meaning he agrees that US driver

18  growth at this time in 2021 is the highest

19  priority, right?

20     A.  He's saying at this moment in time

21  it's a top priority.  I think it was -- we've

22  talked about previously, it's not like we

23  have a stack rink of priorities.  There are

24  always many things that are important for the

25  company.  And I think these emails just

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   emphasize that at this moment in time, for

3   the US business specifically, driver growth

4   was very important.

5      Q.   And in fact, the words on the page

6   are "the highest priority," right?

7          We can underline "US driver growth

8   as the highest priority."

9          Do you see that?

10     A.   That's what the email says.

11     Q.   And the email that he is agreeing

12   with comes from Sarfraz, as you mentioned,

13   and she wrote that earlier in the day on

14   February 22nd, right?

15     A.   Sarfraz is a man.  He wrote that.

16     Q.   So Sarfraz wrote that -- so let me

17   clean up the record.  Sorry about that.

18          The email that Mr. Jain is

19   forwarding was written by Mr. Maredia earlier

20   that day on February 22, 2021, correct?

21     A.   Looking at timestamps, yes, that

22   looks right.

23     Q.   And what he says:

24          Given the importance of a strong

25   recovery in our US Rides business to Uber's

1      C. Dobbs - Highly Confidential

2   broader path to profitability this year, I'm

3   reaching out to sound the alarm about some

4   very concerning trend lines related to our

5   supply position and reliability.

6         Do you see that?

7      A.  I do.

8      Q.  Okay.  And he emphasizes "very

9   concerning" in reference to these trend

10  lines, right?

11     A.  Those words are italicized.

12     Q.  Says:

13        We discussed this risk in our

14  January US and Canada MBR, and the data from

15  the last several weeks has made it clear that

16  we need a much bigger and more sustained

17  effort to grow supply hours in the months

18  ahead.

19        Do you see that?

20     A.  I do.

21     Q.  And what does "MBR" refer to?

22     A.  It's a monthly business review.

23     Q.  Okay.

24        MS. LEVY:  Alex, can we have the

25     same no waiver privilege just in case

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2     with this one?

3        MS. WALSH:  Sure.

4        MS. LEVY:  Thanks.

5      Q.   If you go down one sentence, he

6   says:

7        Most of these numbers look very

8   good as recently as early December.

9        Do you see that?

10     A.   I do.  And it looks like he's

11  referring to the above, a variety of

12  different metrics related to the rider

13  experience on the platform.

14     Q.   Right.  And he's talking -- he

15  says:

16        Those various metrics had been

17  moving in the wrong direction over the last

18  four weeks.

19        Right?

20     A.   Yeah.  He's saying that they were

21  looking good as recently as early December

22  and then started moving in the direction over

23  the last four weeks or so.

24     Q.   Okay.  So what changed, the email

25  asks.  And what he says is:

1      C. Dobbs - Highly Confidential

2          Fundamentally, demand is starting

3   to come back as fewer lockdown restrictions

4   remain in place and as more Americans are

5   vaccinated with each passing week.  The

6   problem is that the amount of supply hours on

7   our platform has been improving less than

8   half as quickly as demand is growing.

9          Do you see that?

10     A.  I do.

11     Q.  He says:

12          If you extrapolate this trend out

13   into March and beyond, we will have a broken

14   marketplace with high prices, longer ETAs and

15   very unhappy riders.

16          Do you see that?

17     A.  I do.

18     Q.  And then he says:

19          As a result, supply our growth is

20   our number one area of focus in the US.

21          Do you see that?

22     A.  I do.

23     Q.  So at this time what he's saying is

24   that for Uber, in February 2021, supply our

25   growth is our number one area of focus in the

1        C. Dobbs - Highly Confidential

2   US, right?

3        A.   That's what the email states.

4        Q.   In particular, we cannot

5   successfully rebuild the Rides business if we

6   don't win back churn drivers at a much

7   greater clip in the weeks and months ahead.

8            Do you see that?

9        A.   Are you able to scroll down?  I

10  don't know if this is me again.  Maybe it is

11  me again.  Okay.  Yeah.  Sorry.

12           As you were doing that, I just

13  kinda lost track of things.  Yes.  I believe

14  you read that correctly.

15       Q.   He goes on to say, bottom of that

16  paragraph:

17           Every major initiative that we have

18  planned for the growth and resurgence of our

19  Rides business in 2021 (reservations, Uber's

20  Pass, etc.) is contingent on winning back

21  supply hours and delivering pre-COVID levels

22  of reliability.

23           Do you see that?

24       A.   I do.  I think here he's, you know,

25  kind of touching on a theme we talked about

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    extensively, which is if you're gonna grow

3    the number of riders on the platform, you

4    need to grow the number of drivers on the

5    platform and vice versa and kinda doing those

6    things in parallel.

7        Q.   Right.  But what he's talking about

8    here is that what is critical to avoid a

9    broken marketplace is growing the drivers,

10   right?

11       A.   Well, at this point, you know, I

12   think we feel pretty good about the level of

13   riders, at least relative to the number of

14   drivers, and we have kinda plans in place

15   that he alludes to to continue to grow the

16   riders.  And the area where there's I think

17   the biggest vulnerability is getting the

18   number of drivers on the platform to match

19   the demand and maintain the reliability.

20       Q.   Okay.  Mr. Dobbs, Uber knows and

21   recognizes that supply, getting enough

22   drivers on the road during the right times

23   and places, that that has always been the

24   bottleneck to Uber's growth, right?

25       A.   I don't think it's fair to say that

1       C. Dobbs - Highly Confidential

2    it's always been the bottleneck.  It

3    certainly has been the bottleneck in certain

4    places and certain times, but definitely not

5    always.

6       Q.   Certainly early on it was all the

7    bottleneck, right?

8       A.   Again, I don't think it's fair to

9    say "always."  There were times and places

10   where we had more drivers on the platform

11   than there were riders to keep them busy.

12      Q.   Well, let's look at -- let's go

13   down in this email.  If we look on the next

14   page, I was asking about the early days of

15   Uber and what Mr. Madeira [sic] says is:

16          In the early days of Uber, supply,

17   that is getting enough drivers on the road

18   and during the right times and places, was

19   always the bottleneck to growth.

20          Do you see that?

21      A.   I do.

22      Q.   And he goes on to say:

23          And that has largely remained true.

24          Right?

25      A.   He says that.

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  So whatever Uber's

3   testifying to today in this litigation, in

4   this internal email what Uber was saying and

5   recognizing is that in the early days, supply

6   was always the bottleneck to growth, and as

7   of the date of this email, 2022, that has

8   largely remained true.

9      Do you see that?

10      A.  I see that.  What I'm clarifying is

11   that this is an email written by one

12   individual who is kind of calling to action a

13   large group of people to say we really need

14   to focus on supply at this moment in time.

15   There are some levels of nuance and details

16   that aren't included in this communication

17   that, you know, are certainly true; that,

18   yes, supply has been a bottleneck to growth.

19      I'm not disputing that.  I don't

20   think anyone at Uber would dispute that.  But

21   saying that it's always a bottleneck to

22   growth I think is a bit of hyperbole.

23      Q.  Okay.

24      MS. WALSH:  If you can underline

25      that part of the document, please,

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Diane.

3      Q.   As we go through this email, you

4   can tell me if anyone pushes back on this and

5   says they disagree with what the author of

6   this email is saying.

7          What he says down at the bottom is:

8          We've got to do the work and

9   pull -- the bottom of this paragraph.  What

10  he says down at the bottom of this paragraph:

11         We've got to do the work and pull

12  every level available to us.  Growth,

13  profitability, and CP, or category position,

14  are all on the line.

15         Do you see that?

16      A.  I do.

17      Q.   Okay.  And then we see that what

18  happens with this email that Mr. Maredia

19  writes is that -- if we go up now to 1586

20  Bates where we started -- at the bottom we

21  see Mr. Jain forwards it to a number of

22  people, including yourself, right?

23      A.   Right.

24      Q.   And he agrees.  He says:

25         +1 on being emphatic that US driver

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   growth is the highest priority.

3        Right?

4      A.  That's what he wrote.

5      Q.  And we know that you were copied on

6   this, right?

7      A.  I was.

8      Q.  And you didn't take issue with the

9   representations being made in these emails,

10  did you?

11     A.  I did not respond to these emails.

12  That doesn't mean I agreed with every single

13  representation, but I didn't feel the need to

14  nitpick some of the characterization.

15     Q.  Okay.  The email is then --

16  continues to be forwarded.  It's forwarded by

17  David DyTang to the Tech Strategy Core.

18        Do you see that?

19     A.  I do.

20     Q.  And then Ana-Cecilia Alvarez

21  forwards it to CO Product Leadership.

22        Do you see that?

23     A.  I do.

24     Q.  And she asks here:

25        How are we supporting driver growth

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    or reactivation?

3        Right?

4        A.  I think she's throwing this out as

5    a potential question that could be explored.

6        Q.  Okay.  And "reactivation" means

7    drivers who've been deactivated or kicked off

8    the platform getting them reactivated?

9        A.  I would read this more broadly than

10   that, and just, like, getting drivers who

11   have stopped driving back on the platform.

12       Q.  Okay.  That could include drivers

13   who Uber has deactivated, right?

14       A.  Theoretically, it could.  But

15   again, I think about this broadly as kinda

16   churned drivers who we want to get

17   reactivated or re-acclimated to the platform.

18       Q.  Churned drivers aren't deactivated,

19   right?

20       A.  Some might be deactivated, some

21   might not.

22       Q.  Okay.  We next see that Arun

23   Bodapati forwards this document to

24   cods-group@uber.com, right?

25       A.  Yes.

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2       Q.   And is that city operations?

3       A.   It is not.

4       Q.   Okay.  What is that?

5       A.   I don't know.

6       Q.   Okay.  Well, apparently it includes

7    Frank Chang.  Do you see that, if you look up

8    above?

9       A.   I do.

10       Q.   And who's Frank Chang?

11       A.   Frank Chang is a data science or

12   actuary at Uber.

13       Q.   And he thanks Arun for forwarding

14   this, right?

15       A.   He does.

16       Q.   And he says:

17           Worth a read about pressure on

18   supply.

19           Right?

20       A.   Yes.

21       Q.   He says:

22           Inconsistent BGC funnel feels like

23   a big opportunity.

24           Do you see that?

25       A.   I do.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  And "BGC" refers to background

3   checks, right?

4      A.  It does.

5      Q.  It says:

6          Optimizing risk interventions

7   helps.

8          Right?

9      A.  That's right.

10     Q.  It says:

11         Worth thinking about similar

12  optimization and scrutiny on DACT.

13         Which refers to safety

14  deactivations, right?

15     A.  It does.

16     Q.  Safety rules and similar

17  interventions.

18         Do you see that?

19     A.  I do.

20     Q.  And you know or Uber knows that

21  over the following months there were

22  adjustments that were made to certain

23  policies around background checks and safety

24  rules in this effort to grow supply, right?

25     A.  Uber's constantly evaluating our

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    internal processes and policies and

3    procedures to, you know, improve those

4    things, to reflect the feedback we hear from

5    riders and drivers ultimately to make these

6    systems work more effectively.

7        Q.   But what we're talking about here

8    is that as part of Project Boomerang, Uber

9    loosened some of the requirements around

10   background checks to help deal with this

11   issue with driver supply, right?

12       A.   I'm not familiar with exactly what

13   you're referring to.

14       Q.   Okay.  We'll look at those

15   documents in a minute.

16           We also know that Uber loosened

17   some of its safety rules in order to address

18   these issues with driver supply during this

19   period, right?  That was part of --

20           (Cross-talk.)

21           MS. LEVY:  Object to form.  Sorry.

22       Object to form.

23       A.   Again, I'm not familiar with what

24   you're referring to.

25       Q.   Okay.  Well, let's take a look.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          Before we do that, Mr. Dobbs,

3   though, anywhere in this email chain do you

4   see anyone saying, Hey, it's not actually the

5   case -- strike that.

6          Before we move on, Mr. Dobbs, do

7   you see anywhere that anyone is pushing back

8   on the idea that US driver growth was the

9   highest priority for the business during this

10   time in 2021?

11         MS. LEVY:  Object to form.

12     A.   No one explicitly calls that out on

13   the email chain.  I don't know that I would

14   interpret that as a ringing endorsement of

15   that.

16     Q.   Okay.

17         MS. WALSH:  I'm going to switch

18     documents.  It's 1236.  I'm happy to

19     do this next one if you want.  It

20     probably will take us past 12:45, so

21     up to you guys.

22         THE WITNESS:  Let's do this next

23     one and do the break after that, if

24     that's okay.

25         MS. WALSH:  Perfect.

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2          Let's look at what we're gonna

3     mark as 1903 to your deposition, which

4     is AW249, please.

5          (Exhibit 1903, US&C Supply Growth

6     and Recovery Plan, Bates

7     UBER_JCCP_MDL_005613067, was marked

8     for identification.)

9      Q.   Okay.  Let me know when you've got

10    that one.

11     A.   All right.  I just pulled it up and

12    flipping through.

13     Q.   Okay.

14     A.   (Document review.)

15         Okay.

16     Q.   If we look at the first page of

17    this PowerPoint, PDF 3, it says:

18         United States and Canada Supply

19    Growth and Recovery Plan.

20         Do you see that?

21     A.   I do.

22     Q.   Project Boomerang, March 2021,

23    right?

24     A.   Yes.

25     Q.   Okay.  And if we flip forward to

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   PDF 5, it says:  Boomerang Context, right?

3      A.  Yes.

4      Q.  So then the document is providing

5   the context for Project Boomerang.  If you

6   look at the next slide, do you see where it

7   says:

8          Supply hours were recovering

9   through October, but have since stalled.

10         Right?

11     A.  I do see that.

12     Q.  Says:

13         The second wave of COVID seems to

14   have hampered growth; we have not seen supply

15   bounce back the way demand has.

16         Right?

17     A.  That's what this says.

18     Q.  And you can see that reflected in

19   the graph below, right?

20     A.  Yes.  That's reflected there.

21     Q.  Okay.  If we go to the next slide,

22   we see again a sounding of the alarm,

23   Mr. Dobbs, right?

24     A.  Not sure how you would characterize

25   a sounding of alarms.  That's a tough

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    question to answer.

3        Q.   Okay.  Well, we saw that language

4    in a prior email about this issue with

5    supply, correct?

6        A.   I believe that language was used in

7    the email.

8        Q.   The language used in this

9    PowerPoint is:

10          This supply shortage is a tsunami

11    about to crest.

12          Right?

13        A.   That's what the author wrote here.

14        Q.   What the Uber employee wrote,

15    correct?

16        A.   The Uber employee, yes.

17        Q.   Okay.  This is -- this tsunami

18    that's about to crest is unlike anything in

19    years, right?

20        A.   That's what the, again, the author

21    wrote.

22        Q.   Okay.  It says:

23          Using the finance forecast, we

24    would need to double current supply hours by

25    July and reach pre-COVID levels by December.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2           Right?

3     A.  I see that.

4     Q.  Okay.  And you can see the supply

5   hours needed and the active drivers needed

6   reflected in the two graphs below, right?

7     A.  I do.

8     Q.  Okay.  Underneath that it says:

9        Boomerang Hero KPI.

10        Do you see that?

11    A.  I do.

12    Q.  And what does a "hero KPI" mean?

13    A.  KPI is a key performance indicator,

14   simply a metric used to evaluate success of

15   an initiative.  I think someone might call a

16   hero KPI the top line KPI or the primary KPI

17   for a particular effort.

18    Q.  Okay.  So the primary KPI for

19   Project Boomerang was to get to 700 -- strike

20   that.

21        So the primary objective for

22   Project Boomerang, according to this

23   document, is 715,000 drivers by July and

24   902,000 drivers by December, right?

25    A.  I don't know if "objective" is

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    quite the way that I would frame it.  I'd say

3    it was -- like that's the metric that we're

4    tracking toward to measure our success.

5       Q.   Okay.  I think you described a KPI

6    as the metric used to evaluate the success,

7    right?

8       A.   Yes.

9       Q.   Okay.  So according to this

10   document, Project Boomerang, in order for it

11   to be considered a success, Uber was going to

12   need to get to 715,000 drivers by July and

13   902,000 drivers by December, right?

14       A.   Yeah.  That was, at the time that

15   this document was put together, what was

16   projected to be the need for supply in order

17   to keep the marketplace functioning

18   healthily.

19       Q.   Are you questioning that that was

20   actually the way that the success of Project

21   Boomerang was gonna be evaluated?  You're not

22   questioning what's stated in this document,

23   are you?

24       A.   No.  I'm not questioning what's

25   written in the document.  I'm saying that,

1     C. Dobbs - Highly Confidential

2   you know, one, that this was a document put

3   together, I believe, March of 2021.  This was

4   an incredibly dynamic situation that we

5   couldn't unsurprisingly predict exactly how

6   the world would evolve.

7        And so I'm just clarifying that

8   this is what the author of the document

9   stated was the KPI as of this point and that

10  could've changed over time.

11    Q.  This was gonna involve a lot of

12  effort to reach this hero KPI, right?

13     MS. LEVY:  Object to form.

14       You can answer.

15    A.  I think "a lot of effort" is fairly

16  subjective.  But, you know, it certainly was

17  going to take some focus from the team to

18  hopefully make this happen.

19    Q.  It was gonna be an

20  all-hands-on-deck effort to get this to

21  happen, right?

22    A.  Again, "all-hands-on-deck" is a

23  fairly subjective way to put it.  I would

24  state that it was gonna take a lot of focus

25  and energy from various teams to make this

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   happen.

3      Q.  Okay.  Let's look at PDF 11 of this

4   document, please.

5           And what this says, this document

6   from Uber's internal file says is:

7           Growing supply rapidly and

8   exponentially is our #1 US and Canada

9   business priority.

10          Do you see that?

11     A.  I do.

12     Q.  And will require a nearly

13   all-hands-on-deck effort.

14          Right?

15     A.  I do.

16     Q.  Okay.  And one of the things that

17   Uber did in order to meet this priority and

18   be successful in this effort was to look at

19   drivers who had been deactivated and see if

20   they could be brought back on to the

21   platform, right?

22     A.  I think more broadly we looked at

23   churned drivers to understand why drivers had

24   churned and whether there was a potential to

25   reengage those churned drivers.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  I understand that that was

3   one thing that you looked at.  But you also

4   looked at having drivers who had been

5   deactivated, had been kicked off the

6   platform, brought back on to the platform to

7   meet this business priority, right?

8      A.  Well, so to kind of clarify some

9   things we talked about earlier, you know,

10  drivers can be deactivated for a variety of

11  reasons.

12          Drivers might have had their

13  driver's license expired or not uploaded a

14  recent insurance document or something like

15  that.  That would prevent them from driving

16  on the platform.

17          So certainly, as a part of this

18  effort, we would have looked to reengage

19  those drivers who, you know, presumably can

20  get back on the platform if they had updated

21  or uploaded new documentation.

22      Q.  Okay.  Let's look at PDF 18,

23  please.  And it says -- actually, strike

24  that.

25          Let's look at PDF 17, please.  And

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    this goes to your point, right, Mr. Dobbs?

3    One of the things that Uber wanted to try to

4    do was win back drivers, right, who had left?

5        A.   Lots of drivers stopped driving as

6    a result of the pandemic.  And so yes, as we

7    were rebuilding the business, we needed to

8    get both riders and drivers back on the

9    platform.

10        Q.   So Uber was going to conduct deep

11    research on what it would take to win these

12    drivers back, right?

13        A.   That's what it says.

14        Q.   Questions we are answering.

15        Do you see that?

16        A.  I do.

17        Q.   One of them is:

18        What will it take to win them back?

19        Right.

20        A.  That's right.

21        Q.   Another one is:

22        Where do we focus?  Which segments,

23    geos, et cetera?

24        Do you see that?

25        A.  I do.

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2       Q.   Okay.  And if you flip to the next

3   page, it says:

4            These are some of our current

5   hypotheses.

6            Do you see that?

7       A.  I do.

8       Q.   Though we need to validate through

9   research, right?

10      A.   Correct.

11       Q.   And under Priority Segments, do you

12   see where it says:

13            Previously deactivated drivers now

14   eligible to drive.

15            Do you see that?

16      A.  I do.

17       Q.   Okay.  So one of the things that

18   Uber was going to look at was drivers who had

19   been deactivated and to see if they could now

20   by qualified as eligible to drive, right?

21       A.   You know, as I mentioned my prior

22   example, there could be drivers who were

23   deactivated for, you know, reasons around

24   documents or otherwise that we would've

25   wanted to look into to see, okay, could they

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   get back on the platform, and, if so, let's

3   encourage them to do so.

4      Q.   Okay.  There could also be drivers

5   who had been deactivated because they'd been

6   reported for sexual assault or sexual

7   misconduct, right?

8      A.   Are you asking this broadly if that

9   exists, that there were drivers who had been

10  reported for such a thing?

11     Q.   Well, strike that.  Let me ask it

12  again.

13         Another reason that drivers are

14  deactivated is because they have sexually

15  assaulted one of their passengers, right?

16     A.   That is a reason drivers could be

17  deactivated from the platform.

18     Q.   Another reason drivers could be

19  deactivated from the platform is because

20  they've been reported for engaging in sexual

21  misconduct, right?

22     A.   That, again, could lead to drivers

23  being deactivated.

24     Q.   And in instance, one type of sexual

25  misconduct, just one example, would be a

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   driver threatening to rape a rider, right?

3        A.   Yes, that's right.

4        Q.   Okay.  This bullet that we're

5   looking at right now doesn't say, Previously

6   deactivated drivers now eligible to drive,

7   except those people who were deactivated

8   'cause they engaged in sexual assault or

9   sexual misconduct, right?

10          MS. LEVY:  Object to form.

11       A.   No.  This document, it's a bullet

12  point.  And as the title of the slide

13  mentions, it's a current hypotheses --

14  hypothesis that the, you know, the group was

15  going to pursue more.  So you know, it does

16  not include the nuances and disclaimers and

17  caveats that you mentioned, but I wouldn't

18  expect it to given the form of this document.

19       Q.   Okay.  Well, we'll take a look at

20  how broadly this was applied when we move on

21  to the next document.  Okay?

22          MS. WALSH:  Is now a good time to

23          break for lunch?

24          MS. LEVY:  Works here.

25          MS. WALSH:  Okay.  Great.

1    C. Dobbs - Highly Confidential

2        THE VIDEOGRAPHER:  I'll take us

3    off.

4        MS. LEVY:  In the name of --

5        THE COURT REPORTER:  Are we off

6    the record yet?

7        THE VIDEOGRAPHER:  I'll take us

8    off.

9        Time is 16:50 UTC time, and we're

10    off the record.

11        (Off the record.)

12        THE VIDEOGRAPHER:  The time is

13    17:27 UTC time, and we're back on the

14    record.

15    BY MS. WALSH:

16    Q.  Mr. Dobbs, before we talk about

17    some of the tactics that were used as part of

18    Project Boomerang, you recall that Uber's

19    CEO, Mr. Khosrowshahi, was very interested in

20    Project Boomerang and followed it closely,

21    right?

22    A.  I don't remember the specifics of

23    how closely he followed it, but as, you know,

24    an important priority for the US business, I

25    would imagine he would have been paying some

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   level of attention.

3      Q.  Okay.

4         MS. WALSH:  Let's take a look at

5      AW97, which we're gonna mark as 1904

6      to your deposition.

7         (Exhibit 1904, Email chain, Bates

8      UBER_JCCP_MDL_003710117, was marked

9      for identification.)

10     Q.  Let me know when you've got that

11  one.

12     A.  All right.  It just popped up and

13  I'm taking a scroll through.

14        MS. LEVY:  Alex, it says,

15     Attorney-Client Privilege.  Can we

16     have the no waiver stip?

17        MS. WALSH:  Yeah.  Yep.  I'm --

18     yes, we can.

19        MS. LEVY:  Thank you.

20        MS. WALSH:  I would make the

21     request, Jenny, that on some of these

22     if you can let me know if you guys end

23     up clawing any of them back, I think

24     that will -- you know, we talk a lot

25     about efficiency and stuff.  That will

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      make the process go a lot better.

3         So I'll put a note to check in

4      with you about it, but it would be

5      good to know from you if you guys

6      decide to do that.

7         MS. LEVY:  I can certainly agree

8      to that.  It has been the exception

9      that we do claw them back.  But if we

10      do, I'll make sure you get copied in

11      realtime.

12         MS. WALSH:  Awesome.  Thanks.

13      Q.  Are you ready, Mr. Dobbs?

14      A.  I am.

15      Q.  Okay.  So you can see on the top of

16   this email that Mr. Khosrowshahi is asking to

17   be added to the DL for the United States and

18   Canada Boomerang update.

19         Do you see that?

20      A.  I do.

21      Q.  Okay.  And do you understand "DL"

22   to mean distribution list?

23      A.  I suspect that's what that means.

24      Q.  Okay.  And do you recall that

25   around this time there was a weekly update

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    that -- a weekly Boomerang update that was

3    circulated around the company?

4        A.  There was a periodic update.

5    Whether it was weekly or some other cadence,

6    I don't recall exactly.  And I don't think

7    it's fair to say it was distributed around

8    the company.  There were, you know, folks

9    within the company that were reached but

10   certainly not a wide majority of the company.

11       Q.  Okay.  Well, one of the people that

12   it reached was the CEO, Mr. Khosrowshahi,

13   right?

14       A.  Yes.  As we see here, he asked to

15   be added to the distribution list.

16       Q.  Okay.  Let's take a look at this

17   particular -- well, before we go down to the

18   actual update, you can see that this was sent

19   to Mr. Khosrowshahi, to Dara, from Andrew

20   Macdonald, right?

21       A.  That's right.

22       Q.  Okay.  And I think you all call him

23   Mac?

24       A.  That's correct.

25       Q.  And what's his position within the

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   company?

3       A.  You know, at this time he was

4   something effectively like the head of

5   operations, or head of rideshare operations,

6   mobility operations, something like that.

7       Q.  Okay.  And you can see that he's

8   saying to Dara and Sundeep:

9           This is our reporting on

10  United States and Canada supply efforts.  As

11  we've discussed extensively, probably the

12  most important XFN initiative on our plate in

13  mobility into recovery.

14          Do you see that?

15      A.  I do.

16      Q.  And "XFN" stand for cross-function?

17      A.  Cross-function or cross-functional.

18      Q.  Okay.  And so this initiative,

19  Project Boomerang, this was a

20  cross-functional initiative, so it involved

21  many different functions of the company,

22  right?

23      A.  It involved various functions

24  within the company.

25      Q.  Okay.  And so Mac sends it to Dara

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   and Sundeep and says, you know:  Would you

3   like to be added to the distro?

4         And as we established,

5   Mr. Khosrowshahi says he would love to be

6   added to the distribution list, right?

7      A.   That's right.

8      Q.   Okay.  So let's take a look at this

9   report.  And if you go down to the email from

10   Andrew Justice, do you see that?

11      A.   I do.

12      Q.   And who's he?

13      A.   Andrew Justice is a former member

14   of US and Canada ops team.

15      Q.   Okay.  Is he still at the company?

16      A.   He is.

17      Q.   Okay.  And what he says below is,

18   he says:

19         All, we're kicking off a weekly

20   email update on Project Boomerang.

21         Right?

22      A.   Yes.

23      Q.   He refers to Project Boomerang as:

24         The massive cross-functional effort

25   to grow/rebuild our driver base.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2         Right?

3      A.  Yes.

4      Q.  And we've already talked about what

5   Boomerang is.  But what I want to direct your

6   attention to here is if we look down to the

7   next page, How are we measuring success?

8         This is a reference to what we saw

9   in the PowerPoint that we were looking at

10   earlier, right?

11      A.  Yes.  This information looks

12   consistent with what we saw on the

13   PowerPoint.

14      Q.  Okay.  Just to be very clear.

15         The hero KPI, the way to measure

16   success for Boomerang, was whether the

17   initiative doubled the driver base to 715,000

18   drivers by July, which would be approximately

19   80 percent recovery ratio, and to get to

20   902,000 drivers by the end of the year,

21   right?

22      A.  That's what this says.

23      Q.  Okay.  And what the -- what this

24   weekly report did, among other things, was to

25   talk about various tactics that were gonna be

1      C. Dobbs - Highly Confidential

2    used to achieve that KPI, right?

3      A.  It does.

4      Q.  Okay.  And so if we scroll down to

5    the document ending in 121, it references

6    This Week's Focus, and we were talking about

7    this earlier, right, previously deactivated

8    drivers.

9        Do you see that?

10     A.  Sorry -- okay.  I now see where

11    you're looking, yes.

12     Q.  What it says is:

13        This workstream is focused on

14    identifying deactivating driver cohorts,

15    sizing them, and redeveloping reactivation

16    strategies.

17        Right?

18     A.  Yes.

19     Q.  And under Updates, it says:

20        Completed and shared our

21    preliminary analysis on sizing and potential

22    cohorts for targeting.

23        Do you see that?

24     A.  I do.

25     Q.  And it says:

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2        Cohorts identified include BGC

3   deactivated drivers.

4        Do you see that?

5      A.  I do.

6      Q.   And BGC refers to background check,

7   right?

8      A.   It does.

9      Q.   The one cohort identified was

10  deactivated drivers who are deactivated

11  because of something having to do with their

12  background check, right?

13     A.   Right.  It could've been that they

14  didn't consent to a background check or

15  something else.

16     Q.   But could've been some other issue

17  with their background check too, though,

18  right?

19     A.   Yeah.  This doesn't go into the

20  details.  I am just saying there could've

21  been a variety of different causes of the BGC

22  leading to deactivation.

23     Q.   Including issues that might relate

24  to the potential risks associated with that

25  driver, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2           MS. LEVY:  Object to form as

3      asked.

4      A.  Yeah.  I'm not sure I follow the

5      question.

6      Q.  Well, the point I'm getting at is

7      that this document refers broadly to drivers

8      who've been deactivated because of some issue

9      with their background check, right?

10      A.  Yes.  It broadly refers to that.

11      Q.  It doesn't limit it to people to --

12      strike that.

13           It applies to the category as a

14      whole, correct?

15      A.  Right.  This is a broad email being

16      sent to a, you know, a broad audience and

17      generally saying this is an area that we are

18      looking into.  It does not have all of the

19      details listed as well.

20      Q.  Right.  But it doesn't say, for

21      example, you know, we're not going to

22      reactivate drivers where their background

23      check has something to do with the risk

24      profile of that driver, right?

25           MS. LEVY:  Object to the form.

1     C. Dobbs - Highly Confidential

2     A.  I don't see that information

3  captured here.  And as we talked about on the

4  previous slide deck, I wouldn't expect it to

5  be.  You know, every piece of communication

6  isn't going to contain every detail about

7  what that thing is not.  So it doesn't

8  surprise me that this would simply say,

9  Here's a category of things that we're doing

10  without every bit of minutia in detail.

11     Q.  Well, this could've made clear that

12  we're not interested in reactivating drivers

13  who were deactivated because their background

14  checks showed, for example, some kind of

15  violent criminal history, right?

16     A.  You know, could this email have

17  included that detail?  Sure.  You know, an

18  email can include whatever detail you want it

19  to include.  The person who wrote it has the

20  ability to write whatever they want and

21  whatever they don't.

22        As I said multiple times now, I

23  wouldn't expect it to include that level of

24  detail.  You know, that level of detail isn't

25  included, it looks like, on, you know, any of

1       C. Dobbs - Highly Confidential

2    the projects listed here.  I think if every

3    nuance of every project was listed, this

4    email would be, you know, pages and pages and

5    pages long and likely wouldn't get much

6    readership from the audience.

7       Q.   Okay.  It could've said in one

8    additional line, like, To be clear, we are

9    not considering reactivating drivers who have

10   been deactivated because a rerun of their

11   background check found some kind of

12   disqualifying criminal history, right?  It

13   could've said that.

14       A.   Again, emails can say anything.

15   Someone could've written that here, could've

16   written it someplace else.  If there was that

17   level of detail written for the specific

18   instance that you're talking about, there

19   would have to be, you know, countless

20   additional bullet points in this email.  This

21   email's purpose was not to have that level of

22   detail.

23       Q.   Okay.  That would be a pretty

24   important detail, don't you think, Mr. Dobbs?

25       A.   It's an important detail, but not

1      C. Dobbs - Highly Confidential

2   necessarily a detail that is important enough

3   to include on every single piece of

4   communication about that topic.

5      Q.   Okay.  So it was not included here,

6   right?

7      A.   Again, that detail as we've seen

8   and talked about is not included here.

9      Q.   Okay.  The other cohort identified

10  include quality -- included quality

11  deactivated drivers, right?

12     A.   That's right.

13     Q.   Okay.  And that would be drivers

14  who were deactivated because of some issue

15  with the quality of their driving, right?

16     A.   Potentially, yes.

17     Q.   Okay.  Well, that's what it says,

18  quality deactivated drivers, right?

19     A.   That's what it says.

20     Q.   Okay.  Let me ask you this,

21  Mr. Dobbs.

22       If you go back up to

23  Mr. Khosrowshahi's response to this, does --

24  after he says, "would love to be added to the

25  distribution list," does he say, you know, I

1       C. Dobbs - Highly Confidential

2    want to make sure that we're not reactivating

3    drivers who've been deactivated because we

4    found some disqualifying criminal offense in

5    their background check?

6         Like, I just want to make sure.

7    Does he ask for clarification on that?

8         MS. LEVY:  Object to the form.

9       A.  Obviously, in this email he does

10   not ask that question.

11      Q.  Does he ask why Uber would be

12   considering reactivating drivers who've been

13   deactivated because of quality issues?

14      A.  He doesn't -- Dara does not probe

15   on any of the topics here.  He simply says

16   he'd like to be added to the distribution

17   list.

18      Q.  And he's the CEO, so he could've

19   asked those questions, right?

20      A.  As the CEO, he could ask whatever

21   questions he wants.

22      Q.  But he didn't, did he?

23      A.  In this form, he did not ask those

24   questions.

25      Q.  Do you have any recollection of him

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   ever asking those questions?

3      A.  I'm not a part of all of Dara's

4   communications or meetings.  I can't say.

5         MS. WALSH:  You can take that one

6      down, please, Diane.

7      Q.  Okay.  Another -- you understand,

8   Mr. Dobbs, that Uber tells the world that as

9   part of its background checks it checks the

10   court records for people who apply to drive

11   for Uber, right?

12         MS. LEVY:  I'm going to object

13      to form and also to the scope.  This

14      is -- we've had, like, days of

15      testimony on background check and

16      onboarding.  This is outside the scope

17      of Mr. Dobbs.

18         You can answer in your personal

19      capacity.

20      A.  I'm not sure when you say we tell

21   the world exactly what you're referring to.

22   Is there some specific communication you're

23   referencing?

24      Q.  Well, let me ask you this.

25         Do you, as the head of City Ops,

1        C. Dobbs - Highly Confidential

2    understand at a general level, and I'm asking

3    you in your personal capacity, do you

4    understand at a general level what Uber's

5    background check process is supposed to

6    include?

7        A.   Very broadly, but the details I'm

8    not super familiar with and have to defer to

9    others.

10       Q.   Do you understand that one of --

11    one of the things that Uber's background

12    check process is supposed to include is

13    looking in the -- in court records, in the

14    records of various courts of law, to see --

15    to see if someone applying to drive for Uber

16    has any criminal history, any disqualifying

17    criminal history?

18       A.   I'm aware that's part of the

19    process.

20       Q.   Okay.  And are you aware that that

21    process was suspended during this period,

22    2021, as part of Project Boomerang and the

23    company's effort to increase driver supply

24    during this time?

25           MS. LEVY:  Object to form and

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      foundation.  And continuing objection

3      to beyond the scope.

4          You can answer if you haven't.

5      A.  I'm not familiar with what you're

6   referring to.

7      Q.  Okay.  Well, you are familiar --

8   you're here to testify about policies and

9   initiatives and so forth that were aimed at

10  dealing with driver supply during periods

11  relevant to this lawsuit, right?

12     A.  That's right.

13     Q.  And Project Boomerang was a very

14  important initiative to address issues and

15  driver supply that Uber was experiencing in

16  the wake of the COVID pandemic, right?

17     A.  Project Boomerang was an important

18  project.

19     Q.  And we've talked about the fact

20  that Project Boomerang used various tactics

21  to build driver supply back up during this

22  period, right?

23     A.  We spoke about that.

24     Q.  Okay.  And one of the tactics that

25  was used is that Uber suspended the aspect of

1      C. Dobbs - Highly Confidential

2   its background check that involved looking at

3   court records to see if people applying to

4   drive for Uber had disqualifying criminal

5   history.

6          Did you know that?

7          MS. LEVY:  Object to form and

8       foundation as asked.

9      A.   Again, I'm not familiar with what

10   you're speaking about.

11      Q.   Okay.

12          MS. WALSH:  Let's look at AW264,

13       which is gonna to be 1905 to your

14       deposition.

15          (Exhibit 1905, Email chain with

16       attachments, Bates

17       UBER_JCCP_MDL_003222380, was marked

18       for identification.)

19      Q.   Okay.  Let me know when you've got

20   that one up.

21      A.   I have it up.  I'm just reading

22   through it.

23          MS. LEVY:  Alex, can we please do

24       the usual?  I see it says privileged;

25       can we have a no waiver?

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          MS. WALSH:  Yep.

3          MS. LEVY:  Thanks.

4      A.   (Document review.)

5          Okay.

6          MS. LEVY:  In order not to

7    interfere with your questioning, I

8    would like to put a continuing

9    objection to scope on the record with

10    respect to this document.

11         MS. WALSH:  Okay.  And I'll put a

12    continuing -- you know, you will not

13    be surprised to hear that I don't

14    agree, but...

15         MS. LEVY:  Understood.

16    Q.   Okay.  Give me one second.

17         Okay.  Look with me, Mr. Dobbs, at

18  the page of this document that ends with 383

19  and you see we have an email from Daniel Wu.

20         Do you see that?

21    A.   Give me one second.  Yes.

22    Q.   Who's Daniel Wu?

23    A.   Daniel Wu's a former member of the

24  US Operations Team.

25    Q.   And he's writing to Gus Fuldner,

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   right?

3        A.   He is.

4        Q.   All right.  And he says:

5            Please see below for today's

6   summary progress report against BGC

7   experience issues.

8            Do you see that?

9        A.   I do.

10       Q.   And again, BGC is background check,

11  right?

12       A.   That's right.

13       Q.   And he says:

14           The biggest update is that we've

15  now successfully implemented our partial BGC

16  solution for rerun BGCs across Rides,

17  markets, (excluding MA).

18           Do you see that?

19       A.   I do.

20       Q.   And do you understand "MA" to be a

21  reference to Massachusetts?

22       A.   That's right.

23       Q.   And it says:

24           This will enable us to unblock an

25  additional 6800 drivers whose checks were

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   held up by closed courts as of last week.

3       Do you see that?

4   A.  I do.

5       MS. WALSH:  And can you underline

6   "closed courts," please, Diane?

7   Q.  And you understand, Mr. Dobbs, that

8   during the COVID pandemic many courts around

9   the United States were closed because --

10  because of the pandemic, right?

11      A.  I'm aware that that occurred with

12  some courts.

13      Q.  Okay.  And if those courts were

14  closed, that made it pretty difficult to

15  check criminal conviction records at those

16  courts, right?

17      A.  I don't know the details of that

18  process, but, generally, I think that's fair.

19      Q.  Well, what this document is

20  indicating is that about 6800 drivers who

21  were trying to drive for Uber were blocked

22  because their checks couldn't -- their

23  background checks couldn't be completed

24  because the courts where that background

25  check needed to take place was closed, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.  I think that's generally right.

3        Q.   Okay.  And so what Uber decided to

4    do is to unblock those drivers and let them

5    drive even when the courts remained closed

6    and their records couldn't be checked, right?

7        MS. LEVY:  Object to form and

8        foundation, and continuing objection

9        to scope on this one.

10       A.  I don't know the details of exactly

11   how this worked.

12       Q.   Well, if we look down at the next

13   page ending 385, do you see where it says --

14   under 5A it says:  Closed court.  And what it

15   says is:

16          Closed court causing long time

17   pending background checks.

18          Right?

19       A.  It does.

20       Q.   And the next column says:  Resolved,

21   right?

22       A.  Yes, it does.

23       Q.   And the final -- there's a column

24   to the right that says:

25          We successfully rolled out partial

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    background checks across Rides, reruns,

3    (excluding Massachusetts) today, unblocking

4    drivers whose reruns were stuck and pending

5    over the last six months due to closed

6    courts.

7        Right?

8     A.  That's what it says.

9     Q.  Okay.  So as part of Project

10   Boomerang, which was intended to address this

11   huge gap in driver supply, Uber rolled out

12   partial background checks across its Rides

13   business which resulted in unblocking drivers

14   whose background checks had been stuck

15   because the courts were closed, fair?

16        MS. LEVY:  Object to the form and

17     foundation.

18     A.   Uber took the practice of running

19   the background checks to the extent that --

20   possible given court closure.  So this

21   doesn't mean background checks were not run.

22   It means that the background checks were run

23   in the places and countries and courthouses

24   that they could, and they weren't wherever

25   they couldn't.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  It means the background checks were

3   partially run, right, Mr. Dobbs?

4      A.  There were components of the

5   background check that weren't able to be run.

6      Q.  And to your knowledge, in your

7   personal capacity, are you aware of Uber

8   making sure that people who were considering

9   taking rides with Uber understood that there

10  were thousands of drivers out there who had

11  only gone through partial background checks

12  following the rollout of this tactic?

13       MS. LEVY:  Object to form and

14    foundation and scope.

15      A.  I'm not aware of such

16  communication.

17      Q.  Okay.  Let me ask you this,

18  Mr. Dobbs.

19       Uber also allowed during -- as part

20  of Project Boomerang --

21       MS. WALSH:  You can take that one

22    down, Diane.  Thank you.

23      Q.  Uber also -- another tactic it used

24  as part of Project Boomerang was to allow

25  drivers to provide Uber rides even if they

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    had insufficient licensing history, right?

3       A.  I'm not familiar with that.

4       Q.  Okay.

5          MS. WALSH:  Let's look at what

6       we're gonna mark as 1906 to your

7       deposition, which is 242.

8          (Exhibit 1906, Email chain, Bates

9       UBER_JCCP_MDL_004999484, was marked

10       for identification.)

11       Q.   And if we scroll down to the email

12    from Mr. Justice on page 2, this is another

13    weekly Boomerang update sent in 2021, right?

14       A.   Give me a second.  I just was able

15    to pull it up on my end.

16       Q.  Oh, sure.

17       A.  (Document review.)

18          Okay.  I'm ready.

19       Q.  Okay.  So here we have another

20    weekly update, Boomerang update, being sent

21    by Mr. Justice in March of 2021, right?

22       A.  Yes, that's right.

23       Q.  Okay.  And Mr. Justice says:

24          All, welcome back to the second

25    installment of the Boomerang update that has

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    audiences raving.

3        Do you see that?

4    A.  I do.

5    Q.  The next paragraph says:

6        We've been moving with #velocity

7    over the past week to launch a number of

8    creative initiatives.

9        Do you see that?

10    A.  It says:  "Incentives," not

11    initiatives.

12    Q.  Sorry.  Okay.  Let me fix that.

13    Thank you very much.

14        MS. LEVY:  Alex, this is the

15    same -- obviously marked privilege, so

16    I need a -- I need your no waiver

17    stipulation before you continue

18    examining.

19        MS. WALSH:  Yep.

20        MS. LEVY:  And also make sure the

21    record is clear that my scope

22    objections are continuing.

23        MS. WALSH:  Okay.  Yeah.  And,

24    likewise, my disagreement of that.

25    Q.  Okay.  So do you see, Mr. Dobbs,

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   where it says:

3        We've been moving with #velocity

4   over the past week to launch a number of

5   creative incentives.

6      A.  I do see that.

7      Q.  It says:

8        Including guarantees for churned

9   drivers and attractive low trip

10  thresholds/high payout incentives for drivers

11  that have been onboarded/activated but are

12  yet to complete a trip.

13       Do you see that?

14     A.  I do.

15     Q.  It says:

16       These types of tactics have the

17  potential to both resurrect and acquire

18  significant supply for the platform while

19  differentiating ourselves from competitor

20  offerings.

21       Do you see that?

22     A.  I do.

23     Q.  Okay.  Again, when Uber's talking

24  here about resurrecting and acquiring

25  significant supply, what they're talking

1      C. Dobbs - Highly Confidential

2   about is getting more drivers driving, right?

3      A.  Yeah.  That's what this is

4   referring to.

5      Q.  Okay.  The next paragraph says:

6          We also recently scored a big win

7   in streamlining our background check process

8   for drivers with an insufficient licensing

9   history unlocking huge growth potential for

10  our Winback pillar.

11         Do you see that?

12     A.  I do.

13     Q.  So this is communicating to

14  everyone receiving this email that there's

15  been a streamlining of the background check

16  process specifically with respect to drivers

17  with an insufficient licensing history.

18         Do you see that?

19     A.  I do.

20     Q.  And that's in 2021, right?

21     A.  This is in 2021, yes.

22     Q.  And this is a tactic that was used

23  as part of Project Boomerang, right?

24         MS. LEVY:  Object to form and

25      foundation.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  It is.  If you go on to read in the

3   document, email, it explains that there was a

4   redundant licensing history check that was, I

5   think, incorrectly flagging some percentage

6   of drivers.  And so this was kind of a

7   process issue that we identified and cleaned

8   up.

9      Q.  Okay.  Let's look down at that.

10   That's on page 487, right?

11      A.  Yes.  There's more detail on

12   page 487.

13      Q.  Okay.  If we look at where it

14   says:  Access, right?

15      A.  Yes.

16      Q.  It says:

17         Last week we launched an update to

18   streamline the background check process for

19   tens of thousands of returning drivers,

20   removing a redundant and high friction

21   license history check that up to 5 percent of

22   re-onboarding drivers would have been

23   unnecessarily flagged by.

24         Do you see that?

25      A.  I do.

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        Q.   Okay.  And "high friction" means --

3    what does high friction refer to there?

4        A.   High friction likely refers to

5    either the fact that it's -- it presents some

6    challenge for the driver.  So this goes on to

7    say that 5 percent of re-onboarding drivers

8    would have been unnecessarily flagged by.

9            And so I think that's just saying

10   that, you know, created challenge or friction

11   for some subset of the driver population.

12       Q.   And why was this process redundant?

13       A.   I don't know the details of this

14   process.  But, you know, as the document

15   reads, you know, it was deemed to be

16   redundant.

17       Q.   Okay.  But you can't explain to the

18   jury why this was redundant?

19       A.   No.  I don't have every detail on

20   this -- this process or this decision.

21       Q.   Okay.  If we look up to the top of

22   this document, the first email.

23           MS. WALSH:  Diane, if you don't

24           mind scrolling to the email at the

25           very top of this chain.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  You did receive and read this email

3   that we just looked at, right?

4      A.  I did.

5      Q.  Okay.  'Cause we can see here that

6   you're forwarding it to the US City Ops

7   leadership team, right?

8      A.  That's correct.

9      Q.  And you find this to be a really

10  great update from Andrew, right?

11      A.  Yep.  I thought it was a good,

12  thorough email.

13      Q.  Okay.  But notwithstanding having

14  received this email and thinking it's a good

15  quality email, you can't explain to us why

16  now this streamlining of the background

17  process for drivers with an insufficient

18  licensing history, why that was referred to

19  as being redundant, right?

20      MS. LEVY:  Object to form,

21      foundation and scope.

22      A.  I don't know every detail about

23  every project listed in this email despite

24  the fact that I did receive the email.

25      MS. WALSH:  Okay.  If we just

1      C. Dobbs - Highly Confidential

2      scroll down a little bit, Diane, and

3      look again how Andrew characterizes

4      this.

5      Q.   He says:

6          We also recently scored a big win

7   in streamlining our background check

8   processes for drivers with an insufficient

9   licensing history.

10         Do you see that?

11     A.   I do.

12     Q.   Okay.  So he's characterizing these

13  drivers as being ones who have an

14  insufficient licensing history, correct?

15     A.   I think what he's referring to is

16  the fact that they were flagged in some way

17  for having insufficient licensing history.

18     Q.   Exactly.  Okay.  Let's talk about

19  another tactic that was used as part of

20  Project Boomerang.

21         MS. WALSH:  You can take that one

22     down, Diane, please.

23     Q.   Uber knows that another thing that

24  the company did to address this big gap in

25  driver supply was to waive some of the

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   training requirements that had been in place,

3   correct?

4          MS. LEVY:  Object to form and

5      foundation.

6      A.  I'm not familiar exactly what

7   you're referring to.

8      Q.  Okay.

9          MS. WALSH:  Well, let's take a

10     look at what's gonna be 1907 to your

11     deposition, which is AW266, please.

12         (Exhibit 1907, Email chain, Bates

13     UBER_JCCP_MDL_004998059, was marked

14     for identification.)

15     Q.  And if you scroll down to the page

16  that ends in 62.  Just let me know when you

17  got it up.

18         MS. LEVY:  Alex, we need the

19     same -- I see this one is also marked

20     Attorney-Client Privilege.  Can we

21     have the no waiver stipulation,

22     please?

23         MS. WALSH:  Yes.

24         MS. LEVY:  Thank you.

25     Q.  Have you got the document?

Chad Dobbs   Highly Confidential
August 21, 2025

1         C. Dobbs - Highly Confidential

2      A.  I do.  I'm just reading through it.

3         (Document review.)

4         Okay.

5      Q.  Okay.  So if we look at -- almost

6   at the bottom of page ending in 62.  Again,

7   we have another United States and Canada

8   Boomerang update.

9         Do you see that, from Andrew

10   Justice?

11      A.  I do.

12      Q.  This one is on March 2021?

13      A.  That's right.

14      Q.  And is Mr. Justice, is he a lawyer?

15      A.  He is not.

16      Q.  Okay.  And is Mr. Khosrowshahi a

17   lawyer?

18      A.  I do not believe so.

19      Q.  To your knowledge, does he provide

20   legal services to Uber?

21      A.  He does not.

22      Q.  Same question for Mr. Macdonald.

23      A.  He is not a lawyer.

24      Q.  Those are high level executives in

25   the company, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.  Mr. Macdonald and Mr. Khosrowshahi

3   are executives with the company.

4        Q.  Okay.  And Project Boomerang was

5   about addressing an important business need

6   at the time, correct?

7        A.  Yes.

8        Q.  So what Mr. Justice reports to

9   Mr. Macdonald and Mr. Khosrowshahi and others

10  is, he says:

11        We recorded our fifth consecutive

12  week of positive net driver growth, plus

13  3.2 thousand, and the highest number of

14  active drivers in a week this year (319,000).

15        Do you see that?

16        A.  I do.

17        Q.  He says:

18        Coupled with a demand exhale from

19  St. Patrick's Day week, marketplace

20  reliability and conversion improved -- sorry.

21  Strike that.

22        He says:

23        Coupled with the demand exhaled

24  from St. Patrick's Day week, marketplace

25  reliability and conversion improved.

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2          Do you see that?

3     A.  I do.

4     Q.  He says:

5          Though markets remain considerably

6   undersupplied.

7          Do you see that?

8     A.  Yes.

9     Q.  So there's still -- there's still

10   not enough drivers driving, right?

11    A.  That's right.

12    Q.  Okay.  So if we -- as we discussed

13   earlier, one of the things that these weekly

14   updates do is they provide reports on work

15   that people involved in Project Boomerang are

16   doing to address that problem of drivers

17   being undersupplied, right?

18    A.  These emails, as we've seen,

19   provide updates on, you know, various

20   projects related to increasing driver supply

21   on the road.

22    Q.  Okay.  So let's scroll down to the

23   page ending 66.  At the very bottom, we see

24   the beginning of the section Select

25   Workstream Updates.  And I wanted to focus

1        C. Dobbs - Highly Confidential

2    your attention on the workstream involving

3    Access.

4            Do you see that, second from the

5    bottom?  And what it says is:

6            Sent nudge to approximately 10,000

7    quality deactivated drivers to complete

8    quality course to regain access.

9            Do you see that?

10    A.  Yes.

11    Q.  And that is a reference to Uber

12    sending some kind of communication to these

13    drivers who have been deactivated for quality

14    reasons nudging them to engage in some

15    quality training that they needed to do in

16    order to be reactivated, right?

17        MS. LEVY:  Object to form.

18    A.  So this is referring to drivers

19    could lose access to the platform if their

20    rating falls below a certain level, which is

21    also the case with riders.  And our standard

22    practice for many years has been, you know,

23    if your rating falls below a certain

24    threshold as a driver, you can regain access

25    to the platform if you complete this quality

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   course, some education.

3          And so what's being mentioned here

4   is, you know, there are many drivers, nearly

5   10,000 drivers, who had been deactivated for

6   low ratings and kinda reengaging them and

7   saying, as has historically been the

8   practice, if you complete the quality course,

9   you could regain access to the platform.

10      Q.   Okay.  And those ratings that

11  drivers have, those are an important

12  indicator of the quality of the driver,

13  right?

14          MS. LEVY:  Object to form.

15      A.   "Important indicator" is

16  subjective.  It is an indicator.  A driver's

17  rating is simply a reflection of the rating

18  that riders give them.  You know, whether you

19  call that important or not, I think, is quite

20  subjective.

21      Q.   Well, it's important enough,

22  Mr. Dobbs, that if it falls below a certain

23  level, Uber deactivates the driver and

24  doesn't let them drive anymore, right?

25      A.   You're correct.  And as I

Chad Dobbs  Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2   mentioned, if it falls below a certain

3   threshold, drivers would no longer be able to

4   drive on the platform.

5     Q.  Right.  So -- and what Uber had

6   decided, at least prior to some of the emails

7   we're about to look at, is that if a driver

8   gets deactivated because their rating goes to

9   a really low level, Uber's not going to allow

10  them to drive again unless they do some

11  training to address the issues with their

12  driving, right?

13     A.  Yeah.  Again, as I just said, you

14  know, the standard practice was if a driver's

15  rating fell below a certain level, they would

16  lose access to the platform, but they could

17  regain that if they completed the quality

18  course.

19     Q.  Okay.  So what this email is

20  reflecting is that Uber's recognized there

21  are about 10,000 drivers out there who've

22  been deactivated because of quality issues

23  and, under Uber's policy in place at this

24  time at least, it could -- it could -- those

25  drivers could get back on the platform if

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    only they just take this quality course,

3    right?

4       A.  I don't know that this is saying

5    that there is simply a population of 10,000

6    drivers.  It might be 10,000 drivers have a

7    rating between a certain level, or there

8    might be some other criteria here.

9          So I don't think I can definitively

10   say yes to that part of your question.  But I

11   think the second half of your question is

12   consistent with what we've spoken about for a

13   bit here; that if drivers completed that

14   quality course, our standard practice was

15   throughout history that they could regain

16   access to the platform.

17      Q.   Okay.  What the people in Project

18   Boomerang are saying is, like, let's send

19   them an email to try to nudge them to take

20   that quality course, right?

21      A.   This is saying, you know, here's a

22   population of drivers.  We can remind them

23   the quality course is available to them if

24   they are interested in driving on Uber once

25   again.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  So let's go up to -- back to

3   the page ending in 62.  And we see that

4   Mr. Macdonald, Mac, responds to the Boomerang

5   weekly update and he says:

6          For the 10,000 drivers who need to

7   do the training course to get back on the

8   record, what if we just gave them a one time

9   grandfathering back.

10          Do you see that?

11      A.  I do.

12      Q.  And so what he's saying is, what if

13   we just waive the requirement that they take

14   the training course and let them back on,

15   right?

16      A.  He's asking the question of, you

17   know, kind of what would happen or have we

18   considered what would the implications be if

19   we were to do this.

20      Q.  Okay.  And Carrol Chang responds

21   above.

22          Do you see that?

23      A.  I do.

24      Q.  Okay.  She says:

25          It's a good push.  Thanks, Mac.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2          Right?

3      A.  That's what it says.

4      Q.  And she asks Andrew Winter and Ben

5  Busian:

6          Have we already considered

7  whether -- strike that.

8          She asked Andrew Winter and Ben

9  Busian:

10          Have we already considered either

11  (1) entirely waiving the quality course

12  completion as a blocker to get back online

13  for the 10K drivers or (2) giving them a

14  grace period of 60 to 90 days after they

15  return.

16          Right?

17      A.  That's what's written here.

18      Q.  Okay.  So now they're discussing

19  entirely waiving the quality course

20  completion in order to get these 10,000

21  drivers back on the road, right?

22      A.  These emails are discussing

23  different options and ideas.

24      Q.  Okay.  And Jess Macdonald [sic]

25  writes back to this -- to this email, right,

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    if you scroll up.  She writes back on

3    April 1st at 9:34 p.m. saying:

4          Hi, Carrol.  I'll take the question

5    on waiving the quality course requirements or

6    providing a grace period to complete.

7          Do you see that?

8      A.  I do.

9      Q.  She says:

10          From a safety perspective, I am

11    against this recommendation for a couple of

12    reasons.

13          Right?

14      A.  It says that.

15          MS. WALSH:  You can underline

16      "safety perspective," please, Diane.

17      Q.  She says:

18          These drivers were clearly told

19    they lost access to the app because of their

20    low ratings and that they had to take a

21    course to regain access.  Not following a

22    stated policy (especially one that governs

23    regaining access after you are deactivated)

24    will send the wrong signal that Uber does not

25    stand behind our safety policies.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2           And then there's an arrow sign.

3   And she says:

4           Will have negative ramifications on

5   future policies and user trust if this was

6   shared on social media.

7           Do you see that?

8    A.  I do.

9    Q.  She then says:

10          2.  We, or at least I, haven't seen

11  any data that demonstrates that taking the

12  training is a blocker to drivers choosing to

13  come back to the platform.  We should focus

14  our efforts on getting these drivers to take

15  the training versus relaxing the requirement.

16          Do you see that?

17   A.  Yes.

18   Q.  Okay.  So who's Jess Macdonald --

19  strike that.

20          Who's Jess Donald?

21   A.  Jess Donald at the time I believe

22  headed our safety team for the US, maybe US

23  and Canada.

24   Q.  Okay.  So she was in charge of

25  safety for -- for this -- for all the

1     C. Dobbs - Highly Confidential

2   United States and Canada at this time, right?

3     A.   Yes; for the safety operations

4   team.

5     Q.   And she is against this idea of

6   waiving this course requirement, right?

7     A.   Yeah.  She's expressing some

8   concerns with that and, you know, provides

9   her feedback here.

10     Q.   And one of her concerns is this

11   could get out on social media and could be an

12   issue for user trust, right?

13     A.   She mentions social media here.

14     Q.   So let's scroll up to see how

15   Mr. Macdonald responds to this.  Okay?  And

16   to do that, we just go up to the top of this

17   page where it -- yeah.

18         So Mr. Macdonald writes back on

19   April 2nd, says:

20         Thanks, Jess, for the detailed

21   response.  We are in the mode of trying to

22   reduce all friction possible right now and

23   there are few areas where we have complete

24   control.

25         Do you see that?

1      C. Dobbs - Highly Confidential

2      A.  I do.

3      Q.  Is Mr. Macdonald, does he work in

4  safety?

5      A.  His role is not explicitly within

6  the safety organization.

7      Q.  What he's interested in doing is

8  trying to reduce all friction possible right

9  now, right?

10        MS. LEVY:  Object to form.

11      A.  He's exploring options to reduce

12  friction.

13      Q.  He goes on to say:

14        Can we please measure the pace that

15  these drivers come back to the platform

16  versus those without the friction, right?

17      A.  Yes.

18      Q.  So he's looking to see if these

19  drivers will come back to the -- will go

20  ahead and take the quality course and come

21  back and see if maybe -- well, strike that.

22        He asked to measure that pace of

23  drivers coming back to the platform, right?

24      A.  That's what he's asking, yes.

25      Q.  Okay.  So let's scroll up.  And we

1      C. Dobbs - Highly Confidential

2   see Andrew Winter replies later on April 2nd.

3      Do you see that?

4   A.  I do.

5   Q.  And what he says is:

6      Hi, all.

7      As of today, 1.7 percent (165

8   drivers) of the 9.9 thousand drivers who

9   received the quality course nudge with a

10  separate standard churned driver incentive

11  completed the course.

12      Do you see that?

13  A.  I do.

14  Q.  Okay.  So a very, very, very small

15  percentage of these 9.9 thousand drivers

16  completed that quality course that the driver

17  is supposed to complete to get back on the

18  platform, right?

19  A.  Yes.  1.7 percent of the drivers

20  completed the quality course.

21  Q.  Okay.  With that, he goes on to say

22  later in that paragraph:

23      We believe the activation rate is

24  lower than normal for churned drivers given

25  the quality course hurdle.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          Do you see that?

3      A.  I do.

4      Q.  So he's saying that this quality

5  course requirement, is a hurdle for drivers

6  getting back on to the platform, right?

7      A.  Yes.  It's an additional thing that

8  they would need to do.

9      Q.  Okay.  So if we scroll up,

10  Mr. Winter responds to this on April 8th on

11  the first page of the document, and what he

12  says is -- what he says is:

13          Hi, all.  As promised is an update

14  on quality course driver strategies following

15  our initial round of nudge comms.

16          Do you see that?

17      A.  I do.

18      Q.  And it says:

19          P0s (Immediate action).

20          Right?

21      A.  It does.

22      Q.  And that means top priorities,

23  right, P0s?

24      A.  Yeah.  We refer to them as P0s,

25  meaning the most important of the priorities

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    on this given workstream.

3        Q.   Okay.  And what he says is:

4            Change quality course requirement

5    to, quote/unquote, basic 7x7 quality course.

6            Do you see that?

7        A.  I do.

8        Q.   He says:

9            The 7x7 offers a, quote/unquote,

10   basic course which is shorter (20 minutes

11   versus 2 hours) and cheaper ($19 versus $49)

12   than the 7x7 course that we currently

13   require.

14           Do you see that?

15       A.  I do.

16       Q.   Says:

17           We feel that the sticker shock and

18   time commitment of the longer course could

19   discourage reengagement and may not have a

20   material incremental safety benefit.  Coupled

21   with an SMS/email that details the steps

22   required to drive again and the current

23   earnings potential, we believe this will help

24   bring drivers back.

25           Do you see that?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  I do.

3      Q.   And you know that as part of this

4  effort, as one of the initiatives to improve

5  the supply problem that Uber was having at

6  this time, Uber did, in fact, replace the

7  existing quality course requirement with a

8  shorter and cheaper one, right?

9      A.   We did change the quality course

10  requirement, but we kept in place.

11      Q.   Well, right.  You changed it from

12  two hours to just 20 minutes, right?

13      A.   That's right.

14      Q.   And you changed it from something

15  that cost the driver 50 bucks to something

16  that cost the driver $19, right?

17      A.   Not to nitpick, but 49 to 19.

18      Q.   Right.  Thanks.

19          The other thing that you-all did

20  was you allowed drivers to use documents that

21  they had from Lyft to demonstrate that they

22  had a rating sufficient to drive for Uber,

23  right?

24      A.   I think this is an item that was

25  contemplated.  I don't know if this was

1      C. Dobbs - Highly Confidential

2   actioned upon or not.

3      Q.   But it was at least contemplated

4   that Uber would allow drivers to share

5   documents showing that the rating with Lyft

6   is equal or greater than the minimum required

7   rating, right?

8      A.   Right.

9      Q.   Okay.  Has Uber gone back to

10   requiring the longer and more intensive

11   quality course or does it still only require

12   20 minutes to this day?

13      A.   I'm not sure how long the quality

14   course is today.

15      MS. WALSH:  Let's take a look at

16      251, which we're going to mark as 1908

17      to your deposition.

18      (Exhibit 1908, Deactivated Driver

19      Sizing and Opportunity Update, Bates

20      UBER_JCCP_MDL_001641347, was marked

21      for identification.)

22      Q.   Let me know when you've got that

23   one up.

24      A.   Just pulled it up.  I'm flipping

25   through it briefly.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          MS. LEVY:  Alex, I see this deck

3      is marked Attorney-Client Privilege.

4      I need the same nonwaiver stipulation.

5          MS. WALSH:  No problem.

6      A.  (Document review.)

7          Okay.  I've had a chance to briefly

8  flip through them.

9      Q.  Okay.  And if you flip to page 8,

10  PDF 8 -- well, sorry.

11          MS. WALSH:  Thank you, Diane.

12      Q.  This is a PowerPoint from

13  April 2021, correct?

14      A.  It appears to be, yes.

15      Q.  For the United States and Canada

16  Safety Ops Team, correct?

17      A.  Yes.

18      Q.  And the title is Deactivated Driver

19  Sizing and Opportunity Update, right?

20      A.  It is.

21      Q.  Okay.  And to focus on what we were

22  just talking about, if we go to PDF 8, you

23  see a slide regarding Quality Deactivation

24  Update, right?

25      A.  Just let me get there.  Yes.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        Q.   And if you look at the right-hand

3    side of this slide, it says:

4            Driver Quality Management Plan

5    Updates.

6            Right?

7        A.   It does.

8        Q.   And what it says is:

9            Reduce Friction:  Introduce the new

10   7x7 basics course option for all quality

11   waitlisted partners moving forward.

12           Right?

13       A.   It does.

14       Q.   So the idea is this would apply to

15   all drivers who had been waitlisted for

16   quality reasons, right?

17       A.   Specifically for rating reasons.

18       Q.   Okay.  All quality waitlisted

19   partners is what it says, right?

20       A.   Right.  But I'm just letting you

21   know how this works internally is it would be

22   ratings-related deactivations that would be

23   eligible for the quality course deactivation.

24       Q.   So drivers who had received low

25   ratings from people who had driven with them?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  For people who had ridden with

3   them.

4      Q.  Who had ridden with them, right?

5   And there's all sorts of reasons that drivers

6   might get a low rating from riders, right?

7      A.  Yeah.  There are a variety of

8   reasons.

9      Q.  And sometimes the riders actually

10  indicate what those reasons are, right?

11     A.  Yeah.  Sometimes they do.

12     Q.  For example, a rider might indicate

13  the reason I'm giving this driver a low

14  rating is because he made a sexually

15  inappropriate comment to me, right?

16     A.  A rider could report that.

17     Q.  A rider could give a driver a low

18  rating because the driver touched her, the

19  rider, in an inappropriate way, right?

20        MS. LEVY:  Object to form and

21     foundation.

22     A.  That could happen.

23     Q.  Okay.  And there could be a

24  rider -- strike that.

25        There could be a driver who got

1      C. Dobbs - Highly Confidential

2   multiple low ratings because of, for example,

3   making sexually inappropriate comments to

4   their riders, right?

5      A.  That could've resulted in low

6   ratings, yes.

7      Q.  And a driver who got a series of

8   low ratings because that driver made repeated

9   sexually inappropriate comments to a rider,

10  that might be someone who was waitlisted for

11  quality reasons, right?

12        MS. LEVY:  Object to form.

13     A.  It could be.  However, I did

14  mention that we have other processes to

15  identify drivers who might be doing things

16  as, you know, egregious as you mentioned.

17  These quality deactivations due to rating are

18  typically the result of kind of repeated poor

19  service, car is dirty, driver is rude.

20        You know, kinda basic

21  quality-related things.  That's gonna -- if

22  we think about our different quality

23  mechanisms, the rating threshold kind of

24  captures that kind of the lower level issues

25  that I mentioned.  We have other policies and

1      C. Dobbs - Highly Confidential

2   processes to catch the kind of more

3   egregious, more sensitive items like you

4   mentioned.

5      Q.   You're not here today, Mr. Dobbs,

6   to testify about how easy or how difficult it

7   may be for women riders to report instances

8   of, for example, sexual misconduct, like

9   sexually inappropriate comments, right?

10         That's not something that you've

11   been designated to testify about, correct?

12      A.   No, it's not.

13      Q.   Okay.  And you understand that the

14   jury's gonna hear about some of the issues

15   that riders encounter in trying to report,

16   for example, sexually inappropriate comments.

17         Do you understand that?

18         MS. LEVY:  Object to form and

19      foundation.

20      A.   I don't know everything that will

21   be mentioned or testified about.

22      Q.   Okay.  You mentioned that one of

23   the things -- one -- rude comments, that's a

24   drop-down menu that riders can choose when

25   giving a low quality -- a low quality rating,

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2  right?

3      A.  I'm not sure if there's an exact

4  rude comments drop-down option.

5      Q.  Okay.  Well, let me ask you this.

6  Let me short-circuit this.

7          If the jury hears evidence that one

8  way that some riders are able -- that some

9  riders report, for example, sexually

10  inappropriate comments or touching is through

11  giving -- giving low ratings, you wouldn't

12  dispute that, right?

13          MS. LEVY:  Object to form,

14      foundation and scope with this

15      witness.

16          You can answer if you have an

17      opinion in your personal capacity.

18      A.  I suppose are you asking that if

19  someone -- if a rider had such an instance in

20  the vehicle, would they possibly give a

21  driver a low rating?

22      Q.  Yes.

23      A.  Logically that certainly could

24  happen.

25      Q.  Okay.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2         MS. WALSH:  Diane, could we put

3      that document back up, please?

4      Q.   So the -- what this document is

5    saying, though, is that for all quality

6    waitlisted partners, anyone who had been

7    waitlisted based on a low rating, they were

8    going to be able to get back on the platform

9    by doing this 7x7 basics course, right?

10       A.   Yeah; for any driver with a

11   ratings-related deactivation.

12       Q.   Okay.  And what it goes on to say

13   is that doing this is gonna improve

14   reactivation conversion by 10 percent --

15   sorry.  Strike that.  Strike that.

16          Let's look at the -- this slide

17   also compares the quality course that was

18   required previously with the basics course

19   that is now -- that Uber's now offering to

20   allow drivers to get back on the platform.

21   It shows, as we were talking about earlier,

22   that the cost is $19 as opposed to 49, right?

23       A.   It does.

24       Q.   It shows that the time that it

25   takes to complete the course is just

1      C. Dobbs - Highly Confidential

2   20 minutes versus an hour and 45 minutes,

3   right?

4      A.   That's right.

5      Q.   And it shows that the quiz needed

6   to complete the course includes just three

7   questions.

8         Do you see that?

9      A.   I see the three questions.

10     Q.   Mr. Dobbs, Project Boomerang ended

11  up being a successful initiative for Uber,

12  correct?

13        MS. LEVY:  Object to form.

14        You can answer.

15     A.   I think that depends on who you

16  ask.  There were some successes.  There were

17  some failures.  Yeah.  I don't know if there

18  was an overall, you know, stamp of success or

19  approval on the initiative.

20     Q.   Well, Project Boomerang and the

21  tactics that it included did help rebuild the

22  supply of drivers on the Uber platform,

23  right?

24     A.   I imagine that the tactics did help

25  grow the supply.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  Well, let's see what

3   Mr. Khosrowshahi had to say about this.

4         MS. WALSH:  And for that, we'll go

5      to AW162, which is gonna be 1909 to

6      your deposition.

7         (Exhibit 1909, Email chain, Bates

8      UBER_JCCP_MDL_002223100, was marked

9      for identification.)

10     Q.  And if we scroll down to the middle

11   of the first page, we see one of our -- one

12   of these weekly Project Boomerang updates.

13   This time it's being sent by Liza Jones.

14         Do you see that?

15     A.  I do.

16     Q.  Okay.  And does Liza Jones, did she

17   work with Andrew Justice?

18     A.  I'm not sure.  I don't think I know

19   Liza.

20     Q.  Okay.  Well, what she says in

21   August of 2021 is:

22         All, happy August.  Across July, we

23   saw a .83 [as read] percent month over month

24   active driver growth in the US and a .89 [as

25   read] percent month over month supply our

1      C. Dobbs - Highly Confidential

2   growth in the US.

3        Do you see that?

4    A.  I do.

5        MS. LEVY:  Alex, I'm sorry.  I

6   should've said this earlier.

7        This is also marked privilege, so

8   I need to make sure we have a no

9   waiver stipulation before we go any --

10        MS. WALSH:  Yep.

11    Q.   So that's some progress, right?

12    A.   Numbers are increasing, so it's

13   progress.

14    Q.   Okay.  And she goes on to say:

15        One specific highlight was our

16   first trips number, which improved by

17   30 percent month over month for a total of

18   37.7 thousand first trips.

19        Do you see that?

20    A.  I do.

21    Q.   Okay.  She does go on to say in the

22   last paragraph on this page towards the end,

23   she says:

24        For now, this doesn't change our

25   overall strategy - we will continue to push

1      C. Dobbs - Highly Confidential

2   high earnings opportunities and find ways to

3   reduce onboarding and re-onboarding friction.

4         Do you see that?

5      A.  I do.

6      Q.   And what that means is we'll

7   continue -- when Ms. Jones refers to finding

8   ways to reduce onboarding and re-onboarding

9   friction, what she means is finding ways to

10   make it easier for drivers to get on, to

11   drive for Uber or to start driving for Uber,

12   again, if they have been deactivated, right?

13      A.   This is broadly saying that we're

14   going to streamline the process for new

15   drivers or churned drivers to get on the

16   platform.

17      Q.   We're gonna find ways to reduce

18   friction when it comes to those things,

19   right?

20      A.   Yeah.  This is broadly talking

21   about friction.

22      Q.   But by "friction," what Uber means

23   is things that slow this process down, that

24   slowed down the process of adding new drivers

25   or getting churned drivers or deactivated

1      C. Dobbs - Highly Confidential

2   drivers driving again, right?

3      A.   Yeah.  There's many sources of

4   friction in the process, and we're trying to

5   simplify and streamline those where we can.

6      Q.   Okay.  And Mr. Khosrowshahi, he

7   responds to this email, right?

8      A.   He does.

9      Q.   On August 4, 2021, right?

10      A.   That's right.

11      Q.   And what he says is:

12          Team Boomerang.  Nelson and I just

13   got off our earnings call.

14          Do you see that?

15      A.   Yes.

16      Q.   And Nelson is a reference to the

17   chief financial officer of Uber at this time,

18   right?

19      A.   That's right.

20      Q.   Okay.  And the earnings call,

21   that's a reference to -- that's a reference

22   to a call that Mr. Khosrowshahi and Mr. Chai

23   have with people who are watching Uber's

24   performance and seeing how it's doing in

25   terms of its earnings and how that will

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    affect the stock price, right?

3        MS. LEVY:  Object to form.

4      A.  I would describe it as a quarterly

5    call that is required by the SEC that where

6    our CEO and CFO report on the company's

7    progress.

8      Q.  And who participates in an earnings

9    call, to your understanding?  Who's listening

10   when Mr. Khosrowshahi and Mr. Chai are

11   talking?

12      A.  The primary audience is, you know,

13   big investors or financial institutions.  I'm

14   fairly confident that anyone can listen in if

15   they wanted.

16      Q.  Okay.  But the primary audience

17   would be big investors and that's reflected

18   where Mr. Khosrowshahi says to Team

19   Boomerang:

20        Your area is the area that

21   investors care about passionately.

22        Do you see that?

23      A.  I do.

24      Q.  My guess is about 50 percent of the

25   questions were about supply.

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2           Do you see that?

3       A.  I do.

4       Q.  He says:

5           The good news is our driver

6   acquisition numbers look much, much better

7   than the numbers Lyft shared.

8           Right?

9       A.  I do see that.

10      Q.  And then he says below -- sorry.

11  Strike that.

12          And again, when he's referring to

13  our driver acquisition numbers, he means the

14  numbers of drivers that Uber's acquiring to

15  drive for Uber, to provide Uber Rides, right?

16      A.  He's saying the number of either

17  new drivers or returning drivers or -- yeah,

18  the new or returning drivers on the platform.

19      Q.  Okay.  And he says below:

20          We've come a long way, but the

21  stakes are higher than they have ever been.

22          Do you see that?

23      A.  I do.

24      Q.  At this point in time, Mr. Dobbs,

25  we're just less than two years out from

1      C. Dobbs - Highly Confidential

2   Uber's initial public offering, right?

3      A.  I think we're a little more than

4   two years from that.

5      Q.  Okay.  Less than three years

6   though, right?

7      A.  Yes.

8      Q.  And at this point in time, Uber

9   still hadn't demonstrated profitability,

10   right?

11      A.  I do not know exactly what our

12   profitability levels would've been on this

13   date in 2021.

14      Q.  Okay.  Well, Mr. Khosrowshahi

15   clearly felt and expressed in this email that

16   this was a critical time for the company,

17   right?

18      A.  He did.  And, you know, I think he

19   would probably say all times are critical for

20   our company.

21      Q.  Well, what he says is that this

22   time the stakes are higher than they've ever

23   been.

24          Do you see that?

25      A.  I do see where he says that.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  In the post-Boomerang era,

3   Mr. Dobbs, Uber was still very closely

4   tracking its driver supply metrics, correct?

5      A.  We continued to track our, you

6   know, business metrics, our rider metrics and

7   our driver metrics and our overall

8   marketplace self-metrics.

9      Q.  And growing supply -- growing

10  driver supply continued to be the company's

11  number one priority even after Boomerang;

12  isn't that right?

13     A.  I'm not sure I would put it quite

14  like that.

15     Q.  Okay.  Well, let's see how Uber put

16  it at the time.

17        MS. WALSH:  And for that, we'll

18     look at AW221, which will be 1910 to

19     your deposition.

20        (Exhibit 1910, Driver Growth

21     Brand Campaign, Bates

22     UBER_JCCP_MDL_002322958, was marked

23     for identification.)

24     Q.  And let me know when you've got

25  that one up.

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.   Just opened up.  I'm just flipping

3    through.

4            (Document review.)

5            Okay.

6        Q.   Okay.  And if we look at the first

7    page of this document, it says:

8            Driver Growth Brand Campaign.

9            Do you see that?

10       A.   I do.

11       Q.   And it actually says:  Boomerang

12   Version 2, right?

13       A.   It does.

14       Q.   So is this like the second

15   iteration of Boomerang?

16       A.   Some folks internally might've felt

17   like this was just an extension to Boomerang.

18   I don't think this was anything formal of

19   a -- like a formal Version 2, but I think

20   this was kind of maybe the second chapter of

21   the story.

22       Q.   Okay.  So we're in the -- we're

23   post-Chapter 1 of Boomerang and in Chapter 2.

24   At least that's how some people thought of

25   it, right?

1      C. Dobbs - Highly Confidential

2      A.  I think that's fair.  But again,

3   there wasn't some, you know, consistent

4   internal branding or nomenclature around

5   that.

6      Q.  All right.  Well, let's look at

7   PDF 6 and what it says here:

8          Riders are returning to the

9   platform faster than drivers leading to a

10   degraded market with high wait times and

11   prices.

12          Do you see that?

13      A.  I do.

14      Q.  So what this is showing is that

15   even at this time, you know, going from 2021

16   into 2022, there is still this problem with

17   the market having a lot more demand than

18   supply, correct?

19      A.  I would just clarify the time

20   frame.

21          You know, this graph ends in

22   September of 2021, so this does not extend

23   into 2022 as your question suggested.  And

24   it's just mere weeks after the email we just

25   looked at.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  Okay.  That's fair enough.

3          So what this is expressing is in

4   the period following just weeks after the

5   email where Mr. Khosrowshahi says the stakes

6   have never been higher, it is the case that

7   riders are still returning to the platform

8   faster than drivers, and this was leading to

9   a degraded market with high wait times and

10   prices, right?

11      A.  Yeah.  I think this is saying, you

12   know, it's definitely already talked about,

13   you know, similar themes.  And if you look at

14   the graph, it looks like those -- the red ine

15   and the blue line are converging a little

16   bit, which suggests to me that progress was

17   being made, but, you know, there was still

18   some level of imbalance.

19      Q.  There was still some level of

20   imbalance and, therefore, growing supply

21   rapidly and exponentially was still the

22   number one business priority for United

23   States and Canada, right?

24      A.  Again, I don't think I would put it

25   quite like that.  You know, supply growth

1      C. Dobbs - Highly Confidential

2   would still have been a priority.  But as

3   we've talked about extensively, you know, we

4   want to grow supply, grow demand and keep

5   those things in balance.  That would mean

6   kind of different things at different times

7   and different places.

8      Q.  Okay.  Well, let's see.

9         Again, you might not put that that

10  way today, but let's see how Uber put it at

11  the time.  And to do that we'll look at the

12  next slide, which says:

13        Growing supply rapidly and

14  exponentially is our number one business

15  priority for United States and Canada.

16        Do you see that?

17     A.  I do.

18     Q.  And we saw that same language in a

19  PowerPoint from an earlier period, right?

20     A.  Yes.  This appears to be the same

21  slide from that presentation.

22     Q.  Meaning that it's still the number

23  one business priority for United States and

24  Canada, right?

25     A.  Right.  This is only a handful of

Chad Dobbs  Highly Confidential
August 21, 2025

```
 1      C. Dobbs - Highly Confidential
 2   months after that presentation that we saw
 3   earlier.
 4      Q.  So a handful of months later it
 5   continues to be the number one business
 6   priority, right?
 7      A.  That's what the slide says.
 8      Q.  Okay.  If we go to the next slide,
 9   it says:
10         Boomerang Version 1 was an
11   opportunity to increase consideration with
12   churned drivers through earnings and the
13   $250 million stimulus.
14         Right?
15      A.  Yes.  That's what it says.
16      Q.  Okay.  And that's a reference to
17   the fact that Uber spent $250 million as part
18   of Project Boomerang to try to stimulate
19   drivers to get back on the platform and
20   provide rides, right?
21      A.  Sorry.  Can you ask that again?
22      Q.  Yeah.
23         So as part of Boomerang Version 1,
24   Uber spent $250 million to try to stimulate
25   drivers to get on the road and provide rides
```

1      C. Dobbs - Highly Confidential

2   to Uber passengers, right?

3      A.  There were, you know, $250 million

4   spent on, you know, earnings and incentives

5   to encourage drivers to get on the platform.

6      Q.  Okay.  And there were also -- there

7   was messaging that was sent to drivers like

8   the examples that we see on this slide below,

9   right?

10     A.  Yes.

11     Q.  Okay.  For example, encouraging

12  drivers to drive on Friday, drive on Friday

13  and Saturday, right?

14     A.  That's right.

15     Q.  Okay.  Uber was really interested

16  in getting people to drive on the weekends,

17  right?

18        MS. LEVY:  Object to form to the

19     question as asked.

20     A.  Generally, we want -- we want

21  drivers to understand when it could be most

22  lucrative to drive.  And we also -- you know,

23  those times also tend to be when the

24  marketplace is most undersupplied.

25        And so as I've said a million

1      C. Dobbs - Highly Confidential

2  times, and sorry for being repetitive, but,

3  you know, we wanted riders and drivers to

4  have a good experience.  And for riders and

5  drivers to have a good experience, the

6  marketplace needs to be balanced.

7          And at this period of time, you

8  know, looks like Fridays and Saturdays were a

9  period of time where driver earnings were

10  particularly high.  So it would be

11  particularly attractive for drivers to drive,

12  and it would also help to meet the demand

13  that was on the platform helping to bring

14  that balance that I've spoken about.

15      Q.   Right.  And helping to make money

16  for Uber also, right?

17      A.   Yeah.  As I said earlier, you know,

18  that balance to the marketplace is good for

19  riders, it's good for drivers, it's good for

20  Uber.  And so when you can do something

21  that's good for all three parties, we're

22  gonna pursue it.

23      Q.   And one of the things that Uber was

24  telling drivers is that many drivers are

25  earning $31 per hour.

1      C. Dobbs - Highly Confidential

2          Do you see that?

3      A.  I do.  And as mentioned earlier,

4    those dollar figures could have changed

5    depending on location and timing.

6      Q.   Right.  But this is $31 per hour.

7    That's pretty good, right?

8          MS. LEVY:  Object to form.

9      A.  "Good" is very subjective; depends

10   on who you ask.

11     Q.   Okay.  Would you agree that for the

12   average driver for Uber making $31 per hour,

13   that that would be a good level of

14   compensation relatively?

15     A.  I think at this time, if you were

16   to ask drivers, they would say that that --

17   those are pretty strong earnings.

18     Q.   Okay.  Because you know that a lot

19   of Uber drivers, after costs and expenses,

20   are really making at or below minimum wage,

21   right?

22         MS. LEVY:  Object to form.

23     A.  I think we went over a very similar

24   question earlier.  I can't speculate about

25   exact driver earnings.  One, because they

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   vary considerably driver to driver based on a

3   bunch of decisions they make and a bunch of

4   factors.  And I certainly can't speculate

5   about their costs given I don't know what

6   they're paying for their vehicles and gas and

7   all those other things.

8      Q.  Let's take -- and you said that

9   earlier too, right, Mr. Dobbs?

10         Earlier you said -- I asked you,

11  does it sound familiar to you that Uber

12  acknowledged that most drivers after expenses

13  end up making about minimum wage when they

14  drive for Uber.

15         Do you remember when I asked you

16  that?

17     A.  I do.

18     Q.  And you said that does not sound

19  familiar, right?

20     A.  I recall saying that, yes.

21     Q.  Okay.  Let's take a look back at

22  Exhibit 1895 to your deposition.  And you

23  recall this document, right, Global Driver

24  All Hands?

25     A.  I do.

1      C. Dobbs - Highly Confidential

2      Q.   From 2017?

3      A.   Yes.

4      Q.   Okay.  If we go to PDF 61, you see

5   where it says:

6          Driver Earnings.

7          The US marketplace adjusts quickly

8   to rate changes and incentives, so hourly

9   earnings tend to flatten over the long-term.

10  We need to set more realistic expectations.

11         Do you see that?

12     A.  I do.

13     Q.   And it's talking about mean hourly

14  earnings at this time in San Francisco,

15  right?

16     A.  I do.

17     Q.   And if you look at the speaker

18  notes below, do you see what it says?  It

19  says:

20         Drivers' long-term hourly earnings

21  stay close to the local minimum wage (after

22  expenses) even when we deploy driver rate

23  changes and new incentives.

24         Do you see that?

25     A.  I do.

1      C. Dobbs - Highly Confidential

2      Q.  We need to set more realistic

3   expectations.

4           Right?

5      A.  That's what the slide says.

6      Q.  Are you-all realistic with Uber

7   drivers about the fact that their earnings

8   after expenses may stay pretty close to local

9   minimum wage?

10     A.  As I talked about with those

11  marketing campaigns, the dollar figures that

12  we shared were updated over time and by

13  geography to be realistic with drivers in

14  those areas.

15     Q.  You have a -- Uber has a problem

16  with -- with its credibility with its drivers

17  about earnings, right?

18     A.  I don't think I would characterize

19  it quite like that.

20     Q.  Well, let's look back at

21  Exhibit 1910 to your deposition that we were

22  just looking at.  And if we go to PDF 9, it

23  says:

24          Boomerang 1 did not meaningfully

25  move intent to drive with churned drivers and

1      C. Dobbs - Highly Confidential

2   generally expressed low believability.

3        Do you see that?

4    A.  I do.

5    Q.   And it quotes a driver here saying:

6        Drive with Uber, meaning driving

7   for Uber, I would not because in some cases

8   Uber makes more money than the driver who is

9   using their personal vehicle.  I had to spend

10  one whole month of earning with Uber to fix

11  my car.

12       Do you see that?

13   A.  I do.

14   Q.   So these drivers, Mr. Dobbs, who

15  might end up making close to minimum wage

16  after expenses, these drivers are the key to

17  fueling Uber's growth; isn't that right?

18       MS. LEVY:  Object to form.

19   A.  I don't think that's a fair

20  characterization.

21       For any ride to happen on the Uber

22  platform, you need a rider and you need a

23  driver.  If you have a rider without a

24  driver, ride can't happen.  If you a driver

25  without a rider, ride can't happen.

1      C. Dobbs - Highly Confidential

2         So to call one or other the key or

3   the fuel or whatever characterization was

4   made, I think is just inaccurate.

5      Q.  Okay.  So if a high level executive

6   within Uber said, "Earners are key to fueling

7   our growth," you think that would be

8   inaccurate?

9      A.  I think that's fair.  They are key

10  and riders are key.  Again, you can't have a

11  ride without, you know, both parties.

12     Q.  Okay.

13        MS. WALSH:  Let's take a look at

14     AW99, which is 1911.

15        MS. LEVY:  Alex, can we do -- can

16     you find time for a restroom break at

17     the next convenient stopping point?

18        MS. WALSH:  For sure.  I'll just

19     do this document and then we can do

20     that.

21        MS. LEVY:  Sounds good.

22     Q.  Okay.  And you can see, Mr. Dobbs,

23  this is a document that was created in

24  September 2022, right?

25     A.  Yeah.  Sorry.  One second.  What

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2   document number is this?

3       Q.  Oh, sorry.  This is 1911.

4       A.  This is a new one?

5       Q.  Yes.

6           (Exhibit 1911, DK Uber Priorities,

7       Bates UBER_JCCP_MDL_003944140, was

8       marked for identification.)

9       A.  All right.  Give me a second.  I'm

10  just pulling it up now.  Okay.

11      Q.  Okay.  And you see, so this

12  document was created in September 2022.

13          Do you see that?

14      A.  I do.

15      Q.  And the file name is DK Uber

16  Priorities.

17          Do you see that?

18      A.  I do.

19      Q.  And "DK" is a reference to

20  Mr. Khosrowshahi, correct?

21      A.  That's right.

22      Q.  The CEO of Uber, right?

23      A.  Yes.

24      Q.  And if we look at the next page,

25  what it says is:

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          Overarching wrapper:  (user

3   obsession, profitability and growth).

4          Right?

5      A.  It says that.

6      Q.   And it says:

7          Prove it.

8          Separate from the pack.

9      A.  It does.

10     Q.   Okay.  And if we scroll forward --

11  and again, the name of this document is DK

12  Priorities for Uber, right?

13     A.   Yes, that's right.

14     Q.   Okay.  So if we scroll forward to

15  PDF 3, you see there's a chart that talks

16  about various priorities, right?

17     A.   Yes.

18     Q.   Okay.  And the priority that's

19  relevant to the stuff that we're talking

20  about here today, to look at that, let's go

21  to PDF 5 and you can see where one of the

22  priorities in this document is Best platform

23  for earners.

24          Do you see that?

25     A.   I do.

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2       Q.  Okay.  And it says:

3           Earners are key to fueling our

4    growth.

5           Right?

6       A.  Yes.  It says that.

7       Q.  And I understand your point is I --

8    I think I said, Earners are the key to

9    fueling our growth.

10          And you're -- you're okay with this

11   sentence without the "the," right?

12      A.  Yeah.  I think it's fair to say

13   earners are key to our growth and riders and

14   consumers are key to our growth.

15      Q.  Okay.  Fair enough.

16          But this document in particular

17   focuses on earners -- or this part of this

18   document focuses on earners being key to

19   fueling Uber's growth, right?

20      A.  Right.  And there are other parts

21   of this document focused on riders.

22      Q.  Sure.  Totally.  But you're here

23   today, you know, one of the key topics is

24   about driver supply, right?

25      A.  Both driver supply and our growth

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   generally, which involves both drivers and

3   riders.

4      Q.   Right.  And we're going to talk

5   about riders later today.

6         But for now in Mr. Khosrowshahi's

7   priorities for Uber, one of the things that

8   is said in this document is "earners are key

9   to fueling our growth," right?

10      A.   That's what the document says.

11      Q.   Okay.  And the next column

12   says:  DK TPs.

13         Do you see that?

14      A.   I do.

15      Q.   And that's a reference to Dara

16   Khosrowshahi talking points, right?

17      A.   That's right.

18      Q.   And it says:

19         Area most concerned about.  Have to

20   double earners on the platform to achieve our

21   growth rates.

22         Right?

23      A.   That's right.

24      Q.   Then in the next column, it lists a

25   variety of metrics related to that, correct?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  Yes.

3      Q.  It says:

4          Grow monthly active earners, supply

5  hours, and funnel velocity.

6          Right?

7      A.  It does.

8      Q.  And "funnel velocity" is a

9  reference to how quickly people applying to

10  drive for Uber get from starting the

11  application process to being on the road,

12  right?

13      A.  It could be how quickly or, you

14  know, the percentage of drivers who make it

15  through that process.  So, you know, if

16  drivers continue to get stuck at the point

17  where they need to upload their driver's

18  license, that might indicate we have

19  something wrong with our driver's license

20  uploading process, so we need to change and

21  reduce that friction to improve funnel

22  velocity.

23      Q.  Okay.  But velocity is another word

24  for speed, right?

25      A.  Generally another word for speed,

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    yes.

3        Q.   Okay.  And the speed with which

4    potential drivers get through that funnel,

5    from applying to being on the road, that is

6    important to Uber, right?

7        A.   We want the funnel to work

8    efficiently and effectively, and we want, you

9    know, folks who start the funnel to get

10   through the funnel.

11       Q.   Right.  And what's referenced in

12   this document, if you look at the bottom in

13   that middle column, it says:

14           Earners tell us time and again why

15   they come to Uber.  They want to get online

16   and make money.

17           Do you see that?

18       A.   I do.

19       Q.   Okay.  And the faster they can get

20   online and make money, the better it is for

21   the driver, right?

22       A.   Generally, they would like that

23   process to be shorter rather than longer.

24       Q.   And the better it is for Uber,

25   right?

1      C. Dobbs - Highly Confidential

2      A.  You know, what's good for our

3  customers is often good for us.

4      Q.  Okay.  If we look at the next page,

5  the bottom row says:  Earner growth.

6          Do you see that?

7      A.  I do.

8      Q.  And it says:

9          Earners tell us -- it's the same

10  language again.

11          Earners tell us time and again why

12  they choose Uber; they want to get online and

13  make money.  We've improved our technical

14  foundations to clear many go-online blockers

15  and improve our sign-up funnel, but we have a

16  long way to go.

17          Do you see that?

18      A.  Yes.

19      Q.  And Dara's talking points for this

20  one here is:

21          The focus here is about getting

22  people online.

23          Right?

24      A.  Yes.

25      Q.  Whether they own a vehicle or not.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2            Correct?

3        A.  Correct.

4        Q.   Because Uber will help them get a

5    car if they don't already have one to drive?

6        A.   In the US, we have partnerships

7    with various rental agents where potential

8    drivers could rent vehicles.

9            I think another thing worth

10   highlighting, this is a global document

11   across the world and across business lines.

12   And so, you know, some of these points might

13   be more or less relevant in the US versus

14   elsewhere.

15       Q.   Okay.  Fair enough.

16           Below that under Team Notes, it

17   says:

18           This is about how we get more

19   people on line more quickly.

20           Right?

21       A.   That's what it says.

22       Q.   On speed, we gotta keep making

23   access easier in the funnel.

24           Do you see that?

25       A.   Yes.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.   And those are important metrics and

3   important indicators of success for Uber,

4   correct?

5      A.   We wanted to continue to streamline

6   that process.  I gave the example about

7   driver's license uploads earlier.  There's a

8   lot of kind of technology that we have built

9   for the -- just like the experience of

10  signing up and uploading our documents and

11  the order in which you do that to make that

12  as simple as possible and to make it easy for

13  drivers to, you know, go use the Eats

14  platform or use the Rides platform.

15          This is what's on the page here,

16  just referring to simplifying all of that and

17  taking away some of the complexity involved

18  while continuing to have our same standards

19  as regards to, you know, background checks

20  and safety policies, et cetera.

21      Q.   Okay.

22          MS. WALSH:  I'm gonna object as

23      nonresponsive to everything after "we

24      wanted to continue to streamline that

25      process."

1    C. Dobbs - Highly Confidential

2    Q.  The question I simply asked is

3  those are important metrics and important

4  indicators of success for Uber, correct?

5    A.  I think "important" is subjective,

6  but it was something that certain folks

7  within the company were focused on.

8        MS. WALSH:  Okay.  We can take

9    another break now.

10        MS. LEVY:  That sounds great.

11        THE VIDEOGRAPHER:  The time is

12    19:05 UTC time, and we are off the

13    record.

14        (Off the record.)

15        THE VIDEOGRAPHER:  The time is

16    19:32 UTC time, and we're back on the

17    record.

18        MS. WALSH:  I'm ready whenever you

19    guys are.

20        THE WITNESS:  I think we're good.

21        THE COURT REPORTER:  Can you hear

22    me?

23        MS. WALSH:  Shoot.  That's my

24    problem.  I turned the volume down.

25    Sorry.

1      C. Dobbs - Highly Confidential

2         THE WITNESS:  We're good now.

3         MS. WALSH:  Yes.  Yes.  Yes.  Yes.

4         Sorry about that.

5         Okay.  You guys ready?

6         THE WITNESS:  Yeah.  We're good.

7         THE VIDEOGRAPHER:  We are on the

8    record just so you know.

9         MS. WALSH:  Sorry.  Okay.  I had

10      my volume down.

11   BY MS. WALSH:

12      Q.   Okay.  Mr. Dobbs, several times

13   throughout the deposition you made the point

14   that riders are important to Uber's business

15   as well, right?

16      A.   That's right.

17      Q.   Riders are key to Uber's growth

18   just like drivers are?

19      A.   I think that's fair.

20      Q.   And Uber wants to increase the

21   number of rides and the number of rides that

22   riders are taking, right?

23      A.   Yeah.  We're generally trying to

24   grow the business, so we're looking to grow

25   riders and drivers to do so.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  And Uber recognizes that in

3  order to convince riders to rely on Uber for

4  transportation, one of the things Uber has to

5  do is persuade people that taking Uber is

6  safe, right?

7      A.   I'm not sure I would say it quite

8  like that.

9          I would say safety is an important

10  consideration that riders or prospective

11  riders likely think about when they, you

12  know, take Uber or consider what

13  transportation options they might pursue.

14  And, you know, so, therefore, and kind of

15  relatedly, Uber takes safety very seriously.

16          We talk about safety.  We talk

17  about our safety features.  But I think you

18  said it was like we try to convince riders of

19  this.  I wouldn't put it quite like that.

20      Q.   Well, Uber wants people to perceive

21  Uber as a safe way to get around, right?

22      A.   I think Uber both wants the

23  platform to, in reality, to be safe and we

24  also want people to kind of understand and

25  think that it's safe.

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2       Q.   Safety sentiment is something that

3    Uber tracks in -- as an important metric

4    related to the growth of riders on the

5    platform, right?

6       A.   I'm not sure I would connect all

7    the dots quite the way you did there, but I

8    would say safety sentiment is a metric that

9    we track.  And I think we understand that

10   riders will be more inclined to use the Uber

11   platform if the platform is safe and if they

12   feel that it's safe.

13      Q.   Okay.  And one of the ways -- well,

14   let me ask you this.

15           If a person doesn't feel that Uber

16   is safe, they're probably not going to choose

17   Uber as a way to get around, right?

18           MS. LEVY:  Object to form.

19      A.   You know, I think that's a very

20   personal decision that people make.  I don't

21   know what, you know, someone's alternatives

22   might be in that situation or what the, you

23   know, exact circumstances are, so it's tough

24   to speculate.

25      Q.   Can Uber agree that focusing on

1      C. Dobbs - Highly Confidential

2   women riders, for example, if women perceive

3   Uber as being dangerous, they're probably not

4   gonna choose Uber as a way to get around?

5      MS. LEVY:  Object to the form of

6      the question and to the question --

7      the line of questioning as being

8      outside of the scope of what this

9      witness is here to talk about.

10      MS. WALSH:  Yeah.  I would say

11      this falls squarely within Topic 1.

12      A.  I think my response is very similar

13   to what I said previously.

14         You know, I can't speculate about

15   each person and their perception of safety

16   and how that might impact their willingness

17   to use Uber versus whatever alternatives they

18   might have, though I would imagine safety is

19   a consideration that people often have.

20      Q.  Safety is probably something people

21   think about in deciding whether or not to

22   rely on a particular mode of transportation,

23   right?

24      A.  Yeah.  I imagine it's a

25   consideration that people make.  I'm sure

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   some folks think about it more than others.

3      Q.  Okay.  You think women might think

4   about it more than men?

5      MS. LEVY:  Object to form.

6      A.  I don't know that I'm in a position

7   to speculate on that, though I imagine that

8   can be the case.

9      Q.  Well, one of the ways that Uber

10  tries to persuade people that taking Uber is

11  safe is through driver ratings, right?

12     A.  I'm not sure I understand the

13  question or the line of thinking there.

14     Q.  Well, Uber uses its rating -- its

15  star rating system as one way to create the

16  perception that Uber is safe, right?

17     MS. LEVY:  Object to form.

18     A.  No.  I don't think that's right.

19     Q.  Okay.

20     MS. WALSH:  Let's take a look at

21     what's gonna be Exhibit 1912 to your

22     deposition, which is AW21.

23     (Exhibit 1912, Document, Metadata

24     file name EX 0125 Kate Parker, Vol. II

25     021425.PDF, Bates

Chad Dobbs  Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     UBER_JCCP_MDL_000303417, was marked

3     for identification.)

4     Q.  Let me know when you've got that in

5  front of you.  We can go to the next page,

6  please.

7     A.  I don't have it here.  Sorry.

8     Q.  Okay.  Just let me know when you're

9  ready.

10     A.  It just popped up.  It's loading.

11  Just give me a second or two to flip through.

12        (Document review.)

13        Okay.

14     Q.  This was a document that was

15  created in January 2017.

16        Do you see that?

17     A.  I do.

18     Q.  And the -- it was obtained

19  through -- from the files of Kate Parker.

20        Do you see that?

21     A.  Yes.

22     Q.  Okay.  Who's Kate Parker?

23     A.  I don't know Kate.

24     Q.  Let's scroll down and you can see

25  what the document is.  If we go down to the

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    next page, it lists a series of initiatives

3    and then resonance and then executional

4    strategies.

5        Do you see that?

6    A.  I do.

7    Q.  Okay.  And just to focus on this

8    issue of ratings, which we've been talking

9    about a little bit in this deposition today,

10   if you scroll with me down to the page ending

11   3422 at the very bottom, it says:

12        Rider and driver ratings.

13        Right?

14   A.  It does.

15   Q.  Okay.  And what it says here:

16        At the end of every trip both

17   drivers and riders rate their experience.

18        Right?

19   A.  That's right.

20   Q.  And it says:

21        If a driver or a rider receives too

22   many low ratings, they may be deactivated.

23        Right?

24   A.  That's correct.

25   Q.  And that's something that we've

1      C. Dobbs - Highly Confidential

2    been talking about and we're gonna talk about

3    a little bit more, right?

4         Strike that.  Strike that.

5         That's something we've been talking

6    about a little bit in your deposition today?

7      A.  We have talked about that, yes.

8      Q.  Okay.  And what it says in the next

9    column is:

10        Ratings pull the vast majority of

11    weight today in ensuring safety perceptions

12    among riders - hugely valuable.

13        Do you see that?

14     A.  I do.

15     Q.  Okay.  And so what this document is

16    expressing is that when it comes to riders, a

17    driver's rating is something that's important

18    in ensuring the rider's perception of the

19    ride as being safe, right?

20        MS. LEVY:  Object to form.

21     A.  Honestly, I don't know exactly how

22    to interpret this sentence.

23     Q.  Okay.  The words on the page are:

24        Ratings pull the vast majority of

25    the weight today in ensuring safety

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   perceptions among riders - hugely valuable.

3       Do you see that?

4    A.  I do.

5    Q.  Okay.  So this is back in 2017,

6   right?

7    A.  This is a document from 2017.

8    Q.  Okay.  And even in the years after

9   that, Uber continued to use its star rating

10  system as a way of symbolizing the quality

11  and the safety of its rides, correct?

12     A.  Again, I don't know if I would

13  characterize it quite like that.

14     Q.  Okay.

15        MS. WALSH:  Well, let's take a

16     look at what we're going to mark as

17     1913 to your deposition, which is

18     AW20.

19        (Exhibit 1913, Uber 2018 H2 Brand

20     Trust Campaign Safety Module, Bates

21     Uber_DOE_0012645, was marked for

22     identification.)

23     Q.  Let me know when you got that one

24  in front of you.

25     A.  Will do.  Okay.  It finally showed

1      C. Dobbs - Highly Confidential

2  up here.

3      Q.  Okay.  And what we have here is a

4  presentation entitled Uber 2018 H2 Brand

5  Trust Campaign Safety Module.

6          Do you see that?

7      A.  I do.

8      Q.  And "H2" is a reference to the

9  second half of 2018, right?

10      A.  That's right.

11      Q.  Okay.  And if you look at the next

12  page, it says:

13          BTC Module 5 Safety Creative Brief.

14          Right?

15      A.  It does.

16      Q.  And it says:

17          The objective of this safety

18  creative brief is to reinstall trust in Uber

19  by proving Uber is committed to safety?

20          Do you see that?

21      A.  I do.

22      Q.  And underneath it talks about --

23  has a section called Opportunity, and what it

24  says is:

25          Gen pop has a negative perception

Chad Dobbs    Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    of Uber being safe due to incidents that have

3    occurred with drivers in the past.

4            Do you see that?

5        A.  I do see that.

6        Q.   And "gen pop" refers to the general

7    population, right?

8        A.   It does.

9        Q.   And then it says:

10           Opportunity.

11           Have riders and gen pop perceive

12   Uber as a safe service by highlighting the

13   experienced and professional drivers?

14           Do you see that?

15       A.   I do.

16       Q.   And under Proof Points, it says:

17           Vetting and driver profile (name,

18   picture, experience ratings, experience,

19   license plate, car).

20           Do you see that?

21       A.   I do.

22       Q.   So the idea here is ratings are one

23   thing that can be pointed to as indicating

24   the safety of an Uber ride, right?

25           MS. LEVY:  Object to form.

1      C. Dobbs - Highly Confidential

2      A.  I think this is saying all these

3  factors, picture, experience, ratings,

4  license plate, car, all of those are useful

5  pieces of information for a rider or a

6  prospective rider.

7      Q.  Right.  And if we scroll forward,

8  take a look with me at PDF 13.  This shows an

9  indication of what a 4.91 star rating for a

10  particular driver, right?

11      A.  Not entirely sure what this is

12  showing.  It does say 4.91 stars, but I don't

13  know who that's referring to or what account

14  or kinda what that really means in this

15  context.

16      Q.  Okay.  But 4.91, that is a rating

17  that a -- that an Uber driver can have,

18  right?

19      A.  Yeah.  A driver could have that; a

20  rider could have that.

21      Q.  Okay.  And for a driver or a rider,

22  that'd be a pretty good rating, right?

23      A.  Again, all up for interpretation

24  and perspective.

25      Q.  Okay.  But we know that this

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    PowerPoint in particular is dealing with

3    helping to improve the perception of safety

4    for riders, for Uber riders, right?

5        A.  I think this is overall, you know,

6    looking to how we can kind of boost the

7    quality and safety on the platform.

8        Q.  Okay.  And also, yeah, improve

9    riders' perception of the quality and safety

10   of the Uber -- of Uber as a transportation

11   choice, right?

12       A.  We want riders to understand the

13   things that we're doing to improve the

14   quality and safety on the platform.

15       Q.  Okay.  Let's flip to the next

16   slide.  It says:

17           Boosting the cultural power of the

18   driver profile.

19           When we tell stories of quality and

20   safety, delivered by drivers, we won't hero a

21   marketing line but the data and iconography

22   of the app itself.

23           Do you see that?

24       A.  I do.

25       Q.  And when it says:  "Hero a

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    marketing line," what does that mean?

3        A.  You would need to talk to a

4    marketing expert on that.  I don't know.

5        Q.   Okay.  Well, let's flip forward to

6    PDF 19.  Okay?  And what it says here is:

7            Let's make this and the other

8    amazing things that live in the driver

9    profile the new cultural symbols of quality

10   and safety.

11           Do you see that?

12       A.  I do.

13       Q.   And you understand "this" to be

14   referring to the rating of the driver and the

15   amount of time the driver has been driving?

16       A.  Amongst some of the other things we

17   spoke about earlier.

18       Q.   Okay.  But this particular slide is

19   highlighting the rating and the amount of

20   time the driver has been driving for Uber,

21   right?

22       A.  That's what's highlighted in this

23   slide, yes.

24       Q.   And the text that's highlighted is

25   "let's make this the new cultural symbols of

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   quality and safety," right?

3      A.  It also says:  "And the other

4   amazing things that live in the driver

5   profile" as well.

6      Q.  Right.  But that part isn't

7   highlighted on this slide, correct?

8         MS. LEVY:  Objection.  The

9      highlighting is yours.

10        MS. WALSH:  Well, remove the

11     highlighting, please, Diane.

12     Q.  Do you see how some of that text

13  stands out from the other text, Mr. Dobbs?

14     A.  The text is in -- looks like two

15  different font colors.

16     Q.  And one is easier to read than the

17  other?

18        MS. LEVY:  Objection.

19     A.  Up for interpretation.

20     Q.  Okay.

21        MS. WALSH:  Can you remove the

22     highlighting, please, Diane?

23     Q.  Okay.  You think it's up for

24  interpretation whether the "let's make this

25  the new cultural symbols of quality and

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    safety" is easier to read than the stuff

3    that's greyed out?

4        A.  I don't think I'd characterize that

5    as grayed out.

6        Q.  In any event, Mr. Dobbs, Uber

7    actually believes that a driver's rating is a

8    reflection, at least to some degree, of how

9    safe that driver is, right?

10        MS. LEVY:  Object to form as

11        asked.

12        A.  I don't know that that's, you know,

13    what I would conclude from this document.

14    This document is talking about a potential

15    brand campaign and updates to the driver

16    profile, but I don't think I would jump to

17    the conclusion that you mentioned.

18        Q.  Okay.  Separate and apart from this

19    document, which we can take down now, you

20    agree, Uber agrees that a driver's rating and

21    how high or low that rating is reflects at

22    least to some degree how safe that driver is,

23    right?

24        MS. LEVY:  Object to form and also

25        scope.

1      C. Dobbs - Highly Confidential

2          And like, I know we have a dispute

3      about time.  Counsel, this is afield,

4      plus we're far afield of what this

5      witness is designated to talk about.

6      We've had days of witnesses on ratings

7      and what they mean and don't mean.

8          MS. WALSH:  Yeah.  So I disagree.

9      I'm laying the foundation to talk

10     about the ways in which Uber

11     manipulated the safety rating

12     thresholds to manage the supply of

13     drivers.

14         And so that squarely falls within

15     Topic 4, which deals with initiatives

16     related to driver supply.

17     Q.   So Mr. Dobbs, Uber agrees that a

18     driver's rating, at least to a certain

19     degree, reflects the safety of that driver,

20     correct?

21     A.   I don't think that's as black and

22     white as you're putting it.  I think it

23     could.

24         But in every instance is that true?

25     No.  I don't think we can come to the

1      C. Dobbs - Highly Confidential

2  conclusion that a 4.92 driver is inherently

3  safer than a 4.91.

4        Could there be a connection?

5  Maybe.  But I don't think we can make the

6  broad generalization.

7      Q.  Well, Uber sets rating thresholds

8  for its drivers, correct?

9      A.  There are rating thresholds for

10  both riders and drivers.

11      Q.  Okay.  You understand that we're

12  talking about drivers right now.  Okay?  So

13  can we focus on drivers?

14      A.  Sure.  We were also talking about

15  riders, so I --

16      Q.  Okay.  So my question referred to

17  drivers.  Okay?

18        I said, Uber sets threshold ratings

19  for its drivers, correct?

20      A.  Yes.

21      Q.  Okay.  And one of the reasons it

22  sets those rating thresholds is to address

23  safety concerns, correct?

24      A.  You know, as I mentioned earlier,

25  the rating system broadly is reflecting

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    quality of driver service on the platform.

3    You know, safety may be captured in that

4    rating to some degree.

5          But, as I spoke about previously, I

6    would think about the rating being more

7    reflective of things like, you know, the

8    general respect and camaraderie and the

9    vehicle and the cleanliness of the car and

10   the upkeep of the car and the smoothness of

11   the ride rather than safety.

12      Q.   In the past, Uber has specifically

13   set rating thresholds to address safety

14   concerns; isn't that right?

15      A.   I don't know if it specifically set

16   them just based on safety concerns.  I think

17   there's a broad set of considerations that

18   would go into what the rating threshold would

19   be.

20      Q.   One of which is safety concerns,

21   correct?

22      A.   It could've been.

23      Q.   Okay.

24          MS. WALSH:  Let's look at what's

25   gonna be 1914 to your deposition,

1     C. Dobbs - Highly Confidential

2     which is AW288.

3        (Exhibit 1914, Email chain, Bates

4     UBER_JCCP_MDL_005001416, was marked

5     for identification.)

6     Q.  And if we scroll down to the email,

7  you can see that --

8     A.  Sorry.  Just give me a minute.

9  It's still not loaded.

10     Q.  Oh, yeah, yeah.

11     A.  All right.  I got it up.  I'm just

12  going to quickly familiarize myself with

13  this.

14        (Document review.)

15        Okay.

16     Q.  Okay.  So what we have here is an

17  email.  You see the email from Danielle

18  Portugal on December 14, 2017?

19     A.  I do.

20     Q.  And under "Too long, don't read,"

21  she says:

22        To reduce insurance risk exposure

23  in 2018, the safety ops team will raise the

24  minimum driver ratings thresholds to 4.6 and

25  tighten the dangerous driving strike

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    thresholds nationally in January 2018.

3        Do you see that?

4    A.  I do.

5        MS. LEVY:  Alex, before you go

6    further, this clearly has lawyers on

7    it.  Clearly is marked Attorney-Client

8    Privilege.  May very well be subject

9    to clawback.

10       So I need to ask for your no

11    waiver stipulation, please.

12       MS. WALSH:  Absolutely.

13    Q.  And what she says necessary -- the

14    second point under TL:DR is:

15       Necessary preparations are being

16    made for potential supply loss and no action

17    is needed from sub-region teams.

18       Do you see that?

19    A.  I do.

20    Q.  And she goes on to say:

21       Hi, Rachel, Meghan and Billy.

22       The safety ops team, in conjunction

23    with headquarter safety and insurance team,

24    is proposing to tighten...dangerous driving

25    strike threshold and the minimum rating

1      C. Dobbs - Highly Confidential

2    threshold in the US to reduce insurance risk.

3         Do you see that?

4      A.  I do.

5      Q.   And she says:

6         The changes are slated to be made

7    in January 2018.  Nationally, we will be

8    moving to a 4.6 minimum rating with the

9    exemption of the cities here.  And that's a

10    link to a different document.

11         Do you see that?

12      A.  I do.

13      Q.   So at this time, in 2017, the

14    safety ops team had set a 4.6 minimum rating

15    for drivers on the platform, correct?

16      A.  Appears so.

17      Q.   And it was recognized that this

18    could have an impact on driver supply, right?

19      A.  That was referenced.

20      Q.   Okay.  But Uber chose to do it

21    nonetheless, right?

22      A.  You know, scrolling up, I don't

23    think we have final confirmation on this

24    email chain.

25      Q.   Okay.  So where it says:  "The

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    safety ops team will raise the minimum

3    driving thresholds to 4.6," you're saying

4    that maybe the safety ops team got shut down?

5        A.   I'm just saying if you read the

6    above email, it then implies, you know, if

7    they don't hear from us, they're gonna move

8    forward.  I don't know if anyone ever replied

9    and said, Don't move forward or adjust that,

10   so I can't say with 100 percent certainty.

11       Q.   Okay.  Well, let's take a look

12   at -- so it's -- well, strike that.

13          So this is what the safety ops team

14   was recommending, right?

15       A.   It appears so.

16       Q.   And then sent it to people outside

17   the safety ops team to see if they were gonna

18   get any pushback, right?

19       A.   Any feedback generally.

20       Q.   Okay.  To your knowledge, sitting

21   here today, you're not aware of them -- of

22   the people outside the safety ops team

23   rejecting this proposal, right?

24       A.   I'm not aware of one way or the

25   other.

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    Q.  Okay.

3        MS. WALSH:  Let's look at AW285,

4    which is going to be 1915 to your

5    deposition.

6        (Exhibit 1915, US&C Safety &

7    Insurance, Bates

8    UBER_JCCP_MDL_00337623, was marked for

9    identification.)

10    Q.   And let me know when you're ready.

11    A.  Okay.

12    Q.  Okay.  So the email we were just

13  looking at, if you'll recall, was from

14  January 2018 and we're now looking at a

15  PowerPoint presentation that was created in

16  July 2018.

17       Do you see that?

18    A.  I do.

19    Q.  Okay.  And some of these names are

20  familiar; we've talked about them earlier.

21       We have Frank Chang, right, under

22  the custodians?

23    A.  Yes.

24    Q.  And Sarfraz Maredia, right?

25    A.  Right.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  And if -- among others.  And if we

3   look forward to the first page of this

4   PowerPoint, you can see where it says:

5           United States and Canada Safety and

6   Insurance Business Brief.

7           Right?

8      A.  I do.

9      Q.   Okay.  And what I want to do with

10  you is to focus on this issue we've been

11  discussing.  Let's go to page 32 of this

12  PowerPoint, which is PDF 35.

13          Do you see that?

14     A.  I do.

15     Q.   Oh, sorry.  Let's go to the one

16  before that.  You see where it says:  Key

17  2018 Initiatives?

18     A.  I do.

19     Q.   And what it says is:

20          Here were the three initiatives

21  that we focused on in H1 that had the most

22  significant implications for both safety and

23  supply; this is where we'll focus today's

24  discussion.

25          Do you see that?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  I do.

3      Q.   And when it says one of the issues

4   that we're going to focus on is rating

5   threshold increases.

6           Do you see that?

7      A.  I do.

8      Q.   And it says:

9           Explore increasing national P2P

10   thresholds across the United States and

11   Canada.

12           Right?

13      A.   Yes.

14      Q.   And what does "P2P" refer to?

15      A.   It refers to peer-to-peer, which is

16   just a reference to drivers who are bringing

17   their own vehicle to drive on the platform

18   and are not commercially licensed.

19      Q.   So what many of us know to be, you

20   know, your standard Uber experience?

21      A.   Yeah.  I think that's a fair way to

22   put it.

23      Q.   Okay.  The next slide says:

24           Framework for Making Safety-Related

25   Decisions.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          Do you see that?

3      A.  I do.

4      Q.  And it says:

5          When making safety related

6   decisions, we compare annualized insurance

7   savings to expected supply replacement costs

8   across a variety of driver cohorts based on

9   their risk level.

10          Do you see that?

11      A.  I do.

12      Q.  And it says:

13          We make decisions that are then a

14   net benefit to Uber, right?

15      A.  It does.

16      Q.  And if you look below in green, it

17   says:

18          Annualized Insurance Savings.

19          Right?

20      A.  Yes.

21      Q.  And annualized insurance, there may

22   be savings in insurance because the -- those

23   who provide Uber's insurance perceive what

24   Uber's doing as increasing safety, right?

25      A.  I'm not sure if the perception --

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    how important the perception is.  I think it

3    would be more so that the reflection of what

4    actually happens on the platform and, you

5    know, the number of accidents.

6        Q.  Okay.  So, but annualized insurance

7    savings is -- reflects insurance will be

8    saved because an action may actually make the

9    platform safer, right?

10        A.  Right.  There could be fewer

11    accidents on the platform as a result.

12        Q.  Or other issues on the platform,

13    right?

14        A.  Potentially.

15        Q.  Okay.  So you look at Annualized

16    Insurance Savings and -- and that's in green.

17    And then red is Annualized Expected Supply

18    Replacement Costs, right?

19        A.  Yes.

20        Q.  And that means:

21            Determining the approximate

22    incentive cost for replacing miles that would

23    be lost under various circumstances.

24            Right?

25        A.  Yes.  That's what that says.

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  So when you start with the

3   insurance savings, you subtract the annual

4   expected supply replacement costs and you see

5   if the result of that is a net cost or a net

6   benefit to Uber, right?

7      A.  That's the framework that's

8   outlined on this slide.

9      Q.  Okay.  And what it says is:

10          Moved forward with choices that

11   were only a net benefit to Uber.

12          Right?

13      A.  Right.

14      Q.  Okay.  So the framework for making

15   safety-related decisions, one of the tenets

16   of that is move forward with a choice only if

17   it's a net benefit to Uber, right?

18          MS. LEVY:  Object to form.

19      A.  So, the framework that was laid out

20   here in 2018, you know, that's one of the

21   considerations that would go into making

22   decisions on this front.

23      Q.  Okay.  Well, let's look at how that

24   played out when it comes to rating

25   thresholds.  If you go forward to point 36 --

1        C. Dobbs - Highly Confidential

2    page 36 of this, it says:

3          Using the aforementioned framework,

4    here were the decisions that we made as it

5    relates to H1 2018 safety priorities.

6          Do you see that?

7      A.  Yes.

8      Q.   And for rating threshold increases,

9    it says that:

10          The decision was to increase the

11    P2P, the Uber, the driver rating threshold to

12    an approximate 4.6 nationally (on average,

13    but excluded many competitive cities like SF,

14    LA, et cetera)?

15          Do you see that?

16      A.  I do.

17      Q.   Okay.  So applying this framework

18    that we just talked about, the decision that

19    was made in 2018 was to raise that rating

20    threshold to 4.6 for Uber drivers with the

21    exception of many of Uber's most competitive

22    cities, right?

23      A.  I think that's roughly correct.  I

24    would say 4.6 on average, and there were, you

25    know, some cities that were excluded.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  And the cities that were

3   excluded are the cities where Uber was facing

4   the most competition with, for example, Lyft,

5   right?

6      A.  I don't know if all of the cities

7   that were excluded had stiff competition with

8   Lyft, but, you know, this suggests that that

9   was one of the considerations.

10      Q.  Okay.  And those competitive cities

11   included San Francisco and LA, correct?

12      A.  It appears so.

13      Q.  Okay.  Let's look at page 42 of

14   this presentation.  And here what the safety

15   folks are talking about is Next Steps.  And

16   again, focusing on Rating Threshold

17   Increases:

18          Recommended next steps.

19          Proposing another set of small, but

20   ROI positive rating changes in select cities.

21          Do you see that?

22      A.  I do.

23      Q.  And "ROI" stands for return on

24   investment, right?

25      A.  It does.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.   And it says:

3          Note that the only cities in which

4    we're recommending changes are

5    demand-constrained markets that aren't

6    considered at risk from a CP, or category

7    position, perspective.

8          Right?

9      A.   That's what this document says.

10      Q.   Okay.  So the safety team is

11    recommending more rating changes, but not

12    where there's a demand-constrained market,

13    correct?

14      A.   No.  I think it's the opposite.

15      Q.   Oh, okay.  So tell me what it says.

16      A.   It says we're recommending changes

17    in demand-constrained markets.

18      Q.   Right.  Okay.  But excluding

19    certain cities, correct?

20      A.   I mean broadly this is excluding

21    certain cities, but I don't think -- that's

22    not what it says on this slide here.

23      Q.   Okay.  To your understanding, were

24    the cities that -- to your understanding,

25    were there cities that were excluded?

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.  I think probably, yes.  You know,

3   this suggests it's a small set of rating

4   changes in select cities, so I think that

5   would imply that there were markets excluded.

6        Q.  Okay.  So the situation in 2018 is

7   that there was a decision made to increase

8   the rating threshold to 4.6 in many markets

9   in the US with the exception of some

10  particularly competitive markets; is that

11  fair?

12        A.   As we just went over, I think, you

13  know, there may have been other

14  considerations beyond the competitive

15  dynamics, but there were, you know, markets

16  excluded.

17        Q.   Okay.  And you know that on a

18  go-forward basis after this, Uber reviewed

19  these minimum rating thresholds every year to

20  determine if they were having too much of an

21  impact on supply in markets, right?

22        A.  I'd say generally Uber regularly

23  reviews our various policies, practices,

24  procedures and our rating threshold being one

25  of those.  As this document reflects, we have

Chad Dobbs   Highly Confidential
August 21, 2025

1    C. Dobbs - Highly Confidential

2   different rating thresholds in different

3   markets given just kinda the behavior and how

4   folks interact with ratings systems in those

5   places.  And, you know, we -- again, yeah, we

6   regularly, I don't know if it's annually

7   exactly as your question suggested, will look

8   at the ratings thresholds across markets and

9   make adjustment where we think that is

10  appropriate given a variety of factors.

11     Q.   And to consider where that's

12  appropriate because you're trying to --

13  because you need to address them to deal with

14  driver supply issues, right?

15     A.   No.  I think it has to do with, you

16  know, fairness and quality on the platform

17  and is, you know, something -- the right

18  threshold for a particular market.

19        You know, to give you an example

20  that might sound silly, but it's true, I'm

21  sitting in New York City and drivers and

22  riders in New York get lower ratings than

23  they do in Tampa Bay, Florida.  And that's

24  generally because people are generally

25  happier in Tampa Bay, Florida, than New York

Chad Dobbs  Highly Confidential
August 21, 2025

1    C. Dobbs - Highly Confidential

2   City.

3       So we, you know, have to adjust our

4   rating thresholds to account for things like

5   that.  And over time, maybe certain markets I

6   see ratings going up and up and up or other

7   markets see ratings go down and down and

8   down.  We want to find the right balance

9   kinda between what's fair and what's an

10  actual reflection of quality on the platform.

11      If we raise the threshold to 4.99,

12  there'd be a lot of really good drivers out

13  there that wouldn't be on the platform

14  anymore.  That's probably not the right place

15  to draw the line.

16      So we are, you know, constantly --

17  not constantly.  We are regularly looking to

18  adjust that threshold given the

19  considerations I mentioned, and likely a lot

20  more, though I defer to the experts in this

21  space.

22   Q.  Okay.  One of the reasons that Uber

23  adjusts its rating thresholds is when it

24  needs to do that to increase driver supply,

25  true?

1      C. Dobbs - Highly Confidential

2      A.  I think the impact on driver supply

3   would be something that would be considered,

4   but, you know, in this example that we

5   mentioned, ratings thresholds were increased,

6   as I think Danielle's email showed in the

7   previous exhibits, that hurt supply, but we,

8   you know, likely moved forward with that.

9      Q.  Okay.

10         MS. WALSH:  Well, let's take a

11      look at AW286, which is gonna be

12      Exhibit 1916 to your deposition.

13         (Exhibit 1916, US and Canada

14      Driver Ratings Quality Management

15      Policy, Bates UBER_JCCP_MDL_002573995,

16      was marked for identification.)

17      Q.  Let me know when you've got that.

18      A.  Okay.  Just flipping through it

19   real quick.

20         (Document review.)

21         MS. LEVY:  This one is marked

22      Attorney-Client Privilege, Alex.  I'm

23      gonna ask for our privileged no waiver

24      stipulation, please.

25         MS. WALSH:  Sure.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  Okay.  I'm ready to dig in.

3      Q.  Okay.  This document was created in

4   October 2019, right?

5      A.  Yes.  It appears so.

6      Q.  Okay.  And if we flip forward, it

7   is the US and Canada Driver Ratings Quality

8   Management Policy.

9         Do you see that?

10     A.  I do.  I think it's worth calling

11  out that this also says:  Draft For Proposal.

12     Q.  I see that.  What this Draft For

13  Proposal has to say, if we look at the text

14  in blue underline, do you see where it says:

15         Minimum rating thresholds are set

16  such that no more than 0.05 percent of the

17  lowest rated active partners lose access to

18  the Uber app.

19         Do you see that?

20     A.  I do.

21     Q.  Okay.  It then goes on to say:

22         Minimum rating thresholds are

23  reviewed on an annual basis to determine

24  whether adjustments are required to account

25  for changes in rider rating behavior and

1      C. Dobbs - Highly Confidential

2   supply.

3         Do you see that?

4      A.  I do.

5      Q.   Okay.  So at least one of the

6   things that Uber looks at in deciding what

7   the rating threshold should be for drivers is

8   what's going on with driver supply in the

9   market at issue, right?

10      A.   Broadly we look at supply and the

11   quality of that supply to determine what the

12   rating threshold should be.

13      Q.   Okay.  And you adjusted -- well,

14   strike that.

15         Underneath there it says:

16         Uber's Approach to Driver Ratings.

17         And it says:

18         There's a minimum average rating in

19   each city or state.

20         Right?

21      A.   It does say that.

22      Q.   Okay.  And that's consistent with

23   what you were saying, which is that the

24   ratings might -- there might be reasons that

25   the rating threshold should be different in

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    different cities or states, right?

3        A.   Correct.

4        Q.   And what we saw in the earlier

5    documents is that the safety ops team had

6    proposed, and the proposal was accepted, that

7    the minimum rating threshold would be 4.6

8    across the United States with the exception

9    of some competitive cities, right?

10       A.   I think the slight clarification is

11    it's an average of 4.6 across the US, not

12    necessarily it was a blanket 4.6 across the

13    US.

14       Q.   Okay.  Now, you know or Uber knows

15    that going forward from this document we're

16    looking at right now, in 2023, Uber across

17    the board lowered the rating threshold, the

18    driver rating threshold to 4.3?

19       A.   I don't recall that happening.

20       Q.   Okay.

21       MS. WALSH:  Well, let's take a

22    look at what's gonna be 1917 to your

23    deposition, which is AW289.

24       (Exhibit 1917, Email chain, Bates

25    UBER_JCCP_MDL_002030728, was marked

1        C. Dobbs - Highly Confidential

2        for identification.)

3        Q.   Let me know when you've got that

4    one.

5        A.   Just popped up.

6        Q.   We're gonna start with the email

7    below, please.  You see this is an email sent

8    by Susan Muehrcke on August 11, 2023?

9        A.  I do.

10        Q.   And it says:

11            New Rider Rating Minimum.

12        A.  I do.

13        Q.   And it says:

14            Hey, everyone.

15            TLDR.  We have rolled out a new

16    rider rating minimum to all of the United

17    States and Canada.

18            Right?

19        A.   Right.  And just to clarify here.

20            Your previous line of questions was

21    about driver ratings, right?

22        Q.   So, Mr. Dobbs, I don't mean to

23    sound flip, but I have to ask the questions.

24    So if there's something you need to clarify,

25    your counsel can ask you questions afterwards

Chad Dobbs  Highly Confidential
August 21, 2025

```
1       C. Dobbs - Highly Confidential

2   and -- but for now, if you could just focus

3   on my questions, which are -- I'll read it

4   back.  It says:

5           Hey, everyone.

6           TLDR.  We have rolled out a new

7   rider rating minimum to all United States and

8   Canada.

9       A.  Yes.

10      Q.   So this is talking about --

11          MS. LEVY:  We further -- it's the

12      attorney-client privilege.  I think --

13      I don't know if this is a new document

14      or if I already said it on this one.

15          But to the extent that I haven't,

16      it's marked privileged and I would

17      request our no waiver before you ask

18      any additional questions.

19          MS. WALSH:  Okay.  Thanks.

20      Q.   So in this particular case, we're

21   talking about rider ratings, correct?

22      A.  That's right.

23      Q.   And here the rider rating is at

24   4.3; is that right?

25      A.  That's correct.
```

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.   Okay.  And what it explains is that

3    lower rated riders have a higher number of

4    reported against incidents as a percentage of

5    trips, right?

6      A.   Yes.

7      Q.   It says:

8           By implementing a rider rating

9    minimum to ban low-rated riders on the

10   platform, we have the opportunity to improve

11   rider behavior and safety incident rate.

12          Right?

13     A.   Correct.

14     Q.   Okay.  And so here, too, Uber is

15   recognizing that ratings, how its users are

16   rated, is a reflection of safety, right?

17          MS. LEVY:  Object to the form.

18     A.   You know, the previous questions

19   were about driver rating, and now we're

20   talking about rider rating.  And this is

21   acknowledging that there seems to be some tie

22   between rider rating and, as this says,

23   behavior and safety incident rate.

24     Q.   Right.  And Uber knows that the

25   same is true with respect to drivers,

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    correct, Mr. Dobbs, that by implementing a

3    rating minimum to ban low-rated drivers on

4    the platform, Uber can improve driver

5    behavior and safety incident rate, right?

6          MS. LEVY:  Object to form as

7        asked.

8        A.  As we talked about previously, I

9    think broadly that's likely accurate.

10   However, you know, as I've kinda used various

11   examples, I think it's impossible to say a

12   4.92 driver is definitively safer than a 4.91

13   driver.  I don't think the two things, rating

14   and safety, are correlated in a one-to-one

15   manner.

16       Q.  No one is suggesting that they're

17   correlated in a one-to-one manner.  We're

18   simply looking at that fact that Uber

19   recognizes by implementing a rating minimum

20   to ban low-rated riders on the platform, Uber

21   can improve behavior and safety incident

22   rate, right?

23       A.  That's what the document says.

24       Q.  And just as that's true for

25   low-rated riders, that's true for low-rated

1      C. Dobbs - Highly Confidential

2  drivers too, correct?

3      A.  That's not what this document is

4  saying.

5      Q.  Well, I'm asking you in general,

6  testifying for Uber here today.

7          MS. LEVY:  Objection to form.

8      A.  Can you repeat the question,

9  please?

10      Q.  Yes.

11          Uber recognizes in this document

12  that by implementing a rating minimum for

13  riders to ban low-rated riders on the

14  platform, Uber has the opportunity to improve

15  rider behavior and safety incident rate,

16  right?

17      A.  It does.

18      Q.  And the same would be true with

19  respect to drivers and implementing a driver

20  rating minimum, right?

21      A.  I don't think we can draw an exact

22  parallel between the two things.  I think

23  generally, as I've said a few times, you

24  know, rider rating -- sorry, driver ratings

25  are going to be reflective of quality and

1      C. Dobbs - Highly Confidential

2   behavior and there may be some safety

3   implications as well.

4      Q.   So Uber can acknowledge that there

5   can at least be some safety implications when

6   it comes to these rating minimums, right?

7      MS. LEVY:  Object to form as

8      asked.

9      A.   There could be some connection.

10   Q.   Okay.

11      MS. WALSH:  We can take that one

12      down.

13   Q.   So we were talking, Mr. Dobbs,

14   about the fact that Uber uses its star rating

15   systems as a way to convey quality and safety

16   to riders, correct?

17      MS. LEVY:  Object to form.

18   A.   I don't think I agreed to that

19   characterization in the previous line of

20   questioning.

21   Q.   Okay.  Did you agree to what the

22   document said?

23   A.   I don't think I can broadly say I

24   agreed to everything the documents have said,

25   no.

1      C. Dobbs - Highly Confidential

2     Q.  Okay.

3        MS. WALSH:  Let's put it back up.

4     And this is 1916, please.  Sorry, not

5     that one.  You can take that down,

6     Diane.  It's not that one.

7        This would be Slides AW20.  What

8     exhibit number is that?  1913.

9     Q.   And if we go to PDF 19.

10       In this branding document, Uber is

11    saying, Let's make this -- with the reference

12    to the rating and the time on the platform,

13    let's make this and the other amazing things

14    that live in the driver profile the new

15    cultural symbols of quality and safety,

16    right?

17     A.   That's what this slide says.

18     Q.   Okay.  And so Uber is saying in

19    2018, as part of its branding, that it's

20    going to, among other things, look at driver

21    rating and driver tenure to use those things

22    to try to symbolize quality and safety for

23    its rides, right?

24     A.   This is a kind of a brand concept

25    deck that's talking about using the driver

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    profile and the things included in that,

3    which include rating and length of time on

4    the platform as a way to kind of communicate

5    quality to riders.

6        Q.   Okay.  This rating system though --

7    notwithstanding this rating system and this

8    effort to communicate quality and safety to

9    riders, around this time in 2018, Uber was

10   still having trouble convincing -- well, Uber

11   still had a safety perception problem when it

12   came to women; is that fair?

13       A.   Again, I think that's speculative.

14   I imagine certain women felt there were

15   safety issues.  I imagine there were certain

16   women who had had fewer concerns.

17       Q.   Uber was looking to understand

18   women's concerns about Uber's safety as a way

19   to try to increase women rider usage of the

20   platform and to grow its overall rider base,

21   right?

22       A.   I think broadly we want to

23   understand feedback from riders and drivers

24   alike, but to focus on riders, and women were

25   obviously a substantial portion of the

1      C. Dobbs - Highly Confidential

2   population.  And so we would, you know, be

3   interested in understanding their feedback.

4      Q.  Okay.

5         MS. WALSH:  Well, take a look at

6      exhibit what's gonna be Exhibit 1918

7      to your deposition, which is AW86.

8         (Exhibit 1918, Uber Women's Safety

9      & Sustainability, Bates

10      UBER_JCCP_MDL_000490080, was marked

11      for identification.)

12      A.  Sorry.  Is this a new one or is

13   it --

14      Q.  This is a new one.  It's 1918.

15      A.  Thanks.  Give me a second or two.

16   Still waiting.

17         MS. LEVY:  It's not coming up for

18      me either.

19      A.  Okay.  Just popped up on my end.

20   Okay.

21      Q.  Okay.  If we -- you can see that

22   this document was produced to us from the

23   custodial file of Nick Silver.

24         Do you see that?

25      A.  I do.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  And it was created in

3   October 2021.

4         Do you see that?

5      A.  Yes.

6      Q.  Okay.  And if you flip forward to

7   page 2 of the PDF, it says:

8         Uber Women's Safety &

9   Sustainability.

10         Right?

11      A.  It does.

12      Q.  And if you look forward to the

13   Executive Summary, which is PDF 14, do you

14   see where it says:

15         Safety and privacy concerns are

16   major barriers for ridesharing for women

17   riders; perceived safety impacts usage and

18   loyalty of users.

19         Do you see that?

20      A.  I do.

21      Q.  Okay.  It says:

22         Women often cite the shortage of

23   female drivers and risk of sexual harassment

24   as reasons for avoiding ridesharing services

25   entirely.

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2            Do you see that?

3        A.  I do.

4        Q.   This is resulting in a loss of

5   trust from women users towards Uber.

6            Right?

7        A.   That's what this says.

8        Q.   Okay.  And if you flip forward.

9   Hold on one second.  Sorry.

10           If you go to the second to last

11   bullet on this same slide, it says:

12           Short-term.

13           Uber has a clear objective of

14   building empathy and trust with women riders

15   by taking ownership, quote, promising further

16   action and providing more robust safety

17   features and driver enforcement on the

18   platform.

19           Do you see that?

20       A.  I do.

21       Q.   Okay.  If you -- so this -- this

22   document is in this -- strike that.

23           What Uber is saying here is that

24   growing ridership among women is being

25   impacted by women's perceptions regarding

1        C. Dobbs - Highly Confidential

2    Uber's safety, right?

3        A.  I believe some studies or surveys

4    were done that concluded that some women were

5    either not using ridesharing platforms or

6    using them less frequently due to either

7    perceptions or realities around safety.

8        Q.   Okay.  And so in the short-term, at

9    least according to the slide we're looking at

10   right now, Uber is -- has a clear objective

11   of building empathy and trust with women

12   riders by taking ownership, promising further

13   action and providing more robust safety

14   features and driver enforcement on the

15   platform, right?

16       A.   That's right.

17       Q.   And again, this document, like one

18   we looked at before, is dealing with branding

19   and brand messaging and how that will be used

20   to try to increase the number of women riders

21   on the platform.  Okay?

22       A.   Sorry.  Is that a question?

23       Q.   Well, let's go forward to -- fair

24   point.  Let's look forward to PDF 8.

25            And the title of this is:

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2            Consumer insights.

3            Target personas for brand

4    messaging.

5            Do you see that?

6        A.  I do.

7        Q.  Okay.  And so what the PowerPoint

8    is dealing with here is just looking at how

9    Uber is going to be messaging and using

10   branding with respect to certain consumers,

11   right?

12       A.  It appears so.

13       Q.  Okay.  And focusing on riders, it

14   identifies different target personas,

15   potential target personas for its brand

16   messaging.

17           Do you see that?

18       A.  Yes, I do.

19       Q.  Okay.  And it divides riders into

20   women who are unemployed and women who are

21   employed, right?

22       A.  It does.

23       Q.  And under Unemployed, it has

24   students, correct?

25       A.  Yes.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  And then Housewives/Old Women.

3          Do you see that?

4      A.  I do.

5      Q.  Do you -- do you happen to know

6   what Uber considers to be old when it comes

7   to women?  Who are the old women?

8      A.  Fair question.

9          I don't know.  Not sure if there

10   was a specific definition there.

11     Q.   In any event, Uber, if we look at

12   the next page, decides that I guess it's not

13   going to target the housewives and old women.

14   What it says is:

15         Multiple factors considered to

16   prioritize young professionals and working

17   moms as key target segments.

18         Do you see that?

19     A.  I do.

20     Q.  Okay.  According to this document,

21   appears what Uber decides the best way to

22   increase the number of women riders on the

23   platform would be to prioritize and to target

24   young professionals and working moms, right?

25     A.  Yes.

Chad Dobbs    Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.   And so Uber knew that the best way

3   to target these young professionals and

4   working moms would be to try to address these

5   women's safety concerns about Uber, right?

6      A.   I'm not sure about the best way,

7   but I think certainly an important way to

8   address, you know, customer feedback that we

9   got from women riders was to improve and

10  build out the safety features on our

11  platform.

12     Q.   Okay.  And doing that could lead to

13  significant growth for Uber, right?

14     A.   Potentially.  We think that, you

15  know, safety and our business priorities

16  around growth go hand in hand.  If we have a

17  safer, more quality platform, more riders are

18  going to use that platform and that's good

19  for business as well.

20        MS. WALSH:  Okay.  You can take

21     down this one, please, Diane.

22     Q.   And if people think Uber is safer,

23  you can have a more successful business too,

24  right, if people perceive Uber as being

25  safer?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          MS. LEVY:  Object to form.

3      A.  I would argue that we need both

4  perception and reality to be stronger.

5      Q.  Okay.

6          MS. WALSH:  Well, let's take a

7   look at what's gonna be Exhibit 1919

8   to your deposition, which is AW150.

9          (Exhibit 1919, Women Safety

10   Insights, Bates

11   UBER_JCCP_MDL_000532114, was marked

12   for identification.)

13          MS. WALSH:  While that pulls up --

14   we don't even need to go off the

15   record.

16          Can I just excuse myself for one

17   second?  I have to go tell someone to

18   go pick up my daughter.

19          MS. LEVY:  Sure.

20          MS. WALSH:  Okay.

21          (Pause in the record.)

22          MS. WALSH:  Okay.  Thanks.  I'm

23   back, unless you guys want to take a

24   break now.  I'm fine to do that too.

25          THE WITNESS:  I think we're good

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2     for the moment.

3        MS. WALSH:  Okay.  Good.

4     Q.  Okay.  So give me one second.

5        Do you have that in front of you

6   now, Mr. Dobbs?

7     A.  Sorry.  Is this a new document?

8     Q.  Yes.  Sorry.  This is 1919.

9     A.  I'm pulling it up now.  Okay.

10    Q.  Okay.  So what we see here --

11       MS. WALSH:  And if we can just go

12    to the metadata for one moment,

13    please.  Skip down to the next page,

14    please.

15    Q.  Okay.  What we see here is that

16  this document, the title of which is Uber

17  United States & Canada Women User Insights --

18       MS. LEVY:  Let me stop you.  This

19    is marked as privileged.  I want to

20    make sure we have the no waiver

21    stipulation before we go forward.

22       MS. WALSH:  Yep.

23       MS. LEVY:  Thank you.

24    Q.  Okay.  So Mr. Dobbs, this document

25  is from 2019, correct?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  It looks like it was created in

3   2019.

4      Q.   Created.  This document was created

5   in 2019, correct?

6      A.  Yes.

7      Q.  Okay.  And if we flip forward to --

8         MS. LEVY:  Alex, do you know that

9      this isn't Bates numbered?

10         MS. WALSH:  I think it was

11      produced in a native form and it's --

12      but we PDF'd it so that we could, you

13      know, highlight and so forth.

14         MS. LEVY:  Okay.

15         MS. WALSH:  We can provide the

16      slip sheet if that --

17         MS. LEVY:  No.  I just -- it

18      seemed strange to me there weren't

19      Bates numbers on the pages.

20         MS. WALSH:  Yeah.  That's gonna be

21      the case in certain of these, and we

22      can insert the slip sheets into the

23      final exhibits.  But because of how

24      the trial tech works, it's just

25      displaying them in native form.  Makes

1      C. Dobbs - Highly Confidential

2      them a lot more cumbersome to deal

3      with.

4          MS. LEVY:  Gotcha.

5      Q.   Okay.  So the title of this 2019

6   document is:  Women Safety Insights.

7          Do you see that?

8      A.   I do.

9      Q.   Okay.  And if we flip forward to

10   PDF -- to PDF 9, we see that -- sorry.

11          One of the insights reflected in

12   this document there's a reference to female

13   drivers.  It says:

14          Female drivers take only 12 percent

15   of all trips, but are 3.3 times more likely

16   than male drivers to report a serious IPC.

17          Do you see that?

18      A.   I do.

19      Q.   And then on riders, which is what

20   we're talking about at this point in your

21   deposition, it says:

22          Female riders take 44 percent of

23   all trips and are 2.5 times more likely than

24   male riders to report a serious IPC.

25          Do you see that?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  Yes.

3      Q.   So Uber agrees that its rideshare

4   platform is more dangerous for women than it

5   is for men, correct?

6      A.   Yeah.  As this shows, women are

7   more likely -- both women riders and drivers

8   more likely to report serious IPC issues than

9   men.

10      Q.   Meaning that it is more dangerous

11   for women than it is for men, correct?

12      A.   I think it's -- you know, it shows

13   that there are more reported safety incidents

14   for women than men.

15      Q.   So women are more likely to

16   experience a safety incident on -- during an

17   Uber ride than men are.

18         Can Uber agree with that,

19   Mr. Dobbs?

20         MS. LEVY:  Object to the scope.

21   With this witness, it's outside his

22   topics.

23      A.   I think generally that's accurate.

24      Q.   Okay.  If we flip to the next

25   slide, it then says:

1      C. Dobbs - Highly Confidential

2          Female drivers and riders are more

3   likely than male to limit their usage for

4   safety concerns.

5          Do you see that?

6      A.  I do.

7      Q.  And if we focus on riders, which is

8   the chart on the right, it shows that women

9   are more likely to avoid relying on Uber for

10  transportation for any safety reason.

11         Do you see that?

12     A.  I'm sorry.  Can you say your

13  question again?  I do see that, but I wasn't

14  quite sure how you phrased it.  I was trying

15  to make sense of the graph.

16     Q.  No problem.

17         It shows when you compare women to

18  men that women are more likely to avoid

19  taking Uber for any safety reason.

20         Do you see that?

21     A.  Yes.

22     Q.  Women are more likely than men to

23  avoid taking Uber when a driver looks

24  suspicious.

25         Do you see that?

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  I see that on the graph.

3      Q.   And it also says that women are

4  more likely to avoid taking Uber late at

5  night than men are, correct?

6      A.  I see that.

7      Q.   Uber clearly recognizes that its

8  ability to sell rides to women riders is

9  being impacted by women's safety concerns

10  about Uber, correct?

11      MS. LEVY:  Object to form.

12      A.  As I said previously, I think Uber

13  very much understands that safety is -- it's

14  important to us as a company.  It's important

15  to our customers.  And therefore, we have,

16  you know, made a lot of progress over the

17  years to improve the safety features that

18  exist on our platform.

19      Q.  Okay.

20      MS. WALSH:  I'm gonna move to

21      strike -- sorry.  I'm going to object

22      as nonresponsive to that entire

23      answer.

24      Q.  And ask you again, Mr. Dobbs.

25      Uber saw that its ability to

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    achieve growth among women riders was being

3    affected by women's concerns about Uber's

4    safety, correct?

5        MS. LEVY:  Object to form.

6        Characterization.

7        A.  I think we recognized, as these

8    slides have pointed out, that safety was a

9    barrier for some women using the Uber

10   platform or the ridesharing platforms.  And

11   therefore, we sought to improve the safety on

12   our platform in hopes to address those

13   concerns and attract more folks to use the

14   platform.

15       Q.   And you sought to improve women's

16   perception of Uber as being safe, correct?

17       A.   As we've talked about, we, you

18   know, care enough about the realities of

19   safety and the perceptions of safety.

20       Q.   Okay.  Well, let's look at the next

21   slide.  Uber states here that by addressing

22   women users' safety concerns that it can --

23   that can lead to significant growth.

24       Correct?

25       A.   That's what the document says here.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.   Okay.  And when we -- focusing in

3   on riders, and the dollar figures speak for

4   themselves, but for prospective riders,

5   Uber's estimating that by addressing women's

6   safety concerns it can increase incremental

7   gross booking on a monthly basis by

8   $114 million, correct?

9      A.   Those are the estimates that were

10   outlined here.

11      Q.   Okay.  And among active riders,

12   Uber is estimating that by addressing women's

13   safety concerns it can improve its

14   incremental gross booking on a monthly basis

15   by $545 million, correct?

16      A.   Those are the estimates listed

17   here.

18      Q.   Okay.  So Uber had a pretty big

19   financial incentive to try to address women

20   user safety concerns, right?

21      A.   As we talked about, yes, we've had,

22   you know, a financial incentive, and I think

23   an incentive -- generally our incentives are

24   aligned.  So we want to promote safety

25   because that's going to be good for the

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   people using our platform, and it will be

3   good for the growth of our platform.

4      Q.  It's gonna help Uber make more

5   money, right?

6          MS. LEVY:  Object to the form.

7      A.  Having more people use our platform

8   will likely result in Uber having a larger

9   business.

10      Q.  Okay.  One of the ways Uber sought

11   to address women's concerns about Uber's

12   safety was through its safety reports, right?

13      A.  You know, I think the safety report

14   did address the safety concerns.  I think it

15   kind of shined the lights on the realities of

16   safety on the platform.

17          So I don't know if I'd frame it

18   quite like you did.  I'd say we released the

19   safety report because we wanted to be clear

20   and transparent about what was happening on

21   the platform.

22      Q.  In 2019, which is the real --

23          MS. WALSH:  Diane, if you could

24      just put that up for one more minute.

25      Sorry.  I moved on too quickly.

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  These estimates of how much

3   additional money Uber can make by addressing

4   women's safety concerns, these are an

5   internal PowerPoint from 2019, correct?

6      A.  They are.  I would clarify these

7   aren't necessarily dollars that Uber's

8   making.  A lot of those dollars that riders

9   are paying are going into drivers' pockets.

10     Q.  Okay.  Well, fair point.

11          What Uber's measuring here is

12   incremental gross booking, right?

13     A.  Right.  My point is this isn't

14   profitability as your previous question

15   suggested.

16     Q.  Fair.  But gross booking is a very

17   important financial metric for Uber, correct?

18     A.  It's an important financial metric.

19     Q.  It's one that Uber touts in its

20   public financial reporting, right?  The jury

21   has seen that.

22     A.  It is a metric that we include in

23   our financial reports.

24     Q.  Okay.  So 2019, when Uber's making

25   these estimates of how much it can grow its

1      C. Dobbs - Highly Confidential

2   gross booking by addressing women's safety

3   concerns, 2019 is also the year that Uber

4   released its first safety report, correct?

5      A.  Right.

6      Q.  Okay.

7         MS. WALSH:  And let's look at what

8      Uber said internally about the

9      motivations for releasing that safety

10      report.  Okay?  And to do that we'll

11      look at 1920, which is AW153.

12         (Exhibit 1920, Email chain, Bates

13      UBER_JCCP_MDL_003389457, was marked

14      for identification.)

15         MS. LEVY:  To be fair to you,

16      Alex, our view is this is well beyond

17      the scope of this witness' topics,

18      safety report, motivations for the

19      safety report and the subject of other

20      30(b)(6).  I know you're worried about

21      time, but we would suggest if you have

22      stuff of key within the topics maybe

23      prioritize that.

24         MS. WALSH:  Yeah.  So I disagree.

25      I'm obviously staying within the

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2      topics.  And I think that, you know,

3      that the topic here, 1, is clearly,

4      like, how Uber sought to increase the

5      number of riders on its platform.  And

6      I think that exploring what Uber was

7      saying internally about how it sought

8      to do that is very much within

9      Topic 1.

10      Q.   Okay.  So have you got 1920 in

11   front of you?

12      A.   Yeah.  I'm just looking through it

13   right now.

14          (Document review.)

15      Q.   Okay.

16      A.   Okay.

17      Q.   Okay.  So if you look a little bit

18   about a third of the way down the page, you

19   see this is an email from Jill Hazelbaker

20   sent on April 2019.

21          Do you see that?

22      A.   I do.

23      Q.   And it was sent to, among other --

24   well, sent to Gus Fuldner, Rebecca Messina,

25   Tony West and Barney Harford, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  Yes.

3      Q.   And what Ms. Hazelbaker -- and who

4   is Ms. Hazelbaker?

5      A.   She leads our, like, marketing and

6   policy and comms teams today.

7      Q.   Okay.  And marketing is -- one of

8   the functions of marketing is to, among the

9   functions of marketing, is to increase the

10  number of people using the Uber platform,

11  right?

12     A.   Marketing is a tool that is used

13  sometimes I think to increase the number of

14  users on the platform.

15     Q.   Okay.  What Ms. Hazelbaker says

16  here is:

17         Hi, folks.  I've started thinking

18  about the 100 days following the IPO and the

19  major moments within that time period.  Among

20  them, of course, is the release of our safety

21  transparency report.

22         Do you see that?

23     A.  I do.

24     Q.  She says:

25         Outside of our first earnings, this

1        C. Dobbs - Highly Confidential

2   is the most consequential thing we will do

3   between now and the end of the year.

4        Do you see that?

5    A.  I do.

6    Q.  She says:

7        When we made the decision to do

8   this last year, we agreed that it would be

9   necessary to launch a campaign to move the

10   numbers that matter.

11        Do you see that?

12    A.  Yes.

13        MS. LEVY:  Can we get a privilege

14    agreement on this one, please?

15        MS. WALSH:  Sure.  Yep.

16    Q.  So she says:

17        When we made the decision to do

18   this last year, we agreed that it would be

19   necessary to launch a campaign to move the

20   numbers that matter.

21        Do you see that?

22    A.  Yes.

23    Q.  And a number that really matters to

24   Uber is the number that reflects how much

25   riders believe that Uber is committed to

1       C. Dobbs - Highly Confidential

2   their safety and aware of Uber's safety

3   features, right?

4       A.  That's right.

5       Q.  Okay.  And what Ms. Hazelbaker --

6   well, strike that.

7          The reason that those numbers are

8   so important, whether riders believe that

9   Uber is committed to their safety and whether

10   riders are aware of Uber's safety features,

11   is because those numbers are directly tied to

12   the likelihood that people will choose Uber

13   as a way of getting around, right?

14      A.  I would look at it slightly

15   differently.

16          We have done a lot of work over the

17   years, and will continue to do a lot of work,

18   to launch new safety features.  We obviously

19   want folks to be aware of those and to use

20   those and to understand how they work.

21          And one of the things that Jill is

22   saying here is that, you know, folks just

23   aren't aware of those things yet.  And I

24   imagine there's a connection between the

25   awareness of those safety features and the

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2  first half of what she said, which is riders

3  believing that Uber's committed to their

4  safety.

5          And so we've talked a lot about

6  both perception and reality mattering.  I

7  think this is a prime example of that, where

8  we want to move the needle on both because

9  both are important.

10      Q.  Okay.  The more riders believe that

11  Uber is committed to their safety the more

12  likely they are to use Uber for

13  transportation, right?

14      A.  Potentially I think that's a very

15  personal decision that an individual would

16  have to make.

17      Q.  Okay.  She says below:

18          The good news is that we have time

19  to get on the right track (we don't plan to

20  release the report until late summer) but

21  nonetheless we need to move quickly.

22          Right?

23      A.  That's what it says.

24      Q.  And she says:

25          To me, that means two things.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          And the first one is:

3          A strong safety marketing campaign.

4          Right?

5      A.   Yes.

6      Q.   She says:

7          We need a major campaign, TV and

8   OOH, in order to move key safety metrics

9   before we announce a report that is likely to

10  include the fact that a sexual assault

11  happens on our platform almost every day.

12         Do you see that?

13     A.   I do.

14     Q.   And then she says:

15         Ideally, we would generate a lot of

16  press for this campaign so that the

17  transparency report launch looks like a

18  continuation of a multi-year effort to become

19  the safest ridesharing platform on earth.

20         Do you see that?

21         MS. LEVY:  Object to the form as

22      you have recited it.

23     Q.   It says:

24         Ideally, we would generate a lot of

25  press for this campaign so that the

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    transparency report launch looks like a

3    continuation of a multi-year effort to become

4    the safest ridesharing platform on earth.

5         MS. LEVY:  Same objection.

6    A.  That's what's written here.

7    Q.  Okay.  She then -- in reference to

8    this marketing campaign, if you scroll down

9    to the next page, what Ms. Hazelbaker says

10   is:

11        Rebecca, you'll know best, but my

12   guess is that in order to move the numbers in

13   a meaningful way we will need to spend

14   roughly what we did on the first wave of the

15   Dara ad, approximately $30 million.

16        Do you see that?

17   A.  I do.

18   Q.  Okay.  Uber agrees that one of its

19   hopes is that with the safety report it could

20   address women's concerns about Uber's safety

21   and get more women to rely on Uber as a way

22   to get around, right?

23   A.  Again, I don't quite agree with

24   that framing of it.

25        I think, you know, this email says

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    a lot of the opposite, that there's concern

3    that folks are gonna see the safety report

4    and, you know, be really concerned about it.

5    And so we want to do the right kind of

6    marketing work and external stakeholder

7    engagement work to make sure that folks

8    understand what the numbers show and

9    understand what we are doing about it,

10   because, without that messaging, people

11   would, you know, perhaps interpret the safety

12   report in ways that we don't think is quite

13   right.

14       Q.   Well, like, for example, focusing

15   on the fact that a sexual assault happens on

16   the Uber platform almost every day?

17       MS. WALSH:  If you could underline

18       that, please, Diane.

19       A.   Sorry.  What was your question?

20       Q.   Well, you're saying there was a

21   concern that people would focus on the wrong

22   things in the safety report, right?

23       A.   I think that folks might not have,

24   you know, all the context.

25       Q.   That would help put into context

Chad Dobbs  Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2   the fact that a sexual assault happens on the

3   Uber platform almost every day?

4        MS. LEVY:  Object to form and

5     again scope.  We have had so many

6     witnesses on the safety report and

7     this is not a witness here to talk

8     about it.

9        You can answer again.

10     A.  Yeah.  I -- that's not the

11   statement I made, so I don't entirely know

12   how to respond to your question.

13     Q.  Well, you said that there was a

14   concern about putting the contents of the

15   safety report into context for people, right?

16     A.  I said something to that effect.

17     Q.  Okay.  And one of the things you

18   wanted to try to put into context is the

19   information provided in the safety report the

20   fact that a sexual assault happens on the

21   Uber platform almost every day, right?

22     A.  That is -- I don't know if that

23   exact fact in that way was shared in the

24   safety report but, you know, facts like that

25   would have been included.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  'Cause those facts would be

3  very concerning to women, correct?

4         MS. LEVY:  Object to form.  Scope.

5      Foundation.  And all the rest.

6      A.  You know, I can't put myself in the

7  shoes of all people or certainly all women,

8  but I can imagine some of those facts would

9  be concerning.

10     Q.  And that could impact your ability

11  to increase the number of women riders on the

12  platform, right?

13        MS. LEVY:  Object to form.

14        You can answer.

15     A.  Again, we've talked about this

16  extensively.  If people don't feel

17  comfortable using our platform for whatever

18  reason, because it's too expensive, because

19  it's not convenient, because they don't like

20  the cars, because they don't think it's safe,

21  whatever those things are could lead to

22  people not using the platform, which is not

23  good for our business.

24     Q.  And people, women learning how

25  frequently sexual assault happens on the Uber

1      C. Dobbs - Highly Confidential

2   platform, that would probably not be good for

3   Uber's business, fair, Mr. Dobbs?

4      A.  It could be.  Yeah.  That could

5   be --- could be an issue which I think

6   highlights that it was a kind of a bold,

7   unprecedented move that we made to release

8   this information.

9          No other company in our industry

10  has done such a thing.  I'm not aware of

11  other companies outside of our industry has

12  done such a thing, because there are -- you

13  know, there are potential consequences of

14  being transparent about this data.

15     Q.  Well, Ms. Hazelbaker was very

16  careful to say that she wanted to prevent

17  this from being a major consumer moment, the

18  release of the safety report, right?

19     A.  I think what she's saying here is

20  that we need to accompany the release of the

21  safety report with other external work,

22  marketing and engaging stakeholders, so that,

23  you know, folks can understand why we

24  released the report and the contents, et

25  cetera.

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  Well, what she's saying here

3   in this -- on the second page is on the PR

4   side:

5          Our goal will be to shut down the

6   press cycle in 24 to 48 hours for a whole

7   host of reasons.

8          Do you see that?

9      A.  I do see that.

10     Q.  So trying to shut down the press

11   cycle, that's not particularly bold, is it?

12         MS. LEVY:  Object to form.  This

13     is so far beyond the scope and is in

14     addition to being repetitive.  There's

15     not any tethering to this witness'

16     topic, so renewing my objection.

17         MS. WALSH:  Okay.  Ms. Levy, you

18     can limit your objections to form or

19     outside the scope.  You've made your

20     record about this, so please abide by

21     the deposition protocol.

22         MS. LEVY:  Objection.  Outside the

23     scope.

24     Q.  What it says here is:

25         On the PR side, our goal will be to

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    shut down the press cycle in 24 to 48 hours

3    for a whole host of reasons.

4            Right?

5        A.   That's what is stated in this

6    email.

7        Q.   Okay.  Mr. Dobbs, in the wake of

8    the safety report -- well, strike that.

9            One of Uber's goals with the safety

10   report was to try to communicate to folks --

11   strike that.

12           One of the goals of the safety

13   report was to try to communicate that -- that

14   safety was a very important priority for

15   Uber, right?

16       A.   I think a part of us releasing the

17   safety report was, you know, opening up the

18   realities to the world of, you know, safety

19   issues on the platform and communicating that

20   we're taking those seriously and we're taking

21   action to hopefully reduce those over time.

22       Q.   Okay.  Uber wanted the public to

23   believe that safety was an important priority

24   for the company, right?

25           MS. LEVY:  Object to form.

1      C. Dobbs - Highly Confidential

2      A.  I think Uber -- I think, one,

3   safety is an important priority for the

4   company.  And two, we would like folks to

5   both think that and feel that and that to be

6   the reality.

7      Q.  Okay.

8         MS. LEVY:  If you're moving to a

9      different topic, can we do a restroom

10     break?

11        MS. WALSH:  Yes.  Sure.

12        MS. LEVY:  Let's do that.

13        THE VIDEOGRAPHER:  Okay.  I'll

14     take us off.

15        The time is 21:05 UTC time, and

16     we're off the record.

17        (Off the record.)

18        THE VIDEOGRAPHER:  The time is

19     21:35 UTC time, and we're back on the

20     record.

21        MS. LEVY:  Alex, putting on the

22     record very, very quickly what I think

23     our agreement is?

24        MS. WALSH:  Go for it.

25        MS. LEVY:  Counsel has an

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      agreement -- a disagreement about the

3      amount of time that is available for

4      this witness.  It is Uber's position

5      that Mr. Dobbs is only required to sit

6      for seven hours.  Plaintiffs' believe

7      that he's required to sit for ten

8      hours.  Compromise in an effort to

9      cooperate, we have agreed to allow him

10     to continue to testify for at least an

11     additional hour, until 7:00 Eastern,

12     and you have agreed that five minutes

13     of that I get to ask a backgrounding

14     direct set of questions --

15         MS. WALSH:  Okay.  And --

16         MS. LEVY:  -- in exchange for him

17     not having to come back again.

18         MS. WALSH:  And it has also been

19     represented to me the precise

20     questions that are going to be asked

21     as part of that direct.  And based on

22     that, what Ms. Levy represented to me,

23     I don't see where there would be a

24     need for a redirect.  Of course if the

25     testimony ends up requiring the need

1     C. Dobbs - Highly Confidential

2     for redirect, you know, then we're

3     gonna have -- that will obviate the

4     agreement.

5         MS. LEVY:  Agree with that.

6         And the other thing we agreed to

7     was that to the extent that Plaintiffs

8     are unable to get in all the documents

9     you had intended to use in this

10     deposition, we will work in good faith

11     to reach any appropriate stipulations

12     necessary about the use of those

13     documents at trial.

14         MS. WALSH:  Okay.

15         MS. LEVY:  Appreciate your

16     cooperation.

17         MS. WALSH:  Same, likewise.

18         MS. LEVY:  Me and the witness's

19     most of all.

20         MS. WALSH:  And the court

21     reporter.

22         MS. LEVY:  Oh, yeah.  We forgot to

23     ask the boss.

24   BY MS. WALSH:

25     Q.  Mr. Dobbs, you ready to proceed?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  Let's do it.

3      Q.   Okay.  Your testimony is that

4   safety is an important priority of -- strike

5   that.

6          Your testimony is that safety is an

7   important priority of Uber's, correct?

8      A.  That's right.

9      Q.   Okay.  At least in and around 2019,

10  it was not an important priority of the CEO's

11  though, Mr. Khosrowshahi's, was it?

12     A.  I don't think that's a fair

13  characterization.

14     Q.   His priorities focused on the

15  financial metrics, merges and acquisitions,

16  and the IPO; isn't that right?

17     A.  I imagine those items were amongst

18  his priorities, but safety would've been a

19  part of that list as well.

20     Q.   Okay.

21        MS. WALSH:  Well, let's take a

22        look at what we're gonna mark as

23        Exhibit 1921 to your deposition and

24        that is AW2 --

25        (Court Reporter clarification.)

1      C. Dobbs - Highly Confidential

2         MS. WALSH:  AW109.

3         (Exhibit 1921, Email chain with

4     attachments, Bates

5     UBER_JCCP_MDL_005256908, was marked

6     for identification.)

7         MS. LEVY:  Before we get started,

8     it says:  Attorneys' Eyes Only.

9         Can we please get a stipulation on

10     a no waiver of privilege?

11         MS. WALSH:  Sure.

12     Q.  Let me know when you have that in

13     front of you.

14     A.  That's gonna be 1921, right?

15         THE TECHNICIAN:  Should we have a

16     109 and 109C?

17         MS. WALSH:  It's 109.

18         THE TECHNICIAN:  Okay.  Fantastic.

19     One moment, please.

20     A.  I'm still waiting on 1921 to show

21     up here.  Okay.  Just popped up.

22     Q.  Okay.  So what you see here in

23     front of you, Mr. Dobbs, is an email from the

24     CEO, Mr. Khosrowshahi, to Ronald Sugar on

25     December 30, 2019.

Chad Dobbs  Highly Confidential
August 21, 2025

1    C. Dobbs - Highly Confidential

2        Do you see that?

3    A.  I do.

4    Q.   And Mr. Sugar was and is the

5  chairman of the board of Uber, correct?

6    A.  That's right.

7    Q.   And what Mr. Khosrowshahi is

8  providing here, if you look, he says:

9        Hi, Ron.  I've attached a near

10  final version of my letter to the BOD.

11        And that's board of directors,

12  right?

13    A.  It would be, yes.

14    Q.   Okay.  So let's look down at the

15  letter, then.

16        And to your knowledge, is

17  Mr. Sugar -- is he a lawyer?

18    A.  I don't know his -- the details of

19  his professional background.

20    Q.   Does he provide legal services for

21  Uber, to your knowledge?

22    A.  I'm not familiar with that.

23    Q.   Okay.  Okay.  So if we look down it

24  says:

25        Privileged and Confidential - Do

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    Not Forward.

3        Do you see that?

4        A.  I do.

5        Q.  This is not a document that was

6    meant to be seen by people outside the

7    company, correct?

8        A.  That's right.

9        Q.  Okay.  And in the interest of time,

10   let me direct your attention.  He addresses

11   this letter to members of the board.

12       You see that, right?

13       A.  He does.

14       Q.  Okay.  And after that first

15   introductory paragraph, he says:

16       Following is my view of our

17   progress as outlined in my 2019 priorities.

18       Do you see that?

19       A.  Yes.

20       Q.  He says:

21       Financial results YOY and versus

22   plan.

23       Right?

24       A.  He does say that.

25       Q.  And "YOY" is year-over-year, right?

1      C. Dobbs - Highly Confidential

2    A.  Yes, that's right.

3    Q.   Okay.  2019 priority metrics.

4        The first is:

5        Gross bookings of $65 billion of

6  the first year.

7        Do you see that?

8    A.  I do.

9    Q.   And that's increased 35 percent

10  from the prior year, correct?

11    A.  Yes.

12    Q.  It says:

13        Adjusted EBITDA losses of

14  2.78 billion.

15        Do you see that?

16    A.  I do.

17    Q.   And then the next one, it says:

18        Core platform EBITDA will come in

19  about $35 million better than plan due to

20  significant overperformance in Rides.

21        Do you see that?

22    A.  Yes.

23    Q.   He then talks about -- so no

24  mention there of, among those 2019 priority

25  metrics, of safety incident rates, correct?

1      C. Dobbs - Highly Confidential

2      A.  That's not listed in this part of

3  the email.

4      Q.  Okay.  Let's look in the next

5  section, Other important metrics.  Okay?

6      A.  Okay.

7      Q.  This says:

8          We will close the year with

9  113 million MAPCs, up 24 percent

10  year-over-year.

11         Do you see that?

12      A.  I do.

13      Q.  And what is "MAPCs"?

14      A.  I believe that's monthly active

15  platform consumers.

16      Q.  Okay.  And that's when -- with

17  respect to the mobility business at least,

18  that's a reference to riders, right?

19      A.  Right.  But I imagine this would

20  apply across Rides and Eats.  And again, this

21  is a global document representing Uber's

22  global company.

23      Q.  Okay.  But it -- that 113 million

24  MAPCs includes, as one component, the number

25  of riders on the platform, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  It would.

3      Q.  Would it also include the number of

4   drivers?

5      A.  I don't believe so, but that

6   depends on, you know, the definition.

7      Q.  Okay.  But let's -- that is an

8   important metric to Uber, correct?

9      A.  There are a lot of metrics here.  I

10  think most of them are generally important

11  ones.

12     Q.  Okay.  And in fact,

13  Mr. Khosrowshahi, the CEO, refers to them as

14  important ones, correct?

15     A.  He says:  Other important metrics.

16     Q.  Okay.  In addition to MAPCs, he

17  says:

18         Trips growth of 32 percent.

19         Correct?

20     A.  Yes.

21     Q.  He says:

22         ANR of 12.98 billion.

23         Do you see that?

24     A.  I do.

25     Q.  And that's up 30 percent

1        C. Dobbs - Highly Confidential

2    year-over-year, right?

3        A.   It is.

4        Q.   Okay.  So among these other

5    important metrics, is there any mention of

6    safety incident rate?

7        A.   No.  I think it's clear in this

8    email, or at least this part of the email,

9    he's talking about core financial metrics.

10       Q.   Well, he's talking about 2019

11   priority and important metrics, right?

12       A.   Right.  You know, he's talking

13   about -- in the next paragraph, he's

14   characterizing the financial performance and

15   the above metrics are all speaking to the

16   financial performance.

17       Q.   Okay.  Well, then he talks about

18   strategic performance, right?

19       A.   It looks like he does.

20       Q.   And he says:

21           My key 2019 priorities were to

22   complete the IPO, execute constructive M&A

23   opportunities, and move our big bets forward.

24           Right?

25       A.   He mentions that.

1      C. Dobbs - Highly Confidential

2      Q.   And "M&A" is merger and acquisition

3   opportunities, right?

4      A.   That's right.

5      Q.   And he goes on to describe those

6   things, right?

7      A.   He does.

8      Q.   Okay.  Under IPO, he says:

9          On May 9th, we priced one of the

10   largest technology IPOs in history raising

11   $8.6 billion in proceeds.

12          Do you see that?

13      A.   Yes.

14      Q.   He goes on to say:

15          We got to the IPO faster than most

16   expected and now have $12.7 billion on our

17   balance sheet and a high quality shareholder

18   base, including Fidelity, Wellington, Tiger,

19   MSIM and Viking.

20          Do you see that?

21      A.   I do.

22      Q.   He then talks about the

23   constructive M&A opportunities that he's

24   executed during this time.

25          Do you see that?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  I do.

3      Q.  It says:

4          We announced six corporate

5   development transactions in 2019.  Most

6   notably... and then -- and then he goes

7   forward to list several of them.

8          Do you see that?

9      A.  I do.

10      Q.  If we continue to scroll through

11   his key 2019 priorities, so we talked about

12   the IPO, we've talked about merger and

13   acquisition transactions.

14          If we go to the next page, we see

15   ATG.

16          Do you see that?

17      A.  I do.

18      Q.  What's "ATG"?

19      A.  It was -- I forget exactly what the

20   acronym stands for, but it was a group within

21   Uber focused on autonomous driving

22   technology.

23      Q.  So this was among

24   Mr. Khosrowshahi's priorities for 2019,

25   right?

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.   Trying to remind myself of exactly

3    how this is characterized here.

4        Q.   We can scroll up.  If we scroll

5    back up to the prior page.

6            Do you see where it says:

7    Strategic Performance?

8            My key 2019 priorities, right, were

9    to complete the IPO, execute constructive M&A

10   opportunities, and move our big bets forward.

11            Right?

12        A.   He does say that.

13        Q.   Okay.  So we talked about the IPO,

14   right?

15        A.   We did.

16        Q.   Talked about M&A, right?

17        A.   We did.

18        Q.   Okay.  And under this section about

19   key 2019 priorities, if we go to the next

20   page, he talks about ATG, right?

21        A.   He does.

22        Q.   He talks about new

23   mobility/bikes/scooters?

24        A.   He does.

25        Q.   He talks about Uber Freight, right?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  Yes.

3      Q.   He talks about Elevate, right?

4      A.  He does.

5      Q.   Okay.  So in this section regarding

6   describe this as key 2019 priorities, do you

7   see any reference to reducing the rate of

8   sexual assault or sexual misconduct

9   experienced by riders on the Uber platform?

10      A.   That is not explicitly called out

11   in this section.

12      Q.   Okay.  He then goes on -- is it

13   implicitly called out in this section?

14      A.   I think we talked about,

15   extensively, the success of our business and

16   safety on our platform are intertwined.  And

17   so in some ways, you know, many of the things

18   listed here would not occur, would look

19   different if we had not prioritized safety

20   and developed the various safety features and

21   products and policies that we have.

22      Q.   Okay.  Does he talk anywhere about

23   how those things helped you-all to achieve

24   one of the largest technology IPOs in

25   history?

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  He doesn't in that paragraph

3  specifically.  But later on in the document,

4  he has a section on safety and how we've made

5  enormous strides in improving our product

6  safety.  And he, you know, then talks about

7  how the work we started in 2019 was to grow

8  the safest most efficient global platform.

9          So he certainly talks about safety

10  in the email, not necessarily in the exact

11  place that you're referencing.

12      Q.  Okay.  And we're gonna get to that

13  and exactly how he characterizes the safety

14  work and whether that was a priority to him.

15          But let's first look at Company

16  Operating Priorities.  Okay?  Do you see that

17  next section?

18      A.  I do.

19      Q.  It says:

20          Rides.

21          NA.

22          That's -- do you understand that to

23  be a reference to North America?

24      A.  I believe that's right.

25      Q.  Okay.  He says:

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          The US has held steady around

3   70 percent category position for a majority

4   of the year, a major accomplishment based on

5   trends last year and our shift away from

6   shared rides.

7          Do you see that?

8      A.  I do.

9      Q.  The other Company Operating

10  Priorities deal with -- sorry.  Just one

11  second.

12          Let's look at People Priorities

13  next.  That's a section that he has, right?

14      A.  That's right.

15      Q.  Okay.  And that deals primarily

16  with employees, correct?

17      A.  Employees and employee experience

18  at Uber.

19      Q.  Okay.  Then the final section he

20  has here is:  Other Factors Not Directly

21  Related to my Priorities.

22          Do you see that?

23      A.  Yes.

24      Q.  Okay.  So these are the things that

25  are not directly related to the CEO's

1        C. Dobbs - Highly Confidential

2    priorities, correct?

3        MS. LEVY:  Object to form.

4        A.  I think he's saying that these are,

5    you know, other important topics that might

6    not squarely fit into one of the above

7    priorities.

8        Q.  Well, what he says, what the

9    language says, Mr. Dobbs, is:

10        Other Factors --

11        MS. WALSH:  If you could underline

12    this, please, Diane --

13        Q.  -- Not Directly Related to my

14    Priorities.

15        Do you see that?

16        A.  I do.

17        Q.  And under that, that is where he

18    includes safety, right?

19        A.  Safety is mentioned both in this

20    second and in the following section.

21        Q.  Okay.  But for 2019 at least,

22    safety is one of the factors that, according

23    to Mr. Khosrowshahi's words, was not directly

24    related to his priorities, right?

25        MS. LEVY:  Object to form.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  I think in the context of this

3   email, it's not how he kinda formatted and

4   put that information together.

5      Q.  Okay.  Another thing that

6   Mr. Khosrowshahi discusses in this part of

7   the email in the item above is

8   California/AB5.

9          Do you see that?

10     A.  I do.

11     Q.  Okay.  And what he says is:

12          We are planning changes to our

13   service in California in early 2020, which

14   will give even more independence and

15   information to drivers using our service.

16          Do you see that?

17     A.  I do.

18     Q.  Okay.  What's "AB5," Mr. Dobbs?

19     A.  AB5 is a law that was passed in

20   California five or six years ago.

21     Q.  Okay.  That was a law that Uber did

22   not like, right?

23     A.  Uber was not in support of that

24   law.

25     Q.  Okay.  Uber worked to defeat that

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   law, right?

3      A.  We did work to influence that law.

4      Q.  Okay.

5         MS. WALSH:  Let's look at some of

6      the work you-all did to influence that

7      law.  And to do that, we're gonna look

8      at what will be Exhibit 1922 to your

9      deposition, which is AW138.

10        (Exhibit 1922, Q2 2020 Board

11      meeting AB5 Update, Bates

12      UBER_JCCP_MDL_003679533, was marked

13      for identification.)

14     Q.  Let me know when you've got that

15   one.

16     A.  Okay.

17     Q.  One second.

18        MS. LEVY:  Alex, I need to take a

19      break very quickly and ask my client a

20      privilege question given the author of

21      this document.

22        MS. WALSH:  Okay.

23        MS. LEVY:  Just give it like --

24      don't leave.

25        THE VIDEOGRAPHER:  You want to go

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    off the record or just mute?

3       MS. WALSH:  Let's go off the

4    record, please.

5       MS. LEVY:  Yeah, sure, but nobody

6    go anywhere.

7       THE VIDEOGRAPHER:  The time is

8    21:54 UTC time, and we are off the

9    record.

10       (Off the record.)

11       THE VIDEOGRAPHER:  The time is

12    21:58 UTC time, and we're back on the

13    record.

14       MS. WALSH:  Okay.  So, sorry, I

15    just need to look at the realtime

16    where we were.

17  BY MS. WALSH:

18    Q.  Okay.  Mr. Dobbs, we're looking

19  at Exhibit 1922 to your deposition and the

20  title -- this document was created on July 7,

21  2020.

22       Do you see that?

23    A.  I do.

24    Q.  Okay.  And the title is Q2 2020

25  Board Meeting AB5 Update.

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2          Do you see that?

3       A.  I do.

4       Q.  Okay.  And you see the custodians

5    include Jill Hazelbaker; the CEO,

6    Mr. Khosrowshahi; Sarfraz, who we've talked

7    about,' Andi Pimentel; and Danielle Sheridan,

8    right?

9       A.  I do.

10      Q.  And it appears in the title of this

11   document that this information was presented

12   to the board of directors for Uber, correct?

13      A.  That's what the title would imply.

14      Q.  So if we look at the title page,

15   it's, AB5 Update, with the date July 28,

16   2020, right?

17      A.  Yes.

18      Q.  Okay.  And let's flip forward to

19   the next slide, which says:  AB5 Overview,

20   right?

21      A.  It does.

22      Q.  And AB5 is a law that was actually

23   passed in California, correct?

24      A.  That's right.

25      Q.  And it says that here AB5 was

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   signed into law October 2019, and that was in

3   California, right?

4      A.  Yes.

5      Q.   And under law, it says:

6          Workers of hiring entities are

7   presumed to be employees unless they satisfy

8   certain other criteria.

9          Correct?

10     A.  I'm not a lawyer, but I think

11   that's right.

12     Q.   Okay.  Well, we can go through the

13   whole thing.  It says:

14          Workers of hiring entities are

15   presumed to be employees unless they satisfy

16   the ABC test.

17          Right?

18     A.   That's what the document says.

19     Q.   And then it lists -- it explains

20   what the ABC test is, right?

21     A.   It explains the three parts to the

22   ABC test.

23     Q.   Okay.  And Uber filed lawsuits to

24   try to overturn this law, right?

25     A.   I don't remember exactly if we had

1      C. Dobbs - Highly Confidential

2   a litigation approach with this one.

3      Q.   Okay.  Well, let's look at the next

4   slide, which is AB5 Strategy, okay?

5      A.   Okay.

6      Q.   It says:

7         Uber, like all TNC and food

8   delivery players, had several near-term

9   options in response to AB5.

10        Right?

11      A.   I do see that.

12      Q.   Okay.  One of those options

13   would've been to employ drivers in California

14   immediately, right?

15      A.   Theoretically that was an option.

16   I think practically that probably wasn't --

17   wasn't realistic.

18         MS. LEVY:  I've got to renew my

19      objection to this.  Looks

20      extraordinarily privileged to me.  I

21      will let the witness answer to the

22      extent that he can divulge in

23      privileged conversations.

24      Q.   Okay.  Well, that would've been a

25   very expensive thing for Uber -- for Uber if

1        C. Dobbs - Highly Confidential

2    it was going to employ drivers in California,

3    right?

4        A.  I think it would've been, you know,

5    operationally really challenging.  It

6    would've been -- there would've been costs

7    associated with it.  I think it would've just

8    been just a completely new world that we need

9    to enter.

10           We know for -- since 2009, or

11   whenever Uber started, we've built the

12   company and our technology and our policies

13   and procedures and features around the end

14   of -- like drivers being an independent

15   contractor and, you know, we couldn't just

16   have snapped our fingers and had drivers be

17   employees the next day.  It's not that

18   simple.

19       Q.  Well, one of the things that this

20   PowerPoint that we're looking at now focuses

21   on how much it would cost Uber to do that.

22           Do you see that, if we look at the

23   next slide?

24       A.  Yeah.  I see there's mentions of

25   costs and increased prices for riders and

1      C. Dobbs - Highly Confidential

2  other considerations as well.

3      Q.  Well, what it says here on the

4  slide in front of us here is:

5          Cost of reclassifying drivers as

6  employees in California.

7          Do you see that?

8      A.  I see that that's the title of this

9  slide.

10     Q.  It says:

11         36 percent increase in cost.

12         Right?  Do you see that?

13     A.  I do.

14     Q.  31 percent decrease in trips.

15         Right?

16     A.  Yes.

17     Q.  6 percent decrease in billings.

18         Right?

19     A.  I do.

20     Q.  Okay.  And none of those things

21  would've been good for Uber's business,

22  right?

23     A.  Those generally would not be great

24  things for Uber.

25     Q.  Okay.  If we look back on the prior

1      C. Dobbs - Highly Confidential

2   slide, it describes what Uber decided to do

3   at the very bottom of this slide.

4        MS. WALSH:  If we can zoom in on

5      that.

6        MS. LEVY:  Renewing my privilege

7      objection.  This is a likely clawback.

8        MS. WALSH:  Okay.  You got a

9      standing objection on that.

10     Q.  It says:

11        Therefore, Uber chose the third

12   option.  We have made a number of changes to

13   our marketplace to minimize the likelihood of

14   a negative outcome in court and have leaned

15   heavily into our California ballot campaign.

16        Do you see that?

17     A.  I do.

18     Q.  Okay.

19        MS. WALSH:  If we can underline

20      "California ballot campaign," please.

21     Q.   And what that refers to, Mr. Dobbs,

22   is Uber's efforts to get something called --

23   to get a ballot measure passed in California,

24   something called Proposition 122, right?

25        MS. LEVY:  In addition to my

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      standing objection, I'm going to

3      instruct the witness to answer only to

4      the extent that you have understanding

5      of this issue outside of any attorney

6      communications.

7      A.  That is not exactly right.

8      Q.  What part of it is not right?

9      A.  The proposition name.

10      Q.   So there was a proposition though

11    that -- thank you for that clarification.

12    It's getting late in the day.

13          Uber leaned heavily into a

14    California ballot campaign, right?

15      A.  We did.

16      Q.   And what did Uber refer to that

17    California ballot campaign as?

18      A.  I'm not sure it's what Uber

19    referred to it as, but it was known as

20    Proposition 22.

21      Q.  Right.  Okay.  Proposition 22.

22          And Uber was successful in its

23    support of getting Prop 22 passed, right?

24          MS. LEVY:  Object to the form.

25      A.  Voters of California voted on

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   Proposition 22 and the outcome was what Uber

3   was hoping for.  They passed Proposition 22.

4      Q.  It was cause for great celebration

5   at Uber, right?

6      A.  People were pleased with the

7   outcome because it aligned with the interests

8   of drivers.

9      Q.  People -- Uber was pleased with the

10   outcome because it aligned with the interest

11   of Uber too, right, Mr. Dobbs?

12      A.  It aligned with both the interest

13   of Uber and the interest of drivers as we've

14   talked about throughout the day.  You know,

15   these interests are often very -- very much

16   aligned.

17      Q.  Okay.

18        MS. WALSH:  Objection to your

19      ability to speak on behalf of all

20      drivers -- drivers with respect to

21      Prop 22.

22      Q.  You don't -- you're not purporting

23   to be able to reflect the views and what's in

24   the best interests of all drivers, are you,

25   Mr. Dobbs?

1      C. Dobbs - Highly Confidential

2      A.  No.  I certainly can't speak on

3   behalf of all drivers.  But, you know, we

4   know from surveys and focus groups and

5   speaking with drivers individually that the

6   vast majority have said that they would like

7   to remain independent contractors.

8      Q.  You know that many drivers also

9   object to the independent contractor model

10  and how it affects them, correct?

11      MS. LEVY:  Object to form.

12      Foundation.

13      A.  I'm aware that there are some

14  drivers who have, you know, made that

15  statement.  But again, a vast majority feel

16  that the independent contractor model that we

17  have is in their best interests given the

18  freedom and flexibility that it affords them.

19      Q.  But you've disclosed to investors

20  that many drivers are bringing legal

21  challenges against the fact that you treat

22  them as independent contractors, right?

23      A.  Again, there are some drivers who

24  had expressed a preference to be employees.

25  However, the vast majority are not expressing

1      C. Dobbs - Highly Confidential

2   that.  They're expressing that they want to

3   remain independent contracts.

4      Q.   And tell me your basis for saying

5   that, Mr. Dobbs.

6      A.   As I said in the previous answer,

7   we've done surveys and focus groups and, you

8   know, speaking to drivers one-on-one and on

9   the ground.  Those things have all confirmed

10  what I mentioned, that a vast majority of

11  drivers want to be independent contractors.

12     Q.   Can you name the most recent survey

13  you've done regarding that issue?

14     A.   I don't have the name handy.

15     Q.   Okay.

16     MS. WALSH:  Well, let's look --

17     let's look at how Uber celebrated when

18     Prop 22 got passed.  And for that,

19     we're going to look at AW139, which

20     will be Exhibit 1923 to your

21     deposition.

22     (Exhibit 1923, Email chain, Bates

23     UBER_JCCP_MDL_005087776, was marked

24     for identification.)

25     Q.   Let me know when you have that up.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2        A.  Will do.  Okay.

3        Q.   Okay.  And you can see that at the

4   top this is an email between the CEO,

5   Mr. Khosrowshahi and Ms. Hazelbaker, correct?

6        A.  I do see that.

7        Q.   Okay.  And you can see, if you look

8   in the first paragraph of this email, that

9   the -- that what this email is talking about

10  is the fact that Prop 22 has passed, right?

11        MS. WALSH:  Just highlight

12     Prop 22, please.

13        Q.   Do you see that?

14        A.   Sorry.  Can you restate the

15  question?

16        Q.   Generally, the topic of this email

17  chain relates to the fact that Prop 22, that

18  ballot initiative in California, had passed,

19  right?

20        A.   It seems that this is an email that

21  was sent shortly after Prop 22 passed, and so

22  it's offering some thoughts and reflections

23  on that.

24        Q.   Okay.  So if we look down what

25  starts the email chain is an email from Ron

1        C. Dobbs - Highly Confidential

2    Sugar to Dara, the CEO.

3        Do you see that?

4    A.  I do.

5    Q.  And again, Mr. Sugar, he's the

6    director of -- well, strike that.

7        He is the chairman of the board of

8    directors for Uber, correct?

9    A.  He is.

10    Q.  Okay.  And what he says is:

11        Dara, woke up this morning, and we

12    still won.  Feels great.

13        Right?

14    A.  That's what he said.

15    Q.  He says:

16        After you guys sweep up the

17    confetti and throw out all the champagne

18    bottles, probably worth some discussion on

19    next steps.

20        Do you see that?

21    A.  I do.

22    Q.  He says:

23        My experience with big labor is

24    that they never go away.

25        Do you see that?

1        C. Dobbs - Highly Confidential

2        A.  I do.

3        Q.   Okay.  He goes on to quote a member

4   of the California legislature who spoke out

5   about the fact that Prop 22 had been passed.

6            Do you see that?

7        A.   It looks like he's pulling an

8   excerpt from a Wall Street Journal article.

9        Q.   Okay.  And what that excerpt is:

10           California Assemblywoman Lorena

11   Gonzalez, a Democrat who drafted the law the

12   companies sought an exemption from, said the

13   fight wasn't over.  She says:

14           "Fighting corporate greed and

15   unlimited spending is never easy, but we do

16   it.  Over and over and over again.  And don't

17   worry, I got some ideas.  Big love to all

18   drivers.  #hope," she tweeted.

19           Do you see that?

20       A.  I do.

21       Q.   And Mr. Khosrowshahi forwards this

22   email to Ms. Hazelbaker, correct?

23       A.  It appears so.

24       Q.   And what she says in writing back,

25   she says:

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2            I agree that our employment issues

3   will never fully go away.  Even in California

4   a resounding win doesn't settle the issue for

5   good.

6            Do you see that?

7     A.  I do.

8     Q.  Labor will continue to be a

9   political force and they will attempt to

10  apply direct pressure on regulators,

11  third-party allies, and state and local

12  electeds.

13            Do you see that?

14    A.  I do.

15    Q.  We should expect labor and state

16  leadership to see Prop 22 passing as a

17  temporary departure from their plans and they

18  will look for alternative ways to attack our

19  business model.

20            Do you see that?

21    A.  I do.

22    Q.  And she says:

23            (Another reason we should have a

24  serious discussion about our headquarters

25  location).

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          Do you see that?

3      A.  I do.

4      Q.   And Uber's headquarter location is

5  in California, right?

6      A.  It is.

7      Q.   And she's suggesting that there

8  should be a discussion about that, right?

9      A.  It seems so.

10     Q.   She says:

11          In the meantime, we'll have to be

12  vigilant to ward off pushes for price

13  regulation, permitting, licensing, safety

14  standards, new tax/fees and Eats commission

15  caps.

16          Do you see that?

17     A.  I do.

18     Q.   The passage of Prop 22 was seen by

19  Uber as a resounding win and an effective

20  defense against an attack on Uber's business

21  model, correct?

22     A.  I don't know if that's a full or

23  complete characterization, you know.  At the

24  top of Ms. Hazelbaker's email, she says:

25          There's no time for celebrating

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   here.

3         So I think it's clear that's -- you

4   know, yeah, Uber was pleased with this

5   outcome.  As we spoke about previously, you

6   know, this was aligned with what drivers --

7   the majority of drivers told us they wanted,

8   and it's also aligned with our business

9   model, and so this was a win.  But, yeah, as

10  it says:  No time for celebrating.

11        MS. WALSH:  All right.  If we can

12     underline "a resounding win."

13     Q.   And we see below, at least in

14  Mr. Sugar's email, he's actually referring to

15  confetti and drinking champagne, right?

16        MS. WALSH:  We can go down to

17     Mr. Sugar's email, please, Diane.

18     A.   I think he's being a bit playful

19  with his language here.

20     Q.   He's talking about celebrating,

21  isn't he?

22        MS. LEVY:  Object to form.

23     A.   He is referencing celebrations,

24  which Ms. Hazelbaker says there are no time

25  for the celebrations.

1    C. Dobbs - Highly Confidential

2    Q.  Because Ms. Hazelbaker was

3  concerned about continuing efforts to attack

4  Uber's business model, right?

5    A.  She points out that there could be,

6  you know, other challenges despite the fact

7  that the public of California resoundedly

8  voted to pass Prop 22.

9    Q.  And you-all engaged in a lot of

10  lobbying to help achieve that result, didn't

11  you?

12    MS. LEVY:  Object to form and

13    foundation.

14    A.  Uber did, you know, some work to

15  market and push for Prop 22, again, because

16  it was in, you know, the interests of drivers

17  and Uber.

18    Q.  Because the loss of Uber's

19  independent contractor model was a serious

20  risk to Uber's business, right, Mr. Dobbs?

21    A.  Is -- I talked about previously we

22  built our business over the last 15 or so

23  years on the independent contractor model.

24  Everything that we have -- have done and

25  developed and the technology we've built and

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    the processes we've put in place and how our

3    teams function, you know, that's all built

4    around the fact that drivers are independent

5    contractors who can drive when they want and

6    where they want and how long they want.  And

7    they might do one trip today and ten trips

8    tomorrow and no trips for the next six

9    months.

10          All of what we built; that's the

11   foundation.  And so inherently, yes, it would

12   be challenging if we woke up tomorrow and

13   said we had to change the business model

14   entirely.

15          I think that would be challenging

16   for any company to have to kinda turn on a --

17   in a moment's notice and completely pivot how

18   something -- you know, how the business model

19   functions, especially in a situation if we

20   were told we have to run a business model

21   that is contrary to what's -- most of our

22   drivers say they want.

23      Q.  You'd have to start paying benefits

24   to all of your drivers, right?

25      A.  There would be new requirements,

1      C. Dobbs - Highly Confidential

2    things that we would need to do.  There'd be

3    things we'd need to stop doing.  It would be,

4    you know, a complete recalibration of how the

5    business functions.

6      Q.  You'd need to start paying

7    employment taxes like other businesses have

8    to pay, right?

9      MS. LEVY:  Object to form and

10     foundation.

11     A.  I don't know all the legal and tax

12   ramifications of the employment model.

13     Q.  You'd have to admit that you had

14   the ability to control and supervise and

15   monitor these drivers, right?

16     A.  I'm not sure I understand that

17   question.

18     Q.  Okay.  Well, let's see what you-all

19   said in your filings with the Securities and

20   Exchange Commission about this.  Okay?

21     A.  Sure.

22       MS. WALSH:  And for that, we'll

23       look at what's gonna be Exhibit 1924

24       to your deposition, which is AW140.

25         (Exhibit 1924, 12/31/2023 Uber

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Form 10-K, was marked for

3      identification.)

4      Q.  Do you recognize this document,

5  Mr. Dobbs?

6      A.  What year is this from?

7      Q.  This is for the fiscal year ending

8  December 31, 2023.

9      A.  I don't know that I've seen this

10  particular 10-K.  I have seen an Uber 10-K

11  before though.

12      Q.  Okay.  This is an annual report

13  pursuant to Section 13 or 15(d) of the

14  Securities Exchange Act of 1934, correct?

15      A.  That appears to be correct.

16      Q.  Filed on behalf of Uber

17  Technologies, Inc., correct?

18      A.  Yes.

19      Q.  It's very important to be truthful

20  in a document like this, right, Mr. Dobbs?

21      A.  I would generally expect Uber to be

22  truthful in this document.

23      Q.  One of the things Uber needs to do

24  in this document is disclose risks to its

25  business, correct?

1      C. Dobbs - Highly Confidential

2      A.  Yes.

3      Q.  Okay.  So let's look at page 10 of

4    this document, which summarizes the risks to

5    Uber's business.  It says:

6           Risk factor summary.  The following

7    are some of these risks, any of which could

8    have an adverse effect on our business

9    financial condition, operating results or

10   prospects.

11          Right?

12      A.  That's what it says.

13      Q.  And it says:

14          Our business would be adversely

15   affected if drivers were classified as

16   employees, workers or quasi-employees instead

17   of independent contractors.

18          Right?

19      A.  That's right.

20      Q.  And then this document goes on

21   explaining exactly why classifying Uber's

22   drivers as employee, workers or

23   quasi-employees would be bad for Uber's

24   business.

25          And to see that, let's look at

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2   page 49 of the document, please.  And if we

3   look under the section Driver Classification

4   Developments.

5        Do you see that?

6   A.  I do.

7   Q.  It says:

8        The classification of drivers is

9   currently being challenged in courts by

10  legislators and by government agencies in the

11  United States and abroad.

12       Do you see that?

13  A.  I do.

14  Q.  We are involved in numerous legal

15  proceedings globally, including putative

16  class and collective class action lawsuits,

17  Demand For Arbitration, charges and claims

18  before administrative agencies and

19  investigations or audits by labor, Social

20  Security and tax authorities that claim that

21  drivers should be treated as our employees or

22  as workers or quasi-employees where those

23  statuses exist rather than independent

24  contractors.

25       Do you see that?

1      C. Dobbs - Highly Confidential

2      A.  I do see that.

3      Q.  So there are folks out there who

4   disagree with Uber's insistence on

5   maintaining this independent contractor

6   model, right?

7      A.  As I said --

8         MS. LEVY:  Objection to form.

9         You can answer.

10      A.  -- as I said previously, there are

11  certainly folks who believe that drivers on

12  the platform should be employees, but a vast

13  majority do not think that.  A vast majority

14  of the drivers prefer to be independent

15  contractors.

16      Q.  Okay.  If we look at -- and that's

17  your testimony on behalf of Uber, Mr. Dobbs?

18      A.  That's right.

19      Q.  Okay.  If we look at the next

20  paragraph, do you see where it says:

21         If, as a result of legislation or

22  judicial decisions, we are required to

23  classify drivers as employees, workers or

24  quasi-employees where those statuses exist,

25  we would incur significant additional

1       C. Dobbs - Highly Confidential

2    expenses for compensating drivers.

3        Do you see that?

4    A.  I do.

5    Q.   So it would cost Uber more to pay

6    drivers if they were treated as employees,

7    right?

8    A.   Yes.  This outlines that there are

9    certain new costs that would exist.  There

10   potentially would be some costs that would --

11   would go away in that model.

12   Q.   Okay.  Well, the costs that would

13   be added are expenses associated with the

14   application of wage and hour laws, right?

15   A.   That's listed here.

16   Q.   Including minimum wage, overtime

17   and meal and rest period requirements, right?

18   A.   That's listed.

19   Q.   Uber doesn't have to meet any of

20   those requirements for its drivers now, does

21   it?

22   A.   Not explicitly, no.

23   Q.   Okay.  Uber would also have

24   expenses associated with employee benefits,

25   right?

Chad Dobbs  Highly Confidential
August 21, 2025

1    C. Dobbs - Highly Confidential

2    A.  That is listed here as well.

3    Q.  And Social Security contributions,

4  right?

5    A.  That is also listed.

6    Q.  Taxes, direct and indirect, and

7  potential penalties, right?

8    A.  That's what the document says.

9    Q.  Okay.  And then it does go on to

10  the point you've been making.  It says:

11       Additionally, we may not have

12  adequate driver supply as drivers may opt out

13  of our platform given the loss of flexibility

14  under an employment model.

15       Right?

16    A.  That's right.

17    Q.  And it says:

18       Any of these events could

19  negatively impact our business, result of

20  operations, financial position, and cash

21  flows.

22       Right?

23    A.  That's what the document says.

24    Q.  Okay.  So Uber has insisted on

25  maintaining this independent contractor

1      C. Dobbs - Highly Confidential

2   model, correct?

3      A.   Again, it's the business model that

4   we have, and it's the business model we would

5   like to keep because that business model is

6   consistent with what the vast majority of

7   drivers have told us they want.  And it is

8   consistent with how we have built the

9   business successfully over many years.

10      Q.   Okay.  And what you describe in

11   this document to the Securities and Exchange

12   Commission is one of the reasons you've

13   maintained it is because of all the

14   additional expenses that you would incur as a

15   business if you weren't able to maintain the

16   independent contractor model, right?

17      MS. LEVY:  Object to form.

18      A.   This is laying out the risks

19   associated with our business at large.  One

20   of those risks would be if the courts or

21   laws, or however it be determined, mandate

22   that drivers be classified as employees.  And

23   if that were to be the case, there would be,

24   you know, certain implications, such as some

25   additional costs that are listed here.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      Q.   Including having to make sure you

3   were paying drivers at least minimum wage,

4   right?

5      A.   Minimum wage is on this list.

6      Q.   Mr. Dobbs, this continues to be --

7   Uber continues to maintain its independent

8   contractor model today, correct?

9      A.   We do.

10      Q.   Uber has known for years, however,

11   that its independent contractor model is a

12   significant problem when it comes to helping

13   to protect the safety of riders on the

14   platform, right?

15      MS. LEVY:  Object to form.

16   Foundation.

17      A.   No.  I don't believe that's the

18   case.

19      Q.   Well, Uber has been discussing, at

20   least as far back as 2017, about how its

21   independent contractor model constrains its

22   ability to protect the safety of riders on

23   this platform, right?

24      A.   There may be some implications of

25   the independent contractor model and how, you

1    C. Dobbs - Highly Confidential

2   know, safety -- safety initiatives on our

3   platform, but I don't think that those two

4   things are directly linked together.  You

5   know, Uber does many, many things to maintain

6   and protect the safety of the individuals on

7   our platform despite the fact that we have an

8   independent contractor model.

9    Q.  Okay.  Let's take a look at a

10  document where Uber, before this lawsuit was

11  brought, discusses the reality of how its

12  independent contractor model affects safety.

13       MS. WALSH:  For that we're gonna

14    look at what will be Exhibit 1925 to

15    your deposition, which is AW137.

16       (Exhibit 1925, Sexual

17    Assault/Misconduct Reduction Strategy,

18    Bates UBER_JCCP_MDL_000251111, was

19    marked for identification.)

20    Q.  Let me know when you've got that

21  up.

22    A.  Just quickly flipping through now.

23       (Document review.)

24       Okay.

25    Q.  Okay.  And this document, you can

Chad Dobbs  Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    see that the date on this document if we look

3    at the top, it was created on February 17,

4    2017, right?

5       A.   Yes.

6       Q.   And it says the title is Sexual

7    Misconduct -- well, I'll withdraw that.

8           If we scroll down to the next -- to

9    the actual document, you see the title is

10   Sexual Assault/Misconduct Reduction Strategy.

11          Right?

12          MS. LEVY:  Alex, can we get the no

13     waiver stipulation, please, on this

14     one too?

15          MS. WALSH:  Yes, you can.

16          MS. LEVY:  Thank you.

17      Q.   And if you scroll down to the

18   Overview, you see where it says:

19          Safety & Insurance strives to make

20   Uber the safe and trusted transportation

21   choice for everyone, everywhere, and a key

22   element to achieving that mission is a

23   cross-functional goal to eradicate all sexual

24   misconduct incidents from the Uber ecosystem.

25          Do you see that?

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      A.  I do.

3      Q.  At least in 2017, Uber had a goal

4  of eradicating all sexual misconduct

5  incidents from the Uber ecosystem, correct?

6      A.  That's what was listed here.  If it

7  gets, you know, aspirational, we obviously do

8  not want any sexual misconduct.  We don't

9  want any serious safety issues on our

10  platform regardless of what happens.

11        You know, I don't think this is

12  unfortunately a realistic goal, but it's

13  something we should strive to do and we

14  should strive to make improvements on our

15  platform and add features to our platform and

16  change policies on our platform to hopefully

17  reduce the number of these incidents

18  happening year after year.

19      Q.  Okay.  Before this lawsuit was

20  brought, Uber stated internally in an

21  internal document that its goal was to

22  eradicate all sexual misconduct incidents

23  from the Uber ecosystem.  That is the

24  statement in this document, correct?

25        MS. LEVY:  Object to form and

Chad Dobbs  Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     scope.  We're beyond the topic for

3     this witness.

4         You can answer in your personal

5     capacity.

6     A.  This is saying that -- I think this

7   document is proposing that there should be a

8   goal, and I think also that goal should be

9   thought of as aspirational.  You know, it

10  says before the section that you've

11  underlined:

12        A key element to achieving that

13  mission.

14        So that implies, you know, this

15  isn't yet something that has been adopted.

16  But also, you know, as I've said, like, it's

17  unfortunately going to be impossible to

18  eradicate all sexual misconduct that happens

19  on our platform.  That, that's simply, you

20  know, not gonna happen and possible to do.

21  And so I wouldn't hold this as, like, the

22  goal of, you know, we're not gonna get there.

23        We're gonna keep trying to get

24  there, and we're gonna keep making progress.

25  But, you know, there are factors outside of

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2  Uber's control that unfortunately mean that

3  these really serious and awful incidents will

4  continue to occur.

5      Q.   Uber should do everything it can to

6  try to achieve that goal of eradicating all

7  sexual misconduct incidents from the Uber

8  ecosystem, correct?

9      A.   I think broadly Uber needs to

10  prioritize doing what we can to eradicate

11  sexual misconduct.  I think everything we

12  can, I think that's a tough -- a tough one to

13  fully grapple with 'cause I don't entirely

14  know what that means.  But Uber certainly has

15  taken the stance that we are going to think

16  through and try things out and experiment

17  with things and release new features and try

18  to make progress on this issue because it

19  really matters to us.

20      Q.   It doesn't matter to you enough to

21  get rid of your independent contractor model,

22  does it?

23      MS. LEVY:  Object to form and

24      foundation.

25      A.   I don't see those things as

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    connected one bit.  If we were to get rid of

3    our independent contractor model, there's no

4    bearing on the safety on our platform.  Those

5    two things are not connected in any way in my

6    mind.

7        Q.   Okay.  Well, let's see what this

8    document from -- this internal document that

9    we received from Uber's file says about

10   whether there's a connection.  It says:

11        To obtain our goal, our goal of

12   eradicating all sexual misconduct incidents

13   from the Uber ecosystem, as a company we need

14   to navigate and align on four core

15   environmental contexts.

16        Do you see that?

17     A.  I do.

18     Q.   And Number 2 says:

19        Uber's business model provides a

20   unique challenge to solving this problem.

21        Do you see that?

22     A.  I do.

23     Q.   And the problem is the problem of

24   sexual assault and sexual misconduct

25   incidents in the Uber ecosystem, correct?

1      C. Dobbs - Highly Confidential

2          MS. LEVY:  Object to the form.

3      A.   The problem that this is referring

4   to is, yes, sexual assault and misconduct.

5      Q.   Okay.  It says:

6          In January of 2017, Uber had over

7   2.6 million active drivers, with an even

8   larger rider base.  The sheer size of this

9   population means that monitoring, changing

10  and creating stronger accountability for

11  behavior must occur with one of the largest

12  independent contractor workforces in the

13  world and with millions of consumers.

14         Right?

15     A.   I believe you read that correctly.

16     Q.   And it says:

17         Because of our independent

18  contractor model, there are very specific

19  constraints in the amount of mandated

20  training and interventions that could be

21  imposed.

22         Do you see that?

23     A.   I do.

24     Q.   And Uber knows that mandated

25  trainings and interventions are something

Chad Dobbs  Highly Confidential
August 21, 2025

1    C. Dobbs - Highly Confidential

2    that can at least help reduce sexual assault

3    and sexual misconduct from occurring, right?

4        A.  I think it depends on the specifics

5    of those trainings and interventions, but

6    certainly some could help, some may not.

7        Q.  It says:

8            In our current ecosystem, the

9    majority of individual drivers do not define

10   their primary identity as an Uber driver and

11   may have very minimal interactions with other

12   Uber drivers.

13           Did I read that correctly?

14       A.  You did.

15       Q.  It says:

16           The presence or lack of a normative

17   environment is a key component to

18   successfully or unsuccessfully --

19           MS. WALSH:  Can you please

20       underline that, Diane?

21       Q.  It says:

22           The presence or lack of a normative

23   environment is a key component to

24   successfully or unsuccessfully encouraging

25   behavior changes.  This current lack of

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    community makes it difficult to have a common

3    underlying identity for our drivers that

4    encourages good behavior.

5         Do you see that?

6    A.  I do.

7    Q.  Okay.  Mr. Dobbs, Uber has achieved

8    many of its important financial metrics

9    driven by driver and rider growth in recent

10   years, correct?

11   A.  Some, yes.  Some, no.

12   Q.  Okay.

13        MS. WALSH:  Well, let's take a

14        look at what we're gonna mark as 1926

15        to your deposition, which is AW107.

16        (Exhibit 1926, 2025 Proxy

17        Statement and Notice of Annual Meeting

18        of Stockholders, was marked for

19        identification.)

20   Q.  And this is Uber's 2025 Proxy

21   Statement, correct?

22   A.  Appears to be.

23   Q.  Okay.  And are you familiar with

24   this document?

25   A.  I don't think I've seen this

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    document before.

3        Q.  Let's take a look.

4        A.  Sorry.  Give me one second to pull

5    it up on my end.  It's 1926; is that right?

6        Q.  Yes.

7        A.  Okay.  Thanks.  All right.  I've

8    got it up.  Give me five seconds just to

9    kinda flip through here to familiarize myself

10   with this.

11       (Document review.)

12       Okay.  I'm happy to jump in.

13       Q.  If you scroll down to PDF 3, we

14   have a letter from the chairperson of Uber's

15   board, correct?

16       A.  Yes, that's right.

17       Q.  And this is Mr. Ron Sugar, right?

18       A.  It is.

19       Q.  Who had the colorful language about

20   the confetti and the champagne, right?

21       A.  That was in his email.

22       Q.  Okay.  And here what he says is:

23       Uber ended 2024 with its strongest

24   quarter ever, reaching all-time highs for

25   trips, gross bookings and adjusted EBITDA.

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2          Do you see that?

3      A.  I do.

4      Q.   He goes on to say:

5          Dear Stockholders, On behalf of our

6  entire board we thank you for your continued

7  support of Uber.  2024 was a year of

8  continued strong operational performance.

9  Uber ended 2024 with its strongest quarter

10  ever, reaching all-time highs for trips,

11  gross bookings and adjusted EBITDA.

12          Do you see that?

13      A.  I do.

14      Q.   It says:

15          The company delivered 21 percent

16  year-over-year growth in four of the last

17  five quarters and, even more remarkably, its

18  full year 2024 growth of 21 percent

19  year-over-year accelerated beyond the strong

20  performance to deliver in 2023.

21          Do you see that?

22      A.  I do.

23      Q.   Okay.  And you can see -- so these

24  are the metrics that Mr. Sugar chose to

25  emphasize in the letter in Uber's 2025 proxy

1      C. Dobbs - Highly Confidential

2   statement, right?

3      A.   Yes.  This is what he emphasized,

4   which, you know, I think is probably

5   consistent with what stockholders would

6   expect to see.

7      Q.   Okay.  He does reference below, and

8   not in the bolded part, but he does reference

9   below, he says:

10         In 2024, we published our third US

11   safety report reflecting our continued

12   commitment to safety.

13         Do you see that?

14      A.   I do.

15      Q.   Okay.  So that's what he's got to

16   say about safety in this opening letter,

17   right?

18      A.   Yeah.  He has a whole paragraph on

19   safety in his very brief letter.

20      Q.   Well, he's got a sentence on

21   safety, right?

22      A.   Yeah.  He's got a sentence on

23   safety.

24      Q.   He doesn't disclose here that the

25   board had been informed at this time that the

1        C. Dobbs - Highly Confidential

2    rate of critical sexual assaults in the

3    United States had increased in 2024, does he?

4        MS. LEVY:  Object to form,

5      foundation and scope.

6        A.   There's not additional detail

7    beyond the statements and this letter.

8        Q.   Okay.  And I'll represent to you

9    that that detail is not disclosed anywhere in

10    this proxy statement, Mr. Dobbs.

11        Let's take a look at what the board

12    was told internally though.

13        MS. WALSH:  And for that, we're

14      gonna look at what will be 1927 to

15      your deposition, which is AW084.

16        (Exhibit 1927, Talking Points,

17      May 7th Safety At Uber Q2 2024 BOD,

18      Bates UBER_JCCP_MDL_003602990, was

19      marked for identification.)

20        Q.   And let me know when you have that

21    one up.

22        MS. LEVY:  I don't want to

23      interrupt question by question, but

24      my -- I'd like a standing objection to

25      this line of questioning; beyond the

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2      scope of any of the topics.

3         MS. WALSH:  Okay.  And we'll see

4      where this document deals with Uber's

5      efforts to increase the number of

6      riders and the number of drivers.

7      Q.   Okay.  Let me know when you're

8   ready.

9      A.   Okay.

10      Q.   Okay.  You can see that the date

11   this document was created was April 15, 2024,

12   right?

13      A.   Yes, that's right.

14      Q.   And the title is Talking Points

15   May 7th Safety at Uber Q2 2024 BOD, right?

16      A.   That's the title.

17      Q.   And "BOD" means board of directors,

18   right?

19      A.   Correct.

20      Q.   And if you scroll down to the first

21   page, you can see at the top where it says:

22   Q2 2022 BOD.

23         Do you see that?

24      A.   Yes, I do.

25      Q.   Okay.  But we can tell from the

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2     rest of the document that appears to be a

3     typo, correct?

4        A.  Sorry.  I don't know -- why are we

5     assuming that's a typo?

6        Q.  Well, if you look underneath on

7     Overview, it says:  Tuesday, May 7th.

8           Do you see that?

9        A.  I do.

10       Q.  Okay.  And you saw above in the

11    metadata that we looked at that this document

12    was created in 2024?

13       A.  Oh, okay.  I see.  You're saying

14    not 2022.  I was focused on the Q2 element of

15    it.  Yes.  You're saying this should've said

16    Q2 2024.  That seems accurate.

17       Q.  Okay.  If we scroll forward to

18    PDF 3, it says -- it looks like this is a

19    presentation that is going to be made by Gus

20    Fuldner and other people, other senior

21    executives at Uber.

22           Do you see that?

23       A.  Yes, that's right.

24       Q.  It says:  Safety at Uber.

25           And it lists Gus Fuldner, Sachin

Chad Dobbs   Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    Kansal and Roger Kaiser, right?

3        A.  It does.

4        Q.  And the date is May 7, 2024, right?

5        A.  Correct.

6        Q.  And what I want to direct your

7    attention to is the next slide says:  Safety

8    Trends.

9          Do you see that?

10       A.  I do.

11       Q.  And this part is being provided

12   being presented by Roger Kaiser, right?

13       A.  It is.

14       Q.  At the time, he was the global head

15   of safety for Uber, correct?

16       A.  That's right.

17       Q.  Okay.  And he is no longer at Uber,

18   correct?

19       A.  I believe that's right.

20       Q.  And currently, there's no one who

21   occupies the position of global head of

22   safety at Uber, correct?

23       A.  I'm not sure.

24       Q.  Okay.  If we look down, he has a

25   section on critical sexual assaults in his

1      C. Dobbs - Highly Confidential

2   notes.

3        Do you see that?

4      A.  I do.

5      Q.  It says:

6        The overall incident rate did

7   increase on the top line.

8        Right?

9      A.  Yes.

10     Q.  Okay.  And then if you scroll down

11  further you can see where -- to the next

12  page, he has a reference to:  Jump to IR Q&A

13  Prep.

14        Do you see that?

15     A.  I do.

16     Q.  And "IR" is a reference to incident

17  rate, correct?

18     A.  It could be.  "IR" could be a

19  variety of different things.

20     Q.  Okay.  Well, let's -- let's jump

21  down to the IR Q&A Prep, and to do that we

22  will go to PDF 9.

23        MS. WALSH:  Yeah.  If you zoom in

24     on the bottom half of this document.

25     Q.  Do you see where it says:

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2         Critical IR 2022 to 2023

3   Year-Over-Year Question & Answer.

4         Do you see that?

5      A.  I do.

6      Q.   So do you agree that "IR" refers to

7   incident rate?

8      A.  It appears to be that, yes.

9      Q.   Okay.  And it says:

10         Question:  How does US only trend

11   for this time period, 2022 to 2023?

12         Right?

13      A.   Yes.

14      Q.  It says:

15         Unlike global numbers, all KPIs

16   increased year on year.

17         Do you see that?

18      A.  I do see that.

19      Q.   The second question is:

20         Against whom are fatal assaults --

21         The second question is:

22         Against whom are fatal assaults or

23   critical assaults reported?

24         Do you see that?

25      A.  I do.

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  It says:

3          Sexual assaults 60/40 reported

4   against driver versus rider.

5          Right?

6      A.  Yes.

7      Q.  Okay.  But then if we look at this

8   reference table below, do you see where the

9   numbers that are included in this document

10   that's in the Q&A section for this

11   presentation to the board looks specifically

12   at the incident rates for -- for the US in

13   this bottom two rows.

14          Do you see that?

15      A.  I do see that.

16      Q.  Okay.  And the third row is US both

17   LoBs, right?

18      A.  Yes.

19      Q.  And "LoB" is line of business,

20   correct?

21      A.  Yes.

22      Q.  Meaning both Mobility and Eats,

23   right?

24      A.  Correct.

25      Q.  And it says:

1      C. Dobbs - Highly Confidential

2          For US (both lines of business)

3    critical sexual assault up 7 percent.

4          Right?

5      A.  That's right.

6      Q.  And fatal assaults up 32 percent,

7    right?

8      A.  That's correct.

9      Q.  And for US (Mobility only), do you

10   see that -- that row?

11     A.  I do.

12     Q.  And that's referring to Uber Rides,

13   right?

14     A.  It is.

15     Q.  It says fatal crashes are up

16   13 percent, right?

17     A.  Yes.

18     Q.  It says that critical sexual

19   assaults are up 6 percent, right?

20     A.  Yes.

21     Q.  And it says fatal assaults are up

22   22 percent, right?

23     A.  It does.

24     Q.  And that is the data that is

25   provided in this document in preparation for

1      C. Dobbs - Highly Confidential

2   discussions with Uber's board of directors

3   for 2022 to 2023, right?

4      A.  That's right.

5      Q.  Okay.  And we didn't see those

6   numbers disclosed in that introductory letter

7   from Mr. Ron Sugar in the Uber's 2025 Proxy

8   Statement, did we?

9      A.  No.  These details were not

10  included there.

11     Q.  Okay.

12        MS. WALSH:  With that, and subject

13     to our agreements, Jenny, I will pass

14     the witness.

15        MS. LEVY:  Thank you.

16  EXAMINATION BY

17  MS. LEVY:

18     Q.  Good afternoon, Mr. Dobbs.

19     A.  Hello.

20     Q.  Let me turn my camera so you can

21  look into your camera.

22        Introduce yourself, please, to the

23  jury.

24     A.  Sure.

25        I've been at Uber for 12 years.

Chad Dobbs  Highly Confidential
August 21, 2025

1        C. Dobbs - Highly Confidential

2    It's been a long and fun and interesting

3    journey.  Really passionate about what Uber

4    does.

5            I really love the local connection

6    of what I do and the cities we operates.  And

7    we have to kind of think about the nuances

8    of -- you know, I'm sitting in New York City,

9    how our business works in New York City

10   versus how it works in San Francisco versus

11   how it works in Detroit, Michigan.

12           I like that the real world impact

13   that the work that we do, and that's what

14   kind of motivates me and has kept me around

15   at Uber as long as I have been here.

16       Q.   How did you come to work at Uber?

17       A.   A bit of a random connection.  I

18   got a LinkedIn message from someone that I

19   knew who was working at Uber, and he said

20   they're looking to hire people.  And I was in

21   a job that I wasn't loving at the moment and

22   I said, This sounds like a pretty interesting

23   opportunity to join a new company that's

24   doing big things and seemingly, you know, had

25   big aspirations.  And again, I really liked

1      C. Dobbs - Highly Confidential

2   the tangibility of what we did.

3        I was previously working in

4   consulting.  I didn't feel like my work

5   really mattered.  And coming to Uber, you

6   know, it's a product that I can use and my

7   friends can use and, you know, people are

8   using both as riders and drivers across the

9   world, which is pretty impactful.  And so

10  that drew me to Uber and, again, is part of

11  what has kept me here.

12        MS. WALSH:  Let me just lodge an

13     objection against both of these

14     questions as being outside the scope

15     and certainly in need of redirect

16     given the nature of the responses.

17     Q.  Can you talk about the roles you

18  held at the company in the 12 years you

19  worked at Uber?

20     A.  Sure.

21        I've had a bunch of different

22  roles.  As I mentioned earlier, you know, I

23  work -- I've worked within our local

24  operations team throughout.

25        When I started, I was one person on

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2   a small team helping to kinda really build

3   and grow the business in New York City.  Our

4   team eventually launched our business in

5   New Jersey and Upstate New York and

6   Connecticut.  And then the team grew to

7   expand to cover Pennsylvania and Delaware.

8          And kind of as the team grew, I

9   kinda grew in seniority and went from being

10   one person on the team to a person leading a

11   small team to a person leading a bigger team.

12          And so I've been able to grow my

13   role and grow my responsibility both in terms

14   of the size of the team that I've led but

15   also the geographic coverage.

16      Q.   What kinds of issues do you work on

17   today at your job at Uber?

18          MS. WALSH:  Objection.  Outside

19      the scope.

20      A.   It can be anything and everything.

21   We talked a lot about today, you know, Uber's

22   primary focus is often, you know, how do we

23   make the platform better for both riders and

24   drivers.  And so we get feedback from riders

25   and drivers all the time of this thing

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2  doesn't quite work or what if you built this

3  thing or what if you change this thing in a

4  particular way.

5          And I find those things really

6  interesting.  They're interesting problems to

7  solve because you oftentimes hear different

8  things from different customers, and so you

9  have to figure out, you know, what's the best

10  path forward.  And oftentimes we try things

11  that don't work perfectly and we gotta change

12  those and we gotta do it differently or

13  better the next time.

14          And so I think that kind of the

15  building and adjusting and iterating and

16  improving over time is what I enjoy doing

17  day to day.

18      Q.  Do you, yourself, use the Uber

19  platform?

20          MS. WALSH:  Objection.  Outside

21      the scope.

22      A.  I'm --

23          MS. WALSH:  You're opening the

24      door to a major redirect.

25          Go ahead.

Chad Dobbs   Highly Confidential
August 21, 2025

1    C. Dobbs - Highly Confidential

2    Q.  You can answer.

3    A.  I do.  I'm a regular user of Uber's

4  platform both on the Rides side and the Uber

5  Eats side.

6         MS. LEVY:  I don't have any

7    further questions at this time,

8    subject to additional questioning by

9    Plaintiffs' counsel.

10        MS. WALSH:  I am going to state

11    for the record now that, as I

12    indicated that depending on the nature

13    of the responses to the questions, I

14    would reserve my right to have time to

15    do a redirect.  I am -- he has

16    certainly opened the door to a

17    redirect, including with his reference

18    to the impact that Uber has had and

19    his motivation for working at Uber and

20    the discussion of the work that he has

21    done at Uber, which is not something

22    that I asked about intentionally.

23        And so it is not possible for me

24    to both ask questions about the

25    case-specific documents and to do that

Chad Dobbs  Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     redirect at this time.

3         In addition, our position is that

4     the deposition protocol is clear that

5     we are not limited to seven hours.

6     And so with that, I think we need to

7     bring this issue to the judge because

8     we are likely to need additional time

9     with this witness.

10        MS. LEVY:  I am in fervent

11    disagreement with that.  We -- I asked

12    this witness the exact questions I

13    told you when we were talking on the

14    phone that I would ask him.  You are

15    permitted right now to redirect him.

16    If you have redirect, you should

17    proceed with that.

18        MS. WALSH:  And you told me the

19    questions and I told you that

20    depending on the answers we would

21    reserve our right to do redirect.

22        MS. LEVY:  And I'm allowing you to

23    go ahead.  We have additional time

24    before we have to go, so you can

25    proceed with your redirect if you have

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2    it.

3        MS. WALSH:  Okay.  It's absolutely

4    gonna take --

5        MS. LEVY:  Minute for minute based

6    on what I did in my direct.

7        MS. WALSH:  Okay.  Let's go off

8    the record so that we can see exactly

9    how many minutes there are and so I

10    can see -- so that I can get myself

11    organized for redirect.

12        MS. LEVY:  Agree.

13        THE VIDEOGRAPHER:  The time is

14    22:53 UTC time, and we are off the

15    record.

16        (Off the record.)

17        THE VIDEOGRAPHER:  The time is

18    23:03 UTC time, and we're back on the

19    record.

20    EXAMINATION BY

21    MS. WALSH:

22    Q.   Okay.  Mr. Dobbs, I think you said

23    in answer to your counsel's question, you

24    talked about what brought you to Uber and

25    what has motivated you to stick around for so

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2  long, right?

3        MS. LEVY:  Objection to form.

4      A.  I did.

5      Q.   And I noticed that you didn't

6  mention the compensation that you received

7  from Uber, did you?

8      A.  I did not explicitly go on about

9  compensation.

10     Q.   What's your 2025 salary?

11     A.   About $250,000.

12     Q.   Okay.  And what was your salary in

13  2024?

14     A.   A little bit less than that.

15     Q.   And what bonus did you receive?

16     A.   Around $60,000.

17     Q.   And what stock options did you

18  receive?

19     A.   I don't know the exact value, but

20  something probably around 300- or $400,000.

21     Q.   Okay.  And are all the stock

22  options vested?

23     A.   I guess what I'm referring to as

24  the stock options, it would've vested in the

25  year you asked about.

1      C. Dobbs - Highly Confidential

2      Q.  Okay.  So for stock options, do you

3   have -- you have stock options that are

4   vested, right?

5      A.  I do.

6      Q.  And what is the value of your

7   options in Uber stock that have vested,

8   total?

9      A.  Total over all time?

10     Q.  Yes.

11     A.  I've sold a number of those shares,

12   so it's a little bit difficult to calculate

13   because those have been sold at different

14   values, but, you know, probably somewhere

15   between 3 and $5 million.

16     Q.  Okay.  So 3 and $5 million in stock

17   options that have vested, some or all of

18   which you've sold for cash, right?

19     A.  Some of which I've sold for cash.

20     Q.  Okay.  You also have stock

21   options -- options in Uber stock that have

22   not vested, right?

23     A.  Technically they're not options

24   anymore, but it's equity that has not yet

25   vested.

Chad Dobbs  Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     Q.   And what's the value of that?

3     A.   It depends on the future stock

4  price what the exact value will be.

5     Q.   What is the value estimated today?

6     A.   I think the value estimated today

7  of the future vesting equity is probably a

8  little over a million dollars.

9     Q.   Okay.  And in order for you to

10  obtain that million dollars, you have to stay

11  at Uber, correct?

12     A.   If I wanted to obtain some or all

13  of that million dollars, I would need to stay

14  at Uber.

15     Q.   And what about the stock options

16  that have vested and where you've been able

17  to sell those options for cash, you wouldn't

18  have been able to do that if you hadn't

19  stayed working at Uber, correct?

20     A.   Well, I could've -- I could've left

21  Uber and still sold stock after I left Uber.

22     Q.   Okay.  But does the vesting, the

23  value of those restricted stock units, that

24  it requires you to stay at Uber for a certain

25  amount of time, correct?

Chad Dobbs   Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     A.   The vesting happens over a period

3  of time.

4     Q.   Okay.  The stock options don't vest

5  if you leave the company, correct?

6     A.   Right.  If you leave the company,

7  you wouldn't get the equity that vests in the

8  future.

9     Q.   Okay.  So the millions of dollars

10  that you've been able to make by selling your

11  vested stock options, that has happened

12  because you've stayed working at Uber over

13  these years, correct?

14     A.   I have been paid by Uber because I

15  have continued to be employed by Uber.

16     Q.   And if you had left Uber, those

17  unvested stock options wouldn't have had the

18  value -- they wouldn't have provided the

19  value to you that they have provided, right?

20     A.   If I no longer worked at Uber, I

21  would no longer get paid by Uber.

22     Q.   I'm talking specifically about your

23  stock options, Mr. Dobbs.

24          When did you first receive stock

25  options from Uber?

Chad Dobbs  Highly Confidential
August 21, 2025

1     C. Dobbs - Highly Confidential

2     A.  I received a grant when I started

3  working at Uber in 2013.

4     Q.  Okay.  And some -- some percentage

5  of those options were not vested, correct?

6     A.  I think at that point none of them

7  were vested.

8     Q.  Okay.  And those unvested stock

9  options would not have had value to you if

10  you haven't stayed at Uber for as long as you

11  have, right?

12     A.  I don't think that's entirely

13  accurate.  Those -- that equity vested over

14  four years, and so after four years, that,

15  you know, doesn't -- wouldn't have mattered

16  if I stayed 5 years or 10 years or 12 years.

17     Q.  Okay.  The stock -- that equity

18  that you had in the company became much more

19  valuable after the company's IPO, correct?

20     A.  It actually became less valuable

21  after the IPO.

22     Q.  Okay.  But over time --

23     (Cross-talk.)

24     MS. LEVY:  We're out of time.

25     I'll let you wrap up this question.

1      C. Dobbs - Highly Confidential

2      Q.   It's gone up over time, correct?

3      A.   Generally, things have gone up over

4   time but there have been some significant

5   downward turns as well.

6      Q.   Okay.  Notwithstanding those

7   downward turns, you have made millions of

8   dollars through your sale of Uber stock,

9   correct?

10     A.   I have been fortunate enough to

11   make a good amount of money through selling

12   Uber stock.

13     Q.   Millions of dollars, right?

14     A.   That's right.

15     MS. WALSH:  Okay.  Thank you very

16   much, Mr. Dobbs.

17     MS. LEVY:  Thank you, Counsel.

18     And Mr. Dobbs, your deposition is

19   complete.

20     THE VIDEOGRAPHER:  Anything else

21   for the record?

22     MS. LEVY:  No.  Thank you,

23   everybody.

24     THE VIDEOGRAPHER:  The time is

25   23:09 UTC time, and that concludes the

Chad Dobbs   Highly Confidential
August 21, 2025

1       C. Dobbs - Highly Confidential

2    deposition.

3        Thank you, everyone.

4     (Concluded at 7:09 p.m. Eastern Time)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Chad Dobbs  Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2

3           J U R A T

4

5

6           I, CHAD DOBBS, do hereby certify

7      under penalty of perjury that I have

8      read the foregoing transcript of my

9      deposition taken on AUGUST 21, 2025;

10      that I have made such corrections as

11      appear noted herein in ink, initialed

12      by me; that my testimony as contained

13      herein, as corrected, is true and

14      correct.

15

16

                _____
17                CHAD DOBBS

18

19
   Subscribed and sworn to before me
20
   This _____ day of _____, 20__.
21

22  _____
         NOTARY PUBLIC
23

24

25

1      C. Dobbs - Highly Confidential

2   ------------------I N D E X------------------

3   WITNESS:     CHAD DOBBS

4   EXAMINATION BY:
   PAGE

5
   MS. WALSH                           6
6
   MS. LEVY                      424
7
   MS. WALSH                       431
8

9

10   ---------------E X H I B I T S--------------

11
   NUMBER              DESCRIPTION        PAGE
12

13   Exhibit 1893  Plaintiffs' Amended Notice    24
            of 30(b)(6) Deposition of
14             Uber Technologies, Inc.,
            Rasier, LLC and Rasier-CA,
15             LLC

16   Exhibit 1894  Email, Bates         51
            UBER-MDL3084-000114641
17
   Exhibit 1895  Global Driver All Hands,    67
18         Bates
            UBER_JCCP_MDL_003405397
19
   Exhibit 1896  US&C Strategic Context and   83
20             Ridesharing Priorities,
            Bates
21             UBER_JCCP_MDL_004989798

22   Exhibit 1896  Driver Loyalty Insights &   104
            Strategy, Bates
23             UBER_JCCP_MDL_003341903

24
        (Exhibits continued on next page.)
25

1       C. Dobbs - Highly Confidential

2           (Exhibits continued.)

3   Exhibit 1898  Earner Long Term Value       116
            Update, Bates
4               UBER_JCCP_MDL_002291715

5   Exhibit 1988  US City Ops, Weekly Leads    125
            Stand Up, Bates
6               UBER_JCCP_MDL_005031659

7   Exhibit 1900  Driver 2020, Bates           136
            UBER_JCCP_003742287
8
    Exhibit 1901  Project Boomerang            141
9           Mid-Funnel Campaign, Bates
            UBER_JCCP_MDL_002315434
10
    Exhibit 1902  Email chain, Bates           156
11              UBER_JCCP_MDL_004201586

12  Exhibit 1903  US&C Supply Growth and       175
            Recovery Plan, Bates
13              UBER_JCCP_MDL_005613067

14  Exhibit 1904  Email chain, Bates           188
            UBER_JCCP_MDL_003710117
15
    Exhibit 1905  Email chain with             204
16          attachments, Bates
            UBER_JCCP_MDL_003222380
17
    Exhibit 1906  Email chain, Bates           211
18              UBER_JCCP_MDL_004999484

19  Exhibit 1907  Email chain, Bates           219
            UBER_JCCP_MDL_004998059
20
    Exhibit 1908  Deactivated Driver Sizing    237
21          and Opportunity Update,
            Bates
22              UBER_JCCP_MDL_001641347

23  Exhibit 1909  Email chain, Bates           246
            UBER_JCCP_MDL_002223100
24

25          (Exhibits continued on next page.)

1        C. Dobbs - Highly Confidential

2           (Exhibits continued.)

3   Exhibit 1910  Driver Growth              253
             Brand Campaign, Bates
4               UBER_JCCP_MDL_002322958

5   Exhibit 1911  DK Uber Priorities, Bates   267
             UBER_JCCP_MDL_003944140
6
    Exhibit 1912  Document, Metadata file     281
7             name EX 0125 Kate Parker,
             Vol. II 021425.PDF, Bates
8               UBER_JCCP_MDL_000303417

9   Exhibit 1913  Uber 2018 H2 Brand Trust    285
             Campaign Safety Module,
10            Bates Uber_DOE_0012645

11  Exhibit 1914  Email chain, Bates          296
             UBER_JCCP_MDL_005001416
12
    Exhibit 1915  US&C Safety & Insurance,     300
13            Bates
             UBER_JCCP_MDL_00337623
14
    Exhibit 1916  US and Canada Driver         312
15            Ratings Quality Management
             Policy, Bates
16             UBER_JCCP_MDL_002573995

17  Exhibit 1917  Email chain, Bates          315
             UBER_JCCP_MDL_002030728
18
    Exhibit 1918  Uber Women's Safety &        324
19            Sustainability, Bates
             UBER_JCCP_MDL_000490080
20
    Exhibit 1919  Women Safety Insights,       331
21            Bates
             UBER_JCCP_MDL_000532114
22
    Exhibit 1920  Email chain, Bates          342
23             UBER_JCCP_MDL_003389457

24
         (Exhibits continued on next page.)
25

1         C. Dobbs - Highly Confidential

2              (Exhibits continued.)

3   Exhibit 1921  Email chain with            360
                 attachments, Bates
4                  UBER_JCCP_MDL_005256908

5   Exhibit 1922  Q2 2020 Board meeting AB5    375
                 Update, Bates
6                  UBER_JCCP_MDL_003679533

7   Exhibit 1923  Email chain, Bates          386
                 UBER_JCCP_MDL_005087776
8
   Exhibit 1924  12/31/2023 Uber Form 10-K    395
9
   Exhibit 1925  Sexual Assault/Misconduct    404
10                 Reduction Strategy, Bates
                 UBER_JCCP_MDL_000251111
11
   Exhibit 1926  2025 Proxy Statement and     412
12                Notice of Annual Meeting
                 of Stockholders
13
   Exhibit 1927  Talking Points, May 7th      416
14                Safety At Uber Q2 2024
                 BOD, Bates
15                 UBER_JCCP_MDL_003602990

16

17

18

19

20

21

22

23

24

25

1      C. Dobbs - Highly Confidential

2         C E R T I F I C A T E

3

4   STATE OF NEW YORK        )
                     :  SS.:
5   COUNTY OF RICHMOND      )

6

7         I, CANDIDA BORRIELLO, a Stenographic

8   Court Reporter and Notary Public for and

9   within the State of New York, do hereby

10   certify:

11         That the witness, CHAD DOBBS, whose

12   examination is hereinbefore set forth was

13   duly sworn and that such examination is a

14   true record of the testimony given by that

15   witness.

16         I further certify that I am not

17   related to any of the parties to this action

18   by blood or by marriage and that I am in no

19   way interested in the outcome of this matter.

20         IN WITNESS WHEREOF, I have hereunto

21   set my hand this 21st day of August, 2025.

22

23   _____
            CANDIDA BORRIELLO
24

25

Chad Dobbs   Highly Confidential
August 21, 2025

1      C. Dobbs - Highly Confidential

2     ERRATA SHEET FOR THE TRANSCRIPT OF:

3   Case Name:      UBER TECHNOLOGIES
     Dep. Date:     AUGUST 21, 2025
4   Deponent:      CHAD DOBBS

5   Pg. Ln.  Now Reads     Should Read    Reason

6   ___ ___  _____ _____ _____

7   ___ ___  _____ _____ _____

8   ___ ___  _____ _____ _____

9   ___ ___  _____ _____ _____

10  ___ ___  _____ _____ _____

11  ___ ___  _____ _____ _____

12  ___ ___  _____ _____ _____

13  ___ ___  _____ _____ _____

14  ___ ___  _____ _____ _____

15  ___ ___  _____ _____ _____

16  ___ ___  _____ _____ _____

17  ___ ___  _____ _____ _____

18  ___ ___  _____ _____ _____

19  ___ ___  _____ _____ _____

20          _____
               CHAD DOBBS
21
    SUBSCRIBED AND SWORN BEFORE ME,
22
     This____ day of_____, 20__.
23
    _____
24          Notary Public

25   My Commission Expires:_____

## Exhibits

EX 1893 Chad
Dobbs 082125
  24:8,10
  440:13
EX 1894 Chad
Dobbs 082125
  51:16,18
  440:16
EX 1895 Chad
Dobbs 082125
  66:13 67:5
  262:22
  440:17
EX 1896 Chad
Dobbs 082125
  83:7,10
  104:13
  440:19,22
EX 1897 Chad
Dobbs 082125
  104:10
EX 1898 Chad
Dobbs 082125
  116:10 441:3
EX 1899 Chad
Dobbs 082125
  124:23
EX 1900 Chad
Dobbs 082125
  135:25 136:3
  441:7
EX 1901 Chad
Dobbs 082125
  141:20 441:8
EX 1902 Chad
Dobbs 082125
  156:18,20
  441:10
EX 1903 Chad
Dobbs 082125
  175:5 441:12
EX 1904 Chad
Dobbs 082125
  188:7 441:14

EX 1905 Chad
Dobbs 082125
  204:15
  441:15
EX 1906 Chad
Dobbs 082125
  211:8 441:17
EX 1907 Chad
Dobbs 082125
  219:12
  441:19
EX 1908 Chad
Dobbs 082125
  237:18
  441:20
EX 1909 Chad
Dobbs 082125
  246:7 441:23
EX 1910 Chad
Dobbs 082125
  253:20
  264:21 442:3
EX 1911 Chad
Dobbs 082125
  267:6 442:5
EX 1912 Chad
Dobbs 082125
  281:21,23
  442:6
EX 1913 Chad
Dobbs 082125
  285:19 442:9
EX 1914 Chad
Dobbs 082125
  296:3 442:11
EX 1915 Chad
Dobbs 082125
  300:6 442:12
EX 1916 Chad
Dobbs 082125
  312:12,13
  442:14
EX 1917 Chad
Dobbs 082125
  315:24
  442:17

EX 1918 Chad
Dobbs 082125
  324:6,8
  442:18
EX 1919 Chad
Dobbs 082125
  331:7,9
  442:20
EX 1920 Chad
Dobbs 082125
  342:12
  442:22
EX 1921 Chad
Dobbs 082125
  359:23 360:3
  443:3
EX 1922 Chad
Dobbs 082125
  375:8,10
  376:19 443:5
EX 1923 Chad
Dobbs 082125
  386:20,22
  443:7
EX 1924 Chad
Dobbs 082125
  395:23,25
  443:8
EX 1925 Chad
Dobbs 082125
  404:14,16
  443:9
EX 1926 Chad
Dobbs 082125
  412:16
  443:11
EX 1927 Chad
Dobbs 082125
  416:16
  443:13

## #

#1
  181:8
#hope
  389:18

#velocity
  212:6 213:3

## $

$0.13
  112:24
$0.43
  113:11
$0.66
  114:14
$0.79
  112:13
$1.4
  86:17
$10
  133:19
$114
  339:8
$12.7
  367:16
$1200
  151:16
$14.94
  111:11
$19
  235:11
  236:16
  244:22
$250
  133:18 135:8
  150:20 151:3
  258:13,17,24
  259:3
$250,000
  432:11
$3
  61:13 62:10,
  15,16,23
$30
  349:15
$31
  151:15
  152:3,7
  260:25
  261:6,12

$35
  363:19
$368
  105:19,24
$39
  153:2
$400,000
  432:20
$49
  235:11
$5
  433:15,16
$545
  339:15
$60,000
  432:16
$65
  363:5
$703
  120:24 121:2
  122:15,16
$8.6
  367:11
$9.38
  111:14

( 

(1)
  228:11
(2)
  228:13

+

+1
  159:13
  168:25

−

-------------
-----I
  440:2

-------------
---E
  440:10

0

0.05
  313:16
0125
  281:24 442:7
021425.PDF
  281:25 442:7

1

1
  24:25 26:9,
  18,25 28:19
  55:21
  107:15,25
  108:8,20
  254:23
  258:10,23
  264:24
  280:11
  343:3,9
1.7
  233:7,19
10
  124:4 244:14
  397:3 436:16
10,000
  223:6 224:5
  225:21
  226:5,6
  227:6 228:20
10-K
  396:2,10
  443:8
100
  40:5 299:10
  344:18
104
  440:22
109
  360:16,17

109C
  360:16
10K
  228:13
11
  181:3 316:8
113
  364:9,23
116
  441:3
12
  48:25 52:6
  117:22
  119:15
  120:11,16,25
  121:5,11
  334:14
  424:25
  426:18
  436:16
12-month
  119:8
12.98
  365:22
12/31/2021
  119:4
12/31/2023
  395:25 443:8
121
  194:5
122
  382:24
123
  126:21
1236
  174:18
125
  441:5
1280
  152:3
12:45
  174:20
13
  68:19 288:8
  396:13
  423:16

136
  441:7
13:09
  5:4
14
  296:18
  325:13
141
  441:8
14:30
  82:13
14:44
  82:17
15
  94:11 124:5
  393:22
  417:11
15(d)
  396:13
156
  441:10
1586
  168:19
16
  138:3
165
  233:7
16:04
  154:7
16:15
  154:11
16:50
  187:9
17
  104:19
  182:25 405:3
175
  441:12
17:27
  187:13
18
  142:9 182:22
188
  441:14
1893
  20:12 24:8,
  10 440:13

**1894**
  51:16,18
  440:16
**1895**
  66:13  67:5
  262:22
  440:17
**1896**
  83:7,10
  104:13
  440:19,22
**1897**
  104:10
**1898**
  116:8,10
  441:3
**1899**
  124:23
**19**
  142:20
  236:17  290:6
  322:9
**1900**
  135:25  136:3
  441:7
**1901**
  141:18,20
  441:8
**1902**
  156:18,20
  441:10
**1903**
  175:3,5
  441:12
**1904**
  188:5,7
  441:14
**1905**
  204:13,15
  441:15
**1906**
  211:6,8
  441:17
**1907**
  219:10,12
  441:19

**1908**
  237:16,18
  441:20
**1909**
  246:5,7
  441:23
**1910**
  253:18,20
  264:21  442:3
**1911**
  266:14
  267:3,6
  442:5
**1912**
  281:21,23
  442:6
**1913**
  285:17,19
  322:8  442:9
**1914**
  295:25  296:3
  442:11
**1915**
  300:4,6
  442:12
**1916**
  312:12,13
  322:4  442:14
**1917**
  315:22,24
  442:17
**1918**
  324:6,8,14
  442:18
**1919**
  331:7,9
  332:8  442:20
**1920**
  342:11,12
  343:10
  442:22
**1921**
  359:23
  360:3,14,20
  443:3
**1922**
  375:8,10

  376:19  443:5
**1923**
  386:20,22
  443:7
**1924**
  395:23,25
  443:8
**1925**
  404:14,16
  443:9
**1926**
  412:14,16
  413:5  443:11
**1927**
  416:14,16
  443:13
**1934**
  396:14
**1988**
  125:8  441:5
**19:05**
  276:12
**19:32**
  276:16
**1st**
  229:3

---

**2**

**2**
  59:23  83:18
  211:12
  230:10
  235:11
  254:12,19,23
  325:7  409:18
**2.5**
  80:16  334:23
**2.6**
  410:7
**2.78**
  363:14
**20**
  41:5  106:7,
  13  107:15,25
  108:8,20
  124:5  235:10

  236:12
  237:12  245:2
  439:20
**2009**
  380:10
**2013**
  10:6  436:3
**2016**
  52:6,19  53:9
  54:8  55:18
  59:11  60:21
  63:6,14
**2017**
  68:9,19
  72:17  75:5
  81:16  82:21
  109:2,13
  111:11  263:2
  282:15
  285:5,7
  296:18
  298:13
  403:20  405:4
  406:3  410:6
**2018**
  14:11,22
  15:6,7,9,14,
  16,24  18:18
  19:8  20:18
  82:22,24
  83:4  84:4
  94:10  104:19
  116:20  139:9
  285:19
  286:4,9
  296:23  297:2
  298:7
  300:14,16
  301:17
  305:20
  306:5,19
  309:6  322:19
  323:9  442:9
**2019**
  14:11  84:24
  91:16  98:18
  125:20
  137:24

138:3,10,24
139:9,12
313:4 332:25
333:3,5
334:5 340:22
341:5,24
342:3 343:20
359:9 360:25
362:17
363:3,24
366:10,21
368:5,11,24
369:8,19
370:6 371:7
373:21 378:2

**2020**
136:3 137:18
139:2 142:23
143:10
146:23
147:12
374:13
375:10
376:21,24
377:16 441:7
443:5

**2021**
120:24
142:10
143:3,11
144:2 157:11
158:13
159:18
160:20
163:24
164:19
174:10
175:22 180:3
202:22
211:13,21
214:20,21
220:12
238:13
246:21 249:9
252:13
255:15,22
325:3

**2022**
10:4 14:5,13
15:16,24
18:19 19:9
20:18,19
117:2 133:12
134:24 167:7
255:16,23
266:24
267:12
417:22
418:14
421:2,11
424:3

**2023**
21:9 22:6,8
23:6 315:16
316:8 396:8
414:20
421:2,11
424:3

**2024**
413:23
414:7,9,18
415:10
416:3,17
417:11,15
418:12,16
419:4 432:13
443:14

**2025**
5:4 412:16,
20 414:25
424:7 432:10
439:9 443:11
444:21

**204**
441:15

**21**
5:4 414:15,
18 439:9

**211**
441:17

**219**
441:19

**21:05**
356:15

**21:35**
356:19

**21:54**
376:8

**21:58**
376:12

**21st**
444:21

**22**
141:4 157:11
158:13
160:20
383:20,21,23
384:2,3,21
386:18
387:10,12,
17,21 389:5
390:16
391:18
393:8,15
423:22

**22:53**
431:14

**22nd**
157:16
160:14

**237**
441:20

**23:03**
431:18

**23:09**
437:25

**24**
354:6 355:2
364:9 440:13

**242**
211:7

**246**
441:23

**25**
133:25
134:21,24
150:6

**251**
237:16

**253**
442:3

**267**
442:5

**28**
377:15

**281**
442:6

**285**
442:9

**29**
87:7

**296**
442:11

**2nd**
231:19 233:2

---

**3**

**3**
58:24 59:6
60:3 75:5
175:17
268:15
413:13
418:18
433:15,16

**3.2**
221:13

**3.3**
334:15

**30**
30:19 31:20
38:11 48:7
123:25 124:2
247:17
360:25
365:25

**30(b)(6)**
24:11,19
342:20
440:13

**300**
442:12

**300-**
432:20

**30s**
11:23

Chad Dobbs  Highly Confidential
August 21, 2025

**31**
 381:14  396:8
**312**
 442:14
**315**
 442:17
**319,000**
 221:14
**32**
 301:11
 365:18  423:6
**324**
 442:18
**331**
 442:20
**342**
 442:22
**3422**
 283:11
**35**
 301:12  363:9
**36**
 305:25  306:2
 381:11
**360**
 443:3
**37.7**
 247:18
**375**
 443:5
**38**
 75:3
**383**
 205:18
**385**
 208:13
**386**
 443:7
**395**
 443:8

---
**4**
---

**4**
 249:9  293:15

**4.3**
 315:18
 317:24
**4.6**
 296:24
 298:8,14
 299:3
 306:12,20,24
 309:8  315:7,
 11,12
**4.8**
 140:25
**4.91**
 288:9,12,16
 294:3  319:12
**4.92**
 294:2  319:12
**4.99**
 311:11
**402**
 119:9
**404**
 443:9
**412**
 443:11
**416**
 443:13
**42**
 307:13
**424**
 440:6
**431**
 440:7
**44**
 334:22
**45**
 245:2
**48**
 354:6  355:2
**487**
 215:10,12
**49**
 236:17
 244:22  398:2

---
**5**
---

**5**
 26:18  27:2
 28:19  61:7
 94:5  108:11,
 12,17,18
 124:4  176:2
 215:21  216:7
 268:21
 286:13
 436:16
**5,000**
 94:6
**50**
 76:16  87:6
 111:18
 236:15
 250:24
**51**
 440:16
**5A**
 208:14

---
**6**
---

**6**
 26:13  27:22
 106:7  139:5
 255:7  381:17
 423:19  440:5
**60**
 31:20
 111:22,23,24
 228:14
**60/40**
 422:3
**61**
 263:4
**62**
 219:16  220:6
 227:3
**65**
 111:22,24,25
**66**
 222:23

**67**
 440:17
**6800**
 206:25
 207:20

---
**7**
---

**7**
 26:9,13
 27:22  376:20
 419:4  423:3
**70**
 88:16  372:3
**700**
 178:19
**703**
 119:9
**715,000**
 178:23
 179:12
 193:17
**7:00**
 357:11
**7:09**
 438:4
**7th**
 416:17
 417:15  418:7
 443:13
**7x7**
 235:5,9,12
 239:10  244:9

---
**8**
---

**8**
 27:9  28:19
 69:18  117:2
 238:9,10,22
 327:24
**80**
 193:19
**83**
 80:8,13
 246:23
 440:19

**89**
  246:24
**8th**
  234:10

---

**9**

**9**
  24:25 26:9
  27:9,15,23
  28:2,8,13,18
  104:25
  264:22
  334:10
  420:22
**9.9**
  233:8,15
**90**
  87:5 228:14
**902,000**
  178:24
  179:13
  193:20
**91**
  75:8
**9:34**
  229:3
**9th**
  367:9

---

**A**

**AB5**
  374:18,19
  375:11
  376:25
  377:15,19,
  22,25 379:4,
  9 443:5
**ABC**
  378:16,20,22
**abide**
  354:20
**ability**
  90:17 197:20
  337:8,25
  352:10

**384:19**
  395:14
  403:22
**able**
  68:7 73:20
  92:13,24,25
  98:25 99:6
  128:2 156:13
  164:9 210:5
  211:14 225:3
  243:8 244:8
  384:23
  402:15
  427:12
  434:16,18
  435:10
**about,'**
  377:7
**above**
  66:5 162:11
  171:8 227:21
  299:6 366:15
  373:6 374:7
  418:10
**abroad**
  398:11
**absolute**
  41:3,10
  96:15
**absolutely**
  144:15
  146:14
  297:12 431:3
**accelerated**
  414:19
**accepted**
  315:6
**access**
  7:23 34:9,12
  215:14
  223:3,8,19,
  24 224:9
  225:16
  226:16
  229:19,21,23
  274:23
  313:17

**accidents**
  304:5,11
**accompany**
  353:20
**accomplishmen
t**
  372:4
**account**
  102:8 136:14
  288:13 311:4
  313:24
**accountabilit
y**
  410:10
**accurate**
  85:9 122:10
  319:9 335:23
  418:16
  436:13
**achieve**
  58:12 194:2
  270:20 338:2
  370:23
  393:10 408:6
**achieved**
  412:7
**achieving**
  75:16 405:22
  407:12
**acknowledge**
  321:4
**acknowledged**
  262:12
**acknowledging**
  318:21
**acquire**
  71:14 105:25
  213:17
**acquiring**
  71:20 213:24
  251:14
**acquisition**
  72:7 105:19
  251:6,13
  367:2 368:13
**acquisitions**
  359:15

**acronym**
  368:20
**across**
  10:21 75:9
  101:11 144:9
  206:16
  209:2,12
  246:22
  274:11
  302:10 303:8
  310:8 315:8,
  11,12,16
  364:20 426:8
**act**
  64:21 396:14
**action**
  5:20 167:12
  234:19
  297:16 304:8
  326:16
  327:13
  355:21
  398:16
  444:17
**actioned**
  237:2
**actions**
  43:19
**activation**
  233:23
**active**
  75:5,12,17,
  19 106:8
  119:3 139:16
  140:14,25
  178:5 221:14
  246:24 271:4
  313:17
  339:11
  364:14 410:7
**activities**
  56:11 69:4
  128:24
  132:17,21
**activity**
  93:19 123:8
  130:25

Chad Dobbs  Highly Confidential
August 21, 2025

**actual**
  8:18 80:20
  93:15 114:9
  190:18
  311:10 405:9
**actuary**
  171:12
**ad**
  349:15
**add**
  406:15
**added**
  37:14 189:17
  190:15
  192:3,6
  199:24
  200:16
  400:13
**adding**
  248:24
**addition**
  88:8,10
  126:18
  354:14
  365:16
  382:25 430:3
**additional**
  198:8,20
  206:25 234:7
  317:18 341:3
  357:11
  399:25
  402:14,25
  416:6 429:8
  430:8,23
**Additionally**
  43:11 401:11
**additions**
  102:8
**address**
  77:5,7 131:3
  136:17
  173:17
  203:14
  209:10
  218:24
  222:16
  225:11

  294:22
  295:13
  310:13
  330:4,8
  338:12
  339:19
  340:11,14
  349:20
**addresses**
  80:10 362:10
**addressing**
  74:20 131:4
  221:5 338:21
  339:5,12
  341:3 342:2
**adequate**
  401:12
**adjust**
  131:10 299:9
  311:3,18
**adjusted**
  314:13
  363:13
  413:25
  414:11
**adjusting**
  14:20 428:15
**adjustment**
  310:9
**adjustments**
  11:8 172:22
  313:24
**adjusts**
  263:7 311:23
**administrativ
e**
  398:18
**admit**
  395:13
**ado**
  55:17
**adopted**
  407:15
**advantage**
  95:20 152:15
**adverse**
  397:8

**adversely**
  397:14
**advertising**
  61:14,19,20
  62:2 149:20
  151:12
**affect**
  77:11 138:12
  250:2
**affected**
  338:3 397:15
**affects**
  385:10
  404:12
**affords**
  385:18
**afield**
  293:3,4
**aforementione
d**
  306:3
**afternoon**
  424:18
**afterwards**
  316:25
**agencies**
  398:10,18
**agents**
  274:7
**aggressive**
  72:6
**ago**
  14:4 21:4
  29:19,24
  45:22 146:16
  374:20
**agree**
  5:7 25:22
  28:6 35:9
  50:3 62:16
  105:12
  106:19
  108:10
  135:18
  144:18
  154:22 189:7
  205:14

  261:11
  279:25
  292:20
  321:21
  335:18
  349:23 358:5
  390:2 421:6
  431:12
**agreed**
  169:12
  321:18,24
  345:8,18
  357:9,12
  358:6
**agreeing**
  160:11
**agreement**
  146:7 345:14
  356:23 357:2
  358:4
**agreements**
  424:13
**agrees**
  62:10 159:17
  168:24
  292:20
  293:17 335:3
  349:18
**ahead**
  20:10 64:8
  161:18 164:7
  232:20
  428:25
  430:23
**aid**
  9:5
**aimed**
  203:9
**aims**
  117:18
**alarm**
  161:3 176:22
**alarms**
  176:25
**Alex**
  66:15 161:24
  188:14

204:23
212:14
219:18 238:2
247:5 266:15
297:5 312:22
333:8 342:16
356:21
375:18
405:12
algorithms
  63:20,22
  64:10 65:6
align
  409:14
aligned
  339:24
  384:7,10,12,
  16 392:6,8
alike
  323:24
all-hands-on-
deck
  180:20,22
  181:13
all-time
  413:24
  414:10
allies
  390:11
allow
  35:5 210:24
  225:9 237:4
  244:20 357:9
allowed
  37:7 210:19
  236:20
allowing
  430:22
alludes
  165:15
alternative
  390:18
alternatives
  95:20 279:21
  280:17
Alvarez
  169:20

amazing
  290:8 291:4
  322:13
Amended
  24:10,19
  440:13
America
  371:23
Americans
  163:4
amount
  41:7,12,16
  45:7 63:2
  65:22 74:3
  110:2,8
  127:18 129:4
  132:22,24
  133:2,4
  141:3 152:17
  155:2 163:6
  290:15,19
  357:3 410:19
  434:25
  437:11
Ana-cecilia
  169:20
analysis
  106:2 109:19
  113:20
  194:21
Andi
  137:3,6
  377:7
Andi's
  137:7
Andres
  36:4 39:2
  43:7
Andres'
  39:19 47:12
Andrew
  6:17 190:19
  192:10,13
  217:10 218:3
  220:9 228:4,
  8 233:2
  246:17

angle
  78:12
announce
  348:9
announced
  368:4
annual
  55:18 305:3
  313:23
  396:12
  412:17
  443:12
annualized
  303:6,18,21
  304:6,15,17
annually
  310:6
ANR
  365:22
answer
  19:11,19,22,
  25 20:4
  23:11 28:20,
  25 31:12
  34:10,15,16
  35:6,21 47:8
  48:15,20
  62:19 67:15,
  21 81:18
  96:11 124:16
  125:5 177:2
  180:14
  201:18 203:4
  243:16
  245:14
  337:23 351:9
  352:14
  379:21 383:3
  386:6 399:9
  407:4 421:3
  429:2 431:23
answering
  8:14 9:5,13,
  18 33:25
  34:2 183:14
answers
  430:20

anticipate
  27:24
anticipates
  45:6,14
anymore
  224:24
  311:14
  433:24
anyone
  7:10 35:20
  36:16 48:18
  167:20 168:4
  174:4,7
  244:6 250:14
  299:8
apart
  45:24 292:18
app
  96:3,4,6,9
  112:20
  229:19
  289:22
  313:18
apparently
  171:6
appearances
  5:25
appears
  68:18 69:7
  117:9 138:24
  139:4 140:10
  238:14
  257:20
  298:16
  299:15
  307:12 313:5
  328:12
  329:21
  377:10
  389:23
  396:15
  412:22 418:2
  421:8
application
  271:11
  400:14
applications
  10:18

Chad Dobbs  Highly Confidential
August 21, 2025

applied
186:20
applies
196:13
apply
19:20,23
20:4 201:10
239:14
364:20
390:10
applying
202:15 204:3
271:9 272:5
306:17
Appreciate
358:15
approach
314:16 379:2
appropriate
310:10,12
358:11
approval
245:19
approximate
304:21
306:12
approximately
30:17 117:5
193:18 223:6
349:15
April
229:3 231:19
233:2 234:10
238:13
343:20
417:11
Arbitration
398:17
area
20:3 163:20,
25 165:16
196:17
250:20
270:19
areas
231:23
264:14

argue
331:3
arising
18:4 22:11
arithmetic
64:8
Arizona
19:25 22:3
23:19 24:3
around
10:18 40:9
45:2 56:9
60:7 72:2
91:16 107:25
108:13,17
127:2 139:2
172:23 173:9
184:23
189:25
190:3,7
207:8 255:4
278:21
279:17 280:4
323:9 327:7
330:16
346:13
349:22 359:9
372:2 380:13
394:4 425:14
431:25
432:16,20
arrow
230:2
article
389:8
Arun
170:22
171:13
asked
76:2,12,14
99:15 190:14
196:3 200:19
204:8 228:8
232:22
259:19
262:10,15
276:2 292:11
319:7 321:8

357:20
429:22
430:11
432:25
asking
29:14 62:21
67:12 99:13
166:14 185:8
189:16 201:2
202:2 227:16
232:24
243:18 320:5
asks
162:25
169:24 228:4
aspect
203:25
aspirational
406:7 407:9
aspirations
425:25
assault
5:14 113:3
185:6 186:8
348:10
350:15
351:2,20
352:25 370:8
409:24 410:4
411:2 423:3
Assault/
misconduct
404:17
405:10 443:9
assaulted
79:22 185:15
assaults
416:2 419:25
421:20,22,23
422:3 423:6,
19,21
Assemblywoman
389:10
assist
9:18 33:17,
24 35:13

assisted
34:3
associated
81:2 103:22
105:15 107:8
111:7 112:21
115:10
132:14
195:24 380:7
400:13,24
402:19
assuming
418:5
ATG
368:15,18
369:20
attached
361:9
attachments
204:16 360:4
441:16 443:3
attack
390:18
391:20 393:3
attempt
390:9
attempted
113:2
attend
68:7
attended
68:9
attention
125:3 126:21
188:2 193:6
223:2 362:10
419:7
attorney
383:5
attorney-
client
9:10 188:15
219:20 238:3
297:7 312:22
317:12
Attorneys'
360:8

attract
  100:22
  103:14
  130:22
  338:13
attractive
  213:9 260:11
attributing
  128:17
audience
  196:16 198:6
  250:12,16
audiences
  212:2
Audio
  5:5
audits
  398:19
August
  5:4 246:21,
  22 249:9
  316:8 439:9
  444:21
author
  108:5 121:22
  141:10 168:5
  177:13,20
  180:8 375:20
authorities
  398:20
autonomous
  368:21
availability
  143:3
available
  8:11 58:4,7,
  20 95:11
  109:11 147:7
  154:21
  168:12
  226:23 357:3
average
  109:6,12,15
  110:8 111:2,
  8,10,24
  120:20,22
  121:12

124:10,14
130:3 131:12
133:4,8,17,
24 134:22,25
261:12
306:12,24
314:18
315:11
avoid
  165:8 336:9,
  18,23 337:4
avoiding
  325:24
AW084
  416:15
AW107
  412:15
AW109
  360:2
AW133
  51:17
AW134
  104:10
AW135
  124:22
AW136
  116:9
AW137
  404:15
AW138
  375:9
AW139
  386:19
AW140
  395:24
AW150
  331:8
AW153
  342:11
AW162
  246:5
AW2
  359:24
AW20
  285:18 322:7
AW21
  281:22

AW215
  83:8
AW218
  66:12
AW221
  253:18
AW249
  175:4
AW250
  141:18
AW262
  20:11
AW264
  204:12
AW266
  219:11
AW282
  156:19
AW285
  300:3
AW286
  312:11
AW288
  296:2
AW289
  315:23
AW86
  324:7
AW92
  136:2
AW97
  188:5
AW99
  266:14
aware
  9:15 48:22
  80:6 81:14
  151:25
  202:18,20
  207:11
  210:7,15
  299:21,24
  346:2,10,19,
  23 353:10
  385:13
awareness
  346:25

Awesome
  189:12
awful
  408:3
awfully
  67:22

_____

      B

back
  14:8 16:2
  20:16 24:7
  39:15 45:21
  63:5 82:17
  98:18 100:17
  114:25
  119:16
  120:12 121:6
  137:21
  138:10 145:8
  146:12
  148:14,25
  150:3,24
  154:11,20
  155:19,21,24
  159:5,9
  163:3 164:6,
  20 168:4
  170:11 174:7
  176:15
  181:20
  182:6,20
  183:4,8,12,
  18 185:2
  187:13
  188:23 189:9
  199:22
  203:21
  211:24
  225:25
  227:2,7,9,14
  228:12,21,25
  229:2 230:13
  231:18
  232:15,19,
  21,23 233:17
  234:6 235:24
  237:9 244:3,

8,20 258:19
262:21
264:20
276:16 285:5
317:4 322:3
331:23
356:19
357:17 369:5
376:12
381:25
389:24
403:20
431:18

**background**
78:5 172:2,
23 173:10
195:6,12,14,
17 196:9,22
197:13
198:11 200:5
201:9,15
202:5,11
204:2 206:10
207:23,24
208:17
209:2,12,14,
19,21,22
210:2,5,11
214:7,15
215:18
217:16 218:7
275:19
361:19

**backgrounding**
357:13

**bad**
85:22 101:5
145:20
397:23

**balance**
40:19,24
42:24 45:11,
20 46:2,3,5,
7,18 65:8,17
70:23 71:12,
17,19,22
99:24 257:5
260:14,18

311:8 367:17

**balanced**
46:13 260:6

**balancing**
39:16,25

**ballot**
382:15,20,23
383:14,17
387:18

**ban**
318:9 319:3,
20 320:13

**bar**
109:21

**Barney**
343:25

**barrier**
338:9

**barriers**
325:16

**Bartell**
7:9

**base**
192:25
193:17
323:20
367:18 410:8

**based**
14:20 49:5
140:10 244:7
262:2 295:16
303:8 357:21
372:4 431:5

**basic**
29:12 46:16
235:5,10
241:20

**basics**
239:10
244:9,18

**basis**
309:18
313:23
339:7,14
386:4

**Bates**
51:18 67:6

83:12 104:14
116:11 125:9
136:3 141:21
156:20
168:20 175:6
188:7 204:16
211:8 219:12
237:19 246:7
253:21 267:7
281:25
285:20 296:3
300:7 312:15
315:24 324:9
331:10
333:9,19
342:12 360:4
375:11
386:22
404:18
416:18
440:16,18,
20,22 441:3,
5,7,9,10,12,
14,16,17,19,
21,23 442:3,
5,7,10,11,
13,15,17,19,
21,22 443:3,
5,7,10,14

**Bay**
310:23,25

**bearing**
409:4

**begin**
26:9

**beginning**
107:15
222:24

**behalf**
5:18,23 25:9
26:25 28:21
48:16 384:19
385:3 396:16
399:17 414:5

**behavior**
310:3 313:25
318:11,23
319:5,21

320:15 321:2
410:11
411:25 412:4

**behind**
229:25

**beholder**
140:22

**believability**
265:2

**believe**
16:3,5
30:11,14
31:4 33:16
38:18 48:11,
14 51:2
80:20 90:21
118:18 137:8
148:16
164:13 177:6
180:3 220:18
230:21
233:23
235:23 327:3
345:25 346:8
347:10
355:23 357:6
364:14 365:5
371:24
399:11
403:17
410:15
419:19

**believed**
148:18

**believes**
292:7

**believing**
347:3

**below**
90:8 105:17
118:21
133:14
176:19 178:6
192:17 206:5
223:20,23
224:22
225:2,15
251:10,19

Chad Dobbs  Highly Confidential
August 21, 2025

259:8 261:20
263:18
274:16
303:16 316:7
347:17
392:13
415:7,9
422:8
**Ben**
228:4,8
**beneath**
12:11
**benefit**
101:3 235:20
303:14
305:6,11,17
**benefits**
394:23
400:24
**benefitting**
145:14,16
**best**
13:9,13,17
46:12 78:17
128:2 268:22
329:21
330:2,6
349:11
384:24
385:17 428:9
**bets**
366:23
369:10
**better**
48:19 60:12
77:3 78:7
79:2,4
111:17 132:3
189:2 251:6
272:20,24
363:19
427:23
428:13
**BGC**
171:22 172:2
195:2,6,21
206:6,10,15

**BGCS**
206:16
**big**
18:20 27:25
39:15 40:13
60:20 62:7,
11 63:5
82:24 93:7
99:17 138:7,
20 141:13
171:23 214:6
218:6,24
250:13,17
339:18
366:23
369:10
388:23
389:17
425:24,25
**bigger**
67:4 93:20
161:16
427:11
**biggest**
59:12,19
94:9,13,22
165:17
206:14
**billings**
381:17
**billion**
61:13 62:10,
15,16,23
363:5,14
365:22
367:11,16
**Billy**
297:21
**binding**
25:13
**bit**
11:2 13:5
14:19 15:6
20:25 28:23
45:21 46:17
73:25 83:3
90:8 111:17
125:14

147:20
155:22
167:22
197:10 218:2
226:13
256:16 283:9
284:3,6
343:17
392:18 409:2
425:17
432:14
433:12
**bizarre**
159:8
**black**
293:21
**blanket**
315:12
**blocked**
207:21
**blocker**
228:12
230:12
**blockers**
273:14
**blood**
444:18
**blue**
111:3 256:15
313:14
**board**
315:17
361:5,11
362:11
375:10
376:25
377:12 388:7
413:15 414:6
415:25
416:11
417:17
422:11 424:2
443:5
**BOD**
361:10
416:17
417:15,17,22
443:14

**Bodapati**
170:23
**bold**
353:6 354:11
**bolded**
415:8
**bonus**
432:15
**booking**
339:7,14
341:12,16
342:2
**bookings**
363:5 413:25
414:11
**Boomerang**
141:20
142:15
155:12,13
156:2 173:8
175:22
176:2,5
178:9,19,22
179:10,21
187:18,20
189:18 190:2
191:19
192:20,23
193:5,16
202:22
203:13,17,20
209:10
210:20,24
211:13,20,25
214:23
218:20 220:8
221:4 222:15
226:18 227:4
245:10,20
246:12
249:12
250:19
253:11
254:11,15,
17,23
258:10,18,23
264:24 441:8

boost
  289:6
Boosting
  289:17
Borriello
  5:23 444:7,
  23
boss
  358:23
bottleneck
  165:24
  166:2,3,7,19
  167:6,18,21
bottles
  388:18
bottom
  69:8 148:22
  156:25 157:6
  164:15
  168:7,9,10,
  20 220:6
  222:23 223:5
  272:12 273:5
  283:11 382:3
  420:24
  422:13
bottoms-up
  53:9 54:8
bounce
  176:15
box
  114:7,13
brand
  253:21 254:8
  285:19 286:4
  292:15
  327:19
  328:3,15
  442:3,9
branding
  255:4
  322:10,19
  327:18
  328:10
break
  66:18 82:10

153:23,25
174:23
186:23
266:16 276:9
331:24
356:10
375:19
breakup
  13:8
brief
  10:13 31:9
  286:13,18
  301:6 415:19
briefly
  25:18 237:25
  238:7
bring
  9:3,7,11
  45:11,20,25
  71:12 130:23
  235:24
  260:13 430:7
bringing
  65:4 71:17,
  19,22 130:3
  302:16
  385:20
broad
  146:3
  196:15,16
  294:6 295:17
broader
  91:19 161:2
broadly
  18:22 22:19
  43:22 49:24
  67:24 103:4
  115:8 144:7
  152:5 154:23
  170:9,15
  181:22 185:8
  186:20
  196:7,10
  202:7
  248:13,20
  294:25
  308:20
  314:10 319:9

321:23
323:22 408:9
broken
  163:13 165:9
brought
  122:5 142:23
  143:12
  181:20 182:6
  404:11
  406:20
  431:24
BTC
  286:13
bucks
  236:15
build
  59:11 150:3
  203:21
  330:10 427:2
building
  326:14
  327:11
  428:15
built
  275:8 380:11
  393:22,25
  394:3,10
  402:8 428:2
bullet
  133:15
  186:4,11
  198:20
  326:11
bunch
  40:8 115:9
  147:17
  149:24
  152:12 262:3
  426:21
Busian
  228:5,9
business
  10:23,25
  11:7,8,17
  15:4 46:4,11
  49:11,20
  50:7 60:17,

21 61:25
66:4 74:9
77:21 84:16,
23 85:19
86:2 87:20
93:10,13
99:11,18,22,
23 101:10
103:5,10
105:9,14
107:8 110:7
111:8 115:6,
10 128:12,
20,24 129:9
130:19
131:6,24,25
134:8 135:4
138:21
141:14
145:3,14,17,
20 146:17,24
147:13,15,24
148:3,7,8,
11,14 149:25
150:15
154:16
155:3,6,7,8
160:3,25
161:22
164:5,19
174:9 181:9
182:7 183:7
187:24
209:13 221:5
253:6 256:22
257:14,23
258:5 274:11
277:14,24
301:6
330:15,19,23
340:9 352:23
353:3 364:17
370:15
381:21
390:19
391:20 392:8
393:4,20,22
394:13,18,20
395:5 396:25

397:5,8,14,
24 401:19
402:3,4,5,9,
15,19 409:19
422:19 423:2
425:9 427:3,
4
**businesses**
66:3 73:9
101:11 395:7
**busy**
44:24 166:11
**butts**
51:12 55:21
56:15,19,22
57:9

---

C

**C-H-U-R-N**
101:4
**cadence**
190:5
**calculate**
109:17 110:7
433:12
**calculated**
109:19
**calculates**
123:9
**calculating**
110:11,14
128:13
**calculation**
110:19
123:21
**calculations**
123:16
129:19,22
**California**
21:24
374:13,20
377:23 378:3
379:13 380:2
381:6
382:15,20,23
383:14,17,25

387:18
389:4,10
390:3 391:5
393:7
**California/
ab5**
374:8
**call**
21:18 112:3
178:15
190:22
224:19
249:13,20,22
250:5,9
266:2
**called**
6:7 84:10
93:25 100:14
137:17
142:15
286:23
370:10,13
382:22,24
**calling**
167:12
313:10
**calls**
46:23 47:4
174:12
**camaraderie**
295:8
**camera**
424:20,21
**campaign**
141:21
253:21 254:8
285:20 286:5
292:15
345:9,19
348:3,7,16,
25 349:8
382:15,20
383:14,17
441:9 442:3,
9
**campaigns**
264:11

**Camry**
57:13
**Canada**
50:3,7 83:25
84:9,16,23
161:14
175:18 181:8
189:18
191:10
192:14 220:7
230:23 231:2
238:15
256:23
257:15,24
301:5 302:11
312:13 313:7
316:17 317:8
332:17
442:14
**Candida**
5:22 444:7,
23
**capable**
110:11,13,19
**capacity**
42:2 201:19
202:3 210:7
243:17 407:5
**Capital**
70:7
**capitalize**
148:6
**caps**
391:15
**captured**
112:23 113:7
114:14
118:21 197:3
295:3
**captures**
241:24
**capturing**
88:11
**car**
57:15 152:13
241:19
265:11 274:5

287:19 288:4
295:9,10
**care**
77:18 250:21
338:18
**career**
36:19
**careful**
353:16
**Carrol**
227:20 229:4
**cars**
56:4 58:7
352:20
**case**
50:15 102:3
126:15
137:10
161:25 174:5
223:21 256:6
281:8 317:20
333:21
402:23
403:18
**case-specific**
429:25
**cases**
80:25 265:7
**cash**
401:20
433:18,19
434:17
**catch**
242:2
**category**
85:5,23
87:25 88:8,
10,12,19,22,
24,25 89:2,
3,8,10,17,22
90:12,18,22
92:2,4 93:6
94:14,15,24
95:4,16
96:18,19,23
97:3,4,5,7,
8,14,15

Chad Dobbs  Highly Confidential
August 21, 2025

98:4,5
168:13
196:13 197:9
308:6 372:3
**causing**
208:16
**caveats**
144:11,18
186:17
**celebrated**
386:17
**celebrating**
391:25
392:10,20
**celebration**
384:4
**celebrations**
392:23,25
**CEO**
51:4 56:2
136:20
139:21 140:6
187:19
190:12
200:18,20
250:6 267:22
360:24
365:13 377:5
387:4 388:2
**CEO's**
139:15 140:8
359:10
372:25
**certain**
37:13,23
67:14 94:3
166:3,4
172:22
223:20,23
224:22
225:2,15
226:7 276:6
293:18
308:19,21
311:5
323:14,15
328:10
333:21 378:8

400:9 402:24
434:24
**certainly**
50:15 68:10
71:3 78:8
125:6 131:9
138:17 140:5
166:3,6
167:17
180:16
182:17 189:7
190:10
243:23 262:4
330:7 352:7
371:9 385:2
399:11
408:14 411:6
426:15
429:16
**certainty**
299:10
**certify**
439:6
444:10,16
**cetera**
106:5 152:16
183:23
275:20
306:14
353:25
**CFO**
250:6
**Chad**
5:12 6:17
24:24 439:6,
17 440:3
444:11
**Chai**
249:22
250:10
**chain**
156:20,24
157:4 174:3,
13 188:7
204:15 211:8
216:25
219:12 246:7
296:3 298:24

315:24
342:12 360:3
386:22
387:17,25
441:10,14,
15,17,19,23
442:11,17,22
443:3,7
**chairman**
361:5 388:7
**chairperson**
413:14
**challenge**
73:6 82:25
88:2,5
216:6,10
409:20
**challenged**
398:9
**challenges**
84:15,20,24
86:2 107:8
385:21 393:6
**challenging**
102:14
103:3,7,9
380:5
394:12,15
**champagne**
388:17
392:15
413:20
**Chan**
7:6
**chance**
238:7
**chances**
120:15
**Chang**
171:7,10,11
227:20
300:21
**change**
15:4 235:4
236:9 247:24
271:20
394:13

406:16
428:3,11
**changed**
12:18 49:10
153:12
162:24
180:10
236:11,14
261:4
**changes**
13:6 14:15
263:8,23
298:6 307:20
308:4,11,16
309:4 313:25
374:12
382:12
411:25
**changing**
410:9
**chapter**
254:20,23
**character**
51:8
**characterizat
ion**
169:14
265:20 266:3
321:19 338:6
359:13
391:23
**characterize**
81:19 121:18
176:24
264:18
285:13 292:4
**characterized**
121:22
141:11 369:3
**characterizes**
218:3 371:13
**characterizing**
218:12
366:14
**charge**
11:10,12,16

12:3 15:21
16:14,20,22
17:7 18:3,12
20:3 22:9
23:8 93:22
230:24
**charges**
398:17
**chart**
90:11 108:24
109:2 110:25
268:15 336:8
**cheap**
70:7
**cheaper**
235:11 236:8
**check**
122:15
131:20 189:3
195:6,12,14,
17 196:9,23
198:11 200:5
201:15
202:5,12
204:2 206:10
207:15,25
210:5 214:7,
15 215:4,18,
21 218:7
**checked**
208:6
**checks**
172:3,23
173:10
197:14 201:9
206:25
207:22,23
208:17
209:2,12,14,
19,21,22
210:2,11
275:19
**chief**
137:9 249:17
**China**
60:4
**choice**
149:14

289:11
305:16
405:21
**choices**
305:10
**choose**
91:7 152:13
242:24
273:12
279:16 280:4
346:12
**choosing**
91:4 230:12
**chose**
121:18
144:16
298:20
382:11
414:24
**chunk**
93:18
**churn**
100:14
101:4,5,6,20
102:2,5,13,
19,22,24
103:2,3,6,8,
9,11,12
104:25
105:7,13
106:21 107:9
115:5,12,14,
17,21 131:4
134:7
145:19,20,24
146:4,17
147:3,4
164:6
**churned**
101:14,16
104:3 147:2,
9,18 148:19
170:16,18
181:23,24,25
213:8
233:10,24
248:15,25
258:12

264:25
**churning**
121:16
**churns**
119:15,20
120:11,15
121:5
122:14,24
132:7
**circulated**
190:3
**circumstance**
104:7 131:17
**circumstances**
279:23
304:23
**cite**
325:22
**cities**
12:4 15:10,
17 16:10
24:4 56:9
64:2 65:19
93:7,10,12,
15,20,23
94:2,4,10,
13,22 298:9
306:13,22,25
307:2,3,6,
10,20 308:3,
19,21,24,25
309:4 315:2,
9 425:6
**city**
6:20 9:22
18:15,17
19:6,17,18,
21 20:2
22:9,11,24
23:5,8,16,19
65:9,14
93:25 94:5
95:25 125:8,
22,25 126:8,
13,19 133:23
153:2 171:2
201:25 217:6
310:21 311:2

314:19
425:8,9
427:3 441:5
**claim**
398:20
**claims**
398:17
**clarification**
11:15 27:14
47:2 68:24
200:7 315:10
359:25
383:11
**clarify**
93:24 182:8
255:19
316:19,24
341:6
**clarifying**
167:10 180:7
**class**
398:16
**classification**
398:3,8
**classified**
397:15
402:22
**classify**
399:23
**classifying**
397:21
**claw**
146:12 189:9
**clawback**
297:9 382:7
**clawing**
188:23
**clean**
160:17
**cleaned**
215:7
**cleanliness**
295:9
**clear**
161:15
193:14

197:11 198:8
212:21
273:14
326:13
327:10
340:19 366:7
392:3 430:4
**clearly**
229:18
252:15
297:6,7
337:7 343:3
**client**
375:19
**clip**
164:7
**close**
23:24 59:23
263:21 264:8
265:15 364:8
**closed**
207:2,6,9,
14,25 208:5,
14,16 209:5,
15
**closely**
187:20,23
253:3
**closure**
209:20
**cods-group@
uber.com**
170:24
**cofounder**
51:2 55:25
**cohort**
195:9 199:9
**cohorts**
194:14,22
195:2 303:8
**collaborated**
139:21,24
140:4
**collaborator**
136:24
**collective**
398:16

**color**
37:14,22
**colorful**
51:7 64:15
413:19
**colors**
291:15
**column**
111:3 113:8
208:20,23
270:11,24
272:13 284:9
**columns**
113:21
**combination**
32:14
**come**
14:16 16:9
20:15 37:19
107:19
125:12 163:3
230:13
232:15,19,20
251:20
272:15
293:25
357:17
363:18
425:16
**comes**
17:24 66:5
96:6,24
119:16
120:12 121:6
160:12
248:18
284:16
305:24 321:6
329:6 403:12
**comfortable**
148:24
352:17
**comment**
240:15
**comments**
241:3,9
242:9,16,23
243:4,10

**commercially**
302:18
**commission**
391:14
395:20
402:12
**commitment**
235:18
415:12
**committed**
286:19
345:25 346:9
347:3,11
**common**
51:14 80:22
130:20 412:2
**commonly**
135:22
**comms**
234:15 344:6
**communicate**
323:4,8
355:10,13
**communicating**
214:13
355:19
**communication**
167:16 197:5
199:4 201:22
210:16
223:12
**communication
s**
9:10 46:24
47:5,10
154:17 201:4
383:6
**communities**
144:13
**community**
412:2
**commute**
44:23
**companies**
56:8 353:11
389:12

**company**
10:17 22:15
40:16 43:8
49:8 50:21,
25 52:11,12
69:10 86:8,
19 87:11,13
90:3 92:20
129:11 155:2
159:25
190:3,8,9,10
191:2,21,24
192:15
218:24
220:25 221:3
252:16,20
276:7 337:14
353:9 355:24
356:4 362:7
364:22
371:15 372:9
380:12
394:16
409:13
414:15
425:23
426:18
435:5,6
436:18
**company's**
202:23 250:6
253:10
436:19
**compare**
303:6 336:17
**compares**
244:17
**comparing**
62:14,22
**comparison**
63:3 135:13
**compensating**
400:2
**compensation**
261:14
432:6,9
**competition**
91:20 92:5

307:4,7

**competitive**
85:7,20
306:13,21
307:10
309:10,14
315:9

**competitor**
89:16 213:19

**competitors**
91:9,14

**complete**
156:13
213:12
223:7,25
224:8 229:6
231:23
233:17
244:25 245:6
366:22 369:9
391:23 395:4
437:19

**completed**
194:20
207:23
225:17
226:13
233:11,16,20

**completely**
380:8 394:17

**completion**
228:12,20

**complexity**
275:17

**complications**
110:23

**component**
41:14,15
43:14 74:8
364:24
411:17,23

**components**
210:4

**Compromise**
357:8

**computer**
7:15,17,19,

23 8:7

**computers**
7:20

**concept**
19:20,23
56:15 101:4,
11 104:24
127:7 322:24

**concern**
350:2,21
351:14

**concerned**
101:23
270:19 350:4
393:3

**concerns**
231:8,10
294:23
295:14,16,20
323:16,18
325:15 330:5
336:4 337:9
338:3,13,22
339:6,13,20
340:11,14
341:4 342:3
349:20

**concert**
45:5

**conclude**
292:13

**concluded**
327:4 438:4

**concludes**
437:25

**conclusion**
26:2 97:20
292:17 294:2

**conclusions**
145:24

**condition**
397:9

**conduct**
183:10

**conference**
5:16

**confers**
27:17

**confetti**
388:17
392:15
413:20

**confident**
250:14

**confidential**
6:1 7:1 8:1
9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
43:1 44:1
45:1 46:1
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1 64:1
65:1 66:1
67:1 68:1
69:1,12 70:1
71:1 72:1
73:1 74:1
75:1 76:1
77:1 78:1
79:1 80:1
81:1 82:1
83:1 84:1

85:1 86:1
87:1 88:1
89:1 90:1
91:1 92:1
93:1 94:1
95:1 96:1
97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1

| | | | |
|---|---|---|---|
| 183:1 184:1 | 281:1 282:1 | 378:1 379:1 | **Connecticut** |
| 185:1 186:1 | 283:1 284:1 | 380:1 381:1 | 427:6 |
| 187:1 188:1 | 285:1 286:1 | 382:1 383:1 | **connecting** |
| 189:1 190:1 | 287:1 288:1 | 384:1 385:1 | 100:17 |
| 191:1 192:1 | 289:1 290:1 | 386:1 387:1 | **connection** |
| 193:1 194:1 | 291:1 292:1 | 388:1 389:1 | 294:4 321:9 |
| 195:1 196:1 | 293:1 294:1 | 390:1 391:1 | 346:24 |
| 197:1 198:1 | 295:1 296:1 | 392:1 393:1 | 409:10 |
| 199:1 200:1 | 297:1 298:1 | 394:1 395:1 | 425:5,17 |
| 201:1 202:1 | 299:1 300:1 | 396:1 397:1 | **consecutive** |
| 203:1 204:1 | 301:1 302:1 | 398:1 399:1 | 221:11 |
| 205:1 206:1 | 303:1 304:1 | 400:1 401:1 | **consent** |
| 207:1 208:1 | 305:1 306:1 | 402:1 403:1 | 195:14 |
| 209:1 210:1 | 307:1 308:1 | 404:1 405:1 | **consequences** |
| 211:1 212:1 | 309:1 310:1 | 406:1 407:1 | 353:13 |
| 213:1 214:1 | 311:1 312:1 | 408:1 409:1 | **consequential** |
| 215:1 216:1 | 313:1 314:1 | 410:1 411:1 | 345:2 |
| 217:1 218:1 | 315:1 316:1 | 412:1 413:1 | **consider** |
| 219:1 220:1 | 317:1 318:1 | 414:1 415:1 | 278:12 |
| 221:1 222:1 | 319:1 320:1 | 416:1 417:1 | 310:11 |
| 223:1 224:1 | 321:1 322:1 | 418:1 419:1 | **considerably** |
| 225:1 226:1 | 323:1 324:1 | 420:1 421:1 | 147:15 222:5 |
| 227:1 228:1 | 325:1 326:1 | 422:1 423:1 | 262:2 |
| 229:1 230:1 | 327:1 328:1 | 424:1 425:1 | **consideration** |
| 231:1 232:1 | 329:1 330:1 | 426:1 427:1 | 76:18,21 |
| 233:1 234:1 | 331:1 332:1 | 428:1 429:1 | 258:11 |
| 235:1 236:1 | 333:1 334:1 | 430:1 431:1 | 278:10 |
| 237:1 238:1 | 335:1 336:1 | 432:1 433:1 | 280:19,25 |
| 239:1 240:1 | 337:1 338:1 | 434:1 435:1 | **consideration** |
| 241:1 242:1 | 339:1 340:1 | 436:1 437:1 | **s** |
| 243:1 244:1 | 341:1 342:1 | 438:1 439:1 | 295:17 |
| 245:1 246:1 | 343:1 344:1 | 440:1 441:1 | 305:21 307:9 |
| 247:1 248:1 | 345:1 346:1 | 442:1 443:1 | 309:14 |
| 249:1 250:1 | 347:1 348:1 | 444:1 | 311:19 381:2 |
| 251:1 252:1 | 349:1 350:1 | **confirmation** | **considered** |
| 253:1 254:1 | 351:1 352:1 | 298:23 | 179:11 |
| 255:1 256:1 | 353:1 354:1 | **confirmed** | 227:18 |
| 257:1 258:1 | 355:1 356:1 | 386:9 | 228:6,10 |
| 259:1 260:1 | 357:1 358:1 | **confusion** | 308:6 312:3 |
| 261:1 262:1 | 359:1 360:1 | 158:22 | 329:15 |
| 263:1 264:1 | 361:1,25 | **conjunction** | **considering** |
| 265:1 266:1 | 362:1 363:1 | 297:22 | 198:9 200:12 |
| 267:1 268:1 | 364:1 365:1 | **connect** | 210:8 |
| 269:1 270:1 | 366:1 367:1 | 62:4 279:6 | **considers** |
| 271:1 272:1 | 368:1 369:1 | **connected** | 329:6 |
| 273:1 274:1 | 370:1 371:1 | 56:4 77:15 | **consistent** |
| 275:1 276:1 | 372:1 373:1 | 409:2,5 | 193:12 |
| 277:1 278:1 | 374:1 375:1 | | |
| 279:1 280:1 | 376:1 377:1 | | |

226:12 255:3
314:22
402:6,8
415:5
**constantly**
172:25
311:16,17
**constrains**
403:21
**constraint**
70:8
**constraints**
410:19
**constructive**
366:22
367:23 369:9
**consulting**
426:4
**consumer**
328:2 353:17
**consumers**
269:14
328:10
364:15
410:13
**contained**
439:12
**contemplate**
146:21
**contemplated**
151:8 236:25
237:3
**contemplating**
152:25
**contents**
351:14
353:24
**context**
42:5 68:14
74:8 78:19
83:11,20
135:4 150:13
176:2,5
288:15
350:24,25
351:15,18
374:2 440:19

**contexts**
409:15
**contingent**
164:20
**continuation**
348:18 349:3
**continue**
5:6 87:18
100:24
119:24
131:23 132:5
165:15
212:17
247:25 248:7
271:16
275:5,24
346:17
357:10
368:10 390:8
408:4
**continued**
253:5,10
285:9 414:6,
8 415:11
435:15
440:24
441:2,25
442:2,24
443:2
**continues**
169:16 258:5
403:6,7
**continuing**
203:2 205:8,
12 208:8
212:22
275:18 393:3
**contractor**
380:15
385:9,16
393:19,23
399:5 401:25
402:16
403:8,11,21,
25 404:8,12
408:21 409:3
410:12,18

**contractors**
385:7,22
386:11 394:5
397:17
398:24
399:15
**contracts**
386:3
**contrary**
394:21
**contribute**
127:19
**contributes**
65:22 118:9
**contribution**
118:2,4
119:14
120:10
121:4,19
129:17
**contributions**
401:3
**control**
231:24
395:14 408:2
**convenient**
266:17
352:19
**converging**
256:15
**conversation**
29:23 30:14,
18 47:15
48:4
**conversations**
5:10 29:10
379:23
**conversion**
221:20,25
244:14
**convey**
321:15
**conviction**
207:15
**convince**
278:3,18

**convincing**
323:10
**cooperate**
357:9
**cooperation**
358:16
**copied**
169:5 189:10
**copies**
33:14
**copy**
9:18 140:2
**core**
169:17
363:18 366:9
409:14
**corner**
69:9
**corporate**
368:4 389:14
**correct**
6:21 7:2
9:23,24
10:8,10
15:18 20:7,
23 21:12
22:5 23:20,
25 25:6,10,
14 27:3,11
46:4 49:3
50:22,25
51:5 52:6
54:22 60:18
61:3,24
68:17 73:19
75:22 84:2
85:8,11,19
86:4 87:11
88:21 92:17
93:8 98:20
99:8 101:20
105:14 112:2
116:20 118:3
123:11,18
124:15 126:3
136:18
138:21
146:17

Chad Dobbs  Highly Confidential
August 21, 2025

160:20
177:5,15
184:10
190:24
196:14 217:8
218:14 219:3
221:6 224:25
238:13,16
242:11
245:12 253:4
255:18
267:20
270:25
274:2,3
275:4 276:4
283:24
285:11 291:7
293:20
294:8,19,23
295:21
298:15
306:23
307:11
308:13,19
315:3
317:21,25
318:13 319:2
320:2 321:16
328:24
332:25 333:5
335:5,11
337:5,10
338:4,16,24
339:8,15
341:5,17
342:4 352:3
359:7 361:5
362:7
363:10,25
365:8,14,19
372:16 373:2
377:12,23
378:9 385:10
387:5 388:8
389:22
391:21
396:14,15,
17,25 402:2
403:8 406:5,

24 408:8
409:25
412:10,21
413:15
417:19 418:3
419:5,15,18,
22 420:17
422:20,24
423:8
434:11,19,25
435:5,13
436:5,19
437:2,9
439:14
**corrected**
439:13
**corrections**
439:10
**correctly**
120:18
164:14
410:15
411:13
**correlated**
319:14,17
**cost**
105:19 106:3
112:16
113:18 116:4
131:19
236:15,16
244:22
304:22 305:5
380:21
381:5,11
400:5
**costs**
103:20
105:8,15,24
106:3 111:7
112:20,23
113:6,15
114:21
115:9,15
131:13
261:19 262:5
303:7 304:18
305:4 380:6,

25 400:9,10,
12 402:25
**could've**
13:4 151:20
180:10
195:13,16,20
197:11
198:7,13,15
200:18 241:5
295:22
434:20
**counsel**
6:4,23,25
7:4,7 26:12
31:5,7 32:4
34:21 293:3
316:25
356:25 429:9
437:17
**counsel's**
431:23
**count**
52:17 112:21
113:7 114:18
**counter**
99:10,15
**countless**
198:19
**countries**
12:8 209:23
**country**
12:17 13:25
**countrywide**
93:11
**COUNTY**
444:5
**couple**
8:24 108:25
146:16
229:11
**Coupled**
221:18,23
235:20
**course**
9:20 53:22
223:8 224:2,
8 225:18

226:2,14,20,
23 227:7,14
228:11,19
229:5,21
231:6 232:20
233:9,11,16,
20,25 234:5,
14 235:4,5,
10,12,18
236:7,9
237:11,14
239:10,23
244:9,17,18,
25 245:6
344:20
357:24
**court**
5:22 6:3
27:14 47:2
187:5 201:10
202:13 204:3
208:14,16
209:20
276:21
358:20
359:25
382:14 444:8
**courthouses**
209:23
**courts**
202:14
207:2,6,8,
12,13,16,24
208:5 209:6,
15 398:9
402:20
**cover**
427:7
**coverage**
427:15
**covered**
13:20,22
43:16 67:24
112:4
113:14,16,
17,18
**covering**
26:13 103:5

COVID
  14:16 138:7,
  12 141:13
  142:23
  143:11
  145:24 146:4
  147:21 150:5
  154:15,24,25
  155:8 176:13
  203:16 207:8
COVID-19
  143:4,13
CP
  88:15,19
  168:13 308:6
crashes
  423:15
cratered
  155:3
create
  39:17 40:2
  42:9,24
  117:21
  134:15
  281:15
created
  98:18 122:4
  125:20
  137:23 140:6
  142:6,9,11
  216:10
  266:23
  267:12
  282:15
  300:15 313:3
  325:2 333:2,
  4 376:20
  405:3 417:11
  418:12
creating
  40:24 410:10
creation
  59:13,20
creative
  212:8 213:5
  286:13,18
creatively
  87:19

credibility
  264:16
crest
  177:11,18
criminal
  197:15
  198:12 200:4
  202:16,17
  204:4 207:15
criteria
  226:8 378:8
critical
  56:16 65:18
  165:8
  252:16,19
  416:2 419:25
  421:2,23
  423:3,18
cross-
function
  191:16,17
cross-
functional
  191:17,20
  192:24
  405:23
Cross-talk
  51:22 173:20
  436:23
cultural
  289:17
  290:9,25
  291:25
  322:15
cumbersome
  334:2
current
  86:16 92:24
  93:2 177:24
  184:4 186:13
  235:22
  411:8,25
custodial
  324:23
custodians
  300:22 377:4

customer
  101:14 330:8
customers
  40:18 62:5
  73:7,8,10
  77:22,23
  90:23 91:3
  101:8 132:18
  273:3 337:15
  428:8
customize
  10:21
customized
  151:25
cut
  53:17 113:20
cuts
  58:14
cycle
  354:6,11
  355:2

          D

DACT
  172:12
dangerous
  280:3 296:25
  335:4,10
Daniel
  205:19,22,23
Danielle
  16:7 17:5
  296:17 377:7
Danielle's
  312:6
Dara
  136:18 140:4
  190:19
  191:8,25
  200:14
  270:15
  349:15
  388:2,11
Dara's
  137:9 201:3
  273:19

data
  81:6 109:15
  110:16,23
  113:20
  128:19
  151:17
  161:14
  171:11
  230:11
  289:21
  353:14
  423:24
date
  109:3,13
  142:12 167:7
  252:13
  377:15 405:2
  417:10 419:4
daughter
  331:18
David
  169:17
day
  7:18 41:5
  45:3,5 56:23
  57:10,21
  126:15
  160:13,20
  221:19,24
  237:12
  348:11
  350:16
  351:3,21
  380:17
  383:12
  384:14
  428:17
  439:20
  444:21
days
  166:14,16
  167:5 201:14
  228:14 293:6
  344:18
deactivated
  170:7,13,18,
  20 181:19
  182:5,10

184:13,19,23
185:5,14,17,
19,23 186:6,
7 194:7
195:3,10
196:8 197:13
198:10
199:11,14,18
200:3,13
223:7,13
224:5 225:8,
22 229:23
237:18
238:18
248:12,25
283:22
441:20
**deactivates**
224:23
**deactivating**
194:14
**deactivation**
195:22
238:23
239:23
244:11
**deactivations**
172:14
239:22
241:17
**deal**
22:10 155:11
156:3 173:10
310:13 334:2
372:10
**dealing**
203:10 289:2
327:18 328:8
**deals**
142:14
293:15
372:15 417:4
**Dear**
414:5
**debatable**
85:21
**debate**
143:19

**December**
68:19 162:8,
21 177:25
178:24
179:13
296:18
360:25 396:8
**decent**
63:2
**decide**
43:4 128:9
189:6
**decided**
208:3 225:6
382:2
**decides**
131:13,14
329:12,21
**deciding**
280:21 314:6
**decision**
216:20
279:20
306:10,18
309:7 345:7,
17 347:15
**decisions**
128:12,20
262:3 302:25
303:6,13
305:15,22
306:4 399:22
**deck**
69:12 76:2,
4,17 80:9
103:4 197:4
238:2 322:25
**declaration**
144:6
**declaring**
50:9
**decline**
72:18
**declining**
73:6
**decrease**
381:14,17

**decreases**
95:18
**dedicated**
17:13
**deemed**
216:15
**deep**
183:10
**deeply**
78:4
**defeat**
374:25
**defense**
391:20
**defer**
202:8 311:20
**define**
52:13 88:25
411:9
**defined**
15:3 42:3
94:23 108:8
127:18
**defining**
108:5
**definitely**
27:22 166:4
256:12
**definition**
329:10 365:6
**definitively**
226:9 319:12
**degradation**
94:16
**degraded**
95:21 255:10
256:9
**degree**
14:25 111:5
292:8,22
293:19 295:4
**Delaware**
427:7
**deliver**
414:20
**delivered**
104:5 289:20

414:15
**delivering**
36:18 164:21
**delivery**
149:14 379:8
**demand**
42:9,12,15,
25 45:15,17
46:19 50:17
70:6,21
71:4,9,10,13
72:6 91:21
94:14 95:4
96:19,24
97:5,7,14
98:4 99:7,20
100:6 163:2,
8 165:19
176:15
221:18,23
255:17 257:4
260:12
398:17
**demand-
constrained**
308:5,12,17
**Democrat**
389:11
**demographics**
78:5
**demonstrate**
236:21
**demonstrated**
111:16 252:9
**demonstrates**
230:11
**department**
59:7,12
60:11,12
61:2
**departure**
390:17
**dependent**
152:12
**depending**
17:20 42:5
49:11 261:5

Chad Dobbs   Highly Confidential
August 21, 2025

429:12
430:20
**depends**
  35:11 42:3
  51:9 52:13
  62:13,20
  104:6 110:15
  123:20
  124:12,17
  131:7,16
  140:17
  245:15 261:9
  365:6 411:4
  434:3
**deploy**
  65:7 263:22
**deposition**
  9:6,13 20:7
  24:8,9,11,20
  25:22 26:12
  29:18 34:5,
  11 43:6,16
  47:17 48:13
  51:17 66:13
  79:15 83:8
  104:11 116:9
  124:23 136:2
  141:19
  156:19 175:3
  188:6 204:14
  211:7 219:11
  237:17 246:6
  253:19
  262:22
  264:21
  277:13
  281:22 283:9
  284:6 285:17
  295:25 300:5
  312:12
  315:23 324:7
  331:8 334:21
  354:21
  358:10
  359:23 375:9
  376:19
  386:21
  395:24

404:15
412:15
416:15 430:4
437:18 438:2
439:9 440:13
**describe**
  7:13 250:4
  367:5 370:6
  402:10
**described**
  13:11 139:22
  179:5
**describes**
  382:2
**describing**
  60:25 156:8
**description**
  10:13 440:11
**designated**
  25:9 26:24
  27:10 242:11
  293:5
**designates**
  24:24
**desk**
  8:4
**detail**
  197:6,10,17,
  18,24
  198:17,22,
  24,25 199:2,
  7 215:11
  216:19
  217:22
  416:6,9
**detailed**
  231:20
**details**
  38:2 39:21
  150:8 167:15
  195:20
  196:19 202:7
  207:17
  208:10
  216:13
  235:21
  361:18 424:9

**deteriorate**
  80:17
**determine**
  78:6 309:20
  313:23
  314:11
**determined**
  402:21
**Determining**
  304:21
**detrimental**
  131:5
**Detroit**
  425:11
**develop**
  117:18
**developed**
  370:20
  393:25
**development**
  87:11 90:3,6
  368:5
**Developments**
  398:4
**Diane**
  27:7 39:23
  59:19 64:7
  65:15 76:6
  89:13 99:4
  107:13 115:2
  130:7 141:25
  157:4 158:8
  168:2 201:6
  207:6 210:22
  216:23
  218:2,22
  229:16
  238:11 244:2
  291:11,22
  322:6 330:21
  340:23
  350:18
  373:12
  392:17
  411:20
**different**
  11:2,3 12:4,

8 16:23
17:10 19:14
23:4 37:5
39:5 41:7
42:5 43:9
102:18
113:21
128:24
134:11
143:19,20,21
144:11,12,13
152:13
162:12
191:21
195:21
228:23
241:22
257:6,7
291:15
298:10 310:2
314:25 315:2
328:14 356:9
370:19
420:19
426:21
428:7,8
433:13
**differentiati
ng**
  102:18,21
  213:19
**differentiati
on**
  114:11
**differently**
  123:24
  346:15
  428:12
**difficult**
  207:14 242:6
  412:2 433:12
**dig**
  313:2
**direct**
  67:14 125:3
  126:20 193:5
  357:14,21
  362:10

390:10 401:6
419:6 431:6
**direction**
46:25 47:6
79:5 85:23
162:17,22
**directions**
79:2
**directly**
116:2 145:15
346:11
372:20,25
373:13,23
404:4
**director**
36:12 39:11
42:23 388:6
**directors**
361:11
377:12 388:8
417:17 424:2
**dirty**
241:19
**disagree**
168:5 293:8
342:24 399:4
**disagreement**
212:24 357:2
430:11
**disclaimers**
186:16
**disclose**
396:24
415:24
**disclosed**
385:19 416:9
424:6
**discourage**
235:19
**discussed**
8:13 47:19
107:24
161:13
191:11
222:12
**discusses**
102:5 374:6

404:11
**discussing**
14:24 84:14
109:11 139:6
142:21
143:24
228:18,22
301:11
403:19
**discussion**
48:9 53:24
114:5 301:24
388:18
390:24 391:8
429:20
**discussions**
26:11 28:3,9
37:11 424:2
**displaying**
333:25
**dispute**
167:20
243:12 293:2
**disputing**
167:19
**disqualifying**
198:12 200:4
202:16 204:4
**dissatisfied**
81:10
**distributed**
190:7
**distribution**
189:22
190:15 192:6
199:25
200:16
**distro**
192:3
**divided**
12:7,17
113:21
**divides**
328:19
**division**
126:2

**divulge**
379:22
**DK**
267:6,15,19
268:11
270:12 442:5
**dk@uber.com.**
136:14
**DL**
189:17,21
**Dobbs**
5:12 6:1,13,
17 7:1 8:1
9:1,21 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1,5,
17 21:1 22:1
23:1 24:1,25
25:1,8 26:1
27:1 28:1,
11,14 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1,15 47:1
48:1,11 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1,17
66:1 67:1,11
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1

78:1 79:1
80:1 81:1
82:1,20 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1,
7 130:1
131:1 132:1
133:1 134:1,
9 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1,2
143:1 144:1
145:1 146:1,
15 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1,14
155:1 156:1
157:1 158:1,
7 159:1
160:1 161:1
162:1 163:1
164:1 165:1,
20 166:1
167:1 168:1

169:1 170:1
171:1 172:1
173:1 174:1,
2,6 175:1
176:1,23
177:1 178:1
179:1 180:1
181:1 182:1
183:1,2
184:1 185:1
186:1 187:1,
16 188:1
189:1,13
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1,24
199:1,21
200:1 201:1,
8,17 202:1
203:1 204:1
205:1,17
206:1 207:1,
7 208:1
209:1 210:1,
3,18 211:1
212:1,25
213:1 214:1
215:1 216:1
217:1 218:1
219:1 220:1
221:1 222:1
223:1 224:1,
22 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
242:1,5
243:1 244:1
245:1,10
246:1 247:1
248:1 249:1
250:1 251:1,

24 252:1
253:1,3
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1,9
263:1 264:1
265:1,14
266:1,22
267:1 268:1
269:1 270:1
271:1 272:1
273:1 274:1
275:1 276:1
277:1,12
278:1 279:1
280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1,
13 292:1,6
293:1,17
294:1 295:1
296:1 297:1
298:1 299:1
300:1 301:1
302:1 303:1
304:1 305:1
306:1 307:1
308:1 309:1
310:1 311:1
312:1 313:1
314:1 315:1
316:1,22
317:1 318:1
319:1,2
320:1 321:1,
13 322:1
323:1 324:1
325:1 326:1
327:1 328:1
329:1 330:1
331:1 332:1,
6,24 333:1
334:1 335:1,
19 336:1

337:1,24
338:1 339:1
340:1 341:1
342:1 343:1
344:1 345:1
346:1 347:1
348:1 349:1
350:1 351:1
352:1 353:1,
3 354:1
355:1,7
356:1 357:1,
5 358:1,25
359:1 360:1,
23 361:1
362:1 363:1
364:1 365:1
366:1 367:1
368:1 369:1
370:1 371:1
372:1 373:1,
9 374:1,18
375:1 376:1,
18 377:1
378:1 379:1
380:1 381:1
382:1,21
383:1 384:1,
11,25 385:1
386:1,5
387:1 388:1
389:1 390:1
391:1 392:1
393:1,20
394:1 395:1
396:1,5,20
397:1 398:1
399:1,17
400:1 401:1
402:1 403:1,
6 404:1
405:1 406:1
407:1 408:1
409:1 410:1
411:1 412:1,
7 413:1
414:1 415:1
416:1,10
417:1 418:1

419:1 420:1
421:1 422:1
423:1 424:1,
18 425:1
426:1 427:1
428:1 429:1
430:1 431:1,
22 432:1
433:1 434:1
435:1,23
436:1 437:1,
16,18 438:1
439:1,6,17
440:1,3
441:1 442:1
443:1 444:1,
11

document
26:10,21
35:4 52:4
59:4 66:16
67:4,11,19,
22 68:2,4,
10,12,13,22
69:9,19 72:4
98:17,22
100:18
116:17,19,24
117:6,15
118:20
121:18,23
122:3
125:15,20
127:4 130:4
136:8,9,24
137:23
138:25
139:20 140:2
141:8,11
142:3,6,14
146:9,12,15
156:25
157:13
167:25
170:23
175:14 176:4
178:23
179:10,15,
22,25 180:2,

8 181:4,5
182:14
186:11,18,21
194:5 196:7
205:4,10,18
207:19
211:17 215:3
216:14,22
219:25 220:3
234:11 238:6
244:3,4
254:4,7
262:23
266:19,23
267:2,12
268:11,22
269:16,18,21
270:8,10
272:12
274:10
281:23
282:12,14,25
284:15 285:7
292:13,14,19
296:14
298:10 308:9
309:25
312:20 313:3
315:15
317:13
319:23
320:3,11
321:22
322:10
324:22
326:22
327:17
329:20
332:7,16,24
333:4 334:6,
12 338:25
343:14 362:5
364:21 371:3
375:21
376:20
377:11
378:18
396:4,20,22,
24 397:4,20

398:2 401:8,
23 402:11
404:10,23,25
405:2,9
406:21,24
407:7 409:8
412:24
413:2,11
417:4,11
418:2,11
420:24 422:9
423:25 442:6
**documentation**
182:21
**documents**
8:19 9:4,8,
11,18 33:12,
15,17,24
34:3,9,13,
20,23 35:2,
7,13 37:7
38:12,14,16
41:22 48:8
50:19 103:16
140:19
146:19
173:15
174:18
184:24
236:20 237:5
275:10 315:5
321:24
358:8,13
429:25
**doing**
21:5,6,7
61:22 93:5
110:19
115:20
132:15
140:13,19
153:17
164:12 165:5
197:9 222:16
232:7 241:15
244:9,13
249:24
289:13

303:24
330:12 350:9
395:3 408:10
425:24
428:16
**dollar**
121:3 261:4
264:11 339:3
**dollars**
103:17 112:7
114:3
130:21,24
341:7,8
434:8,10,13
435:9 437:8,
13
**Donald**
230:20,21
**door**
428:24
429:16
**dots**
279:7
**dotted**
114:7,12
**double**
177:24
270:20
**doubled**
193:17
**downward**
85:10,24
437:5,7
**dozens**
56:10
**Draft**
313:11,12
**drafted**
151:8 389:11
**dramatically**
147:25
**draw**
311:15
320:21
**drawing**
50:14

**drew**
426:10
**drinking**
392:15
**drive**
44:13,16,22
45:11 57:4
63:15 72:2
149:5,22
151:11
152:14,21
153:9
184:14,20
186:6 201:10
202:15 204:4
207:21 208:5
224:24
225:4,10
235:22
236:22
248:11
251:15
259:12,16,22
260:11
262:14
264:25 265:6
271:10 274:5
302:17 394:5
**driven**
239:25 412:9
**driver**
36:20 40:12
42:19 49:19
50:5 67:5
69:5 72:7,
10,12,18
73:5,16,23
74:7,8,20
76:25 79:7,
11 80:17
81:15,24
82:5 100:19
101:15,16
102:8 103:19
104:2,3,7,
13,21 105:7,
13,20,25
106:5,14

Chad Dobbs  Highly Confidential
August 21, 2025

108:2,6,21
110:3,9
111:14,20,25
112:7,11
113:23
114:6,8,9,15
115:5,12,14,
17,19,20,21,
22 116:5
118:8
119:15,20
120:11,23
121:5
122:13,17,
24,25
123:17,25
124:4,6,10,
14 127:12
128:2 129:17
130:2,10,16
131:8,14
132:7,8,15,
23 133:3,9,
18,25 134:23
136:3 137:18
140:7 145:20
148:22
149:8,14
150:20
152:17
154:19
157:20
158:14
159:13,17
160:3,7
168:25
169:25
173:11,18
174:8 186:2
192:25
193:17
194:14
195:25
196:24
202:23
203:10,15,21
209:11
216:6,11
218:25

221:12
222:20
223:24
224:12,23
225:7
233:10,16
234:14
236:15,16
237:18
238:18 239:4
240:13,17,
18,25 241:7,
8,19 243:21
244:10
246:24
251:5,13
253:4,7,10,
20 254:8
260:9
261:12,25
262:2,23
263:6,22
265:5,8,23,
24 269:24,25
272:21
281:11
283:12,21
287:17
288:10,17,
19,21 289:18
290:8,14,15,
20 291:4
292:9,15,22
293:16,19
294:2 295:2
296:24
298:18 303:8
306:11
310:14
311:24
312:2,14
313:7 314:8,
16 315:18
316:21
318:19
319:4,12,13
320:19,24
322:14,20,
21,25 326:17

327:14
336:23 398:3
401:12
411:10 412:9
422:4
440:17,22
441:7,20
442:3,14
**driver's**
79:4 132:10,
12,17 182:13
224:16
225:14
271:17,19
275:7 284:17
292:7,20
293:18
**driver-
related**
69:4
**drivers**
10:19 39:16
40:2,5,8,19,
22,25 41:4,
10,12,13,16
43:13,18,21,
23,25 44:3,
8,16,22
45:9,17,23
46:8,9 49:6,
14 56:21
57:3,4,9,19
59:24 60:17,
18 61:3 62:5
70:12,13,20,
25 71:14,15,
20,24,25
73:8,12,18,
19,21 74:3,
11,21 75:5,
12,17,20
77:4,8 78:2,
8,9,12,22
80:21 81:10
95:2,3,11,19
96:7,16,24
99:12,25
100:5,7,10,

20,22,23
101:7,22,25
102:8,21,22,
25 103:13,15
106:7,18,24
107:4,5,18
108:13,14
112:5 114:2,
4,13,16
117:13 119:3
121:12
123:22
128:8,18
131:6,10,23
132:3,19
134:6,7,12,
20 135:5,8,
10,19 139:2,
7,16,21
140:14,21,25
141:7 145:9
147:2,10,14,
18 148:19
149:4,7
150:24
151:3,14,15,
23 152:8,20
153:2,8
155:14,16,
22,24 156:5,
12,14 164:6
165:4,9,14,
18,22
166:10,17
170:7,10,12,
16,18 173:5
178:5,23,24
179:12,13
181:19,23,25
182:4,10,12,
19 183:4,5,
8,12 184:13,
18,22 185:4,
9,13,16,18,
22 186:6
193:18,20
194:8 195:3,
10 196:7,22
197:12 198:9

199:11,13,18
200:3,12
206:25
207:20 208:4
209:4,13
210:10,25
213:9,10
214:2,8,16
215:6,19,22
216:7 217:17
218:8,13
221:14
222:10,16
223:7,13,18
224:4,5,11
225:3,21,25
226:6,13,22
227:6
228:13,21
229:18
230:12,14
232:15,19,23
233:8,15,19,
24 234:5
235:24
236:20 237:4
239:15,24
240:5 241:15
244:20
245:22
248:10,15,
24,25 249:2
251:14,17,18
255:9 256:8
258:12,19,25
259:5,7,12,
21 260:3,5,
11,19,24
261:16,19
262:12
264:7,13,16,
25 265:14,16
270:2
271:14,16
272:4 274:8
275:13
277:18,25
283:17
287:3,13

289:20
293:13
294:8,10,12,
13,17,19
298:15
302:16
306:20
310:21
311:12 314:7
318:25 319:3
320:2,19
323:23
325:23
334:13,14,16
335:7 336:2
365:4 374:15
379:13
380:2,14,16
381:5 384:8,
13,20,24
385:3,5,8,
14,20,23
386:8,11
389:18
392:6,7
393:16
394:4,22,24
395:15
397:15,22
398:8,21
399:11,14,23
400:2,6,20
401:12
402:7,22
403:3 410:7
411:9,12
412:3 417:6
426:8
427:24,25
**drivers'**
152:12
263:20 341:9
**drives**
134:17
**driving**
36:20 41:13,
17,25 43:21
57:3,14

61:24 74:4,
25 76:22
78:22 80:21
101:15 106:9
117:11
132:11
147:10
148:20,25
151:24
153:15
170:11
182:15 183:5
199:15 214:2
222:10
225:12
226:24
248:11 249:2
265:6
290:15,20
296:25
297:24 299:3
368:21
**drop-down**
242:24 243:4
**Dropbox**
67:2
**drum**
55:17
**due**
209:5 241:17
287:2 327:6
363:19
**duly**
6:8 444:13
**dynamic**
58:14 180:4
**dynamics**
155:25
309:15
**Dytang**
169:17

---

**E**

---

**earlier**
65:16 158:19
160:13,19

182:9 193:10
194:7 222:13
244:21 247:6
257:19 258:3
260:17
261:3,24
262:9,10
275:7 290:17
294:24
300:20 315:4
426:22
**early**
21:5,8,9
71:3 162:8,
21 166:6,14,
16 167:5
374:13
**earner**
36:13,15,16
116:10
117:17,20
118:8 273:5
441:3
**earners**
117:7,10
266:6 268:23
269:3,8,13,
17,18 270:8,
20 271:4
272:14
273:9,11
**earners'**
117:19
**earning**
36:17 112:7
132:12 145:9
151:15 153:2
260:25
265:10
**earnings**
45:10 132:14
150:8 151:13
152:12,18
153:13,20
235:23 248:2
249:13,20,25
250:8 258:12
259:4 260:9

261:17,25
263:6,9,14,
20 264:7,17
344:25

**earth**
348:19 349:4

**easier**
248:10
274:23
291:16 292:2

**Eastern**
357:11 438:4

**easy**
242:6 275:12
389:15

**eaters**
10:19

**Eats**
36:19 60:20
275:13
364:20
391:14
422:22 429:5

**EBITDA**
363:13,18
413:25
414:11

**economic**
130:24

**economy**
138:8

**ecosystem**
58:20 405:24
406:5,23
408:8
409:13,25
411:8

**edited**
140:4

**education**
224:2

**effect**
78:23 138:7,
20 141:14
351:16 397:8

**effective**
64:16 134:14

391:19

**effectively**
39:18 40:15
100:3 118:19
173:6 191:4
272:8

**efficiency**
58:6 188:25

**efficient**
64:16 65:2
371:8

**efficiently**
272:8

**effort**
74:19 149:21
161:17
172:24
178:17
180:12,15,20
181:13,18
182:18
192:24
202:23 236:4
323:8 348:18
349:3 357:8

**efforts**
61:23 149:24
191:10
230:14
382:22 393:3
417:5

**egregious**
241:16 242:3

**either**
7:19,22 8:7
43:24 71:25
85:22 92:23
95:13 101:6
114:21 216:5
228:10
251:16
324:18
327:5,6

**electeds**
390:12

**element**
405:22
407:12

418:14

**Elevate**
370:3

**eligible**
184:14,20
186:6 239:23

**Ellis**
6:19,23

**email**
7:23 51:18
52:5,8,21
54:5 55:3
61:5 63:7
112:19
136:17
156:20,23
157:3,17,20,
24 158:6,13,
23 159:2,9,
10 160:10,
11,18 162:24
164:3 166:13
167:4,7,11
168:3,6,18
169:15
174:3,13
177:4,7
188:7 189:16
192:9,20
196:15
197:16,18
198:4,20
200:9 204:15
205:19
211:8,11
214:14 215:3
216:22,24
217:2,12,14,
15,23,24
219:12
225:19
226:19
228:25 246:7
249:7 252:15
255:24 256:5
296:3,6,17
298:24 299:6
300:12 312:6

315:24
316:6,7
342:12
343:19
349:25 355:6
360:3,23
364:3 366:8
371:10
374:3,7
386:22
387:4,8,9,
16,20,25
389:22
391:24
392:14,17
413:21
440:16
441:10,14,
15,17,19,23
442:11,17,22
443:3,7

**email's**
198:21

**emails**
157:14
159:25
169:9,11
198:14
222:18 225:6
228:22

**embarrassing**
80:25

**empathy**
326:14
327:11

**emphasize**
160:2 414:25

**emphasized**
415:3

**emphasizes**
161:8

**emphatic**
159:13
168:25

**employ**
379:13 380:2

**employed**
328:21

Chad Dobbs  Highly Confidential
August 21, 2025

435:15
**employee**
177:14,16
372:17
397:22
400:24
**employees**
53:3,7
372:16,17
378:7,15
380:17 381:6
385:24
397:16
398:21
399:12,23
400:6 402:22
**employment**
390:2 395:7,
12 401:14
**empty**
8:25
**enable**
206:24
**encompass**
25:23
**encounter**
242:15
**encourage**
43:23,25
44:6,8,12,
16,21 45:10
100:9 132:4
150:24 185:3
259:5
**encourages**
412:4
**encouraging**
259:11
411:24
**end**
8:12 9:12,17
106:8 120:24
152:20
188:22
193:20
211:15
247:22

262:13
265:15
283:16
324:19 345:3
380:13 413:5
**ended**
53:9 54:8
245:10
413:23 414:9
**ending**
194:5 208:13
220:6 222:23
227:3 283:10
396:7
**endorsement**
174:14
**ends**
205:18
219:16
255:21
357:25
**energy**
180:25
**enforcement**
326:17
327:14
**engage**
223:14
**engaged**
28:24 53:8
54:7 123:22
124:7,9
186:8 393:9
**engagement**
41:8 120:3,
14 121:7
350:7
**engagements**
124:6
**engaging**
185:20
353:22
**enjoy**
428:16
**enormous**
371:5

**ensure**
45:16
**ensuring**
284:11,18,25
**enter**
380:9
**entire**
337:22 414:6
**entirely**
27:22 147:5
228:11,19
288:11
325:25
351:11
394:14
408:13
436:12
**entirety**
16:6
**entities**
25:6,14,17,
19,24 26:4
378:6,14
**entitled**
83:19 286:4
**environment**
411:17,23
**environmental**
409:15
**equal**
237:6
**equation**
42:13,16,20,
25 43:2
135:17
**equity**
433:24 434:7
435:7
436:13,17
**era**
253:2
**eradicate**
405:23
406:22
407:18
408:10

**eradicating**
406:4 408:6
409:12
**essentially**
55:4 94:21
**established**
192:4
**estimate**
13:10,13
32:18 111:19
117:7,19
119:9 120:23
**estimated**
133:12
434:5,6
**estimates**
119:3 123:12
339:9,16
341:2,25
**estimating**
116:22
339:5,12
**et**
106:5 152:16
183:23
275:20
306:14
353:24
**ETAS**
163:14
**evaluate**
178:14 179:6
**evaluated**
179:21
**evaluating**
172:25
**event**
52:20 152:24
292:6 329:11
**events**
33:2 45:2
401:18
**eventually**
427:4
**everybody**
437:23

Chad Dobbs   Highly Confidential
August 21, 2025

everyone
  118:16
  138:16 152:6
  214:14
  316:14 317:5
  405:21 438:3
everyone's
  46:12
evidence
  243:7
evolve
  180:6
evolved
  15:5 47:13
EX
  281:24 442:7
exact
  13:8 15:5
  31:19 38:2
  52:17 56:17
  97:19 137:14
  152:17 243:3
  261:25
  279:23
  320:21
  351:23
  371:10
  430:12
  432:19 434:4
exactly
  31:6 91:15
  94:22 96:12
  108:5
  113:14,19
  119:23
  138:12
  143:17
  151:18
  159:10
  173:12 180:5
  190:6 201:21
  208:10
  218:18 219:6
  252:11
  284:21 310:7
  368:19 369:2
  371:13
  378:25 383:7

397:21 431:8
examination
  6:11 424:16
  431:20 440:4
  444:12,13
examined
  6:9
examining
  212:18
examples
  37:20 151:19
  259:8 319:11
exception
  189:8 306:21
  309:9 315:8
excerpt
  389:8,9
exchange
  357:16
  395:20
  396:14
  402:11
excluded
  306:13,25
  307:3,7
  308:25
  309:5,16
excluding
  206:17 209:3
  308:18,20
excuse
  331:16
execute
  366:22 369:9
executed
  367:24
executional
  283:3
executive
  118:22,23
  266:5 325:13
executives
  220:24 221:3
  418:21
exemption
  298:9 389:12

exhale
  221:18
exhaled
  221:23
exhibit
  24:8,10
  51:15,16,18
  66:13 67:5
  83:7,10
  104:10,13
  116:10
  124:23 125:8
  135:25 136:3
  141:20
  156:18,20
  175:5 188:7
  204:15 211:8
  219:12
  237:18 246:7
  253:20
  262:22
  264:21 267:6
  281:21,23
  285:19 296:3
  300:6
  312:12,13
  315:24 322:8
  324:6,8
  331:7,9
  342:12
  359:23 360:3
  375:8,10
  376:19
  386:20,22
  395:23,25
  404:14,16
  412:16
  416:16
  440:13,16,
  17,19,22
  441:3,5,7,8,
  10,12,14,15,
  17,19,20,23
  442:3,5,6,9,
  11,12,14,17,
  18,20,22
  443:3,5,7,8,
  9,11,13

exhibits
  7:18 8:10
  312:7 333:23
  440:24
  441:2,25
  442:2,24
  443:2
exist
  337:18
  398:23
  399:24 400:9
existence
  13:12
existing
  44:2 62:4
  71:25 72:10,
  12 100:9
  101:7 114:13
  129:5 132:4,
  6 236:7
exists
  42:2 101:11
  185:9
expand
  427:7
expect
  98:14 121:10
  186:18
  197:4,23
  390:15
  396:21 415:6
expectation
  120:7
expectations
  263:10 264:3
expected
  117:20
  120:2,14
  121:7 122:16
  303:7 304:17
  305:4 367:16
expenses
  152:8,20
  261:19
  262:12
  263:22 264:8
  265:16
  400:2,13,24

402:14

**expensive**
103:9 105:8,
14 115:6
146:17
352:18
379:25

**experience**
39:3 40:21
46:6 49:6
70:24 77:12
78:24 79:4,
7,11 80:10
81:8,11,25
82:5,7
100:21
134:16
162:13 206:7
260:4,5
275:9 283:17
287:18 288:3
302:20
335:16
372:17
388:23

**experienced**
287:13 370:9

**experiences**
71:7 79:16
80:4,7

**experiencing**
203:15

**experiment**
408:16

**expert**
18:16 290:4

**expertise**
39:4

**experts**
17:20 18:8
19:13 311:20

**expired**
182:13

**explain**
25:18 56:14
94:19 216:17
217:15

**explaining**
105:2 107:17
397:21

**explains**
215:3 318:2
378:19,21

**explicitly**
174:12 232:5
370:10
400:22 432:8

**Explore**
302:9

**explored**
170:5

**exploring**
232:11 343:6

**exponentially**
181:8 256:21
257:14

**exposure**
296:22

**expressed**
252:15 265:2
385:24

**expressing**
231:7 256:3
284:16
385:25 386:2

**extend**
255:22

**extended**
14:18 49:25
107:3

**extension**
254:17

**extensively**
131:18
155:16 165:2
191:11 257:3
352:16
370:15

**extent**
46:23 47:4
209:19
317:15 358:7
379:22 383:4

**external**
350:6 353:21

**externally**
151:18

**extraordinari
ly**
379:20

**extrapolate**
163:12

**eye**
86:12 140:21

**Eyes**
360:8

---

**F**

**face**
91:20

**facilities**
114:21

**facing**
82:24 84:15,
23 307:3

**fact**
26:13 56:20
60:25 73:15
86:23 91:8
92:2 95:8
103:2 106:25
146:21 160:5
203:19 216:5
217:24
218:16 236:6
258:17 264:7
319:18
321:14
348:10
350:15
351:2,20,23
365:12
385:21
387:10,17
389:5 393:6
394:4 404:7

**factor**
65:21 397:6

**factors**
14:21 262:4
288:3 310:10
329:15
372:20
373:10,22
407:25

**facts**
351:24
352:2,8

**failing**
72:25

**failures**
245:17

**fair**
11:18,19
14:5,6 22:4,
25 24:5 26:2
41:13 43:2
44:17 45:18
51:8 66:6,8,
14 95:23
111:4 112:8
122:19 123:2
124:11
138:13,17
143:23
152:11
165:25 166:8
190:7 207:18
209:15 255:2
256:2 265:19
266:9
269:12,15
274:15
277:19
302:21
309:11 311:9
323:12
327:23 329:8
341:10,16
342:15 353:3
359:12

**fairly**
15:4 180:15,
23 250:14

**fairness**
310:16

Chad Dobbs  Highly Confidential
August 21, 2025

faith
  358:10
fallen
  87:5
falling
  86:24
falls
  35:15 45:23
  223:20,23
  224:22 225:2
  280:11
  293:14
familiar
  37:15,24
  47:22 54:21
  118:16 127:6
  142:16
  152:19,23
  173:12,23
  202:8 203:5,
  7 204:9
  211:3 219:6
  262:11,19
  300:20
  361:22
  412:23
familiarize
  296:12 413:9
Fantastic
  360:18
far
  14:8 65:8
  293:4 354:13
  403:20
fare
  109:6,12,15
  110:3,9
  111:2,4,9,
  11,25 112:7
fast
  71:5 145:4
faster
  92:24 155:22
  255:9 256:8
  272:19
  367:15
fatal

421:20,22
  423:6,15,21
features
  278:17
  326:17
  327:14
  330:10
  337:17
  346:3,10,18,
  25 370:20
  380:13
  406:15
  408:17
February
  52:6 157:11,
  16 158:13
  160:14,20
  163:24 405:3
feedback
  74:21 77:6
  81:21 173:4
  231:9 299:19
  323:23 324:3
  330:8 427:24
feel
  34:14 165:12
  169:13
  235:17
  279:12,15
  352:16 356:5
  385:15 426:4
feels
  171:22
  388:12
fees
  113:17
fell
  225:15
felt
  34:18 252:15
  254:16
  323:14
female
  325:23
  334:12,14,22
  336:2
fervent
  430:10

fewer
  124:6 163:3
  304:10
  323:16
Fidelity
  367:18
fifth
  221:11
fight
  147:20
  389:13
fighter
  63:25 64:12,
  19,21,24
Fighting
  389:14
figure
  74:23 76:22
  155:5 428:9
figures
  151:23 152:2
  153:7,12
  261:4 264:11
  339:3
file
  181:6 267:15
  281:24
  324:23 409:9
  442:6
filed
  378:23
  396:16
files
  136:10
  139:15 140:9
  282:19
filings
  395:19
fill
  58:8
final
  33:3 53:19
  208:23
  298:23
  333:23
  361:10
  372:19

finally
  285:25
finance
  177:23
financial
  93:5 129:15,
  16 130:2
  249:17
  250:13
  339:19,22
  341:17,18,
  20,23 359:15
  362:21
  366:9,14,16
  397:9 401:20
  412:8
financially
  5:20
find
  217:9 248:2,
  17 266:16
  311:8 428:5
finding
  248:7,9
fine
  154:3 331:24
fingers
  380:16
firmly
  14:18 15:3
first
  26:20 29:7,
  8,16,20,23
  30:9 31:3,5,
  10,15 50:20
  54:16 55:18
  60:13 102:7,
  9 106:8
  125:18 126:5
  129:13
  137:17
  139:25
  149:13
  175:16
  216:22
  234:11
  246:11
  247:16,18

254:6 301:3
342:4 344:25
347:2 348:2
349:14
362:14
363:4,6
371:15 387:8
417:20
435:24
**first-time**
59:24
**fiscal**
396:7
**fit**
373:6
**five**
30:3 101:13
357:12
374:20 413:8
414:17
**fix**
53:22 212:12
265:10
**flag**
53:14
**flagged**
215:23 216:8
218:16
**flagging**
215:5
**flatten**
263:9
**flexibility**
106:25
385:18
401:13
**flip**
67:9,13
72:16 75:3
80:8 83:18
84:13 94:11
116:16
137:16 139:5
149:18
175:25 184:2
238:8,9
282:11

289:15 290:5
313:6 316:23
325:6 326:8
333:7 334:9
335:24
377:18 413:9
**flipping**
175:12
237:24 254:2
312:18
404:22
**Florida**
310:23,25
**flows**
401:21
**focus**
17:18 22:14,
19 44:3
49:13,15,16
74:2,5,9
93:7,9,10
94:2 107:11,
16 115:16
135:16 150:2
155:23
156:14
163:20,25
167:14
180:17,24
183:22 194:6
222:25
230:13
238:21
273:21 283:7
294:13
301:10,23
302:4 317:2
323:24 336:7
350:21 385:4
386:7 427:22
**focused**
17:14 18:22
22:17,21
60:17 73:22
93:23 99:23
194:13
269:21 276:7
301:21

359:14
368:21
418:14
**focuses**
269:17,18
380:20
**focusing**
104:24
279:25
307:16
328:13 339:2
350:14
**folks**
18:9 32:16
44:12 74:24
76:9,22
77:17 78:14
112:22
117:10
126:17
138:25
148:23
149:22 190:8
254:16 272:9
276:6 281:2
307:15 310:4
338:13
344:17
346:19,22
350:3,7,23
353:23
355:10 356:4
399:3,11
**follow**
53:21 196:4
**followed**
187:20,23
**following**
120:2,13
121:7 172:21
210:12
229:21
234:14 256:4
344:18
362:16
373:20 397:6
**follows**
6:10

**font**
291:15
**food**
36:19 379:7
**footing**
148:15
**force**
390:9
**forecast**
177:23
**foregoing**
439:8
**forget**
91:15 137:13
368:19
**forgot**
358:22
**form**
19:10 23:2,
10 50:8
62:18 66:7
71:21 81:17
86:5 96:10
119:22
123:3,19
129:2,12,24
133:7 138:14
140:16
152:10
173:21,22
174:11
180:13
186:10,18
196:2,25
200:8,23
201:13
202:25 204:7
208:7 209:16
210:13
214:24
217:20 219:4
223:17
224:14
232:10
240:20
241:12
242:18
243:13

Chad Dobbs  Highly Confidential
August 21, 2025

245:13 250:3
259:18
261:8,22
265:18
279:18 280:5
281:5,17
284:20
287:25
292:10,24
305:18
318:17 319:6
320:7 321:7,
17 331:2
333:11,25
337:11 338:5
340:6 348:21
351:4 352:4,
13 354:12,18
355:25
373:3,25
383:24
385:11
392:22
393:12 395:9
396:2 399:8
402:17
403:15
406:25
408:23 410:2
416:4 432:3
443:8
**formal**
254:18,19
**formally**
28:2 54:17
**formatted**
374:3
**forth**
203:9 333:13
444:12
**fortunate**
437:10
**forward**
22:7 26:8
27:7 69:17
84:24 137:16
139:5 149:18
175:25

239:11
268:10,14
288:7 290:5
299:8,9
301:3
305:10,16,25
312:8 313:6
315:15
325:6,12
326:8
327:23,24
332:21 333:7
334:9 362:2
366:23 368:7
369:10
377:18
418:17
428:10
**forwarded**
157:17 158:6
159:7,8
169:16
**forwarding**
157:24
158:12
160:19
171:13 217:6
**forwards**
157:10
158:15
168:21
169:21
170:23
389:21
**found**
198:11 200:4
**foundation**
203:2 204:8
208:8 209:17
210:14
214:25
217:21 219:5
240:21
242:19
243:14 293:9
352:5 385:12
393:13
394:11

395:10
403:16
408:24 416:5
**foundations**
273:14
**founded**
50:24
**four**
12:9,15
20:20,22
21:2,11 30:3
32:21 33:9
117:4 138:6
141:12
162:18,23
409:14
414:16
436:14
**fourth**
21:16
**frame**
15:12,24
55:6 179:2
255:20
340:17
**framed**
61:5
**framework**
302:24
305:7,14,19
306:3,17
**framing**
349:24
**Francisco**
11:2 15:10,
17 18:15,18
19:6,17
21:21 22:10,
21,24 263:14
307:11
425:10
**Frank**
171:7,10,11
300:21
**freedom**
385:18

**Freight**
369:25
**frequently**
44:2 327:6
352:25
**friction**
215:20
216:2,3,4,10
231:22
232:8,12,16
239:9 248:3,
9,18,21,22
249:4 271:21
**Friday**
259:12
**Fridays**
260:8
**friends**
71:7,8,9
426:7
**front**
7:12,14 8:2,
4,20 17:11
24:16 27:2
57:14 282:5
285:24
305:22 332:5
343:11
360:13,23
381:4
**fuel**
266:3
**fueling**
265:17 266:6
269:3,9,19
270:9
**Fuldner**
205:25
343:24
418:20,25
**full**
6:15 54:5
68:25 391:22
414:18
**fully**
67:23 390:3
408:13

fun
  425:2
function
  17:10,25
  40:7 63:25
  64:23 126:2
  134:15 394:3
functioning
  40:11 64:12
  179:17
functions
  10:25 16:23
  37:5 137:15
  191:21,23
  344:8,9
  394:19 395:5
Fundamentally
  163:2
funnel
  113:24
  114:15
  171:22
  271:5,8,21
  272:4,7,9,10
  273:15
  274:23
future
  127:18 230:5
  434:3,7
  435:8

_____

G

Gaddis
  27:18
gaining
  89:21,25
  90:12
game
  63:14
gap
  209:11
  218:24
gas
  262:6
gathered
  81:6

gave
  227:8 275:6
gen
  286:25
  287:6,11
general
  41:24 89:24
  98:25 99:6
  103:2,5
  202:2,4
  287:6 295:8
  320:5
generalizatio
n
  294:6
generalizatio
ns
  146:3
generally
  35:17 45:19
  47:9,11 53:2
  62:15,25
  70:22 73:9
  76:24 85:12,
  16,25 86:20
  90:5 93:9
  101:21 102:2
  110:4,17,22,
  24 113:11
  123:22
  138:17
  143:16
  145:22
  153:18
  196:17
  207:18 208:2
  259:20 265:2
  270:2 271:25
  272:22
  277:23
  299:19
  309:22
  310:24
  320:23
  335:23
  339:23
  365:10
  381:23

387:16
  396:21 437:3
generate
  348:15,24
gentlemen
  54:15
geographic
  110:21
  427:15
geographicall
y
  23:25
geography
  264:13
geos
  183:23
getting
  49:6,14,15
  56:4,7 63:10
  65:7 71:15,
  23,25 73:11
  103:19 104:2
  148:24
  155:24
  165:17,21
  166:17
  170:8,10
  196:6 214:2
  230:14 234:6
  248:25
  259:16
  273:21
  346:13
  383:12,23
give
  10:12 13:9
  30:6 34:22
  35:24 51:23
  59:2 64:17
  80:12 83:16
  96:8 99:13
  111:19
  116:15
  126:25
  128:19
  148:19
  205:16,21
  211:14

224:18
  240:17
  243:20 267:9
  282:11 296:8
  310:19
  324:15 332:4
  374:14
  375:23
  413:4,8
given
  87:13 103:22
  112:23
  117:20 123:7
  127:19,25
  155:24
  160:24
  186:18
  209:20
  233:24 235:2
  262:5 310:3,
  10 311:18
  375:20
  385:17
  401:13
  426:16
  444:14
giving
  25:13 78:17
  228:13
  240:13
  242:25
  243:11
global
  67:5 68:5
  69:2,5
  262:23
  274:10
  364:21,22
  371:8
  419:14,21
  421:15
  440:17
globally
  75:12,17
  398:15
globe
  10:21 75:9

go-forward
  309:18
go-online
  273:14
goal
  354:5,25
  405:23
  406:3,12,21
  407:8,22
  408:6 409:11
goals
  355:9,12
goes
  14:8 35:12
  55:9 56:14
  58:23 62:6
  75:24 78:25
  110:3
  111:14,20
  113:11 123:2
  132:9 164:15
  166:22 183:2
  216:6 225:8
  232:13
  233:21
  244:12
  247:14
  297:20
  313:21
  367:5,14
  368:6 370:12
  389:3 397:20
  414:4
going
  5:3 8:10
  20:12 26:13
  27:25 41:21
  45:20 46:22
  47:9 53:11
  54:10 55:7
  75:21 78:4,7
  79:4 82:21
  83:7 87:14
  96:5,25
  97:3,9
  101:12 107:3
  110:9 124:22
  125:13

137:21
153:24 159:5
174:17
179:11
180:17
183:10
184:18
186:15
196:21 197:6
201:12 225:9
237:16 244:8
248:14
255:15 270:4
279:16
285:16
296:12 300:4
302:4 311:6
314:8 315:15
320:25
322:20 328:9
329:13
330:18
337:21
339:25 341:9
357:20 380:2
383:2 386:19
407:17
408:15
418:19
429:10
Gonzalez
  389:11
good
  5:2 6:13,14
  11:14 37:20
  39:16 40:20
  46:6,8 53:25
  57:17 66:17
  70:24 71:7
  78:9 81:25
  85:14,22
  86:3,20
  100:21
  101:24,25
  118:21
  140:13,20
  162:8,21
  165:12

186:22 189:5
217:11,14
227:25 251:5
260:4,5,18,
19,21 261:7,
9,13 266:21
273:2,3
276:20
277:2,6
288:22
311:12
330:18
331:25 332:3
339:25 340:3
347:18
352:23 353:2
358:10
381:21 390:5
412:4 424:18
437:11
Gotcha
  114:17 334:4
gotta
  274:22
  428:11,12
government
  398:10
governs
  229:22
grace
  228:14 229:6
grandfatherin
g
  227:9
grant
  436:2
graph
  75:11 89:8,
  20 95:23
  96:22 176:19
  255:21
  256:14
  336:15 337:2
graphs
  178:6
grapple
  408:13

grayed
  292:5
great
  8:17 9:3,21
  24:7 26:7,17
  46:10 89:15
  186:25
  217:10
  276:10
  381:23 384:4
  388:12
greater
  69:20 70:2
  97:17 98:7,
  19 164:7
  237:6
greed
  389:14
green
  303:16
  304:16
Greg
  27:18
grew
  15:4 71:4,9
  427:6,8,9
greyed
  292:3
gross
  339:7,14
  341:12,16
  342:2 363:5
  413:25
  414:11
ground
  10:20 386:9
group
  159:7 167:13
  186:14
  368:20
groups
  385:4 386:7
grow
  64:2 66:4
  71:11 73:20
  87:19 92:24
  99:2,7

101:24
131:25
134:12 155:7
161:17
165:2,4,15
172:24
245:25 257:4
271:4 277:24
323:20
341:25 371:7
427:3,12,13
**grow/rebuild**
192:25
**growing**
50:5,16
73:18 74:2
88:10 99:11
100:8,11,16
134:6
140:14,20
143:4 163:8
165:9 181:7
253:9 256:20
257:13
326:24
**grows**
87:13
**growth**
56:16 63:15
65:9,14,18,
23,24 66:5
69:20,25
75:16,19
82:25 83:3
85:5,23
86:23 87:4,
15,25 88:8
92:2,12
93:3,6
102:14
103:3,6,8
134:11 139:6
157:21
158:14
159:14,18
160:3,7
163:19,25
164:18

165:24
166:19
167:6,18,22
168:12
169:2,25
174:8 175:5,
19 176:14
214:9 221:12
246:24 247:2
253:20 254:8
256:25
265:17 266:7
268:3 269:4,
9,13,14,19,
25 270:9,21
273:5 277:17
279:4
330:13,16
338:2,23
340:3 365:18
412:9
414:16,18
441:12 442:3
**guarantees**
213:8
**guess**
28:4 39:14
88:25 93:24
158:22
250:24
329:12
349:12
432:23
**guidance**
55:11
**Gus**
205:25
343:24
418:19,25
**guys**
174:21
188:22 189:5
276:19 277:5
331:23
388:16

**H**

**H1**
301:21 306:5
**H2**
285:19
286:4,8
442:9
**half**
13:14 14:4
21:3 163:8
226:11 286:9
347:2 420:24
**halfway**
158:10
**hampered**
176:14
**hand**
330:16
444:21
**handful**
67:12 257:25
258:4
**handling**
113:5
**hands**
67:6 68:16
69:2,5 74:7
262:24
440:17
**handy**
386:14
**happen**
63:19
180:18,21
181:2 227:17
240:22
243:24
265:21,24,25
329:5 407:20
**happened**
14:16 68:15
87:17 143:21
159:11
435:11

**happening**
14:20 49:11,
12 79:16
127:2 135:12
143:16
144:8,11
148:10
315:19
340:20
406:18
**happier**
310:25
**happy**
125:16
174:18
246:22
413:12
**harassment**
325:23
**hard**
9:17 147:9,
17
**harder**
87:14
**Harford**
343:25
**Hazelbaker**
343:19
344:3,4,15
346:5 349:9
353:15 377:5
387:5 389:22
392:24 393:2
**Hazelbaker's**
391:24
**head**
9:22 17:2,3
52:17 112:21
113:7 114:17
126:18
137:14
191:4,5
201:25
419:14,21
**headed**
230:22
**headquarter**

Chad Dobbs  Highly Confidential
August 21, 2025

| | | | |
|---|---|---|---|
| 297:23 391:4 | **hereinbefore** | 387:11 | 77:1 78:1 |
| **headquarters** | 444:12 | **highlighted** | 79:1 80:1 |
| 390:24 | **hereunto** | 119:25 | 81:1 82:1 |
| **healthily** | 444:20 | 290:22,24 | 83:1 84:1 |
| 179:18 | **hero** | 291:7 | 85:1 86:1 |
| **hear** | 151:2 178:9, | **highlighting** | 87:1 88:1 |
| 173:4 205:13 | 12,16 180:12 | 274:10 | 89:1 90:1 |
| 242:14 | 193:15 | 287:12 | 91:1 92:1 |
| 276:21 299:7 | 289:20,25 | 290:19 | 93:1 94:1 |
| 428:7 | **Hey** | 291:9,11,22 | 95:1 96:1 |
| **hears** | 53:5 54:6 | **highlights** | 97:1 98:1 |
| 243:7 | 153:22 174:4 | 353:6 | 99:1 100:1 |
| **heavily** | 316:14 317:5 | **highly** | 101:1 102:1 |
| 382:15 | **high** | 6:1 7:1 8:1 | 103:1 104:1 |
| 383:13 | 45:7 53:11 | 9:1 10:1 | 105:1 106:1 |
| **held** | 54:10 71:23 | 11:1 12:1 | 107:1 108:1 |
| 5:16 9:25 | 85:7,20 | 13:1 14:1 | 109:1 110:1 |
| 135:22 | 87:15 95:24 | 15:1 16:1 | 111:1 112:1 |
| 151:23 153:7 | 102:13 | 17:1 18:1 | 113:1 114:1 |
| 207:2 372:2 | 106:13,18 | 19:1 20:1 | 115:1 116:1 |
| 426:18 | 107:25 | 21:1 22:1 | 117:1 118:1 |
| **Hello** | 108:5,8,13, | 23:1 24:1 | 119:1 120:1 |
| 424:19 | 20 163:14 | 25:1 26:1 | 121:1 122:1 |
| **help** | 215:20 | 27:1 28:1 | 123:1,22 |
| 8:13 10:21 | 216:2,3,4 | 29:1 30:1 | 124:1,7,9 |
| 58:19 128:9, | 220:24 248:2 | 31:1 32:1 | 125:1 126:1 |
| 12 173:10 | 255:10 256:9 | 33:1 34:1 | 127:1 128:1 |
| 235:23 | 260:10 266:5 | 35:1 36:1 | 129:1 130:1 |
| 245:21,24 | 292:21 | 37:1 38:1 | 131:1 132:1 |
| 260:12 274:4 | 367:17 | 39:1 40:1 | 133:1 134:1 |
| 340:4 350:25 | **higher** | 41:1 42:1 | 135:1 136:1 |
| 393:10 | 97:15 98:5 | 43:1 44:1 | 137:1 138:1 |
| 411:2,6 | 123:17 131:9 | 45:1 46:1 | 139:1 140:1 |
| **helped** | 134:24 | 47:1 48:1 | 141:1 142:1 |
| 46:20 47:22 | 251:21 | 49:1 50:1 | 143:1 144:1 |
| 370:23 | 252:22 256:6 | 51:1 52:1 | 145:1,9 |
| **helpful** | 318:3 | 53:1 54:1 | 146:1 147:1 |
| 35:4 46:14 | **highest** | 55:1 56:1 | 148:1 149:1 |
| 57:18 114:23 | 157:20 | 57:1 58:1 | 150:1 151:1 |
| 128:19 | 159:14,18 | 59:1 60:1 | 152:1 153:1 |
| **helping** | 160:6,8 | 61:1 62:1 | 154:1 155:1 |
| 64:2 260:13, | 169:2 174:9 | 63:1 64:1 | 156:1 157:1 |
| 15 289:3 | 221:13 | 65:1 66:1 | 158:1 159:1 |
| 403:12 427:2 | **highlight** | 67:1 68:1 | 160:1 161:1 |
| **helps** | 64:8 89:14 | 69:1 70:1 | 162:1 163:1 |
| 172:7 | 107:14 | 71:1 72:1 | 164:1 165:1 |
| | 247:15 | 73:1 74:1 | 166:1 167:1 |
| | 333:13 | 75:1 76:1 | 168:1 169:1 |
| | | | 170:1 171:1 |

Chad Dobbs   Highly Confidential
August 21, 2025

| | | | |
|---|---|---|---|
| 172:1 173:1 | 270:1 271:1 | 368:1 369:1 | **history** |
| 174:1 175:1 | 272:1 273:1 | 370:1 371:1 | 50:5 71:2,3 |
| 176:1 177:1 | 274:1 275:1 | 372:1 373:1 | 78:20 197:15 |
| 178:1 179:1 | 276:1 277:1 | 374:1 375:1 | 198:12 |
| 180:1 181:1 | 278:1 279:1 | 376:1 377:1 | 202:16,17 |
| 182:1 183:1 | 280:1 281:1 | 378:1 379:1 | 204:5 211:2 |
| 184:1 185:1 | 282:1 283:1 | 380:1 381:1 | 214:9,17 |
| 186:1 187:1 | 284:1 285:1 | 382:1 383:1 | 215:4,21 |
| 188:1 189:1 | 286:1 287:1 | 384:1 385:1 | 217:18 |
| 190:1 191:1 | 288:1 289:1 | 386:1 387:1 | 218:9,14,17 |
| 192:1 193:1 | 290:1 291:1 | 388:1 389:1 | 226:15 |
| 194:1 195:1 | 292:1 293:1 | 390:1 391:1 | 367:10 |
| 196:1 197:1 | 294:1 295:1 | 392:1 393:1 | 370:25 |
| 198:1 199:1 | 296:1 297:1 | 394:1 395:1 | **hits** |
| 200:1 201:1 | 298:1 299:1 | 396:1 397:1 | 154:25 |
| 202:1 203:1 | 300:1 301:1 | 398:1 399:1 | **hold** |
| 204:1 205:1 | 302:1 303:1 | 400:1 401:1 | 326:9 407:21 |
| 206:1 207:1 | 304:1 305:1 | 402:1 403:1 | **Honestly** |
| 208:1 209:1 | 306:1 307:1 | 404:1 405:1 | 284:21 |
| 210:1 211:1 | 308:1 309:1 | 406:1 407:1 | **honor** |
| 212:1 213:1 | 310:1 311:1 | 408:1 409:1 | 72:25 |
| 214:1 215:1 | 312:1 313:1 | 410:1 411:1 | **hoped** |
| 216:1 217:1 | 314:1 315:1 | 412:1 413:1 | 148:4 |
| 218:1 219:1 | 316:1 317:1 | 414:1 415:1 | **hopes** |
| 220:1 221:1 | 318:1 319:1 | 416:1 417:1 | 338:12 |
| 222:1 223:1 | 320:1 321:1 | 418:1 419:1 | 349:19 |
| 224:1 225:1 | 322:1 323:1 | 420:1 421:1 | **hoping** |
| 226:1 227:1 | 324:1 325:1 | 422:1 423:1 | 104:5 384:3 |
| 228:1 229:1 | 326:1 327:1 | 424:1 425:1 | **host** |
| 230:1 231:1 | 328:1 329:1 | 426:1 427:1 | 354:7 355:3 |
| 232:1 233:1 | 330:1 331:1 | 428:1 429:1 | **hour** |
| 234:1 235:1 | 332:1 333:1 | 430:1 431:1 | 151:15 152:7 |
| 236:1 237:1 | 334:1 335:1 | 432:1 433:1 | 153:3,24 |
| 238:1 239:1 | 336:1 337:1 | 434:1 435:1 | 245:2 260:25 |
| 240:1 241:1 | 338:1 339:1 | 436:1 437:1 | 261:6,12 |
| 242:1 243:1 | 340:1 341:1 | 438:1 439:1 | 357:11 |
| 244:1 245:1 | 342:1 343:1 | 440:1 441:1 | 400:14 |
| 246:1 247:1 | 344:1 345:1 | 442:1 443:1 | **hourly** |
| 248:1 249:1 | 346:1 347:1 | 444:1 | 263:8,13,20 |
| 250:1 251:1 | 348:1 349:1 | **highs** | **hours** |
| 252:1 253:1 | 350:1 351:1 | 413:24 | 32:8,20,21 |
| 254:1 255:1 | 352:1 353:1 | 414:10 | 33:9 44:23 |
| 256:1 257:1 | 354:1 355:1 | **hire** | 70:14 72:13 |
| 258:1 259:1 | 356:1 357:1 | 425:20 | 161:17 163:6 |
| 260:1 261:1 | 358:1 359:1 | **hiring** | 164:21 176:8 |
| 262:1 263:1 | 360:1 361:1 | 378:6,14 | 177:24 178:5 |
| 264:1 265:1 | 362:1 363:1 | **historically** | 235:11 |
| 266:1 267:1 | 364:1 365:1 | 224:7 | |
| 268:1 269:1 | 366:1 367:1 | | |

236:12 271:5
354:6 355:2
357:6,8
430:5
**housewives**
329:13
**Housewives/
old**
329:2
**HR-RELATED**
137:15
**huge**
49:8 209:11
214:9
**hugely**
284:12 285:2
**hundred**
40:13
**hundreds**
17:13 18:21
22:14
**hurdle**
233:25 234:5
**hurt**
312:7
**hyperbole**
167:22
**hypotheses**
184:5 186:13
**hypothesis**
97:4,11 98:9
186:14

**I**

**i.e**
127:25
**iconography**
289:21
**idea**
57:19 77:3
174:8 231:5
239:14
287:22
**Ideally**
348:15,24

**ideas**
228:23
389:17
**identificatio
n**
24:14 51:20
67:7 83:13
104:16
116:13
125:11 136:5
141:23
156:22 175:8
188:9 204:18
211:10
219:14
237:21 246:9
253:23 267:8
282:3 285:22
296:5 300:9
312:16 316:2
324:11
331:12
342:14 360:6
375:13
386:24 396:3
404:19
412:19
416:19
**identified**
87:25 195:2,
9 199:9
215:7
**identifies**
84:20 328:14
**identify**
35:2 241:15
**identifying**
115:4 194:14
**identity**
411:10 412:3
**II**
281:24 442:7
**illustrative**
97:10
**imagine**
47:14 52:18
187:25
245:24

280:18,24
281:7
323:14,15
346:24 352:8
359:17
364:19
**imbalance**
40:14
256:18,20
**immediate**
91:21 234:19
**immediately**
379:14
**impact**
154:15
280:16
298:18
309:21 312:2
352:10
401:19
425:12
429:18
**impacted**
61:4 147:25
326:25 337:9
**impactful**
426:9
**impacts**
146:24
325:17
**imperative**
99:11
**implemented**
206:15
**implementing**
318:8 319:2,
19 320:12,19
**implications**
11:6 227:18
301:22
321:3,5
402:24
403:24
**implicitly**
370:13
**implies**
299:6 407:14

**imply**
309:5 377:13
**importance**
56:18 160:24
**important**
43:5 46:4,5
65:21 77:10
79:8,11
134:8 144:18
159:24 160:4
187:24
191:12
198:24,25
199:2
203:14,17
221:5
224:11,15,
19,21 234:25
272:6 275:2,
3 276:3,5
277:14 278:9
279:3 284:17
304:2 330:7
337:14
341:17,18
346:8 347:9
355:14,23
356:3 359:4,
7,10 364:5
365:8,10,14,
15 366:5,11
373:5 396:19
412:8
**imposed**
410:21
**impossible**
140:3 152:16
319:11
407:17
**improve**
73:14 76:25
92:13 173:3
236:4 244:13
271:21
273:15
289:3,8,13
318:10
319:4,21

Chad Dobbs   Highly Confidential
August 21, 2025

320:14 330:9
337:17
338:11,15
339:13

**improved**
221:20,25
247:16
273:13

**improvements**
406:14

**improving**
74:20 163:7
371:5 428:16

**in-car**
81:11

**in-house**
6:25 7:4
32:4

**in-person**
30:7 32:13

**inaccurate**
266:4,8

**inappropriate**
240:15,19
241:3,9
242:9,16
243:10

**inbound**
113:5

**incentive**
114:3 233:10
304:22
339:19,22,23

**incentives**
43:13,18,22
44:5,7,11,
15,18,20
45:8,15,24
61:14,21
62:2 65:7
72:12
103:17,24
105:8 106:4
112:9,11
114:7,8
150:23
152:15

212:10
213:5,10
259:4 263:8,
23 339:23

**incentivize**
43:20 72:10
74:11

**incident**
318:11,23
319:5,21
320:15
335:16
363:25 366:6
420:6,16
421:7 422:12

**incidents**
287:2 318:4
335:13
405:24
406:5,17,22
408:3,7
409:12,25

**inclined**
95:19 101:23
279:10

**include**
16:20 21:14
89:7 113:2
117:10,12
118:8 144:16
170:12
186:16 195:2
197:18,19,23
199:3,10
202:6,12
323:3 341:22
348:10 365:3
377:5

**included**
52:24 126:17
133:24
167:16
197:17,25
199:5,8,10
245:21
307:11 323:2
351:25 422:9
424:10

**includes**
171:6 245:6
364:24
373:18

**including**
115:12
120:14
168:22
195:23 213:8
367:18
398:15
400:16 403:2
429:17

**Inconsistent**
171:22

**incorrectly**
215:5

**increase**
45:10 70:17,
19 93:2
155:14
202:23
258:11
277:20
306:10 309:7
311:24
323:19
327:20
329:22 339:6
343:4 344:9,
13 352:11
381:11 417:5
420:7

**increased**
312:5 363:9
380:25 416:3
421:16

**increases**
302:5 306:8
307:17

**increasing**
49:18 50:5
91:3,9
222:20
247:12 302:9
303:24

**increasingly**
147:7

**incredibly**
180:4

**incremental**
117:20
235:20
339:6,14
341:12

**incur**
399:25
402:14

**independence**
374:14

**independent**
380:14
385:7,9,16,
22 386:3,11
393:19,23
394:4 397:17
398:23
399:5,14
401:25
402:16
403:7,11,21,
25 404:8,12
408:21 409:3
410:12,17

**independently**
34:9,12

**Indianapolis**
11:3

**indicate**
240:10,12
271:18

**indicated**
429:12

**indicating**
207:20
287:23

**indication**
288:9

**indicator**
178:13
224:12,15,16

**indicators**
275:3 276:4

**indirect**
401:6

individual
   167:12
   347:15 411:9
individually
   385:5
individuals
   404:6
industry
   353:9,11
ine
   256:14
inevitably
   123:4
inferior
   97:16 98:6,
   12,14,19
influence
   129:3 375:3,
   6
influences
   128:23
information
   35:14 36:22
   37:21 47:17
   78:6 109:10
   129:10
   133:23
   193:11 197:2
   288:5 351:19
   353:8 374:4,
   15 377:11
informed
   415:25
inherently
   294:2 394:11
initial
   234:15 252:2
initialed
   439:11
initially
   142:11
initiative
   164:17
   178:15
   191:12,18,20
   193:17
   203:14

245:11,19
387:18
initiatives
   19:4,8 58:14
   155:11 203:9
   212:8,11
   236:4 283:2
   293:15
   301:17,20
   404:2
ink
   439:11
inkling
   138:11
input
   37:8,10
inquire
   112:19
insert
   333:22
inside
   31:7 136:9
insight
   107:23
insights
   104:14,22
   105:18 328:2
   331:10
   332:17
   334:6,11
   440:22
   442:20
insisted
   401:24
insistence
   399:4
installment
   211:25
instance
   37:17 108:6
   116:3 185:24
   198:18
   243:19
   293:24
instances
   102:3 152:2
   242:7

institutions
   250:13
instruct
   383:3
insufficient
   211:2 214:8,
   17 217:17
   218:8,14,17
insurance
   105:7 182:14
   296:22
   297:23 298:2
   300:7 301:6
   303:6,18,21,
   22,23 304:6,
   7,16 305:3
   405:19
   442:12
intelligence
   65:5
intended
   209:10 358:9
intense
   91:20 92:5
intensive
   237:10
intent
   264:25
intentionally
   429:22
interact
   310:4
interacted
   17:19 18:23
interactions
   411:11
interest
   46:12 362:9
   384:10,12,13
interested
   5:21 65:25
   82:4,6
   187:19
   197:12
   226:24 232:7
   259:15 324:3
   444:19

interesting
   425:2,22
   428:6
interests
   384:7,15,24
   385:17
   393:16
interfere
   205:7
interject
   34:21
internal
   68:21 69:19
   72:3 129:19,
   20,21 167:4
   173:2 181:6
   255:4 341:5
   406:21 409:8
internally
   81:7 109:12,
   17 110:7
   155:5 239:21
   254:16 342:8
   343:7 406:20
   416:12
interpret
   174:14
   284:22
   350:11
interpretatio
n
   57:23,25
   288:23
   291:19,24
interrupt
   416:23
intersect
   145:18
intertwined
   370:16
interventions
   172:6,17
   410:20,25
   411:5
Introduce
   239:9 424:22

Chad Dobbs  Highly Confidential
August 21, 2025

introductory
    362:15  424:6
investigate
    146:11
investigations
    398:19
investment
    307:24
investor
    86:18,21
investors
    86:9  250:13,
    17,21  385:19
involve
    180:11
involved
    31:6  49:2
    61:25  114:9
    154:16
    191:20,23
    204:2  222:15
    275:17
    398:14
involves
    102:24  270:2
involving
    223:2
IPC
    334:16,24
    335:8
IPO
    344:18
    359:16
    366:22
    367:8,15
    368:12
    369:9,13
    436:19,21
IPOS
    367:10
    370:24
IR
    420:12,16,
    18,21  421:2,
    6

issue
    28:15  72:18
    73:3  112:18
    154:18
    155:12  169:8
    173:11  177:4
    195:16  196:8
    199:14  215:7
    231:12  283:8
    301:10  314:9
    353:5  383:5
    386:13  390:4
    408:18  430:7
issues
    18:3,17
    22:10  73:16
    82:21  92:6
    139:2  173:18
    195:23
    200:13
    203:14  206:7
    225:11,22
    241:24
    242:14  302:3
    304:12
    310:14
    323:15  335:8
    355:19  390:2
    406:9  427:16
italicized
    161:11
item
    236:24  374:7
items
    112:4  114:12
    242:3  359:17
iterating
    428:15
iteration
    254:15

_____

J

Jain
    157:8  158:12
    160:18
    168:21

January
    161:14
    282:15  297:2
    298:7  300:14
    410:6
Jenny
    7:9  153:22
    188:21
    424:13
Jersey
    427:5
Jess
    228:24
    230:18,20,21
    231:20
Jill
    343:19
    346:21  377:5
Joanne
    7:6  30:15
job
    59:12,19
    140:13,20
    425:21
    427:17
jobs
    64:17
join
    425:23
Jones
    246:13,16
    248:7
Jose
    15:10,17
    19:19  21:21
    23:6,9
Journal
    389:8
journey
    425:3
judge
    430:7
judicial
    399:22
July
    104:19  139:9
    177:25

178:23
179:12
193:18
246:22
300:16
376:20
377:15
jump
    113:15
    125:16
    145:23  146:5
    292:16
    413:12
    420:12,20
jury
    10:12  13:11
    25:18  36:14
    69:16  83:23
    94:19  101:3
    115:17
    216:18  243:7
    341:20
    424:23
jury's
    23:22  242:14
Justice
    192:10,13
    211:12,21,23
    220:10,14
    221:8  246:17

_____

K

Kaiser
    419:2,12
Kalanick
    50:21,24
    51:4  52:5,21
    54:4  55:25
    56:14  58:13
    59:21  60:10
    61:2,8  63:4
Kansal
    419:2
Kate
    281:24
    282:19,22,23

442:7

**keep**
40:10 46:12
71:10 86:12
99:2,7,19
166:11
179:17 257:4
274:22 402:5
407:23,24

**keeping**
100:6

**kept**
236:10
425:14
426:11

**key**
54:17 55:3
76:8 84:14,
20,23 88:2,5
105:17
178:13
265:16
266:2,6,9,10
269:3,8,13,
14,18,23
270:8 277:17
301:16
329:17
342:22 348:8
366:21
368:11
369:8,19
370:6 405:21
407:12
411:17,23

**Khosrowshahi**
51:3 136:18,
23 187:19
189:16
190:12,19
192:5 220:16
221:2,9
246:3 249:6,
22 250:10,18
252:14 256:5
267:20
270:16
360:24 361:7

365:13 374:6
377:6 387:5
389:21

**Khosrowshahi's**
199:23 270:6
359:11
368:24
373:23

**kicked**
170:7 182:5

**kicking**
192:19

**kind**
12:7 13:22
14:17,19
17:10 18:7
77:5,25
78:12,17,19
89:9 93:18
101:24
102:21
121:23
124:17 146:2
154:24
155:23
157:12
164:25
167:12 182:8
197:14
198:11 215:6
223:12
227:17
241:18,23,24
242:2 254:20
257:6 275:8
278:14,24
289:6 322:24
323:4 340:15
350:5 353:6
425:7,14
427:8 428:14

**kinda**
11:5,23
12:17 17:14
22:15,19
31:21 37:2,
20 45:20

46:15 62:13
73:24 74:18
78:4 94:4
126:15
128:19 144:7
145:23
147:3,22
149:25
151:12
164:13
165:5,14
170:15 224:6
241:20
288:14 310:3
311:9 319:10
374:3 394:16
413:9 427:2,
9

**kinds**
427:16

**Kirkland**
6:19,23 7:8

**knew**
37:19 80:2
85:3 147:11
148:21 330:2
425:19

**know**
8:15 9:19
10:16 13:24
14:7 16:20
17:12,15,20
18:8,11,20
19:12 20:24
21:3 22:13,
20 24:15
29:12 31:8,
11 34:5
36:20 37:6,
12,17,18
40:16 41:23
43:10,11,13,
15,22 47:18
49:5,13,18
50:9,13
51:13 53:15
55:5 56:17
57:12 61:12

67:3,20 68:8
70:25 71:2,
17,23 74:6,
10 75:2
76:13,16,17,
19 77:3,5,
16,21,23
78:6,10 79:2
81:21 82:3
83:14 85:23
86:7 89:8
92:22 93:21
94:3,22,25
97:2,19
98:11 99:24
100:20,22
101:7,10,12
102:24
103:11,14,16
104:4,11
106:22,23
107:2,5
108:4,16
109:19
110:16 111:6
112:17,20,22
113:13,14,
15,19 115:19
116:3,14
121:11,21
123:14,21,24
124:4 125:2,
7 128:12,17
129:3,15,16,
18,25 131:16
132:13,20
133:9 135:21
137:10,12
139:25
140:18
141:12 142:2
143:3 144:5
145:15,19,23
146:25
147:4,12,14,
19,24 148:21
149:25
150:3,12,16,
22 151:17,22

152:3,4
153:7,10
154:23
155:15,18
156:6,8,9,11
158:21
164:10,24
165:11
167:17 169:5
171:5 172:20
173:3,16
174:13 175:9
178:25
180:2,16
182:9,19
184:21,23
186:14,15
187:23
188:10,22,24
189:5 190:8
191:3 192:2
196:16,21
197:5,16,17,
24,25 198:4,
19 199:25
204:6,19
205:12
207:17
208:10
216:10,13,
14,15 217:22
219:16
222:19
223:22
224:4,18
225:14
226:4,21
227:17 231:8
236:3,25
237:22
239:21
241:16,20
242:20
245:17,18
246:18
250:12
252:11,18
253:6,24
255:3,15,21

256:12,13,
17,25 257:3
259:3,4,22
260:3,8,17
261:18 262:5
266:11
269:23
271:14,15
272:9 273:2
274:12
275:13,19
277:8
278:12,14
279:19,21,23
280:14 281:6
282:4,8,23
284:21
285:12,23
288:13,25
289:5 290:4
292:12 293:2
294:24
295:3,7,15
298:22
299:6,8
300:10
302:19,20
304:5 305:20
306:25
307:6,8
309:2,13,15,
17 310:5,6,
16,17,19
311:3,16
312:4,8,17
315:14 316:3
317:13
318:18
319:10
320:24 324:2
329:5,9
330:8,15
333:8,13
335:12
337:16
338:18
339:22
340:13,17
342:20 343:2

346:22
349:11,25
350:4,11,24
351:11,22,24
352:6
353:13,23
355:17,18
358:2 360:12
361:18 365:6
366:12
370:17 371:6
373:5 375:14
380:4,10,15
384:14
385:3,4,8,14
386:8,25
391:22,23
392:4,6
393:6,14,16
394:3,18
395:4,11
396:9 402:24
404:2,5,20
406:7,11
407:9,14,16,
20,22,25
408:14 415:4
416:20 417:7
418:4 425:8,
24 426:6,7,
22 427:21,22
428:9 432:19
433:14
436:15
**knowledge**
18:2 129:7
210:6 220:19
299:20
361:16,21
**known**
54:17 383:19
403:10
**KPI**
178:9,12,13,
16,18 179:5
180:9,12
193:15 194:2

**KPIS**
421:15

---

**L**

---

**LA**
306:14
307:11
**labor**
59:6,12
60:11,25
388:23
390:8,15
398:19
**lack**
411:16,22,25
**ladies**
54:15
**lagging**
95:4
**lags**
94:14
**laid**
154:25
305:19
**language**
56:18 64:15
177:3,6,8
257:18
273:10 373:9
392:19
413:19
**large**
17:13 22:13,
16 49:12
93:18 167:13
402:19
**largely**
37:12,18
47:21 147:14
166:23 167:8
**larger**
340:8 410:8
**largest**
367:10
370:24
410:11

lasted
  32:19
late
  337:4 347:20
  383:12
latest
  117:16
launch
  212:7 213:4
  345:9,19
  346:18
  348:17 349:2
launched
  215:17 427:4
law
  202:14
  374:19,21,24
  375:2,3,7
  377:22
  378:2,5,24
  389:11
laws
  400:14
  402:21
lawsuit
  203:11
  404:10
  406:19
lawsuits
  378:23
  398:16
lawyer
  25:25 28:15
  146:8
  220:14,17,23
  361:17
  378:10
lawyers
  9:11 29:4,6,
  11,21 30:12
  32:3 34:8,25
  35:7,19 47:7
  297:6
lay
  46:15
laying
  55:3 293:9

  402:18
lead
  73:13 126:2
  185:22
  330:12
  338:23
  352:21
leaders
  126:12,16
leadership
  169:21 217:7
  390:16
leading
  43:12 195:22
  255:9 256:8
  427:10,11
leads
  12:11 65:21
  79:12 125:9,
  23 126:8,10,
  11 344:5
  441:5
leaned
  73:25 382:14
  383:13
learn
  29:16 37:11
  46:20
learning
  35:14 352:24
leave
  74:15 107:20
  132:19
  375:24
  435:5,6
leaves
  104:3 119:20
  122:14
  132:7,23
  133:3,5
led
  13:8 74:15
  427:14
left
  32:23 183:4
  434:20,21
  435:16

legal
  5:18,23
  220:20
  361:20
  385:20
  395:11
  398:14
legislation
  399:21
legislators
  398:10
legislature
  389:4
length
  31:19 323:3
letter
  361:10,15
  362:11
  413:14
  414:25
  415:16,19
  416:7 424:6
letting
  239:20
level
  18:9 53:12
  54:11 84:22
  93:11 95:24
  96:15 98:15
  165:12
  168:12 188:2
  197:23,24
  198:17,21
  202:2,4
  220:24
  223:20
  224:23
  225:9,15
  226:7 241:24
  256:18,19
  261:13 266:5
  303:9
levels
  87:15 115:11
  164:21
  167:15
  177:25
  252:12

Levy
  7:9 19:10
  23:2,10
  27:15 28:6,
  11 35:5
  46:22 47:3
  50:8 51:23
  52:2 62:18
  66:7,15,20
  71:21 81:17
  82:11 86:5
  96:10 119:22
  123:3,19
  129:2,12,24
  133:7 138:14
  140:16 146:5
  152:10 154:3
  161:24 162:4
  173:21
  174:11
  180:13
  186:10,24
  187:4
  188:14,19
  189:7 196:2,
  25 200:8
  201:12
  202:25
  204:7,23
  205:3,6,15
  208:7 209:16
  210:13
  212:14,20
  214:24
  217:20
  219:4,18,24
  223:17
  224:14
  232:10 238:2
  240:20
  241:12
  242:18
  243:13
  245:13 247:5
  250:3 259:18
  261:8,22
  265:18
  266:15,21
  276:10

279:18 280:5
281:5,17
284:20
287:25
291:8,18
292:10,24
297:5 305:18
312:21
317:11
318:17 319:6
320:7 321:7,
17 324:17
331:2,19
332:18,23
333:8,14,17
334:4 335:20
337:11 338:5
340:6 342:15
345:13
348:21 349:5
351:4 352:4,
13 354:12,
17,22 355:25
356:8,12,21,
25 357:16,22
358:5,15,18,
22 360:7
373:3,25
375:18,23
376:5 379:18
382:6,25
383:24
385:11
392:22
393:12 395:9
399:8 402:17
403:15
405:12,16
406:25
408:23 410:2
416:4,22
424:15,17
429:6
430:10,22
431:5,12
432:3 436:24
437:17,22
440:6

license
  182:13
  215:21
  271:18,19
  275:7 287:19
  288:4
licensed
  302:18
licensing
  211:2 214:8,
  17 215:4
  217:18
  218:9,14,17
  391:13
life
  8:18
lifetime
  123:10
  126:22
  127:7,11
  128:18 130:9
  133:16,17,24
  134:23,25
  135:2
lights
  340:15
likelihood
  346:12
  382:13
likewise
  212:24
  358:17
limit
  196:11 336:3
  354:18
limited
  430:5
line
  75:21,23
  168:14
  178:16 198:8
  256:15
  274:19 280:7
  281:13
  289:21 290:2
  311:15
  316:20
  321:19

416:25 420:7
422:19
lines
  156:7 161:4,
  10 274:11
  423:2
link
  298:10
linked
  404:4
Linkedin
  425:18
list
  35:25 189:22
  190:15 192:6
  199:25
  200:17
  359:19 368:7
  403:5
listed
  105:16 115:6
  136:23
  196:19
  198:2,3
  217:23
  339:16 364:2
  370:18
  400:15,18
  401:2,5
  402:25 406:6
listen
  250:14
listening
  250:9
lists
  270:24 283:2
  378:19
  418:25
listserv
  52:21,25
litigation
  5:15 79:15,
  20 122:4
  167:3 379:2
little
  13:5 20:25
  21:8 28:23

48:6 53:20
72:2 90:8
111:17 146:2
155:22 158:9
218:2 252:3
256:15 283:9
284:3,6
343:17
432:14
433:12 434:8
live
  290:8 291:4
  322:14
lived
  17:10
Liza
  36:2,11
  246:13,16,19
LLC
  24:12,13,21
  440:14,15
load
  51:24
loaded
  296:9
loading
  282:10
Lob
  422:19
lobbying
  393:10
Lobs
  422:17
local
  10:22 11:16
  12:12 17:16
  18:8,16,24
  19:2,5,14
  94:4 263:21
  264:8 390:11
  425:5 426:23
located
  23:24
location
  133:10 261:5
  390:25 391:4

**lockdown**
163:3
**lodge**
426:12
**Logically**
243:23
**long**
9:25 12:24
13:10 14:7
30:17 31:17
32:7,18 33:7
38:9 48:4,24
67:22 97:14
98:4 116:10
118:18
124:25
152:14 198:5
208:16
237:13
251:20
273:16
296:20 394:6
425:2,15
432:2 436:10
441:3
**long-term**
117:7,19
119:2 120:22
123:10
263:9,20
**longer**
91:19 123:5
132:11,12,
14,16,20
163:14 225:3
235:18
237:10
272:23
419:17
435:20,21
**look**
27:5,8 33:12
35:4 38:12
41:22 48:8
50:18 51:15
66:11 67:16
69:17 75:11
76:2,3 81:5

83:6 84:24
86:22 88:6
90:7 91:17
92:10 94:8
95:19,25
97:21 102:4
104:9 105:17
108:24
116:7,24
118:11
124:19,22
125:4,18
126:5,25
133:14
135:24
136:6,7
141:17
143:14 149:5
150:6 153:20
155:7 156:17
162:7
166:12,13
171:7
173:14,25
175:2,16
176:6 181:3,
18 182:22,25
184:18,25
186:19 188:4
190:16 192:8
193:6 204:12
205:17
208:12 211:5
215:9,13
216:21 218:3
219:10 220:5
225:7 237:15
239:2 244:16
251:6 253:18
254:6 255:6
256:13
257:11
262:21
263:17
264:20
266:13
267:24
268:20
272:12 273:4

281:20
285:16
286:11 288:8
295:24
299:11 300:3
301:3 303:16
304:15
305:23
307:13 310:7
312:11
313:13
314:10
315:22
322:20 324:5
325:12
327:24
329:11 331:7
338:20
342:7,11
343:17
346:14
359:22
361:8,14,23
364:4 370:18
371:15
372:12
375:5,7
376:15
377:14 379:3
380:22
381:25
386:16,17,19
387:7,24
390:18
395:23
397:3,25
398:3
399:16,19
404:9,14
405:2 412:14
413:3
416:11,14
418:6 419:24
422:7 424:21
**looked**
34:20,23
48:14 100:18
181:22
182:3,4,18

217:3 255:25
327:18
418:11
**looking**
8:9,10 9:17
31:11 35:16,
22 42:24
77:4 82:20
93:4 96:8
116:20 118:7
128:7 139:25
144:15
157:16
160:21
162:21 186:5
193:9 194:11
196:18
202:13 204:2
232:18
264:22
277:24 289:6
300:13,14
311:17
315:16
319:18
323:17 327:9
328:8 343:12
376:18
380:20
425:20
**looks**
68:5 75:7,
18,23 111:13
139:11,25
157:17
160:22
162:10
193:11
197:25
256:14 260:8
291:14 314:6
333:2 336:23
348:17 349:2
366:19
379:19 389:7
418:18
422:11

loosened
    173:9,16
Lorena
    389:10
lose
    119:14
    120:10
    121:4,19
    122:5,8,11
    223:19
    225:16
    313:17
loses
    115:25
    119:21
losing
    103:13 116:3
    120:5 121:13
    131:5,6
loss
    297:16 326:4
    393:18
    401:13
losses
    363:13
lost
    164:13
    229:19
    304:23
lot
    13:24 39:3
    41:22 45:14
    62:15,17
    71:9 93:13
    96:4 106:21
    107:9 118:15
    132:24 133:4
    149:20
    154:24 155:5
    180:11,15,24
    188:24 189:2
    255:17
    261:18 275:8
    311:12,19
    334:2 337:16
    341:8
    346:16,17
    347:5

348:15,24
350:2 365:9
393:9 427:21
Lots
    183:5
love
    131:22 192:5
    199:24
    389:17 425:5
loving
    425:21
low
    11:23 88:15
    108:9 213:9
    224:6 225:9
    229:20
    239:24
    240:6,13,17
    241:2,5,8
    242:25
    243:11,21
    244:7 265:2
    283:22
    292:21
low-rated
    318:9 319:3,
    20,25 320:13
lower
    96:18,19
    97:5 102:25
    233:24
    241:24
    310:22 318:3
lowered
    315:17
lowering
    56:10
lowest
    313:17
loyalty
    72:25
    104:13,21
    325:18
    440:22
LTV
    117:17 119:2
    127:10,11,17

130:9 133:16
lucrative
    131:2 259:22
lunch
    186:23
Lyft
    89:4,11,14,
    16,21,25
    91:4,7,11
    95:12,15
    96:3,8,16
    98:13 236:21
    237:5 251:7
    307:4,8
Lyft's
    95:3,7,14

_____

M

M&a
    366:22
    367:2,23
    369:9,16
MA
    206:17,20
Mac
    190:23
    191:25
    227:4,25
Macdonald
    190:20
    220:22
    221:2,9
    227:4 228:24
    230:18
    231:15,18
    232:3
machine
    65:4
macro
    84:22
made
    8:11 120:6
    123:12 132:9
    143:7 161:15
    169:9 172:22
    197:11

207:14
240:14 241:8
256:17 266:4
277:13
297:16 298:6
306:4,19
309:7 337:16
345:7,17
351:11 353:7
354:19 371:4
382:12
385:14
418:19 437:7
439:10
Madeira
    166:15
Maguire
    16:4
main
    76:20 89:16
    115:2
maintain
    87:15 165:19
    402:15 403:7
    404:5
maintained
    402:13
maintaining
    399:5 401:25
major
    155:10
    164:17
    325:16
    344:19 348:7
    353:17 372:4
    428:24
majority
    81:23 190:10
    284:10,24
    372:3 385:6,
    15,25 386:10
    392:7 399:13
    402:6 411:9
make
    16:25 40:17
    63:9,19
    67:23 100:5
    103:12 116:4

121:10
122:16,17,25
128:12,21
132:2 147:5
151:10 152:8
153:16
157:13
158:20 159:4
173:5
180:18,25
188:20
189:2,10
200:2,6
212:20 247:8
248:10
260:15 262:3
271:14
272:16,20
273:13
275:11,12
279:20
280:25
290:7,25
291:24 294:5
303:13 304:8
310:9
322:11,13
332:20
336:15 340:4
341:3 347:16
350:7 403:2
405:19
406:14
408:18
427:23
435:10
437:11
**makes**
103:3,6,8
124:10 265:8
333:25 412:2
**making**
11:7 99:18
102:13
121:15 123:7
129:17
132:16,20,23
133:3,5

144:5 146:3
152:21 210:8
241:3
261:12,20
262:13
265:15
274:22
302:24 303:5
305:14,21
341:8,24
401:10
407:24
**male**
334:16,24
336:3
**man**
160:15
**manage**
293:12
**Management**
239:4 312:14
313:8 442:15
**mandate**
402:21
**mandated**
410:19,24
**manipulated**
293:11
**manner**
319:15,17
**mantra**
51:14
**map**
111:8
**MAPCS**
364:9,13,24
365:16
**March**
117:2 142:9,
23 143:3,10,
11 144:2,6
146:22
147:12
163:13
175:22 180:3
211:21
220:12

**Maredia**
157:25
160:19
168:18
300:24
**margin**
53:17 92:13,
16,25 93:2
**mark**
20:12 66:12
116:8 156:18
175:3 188:5
211:6 237:16
285:16
359:22
412:14
**marked**
24:13 51:19
67:7 83:13
104:15
116:12
125:10 136:4
141:22
156:21 175:7
188:8 204:17
211:9 212:15
219:13,19
237:20 238:3
246:8 247:7
253:22 267:8
282:2 285:21
296:4 297:7
300:8
312:16,21
315:25
317:16
324:10
331:11
332:19
342:13 360:5
375:12
386:23 396:2
404:19
412:18
416:19
**market**
18:11 23:14
61:13 74:11

152:2,4
153:19
255:10,17
256:9 308:12
310:18 314:9
393:15
**marketing**
16:21 61:8,
22 62:3,11
63:24 65:5
103:16,23
106:4 113:22
114:3 149:21
150:23
264:11
289:21
290:2,4
344:5,7,8,9,
12 348:3
349:8 350:6
353:22
**marketplace**
39:11,15,17,
21 40:3,7,
10,20 42:8,
10,23 43:12
45:12,20
70:23 71:12,
18,20,22
134:14
163:14 165:9
179:17
221:19,24
253:8 259:24
260:6,18
263:7 382:13
**markets**
18:12 89:6
155:19,20
156:10,15
206:17 222:5
308:5,17
309:5,8,10,
15,21 310:3,
8 311:5,7
**marriage**
444:18

Massachusetts
 206:21 209:3
massive
 192:24
match
 165:18
material
 235:20
math
 21:5,6,7
 61:8 63:14
 111:17
 124:13 135:6
matter
 5:13 53:11
 54:10 63:3
 345:10,20
 408:20
 444:19
mattered
 426:5 436:15
mattering
 347:6
matters
 55:11 345:23
 408:19
Max
 7:9
maximize
 65:9,14
 72:13
maximizing
 65:18
MBR
 161:14,21
Mcdonald's
 101:13,14
meal
 400:17
mean
 10:13 39:13
 40:3 57:2
 64:13 75:2
 77:8 84:8
 88:23 94:2,
 4,25 101:5
 110:5 118:5

119:8 120:20
135:5 152:7
169:12
178:12
189:22
209:21 257:5
263:13 290:2
293:7 308:20
316:22 408:2
meaning
 95:5 126:11
 159:17
 234:25
 257:22 265:6
 335:10
 422:22
meaningful
 349:13
meaningfully
 264:24
means
 45:9 56:21
 57:5,7,9
 59:23 63:9,
 24 65:4 91:2
 94:20 95:8,
 12 98:11
 110:2 118:17
 120:20
 132:8,10
 150:12
 156:24 170:6
 189:23
 209:22 210:2
 216:2 234:22
 248:6,9,22
 251:13
 288:14
 304:20
 347:25
 408:14 410:9
 417:17
meant
 69:9 78:18
 156:3 362:6
meantime
 391:11

measure
 55:7 92:18
 118:6 179:4
 193:15
 232:14,22
 382:23
measuring
 193:7 341:11
mechanisms
 241:23
media
 230:6
 231:11,13
median
 119:8
meet
 27:17 29:3,
 20 38:3,7
 45:17 70:18,
 20 71:13
 181:17 182:7
 260:12
 400:19
meeting
 30:9,13,22
 31:2,4,9,10,
 14,18,24
 32:7,13,19,
 24,25 33:3,8
 34:8 38:7,8,
 17 68:9,15,
 17 78:19
 375:11
 376:25
 412:17
 443:5,12
meetings
 29:25 30:5
 32:23 33:11
 35:19 47:7
 201:4
Meghan
 297:21
member
 192:13
 205:23 389:3
members
 362:11

memory
 159:6
men
 79:21 281:4
 335:5,9,11,
 14,17
 336:18,22
 337:5
mention
 98:22 241:14
 363:24 366:5
 432:6
mentioned
 14:10 17:5
 20:19 38:20
 41:9 43:7,17
 103:23
 160:12
 184:21
 186:17 224:3
 225:2
 241:16,25
 242:4,21,22
 261:3 292:17
 294:24
 311:19 312:5
 373:19
 386:10
 426:22
mentions
 55:2 88:4
 186:13
 231:13
 366:25
 380:24
menu
 242:24
mere
 255:24
merger
 367:2 368:12
merges
 359:15
message
 151:2 152:6
 153:10
 157:10
 425:18

Chad Dobbs  Highly Confidential
August 21, 2025

messages
  151:19
messaging
  7:24 259:7
  327:19
  328:4,9,16
  350:10
Messina
  343:24
met
  29:6 36:2
  72:6
metadata
  125:19 136:6
  137:22
  140:11
  141:25
  281:23
  332:12
  418:11 442:6
methodology
  117:18
  123:21
  124:13,18,19
metric
  129:15
  178:14
  179:3,6
  279:3,8
  341:17,18,22
  365:8
metrics
  93:5 129:18
  162:12,16
  253:4,6,7
  270:25 275:2
  276:3 348:8
  359:15
  363:3,25
  364:5 365:9,
  15 366:5,9,
  11,15 412:8
  414:24
Michael
  7:6
Michigan
  425:11

microphones
  5:8
mid-2016
  87:5
mid-2017
  87:6
mid-2018
  87:7
mid-2023
  21:5
Mid-funnel
  141:21 441:9
middle
  246:10
  272:13
Midwest
  12:22 13:22
  21:18
might've
  14:14 254:16
miles
  304:22
million
  59:23 60:3
  75:5,8 86:17
  94:5 140:25
  150:20 151:3
  258:13,17,24
  259:3,25
  339:8,15
  349:15
  363:19
  364:9,23
  410:7
  433:15,16
  434:8,10,13
millions
  60:7 410:13
  435:9 437:7,
  13
mind
  16:9 20:14
  48:13 158:5
  216:24 409:6
minimal
  411:11

minimize
  382:13
minimum
  152:9,21
  237:6 261:20
  262:13
  263:21 264:9
  265:15
  296:24
  297:25
  298:8,14
  299:2 309:19
  313:15,22
  314:18 315:7
  316:11,16
  317:7 318:9
  319:3,19
  320:12,20
  400:16
  403:3,5
minimums
  321:6
minor
  14:15
minute
  20:15 51:23
  67:13 80:12
  83:16 138:20
  142:19
  173:15 296:8
  340:24 431:5
minutes
  30:19 31:20
  38:11 48:7
  56:22 57:10
  146:16
  235:10
  236:12
  237:12 245:2
  357:12 431:9
minutia
  197:10
misconduct
  113:3 185:7,
  21,25 186:9
  242:8 370:8
  405:7,24
  406:4,8,22

407:18
408:7,11
409:12,24
410:4 411:3
misrepresent
  153:15
mission
  405:22
  407:13
mix
  30:7 33:3
MJ
  5:17
mobility
  42:7 191:6,
  13 364:17
  422:22 423:9
mobility/
bikes/
scooters
  369:23
mode
  231:21
  280:22
model
  99:22 385:9,
  16 390:19
  391:21 392:9
  393:4,19,23
  394:13,18,20
  395:12 399:6
  400:11
  401:14
  402:2,3,4,5,
  16 403:8,11,
  21,25 404:8,
  12 408:21
  409:3,19
  410:18
modified
  142:13
Module
  285:20
  286:5,13
  442:9
moment
  26:19 34:22

44:4 73:24
74:17,18,22
137:22
147:23 148:5
159:20 160:2
167:14
332:2,12
353:17
360:19
425:21
**moment's**
394:17
**moments**
49:9 50:15,
16 344:19
**moms**
329:17,24
330:4
**money**
36:17 62:15,
17,24 63:2,
10 74:10
103:20,22
104:2,4
115:18,25
116:3,4
119:21
120:5,6
121:10,13,
14,15
122:11,18,25
123:7 124:11
128:10 129:4
131:14
132:8,13,16,
20,22,24
133:2,4
150:22
151:10
153:16
260:15 265:8
272:16,20
273:13 340:5
341:3 437:11
**monitor**
395:15
**monitoring**
410:9

**month**
29:19 107:5
246:23,25
247:17
265:10
**monthly**
75:12 139:16
140:14,25
161:22 271:4
339:7,14
364:14
**months**
13:7 75:18,
23 107:6
117:22
119:15
120:11,16,25
121:5,11
138:6 141:13
161:17 164:7
172:21 209:5
258:2,4
394:9
**Moon**
7:6 30:15
**morning**
5:2 6:13,14
388:11
**motivated**
431:25
**motivates**
425:14
**motivation**
429:19
**motivations**
342:9,18
**move**
26:8 107:20
174:6 186:20
264:25
299:7,9
305:16
337:20
345:9,19
347:8,21
348:8 349:12
353:7 366:23
369:10

**moved**
305:10 312:8
340:25
**moving**
145:3 146:22
162:17,22
212:6 213:3
239:11 298:8
356:8
**MSIM**
367:19
**Muehrcke**
316:8
**multi-year**
348:18 349:3
**multiple**
197:22 241:2
329:15
**murkier**
15:6
**mute**
376:2

---

**N**

**NA**
371:21
**name**
5:17 6:16,17
137:4 158:9
187:4 267:15
268:11
281:24
287:17 383:9
386:12,14
442:7
**names**
16:8 300:19
**national**
302:9
**nationally**
297:2 298:7
306:12
**native**
333:11,25
**nature**
426:16

429:12
**navigate**
409:14
**near-term**
379:8
**necessarily**
17:9,18
41:3,9 49:21
50:11 66:20
76:14 81:22
199:2 315:12
341:7 371:10
**necessary**
146:13
297:13,15
345:9,19
358:12
**need**
34:14 63:9
67:16 73:14
87:18 103:14
125:4 134:18
135:14
155:16 157:5
158:4 161:16
165:4 167:13
169:13
177:24
179:12,16
184:8 212:16
219:18 221:5
227:6 234:8
238:4 247:8
263:10 264:2
265:22
271:17,20
290:3 297:10
310:13
316:24
331:3,14
347:21 348:7
349:13
353:20
357:24,25
375:18
376:15 380:8
395:2,3,6
409:13

426:15
430:6,8
434:13
**needed**
140:20 178:5
183:7 207:25
223:15 245:5
297:17
**needle**
347:8
**needs**
77:6 260:6
311:24
396:23 408:9
**negative**
80:4,6 230:4
286:25
382:14
**negatively**
401:19
**negatives**
85:17
**neglected**
79:12
**Nelson**
249:12,16
**net**
37:20 221:12
303:14
305:5,11,17
**network**
100:2
**never**
14:17 68:13
119:16
120:12 121:6
256:6 388:24
389:15 390:3
**news**
251:5 347:18
**Nick**
142:6 324:23
**night**
337:5
**Nikki**
137:3,11,13

**nine**
13:7
**nitpick**
169:14
236:17
**nomenclature**
255:4
**nonetheless**
298:21
347:21
**nonresponsive**
275:23
337:22
**nonwaiver**
238:4
**normal**
233:24
**normative**
411:16,22
**north**
13:19,20
14:10 371:23
**Northeast**
12:20 13:21
21:15
**Northwest**
12:19 21:15
**notably**
368:6
**Notary**
6:8 439:22
444:8
**note**
5:8 8:22,24
117:16 189:3
308:3
**noted**
5:25 439:11
**notes**
76:3,15
90:8,9,15
97:22 98:21
263:18
274:16 420:2
**notice**
20:6 24:9,
11,19 27:11

39:24 43:16
394:17
412:17
440:13
443:12
**noticed**
432:5
**notwithstandi
ng**
73:15 217:13
323:7 437:6
**November**
84:4 138:3
**nuance**
167:15 198:3
**nuances**
17:21 96:14
186:16 425:7
**nudge**
223:6 226:19
233:9 234:15
**nudging**
223:14
**number**
36:25 40:25
41:2,4,10,
11,16 49:19,
22,24 50:6,
10 62:7,11
63:5 73:17,
19,20 74:3
75:19 76:16
91:3,9 95:2,
3,5,6 103:13
107:19 134:6
135:3 140:14
155:14
163:20,25
165:3,4,13,
18 168:21
212:7 213:4
221:13
247:16
251:16
253:11
256:22
257:14,22
258:5 267:2

277:21 304:5
318:3 322:8
327:20
329:22 343:5
344:10,13
345:23,24
352:11
364:24 365:3
382:12
406:17
409:18
417:5,6
433:11
440:11
**numbered**
333:9
**numbers**
75:15 140:23
153:19 162:7
247:12
251:6,7,13,
14 333:19
345:10,20
346:7,11
349:12 350:8
421:15 422:9
424:6
**numerous**
398:14

---

O

**object**
23:2,10
27:21 46:22
50:8 62:18
66:7 71:21
81:17 86:5
96:10 119:22
123:3,19
129:2,12,24
133:7 138:14
140:16
152:10
173:21,22
174:11
180:13
186:10

196:2,25
200:8 201:12
202:25 204:7
208:7 209:16
210:13
214:24
217:20 219:4
223:17
224:14
232:10
240:20
241:12
242:18
243:13
245:13 250:3
259:18
261:8,22
265:18
275:22
279:18 280:5
281:5,17
284:20
287:25
292:10,24
305:18
318:17 319:6
321:7,17
331:2 335:20
337:11,21
338:5 340:6
348:21 351:4
352:4,13
354:12
355:25
373:3,25
383:24
385:9,11
392:22
393:12 395:9
402:17
403:15
406:25
408:23 410:2
416:4
objecting
27:16 47:3
objection
19:10 28:8

203:2 205:9
208:8 291:8,
18 320:7
349:5
354:16,22
379:19
382:7,9
383:2 384:18
399:8 416:24
426:13
427:18
428:20 432:3
objections
212:22
354:18
objective
55:3,4,8,21
58:10,13,24
59:6 61:7
178:21,25
286:17
326:13
327:10
objectives
54:17
observing
143:25
obsession
268:3
obtain
36:23 409:11
434:10,12
obtained
282:18
obviate
358:3
obvious
144:10
obviously
40:16 41:7
82:6 145:25
148:7 200:9
212:15
323:25
342:25
346:18 406:7
occupied

57:16
occupies
419:21
occur
135:16
370:18 408:4
410:11
occurred
47:5 207:11
287:3
occurring
411:3
occurs
93:19
October
139:9,12
176:9 313:4
325:3 378:2
offense
200:4
offering
97:16 98:6,
18 244:19
252:2 387:22
offerings
213:20
offers
235:9
officer
249:17
offices
6:19
offline
27:20
oftentimes
103:21
428:7,10
okay
6:22 7:10,
12,22 8:6,
17,22 9:3,9,
16,21 10:4,
12 11:10,14,
20,25 12:14,
24 13:9,15
14:2,7,12
15:16 16:14

17:6,23
18:14 19:5,
18,24 20:5,9
21:9,14,20
22:3,6,22
23:5,15,18,
22 24:4,7,
17,18 25:4,
16,21 26:3,
7,17 28:10,
17 29:7,20,
25 30:4,17,
21 31:10,17,
23 32:3,9,
12,22 33:7,
14,21 34:14
35:18,24
36:3,9,11,
14,22 37:9
38:3,6,16,
19,22 39:9
40:23 41:11,
15,21 42:6,
14,22 43:17
44:3,20,25
45:13 46:3,
14 47:25
48:11,23
49:2,5 50:18
52:20 53:4,
25 54:2,3,21
55:9,15,21
56:20 57:6,
11,17 58:12,
23 59:5,17
60:16,24
61:6 63:4
64:6,19,23
65:3,12
66:10 67:3,
17,18 68:19
70:15 72:16
73:15 74:2
75:25 76:11,
21 78:13,21
79:7 80:8,
13,14 82:8,
9,22,23
83:5,17

Chad Dobbs  Highly Confidential
August 21, 2025

84:12,19
86:10,22
87:10 88:6,
19 89:5,12,
20 90:2,16
91:2,8,17,25
92:10,16,19
93:4,12,16,
21 94:7
95:22 96:20
97:7,12,23,
25 98:17,23
100:4 101:19
102:4,17,23
103:8,25
104:8,17,18
105:12,17
107:11,23
108:7,12,24
109:10,16,21
110:6,13,18,
25 111:10,23
112:25
113:9,23
114:6,17,23
115:3,12,16,
24 116:6,15,
18,19,22
117:10,14,25
118:7,25
119:19
120:8,19,22
121:2,17
122:2,12,21
123:9,14
125:16,18
126:20
127:3,5,6,9
129:21
130:4,13
132:6,22
133:11,13,22
134:4 135:23
136:13
137:11,16
138:3,5,10,
23 139:13
140:8,23
141:7,12,16

142:4,5
143:2,9
145:19 147:6
148:2 149:2
150:6,18
151:2,14
152:24
153:14,21,23
154:14
155:10
156:2,16
157:15,19,24
158:12,18
159:3,12
161:8,23
162:24
164:11
165:20
167:2,23
168:17
169:15
170:6,12,22
171:4,6
173:14,25
174:16,24
175:9,13,15,
25 176:21
177:3,17,22
178:4,8,18
179:5,9
181:3,16
182:2,22
184:2,17,25
185:4 186:4,
19,21,25
188:3
189:15,21,24
190:11,16,22
191:7,18,25
192:8,15,17
193:14,23
194:4,10
198:7,23
199:5,9,13,
17,20 201:7
202:20
203:7,24
204:11,19
205:5,11,16,

17 207:13
208:3 209:9
210:17
211:4,18,19,
23 212:12,
23,25 213:23
214:5 215:9,
13 216:2,17,
21 217:5,13,
25 218:12,18
219:8 220:4,
5,16 221:4
222:12,22
224:10
225:19
226:17
227:2,20,24
228:18,24
230:18,24
231:15
232:25
233:14,21
234:9 235:3
237:9 238:7,
9,21 239:18
240:23
242:13,22
243:5,25
244:12
246:2,16,20
247:14,21
249:6,20
250:16
251:19
252:5,14
253:15
254:5,6,22
256:2 257:8
258:8,16
259:6,11,15
261:11,18
262:21 263:4
266:5,12,22
267:10,11
268:10,14,18
269:2,10,15
270:11
271:23
272:3,19

273:4 274:15
275:21 276:8
277:5,9,12
278:2 279:13
281:3,19
282:8,13,22
283:7,15
284:8,15,23
285:5,8,14,
25 286:3,11
288:16,21,25
289:8,15
290:5,6,18
291:20,23
292:18
294:11,12,
16,17,21
295:23
296:15,16
298:20,25
299:11,20
300:2,11,12,
19 301:9
302:23
304:6,15
305:2,9,14,
23 306:17
307:2,10,13
308:10,15,
18,23 309:6,
17 311:22
312:9,18
313:2,3,6,21
314:5,13,22
315:14,20
317:19
318:2,14
321:10,21
322:2,18
323:6 324:4,
19,20,21
325:2,6,21
326:8,21
327:8,21
328:7,13,19
329:20
330:12,20
331:5,20,22
332:3,4,9,

10,15,24
333:7,14
334:5,9
335:24
337:19
338:20
339:2,11,18
340:10
341:10,24
342:6,10
343:10,15,
16,17 344:7,
15 346:5
347:10,17
349:7,18
351:17 352:2
354:2,17
355:7,22
356:7,13
357:15
358:14
359:3,9,20
360:18,21,22
361:14,23
362:9,14
363:3 364:4,
5,6,16,23
365:7,12,16
366:4,17
367:8
369:13,18
370:5,12,22
371:12,16,25
372:15,19,24
373:21
374:5,11,18,
21,25 375:4,
16,22
376:14,18,24
377:4,18
378:12,23
379:3,4,5,
12,24
381:20,25
382:8,18
383:21
384:17
386:15
387:2,3,7,24

388:10
389:3,9
395:18,20
396:12 397:3
399:16,19
400:12,23
401:9,24
402:10
404:9,24,25
406:19 409:7
410:5 412:7,
12,23 413:7,
12,22 414:23
415:7,15
416:8 417:3,
7,9,10,25
418:10,13,17
419:17,24
420:10,20
421:9 422:2,
7,16 424:5,
11 431:3,7,
22 432:12,21
433:2,16,20
434:9,22
435:4,9
436:4,8,17,
22 437:6,15
**OKR**
54:25 55:2
**OKRS**
54:16,22
55:10
**old-fashioned**
8:19
**on-the-ground**
11:6
**onboarded/**
**activated**
213:11
**onboarding**
201:16
248:3,8
**once**
74:13 148:23
226:24
**one**
7:11,15

12:10 19:13
20:15 27:16
28:4 31:15
34:2 35:3
36:17 40:6,
12 41:5,6,14
49:19,22,24
50:6,10
53:14 61:21
63:18 68:23
71:10 79:11
86:7 99:3,23
100:4
106:13,23
107:8 115:14
124:24
126:25
128:11
131:18
134:5,12,17
136:13 137:9
155:10 159:9
162:2,5
163:20,25
167:11
174:12,19,23
175:10 180:2
181:16 182:3
183:3,17,21
184:17
185:15,24,25
188:11
190:11 195:9
198:7 201:5
202:10,11
203:24
204:20
205:16,21
208:9 210:21
218:21
219:19
220:12
222:13 227:8
229:22
231:10
236:4,8
237:23
242:22,23
243:7 246:11

247:15
253:11,25
256:22
257:14,23
258:5 260:23
261:25
265:10
266:2,25
267:4 268:21
269:23 270:7
273:20 274:5
278:4 279:13
281:9,15
285:23
287:22
291:16
294:21
295:20
299:24
301:15 302:3
305:15,20
307:9 309:24
311:22
312:21 314:5
316:4 317:14
319:16
321:11
322:5,6
324:12,14
326:9 327:17
330:21
331:16
332:4,12
334:11
340:10,24
341:19 344:7
345:14
346:21 348:2
349:18
351:17
355:9,12
356:2 360:19
363:17
364:24 367:9
370:24
372:10
373:6,22
375:15,17
379:2,12

380:19 394:7
396:23
402:12,19
405:14
408:12 409:2
410:11 413:4
416:21
419:20
426:25
427:10
one's
28:7
one-on-one
386:8
one-to-one
319:14,17
ones
14:23 107:24
108:17
218:13
365:11,14
ongoing
28:3,9
online
228:12
272:15,20
273:12,22
onward
22:8
OOH
348:8
oops
99:2
open
56:22 57:10,
13 58:6
104:17
143:14,18
144:3,19
opened
154:19 254:2
429:16
opening
56:9 96:3
144:7 147:8
155:18
355:17

415:16
428:23
operated
37:3
operates
10:23 65:19
425:6
operating
58:5 371:16
372:9 397:9
operational
414:8
operationally
380:5
operations
9:22 10:9,
14,20 11:4,
8,13,17
12:5,12
15:21 16:21
17:17 18:24
19:2,6,14
21:12 36:13
39:12 42:23
43:12 49:3
84:10 93:25
113:10,12
114:22 171:2
191:5,6
205:24 231:3
401:20
426:24
opinion
243:17
opportunities
59:13,20
248:2 366:23
367:3,23
369:10
opportunity
122:25 147:9
148:2 151:13
171:23
237:19
238:19
258:11
286:23
287:10

318:10
320:14
425:23
441:21
opposed
244:22
opposite
308:14 350:2
ops
125:8,22,25
126:8,13,19
133:23
192:14
201:25 217:6
238:16
296:23
297:22
298:14
299:2,4,13,
17,22 315:5
441:5
opt
401:12
optimal
63:15
optimization
172:12
Optimizing
172:6
option
239:10 243:4
379:15
382:12
options
228:23
232:11
278:13
379:9,12
432:17,22,24
433:2,3,7,
17,21,23
434:15,17
435:4,11,17,
23,25 436:5,
9
order
34:15 71:10,
13 135:15

173:17
179:10,16
181:17 205:6
223:16
228:20
275:11 278:3
348:8 349:12
434:9
organization
12:25 13:10,
15 14:2,8,23
17:14 18:21
69:3 232:6
organizationa
l
17:11 22:16
23:3
organized
431:11
original
158:23 159:2
outcome
5:21 382:14
384:2,7,10
392:5 444:19
outline
27:25
outlined
305:8 339:10
362:17
outlines
400:8
outreach
113:6
outside
27:21 31:5,7
32:4 34:8
69:10 91:21
129:10
201:16 280:8
299:16,22
335:21
344:25
353:11
354:19,22
362:6 383:5
407:25
426:14

427:18
428:20
Overarching
268:2
overnight
147:16 155:4
overperforman
ce
363:20
oversaw
126:16
overtime
400:16
overturn
378:24
overview
117:14
126:22
133:15
377:19
405:18 418:7
ownership
326:15
327:12
oxygen
135:19
139:17,22,23
141:8

P

P-O-T-E-S
36:8
p.m.
229:3 438:4
P0s
234:19,23,24
P2p
302:9,14
306:11
pace
148:16,18
232:14,22
pack
268:8
package
151:4

pads
8:22,24
page
26:9 27:8
52:4 72:16
105:16 122:3
125:19 126:5
136:7 137:17
139:25
140:24
145:13
148:22
157:3,6
158:5 160:5
166:14
175:16 184:3
193:7 205:18
208:13
211:12
215:10,12
219:15 220:6
222:23 227:3
231:17
234:11 238:9
246:11
247:22 254:7
267:24 273:4
275:15 282:5
283:2,10
284:23
286:12
301:3,11
306:2 307:13
325:7 329:12
332:13
343:18 349:9
354:3 368:14
369:5,20
377:14 397:3
398:2 417:21
420:12
440:4,11,24
441:25
442:24
pages
67:12,14,17
198:4,5
333:19

paid
435:14,21
pandemic
138:18,20
141:13
146:23
147:2,4,25
148:10,13
183:6 203:16
207:8,10
paper
8:19
paragraph
164:16
168:9,10
212:5 214:5
233:22
247:22
362:15
366:13 371:2
387:8 399:20
415:18
parallel
165:6 320:22
parameters
29:12
Parker
281:24
282:19,22
442:7
part
11:12 13:24
42:12,15,19
43:15 60:20
68:5,7 71:16
87:12 99:17
100:8,11,16
125:3 146:22
167:25
173:8,19
182:17
187:17
201:3,9
202:18,22
209:9
210:19,24
214:23
218:19

226:10 236:3
258:17,23
269:17 291:6
322:19
355:16
357:21
359:19 364:2
366:8 374:6
383:8 415:8
419:11
426:10
partial
206:15
208:25
209:12
210:11
partially
210:3
participates
250:8
participation
146:8
particular
18:6,11 20:2
22:11,25
23:9,14 42:4
44:17 45:2
46:19 77:24
110:14,20
136:13
144:17 164:4
178:17
190:17
269:16
280:22
288:10 289:2
290:18
310:18
317:20
396:10 428:4
parties
5:7 39:19
135:15
260:21
266:11
444:17
Partner
109:23

partnering
  56:8
partners
  239:11,19
  244:6 313:17
partnerships
  274:6
parts
  69:3 125:5
  269:20
  378:21
party
  5:19
pass
  164:20 393:8
  424:13
passage
  391:18
passed
  374:19
  377:23
  382:23
  383:23 384:3
  386:18
  387:10,18,21
  389:5
Passenger
  5:14
passengers
  185:15 259:2
passing
  163:5 390:16
passionate
  425:3
passionately
  250:21
past
  80:16 123:13
  174:20 212:7
  213:4 287:3
  295:12
path
  120:3,14
  121:7 161:2
  428:10
Patrick's
  45:3,4

221:19,24
pause
  331:21
pay
  395:8 400:5
paying
  187:25 262:6
  341:9 394:23
  395:6 403:3
payments
  109:23 112:5
payout
  213:10
PDF
  69:18 75:3
  80:8 83:18
  94:11 104:25
  126:21 139:5
  142:20 157:3
  175:17 176:2
  181:3
  182:22,25
  238:10,22
  255:7 263:4
  264:22
  268:15,21
  288:8 290:6
  301:12 322:9
  325:7,13
  327:24
  334:10
  413:13
  418:18
  420:22
PDF'D
  333:12
peer-to-peer
  302:15
penalties
  401:7
penalty
  439:7
pending
  28:8 208:17
  209:4
Pennsylvania
  427:7

people
  11:20,23,25
  12:2,3,11
  14:16 16:22
  17:4,13
  18:21 22:14,
  17 31:25
  32:2,16 33:4
  35:25 36:20
  43:20 44:6
  56:4 57:16,
  20 58:3
  61:23 63:25
  64:12,16,21
  77:11 79:17,
  21 91:6
  94:5,6 95:18
  96:5 113:4,6
  128:14
  137:15
  143:19
  144:13 145:3
  151:10
  153:15
  158:14
  167:13
  168:22 186:7
  190:11
  196:11
  201:10 204:3
  210:8 222:15
  226:17
  239:25 240:2
  249:23
  254:24
  259:16 271:9
  273:22
  274:19
  278:5,20,24
  279:20
  280:19,20,25
  281:10
  299:16,22
  310:24
  330:22,24
  340:2,7
  344:10
  346:12
  350:10,21

351:15
  352:7,16,22,
  24 362:6
  372:12
  384:6,9
  418:20
  425:20 426:7
people's
  114:18,19
perceive
  278:20 280:2
  287:11
  303:23
  330:24
perceived
  325:17
percent
  87:5,6,7
  88:16 89:10,
  11 108:11,
  12,17,18
  111:18,22,
  24,25 141:4
  193:19
  215:21 216:7
  233:7,19
  244:14
  246:23,25
  247:17
  250:24
  299:10
  313:16
  334:14,22
  363:9 364:9
  365:18,25
  372:3
  381:11,14,17
  414:15,18
  423:3,6,16,
  19,22
percentage
  106:17 108:9
  111:20 215:5
  233:15
  271:14 318:4
  436:4
perception
  280:15

281:16
284:18
286:25
289:3,9
303:25 304:2
323:11 331:4
338:16 347:6
**perceptions**
284:11 285:2
326:25 327:7
338:19
**Perfect**
174:25
**perfectly**
428:11
**performance**
65:5 178:13
249:24
366:14,16,18
369:7 414:8,
20
**period**
14:18 15:20
16:6,9,12
18:18 19:8
20:18 22:6
49:25 85:4
86:25 88:3
95:15 101:15
107:3 115:23
127:20
143:17
173:19
202:21
203:22
228:14 229:6
256:4 257:19
260:7,9
344:19
400:17
421:11 435:2
**periodic**
190:4
**Periodically**
109:18
**periods**
203:10

**perjury**
439:7
**permitted**
430:15
**permitting**
391:13
**person**
12:10 16:16,
19 18:12
19:5,16,25
22:20 23:13
30:5 31:24,
25 32:16,24
33:4 113:20
126:18 135:9
145:2 197:19
279:15
280:15
426:25
427:10,11
**personal**
51:9 201:18
202:3 210:7
243:17 265:9
279:20
347:15 407:4
**personas**
328:3,14,15
**personnel**
14:21
**perspective**
37:3 39:7
47:12 51:10
78:2 140:18
229:10,16
288:24 308:7
**persuade**
278:5 281:10
**Phoenix**
16:10 19:21
23:16,23
**phone**
8:2,4,8
430:14
**phrase**
51:12,13

**phrased**
336:14
**pick**
5:9 331:18
**picking**
145:4
**picture**
287:18 288:3
**pie**
108:18
**piece**
73:23 197:5
199:3
**pieces**
288:5
**pillar**
214:10
**pilots**
63:25 64:12,
19,22,24
**Pimentel**
137:3,6
377:7
**pivot**
394:17
**place**
5:6 13:3
14:3,4,18
129:14 163:4
165:14
207:25 219:2
225:23
236:10
311:14
371:11 394:2
**places**
10:22 11:5
12:13 17:11
22:18 129:9
143:22
144:12
165:23
166:4,9,18
209:23 257:7
310:5
**Plaintiffs**
358:7

**Plaintiffs'**
24:10,19
357:6 429:9
440:13
**plan**
175:6,19
239:4 347:19
362:22
363:19
441:12
**planned**
164:18
**planning**
53:9 54:8
84:11,13
149:4 374:12
**plans**
165:14
390:17
**plate**
191:12
287:19 288:4
**platform**
36:17 39:17
40:2,6 41:8
42:2 43:24
44:9 45:8,11
49:14,16
58:6 65:23,
24 70:14
71:16,24
74:12,13,16
77:2,13,20
78:8,9 79:10
82:5 93:19
95:2,3,6,7,
12,18 99:25
100:21,23,24
101:18 102:2
103:20
104:2,4
106:5,18,21,
24 107:10,
19,20 115:22
117:13,21
119:21
122:14
123:5,6,8,23

127:20
130:22
131:21,23,25
132:2,7,11,
21 135:6,11
145:9 147:15
150:25
155:15,17,
21,24 156:12
162:13 163:7
165:3,5,18
166:10
170:8,11,17
181:21
182:6,16,20
183:9 185:2,
17,19 213:18
223:19,25
224:9 225:4,
16,25 226:16
230:13
232:15,23
233:18 234:6
244:8,20
245:22
248:16
251:18 255:9
256:7 258:19
259:5 260:13
265:22
268:22
270:20
275:14
278:23
279:5,11
289:7,14
295:2 298:15
302:17
304:4,9,11,
12 310:16
311:10,13
318:10
319:4,20
320:14
322:12
323:4,20
326:18
327:15,21
329:23

330:11,17,18
335:4 337:18
338:10,12,14
340:2,3,7,
16,21 343:5
344:10,14
348:11,19
349:4 350:16
351:3,21
352:12,17,22
353:2 355:19
363:18
364:15,25
370:9,16
371:8 399:12
401:13
403:14,23
404:3,7
406:10,15,16
407:19 409:4
427:23
428:19 429:4
**platforms**
45:25 149:15
327:5 338:10
**play**
17:22 121:24
**played**
305:24
**players**
89:7 91:21
379:8
**playful**
392:18
**please**
5:8 6:3,15
7:5 8:14
9:19 20:12
26:10 27:7
29:9 30:6
34:6,22
35:25 36:7
39:24 59:20
65:15 75:3
76:6 80:9
83:9 94:11
104:25 115:2
116:9 130:7

141:25
142:20 157:4
167:25 175:4
181:4
182:23,25
201:6 204:23
206:5 207:6
218:22
219:11,22
229:16
232:14 244:3
282:6
291:11,22
297:11
312:24 316:7
320:9 322:4
330:21
332:13,14
345:14
350:18
354:20
360:9,19
373:12 376:4
382:20
387:12
392:17 398:2
405:13
411:19
424:22
**pleased**
384:6,9
392:4
**plummeted**
147:13
**pockets**
341:9
**point**
16:6 22:7
36:21 52:12
66:17 76:20
86:8 117:6
126:14
128:15,19
137:9 138:5
144:8
147:19,20
157:18
158:21

165:11 180:9
183:2 186:12
196:6 251:24
252:8 266:17
269:7 271:16
277:13
297:14
305:25
327:24
334:20
341:10,13
401:10 436:6
**pointed**
287:23 338:8
**pointing**
87:16 92:23
107:7 115:9
**points**
74:21 109:15
151:17
198:20
270:16
273:19
274:12
287:16 393:5
416:16
417:14
443:13
**policies**
172:23 173:2
203:8 229:25
230:5 241:25
275:20
309:23
370:21
380:12
406:16
**policy**
225:23
229:22
312:15 313:8
344:6 442:15
**political**
390:9
**Pool**
58:14
**poor**
241:18

Chad Dobbs  Highly Confidential
August 21, 2025

pop
  7:18 286:25
  287:6,11
popped
  125:13 142:4
  188:12
  282:10 316:5
  324:19
  360:21
population
  216:11
  226:5,22
  287:7 324:2
  410:9
portion
  16:4 80:9
  323:25
Portugal
  296:18
position
  10:2 22:23
  23:7 39:10
  88:20,22,24
  89:22 90:12,
  18,22 92:4
  93:6 94:14,
  15,24 95:4,
  16 96:18,19,
  23 97:3,5,6,
  8,14,15
  98:4,5 121:9
  161:5 168:13
  190:25 281:6
  308:7 357:4
  372:3 401:20
  419:21 430:3
positioning
  58:15 87:18
positive
  87:10 90:3,5
  148:5 221:12
  307:20
possible
  209:20
  231:22 232:8
  275:12
  407:20
  429:23

possibly
  243:20
post-
boomerang
  253:2
post-chapter
  254:23
post-covid
  150:2
potential
  62:4 96:2
  127:24 170:5
  181:24
  194:21
  195:24
  213:17 214:9
  235:23 272:4
  274:7 292:14
  297:16
  328:15
  353:13 401:7
potentially
  61:4 71:24
  131:7 199:16
  304:14
  330:14
  347:14
  400:10
Potes
  36:4,5
  38:20,21,22
  42:22 46:20
  47:16,20
power
  135:20
  289:17
powerful
  63:24
Powerpoint
  83:19 84:13
  104:18 125:5
  126:6,7
  133:23
  137:17
  144:17
  175:17 177:9
  193:9,13
  238:12

  257:19 289:2
  300:15
  301:4,12
  328:7 341:5
  380:20
Powerpoints
  124:25
powers
  139:17,23
  141:9
PR
  354:3,25
practically
  121:24
  379:16
practice
  209:18
  223:22 224:8
  225:14
  226:14
practices
  309:23
pre
  147:4
pre-covid
  146:20
  164:21
  177:25
precise
  357:19
predict
  180:5
prefer
  399:14
preference
  385:24
preferencing
  96:16
preliminary
  194:21
Prep
  420:13,21
preparation
  28:24 29:4
  34:18 423:25
preparations
  297:15

prepare
  29:21 34:10,
  24 35:21
prepared
  28:12,19
  34:15
preparing
  31:12 33:18
  34:4 43:5
  46:21
presence
  411:16,22
present
  30:13,16
  38:6
presentation
  68:6 84:3
  88:4 257:21
  258:2 286:4
  300:15
  307:14
  418:19
  422:11
presented
  126:7 377:11
  419:12
presenter
  90:10
presents
  216:5
press
  348:16,25
  354:6,10
  355:2
pressure
  85:7,10,20,
  24 95:16
  171:17
  390:10
presumably
  182:19
presumed
  378:7,15
pretty
  43:11 106:17
  108:9 140:13
  165:12

198:23
207:14
261:7,17
264:8 288:22
339:18
425:22 426:9
**prevent**
100:14
101:20
182:15
353:16
**previous**
74:10 82:4
87:17 95:15
103:15
131:18 197:4
312:7 316:20
318:18
321:19
341:14 386:6
**previously**
22:13 43:7
47:18 98:16
159:22
184:13 186:5
194:7 244:18
280:13 295:5
319:8 337:12
392:5 393:21
399:10 426:3
**price**
58:14 86:3,
12 250:2
391:12 434:4
**priced**
367:9
**prices**
56:10 163:14
255:11
256:10
380:25
**pricing**
58:15
**primarily**
60:17 372:15
**primary**
17:18 106:24
178:16,18,21

250:12,16
411:10
427:22
**prime**
347:7
**prior**
13:17 14:22
26:12 51:3
74:5 141:4
157:6 158:5
177:4 184:21
225:6 363:10
369:5 381:25
**priorities**
49:10 50:11
55:10 71:11
83:11,20
159:23
234:22,25
267:6,16
268:12,16,22
270:7 306:5
330:15
359:14,18
362:17
366:21
368:11,24
369:8,19
370:6 371:16
372:10,12,21
373:2,7,14,
24 440:20
442:5
**prioritize**
329:16,23
342:23
408:10
**prioritized**
370:19
**prioritizing**
53:10 54:9
**priority**
49:8,9,20,
22,23,25
50:6,10,14,
17 157:20
159:14,19,21
160:6,8

169:2 174:9
181:9,17
182:7 184:11
187:24
253:11
256:22
257:2,15,23
258:6 268:18
355:14,23
356:3 359:4,
7,10 363:3,
24 366:11
371:14
**privacy**
325:15
**private**
5:10
**privilege**
146:7 161:25
188:15
212:15
219:20 238:3
247:7 297:8
312:22
317:12
345:13
360:10
375:20 382:6
**privileged**
9:10 29:11
46:24 69:13
204:24
312:23
317:16
332:19
361:25
379:20,23
**probably**
10:3,24 13:4
29:24 30:19
35:3 40:4
77:3 86:17
98:10 103:14
114:19 122:9
130:20 159:6
174:20
191:11
252:19

279:16
280:3,20
309:2 311:14
353:2 379:16
388:18 415:4
432:20
433:14 434:7
**probe**
200:14
**problem**
81:15,20
94:20 105:3
115:3 163:6
222:16 236:5
238:5 255:16
264:15
276:24
323:11
336:16
403:12
409:20,23
410:3
**problems**
92:3 428:6
**procedures**
173:3 309:24
380:13
**proceed**
6:5 358:25
430:17,25
**proceeding**
5:12,15
**proceedings**
398:15
**proceeds**
367:11
**process**
189:2 202:5,
12,19,21
207:18
214:7,16
215:7,18
216:12,14,20
217:17
248:14,23,24
249:4
271:11,15,20
272:23

275:6,25

**processes**
173:2 218:8
241:14 242:2
394:2

**produced**
136:9 139:14
158:25
324:22
333:11

**product**
40:17 77:24
101:8 169:21
371:5 426:6

**products**
370:21

**professional**
287:13
361:19

**professionals**
329:16,24
330:3

**profile**
92:13,16,25
93:2 196:24
287:17
289:18 290:9
291:5 292:16
322:14 323:2

**profitability**
85:11,25
92:7,8,17,18
115:11
118:6,9
161:2 168:13
252:9,12
268:3 341:14

**profitable**
86:19

**profits**
127:18

**progress**
55:7 143:7
148:12 206:6
247:11,13
250:7 256:16
337:16

362:17
407:24
408:18

**project**
117:17,18
141:20
142:15
155:12,13,14
156:2 173:8
175:22 176:5
178:19,22
179:10,20
187:18,20
191:19
192:20,23
198:3 202:22
203:13,17,
18,20 209:9
210:20,24
214:23
217:23
218:20 221:4
222:15
226:17
245:10,20
246:12
258:18 441:8

**projected**
179:16

**projects**
198:2 222:20

**promised**
234:13

**promising**
326:15
327:12

**promote**
339:24

**promotion**
131:2

**promotions**
61:14,20
62:2 65:7
129:5

**Proof**
287:16

**Prop**
383:23

384:21
386:18
387:10,12,
17,21 389:5
390:16
391:18
393:8,15

**proposal**
299:23
313:11,13
315:6

**proposed**
315:6

**proposing**
297:24
307:19 407:7

**proposition**
134:18
382:24
383:9,10,20,
21 384:2,3

**prospective**
278:10 288:6
339:4

**prospects**
75:8 397:10

**protect**
403:13,22
404:6

**protocol**
146:10
354:21 430:4

**Prove**
268:7

**provide**
37:7 45:9
49:7 70:23
100:10
134:20
139:16
210:25
220:19
222:14,19
251:15
258:20,25
303:23
333:15
361:20

**provided**
37:10,21,22
351:19
419:11
423:25
435:18,19

**provides**
117:16
124:14 231:8
409:19

**providing**
57:20 60:18
70:12 98:12
99:24 115:19
134:23
139:22 141:8
176:4 229:6
326:16
327:13 361:8

**proving**
286:19

**proxy**
412:16,20
414:25
416:10 424:7
443:11

**public**
6:8 86:8
129:8 252:2
341:20
355:22 393:7
439:22 444:8

**published**
415:10

**pull**
20:11 168:9,
11 211:15
284:10,24
413:4

**pulled**
175:11
237:24

**pulling**
267:10 332:9
389:7

**pulls**
331:13

purely
  17:15
purporting
  384:22
purpose
  198:21
purposes
  9:5 94:23
  109:20 110:8
pursuant
  20:6 26:11
  396:13
pursue
  186:15
  260:22
  278:13
push
  227:25
  247:25
  393:15
pushback
  299:18
pushes
  168:4 391:12
pushing
  174:7
put
  11:19 22:9,
  22 23:7
  28:18 35:18
  66:21 95:9
  122:20
  135:10,22
  146:6 179:15
  180:2,23
  189:3 205:8,
  11 244:2
  253:13,15
  256:24
  257:9,10
  278:19
  302:22 322:3
  340:24
  350:25
  351:18 352:6
  374:4 394:2
putative

398:15
puts
  60:13
putting
  8:17 95:16
  135:3 293:22
  351:14
  356:21

——————————

Q

Q&a
  420:12,21
  422:10
Q2
  375:10
  376:24
  416:17
  417:15,22
  418:14,16
  443:5,14
qualification
  57:18
qualified
  48:15,19
  184:20
quality
  71:23 77:8
  78:22 80:17
  81:10,15,24
  102:25
  106:14,18
  108:2,6,8,
  13,21
  199:10,15,18
  200:13
  217:15
  223:7,8,13,
  15,25 224:8,
  12 225:17,22
  226:2,14,20,
  23 228:11,19
  229:5 232:20
  233:9,16,20,
  25 234:4,14
  235:4,5
  236:7,9
  237:11,13

238:23
239:4,10,16,
18,23
241:11,17,22
242:25
244:5,17
285:10
289:7,9,14,
19 290:9
291:2,25
295:2 310:16
311:10
312:14 313:7
314:11
320:25
321:15
322:15,22
323:5,8
330:17
367:17
442:15
quality-
related
  241:21
quarter
  413:24 414:9
quarterly
  250:4
quarters
  414:17
quasi-
employees
  397:16,23
  398:22
  399:24
question
  18:14 30:23
  33:23 35:6
  47:4,8 75:25
  76:8,11,14
  78:10 112:18
  170:5 177:2
  196:5 200:10
  220:22
  226:10,11
  227:16 229:4
  255:23
  259:19

261:24 276:2
280:6 281:13
294:16 310:7
320:8 327:22
329:8 336:13
341:14
350:19
351:12
375:20
387:15
395:17
416:23
421:3,10,19,
21 431:23
436:25
questioning
  179:19,22,24
  205:7 280:7
  321:20
  416:25 429:8
questions
  8:14 9:5,13,
  19 28:20,25
  31:13 34:3,
  10,16 35:21
  37:2 48:15,
  20 67:15,16,
  21 108:25
  125:6,17
  183:14
  200:19,21,24
  201:2 245:7,
  9 250:25
  316:20,23,25
  317:3,18
  318:18
  357:14,20
  426:14
  429:7,13,24
  430:12,19
quick
  53:14 66:15
  312:19
quicker
  30:20
quickly
  31:21 163:8
  263:7 271:9,

13  274:19
296:12
340:25
347:21
356:22
375:19
404:22
quite
15:2  36:24
43:8  57:22
77:15  135:13
137:7  158:17
179:2  224:19
253:13
256:25
264:19
278:7,19
279:7  285:13
336:14
340:18
349:23
350:12  428:2
quiz
245:5
quote
148:21
326:15  389:3
quote/unquote
235:5,9
quotes
265:5

———————————

R

Rachel
297:21
radar
66:22
raise
296:23  299:2
306:19
311:11
raising
367:10
ramifications
230:4  395:12

rampant
70:6,20
ran
16:7
random
425:17
ranked
50:12
rape
186:2
rapid
148:16,18
rapidly
181:7  256:21
257:13
Rasier
24:12,21
25:6,14,17,
19,24  440:14
Rasier-ca
24:13,21
440:14
rate
88:11  233:23
263:8,22
283:17
318:11,23
319:5,22
320:15  366:6
370:7  416:2
420:6,17
421:7
rated
313:17
318:3,16
rates
86:24  87:4,
15  93:3
143:21
144:12
270:21
363:25
422:12
rating
223:20,23
224:17
225:8,15

226:7  236:22
237:5,7
239:17
240:6,14,18
241:17,23
242:25
243:21  244:7
281:14,15
284:17  285:9
288:9,16,22
290:14,19
292:7,20,21
293:11,18
294:7,9,22,
25  295:4,6,
13,18  297:25
298:8,14
302:4  305:24
306:8,11,19
307:16,20
308:11
309:3,8,19,
24  310:2
311:4,23
313:15,22,25
314:7,12,18,
25  315:7,17,
18  316:11,16
317:7,23
318:8,19,20,
22  319:3,13,
19  320:12,
20,24  321:6,
14  322:12,21
323:3,6,7
ratings
224:6,10
229:20
239:25
241:2,6,8
243:11
281:11
283:8,12,22
284:10,24
287:18,22
288:3  293:6
294:18
296:24
310:4,8,22

311:6,7
312:5,14
313:7
314:16,24
316:21
317:21
318:15
320:24
442:15
ratings-
related
239:22
244:11
ratio
96:17  193:19
raving
212:2
re-acclimated
170:17
re-onboarding
215:22  216:7
248:3,8
reach
66:16  177:25
180:12
358:11
reached
190:9,12
reaching
161:3  413:24
414:10
reactivate
196:22
reactivated
170:8,17
223:16
reactivating
197:12  198:9
200:2,12
reactivation
170:2,6
194:15
244:14
read
118:19,20
120:18  152:5
157:2  164:14

170:9 171:17
215:2 217:2
246:23,25
291:16 292:2
296:20 299:5
317:3 410:15
411:13 439:8
**readership**
198:6
**reading**
204:21 220:2
**reads**
216:15
**ready**
67:20 83:15
99:12 189:13
211:18
276:18 277:5
282:9 300:10
313:2 358:25
417:8
**real**
8:18 138:11
312:19
340:22
425:12
**realistic**
263:10
264:2,6,13
379:17
406:12
**realities**
87:16 327:7
338:18
340:15
355:18
**reality**
278:23 331:4
347:6 356:6
404:11
**realize**
68:25
**realized**
73:22 74:12,
19
**realtime**
189:11

376:15
**reason**
79:15 148:20
185:13,16,18
240:13
336:10,19
346:7 352:18
390:23
**reasonable**
79:3
**reasons**
38:25 106:24
182:11
184:23
223:14
229:12
239:16,17
240:5,8,10
241:11
294:21
311:22
314:24
325:24 354:7
355:3 402:12
**Rebecca**
343:24
349:11
**rebuild**
147:24 148:3
154:19 164:5
245:21
**rebuilding**
149:25 183:7
**recalibration**
395:4
**recall**
31:6,19
37:24 38:2
51:11,13
52:17 68:8,
11 72:22
83:3 187:18
189:24 190:6
262:20,23
300:13
315:19
**recalling**
13:6 137:4

**receive**
217:2,24
432:15,18
435:24
**received**
81:21 148:23
217:14 233:9
239:24 409:9
432:6 436:2
**receives**
283:21
**receiving**
214:14
**recent**
110:16,17
182:14
386:12 412:9
**recently**
162:8,21
214:6 218:6
**recited**
348:22
**reclassifying**
381:5
**recognize**
396:4
**recognized**
225:20
298:17 338:7
**recognizes**
146:16
165:21 278:2
319:19
320:11 337:7
**recognizing**
167:5 318:15
**recollection**
13:18 14:9
15:2 20:25
33:2 37:4,13
39:7 47:13,
23 143:8
153:11
200:25
**recommendatio
n**
229:11

**Recommended**
307:18
**recommending**
299:14
308:4,11,16
**record**
5:3,7 6:2,16
29:9 54:2
82:14,15,18
146:7 154:4,
8,9,12
160:17
187:6,10,11,
14 205:9
212:21 227:8
276:13,14,17
277:8
331:15,21
354:20
356:16,17,
20,22 376:2,
4,9,10,13
429:11
431:8,15,16,
19 437:21
444:14
**recorded**
221:11
**recording**
5:5
**records**
201:10
202:13,14
204:3 207:15
208:6
**recovering**
176:8
**recovery**
160:25
175:6,19
191:13
193:19
441:12
**red**
256:14
304:17
**redeveloping**
194:15

Chad Dobbs  Highly Confidential
August 21, 2025

redirect
  357:24 358:2
  426:15
  428:24
  429:15,17
  430:2,15,16,
  21,25 431:11
reduce
  102:2 231:22
  232:8,11
  239:9 248:3,
  8,17 271:21
  296:22 298:2
  355:21
  406:17 411:2
reducing
  115:11 134:7
  370:7
Reduction
  404:17
  405:10
  443:10
redundant
  215:4,20
  216:12,16,18
  217:19
reengage
  181:25
  182:18
reengaged
  102:7
reengagement
  235:19
reengaging
  224:6
refer
  12:22 13:21
  25:22 41:17,
  25 42:11,14,
  18 89:2
  112:15
  113:24
  114:18
  150:21
  161:21 216:3
  234:24
  302:14
  383:16

reference
  8:6 63:22
  84:7 161:9
  193:8 206:21
  223:11
  249:16,21
  258:16
  267:19
  270:15 271:9
  286:8 302:16
  322:11
  334:12 349:7
  364:18 370:7
  371:23
  415:7,8
  420:12,16
  422:8 429:17
referenced
  272:11
  298:19
references
  194:5
referencing
  8:12 9:2,12
  201:23
  371:11
  392:23
referrals
  61:21
referred
  13:19 33:24
  41:19 217:18
  294:16
  383:19
referring
  26:4 31:15
  40:25 43:19
  61:2,15
  92:17 93:14
  156:7 162:11
  173:13,24
  201:21 203:6
  214:4 218:15
  219:7 223:18
  251:12
  275:16
  288:13
  290:14

  392:14 410:3
  423:12
  432:23
refers
  36:15,16
  39:14 70:13
  83:24 88:24
  101:6 112:16
  113:25 114:8
  115:21
  117:25
  127:11,15
  130:9,15
  137:12
  150:22
  172:2,13
  192:23 195:6
  196:7,10
  216:4 248:7
  287:6 302:15
  365:13
  382:21 421:6
reflect
  173:4 384:23
reflected
  60:24
  176:18,20
  178:6 250:17
  334:11
reflecting
  225:20
  294:25
  415:11
reflection
  224:17 292:8
  304:3 311:10
  318:16
reflections
  387:22
reflective
  153:20 295:7
  320:25
reflects
  292:21
  293:19 304:7
  309:25
  345:24

refreshed
  119:2
refunds
  112:22
regain
  223:8,24
  224:9 225:17
  226:15
  229:21
regaining
  229:23
regarding
  29:17,21
  48:16,20
  238:23
  326:25 370:5
  386:13
region
  15:7,11,18,
  22 16:7,11,
  20,24 17:2,8
  18:4 21:17,
  20,21 24:5
regional
  13:8 14:22
  21:2,11
  93:11 126:16
regionally
  12:6
regions
  12:9,10,15
  13:19 16:18
  20:21,22
  21:11 37:6
  110:21
  126:17
regular
  429:3
regularly
  15:4 309:22
  310:6 311:17
regulation
  391:13
regulators
  390:10
reinstall
  286:18

rejecting
299:23
relate
195:23
related
5:19 17:16
18:17 156:4
161:4 162:12
222:20
270:25 279:4
293:16 303:5
372:21,25
373:13,24
444:17
relatedly
278:15
relates
306:5 387:17
relative
91:5,6
96:14,17,18
98:10,13,14
120:6 165:13
relaxing
230:15
release
344:20
347:20
353:7,18,20
408:17
released
340:18 342:4
353:24
releasing
342:9 355:16
relevant
47:17 203:11
268:19
274:13
reliability
95:17,21
161:5 164:22
165:19
221:20,25
reliable
40:21 95:13,
14 156:10

rely
128:14 278:3
280:22
349:21
relying
336:9
remain
163:4 222:5
385:7 386:3
remained
166:23 167:8
208:5
remains
102:13
remarkably
414:17
remember
47:19 187:22
262:15
378:25
remembering
35:14
remind
115:17
149:4,8
226:22 369:2
remote
5:16
remove
291:10,21
removing
215:20
renew
379:18
renewing
354:16 382:6
rent
274:8
rental
274:7
reopen
155:9
reorganizatio
n
20:20 21:10
repeat
320:8

repeated
241:8,18
repetitive
260:2 354:14
replace
236:6
replacement
303:7 304:18
305:4
replacing
304:22
replied
299:8
replies
233:2
report
11:20,23
113:2 192:9
193:24 206:6
240:16
242:7,15
243:9 250:6
334:16,24
335:8
340:13,19
342:4,10,18,
19 344:21
347:20
348:9,17
349:2,19
350:3,12,22
351:6,15,19,
24 353:18,
21,24 355:8,
10,13,17
396:12
415:11
reported
88:7 185:6,
10,20 318:4
335:13
421:23 422:3
reporter
5:22 6:3
27:14 47:2
187:5 276:21
358:21
359:25 444:8

reporting
80:3 191:9
341:20
reports
221:8 222:14
340:12
341:23
represent
416:8
representatio
n
169:13
representatio
ns
169:9
representativ
ely
119:9
represented
28:12
357:19,22
representing
109:2 364:21
represents
90:22 119:13
120:9 121:3
request
9:16 66:15
188:21
317:17
requests
113:5
require
181:12
235:13
237:11
required
235:22 237:6
244:18 250:5
313:24
357:5,7
399:22
requirement
227:13
230:15 231:6
234:5 235:4
236:7,10

requirements
 173:9 219:2
 229:5 394:25
 400:17,20
requires
 103:16
 434:24
requiring
 237:10
 357:25
rerun
 198:10
 206:16
reruns
 209:2,4
research
 183:11 184:9
reservations
 164:19
reserve
 429:14
 430:21
Resolved
 208:20
resonance
 283:3
resoundedly
 393:7
resounding
 390:4 391:19
 392:12
respect
 24:25 26:17,
 25 28:17
 94:9 205:10
 214:16 295:8
 318:25
 320:19
 328:10
 364:17
 384:20
respectful
 79:3
respond
 169:11
 351:12

responds
 227:4,20
 231:15
 234:10 249:7
response
 199:23
 231:21
 280:12 379:9
responses
 426:16
 429:13
responsibilit
ies
 19:15
responsibilit
y
 18:5 19:3,7
 22:23 427:13
responsible
 12:12 19:16
 39:19
rest
 352:5 400:17
 418:2
restate
 387:14
restaurants
 10:19
restricted
 434:23
restrictions
 163:3
restroom
 66:18 153:25
 266:16 356:9
rests
 88:15
result
 55:4 103:11
 121:15
 163:19 183:6
 241:18
 304:11 305:5
 340:8 393:10
 399:21
 401:19

resulted
 209:13 241:5
resulting
 94:15 326:4
results
 54:17 362:21
 397:9
resurgence
 164:18
resurrect
 213:17
resurrecting
 213:24
resurrection
 120:15
retained
 106:13
 107:25
 108:20
return
 148:20
 150:14
 228:15
 307:23
returning
 215:19
 251:17,18
 255:8 256:7
revealing
 9:9
reverse
 87:21,24
 92:21
review
 35:8 38:14
 59:2,4 67:19
 116:17
 125:15 127:4
 161:22
 175:14 205:4
 211:17 220:3
 238:6 254:4
 282:12
 296:14
 312:20
 343:14
 404:23

 413:11
reviewed
 34:4 37:6
 38:16 309:18
 313:23
reviews
 309:23
RICHMOND
 444:5
rid
 408:21 409:2
ridden
 240:2,4
ride
 96:4,6
 112:18
 114:10
 265:21,24,25
 266:11
 284:19
 287:24
 295:11
 335:17
rider
 40:6 41:5,6
 42:12,15
 70:6,21 71:4
 79:3,10
 80:10,15
 81:7 82:5,7
 95:11 101:17
 112:9 113:23
 114:6,8,9,14
 123:18
 124:2,3,11,
 15 127:12,25
 129:4,5,17
 130:2,10,13,
 15,22 131:2,
 4,8,12
 133:5,9,18
 134:2,25
 162:12 186:2
 240:12,16,
 17,19,24
 241:9 243:19
 253:6
 265:22,23,25

Chad Dobbs  Highly Confidential
August 21, 2025

283:12,21
288:5,6,20,
21 313:25
316:11,16
317:7,21,23
318:8,11,20,
22 320:15,24
323:19,20
410:8 412:9
422:4
**rider's**
284:18
**rider/driver**
65:8,17
123:5
**riders**
10:19 39:16,
25 40:9,10,
13,18,21
41:2,4,9,10
42:6,7,9
43:13,18,23,
25 45:7,15,
22 46:8,9
49:16 56:8
62:5 70:25
71:6 73:7
77:12 78:24
79:17 80:3
81:9 91:3
95:6,7,18
96:2 99:13,
25 100:6
101:7,22,25
113:25
114:4,13,15
123:10,23
124:8 128:9,
14,18,22
129:9,14,22
130:18
131:5,9,22
132:3,19
134:12,16
135:12 145:8
147:13,18
155:16,21
156:12

163:15
165:3,13,16
166:11 173:5
183:8 223:21
224:18
240:6,9
241:4 242:7,
15,24 243:8,
9 255:8
256:7 260:3,
4,19 266:10
269:13,21
270:3,5
277:14,17,
22,25 278:3,
10,11,18
279:4,10
280:2 283:17
284:12,16
285:2 287:11
289:4,12
294:10,15
310:22
318:3,9
319:20,25
320:13
321:16
323:5,9,23,
24 325:17
326:14
327:12,20
328:13,19
329:22
330:9,17
334:19,22,24
335:7 336:2,
7 337:8
338:2 339:3,
4,11 341:8
343:5 345:25
346:8,10
347:2,10
352:11
364:18,25
370:9 380:25
403:13,22
417:6 426:8
427:23,24

**riders'**
289:9
**ridership**
326:24
**rides**
43:21 49:7
57:20 60:18
61:24 70:12
79:18,23
80:5 96:8
99:13 100:10
109:7,12
110:10
112:23
115:19
156:13
160:25
164:5,19
206:16
209:2,12
210:9,25
251:15
258:20,25
275:14
277:21
285:11
322:23 337:8
363:20
364:20
371:20 372:6
423:12 429:4
**rideshare**
89:17 93:13
149:14 191:5
335:3
**ridesharing**
83:11,20
89:3 325:16,
24 327:5
338:10
348:19 349:4
440:20
**right**
6:18,23,24
7:13 10:5,7
14:13 15:9,
15,24 17:3
20:16 21:5,

7,13,17 27:2
28:4,18 32:6
35:16 37:25
42:16,20
43:3 44:9,13
48:24 49:4,
8,20 50:23
52:9,12,16,
22 56:16,24
57:4,21,23,
24 58:9,21
59:25 60:5,
14 62:12,17
63:6,11,16
64:17,19
65:17,20
66:2 68:19,
22 69:6,8
70:12,21
71:14,19,20
72:25 73:4,
13 74:4,25
75:6,7,9,17
76:4,12,23
77:13 78:15,
24 79:8,18
80:5 81:16
83:2,25
84:25 85:5,
6,15 86:15,
25 87:22
88:3,20
89:17,19,23
90:4,13,24
91:5,11,23
92:7,21
93:13,23
96:25 99:9,
14,20 100:7,
10,15 102:19
103:3,10,19,
20 104:5,19,
20,22
105:13,25
106:10
107:21,22
108:22 110:3
111:12,13,14
112:5,11

```
113:12                24 171:14,19      227:15             277:15,16,22
114:10                172:3,8,9,        228:2,16,21,       278:6,21
115:7,13,20,          14,24             25 229:13          279:5,17
25 116:21             173:11,19         231:2,6,12,        280:23
117:2,4,8,11          175:11,23         22 232:8,9,        281:11,16,18
118:2,9,10            176:2,10,16,      16,23 233:18       283:13,18,
119:10,21             19,23             234:6,20,23        19,23 284:3,
120:17,20,            177:12,19         236:8,11,12,       19 285:6
21,24 121:8           178:2,6,24        13,16,18,23        286:9,10,14
122:6,18              179:7,13          237:7,8            287:7,24
126:4,9               180:12,21         238:19,24          288:7,10,18,
127:15                181:14,21         239:6,12,16,       22 289:4,11
128:10,16,25          182:7 183:2,      19,20 240:4,       290:21
129:23                4,12,19,20        6,10,15,19         291:2,6
130:11,14,            184:9,20          241:4,11           292:9,23
17,19 131:3,          185:7,15,21       242:9 243:2,       294:12
4,6,15                186:2,3,5,9       12 244:9,22        295:14
132:9,17              187:21            245:3,4,23         296:11
133:6,8               188:12            247:11             298:18,21
134:2,3,8,            190:13,20,21      248:12,19          299:14,18,23
19,25                 191:22            249:2,7,9,         300:21,24,25
135:18,20             192:6,7,21        10,18,19           301:7 302:12
136:21                193:2,10,21       250:2 251:8,       303:14,19,24
138:3,8,9             194:2,7,17        15 252:2,6,        304:9,10,13,
139:3,7,10,           195:7,12,13,      10,17 253:12       18,24 305:6,
23 140:9,15,          18,25 196:9,      254:12,25          12,13,17
25 141:2,5,           15,20,24         255:6               306:22
6,9,14                197:15            256:10,23          307:5,24
142:10,15,            198:12            257:19,24,25       308:8,18
24,25 143:5,          199:6,11,12,      258:6,14,20        309:21
7,14 145:14,          15,18 200:19      259:2,9,13,        310:14,17
21 146:11             201:11            14,17              311:8,14
147:10                203:11,12,        260:15,16          313:4 314:9,
148:3,6,20            16,22 206:2,      261:6,7,21         20 315:2,9,
149:5,16,23           4,11,12,22        262:9,19,23        16 316:18,
151:6,11,16           207:10,16,25      263:15             19,21
152:9 153:17          208:2,6,18,       264:4,17           317:22,24
155:12 156:5          21,24 209:7       265:17             318:5,12,16,
158:7,17              210:3 211:2,      266:24             24 319:5,22
159:6,15,19           13,21,22          267:9,21,22        320:16,20
160:6,14,22           214:2,20,23       268:4,12,13,       321:6
161:10                215:10,14         16 269:5,11,       322:16,23
162:14,19             217:3,7,10,       19,20,24           323:21
164:2 165:7,          19 220:13,25      270:4,9,16,        325:10 326:6
10,22,24              222:10,11,17      17,22,23           327:2,10,15,
166:7,18,24           223:16            271:6,12,24        16 328:11,21
168:22,23             224:13,24         272:6,11,21,       329:24
169:3,6               225:5,12          25 273:23          330:5,13,24
170:3,13,19,          226:3,20          274:20             336:8 339:20
```

340:5,12
341:12,13,20
342:5
343:13,25
344:11
346:3,4,13
347:13,19,22
348:4 349:22
350:5,13,22
351:15,21
352:12
353:18
355:4,15,24
359:8,16
360:14
361:6,12
362:8,12,23,
25 363:2
364:18,19,25
366:2,11,12,
18,24 367:3,
4,6 368:25
369:8,11,14,
16,20,25
370:3 371:24
372:13,14
373:18,24
374:22 375:2
377:8,16,20,
24 378:3,11,
17,20,24
379:10,14
380:3
381:12,15,
18,22 382:24
383:7,8,14,
21,23 384:5,
11 385:22
387:10,19
388:13
391:5,8
392:11,15
393:4,20
394:24
395:8,15
396:20
397:11,18,19
399:6,18
400:7,14,17,

25 401:4,7,
15,16,22
402:16
403:4,14,23
405:4,11
410:14 411:3
413:5,7,16,
17,20 415:2,
17,21
417:12,13,
15,18 418:23
419:2,4,12,
16,19 420:8
421:12
422:5,17,23
423:4,5,7,
13,16,19,22
424:3,4
429:14
430:15,21
432:2 433:4,
18,22 435:6,
19 436:11
437:13,14
**right-hand**
239:2
**right-most**
53:17
**ringing**
174:14
**rink**
159:23
**risk**
161:13 172:6
196:23
296:22 298:2
303:9 308:6
325:23
393:20 397:6
**risks**
195:24
396:24
397:4,7
402:18,20
**road**
148:25
165:22
166:17

222:21
228:21
258:25
271:11 272:5
**roads**
99:12
**robust**
326:16
327:13
**Roger**
419:2,12
**ROI**
307:20,23
**role**
13:3 16:3
43:12 47:23
232:5 427:13
**roles**
43:9 65:2
426:17,22
**roll**
55:18
**rolled**
208:25
209:11
316:15 317:6
**rolling**
147:22
**rollout**
210:12
**Ron**
361:9 387:25
413:17 424:7
**Ronald**
360:24
**room**
6:22 7:10
**rough**
111:19
**roughly**
147:19
306:23
349:14
**round**
234:15
**row**
273:5 422:16

423:10
**rows**
422:13
**RTB**
150:8,11
**rude**
241:19
242:23 243:4
**rudimentary**
45:21
**rules**
172:16,24
173:17
**run**
50:21 99:22
209:21,22
210:3,5
394:20
**running**
209:18
**runs**
39:15 135:4

___

S

___

**S&p**
84:7
**S------------
--**
440:10
**Sachin**
418:25
**safe**
278:6,21,23,
25 279:11,
12,16
281:11,16
284:19
287:2,12
292:9,22
338:16
352:20
405:20
**safer**
294:3 304:9
319:12
330:17,22,25

**safest**
348:19 349:4
371:8
**safety**
16:21 17:7,
9,14,15,16,
20,25 18:3,
8,9,13,17,
21,22 19:13,
17 20:3
22:10,13,15,
17,18,20,21,
24 23:8,14
172:13,16,23
173:17
229:10,16,25
230:22,25
231:3 232:4,
6 235:20
238:16
275:20
278:9,15,16,
17 279:2,8
280:15,18,20
284:11,25
285:11,20
286:5,13,17,
19 287:24
289:3,7,9,
14,20 290:10
291:2 292:2
293:11,19
294:23
295:3,11,13,
16,20 296:23
297:22,23
298:14
299:2,4,13,
17,22 300:6
301:5,22
303:5,24
306:5 307:14
308:10 315:5
318:11,16,23
319:5,14,21
320:15
321:2,5,15
322:15,22
323:8,11,15,

18 324:8
325:8,15,17
326:16
327:2,7,13
330:5,10,15
331:9 334:6
335:13,16
336:4,10,19
337:9,13,17
338:4,8,11,
19,22 339:6,
13,20,24
340:12,13,
14,16,19
341:4 342:2,
4,9,18,19
344:20
346:2,9,10,
18,25 347:4,
11 348:3,8
349:19,20
350:3,11,22
351:6,15,19,
24 353:18,21
355:8,9,12,
14,17,18,23
356:3 359:4,
6,18 363:25
366:6
370:16,19,20
371:4,6,9,13
373:18,19,22
391:13
403:13,22
404:2,6,12
405:19 406:9
409:4
415:11,12,
16,19,21,23
416:17
417:15
418:24
419:7,15,22
442:9,12,18,
20 443:14
**safety-
related**
19:3,7
302:24

305:15
**salaries**
114:18,20
**salary**
432:10,12
**sale**
437:8
**sales**
113:18
**San**
11:2 15:10,
17 18:15,18
19:6,17,19
21:21 22:10,
21,24 23:6,9
263:14
307:11
425:10
**Sarfraz**
157:25
159:2,9
160:12,15,16
300:24 377:6
**satisfaction**
72:19 73:5,
14,17,23
74:20 77:2
100:20
**satisfied**
73:10,12
74:14
**satisfy**
378:7,15
**Saturday**
259:13
**Saturdays**
260:8
**saved**
304:8
**savings**
303:7,18,22
304:7,16
305:3
**saying**
26:11 31:16
55:4 57:12,
15 63:19

76:25 80:15
94:21 102:23
105:23
106:20
108:16
111:10
118:25
119:19
120:4,5,19,
20 122:12
144:7 152:25
159:20
162:20
163:23
167:4,21
168:6 174:4
179:25 191:8
195:20
196:17 216:9
224:7 226:4,
18,21 227:12
229:3 234:4
244:5 248:13
251:16
256:11
262:20 265:5
288:2 299:3,
5 314:23
320:4
322:11,18
326:23 343:7
346:22
350:20
353:19 354:2
373:4 386:4
407:6
418:13,15
**says**
53:4,6 54:4,
14 55:16
56:2,20
57:6,8 58:18
59:10,21,22
60:2,10,15
61:11 63:7,
8,13,23
69:19,24
70:5 72:3,5,
24 76:7

Chad Dobbs  Highly Confidential
August 21, 2025

78:13,16
81:8,22
84:21 85:2
87:3 90:10,
16,25 91:18
92:11 94:12
97:12 98:3,
18,23 99:5
102:6,12
105:6,18
106:6,12
107:17
108:19,23
109:22
113:11
117:15
119:7,11,12,
24,25 120:8
122:7
126:10,21
127:9,23
130:5,12
133:16
137:22
139:24 145:7
148:22
149:12
150:7,18
159:12
160:10,23
161:12
162:6,15,25
163:11,18
166:15,25
168:5,7,10,
24 171:16,21
172:5,10
175:17
176:2,7,12,
17 177:22
178:8 181:5,
6 182:23
183:13
184:3,12
188:14
192:2,5,17,
18 193:22
194:12,19,25
199:17,19,24

200:15
204:24
206:4,13,23
208:13,14,
15,20,24
209:8 211:23
212:5,10
213:2,7,15
214:5
215:14,16
218:5
221:10,17,22
222:4 223:5
227:5,24
228:3 229:9,
14,17 230:3,
9 231:19
233:5
234:12,18
235:3,8,16
239:3,8,19
246:20
247:23
249:11
250:18
251:4,10,19
252:21,25
254:7,11
255:7 256:5
257:12
258:7,9,15
263:5,18,19
264:5,23
267:25
268:5,6
269:2,6
270:10,12,18
271:3 272:13
273:5,8
274:17,21
283:11,15,20
284:8
286:12,16,24
287:9,16
289:16,25
290:6 291:3
296:21
297:13
298:5,25

301:4,16,19
302:3,8,23
303:4,12,17
304:25 305:9
306:2,9
308:2,9,15,
16,22
313:11,14
314:15,17
316:10,13
317:4 318:7,
22 319:23
322:17
325:7,14,21
326:7,11
329:14
334:13,21
335:25 337:3
338:25
344:15,24
345:6,16
347:17,23,24
348:6,14,23
349:9,25
354:24 360:8
361:8,24
362:15,20
363:12,17
364:7
365:15,17,21
366:20 367:8
368:3 369:6
371:19,25
373:8,9
374:11
377:19,25
378:5,13,18
379:6 381:3,
10 382:10
388:10,15,22
389:13,24,25
390:22
391:10,24
392:10,24
397:5,12,13
398:7 399:20
401:8,10,17,
23 405:6,18
407:10

409:9,10,18
410:5,16
411:7,15,21
413:22
414:14 415:9
417:21
418:7,18,24
419:7 420:5,
25 421:9,14
422:2,25
423:15,18,21
**scale**
 97:17 98:7,
 20
**scares**
 90:11
**science**
 171:11
**scope**
 27:21 138:15
 201:13,16
 203:3 205:9
 208:9 210:14
 212:21
 217:21
 243:14 280:8
 292:25
 335:20
 342:17 351:5
 352:4
 354:13,19,23
 407:2 416:5
 417:2 426:14
 427:19
 428:21
**scored**
 214:6 218:6
**screen**
 7:17 33:19
 53:15 58:25
 66:22,24
 97:24 125:2
 126:24
**screens**
 7:15,20,23
 8:7,13
**scroll**
 51:21 52:3

55:15 97:25
125:14
158:24 164:9
188:13 194:4
211:11 218:2
219:15
222:22 229:2
231:14
232:25 234:9
246:10
268:10,14
282:24
283:10 288:7
296:6 349:8
368:10 369:4
405:8,17
413:13
417:20
418:17
420:10

**scrolling**
157:13
216:24
298:22

**scrutiny**
172:12

**seat**
58:20

**seats**
51:12 55:22
56:15,19,22
57:10,13,16
58:4,7,8

**SEC**
250:5

**second**
30:21 31:2,
4,14,17 52:3
59:2 67:9
107:12,14
116:16
126:25 157:3
176:13
205:16,21
211:14,24
223:4 226:11
254:14,20
266:25 267:9

282:11 286:9
297:14
324:15
326:9,10
331:17 332:4
354:3 372:11
373:20
375:17 413:4
421:19,21

**seconds**
413:8

**section**
27:25 59:3
82:4 118:11
222:24
286:23 364:5
369:18
370:5,11,13
371:4,17
372:13,19
373:20
396:13 398:3
407:10
419:25
422:10

**Securities**
395:19
396:14
402:11

**Security**
398:20 401:3

**see**
24:18,22
25:2 27:2
33:19 52:4,7
53:13,19
54:12,19
55:13,19,23
56:5,12
57:17 58:16,
24,25 59:8,
15 60:8
61:7,9,16
62:8 63:21
64:4 65:10
66:13 68:17
69:8,11,14,
15,18,22

70:3,4,9
72:8,14,20
75:4,10,13,
15 76:7,10
80:11,14,18,
23 81:3,6,12
83:18,21
84:5,14,17
86:19 87:8
88:13,17
90:9,19
92:11,14
94:7,17
97:18,19
98:2,3,8
102:5,10,15
105:3,10,18,
21 106:15
108:3,15
109:4,8,14,
15,24 111:15
112:9,11
117:23
118:13
119:5,17
121:20
122:6,7
125:19,24
126:6,23
127:13,21
128:5,8
133:11,20
136:7,8,15,
16,25 137:2,
5,19,22,25
138:18
139:18
142:5,7
144:4,21,22
145:5,11
146:8 148:13
149:10 150:9
153:4 157:7,
22 158:2,9,
16 160:9
161:6,19
162:9 163:9,
16,21 164:8,
23 166:20

167:9,10
168:15,17,21
169:18,22
170:22
171:7,24
172:18
174:4,7
175:20
176:6,11,18,
22 178:3,4,
10 181:10,19
183:15,24
184:6,12,15,
19,25
189:15,19
190:14,18
191:7,14
192:10
194:9,10,23
195:4 197:2
202:14,15
204:3,24
205:19,20
206:5,8,18
207:3 208:13
212:3,9,25
213:6,13,21
214:11,18
215:24 217:5
218:10
219:19 220:9
221:15
222:2,7,23
223:4,9
227:3,10,22
229:7 230:7,
16 231:14,25
232:18,21
233:2,3,12
234:2,16
235:6,14,25
238:2,23
245:8,9
246:2,11,14
247:3,19
248:4 249:14
250:22
251:2,9,22
252:24,25

Chad Dobbs  Highly Confidential
August 21, 2025

253:15 254:9
255:12
257:8,10,16
259:8 261:2
263:4,11,18,
24 265:3,12
266:22
267:11,13,17
268:15,21,24
270:13
272:17
273:6,17
274:24
282:16,20,24
283:5 284:13
285:3 286:6,
20 287:4,5,
14,20 289:23
290:11
291:12
296:7,17
297:3,18
298:3,11
299:17
300:17
301:4,13,16,
25 302:6
303:2,10
305:4 306:6,
15 307:21
311:6,7
313:9,12,14,
19 314:3
316:7
324:21,24
325:4,14,19
326:2,19
328:5,17
329:3,18
332:10,15
334:7,10,17,
25 336:5,11,
13,20,25
337:2,6
343:19,21
344:22
345:4,11,21
348:12,20
349:16 350:3

354:8,9
357:23
360:22 361:2
362:3,12,18
363:7,15,21
364:11
365:23
367:12,20,25
368:8,14,16
369:6 370:7
371:16
372:7,22
373:15
374:9,16
376:22
377:2,4
379:11
380:22,24
381:7,8,12
382:16
387:3,6,7,13
388:3,20,25
389:6,19
390:6,13,16,
20 391:2,16
392:13
395:18
397:25
398:5,12,25
399:2,20
400:3 405:2,
9,18,25
408:25
409:7,16,21
410:22 412:5
414:2,12,21,
23 415:6,13
417:3,10,21,
23 418:8,13,
22 419:9
420:3,11,14,
25 421:4,17,
18,24 422:8,
14,15 423:10
424:5 431:8,
10
**seeing**
68:11 73:12
249:24

**seek**
38:24
**seeking**
36:23
**seemingly**
147:16 155:3
425:24
**segments**
183:22
184:11
329:17
**select**
222:24
307:20 309:4
**self-metrics**
253:8
**self-
reflection**
74:18
**sell**
337:8 434:17
**selling**
435:10
437:11
**send**
112:19
226:18
229:24
**sending**
223:12
**sends**
191:25
**senior**
418:20
**seniority**
427:9
**sense**
16:25 30:6
41:24 80:22
91:5,6
129:16
130:20 147:5
157:14
158:20 159:4
336:15
**sensitive**
5:9 242:3

**sentence**
57:8 107:12,
14,16 119:24
130:12 162:5
269:11
284:22
415:20,22
**sentiment**
279:2,8
**separate**
233:10 268:8
292:18
**September**
255:22
266:24
267:12
**series**
33:2 241:7
283:2
**serious**
53:10 54:9
334:16,24
335:8 390:24
393:19 406:9
408:3
**seriously**
278:15
355:20
**serve**
55:11
**served**
137:9
**service**
73:11 77:24
97:16 98:6,
13,14,15,16,
19 101:9
156:9 241:19
287:12 295:2
374:13,15
**services**
135:20
139:17,23
141:9 220:20
325:24
361:20
**set**

18:11 19:14
50:11 263:10
264:2
295:13,15,17
298:14
307:19 309:3
313:15
357:14
444:12,21
**sets**
294:7,18,22
**settle**
390:4
**seven**
357:6 430:5
**several**
161:15
277:12 368:7
379:8
**sexual**
5:14 113:2,3
185:6,20,24
186:8,9
242:8 325:23
348:10
350:15
351:2,20
352:25 370:8
404:16
405:6,10,23
406:4,8,22
407:18
408:7,11
409:12,24
410:4 411:2,
3 416:2
419:25 422:3
423:3,18
443:9
**sexually**
79:22 185:14
240:14
241:3,9
242:9,16
243:9
**SF**
306:13

**share**
29:9 47:16
69:13 151:4
237:4
**shared**
69:10 72:4
81:7 129:8,
10 194:20
230:6 251:7
264:12
351:23 372:6
**shareholder**
367:17
**shares**
433:11
**sheer**
410:8
**sheet**
333:16
367:17
**sheets**
333:22
**Sheridan**
377:7
**shift**
372:5
**shifted**
153:13
155:23
156:14
**shined**
340:15
**shock**
235:17
**shoes**
352:7
**Shoot**
276:23
**short-circuit**
243:6
**short-term**
326:12 327:8
**shortage**
177:10
325:22
**shorter**
235:10 236:8

272:23
**shortly**
13:3 387:21
**should've**
247:6 418:15
**show**
66:25 158:6
350:8 360:20
**showed**
197:14
285:25 312:6
**showing**
69:16 95:24
96:13,22
97:2 111:2,
3,6 237:5
255:14
288:12
**shown**
67:8 90:17
**shows**
89:20 136:8
140:12
142:13
244:21,24
245:5 288:8
335:6,12
336:8,17
**shrunk**
147:15
**shut**
299:4 354:5,
10 355:2
**sic**
166:15
228:24
**side**
42:12,15,19,
25 43:2
75:12 239:3
354:4,25
429:4,5
**sides**
45:25 79:10
135:16
**sign**
44:8 69:21

230:2
**sign-up**
273:15
**signal**
229:24
**signed**
44:12 378:2
**signed-up**
75:8
**significant**
213:18,25
301:22
330:13
338:23
363:20
399:25
403:12 437:4
**significantly**
94:15 130:23
**signing**
100:6 275:10
**silly**
310:20
**Silver**
142:6 324:23
**similar**
19:20,23
20:4 22:12
23:12 38:25
39:4 118:23
153:11
172:11,16
256:13
261:23
280:12
**Similarly**
18:20
**simple**
95:10 275:12
380:18
**simplified**
94:25 95:5
**simplify**
249:5
**simplifying**
275:16

simply
  31:15 64:15,
  25 89:9
  124:5 144:19
  178:14 197:8
  200:15
  224:17 226:5
  276:2 319:18
  407:19
single
  19:16 169:12
  199:3
Sipf
  16:7
sit
  357:5,7
sitting
  6:18 40:8
  299:20
  310:21 425:8
situation
  17:21 42:4
  45:6 180:4
  279:22 309:6
  394:19
size
  94:3 410:8
  427:14
sizing
  194:15,21
  237:19
  238:19
  441:20
skip
  58:23 61:6
  332:13
slated
  298:6
slide
  69:18 73:2
  76:3,12,15,
  16,17,19
  78:11 80:13,
  15 81:5,22
  84:14,19
  86:23 88:7
  89:9 90:9
  91:18 92:11,

22 94:12,24
98:23 99:5
102:5,17,20
107:7 115:2,
4,8 139:14
143:2,15
144:23 149:6
150:6 151:8
176:6,21
186:12 197:4
238:23 239:3
244:16
257:12,21
258:7,8
259:8 264:5
289:16
290:18,23
291:7 302:23
305:8 308:22
322:17
326:11 327:9
335:25
338:21
377:19 379:4
380:23
381:4,9
382:2,3
419:7
slides
  74:10 131:18
  322:7 338:8
slight
  315:10
slightly
  32:10 37:15,
  23 67:4
  139:11
  346:14
slip
  333:16,22
slow
  87:24 248:23
slowed
  248:24
slower
  88:11
slowing
  82:25 83:3

85:5,24 88:2
92:3,12
small
  52:12,14
  106:17
  233:14
  307:19 309:3
  427:2,11
smaller
  52:15,18
  60:22 89:7
  91:14
smarter
  65:8
smoothness
  295:10
SMS/EMAIL
  235:21
snapped
  380:16
social
  230:6
  231:11,13
  398:19 401:3
society
  148:5
sold
  433:11,13,
  18,19 434:21
sole
  19:2,7
solely
  22:21
solid
  148:14
solidify
  47:22
solution
  206:16
solve
  428:7
solving
  409:20
someone's
  79:2 279:21
someplace
  198:16

sophisticated
  65:6
sort
  21:16 29:12
  51:7 93:22
sorts
  240:5
sought
  338:11,15
  340:10
  343:4,7
  389:12
sound
  152:19,23
  161:3
  262:11,18
  310:20
  316:23
sounded
  78:3
sounding
  176:22,25
sounds
  266:21
  276:10
  425:22
source
  93:12
sources
  249:3
south
  12:23 13:19,
  22,23 14:10
  21:19
Southeast
  13:23
Southwest
  12:20 21:15,
  23,25 22:4
  24:5
space
  91:10,19,22
  311:21
speak
  38:9,24
  43:10 47:25
  138:16 339:3

384:19 385:2

**speaker**
76:15 90:8,
9,15 97:12,
21 98:21
263:17

**speaking**
7:16 204:10
366:15 385:5
386:8

**specific**
22:17,18
47:5 69:2
78:10 104:7
126:16 144:6
198:17
201:22
247:15
329:10
410:18

**specifically**
9:7 20:2
23:13 26:24
74:6 102:20
111:6 156:6
160:3 214:16
239:17
295:12,15
371:3 422:11
435:22

**specifics**
47:9 187:22
411:4

**specified**
127:19

**speculate**
152:17
261:24 262:4
279:24
280:14 281:7

**speculative**
323:13

**speed**
271:24,25
272:3 274:22

**spell**
36:7

**spend**
65:6 74:19
103:25
128:3,24
130:21 265:9
349:13

**spending**
53:10 54:9
61:13 70:14
72:7 74:10
128:3,10
129:4 130:18
150:23
389:15

**spent**
24:3 115:18
258:17,24
259:4

**split**
12:6 14:9

**splits**
14:11

**spoke**
36:10 47:11
58:2 203:23
290:17 295:5
389:4 392:5

**spoken**
18:24 23:4,
12 226:12
260:14

**squarely**
280:11
293:14 373:6

**SS**
444:4

**St**
45:3,4
221:19,24

**stack**
50:12 159:23

**staff**
137:9

**stakeholder**
350:6

**stakeholders**
353:22

**stakes**
251:21
252:22 256:5

**stalled**
176:9

**stamp**
245:18

**stance**
408:15

**stand**
125:9,23
150:11
191:16
229:25 441:5

**standard**
223:21
225:14
226:14
233:10
302:20

**standards**
275:18
391:14

**standing**
28:7 382:9
383:2 416:24

**stands**
88:19 118:18
291:13
307:23
368:20

**standstill**
142:24
143:12

**star**
281:15 285:9
288:9 321:14

**stars**
288:12

**start**
26:10,18
29:3,14
147:23
151:24
156:25 157:7
248:11 272:9
305:2 316:6

**started**
394:23 395:6

**started**
14:11 29:8
50:20 91:14
155:8 162:22
168:20
344:17 360:7
371:7 380:11
426:25 436:2

**starting**
15:7,9,14
21:9 23:6
91:7 143:13,
18 144:2,19
147:11
148:12
151:11 163:2
271:10

**starts**
56:3 387:25

**state**
6:15 90:12
180:24
314:19
390:11,15
429:10
444:4,9

**stated**
179:22 180:9
229:22 355:5
406:20

**statement**
66:9,14
103:6 351:11
385:15
406:24
412:17,21
415:2 416:10
424:8 443:11

**statements**
416:7

**states**
11:13,17
12:4,9,19,
20,21 13:21,
24 50:2
83:24 84:15,
22 89:3,18,

19 164:3
175:18
189:17
191:10 207:9
220:7 231:2
238:15
256:23
257:15,23
301:5 302:10
315:2,8
316:17 317:7
332:17
338:21
398:11 416:3

**stating**
64:25 89:9

**statuses**
398:23
399:24

**stay**
263:21 264:8
434:10,13,24

**stayed**
434:19
435:12
436:10,16

**staying**
342:25

**steady**
90:12 94:16
372:2

**stenographic**
6:2 444:7

**step**
39:15

**steps**
235:21
307:15,18
388:19

**stick**
71:25 107:25
108:13,17
431:25

**sticker**
235:17

**stiff**
307:7

**stimulate**
258:18,24

**stimulus**
150:20 151:3
258:13

**stip**
188:16

**stipulation**
212:17
219:21 238:4
247:9 297:11
312:24
332:21 360:9
405:13

**stipulations**
358:11

**stock**
86:3,10,12
250:2
432:17,21,24
433:2,3,7,
16,20,21
434:3,15,21,
23 435:4,11,
17,23,24
436:8,17
437:8,12

**stockholders**
412:18 414:5
415:5 443:12

**stockholdings**
86:15,16

**stop**
131:13,15
146:22
332:18 395:3

**stopped**
101:12,17
115:22
131:21
147:14
170:11 183:5

**stopping**
66:17 101:8
266:17

**stops**
101:15

115:20
132:23
133:2,5

**stories**
289:19

**story**
254:21

**straight**
142:20

**strange**
333:18

**strategic**
83:10,19
366:18 369:7
440:19

**strategies**
11:9 131:11
194:16
234:14 283:4

**strategy**
84:10,12
99:16
104:14,22
169:17
247:25 379:4
404:17
405:10
440:22
443:10

**streamline**
215:18
248:14 249:5
275:5,24

**streamlining**
214:7,15
217:16 218:7

**Street**
389:8

**strides**
371:5

**strike**
8:8 15:8
17:25 22:7
33:22,25
38:23 44:6
48:12 61:18,
19 70:15,18

72:11 77:9
85:3 88:9
112:10
116:23
122:22,23
123:15
132:25
134:21
143:10
148:17
149:19
154:17 174:5
178:19
182:23
185:11
196:12
221:21 228:7
230:19
232:21
240:24
244:15
251:11 284:4
296:25
297:25
299:12
314:14
326:22
337:21 346:6
355:8,11
359:4 388:6

**strikes**
98:8

**strive**
406:13,14

**strives**
405:19

**strong**
160:24
261:17 348:3
414:8,19

**stronger**
331:4 410:10

**strongest**
413:23 414:9

**structure**
13:2 15:5
21:3 22:16
23:3

structured
  44:19
struggling
  37:19
stuck
  209:4,14
  271:16
students
  328:24
studies
  327:3
stuff
  188:25
  268:19 292:2
  342:22
sub-region
  297:17
subject
  157:19
  158:13 297:8
  342:19
  424:12 429:8
subjective
  180:16,23
  224:16,20
  261:9 276:5
Subscribed
  439:19
subset
  216:11
subsidiaries
  25:20
substance
  29:10
substantial
  155:2 323:25
subtract
  305:3
success
  99:18 178:14
  179:4,6,11,
  20 193:7,16
  245:18 275:3
  276:4 370:15
successes
  245:16

successful
  73:18 148:8,
  11 181:18
  245:11
  330:23
  383:22
successfully
  164:5 206:15
  208:25 402:9
  411:18,24
sufficient
  34:19 236:22
Sugar
  360:24
  361:4,17
  388:2,5
  413:17
  414:24 424:7
Sugar's
  392:14,17
suggest
  140:19
  342:21
suggested
  18:10 71:17
  106:2 255:23
  310:7 341:15
suggesting
  64:20 77:16,
  25 135:7,14
  146:19
  319:16 391:7
suggests
  71:4 256:16
  307:8 309:3
summarizes
  397:4
summary
  118:21,22,24
  206:6 325:13
  397:6
summer
  347:20
Sundeep
  157:8,17
  159:6 191:8
  192:2

super
  202:8
supervise
  395:14
supplied
  95:9
supply
  41:18,20,21,
  23,25 42:19,
  25 45:16
  46:19 49:19
  50:6,14
  58:15 70:8,
  11,13,17,19
  71:11 91:20
  94:14,24
  97:4,8,15
  98:5 99:2,7,
  11,19 100:5,
  8,12,17
  154:19 156:4
  161:5,17
  163:6,19,24
  164:21
  165:21
  166:16
  167:5,14,18
  171:18
  172:24
  173:11,18
  175:5,18
  176:8,14
  177:5,10,24
  178:4 179:16
  181:7 191:10
  202:23
  203:10,15,21
  209:11
  213:18,25
  218:25
  222:20 236:5
  245:22,25
  246:25
  250:25
  253:4,9,10
  255:18
  256:20,25
  257:4,13

269:24,25
271:4
293:12,16
297:16
298:18
301:23 303:7
304:17 305:4
309:21
310:14
311:24
312:2,7
314:2,8,10,
11 401:12
441:12
support
  5:19,24
  105:8
  112:15,16,17
  113:5,8
  374:23
  383:23 414:7
supporting
  169:25
suppose
  243:18
supposed
  72:4 202:5,
  12 233:17
sure
  8:16 10:15
  34:7 44:23
  49:21 52:16
  60:19 63:9
  66:19 67:10,
  23 78:25
  81:19 99:19
  100:5 132:18
  150:17 152:4
  162:3 176:24
  189:10 196:4
  197:17
  200:2,6
  201:20 210:8
  211:16
  212:20
  237:13 243:3
  246:18 247:8
  253:13

266:18
269:22 278:7
279:6 280:25
281:12
288:11
294:14
303:25
312:25 329:9
330:6 331:19
332:20
336:14
345:15 350:7
356:11
360:11 376:5
383:18
395:16,21
403:2 419:23
424:24
426:20
**surprise**
197:8
**surprised**
205:13
**survey**
386:12
**surveys**
327:3 385:4
386:7
**Susan**
316:8
**suspect**
114:11
189:23
**suspended**
202:21
203:25
**suspicious**
336:24
**Sustainabilit
y**
324:9 325:9
442:19
**sustained**
161:16
**swear**
6:4

**sweep**
388:16
**Swift**
45:5
**switch**
174:17
**sworn**
6:8 439:19
444:13
**symbolize**
322:22
**symbolizing**
285:10
**symbols**
290:9,25
291:25
322:15
**system**
39:18 40:11,
14 46:7,9
79:12 281:15
285:10
294:25
323:6,7
**systems**
173:6 310:4
321:15

---

**T**

---

**table**
8:25 27:23
422:8
**tactic**
210:12,23
214:22
218:19
**tactics**
187:17
193:25
203:20,24
213:16
245:21,24
**take**
5:6 18:15
26:19 39:23
43:20 66:17

67:8,13 82:9
83:6 134:4
141:17
152:15
153:23 169:8
173:25
174:20
180:17,24
183:11,18
186:19
187:2,7
188:4 190:16
192:8 201:5
207:25
210:21
218:21 219:9
226:2,19
227:13
229:4,20
230:14
232:20
237:15
262:8,21
266:13 276:8
278:12
281:20
285:15 288:8
292:19
299:11
312:10
315:21
321:11 322:5
324:5 330:20
331:6,23
334:14,22
356:14
359:21
375:18 404:9
412:13 413:3
416:11 431:4
**taken**
5:12 27:22
28:2 408:15
439:9
**takes**
43:20 244:25
278:15

**taking**
20:14 39:14
51:4 188:13
210:9 230:11
275:17
277:22 278:5
281:10
326:15
327:12
336:19,23
337:4 355:20
**talk**
27:20 28:23
35:20 40:24
41:22 43:5
46:16 138:19
142:18
187:16
188:24
193:25
218:18 270:4
278:16 280:9
284:2 290:3
293:5,9
351:7 370:22
426:17
**talked**
20:25 22:12
31:21 36:25
47:21 65:16
70:22 73:6
82:3 91:25
92:3,4 99:21
106:4,23
126:13
131:17
134:10
155:15
159:22
164:25 182:9
193:4 197:3
199:8 203:19
256:12 257:3
264:10 284:7
300:20
306:18 319:8
338:17
339:21 347:5

352:15
368:11,12
369:13,16
370:14 377:6
384:14
393:21
427:21
431:24
**talking**
20:17 42:7
64:11 70:11
74:7 76:18,
20 77:17
79:9 94:9
100:19
102:25
115:18
138:25
142:22
145:16,17
146:20
154:15
162:14 165:7
173:7 194:6
198:18
213:23,25
238:22
244:21
248:20
250:11
263:13
268:19
270:16
273:19 283:8
284:2,5
292:14
294:12,14
307:15
317:10,21
318:20
321:13
322:25
334:20
366:9,10,12
387:9 392:20
416:16
417:14
430:13
435:22

443:13
**talks**
56:18 58:13
61:8 86:23
145:13
268:15
286:22
363:23
366:17
367:22
369:20,22,25
370:3 371:6,
9
**Tampa**
310:23,25
**tangibility**
426:2
**target**
128:2 328:3,
14,15
329:13,17,23
330:3
**targeting**
194:22
**tax**
395:11
398:20
**tax/fees**
391:14
**taxes**
113:16 395:7
401:6
**Taylor**
45:5
**team**
11:13,24
12:2,11
19:2,6,13,14
36:13 39:19
43:14 52:9,
22 54:5 68:6
81:6 84:9,10
93:22,25
112:17
126:13 140:7
180:17
192:14
205:24 217:7

230:22 231:4
238:16
249:12
250:18
274:16
296:23
297:22,23
298:14
299:2,4,13,
17,22 308:10
315:5 426:24
427:2,4,6,8,
10,11,14
**teams**
10:20 11:4
17:17 18:24
22:14,20
39:20 180:25
297:17 344:6
394:3
**tech**
169:17
333:24
**technical**
39:20 53:24
114:5 273:13
**Technically**
433:23
**TECHNICIAN**
360:15,18
**Technologies**
5:13 24:12,
20 25:23
396:17
440:14
**technology**
7:13,24 8:17
10:16,17,22
11:7 39:21
275:8 367:10
368:22
370:24
380:12
393:25
**tell**
12:14 25:16
29:7 32:12,
23 35:24

36:14 37:9
57:6 67:10
118:17
158:25 168:4
201:20
272:14
273:9,11
289:19
308:15
331:17 386:4
417:25
**telling**
121:24
151:9,14
260:24
**tells**
201:8
**Tempe**
16:11 19:24
22:3 23:19,
23
**temporary**
390:17
**ten**
357:7 394:7
**tend**
41:25 259:23
263:9
**tenets**
305:15
**tens**
215:19
**tenure**
13:7 322:21
**term**
54:22 91:20
116:11 441:3
**terms**
45:17 77:18
89:22 93:5
94:25 95:5,
10 96:14
98:10 131:20
249:25
427:13
**test**
80:21

378:16,20,22

**testified**
6:9 242:21

**testify**
25:9 26:24
27:10 28:12
29:4,21
33:18 34:24
43:6 203:8
242:6,11
357:10

**testifying**
29:17 54:24
167:3 320:6

**testimonial**
80:15

**testimony**
25:12 27:18
151:21 153:6
201:15
357:25
359:3,6
399:17
439:12
444:14

**tethering**
354:15

**text**
290:24
291:12,13,14
313:13

**thank**
39:24 82:11
188:19
210:22
212:13
219:24
238:11
332:23
383:11
405:16 414:6
424:15
437:15,17,22
438:3

**thanks**
114:24 162:4
171:13
189:12 205:3

227:25
231:20
236:18
317:19
324:15
331:22 413:7

**that'd**
288:22

**theme**
164:25

**themes**
256:13

**Theoretically**
170:14
379:15

**there'd**
311:12 395:2

**thing**
32:15 45:23
67:2 85:22
86:21 100:13
101:17 150:3
182:3 185:10
197:7 218:23
234:7 236:19
274:9 287:23
345:2
353:10,12
358:6 374:5
378:13
379:25
427:25 428:3

**things**
12:6 14:17
15:3 17:16
37:3,13,20
39:4,6 40:19
46:12 47:13,
21,23 58:19
61:22 62:3
63:18 77:15
85:12,14,15,
16 99:23
100:25
103:22
105:16
113:21 115:5
129:6 138:12

143:20
145:18
148:11
152:13
155:8,18
157:14
159:24
164:13 165:6
173:4 181:16
182:9 183:3
184:17
193:24 197:9
202:11
222:13
241:15,21
242:23
248:18,23
257:5,6
260:23 262:7
270:7 278:4
289:13
290:8,16
291:4 295:7
311:4 314:6
319:13
320:22
322:13,20,21
323:2
346:21,23
347:25
350:22
351:17
352:21 367:6
370:17,23
372:24
380:19
381:20,24
386:9 395:2,
3 396:23
404:4,5
408:16,17,25
409:5 420:19
425:24
428:5,8,10
437:3

**think**
9:12 10:24
11:22 13:2,6
14:14 16:2

20:24 21:4
22:15,18
25:25 27:23
29:23 31:8
32:22 35:11
40:4 45:19
46:11 48:6,
18 49:10,23
57:22 58:2
62:13,20,25
63:2 64:14,
20,25 66:3,8
67:3 73:5,
13,21 76:24
77:14,16,21,
22 78:3,11
85:12,21
86:20 87:12,
19,23 91:12
92:22 96:12,
13 97:10
98:9 100:17,
18 101:21
102:3 106:2,
20 108:4
110:4,15
111:22
114:19 115:8
116:21
118:16
120:18,25
122:9,19
123:4,20
124:12,13,
17,18,20
126:13
128:20
130:20,23
131:7,16
133:8 134:10
135:3,6,13
138:11,17
140:17,21
142:11
144:10
145:22
146:19 147:3
150:14
151:18

152:5,11
154:23 156:8
158:17,19
159:4,5,21,
25 164:24
165:12,16,25
166:8
167:20,22
170:4,15
178:15 179:5
180:15
181:22
188:23
190:6,22
198:2,24
207:18 208:2
215:5 216:9
218:15
224:19
226:9,11
236:24
241:22
245:15
246:18
252:3,18
254:18,19
255:2
256:11,24
261:15,23
264:18
265:19
266:4,7,9
269:8,12
274:9 276:5,
20 277:19
278:11,17,
22,25 279:9,
19 280:12,21
281:2,3,18
288:2 289:5
291:23
292:4,16
293:21,22,25
294:5 295:6,
16 298:23
302:21 304:2
306:23
308:14,21
309:2,4,12

310:9,15
312:2,6
313:10
315:10
317:12
319:9,11,13
320:21,22
321:18,23
323:13,22
330:7,14,22
331:25
333:10
335:12,23
337:12 338:7
339:22
340:13,14
343:2,6
344:13
347:7,14
349:25
350:12,23
352:20
353:5,19
355:16
356:2,5,22
359:12
365:10 366:7
370:14 373:4
374:2 378:10
379:16
380:4,7
392:3,18
394:15
399:13 404:3
406:11
407:6,8
408:9,11,12,
15 411:4
412:25 415:4
425:7 428:14
430:6 431:22
434:6 436:6,
12

**thinking**
11:5 153:15
172:11
217:14
281:13
344:17

**third**
31:23 343:18
382:11
415:10
422:16
**third-party**
390:11
**thorough**
217:12
**thought**
35:8 63:5
74:22 217:11
254:24 407:9
**thoughts**
387:22
**thousand**
130:21,24
221:13
233:8,15
247:18
**thousands**
210:10
215:19
**threatening**
186:2
**three**
10:3 13:4,18
26:4 29:24
32:9,10,20
84:23 107:6
245:6,9
252:5 260:21
301:20
378:21
**threshold**
223:24 225:3
241:23
294:18
295:18
297:25 298:2
302:5 306:8,
11,20 307:16
309:8,24
310:18
311:11,18
314:7,12,25
315:7,17,18

**thresholds**
293:12
294:7,9,22
295:13
296:24 297:2
299:3 302:10
305:25
309:19
310:2,8
311:4,23
312:5
313:15,22
**thresholds/
high**
213:10
**throw**
388:17
**throwing**
170:4
**tie**
146:4 318:21
**tied**
23:13 100:25
346:11
**Tiger**
367:18
**tighten**
296:25
**tighten...
dangerous**
297:24
**time**
5:4 8:6
12:7,18
14:19 15:12,
20,24 16:5,
9,12 19:12
24:3 31:5
36:25 43:8
47:14,24
48:24 49:3,
25 50:13
53:10 54:9,
16 55:6 56:2
60:16 62:21
66:4 72:17
73:17,21,24
74:17,19,23

75:4 78:19
80:2 81:15,
23 82:12,13,
16,17 86:6
88:15 89:21
91:4,10,13
92:7 94:10
95:15 96:23
97:9 101:15
102:7 105:24
107:3 111:3,
11 115:23
120:24
126:19
127:20
133:12,22
137:8 138:10
139:7 140:13
143:9,17,25
144:8 146:2
147:6 149:3
153:12,19
154:2,6,7,
10,11
159:18,20
160:2 163:23
167:14
174:10
179:14
180:10
186:22
187:9,12,13
189:25 191:3
202:24
208:16 221:6
225:24 227:8
230:21 231:2
235:18 236:6
244:24
246:13
249:17
251:24
252:8,16,22
253:16
255:15,19
257:11
260:7,9
261:15
263:14

264:12
266:16
272:14
273:11
276:11,12,
15,16
290:15,20
293:3 298:13
311:5 322:12
323:3,9
342:21
344:19
347:18
355:21
356:15,18,19
357:3 362:9
367:24
376:7,8,11,
12 391:25
392:10,24
415:25
419:14
421:11
427:25
428:13,16
429:7,14
430:2,8,23
431:13,14,
17,18 433:9
434:25 435:3
436:22,24
437:2,4,24,
25 438:4
timelines
156:4
times
18:23 44:17,
24 45:13,25
49:10 50:4
99:21 133:25
134:21,24
165:22
166:4,9,18
197:22
252:19
255:10 256:9
257:6 259:23
260:2 277:12

320:23
334:15,23
timestamps
160:21
timing
261:5
title
125:22
137:14
186:12
238:18
327:25
332:16 334:5
376:20,24
377:10,13,14
381:8 405:6,
9 417:14,16
TL:DR
297:14
Tl;dr
118:12
TLDR
316:15 317:6
TNC
379:7
today
5:3 9:4,14
12:8,16,18
20:6 25:5,13
26:14 28:21
29:18,22
33:15 34:11
35:11 36:12
39:10 43:6
46:21 52:19
60:23 68:3
69:17 119:16
120:12 121:6
140:19 167:3
209:3 233:7
237:14 242:5
257:10
268:20
269:23 270:5
283:9 284:6,
11,25 299:21
320:6 344:6
394:7 403:8

427:17,21
434:5,6
today's
47:15 206:5
301:23
Todd
27:17
Tokyo
11:3
told
71:7,9
229:18 392:7
394:20 402:7
416:12
430:13,18,19
Tom
16:4 17:5
tomorrow
394:8,12
ton
24:3
Tony
343:25
tool
344:12
tools
62:3 63:24
64:17
top
105:4 116:25
159:21
178:16
189:15
216:21,25
231:16
234:22 387:4
391:24 405:3
417:21 420:7
topic
27:15 28:13
199:4 280:11
293:15
343:3,9
354:16 356:9
387:16 407:2
topics
24:25 26:9,

Chad Dobbs  Highly Confidential
August 21, 2025

13,18,25
27:9,11
28:18,20
29:2,5,18,22
31:12,22
33:18 34:17,
24 35:15,22
37:14,16,23,
25 39:8
43:10 46:16,
21 47:12,17
48:13,16,21
200:15
269:23
335:22
342:17,22
343:2 373:5
417:2
**total**
11:22 30:2
96:17 108:18
247:17
433:8,9
**totally**
80:17 269:22
**touched**
240:18
**touching**
164:25
243:10
**tough**
49:23 53:20
148:10
176:25
279:23
408:12
**touts**
341:19
**town**
94:6
**Toyota**
57:13
**TPS**
270:12
**track**
164:13 253:5
279:9 347:19

**tracking**
179:4 253:4
**tracks**
279:3
**training**
219:2 223:15
225:11
227:7,14
230:12,15
410:20
**trainings**
410:25 411:5
**transactions**
368:5,13
**transcript**
439:8
**transparency**
344:21
348:17 349:2
**transparent**
340:20
353:14
**transportatio
n**
278:4,13
280:22
289:10
336:10
347:13
405:20
**Travis**
50:21 51:14
52:5 55:2
64:14
**treat**
385:21
**treated**
398:21 400:6
**trend**
87:22,24
89:24 156:7
161:4,9
163:12
421:10
**trends**
103:5 372:5
419:8

**trial**
333:24
358:13
**trip**
41:6 96:17
97:3 135:15
213:9,12
283:16 394:7
**trips**
41:5 88:15
102:9 123:25
124:2,3
132:15
135:12
247:16,18
318:5
334:15,23
365:18
381:14
394:7,8
413:25
414:10
**trips/booking**
94:16
**trouble**
323:10
**true**
23:15,18
85:13 91:12
166:23
167:8,17
293:24
310:20
311:25
318:25
319:24,25
320:18
439:13
444:14
**trust**
230:5 231:12
285:20
286:5,18
326:5,14
327:11 442:9
**trusted**
405:20

**truthful**
396:19,22
**try**
45:16 71:16
74:11 76:22
96:4 100:14
101:19
151:24
153:8,18
155:11 183:3
226:19
258:18,24
278:18
322:22
323:19
327:20 330:4
339:19
351:18
355:10,13
378:24
408:6,16,17
428:10
**trying**
15:23 16:2
40:17,19
42:9 45:19
66:4 95:9
100:9 149:22
157:13
158:20 159:3
207:21
231:21 232:8
242:15 249:4
277:23
310:12
336:14
354:10 369:2
407:23
**tsunami**
177:10,17
**Tuesday**
418:7
**turn**
31:2 48:23
82:22 104:25
150:4 394:16
424:20

turned
  276:24
turning
  147:20
turns
  437:5,7
TV
  348:7
tweeted
  389:18
two
  6:25 7:15
  13:14 14:3
  16:8 21:3
  25:6,14,17,
  19,20,24
  27:11 29:24
  36:10 41:8
  53:19 77:14
  86:8 178:6
  236:12
  251:25 252:4
  282:11
  291:14
  319:13
  320:22
  324:15
  347:25 356:4
  404:3 409:5
  422:13
tying
  147:3
type
  185:24
types
  102:18
  151:19
  213:16
typically
  17:12 117:12
  241:18
typo
  418:3,5

―――――――

U

―――――――

U-OKRS

54:18 55:18
Uber
  5:13 7:2,5
  9:22 10:6,
  14,16 12:25
  14:21 15:11
  17:20 20:22
  21:10 22:8,
  22 23:6,7
  24:11,20
  25:5,9,13,
  17,20,22,23
  26:3,25
  28:21 29:17,
  22 30:15
  32:4 36:17,
  19,24 39:3,
  15 41:17
  42:4 43:20
  44:8,13
  45:6,13,15
  47:6,14
  48:16,24,25
  49:7 50:3,24
  51:5 52:8,22
  53:3,6,11
  54:5,10,24,
  25 55:25
  56:3,4,16
  57:3,6,24
  58:5,8,14
  59:6,11
  60:11,18
  61:12,22,24
  62:10,16,24
  64:3,8,13
  65:25 66:3,5
  68:6,21
  69:19 70:2,
  15,17,19,20,
  24 71:6,13
  72:3,17,24
  73:3,16,18
  74:25 75:5
  76:23 77:19
  78:21,23
  79:14,18,22
  80:2,4,6
  81:2,6,14

82:21,24
85:3,4,18
86:10,15,16,
18,24 87:21,
23 88:23
89:4,10,21
91:4,7,9
93:4 94:8
96:3,5,9,16
98:17 100:4,
13 101:16
103:20
105:7,24
106:18,24
107:5 109:6,
11,17 110:7,
9,11 112:18
115:18,19,24
116:4
117:11,13
118:15
119:14,20,21
120:10,23
121:4,10,17,
19,22 122:5,
8,10,14,15
123:9,14,17,
18 124:11,
15,20 127:15
128:7,14,16
129:8,18
130:3,14
131:13,15,20
132:9,14,23
133:2,3,5,11
134:24
135:18,20
136:21
137:7,8
138:25 139:6
140:13
142:21
143:24
144:16,24,25
145:10
146:16
147:8,10
148:18
149:5,9,22

151:11
152:7,22
153:16
154:18,23
163:24
165:20
166:15,16
167:4,20
170:13
171:12
172:20
173:8,16
177:14,16
179:11
181:17
183:3,10
184:18
200:11
201:8,11
202:15
203:15,25
204:4 207:21
208:3
209:11,18
210:7,9,19,
23,25 218:23
220:20
223:11
224:23 225:5
226:24
229:24
236:5,6,22
237:4,9
245:11,22
248:11,22
249:17
251:15 252:8
253:3,15
257:10
258:17,24
259:2,15
260:16,20,23
261:12,19
262:11,14
264:6,15
265:6,7,8,
10,21 266:6
267:6,15,22
268:12 270:7

Chad Dobbs  Highly Confidential
August 21, 2025

271:10
272:6,15,24
273:12 274:4
275:3 276:4
277:20
278:2,3,4,5,
12,15,20,21,
22 279:3,10,
15,17,25
280:3,4,17
281:9,10,14,
16 285:9,19
286:4,18,19
287:2,12,24
288:17
289:4,10
290:20
292:6,20
293:10,17
294:7,18
295:12
298:20
302:20
303:14
305:6,11,17
306:11,20
307:3
309:18,22
311:22
313:18 314:6
315:14,16
318:14,24
319:4,18,20
320:6,11,14
321:4,14
322:10,18
323:9,10,17
324:8 325:8
326:5,13,23
327:10 328:9
329:6,11,21
330:2,5,13,
22,24 332:16
335:3,17,18
336:9,19,23
337:4,7,10,
12,25 338:9,
16,21
339:12,18

340:4,8,10
341:3,17,19
342:3,8
343:4,6
344:10
345:24,25
346:9,12
347:11,12
349:18,21
350:16
351:3,21
352:25
355:15,22
356:2 361:5,
21 365:8
368:21
369:25 370:9
372:18
374:21,23,25
377:12
378:23
379:7,25
380:11,21
381:24
382:2,11
383:13,16,
18,22 384:2,
5,9,11,13
386:17 388:8
391:19 392:4
393:14,17
395:25
396:10,16,
21,23 399:17
400:5,19,23
401:24
403:7,10,19
404:5,10
405:20,24
406:3,5,20,
23 408:5,7,
9,14 409:13,
25 410:6,24
411:10,12
412:7 413:23
414:7,9
416:17
417:15
418:21,24

419:15,17,22
423:12
424:25
425:3,15,16,
19 426:5,10,
19 427:17
428:18
429:4,18,19,
21 431:24
432:7 433:7,
21 434:11,
14,19,21,24
435:12,14,
15,16,20,21,
25 436:3,10
437:8,12
440:14
442:5,9,18
443:8,14
**Uber's**
10:22,25
11:6 15:18,
21 24:5 42:8
44:16 46:4,
11 49:20
50:4,7
60:11,16,20,
25 63:19
65:18 71:2
78:20 89:16
93:13,19
96:23 99:18
103:10
105:14 115:3
116:2 118:9
122:24
123:7,16
132:16,20
134:8 136:10
138:21
139:17,23
141:9,14
145:14,16,20
151:21 153:6
154:16 156:4
160:25
164:19
165:24 167:2
172:25 181:6

187:18
202:4,11
213:23
225:9,20,23
244:19
249:23
251:14 252:2
265:17
269:19
277:14,17
303:23,24
306:21
314:16
323:18 327:2
338:3 339:5
340:11
341:7,11,24
346:2,10
347:3 349:20
353:3 355:9
357:4 359:7
364:21
381:21
382:22
391:4,20
393:4,18,20
397:5,21,23
399:4 408:2
409:9,19
412:20
413:14
414:25 417:4
424:2,7
427:21 429:3
**UBER-MDL3084-**
**000114641**
51:19 440:16
**Uber-wide**
54:16
**Uber_doe_**
**0012645**
285:21
442:10
**UBER_JCCP_**
**003742287**
136:4 441:7

UBER_JCCP_
MDL_000251111
    404:18
    443:10
UBER_JCCP_
MDL_000303417
    282:2 442:8
UBER_JCCP_
MDL_000490080
    324:10
    442:19
UBER_JCCP_
MDL_000532114
    331:11
    442:21
UBER_JCCP_
MDL_001641347
    237:20
    441:22
UBER_JCCP_
MDL_002030728
    315:25
    442:17
UBER_JCCP_
MDL_002223100
    246:8 441:23
UBER_JCCP_
MDL_002291715
    116:12 441:4
UBER_JCCP_
MDL_002315434
    141:22 441:9
UBER_JCCP_
MDL_002322958
    253:22 442:4
UBER_JCCP_
MDL_002573995
    312:15
    442:16
UBER_JCCP_
MDL_003222380
    204:17
    441:16
UBER_JCCP_
MDL_003341903
    104:15
    440:23

UBER_JCCP_
MDL_00337623
    300:8 442:13
UBER_JCCP_
MDL_003389457
    342:13
    442:23
UBER_JCCP_
MDL_003405397
    67:6 440:18
UBER_JCCP_
MDL_003602990
    416:18
    443:15
UBER_JCCP_
MDL_003679533
    375:12 443:6
UBER_JCCP_
MDL_003710117
    188:8 441:14
UBER_JCCP_
MDL_003944140
    267:7 442:5
UBER_JCCP_
MDL_004201586
    156:21
    441:11
UBER_JCCP_
MDL_004989798
    83:12 440:21
UBER_JCCP_
MDL_004998059
    219:13
    441:19
UBER_JCCP_
MDL_004999484
    211:9 441:18
UBER_JCCP_
MDL_005001416
    296:4 442:11
UBER_JCCP_
MDL_005031659
    125:10 441:6
UBER_JCCP_
MDL_005087776
    386:23 443:7

UBER_JCCP_
MDL_005256908
    360:5 443:4
UBER_JCCP_
MDL_005613067
    175:7 441:13
ultimately
    90:21 101:24
    103:17 173:5
unable
    358:8
unblock
    206:24 208:4
unblocking
    209:3,13
underline
    59:19 64:9
    65:14 160:7
    167:24 207:5
    229:15
    313:14
    350:17
    373:11
    382:19
    392:12
    411:20
underlined
    407:11
underlying
    412:3
underneath
    133:15
    150:18 178:8
    286:22
    314:15 418:6
understand
    10:25 20:5
    25:4,12
    26:5,15,23
    27:9,13 40:5
    64:13 67:23
    77:10,25
    79:24 127:24
    136:11
    141:24
    181:23 182:2
    189:21 201:7
    202:2,4,10

206:20 207:7
242:13,17
259:21 269:7
278:24 279:9
281:12
289:12
290:13
294:11
323:17,23
346:20
350:8,9
353:23
371:22
395:16
understanding
    23:23 24:2
    46:18 78:5,
    18 250:9
    308:23,24
    324:3 383:4
understands
    78:21 79:14
    337:13
understood
    144:14
    205:15 210:9
undersupplied
    222:6,17
    259:24
unemployed
    328:20,23
unhappy
    163:15
unique
    409:20
United
    11:13,17
    12:4,9,19,20
    13:21 50:2
    83:24 84:15,
    22 89:3,17,
    19 175:18
    189:17
    191:10 207:9
    220:7 231:2
    238:15
    256:22
    257:15,23

Chad Dobbs  Highly Confidential
August 21, 2025

301:5 302:10
315:8 316:16
317:7 332:17
398:11 416:3
**units**
434:23
**universe**
95:25
**unlike**
177:18
421:15
**unlimited**
389:15
**unlocking**
214:9
**unnecessarily**
215:23 216:8
**unprecedented**
145:25
146:23 353:7
**unreliable**
134:16
**unsuccessfull**
**y**
411:18,24
**unsurprising**
87:13
**unsurprisingl**
**y**
131:24
146:25 180:5
**unvested**
435:17 436:8
**upcoming**
139:2
**update**
116:11
117:17
153:18
189:18,25
190:2,4,18
192:20
206:14
211:13,20,25
215:17
217:10 220:8
227:5 234:13

237:19
238:19,24
375:11
376:25
377:15
441:3,21
443:5
**updated**
182:20
264:12
**updates**
194:19
222:14,19,25
239:5 246:12
292:15
**upkeep**
295:10
**upload**
271:17
**uploaded**
182:13,21
**uploading**
271:20
275:10
**uploads**
275:7
**Upstate**
427:5
**urgency**
154:24 155:5
**urgent**
66:21 154:18
155:11
**US&C**
83:10,19,24
175:5 300:6
440:19
441:12
442:12
**US-WIDE**
22:19
**usage**
323:19
325:17 336:3
**user**
46:6 127:19,
25 230:5

231:12 268:2
332:17
339:20 429:3
**users**
43:24 44:2
101:22 128:4
132:4 318:15
325:18 326:5
344:14
**users'**
338:22
**usual**
146:9 204:24
**UTC**
5:4 82:13,17
154:7,11
187:9,13
276:12,16
356:15,19
376:8,12
431:14,18
437:25
**utilize**
58:19

---

**V**

**vaccinated**
149:7 163:5
**vaccinations**
148:19
**vaccine**
143:4,13
147:21
148:24
**vaccines**
147:7 154:20
**validate**
184:8
**validated**
37:12
**validating**
37:18
**valuable**
284:12 285:2
436:19,20

**value**
86:14 116:11
117:7,19
119:2,8,13
120:9,23
121:2,3
123:10,17,18
124:15
126:22
127:7,11,25
128:18
129:8,14
130:2 131:9,
10 133:16,
17,24
134:20,23,25
135:2 432:19
433:6 434:2,
4,5,6,23
435:18,19
436:9 441:3
**values**
130:9 153:13
433:14
**variable**
117:25 118:4
119:14
120:10
121:4,19
**variables**
133:10
**varies**
133:9
**variety**
43:9 91:13
162:11
182:10
195:21 240:7
270:25 303:8
310:10
420:19
**various**
31:21 50:4
58:4 65:19
106:3 111:7
162:16
180:25
191:23

Chad Dobbs  Highly Confidential
August 21, 2025

193:25
202:14
203:20
222:19
268:16  274:7
304:23
309:23
319:10
370:20
**vary**
262:2
**vast**
284:10,24
385:6,15,25
386:10
399:12,13
402:6
**VC**
117:20,25
**vehicle**
243:20  265:9
273:25  295:9
302:17
**vehicles**
58:5  262:6
274:8
**velocity**
271:5,8,22,
23
**versa**
165:5
**version**
68:9  116:25
254:12,19
258:10,23
361:10
**versus**
40:25  89:10,
14  95:2,6,15
96:3  114:14
128:8  230:15
232:16
235:11  245:2
274:13
280:17
362:21  422:4
425:10

**vest**
435:4
**vested**
432:22,24
433:4,7,17,
22,25  434:16
435:11
436:5,7,13
**vesting**
434:7,22
435:2
**vests**
435:7
**Vetting**
287:17
**vice**
165:5
**video**
5:5,16
**video-
recorded**
5:11
**videographer**
5:2,18
82:12,16
154:6,10
187:2,7,12
276:11,15
277:7
356:13,18
375:25
376:7,11
431:13,17
437:20,24
**view**
147:4  342:16
362:16
**viewed**
98:10
**views**
384:23
**vigilant**
391:12
**Viking**
367:19
**violent**
197:15

**virtually**
38:7
**Vol**
281:24  442:7
**volume**
276:24
277:10
**voted**
383:25  393:8
**Voters**
383:25
**voting**
90:23
**vulnerability**
165:17

___

**W**

**wage**
152:9,21
261:20
262:13
263:21  264:9
265:15
400:14,16
403:3,5
**wait**
255:10  256:9
**waiting**
40:9  66:25
324:16
360:20
**waitlisted**
239:11,15,18
241:10
244:6,7
**waive**
218:25
227:13
**waiver**
146:6,11
161:25
188:16
204:25
212:16
219:21  247:9
297:11

312:23
317:17
332:20
360:10
405:13
**waiving**
28:7  228:11,
19  229:5
231:6
**wake**
203:16  355:7
**Wall**
389:8
**wallets**
90:23
**WALSH**
6:12  20:10
27:6,19
28:10  39:23
51:25  59:18
64:7  65:13
66:11,19,23
76:5  82:9,19
83:6  89:13
99:3  104:9
107:13
114:25  116:7
124:21  130:6
134:4  135:24
141:17,24
146:14
153:22
154:5,13
156:17,23
158:4  162:3
167:24
174:17,25
186:22,25
187:15
188:4,17,20
189:12  201:5
204:12
205:2,11
207:5  210:21
211:5
212:19,23
216:23
217:25

Chad Dobbs  Highly Confidential
August 21, 2025

218:21
219:9,23
229:15
237:15
238:5,11
244:2 246:4
247:10
253:17
266:13,18
275:22
276:8,18,23
277:3,9,11
280:10
281:20
285:15
291:10,21
293:8 295:24
297:12 300:3
312:10,25
315:21
317:19
321:11 322:3
324:5 330:20
331:6,13,20,
22 332:3,11,
22 333:10,
15,20 337:20
340:23
342:7,24
345:15
350:17
354:17
356:11,24
357:15,18
358:14,17,
20,24 359:21
360:2,11,17
373:11
375:5,22
376:3,14,17
382:4,8,19
384:18
386:16
387:11
392:11,16
395:22
404:13
405:15
411:19

412:13
416:13 417:3
420:23
424:12
426:12
427:18
428:20,23
429:10
430:18
431:3,7,21
437:15
440:5,7
want
26:19 27:20
28:23 34:21
48:23 66:21
67:8,23
70:23 73:9
76:25 77:19,
22 78:9
81:25 82:21
87:19 100:20
101:19,24
107:16
108:25
118:20
126:20
130:17
146:10 148:8
153:14
170:16
174:19 193:5
197:18,20
200:2,6
257:4 259:20
272:7,8,15
273:12
278:24
289:12 301:9
311:8 323:22
331:23
332:19
339:24
346:19 347:8
350:5 375:25
386:2,11
394:5,6,22
402:7 406:8,
9 416:22

419:6
wanted
29:12 71:14
74:14 77:7
87:21,23
125:4 134:11
148:13 149:2
183:3 184:25
222:25
250:15 260:3
275:5,24
340:19
351:18
353:16
355:22 392:7
434:12
ward
391:12
warn
124:24
watching
249:23
wave
176:13
349:14
way
11:19 36:17
40:12 44:10,
14,19 45:22
50:12 53:18
77:15 78:6
100:4
121:17,23
122:19
128:3,11
135:14,22
137:21 153:8
158:24
176:15
179:2,20
180:23
193:15
218:16
240:19 243:8
251:20
257:10
273:16
278:21

279:7,17
280:4 281:15
285:10
299:24
302:21
321:15
323:4,18
329:21
330:2,6,7
343:18
346:13
349:13,21
351:23 409:5
428:4 444:19
ways
12:8 43:23
134:11
248:2,8,9,17
279:13 281:9
293:10
340:10
350:12
370:17
390:18
weary
146:2,18
week
124:2,3,4
151:16 163:5
207:2 212:7
213:4 215:17
221:12,14,
19,24
Week's
194:6
weekend
44:22 45:3,5
weekends
259:16
weekly
125:8,23
126:10
189:25
190:2,5
192:19
193:24
211:13,20
222:13 227:5

246:12 441:5

**weeks**
29:24 161:15
162:18,23
164:7 255:24
256:4

**weight**
284:11,25

**Wellington**
367:18

**went**
21:2 111:20,
25 149:21
261:23
309:12 427:9

**west**
13:20,23
14:10 15:11,
18,21 16:7,
11 17:2 18:4
343:25

**western**
13:24

**WHEREOF**
444:20

**whispering**
5:10

**white**
293:22

**who've**
44:12 170:7
196:8 200:3,
12 225:21

**wide**
190:10

**willingness**
280:16

**win**
90:18 164:6
183:4,11,18
214:6 218:6
390:4 391:19
392:9,12

**Winback**
214:10

**winning**
164:20

**Winship**
36:2,11,23
38:4

**Winter**
228:4,8
233:2 234:10

**withdraw**
405:7

**witness**
6:4,7 25:5,
16 174:22
243:15
276:20
277:2,6
280:9 293:5
331:25
335:21 351:7
357:4 379:21
383:3 407:3
424:14
430:9,12
440:3
444:11,15,20

**witness'**
342:17
354:15

**witness's**
358:18

**witnesses**
293:6 351:6

**woke**
388:11
394:12

**women**
79:21 242:7
280:2 281:3
323:12,14,
16,19,24
325:16,22
326:5,14,24
327:4,11,20
328:20
329:2,7,13,
22 330:9
331:9 332:17
334:6 335:4,
6,7,11,14,15
336:8,17,18,

22 337:3,8
338:2,9,22
339:19
349:21
352:3,7,11,
24 442:20

**women's**
323:18 324:8
325:8 326:25
330:5 337:9
338:3,15
339:5,12
340:11 341:4
342:2 349:20
442:18

**won**
388:12

**word**
56:7 271:23,
25

**words**
53:19 90:14
122:2 127:17
144:16 160:5
161:11
284:23
373:23

**work**
28:16 40:15
60:12,13
79:13 100:2
143:6 155:17
168:8,11
173:6 222:14
232:3 246:17
272:7
346:16,17,20
350:6,7
353:21
358:10
371:7,14
375:3,6
393:14
425:13,16
426:4,23
427:16
428:2,11
429:20

**worked**
10:6,9 37:4
39:4,5 47:23
69:3 208:11
374:25
426:19,23
435:20

**workers**
378:6,14
397:16,22
398:22
399:23

**workforces**
410:12

**working**
11:5 39:20
61:23
329:16,24
330:4 425:19
426:3 429:19
434:19
435:12 436:3

**workplace**
100:2

**works**
11:7 26:6
39:18,22
40:17,20
135:13
144:24,25
186:24
239:21
333:24
425:9,10,11

**workstream**
194:13
222:25 223:2
235:2

**world**
10:18 49:12
56:9 59:13
60:7 138:8
142:24
143:12,13,18
144:2,6,9,19
146:20,21
147:8 154:19
180:6 201:8,

21  274:11
355:18  380:8
410:13
425:12  426:9
**worried**
342:20
**worry**
28:14  389:17
**worse**
78:7
**worst**
150:4
**worth**
127:12
128:4,8,9,
16,22  129:22
130:10,13,
16,18  135:8
171:17
172:11  274:9
313:10
388:18
**would've**
14:4,12
15:11,17
16:3,4,13
17:4,19
18:12,22
21:4  33:3
53:2  87:23
91:15  92:9
120:6  122:16
126:12,17
132:8  140:6
143:20
184:24
252:12
359:18
379:13,24
380:4,6,7
381:21
432:24
**wrap**
436:25
**wrapper**
268:2
**write**
122:15

197:20
**writes**
168:19
228:25  229:2
231:18
**writing**
131:20
205:25
389:24
**written**
78:11  160:19
167:11
179:25
198:15,16,17
228:17  349:6
**wrong**
21:7  158:18
162:17
229:24
271:19
350:21
**wrote**
121:23
144:22
160:13,15,16
169:4
177:13,14,21
197:19
**Wu**
205:19,22
**Wu's**
205:23

─────────────

**X**

X------------
------
440:2
**XFN**
191:12,16

─────────────

**Y**

**yeah**
11:19  12:16
15:25  16:8
20:24  21:18

27:19  31:8
42:11  45:4
47:11  50:14
53:16,22
57:22  62:7
66:5  73:5
75:21  87:21
89:12,24
101:6  103:4
112:14
113:19
122:19
128:11
135:10
137:13
139:11
142:13
143:17
144:15  148:4
155:4,13
157:16
159:3,5
162:20
164:11
179:14
188:17
195:19  196:4
212:23  214:3
225:13
231:7,17
234:24
240:7,11
244:10
245:17
248:20  249:3
251:17
256:11
258:22
260:17
266:25
269:12
277:6,23
280:10,24
288:19  289:8
293:8  296:10
302:21  310:5
333:20  335:6
342:24
343:12

351:10  353:4
358:22  376:5
380:24
392:4,9
415:18,22
420:23
**year**
41:6  55:5,12
61:15  106:8
109:3,13
110:15
111:21,23
141:4  143:11
147:19  161:2
193:20
221:14
309:19  342:3
345:3,8,18
363:6,10
364:8  372:4,
5  396:6,7
406:18
414:7,18
421:16
432:25
**year-over-
year**
87:4  141:5
362:25
364:10  366:2
414:16,19
421:3
**years**
10:3  13:4,14
14:4  17:12
21:4  37:4
48:25  55:5
69:20,25
80:16  87:17
91:15  101:13
110:14,17,20
117:4  177:19
223:22
251:25
252:4,5
285:8  337:17
346:17
374:20

Chad Dobbs  Highly Confidential
August 21, 2025

393:23 402:9
403:10
412:10
424:25
426:18
435:13
436:14,16
**yesterday**
33:6 38:5
48:3
**York**
6:19 153:2
310:21,22,25
425:8,9
427:3,5
444:4,9
**you-all**
129:23
236:19 264:6
370:23 375:6
393:9 395:18
**young**
329:16,24
330:3
**YOY**
362:21,25

---

**Z**

---

**Zimdahl**
5:17
**zoom**
7:16 30:6,8,
10 31:24
32:2,13,17,
24 33:4 38:8
53:15,18
76:5 130:6
382:4 420:23