UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] AMENDED ORDER REGARDING DEFENDANTS' FOURTH SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA FIDE RECEIPTS AND LIMITED DEPOSITIONS** |

Having considered Uber's Motion for Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice, the Court hereby GRANTS the motion.

The Court's Pretrial Order No. 5 required Plaintiffs to provide "a bona fide ride receipt from an Uber trip connected to the alleged incident[.]" ECF 175, ¶ 4. The 6 Plaintiffs listed in Exhibit A1 of the Motion have submitted non-bona fide receipts.

The Ninth Circuit has recognized that dismissal of claims is warranted under Federal Rule of Civil Procedure 37 where a party "willfully, deliberately, and intentionally submitted false documents to support apparently untenable claims and defenses." Pro. Seminar Consultants, Inc. v. Sino Am. Tech. Exch. Council, Inc., 727 F.2d 1470, 1472, 1474 (9th Cir. 1984). Courts may also impose sanctions as part of their "inherent power to control their dockets," including their "inherent power to dismiss an action when a party has willfully deceived the court[.]" Thompson v. Hous. Auth. of City of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986); Wyle v. R.J. Reynolds Indus., Inc., 709 F.2d 585, 589 (9th Cir. 1983).

Accordingly, the 6 Plaintiffs listed in Exhibit A1 are hereby ORDERED TO SHOW CAUSE why their claims should not be dismissed with prejudice. The Plaintiffs shall file a written response no later than [_____]. The response must specifically address the factual and legal basis for the

1

[PROPOSED] AMENDED ORDER REGARDING DEFENDANTS' FOURTH SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA FIDE RECEIPTS AND LIMITED DEPOSITIONS

Case No. 3:23-md-03084-CRB

submission of the non-bona fide receipts and why the conduct does not warrant dismissal under the Court's inherent powers.

The Court ORDERS Plaintiffs with MDL IDs 3698, 3700, 3879, 4142, and 4243 to submit within 30 days to a deposition not to exceed 3 hours regarding how the Plaintiffs became involved in the litigation, how the fraudulent receipts were generated and distributed (including in coordination with a non-party), and who else was involved in or aware of the fraud described in Uber's above referenced Motion.

The Court further ORDERS as follows:

- The records associated with Plaintiffs bearing MDL ID numbers 3698, 3700, 3879, and 4142 shall be UNSEALED. The Court finds that continued anonymity and sealing are no longer justified where the filings at issue have become directly intertwined with judicial enforcement, alleged fraud on the Court, and the administration of this MDL. The strong presumption of public access, as articulated in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), outweighs any asserted basis for continued sealing.

- Pulaski Kherkher, PLLC and Reich and Binstock, LLP shall each file a sworn declaration, no later than [_____], executed by an attorney with personal knowledge describing the firm's presuit investigation for the fraudulent Plaintiffs at issue in ECF 4933. Each declaration shall identify the steps taken to vet the claims prior to filing, the manner in which the ride receipts were obtained or received, and the basis upon which counsel concluded that each claim satisfied the obligations set forth in Pretrial Order No. 5.

These measures are necessary to ensure compliance with Federal Rules of Civil Procedure 16(f) and 37(b), to protect the integrity of the MDL process, and to address the growing pattern of noncompliance and fraudulent filings brought to the attention of the Court.

**IT IS SO ORDERED.**

Dated: _____, 2026

                                                                            HON. CHARLES R. BREYER
                                                                            United States District Court Judge

2

[PROPOSED] AMENDED ORDER REGARDING DEFENDANTS' FOURTH SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA FIDE RECEIPTS AND LIMITED DEPOSITIONS

Case No. 3:23-md-03084-CRB

# EXHIBIT A1

| MDL ID | Law Firm |
|:---:|:---:|
| 3698 | Pulaski Law Firm, PLLC |
| 3700 | Pulaski Law Firm, PLLC |
| 3879 | Reich and Binstock, LLP |
| 4097 | Wagstaff Law Firm |
| 4142 | Reich and Binstock, LLP |
| 4385 | Wagstaff Law Firm |

3

[PROPOSED] AMENDED ORDER REGARDING DEFENDANTS' FOURTH SHOW CAUSE MOTION SEEKING DISMISSAL OF ADDITIONAL NON-BONA FIDE RECEIPTS AND LIMITED DEPOSITIONS

Case No. 3:23-md-03084-CRB