1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

7

8

9

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

No. 3:23-md-03084-CRB

**PLAINTIFF'S AMENDED PROPOSED VERDICT FORM**

10

This Document Relates to:

Judge: Honorable Charles R. Breyer
Ctrm.:  D. Ariz., 501

11

12

13

*Jaylynn Dean v. Uber Techs., Inc.*,
N.D. Cal. No. 23-cv-06708
D. Ariz. No. 25-cv-4276

14

15

16

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

17

18

JAYLYNN DEAN,

No. 25-cv-4276-PHX-CRB

19

20

Plaintiff,

v.

Judge: Honorable Charles R. Breyer
Ctrm.:  501

21

UBER TECHNOLOGIES, INC., et al.,

22

Defendants.

23

24

25

26

27

28

**JURY VERDICT FORM**[1]

**Negligence**

**1.      Do you find Uber liable for Negligence?**        Yes___      No___

**Design Defect**

**2.      Do you find Uber liable for Design Defect?**      Yes___      No___

**Apparent Agency**

**4.      Do you find Uber liable for Apparent Agency?**   Yes___      No___

**Compensatory Damages**

**5.      In what amount, if any, was Plaintiff Jaylynn Dean damaged?**

        $_____

**Punitive Damages**

**6.      What is the total amount of punitive damages, if any, that should be assessed against Uber?**

        $_____


_____

                        **Jury Foreperson**

---

[1] Plaintiff submits this Amended Proposed Verdict Form to reflect the Court's ruling on Uber's Motion for Partial Summary Judgment (PTO 39, ECF 4941) and to reflect the Court's Tentative Final Jury Instructions (ECF 5135). Plaintiff respectfully preserves all positions taken in opposition to partial summary judgment, in previous jury instruction submitted, and other filings in the case.

PLAINTIFF'S AMENDED PROPOSED VERDICT FORM
                N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276

1

Dated: January 28, 2026                    Respectfully submitted,

2

3                                          By: */s/ Sarah R. London*
                                              Sarah R. London (SBN 267083)

4                                             **GIRARD SHARP LLP**
                                              601 California St., Suite 1400
5                                             San Francisco, CA 94108
                                              Telephone: (415) 981-4800
6                                             slondon@girardsharp.com

7                                          By: */s/ Rachel B. Abrams*
                                              Rachel B. Abrams (SBN 209316)
8

9                                             **PEIFFER WOLF CARR KANE
                                              CONWAY & WISE, LLP**
                                              555 Montgomery Street, Suite 820
10                                            San Francisco, CA 94111
                                              Telephone: (415) 426-5641
11                                            Facsimile: (415) 840-9435
                                              rabrams@peifferwolf.com
12

13                                         By: */s/ Roopal P. Luhana*
                                              Roopal P. Luhana
14

15                                            **CHAFFIN LUHANA LLP**
                                              600 Third Avenue, 12th Floor
16                                            New York, NY 10016
                                              Telephone: (888) 480-1123
17                                            Facsimile: (888) 499-1123
                                              luhana@chaffinluhana.com

18                                            *Co-Lead Counsel*

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S AMENDED PROPOSED VERDICT FORM
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 28, 2026            By:    */s/ Andrew R. Kaufman*

                                         Andrew R. Kaufman

PLAINTIFF'S AMENDED PROPOSED VERDICT FORM
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276