1  [Submitting counsel below]

2  # UNITED STATES DISTRICT COURT

3  ## NORTHERN DISTRICT OF CALIFORNIA

4  ### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB |
| | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF TRIAL BRIEF REGARDING TENTATIVE FINAL INSTRUCTIONS ON APPARENT AGENCY** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | |
| | Judge:          Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |

13  # UNITED STATES DISTRICT COURT

14  ## DISTRICT OF ARIZONA

15  ### PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN, | CASE NO. 25-cv-4276-PHX-CRB |
| Plaintiff, | Judge:          Hon. Charles R. Breyer |
| v. | Courtroom:   501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I, Laura Vartain Horn, declare as follows:

1.    I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a September 22, 2025 order in *Crawley v. Uber Techs., Inc.*, No. BER-L-5888-20 (N.J. Super. Ct.).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 28, 2026, in Phoenix, Arizona.

*/s/ Laura Vartain Horn*
*Laura Vartain Horn*

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF TRIAL BRIEF

1   DATED:  January 28, 2026                  Respectfully submitted,

2

3                                             */s/ Laura Vartain Horn*
                                              Laura Vartain Horn (SBN 258485)
4                                             **KIRKLAND & ELLIS LLP**
                                              555 California Street, Suite 2700
5                                             San Francisco, CA 94104
                                              Telephone: (415) 439-1625
6                                             laura.vartain@kirkland.com

7                                             Kim Bueno (Admitted *Pro Hac Vice*)
                                              **KIRKLAND & ELLIS LLP**
8                                             401 W. 4th Street
                                              Austin, TX  78701
9                                             Telephone: (512) 678-9100
                                              kim.bueno@kirkland.com

10                                            Allison M. Brown (Admitted *Pro Hac Vice*)
                                              **KIRKLAND & ELLIS LLP**
11                                            2005 Market Street, Suite 1000
                                              Philadelphia, PA 19103
12                                            Telephone: (215) 268-5000
                                              alli.brown@kirkland.com
13
                                              Jessica Davidson (Admitted *Pro Hac Vice*)
14                                            **KIRKLAND & ELLIS LLP**
                                              601 Lexington Avenue
15                                            New York, NY 10022
                                              Telephone: (212) 446-4800
16                                            jessica.davidson@kirkland.com

17                                            Theane Evangelis (Admitted *Pro Hac Vice*)
                                              Daniel Nowicki (Admitted *Pro Hac Vice*)
18                                            **GIBSON DUNN & CRUTCHER LLP**
                                              333 South Grand Avenue
19                                            Los Angeles, CA 90071-3197
                                              Telephone: (213) 229-7000
20                                            TEvangelis@gibsondunn.com
                                              DNowicki@gibsondunn.com
21
                                              Sabrina H. Strong (SBN: 200292)
22                                            Jonathan Schneller (SBN: 291288)
                                              **O'MELVENY & MYERS LLP**
23                                            400 South Hope Street, 19th Floor
                                              Los Angeles, CA 90071
24                                            Telephone: (213) 430-6000
                                              sstrong@omm.com
25                                            jschneller@omm.com

26                                            *Attorneys for Defendants*
                                              UBER TECHNOLOGIES, INC.,
27                                            RASIER, LLC, and RASIER-CA, LLC

28

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

/s/ Laura Vartain Horn
Laura Vartain Horn