[Submitting counsel below]

**UNITED STATES DISTRICT COURT**
**OF NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | NO. 3:23-MD-03084-CRB |
| | **PLAINTIFF'S NOTICE OF FILING OF COURT EXHIBITS FOR JANUARY 29, 2026** |
| THIS DOCUMENT RELATES TO: | |
| *JAYLYNN DEAN V. UBER TECHS., INC.*, N.D. CAL. NO. 23-CV-06708 D. ARIZ. NO. 25-CV-4276 | JUDGE: HONORABLE CHARLES R. BREYER CTRM.: D. ARIZ., 501 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN, <br>          PLAINTIFF, <br><br> V. <br><br> UBER TECHNOLOGIES, INC., ET AL., <br><br>          DEFENDANTS. | NO. 25-CV-4276-PHX-CRB <br><br><br> JUDGE: HONORABLE CHARLES R. BREYER <br> CTRM.: 501 |

Plaintiff gives notice of the filing of the following court exhibits for January 27, 2026:

| Court Exhibit | Court Exhibit Description |
|---|---|
| 21 | Designation Run Report for Jaylynn Dean as played in Court 01/27/2026 during the examination of Mindy Mechanic (06-27-2025) |
| 22 | Designation Run Report for Greg Brown as played in Court 1/27/2026 (07-15-2025) |
| 23 | Designation Run Report for Sunny Wong as played in Court 1/27/2026 during the examination of Lacey Keller (06-25-2025) |

Dated: 1/29/2026                                     Respectfully submitted,

<u>By: /s/ Sarah R. London</u>
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*slondon@girardsharp.com*

<u>By: /s/ Rachel B. Abrams</u>
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
*rabrams@peifferwolf.com*

<u>By: /s/ Roopal P. Luhana</u>
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
*luhana@chaffinluhana.com*

Co-Lead Counsel

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: January 29, 2026          By: /s/*Roopal P. Luhana*

                                   Roopal P. Luhana

- 3 -

PLAINTIFF'S NOTICE OF FILING OF COURT EXHIBITS
3:23-MD-03084 (N.D. Cal.), 25:CV-04276 (D. Ariz.)