# COURT EXHIBIT 21

Designation Run Report for Jaylynn Dean
as played in Court 1/27/2026 (June 27, 2025)

# Dean, Jaylynn

Volume 1 - 06/27/2025

## Summary Proceeding with Highlighted Clips
## Final as Played in Court

## Report Key: Selected Issues

| ISSUE NAME | ISSUE TYPE | ISSUE PATH | RUN TIME |
|---|---|---|---|
| FINAL CLIP AS PLAYED IN COURT | Designation | | |

## Page 00214

17: Q    So when Scott called the Uber on

18: November 15th -- or the early morning of

19: November 15th, 2023, how were you feeling at that

20: time?

21: A    Tired, out of it. I was drunk. I

22: remember I couldn't even walk straight to the car.

## Page 00216

03: Q    Okay. And you considered

04: yourself I think you said drunk or intoxicated when

05: you got into the Uber?

06: A    Yes.

## Page 00221

10: Q    so after the

11: Uber driver got off the phone, then what do you

12: recall?

13: A    He started driving and he asked me if that

14: was my boyfriend. Started making comments, asking

15: if we had sex, making comments about my body,

## Page 00221

24:    I was so tired. I kind of, like, laid

25: in the backseat. Like, it was like a bed because I

## (continued page 00222)

222

01: didn't have my seat belt on, and I started, like,

02: dozing off.

## Page 00222

21: Q    And then what do you recall happening?

22: A    He started driving. I could feel him kind

23: of circling the car a little bit, and then I

24: remember him just stopping and he hadn't looked at

25: me the whole time, and then he had just said, "I

**(continued page 00223)**
                          223

01: need to stop the car and Uber is going to charge you

02: for this." I didn't know what he meant by that, and

03: I just remember the car stopping, and he opened the

04: back door of the car, and just got on top of me and

05: held me down and then he started to rape me. But it

06: was -- it was pretty -- pretty fast. It's like I

07: didn't have enough time to process what was

08: happening.

**Page 00223**
18:                         I know he tried to perform

19: oral sex on me and I tried to push his head away,

20: and he, like, was just holding me down, but I know

21: he penetrated me with his penis.

**Page 00223**
25:    A                   I remember I kept

**(continued page 00224)**
                          224

01: closing my legs and he just pried them open and held

02: my legs down, but it's like I tried to fight him

03: off. I just couldn't

**Page 00226**
15:    Q                       . And do you recall

16: about how long you thought it went on?

17:    A   It felt pretty fast.

**Page 00226**
23:    Q   And then what happened after that?

24:    A   I just remember I was still in there, and

25: he went to the driver's side, and he drove off to

**(continued page 00227)**

227

01: the hotel and we sped off.

02:    Q  And when he got out of the backseat, what

03: did you do?

04:    A  I just laid there. I didn't know what to

05: do. I think I was just frozen.

06:    Q  Had he removed your -- any of your

07: clothing?

08:    A  I know my skirt and my underwear.

09:    Q  He took them off?

10:    A  Yes.

11:    Q  When he got out of the backseat, where

12: were your underwear and skirt, if you can recall?

13:    A  I don't remember. I think on my ankles

14: and I just pulled them up.