# COURT EXHIBIT 22

Designation Run Report for Greg Brown
as played in Court 1/27/2026 (July 15, 2025)

# PLAYED

Designation List Report



| | Brown, Greg | 2025-07-15 |
|---|---|---|
| | PLF Affrirmative | 00:01:05 |
| | **TOTAL RUN TIME** | **00:01:05** |



**ID: BROWN-208_7-21-209_2-5**

**BROWN-208_7-21-209_2-5 - PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 208:07 - 208:21 | **Brown, Greg 2025-07-15 - WIT MP4** | 00:00:50 | **BROWN-208_7-21-209_2-5.1** |
| | 208:07 Q. But when it comes to Uber trips, Uber | | |
| | 208:08    chooses which information to give to Ms. Dean and | | |
| | 208:09    it chose what information to withhold from | | |
| | 208:10    Ms. Dean, right? | | |
| | 208:11 A. Yeah, I believe Uber exercises | | |
| | 208:12    discretion on the information that it would | | |
| | 208:13    display as part of the trip process. | | |
| | 208:14 Q. And it didn't display to Ms. Dean any | | |
| | 208:15    negative information about Mr. Turay, did it? | | |
| | 208:16 A. I don't believe it displayed any of the | | |
| | 208:17    reported incident history associated with | | |
| | 208:18    Mr. Turay.  It did obviously provide, you know, | | |
| | 208:19    star rating, et cetera, associated with | | |
| | 208:20    Mr. Turay's account, and I think interpretation | | |
| | 208:21    of positive versus negative is subjective. | | |
| 209:02 - 209:05 | **Brown, Greg 2025-07-15 - WIT MP4** | 00:00:16 | **BROWN-208_7-21-209_2-5.2** |
| | 209:02 Q. Ms. Dean got into Mr. Turay's vehicle | | |
| | 209:03    with no information about him other than what | | |
| | 209:04    Uber had told her, right? | | |
| | 209:05 A. Yes, as far as I know. | | |

| | |
|---|---|
| PLF Affrirmative | 00:01:05 |
| **TOTAL RUN TIME** | **00:01:05** |