# COURT EXHIBIT 23

Designation Run Report for Sunny Wong
as played in Court 1/27/2026 (June 25, 2025)

# 212:25

Designation List Report

| | | |
|---|---|---|
| | **Wong, Sunny** | **2025-06-25** |

| PLF Affirmative | 00:00:10 |
|---|---|
| **TOTAL RUN TIME** | **00:00:10** |



**ID: LK_F**

**LK_F - 212:25**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 212:25 - 213:03 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:10 | **LK_F.1** |
| | 212:25  Q.  How does Uber know if it's gone as far as | | |
| | 213:01       it can in trying to block rides or prevent rides | | |
| | 213:02       that have a heightened probability of sexual | | |
| | 213:03       assault? | | |
| 213:05 - 213:05 | **Wong, Sunny 2025-06-25 - PIP MP4** | 00:00:01 | **LK_F.2** |
| | 213:05       THE WITNESS:  I do not know. | | |

| | | | |
|---|---|---|---|
| | PLF Affirmative | 00:00:10 | |
| | **TOTAL RUN TIME** | **00:00:10** | |