[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PROPOSED VERDICT FORM**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Courtroom:  6 – 17th Floor |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>  Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:  Hon. Charles R. Breyer<br><br>Courtroom:  501 |

# DEFENDANTS' PROPOSED VERDICT FORM

We, the jury in the above-entitled action, find the following:

1. Did Plaintiff and Hassan Turay engage in a consensual sexual encounter?

   Yes _____      No _____

   *If your answer to Question 1 is Yes, then answer no further Questions, skip to Section F, and sign and date the form.*

   *If you answered No, proceed to Section A.*

## SECTION A: CLAIM OF NEGLIGENCE

2. Did Plaintiff prove that Uber was negligent?

   Yes _____      No _____

   *If your answer to Question 2 is Yes, then answer Question 3.*

   *If you answered No, skip to Section B.*

3. Did Plaintiff prove that Uber's negligence caused Plaintiff's injury, in that the injury would not have happened but for the negligence?

   Yes _____      No _____

   *If your answer to Question 3 is Yes, then answer Question 4.*

   *If you answered No, skip to Section B.*

4. Was Hassan Turay's conduct a superseding cause of the injury?

   Yes _____      No _____

   *Proceed to Section B.*

**SECTION B: CLAIM OF DESIGN DEFECT**

5. Was Uber's platform defective and unreasonably dangerous because of a design defect?

   Yes _____          No _____

   *If your answer to Question 5 is Yes, then answer Question 6.*

   *If you answered No, skip to Section C.*

6. Did the design defect cause Plaintiff's injury, in that the injury would not have happened but for the defect?

   Yes _____          No _____

   *If your answer to Question 6 is Yes, then answer Question 7.*

   *If you answered No, skip to Section C.*

7. Was Hassan Turay's conduct a superseding cause of the injury?

   Yes _____          No _____

   *Proceed to Section C.*

**SECTION C: VICARIOUS LIABILITY**

8. Did Plaintiff prove that Hassan Turay was acting as Uber's apparent agent?

    Yes _____          No _____

    *If your answer to Question 8 is Yes, then answer Question 9.*

    *If you answered No, skip to Section D.*

9. Did Plaintiff prove that the sexual encounter was within the scope of work that Hassan Turay was apparently authorized to do?

    Yes _____          No _____

    *If your answer to Question 9 is Yes, then answer Question 10.*

    *If you answered No, skip to Section D.*

10. Did Plaintiff prove that the sexual encounter caused Plaintiff's injury, in that the injury would not have happened but for the sexual encounter?

    Yes _____          No _____

    *Proceed to Section D.*

**SECTION D: DAMAGES**

*If one or more of the following are true, then answer Question 11:*

- *You answered Yes to Question 3 and No to Question 4;*

- *You answered Yes to Question 6 and No to Question 7; or*

- *You answered Yes to Question 10.*

*If none of the above are true, then skip to Section F and sign and date the form.*

11. What are Plaintiff's total damages, if any, that she has proven were caused by the sexual encounter?

    $_____

    *If you entered an amount other than "0" for Question 11, then proceed to Section E.*

    *If you answered "0" for Question 11, answer no further questions, skip to Section F, and sign and date the form.*

**SECTION E: CLAIM OF PUNITIVE DAMAGES**

12. Do you find that Plaintiff proved by clear and convincing evidence, as to the conduct upon which you base your finding of liability, that Uber engaged in misconduct that was outrageous, oppressive, or intolerable and Uber knew or intentionally disregarded that its conduct created a substantial risk of harm to others?

    Yes _____          No _____

    *If you answered "Yes" to Question 12, then proceed to Question 13.*

    *Otherwise, answer no further questions, skip to Section F, and sign and date the form.*

13. What amount of punitive damages, if any, do you award Plaintiff?

    $_____

    *Proceed to Section F, and sign and date the form.*

**SECTION F: SIGNATURE**

DATED: _____          _____
                                            *Juror*

| | |
|---|---|
| DATED: January 29, 2026 | Respectfully submitted, |
| | */s/ Laura Vartain Horn* |
| | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| | |
| | Kim Bueno (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 401 W. 4th Street |
| | Austin, TX  78701 |
| | Telephone: (512) 678-9100 |
| | kim.bueno@kirkland.com |
| | |
| | Allison M. Brown (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| | alli.brown@kirkland.com |
| | |
| | Jessica Davidson (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | jessica.davidson@kirkland.com |
| | |
| | Theane Evangelis (Admitted *Pro Hac Vice*) |
| | Daniel Nowicki (Admitted *Pro Hac Vice*) |
| | **GIBSON DUNN & CRUTCHER LLP** |
| | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| | Telephone: (213) 229-7000 |
| | TEvangelis@gibsondunn.com |
| | DNowicki@gibsondunn.com |
| | |
| | [Signature block continues on next page] |

|   |   |
|---|---|
| 1 | Sabrina H. Strong (SBN: 200292) |
| 2 | Jonathan Schneller (SBN: 291288) |
|   | **O'MELVENY & MYERS LLP** |
| 3 | 400 South Hope Street, 19th Floor |
|   | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 430-6000 |
|   | sstrong@omm.com |
| 5 | jschneller@omm.com |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn