IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | MDL No. 3084 **ORDER REGARDING UBER'S OBJECTIONS TO PLAINTIFF'S MEDIA REPORT EXHIBITS** Re: Dkt. No. 5138 |

Having considered Uber's Objections to Plaintiff's Media Report Exhibits, the Court **ORDERS** that Exhibit P-01857 be stricken from the trial record. The remaining objections are overruled.

**IT IS SO ORDERED.**

Dated: January 29, 2026

_____
CHARLES R. BREYER
United States District Judge