# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

This Document Relates to:

*Jane Doe TP v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07484-CRB

*Jane Doe NT v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07540-CRB

*Jane Doe LF v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07542-CRB

*Jane Doe JL v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07545-CRB

*A.E. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07668-CRB

*Jane Doe LS 639 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07616-CRB

*Jane Doe LS 640 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07628-CRB

*S.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07695-CRB

*C.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07698-CRB

*A.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07699-CRB

*K.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07700-CRB

1   *J.K.R. v. Uber Technologies, Inc., et al.*,
    No. 3:25-cv-07734-CRB

2

3   *D.V. v. Uber Technologies, Inc., et al.*,
    No. 3:25-cv-07747-CRB

4   *M.W. v. Uber Technologies, Inc., et al.*,
    No. 3:25-cv-07753-CRB

5

6   *Jane Roe CL 6 v. Uber Technologies,
    Inc., et al.*, No. 3:25-cv-05892-CRB

7   *Jane Doe LS 643 v. Uber Technologies,
    Inc., et al.*, No. 3:25-cv-08050-CRB

8

9   *J.C. v. Uber Technologies, Inc., et al.*,
    No. 3:25-cv-08073-CRB

10  *Jane Doe NLG (R.K.) v. Uber
    Technologies, Inc., et al.*, No. 3:25-cv-

11  07976-CRB

12  *A.R. v. Uber Technologies, Inc., et al.*,
    No. 3:25-cv-08075-CRB

13

14  *Jane Doe LS 646 v. Uber Technologies,
    Inc., et al.*, No. 3:25-cv-08086-CRB

15  *M.J. v. Uber Technologies, Inc., et al.*,
    No. 3:25-cv-08088-CRB

16

17  *Jane Doe NLG (N.H.) v. Uber
    Technologies, Inc., et al.*, No. 3:25-cv-
    08109-CRB

18

19  *Jane Doe NLG 5 (A.H.) v. Uber
    Technologies, Inc., et al.*, No. 3:25-cv-
    08112-CRB

20

21  *B.K. v. Uber Technologies, Inc., et al.*,
    No. 3:25-cv-08170-CRB

22  *Jane Doe NLG (N.S.) v. Uber
    Technologies, Inc., et al.*, No. 3:25-cv-

23  08186-CRB

24  *Jane Doe NLG (A.C.) v. Uber
    Technologies, Inc., et al.*, No. 3:25-cv-

25  08187-CRB

26  *S.C. v. Uber Technologies, Inc., et al.*,
    No. 3:25-cv-08317-CRB

27

28

*S.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08326-CRB

*C.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08329-CRB

*SC.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08331-CRB

*Jane Roe CL 211 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08397-CRB

*Jane Doe NLG (D.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08258-CRB

*Jane Doe NLG 2 (J.C.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08259-CRB

*Jane Doe NLG (M.U.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08264-CRB

*D.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08420-CRB

*C.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08442-CRB

*R.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08449-CRB

*E.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08451-CRB

*Jane Roe CL 212 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08470-CRB

*J.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08507-CRB

*D.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08519-CRB

*Jane Doe NLG 4 (J.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08523-CRB

*Jane Doe NLG 2 (V.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08545-CRB

1  *Jane Doe NLG (J.O.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08567-CRB

2

3  *P.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08574-CRB

4

5  *Jane Doe NLG 2 (T.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08633-CRB

6

7  *Jane Doe NLG 2 (S.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08707-CRB

8

9  *Jane Doe NLG 3 (B.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08732-CRB

10

11  *Jane Doe NLG 2 (J.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08736-CRB

12

13  *Jane Doe NLG (Y.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08742-CRB

14

15  *Jane Roe CL 216 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08746-CRB

16

17  *Jane Doe NLG (V.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08757-CRB

18  *Jane Roe CL 218 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08789-CRB

19

20  *D.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08807-CRB

21  *E.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08818-CRB

22

23  *J.J. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08822-CRB

24  *K.L.J. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08825-CRB

25

26  *Jane Doe NLG 3 (P.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08865-CRB

27

28

*Jane Doe NLG (M.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09006-CRB

*Jane Roe CL 219 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09139-CRB

*Jane Doe NLG (M.O.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09181-CRB

*Jane Doe NLG (R.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09182-CRB

*Jane Doe NLG (K.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09184-CRB

*Jane Doe NLG (J.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09186-CRB

*A.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09188-CRB

*G.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09190-CRB

*K.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09191-CRB

*O.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09192-CRB

*Jane Doe NLG (T.J.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09193-CRB

*Jane Doe NLG (R.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09197-CRB

*Jane Doe NLG (A.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09205-CRB

*Jane Doe NLG (C.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09213-CRB

*Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09180-CRB

1  *Jane Doe NLG (G.Z.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09315-CRB

2

3  *TE.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09370-CRB

4

5  *I.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09373-CRB

6  *P.D.U. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09376-CRB

7

8  *ME.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09377-CRB

9  *L.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09378-CRB

10

11  *Jane Roe CL 223 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09393-CRB

12  *Jane Roe CL 224 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09394-CRB

13

14  *Jane Doe LS 651 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09396-CRB

15  *Jane Doe LS 652 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09398-CRB

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
## [AMENDED PROPOSED] ORDER

3       Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended

4  PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in

5  Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

6       The Court therefore hereby ORDERS as follows:

7       1.       The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED

8                WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF 4287).

9       2.       Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

10

11       **IT IS SO ORDERED.**

12

13

Dated: _____, 2026            _____

14                                        HON. CHARLES R. BREYER
15                                        United States District Court Judge

16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 3962 | A.E. | 3:25-cv-07668 | 10/10/2025 | 91 | 10/13/2025 | Reich and Binstock, LLP |
| 3887 | Jane Roe CL 6 | 3:25-cv-05892 | 8/14/2025 | 148 | 10/17/2025 | Cutter Law |
| 4056 | Jane Doe LS 643 | 3:25-cv-08050 | 10/23/2025 | 78 | 10/31/2025 | Levin Simes |
| 4068 | J.C. | 3:25-cv-08073 | 10/24/2025 | 77 | 10/31/2025 | Wagstaff Law Firm |
| 4103 | Jane Doe NLG (R.K.) | 3:25-cv-07976 | 10/24/2025 | 77 | 10/31/2025 | Nachawati Law Group |
| 4070 | A.R. | 3:25-cv-08075 | 10/24/2025 | 77 | 10/31/2025 | Wagstaff Law Firm |
| 4066 | Jane Doe LS 646 | 3:25-cv-08086 | 10/24/2025 | 77 | 10/31/2025 | Levin Simes |
| 4097 | M.J. | 3:25-cv-08088 | 10/24/2025 | 77 | 10/31/2025 | Wagstaff Law Firm |
| 4105 | Jane Doe NLG 5 (A.H.) | 3:25-cv-08112 | 10/25/2025 | 76 | 10/31/2025 | Nachawati Law Group |
| 4107 | Jane Doe NLG (A.C.) | 3:25-cv-08187 | 10/30/2025 | 71 | 11/5/2025 | Nachawati Law Group |
| 4196 | S.C. | 3:25-cv-08317 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4197 | S.B. | 3:25-cv-08326 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4198 | C.W. | 3:25-cv-08329 | 10/31/2025 | 70 | 11/5/2025 | Wagstaff Law Firm |
| 4205 | Jane Roe CL 211 | 3:25-cv-08397 | 11/2/2025 | 68 | 11/5/2025 | Cutter Law |
| 4110 | Jane Doe NLG (M.U.) | 3:25-cv-08264 | 11/2/2025 | 68 | 11/5/2025 | Nachawati Law Group |
| 4139 | D.M. | 3:25-cv-08420 | 11/2/2025 | 68 | 11/5/2025 | Reich and Binstock |
| 4142 | C.C. | 3:25-cv-08442 | 11/3/2025 | 67 | 11/5/2025 | Reich and Binstock |
| 4143 | R.B. | 3:25-cv-08449 | 11/3/2025 | 67 | 11/5/2025 | Reich and Binstock |
| 4152 | E.M. | 3:25-cv-08451 | 11/3/2025 | 67 | 11/5/2025 | Reich and Binstock |
| 4206 | Jane Roe CL 212 | 3:25-cv-08470 | 11/3/2025 | 67 | 11/5/2025 | Cutter Law |
| 4314 | J.G. | 3:25-cv-08507 | 11/6/2025 | 64 | 11/12/2025 | Reich and Binstock |
| 4224 | D.S. | 3:25-cv-08519 | 11/6/2025 | 64 | 11/12/2025 | Reich and Binstock |
| 4253 | P.S. | 3:25-cv-08574 | 11/7/2025 | 63 | 11/12/2025 | Wagstaff Law Firm |
| 4241 | Jane Doe NLG 2 (T.B.) | 3:25-cv-08633 | 11/9/2025 | 61 | 11/12/2025 | Nachawati Law Group |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

| MDL ID | Case Name (MDL) | Case Number (MDL) | PFS Due | Days Since PFS Due (As of 1/9/2026) | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|---|
| 4229 | Jane Doe NLG 2 (S.G.) | 3:25-cv-08707 | 11/10/2025 | 60 | 11/12/2025 | Nachawati Law Group |
| 4634 | Jane Doe NLG 2 (J.H.) | 3:25-cv-08736 | 11/13/2025 | 57 | 11/13/2025 | Nachawati Law Group |
| 4255 | Jane Doe NLG (V.S.) | 3:25-cv-08757 | 11/14/2025 | 56 | 11/14/2025 | Nachawati Law Group |
| 4327 | Jane Roe CL 218 | 3:25-cv-08789 | 11/14/2025 | 56 | 11/14/2025 | Cutter Law |
| 4311 | J.J. | 3:25-cv-08822 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4312 | K.L.J. | 3:25-cv-08825 | 11/15/2025 | 55 | 11/15/2025 | Wagstaff Law Firm |
| 4371 | Jane Doe NLG (M.S.) | 3:25-cv-09006 | 11/21/2025 | 49 | 11/21/2025 | Nachawati Law Group |
| 4590 | Jane Doe NLG (M.O.) | 3:25-cv-09181 | 11/25/2025 | 45 | 12/2/2025 | Nachawati Law Group |
| 4593 | Jane Doe NLG (J.R.) | 3:25-cv-09186 | 11/26/2025 | 44 | 12/2/2025 | Nachawati Law Group |
| 4385 | G.M. | 3:25-cv-09190 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4384 | O.G. | 3:25-cv-09192 | 11/26/2025 | 44 | 12/2/2025 | Wagstaff Law Firm |
| 4373 | Jane Doe NLG (R.M.) | 3:25-cv-09197 | 11/27/2025 | 43 | 12/2/2025 | Nachawati Law Group |
| 4598 | Jane Doe NLG (A.B.) | 3:25-cv-09180 | 11/29/2025 | 41 | 12/2/2025 | Nachawati Law Group |
| 4421 | TE.T. | 3:25-cv-09370 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4423 | I.M. | 3:25-cv-09373 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4431 | L.M. | 3:25-cv-09378 | 11/30/2025 | 40 | 12/2/2025 | Wagstaff Law Firm |
| 4388 | Jane Doe LS 651 | 3:25-cv-09396 | 12/1/2025 | 39 | 12/2/2025 | Levin Simes |
| 4389 | Jane Doe LS 652 | 3:25-cv-09398 | 12/1/2025 | 39 | 12/2/2025 | Levin Simes |