John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Tel: (713) 230-2200
Fax: (713) 643-6226
jwilliams@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>Honorable Charles R. Breyer<br><br>**DECLARATION OF ATTORNEY WALT CUBBERLY IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR ORDER TO SHOW CAUSE REGARDING ATTORNEY'S FEES**<br><br>Date: February 13, 2025<br>Time: 10:00 am<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 3 v. Uber Technologies, Inc., et al., No. 3:24-cv-05061-CRB* | |

- 1 -

DECLARATION OF WALT CUBBERLY ISO RESPONSE TO ORDER TO SHOW CAUSE REGARDING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR ORDER TO SHOW CAUSE REGARDING ATTORNEY'S FEES

Case No. 3:23-md-03084-CRB

I, Walt Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before ethe courts of the State of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently to the information below:

2. This declaration is made in support of Plaintiff's Response to Order to Show Cause Regarding Motion to Dismiss for Lack of Subject Matter Jurisdiction and Request for Order to Show Cause Regarding Attorney' Fees.

3. Plaintiff WHB 3's Complaint for Damages as filed in the Superior Court of California, County of San Francisco on June 8, 2020, is attached hereto as **Exhibit 1**.

4. January 23, 2023 Order on Defendants and Cross-Complainants Uber Technologies, Inc. and Rasier LLC's Motions to Stay or Dismiss Based on *Forum Non Conviens* in the Uber JCCP is attached hereto as **Exhibit 2**.

5. February 28, 2023 Order Re: Application of January 23, 2023 Order to All Cases in This Proceeding (in the Uber JCCP) is attached hereto as **Exhibit 3**.

6. Plaintiff WHB 3's Complaint as filed in the Circuit Court of the First Circuit, State of Hawaii on October 30, 2024 is attached hereto as **Exhibit 4**.

7. Plaintiff WHB 3's Notice of Voluntary Dismissal as filed in her individual case, 3:24-cv-05061, on November 5, 2025, is attached hereto as **Exhibit 5**.

8. The Declaration of Walter Cubberly in Support of Plaintiff Jane Doe WHB 3's Response to Defendants' Motion to Dismiss [Dkt. #4680] is attached hereto as **Exhibit 6**.

9. Email correspondence between Walter Cubberly and Michael Shortnacy dated December 18, 2025 is attached hereto as **Exhibit 7**.

- 2 -

RESPONSE TO ORDER TO SHOW CAUSE REGARDING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR ORDER TO SHOW CAUSE REGARDING ATTORNEY'S FEES

Case No. 3:23-md-03084-CRB

10. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 30, 2026 in Houston, Texas.

Dated: January 30, 2026

/s/ *Walt Cubberly*
Walt Cubberly

*Attorneys for Plaintiff*

- 3 -
RESPONSE TO ORDER TO SHOW CAUSE REGARDING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR ORDER TO SHOW CAUSE REGARDING ATTORNEY'S FEES

Case No. 3:23-md-03084-CRB