# EXHIBIT 7

# Margret Lecocke

| | |
|---|---|
| **From:** | Walt Cubberly <wcubberly@whlaw.com> |
| **Sent:** | Thursday, December 18, 2025 5:31 PM |
| **To:** | Shortnacy, Michael (SHB) |
| **Cc:** | Brian Abramson |
| **Subject:** | WHB 3 v. Uber |

Michael,

For WHB 3 v. UTI, we filed a notice of voluntary dismissal on November 5, 2025. The case was terminated by the Court on November 6, 2025.

Given that, I am puzzled by Uber's motion. Thanks.

Walt