UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB**<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*JANE DOE WHB 3 v. UBER TECHNOLOGIES, INC.,* (Individual Case No. 3:24-cv-05061-CRB) | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION REGARDING ATTORNEYS' FEES [Dkt. #4981]** |

On January 12, 2026, The Court issued an Order to Show Cause by January 30, 2026 as to why Plaintiff's counsel should not be required to pay Defendants' reasonable attorneys' fees and costs incurred to defend against Plaintiff's MDL Complaint and file the Motion to Dismiss for Lack of Subject Matter Jurisdiction. Plaintiff timely filed a Response to the Order. The Court has considered Plaintiff's Response and Orders that Defendants' request for attorneys' fees and costs is **Denied**.

**IT IS SO ORDERED**.

Dated: _____                         _____
                                                Hon. Charles R. Breyer
                                                United States District Judge