[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | CASE NO. 3:23-MD-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE OF FILING OF COURT EXHIBITS**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN,<br><br>         Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>         Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   501 |

Defendants hereby give notice of the filing of the following marked as Defendants' Court Exhibits:

| Defendants' Court Exhibit | Description |
|---|---|
| 1 | Designation Run Report for 8/28/2025 Deposition of Mariana Esteves as played in Court on 1/23/2026 during examination of Thomas Tremblay |
| 2 | Designation Run Report for 7/23/2025 Deposition of Hassan Turay as played in Court on 1/22/2026 during examination of Thomas Tremblay |
| 3 | Designation Run Report for 7/22/2025 Deposition of Scott McLaughlin as played in Court on 1/22/2026 during examination of Thomas Tremblay |
| 4 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean |
| 5 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean |
| 6 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean |
| 7 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean |
| 8 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean |
| 9 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Dr. Mindy Mechanic |
| 10 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Dr. Mindy Mechanic |
| 11 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Dr. Mindy Mechanic |
| 12 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic |
| 13 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic |
| 14 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic |
| 15 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic |
| 16 | Designation Run Report for 6/26/2025 Deposition of Natasha Diaz as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic |

| Defendants' Court Exhibit | Description |
|---|---|
| 17 | Designation Run Report for 6/30/2025 Deposition of Brooklyn Filtz as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic |
| 18 | Designation Run Report for 6/30/2025 Deposition of Brooklyn Filtz as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic |
| 19 | Designation Run Report for 6/26/2025 Deposition of Olajuwon Ramos as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic |
| 20 | Designation Run Report for 6/26/2025 Deposition of Olajuwon Ramos as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic |
| 21 | Designation Run Report for 7/22/2025 Deposition of Scott McLaughlin as played in Court on 1/30/2026 |

DATED: January 31, 2026

Respectfully submitted,

/s/ Laura Vartain Horn
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Sabrina H. Strong (SBN: 200292)
Jonathan Schneller (SBN: 291288)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
sstrong@omm.com
jschneller@omm.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

---

CERTIFICATE OF SERVICE                           CASE NO. 3:23-MD-03084-CRB / 25-CV-4276-PHX-CRB