# DEFENDANTS' COURT EXHIBIT 1

Designation Run Report for 8/28/2025 Deposition of Mariana Esteves as played in Court on 1/23/2026 during examination of Thomas Tremblay

# Esteves, Mariana 190 21 - 191 23

Designation List Report

  **Esteves, Mariana**                                     2025-08-28

| Uber Affirmative | 00:02:00 |
|---|---|
| **TOTAL RUN TIME** | **00:02:00** |



**ID: CX4**

**CX4 - Esteves, Mariana 190 21 - 191 23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 190:21 - 191:23 | **Esteves, Mariana 2025-08-28** | 00:02:00 | **CX4.1** |
| | 190:21     Now, Uber tracks each driver's RideCheck | | |
| | 190:22     history, right, meaning how many times a driver has | | |
| | 190:23     had a RideCheck alert or trigger go out, right? | | |
| | 190:24  A. We log every RideCheck that gets triggered | | |
| | 190:25     in every trip, so yes, we can look at past | | |
| | 191:01     RideChecks let's say. | | |
| | 191:02  Q. Are you aware of any effort that Uber has | | |
| | 191:03     undertaken to utilize that data for any sexual | | |
| | 191:04     assault prevention purpose? | | |
| | 191:05  A. No, and the reason behind that is that | | |
| | 191:06     the -- all of the anomaly heuristics that I | | |
| | 191:07     mentioned are very low precision. | | |
| | 191:08     So one example is that the route deviation | | |
| | 191:09     precision, meaning precision meaning of all the | | |
| | 191:10     route deviation triggers that we did, how many of | | |
| | 191:11     them actually were related to incidents, it's less | | |
| | 191:12     than .5 percent.  So over 99 percent of the times we | | |
| | 191:13     trigger, it's a regular trip just ending far away | | |
| | 191:14     for some reason or the other. | | |
| | 191:15     So if we would use this for anything, it's | | |
| | 191:16     a very weak signal in terms of how effective it is | | |
| | 191:17     in terms of predicting any type of risk.  We know | | |
| | 191:18     it's an anomaly.  We want to be more conservative | | |
| | 191:19     and proactively reach out to the driver, proactively | | |
| | 191:20     reach out to the rider anyway, but using that as a | | |
| | 191:21     deterministic factor, the signal is just very low | | |
| | 191:22     precision, and hence we have not used it in that | | |
| | 191:23     manner that you've described. | | |

| | | | |
|---|---|---|---|
| | Uber Affirmative | 00:02:00 | |
| | **TOTAL RUN TIME** | **00:02:00** | |