# DEFENDANTS' COURT EXHIBIT 2

Designation Run Report for 7/23/2025 Deposition of Hassan Turay as played in Court on 1/22/2026 during examination of Thomas Tremblay

# Turay, Hassan 47 3 - 47 6

Designation List Report

 **Turay, Hassan**　　　　　　　　　　　　　　　　　　　　　　　　　　　**2025-07-23**

| Uber Affirmative | 00:00:06 |
|---|---|
| **TOTAL RUN TIME** | **00:00:06** |



**ID: CX5**

**CX5 - Turay, Hassan 47 3 - 47 6**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 47:03 - 47:06 | **Turay, Hassan 2025-07-23** | 00:00:06 | **CX5.1** |
| | 47:03  Q.  BY MR. VIVES:  So when you went to | | |
| | 47:04        pick her you up, when she was walking to the car, was she | | |
| | 47:05        stumbling in any sort of way? | | |
| | 47:06  A.  No. | | |

| | |
|---|---|
| Uber Affirmative | 00:00:06 |
| **TOTAL RUN TIME** | **00:00:06** |