# DEFENDANTS' COURT EXHIBIT 3

Designation Run Report for 7/22/2025 Deposition of Scott McLaughlin as played in Court on 1/22/2026 during examination of Thomas Tremblay

# McLaughlin, Scott 48:21-23 49:2-11

Designation List Report



| **McLaughlin, Scott** | **2025-07-22** |
|---|---|
| Uber Affirmative | 00:00:31 |
| **TOTAL RUN TIME** | **00:00:31** |



ID: CX6

**CX6 - McLaughlin, Scott 48:21-23 49:2-11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 48:21 - 48:23 | **McLaughlin, Scott 2025-07-22** | 00:00:08 | **CX6.1** |
| | 48:21  Q.  When you walked Jaylynn to the | | |
| | 48:22       car, can you describe her demeanor during that walk | | |
| | 48:23       to the car, if you can recall? | | |
| 49:02 - 49:11 | **McLaughlin, Scott 2025-07-22** | 00:00:23 | **CX6.2** |
| | 49:02  A.  I remember her walking just like a normal | | |
| | 49:03       person walks to the car. | | |
| | 49:04       BY MS. BLAKE: | | |
| | 49:05  Q.  Okay.  Do you recall whether or not she | | |
| | 49:06       was stumbling or swaying when she was walking to | | |
| | 49:07       the Uber? | | |
| | 49:08  A.  I, personally, don't remember, that, no. | | |
| | 49:09  Q.  When you say walking like a normal person, | | |
| | 49:10       what do you mean by that? | | |
| | 49:11  A.  How you and I would walk right now sober. | | |

| | |
|---|---|
| Uber Affirmative | 00:00:31 |
| **TOTAL RUN TIME** | **00:00:31** |