# DEFENDANTS' COURT EXHIBIT 4

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean

# Dean, Jaylynn 179 22 - 180 1

Designation List Report

  **Dean, Jaylynn**                                2025-06-27

| Uber Affirmative | 00:00:15 |
|---|---|
| **TOTAL RUN TIME** | **00:00:15** |



**ID: CX10**

**CX10 - Dean, Jaylynn 179 22 - 180 1**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 179:22 - 180:01 | **Dean, Jaylynn 2025-06-27** | 00:00:15 | **CX10.1** |
| | 179:22  Q.  Did you tell Scott McLaughlin about the | | |
| | 179:23       incident with the Uber driver in November of 2023? | | |
| | 179:24  A.  No.  I remember I was going to text him, | | |
| | 179:25       but it didn't go through.  My Wi-Fi was being weird. | | |
| | 180:01       I didn't tell him. | | |

| Uber Affirmative | 00:00:15 |
|---|---|
| **TOTAL RUN TIME** | **00:00:15** |