# DEFENDANTS' COURT EXHIBIT 5

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean

# Dean, Jaylynn 205 24-206 1  209 14-20  210 6-22  210 24-211 2  211 4-8  211 10-19  211 22-23

Designation List Report

 **Dean, Jaylynn**     2025-06-27

| Uber Affirmative | 00:01:54 |
|---|---|
| **TOTAL RUN TIME** | **00:01:54** |



**ID: CX11**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 205:24 - 206:01 | **Dean, Jaylynn 2025-06-27** | 00:00:06 | **CX11.1** |
| | 205:24  Q.  Do you recall looking at the app at all | | |
| | 205:25       before the car pulled up that night? | | |
| | 206:01  A.  No. | | |
| 206:02 - 206:06 | **Dean, Jaylynn 2025-06-27** | 00:00:04 | **CX11.2** |
| | 206:02  Q.  I want to hand you what I'm marking | | |
| | 206:03       -- | | |
| | 206:04       MS. ABRAMS:  Can we take a five-minute | | |
| | 206:05       break -- | | |
| | 206:06       MS. BLAKE:  Absolutely. | | |
| 209:14 - 209:20 | **Dean, Jaylynn 2025-06-27** | 00:00:21 | **CX11.3** |
| | 209:14  Q.  (BY MS. BLAKE)  -- I believe you testified | | |
| | 209:15       that you hadn't seen anything on the Uber app before | | |
| | 209:16       the car pulled up; is that right? | | |
| | 209:17  A.  He handed me my phone and I -- it was | | |
| | 209:18       open, like, on the ride that was ordered, but all I | | |
| | 209:19       saw was, like, the driver picture, but I didn't | | |
| | 209:20       really scroll too much on it. | | |
| 210:06 - 210:22 | **Dean, Jaylynn 2025-06-27** | 00:00:36 | **CX11.4** |
| | 210:06  Q.  (BY MS. BLAKE)  Prior to the longer break | | |
| | 210:07       that we just took a few moments ago, I asked you | | |
| | 210:08       this question: | | |
| | 210:09       "Do you recall looking at the app at all | | |
| | 210:10       before the car pulled up that night?" | | |
| | 210:11       "Answer:  No." | | |
| | 210:12       Do you recall giving that answer? | | |
| | 210:13  A.  Yes. | | |
| | 210:14  Q.  Okay.  And is that correct? | | |
| | 210:15  A.  I did give that, but I do remember just | | |
| | 210:16       having the phone in my hand.  I wasn't really | | |
| | 210:17       scrolling on it, but the driver profile was pulled | | |
| | 210:18       up. | | |
| | 210:19  Q.  Okay.  And after taking the break, you've | | |
| | 210:20       now changed that answer, right, because you didn't | | |
| | 210:21       mention anything about looking at the driver profile | | |
| | 210:22       when I asked you that question to begin with? | | |
| 210:24 - 211:02 | **Dean, Jaylynn 2025-06-27** | 00:00:10 | **CX11.5** |
| | 210:24       THE WITNESS:  Okay.  Yes. | | |
| | 210:25  Q.  (BY MS. BLAKE)  Okay.  Do you have any | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 211:01 explanation as to why your answer has changed after | | |
| | 211:02 the break? | | |
| 211:04 - 211:08 | **Dean, Jaylynn 2025-06-27** | 00:00:12 | **CX11.6** |
| | 211:04 THE WITNESS: I just had to think about | | |
| | 211:05 it, I guess. I'm not giving enough time to think | | |
| | 211:06 about my questions. | | |
| | 211:07 Q. (BY MS. BLAKE) That's a very different | | |
| | 211:08 answer. You'd agree with me on that; right? | | |
| 211:10 - 211:10 | **Dean, Jaylynn 2025-06-27** | 00:00:01 | **CX11.7** |
| | 211:10 THE WITNESS: Yes. | | |
| 211:11 - 211:19 | **Dean, Jaylynn 2025-06-27** | 00:00:23 | **CX11.8** |
| | 211:11 Q. (BY MS. BLAKE) I'm not asking you | | |
| | 211:12 what was talked about with your counsel, but when we | | |
| | 211:13 took that break, did you meet with your counsel in a | | |
| | 211:14 closed room? | | |
| | 211:15 A. We went to the kitchen and got a drink. | | |
| | 211:16 It was more of a pep talk. I'm tired. It's a long | | |
| | 211:17 day, but, yeah, in the kitchen. | | |
| | 211:18 Q. Okay. And then after the break, you | | |
| | 211:19 changed your answer to that question? | | |
| 211:22 - 211:23 | **Dean, Jaylynn 2025-06-27** | 00:00:01 | **CX11.9** |
| | 211:22 Q. (BY MS. BLAKE) Is that right? | | |
| | 211:23 A. Yes. | | |

| | | |
|---|---|---|
| Uber Affirmative | | 00:01:54 |
| **TOTAL RUN TIME** | | **00:01:54** |