# DEFENDANTS' COURT EXHIBIT 6

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean

# Dean, Jaylynn 296 11 - 12 296 22 297 5

Designation List Report

 **Dean, Jaylynn**                                       2025-06-27

| Uber Affirmative | 00:00:19 |
|---|---|
| **TOTAL RUN TIME** | **00:00:19** |



**ID: CX12**

**CX12 - Dean, Jaylynn 296 11 - 12 296 22 297 5**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 296:11 - 296:13 | **Dean, Jaylynn 2025-06-27** | 00:00:06 | **CX12.1** |
| | 296:11  Q.  And at the bottom of page 11, do you see | | |
| | 296:12        that?  There's a little green bubble. | | |
| | 296:13  A.  Yes. | | |
| 296:22 - 297:05 | **Dean, Jaylynn 2025-06-27** | 00:00:13 | **CX12.2** |
| | 296:22  Q.  And do you see what it says at the bottom? | | |
| | 296:23  A.  Yes. | | |
| | 296:24  Q.  What does it say? | | |
| | 296:25  A.  The "No response needed"? | | |
| | 297:01  Q.  Uh-huh. | | |
| | 297:02  A.  Yes. | | |
| | 297:03  Q.  And that came from your end; is that your | | |
| | 297:04        understanding? | | |
| | 297:05  A.  Yes. | | |

| | | | |
|---|---|---|---|
| | Uber Affirmative | 00:00:19 | |
| | **TOTAL RUN TIME** | **00:00:19** | |