# DEFENDANTS' COURT EXHIBIT 7

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean

# Dean, Jaylynn 227 11 - 227 20

Designation List Report



**Dean, Jaylynn**                                                                 2025-06-27

| Uber Affirmative | 00:00:29 |
|---|---|
| **TOTAL RUN TIME** | **00:00:29** |



**ID: CX13**

**CX13 - Dean, Jaylynn 227 11 - 227 20**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 227:11 - 227:20 | **Dean, Jaylynn 2025-06-27** | 00:00:29 | **CX13.1** |
| | 227:11  Q.  When he got out of the backseat, where | | |
| | 227:12       were your underwear and skirt, if you can recall? | | |
| | 227:13  A.  I don't remember.  I think on my ankles | | |
| | 227:14       and I just pulled them up. | | |
| | 227:15  Q.  So he pulled them down or took them off? | | |
| | 227:16  A.  I don't -- I don't remember.  I think he | | |
| | 227:17       pulled them down. | | |
| | 227:18  Q.  And when he got out, you pulled them back | | |
| | 227:19       up? | | |
| | 227:20       A   (Witness nods head.) | | |

| | | | |
|---|---|---|---|
| Uber Affirmative | | 00:00:29 | |
| **TOTAL RUN TIME** | | **00:00:29** | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|