# DEFENDANTS' COURT EXHIBIT 8

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean

# Dean, Jaylynn 191 1 - 22

Designation List Report

| | Dean, Jaylynn | 2025-06-27 |
|---|---|---|

| Uber Affirmative | 00:01:05 |
|---|---|
| **TOTAL RUN TIME** | **00:01:05** |



**ID: CX14**

**CX14 - Dean, Jaylynn 191 1 - 22**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 191:01 - 191:22 | **Dean, Jaylynn 2025-06-27** | 00:01:05 | **CX14.1** |

191:01  Q.  (BY MS. BLAKE)  Do you recall whether you
191:02      looked into what, if any, safety features that Uber
191:03      had available when you downloaded the app?
191:04  A.  No.  Whenever I had the app, I think it,
191:05      like, did a little walk-through and it told me about
191:06      what it had.  I believe, like, if your ride stops,
191:07      it will have a pop-up.  I kind of just always heard
191:08      that, you know, it was, like, it was safe, like, if
191:09      you've been drinking, if you've been going out or
191:10      you don't have a ride.  I didn't really do my own
191:11      research.  Just what I heard and what I had seen.
191:12  Q.  Do you recall where you had heard or seen
191:13      these things that you're referencing about Uber?
191:14  A.  Like TikTok and friends.  I went to
191:15      college and so people used it pretty frequently
191:16      there if they had been drinking.
191:17  Q.  You mentioned the pop-up that Uber sends
191:18      if you stopped.  Were you aware of any other safety
191:19      features that Uber had when you first downloaded the
191:20      app?
191:21  A.  No.  Just that you can make reports if you
191:22      wanted to, but no other safety features.

| Uber Affirmative | 00:01:05 |
|---|---|
| **TOTAL RUN TIME** | **00:01:05** |