# DEFENDANTS' COURT EXHIBIT 9

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Dr. Mindy Mechanic

# Dean, Jaylynn 61 5 - 16

Designation List Report

 **Dean, Jaylynn**  2025-06-27

| Uber Affirmative | 00:00:22 |
|---|---|
| **TOTAL RUN TIME** | **00:00:22** |



**ID: CX15**

**CX15 - Dean, Jaylynn 61 5 - 16**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 61:05 - 61:07 | **Dean, Jaylynn 2025-06-27** | 00:00:10 | **CX15.1** |
| | 61:05   Q.  Did you ever have an understanding as to | | |
| | 61:06        who got Child Protective Services involved?  You | | |
| | 61:07        mentioned they came a few times. | | |
| 61:09 - 61:14 | **Dean, Jaylynn 2025-06-27** | 00:00:12 | **CX15.2** |
| | 61:09        THE WITNESS:  I don't know. | | |
| | 61:10   Q.  (BY MS. BLAKE)  Do you recall how many | | |
| | 61:11        times Child Protective Services was called? | | |
| | 61:12   A.  No. | | |
| | 61:13   Q.  Were you ever removed from your mom's | | |
| | 61:14        care? | | |
| 61:16 - 61:16 | **Dean, Jaylynn 2025-06-27** | 00:00:01 | **CX15.3** |
| | 61:16        THE WITNESS:  Never. | | |

| | |
|---|---|
| Uber Affirmative | 00:00:22 |
| **TOTAL RUN TIME** | **00:00:22** |