# DEFENDANTS' COURT EXHIBIT 10

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Dr. Mindy Mechanic

# Dean, Jaylynn 51 17 - 53 7

Designation List Report

 **Dean, Jaylynn**  2025-06-27

| Uber Affirmative | 00:02:25 |
|---|---|
| **TOTAL RUN TIME** | **00:02:25** |



**ID: CX26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 51:13 - 52:16 | **Dean, Jaylynn 2025-06-27** | 00:01:37 | **CX26.1** |
| | 51:13  Q.  Do you know whether or not your mother had | | |
| | 51:14       a history of any type of alcohol abuse or | | |
| | 51:15       alcoholism? | | |
| | 51:16  A.  No. | | |
| | 51:17  Q.  Do you know whether or not your mom ever | | |
| | 51:18       had a history of using drugs? | | |
| | 51:19  A.  Yes. | | |
| | 51:20  Q.  Okay. Can you describe that, please? | | |
| | 51:21  A.  She was on Xanax. | | |
| | 51:22  Q.  Okay. And -- okay. What do you know | | |
| | 51:23       about that, her use of Xanax? | | |
| | 51:24  A.  It was pretty heavy. | | |
| | 51:25  Q.  Okay. What do you mean by "pretty heavy"? | | |
| | 52:01  A.  I witnessed a lot of it. A daily thing. | | |
| | 52:02       I just remember it being a lot. | | |
| | 52:03  Q.  Okay. And do you know kind of a date | | |
| | 52:04       range of when you witnessed it being, as you say, a | | |
| | 52:05       lot? | | |
| | 52:06  A.  It was up until middle school. | | |
| | 52:07  Q.  Okay. So -- | | |
| | 52:08  A.  She -- she was on them my whole life up | | |
| | 52:09       until middle school. | | |
| | 52:10  Q.  So middle school was when you were about | | |
| | 52:11       14? | | |
| | 52:12  A.  13. | | |
| | 52:13  Q.  13. Okay. And I can tell this is an | | |
| | 52:14       emotional topic. What about this is kind of | | |
| | 52:15       emotional? If you can, describe just what you | | |
| | 52:16       witnessed when she was using a lot of it. | | |
| 52:18 - 53:07 | **Dean, Jaylynn 2025-06-27** | 00:00:47 | **CX26.2** |
| | 52:18       THE WITNESS: She wasn't a bad mom. You | | |
| | 52:19       know, I remember she was still there for us. You | | |
| | 52:20       know, like, she would still -- there wasn't a time I | | |
| | 52:21       went hungry and I was never without. I always, you | | |
| | 52:22       know -- they made sure they provided for me, but it | | |
| | 52:23       was just, you know, hard seeing her in that state. | | |
| | 52:24       Like, I've seen her overdose before. I remember | | |
| | 52:25       there was a time where, you know, she was on the | | |
| | 53:01       floor and she was turning blue and I thought I was | | |

CX26 - Dean, Jaylynn 51 17 - 53 7

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 53:02   losing my mom.  I think it's hard because my | | |
| | 53:03   siblings were really young at the time, and, you | | |
| | 53:04   know, they don't remember it.  I think she was able | | |
| | 53:05   to hide it better, but, you know, I was older so I | | |
| | 53:06   saw it, and I think me and my siblings just had very | | |
| | 53:07   different childhoods in terms of that. | | |

| | | | |
|---|---|---|---|
| Uber Affirmative | | 00:02:25 | |
| **TOTAL RUN TIME** | | **00:02:25** | |