# DEFENDANTS' COURT EXHIBIT 11

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Dr. Mindy Mechanic

# Dean, Jaylynn 28 19-29 17  30 23-31 15  38 17-39 24

## Designation List Report

 **Dean, Jaylynn**                                                              **2025-06-27**

| Uber Affirmative | 00:03:10 |
|---|---|
| **TOTAL RUN TIME** | **00:03:10** |



**ID: CX16**

**CX16 - Dean, Jaylynn 28 19-29 17  30 23-31 15  38 17-39 24**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 28:19 - 29:17 | **Dean, Jaylynn 2025-06-27** | 00:01:03 | **CX16.1** |

| | | |
|---|---|---|
| 28:19 | Q. | So I want to go back now to that |
| 28:20 | | time when you lived with your dad for that month |
| 28:21 | | period of time.  You said that he had tried to touch |
| 28:22 | | you.  Can you explain that, what you mean by that? |
| 28:23 | A. | I remember there was times where he, you |
| 28:24 | | know, groped my behind and would make comments about |
| 28:25 | | my body.  Just, you know, always would say I had a |
| 29:01 | | nice body and try to kiss me and was just very -- it |
| 29:02 | | was just a lot. |
| 29:03 | Q. | He would try to kiss you.  Did you |
| 29:04 | | interpret it as, like, sexually or romantically? |
| 29:05 | A. | He would try to kiss me on the lips. |
| 29:06 | Q. | Was anyone present when that was |
| 29:07 | | happening? |
| 29:08 | A. | No. |
| 29:09 | Q. | Okay.  How many times did that occur, if |
| 29:10 | | you can give an estimate? |
| 29:11 | A. | Probably three or four. |
| 29:12 | Q. | Okay.  And you said he also made comments |
| 29:13 | | about your body.  Can you explain what you meant by |
| 29:14 | | that, some examples? |
| 29:15 | A. | I remember one time he, like, smacked my |
| 29:16 | | butt and told me I had a juicy butt.  Like, it was |
| 29:17 | | just very creepy and -- yeah. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:23 - 31:15 | **Dean, Jaylynn 2025-06-27** | 00:00:42 | **CX16.2** |

| | | |
|---|---|---|
| 30:23 | Q. | Did you tell anyone |
| 30:24 | | else about what happened when you lived with your |
| 30:25 | | dad during the summer of '22? |
| 31:01 | A. | Yes.  One of his stepdaughters. |
| 31:02 | Q. | Okay.  Which stepdaughter? |
| 31:03 | A. | Ariana. |
| 31:04 | Q. | When did you tell her? |
| 31:05 | A. | This week. |
| 31:06 | Q. | Was there any particular reason that you |
| 31:07 | | decided to tell her this week? |
| 31:08 | A. | Yes. |
| 31:09 | Q. | Why? |
| 31:10 | A. | Sorry. |
| 31:11 | | MS. ABRAMS:  Do you want -- let's take -- |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 31:12 | | can we take -- | | |
| | 31:13 | | MS. BLAKE: Yeah. | | |
| | 31:14 | | MS. ABRAMS: -- take a little break? Can | | |
| | 31:15 | | we go off the record? | | |
| 38:17 - 39:24 | **Dean, Jaylynn 2025-06-27** | | | 00:01:26 | CX16.3 |
| | 38:17 | Q. | So one of the questions that I had asked | | |
| | 38:18 | | is, is why this week, and I just want to kind of | | |
| | 38:19 | | pack that up. So can you explain why you decided to | | |
| | 38:20 | | tell his stepdaughter about your experience? | | |
| | 38:21 | A. | Because she posted about it. | | |
| | 38:22 | Q. | Okay. And remind me of her name, please. | | |
| | 38:23 | A. | Aryana. | | |
| | 38:24 | Q. | And what's her last name? | | |
| | 38:25 | A. | Same as his girlfriend's, but I don't | | |
| | 39:01 | | remember. | | |
| | 39:02 | Q. | Okay. And you're friends on Facebook? | | |
| | 39:03 | A. | Yes. | | |
| | 39:04 | Q. | And what did she post that you read? | | |
| | 39:05 | A. | That he also did it to her sister, the | | |
| | 39:06 | | younger one, and that she did -- he did it to her. | | |
| | 39:07 | | She said that she was going to post messages of | | |
| | 39:08 | | things he had told her throughout the years, calling | | |
| | 39:09 | | him a pedophile, saying that she had proof, saying | | |
| | 39:10 | | that he molested her sister, molested her growing | | |
| | 39:11 | | up. | | |
| | 39:12 | Q. | When you say he did it, too, again, I'm | | |
| | 39:13 | | not -- I just am trying to be clear on what -- what | | |
| | 39:14 | | she was posting when she said, "He did it to me, | | |
| | 39:15 | | too." Can you describe -- or what -- what was -- | | |
| | 39:16 | | what was she saying that he did it. What did "it" | | |
| | 39:17 | | mean? | | |
| | 39:18 | | MS. ABRAMS: Object to form. You can | | |
| | 39:19 | | answer. | | |
| | 39:20 | | THE WITNESS: Just saying that she had a | | |
| | 39:21 | | bunch of messages and stuff of, you know, | | |
| | 39:22 | | inappropriate comments he was making and how he | | |
| | 39:23 | | would touch her, and I just told her he did the same | | |
| | 39:24 | | thing to me. | | |

|                       |          |
|-----------------------|---------:|
| Uber Affirmative      | 00:03:10 |
| **TOTAL RUN TIME**    | **00:03:10** |