# DEFENDANTS' COURT EXHIBIT 12

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic

# Dean, Jaylynn 112 11 - 113 13

Designation List Report

 **Dean, Jaylynn**  2025-06-27

| Uber Affirmative | 00:01:30 |
|---|---|
| **TOTAL RUN TIME** | **00:01:30** |



**ID: CX17**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 112:11 - 113:13 | **Dean, Jaylynn 2025-06-27** | 00:01:30 | **CX17.1** |

112:11  Q.  Did you have a sexual relationship with
112:12       Ryan?
112:13  A.  Yes.
112:14  Q.  And was that the first person you had sex
112:15       with?
112:16  A.  Yes.
112:17  Q.  Was he sexually abusive to you?
112:18  A.  Yes.
112:19  Q.  Can you describe that?
112:20  A.  Kind of whenever he demanded it, I did it.
112:21       He had, I remember, a porn addiction, and he would
112:22       watch rape porn, and I think he kind of, you know,
112:23       tried to incorporate that into our sexual thing, and
112:24       I remember, like, one time he pretty much raped me.
112:25       He held me down.  Told me I couldn't move.  Any time
113:01       I moved or told him no, he would, like, slap me, and
113:02       that was around the time we broke up, and that was a
113:03       big thing, but, yeah.
113:04  Q.  When you say he pretty much raped you, did
113:05       you -- did you feel that you had been raped by Ryan?
113:06  A.  Yes.  I told him no.  Like I said, any
113:07       time I tried to move, he would hit me.  I remember
113:08       he, like, pulled my hair out, and that was, I think,
113:09       the day I went home when my parents came and got me.
113:10  Q.  Do you remember when that was?
113:11  A.  That was in August of --
113:12  Q.  2023?
113:13  A.  Yes.

| | | | |
|---|---|---|---|
| | Uber Affirmative | 00:01:30 | |
| | **TOTAL RUN TIME** | **00:01:30** | |