# DEFENDANTS' COURT EXHIBIT 13

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic

# Dean, Jaylynn 115 5 - 24

Designation List Report

| | | |
|---|---|---|
|  | **Dean, Jaylynn** | **2025-06-27** |

| Uber Affirmative | 00:01:11 |
|---|---|
| **TOTAL RUN TIME** | **00:01:11** |



**ID: CX18**

CX18 - Dean, Jaylynn 115 5 - 24

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 115:05 - 115:24 | **Dean, Jaylynn 2025-06-27** | 00:01:11 | **CX18.1** |

115:05  Q.  You said that the physical abuse from Ryan
115:06      started in November of 2022?
115:07  A.  Yes.
115:08  Q.  How often was he hitting you?
115:09  A.  Multiple times a week.
115:10  Q.  How often was he being verbally or
115:11      emotionally abusive?
115:12  A.  Every day.
115:13      MS. ABRAMS: Do you want to take a break?
115:14      THE WITNESS: No. No.
115:15  Q.  (BY MS. BLAKE) How often would you
115:16      describe him as being sexually abusive?
115:17  A.  A couple times a week.
115:18  Q.  In what -- in what ways would he be
115:19      sexually abusive?
115:20  A.  He would try to initiate sex while I was
115:21      sleeping, you know. If I didn't want to do it,
115:22      that's whenever he'd kind of start to, you know,
115:23      yell at me or hit me or threaten to break up with
115:24      me.

| | | | |
|---|---|---|---|
| | Uber Affirmative | 00:01:11 | |
| | **TOTAL RUN TIME** | **00:01:11** | |