# DEFENDANTS' COURT EXHIBIT 14

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic

# Dean, Jaylynn 120 24 - 122 21

Designation List Report

 **Dean, Jaylynn**  2025-06-27

| Uber Affirmative | 00:03:07 |
|---|---|
| **TOTAL RUN TIME** | **00:03:07** |



**ID: CX19**

CX19 - Dean, Jaylynn 120 24 - 122 21

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 120:24 - 122:21 | **Dean, Jaylynn 2025-06-27** | 00:03:07 | **CX19.1** |

120:24  Q. And had you -- had the three of you drank
120:25     together before?
121:01  A. No.
121:02  Q. So that was the first time that summer?
121:03  A. Yes.
121:04  Q. Okay. So you were -- was it just the
121:05     three of you that were drinking?
121:06  A. Yes.
121:07  Q. And then what happened? Do you recall
121:08     about how much alcohol you'd had?
121:09  A. A lot, and I remember Ryan had told me,
121:10     he's like, "I don't want you drinking a lot,"
121:11     because he didn't want me to get sick, and he was
121:12     just telling me, he's, like, "Slow down," and I
121:13     remember they went on a walk. They went on a walk,
121:14     and I remember Ryan passed out on the sidewalk, and
121:15     Carter grabbed my hand, and he just told Ryan, he
121:16     said, "I'm taking your girlfriend inside," and I
121:17     remember I was drinking whiskey, a lot of whiskey
121:18     that night, too, and Ryan put it in the fridge and
121:19     Carter took it out of the fridge and just started
121:20     giving me shots over and over and over again, and
121:21     just told me, "Don't tell Ryan. Don't tell him I'm
121:22     giving you this." And I don't really remember much
121:23     after that. I know -- I know he was on top of me,
121:24     and I know we had sex. I remember I pushed him off.
121:25     I remember him, like, scratching me. I remember,
122:01     like, waking up and I saw blood all over my feet, so
122:02     I don't know what happened with that, but I just
122:03     know that there was -- there was blood on my --
122:04     blood on my feet and on my thighs, and I had bite
122:05     marks and scratch marks from him, and then I
122:06     remember Ryan walking inside, and instead of getting
122:07     him off, he told me I was a slut and I was a whore
122:08     and that I wanted it, and then I remember waking up
122:09     the next morning, and he -- I told him I was raped
122:10     and I didn't remember it. He said he was going to
122:11     tell my friends and my family, and I just told him I
122:12     was -- I didn't know what to do. I didn't know who

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 122:13 | to talk to. I had no one to call. And I just -- I | | |
| | 122:14 | just know he didn't protect me that night, and he | | |
| | 122:15 | told me, "You're not going to report this." He told | | |
| | 122:16 | me, "You can't ruin his life. You're not going to | | |
| | 122:17 | ruin my life." He told me that all I do is just | | |
| | 122:18 | ruin people's lives and he told me some awful | | |
| | 122:19 | things, and I was just embarrassed, and I was still | | |
| | 122:20 | drunk whenever I woke up because I had been drinking | | |
| | 122:21 | so much, and I didn't know how to process any of it. | | |

| | | |
|---|---|---|
| Uber Affirmative | | 00:03:07 |
| **TOTAL RUN TIME** | | **00:03:07** |