# DEFENDANTS' COURT EXHIBIT 15

Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic

# Dean, Jaylynn 124 2 - 125 11

Designation List Report

 **Dean, Jaylynn**               **2025-06-27**

| Uber Affirmative | 00:01:51 |
|---|---|
| **TOTAL RUN TIME** | **00:01:51** |



**ID: CX20**

CX20 - Dean, Jaylynn 124 2 - 125 11

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 124:02 - 125:11 | **Dean, Jaylynn 2025-06-27** | 00:01:51 | **CX20.1** |

124:02  Q.  So were you raped first by the roommate or
124:03      first by Ryan?
124:04  A.  The roommate.
124:05  Q.  So you were raped by the roommate and then
124:06      how soon after did Ryan rape you?
124:07  A.  A couple of days after because I still had
124:08      to be there a few days until my dad was able to come
124:09      get me.
124:10  Q.  Okay.  And so then the day -- I think you
124:11      said the day after Ryan raped you, that's when you
124:12      left?
124:13  A.  Yes.
124:14  Q.  Did you ever report the rape by Carter
124:15      Fowles?  Did you report that to the police?
124:16  A.  No, because Ryan told me not to, and I
124:17      listened to him.
124:18  Q.  I know you mentioned some injuries that
124:19      you woke up -- can you describe those a little bit
124:20      more, the physical injuries that you woke up with
124:21      after Carter raped you?
124:22  A.  I just remember there being a lot of blood
124:23      on me and scratches and just marks that he left on
124:24      me.
124:25      MS. ABRAMS:  Do you want to take a break?
125:01      THE WITNESS:  No.  I just remember waking
125:02      up and my body hurting and that's whenever I looked
125:03      down and saw blood on my underwear and blood on my
125:04      feet.  My feet were real messed up and I don't know
125:05      what happened, and there were scratches and bite
125:06      marks all over me, too.
125:07  Q.  (BY MS. BLAKE)  You said blood on your
125:08      underwear.  Did you have vaginal bleeding?
125:09  A.  Yes, and I just remember it just hurt.
125:10      Like, I couldn't even walk because I was in so much
125:11      pain.

| Uber Affirmative | 00:01:51 |
|---|---|
| **TOTAL RUN TIME** | **00:01:51** |