# DEFENDANTS' COURT EXHIBIT 16

Designation Run Report for 6/26/2025 Deposition of Natasha Diaz as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic

# Ramos, Natasha 123 6 17

Designation List Report

 **Ramos, Natasha**  2025-06-26

| Uber Affirmative | 00:00:27 |
|---|---|
| **TOTAL RUN TIME** | **00:00:27** |



**ID: CX21**

**CX21 - Ramos, Natasha 123 6 17**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 123:06 - 123:12 | **Ramos, Natasha 2025-06-26** | 00:00:19 | **CX21.1** |
| | 123:06  Q.  (BY MS. BARTLEY)  When she called | | |
| | 123:07        you that night, did she tell you that she had been | | |
| | 123:08        drinking? | | |
| | 123:09  A.  No. | | |
| | 123:10  Q.  When she -- I'm sorry.  Not when she | | |
| | 123:11        called you.  When you called her -- my apologies. | | |
| | 123:12        When you called her, was she slurring her words? | | |
| 123:14 - 123:17 | **Ramos, Natasha 2025-06-26** | 00:00:08 | **CX21.2** |
| | 123:14        THE WITNESS:  No.  She was not slurring. | | |
| | 123:15  Q.  (BY MS. BARTLEY)  When you called her, did | | |
| | 123:16        she seem drunk to you? | | |
| | 123:17  A.  No. | | |

| | |
|---|---|
| Uber Affirmative | 00:00:27 |
| **TOTAL RUN TIME** | **00:00:27** |