# DEFENDANTS' COURT EXHIBIT 17

Designation Run Report for 6/30/2025 Deposition of Brooklyn Filtz as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic

# Filtz, Brooklyn 49 19 - 50 1

Designation List Report

 **Filtz, Brooklyn**     2025-06-30

| Uber Affirmative | 00:00:26 |
|---|---|
| **TOTAL RUN TIME** | **00:00:26** |



**ID: CX22**

**CX22 - Filtz, Brooklyn 49 19 - 50 1**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:19 - 50:01 | **Filtz, Brooklyn 2025-06-30** | 00:00:26 | **CX22.1** |
| | 49:19  Q.  During Jaylyn Dean's first semester of | | |
| | 49:20       college, did she ever seem anxious to you? | | |
| | 49:21  A.  Yes. | | |
| | 49:22  Q.  Tell me about that. | | |
| | 49:23  A.  Later into the semester she was less | | |
| | 49:24       talkative.  I heard from her less and less.  And she | | |
| | 49:25       was more likely to avoid large group hangouts, | | |
| | 50:01       things such as that. | | |

| | | | |
|---|---|---|---|
| | Uber Affirmative | 00:00:26 | |
| | **TOTAL RUN TIME** | **00:00:26** | |