# DEFENDANTS' COURT EXHIBIT 18

Designation Run Report for 6/30/2025 Deposition of Brooklyn Filtz as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic

# Filtz, Brooklyn 50 13 - 51 1

Designation List Report

**Filtz, Brooklyn**  2025-06-30

| Uber Affirmative | 00:00:45 |
|---|---|
| **TOTAL RUN TIME** | **00:00:45** |



**ID: CX23**

**CX23 - Filtz, Brooklyn 50 13 - 51 1**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 50:13 - 51:01 | **Filtz, Brooklyn 2025-06-30** | 00:00:45 | **CX23.1** |

| | | |
|---|---|---|
| 50:13 | Q. | (By Ms. Clement:)  Did Ms.~Dean |
| 50:14 | | ever appear depressed to you during her first |
| 50:15 | | semester of college? |
| 50:16 | A. | Yes. |
| 50:17 | Q. | How did she appear depressed to you during |
| 50:18 | | her first semester of college? |
| 50:19 | A. | As the semester went on she spent a lot |
| 50:20 | | more time with her boyfriend in his dorm room. |
| 50:21 | | Instead of in her own dorm room.  We felt -- when I |
| 50:22 | | would go over there she was -- Ms. Alecia Gregg's |
| 50:23 | | roommate, I would go over and her room would not be |
| 50:24 | | cleaned and she had not been responding to my texts |
| 50:25 | | as often.  And I knew the signs that something was |
| 51:01 | | wrong and I sensed it was her being depressed. |

| | |
|---|---|
| Uber Affirmative | 00:00:45 |
| **TOTAL RUN TIME** | **00:00:45** |