# DEFENDANTS' COURT EXHIBIT 19

Designation Run Report for 6/26/2025 Deposition of Olajuwon Ramos as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic

# Ramos, Olajuwon - 78 22 - 79 10

Designation List Report



| **Ramos, Olajuwon** | **2025-06-26** |
|---|---|
| Uber Affirmative | 00:00:43 |
| **TOTAL RUN TIME** | **00:00:43** |



**ID: CX24**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 78:22 - 79:10 | **Ramos, Olajuwon 2025-06-26** | 00:00:43 | **CX24.1** |
| | 78:22   Q.  (BY MS. CLEMENT)  Did Jaylynn sound | | |
| | 78:23        like she had been drinking when -- when you had this | | |
| | 78:24        conversation with her? | | |
| | 78:25   A.  No. | | |
| | 79:01   Q.  So she sounded sober to you? | | |
| | 79:02   A.  She was real distraught.  She was just -- | | |
| | 79:03        she was real distraught and scared, you know. | | |
| | 79:04   Q.  But did she sound coherent? | | |
| | 79:05   A.  She was able to talk to me.  She, you | | |
| | 79:06        know, like I said, she was very upset.  She didn't | | |
| | 79:07        sound like she was drunk or anything like that. | | |
| | 79:08   Q.  So, for example, her words were not | | |
| | 79:09        slurring? | | |
| | 79:10   A.  Not that I know of, no. | | |

| | |
|---|---|
| Uber Affirmative | 00:00:43 |
| **TOTAL RUN TIME** | **00:00:43** |