# DEFENDANTS' COURT EXHIBIT 20

Designation Run Report for 6/26/2025 Deposition of Olajuwon Ramos as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic

# Ramos, Olajuwon 74 1 - 75 10

Designation List Report

 **Ramos, Olajuwon**     **2025-06-26**

| Uber Affirmative | 00:00:28 |
|---|---|
| **TOTAL RUN TIME** | **00:00:28** |



**ID: CX25**

**CX25 - Ramos, Olajuwon 74 1 - 75 10**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 75:01 - 75:10 | **Ramos, Olajuwon 2025-06-26** | 00:00:28 | **CX25.1** |
| | 75:01    Basically, she was wanting to talk to my wife | | |
| | 75:02    because she was upset, too.  You know, she said she | | |
| | 75:03    tried calling her mom, but she couldn't get a hold | | |
| | 75:04    of her mom.  I told her to stay right there, not to | | |
| | 75:05    move, not to talk to anybody.  You know, like I | | |
| | 75:06    said, calmed her down.  Told her to call the police | | |
| | 75:07    right now.  I said I'm going to call her mom and get | | |
| | 75:08    her mom to call her, you know, and basically sit | | |
| | 75:09    there, you know, until the police comes, and my wife | | |
| | 75:10    called her. | | |

| | | | |
|---|---|---|---|
| | Uber Affirmative | 00:00:28 | |
| | **TOTAL RUN TIME** | **00:00:28** | |