# DEFENDANTS' COURT EXHIBIT 21

Designation Run Report for 7/22/2025 Deposition of Scott McLaughlin as played in Court on 1/30/2026

# McLaughlin, Scott 2025-07-22 DA PC 1-28

Designation List Report

| | McLaughlin, Scott | 2025-07-22 |
|---|---|---|
| | Uber Affirmative | 00:07:14 |
| | Plaintiff Counters | 00:03:25 |
| | **TOTAL RUN TIME** | **00:10:38** |



ID: VPD90

**VPD90 - McLaughin, Scott 2025-07-22 DA PC 1-28**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:12 - 6:16 | **McLaughlin, Scott 2025-07-22** | 00:00:09 | **VPD90.1** |
| | 6:12   Q.  Can you please state your full name for <br> 6:13        the record? <br> 6:14   A.  Scott Dylan McLaughlin. <br> 6:15   Q.  And where do you live? <br> 6:16   A.  Chicago. | | |
| 9:20 - 9:21 | **McLaughlin, Scott 2025-07-22** | 00:00:03 | **VPD90.2** |
| | 9:20   Q.  What do you do for work? <br> 9:21   A.  I'm a resident physician. | | |
| 9:24 - 10:02 | **McLaughlin, Scott 2025-07-22** | 00:00:06 | **VPD90.3** |
| | 9:24   Q.  How long have you been in Chicago? <br> 10:01  A.  I grew up here, and I just moved back <br> 10:02      about a year ago. | | |
| 10:04 - 10:08 | **McLaughlin, Scott 2025-07-22** | 00:00:13 | **VPD90.4** |
| | 10:04      Where were you previously before <br> 10:05      moving to Chicago? <br> 10:06  A.  Arizona. <br> 10:07  Q.  And how long did you live in Arizona? <br> 10:08  A.  Roughly two years. | | |
| 10:09 - 10:11 | **McLaughlin, Scott 2025-07-22** | 00:00:04 | **VPD90.5** |
| | 10:09  Q.  And what brought you to Arizona for those <br> 10:10      two years? <br> 10:11  A.  Medical school. | | |
| 31:18 - 31:19 | **McLaughlin, Scott 2025-07-22** | 00:00:04 | **VPD90.6** |
| | 31:18  Q.  I want to now switch and just talk about <br> 31:19      your relationship with Jaylynn. | | |
| 31:20 - 31:21 | **McLaughlin, Scott 2025-07-22** | 00:00:04 | **VPD90.7** |
| | 31:20      How did you first meet Jaylynn? <br> 31:21  A.  Bumble. | | |
| 32:01 - 32:10 | **McLaughlin, Scott 2025-07-22** | 00:00:34 | **VPD90.8** |
| | 32:01  Q.  Do you recall how much time had passed <br> 32:02      when you met Jaylynn through Bumble and then met <br> 32:03      her in person? <br> 32:04  A.  No. <br> 32:05  Q.  Do you recall how many times that you saw <br> 32:06      Jaylynn in person? <br> 32:07  A.  Twice. <br> 32:08  Q.  Do you remember when the first time that | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:09    you saw Jaylynn was in person? | | |
| | 32:10  A.  A week or two before the second. | | |
| 33:24 - 34:02 | **McLaughlin, Scott 2025-07-22** | 00:00:08 | **VPD90.9** |
| | 33:24  Q.  Did you ever pick up Jaylynn from any | | |
| | 34:01    location and bring her to your house? | | |
| | 34:02  A.  Never. | | |
| 36:21 - 37:01 | **McLaughlin, Scott 2025-07-22** | 00:00:14 | **VPD90.10** |
| | 36:21  Q.  I will represent to you that Miss Jaylynn | | |
| | 36:22    Dean has testified she was at your house in the | | |
| | 36:23    evening of November 14th, 2023. Does that sound | | |
| | 36:24    correct to the best of your recollection? | | |
| | 37:01  A.  I really don't remember. | | |
| 37:02 - 37:07 | **McLaughlin, Scott 2025-07-22** | 00:00:19 | **VPD90.32** |
| | 37:02  Q.  So on the evening of November 14th, 2023, | | |
| | 37:03    do you recall messaging Jaylynn that she should | | |
| | 37:04    come over? | | |
| | 37:05  A.  Roughly. I don't remember any specifics. | | |
| | 37:06  Q.  Do you remember how she arrived to your | | |
| | 37:07    home that evening? | | |
| 37:08 - 37:09 | **McLaughlin, Scott 2025-07-22** | 00:00:04 | **VPD90.31** |
| | 37:08  A.  I know she had a ride. I'm not -- I don't | | |
| | 37:09    know from who. | | |
| 37:17 - 38:02 | **McLaughlin, Scott 2025-07-22** | 00:00:36 | **VPD90.11** |
| | 37:17  Q.  Do you know about how long she stayed at | | |
| | 37:18    your apartment that evening? | | |
| | 37:19  A.  A couple hours. | | |
| | 37:20  Q.  What do you recall about that time with | | |
| | 37:21    Jaylynn during those couple of hours at your home | | |
| | 37:22    on the evening of November 14th, 2023? | | |
| | 37:23  A.  I remember she came over. I remember we | | |
| | 37:24    were watching TV, and I was drinking, and I | | |
| | 38:01    remember having sex, and I remember walking her to | | |
| | 38:02    the Uber. | | |
| 38:05 - 38:11 | **McLaughlin, Scott 2025-07-22** | 00:00:22 | **VPD90.12** |
| | 38:05    When Ms. Dean or when Jaylynn Dean | | |
| | 38:06    arrived to your home that evening, do you recall | | |
| | 38:07    whether or not you were -- did you have any | | |
| | 38:08    information as to whether or not she had been | | |
| | 38:09    drinking alcohol prior to arriving to your | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 38:10 | | apartment? | | |
| | 38:11 | A. | I remember she showed up with alcohol. | | |
| 40:02 - 40:10 | **McLaughlin, Scott 2025-07-22** | | | 00:00:32 | **VPD90.13** |
| | 40:02 | Q. | Do you recall whether or not Jaylynn drank | | |
| | 40:03 | | whiskey when she was at your house the evening of | | |
| | 40:04 | | November 14th, 2023? | | |
| | 40:05 | A. | I don't remember anything about whiskey, | | |
| | 40:06 | | no.  I'm fairly certain she came over just with | | |
| | 40:07 | | vodka and with canned drinks of some sort.  I only | | |
| | 40:08 | | had beer as far as I can remember, and I remember | | |
| | 40:09 | | drinking my own beer.  I didn't give her any | | |
| | 40:10 | | alcohol of any kind. | | |
| 40:21 - 41:02 | **McLaughlin, Scott 2025-07-22** | | | 00:00:20 | **VPD90.14** |
| | 40:21 | | Do you recall whether or not Jaylynn | | |
| | 40:22 | | was falling asleep while she was at your house the | | |
| | 40:23 | | evening of November 14th, 2023? | | |
| | 40:24 | A. | I remember after we had sex, she started | | |
| | 41:01 | | getting a little bit sick, so I let her take a nap | | |
| | 41:02 | | and gave her water and ordered food. | | |
| 41:05 - 41:07 | **McLaughlin, Scott 2025-07-22** | | | 00:00:08 | **VPD90.15** |
| | 41:05 | Q. | Do you recall how long she | | |
| | 41:06 | | slept for at your house that evening? | | |
| | 41:07 | A. | I think roughly an hour, hour and a half. | | |
| 41:11 - 41:17 | **McLaughlin, Scott 2025-07-22** | | | 00:00:14 | **VPD90.16** |
| | 41:11 | Q. | You said that you had sex that evening | | |
| | 41:12 | | with Jaylynn; correct? | | |
| | 41:13 | A. | Yes. | | |
| | 41:14 | Q. | Do you recall how many times that you had | | |
| | 41:15 | | sex with Jaylynn that evening on November 14th, | | |
| | 41:16 | | 2023? | | |
| | 41:17 | A. | Two or three times. | | |
| 41:18 - 41:20 | **McLaughlin, Scott 2025-07-22** | | | 00:00:05 | **VPD90.33** |
| | 41:18 | Q. | And the two or three times, was that | | |
| | 41:19 | | vaginal intercourse? | | |
| | 41:20 | A. | Yes.  And oral. | | |
| 41:21 - 41:23 | **McLaughlin, Scott 2025-07-22** | | | 00:00:10 | **VPD90.17** |
| | 41:21 | Q. | Did you perform oral sex on Jaylynn on | | |
| | 41:22 | | November 14th, 2023? | | |
| | 41:23 | A. | No, not that I remember. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 42:01 - 42:03 | **McLaughlin, Scott 2025-07-22** | 00:00:06 | **VPD90.18** |
| | 42:01    Did she perform oral sex on you on the evening of | | |
| | 42:02    November 14th, 2023? | | |
| | 42:03  A.  Yes. | | |
| 43:02 - 43:15 | **McLaughlin, Scott 2025-07-22** | 00:00:46 | **VPD90.19** |
| | 43:02  Q.  During the course of the time that she was | | |
| | 43:03    at your home and drinking alcohol, did her demeanor | | |
| | 43:04    change in any way? | | |
| | 43:05  A.  Yes. | | |
| | 43:06  Q.  And how did it change? | | |
| | 43:07  A.  I remember at one point after we had sex, | | |
| | 43:08    she started drinking the vodka semi-aggressively, | | |
| | 43:09    and I told her she should slow down and that she | | |
| | 43:10    was going to get sick. | | |
| | 43:11  Q.  When you mean semi-aggressively, what do | | |
| | 43:12    you mean by that? | | |
| | 43:13  A.  I guess aggressive isn't the right word. | | |
| | 43:14    More so she just was drinking straight from the | | |
| | 43:15    vodka bottle for, like, some bigger sips. | | |
| 43:20 - 43:24 | **McLaughlin, Scott 2025-07-22** | 00:00:12 | **VPD90.20** |
| | 43:20  Q.  And do you recall how much of that bottle | | |
| | 43:21    was left when she first arrived to your house that | | |
| | 43:22    evening? | | |
| | 43:23  A.  I remember she came over, and I think it | | |
| | 43:24    was half drank. | | |
| 44:07 - 44:14 | **McLaughlin, Scott 2025-07-22** | 00:00:31 | **VPD90.21** |
| | 44:07  Q.  By the time that she left your apartment | | |
| | 44:08    that evening, would you describe her as | | |
| | 44:09    intoxicated? | | |
| | 44:10  A.  I remember before the nap, yes.  I don't | | |
| | 44:11    really remember after too well because, keep in | | |
| | 44:12    mind, I was drinking myself. | | |
| | 44:13  Q.  Do you recall whether or not she threw up | | |
| | 44:14    while she was at your apartment? | | |
| 44:15 - 44:17 | **McLaughlin, Scott 2025-07-22** | 00:00:08 | **VPD90.22** |
| | 44:15  A.  I don't remember her throwing up, no.  But | | |
| | 44:16    keep in mind, once again, I was drinking beer | | |
| | 44:17    before she even came over. | | |
| 44:22 - 45:02 | **McLaughlin, Scott 2025-07-22** | 00:00:11 | **VPD90.23** |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 44:22 | Q. | Were you drunk by the time that Jaylynn | | **VPD90.23** |
| | 44:23 | | left your apartment that evening? | | |
| | 44:24 | A. | Truthfully, I don't remember, but my | | |
| | 45:01 | | memory was foggier, but I didn't black out or | | |
| | 45:02 | | anything. | | |
| 45:16 - 45:23 | **McLaughlin, Scott 2025-07-22** | | | 00:00:31 | **VPD90.24** |
| | 45:16 | | BY MS. BLAKE: | | |
| | 45:17 | Q. | What, if anything, do you remember about | | |
| | 45:18 | | why Jaylynn left your apartment that evening? | | |
| | 45:19 | A. | It was -- I don't remember exactly why. I | | |
| | 45:20 | | just remember it was getting late and, I mean, I'm | | |
| | 45:21 | | always busy, you know, so I'd be guessing. I just | | |
| | 45:22 | | remember it was getting late. That's all I could | | |
| | 45:23 | | tell you. | | |
| 46:04 - 47:06 | **McLaughlin, Scott 2025-07-22** | | | 00:01:42 | **VPD90.25** |
| | 46:04 | Q. | Do you recall using the Uber app on | | |
| | 46:05 | | Jaylynn's phone to call an Uber that evening? | | |
| | 46:06 | A. | Yes. | | |
| | 46:07 | Q. | Tell me what you remember about that. | | |
| | 46:08 | A. | I don't remember who actually ordered it. | | |
| | 46:09 | | I just remember later under her nap, someone | | |
| | 46:10 | | ordered it, and then I watched it until it got | | |
| | 46:11 | | there on the app to see when it, like, arrived. | | |
| | 46:12 | Q. | Let me ask you to rephrase that. You said | | |
| | 46:13 | | during her nap someone ordered it? | | |
| | 46:14 | A. | Well, at some point in the nap, she woke | | |
| | 46:15 | | up. No. No. This is what it was. At some point | | |
| | 46:16 | | during the nap, we had ordered Chick-fil-A to try | | |
| | 46:17 | | and sober her up. And when the Chick-fil-A came, | | |
| | 46:18 | | we ate the Chick-fil-A, and then afterwards at some | | |
| | 46:19 | | point, someone called an Uber off of her phone. | | |
| | 46:20 | | And then I remember watching said Uber, tracking it | | |
| | 46:21 | | to my apartment. | | |
| | 46:22 | Q. | And when you say someone called the Uber, | | |
| | 46:23 | | do you mean either yourself or Jaylynn? | | |
| | 46:24 | A. | Yes. | | |
| | 47:01 | Q. | You mentioned ordering Chick-fil-A to help | | |
| | 47:02 | | sober her up. Did you notice any difference in her | | |
| | 47:03 | | demeanor after eating Chick-fil-A? | | |
| | 47:04 | A. | Yes. I remember she was better. I don't | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 47:05 remember, like, details, though. I just remember, | | |
| | 47:06 like, it did help her. | | |
| 47:20 - 47:24 | **McLaughlin, Scott 2025-07-22** | 00:00:09 | **VPD90.26** |
| | 47:20 Q. You said that you followed the Uber driver | | |
| | 47:21 on the app to see when he would arrive at your | | |
| | 47:22 apartment; is that right? | | |
| | 47:23 A. Yes. | | |
| | 47:24 Q. Do you recall whether or not you had a | | |
| 48:01 - 48:15 | **McLaughlin, Scott 2025-07-22** | 00:00:47 | **VPD90.27** |
| | 48:01 conversation with the Uber driver? | | |
| | 48:02 A. I remember very, very vaguely having a | | |
| | 48:03 very minimal exchange, but I remember very little. | | |
| | 48:04 Q. And was this minimal exchange on the phone | | |
| | 48:05 or in person? | | |
| | 48:06 A. In person. | | |
| | 48:07 Q. And what do you recall about that | | |
| | 48:08 exchange? | | |
| | 48:09 A. I remember seeing his car pull up in a | | |
| | 48:10 parking lot behind my unit. I remember walking her | | |
| | 48:11 to the car. I remember him asking if this is your | | |
| | 48:12 boyfriend, and that's literally it. That's all I | | |
| | 48:13 remember. And I think maybe at some point, maybe I | | |
| | 48:14 communicated with him on the Uber app just | | |
| | 48:15 describing the parking lot. | | |
| 48:21 - 48:23 | **McLaughlin, Scott 2025-07-22** | 00:00:12 | **VPD90.28** |
| | 48:21 Q. Do you -- when you walked Jaylynn to the | | |
| | 48:22 car, can you describe her demeanor during that walk | | |
| | 48:23 to the car, if you can recall? | | |
| 49:02 - 49:11 | **McLaughlin, Scott 2025-07-22** | 00:00:23 | **VPD90.29** |
| | 49:02 A. I remember her walking just like a normal | | |
| | 49:03 person walks to the car. | | |
| | 49:04 BY MS. BLAKE: | | |
| | 49:05 Q. Okay. Do you recall whether or not she | | |
| | 49:06 was stumbling or swaying when she was walking to | | |
| | 49:07 the Uber? | | |
| | 49:08 A. I, personally, don't remember, that, no. | | |
| | 49:09 Q. When you say walking like a normal person, | | |
| | 49:10 what do you mean by that? | | |
| | 49:11 A. How you and I would walk right now sober. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:12 - 49:24 | **McLaughlin, Scott 2025-07-22** | 00:00:31 | **VPD90.30** |
| | 49:12   Q.   Do you recall whether or not you | | |
| | 49:13         physically opened the door to the Uber for her? | | |
| | 49:14   A.   No. I do not recall. | | |
| | 49:15   Q.   Do you recall what side of the Uber that | | |
| | 49:16         she got in? | | |
| | 49:17   A.   I remember that we were walking to the car | | |
| | 49:18         from the right side. | | |
| | 49:19   Q.   And would the right side have been the | | |
| | 49:20         driver's side or the passenger side? | | |
| | 49:21   A.   Passenger side. | | |
| | 49:22   Q.   And do you recall whether or not she got | | |
| | 49:23         in the back seat or the front seat? | | |
| | 49:24   A.   Back. | | |

| | |
|---|---|
| Uber Affirmative | 00:07:14 |
| Plaintiff Counters | 00:03:25 |
| **TOTAL RUN TIME** | **00:10:38** |