# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.            ) MDL No. 3084 CRB
PASSENGER SEXUAL ASSAULT LITIGATION       )
_____)
                                          )
This Document Relates to:                 )
Jaylynn Dean v. Uber Technologies,        )
Inc., et al.,                             )
                                          )
3:23-cv-06708                             )
                                          )

30(a)(1) DEPOSITION OF DETECTIVE OSCAR LOPEZ

(CONTAINS CONFIDENTIAL PORTIONS)

December 30, 2025
9:39 a.m.
Tempe, Arizona

Prepared by:
Andres Efren Anaya, RPR
CR No. 50964

Detective Oscar Lopez
December 30, 2025

1             (Whereby the witness was duly sworn.)

2             MR. PERKINS:  Good morning.

3             MS. BUENO:  Good morning.  Good morning.  This
4    is Kim Bueno on behalf of defendants.  We are here with
5    Detective Lopez today because Detective Lopez was listed
6    by defendants on the witness lists that we exchanged on
7    December 10th of 2025.  Plaintiffs did not include
8    Detective Lopez on their witness list.

9             This deposition is being taken by agreement
10   because Plaintiffs asked for and defendants agreed to an
11   opportunity to depose Detective Lopez before trial to
12   discover what testimony he would provide.  It's
13   defendant's position that this is not a trial preservation
14   deposition to be played at trial.

15            Indeed because Detective Lopez has been
16   subpoenaed and will be appearing at trial in Phoenix in
17   January, this would not be proper for Plaintiffs to
18   provide this testimony directly to the jury.

19            We also have stipulated that all audio, body
20   cam footage, and video that was produced from the Tempe
21   Police Department is admissible into evidence.  So the
22   parties will not be needing to do anything further on
23   that.  It's authentic and it's admissible.  There is a
24   dispute among the parties about the actual substantive
25   documents and records that come from the Tempe Police

Detective Oscar Lopez
December 30, 2025

1  Department.
2           Defendants have told Plaintiffs that if there
3  is an agreement to admissibility of Detective Lopez's
4  report, there would be no need to call him to trial.
5  Plaintiffs have rejected that stipulation and as a result,
6  we will bring Detective Lopez to trial.
7           MR. PERKINS:  Well, I appreciate you telling
8  the detective that.  There's a lot more to it than what
9  you stated and the implications that we are dragging
10 Detective Lopez for trial for some sort of failure or
11 rejection of a stipulation I think is improper.  I think
12 it's improper to say that to the detective prior to his
13 deposition today.  And we are treating this as an evidence
14 preservation deposition.  And I object to the statements
15 that you made before regarding the reasons why Detective
16 Lopez is here today.
17          Let's proceed.
18
19
20
21
22
23
24
25