# EXHIBIT 4

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| Jaylynn Dean, an individual, ) | |
| ) | No. 2:25-cv-04276-CRB |
| Plaintiff, ) | |
| ) | |
| vs. ) | Phoenix, Arizona |
| ) | January 23, 2026 |
| UBER TECHNOLOGIES, INC., a ) | 8:37 a.m. |
| Delaware Corporation; RASIER, ) | |
| LLC, a Delaware Limited ) | |
| Liability Company; and DOES 1 ) | |
| Through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 9 A.M. SESSION (Pages 1541 - 1670)**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1    ongoing process, I think, as an example, you can certainly ask
2    the witness:  Well, you weren't there.  You don't know to what
3    extent, if any, she was intoxicated that night?  I mean, you
4    may have received reports and so forth, but you are not a
5    percipient witness to this.  You cannot give an opinion as to
6    whether she was intoxicated that night.
7              MS. LONDON:  Right.  Understood, Your Honor.  And part
8    of the issue is, you know, to -- what happened is Ms. Bueno
9    moved into evidence, you know, videos of, you know, Ms. Dean
10   walking in, and videos of other things to suggest -- I mean,
11   the evidence has been admitted for these --
12             THE COURT:  Well, the reason about that, they'll come
13   in anyway.  I mean, I had to -- I sat here and I thought, well,
14   while I thought it was improper to ask this witness those
15   questions, I thought it was proper evidence in the sense
16   that -- well, first of all, I think Ms. Bueno referred to it in
17   her opening statement, but whether she did or not, it would
18   have been perfectly admissible evidence.
19             MS. BUENO:  Yes, Your Honor.  The parties have
20   stipulated that all of that video is coming in.  So that's not
21   the issue.  I hear you loud and clear.
22             But I do want to just state for the record that when
23   plaintiffs asked the question that you pointed out on page 3 of
24   our brief about whether or not he formed any opinions based on
25   what he reviewed, that the actions that Uber did take with

1  respect to Ms. Dean actually increased the risk to her, that
2  question, in my mind, allowed me to probe.
3         Now, what I've heard you say this morning is that
4  question probably -- I should have objected, and you might have
5  sustained that objection and required plaintiffs to say if
6  someone similarly situated.  But the fact that that's not what
7  happened, and they were eliciting that, I just want Your Honor
8  to understand --
9         THE COURT:  I'm not at all accusing you of misconduct.
10        MS. BUENO:  Thank you.
11        THE COURT:  I mean, that's clear.  I understand
12 exactly.
13        MS. BUENO:  I think we're on the --
14        THE COURT:  I don't for a moment fault that.
15        MS. BUENO:  Thank you.  So for that reason, it would
16 not be proper to strike anything.  But, look, I've heard you,
17 and going forward, we're not going to be dealing with this
18 today.  And I think we very fully briefed everything.
19        I will make just a very quick offer of proof.
20        THE COURT:  Sure.
21        MS. BUENO:  The police report that we intended to
22 offer into evidence through this witness is 4156, starting at
23 page 0009, which is Detectives Lopez's report.  So I'll offer
24 that as a proffer.
25        And then I will also offer two documents about