# EXHIBIT 5

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| Jaylynn Dean, an individual,  ) | |
| ) | No. 2:25-cv-04276-CRB |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Phoenix, Arizona |
| ) | January 22, 2026 |
| UBER TECHNOLOGIES, INC., a  ) | 12:46 p.m. |
| Delaware Corporation; RASIER, ) | |
| LLC, a Delaware Limited  ) | |
| Liability Company; and DOES 1 ) | |
| Through 50, inclusive,  ) | |
| ) | |
| Defendants.  ) | |
| _____ ) | |

**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 8 P.M. SESSION (Pages 1400 - 1540)**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1  we don't have it transcribed quite yet, an opportunity to look
2  at the next one and then comment on what was significant to
3  you.
4          MS. LONDON:  So I'd like to move into evidence
5  Exhibit 1936, please.
6          THE COURT:  Admitted.
7          (Video Exhibit Number 1936 was played.)
8  BY MS. LONDON:
9  Q.  Chief Tremblay, what was significant to you about the
10 interview with this outcry witness?
11 A.  So this is exactly why outcry witnesses are important to
12 help us, again, look at what's occurring.
13         This particular outcry witness I would call an
14 immediate outcry witness.  We're talking about the observations
15 that he is sharing in the steps between getting out of the car
16 and coming in.  So this is immediate.
17         And oftentimes there is delayed reporting in these
18 cases as a result of the trauma.  In this case, he immediately
19 recognized something is not right.  And, again, you hear the
20 trauma.  What he is describing to you is consistent with my
21 work with victims and survivors around trauma.
22         And you heard the same thing in the 911 call as well,
23 the excitement is about some of those chemicals that run
24 through us that give us extra energy, corticosteroids and
25 adrenaline following a traumatic event, again, fragmented

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| Jaylynn Dean, an individual, ) | |
| ) | No. 2:25-cv-04276-CRB |
|         Plaintiff,        ) | |
| ) | |
|         vs.                ) | Phoenix, Arizona |
| ) | January 23, 2026 |
| UBER TECHNOLOGIES, INC., a    ) | 8:37 a.m. |
| Delaware Corporation; RASIER, ) | |
| LLC, a Delaware Limited       ) | |
| Liability Company; and DOES 1 ) | |
| Through 50, inclusive,        ) | |
| ) | |
|         Defendants.        ) | |
| _____ ) | |

**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 9 A.M. SESSION (Pages 1541 - 1670)**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1  Q.  So we have gone ahead and made those now with transcripts,
2  and I'd like to go ahead and play those now with the
3  transcripts so the jury can consider that.
4          So I'd like to --
5          MS. BUENO:  I just have a cumulative objection.  We
6  already showed this to this witness yesterday or -- yesterday,
7  yes.
8          THE COURT:  I think they're probably going to show
9  something that you didn't show to the witness.
10         MS. LONDON:  It's the same but it's with the
11 transcript so it can be understood.
12         THE COURT:  Okay.
13         MS. LONDON:  I'd like to go ahead and show, please,
14 we'll start with, I believe it's 1923.
15         (Video Exhibit Number 1923 was played.)
16 BY MS. LONDON:
17 Q.  All right.  Then we have one more clip of the hotel clerk
18 Kenny to show, and that's -- please play 1936, please.
19         (Video Exhibit Number 1936 was played.)
20 BY MS. LONDON:
21 Q.  And, Chief Tremblay, you were shown also some videos of
22 Ms. Dean during her forensic interview.  Remember she had the
23 blanket around her?
24         Do you recall those?
25 A.  Yes, I do.