# EXHIBIT 7

| | |
|---|---|
| **From:** | Vartain, Laura |
| **Sent:** | Wednesday, December 31, 2025 1:47 PM |
| **To:** | Ellyn Hurd; Roopal Luhana |
| **Cc:** | Andrew Kaufman; *lfisher@omm.com; Bueno, Kim; *jschneller@omm.com; Maya Kalonia; An Truong; William Smith; Steven Cohn |
| **Subject:** | RE: [EXTERNAL] RE: M&C |
| **Attachments:** | Exhibit 1 - TPD Records (Revised).pdf; 2025.12.30 DRAFT Joint Stipulation re P updated - exchange(132716658.1).docx |

Ellyn: Our minimal edits are attached in redline as well as Exhibit 1. Flagging that we included the TPD photos (the first entry), which are admissible. The substantive edit to our portion is that we expect our trial brief to be approximately 15 pages. I revised typos in a joint section at VI.A in redline.

We have reviewed your exhibit and witness lists, which remain inconsistent with the length of case. We'll file an administrative motion to strike, unless you agree to substantially trim the lists down by Friday at 5:00PT. Let me know if you agree to do so.

Please send me back a clean version before you file so that I can review and approve for filing.

Laura

**Laura Vartain**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1625  **M** +1 628 224 3989
**F** +1 415 439 1500

laura.vartain@kirkland.com

**From:** Ellyn Hurd <ehurd@simmonsfirm.com>
**Sent:** Tuesday, December 30, 2025 11:14 AM
**To:** Vartain, Laura <laura.vartain@kirkland.com>; Roopal Luhana <luhana@chaffinluhana.com>
**Cc:** Andrew Kaufman <akaufman@girardsharp.com>; Louis W. Fisher <lfisher@omm.com>; Bueno, Kim <kim.bueno@kirkland.com>; *jschneller@omm.com <jschneller@omm.com>; Maya Kalonia <mkalonia@girardsharp.com>; An Truong <atruong@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>; Steven Cohn <cohn@chaffinluhana.com>
**Subject:** RE: [EXTERNAL] RE: M&C

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Laura – see updated stipulation and positions.  Can you please send an updated Exhibit A.  Can we get this filed today?

Separately, per Judge Cisneros' order (see attached), the parties are supposed to file a joint statement or a stipulation and proposed order today addressing our position on whether her December 17 order has any effect beyond the first 5 bellwethers.  We would like to submit a stipulation extending the deadline to file until after the Dean trial.  Are you open to extending until February 13, 2025?

1