# EXHIBIT 7-B

# EXHIBIT 1

| Exhibit # | Date | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| | 6/12/2025 | Tempe PD Bah and Lopez photos | JDean-TempePD-000087 | JDean-TempePD-000087 |
| | 7/8/2025 | Tempe PD Body Cam Footage of talk with Dean | JDean-TempePD-000089 | JDean-TempePD-000089 |
| | 11/15/2023 | Bodycam footage of interview with hotel clerk | JDean-TempePD-000090 | JDean-TempePD-000090 |
| | 7/8/2025 | Tempe PD Body Cam Footage of walk around hotel | JDean-TempePD-000091 | JDean-TempePD-000091 |
| | 7/8/2025 | Tempe PD Body Cam Footage of talk about Turay call | JDean-TempePD-000092 | JDean-TempePD-000092 |
| | 11/16/2023 | Bodycam Footage with Phone call to Turay | JDean-TempePD-000093 | JDean-TempePD-000093 |
| | 11/16/2023 | Tempe Police Body Cam Footage | JDean-TempePD-000094 | JDean-TempePD-000094 |
| | Undated | Tempe Police Interview Room Footage | JDean-TempePD-000095 | JDean-TempePD-000095 |
| | 11/15/2023 | Bodycam footage of Dean's phone | JDean-TempePD-000096 | JDean-TempePD-000096 |
| | 11/15/2023 | Uber App - Driver profile / route video | JDean-TempePD-000097 | JDean-TempePD-000097 |
| | Undated | CCTV footage of police interview with dean in hotel | JDean-TempePD-000098 | JDean-TempePD-000098 |
| | Undated | CCTV hotel entry footage | JDean-TempePD-000099 | JDean-TempePD-000099 |
| | Undated | CCTV parking lot footage | JDean-TempePD-000100 | JDean-TempePD-000100 |
| | Undated | CCTV parking lot footage | JDean-TempePD-000101 | JDean-TempePD-000101 |
| | Undated | CCTV front desk footage | JDean-TempePD-000102 | JDean-TempePD-000102 |
| | Undated | Tempe Police Cam Footage | JDean-TempePD-000103 | JDean-TempePD-000103 |
| | Undated | CCTV parking lot footage | JDean-TempePD-000104 | JDean-TempePD-000104 |
| | Undated | CCTV parking lot footage | JDean-TempePD-000105 | JDean-TempePD-000105 |
| | Undated | CCTV parking lot / hotel entry footage | JDean-TempePD-000106 | JDean-TempePD-000106 |
| | Undated | CCTV Footage | JDean-TempePD-000107 | JDean-TempePD-000107 |
| | Undated | CCTV Footage | JDean-TempePD-000108 | JDean-TempePD-000108 |
| | Undated | CCTV lawn footage | JDean-TempePD-000109 | JDean-TempePD-000109 |
| | Undated | CCTV hotel sidewalk footage | JDean-TempePD-000110 | JDean-TempePD-000110 |
| | Undated | CCTV hotel sidewalk footage | JDean-TempePD-000111 | JDean-TempePD-000111 |
| | 11/15/2023 | Bodycam footage of interview with Dean | JDean-TempePD-000112 | JDean-TempePD-000112 |
| | 11/15/2023 | Bodycam footage of interview with hotel clerk | JDean-TempePD-000113 | JDean-TempePD-000113 |
| | Undated | Tempe PD Body Cam Footage of report filing | JDean-TempePD-000114 | JDean-TempePD-000114 |
| | Undated | Tempe PD Audio Footage with Dean re work | JDean-TempePD-000115 | JDean-TempePD-000115 |
| | Undated | Tempe Police Audio (Jaylynn Dean) | JDean-TempePD-000116 | JDean-TempePD-000116 |
| | Undated | Tempe Police Audio (Driver H. Turay) | JDean-TempePD-000117 | JDean-TempePD-000117 |
| | Undated | Tempe Police Audio (Jaylynn Dean) | JDean-TempePD-000118 | JDean-TempePD-000118 |
| | 7/8/2025 | Tempe PD Audio Footage Dean call to Lopez | JDean-TempePD-000119 | JDean-TempePD-000119 |
| | 7/8/2025 | Tempe PD Audio Footage Hasan call to Lopez re Apple Maps | JDean-TempePD-000120 | JDean-TempePD-000120 |
| | 7/8/2025 | CCTV hotel cafeteria footage | JDean-TempePD-000121 | JDean-TempePD-000121 |
| | Undated | Tempe Police Cam Footage (Hotel Entrance) | JDean-TempePD-000122 | JDean-TempePD-000122 |
| | Undated | Tempe Police Audio | JDean-TempePD-000123 | JDean-TempePD-000123 |