# EXHIBIT 8

| | |
|---|---|
| **From:** | Vartain, Laura |
| **Sent:** | Monday, January 5, 2026 11:58 PM |
| **To:** | Roopal Luhana; Ellyn Hurd |
| **Cc:** | Andrew Kaufman; *lfisher@omm.com; Bueno, Kim; *jschneller@omm.com; Maya Kalonia; An Truong; William Smith; Steven Cohn |
| **Subject:** | RE: [EXTERNAL] RE: M&C |

Roopal, can you please attach the CAD?

**Laura Vartain**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1625  **M** +1 628 224 3989
**F** +1 415 439 1500

laura.vartain@kirkland.com

---

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Monday, January 5, 2026 8:18 PM
**To:** Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>
**Cc:** Andrew Kaufman <akaufman@girardsharp.com>; Louis W. Fisher <lfisher@omm.com>; Bueno, Kim <kim.bueno@kirkland.com>; *jschneller@omm.com <jschneller@omm.com>; Maya Kalonia <mkalonia@girardsharp.com>; An Truong <atruong@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>; Steven Cohn <cohn@chaffinluhana.com>
**Subject:** Re: [EXTERNAL] RE: M&C

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Additionally Laura for Ex. 1 we're okay with everything but for **JDean-TempePD-000087.** While it contains photos from officers Bah and Lopez (which are fine), it also contains the attached CAD file, which we object to. If you remove the CAD file; we're good with Exhibit 1. Thanks.

Best,
Roopal


**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



[ChaffinLuhana.com](ChaffinLuhana.com)
[ChaffinLuhanaFoundation.org](ChaffinLuhanaFoundation.org)

**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Monday, January 5, 2026 10:25 PM
**To:** Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>
**Cc:** Andrew Kaufman <akaufman@girardsharp.com>; Louis W. Fisher <lfisher@omm.com>; Bueno, Kim <kim.bueno@kirkland.com>; *jschneller@omm.com <jschneller@omm.com>; Maya Kalonia <mkalonia@girardsharp.com>; An Truong <atruong@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>; Steven Cohn <cohn@chaffinluhana.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** Re: [EXTERNAL] RE: M&C

Laura, please find our redlines attached. If you're fine with these edits, we should get this filed tonight. Thanks.

Best,
Roopal

**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

Serving clients nationwide with offices in CT, NY, PA, and WV.