# EXHIBIT 9

| | |
|---|---|
| **From:** | Roopal Luhana <Luhana@chaffinluhana.com> |
| **Sent:** | Wednesday, January 7, 2026 5:36 PM |
| **To:** | Vartain, Laura; Ellyn Hurd |
| **Cc:** | Andrew Kaufman; *lfisher@omm.com; Bueno, Kim; *jschneller@omm.com; Maya Kalonia; An Truong; William Smith; Steven Cohn; Roopal Luhana |
| **Subject:** | Re: [EXTERNAL] RE: M&C |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Laura, I'd like to get our Joint Pre-Trial Stipulation filed and confirm that there are no further disputes.  Are Defendants ok with exchanging cross-exam documents (2pm day before witness testifies), demonstratives (6pm night before witness testifies) and objections (8pm night before witness testifies? Can you please let me know? Thanks.

Best,
Roopal


**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana

1