# EXHIBIT 10

| | |
|---|---|
| **From:** | Vartain, Laura |
| **Sent:** | Sunday, February 1, 2026 2:00 PM |
| **To:** | Ellyn Hurd; Caritis, Alexandra |
| **Cc:** | Alexandra Walsh; Roopal Luhana; Sarah London; Rachel Abrams; William Smith; Maya Kalonia; Hannah Schaafsma; Rebecca Barnholtz; Bueno, Kim; Blake, Tara; Levy, Jennifer; An Truong; Reilly Dunne; Deborah Chang; Cesar Garcia; Reenee Gangopadhyay; Sara Peters; Kristen Palumbo; Andrew Kaufman |
| **Subject:** | RE: [EXTERNAL] Re: MDL (Dean) - Defendants Witness Disclosure for Friday, January 30 |
| **Attachments:** | Re: [EXTERNAL] RE: M&C ; Exhibit 1 - TPD Records (Revised).pdf |

Ellyn: Your position is contrary to an agreement that you made, which I negotiated with you and Roopal. The parties' agreement is memorialized multiple times, including in the trial record, without any objection on your part. Based on the parties' agreement, we did not object to your playing the TPD video of Bagby at trial (multiple times).

The record demonstrates that Exhibit 4096 is the Tempe PD Audio Bates stamped as TempePD-000117, which you agreed was admissible. The parties negotiated an agreement to admissibility of the TPD records on the attached exhibit, except for the CAD, which you wanted removed. Correspondence regarding this is attached. Further, the trial record is clear that the parties agreed that all the video from TPD is admissible. See, e.g., 2026.01.23 Trial AM Session (Tremblay) [1541 - 1670], 1553:7-1554:12, 1/23/2026 8:37:00 AM; 2026.01.06 Pretrial Conference, 52:19-53:12, 1/6/2026. In addition, during the deposition of Detective Lopez, Mr. Perkins specifically asked for our confirmation that TPD video was admissible, and we gave that confirmation. See, Lopez Tr. 105:24-105:7; see also 9:4-10:1.

We intend to play the video tomorrow and will raise your reversal of an agreement that we made with you and that we relied upon to the Court.

If, instead, you would like to discuss whether you have any specific objections to sections of the video that you would like us to consider, please let us know that immediately.

Best,
Laura

**Laura Vartain**

---

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1625  **M** +1 628 224 3989
**F** +1 415 439 1500

---

laura.vartain@kirkland.com

**From:** Ellyn Hurd <ehurd@simmonsfirm.com>
**Sent:** Sunday, February 1, 2026 9:56 AM
**To:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Cc:** Alexandra Walsh <awalsh@anapolweiss.com>; Roopal Luhana <luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; William Smith <wsmith@anapolweiss.com>; Maya Kalonia <mkalonia@girardsharp.com>; Hannah Schaafsma <hschaafsma@anapolweiss.com>; Rebecca Barnholtz <rbarnholtz@anapolweiss.com>; Bueno, Kim <kim.bueno@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; An Truong <atruong@simmonsfirm.com>; Reilly Dunne <rdunne@simmonsfirm.com>; Deborah Chang <deborah@changklein.com>; Cesar Garcia <cesar@changklein.com>; Reenee Gangopadhyay <Gangopadhyay@chaffinluhana.com>; Sara Peters

&lt;speters@walkuplawoffice.com&gt;; Kristen Palumbo &lt;kpalumbo@girardsharp.com&gt;; Andrew Kaufman &lt;akaufman@girardsharp.com&gt;
**Subject:** RE: [EXTERNAL] Re: MDL (Dean) - Defendants Witness Disclosure for Friday, January 30

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Alex – there was no stipulation. And it is inadmissible hearsay in any event.

Ellyn H. Hurd
Simmons Hanly Conroy
508 560 6488 cell

---

**From:** Caritis, Alexandra &lt;alexandra.caritis@kirkland.com&gt;
**Sent:** Sunday, February 1, 2026 11:07 AM
**To:** Ellyn Hurd &lt;ehurd@simmonsfirm.com&gt;
**Cc:** Alexandra Walsh &lt;awalsh@anapolweiss.com&gt;; Roopal Luhana &lt;luhana@chaffinluhana.com&gt;; Sarah London &lt;slondon@girardsharp.com&gt;; Rachel Abrams &lt;rabrams@peifferwolf.com&gt;; William Smith &lt;wsmith@anapolweiss.com&gt;; Maya Kalonia &lt;mkalonia@girardsharp.com&gt;; Hannah Schaafsma &lt;hschaafsma@anapolweiss.com&gt;; Rebecca Barnholtz &lt;rbarnholtz@anapolweiss.com&gt;; Bueno, Kim &lt;kim.bueno@kirkland.com&gt;; Vartain, Laura &lt;laura.vartain@kirkland.com&gt;; Blake, Tara &lt;tara.blake@kirkland.com&gt;; Levy, Jennifer &lt;jlevy@kirkland.com&gt;; An Truong &lt;atruong@simmonsfirm.com&gt;; Reilly Dunne &lt;rdunne@simmonsfirm.com&gt;; Deborah Chang &lt;deborah@changklein.com&gt;; Cesar Garcia &lt;cesar@changklein.com&gt;; Reenee Gangopadhyay &lt;Gangopadhyay@chaffinluhana.com&gt;; Sara Peters &lt;speters@walkuplawoffice.com&gt;; Kristen Palumbo &lt;kpalumbo@girardsharp.com&gt;
**Subject:** Re: [EXTERNAL] Re: MDL (Dean) - Defendants Witness Disclosure for Friday, January 30

Ellyn,

What is the basis? The parties have stipulated to admissibility.

Thanks.

**Alexandra Caritis**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531   **M** +1 412 780 7147
**F** +1 713 836 3601

alexandra.caritis@kirkland.com

> On Jan 31, 2026, at 11:04 PM, Ellyn Hurd &lt;ehurd@simmonsfirm.com&gt; wrote:
>
> Counsel – Plaintiff objects to Defendant's use of Trial Exhibit 4096.
>
> Ellyn H. Hurd
> Simmons Hanly Conroy
> 508 560 6488 cell

**From:** Caritis, Alexandra <alexandra.caritis@kirkland.com>
**Sent:** Saturday, January 31, 2026 11:25 PM
**To:** Walsh, Alexandra <awalsh@anapolweiss.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <luhana@chaffinluhana.com>
**Cc:** Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Smith, William <wsmith@anapolweiss.com>; Maya Kalonia <mkalonia@girardsharp.com>; Schaafsma, Hannah <hschaafsma@anapolweiss.com>; Barnholtz, Rebecca <rbarnholtz@anapolweiss.com>; Bueno, Kim <kim.bueno@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; An Truong <atruong@simmonsfirm.com>; Reilly Dunne <rdunne@simmonsfirm.com>; Deborah Chang <deborah@changklein.com>; Cesar Garcia <cesar@changklein.com>; Reenee Gangopadhyay <gangopadhyay@chaffinluhana.com>; Sara Peters <speters@walkuplawoffice.com>; Kristen Palumbo <kpalumbo@girardsharp.com>
**Subject:** RE: [EXTERNAL] Re: MDL (Dean) - Defendants Witness Disclosure for Friday, January 30

All,

Defendants supplement their Monday, February 2 disclosure with Ex 4096, which the parties have stipulated is admissible as part of the Tempe Police video records. We intend to play the attached compilation of Ex 4096; a full transcript is attached for your convenience. If your team has any objections to this compilation, Defendant will play the entire exhibit which is 21 minutes.

Thanks.

**Alexandra Caritis**

**KIRKLAND & ELLIS LLP**
609 Main Street, Houston, TX 77002
**T** +1 713 836 3531   **M** +1 412 780 7147
**F** +1 713 836 3601

alexandra.caritis@kirkland.com

---

**From:** Caritis, Alexandra
**Sent:** Saturday, January 31, 2026 7:30 PM
**To:** 'Walsh, Alexandra' <awalsh@anapolweiss.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <luhana@chaffinluhana.com>
**Cc:** Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Smith, William <wsmith@anapolweiss.com>; Maya Kalonia <mkalonia@girardsharp.com>; Schaafsma, Hannah <hschaafsma@anapolweiss.com>; Barnholtz, Rebecca <rbarnholtz@anapolweiss.com>; Bueno, Kim <kim.bueno@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; An Truong <atruong@simmonsfirm.com>; Reilly Dunne <rdunne@simmonsfirm.com>; Deborah Chang <deborah@changklein.com>; Cesar Garcia <cesar@changklein.com>; Reenee Gangopadhyay <gangopadhyay@chaffinluhana.com>; Sara Peters <speters@walkuplawoffice.com>; Kristen Palumbo <kpalumbo@girardsharp.com>
**Subject:** RE: [EXTERNAL] Re: MDL (Dean) - Defendants Witness Disclosure for Friday, January 30

Thanks for your patience. On Monday we will finish with Mr. Kansal, play the Springfield Suite video, and rest.

**Alexandra Caritis**

3