[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | CASE NO. 3:23-MD-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PROPOSED AMENDMENT TO FINAL VERDICT FORM, SUBJECT TO PRIOR OBJECTIONS**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 501 |

CERTIFICATE OF SERVICE

UBER'S PROPOSED AMENDMENT TO FINAL VERDICT FORM, SUBJECT TO PRIOR OBJECTIONS
CASE NO. 3:23-MD-03084-CRB / 25-CV-4276-PHX-CRB

# JURY VERDICT FORM

**Negligence**

1.  **Do you find Uber liable for Negligence?**        Yes___    No___

**Design Defect**

2.  **Do you find Uber liable for Design Defect?**     Yes___    No___

**Apparent Agency**

3.  **Do you find Uber liable for Apparent Agency?**   Yes___    No___

*If you answered "Yes" to Question 1, 2, or 3, answer Question 4. If you answered "No" to Questions 1, 2, and 3, answer no further Questions and sign the form.*

**Compensatory Damages**

4.  **In what amount, if any, was Plaintiff Jaylynn Dean damaged?**

    $_____

*If your answer to Question 4 is greater than $0, answer Question 5. Otherwise, answer no further Questions and sign the form.*

**Liability for Punitive Damages**

5.  **Do you find Uber liable for Punitive Damages?**   Yes___    No___

*If you answered "Yes" to Question 5, answer Question 6. If you answered "No" to Question 5, answer no further Questions and sign the form.*

**Amount of Punitive Damages**

6.  **What is the total amount of punitive damages, if any, that should be assessed against Uber?**

    $_____

_____
**Jury Foreperson**

1  DATED: February 2, 2026                    Respectfully submitted,

2

3                                              */s/ Laura Vartain Horn*
                                               Laura Vartain Horn (SBN 258485)
4                                              **KIRKLAND & ELLIS LLP**
                                               555 California Street, Suite 2700
5                                              San Francisco, CA 94104
                                               Telephone: (415) 439-1625
6                                              laura.vartain@kirkland.com

7                                              Kim Bueno (Admitted *Pro Hac Vice*)
                                               **KIRKLAND & ELLIS LLP**
8                                              401 W. 4th Street
                                               Austin, TX 78701
9                                              Telephone: (512) 678-9100
                                               kim.bueno@kirkland.com

10                                             Allison M. Brown (Admitted *Pro Hac Vice*)
                                               **KIRKLAND & ELLIS LLP**
11                                             2005 Market Street, Suite 1000
                                               Philadelphia, PA 19103
12                                             Telephone: (215) 268-5000
                                               alli.brown@kirkland.com
13
                                               Jessica Davidson (Admitted *Pro Hac Vice*)
14                                             **KIRKLAND & ELLIS LLP**
                                               601 Lexington Avenue
15                                             New York, NY 10022
                                               Telephone: (212) 446-4800
16                                             jessica.davidson@kirkland.com

17                                             Sabrina H. Strong (SBN: 200292)
                                               Jonathan Schneller (SBN: 291288)
18                                             **O'MELVENY & MYERS LLP**
                                               400 South Hope Street, 19th Floor
19                                             Los Angeles, CA 90071
                                               Telephone: (213) 430-6000
20                                             sstrong@omm.com
                                               jschneller@omm.com
21
                                               *Attorneys for Defendants*
22                                             UBER TECHNOLOGIES, INC.,
                                               RASIER, LLC, and RASIER-CA, LLC
23

24

25

26

27

28                                    - 2 -       UBER'S PROPOSED AMENDMENT TO FINAL
                                                  VERDICT FORM, SUBJECT TO PRIOR OBJECTIONS
                                                  CASE NO. 3:23-MD-03084-CRB / 25-CV-4276-PHX-CRB

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

CERTIFICATE OF SERVICE

UBER'S PROPOSED AMENDMENT TO FINAL VERDICT FORM, SUBJECT TO PRIOR OBJECTIONS
CASE NO. 3:23-MD-03084-CRB / 25-CV-4276-PHX-CRB