[*Submitting counsel below*]

UNITED STATES DISTRICT COURT
OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE RE: MORTALITY TABLE AND LIFE EXPECTANCY** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Judge: Honorable Charles R. Breyer<br>Ctrm.:  D. Ariz., 501 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.:  501 |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiff respectfully requests that the Court take judicial notice that Plaintiff's life expectancy is an additional 61 years, to an age of 82, and inform the jury of those facts.

In cases involving future damages, a court "may take judicial notice of standard mortality tables." *McAsey v. U.S. Dep't of Navy*, 201 F. Supp. 2d 1082, 1098 (N.D. Cal. 2002); *Bourban v. AXA Equitable Life Ins. Co.*, 2020 WL 3171466, at *3 (C.D. Cal. June 15, 2020) ("[T]he court may take judicial notice of a standard life expectancy table taken from an official government agency.").

The Arizona pattern jury instructions cite for life expectancy the CDC's National Vital Statistics Reports. RAJI PI DAMAGES 5: Mortality Tables and Life Expectancy.[1] A current report, titled "United States Life Tables, 2023," released July 15, 2025, reports at p. 18 that a 21-year old female has a life expectancy of 60.8 additional years. https://www.cdc.gov/nchs/data/nvsr/nvsr74/nvsr74-06.pdf.

**Table 3. Life table for females: United States, 2023**

Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/74-06/Table03.xlsx.

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.005132 | 100,000 | 513 | 99,555 | 8,107,991 | 81.1 |
| 1–2 | 0.000394 | 99,487 | 39 | 99,467 | 8,008,436 | 80.5 |
| 2–3 | 0.000232 | 99,448 | 23 | 99,436 | 7,908,969 | 79.5 |
| 3–4 | 0.000187 | 99,424 | 19 | 99,415 | 7,809,533 | 78.5 |
| 4–5 | 0.000142 | 99,406 | 14 | 99,399 | 7,710,118 | 77.6 |
| 5–6 | 0.000133 | 99,392 | 13 | 99,385 | 7,610,719 | 76.6 |
| 6–7 | 0.000119 | 99,379 | 12 | 99,373 | 7,511,334 | 75.6 |
| 7–8 | 0.000110 | 99,367 | 11 | 99,361 | 7,411,961 | 74.6 |
| 8–9 | 0.000103 | 99,356 | 10 | 99,351 | 7,312,600 | 73.6 |
| 9–10 | 0.000098 | 99,346 | 10 | 99,341 | 7,213,249 | 72.6 |
| 10–11 | 0.000098 | 99,336 | 10 | 99,331 | 7,113,908 | 71.6 |
| 11–12 | 0.000104 | 99,326 | 10 | 99,321 | 7,014,578 | 70.6 |
| 12–13 | 0.000123 | 99,316 | 12 | 99,310 | 6,915,257 | 69.6 |
| 13–14 | 0.000155 | 99,304 | 15 | 99,296 | 6,815,947 | 68.6 |
| 14–15 | 0.000196 | 99,288 | 19 | 99,278 | 6,716,651 | 67.6 |
| 15–16 | 0.000241 | 99,269 | 24 | 99,257 | 6,617,373 | 66.7 |
| 16–17 | 0.000286 | 99,245 | 28 | 99,231 | 6,518,116 | 65.7 |
| 17–18 | 0.000328 | 99,216 | 33 | 99,200 | 6,418,885 | 64.7 |
| 18–19 | 0.000366 | 99,184 | 36 | 99,166 | 6,319,685 | 63.7 |
| 19–20 | 0.000402 | 99,147 | 40 | 99,127 | 6,220,520 | 62.7 |
| 20–21 | 0.000443 | 99,108 | 44 | 99,086 | 6,121,392 | 61.8 |
| 21–22 | 0.000486 | 99,064 | 48 | 99,040 | 6,022,307 | 60.8 |

---

[1] https://www.azbar.org/media/2puhcst2/9-personal-injury-damages-2025.pdf

|   |   |
|---|---|
| 1 | |
| 2 | By: /s/ Sarah R. London |
| 3 | Sarah R. London (SBN 267083) |
| 4 | **GIRARD SHARP LLP**<br>601 California St., Suite 1400 |
| 5 | San, CA 94108<br>Telephone: (415) 981-4800 |
| 6 | slondon@girardsharp.com |
| 7 | By: /s/ Rachel B. Abrams<br>Rachel B. Abrams (SBN 209316) |
| 8 | **PEIFFER WOLF CARR KANE** |
| 9 | **CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820 |
| 10 | San Francisco, CA 94111<br>Telephone: (415) 426-5641 |
| 11 | Facsimile: (415) 840-9435<br>rabrams@peifferwolf.com |

By: /s/ Roopal P. Luhana
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: February 2, 2026        By:   /s/ *Andrew R. Kaufman*
                                          Andrew R. Kaufman