[Submitting Counsel on following page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF CAROL NORMANDIN IN SUPPORT APPLICATION AND MOTION OF NON-PARTY THE EMILY NORMANDIN-PARKER FOUNDATION FOR AN ORDER TO INTERVENE AND (1) ALLOWING ACCESS TO ADMITTED EXHIBITS; OR (2) REQUIRING COURT TO REMAIN IN POSSESSION OF EXHIBITS PENDING ORDER ON NOTICED MOTION FOR INTERVENTION AND ACCESS TO EXHIBITS** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>      Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | Case No. 25-cv-4276-PHX-CRB |

**DECLARATION OF CAROL NORMANDIN**

1  Peter R. Afrasiabi (CA SBN 193336)
   *Arizona Pro Hac Vice to be filed as necessary*
2  Email: pafrasiabi@onellp.com
   **ONE LLP**
3  23 Corporate Plaza, Suite 150-105
   Newport Beach, CA 92660
4  Telephone:  (949) 502-2870
   Facsimile:  (949) 258-5081
5
   Kenneth G. Parker (Cal. Bar No, 182911)
6    *Arizona Pro Hac Vice to be filed as necessary*
     email: ken.parker@haynesboone.com
7  HAYNES AND BOONE, LLP
   600 Anton Blvd., Suite 600
8  Costa Mesa, CA 92626
   949-202-3014
9
   *Attorneys for Non-Party,*
10 *The Emily Normandin-Parker Foundation*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CAROL NORMANDIN**

**DECLARATION OF CAROL L. NORMANDIN**

I, Carol L. Normandin, declare as follows:

1. I am a resident of the State of California and over the age of 18. I have personal knowledge of the facts set forth below except as otherwise noted, and could and would testify to them if necessary.

2. I am the co-founder of The Emily Normandin-Parker Foundation. The purpose of the Foundation, among other things, is to advocate for, and encourage accountability in connection with, the transportation industry. The Foundation is named after my daughter, Emily Normandin-Parker, who was killed August 12, 2023 on the 73 Freeway at around 1:00 a.m. Based on review of data from Uber and statements of her friend, who survived, Emily had called an Uber for a safe ride home with her friend. Her friend threw up in the car, and the driver kicked them both out of the car on the side of the freeway at a gore point during the ride, less than two miles from their destination. Emily was killed in the freeway. Her friend survived, despite being abandoned on the freeway. My husband and I were woken the morning after she died by police to notify us of her death.

3. Since Emily's death, although we are private people, my husband and I have begun to advocate for many things, including transparency in the transportation industry, and specifically amongst car service companies. Uber is one such company.

4. I have personally attended much of the Jaylynn Dean trial in Phoenix. I have also listened via a publicly available line on days I was not able to personally attend. On January 14, 2026, the day after opening statements, Judge Breyer stated it was a "public trial." At no time has the courtroom been sealed, and at no time has the public been excluded from the trial. At no time during which I have been present in trial has Uber ever asked that the courtroom be sealed. I am informed and believe that the transcripts of the trial are available for public inspection in the clerk's office in the Sandra Day O'Connor courthouse, and that any member of the public can purchase a

APPLICATION AND APPLICATION FOR ORDER ALLOWING INTERVENTION AND ACCESS TO PUBLICLY ADMITTED EXHIBITS; DECLARATION OF CAROL L. NORMANDIN

2

transcript of the proceedings pursuant to judicial policy. I believe all exhibits introduced should be publicly available as well.

Executed this 2nd day of February, 2026 under penalty of perjury under the laws of the United States.

*[signature]*

Carol L. Normandin

APPLICATION AND APPLICATION FOR ORDER ALLOWING INTERVENTION AND ACCESS TO PUBLICLY ADMITTED EXHIBITS; DECLARATION OF CAROL L. NORMANDIN

3