# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF NON-PARTY THE EMILY NORMANDIN-PARKER FOUNDATION FOR AN ORDER TO INTERVENE AND (1) ALLOWING ACCESS TO ADMITTED EXHIBITS; OR (2) REQUIRING COURT TO REMAIN IN POSSESSION OF EXHIBITS PENDING ORDER ON NOTICED MOTION FOR INTERVENTION AND ACCESS TO EXHIBITS; MEMORANDUM OF POINTS AND AUTHORITIES** |

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br>    Plaintiff,<br>  v.<br>UBER TECHNOLOGIES, INC., et al.,<br>    Defendants. | Case No. 25-cv-4276-PHX-CRB |

**[PROPOSED] ORDER**

Now before the Court is The Emily Normandin-Parker Foundation's ("The Emily Foundation") Application and Motion for an Order to Intervene and (1) Allowing Access to Admitted Exhibits; or (2) Requiring Court Clerk to Remain in Possession of Exhibits Pending Order on Noticed Motion for Intervention and Access to Exhibits. (the "Motion"). Upon consideration of the Motion and the Memorandum of Points and Authorities filed therewith, as well as other materials and arguments that the Court has found just and proper, the Court finds there is good cause for granting The Emily Foundation's request to intervene in the above matter for the limited purpose of asserting the public's right of access to judicial records. The Court further finds there is good cause for granting The Emily Foundation's request to obtain access to, and copy, all trial exhibits admitted into evidence in the trial of Jaylynn Dean that occurred, from opening through the end of trial.

The Court, therefore, GRANTS the Motion and ORDERS as follows:

The Motion to intervene is granted.

The Clerk of Court is directed to provide The Emily Foundation, and any other member of the public, access to the exhibits admitted into evidence, including exhibits containing depositions as played, prior to returning such exhibits to the parties pursuant to local rule and/or retain possession of the exhibits pending the resolution of this motion and any appeal.

Dated: _____

                                          Hon. Charles R. Breyer
                                        United States District Judge