||
|---|
| **UNITED STATES DISTRICT COURT** |
| **NORTHERN DISTRICT OF CALIFORNIA** |
| **SAN FRANCISCO DIVISION** |

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING MOTION FOR MISTRIAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor<br><br>Date Filed: January 22, 2026<br><br>Trial Date: January 13, 2026 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN,<br><br>Plaintiff,<br><br>v. UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  501 |

---

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION
CASE NO. 3:23-md-03084-CRB

Having considered Defendants' January 22, 2026 Motion for Reconsideration of the Court's ruling denying Defendants' January 21, 2026 Motion for Mistrial, and Plaintiff's response thereto, the Court hereby **DENIES** the Motion for Reconsideration.

**IT IS SO ORDERED.**

Dated: February 2, 2026



IT IS SO ORDERED
Judge Charles R. Breyer

-1-

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION
CASE NO. 3:23-md-03084-CRB