IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | MDL No. 3084 **ORDER DENYING MOTION FOR DECLARATION OF MISTRIAL** Re: Dkt. No. 5173 |

Uber's Motion for Declaration of a Mistrial related to the CNN report video in the above-captioned case is denied.

**IT IS SO ORDERED.**

Dated: February 2, 2026

CHARLES R. BREYER
United States District Judge