|   |   |
|---|---|
| 1 | ROOPAL P. LUHANA (*admitted Pro Hac Vice*) |
| 2 | **Chaffin Luhana LLP** |
|   | 600 Third Avenue |
| 3 | 12th Floor |
|   | New York, NY 10016 |
| 4 | Telephone: (888) 480-1123 |
|   | Facsimile: (888) 499-1123 |
| 5 | Email: luhana@chaffinluhana.com |
| 6 |   |
|   | *Counsel for Plaintiff* |
| 7 |   |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
|---|---|---|
| *This document relates to:*<br><br>V.T., an individual v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-10912-CRB | | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on December 23, 2025.

///

///

///

Dated: February 2, 2026

Respectfully submitted,

By: /s/ Roopal P. Luhana
ROOPAL P. LUHANA (admitted PHV)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ Roopal P. Luhana
Roopal P. Luhana