# EXHIBIT A

In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

| MDLC ID | Case Number | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Details |
|---|---|---|---|---|
| 1490 | 3:24-cv-04322 | Missing Release | 7/10/2025 | Meet and confer occurred on 1/26/2026. Plaintiff's counsel stated only that they were working to cure the deficiency. No follow up communications have been received from Plaintiff's counsel. |
| 2599 | 3:24-cv-06863 | Failure to Answer Question 15 | 9/16/2025 | Uber requested a meet and confer on 1/20, 1/22, and 1/23/2026. No response has been received from Plaintiff's counsel. |
| 3010 | 3:25-cv-01705 | Missing Release | 7/29/2025 | Meet and confer occurred on 1/26/2026. Plaintiff's counsel stated only that they were working to cure the deficiency. No follow up communications have been received from Plaintiff's counsel. |
| 3821 | 3:25-cv-04645 | Missing Production | 8/28/2025 | Meet and confer occurred on 1/26/2026. Plaintiff's counsel stated only that they were working to cure the deficiency. No follow up communications have been received from Plaintiff's counsel. |
| 3543 | 3:25-cv-04979 | Failure to Answer Questions 15, 19, 21, 31 & 36 | 8/15/2025 | Uber requested a meet and confer on 1/21, 1/22, and 1/23/26. Plaintiff's counsel responded on 1/23/26 indicating that Plaintiff's counsel was not available to meet and confer. |
| 3648 | 3:25-cv-05318 | Failure to Answer Questions 15, 19, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39 & 40 | 8/8/2025 | Uber requested a meet and confer on 1/21, 1/22, and 1/23/26. Plaintiff's counsel responded on 1/23/26 indicating that Plaintiff's counsel had moved to withdraw and, regardless, was not available to meet and confer. |
| 3649 | 3:25-cv-05320 | Missing Production | 8/14/2025 | Uber requested a meet and confer on 1/21, 1/22, and 1/23/26. Plaintiff's counsel responded on 1/23/26 indicating that Plaintiff's counsel had moved to withdraw and, regardless, was not available to meet and confer. |
| 3705 | 3:25-cv-05577 | Missing Verification | 8/27/2025 | Uber requested a meet and confer on 1/21, 1/22, and 1/23/26. Plaintiff's counsel responded on 1/23/26 indicating that Plaintiff's counsel had moved to withdraw and, regardless, was not available to meet and confer. |

**EXHIBIT A to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10**

| MDLC ID | Case Number | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Details |
|---|---|---|---|---|
| 3731 | 3:25-cv-05719 | Missing Production | 8/14/2025 | Meet and confer occurred on 1/26/2026. Plaintiff's counsel stated only that they were working to cure the deficiency. No follow up communications have been received from Plaintiff's counsel. |
| 3773 | 3:25-cv-06077 | Failure to Answer Questions 15, 19 & 31 | 9/4/2025 | Uber requested a meet and confer on 1/21, 1/22, and 1/23/26. Plaintiff's counsel responded on 1/23/26 indicating that Plaintiff's counsel had moved to withdraw and, regardless, was not available to meet and confer. |