[Submitting counsel below]

# UNITED STATES DISTRICT COURT
# OF NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**PLAINTIFF'S THIRTEENTH AMENDED TRIAL EXHIBIT LIST**<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: D. Ariz., 501 |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>      Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 501 |

**PLAINTIFF'S THIRTEENTH AMENDED EXHIBIT LIST**

On January 12, 2026, Plaintiff served and filed Plaintiff's Fifth Amended Trial Exhibit List, which added exhibits numbered P-03691 through P-03699, and P-04500 through P-04506. *See* ECF 4985.

On January 14, 2026, Plaintiff served on counsel for Defendants Plaintiffs' Sixth Amended Trial Exhibit List, which added exhibits numbered P-04507 and P-04508.

On January 18, 2026, Plaintiff served on counsel for Defendants Plaintiff's Seventh Amended Trial Exhibit List, which added exhibits numbered P-04509 through P-04518, and included corrected files for exhibits numbered P-00518 and P-02400.

On January 20, 2026, Plaintiff served on counsel for Defendants Plaintiff's Eighth Amended Trial Exhibit List, which added exhibits numbered P-04519 through P-04522.

On January 21, 2026, Plaintiff served on counsel for Defendants Plaintiff's Ninth Amended Trial Exhibit List, which added exhibits numbered P-04523 through P-04533.

On January 21, 2026, Plaintiff served on counsel for Defendants Plaintiff's Tenth Amended Exhibit List, which added exhibits numbered P-04534 through P-04536, and included corrected files for exhibits numbered P-02340 and P-04532.

On January 25, 2026, Plaintiff served on counsel for Defendants Plaintiff's Eleventh Amended Exhibit List, which added exhibits numbered P-04537 through P-04541.

On January 27, 2026, Plaintiff served on counsel for Defendants Plaintiff's Twelfth Amended Exhibit List, which added exhibits numbered P-04542 through P-04546.

On February 1, 2026, Plaintiff served Plaintiff's Thirteenth Amended Trial Exhibit List, which added exhibits numbered P-01922_Tr, P-01927_Tr, P-01935_Tr, P-04547 through P-04570, and P-05000 through P-05002, and included a redacted file of P-02400. It is attached hereto as Exhibit A.

Plaintiff is lodging the attached Thirteenth Amended Exhibit List in accordance with the parties' agreement.

By serving and lodging this Exhibit List, Plaintiff does not waive, and expressly reserves, all rights afforded under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the

Local Rules, and all orders and procedures established by the Court in this action, including the right to amend, modify, withdraw, or supplement Plaintiff's Exhibit List before and during trial. Plaintiff reserves the right to modify, withdraw, or supplement her Exhibit List before and during trial including, but not limited, to the following non-exclusive set of circumstances: (1) to include documents produced untimely in this litigation for trial by an opposing party; (2) upon receipt of Defendants' exhibit lists and/or deposition designations or counter-designations and amendments to deposition designations or counter-designations; (3) in the event that additional relevant documents or materials are produced in this action, identified in supplemental expert reports, or discovered subsequent to the date of service of the exhibit list; (4) for purposes of adding any medical or scientific literature, other data, regulatory filings or communications issued or published after the date of submission of the exhibit list; (5) as required to cure an evidentiary objection; (6) in response to Plaintiff or Defendants proffering any documents they have not listed on their Exhibit Lists; (7) in response to rulings of the Court on any pretrial motions, including any expert motions, motions for summary judgment, motions in limine, or any other Court decisions that affect the scope of this trial; and (8) as necessary based on the future severance, settlement, and/or dismissal involving any party.

The inclusion of any exhibit on this list does not waive or affect any confidentiality designation under the Protective Order. Plaintiff expressly reserves the right to object to the introduction, use, or admissibility of any document listed on any party's Exhibit List. The inclusion of a particular document on Plaintiff's Exhibit List does not waive any right to object to the introduction, use, or admissibility of that document for any purpose. Plaintiff also reserves the right to use any deposition transcripts and any exhibits to deposition transcripts for any witnesses being called to testify at trial and/or use any deposition exhibits or other documents associated with any testimony that has been or will be designated or counter-designated by any party. Plaintiff reserves the right to use any and all documents or materials listed by any other party, including Defendants. Certain exhibits that were previously produced during discovery are further identified by bates number, native file name or description, as applicable. Plaintiff further reserves all rights to use documents de-designated and/or redacted, initially withheld for privilege, and subsequently

1   produced by Defendants pursuant to Judge Cisneros' and Judge Jones' Orders including the most
2   recent Orders. Plaintiff expressly reserves the right to use alternative copies of such exhibits where
3   appropriate, including physical, color, redacted, more legible, and/or native documents, or copies
4   with or without deposition exhibit stickers. Plaintiff also reserves the right to use at trial summaries
5   created in accordance with the federal rules and demonstrative exhibits, including without
6   limitation: charts, graphs, photographs, animations, timelines, objects, models, PowerPoint slides,
7   drawings, graphics, and other demonstrative aids. Plaintiff reserves the right to offer enlargements
8   of any exhibits on the list or on any party's exhibit list.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: February 6, 2026                        Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: February 6, 2026                 By:   */s/ Ellyn Hurd*
                                              Ellyn Hurd