IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

MDL No. 3084

**JUDGMENT**

This Order Relates To:

*Jaylynn Dean v. Uber Techs., Inc.*,
N.D. Cal. No. 23-cv-06708
D. Ariz. No. 25-cv-4276

In accordance with the jury's verdict, judgment is entered in favor of plaintiff and against defendants for $8,500,000.00.

The clerk is directed to close the individual member case and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: February 6, 2026

CHARLES R. BREYER
United States District Judge