```
 1  Andrea Hirsch, Esq. GA Bar No. 666557
    Brooke Cohen, Esq. TX Bar No. 24007019
 2  COHEN HIRSCH, LP
    5256 Peachtree Road, Suite 195-E
 3  Atlanta, GA 30341
    T: (678) 268-4683
 4  andrea@cohenhirsch.com
    brooke@cohenhirsch.com
 5
    Counsel for Plaintiff
 6
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-MD-03084-CRB |
|---|---|
| | Honorable Charles R. Breyer |
| | **NOTICE OF FILING OF A NEW ACTION** |
| This Document Relates to: *E. R. 4737 v. Uber Technologies, Inc., et al; 3:26-cv-01067- CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action was filed on February 3, 2026.

Dated: February 9, 2026                     Respectfully submitted,

By: */s/ Andrea S. Hirsch*
Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**
5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: andrea@cohenhirsch.com
brooke@cohenhirsch.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants..

/s/ *Andrea S. Hirsch*
Andrea S. Hirsch