IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *WHB 832 v. Uber Techs., Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | MDL No. 3084 **PRETRIAL ORDER NO. 40: ORDER REGARDING PRETRIAL SCHEDULE FOR WHB 832** |

The second bellwether trial in these MDL proceedings, WHB 832 v. Uber Techs., Inc., shall begin with jury selection on April 13, 2026, in the Charlotte courthouse of the Western District of North Carolina. The Parties are ordered to submit a proposed pretrial schedule to the Court by February 13, 2026.

Additionally, the next case management conference is scheduled for March 20, 2026, at 12 P.M. P.T. The Parties shall submit their joint case management statement to the Court on March 18, 2026.

**IT IS SO ORDERED.**

Dated: February 9, 2026

CHARLES R. BREYER
United States District Judge