# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*See Exhibits to Order* | Case No. 3:23-md-03084-CRB<br><br>~~[PROPOSED AMENDED]~~ ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS |

# [PROPOSED AMENDED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders, the Court finds that:

1. The Plaintiffs subject to this Court's September 9 and September 22, 2025 orders to show cause have failed to show cause why their cases should not be dismissed with prejudice for their submission of fraudulent receipts in support of their claims. The Court orders that their cases, listed in Exhibit A, are DISMISSED WITH PREJUDICE.

2. The law firms of Nachawati Law Group; Slater Schulman LLP; Levin Simes LLP; Chaffin Luhana; Cutter Law PC; Walkup, Melodia, Kelly & Schoenberger; Pulaski Law Firm; Simmons Hanly Conroy; Peiffer Wolf; and Kherkher Garcia represent one or more of the 27 plaintiffs who submitted fraudulent receipts. For each ride receipt already submitted by clients of these law firms in the MDL, the firms are required to submit within 60 days a Fed. R. Civ. P. 26(g) certification that they have completed a full review and analysis of each receipt with each of their clients before the receipts were submitted, using the certification attached as Exhibit B. For each receipt submitted in the future by clients of these law firms in the MDL, the firms are required to submit the certification attached as Exhibit B contemporaneously with the receipt certifying under Rule 26(g) that they have completed a full review and analysis of each receipt with their clients before the receipts were submitted. For each receipt already submitted by clients of these law firms in the MDL, each plaintiff is required to submit within 60 days a certification stating under oath that they have completed a full review and analysis of each receipt with their counsel before the receipts were submitted, using the certification attached as Exhibit C. For each receipt submitted in the future by clients of these law firms in the MDL, each plaintiff is required to submit the certification attached as Exhibit C

2

[PROPOSED AMENDED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS
Case No. 3:23-md-03084-CRB

contemporaneously with the receipt, stating under oath that they have completed a full review and analysis of each receipt with their counsel before the receipts were submitted.

3. Multiple Plaintiffs subject to Pretrial Order No. 31 have violated it by failing to produce a bona fide ride receipt or a statement explaining in detail the reasonable efforts they have undertaken to search for the receipt and explaining why they have been unable to locate it. Plaintiffs' non-compliance has substantially prejudiced Uber. Pursuant to Pretrial Order No. 31, the Court orders that their cases, listed in Exhibit D, are DISMISSED WITHOUT PREJUDICE. Plaintiffs' counsel are ordered to file notices of dismissal within 21 days of this Order.

**IT IS SO ORDERED.**

Dated: February 10, 2026



3

[PROPOSED AMENDED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

**EXHIBIT A**

| MDLC ID | Case Number |
|---------|-------------|
| 1194 | 3:23-cv-05930 |
| 1199 | 3:23-cv-05944 |
| 1384 | 3:24-cv-03441 |
| 1507 | 3:24-cv-04363 |
| 1914 | 3:24-cv-05717 |
| 2103 | 3:24-cv-05740 |
| 2350 | 3:24-cv-05864 |
| 2642 | 3:24-cv-07491 |
| 2723 | 3:24-cv-08622 |
| 2734 | 3:24-cv-09050 |
| 2812 | 3:25-cv-00369 |
| 2918 | 3:25-cv-01079 |
| 2959 | 3:25-cv-01384 |
| 3038 | 3:25-cv-01999 |
| 3047 | 3:25-cv-02109 |
| 3048 | 3:25-cv-02111 |
| 3078 | 3:25-cv-02401 |
| 3125 | 3:25-cv-02678 |
| 3198 | 3:25-cv-02931 |
| 3286 | 3:25-cv-03260 |
| 3303 | 3:25-cv-03547 |
| 3422 | 3:25-cv-04414 |
| 3425 | 3:25-cv-04466 |
| 3510 | 3:25-cv-04802 |
| 3521 | 3:25-cv-04878 |
| 3659 | 3:25-cv-05474 |
| 3841 | 3:25-cv-06705 |

# EXHIBIT B

**Attorney Certification of Review for Plaintiff's Receipt**

I declare as follows based upon personal knowledge, including by and through investigation:

[EITHER]

   Prior to submitting a ride receipt on behalf of Plaintiff _____ in this MDL on [date], I completed a full review and analysis of the ride receipt with that Plaintiff.

[OR]

   Prior to submitting a ride receipt on behalf of Plaintiff _____ in this MDL on [date], I did not complete a full review and analysis of the ride receipt with that Plaintiff.

Date: _____

_____
[*Signature of Counsel of Record & Signature Block*]

# EXHIBIT C

**Plaintiff Certification of Review for Ride Receipt**

I declare as follows under penalty of perjury:

[EITHER]

    Prior to my counsel submitting a ride receipt on my behalf in this MDL on [date], my counsel and I completed a full review and analysis of the ride receipt.

[OR]

    Prior to my counsel submitting a ride receipt on my behalf in this MDL on [date], my counsel and I did not complete a full review and analysis of the ride receipt.

Date: _____

_____
[*Signature of Plaintiff*]

# EXHIBIT D

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 1121 | 3:23-cv-03811 | Jane Doe LS 134 | Levin Simes, LLP |
| 1154 | 3:23-cv-05237 | Jane Doe LS 364 | Levin Simes, LLP |
| 1184 | 3:23-cv-05433 | Jane Doe LS 234 | Levin Simes, LLP |
| 1187 | 3:23-cv-05572 | Jane Doe LS 322 | Levin Simes, LLP |
| 1189 | 3:23-cv-05573 | Jane Doe LS 191 | Levin Simes, LLP |
| 1195 | 3:23-cv-05922 | Jane Doe LS 185 | Levin Simes, LLP |
| 1362 | 3:24-cv-00574 | J.R. | Nachawati Law Group |
| 1490 | 3:24-cv-04322 | Jane Doe (D.H.) | Nachawati Law Group |
| 1493 | 3:24-cv-04330 | Jane Doe (Y.E.) | Nachawati Law Group |
| 1504 | 3:24-cv-04360 | Jane Doe (S.W.) | Nachawati Law Group |
| 1511 | 3:24-cv-04370 | Jane Doe (E.N.) | Nachawati Law Group |
| 1776 | 3:24-cv-04680 | CL 14 | Cutter Law PC |
| 1883 | 3:24-cv-05272 | WHB 644 | Williams Hart & Boundas, LLP |
| 1925 | 3:24-cv-05361 | WHB 703 | Williams Hart & Boundas, LLP |
| 1948 | 3:24-cv-05468 | WHB 1661 | Williams Hart & Boundas, LLP |
| 1963 | 3:24-cv-05555 | WHB 1930 | Williams Hart & Boundas, LLP |
| 1977 | 3:24-cv-05440 | WHB 470 | Williams Hart & Boundas, LLP |
| 1988 | 3:24-cv-05495 | WHB 1414 | Williams Hart & Boundas, LLP |
| 1989 | 3:24-cv-05500 | WHB 1468 | Williams Hart & Boundas, LLP |
| 2066 | 3:24-cv-05779 | WHB 1484 | Williams Hart & Boundas, LLP |
| 2067 | 3:24-cv-05781 | WHB 375 | Williams Hart & Boundas, LLP |
| 2070 | 3:24-cv-05565 | WHB 1659 | Williams Hart & Boundas, LLP |
| 2095 | 3:24-cv-05720 | Jane Roe CL 36 | Cutter Law PC |

[PROPOSED AMENDED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 2100 | 3:24-cv-05734 | Jane Roe CL 40 | Cutter Law PC |
| 2104 | 3:24-cv-05741 | Jane Roe CL 43 | Cutter Law PC |
| 2106 | 3:24-cv-05746 | Jane Roe CL 45 | Cutter Law PC |
| 2110 | 3:24-cv-05810 | CL 48 | Cutter Law PC |
| 2111 | 3:24-cv-05811 | CL 49 | Cutter Law PC |
| 2115 | 3:24-cv-05831 | CL 53 | Cutter Law PC |
| 2120 | 3:24-cv-05846 | CL 58 | Cutter Law PC |
| 2127 | 3:24-cv-05950 | WHB 1273 | Williams Hart & Boundas, LLP |
| 2133 | 3:24-cv-05603 | WHB 1381 | Williams Hart & Boundas, LLP |
| 2148 | 3:24-cv-05631 | WHB 438 | Williams Hart & Boundas, LLP |
| 2152 | 3:24-cv-05636 | WHB 349 | Williams Hart & Boundas, LLP |
| 2165 | 3:24-cv-05624 | WHB 1334 | Williams Hart & Boundas, LLP |
| 2174 | 3:24-cv-05669 | WHB 1348 | Williams Hart & Boundas, LLP |
| 2176 | 3:24-cv-05665 | WHB 1611 | Williams Hart & Boundas, LLP |
| 2178 | 3:24-cv-05666 | WHB 891 | Williams Hart & Boundas, LLP |
| 2180 | 3:24-cv-05986 | WHB 1556 | Williams Hart & Boundas, LLP |
| 2189 | 3:24-cv-05715 | WHB 1057 | Williams Hart & Boundas, LLP |
| 2190 | 3:24-cv-05716 | WHB 1470 | Williams Hart & Boundas, LLP |
| 2200 | 3:24-cv-05822 | Jones, Cody | Pro se |
| 2207 | 3:24-cv-05948 | WHB 884 | Williams Hart & Boundas, LLP |
| 2223 | 3:24-cv-05115 | L.B. | Nachawati Law Group |
| 2231 | 3:24-cv-05340 | C.H. | Nachawati Law Group |
| 2233 | 3:24-cv-05343 | J.J. | Nachawati Law Group |
| 2236 | 3:24-cv-05718 | Jane Doe (C.M.) | Nachawati Law Group |

[PROPOSED AMENDED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 2253 | 3:24-cv-05764 | T.M. | Nachawati Law Group |
| 2255 | 3:24-cv-05796 | K.M. | Nachawati Law Group |
| 2256 | 3:24-cv-05946 | E.P. | Nachawati Law Group |
| 2264 | 3:24-cv-06076 | S.S. | Nachawati Law Group |
| 2279 | 3:24-cv-05980 | LS 303 | Levin Simes, LLP |
| 2302 | 3:24-cv-05316 | LS 6 | Levin Simes, LLP |
| 2315 | 3:24-cv-05387 | LS 54 | Levin Simes, LLP |
| 2322 | 3:24-cv-05836 | LS 406 | Levin Simes, LLP |
| 2324 | 3:24-cv-05739 | LS 420 | Levin Simes, LLP |
| 2367 | 3:24-cv-05853 | LS 5 | Levin Simes, LLP |
| 2395 | 3:24-cv-05743 | LS 430 | Levin Simes, LLP |
| 2398 | 3:24-cv-05327 | LS 232 | Levin Simes, LLP |
| 2420 | 3:24-cv-05475 | LS 136 | Levin Simes, LLP |
| 2425 | 3:24-cv-06021 | LS 296 | Levin Simes, LLP |
| 2433 | 3:24-cv-06020 | LS 291 | Levin Simes, LLP |
| 2440 | 3:24-cv-05928 | LS 504 | Levin Simes, LLP |
| 2445 | 3:24-cv-05971 | LS 135 | Levin Simes, LLP |
| 2450 | 3:24-cv-05862 | LS 440 | Levin Simes, LLP |
| 2470 | 3:24-cv-05914 | LS 304 | Levin Simes, LLP |
| 2471 | 3:24-cv-05909 | LS 215 | Levin Simes, LLP |
| 2483 | 3:24-cv-05777 | LS 214 | Levin Simes, LLP |
| 2489 | 3:24-cv-05982 | LS 125 | Levin Simes, LLP |
| 2490 | 3:24-cv-05898 | LS 368 | Levin Simes, LLP |
| 2499 | 3:24-cv-05885 | LS 173 | Levin Simes, LLP |

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 2509 | 3:24-cv-05419 | LS 206 | Levin Simes, LLP |
| 2513 | 3:24-cv-05760 | John Doe LS 3 | Levin Simes, LLP |
| 2599 | 3:24-cv-06863 | CL 70 | Cutter Law PC |
| 2680 | 3:24-cv-07569 | CL 76 | Cutter Law PC |
| 2682 | 3:24-cv-07584 | Jane Roe CL 78 | Cutter Law PC |
| 2703 | 3:24-cv-08522 | CL 82 | Cutter Law PC |
| 2705 | 3:24-cv-08526 | CL 84 | Cutter Law PC |
| 2714 | 3:24-cv-08756 | CL 86 | Cutter Law PC |
| 2756 | 3:24-cv-09211 | LS 548 | Levin Simes, LLP |
| 2774 | 3:24-cv-09515 | Jane Doe 693827 | Kherkher Garcia |
| 2788 | 3:25-cv-00007 | C.L. | Pro se |
| 2850 | 3:25-cv-01092 | WHB 2060 | Williams Hart & Boundas, LLP |
| 2855 | 3:25-cv-01101 | WHB 2064 | Williams Hart & Boundas, LLP |
| 2862 | 3:25-cv-01130 | WHB 2071 | Williams Hart & Boundas, LLP |
| 2866 | 3:25-cv-01148 | WHB 2075 | Williams Hart & Boundas, LLP |
| 2878 | 3:25-cv-01180 | WHB 2036 | Williams Hart & Boundas, LLP |
| 2884 | 3:25-cv-01206 | WHB 2042 | Williams Hart & Boundas, LLP |
| 2885 | 3:25-cv-01207 | WHB 2043 | Williams Hart & Boundas, LLP |
| 2888 | 3:25-cv-01209 | WHB 2044 | Williams Hart & Boundas, LLP |
| 2892 | 3:25-cv-01216 | WHB 2048 | Williams Hart & Boundas, LLP |
| 2896 | 3:25-cv-01226 | WHB 2051 | Williams Hart & Boundas, LLP |
| 2899 | 3:25-cv-01237 | WHB 2053 | Williams Hart & Boundas, LLP |
| 2900 | 3:25-cv-01244 | WHB 2054 | Williams Hart & Boundas, LLP |
| 2904 | 3:25-cv-01249 | WHB 2057 | Williams Hart & Boundas, LLP |

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 2906 | 3:25-cv-01255 | WHB 2059 | Williams Hart & Boundas, LLP |
| 2952 | 3:25-cv-01349 | Jane Roe CL 105 | Cutter Law PC |
| 2989 | 3:25-cv-01493 | LS 553 | Levin Simes, LLP |
| 2990 | 3:25-cv-01693 | LS 554 | Levin Simes, LLP |
| 3013 | 3:25-cv-01711 | NLG (A.B.) | Nachawati Law Group |
| 3014 | 3:25-cv-01714 | NLG (M.G.) | Nachawati Law Group |
| 3016 | 3:25-cv-01717 | NLG (M.L.P.) | Nachawati Law Group |
| 3118 | 3:25-cv-02551 | C.O. | Peiffer Wolf Carr Kane Conway & Wise |
| 3122 | 3:25-cv-02650 | K.B. | Peiffer Wolf Carr Kane Conway & Wise |
| 3151 | 3:25-cv-02616 | Jane Doe NLG (KS) | Nachawati Law Group |
| 3177 | 3:25-cv-02801 | LS 583 | Levin Simes, LLP |
| 3178 | 3:25-cv-02792 | LS 582 | Levin Simes, LLP |
| 3243 | 3:25-cv-03269 | Jane Doe LS 593 | Levin Simes, LLP |
| 3258 | 3:25-cv-01943 | CL 115 | Cutter Law PC |
| 3264 | 3:25-cv-02136 | CL 121 | Cutter Law PC |
| 3266 | 3:25-cv-02139 | CL 123 | Cutter Law PC |
| 3281 | 3:25-cv-03137 | CL 138 | Cutter Law PC |
| 3298 | 3:25-cv-03364 | J.M. | Pro se |
| 3314 | 3:25-cv-02949 | NLG (JH) | Nachawati Law Group |
| 3373 | 3:25-cv-04041 | JLG 134 | Johnson Law Group |
| 3380 | 3:25-cv-04071 | LS 598 | Levin Simes, LLP |
| 3443 | 3:25-cv-03818 | CL 153 | Cutter Law PC |
| 3473 | 3:25-cv-04582 | Jane Doe 691174 | Kherkher Garcia |

| MDLC ID | Case Number | Plaintiff Pseudonym | Plaintiff Firm |
|---|---|---|---|
| 3512 | 3:25-cv-04699 | LS 601 | Levin Simes, LLP |
| 3552 | 3:25-cv-04708 | CL 172 | Cutter Law PC |
| 3648 | 3:25-cv-05318 | Jane Doe 690917 | Kherkher Garcia |
| 3681 | 3:25-cv-05571 | E.M. 3681 | Cohen Hirsch, LP |
| 3705 | 3:25-cv-05577 | KG 013 | Kherkher Garcia |
| 3748 | 3:25-cv-05865 | NLG (LL) | Nachawati Law Group |
| 3758 | 3:25-cv-05942 | LS 616 | Levin Simes, LLP |
| 3773 | 3:25-cv-06077 | KG 039 | Kherkher Garcia |
| 3790 | 3:25-cv-06249 | LS 620 | Levin Simes, LLP |
| 3791 | 3:25-cv-06243 | LS 619 | Levin Simes, LLP |
| 3793 | 3:25-cv-06306 | LS 622 | Levin Simes, LLP |
| 3798 | 3:25-cv-06382 | I.C. | Peiffer Wolf Carr Kane Conway & Wise |
| 3814 | 3:25-cv-06031 | NLG (KF) | Nachawati Law Group |
| 3828 | 3:25-cv-06541 | LS 626 | Levin Simes, LLP |
| 3865 | 3:25-cv-06843 | B.P. | Peiffer Wolf Carr Kane Conway & Wise |

[PROPOSED AMENDED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS

Case No. 3:23-md-03084-CRB