Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 333 v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05930-CRB<br><br>*Jane Doe LS 397 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05864-CRB | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] **ORDER REGARDING SECOND MOTION TO COMPEL COMPLIANCE WITH COURT ORDERS** |

**[PROPOSED] ORDER**

Having considered Defendants' Second Motion to Compel Compliance with Court Orders, the Court finds that the Plaintiffs Jane Doe LS 333 and Jane Doe LS 397 have violated this Court's September 9, September 22, and November 19, 2025 Orders (ECF 3876, 3904 & 4443) by failing to produce responsive documents as ordered by this Court.

1. The Court therefore hereby ORDERS Plaintiffs Jane Doe LS 333 and Jane Doe LS 397 to comply with this Court's September 9, September 22, and November 19, 2025 Orders by producing the documents called for by the September 9 Order within ten court days. If either Plaintiff takes the position that no responsive documents exist, that Plaintiff must provide a sworn declaration within five court days explaining why the documents identified by Uber in its Motion are allegedly not available for production. If either Plaintiff neither produces all responsive documents nor provides the declaration described herein, such Plaintiff(s) will be found in contempt of Court. Further proceedings will be addressed separately in the event either Plaintiff is in contempt of Court.

2. Each Plaintiff shall appear for deposition, as previously ordered by the Court for up to three hours, no later than 30 days after entry of this Court's order.

3. Plaintiffs' counsel shall provide within ten court days a sworn declaration that addresses counsel's presuit investigation as to the claims of Plaintiffs Jane Doe LS 333 and Jane Doe LS 397, including a privilege log of all communications with each Plaintiff.

**IT IS SO ORDERED.**

Dated: February 10, 2026



[PROPOSED] ORDER RE SECOND MOTION
TO COMPEL COMPLIANCE WITH COURT ORDERS