1  Laura Vartain Horn (SBN 258485)
   **KIRKLAND & ELLIS LLP**
2  555 California Street, Suite 2700
   San Francisco, CA 94104
3  Telephone: (415) 439-1625
   laura.vartain@kirkland.com
4
   Allison M. Brown (Admitted *Pro Hac Vice*)
5  **KIRKLAND & ELLIS LLP**
   2005 Market Street, Suite 1000
6  Philadelphia, PA 19103
   Telephone: (215) 268-5000
7  alli.brown@kirkland.com
8  Christopher V. Cotton (Admitted *Pro Hac Vice*)
   **SHOOK, HARDY & BACON L.L.P.**
9  2555 Grand Boulevard
   Kansas City, MO 64108
10 Telephone: (816) 474-6550
   ccotton@shb.com
11
   *Attorneys for Defendants*
12 UBER TECHNOLOGIES, INC., RASIER, LLC,
   and RASIER-CA, LLC
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                        **SAN FRANCISCO DIVISION**

17 | IN RE: UBER TECHNOLOGIES, INC., | Case No. 3:23-md-03084-CRB
   | PASSENGER SEXUAL ASSAULT |
18 | LITIGATION | ~~[PROPOSED]~~ **ORDER REGARDING**
   | | **MOTION TO COMPEL COMPLIANCE WITH**
19 | _____ | **COURT ORDER**

20 This Document Relates to:

21 *J.H. v. Uber Technologies., Inc., et al.*,
   No. 3:25-cv-05342-CRB
22
   *R.L. v. Uber Technologies, Inc., et al*, No.
23 3:25-cv-05515-CRB

24 *A.E. v. Uber Technologies, Inc. et al.*, No.
   3:25-cv-07668-CRB
25

26

27

28

~~[PROPOSED]~~ ORDER RE MOTION TO COMPEL
COMPLIANCE WITH COURT ORDER

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Compel Compliance with Court Order, the Court finds that the Plaintiffs J.H., R.L., and A.E. have violated this Court's November 19, 2025 Order (ECF 4440) by failing to sit for depositions as ordered by this Court.

1. The Court therefore hereby ORDERS Plaintiffs J.H, R.L., and A.E. to comply with this Court's November 19, 2025 Order by sitting for depositions within 30 days of this Order. If any Plaintiff fails to appear for deposition, such Plaintiff(s) will be found in contempt of Court. Further proceedings will be addressed separately in the event any Plaintiff is in contempt of Court.

2. Plaintiffs' counsel shall provide within ten court days a sworn declaration that addresses counsel's presuit investigation as to the claims of Plaintiffs J.H., R.L., and A.E., including a privilege log of all communications with each Plaintiff.

**IT IS SO ORDERED.**

Dated: February 10, 2026



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA