# EXHIBIT C

 Outlook

**Re: Order Denying Motion for Reconsideration**

| | |
|---|---|
| **From** | Tiffany R. Ellis <tellis@peifferwolf.com> |
| **Date** | Mon 7/28/2025 2:44 PM |
| **To** | Goldman, Rachel <rachel.goldman@bracewell.com>; Geoffrey Spaulding <spaulding@chaffinluhana.com>; Chris Cox <christopher.cox@kirkland.com>; Jacobs, Andrew <andrew.jacobs@bracewell.com>; Jones, Barbara <barbara.jones@bracewell.com>; Kokalas, Tom <thomas.kokalas@bracewell.com>; Connolly, Daniel <daniel.connolly@bracewell.com>; Cummings, Dan (SHB) <decummings@shb.com>; Cole, Brandon J. (SHB) <bcole@shb.com>; Lean, Amanda M. (SHB) <alean@shb.com>; Potter, Erich C. (SHB) <epotter@shb.com>; Veronica G. Gromada <vgromada@shb.com>; Jennifer (SHB) <JSHILL@SHB.COM>; Salcedo, Maria (SHB) <msalcedo@shb.com>; Uber-DefensePrivilegeTeam <uber-defenseprivilegeteam@shb.com>; Amy St. Amand <amy.stamand@kirkland.com>; Ball, David <david.ball@bracewell.com> |
| **Cc** | Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Steven Cohn <cohn@chaffinluhana.com>; Uber MDL Privilege Log Team <ubermdlprivilegelog@chaffinluhana.com>; Wulfe, Mark <mark.wulfe@bracewell.com> |

📎 1 attachment (23 KB)
2025 07 28 PTF Clawback Submission.xlsx;

Master Jones -

Attached please find Plaintiffs' list of the documents that were clawed back, subject to Judge Cisneros' April 24, 2025 letter, and that remain in dispute.

As Uber is the master of its own privilege assertions and holder of the best information about what has and has not been produced, Plaintiffs provided this list to Uber today to confirm that it has not changed its position on any documents on the list.

Please note that there are some entries on this list noted in yellow and in red. Plaintiffs understand that Uber has withdrawn its clawbacks related to those in red. For those in yellow, Plaintiffs have communicated to Uber that they withdraw their challenges to these specific clawbacks as duplicate documents have been found in Uber's production, but Plaintiff does not waive challenge to Uber's privilege assertions generally as to the documents.

Please let us know if you have any questions or need any additional information.

**Tiffany R. Ellis**
Partner



---

15 E Baltimore Ave.
Detroit MI 48202
| **Direct:** 313-210-1559 | **Fax:** 415-840-9435

**peifferwolf.com**    

This message is intended for the named recipient(s) only. It may contain information protected by the attorney-client and/or work product privilege. If you

have received this email in error, please notify the sender immediately, do not disclose this message to anyone, and delete the message and any attachments. Thank you very much. No attorney-client relationship is formed unless agreed to explicitly in writing.

---

**From:** Goldman, Rachel <rachel.goldman@bracewell.com>
**Sent:** Wednesday, July 23, 2025 12:32 PM
**To:** Geoffrey Spaulding <spaulding@chaffinluhana.com>; Chris Cox <christopher.cox@kirkland.com>; Jacobs, Andrew <andrew.jacobs@bracewell.com>; Jones, Barbara <barbara.jones@bracewell.com>; Kokalas, Tom <thomas.kokalas@bracewell.com>; Connolly, Daniel <daniel.connolly@bracewell.com>; Cummings, Dan (SHB) <dcummings@shb.com>; Cole, Brandon J. (SHB) <bcole@shb.com>; Lean, Amanda M. (SHB) <alean@shb.com>; Potter, Erich C. (SHB) <epotter@shb.com>; Veronica G. Gromada <vgromada@shb.com>; Jennifer (SHB) <JSHILL@SHB.COM>; Salcedo, Maria (SHB) <msalcedo@shb.com>; Uber-DefensePrivilegeTeam <uber-defenseprivilegeteam@shb.com>; Amy St. Amand <amy.stamand@kirkland.com>; Ball, David <david.ball@bracewell.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Steven Cohn <cohn@chaffinluhana.com>; Tiffany R. Ellis <tellis@peifferwolf.com>; Uber MDL Privilege Log Team <ubermdlprivilegelog@chaffinluhana.com>; Wulfe, Mark <mark.wulfe@bracewell.com>
**Subject:** Order Denying Motion for Reconsideration

 External (rachel.goldman@bracewell.com)



Report This Email   FAQ

On behalf of Judge Jones, please see below.

Dear Counsel,

On July 22, 2025, Judge Cisneros denied Uber's motion for leave to file a motion for reconsideration of the Court's April 24, 2025 order regarding documents de-designated during the period when Judge Cisneros was overseeing privilege disputes.  Dkt. 3545. Please provide a list, on or before July 28, 2025, of all clawback documents subject to the April 24, 2025 order and the July 22, 2025 order that are currently pending before me.

Thank you,
Barabara Jones

---

**RACHEL GOLDMAN**
Partner
rachel.goldman@bracewell.com | download v-card
T: +1.212.508.6135 | F: +1.800.404.3970 | M: +1.646.256.4029

**BRACEWELL LLP**
31 W. 52nd Street, Suite 1900 | New York, NY | 10019-6118
bracewell.com  |  profile  |  LinkedIn  |  Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

| Priv. Log No. Listed in Clawback Letter | Bates Number Listed in Clawback Letter | Clawback Letter date | Challenge? If so-date sent to Master |
|---|---|---|---|
| JCCP_MDL_PRIVLOG072883 | UBER_JCCP_MDL_002530854 - UBER_JCCP_MDL_002530856 | 3/21/2025 | Category 1 |
| JCCP_MDL_PRIVLOG000402 | UBER_JCCP_MDL_000118066 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG000407 | UBER_JCCP_MDL_000500944 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG000408 | UBER_JCCP_MDL_000250291 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG000450 | UBER_JCCP_MDL_000250635 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG003681 | UBER_JCCP_MDL_001730335 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG003718 | UBER_JCCP_MDL_000149584 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG004624 | UBER_JCCP_MDL_001117420 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005016 | UBER_JCCP_MDL_000444441 | 4/23/2025 | Category 1 - Uber withdrew clawback |
| JCCP_MDL_PRIVLOG005185 | UBER_JCCP_MDL_001740002 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005196 | UBER_JCCP_MDL_001740028 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005197 | UBER_JCCP_MDL_003380240 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005198 | UBER_JCCP_MDL_001740053 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005203 | UBER_JCCP_MDL_003380265 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005204 | UBER_JCCP_MDL_001740077 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005205 | UBER_JCCP_MDL_001740100 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005215 | UBER_JCCP_MDL_001740123 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005375 | UBER_JCCP_MDL_001727867 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005511 | UBER_JCCP_MDL_003381611 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005512 | UBER_JCCP_MDL_003381614 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005536 | UBER_JCCP_MDL_000149063 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG005599 | UBER_JCCP_MDL_000519117 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG006133 | UBER_JCCP_MDL_000120657 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG006153 | UBER_JCCP_MDL_000251617 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG006314 | UBER_JCCP_MDL_000258239 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG007033 | UBER_JCCP_MDL_003382219 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG012308 | UBER_JCCP_MDL_001715523 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG014590 | UBER_JCCP_MDL_000253991 | 4/23/2025 | Category 1 - Uber withdrew clawback |
| JCCP_MDL_PRIVLOG014850 | UBER_JCCP_MDL_001721232 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG016154 | UBER_JCCP_MDL_003221425 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG016161 | UBER_JCCP_MDL_000512511 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG016164 | UBER_JCCP_MDL_000512517 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG017899 | UBER_JCCP_MDL_003221730 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG017900 | UBER_JCCP_MDL_003221731 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG023306 | UBER_JCCP_MDL_001730937 | 4/23/2025 | Category 1 |

| Priv. Log No. Listed in Clawback Letter | Bates Number Listed in Clawback Letter | Clawback Letter date | Challenge? If so-date sent to Master |
|---|---|---|---|
| JCCP_MDL_PRIVLOG024083 | UBER_JCCP_MDL_002708898 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG024084 | UBER_JCCP_MDL_002708902 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG024085 | UBER_JCCP_MDL_002708906 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG024086 | UBER_JCCP_MDL_002708910 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG024087 | UBER_JCCP_MDL_002986950 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG024518 | UBER_JCCP_MDL_002709131 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG025054 | UBER_JCCP_MDL_002311861 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG026377 | UBER_JCCP_MDL_002266832 | 4/23/2025 | Category 1 - Uber withdrew clawback |
| JCCP_MDL_PRIVLOG026387 | UBER_JCCP_MDL_002705658 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG026400 | UBER_JCCP_MDL_002705668 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG027830 | UBER_JCCP_MDL_000505173 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG027896 | UBER_JCCP_MDL_000509993 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG029527 | UBER_JCCP_MDL_001739607 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG029551 | UBER_JCCP_MDL_001739609 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG029604 | UBER_JCCP_MDL_001739642 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG029605 | UBER_JCCP_MDL_001739644 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG029606 | UBER_JCCP_MDL_001739646 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG039202 | UBER_JCCP_MDL_000164204 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG039631 | UBER_JCCP_MDL_001112970 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG039847 | UBER_JCCP_MDL_001161588 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG039852 | UBER_JCCP_MDL_001161626 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG039853 | UBER_JCCP_MDL_001161628 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG043587 | UBER_JCCP_MDL_001462077 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG046058 | UBER_JCCP_MDL_001742213 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG046059 | UBER_JCCP_MDL_001742216 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG046060 | UBER_JCCP_MDL_001742218 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG046061 | UBER_JCCP_MDL_001742219 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG046065 | UBER_JCCP_MDL_001742220 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG046066 | UBER_JCCP_MDL_001742222 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG046089 | UBER_JCCP_MDL_001742223 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG057200 | UBER_JCCP_MDL_003401148 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG057551 | UBER_JCCP_MDL_003669876 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG057552 | UBER_JCCP_MDL_002286777 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG057556 | UBER_JCCP_MDL_002266899 | 4/23/2025 | Category 1 - Uber withdrew clawback |
| JCCP_MDL_PRIVLOG057579 | UBER_JCCP_MDL_003669902 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG058772 | UBER_JCCP_MDL_003374988 | 4/23/2025 | Category 1 |

| Priv. Log No. Listed in Clawback Letter | Bates Number Listed in Clawback Letter | Clawback Letter date | Challenge? If so-date sent to Master |
|---|---|---|---|
| JCCP_MDL_PRIVLOG059502 | UBER_JCCP_MDL_002033142 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG059607 | UBER_JCCP_MDL_002294580 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG059608 | UBER_JCCP_MDL_002294592 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG059609 | UBER_JCCP_MDL_002294602 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG059680 | UBER_JCCP_MDL_002034533 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG059681 | UBER_JCCP_MDL_002034540 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG059682 | UBER_JCCP_MDL_002034546 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG059683 | UBER_JCCP_MDL_003382839 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG059684 | UBER_JCCP_MDL_002034552 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG059685 | UBER_JCCP_MDL_002034558 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG061837 | UBER_JCCP_MDL_002056951 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG061985 | UBER_JCCP_MDL_001858143 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG062377 | UBER_JCCP_MDL_002086451 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG062378 | UBER_JCCP_MDL_002086454 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG062379 | UBER_JCCP_MDL_002086457 | 4/23/2025 | Category 1 |
| JCCP_MDL_PRIVLOG001121 | UBER_JCCP_MDL_001719965 – UBER_JCCP_MDL_001719982 | 5/7/2025 | Was not included on the 7/25 May 7 Clawback determinations -but sent to Master on 5/21 |
| JCCP_MDL_PRIVLOG023201 | UBER_JCCP_MDL_003340172 - UBER_JCCP_MDL_003340187 | 5/7/2025 | Was not included on the 7/25 May 7 Clawback determinations -but sent to Master on 5/21 |
| JCCP_MDL_PRIVLOG054410 | UBER_JCCP_MDL_003340806 - UBER_JCCP_MDL_003340813 | 5/7/2025 | Was not included on the 7/25 May 7 Clawback determinations -but sent to Master on 5/21 |
| JCCP_MDL_PRIVLOG007423 | UBER_JCCP_MDL_003389318 | 5/16/2025 | 5/29/2025 |
| JCCP_MDL_PRIVLOG009470 | UBER_JCCP_MDL_004015278 | 5/16/2025 | 5/29/2025 |
| JCCP_MDL_PRIVLOG025467 | UBER_JCCP_MDL_001733177 | 6/3/2025 | Insurance Agreement |
| JCCP_MDL_PRIVLOG027890 | UBER_JCCP_MDL_001738072 | 6/3/2025 | Insurance Agreement |
| JCCP_MDL_PRIVLOG004404 | UBER_JCCP_MDL_001732996 | 6/5/2025 | P's Found duplicate |
| JCCP_MDL_PRIVLOG014929 | UBER_JCCP_MDL_000509527 | 6/5/2025 | |
| JCCP_MDL_PRIVLOG043846 | UBER_JCCP_MDL_003669047 | 6/5/2025 | P's Found duplicate |
| JCCP_MDL_PRIVLOG043850 | UBER_JCCP_MDL_003390340 | 6/5/2025 | 6/23/2025 |
| JCCP_MDL_PRIVLOG043851 | UBER_JCCP_MDL_001742065 | 6/5/2025 | P's Found duplicate |
| JCCP_MDL_PRIVLOG043852 | UBER_JCCP_MDL_003390341 | 6/5/2025 | D's provided dup |
| JCCP_MDL_PRIVLOG043853 | UBER_JCCP_MDL_003390343 | 6/5/2025 | P's Found duplicate |
| JCCP_MDL_PRIVLOG043854 | UBER_JCCP_MDL_001467242 | 6/5/2025 | 6/23/2025 |

| Priv. Log No. Listed in Clawback Letter | Bates Number Listed in Clawback Letter | Clawback Letter date | Challenge? If so-date sent to Master |
|---|---|---|---|
| JCCP_MDL_PRIVLOG043856 | UBER_JCCP_MDL_001467253 | 6/5/2025 | 6/23/2025 |
| JCCP_MDL_PRIVLOG043857 | UBER_JCCP_MDL_003390344 | 6/5/2025 | D's provided dup |
| JCCP_MDL_PRIVLOG043858 | | 6/5/2025 | D's provided dup |
| JCCP_MDL_PRIVLOG043859 | UBER_JCCP_MDL_003390346 | 6/5/2025 | 6/23/2025 |
| JCCP_MDL_PRIVLOG043860 | UBER_JCCP_MDL_001742068 | 6/5/2025 | P's Found duplicate |
| JCCP_MDL_PRIVLOG043861 | UBER_JCCP_MDL_001742076 | 6/5/2025 | P's Found duplicate |
| JCCP_MDL_PRIVLOG006612 | UBER_JCCP_MDL_002738322 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG006613 | UBER_JCCP_MDL_002738325 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG006614 | UBER_JCCP_MDL_002738329 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG006714 | UBER_JCCP_MDL_003340013 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG006832 | UBER_JCCP_MDL_003376517 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007165 | UBER_JCCP_MDL_003031645 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007166 | UBER_JCCP_MDL_003031650 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007167 | UBER_JCCP_MDL_003031653 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007475 | UBER_JCCP_MDL_003389367 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007476 | UBER_JCCP_MDL_003389370 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007513 | UBER_JCCP_MDL_003668642 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007515 | UBER_JCCP_MDL_002987640 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007553 | UBER_JCCP_MDL_003340578 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007554 | UBER_JCCP_MDL_000534753 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007555 | UBER_JCCP_MDL_000534758 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG007556 | UBER_JCCP_MDL_001733032 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG032674 | UBER_JCCP_MDL_002708207 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG039302 | UBER_JCCP_MDL_003389450 | 6/17/2025 | 6/27/2025 |
| JCCP_MDL_PRIVLOG005584 | UBER_JCCP_MDL_000157756 | 4/3/2025 | Category 1 |
| JCCP_MDL_PRIVLOG066480 | UBER_JCCP_MDL_002215869 | 4/15/2025 | Category 1 |
| JCCP_MDL_PRIVLOG067370 | UBER_JCCP_MDL_002302309 | 4/15/2025 | Category 1 |