# EXHIBIT H

**MARKED DEAN EXHIBITS AT ISSUE**

| PRIVILEGE LOG NUMBER | BATES NUMBER | PLAINTIFF'S EXHIBIT NUMBER |
|---|---|---|
| JCCP_MDL_PRIVLOG005511 | UBER_JCCP_MDL_003381611 | P-00047 |
| JCCP_MDL_PRIVLOG005512 | UBER_JCCP_MDL_003381614 | P-01522 |
| JCCP_MDL_PRIVLOG006133 | UBER_JCCP_MDL_000120657 | P-02554 |
| JCCP_MDL_PRIVLOG006153 | UBER_JCCP_MDL_000251617 | P-02678 |
| JCCP_MDL_PRIVLOG007033 | UBER_JCCP_MDL_003382219 | P-01483 |
| JCCP_MDL_PRIVLOG009470 | UBER_JCCP_MDL_004015278 | P-00464 |
| JCCP_MDL_PRIVLOG014929 | UBER_JCCP_MDL_000509527 | P-00870 |
| JCCP_MDL_PRIVLOG043587 | UBER_JCCP_MDL_001462077 | P-00131 |
| JCCP_MDL_PRIVLOG057552 | UBER_JCCP_MDL_002286777 | P-02994 |
| JCCP_MDL_PRIVLOG058772 | UBER_JCCP_MDL_003374988 | P-01480 |