# EXHIBIT I

Outlook

**RE: Determinations re: June 17 Clawback Notice**

From Salcedo, Maria (SHB) <MSALCEDO@shb.com>

Date Fri 1/9/2026 1:20 PM

To   Jacobs, Andrew <andrew.jacobs@bracewell.com>; Goldman, Rachel <rachel.goldman@bracewell.com>; Hill, Jennifer (SHB) <JSHILL@SHB.COM>; Geoffrey Spaulding <spaulding@chaffinluhana.com>; Jones, Barbara <barbara.jones@bracewell.com>; Cummings, Dan (SHB) <decummings@shb.com>; Cole, Brandon J. (SHB) <bcole@shb.com>; Lean, Amanda M. (SHB) <alean@shb.com>; Potter, Erich C. (SHB) <epotter@shb.com>; Gromada, Veronica G. (SHB) <vgromada@shb.com>; Tiffany Ellis <tellis@peifferwolf.com>; Kokalas, Tom <thomas.kokalas@bracewell.com>; Chris Cox <christopher.cox@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Steven Cohn <cohn@chaffinluhana.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>

Dear Judge Jones,

Defendants are considering appellate options with respect to the Special Master's ruling on waiver of privilege and attorney-work product protection, as addressed in the Special Master's September 30 decision that was affirmed by the Master over objection on November 17. This decision, however, has not yet been memorialized with an entry on ECF. Pursuant to Judge Breyer's appointment order, Dkt. 2302, an ECF entry is required for any further judicial review.

We respectfully request that the Special Master memorialize this ruling on ECF so that Defendants may take steps for further review.

Thank you,
Maria

**From:** Jacobs, Andrew <andrew.jacobs@bracewell.com>
**Sent:** Monday, November 17, 2025 2:20 PM
**To:** Goldman, Rachel <rachel.goldman@bracewell.com>; Hill, Jennifer (SHB) <JSHILL@SHB.COM>; Geoffrey Spaulding <spaulding@chaffinluhana.com>; Salcedo, Maria (SHB) <MSALCEDO@shb.com>; Jones, Barbara <barbara.jones@bracewell.com>; Cummings, Dan (SHB) <decummings@shb.com>; Cole, Brandon J. (SHB) <bcole@shb.com>; Lean, Amanda M. (SHB) <alean@shb.com>; Potter, Erich C. (SHB) <epotter@shb.com>; Gromada, Veronica G. (SHB) <vgromada@shb.com>; Tiffany Ellis <tellis@peifferwolf.com>; Kokalas, Tom <thomas.kokalas@bracewell.com>; Chris Cox <christopher.cox@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Steven Cohn <cohn@chaffinluhana.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Subject:** RE: Determinations re: June 17 Clawback Notice

**EXTERNAL**

Dear Counsel,

On behalf of Judge Jones, please find attached the Ruling on Defendants' Objections to Scope of Clawback Orders.

Thank you,
Andrew

---

**ANDREW JACOBS**
Associate
andrew.jacobs@bracewell.com | download v-card
T: +1.713.221.3348 | F: +1.800.404.3970 | M: +1.713.829.9070

**BRACEWELL LLP**
711 Louisiana Street, Suite 2300 | Houston, TX | 77002-2770
bracewell.com | profile | LinkedIn | Twitter