# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-md-03084-CRB<br><br>**EXHIBIT J**<br><br>**AFFIDAVIT OF TIFFANY R. ELLIS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S ORDER**<br><br>Judge: Honorable Charles R. Breyer |

I, Tiffany R. Ellis, hereby declare as follows:

1. I am a partner of Peiffer Wolf Care Kane Conway & Wise, an attorney licensed in the States of Michigan and Illinois and duly admitted to practice before this Court, representing Plaintiffs in the above caption action.

2. I submit this declaration in support of Plaintiffs' Response in Opposition to Defendants' Objections to Special Master's Order.

3. Between February 11 and March 19, 2025, Plaintiffs received productions and accompanying production letters from Uber that contain each of the documents in dispute. Those letters read, in part, "we are producing documents for which Defendants no longer assert a claim of privilege or produce now with privilege."

4. Plaintiffs subsequently, between March 21 and June 19, 2025 received additional communications from Defendants attempting to clawback each of the 42 documents at issue.

5. The attached chart, **Ex. J1**, is based on information provided to Plaintiffs by Defendants and summarizes each disputed privilege log entry, the bates number of the associated document that was produced to Plaintiffs, the production volume in which the document was received as well as date of receipt, the date Plaintiffs received a clawback notice for each document, the number of days between the date each de-designated document was produced and a corresponding clawback notice was received, and exhibit number (if applicable).

Executed this 11th day of February, 2025 in Detroit, Michigan.

/s/ *Tiffany R. Ellis*
Tiffany R. Ellis