# EXHIBIT J1

| Beginning Bates | Priv No. | Production volume | De-Designation Date | Date of Clawback | Days between De-Designation and Clawback | Exhibit # |
|---|---|---|---|---|---|---|
| UBER_JCCP_MDL_002738322 | JCCP_MDL_PRIVLOG006612 | JCCP_MDL096 | 2/11/2025 | 6/13/2025 | 122 | |
| UBER_JCCP_MDL_002738325 | JCCP_MDL_PRIVLOG006613 | JCCP_MDL096 | 2/11/2025 | 6/13/2025 | 122 | |
| UBER_JCCP_MDL_002738329 | JCCP_MDL_PRIVLOG006614 | JCCP_MDL096 | 2/11/2025 | 6/13/2025 | 122 | |
| UBER_JCCP_MDL_002987640 | JCCP_MDL_PRIVLOG007515 | JCCP_MDL099 | 2/14/2025 | 6/13/2025 | 119 | |
| UBER_JCCP_MDL_003031645 | JCCP_MDL_PRIVLOG007165 | JCCP_MDL103 | 2/19/2025 | 6/13/2025 | 114 | |
| UBER_JCCP_MDL_003031650 | JCCP_MDL_PRIVLOG007166 | JCCP_MDL103 | 2/19/2025 | 6/13/2025 | 114 | |
| UBER_JCCP_MDL_003031653 | JCCP_MDL_PRIVLOG007167 | JCCP_MDL103 | 2/19/2025 | 6/13/2025 | 114 | |
| UBER_JCCP_MDL_000534758 | JCCP_MDL_PRIVLOG007555 | JCCP_MDL104 | 2/19/2025 | 6/13/2025 | 114 | |
| UBER_JCCP_MDL_003221425 | JCCP_MDL_PRIVLOG016154 | JCCP_MDL113 | 2/26/2025 | 4/15/2025 | 48 | |
| UBER_JCCP_MDL_000512511 | JCCP_MDL_PRIVLOG016161 | JCCP_MDL114 | 2/26/2025 | 4/15/2025 | 48 | |
| UBER_JCCP_MDL_000512517 | JCCP_MDL_PRIVLOG016164 | JCCP_MDL114 | 2/26/2025 | 4/15/2025 | 48 | |
| UBER_JCCP_MDL_003221730 | JCCP_MDL_PRIVLOG017899 | JCCP_MDL113 | 2/26/2025 | 4/15/2025 | 48 | |
| UBER_JCCP_MDL_003221731 | JCCP_MDL_PRIVLOG017900 | JCCP_MDL113 | 2/26/2025 | 4/15/2025 | 48 | |
| UBER_JCCP_MDL_004015278 | JCCP_MDL_PRIVLOG009470 | JCCP_MDL160 | 3/3/2025 | 5/16/2025 | 74 | P-00464 |
| UBER_JCCP_MDL_003340013 | JCCP_MDL_PRIVLOG006714 | JCCP_MDL126 | 3/6/2025 | 6/13/2025 | 99 | |
| UBER_JCCP_MDL_003340578 | JCCP_MDL_PRIVLOG007553 | JCCP_MDL126 | 3/6/2025 | 6/13/2025 | 99 | |
| UBER_JCCP_MDL_003340172 | JCCP_MDL_PRIVLOG023201 | JCCP_MDL126 | 3/6/2025 | 5/7/2025 | 62 | |
| UBER_JCCP_MDL_001462077 | JCCP_MDL_PRIVLOG043587 | JCCP_MDL127 | 3/6/2025 | 4/15/2025 | 40 | P-00131 |
| UBER_JCCP_MDL_003381614 | JCCP_MDL_PRIVLOG005512 | JCCP_MDL134 | 3/10/2025 | 4/1/2025 | 22 | P-01522 |
| UBER_JCCP_MDL_000120657 | JCCP_MDL_PRIVLOG006133 | JCCP_MDL131 | 3/10/2025 | 4/3/2025 | 24 | P-02554 |
| UBER_JCCP_MDL_003376517 | JCCP_MDL_PRIVLOG006832 | JCCP_MDL134 | 3/10/2025 | 6/13/2025 | 95 | |
| UBER_JCCP_MDL_003382219 | JCCP_MDL_PRIVLOG007033 | JCCP_MDL134 | 3/10/2025 | 4/3/2025 | 24 | P-01483 |
| UBER_JCCP_MDL_003389318 | JCCP_MDL_PRIVLOG007423 | JCCP_MDL134 | 3/10/2025 | 5/16/2025 | 67 | |
| UBER_JCCP_MDL_003389367 | JCCP_MDL_PRIVLOG007475 | JCCP_MDL134 | 3/10/2025 | 6/13/2025 | 95 | |
| UBER_JCCP_MDL_003389370 | JCCP_MDL_PRIVLOG007476 | JCCP_MDL134 | 3/10/2025 | 6/13/2025 | 95 | |
| UBER_JCCP_MDL_000509527 | JCCP_MDL_PRIVLOG014929 | JCCP_MDL130 | 3/10/2025 | 6/3/2025 | 85 | |
| UBER_JCCP_MDL_002986950 | JCCP_MDL_PRIVLOG024087 | JCCP_MDL130 | 3/10/2025 | 3/21/2025 | 11 | |
| UBER_JCCP_MDL_003389450 | JCCP_MDL_PRIVLOG039302 | JCCP_MDL134 | 3/10/2025 | 6/13/2025 | 95 | |

**Ex. J1 to PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S ORDER**

| Beginning Bates | Priv No. | Production volume | De-Designation Date | Date of Clawback | Days between De-Designation and Clawback | Exhibit # |
|---|---|---|---|---|---|---|
| UBER_JCCP_MDL_003401148 | JCCP_MDL_PRIVLOG057200 | JCCP_MDL134 | 3/10/2025 | 4/15/2025 | 36 | |
| UBER_JCCP_MDL_002033142 | JCCP_MDL_PRIVLOG059502 | JCCP_MDL130 | 3/10/2025 | 4/3/2025 | 24 | |
| UBER_JCCP_MDL_002034533 | JCCP_MDL_PRIVLOG059680 | JCCP_MDL130 | 3/10/2025 | 4/15/2025 | 36 | |
| UBER_JCCP_MDL_002034540 | JCCP_MDL_PRIVLOG059681 | JCCP_MDL130 | 3/10/2025 | 4/15/2025 | 36 | |
| UBER_JCCP_MDL_002034546 | JCCP_MDL_PRIVLOG059682 | JCCP_MDL130 | 3/10/2025 | 4/15/2025 | 36 | |
| UBER_JCCP_MDL_003382839 | JCCP_MDL_PRIVLOG059683 | JCCP_MDL134 | 3/10/2025 | 4/15/2025 | 36 | |
| UBER_JCCP_MDL_002034552 | JCCP_MDL_PRIVLOG059684 | JCCP_MDL130 | 3/10/2025 | 4/15/2025 | 36 | |
| UBER_JCCP_MDL_002034558 | JCCP_MDL_PRIVLOG059685 | JCCP_MDL130 | 3/10/2025 | 4/15/2025 | 36 | |
| UBER_JCCP_MDL_003381611 | JCCP_MDL_PRIVLOG005511 | JCCP_MDL134 | 3/10/2025 | 4/1/2025 | 22 | P-00047 |
| UBER_JCCP_MDL_000509527 | JCCP_MDL_PRIVLOG014929 | JCCP_MDL130 | 3/10/2025 | 6/3/2025 | 85 | P-00870 |
| UBER_JCCP_MDL_003374988 | JCCP_MDL_PRIVLOG058772 | JCCP_MDL134 | 3/10/2025 | 4/3/2025 | 24 | P-01480 |
| UBER_JCCP_MDL_000251617 | JCCP_MDL_PRIVLOG006153 | JCCP_MDL130 | 3/10/2025 | 4/1/2025 | 22 | P-02678 |
| UBER_JCCP_MDL_003669876 | JCCP_MDL_PRIVLOG057551 | JCCP_MDL140 | 3/19/2025 | 4/15/2025 | 27 | |
| UBER_JCCP_MDL_002286777 | JCCP_MDL_PRIVLOG057552 | JCCP_MDL141 | 3/19/2025 | 4/15/2025 | 27 | P-02994 |