UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER ON DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S OBJECTION TO SPECIAL MASTER'S ORDER |
| This Document Relates to:<br><br>All Cases | Judge: Honorable Charles R. Breyer<br>Courtroom: 6-17th Floor |

Having considered the Parties' submissions regarding the Master's November 17, 2025 Ruling on Scope of Clawback Orders (ECF No. 4965), the Court hereby overrules Defendants' Objection and reaffirms the Special Master's January 9, 2026 Order.

**IT IS SO ORDERED:**

Dated: _____                    _____
                                                                                    HON. CHARLES R. BREYER
                                                                                    United States District Judge

- 1 -

[PROPOSED] ORDER ON DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S OBJECTION TO SPECIAL MASTER'S ORDER
NO. 3:23-MD-03084