RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jessi Watt v. Uber Technologies, Inc., et al; 3:25-cv-04704-CRB* | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO UBER'S MOTION TO DISMISS**<br><br>Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

NOW COMES Plaintiff Jessi Watt ("Plaintiff"), by and through her attorneys, who hereby submits Plaintiff's Unopposed Motion for Leave to File a Supplemental Memorandum in Opposition to Uber's Motion to Dismiss (the "Motion") (Dkt. No. 4737). That memorandum is warranted, as briefing on the Motion has been completed, but Plaintiff has now cured the

deficiency on which Uber based its Motion. Counsel for Uber does not oppose Plaintiff's submission of a supplemental memorandum.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and allow her to file a supplemental opposition to Defendants' Motion to Dismiss.

Dated: February 12, 2026                Respectfully Submitted by:

*/s/ Rachel B. Abrams*
Rachel B. Abrams (Cal Bar No. 209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
           awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

# CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: February 12, 2026                Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams
Attorney for Plaintiff