RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jessi Watt v. Uber Technologies, Inc., et al; 3:25-cv-04704-CRB* | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO MOTION TO DISMISS**<br><br>Date: February 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

NOW COMES Plaintiff Jessi Watt ("Plaintiff"), by and through her attorneys, who hereby submits Plaintiff's Supplemental Memorandum in Opposition to Uber's Motion to Dismiss (Dkt. No. 4737).

On December 19, 2025, Defendants filed a Motion to Dismiss Plaintiff's complaint (the "Motion") (Dkt. No. 4737), on the grounds that she failed to comply with Pretrial Order No. 10, which establishes procedures and deadlines related to the production of Plaintiff Fact

Sheets (Dkt. No. 348). On December 31, 2025, Plaintiff filed an Opposition to the Motion. (Dkt. No. 4855). At the time of that filing, counsel for Plaintiff had been unable to contact her.

On February 5, 2026, however, Plaintiff re-established contact with her counsel. That same day, Plaintiff submitted her signed plaintiff fact sheet verification. On February 6, 2026, Plaintiff's Counsel informed counsel for Uber that Plaintiff was now in compliance with PTO 10. Counsel for Uber acknowledged that Plaintiff has cured the deficiency at issue and has represented that Uber will agree to a stipulated motion to vacate the dismissal of Plaintiff's complaint, if necessary, after the Court rules on ECF 4737.

Plaintiff respectfully requests, however, that the Court deny Uber's Motion as to Plaintiff Jessi Watt, so the extraordinary step of vacating a dismissal will not be necessary. The Court has yet to rule on Defendant's motion to dismiss and the Plaintiff having cured her alleged deficiency has not created any delay or inconvenience. Further, Uber's counsel has indicated that if this case were to get dismissed, they would stipulate to a joint motion to vacate that dismissal. Plaintiff's position is that dismissal of Plaintiff's case would be inefficient and unduly prejudicial.

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss as to Plaintiff Jessi Watt and allow her case to move forward.

Dated: February 12, 2026               Respectfully Submitted by:

                                       */s/ Rachel Abrams*
                                       Rachel B. Abrams (Cal Bar No. 209316)
                                       Adam B. Wolf (Cal Bar No. 215914)
                                       **Peiffer Wolf Carr**
                                       **Kane Conway & Wise, LLP**
                                       555 Montgomery Street, Suite 820
                                       San Francisco, CA 94111
                                       Ph: 415-766-3544
                                       Fax: (415) 840-9435
                                       Email: rabrams@peifferwolf.com
                                              awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: February 12, 2026                    Respectfully Submitted by:

*/s/ Rachel B. Abrams*
Rachel B. Abrams
Attorney for Plaintiff