**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jessi Watt v. Uber Technologies, Inc., et al; 3:25-cv-04704-CRB* | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM** |

Having considered Plaintiff's Unopposed Motion for Leave to File a Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss, the Court GRANTS this motion and allows Plaintiff to file a Supplemental Opposition to Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge

1