

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LN v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00120-CRB<br><br>*Jane Doe TW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-00559-CRB<br><br>*Jane Doe BW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04308-CRB<br><br>*Jane Doe ST v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04309-CRB<br><br>*Jane Doe AR v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04313-CRB<br><br>*Jane Doe VB v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04317-CRB<br><br>*Jane Doe KH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04326-CRB<br><br>*Jane Doe SF v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04327-CRB<br><br>*Jane Doe SG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04353-CRB<br><br>*Jane Doe TW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04356-CRB<br><br>*Jane Doe SW v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04364-CRB | Case No. 3:23-md-03084-CRB<br><br>[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE |

[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

1
2  *Jane Doe JG v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04368-CRB
3  *Jane Doe PC v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04374-CRB
4
5  *WHB 1478 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04833-CRB
6  *WHB 1123 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04850-CRB
7
8  *WHB 1144 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04859-CRB
9  *WHB 196 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04886-CRB
10
11  *WHB 526 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04901-CRB
12  *WHB 950 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04931-CRB
13
14  *WHB 1936 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04950-CRB
15  *WHB 175 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04982-CRB
16
17  *WHB 1916 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05003-CRB
18  *WHB 1845 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05015-CRB
19
20  *Jane Doe (C.A.) v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05072-CRB
21  *Jane Doe RD v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05074-CRB
22
23  *Jane Doe JH v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05079-CRB
24  *WHB 979 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05082-CRB
25
26  *WHB 649 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05095-CRB
27
28

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 3:23-MD-03084-CRB

1
2  *Jane Doe EB v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05110-CRB
3  *Jane Doe AE v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05121-CRB
4
5  *WHB 1425 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05129-CRB
6  *WHB 427 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05132-CRB
7
8  *John Doe DG v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05169-CRB
9  *Jane Doe KH v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05174-CRB
10
11  *WHB 1382 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05232-CRB
12  *WHB 1962 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05240-CRB
13
14  *WHB 1549 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05275-CRB
15  *WHB 1048 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05462-CRB
16
17  *WHB 1443 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05472-CRB
18  *WHB 1596 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05473-CRB
19
20  *WHB 1673 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05552-CRB
21  *WHB 519 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05627-CRB
22
23  *WHB 393 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05633-CRB
24  *WHB 1416 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05667-CRB
25
26  *Jane Doe SK v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05710-CRB
27
28

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

1
2   *Jane Doe AM v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05765-CRB

3   *Jane Doe CS v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05964-CRB
4
5   *Jane Doe GT v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06051-CRB

6   *John Doe EW v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06073-CRB
7
8   *Jane Doe JD v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06074-CRB

9   *Jane Doe NLG JV v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08622-CRB
10
11  *Jane Doe NLG KC v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00072-CRB
12
13  *Jane Doe NLG TT v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00075-CRB

14  *Jane Doe NLG PO v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00358-CRB
15
16  *Jane Doe NLG LB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00365-CRB
17
18  *Jane Doe NLG BH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00369-CRB
19
20  *Jane Doe NLG BE v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00401-CRB

21  *Jane Doe NLG KK v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00673-CRB
22
23  *Jane Doe NLG JN v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00715-CRB
24
25  *WHB 2045 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01211-CRB

26  *WHB 2052 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01229-CRB
27
28

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 3:23-MD-03084-CRB

| | |
|---|---|
| 1 | |
| 2 | *Jane Doe NLG KL v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01265-CRB |
| 3 | *Jane Doe NLG AH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01266-CRB |
| 4 | |
| 5 | *Jane Doe NLG- ZD v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01729-CRB |
| 6 | |
| 7 | *Jane Doe NLG- WB v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01799-CRB |
| 8 | |
| 9 | *Jane Doe NLG- JN v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01818-CRB |
| 10 | |
| 11 | *Jane Doe 691046 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02274-CRB |
| 12 | |
| 13 | *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02706-CRB |
| 14 | |
| 15 | *Jane Doe NLG-RR v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02788-CRB |
| 16 | |
| 17 | *Jane Doe NLG-AH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02797-CRB |
| 18 | |
| 19 | *Jane Doe NLG-AV v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02855-CRB |
| 20 | |
| 21 | *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02856-CRB |
| 22 | |
| 23 | *Jane Doe NLG-BC v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02899-CRB |
| 24 | |
| 25 | *Jane Doe NLG-KM v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02956-CRB |
| 26 | |
| 27 | *Jane Doe NLG-MH v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05163-CRB |
| 28 | |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

# [PROPOSED] ORDER

Having considered Defendants' Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal with Prejudice (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, are subject to conversion of their dismissals without prejudice to dismissals with prejudice pursuant to Amended Pretrial Order ("PTO") No. 10.

The Court therefore hereby ORDERS as follows:

1. The dismissal of the claims of the Plaintiffs identified in Exhibit A to this Order are subject to conversion from without prejudice to dismissal with prejudice pursuant to Amended PTO 10 (ECF No. 4287). Accordingly, those Plaintiffs' claims are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: __February 13__, 2026



[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

## EXHIBIT A

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 1233 | L.N. | Nachawati Law Group | 24-CV-00120 |
| 1361 (1229) | T.W. | Nachawati Law Group | 24-CV-00559 |
| 1483 | Jane Doe (B.W.) | Nachawati Law Group | 24-CV-04308 |
| 1484 | Jane Doe (S.T.) | Nachawati Law Group | 24-CV-04309 |
| 1487 | Jane Doe (A.R.) | Nachawati Law Group | 24-CV-04313 |
| 1489 | Jane Doe (V.B.) | Nachawati Law Group | 24-CV-04317 |
| 1491 | Jane Doe (K.H.) | Nachawati Law Group | 24-CV-04326 |
| 1492 | Jane Doe (S.F.) | Nachawati Law Group | 24-CV-04327 |
| 1496 | Jane Doe (S.G.) | Nachawati Law Group | 24-CV-04353 |
| 1500 | Jane Doe (T.W.) | Nachawati Law Group | 24-CV-04356 |
| 1508 | Jane Doe (S.W.) (3) | Nachawati Law Group | 24-CV-04364 |
| 1509 | Jane Doe (J.G.) | Nachawati Law Group | 24-CV-04368 |
| 1513 | Jane Doe (P.C.) | Nachawati Law Group | 24-CV-04374 |
| 1546 | WHB 1478 | Williams Hart & Boundas, LLP | 24-CV-04833 |
| 1567 | WHB 1144 | Williams Hart & Boundas, LLP | 24-CV-04859 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 1573 | WHB 196 | Williams Hart & Boundas, LLP | 24-CV-04886 |
| 1614 | WHB 526 | Williams Hart & Boundas, LLP | 24-CV-04901 |
| 1653 | WHB 1936 | Williams Hart & Boundas, LLP | 24-CV-04950 |
| 1659 | WHB 1123 | Williams Hart & Boundas, LLP | 24-CV-04850 |
| 1681 | WHB 950 | Williams Hart & Boundas, LLP | 24-CV-04931 |
| 1697 | WHB 175 | Williams Hart & Boundas, LLP | 24-CV-04982 |
| 1702 | WHB 1916 | Williams Hart & Boundas, LLP | 24-CV-05003 |
| 1712 | WHB 649 | Williams Hart & Boundas, LLP | 24-CV-05095 |
| 1725 | WHB 1845 | Williams Hart & Boundas, LLP | 24-CV-05015 |
| 1770 | WHB 979 | Williams Hart & Boundas, LLP | 24-CV-05082 |
| 1866 | WHB 427 | Williams Hart & Boundas, LLP | 24-CV-05132 |
| 1868 | WHB 1425 | Williams Hart & Boundas, LLP | 24-CV-05129 |
| 1885 | WHB 1549 | Williams Hart & Boundas, LLP | 24-CV-05275 |
| 1916 | WHB 1382 | Williams Hart & Boundas, LLP | 24-CV-05232 |
| 1918 | WHB 1962 | Williams Hart & Boundas, LLP | 24-CV-05240 |
| 1943 | WHB 1048 | Williams Hart & Boundas, LLP | 24-CV-05462 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 1950 | WHB 1443 | Williams Hart & Boundas, LLP | 24-CV-05472 |
| 1962 | WHB 1673 | Williams Hart & Boundas, LLP | 24-CV-05552 |
| 1969 | WHB 1596 | Williams Hart & Boundas, LLP | 24-CV-05473 |
| 2147 | WHB 519 | Williams Hart & Boundas, LLP | 24-CV-05627 |
| 2150 | WHB 393 | Williams Hart & Boundas, LLP | 24-CV-05633 |
| 2177 | WHB 1416 | Williams Hart & Boundas, LLP | 24-CV-05667 |
| 2213 | Jane Doe (C.A.) | Nachawati Law Group | 24-CV-05072 |
| 2215 | Jane Doe (R.D.) | Nachawati Law Group | 24-CV-05074 |
| 2217 | Jane Doe (J.H.) | Nachawati Law Group | 24-CV-05079 |
| 2221 | Jane Doe (E.B.) | Nachawati Law Group | 24-CV-05110 |
| 2225 | Jane Doe (A.E.) | Nachawati Law Group | 24-CV-05121 |
| 2227 | John Doe (D.G.) | Nachawati Law Group | 24-CV-05169 |
| 2230 | Jane Doe (K.H.) (2) | Nachawati Law Group | 24-CV-05174 |
| 2235 | Jane Doe (S.K.) | Nachawati Law Group | 24-CV-05710 |
| 2254 | Jane Doe (A.M.) | Nachawati Law Group | 24-CV-05765 |
| 2259 | Jane Doe (C.S.) | Nachawati Law Group | 24-CV-05964 |

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2260 | Jane Doe (G.T.) | Nachawati Law Group | 24-CV-06051 |
| 2261 | John Doe (E.W.) | Nachawati Law Group | 24-CV-06073 |
| 2262 | Jane Doe (J.D.) | Nachawati Law Group | 24-CV-06074 |
| 2723 | Jane Doe NLG (J.V.) | Nachawati Law Group | 24-CV-08622 |
| 2797 | Jane Doe NLG (K.C.) | Nachawati Law Group | 25-CV-00072 |
| 2798 | Jane Doe NLG (T.T.) | Nachawati Law Group | 25-CV-00075 |
| 2804 | Jane Doe NLG (P.O.) | Nachawati Law Group | 25-CV-00358 |
| 2805 | Jane Doe NLG (L.B.) | Nachawati Law Group | 25-CV-00365 |
| 2812 | Jane Doe NLG (B.H.) | Nachawati Law Group | 25-CV-00369 |
| 2813 | Jane Doe NLG (B.E.) | Nachawati Law Group | 25-CV-00401 |
| 2842 | Jane Doe NLG (K.K.) | Nachawati Law Group | 25-CV-00673 |
| 2845 | Jane Doe NLG (J.N.) | Nachawati Law Group | 25-CV-00715 |
| 2889 | WHB 2045 | Williams Hart & Boundas, LLP | 24-CV-01211 |
| 2898 | WHB 2052 | Williams Hart & Boundas, LLP | 25-CV-01229 |
| 2920 | Jane Doe NLG (KL) | Nachawati Law Group | 25-CV-01265 |
| 2921 | Jane Doe NLG (AH) | Nachawati Law Group | 25-CV-01266 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 3020 | Jane Doe NLG (ZD) | Nachawati Law Group | 25-CV-01729 |
| 3025 | Jane Doe NLG (WB) | Nachawati Law Group | 25-CV-01799 |
| 3030 | Jane Doe NLG (JN) | Nachawati Law Group | 25-CV-01818 |
| 3067 | Jane Doe 691046 | Kherkher Garcia | 25-CV-02274 |
| 3165 | Jane Doe NLG (AH) (2) | Nachawati Law Group | 25-CV-02797 |
| 3201 | Jane Doe NLG (KM) | Nachawati Law Group | 25-CV-02706 |
| 3207 | Jane Doe NLG (AV) | Nachawati Law Group | 25-CV-02855 |
| 3208 | Jane Doe NLG (KM) (2) | Nachawati Law Group | 25-CV-02856 |
| 3209 | Jane Doe NLG (BC) | Nachawati Law Group | 25-CV-02899 |
| 3246 | Jane Doe NLG (R.R.) | Nachawati Law Group | 25-CV-02788 |
| 3456 | Jane Doe NLG (KM) (3) | Nachawati Law Group | 25-CV-02956 |
| 3645 | Jane Doe NGL (MH) | Nachawati Law Group | 25-CV-05163 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB