UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Order Relates to:<br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>John Boundas</u> an active member in good standing of the bar of <u>Texas</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Williams Hart & Boundas pltfs</u> in the above-entitled action. My local co-counsel in this case is <u>not required per PTO-1</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>N/A</u>.

<u>8441 Gulf Fwy #600, Houston, TX 77017</u>
MY ADDRESS OF RECORD

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

<u>713-230-2300</u>
MY TELEPHONE # OF RECORD

<u>N/A</u>
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

<u>sbrahmbhatt@whlaw.com</u>
MY EMAIL ADDRESS OF RECORD

<u>N/A</u>
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>00793367</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>0</u> times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2026

          John Boundas
          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Boundas granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

          UNITED STATES DISTRICT/MAGISTRATE JUDGE