Dennis L. Evans (CA Bar No. 276923)
Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
**PHILLIPS LAW GROUP, P.C.**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Phone: (602) 258-8900
Fax: (602) 900-0107
Email: dennis.evans@phillipslaw.com
Email: tim.tonkin@phillipslaw.com

COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** | Case No: 3:23-md-03084-CRB |
| **Case No.: 3:26-cv-01344-CRB** | **NOTICE OF FILING OF NEW ACTION** |
| JANE DOE PLG (T.J.); | |
| v. Uber Technologies, Inc., et al. | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 13, 2026.

Dated: February 13, 2026

**PHILLIPS LAW GROUP, P.C.**

*/s./ Dennis L. Evans*
Dennis L. Evans (CA Bar No. (276923)
Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Phone: (602) 258-8900
Fax: (602) 900-0107
dennis.evans@phillipslaw.com
tim.tonkin@phillipslaw.com

COUNSEL FOR PLAINTIFF