UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No.: 3:23-MD-03084-CRB<br><br>Judge: Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Individual Case Numbers: 3:24-cv-04699; 3:24-cv-05215; 3:24-cv-05221; 3:24-cv-05247; 3:24-cv-05255; 3:24-cv-05266; 3:24-cv-05295; 3:24-cv-05374; 3:24-cv-05388; 3:24-cv-05396; 3:24-cv-05512; 3:24-cv-05520; 3:24-cv-07068; 3:24-cv-07075; 3:25-cv-03456; 3:25-cv-05307* | |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE CLAIMS OF THE FOLLWING PLAINTIFFS ARE DISMISSED WITH PREJUDICE:

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-04699 | Leisle, Keilsee |
| 3:24-cv-05215 | Jane Doe EB 18 |
| 3:24-cv-05221 | Jane Doe EB 20 |
| 3:24-cv-05247 | Jane Doe EB 23 |
| 3:24-cv-05255 | Jane Doe EB 25 |
| 3:24-cv-05266 | Jane Doe EB 26 |
| 3:24-cv-05295 | McCormick, Alana |
| 3:24-cv-05374 | Jane Doe EB 37 |
| 3:24-cv-05388 | Jane Doe EB 41 |
| 3:24-cv-05396 | Willoughby, Zina |
| 3:24-cv-05512 | Jane Doe EB 51 |
| 3:24-cv-05520 | Macon, Cambrielle R. |
| 3:24-cv-07068 | Jane Doe EB 56 |
| 3:24-cv-07075 | Jane Doe EB 58 |
| 3:25-cv-03456 | Jane Doe EB 80 |
| 3:25-cv-05307 | Jane Doe EB 91 |

Dated: __February 13__, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE