ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:     (816) 559-2393
Facsimile:     (816) 421-5547

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*N.MP. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10776-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Judge:     Honorable Charles R. Breyer |

## DECLARATION OF CHRISTOPHER V. COTTON

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants") opposition to the Wagstaff law Firm's ("Wagstaff") motion to withdraw as counsel for Plaintiff N.MP.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. To date, Plaintiff N.MP. has not submitted a Plaintiff Fact Sheet ("PFS"). On January 21, 2026, counsel for Uber communicated to Wagstaff via a PFS Delinquency Letter that Plaintiff N.MP. was delinquent in her obligation to submit a PFS.

4. Plaintiff N.MP. submitted a ride receipt on December 30, 2025. Uber was unable to substantiate Plaintiff N.MP.'s alleged Uber ride and communicated that to Wagstaff via a Defendant's Fact Sheet on January 29, 2026.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct. Executed on February 13, 2026, in Kansas City, Missouri.

| | |
|---|---|
| 1 | **SHOOK, HARDY & BACON L.L.P.** |
| 2 | */s/ Christopher V. Cotton*_____ |
| 3 | CHRISTOPHER V. COTTON |
| | (admitted *Pro Hac Vice*) |
| 4 | ccotton@shb.com |
| | **SHOOK, HARDY & BACON L.L.P.** |
| 5 | 2555 Grand Blvd. |
| | Kansas City, MO 64108 |
| 6 | Telephone: (816) 474-6550 |
| 7 | *Attorney for Defendants* |
| | UBER TECHNOLOGIES, INC., RASIER, |
| 8 | LLC, and RASIER-CA, LLC |