# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER REGARDING WAGSTAFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>*N.MP. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-10776-CRB | Judge:   Honorable Charles R. Breyer |

## **[PROPOSED] ORDER**

Having considered Wagstaff Law Firm's ("Wagstaff") Motion to Withdraw as Counsel of Record for Plaintiff N.MP. (ECF 5213), the Court finds that, given that Uber (1) has discovered evidence that N.MP. submitted a non-bona fide receipt and (2) intends to file a Motion for Entry of an Order to Show Cause related to her case, granting withdrawal would cause prejudice to Plaintiff and Uber, likely delay the progress of this multi-district litigation, and potentially harm the administration of justice.

The Court therefore hereby ORDERS that Wagstaff's Motion to Withdraw is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

1
[PROPOSED] ORDER ON WAGSTAFF'S MOTION TO WITHDRAW