John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**ATTORNEY WALTER CUBBERLY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*WHB 649 v. Uber Technologies, Inc., et al.,<br>No. 3:24-cv-05095* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

I, Walter Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before the courts of the state of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth therein, and if called to testify, I would testify competently to the information below.

2. This declaration is made in support of Plaintiff's Motion to Reconsider Order Dismissing Case for Failure to Comply with PTO 10.

3. Attached hereto as **Exhibit A** is a true and correct copy of the ECF Notice of Electronic Filing regarding document number 5014, Defendants' Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal With Prejudice, dated January 15, 2026 that shows a response deadline of January 29, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of e-mail correspondence between Margret Lecocke and Mike Arnone dated January 29, 2026.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Plaintiff WHB 649.

6. Attached hereto as **Exhibit D** is a true and correct copy of e-mail correspondence between Margret Lecocke and Mike Arnone dated February 5, 2026 and February 9, 2026.

7. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 13, 2026 in Houston, Texas.

8.

Dated: February 13, 2026

Walter Cubberly

*Attorney for Plaintiff*