# EXHIBIT A

|  |  |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:23-md-03084-CRB In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation Motion for Miscellaneous Relief |
| **Date:** | Thursday, January 15, 2026 5:00:45 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered by Shortnacy, Michael on 1/15/2026 at 3:00 PM PST and filed on 1/15/2026

**Case Name:** In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation
**Case Number:** 3:23-md-03084-CRB
**Filer:** Rasier, LLC
Rasier-CA, LLC
Uber Technologies, Inc.
**Document Number:** 5014

**Docket Text:**
**MOTION to Convert Order of Dismissal Without Prejudice to Order of Dismissal With Prejudice filed by Rasier, LLC, Rasier-CA, LLC, Uber Technologies, Inc.. Motion Hearing set for 2/20/2026 10:00 AM before Judge Charles R. Breyer. Responses due by 1/29/2026. Replies due by 2/5/2026. (Attachments: # (1) Declaration of Michael B. Shortnacy, # (2) Exhibit A, # (3) Proposed Order) (Shortnacy, Michael) (Filed on 1/15/2026)**


**3:23-md-03084-CRB Notice has been electronically mailed to:**

Adam Pulaski     713-664-4555

Adam B. Wolf     awolf@peifferwolf.com, awolf@pwcklegal.com

Adam Brett Wolf     awolf@peifferwolf.com, clathrop@peifferwolf.com, mcardone@peifferwolf.com

Adam Jorge Gomez     agomez@gelaw.com, 2131280420@filings.docketbird.com,

bburton@gelaw.com, msoto@gelaw.com

Adam K. Pulaski     adam@pulaskilawfirm.com

Adam Kern Pulaski     adam@pulaskilawfirm.com, kcarr@pulaskilawfirm.com

Adam M. Shoshtari     ashoshtari@shb.com

Adam Paul Slater     aslater@sssfirm.com

Aimee H. Wagstaff     Awagstaff@wagstafflawfirm.com, aimee-wagstaff-1084@ecf.pacerpro.com, elinden@wagstafflawfirm.com, gsantana@wagstafflawfirm.com, kellie-johnson-0345@ecf.pacerpro.com, kevin-rowe-8467@ecf.pacerpro.com, mgshyamba@wagstafflawfirm.com, TFryan@wagstafflawfirm.com

Albert Oganesyan     aoganesyan@sgpblaw.com, ccortes@sgpblaw.com, jsanchez@sgpblaw.com

Alexandra Caritis     alexandra.caritis@kirkland.com

Alexandra M. Walsh     awalsh@anapolweiss.com, acura@anapolweiss.com, agarcia@anapolweiss.com, kvarallo@anapolweiss.com, rbarnholtz@anapolweiss.com, rcarmony@anapolweiss.com

Alexis Nicole Tinucci     atinucci@jshfirm.com

Alicia J. Donahue     adonahue@shb.com, alicia-donahue-8478@ecf.pacerpro.com, jheffronjones@shb.com, mmontalvo@shb.com, SFDISTRIBUTION@shb.com

Allison Meghan Brown     allison.brown@kirkland.com

Alycia Ann Degen     adegen@shb.com, alycia-degen-4717@ecf.pacerpro.com

Alyson Steele Beridon     alyson@hsglawgroup.com

An V. Truong     atruong@simmonsfirm.com, ClassDocketing@ecf.courtdrive.com, ClassDocketing@simmonsfirm.com

Andrea J. Steele     asteele@shb.com

Andrea S. Hirsch     ahirsch@hermangerel.com

Andrea Solomon Hirsch     andrea@cohenhirsch.com, brooke@cohenhirsch.com, carrie@cohenhirsch.com, lwest@cohenhirsch.com

Andrew Dao     adao@dalyblack.com, chussey@dalyblack.com, klove@dalyblack.com

Andrew Kaufman     akaufman@girardsharp.com, 6873503420@filings.docketbird.com, andrew-kaufman-1312@ecf.pacerpro.com, jkawamura@lchb.com

Andrew Ready Tate     atate@peifferwolf.com, azika@peifferwolf.com, bwise@peifferwolf.com, cpatton@peifferwolf.com, jbrown@peifferwolf.com, jgines@peifferwolf.com

Andrew Richard Kaufman     akaufman@lchb.com

Angela J. Nehmens     angela@estey-bomberger.com, kelly@estey-bomberger.com, michelle@estey-bomberger.com

Anitra R. Clement     aclement@shb.com

Anne Michael Wanless     awanless@lchb.com

Arati C Furness     afurness@fnlawfirm.com

Arati Chauhan Furness     afurness@ntrial.com

Asher S. Trangle     asher.trangle@kirkland.com

Audrey Perlman Raphael     araphael@levylaw.com

Bartlet Brebner     bbrebner@brebnerlaw.com

Basil E. Adham     badham@johnsonlawgroup.com

Batami Baskin     bbaskin@whlaw.com, llagarde@whlaw.com

Ben C. Martin     bmartin@bencmartin.com, jcruz@bencmartin.com, mkagramanian@bencmartin.com, sarias@bencmartin.com

Benjamin Gastel     ben@hsglawgroup.com, ECF-Processor@bsjfirm.com, ECF-Processor@ecf.courtdrive.com, nicolev@bsjfirm.com

Benjamin T. Carroll     benjamin@kenneyconley.com

Blake Erskine , Jr     berskine@erskine-blackburn.com, lstrickland@erskine-blackburn.com

Blake C. Erskine, Jr.     berskine@erskin-blackburn.com

Brandon Michael Wise     bwise@peifferwolf.com, 3958286420@filings.docketbird.com, azika@peifferwolf.com, cpatton@peifferwolf.com, drusso@peifferwolf.com, jbrown@peifferwolf.com

Bret D. Stanley     bstanley@johnsonlawgroup.com, rideshare_updates@johnsonlawgroup.com

Brian Abramson     babramson@whlaw.com, avillanueva@whlaw.com, gzamora@whlaw.com

Brian John Perkins     bperkins@peifferwolf.com

Brooke F. Cohen     brooke@cohenhirsch.com

Brooke F. Cohen     brooke@cohenhirsch.com

C. Andrew Childers     achilders@cssfirm.com, gbrock@cssfirm.com

C. Brooks Cutter     bcutter@cutterlaw.com

Caitlin Erchick     cerchick@ntrial.com

Caitlin M. Woods     cwoods@lchb.com, caitlin-nelson-1565@ecf.pacerpro.com

Caleb Sequoia Baskin     csbaskin@baskingrant.com, mlbailey@baskingrant.com

Carl Kessinger     ckessinger@hollandtriallawyers.com

Carlos Lopez     carlos@queenanlaw.com

Caroline Power     caroline.power@kirkland.com

Catherine Mullaley     catherine.mullaley@kirkland.com

Cathleen S. Aubuchon     caubuchon@shb.com

Celine Emily Cutter     ccutter@cutterlaw.com, breese@cutterlaw.com

Chaffin Luhana     luhana@chaffinluhana.com

Charles E. Soechting , Jr     csoechting@sgptrial.com, jmontemayor@sgptrial.com, jpatino@sgptrial.com, mmelloy@sgptrial.com

Charles H. Johnson     bdehkes@charleshjohnsonlaw.com

Christopher Cowan     chris.cowan@kirkland.com, soakes@kslaw.com

Christopher D. Cox     christopher.cox@kirkland.com

Christopher N. Ligori     cligori@ligorilaw.com

Christopher Vincent Cotton     ccotton@shb.com

Clayton J. Callen     clayton.callen@bowmanandbrooke.com

Clint Casperson     clcasperson@dmillerlaw.com

Colton Parks     colton.parks@bowmanandbrooke.com, claudia.nunez@bowmanandbrooke.com

Cristine Farah     cfarah@peifferwolf.com

Curtis Brooks Cutter     bcutter@cutterlaw.com, breese@cutterlaw.com, ccutter@cutterlaw.com, masstorts@cutterlaw.com, masstorts@ecf.courtdrive.com

Dana Lizik     dlizik@johnsonlawgroup.com

Daniel E Cummings     decummings@shb.com

Danielle Alexandra Greenberg     dgreenberg@shb.com

David F. Norden     david.norden@troutman.com, katherine.keranen@troutman.com

David L Grebel     grebel@ngklawfirm.com, dawn@ngklawfirm.com

David M. Grimes     dgrimes@levinsimes.com, oldgrimesy@recap.email

David Randall J. Riskin     driskin@wc.com

Deborah S Chang     deborah@changklein.com, keilah@changklein.com

Deepak Gupta     deepak@guptawessler.com, abigail@guptawessler.com, daniel@guptawessler.com, jared@guptawessler.com, jon@guptawessler.com, matt@guptawessler.com

Dennis C. Reich     dreich@reichandbinstock.com

Dennis Craig Reich     dreich@reichandbinstock.com, afryar@reichandbinstock.com, aholcomb@reichandbinstock.com, cbooker@reichandbinstock.com, swall@reichandbinstock.com

Dominyka Plukaite     dominyka.plukaite@troutman.com

Donald Douglas Grubbs     dgrubbs@pulaskilawfirm.com, kenya@pulaskilawfirm.com

E. Scott Verhine     scott@verhine.biz, lisa@verhine.biz

Elizabeth Joan Cabraser     ecabraser@lchb.com, elizabeth-cabraser-1441@ecf.pacerpro.com

Elizabeth M Wilkins     wilkins@chaffinluhana.com

Ellyn Hurd     ehurd@simmonsfirm.com, atrotta@simmonsfirm.com, pharmafilings@simmonsfirm.com, rdunne@simmonsfirm.com

Enrico Trevisani     etrevisani@ntrial.com

Eric D Nielsen     eric@nielsentriallaw.com

Eric D. Holland     eholland@hollandtriallawyers.com

Eric T. Chaffin     chaffin@chaffinluhana.com, aichinger@chaffinluhana.com, goldhirsch@chaffinluhana.com, luhana@chaffinluhana.com, zappasodi@chaffinluhana.com

Erin K. Copeland    ecopeland@fibichlaw.com, sclark@fibichlaw.com

Geoffrey M Wyatt    geoffrey.wyatt@kirkland.com

George Erick Rosemond    erick@rosemondlaw.com

George Mario Velcich    gmv@scslegal.com

Grace Arden Hancock    ghancock@peifferwolf.com

Gregory A. Beck    greg@guptawessler.com, gregory.beck@gmail.com, LitFileNotify@citizen.org

Hailey Watts    hwatts@wattsguerra.com, amartinez@wattsguerra.com, jvargas@wattsguerra.com

Hassia Tani Ibrahim Diolombi    hdiolombi@shb.com

Holly H. Dolejsi    hdolejsi@anapolweiss.com, acura@anapolweiss.com, agarcia@anapolweiss.com, kvarallo@anapolweiss.com, mjenkins@anapolweiss.com, msweet@anapolweiss.com, npomaski@anapolweiss.com, srede@anapolweiss.com

Jacquelyn D. Aguirre    jaguirre@shb.com

James Andrew Holcomb    aholcomb@reichandbinstock.com

James Patrick Frantz    jpf@frantzlawgroup.com, hlo@frantzlawgroup.com, rosa@frantzlawgroup.com, wshinoff@frantzlawgroup.com

Jamie M. Powers    jpowers@clarksonlawfirm.com

Jamie M. Powers    jpowers@clarksonlawfirm.com

Jeffrey L. Haberman    JHaberman@schlesingerlaw.com

Jennifer Montemayor    jmontemayor@sgptrial.com

Jennifer Rebholz    jennifer.rebholz@wilsonelser.com

Jennifer Gardner Levy    jlevy@kirkland.com

Jennifer S Domer    jdomer@cutterlaw.com

Jennifer S. Hill    jshill@shb.com

Jennifer Sylvia Domer    jdomer@cutterlaw.com, ebell@cutterlaw.com, masstorts@cutterlaw.com, masstorts@ecf.courtdrive.com

Jessica Davidson    jessica.davidson@kirkland.com, brian.baggetta@kirkland.com, jessica-davidson-1690@ecf.pacerpro.com

Jo Anna Pollock     jpollock@simmonsfirm.com, roundupdocketing@simmonsfirm.cm

John Raggio     jraggio@ntrial.com

John Raggio     jraggio@ntrial.com

John Eddie Williams , Jr     jwilliams@whlaw.com

John Joseph Foley     jfoley@simmonsfirm.com, atrotta@simmonsfirm.com, pharmafilings@simmonsfirm.com

John Warren Raggio     jraggio@fnlawfirm.com, jraggio@ntrial.com

John Warren Raggio     asoto@ntrial.com, filing@ntrial.com, jgomez@ntrial.com, NLGCourtNotices@ntrial.com, sandrew@ntrial.com, tbeasley@ntrial.com

Jonathan Schneller     jschneller@omm.com, jonathan-schneller-3891@ecf.pacerpro.com

Jordan David Sagalowsky     jsagalowsky@mayerbrown.com

Jordan Scott Einstein     jordan.einstein@kirkland.com

Joseph C. Melguin     jmelugin@hlaw.com

Joseph C. Melugin     jmelugin@whlaw.com

Joseph C. Melugin     jmelugin@whlaw.com, llagarde@whlaw.com

Joshua J. Taylor     jjtaylor@shb.com

Julie LeMaye Hussey     jhussey@perkinscoie.com, csolberg@perkinscoie.com, docketsdo@perkinscoie.com, DocketSFLit@perkinscoie.com, lharper@perkinscoie.com

Kaitlyn Lee Coverstone     kaitlyn.coverstone@kirkland.com

Karen Barth Menzies     karen@justicelc.com, mae@kbmlaw.com

Kathleen Frazier     kfrazier@shb.com

Kathryn Miller Forgie     kforgie@wagstafflawfirm.com, kellie-johnson-0345@ecf.pacerpro.com, kevin-rowe-8467@ecf.pacerpro.com

Kevin Queenan     service@queenanlaw.com, alexandra@queenanlaw.com, charles@queenanlaw.com, kevin@queenanlaw.com

Kevin Patrick Burke     kpburke@shb.com, ahenderson@shb.com, calendaring@shb.com, sfdistribution@shb.com

Khaldoun A. Baghdadi     kbaghdadi@walkuplawoffice.com, 1322673420@filings.docketbird.com, lconnors@walkuplawoffice.com

Kimberly Priest Johnson     kpj@shb.com

Kimberly A Dougherty     kim@justicelc.com, liz@justicelc.com, mary@justiclc.com, molly@justicelc.com, paula@justicelc.com

Kimberly Gustafson Bueno     kim.bueno@kirkland.com, soakes@kslaw.com

Kirk Andrew Carter     kirk.carter@bowmanandbrooke.com

Kristen Ann Barnes     kristen@kenneyconley.com

Kristen K. Barton     kristen@estey-bomberger.com, nicole@estey-bomberger.com

Kristen Renee Fournier     kfournier@kslaw.com

Laura Marquez-Garrett     laura@socialmediavictims.org

Laura Marquez-Garrett     laura@socialmediavictims.org

Laura Elizabeth Vartain Horn     laura.vartain@kirkland.com, alice.pai@kirkland.com, janet.glick@kirkland.com, laura-vartain-1256@ecf.pacerpro.com, nicole.bigley@kirkland.com

Laura Kathleen Whitmore     lwhitmore@shb.com

Laurel Lisa Simes     llsimes@levinsimes.com

Lauren Aliz Welling     lwelling@sssfirm.com, dayana@sssfirm.com, desiree.camacho@sssfirm.com, jbeychok@sssfirm.com, jfarrell@sssfirm.com, mariajose.monzon@sssfirm.com, paritosh.arora@sssfirm.com

Layne Hilton     lhilton@meyerwilson.com

Leslie M. Smith     leslie.smith@kirkland.com

Lindsey Catherine Barnhart     lbarnhart@cov.com, docketing@cov.com, echiulos@cov.com

Lori McGroder     lmcgroder@shb.com

Luke Charles Spencer     luke.spencer@bowmanandbrooke.com

Luther D. Sommer     sluther@wagstafflawfirm.com

Marek Pienkos     mpienkos@estey-bomberger.com

Margret Lecocke     mlecocke@whlaw.com, callshouse@whlaw.com, gzamora@whlaw.com, rglinski@whlaw.com

Maria Salcedo     msalcedo@shb.com

Mark D Potter     mark@potterhandy.com

Mark Dee Potter     mark@potterhandy.com, ECF@potterhandy.com, Mark@trtl.law, russ@potterhandy.com, soniah@potterhandy.com, sts@potterhandy.com

Mark P. Chalos     mchalos@lchb.com, mark-chalos-5442@ecf.pacerpro.com

Mark William Premo-Hopkins     mark.premohopkins@kirkland.com

Marlene Jaye Goldenberg     mgoldenberg@nighgoldenberg.com, 8867597420@filings.docketbird.com, jmalanday@nighgoldenberg.com, shoefs@nighgoldenberg.com

Martin Neira     mneira@walkuplawoffice.com

Mary Elizabeth Graham     egraham@gelaw.com, 8936483420@filings.docketbird.com, iwatson@gelaw.com, jaguirre@gelaw.com, palderson@gelaw.com, rcampbell@gelaw.com, smertz@gelaw.com, tfarcas@gelaw.com

Matthew Ryan Wilson     mwilson@meyerwilson.com, docket@dmlaws.com

Maya Rashmi Kalonia     mkalonia@girardsharp.com, 4514966420@filings.docketbird.com, avongoetz@girardsharp.com, mmontoya@girardsharp.com

Melissa N. Madsen     mmadsen@shb.com

Meredith Drukker Stratigopoulos     mdrukker@txattorneys.com, 7899051420@filings.docketbird.com, ataylor@txattorneys.com, dfortney@txattorneys.com, docket@edelson.com

Michael Kagramanian     mkagramanian@bencmartin.com

Michael Vives     michael.vives@kirkland.com

Michael Brian Shortnacy     mshortnacy@shb.com, dhillburn@shb.com, michael-shortnacy-2694@ecf.pacerpro.com

Michael Lee Nimmo     michael@denvertriallawyers.com

Michael Wayne Carney     mcarney@sssfirm.com

Miriam Agrait     miriam@amandademanda.com, lbanciella@rubensteinlaw.com, mteservice@rubensteinlaw.com

Myles Shaw     mshaw@whlaw.com

Myles Shaw     mshaw@whlaw.com, dcost@whlaw.com, gzamora@whlaw.com, llagarde@whlaw.com

Nicholas Dolejsi     ndolejsi@zelle.com, agarberson@zelle.com

Nicholas Mucerino     Rideshare@MCH.law

Paige Nicole Boldt     pboldt@anapolweiss.com, acura@anapolweiss.com, phuyett@anapolweiss.com, rcarmony@alexwalshlaw.com

Patrick Leo Oot , Jr     oot@shb.com, patrick-oot-0040@ecf.pacerpro.com

Paul Augusto Alarcon     paul.alarcon@bowmanandbrooke.com, Louisa.Beck@bowmanandbrooke.com

Paula S. Bliss     paula@justicelc.com, adrian@justicelc.com, mary@justicelc.com, molly@justicelc.com

R. Michael Bomberger     mike@estey-bomberger.com

Rachel Beth Abrams     rabrams@peifferwolf.com, btaylorrobinson@peifferwolf.com, clathrop@peifferwolf.com, efusco@peifferwolf.com, ljacobsen@peifferwolf.com, mcardone@peifferwolf.com, nooms@peifferwolf.com, rmacabitas@peifferwolf.com, skohles@peifferwolf.com, vstewart@peifferwolf.com

Richard Samuel Clark     rclark@meyerwilson.com

Ricky Lee Brown     rlbrown@shb.com

Ritchie E. Berger , Esq     rberger@dinse.com

Rod M. Fliegel     rfliegel@littler.com, madriano@littler.com

Roopal Luhana     luhana@chaffinluhana.com

Roopal P. Luhana     Luhana@chaffinluhana.com

Roopal Premchand Luhana     luhana@chaffinluhana.com, ash@chaffinluhana.com, cohn@chaffinluhana.com, farcher@chaffinluhana.com, Gangopadhyay@chaffinluhana.com, lisa.courto@chaffinluhana.com, MDLfilings@chaffinluhana.com, noweski@chaffinluhana.com, perez@chaffinluhana.com, spaulding@chaffinluhana.com, stoetzer@chaffinluhana.com, sweet@chaffinluhana.com, zappasodi@chaffinluhana.com

Rosemarie Riddell Bogdan     RRBUBER@1800law1010.com, kristen.winner@1800law1010.com

Rupal Joshi     rupal.joshi@kirkland.com

Ryan J. Clarkson     rclarkson@clarksonlawfirm.com, gzaurinyt@clarksonlawfirm.com, landerson@clarksonlawfirm.com, sclarkson@clarksonlawfirm.com, ssatow@clarksonlawfirm.com, tgiordano@clarksonlawfirm.com, tle@clarksonlawfirm.com

Sabrina Heron Strong     sstrong@omm.com, sabrina-strong-4823@ecf.pacerpro.com

Sadi R Antonmattei-Goitia     skherkher-team@kherkhergarcia.com

Sadi R. Antonmattei-Goitia   afonseca@kherkhergarcia.com, rideshare@kherkhergarcia.com, sadi@kherkhergarcia.com, skherkher-team@Kherkhergarcia.com, skherkher-team@kherkhergarcia.com

Sadi R. Antonmattei-Goitia   skherkher-team@KherkherGarcia.com

Sadi R. Antonmattei-Goitia   sadi@kherkhergarcia.com, afonseca@kherkhergarcia.com, KG-Paralegals@KherkherGarcia.com

Samantha Hoefs   shoefs@nighgoldenberg.com

Samantha Katen   skaten@awkolaw.com

Samira Bokaie   sbokaie@levinsimes.com, bsund@levinsimes.com, bveksler@levinsims.com, tvaughns@levinsimes.com

Samuel Quinn Schleier   sam.schleier@bowmanandbrooke.com, deanna.louviere-hernandez@bowmanandbrooke.com

Sara M. Peters   speters@walkuplawoffice.com, cmegino@walkuplawoffice.com

Sarah Anastasi   Saraha@potterhandy.com

Sarah R. London   slondon@lchb.com

Sarah Robin London   slondon@girardsharp.com, 9722751420@filings.docketbird.com, avongoetz@girardsharp.com, fcudos@girardsharp.com, mmontoya@girardsharp.com

Sejal Brahmbhatt   sbrahmbhatt@williamskherkher.com

Shane Bays Kolding   skolding@shb.com, jgilmete@shb.com, sfdistribution@shb.com, shane-kolding-9538@ecf.pacerpro.com

Simon Seiver Grille   sgrille@girardsharp.com, 2003004420@filings.docketbird.com, avongoetz@girardsharp.com

Sommer Luther   sluther@wagstafflawfirm.com, cbaker@wagstafflawfirm.com, eguidry@wagstafflawfirm.com, sommer-luther-8073@ecf.pacerpro.com, tdoyle@wagstafflawfirm.com, tfryan@wagstafflawfirm.com

Sommer D. Luther   sluther@wagstafflawfirm.com

Sonali Mehta   sonali@guptawessler.com

Stasja Drecun   sdrecun@whlaw.com

Stephen John Estey   steve@estey-bomberger.com, nicole@estey-bomberger.com

Steve S. Schulte   cerchick@ntrial.com, cguerra@ntrial.com, cprice@ntrial.com,

etrevisani@ntrial.com, psydnor@ntrial.com, rdaly@ntrial.com, schulte@ntrial.com

Steven Daniel Cohn   cohn@chaffinluhana.com, beltre@chaffinluhana.com, farnolo@chaffinluhana.com, gangopadhyay@chaffinluhana.com, MDLfilings@chaffinluhana.com

Steven J Kherkher   skherkher@kherkhergarcia.com

Steven Scott Schulte   schulte@fnlawfirm.com, schulte@ntrial.com

Tara Doyle   tdoyle@wagstafflawfirm.com

Tara L Blake   tara.blake@kirkland.com

Tehniat Zaman   tehniatz@potterhandy.com, ECF@potterhandy.com, TehniatZ@trtl.law

Thomas Edward Ruzicka , Jr   truzicka@dbjlaw.net

Tiffany R. Ellis   tellis@peifferwolf.com

Tiffany R. Ellis   tellis@weitzlux.com

Tiffany Rose Ellis   tellis@peifferwolf.com, 8988942420@filings.docketbird.com, nooms@peifferwolf.com, scraig@peifferwolf.com, vstewart@peifferwolf.com

Tiseme Gabriella Zegeye   tzegeye@lchb.com, dlewis@lchb.com, tiseme-zegeye-4784@ecf.pacerpro.com

Todd M. Logan   tlogan@edelson.com, 4054100420@filings.docketbird.com, abhausmann@edelson.com, bsilverkorn@edelson.com, docket@edelson.com

Tracey B. Cowan   tcowan@clarksonlawfirm.com, 5723854420@filings.docketbird.com, mcadriel@clarksonlawfirm.com, mmoore@clarksonlawfirm.com, odavis@clarksonlawfirm.com, scarter@clarksonlawfirm.com, tle@clarksonlawfirm.com

Varshini Parthasarathy   varshini@guptawessler.com

Veronica Hayes Gromada   vgromada@shb.com

Walt Cubberly   wcubberly@whlaw.com, llagarde@whlaw.com, rdimanche@whlaw.com

Warren Metlitzky   wmetlitzky@conmetkane.com, ecf@conmetkane.com

William A. Levin   wlevin@levinsimes.com, bsund@levinsimes.com, bveksler@levinsimes.com, tvaughns@levinsimes.com

William B. Shinoff   wshinoff@frantzlawgroup.com, ahopkinson@frantzlawgroup.com, aweinstein@frantzlawgroup.com, awilliams@frantzlawgroup.com, ecanto@frantzlawgroup.com, hlo@frantzlawgroup.com, jparker@frantzlawgroup.com, ppacheco@frantzlawgroup.com, thauck@frantzlawgroup.com

William Louis Smith     wsmith@anapolweiss.com, acura@anapolweiss.com, npomaski@anapolweiss.com, srede@anapolweiss.com

Zarrina Ozari     zozari@clarksonlawfirm.com

**3:23-md-03084-CRB Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

A.P.

CLF K.P.

CLF T.M.

J.R.01

JANE DOE EB 63

JLG 132

JLG 143

JLG 151

JLG 215

Jane Doe EB 21

Jane Doe EB 24

Jane Doe EB 27

Jane Doe EB 28

Jane Doe EB 31

Jane Doe EB 38

Jane Doe EB 39

Jane Doe EB 4

Jane Doe EB 44

Jane Doe EB 45

Jane Doe EB 47

Jane Doe EB 55

Jane Doe EB 57

Jane Doe EB 59

Jane Doe EB 61

Jane Doe EB 62

Jane Doe NLG (J.D.)

Jane Roe CL 171

M.A.Y.

T.S.

WHB 2161

Aaliyah Seifullah

Arati Abhay Kulkarni
Attorney at Law
PO Box 452052
Los Angeles, CA 90045-8526

Cody Jones


Elaine Batami Baskin
Williams Hart & Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051

Eric Hawley
Kherkher Garcia LLP
2925 Richmond Ave
Suite 1560
Houston, tx 77098

Iyman N. Strawder
Simon Greenstone Panatier, P.C.
3760 Kilroy Airport Way
Suite 680
Long Beach, CA 90806

JANE DOE EB 69


JANE DOE EB 71


JANE DOE NLG (HW)
NACHAWATI LAW GROUP
5489 Blair Road
5489 Blair Road
Dallas, TX 75231

James P. McNamara , Esq
Harding Mazzotti, LLP
Suite 104-A
47 Maple Street
Burlington, VT 05401

Jane Doe (CM)
Nachawati Law Group
5489 Blair Road
DALLAS, TX 75231

Jane Doe (SG)

Jane Doe EB 6

Jane Doe NLG (BB)

Jane J. Bartley
Shook Hardy and Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

Jone (B.W.) Doe

K. C. 2634

K. R.

Karilyn Trinidad

M. C.

N. F.
Peiffer Wolf

N. K.

Natalie Erickson

Rachel Abrams
Levin Simes Abrams, LLP
1700 Montgomery Street
Suite 250
San Francisco, CA 94111

Ruth Rizkalla
The Carlson Law Firm
1500 Rosecrans Avenue
Suite 500
Manhattan Beach, CA 90266

S. M.

Sam Hoefs
NIGH GOLDENBERG RASO & VAUGHN PLLC
14 Ridge Square NW,Third Floor
Washington,, DC 20016

Suzanne E. Lecocke
Arnold White & Durkee
750 Bering Dr Ste 200
Houston, TX 77057

T. S.


Victor L. Mazzotti , Esq
Martin, Harding & Mazzotti, LLP
Suite 104-A
47 Maple Street
Burlington, VT 05401

William Levin
Attorney at Law
17602 Raymer
Northridge, CA 91325

William Joseph Farah
Berke Farah LLP
1717 K Street NW
Suite 900
Washington, DC 20006

William L. Smith
Anapol Weiss
6060 Center Drive
10th Floor,
Los Angeles,, CA 90045

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Mot. to Convert.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/15/2026] [FileNumber=23165443-0]
[1a50efe592a4743892eb7b642bff9c4680b0935df4aa3d09fd3249f026fd2d72c55f
53695df06e856e468f6f4c1807ab022c1b347254c49c7679ffce398d5b88]]
**Document description:**Declaration of Michael B. Shortnacy
**Original filename:**C:\fakepath\Decl.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/15/2026] [FileNumber=23165443-1]
[0a97773cd230cdbbc24ed9eaa1e0760c94d9e90fb2b6e267f06f65ecb5b1182af919

be318a8cc938a862186aeab5b4e29035367ad467ac796ae21531d3e78871]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\Ex. A.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/15/2026] [FileNumber=23165443-2]
[2ce2df19cc70414349af22721372e0336aeea5af778aecf0ed479d05ed134972890e
f04e0114e1482462a833fb3410f956d242ba2723502a8ad2e64b2b77bf84]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\Proposed Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/15/2026] [FileNumber=23165443-3]
[22c2f19f5ae4d65d46444854afb4b152de7cf35ba41622152f41b56f91ea233a22ed
4bef0341a9bc5c2bf16a273667b7268df5ce56d0c359cb085c023e501ea0]]