# EXHIBIT B

| | |
|---|---|
| **From:** | Arnone, Mike (SHB) |
| **To:** | Margret Lecocke; Cotton, Chris (SHB) |
| **Cc:** | John Boundas; Brian Abramson |
| **Subject:** | RE: Motion to Convert Order of Dismissal; Doc. 5014 |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Thank you, Margret. Confirming receipt.

Best,

**Mike Arnone**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

| marnone@shb.com



**From:** Margret Lecocke <mlecocke@whlaw.com>
**Sent:** Thursday, January 29, 2026 2:05 PM
**To:** Cotton, Chris (SHB) <ccotton@shb.com>; Arnone, Mike (SHB) <marnone@shb.com>
**Cc:** John Boundas <jboundas@whlaw.com>; Brian Abramson <babramson@whlaw.com>
**Subject:** Motion to Convert Order of Dismissal; Doc. 5014

**EXTERNAL**

Chris and Mike: I count a total of 26 Williams Hart plaintiffs on Uber's Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal with Prejudice. WH does not oppose the Motion.

Please feel free to call if we need to discuss.

Thank you.

**Margret Lecocke**
Attorney
Direct: (713) 230-2362
mlecocke@whlaw.com



**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

WKHBLLP