# EXHIBIT C

John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL NO. 3084 CRB<br><br>(Individual Case No. 3:24-cv-05095)<br><br>**DECLARATION OF WHB 649 IN SUPPORT OF MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Honorable Charles R. Breyer<br>Date: February 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 649 v. UBER TECHNOLOGIES, INC., et al.* (Individual Case No. 3:24-cv-05095) | |

I, Jane Doe WHB 649, declare as follows:

1. I am over the age of 18 years and am a citizen of the United States. I am a resident of the state of Ohio. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

1

2. My true name is ▮▮▮▮▮. I am Plaintiff WHB 649, Id. 1712.
3. I am represented in this matter by my lawyers at Williams Hart & Boundas, LLP.
4. I submit this declaration in support of Plaintiff's Motion to Vacate Dismissal Without Prejudice.
5. In no way do I intend to waive the attorney-client privilege by briefly referencing correspondence between my lawyer and me.
6. I entered a treatment facility in September of 2025. I remained in the facility for 150 days.
7. While in treatment, I had very limited access to my phone. I was not able to review or sign any documents that my lawyer sent to me while I was in treatment.
8. When I was released from treatment in February, I caught up on my correspondence from my lawyer.
9. I reviewed my Amended Plaintiff Fact Sheet on or around February 5, 2026.
10. I signed the corresponding verification to my Plaintiff Fact Sheet on February 5, 2026 after reviewing the Amended Plaintiff Fact Sheet because the statements in the Fact heet are true and correct to the best of my knowledge, information, and belief.
11. My lawyer uploaded my verification to MDL Centrality on February 5, 2026.

I declare under penalty of perjury, pursuant to the laws of California that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those matters, I am informed and believe that they are true and correct. This Declaration was executed on February 12, 2026, at **4:23** pm in Reading, Ohio.

▮▮▮▮▮
WHB 649