# EXHIBIT D

| | |
|---|---|
| **From:** | Arnone, Mike (SHB) |
| **To:** | Margret Lecocke |
| **Cc:** | Cotton, Chris (SHB) |
| **Subject:** | RE: WHB 649 v. Uber Technologies, Inc, et al., No. 3:24-cv-05095-CRB; Id. 1712 |
| **Date:** | Monday, February 9, 2026 2:00:48 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | Motion to Convert Order of Dismissal; Doc. 5014.msg |
| | RE Motion to Convert Order of Dismissal; Doc. 5014.msg |

Hi Margret,

Amended PTO 10 provides that the parties shall file a stipulated motion to vacate dismissals without prejudice if a plaintiff serves Uber with a completed PFS before the filing of Defendants' motion to convert a dismissal without prejudice to a dismissal with prejudice (ECF 4287 at 9). Plaintiff WHB 649 did not served a completed PFS before the motion to convert was filed.

Here, pursuant to Amended PTO 10, Defendants filed a motion to convert Plaintiff WHB 649's dismissal without prejudice to a dismissal with prejudice on January 15, 2026 (ECF 5014). On the deadline to file oppositions to ECF 5014, January 29, 2026, your firm informed us via email that you did not oppose that motion as to the 26 Williams Hart plaintiffs to which it pertained, including WHB 649, and we acknowledged receipt (see attachments). Vacating dismissal here is inconsistent with the provisions of Amended PTO 10.

Best,

**Mike Arnone**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

| marnone@shb.com



**From:** Margret Lecocke <mlecocke@whlaw.com>
**Sent:** Thursday, February 5, 2026 1:26 PM
**To:** Cotton, Chris (SHB) <ccotton@shb.com>; Arnone, Mike (SHB) <marnone@shb.com>
**Subject:** WHB 649 v. Uber Technologies, Inc, et al., No. 3:24-cv-05095-CRB; Id. 1712

**EXTERNAL**

Mike and Chris: WHB 649 uploaded her verification to MDL Centrality today. We would like to move to vacate the dismissal with prejudice in this case. Please let me know if you are

agreeable to filing a stipulated motion to vacate. Thanks.

**Margret Lecocke**
Attorney
Direct: (713) 230-2362
mlecocke@whlaw.com



**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com



This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

WKHBLLP

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.