# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER REGARDING WAGSTAFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to:<br><br>*B.D. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-10369-CRB | Judge:    Honorable Charles R. Breyer |

## [PROPOSED] ORDER

Having considered Wagstaff Law Firm's ("Wagstaff") Motion to Withdraw as Counsel of Record for Plaintiff B.D. (ECF 5215), the Court finds that, given that Uber has discovered evidence that Wagstaff may have submitted fraudulent information in this case, granting withdrawal would cause prejudice to Plaintiff and Uber, likely delay the progress of this multi-district litigation, and potentially harm the administration of justice.

The Court therefore hereby ORDERS that Wagstaff's Motion to Withdraw is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____
　　　　　　　　　　　　　　　　　　HON. CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Court Judge