# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 |
| This Document Relates to:<br><br>*CL 169 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04672-CRB<br><br>*NLG (K.T.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07259-CRB<br><br>*LS 635 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07376-CRB<br><br>*LS 636 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07381-CRB<br><br>*NLG (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07482-CRB<br><br>*NLG (T.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07484-CRB<br><br>*LS 639 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07616-CRB<br><br>*LS 14 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07844-CRB<br><br>*C.B. 1244 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07853-CRB<br><br>*LS 15 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07862-CRB | |

1
2  *LS 646 v. Uber Technologies, Inc., et al.*,
   No. 3:25-cv-08086-CRB,
3
4  *K.A. v. Uber Technologies, Inc., et al.,* No.
   3:25-cv-08120-CRB,
5
   *CL 212 v. Uber Technologies, Inc., et al.*,
6  No. 3:25-cv-08470-CRB,

7  *Brimlett v. Uber Technologies, Inc., et al.,*
   No. 3:25-cv-08665-CRB, and
8
   *JLG 180 v. Uber Technologies, Inc., et al.*,
9  No. 3:25-cv-08985.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-md-03084-CRB

## [PROPOSED] AMENDED ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 (the "Motion"), ECF 4924, the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 31 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 31 (ECF No. 3877).

2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: __February 13__, 2026



[REVISED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-md-03084-CRB

**EXHIBIT A**

| MDL ID | Case Number | Plaintiff |
|---|---|---|
| 3549 | 3:25-cv-04672 | CL 169 |
| 3946 | 3:25-cv-07259 | NLG (K.T.) |
| 3954 | 3:25-cv-07482 | NLG (J.D.) |
| 3969 | 3:25-cv-07381 | LS 636 |
| 3978 | 3:25-cv-07376 | LS 635 |
| 4058 | 3:25-cv-07844 | LS 14 |
| 4066 | 3:25-cv-08086 | LS 646 |
| 4276 | 3:25-cv-08985 | JLG 180 |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-md-03084-CRB