*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Technologies, Inc.*;<br>No. 3:24-cv-4900 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**JOINT PROPOSED PRETRIAL SCHEDULE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

I. **AGREED PROPOSED PRETRIAL SCHEDULE**

Pursuant to Pretrial Order 40, Plaintiff WHB 823[1] and Defendants Uber Technologies, Inc., *et al.* (the "Parties"), by and through their undersigned counsel, stipulate and agreed to the proposed pretrial schedule as follows:

| EVENT | DATE |
|---|---|
| Proposed Juror Questionnaire | March 6, 2026 |
| Witness Lists (served) | March 9, 2026 |
| Daubert motions | March 10, 2026 |
| Motions for Summary Judgment | March 10, 2026 |
| Motions in Limine | March 13, 2026 |
| Exhibit Lists (served) | March 16, 2026 |
| Voir Dire Questions | March 16, 2026 |
| Joint Case Management Statement | March 18, 2026 |
| Daubert opposition | March 20, 2026 |
| Motions for Summary Judgment Opposition | March 24, 2026 |
| Motions in Limine Oppositions | March 24, 2026 |
| Joint Proposed Pretrial Order | March 27, 2026 |
| Joint Proposed Verdict Form | March 27, 2026 |
| Proposed Jury Instructions | March 30, 2026 |
| Pre-Trial Conference (suggested) | April 2 or 3, 2026 |
| Trial Briefs (if any) | April 6, 2026 |
| Trial | April 13, 2026 |

---

[1] Plaintiff WHB 823's Amended Complaint is filed as WHB 823. *See* Dkt. 2513. Accordingly, the Parties suggest that the parties and the Court use WHB 823 rather than WHB 832 going forward.

The parties disagree on the remaining issues. Their positions are set forth below.

### A. Plaintiff's Position

**Motions for Summary Judgment.** The parties agree to the deadlines to file motions for summary and oppositions. However, given the tight schedule, Plaintiff proposes that there be no replies.

**Daubert Motions.** The parties agree to the deadlines to file Daubert motions and oppositions. However, given the tight schedule, Plaintiff proposes that there be no replies.

### B. Uber's Position

The parties in *Dean* filed replies on summary judgment and Daubert motions and not motions in limine. Replies are critical on summary judgment, and Defendants request a reply date of March 31. Defendants expect very limited *Daubert* briefing, and request to file replies on March 31, 2025.

## II.  STATEMENT REGARDING LENGTH AND SCOPE OF TRIAL

The parties are meeting and conferring regarding the length of trial and related issues regarding scope and expect to submit a statement on February 18.

## III.  STIPULATION

WHEREAS, the parties agree on the following pretrial schedule:

| EVENT | DATE |
| --- | --- |
| Proposed Juror Questionnaire | March 6, 2026 |
| Witness Lists (served) | March 9, 2026 |
| Daubert motions | March 10, 2026 |
| Motions for Summary Judgment | March 10, 2026 |
| Motions in Limine | March 13, 2026 |
| Exhibit Lists (served) | March 16, 2026 |
| Voir Dire Questions | March 16, 2026 |
| Joint Case Management Statement | March 18, 2026 |
| Daubert opposition | March 20, 2026 |
| Motions for Summary Judgment Opposition | March 24, 2026 |

| | |
|---|---|
| Motions in Limine Oppositions | March 24, 2026 |
| Joint Proposed Pretrial Order | March 27, 2026 |
| Joint Proposed Verdict Form | March 27, 2026 |
| Proposed Jury Instructions | March 30, 2026 |
| Pre-Trial Conference (suggested) | April 2 or 3, 2026 |
| Trial Briefs (if any) | April 6, 2026 |
| Trial | April 13, 2026 |

WHEREAS, Defendants request that the Court permit replies on Daubert and Summary Judgment, consistent with the practice in the *Dean* case, and that Defendants will file those on or before March 31, 2825, and Plaintiff opposes replies.

WHEREAS, the Court has ruled on motions to exclude experts under Rule 702. Dkt. 4941.[2]

WHEREAS, the Court has ruled on motions in limine. Dkt. 4941.

WHEREAS, the parties stipulate that the Court's Rule 702 rulings and motion in *limine* rulings from the *Dean* case will apply in this case, to the extent they are relevant beyond the *Dean case.*. Accordingly, no further briefing is necessary either to raise or preserve issues argued in connection with those motions.

WHEREAS, the parties stipulate that nothing prevents the parties from moving in limine or at trial to enforce subsequent rulings made by the Court during trial in the *Dean* case, or otherwise to revisit Rule 702 or in limine rulings given developments in this case.

IT IS SO STIPULATED.

---

[2] The Court amended its ruling to permit Defendant's expert, Mr. Opaku, to testify on topics and issues not identified in the Court's order.

DATED: February 13, 2026

| | |
|---|---|
| By: */s/ Sejal Brahmbhatt* <br> Sejal Brahmbhatt <br> John Eddie Williams, Jr. <br> John Boundas <br> Brian Abramson <br> Margret Lecocke <br> Walt Cubberly <br> Batami Baskin <br> Myles Shaw <br> Joseph C. Melugin <br> Stasja Drecun <br> Israela Rivera <br> **WILLIAMS HART & BOUNDAS LLP** <br> 8441 Gulf Freeway, Suite 600 <br> Houston, Texas 77017-5051 <br> Telephone: (713) 230-2227 <br> sbrahmbhatt@whlaw.com <br> jwilliams@whlaw.com <br> jboundas@whlaw.com <br> babramson@whlaw.com <br> mlecocke@whlaw.com <br> wcubberly@whlaw.com <br> bbaskin@whlaw.com <br> mshaw@whlaw.com <br> jmelugin@whlaw.com <br> sdrecun@whlaw.com <br><br> *Attorneys for Plaintiff* <br> WHB 823 | By: */s/ Laura Vartain Horn* <br> Laura Vartain Horn (SBN 258485) <br><br> **KIRKLAND & ELLIS LLP** <br> 555 California Street, Suite 2700 <br> San Francisco, CA 94104 <br> Telephone: (415) 439-1625 <br> laura.vartain@kirkland.com <br><br> Jessica Davidson (Admitted *Pro Hac Vice*) <br> Christopher D. Cox (Admitted *Pro Hac Vice*) <br> **KIRKLAND & ELLIS LLP** <br> 601 Lexington Avenue <br> New York, NY 10022 <br> Telephone: (212) 446-4800 <br> jessica.davidson@kirkland.com <br> christopher.cox@kirkland.com <br><br> Allison M. Brown (Admitted *Pro Hac Vice*) <br> **KIRKLAND & ELLIS LLP** <br> 2005 Market Street, Suite 1000 <br> Philadelphia, PA 19103 <br> Telephone: (215) 268-5000 <br> alli.brown@kirkland.com <br><br> *Attorneys for Defendants* <br> UBER TECHNOLOGIES, INC., RASIER, LLC, And RASIER-CA, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on February13, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                             */s/ Laura Vartain Horn*
                                             Laura Vartain Horn

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: February 13, 2026                      */s/ Laura Vartain Horn*
                                                           Laura Vartain Horn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 832 v. Uber Technologies, Inc.*;<br>No. 3:24-cv-4900 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING JOINT PROPOSED PRETRIAL SCHEDULE**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

The Court hereby GRANTS the Parties' joint proposed pretrial schedule as follows:

| EVENT | DATE |
|---|---|
| Proposed Juror Questionnaire | March 6, 2026 |
| Witness Lists (served) | March 9, 2026 |
| Daubert motions | March 10, 2026 |
| Motions for Summary Judgment | March 10, 2026 |
| Motions in Limine | March 13, 2026 |
| Exhibit Lists (served) | March 16, 2026 |
| Voir Dire Questions | March 16, 2026 |
| Joint Case Management Statement | March 18, 2026 |
| Daubert opposition | March 20, 2026 |
| Motions for Summary Judgment Opposition | March 24, 2026 |
| Motions in Limine Oppositions | March 24, 2026 |
| Joint Proposed Pretrial Order | March 27, 2026 |
| Joint Proposed Verdict Form | March 27, 2026 |
| Proposed Jury Instructions | March 30, 2026 |

| Reply on Summary Judgment and Daubert | March 31, 2026 [DISPUTED] |
|---|---|
| Pre-Trial Conference (suggested) | April 2 or 3, 2026 |
| Trial Briefs (if any) | April 6, 2026 |
| Trial | April 13, 2026 |

Further, the Court hereby GRANTS the parties' stipulation that the Court's Rule 702 rulings and motion in *limine* rulings from the *Dean* case will apply in this case, to the extent applicable. Accordingly, no further briefing is necessary either to raise or preserve issues.

IT IS SO ORDERED.

Date: _____, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE