# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING JOINT PROPOSED PRETRIAL SCHEDULE** |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer |
| *WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Courtroom:  6-17th Floor |

The Court hereby GRANTS the Parties' joint proposed pretrial schedule as follows:

| EVENT | DATE |
|---|---|
| Proposed Juror Questionnaire | March 6, 2026 |
| Witness Lists (served) | March 9, 2026 |
| Daubert motions | March 10, 2026 |
| Motions for Summary Judgment | March 10, 2026 |
| Motions in Limine | March 13, 2026 |
| Exhibit Lists (served) | March 16, 2026 |
| Voir Dire Questions | March 16, 2026 |
| Joint Case Management Statement | March 18, 2026 |
| Daubert opposition | March 20, 2026 |
| Motions for Summary Judgment Opposition | March 24, 2026 |
| Motions in Limine Oppositions | March 24, 2026 |
| Joint Proposed Pretrial Order | March 27, 2026 |
| Joint Proposed Verdict Form | March 27, 2026 |
| Proposed Jury Instructions | March 30, 2026 |

| Reply on Summary Judgment and Daubert | March 31, 2026 [DISPUTED] |
|---|---|
| Pre-Trial Conference (suggested) | April 2 or 3, 2026 at 2 P.M. P.T. |
| Trial Briefs (if any) | April 6, 2026 |
| Trial | April 14, 2026 |

Further, the Court hereby GRANTS the parties' stipulation that the Court's Rule 702 rulings and motion in *limine* rulings from the *Dean* case will apply in this case, to the extent applicable. Accordingly, no further briefing is necessary either to raise or preserve issues.

IT IS SO ORDERED.

Date: _____February 17_____, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE