ATTACHMENT A

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| P-00007 | US&C Safety Support | Filed on Docket |
| P-00008 | Trust & Safety Investigations Deep Dive | Filed on Docket |
| P-00010 | Safety Advisory Board | Filed on Docket |
| P-00022 | Concept Feedback Master Table | Filed on Docket |
| P-00054 | US & CAN Business Standards | Filed on Docket |
| P-00061 | Safety Comms Incident Management Process | Filed on Docket |
| P-00064 | Chat between Andrew Hasbun and Nick Silver | Filed on Docket |
| P-00067 | Email re Women Rider Preference in Canada | Filed on Docket |
| P-00074 | October 1, 2018 Slack conversation between Andrew Hasbun and Jodi Page | Filed on Docket |
| P-00075 | Chat between Andrew Hasbun and Jodi Page | Filed on Docket |
| P-00085 | Email re USA TODAY Story | Filed on Docket |
| P-00092 | Chat between Andrew Hasbun and Brooke Anderson | Filed on Docket |
| P-00123 | Email from Travis Kalanick re 2016 OKRs | Filed on Docket |
| P-00145 | Email re Women are having #MeToo issues with their Uber and Lyft drivers | Filed on Docket |
| P-00176 | Global Driver All Hands | Filed on Docket |
| P-00177 | US&C Strategic Context and Ridesharing Priorities | Filed on Docket |
| P-00178 | Powerpoint "Driver Loyalty Insights & Strategy" (July 17, 2018) | Filed on Docket |
| P-00190 | E-mail chain with CEO Kosrowshahi and Sachin Kansal Re: US Driver Growth Metrics (July 2021) | Filed on Docket |
| P-00193 | Powerpoint "Brand Trust Campaign - Re-instill trust in Uber by proving Uber is committed to Safety" 2018 | Filed on Docket |
| P-00195 | Powerpoint "US&Canada Safety & Insurance" Business Brief (2018) | Filed on Docket |
| P-00198 | Powerpoint "Women's Safety & Sustainability" | Filed on Docket |
| P-00205 | Board of Directors 2024, Quarter 2 Meeting - Notes on slides and talking points | Filed on Docket |
| P-00213 | Powerpoint "US&Canada HQ Safety Check-In" (December 2018) | Filed on Docket |
| P-00216 | Slack Chat between Adam Abeles and Cory Freivogel dated 2021/08/16 | Filed on Docket |
| P-00217 | Uber U.S. Community Guidelines (updated April 2020) | Filed on Docket |
| P-00218 | Re: Three Strike Sexual Misconduct Policy (10/15/2018)(E-mail) | Filed on Docket |
| P-00226 | Safety Planning '21 (Budget) (11/10/2020)(E-mail) | Filed on Docket |
| P-00242 | "Driving Change Funding Request" (December 2021) | Filed on Docket |
| P-00260 | "Safety & Standards Strategy Brief (Personal Safety Supplement) June 2018" (Date Modified 10/8/2020) | Filed on Docket |
| P-00266 | 2020 Safety Ops Bottoms Up Planning; US&C Safety Operations | Filed on Docket |
| P-00270 | Safety Advisory Board Presentation for April 8, 2024 | Filed on Docket |
| P-00272 | Safety in 2024 Powerpoint presented by Hannah Nilles, Roger Kaiser, and Mike Akamine | Filed on Docket |
| P-00283 | US&C Mobility Cross-functional All Hands Presentation | Filed on Docket |
| P-00285 | Mobility US&C Safety Committee: Safety Priorities for Discussion Presentation | Filed on Docket |
| P-00292 | Elizabeth Ross LinkedIn Profile | Filed on Docket |
| P-00297 | Global Safety Brand Perception Presentation | Filed on Docket |
| P-00299 | Uber - Rider App Store Change Log prepared for the Deposition of Elizabeth Ross | Filed on Docket |

ATTACHMENT A

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| P-00300 | Email Sent by Jill Hazelbaker re Transparency Report/Safety Campaign | Filed on Docket |
| P-00301 | 2019 Planning Roadmap Proposal - US&C Safety Operations Presentation | Filed on Docket |
| P-00302 | US&C Central Ops Personal Safety 2020 Opportunity Analysis Presentation | Filed on Docket |
| P-00304 | Safety Experience 2016 Overview Presentation | Filed on Docket |
| P-00305 | US Prospective Riders Quantitative - Q4 2017 Uber Safety Brand Tracker Presentation | Filed on Docket |
| P-00306 | Uber Mobility Presentation | Filed on Docket |
| P-00307 | 2023 Planning offsite Pre-work US&C Regional Marketing Presentation | Filed on Docket |
| P-00308 | Rider Safety Education (Content Marketing) Brief | Filed on Docket |
| P-00311 | US/CAN Opportunity Analysis - Audit of Reports Presentation | Filed on Docket |
| P-00312 | Intoxicated Riders Checkpoint Presentation | Filed on Docket |
| P-00313 | #DontStandBy Bystander Initiative Update Presentation | Filed on Docket |
| P-00319 | Printout of Uber promotional email - "Setting the standard in rideshare safety" | Filed on Docket |
| P-00320 | RideCheck Holdout Group Safety Effectiveness Measurement Presentation | Filed on Docket |
| P-00321 | Printout of Uber promotional email - "RideCheck: built for your safety" | Filed on Docket |
| P-00339 | Google Slides comment chain with Elizabeth Ross and Emilie Boman re Gap in product offerings; no WRP in US | Filed on Docket |
| P-00383 | Safety Marketing Phase 2 Audience Recommendation Presentation | Filed on Docket |
| P-00393 | Master Services Agreement between Uber and Pennsylvania Coalition Against Rape | Filed on Docket |
| P-00394 | Chat with Gus Fuldner re Safety Report Press | Filed on Docket |
| P-00395 | Turning the Reputation Page on Sexual Assault Presentation | Filed on Docket |
| P-00396 | Email to National Network to End Domestic Violence re Campaign Press Strategy Meeting | Filed on Docket |
| P-00397 | Email re Final Recommendations for 2020 US Driving Change Partners | Filed on Docket |
| P-00411 | Chat with Andrew Hasbun re Advocate Statements | Filed on Docket |
| P-00420 | Statement of Work between Uber and Pennsylvania Coalition Against Rape | Filed on Docket |
| P-00421 | Mutual Non-disclosure Agreement between Uber and Raliance | Filed on Docket |
| P-00469 | Changes in the Power of Ratings Over Time Presentation | Filed on Docket |
| P-00479 | Incident Response Session Presentation | Filed on Docket |
| P-00481 | Research re Feedback Tagging and On-Trip Safety Reporting | Filed on Docket |
| P-00487 | Uber Trust & Safety Brand Narrative | Filed on Docket |
| P-00489 | US Rider Safety Foundational Findings | Filed on Docket |
| P-00502 | Uber app communications log for Hassan Turay | Slipsheet filed on docket, native uploaded to court provided link |
| P-00503 | Uber incident history for Hassan Turay | Filed on Docket |
| P-00504 | Complaint to Uber about Hassan Turay from Jennifer | Filed on Docket |
| P-00508 | JIRA Incident Report for Kevin's Complaint about Hassan Turay | Filed on Docket |
| P-00509 | Hassan Turay communication with Uber re vomit in vehicle | Filed on Docket |

ATTACHMENT A

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| P-00516 | Uber communication to Hassan Turay re complaint of driving speed | Filed on Docket |
| P-00519 | Uber mobile events log for Hassan Turay from 11/14/23 to 11/16/23 | Slipsheet filed on docket, native uploaded to court provided link |
| P-00602 | Analysis of Rider-to-Driver Feedback Tags (US only) Presentation | Filed on Docket |
| P-00631 | Hassan Turay feedback and ratings log | Slipsheet filed on docket, native uploaded to court provided link |
| P-00632 | RideCheck and route anomalies log for Hassan Turay | Slipsheet filed on docket, native uploaded to court provided link |
| P-00655 | Feedback logs for Hassan Turay | Slipsheet filed on docket, native uploaded to court provided link |
| P-00679 | Combined Safety Research Insights Presentation | Filed on Docket |
| P-00681 | Trust & Safety Strategy Update | Filed on Docket |
| P-00689 | Stand for Safety 2018 Strategy and Plan Presentation | Filed on Docket |
| P-00694 | Issues with Safety memo authored by Gus Fuldner | Filed on Docket |
| P-00695 | Sexual Misconduct Policy Revamp Q2 2017 Presentation | Filed on Docket |
| P-00711 | "We Hear You" Safety Compaign Presentation authored by Gus Fuldner | Filed on Docket |
| P-00724 | Point in Time Messaging; US&C Central Operations, Safety and Standards | Filed on Docket |
| P-00736 | Safety Report Executive Leadership Team-Pre-brief | Filed on Docket |
| P-00739 | E-mail chain between Kevin Campbell and Gus Fuldner | Filed on Docket |
| P-00740 | Nov. 18, 2019 Slack conversation between Andrew Hasbun and Jodi Page | Filed on Docket |
| P-00753 | Analyses for sexual misconduct policy, Sytske Besemer, Criminal Justice Researcher, Trust and Safety Research Team, June 2017 | Filed on Docket |
| P-00759 | Uber Internatl Document: Policy and Comms Safety Needs 2017 | Filed on Docket |
| P-00760 | News Article: An Uber Driver was asked to take a woman home. He drove her to a motel instead, police say. | Filed on Docket |
| P-00769 | News Story reporting on alleged driver misconduct | Slipsheet filed on docket, native uploaded to court provided link |
| P-00770 | News Story reporting on alleged driver misconduct | Slipsheet filed on docket, native uploaded to court provided link |
| P-00790 | Safety 101 Presentation - Roger Kaiser, Global Head of Safety | Filed on Docket |
| P-00793 | Bow Tie Diagram - Risk Analysis | Filed on Docket |
| P-00794 | Sexual Assault Fishbone - Root Cause Analysis | Filed on Docket |
| P-00796 | Auditor Training | Filed on Docket |
| P-00797 | S-RAD External socialization with Experts | Filed on Docket |
| P-00798 | Uber Board Meeting - Safety Product FAQs | Filed on Docket |
| P-00800 | "April 2022 - Central Safety Global Safety Risk Review MBR" (Internal Powerpoint)(Modified 9/27/2023) | Filed on Docket |
| P-00801 | Powerpoint "Trip Anomaly Detection" (May 2017) | Filed on Docket |
| P-00802 | Powerpoint "Trip Anomaly Detection" (May 2017) | Filed on Docket |
| P-00817 | Hassan Turay Driver Profile Status Flow Chart Switching from P2P to Uber Eats Account | Slipsheet filed on docket, native uploaded to court provided link |
| P-00818 | Hassan Turay Driver Profile Status Flow Chart Switching from P2P to Uber Eats Account with Hannah Nilles internal Notes | Filed on Docket |
| P-00819 | Checkr Background Check Report of Hassan Turay - Suspended (December 7, 2016) | Filed on Docket |

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| P-00820 | Hassan Turay's Uber Driver Account Status Flow Chart (Peer to Peer Account - Rides) | Slipsheet filed on docket, native uploaded to court provided link |
| P-00821 | Checkr Background Check Report of Hassan Turay with 2008 First Issued Date of Driver's License (December 22, 2016) | Filed on Docket |
| P-00865 | Sensitive Investigations: Support for Allegations of Inerpersonal Misconduct | Filed on Docket |
| P-00870 | "A/C/P Final Internal Safety Governance Recommendations" (3/24/2021) | Filed on Docket |
| P-00932 | JIRA Incident Report Re: November 15, 2023 Incident | Filed on Docket |
| P-00988 | Jaylynn Dean Uber Ride Receipt from 11/15/2023; Driver Hassan Turay Profile; Life 360 route screenshot; | Filed on Docket |
| P-00989_Tr | Transcript of Jaylynn Dean's 911 Call | Filed on Docket |
| P-01020 | Safety Governance at Uber March 2020 | Filed on Docket |
| P-01024 | Global Safety Standards Refresh | Filed on Docket |
| P-01037 | Email re: Policy and Communications Discussion | Filed on Docket |
| P-01039 | Note for Board of Directors- H2 Context & Planning | Filed on Docket |
| P-01044 | Email re: State of Safety Snapshot | Filed on Docket |
| P-01054 | May 29, 2019 slack conversation between Jill Hazelbaker and Brook Anderson | Filed on Docket |
| P-01066 | Jill Hazelbaker Compensation Analysis | Filed on Docket |
| P-01068 | Email to Jill Hazelbaker re Buzzfeed News Inquiry re Sexual Assault Reports | Filed on Docket |
| P-01072 | Email to Jill Hazelbaker re CBS News seeking response for Uber drivers charged with sexual assault | Filed on Docket |
| P-01081 | 4/30/18 chat between Brooke Anderson and Jill Hazelbaker | Filed on Docket |
| P-01108 | Concept Feedback Master Table re Safety Initiatives | Filed on Docket |
| P-01133 | Safety H2 Communications Plan 2016 | Filed on Docket |
| P-01157 | re CNN story | Filed on Docket |
| P-01177 | "[PHASE 1] Project-T Business Decisions deck" (4/18/2019) | Filed on Docket |
| P-01220 | Slack conversation between Katy McDonald and Catherine Gibbons 10/2/2020 | Filed on Docket |
| P-01256 | "Understanding SV Facilitation Guide.pdf" (10/6/2016) | Filed on Docket |
| P-01296 | Trip chronicle for 11/15/23 Uber ride | Filed on Docket |
| P-01316 | Powerpoint "Safety Planning 2025", October 2024 | Filed on Docket |
| P-01321 | Recording Update Presentation | Filed on Docket |
| P-01330 | RideCheck Source of Truth Presentation | Filed on Docket |
| P-01332 | Uber Newsroom, US, Uber's record on safety is clear, August 6, 2025: https://www.uber.com/newsroom/ubers-safety-record/" | Filed on Docket |
| P-01339 | Safety Two-Year Vision Presentation | Filed on Docket |
| P-01363 | "Mike Weekly One Pager (2021)" (Created: 1/11/2021 // Modified: 12/13/2021) | Filed on Docket |
| P-01366 | "[ACP] S-RAD - Leadership Reviews" (Date Created: 8/2/2021) | Filed on Docket |
| P-01396 | NSVRC Report: Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault | Filed on Docket |
| P-01419 | Dec. 2015 Safety Advisory Board Raw Notes | Filed on Docket |
| P-01423 | June 2017 BBC article: "Uber 'obtained rape victim's medical records'" | Filed on Docket |
| P-01447 | RideCheck Holdout Group Safety Effectiveness Measurement | Filed on Docket |

ATTACHMENT A

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| P-01455 | Personal Safety Deep Dive Sexual Assault Focused | Filed on Docket |
| P-01457 | Women's Safety Engagement Plan | Filed on Docket |
| P-01460 | Women Driving Women | Filed on Docket |
| P-01462 | Safety Product Jam | Filed on Docket |
| P-01463 | Women Rider Preference US Launch Decision | Filed on Docket |
| P-01464 | Email re: Jill's thoughts on Women Rider Preferred | Filed on Docket |
| P-01465 | Email re: data analytics re: Women Rider Preference and Audio Recording | Filed on Docket |
| P-01467 | Email with Dara Khosrowshahi and others re: Women Rider Preference | Filed on Docket |
| P-01468 | 3/1/21 slack conversation between Andrew Hasbun and Brittany Anthony | Filed on Docket |
| P-01469 | 3/1/21 slack conversation between Andrew Hasbun, Brooke Anderson, and Jodi Page | Filed on Docket |
| P-01474 | Email re: Women Rider Preference US decision | Filed on Docket |
| P-01475 | Email re: Women Rider Preference- US Context | Filed on Docket |
| P-01476 | Email re: Women Rider Preferred- US decision | Filed on Docket |
| P-01479 | Women Rider Preferred- ELT US Decision | Filed on Docket |
| P-01480 | Email re: Women rider preferred | Filed on Docket |
| P-01481 | Email re: Women Rider Preferred- US decision | Filed on Docket |
| P-01482 | Sept 8, 2023 slack conversation between Lexi Levin and Andrew Hasbun | Filed on Docket |
| P-01483 | Email re: Lyft Women Rider Preference announcement | Filed on Docket |
| P-01484 | Sept 25, 2023 slack conversation between Mike Akamine and Greg Brown | Filed on Docket |
| P-01486 | Women Rider Preferences June 20, 2024 | Filed on Docket |
| P-01492 | Women Preferences- Product Internal | Filed on Docket |
| P-01506 | April 6, 2021 slack conversation between Andrew Hasbun and Emilie Boman | Filed on Docket |
| P-01528 | Exec Summary of Top 2 Causal Factors by Risk Area | Filed on Docket |
| P-01572 | Stand for Safety | Filed on Docket |
| P-01573 | Roger Kaiser X/Twitter profile | Filed on Docket |
| P-01630 | SRAD questions and answers | Filed on Docket |
| P-01667 | H2 2023 plans- Tech | Filed on Docket |
| P-01676 | Uber-produced document: S-RAD inputs | Filed on Docket |
| P-01681 | Baseline S-RAD global model | Filed on Docket |
| P-01682 | S-RAD features | Filed on Docket |
| P-01687 | Spreadsheet of S-RAD features and weight | Slipsheet filed on docket, native uploaded to court provided link |
| P-01689 | S-RAD Optomizing dispatch with safety in mind | Filed on Docket |
| P-01696 | Preventing Sexual Assaults Presentation | Filed on Docket |
| P-01698 | Sexual Assaults Trends + Correlates Documents | Filed on Docket |
| P-01699 | Safety Trends and Insights, sexual assault and sexual misconduct incidents | Filed on Docket |
| P-01701 | Bouncer v3 Safety Incident Model Document | Filed on Docket |
| P-01711 | S-RAD Model Overview Document | Filed on Docket |
| P-01712 | S-RAD Performance Overview Presentation | Filed on Docket |

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| P-01715 | SRAD Soft Filtering FAQ Document | Filed on Docket |
| P-01716 | SRAD nudges to trigger safety preferences configuration | Filed on Docket |
| P-01735 | Email re alleged 2012 rape of rider by Uber driver in Cleveland | Filed on Docket |
| P-01774 | Uber 2020 Proxy Statement and Notice of Annual Meeting of Stockholders | Filed on Docket |
| P-01775 | Uber 2021 Proxy Statement and Notice of Annual Meeting of Stockholders | Filed on Docket |
| P-01776 | Uber 2022 Proxy Statement and Notice of Annual Meeting of Stockholders | Filed on Docket |
| P-01777 | Uber 2023 Proxy Statement and Notice of Annual Meeting of Stockholders | Filed on Docket |
| P-01778 | Uber 2024 Proxy Statement and Notice of Annual Meeting of Stockholders | Filed on Docket |
| P-01803 | Stand for Safety Strategy Presentation | Filed on Docket |
| P-01805 | Sexual Assault/Misconduct Reduction Strategy Document | Filed on Docket |
| P-01814 | Email chain with Andrew Hasbun re CBS This Morning Interview | Filed on Docket |
| P-01826 | CNN investigation: 103 Uber drivers accused of sexual assault or abuse | Filed on Docket |
| P-01843 | New York Times Article "Uber IPO Values Ride-Hailing Giant at $82.4 Billion" | Filed on Docket |
| P-01848 | Email chain re alleged rape in Boston | Filed on Docket |
| P-01850 | Email re alleged sexual assault in D.C. | Filed on Docket |
| P-01860 | News Article: "Here's the Uber Investor Letter That Forced Travis Kalanick Out," Yahoo Finance (Jan. 28, 2019) | Filed on Docket |
| P-01861 | News Article: "The Letter Travis Kalanick Never Sent," Gizmodo (Sept. 5, 2019) | Filed on Docket |
| P-01862 | Answers to Travis Kalanick Q&A for August 5 | Filed on Docket |
| P-01863 | Safety Notes found in Travis Kalanick's Account | Filed on Docket |
| P-01864 | YouTube Short of Interview with Travis Kalanick | Slipsheet filed on docket, native uploaded to court provided link |
| P-01865 | Slip sheet for video played in the deposition of Travis Kalanick | Filed on Docket |
| P-01866 | Video of Travis Kalanick in Uber produced by Bloomberg | Slipsheet filed on docket, native uploaded to court provided link |
| P-01873 | Email with Jill Hazelbaker and former Uber CEO Re: Uber Culture Handling of India Rape Case (June 2017) | Filed on Docket |
| P-01875 | Personal Safety - H2 2018 Planning - Safety &_1xhtpkCul3v6pa2q_OmWhhqDiUnJc4mGSfMdi8j52z9s.pptx | Filed on Docket |
| P-01901 | Accurate and Checkr Background Check Documents for Driver Hassan Turay | Filed on Docket |
| P-01907 | Letter from Mesa Airlines to Jaylynn Dean (November 16, 2023) | Filed on Docket |
| P-01915 | Screenshots from Plaintiff's phone notifications from Uber the night of the Incident | Filed on Docket |
| P-01922_Tr | Transcript of BWC footage of Tempe PD officer starting at hotel, 2023.11.15 at 1:21 AM | Filed on Docket |
| P-01923_Tr | Transcript of Body Worn Camera Footage starting at hotel, 2023.11.15 at 1:55 AM (15:43); Interview with Hotel Clerk Kenny | Filed on Docket |
| P-01927_Tr | Transcript of Camera Footage of Tempe PD HQ Interview Room with Jaylynn Dean 2023.11.15 at 5:36 AM (40min34s) | Filed on Docket |

ATTACHMENT A

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| P-01934 | Hotel Camera 9 Main Lobby Entry Doors and Carport, 2023.11.15 (21min5s) | Slipsheet only filed on Docket (no audio) |
| P-01936_Tr | Transcript of Body Worn Camera Footage Interview with Lobby Employee, 2023.11.15 at 2:27 AM (4min35s) | Filed on Docket |
| P-01958 | Checkr Background Check Documents for Driver Hassan Turay | Filed on Docket |
| P-01959 | Checkr Background Check Documents for Driver Hassan Turay | Filed on Docket |
| P-02026_ex | Jaylynn Dean's Social Media Private Messages and Posts | Filed on Docket |
| P-02036 | Jaylynn Dean SANE Exam Report | Filed on Docket |
| P-02148 | Uber/NO MORE Don'tStandBy website | Filed on Docket |
| P-02158 | Uber Website: Women Preferences pilot program - US https://www.uber.com/newsroom/women-preferences/ | Filed on Docket |
| P-02160 | Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault. A Joint Report of Raliance and the Urban Institute. | Filed on Docket |
| P-02317 | Uber website: "The History of Uber." Uber. https://www.uber.com/newsroom/history/ | Filed on Docket |
| P-02340 | Personal photos and/or videos of Plaintiff Jaylynn Dean | Filed on Docket |
| P-02341 | Internal Uber Document: email chain between Mariana Esteves and Sunny Wong, Cory Freivogel and others re S-RAD Product Type Issue | Filed on Docket |
| P-02345 | 2022 Uber 10-K Reports | Filed on Docket |
| P-02346 | 2021 Uber 10-K Reports | Filed on Docket |
| P-02347 | 2023 Uber 10-K Reports | Filed on Docket |
| P-02348 | 2024 Uber 10-K Reports | Filed on Docket |
| P-02349 | Uber Financial Quarterly Report June 2025 | Filed on Docket |
| P-02350 | 2025 Uber Proxy Statement | Filed on Docket |
| P-02351 | Stock Market Data from the Wall Street Journal re Uber | Filed on Docket |
| P-02384 | Uber Website: Safety Ad | Filed on Docket |
| P-02400_Tr | Transcript of Jaylynn Dean's call to Uber to report sexual assault | Filed on Docket |
| P-02421 | TikTok from Uber | Slipsheet filed on docket, native uploaded to court provided link |
| P-02436 | Social media post from Uber - reasons to ride (MADD) | Slipsheet filed on docket, native uploaded to court provided link |
| P-02458 | Social media post from Uber - ubering from bar | Slipsheet filed on docket, native uploaded to court provided link |
| P-02468 | Uber's raw data produced by Uber into a secure system. | Filed on Docket |
| P-02654 | Uberversity 2019 - Stand for Safety Presentation | Filed on Docket |
| P-02694 | Ride Check- Anomaly Deep Dive Powerpoint | Filed on Docket |
| P-02764 | Project XX Presentation | Filed on Docket |
| P-02873 | S-RAD Leadership Update Presentation | Filed on Docket |
| P-02953 | Email chain with Sachin Kansal re Ridecheck jam | Filed on Docket |
| P-02956 | RideCheck Jam Awareness & Engagement Presentation | Filed on Docket |
| P-03119 | Email re S-RAD Model Precision/Recall Curves | Filed on Docket |
| P-03134 | Introduction to S-RAD Presentation | Filed on Docket |
| P-03137 | 2024 Business Conduct Guide Presentation | Filed on Docket |
| P-03145 | Social media post from Uber - RideCheck | Slipsheet filed on docket, native uploaded to court provided link |
| P-03220 | Business Conduct Guide Presentation | Filed on Docket |

ATTACHMENT A

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| P-03237 | Marketing and advertising for Uber displayed to Plaintiff Jaylynn Dean on various channels including the iOS App Store and the Android App Store. | Filed on Docket |
| P-03289 | Uber communications log for Jaylynn Dean Account | Slipsheet filed on docket, native uploaded to court provided link |
| P-03338 | Uber Bliss Communication with Hassan Turay: Accepted Cash Payment on Trip (July 2018) | Filed on Docket |
| P-03341 | Uber Bliss Communication with Hassan Turay: Switching Cities to Arizona (March 2017) | Filed on Docket |
| P-03342 | Uber Bliss Communication with Hassan Turay: Reporting Vehicle Accident (May 2018) | Filed on Docket |
| P-03344 | Uber Bliss Communication with Hassan Turay: Rider Concern with HT Phone Use (February 2023) | Filed on Docket |
| P-03368 | Uber Bliss Communication with Hassan Turay: HT Concern about Dropped Rating (August 2023) | Filed on Docket |
| P-03371 | Uber Bliss Communication with Hassan Turay: Cleaning Request for Vomit in Car (August 2023) | Filed on Docket |
| P-03373 | Uber Bliss Communication with Hassan Turay: HT Account Placed on Hold due to Customer Complaint (April 2023) | Filed on Docket |
| P-03376 | Uber Bliss Communication with Hassan Turay: Account on Hold Pending Investigation, HT Explanations (April 2023) | Filed on Docket |
| P-03408 | Driver Hassan Turay Georgia Driver's License Issued October 25, 2016 (Uploaded to Uber on December 7, 2016) | Filed on Docket |
| P-03435 | Uber Ride Receipt of November 15, 2023 Ride Ordered on Jaylynn Dean's Account | Filed on Docket |
| P-03461 | Hassan Turay's Uber Driver Account Status Flow Chart (Peer to Peer Account - Rides) | Slipsheet filed on docket, native uploaded to court provided link |
| P-03465 | Uber Bliss Communication: Rider Report for Ride with Hassan Turay "My driver drove dangerously" (July 2018) | Filed on Docket |
| P-03467 | Uber Bliss Communication with Hassan Turay: Community Guidelines Reminder Due to Rider Complaint (March 2019) | Filed on Docket |
| P-03471 | Chronicle Data for April 17, 2023 Trip with Hassan Turay | Filed on Docket |
| P-03472 | Voyager Data for November 15, 2023 Trip with Hassan Turay with Uber Internal Markings | Filed on Docket |
| P-03475 | Voyager Data for November 15, 2023 Trip with Hassan Turay with Uber Internal Markings | Filed on Docket |
| P-03476 | Voyager Data for November 15, 2023 Trip with Hassan Turay with Uber Internal Markings - End of Trip on Uber App | Filed on Docket |
| P-03478_Tr | Transcript of Driver Hassan Turay call with Uber Customer Service Re: April 17, 2023 Trip and Customer Report | Filed on Docket |
| P-03500_Tr | Transcript of Voicemail left for Hassan Turay by Uber investigator | Filed on Docket |
| P-03510 | Uber Bliss Communication: Rider Report for Ride with Hassan Turay (March 2019) | Filed on Docket |
| P-03554 | Prevention Initiative Creative Brief | Filed on Docket |
| P-03584 | Preventative Behavior V2 Development Pilot | Filed on Docket |
| P-03589 | Uber Bliss Communication with Hassan Turay: Rider Report for Mismatching Vehicle (April 2023) | Filed on Docket |
| P-03590 | Uber Bliss Communication with Rider: Report by Rider Against Hassan Turay Re: Sexual Assault and Insults | Filed on Docket |

8

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| P-03592 | Uber Bliss Communication with Rider: Report by Rider Against Hassan Turay (January 2023) | Filed on Docket |
| P-03593 | Uber Bliss Communication with Hassan Turay: Account on Hold Pending Rider Complaint Investigation (April 2023) | Filed on Docket |
| P-03594 | Uber Bliss Communication with Rider: Report by Rider Against Hassan Turay (April 2023) | Filed on Docket |
| P-03595 | Uber Bliss Communication with Rider: Report by Rider Against Hassan Turay "My driver's vehicle was unsafe" (January 2023) | Filed on Docket |
| P-03596 | Uber Bliss Communication with Hassan Turay: Reminder of Community Guidelines in Response to Rider Complaint (January 2023) | Filed on Docket |
| P-03597 | Uber Bliss Communication with Rider: Report by Rider Against Hassan Turay "My driver drove dangerously" (January 2023) | Filed on Docket |
| P-03599 | Uber Bliss Communication with Hassan Turay: Account Temporarily Restricted Pending Report Investigation (November 2023) | Filed on Docket |
| P-03609 | Uber Prospectus, May 9, 2019 https://www.sec.gov/Archives/edgar/data/1543151/000119312519144716/d647752d424b4.htm | Filed on Docket |
| P-03634 | Uber communication with Hassan Turay re rider complaint about vehicle | Filed on Docket |
| P-03635 | Empathy Education: Corporate Leadership on Sexual Assault & Domestic Violence | Filed on Docket |
| P-03650 | S-RAD: Optimizing dispatch with safety in mind | Filed on Docket |
| P-03651 | Email re: S-RAD Model P/R curves | Filed on Docket |
| P-03663 | S-RAD demonstrative used in deposition of S. Wong | Filed on Docket |
| P-03664 | Women Rider Preference Product Requirements Doc | Filed on Docket |
| P-03669 | Women Rider Preference in Saudi Arabia | Filed on Docket |
| P-03684 | News Article: Sept 24, 2016: Napa Woman Shares Terrifying Experience with Uber Driver | Filed on Docket |
| P-03685 | News Article: Aug. 18, 2016: Uber bans driver after drug-related arrest in Costa Mesa | Filed on Docket |
| P-03687 | Hertz/Tesla/Uber Press Playbook | Filed on Docket |
| P-03689 | Email re: Campaign for re-opening post-covid | Filed on Docket |
| 3700 | Examples of Lower Taxonomy SA/SM Reports | Filed on Docket |
| 3701 | Hassan Turay Checkr Background Check Results Summary - Rule 1006 | Filed on Docket |
| 3702 | Hassan Turay Rider Feedback - Rule 1006 | Filed on Docket |
| 3778 | S-Rad Model Overview: Safety & Insurance | Slipsheet filed on docket, native uploaded to court provided link |
| 3794 | Rider Communication re: My driver was rude | Filed on Docket |
| 3816 | 2017-2018 U.S. Safety Report | Filed on Docket |
| 3844 | Safety over the years PowerPoint | Filed on Docket |
| 3856 | Code of Conduct | Filed on Docket |
| 3867 | FAQ for MTR Presentation April 21 (Modified 12/8/2022) (Wong Dep. Ex. 1243) | Filed on Docket |
| 3868 | PowerPoint Slide, S-RAD (Safety Risk Assessed Dispatch) | Filed on Docket |
| 3871 | 2019-2020 US Safety Report | Filed on Docket |
| 3879 | PowerPoint - US production model feature importance - Top 20 features | Filed on Docket |

ATTACHMENT A

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| 3908 | Rider Communication re: My driver refused my destination | Filed on Docket |
| 3931 | PowerPoint - Baseline S-RAD global model | Filed on Docket |
| 3932 | Uber Community Guidelines | Filed on Docket |
| 3940 | Transcript of Bodycam footage of interview with Dean | Filed on Docket |
| 3949 | Uber Incident Report | Filed on Docket |
| 3970 | Module #1 - Respecting Privacy | Slipsheet filed on docket, native uploaded to court provided link |
| 3975 | Module #3 - Respecting Personal Space | Slipsheet filed on docket, native uploaded to court provided link |
| 3976 | Module #4 - Sexual Violence Awareness | Slipsheet filed on docket, native uploaded to court provided link |
| 4051 | J. Dean Feedback and Ratings Spreadsheet | Slipsheet filed on docket, native uploaded to court provided link |
| 4070 | Log of Courses sent to H. Turay | Slipsheet filed on docket, native uploaded to court provided link |
| 4073 | 2021-2022 US Safety Report | Filed on Docket |
| 4078 | Transcript of Tempe Police Interview Room Footage | Filed on Docket |
| 4088 | Transcript of CCTV Footage | Slipsheet only filed on Docket (no audio) |
| 4096 | Transcript of Call with Turay | Filed on Docket |
| 4098 | Transcript of Tempe Police Cam Footage (Hotel Entrance) | Slipsheet only filed on Docket (no audio) |
| 4142 | Turay Feedback and Ratings Log | Slipsheet filed on docket, native uploaded to court provided link |
| 4158 | Dean medical records obtained Hims & Hers Health | Filed on Docket |
| 4160 | Uber Deals Communication Log | Slipsheet filed on docket, native uploaded to court provided link |
| 4162 | CHECKR Background Reports for Driver H. Turay | Filed on Docket |
| 4177 | Technology Services Agreement | Filed on Docket |
| 4178 | Technology Services Agreement | Filed on Docket |
| 4179 | Addendum to Technology Services Agreement | Filed on Docket |
| 4180 | Platform Access Agreement | Filed on Docket |
| 4182 | Platform Access Agreement | Filed on Docket |
| 4184 | JD Lyft Profile | Filed on Docket |
| 4185 | Dean Lyft Ride History Spreadsheet | Filed on Docket |
| 4186 | 2016 Toyota Camry Registration (Confidential) | Filed on Docket |
| 4187 | 2016 Toyota Camry Vehicle Inspection (Confidential) | Filed on Docket |
| 4188 | 2016 Toyota Camry POI (Confidential) | Filed on Docket |
| 4226 | Lesson #2 - Conversational Boundaries | Slipsheet filed on docket, native uploaded to court provided link |
| 4227 | Intro - Helping Create a Safe Community | Slipsheet filed on docket, native uploaded to court provided link |
| 4231 | Jaylynn Dean Signup & Checkbox Consent | Filed on Docket |
| 4233 | RAINN website - Rideshare Rider Safety Tips | Filed on Docket |
| 4237 | Insurance Identification Card | Filed on Docket |
| 4238 | Certificate of Liability Insurance | Filed on Docket |
| 4239 | Vehicle for Hire Permit | Filed on Docket |

| Trial Exhibit No. | Trial Exhibit Description | Filing Location |
|---|---|---|
| 4149_ex | Uber's website over time | Filed on Docket |
| 4153_ex | Jaylynn Dean Social Media Compilation | Filed on Docket |
| 4154_ex | Screenshot of Uber Communication | Filed on Docket |
| 4156_ex | Screenshot of Ridecheck notification on phone | Filed on Docket |
| P-04506 | Moving Forward Campaign Retrospective October 2018 | Filed on Docket |
| P-04507 | TikTok from Uber | Slipsheet filed on docket, native uploaded to court provided link |
| P-04508 | TikTok from Uber | Slipsheet filed on docket, native uploaded to court provided link |
| P-04510 | Commercial Vehicle Short Term Rental Agreement between Hassan Turay and Fast Track Leasing, LLC | Filed on Docket |
| P-04511 | Jaylynn Dean's sexual assault report to Uber. | Filed on Docket |
| P-04519 | re: Visual exploration of S-RAD | Filed on Docket |
| P-04531 | Uber Terms of Use dated Jan. 1, 2023 | Filed on Docket |
| P-04534 | Email re support abuse metrics | Filed on Docket |
| P-04537 | Uber-Voyager/Buggy/FastTrack Vehicle Solutions Program Strategic Relationship Agreement | Filed on Docket |
| P-04545 | July 2023 Dashcam Opportunities | Filed on Docket |
| P-04547 | Uber Social Media Ad: Jan. 2026: "Uber Driver's Dog" | Filed on Docket |
| P-04548 | Uber Social Media Ad: Jan. 2026: "I'll call an Uber." | Filed on Docket |
| P-04549 | Uber Social Media Ad: NYE 2025, "Wanna Get an Uber Home?" | Filed on Docket |
| P-04553 | July 2017 sexual misconduct report to Uber. | Filed on Docket |
| P-04557 | Sachin Kansal H2 2017 Goals | Filed on Docket |
| P-04558 | Email with Sachin Kansal and others re measuring rider and driver safety perceptions. | Filed on Docket |
| P-04559 | Feb. 2022 sexual misconduct report to Uber. | Filed on Docket |
| P-04560 | June 2022 sexual misconduct report to Uber. | Filed on Docket |
| P-04561 | Feb. 2022 sexual misconduct report to Uber. | Filed on Docket |
| P-04564 | Uber stock price over time, 5/31/19 through 1/30/2026 | Slipsheet filed on docket, native uploaded to court provided link |
| P-04566 | Sachin Kansal bio | Filed on Docket |
| P-04567 | Video, CNN investigation: 103 Uber drivers accused of sexual assault or abuse | Slipsheet filed on docket, native uploaded to court provided link |
| P-05000 | Hayley Kahn Biography on Food Bank for NYC website | Filed on Docket |
| P-05001 | Hayley Kahn Levinson Linkedin Profile | Filed on Docket |
| P-05002 | Zgoba article titled, "Sex offender registry laws don't work. Here's what might." | Filed on Docket |