ATTACHMENT B

| COURT EXHIBIT NO. | | DESCRIPTION | DN |
|---|---|---|---|
| **Plaintiff Court Exhibit** | 1A | Designation Run Report for Chad Dobbs as played in Court 01/14/2026 (08-21-2025) | **ECF 5007** |
| **Plaintiff Court Exhibit** | 1B | Chad Dobbs Deposition Exhibit Chart | **ECF 5007** |
| **Plaintiff Court Exhibit** | 2A | Designation Run Report for Travis Kalanick as played in Court 01/14/2026 (07-03-2025) | **ECF 5007** |
| **Plaintiff Court Exhibit** | 2B | Travis Kalanick Deposition Exhibit Chart | **ECF 5007** |
| **Plaintiff Court Exhibit** | 3A | Designation Run Report for Jill Hazelbaker as played in Court 01/14/2026 (06-17-2025) | **ECF 5007** |
| **Plaintiff Court Exhibit** | 3B | Jill Hazelbaker Deposition Exhibit Chart | **ECF 5007** |
| **Plaintiff Court Exhibit** | 4 | Designation Run Report for Dara Khosrowshahi as played in Court 01/13/2026 (07-01-2025) during Dr. Drumwright's examination | **ECF 5056** |
| **Plaintiff Court Exhibit** | 5A | Designation Run Report for Elizabeth Ross as played in Court 01/14-15, 2026 (06-11-12-2025) | **ECF 5056** |
| **Plaintiff Court Exhibit** | 5B | Elizabeth Ross Deposition Exhibit Chart | **ECF 5056** |
| **Plaintiff Court Exhibit** | 6A | Designation Run Report for Rebecca Payne as played in Court 01/20/2026 (4/2-3/2025, 5/13/2025) | **ECF 5056** |
| **Plaintiff Court Exhibit** | 6B | Rebecca Payne Deposition Exhibit Chart | **ECF 5056** |
| **Plaintiff Court Exhibit** | 7A | Designation Run Reports for Hannah Nilles as played in Court 1/21/2026 (June 30, 2025, July 10, 2025, August 7, 2025) | **ECF 5103** |
| **Plaintiff Court Exhibit** | 7B | Hannah Nilles Deposition Exhibit Chart | **ECF 5103** |
| **Plaintiff Court Exhibit** | 8A | Designation Run Reports for Sunny Wong as played in Court 1/21/2026 (June 25, 2025, July 23, 2025, October 14, 2025) | **ECF 5103** |
| **Plaintiff Court Exhibit** | 8B | Sunny Wong Deposition Exhibit Chart | **ECF 5103** |
| **Plaintiff Court Exhibit** | 9A | Designation Run Report for Cory Freivogel as played in Court 1/21/2026 (February 6, 2025) | **ECF 5103** |
| **Plaintiff Court Exhibit** | 9B | Cory Freivogel Deposition Exhibit Chart | **ECF 5103** |
| **Plaintiff Court Exhibit** | 10 | Designation Run Report for Hassan Turay as played in Court 1/21/2026 (July 23, 2025) | **ECF 5103** |
| **Plaintiff Court Exhibit** | 11A | Designation Run Report for Hannah Nilles as played in Court 1/23/2026 (July 23, 2025) | **ECF 5103** |
| **Plaintiff Court Exhibit** | 11B | Hannah Nilles Deposition Exhibit Chart | **ECF 5103** |
| **Plaintiff Court Exhibit** | 12A | Designation Run Report for Sunny Wong as played in Court 1/23/2026 (January 7, 2026) | **ECF 5103** |
| **Plaintiff Court Exhibit** | 12B | Sunny Wong Deposition Exhibit Chart | **ECF 5103** |
| **Plaintiff Court Exhibit** | 13A | Designation Run Report for Dara Khosrowshahi as played in Court 1/23/2026 (July 1, 2025) | **ECF 5103** |
| **Plaintiff Court Exhibit** | 13B | Dara Khosrowshahi Deposition Exhibit Chart | **ECF 5103** |
| **Plaintiff Court Exhibit** | 14A | Designation Run Report for Emilie Boman as played in Court 1/23/2026 (October 1, 2025) | **ECF 5113** |
| **Plaintiff Court Exhibit** | 14B | Emilie Boman Deposition Exhibit Chart | **ECF 5113** |
| **Plaintiff Court Exhibit** | 15A | Designation Run Report for Andrew Hasbun as played in Court 1/15/2026 (April 10-11, 2025) | **ECF 5113** |
| **Plaintiff Court Exhibit** | 15B | Andrew Hasbun Deposition Exhibit Chart | **ECF 5113** |
| **Plaintiff Court Exhibit** | 16A | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (6-17-2025) | **ECF 5113** |
| **Plaintiff Court Exhibit** | 16B | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (7-15-2025, 23:8-17) | **ECF 5113** |
| **Plaintiff Court Exhibit** | 16C | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (7-15-2025, 127:10-19) | **ECF 5113** |
| **Plaintiff Court Exhibit** | 16D | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (7-15-2025, 143:5-24) | **ECF 5113** |
| **Plaintiff Court Exhibit** | 16E | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (7-15-2025, 210:13-211:13) | **ECF 5113** |

ATTACHMENT B

| | | | |
|---|---|---|---|
| **Plaintiff Court Exhibit** | 16F | Designation Run Report for Greg Brown as played in Court during the 1/22/2026 testimony of Thomas Tremblay (8-25-2025) | ECF 5113 |
| **Plaintiff Court Exhibit** | 17 | Designation Run Report for Olajuwon Ramos as played in Court during the 1/26/2026 testimony of Mindy Mechanic (6-26-2025) | ECF 5113 |
| **Plaintiff Court Exhibit** | 18 | Designation Run Report for Natasha Ramos as played in Court during the 1/26/2026 testimony of Mindy Mechanic (6-26-2025) | ECF 5113 |
| **Plaintiff Court Exhibit** | 19 | Designation Run Report for Elisa Gregg as played in Court during the 1/26/2026 testimony of Mindy Mechanic (6-25-2025) | ECF 5113 |
| **Plaintiff Court Exhibit** | 20 | Designation Run Report for Brooklyn Filtz as played in Court during the 1/26/2026 testimony of Mindy Mechanic (6-30-2025) | ECF 5113 |
| **Plaintiff Court Exhibit** | 21 | Designation Run Report for Jaylynn Dean as played in Court 01/27/2026 during the examination of Mindy Mechanic (06-27-2025) | ECF 5145 |
| **Plaintiff Court Exhibit** | 22 | Designation Run Report for Greg Brown as played in Court 1/27/2026 (07-15-2025) | ECF 5145 |
| **Plaintiff Court Exhibit** | 23 | Designation Run Report for Sunny Wong as played in Court 1/27/2026 during the examination of Lacey Keller (06-25-2025) | ECF 5145 |
| **Plaintiff Court Exhibit** | 30 | CDC National Vital Statistics Report, United States Life Tables, 2023, page 18 | ECF 5178 |
| **Defendants' Court Exhibit** | 1 | Designation Run Report for 8/28/2025 Deposition of Mariana Esteves as played in Court on 1/23/2026 during examination of Thomas Tremblay | ECF 5168 |
| **Defendants' Court Exhibit** | 2 | Designation Run Report for 7/23/2025 Deposition of Hassan Turay as played in Court on 1/22/2026 during examination of Thomas Tremblay | ECF 5168 |
| **Defendants' Court Exhibit** | 3 | Designation Run Report for 7/22/2025 Deposition of Scott McLaughlin as played in Court on 1/22/2026 during examination of Thomas Tremblay | ECF 5168 |
| **Defendants' Court Exhibit** | 4 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean | ECF 5168 |
| **Defendants' Court Exhibit** | 5 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean | ECF 5168 |
| **Defendants' Court Exhibit** | 6 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean | ECF 5168 |
| **Defendants' Court Exhibit** | 7 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean | ECF 5168 |
| **Defendants' Court Exhibit** | 8 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Jaylynn Dean | ECF 5168 |
| **Defendants' Court Exhibit** | 9 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| **Defendants' Court Exhibit** | 10 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| **Defendants' Court Exhibit** | 11 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/26/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| **Defendants' Court Exhibit** | 12 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| **Defendants' Court Exhibit** | 13 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| **Defendants' Court Exhibit** | 14 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| **Defendants' Court Exhibit** | 15 | Designation Run Report for 6/27/2025 Deposition of Jaylynn Dean as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| **Defendants' Court Exhibit** | 16 | Designation Run Report for 6/26/2025 Deposition of Natasha Diaz as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| **Defendants' Court Exhibit** | 17 | Designation Run Report for 6/30/2025 Deposition of Brooklyn Filtz as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| **Defendants' Court Exhibit** | 18 | Designation Run Report for 6/30/2025 Deposition of Brooklyn Filtz as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |

ATTACHMENT B

| Defendants' Court Exhibit | 19 | Designation Run Report for 6/26/2025 Deposition of Olajuwon Ramos as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
|---|---|---|---|
| Defendants' Court Exhibit | 20 | Designation Run Report for 6/26/2025 Deposition of Olajuwon Ramos as played in Court on 1/27/2026 during examination of Dr. Mindy Mechanic | ECF 5168 |
| Defendants' Court Exhibit | 21 | Designation Run Report for 7/22/2025 Deposition of Scott McLaughlin as played in Court on 1/30/2026 | ECF 5168 |