## UBER_JCCP_MDL_000120465

## Metadata

| Field | Value | Type |
|---|---|---|
| #Author | adole@uber.com | SEMANTIC |
| #Date Modified | 08/27/2021 | SEMANTIC |
| #DateCreated | 09/14/2018 | SEMANTIC |
| #Title | US&C Safety Support Operations [t.uber.com/sst-operations] | SEMANTIC |
| Account | mbaker@uber.com | SEMANTIC |
| All Custodians | Baker, Matthew;Freivogel, Cory;Gibbons, Catherine;Kaiser, Roger | SEMANTIC |
| All Paths | Baker, Matthew: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_0.zip; Baker, Matthew: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_0.zip; Baker, Matthew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_0.zip; Baker, Matthew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_0.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_0.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_0.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_0.zip; Freivogel, Cory: \MassTort_Category6_DRIVE\MassTort_Category6_DRIVE_0.zip; Freivogel, Cory: \MassTort_Category6_DRIVE\MassTort_Category6_DRIVE_0.zip; Gibbons, Catherine: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_0.zip; Gibbons, Catherine: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_0.zip; Gibbons, Catherine: \MassTort_Category6_DRIVE\MassTort_Category6_DRIVE_0.zip; Gibbons, Catherine: \MassTort_Category6_DRIVE\MassTort_Category6_DRIVE_0.zip; Kaiser, Roger: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_0.zip; Kaiser, Roger: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_0.zip; Kaiser, Roger: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_0.zip; Kaiser, Roger: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_0.zip; Kaiser, Roger: \MassTort_Category6_DRIVE\MassTort_Category6_DRIVE_0.zip; Kaiser, Roger: \MassTort_Category6_DRIVE\MassTort_Category6_DRIVE_0.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000120465 | SEMANTIC |
| Collaborators | alirorab@uber.com; ksengupta@uber.com; cory.freivogel@uber.com; cgibbons@uber.com; banthony@uber.com; mbaker@uber.com; rebecca.payne@uber.com; nitishd@uber.com; brian.johnson@uber.com; nick.murphy@uber.com; kaiser@uber.com; mollie@uber.com; annaliese@uber.com; chanel.kan@uber.com; gbrown@uber.com; apolito@uber.com; austin.lewis@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 09/14/2018 7:57 pm | SEMANTIC |
| DocID | 1DvAdwB5MehUai3XFBMMp21_ezNgEaj1asehcJClsXsw | SEMANTIC |
| End Family | UBER_JCCP_MDL_000120465 | SEMANTIC |
| File Path | \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_0.zip | SEMANTIC |
| File Size | 7530118 | SEMANTIC |
| Filename | US&C Safety Support Operations -t.uber.com-ss_1DvAdwB5MehUai3XFBMMp21_ezNgEaj1asehcJClsXsw.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hash Value | 494f8fa5ee3ade7c21a7a7154275a9ad | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000120465.0001;UBER_JCCP_MDL_000120465.0002;UBER_JCCP_MDL_000120465.0003;UBER_JCCP_MDL_000120465.0004;UBER_JCCP_MDL_000120465.0005;UBER_JCCP_MDL_000120465.0006;UBER_JCCP_MDL_000120465.0007;UBER_JCCP_MDL_000120465.0008;UBER_JCCP_MDL_000120465.0009;UBER_JCCP_MDL_000120465.0010;UBER_JCCP_MDL_000120465.0011;UBER_JCCP_MDL_000120465.0012;UBER_JCCP_MDL_000120465.0013;UBER_JCCP_MDL_000120465.0014;UBER_JCCP_MDL_000120465.0015;UBER_JCCP_MDL_000120465.0016;UBER_JCCP_MDL_000120465.0017;UBER_JCCP_MDL_000120465.0018;UBER_JCCP_MDL_000120465.0019;UBER_JCCP_MDL_000120465.0020;UBER_JCCP_MDL_000120465.0021;UBER_JCCP_MDL_000120465.0022;UBER_JCCP_MDL_000120465.0023;UBER_JCCP_MDL_000120465.0024;UBER_JCCP_MDL_000120465.0025;UBER_JCCP_MDL_000120465.0026;UBER_JCCP_MDL_000120465.0027;UBER_JCCP_MDL_000120465.0028 | SEMANTIC |
| ILS Document Date | 08/27/2021 | SEMANTIC |
| ILS Prod Date | 3/10/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL131 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_000141628; UBER_JCCP_MDL_001281852; UBER_JCCP_MDL_004739583; UBER_JCCP_MDL_005340365 | SEMANTIC |
| Other Custodians | Baker, Matthew;Freivogel, Cory;Kaiser, Roger;Gibbons, Catherine | SEMANTIC |



| Primary Date | 09/14/2018 7:57 pm | DOC_TYPE_ALIAS |
|---|---|---|
| Production Volume | UBER023;JCCP_MDL089;JCCP_MDL131; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 08/27/2021 10:12 pm | SEMANTIC |
| SourceHash | c7945aa8b52a2d3f0378d2c1f8f2bff4 | SEMANTIC |



# US&C Safety Support

Trial Exhibit No.

**P-00007**

Agenda

**01** Program Team
**02** Support Operations
**03** Stakeholders
**04** Additional Resources

CONFIDENTIAL

UBER000140567.0001
UBER_JCCP_MDL_000120465.0001

P-00007.00002

# Program Team

CONFIDENTIAL

UBER000140567.0002
UBER_JCCP_MDL_000120465.0002

# US&C Safety Support

See the full US&C CommOps Org Chart here!

| | |
|---|---|
| **Program Leader** Matt Baker | **Ask me about:** xxxx |
| **Program Manager** Mollie Scott | **Ask me about:** deactivation appeals, service denial, accessibility, driver inclusion |
| **Program Manager** Alex Druy | **Ask me about:** urgent triage and investigations, safety standards, "secure the platform" metrics |
| **Program Manager** Ashley Polito | **Ask me about:** our 24/7 safety phone line, personal safety incidents, CSAT, customer experience |
| **Program Manager** Austin Lewis | **Ask me about:** dashcams, safety products |
| **Project Manager** Ashley Cabrera | **Ask me about:** accidents/claims, DACT adjudication, road safety |

CONFIDENTIAL

UBER000140567.0003
UBER_JCCP_MDL_000120465.0003

# How can A&I help?

### Insights on our Balanced Scorecards

The global safety balanced scorecard is our primary mechanism for accountability on performance. It is an extensive scorecard that tries to balance many performance and customer experience metrics across lines of business

With so many KPIs, it can be difficult to do meaningful deep dives. Help with trend analysis and partnership in thinking through issue mitigation is extremely helpful.

Example: SCF gaps

### Insights and ideas for improving CX

With high visibility and accountability for balanced scorecard performance and compliance, as well as supporting many new programs and launches, customer experience deep dives often get deprioritized for Program Managers.

We think there is tremendous opportunity to have a renewed focus on optimizing customer experience, especially as 1-star CSAT becomes a priority.

### Automated Compliance

Safety has a number of rules/standards that need to be followed by all agents in the network. Rather than pulling reports for each site/team, it would be helpful to automatically surface non-compliance for the sites to address on their own. Ideas include:

- Solves outside network
- Improper routing of safety contacts
- R&A / misc. payment monitoring
- Parent node / Investigations solves
- Duplicate contact scrubs

CONFIDENTIAL

UBER000140567.0004
UBER_JCCP_MDL_000120465.0004



# Support Operations

CONFIDENTIAL

UBER000140567.0005
UBER_JCCP_MDL_000120465.0005

# Safety Support Mission

**1** | **Secure the Platform** with speed and accuracy

**2** | **Investigate** serious incidents thoroughly

**3** | **Rebuild Trust** with empathy

**4** | **Classify data and insights** to inform safety models

Safety Support provides fast and empathetic support, investigates incidents, and enforces standards

Secure the Platform: Goal of removing access (waitlist/ban) of reported-against party within one hour

Rebuild Trust
First Call + Message to reporting party within one hour
RAINN partnership

CONFIDENTIAL

# Safety Taxonomy

In 2018, Uber partnered with the National Sexual Violence Resource Center (NSVRC) and the Urban Institute to create the first version of its internal safety taxonomy. This classification system helped serve as a guide when publishing our first public safety report in December of 2019.

The safety taxonomy also serves as a guide for support agents, including safety investigators, to properly identify and respond to urgent safety incidents. Our safety taxonomy is divided to 12 categories



| | |
|---|---|
| Sexual Assault | Substance Abuse |
| Vehicle Crash or Claim | Inappropriate Contact |
| Theft or Robbery | Health / Self-Harm |
| Sexual Misconduct | Law Enforcement / Regulatory |
| Physical Altercation | Potential Safety Concern |
| Verbal Altercation | Dangerous Driving |

CONFIDENTIAL

UBER000140567.0007
UBER_JCCP_MDL_000120465.0007



# Safety Issues

| Level 1 | Wrong driver, extra passenger, dangerous driving, unsafe vehicle, verbal altercations, accidents with no injuries |
| Level 2 | Sexually inappropriate or discriminatory comments, theft, suspected impairment, accident with minor injury |
| Level 3 | Non-consensual touching, physical assault, weapons incidents, hospitalization due to injury |
| Level 4 | Non-consensual sexual touching & intercourse, fatality |

(Levels 3 and 4 bracketed as: Urgent Issues)

There are 4 levels of safety that IRT agents will see when dealing with urgent support, and this is how we define them. There are also additional niche cases that we have seen that can fall into Disaster alert

Level 1 - These are cases that pose a lower safety risk and can be handled from start to finish by an IRT agent
Level 2 - These are often more severe behavioural issues, and can result in deactivation if repeated,  A large percentage of urgent support is L2.
Level 3 - These incidents have the potential to damage the brand and become public, and we would always make internal stakeholders aware
Level 4 - These incidents are the most rare to occur in urgent support. And will always have an impact on brand

There is also one additional niche case scenario that we have seen, that can fall under a Disaster alert. This is the unofficial 'Level 5' case, which has its own handling process however could have an impact on our user community and therefore we need to respond accordingly. We don't have this level within Bliss, as usually these are reported via social media/news/law enforcement online etc

Level 5 - Is extremely rare cases where public safety is at risk - weather disaster/terrorist attacks - always IRT collaborating with safety/city teams to support the community - how we react and help is crucial

CONFIDENTIAL

UBER000140567.0008
UBER_JCCP_MDL_000120465.0008



# Safety Incident Life Cycle

Timeline process: Starting early 2017 (will confirm by Matt)
Fall of 2016 - specialized support team separated from the non-urgent team.

CONFIDENTIAL

UBER000140567.0009
UBER_JCCP_MDL_000120465.0009

# Trust & Safety Investigations

**Location:** Phoenix, Arizona
Center of Excellence (COE)



| Triage | Investigations |
|---|---|
| • 24/7 operations | • Operate on extended business hours, seven days a week |
| • Monitor for new reports of urgent safety incidents | • Complete a thorough review of the reported incident |
| • Remove account access for reported-against parties | • Conducts phone interviews with all parties involved |
| • Attempt initial contact by phone with reporting parties | • Review supporting data, relevant facts, and user incident history |
| • Create internal documentation for further investigation | • Enforce deactivation decisions based on safety standards |

COE Phoenix, Arizona- geography: USA & CAN only
Case management documentation: JIRA
COE time for investigation: 6am-10pm (Phoenix time)

CONFIDENTIAL

UBER000140567.0010
UBER_JCCP_MDL_000120465.0010



The more severe an incident or accident the highers its Level
Contact Type Groups actually indicate Level
IRT: Accidents -> L1/L2
IRT: Incidents -> L1 / L2
IRT: Urgent -> L3 / L4
XS: Safety -> L1 / L2
Lines of Business
Urgent: L3/L4 Investigations
Non-Urgent: L1/L2 Incidents and Accidents, Cross Support Safety, Eats Safety
Modalities
Safety Line, SOS, Anomaly Detection, Crash Detection

CONFIDENTIAL

UBER000140567.0011
UBER_JCCP_MDL_000120465.0011



CONFIDENTIAL

UBER000140567.0012
UBER_JCCP_MDL_000120465.0012

P-00007.00013

# US&C Safety Support Network is spread across eight sites globally



CONFIDENTIAL

UBER000140567.0013
UBER_JCCP_MDL_000120465.0013



In March of 2017 the DACT process was introduced. It decoupled the front-end customer support experience from the backend evaluation of an account. It works like this --- the Safety and Insurance team has developed a "credibility weighted threshold" of reports to trips. When someone breaches that threshold a JIRA is automatically created. The JIRA is then served to a specialized group of COE agents. As outlined above, the JIRA served to the agent documents the issue type as well as the "Policy Threshold" or, the number of valid strikes required for a driver to be deactivated.

At this point the investigation begins --- DACT agents go into each contact and review the reported details. They then compare those details to the associated support logic to make sure it matches the available definitions and examples. Agents also look into a reporter's appeasement history and will invalidate strikes if there is clear evidence of fraud. There are some issue types which require additional steps beyond classification. For example, destination discrimination requires that agents look at whether or not the trip lasted four minutes, the expected ETA, and various other factors to determine if the report was or was not valid.

If an agent is unsure of how to classify an incident or does not believe that the rider or driver should be rejected then there is a built in escalation process. Agents can request further review from the Critical Support Program Team as well as the Business Standards team through this process. This serves as a fail safe which keeps agents from taking inappropriate actions when they do not have enough available information. It also provides inputs which allow us to improve processes and policies over time.

Escalated Dangerous Driving Logic

CONFIDENTIAL

UBER000140567.0014
UBER_JCCP_MDL_000120465.0014

# DACT is a Standard Adjudication Platform

## What does DACT do?

- DACT is a standard adjudication platform within JIRA which handles adjudications for high-volume, low severity safety reports
- DACT runs a query every hour and creates a ticket whenever a user breaches one of our standards
- DACT-trained agents review each ticket for validity against our standards and either deactivate the user, leave the user active, or escalate the ticket

## What is a standard?

- Business Standards set the required outcome for any inbound that comes through via support or as a result of an outage
  - Example: At point should our driver be deactivated for driving dangerously?

FOR INTERNAL PURPOSES ONLY
Attorney-Client Privileged
Work Product



UBER000140567.0015

UBER_JCCP_MDL_000120465.0015

## Centers of Excellence

### Phoenix (COE PHX)
**Location:** Phoenix, Arizona
**Lines of Business:**
- Triage (24/7 first response to urgent L3/4 incidents)
- Trust & Safety Investigations (urgent L3/4 incidents)
- C360 Specialists

### Manila (COE MNL)
**Location:** Manila, Philippines
**Lines of Business:**
- Service Denial Investigations
- Accident + Incident (L1/2) Escalations
- DACT (deactivation) adjudication
- Zero Tolerance Complaint (ZTC) adjudication
- Mixed Safety Initiatives (MSI, fka Chameleon)

### Clark (COE CRK)
**Location:** Clark, Philippines
**Lines of Business:**
- Accident + Incident (L1/2) Escalations
- DACT adjudication

CONFIDENTIAL

## Business Process Outsourcing (BPO Partners)

### Telus Manila (TEL MNL)
**Location:** Manila, Philippines
**Lines of Business:**
- Accidents
- Incidents
- Proactive Crash Support (crash detection)
- Phone Incident Identification Team (IIT)
- Accessibility / Service Denial Triage

### Concentrix Gurgaon (CNX GRG)
**Location:** Gurgaon, India
**Lines of Business:**
- Accidents
- Incidents
- Cross Support Safety
- Food Safety
- Incident Identification Team (IIT)

### Teleperformance Mohali (TLP MOH)
**Location:** Mohali, India
**Lines of Business:**
- Cross Support Safety
- Incident Identification Team (IIT)

### Teleperformance Bogota (TLP BTA)
**Location:** Manila, Philippines
**Lines of Business:**
- Accidents
- Incidents
- Proactive Crash Support (crash detection)
- Phone Incident Identification Team (IIT)
- Accessibility / Service Denial Triage

### TaskUs New Braunfels (TKU NBF)
**Location:** Westerville, Ohio (suburb of Columbus)
**Lines of Business:** Critical Safety Response Line (24/7 phone)

CONFIDENTIAL

## Lines of Business: Urgent

| Topic | Description |
|---|---|
| What does Urgent mean | Contacts are classified as Urgent if they are L3 or L4 according to our Global Taxonomy. These are the highest severity issues that Uber deals with, such as crashes resulting in hospitalization/death, serious physical assault, and sexual assault. |
| How does a bliss ticket end up in Urgent | Contacts are flagged by Arnold or Keyword search, reviewed by the Incident Identification Team (IIT) and then routed to Triage. There are several other channels, such as phone, internal escalations, and LERT. Triage takes the necessary initial steps to gather information before passing the case on to an Investigator. |
| Metrics | Key metrics evaluated are SLA, Time to Resolution, CSAT, and Quality (R^2) |
| Sites used in Critical Support Network | Phoenix COE |
| Key Stakeholders | Legal, Operations, Global Safety Support |

CONFIDENTIAL

UBER000140567.0018
UBER_JCCP_MDL_000120465.0018

## Lines of Business: Non-Urgent

| Topic | Description |
|---|---|
| What does Non-Urgent mean | Non-urgent contacts are also known as L1/L2 Incidents / Accidents or Cross Support - Safety. These represent high volume, low severity issues such as verbal altercations, inappropriate comments, dangerous driving, crashes with no injuries, etc. |
| How does a bliss ticket end up in Non-Urgent | Most contacts end up in non-urgent because they are flagged by Arnold or Keyword search, reviewed by the Incident Identification Team (IIT) and then routed to the appropriate non-urgent queue. Some contacts are not flagged or are called in over the phone. These are routed to either IIT or the appropriate non-urgent queue directly. |
| Metrics | Non-urgent support is evaluated on three key metrics: CSAT, QA, and SLA. |
| Sites used in Critical Support Network | Telus Manila, Concentrix Gurgaon, Manila COE, Costa Rica COE, Teleperformance Bogota |
| Key Stakeholders | Legal, Operations, Global Safety Support |

CONFIDENTIAL

UBER000140567.0019
UBER_JCCP_MDL_000120465.0019

# Modalities: Safety Line and SOS

| Topic | Description |
|---|---|
| What does the Safety Line mean | Safety Line is a phone number available to riders, drivers and couriers for a reporting a safety incident. The Safety Line is available in all US cities |
| How does a user interact with the Safety Line | A user opens up in-app helps, selects a completed trip and calls Critical Response Safety Line. The Safety Line is also surfaced during the SOS, Anomaly and Crash Detection process |
| Metrics | Answer 80% of Calls within 30 seconds and have a Quality / $R^2$ score of 90 |
| Sites used in Critical Support Network | Teleperformance Westerville |
| Key Stakeholders | Network Teams |

| Topic | Description |
|---|---|
| What does the SOS mean | SOS is an in-app emergency button that connects riders, drivers, and couriers to 911 Emergency services in all US cities |
| How does a user interact with SOS | User presses the Safety Shield then Swipes / presses the Emergency Assistance Button to call 911 |
| Metrics | Call 500 riders and call 500 drivers each week if they press the SOS button and do not respond to the outbound Bliss message |
| Sites used in Critical Support Network | Teleperformance Westerville |
| Key Stakeholders | Safety Product, Network Teams |

CONFIDENTIAL

UBER000140567.0020
UBER_JCCP_MDL_000120465.0020

# Modalities: Anomaly Detection and Crash Detection

| Topic | Description |
|---|---|
| What does Anomaly Detection mean | Proactively reach out to riders if they encounter a long stop (> 5 mins) or route deviation on a trip |
| How does a user interact with Anomaly Detection | V1: Riders were called based on trips that were flagged for a long stop<br><br>V2: Riders will get an in-app popup asking why their trip has a long stop and if they are okay. Uber's Safety Line and 911 numbers will be provided |
| Metrics | Number of Safety incidents detected and Rider sentiment |
| Sites used in Critical Support Network | Phoenix COE |
| Key Stakeholders | Safety Product, COEs |

| Topic | Description |
|---|---|
| What does Crash Detection mean | Using data from a driver's phone to flag trips on which a potential crash may have occurred |
| How does a user interact with Crash Detection | Riders and drivers will get an in-app notification ("Ride Check") that we detected a potential crash and asking if they are okay. Uber's Safety Line and 911 numbers will be provided. A 24/7 team of agents in Phoenix also make proactive outreach to users. |
| Metrics | Number of crashes confirmed and rider sentiment |
| Sites used in Critical Support Network | Phoenix COE |
| Key Stakeholders | Safety Product, COE |

CONFIDENTIAL

UBER000140567.0021
UBER_JCCP_MDL_000120465.0021



CONFIDENTIAL

UBER000140567.0022
UBER_JCCP_MDL_000120465.0022

P-00007.00023

# CommOps Partners

| Team | Function | Primary POC |
|------|----------|-------------|
| **Global Safety Support** | Track core KPIs via monthly scorecard reporting and implementation of global safety initiatives across mega-regions | Chanel Kan |
| **Quality Assurance** | Measure quality (R2/SpotCheck) across safety lines of business and provides insights back to program | Erika Nottingham |
| **Learning & Development** | Design and deliver training for agents (aka customer support representatives or CSRs) in the safety network | Angel Matthews |
| **Analytics & Insights** | Help access and analyze data related to improve and maintain the safety program's core metrics | Josh Giordan |
| **Content Coordinators** | Design and upload knowledge base (KB) content to Salesforce for safety support agents to reference | Allison Wall |
| **Centers of Excellence** | Staffs full-time Uber employees to support safety lines of business that are not able to be outsourced to contracted sites | PHX: Darren Baldwin<br>MNL: Marvin Cabreros |
| **Network Teams** aka Vendor Managers | Determine agent staffing, cost, and manages BPO relationship | Elie Santos |
| **Workforce Management** | Forecast contact inflows to assist with staffing decisions and help meet established service levels | Chethan Rajendra |

*Shared Services* (applies to Quality Assurance, Learning & Development, Analytics & Insights, Content Coordinators)

*Field Operations* (applies to Centers of Excellence, Network Teams, Workforce Management)

CONFIDENTIAL

UBER000140567.0023
UBER_JCCP_MDL_000120465.0023

# Other Stakeholders

| Team | Function for Safety Support Team |
|---|---|
| Safety Operations | TBA |
| Safety Data | TBA |
| Safety Product | TBA |
| Claims | TBA |
| Legal | TBA |
| Policy & Communications | TBA |
| Customer Obsession (CO) | TBA |
| Law Enforcement Ops | TBA |

CONFIDENTIAL

UBER000140567.0024
UBER_JCCP_MDL_000120465.0024

# Global Safety Support



CONFIDENTIAL

UBER000140567.0025
UBER_JCCP_MDL_000120465.0025

# Safety Ops

| Global Safety Operations |
| --- |
| Roger Kaiser |

| Central Safety Support | US&C | | Strategy & Planning | APAC |
| --- | --- | --- | --- | --- |
| Hannah Niles | Jess Donald | | Karina Sengupta | X |
| Chanel Kan | | | Amine A | Emily Eason |
| Elizabeth Gerrior | | | Ashley Spears | Vinay Karodia |
| Ian Moret | | | | Damini Naidu |
| Trevor Lorance | | | | |
| TBH | | | | |

CONFIDENTIAL

UBER000140567.0026
UBER_JCCP_MDL_000120465.0026

# Outside CommOps

**Safety Ops**

**Safety and Insurance**

**Safety Product**

**Safety Legal**

**Policy and Comms.**

**Safety Data**

**City Operations**

**Customer Obsession**

**Interaction Model Ask**

We work with many teams outside of CommOps. Any project, communication, standard that is for users (i.e. riders, drivers, courier, eaters, restaurants) in a safety capacity should be brought to the attention of the Safety Support program team. This will allow us to ensure that users have the best possible Customer Experience when interacting with Uber

**Advance Notice Helps**

For projects that require Agent staffing and interaction advance notice will allow us to keep our partners inside CommOps in the loop. See the next slide for all the teams that need to be informed and brought into the project for a new initiative

CONFIDENTIAL

UBER000140567.0027
UBER_JCCP_MDL_000120465.0027

If you want to start an investigation into a US&C safety
incident, please email USCAN-Incident@uber.com

CONFIDENTIAL

UBER000140567.0028
UBER_JCCP_MDL_000120465.0028

P-00007.00029