# UBER_JCCP_MDL_001111143

## Metadata

| | | |
|---|---|---|
| #Author | eric.hamidy@uber.com | SEMANTIC |
| #Date Modified | 06/01/2022 | SEMANTIC |
| #DateCreated | 10/01/2021 | SEMANTIC |
| #Title | Investigations - Deep Dive | SEMANTIC |
| Account | mbaker@uber.com | SEMANTIC |
| All Custodians | Baker, Matthew | SEMANTIC |
| All Paths | Baker, Matthew: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_9\JCCP-EDISCO-23800_2022_9_16.zip; Baker, Matthew: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_9\JCCP-EDISCO-23800_2022_9_16.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001111143 | SEMANTIC |
| Collaborators | mlozan@uber.com; dbaldwin@uber.com; sarah.schol@uber.com; dhim@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/01/2021 10:11 pm | SEMANTIC |
| Date Modified | 06/01/2022 4:42 pm | SEMANTIC |
| DocID | 1fefJxQh4-yji9RozNSE1tDcTMFbTDJRfqCNF8vD23p0 | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_001111143 | SEMANTIC |
| File Path | \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_9\JCCP-EDISCO-23800_2022_9_16.zip | SEMANTIC |
| File Size | 2997428 | SEMANTIC |
| Filename | Investigations - Deep Dive_1fefJxQh4-yji9RozNSE1tDcTMFbTDJRfqCNF8vD23p0.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hash Value | 7adb4251605d6bc307b2def8ee0b4148 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_001111143 | SEMANTIC |
| ILS Document Date | 06/01/2022 | SEMANTIC |
| ILS Prod Date | 10/21/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL023 | SEMANTIC |
| Other Custodians | Baker, Matthew | SEMANTIC |
| Primary Date | 10/01/2021 10:11 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL023; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 06/01/2022 4:42 pm | SEMANTIC |
| SourceHash | 6f241ac2f125f4b9e2da17ccddb1324b | SEMANTIC |



Trial Exhibit No.
P-00008

# Trust & Safety Investigations

Deep Dive

**Oct 2021**

Uber

Proprietary and confidential

Internal use only

Agenda

# 01 Org/Team Structure
# 02 Team Summary
# 03 Details on LOB
# 04 CST Development
# 05 Example of Cases

Trust & Safety Support provides fast and empathetic support, investigates incidents, and enforces standards

**Help** Impacted Users quickly and with empathy

**Investigate** urgent incidents

**Enforce** safety standards and account actioning accurately

**Accurate data and insights** to inform safety models

# Life Cycle of a Safety Ticket



# Severity Levels | Contacts are triaged based on incident severity



| | | |
|---|---|---|
| Non-Urgent Issues | **Cross Support Safety** | Wrong driver, extra passenger, dangerous driving, unsafe vehicle |
| | **Level 1** | Verbal altercations, accidents with no injuries |
| | **Level 2** | Sexually inappropriate or discriminatory comments, theft, suspected impairment, accident with minor injury |
| Urgent Issues | **Level 3** | Non-consensual touching, physical assault, weapons incidents, hospitalization due to injury |
| | **Level 4** | Non-consensual sexual touching & intercourse, fatality |

# US&C FieldOps | Trust & Safety Investigations

| | Details |
|---|---|
| Objectives | • Work through most Critical Incidents<br>• Stakeholder management<br>• Accurate & timely Case resolution |
| Modalities | • JIRA<br>• Assess what next steps are needed |
| Agent Profile | • Communication<br>• Emotional intelligence<br>• Empathy<br>• Time management<br>• Background in LE, Military, Claims & other government agencies |
| Tooling/Systems | • JIRA<br>• Bliss<br>• Purecloud<br>• Internal Tools |
| Training timeline | • 3 weeks of in-class / 3 weeks of nesting |
| Customers | • Users of the Uber App, Restaurant Employees, Internal Stakeholders & LE |

# US&C FieldOps | Trust & Safety Investigations


All Trust & Safety Investigators - S3
| Manager Miguel Lozan | | | | | | HC 57 |
|---|---|---|---|---|---|---|

**Investigations**

| Scott Mead S3-TL - Group A | Ruben Qunonez S3-TL- Group A | Hannah Lindsey S3-TL- Group A | OPEN S3-TL- Group C | OPEN S3-TL - Group B | Linsey (Bee) Brown S3-TL - Group B | Ally Cissna S3-TL - Group B |
|---|---|---|---|---|---|---|
| Aaron Ross (RRT) | Rachel Fadden (RRT) | Justin Krieger (RRT) | Brooke Meyers (RRT) | Elizabeth Theophile (RRT) | Miguel Perez (RRT) | Cassidy Heidbrink (RRT) |
| Miguel Morales (RRT) | Mustafa Rahman (RRT) | Maggie Broadwell (FP) | Alyssa Marquez (RRT) | Chelsea Mather (RRT) | Alma Nelson-Pikle (RRT) | Erika Song (RRT) |
| Tyler Sandberg (FP) | Luis Visalden (FP) | OPEN (RRT) | Silas Freeman (RRT) | Michelle Yocom (FP) | Austin Chesney (FP) | Morgan Ellsworth (FP) |
| Kalah Omran (FP) | Dave Isabel (FP) | Frank Barry (FP) | Omar Carrillo (RRT) | Daniel Ramirez (FP) | Sebastian Barrientos (FP) | Billie Garrett (FP) |
| Brian Werner (FP) | Allana Dorame (FP) | Ryan Gittelman (FP) | Schanele Curtis (RRT) | Jacqueline Bueno (FP) | Rachel Eisler (FP) | Kristen De Sousa (FP) |
| Jennifer Allen (FP) | Marcos Martinez (FP) | Tea Sprewell (FP) | Zac Fletcher (RRT) | Morgan Fields (FP) | Greg Goldberg (FP) | Chaz Lopez (FP) |
| Kevin Fortune (FP) | | | Moorez Packer (RRT) | Julie Planzo (FP) | | Clarisa Valenzuela (FP) |
| | | | OPEN (RRT) | | | |

7

P-00008.00008

# US&C FieldOps | Trust & Safety Investigations

| LOB Name | Avg Monthly Volume vs Resolved (JIRA) | HC | LEVEL (S1-S4) | Job Ladder | MDS/GDS |
|---|---|---|---|---|---|
| Trust & Safety Investigations | 5744/6301 | 57 | S3 | Safety Investigations | MDS |
| FP | 3/2 (Call Attempts) | 27 | S3 | Safety Investigations | MDS |
| RRT | 2/1 (Call Attempts) | 18 | S3 | Safety Investigations | MDS |
| Safety Comms<br>Policy & Comms<br>ECR<br>GSOC<br>Internal Escalations | 106 (September) | 27 (FP) | S3 | Safety Investigations | MDS |

P-00008.00009

# Top Issues Types in November | Trust & Safety Investigations



UBER FREIGHT

P-00008.00010

# Program Metrics | Trust & Safety Investigations

| Key Performance Indicator | Safety Goal | TSI Q1 | TSI Q2 |
|---|---|---|---|
| SLA (%) | 75% | 91% | 91.8% |
| Status Updates | 95% | 85.5% | 79.7% |
| QA (FP\|RRT) | 90% | 97% \| 96% | 99% \| 99% |
| Deactivation Accuracy | 95% | 98.4% | 98.1% |
| CSAT | EOY (4.07) | 3.84 | 3.84 |
| % 1-Star CSAT | EOY (12.10) | 16.1% | 16.4% |

P-00008.00011

# CST Development | Trust & Safety Investigations

## CST In Motion

- 2 people identified
- Low participation for gigs
- Not in scope for S Ladder
- Career development
    - Norm is for our folks to obtain classes in LinkedIn learning, SQL, etc
    - No clear cut development set up
    - Safety has continuous training every month (RAINN, Phone investigations, etc)
    - 1 hour per month of PD
    - BL's in previous months

## Promotions

- L3 to L4 - 1
- S Ladder to L3 - 3
- S3 to S4 - 5
- Agent to Team Lead - 6

P-00008.00012

# Questions?