A/C Privileged & Confidential



# Safety Advisory Board

October 23, 2024



P-00010.00001

Trial Exhibit No.
P-00010

A/C Privileged & Confidential

# Welcome

Darren Baldwin

P-00010.00002

A/C Privileged & Confidential

# Day One

**01** COE and the Commops team Overview

**02** Trust & Safety Overview

**03** Team Structure

**04** Lifecycle and Type of Incidents

**05** Incidents Presentation

*Meet Outside*

**06** Waymo to dinner

*Dinner*

P-00010.00003

# Phoenix COE Office

201 E. Washington (4th and 10th floor)



A/C Privileged & Confidential

P-00010.00004

A/C Privileged & Confidential

# What is Community Operations?

## About

Community Operations is an organization responsible for Uber's customer support network

## Mission

Be a world-class support organization that scales effectively, is reliable, consistent, and provides **unmatched service** to our Uber community.

## Leadership



**Troy Stevenson**
Global Head of Community Operations



**Mariano Fiscella**
Senior Director,
Community Operations,
US&Canada



**Eric Hamidy**
Director,
Head of Field Operations,
US&Canada

US&C COEs | Chicago & Phoenix
900+ FTE

US&C Greenlights | 34 Greenlights
275+ FTE

P-00010.00005

A/C Privileged & Confidential

# US&C COE | Evolution



**September 2014** — Chicago, IL

**February 2015** — Phoenix, AZ



| 2014 - 2015 | 2016 | 2017 | 2018 | 2019 | 2020+ |
|---|---|---|---|---|---|
| Launch of COE's - Contractors & transactional work | Contract to hire model & keeping up with growth | All employees become FTEs & focus on more complex support | Evolved support focus & big investment in teams. Safety Taxonomy implemented. | Continued evolution of work mix, improved infrastructure, began training with RAINN | Hybrid work, office rationalization, work complexity |

P-00010.00006

A/C Privileged & Confidential

# Trust & Safety Overview

P-00010.00007

A/C Privileged & Confidential

# Function Overview

What is the Trust & Safety Support Team and how does it contribute to our **Stand for Safety** initiative?

P-00010.00008

A/C Privileged & Confidential

Trust & Safety Support provides fast and empathetic support, investigates incidents, and enforces standards.

**Help** impacted users quickly and with empathy

**Investigate** urgent incidents

**Enforce** safety standards and account actioning accurately

**Provide accurate data and insights** to inform safety models

P-00010.00009

A/C Privileged & Confidential

# US&C Trust & Safety Org Structure





**Sr. Program Leader, Trust & Safety**
Darren Baldwin (322)

| Trust & Safety Triage and C360/Projects team | | Trust & Safety Investigations |
|---|---|---|

**Sr. Manager** Joshua Moroney

**Manager** Sharon Canik (swing / night shifts)

Miguel Lozan — **Manager** Frank Barry

**C360/Projects Team (4)**

**Triage Team (77)**

**Triage Team (46)**

**Trust & Safety Investigations Team (99)**

Team Lead **MJ Williams**

Manager **Sharon Canik**

Team Lead **Daniel Ramirez**

Team Lead **Raymond Marin**

Team Lead **Scott Mead**

Team Lead **Bee Brown**

Team Lead **Trevor Mehle**

Team Lead **Silas Freeman**

Team Lead **Haley Albrecht**

Team Lead **Dave Marten**

Team Lead **Ruben Quinonez**

Team Lead **Hannah Lindsey**

Team Lead **Maggie Broadwell**

Team Lead **Ally Cissna**

Team Lead **Genesis Jonker**

Team Lead **Sara Quaranto**

Team Lead **Joanna McCarthy**

Team Lead **Ryan Gittelman**

Team Lead **Jessica Topolski**

Team Lead **Santos Cardona Jr**

P-00010.00010

A/C Privileged & Confidential

# Lifecycle of a Safety Contact



Determined by Severity Level

A/C Privileged & Confidential

# Triage

- First responders to critical safety incidents
- Sense of urgency in acknowledging reports
- Appropriate identification and routing of reports
- Empathy and support extended to reporting parties
- Case creation and handoff to Investigations team

# Investigations

- Investigation and in depth review of critical safety incidents
- High urgency, Brand risk
- Provides empathetic support while investigating critical or sensitive reports from drivers, riders, or guest riders and bringing to a resolution, including the actioning of reported against accounts
- Provides additional resources for RAINN, PSRT Portal, etc..

# Project/C360

- Monitors and actions safety C360s and initiates process improvement
- Completes audit requests from Safety Stakeholders to identify process improvements
- Manages recognition and awards initiatives for TSI & Triage
- Manages communication of LOB updates through team landing pages, emails & huddle decks
- Tracks and reports on QA

A/C Privileged & Confidential

# Severity Levels | Contacts are triaged based on incident severity



**Non-Urgent Issues**

**Cross Support Safety** — Wrong driver, extra passenger, dangerous driving, unsafe vehicle

**Level 1** — Verbal altercations, accidents with no injuries

**Level 2** — Sexually inappropriate or discriminatory comments, theft, suspected impairment, accident with minor injury

**Urgent Issues**

**Level 3** — Non-consensual touching, physical assault, weapons incidents, hospitalization due to injury

**Level 4** — Non-consensual sexual touching & intercourse, fatality

# Safety Taxonomy

Uber's Global Safety Taxonomy is distributed across 12 incident type categories, with varying levels of severity.



Definitions, sub-categories, and examples can be found at

Uber  |



A/C Privileged & Confidential

# Top Issues Types | Triage

September 2024 Inflows



A/C Privileged & Confidential

# Top Issues Types | TSI





A/C Privileged & Confidential

# Summary | RAINN Safety Agent Training

## Training Objectives/Goals

- The Trauma Informed Approach training series prepares Uber's Safety Agents who handle sensitive incidents such as SA/SM to deliver specialized support to survivors. This training program was created in partnership with RAINN to provide training to agents on the skills needed to respond to sensitive incidents with a victim-centered approach.

## Content Development Process

- All training content was provided by the experts at RAINN.
- Training content was customized based on feedback from Uber Safety teams
- Content was developed into learning assets by Uber's L&D Team
- RAINN and Uber's Safety Teams provided feedback on learning assets
- Uber's L&D Team finalized materials
- RAINN provided Train-the-Trainer sessions to Uber Trainers to prepare the L&D teams to deliver needed content

# Learning Journey | RAINN Safety Agent Training

A/C Privileged & Confidential







| **Introduction** | **Webinar Series** | **In-Person Workshop** |
|---|---|---|
| **Topics:**<br>● Module 1: What to Expect from the Trauma-Informed Approaches Journey<br>● Module 2: RAINN's Core Principles<br>● Module 3: Key Terms and Definitions<br>● Module 4: Information on Reporting and Resources at Uber<br>● Module 5: Emotional Safety and Self-Care | **Topics:**<br>● Sexual Violence and Boundary Violations<br>● Power Dynamics and Sexual Bias and Other Influences<br>● Challenges and Barriers<br>● Impact of Trauma<br>● Victim-Centered and Trauma-Informed Communication Strategies<br>● Gathering Information for a Report<br>● Resilience for Uber Agents | **Topics:**<br>● Trauma-Informed Approaches Debrief Workshop<br>● Call Simulation: The Freeze Response |

18

P-00010.00018

A/C Privileged & Confidential





# Reporting a Safety Incident



## A safety issue can be filed many ways



**Help.Uber.com**

Visit help.uber.com for FAQs and to connect with customer support



**Uber Support**

RIDERS go to Menu > Help and tap Report an issue with this trip

DRIVERS tap profile image > Help > Trips and Fare Review to report



**Emergency Assistance**

If you call a 911 dispatcher right from the app, a report is automatically filed with Uber



**Additional Channels**

Any safety issues from social media, in-person support centers, and Law Enforcement are documented

A/C Privileged & Confidential

# Questions?



A/C Privileged & Confidential

# Incidents Presentation

## Victoria Burke

P-00010.00021

A/C Privileged & Confidential

# Case 1

A/C Privileged & Confidential

# Contact Shadowing - Earner concern



A/C Privileged & Confidential

# Contact Summary - Non-Consensual Touching - Sexual Body Part



## Key Insights or Recommendations

**Concern:**
- Driver reports a rider touched their arm, kissed their hand and touched their breast while complementing them.

**Process:**
- Rider's account was placed on hold throughout investigation.
- Driver was able to provide video footage of the incident.
- The rider's account was permanently banned due to confirmation via dashcam footage.

**Tools:**
- Box

P-00010.00024

A/C Privileged & Confidential

# Case 2

# Contact Shadowing - Delivery Person



A/C Privileged & Confidential

# Contact Summary - Guest Rider concern



## Key Insights or Recommendations

**Concern:**
- The delivery person reported a Restaurant Customer grabbed their arm as they were walking away from sexual advances

**Process:**
- The Restaurant Customer was placed on hold during this investigation.
- With the use of GPS data, the Restaurant Customer was reactivated with no warning as the GPS materially conflicted with the reporting party statement.

**Tools:**
- Fractal

P-00010.00027

A/C Privileged & Confidential

# Case 3

A/C Privileged & Confidential

# Contact Shadowing - Physical Altercation - No Weapon - No Injury



A/C Privileged & Confidential

# Contact Summary - Physical Altercation - No Weapon - No Injury



## Key Insights or Recommendations

**Concern:**
- Driver reported a Physical altercation where a rider attacked another rider while on the trip

**Process:**
- Rider was placed on hold during this investigation.
- The rider did not answer TSI's outreach, and was permanently banned as a result of the report.

**Tools:**
- Safety Lens

P-00010.00030

A/C Privileged & Confidential

# Case 4

# Contact Shadowing - Rider Concern



A/C Privileged & Confidential

# Contact Summary - Non-Consensual Sexual Penetration



## Key Insights or Recommendations

**Concern:**
- The rider reports that their driver raped them.

**Process:**
- The driver was placed on hold throughout this investigation.
- With the use of GPS data, the driver was reactivated with no warning as the GPS materially conflicted with the reporting party statement.

**Tools:**
- Fractal

# Questions?

A/C Privileged & Confidential

Uber |

P-00010.00034

A/C Privileged & Confidential

# Meet outside at 4:40 sharp

## Waymo trip



| Waymo 1 | Waymo 2 | Waymo 3 | Waymo 4 |
|---|---|---|---|
| **Gus** Sec. Johnson John Henshaw | **Abby Wheeler** Claire Jarashow Indira Henard | **Roger Kaiser** Erica Olsen John Pistole | **Kevin Gay** Bella Dinh-Zarr Janet DiFiore |

Uber  |

36