# UBER_JCCP_MDL_000549686

## Metadata

| | | |
|---|---|---|
| **#Author** | brooke.anderson@uber.com | SEMANTIC |
| **#Date Modified** | 07/31/2019 | SEMANTIC |
| **#DateCreated** | 07/05/2016 | SEMANTIC |
| **#Title** | A/C Priv: Safety Comms Onboarding (US) | SEMANTIC |
| **Account** | brooke.anderson@uber.com | SEMANTIC |
| **All Custodians** | Anderson, Brooke;Breeden, Tracey;Hasbun, Andrew;Kawada Page, Jodi;Lake, Carley;Parker, Kate;Whaling, Kayla;Whetstone, Rachel | SEMANTIC |
| **All Paths** | Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_23.zip; Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_23.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_5.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_5.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_16.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_16.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_8.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_8.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_5.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_5.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_5.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_5.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_115.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_115.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_5.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_5.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_88.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_88.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_29.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_29.zip; Whaling, Kayla: \Whaling, Kayla\EDISCO-25478_whaling@uber.com_DR_9.zip; Whaling, Kayla: \Whaling, Kayla\EDISCO-25478_whaling@uber.com_DR_9.zip; Whetstone, Rachel: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_25.zip; Whetstone, Rachel: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_25.zip | SEMANTIC |
| **Application** | Microsoft 2007 Word Document | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000549686 | SEMANTIC |
| **Collaborators** | wow@uber.com; kaurj@uber.com; shari@uber.com; peta.fitzgerald@uber.com; crislaine@uber.com; trerotola@uber.com; monteiro@uber.com; gklinzman@uber.com; debbee.hancock@uber.com; veronica.jadue@uber.com; whaling@uber.com; sabboud@uber.com; louisa@peadpr.co.nz; claire.mcadam@uber.com; noahe@uber.com; belle@uber.com; melanie.ensign@uber.com; lottie@uber.com; hermione@uber.com; nick.vindin@uber.com; jodi.page@uber.com; haas@uber.com; kaitlin@uber.com; manzini@uber.com; nstegall@uber.com; drivestorage@uber.com; gus.glover@uber.com; chaum@uber.com; stephanie.sedlak@uber.com; smithn@uber.com; saulo@uber.com; nzych@uber.com; carolina.corral@uber.com; hbelcher@uber.com; kallman@uber.com; ramona.prieto@uber.com; jcdlr@uber.com; marcio@uber.com; carlyd@uber.com; harryh@uber.com; tbreeden@uber.com; adjectifco@gmail.com; liz.sharkey@uber.com; vdias@uber.com; bonniek@uber.com; andrew.hasbun@uber.com; atalija@uber.com; Rachel.Whetstone@gmail.com; rachelw@uber.com; carissa.simons@uber.com; amykk@uber.com; samantha.allenberg@uber.com; leighwong@uber.com; fabio@uber.com; drivestorage2@uber.com; brian.c.reinert@gmail.com; UNKNOWN; Uber@thesignature.co.kr; safety-comms@uber.com; uber@hopeandglorypr.com; uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 07/05/2016 8:16 pm | SEMANTIC |
| **Date Modified** | 07/31/2019 7:42 pm | SEMANTIC |
| **DocID** | 14-VIMOBp0S6xOKz5NK8yWjtYwseHAI01Es4q2iLxBjU | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000549695 | SEMANTIC |
| **File Path** | \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_23.zip | SEMANTIC |
| **File Size** | 27668 | SEMANTIC |
| **Filename** | A-C Priv- Safety Comms Onboarding (US)_14-VIMOBp0S6xOKz5NK8yWjtYwseHAI01Es4q2iLxBjU.docx | SEMANTIC |
| **GoogleDocumentType** | DOCUMENT | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000549686;UBER_JCCP_MDL_000549687;UBER_JCCP_MDL_000549688;UBER_JCCP_MDL_000549689;UBER_JCCP_MDL_000549690;UBER_JC | SEMANTIC |

**Trial Exhibit No.**
**P-00061**

| | | |
|---|---|---|
| | CP_MDL_000549691;UBER_JCCP_MDL_000549692;UBER_JCCP_MDL_000549693;UBER_JCCP_MDL_000549694;UBER_JCCP_MDL_000549695 | |
| **ILS Document Date** | 07/31/2019 | SEMANTIC |
| **ILS Prod Date** | 10/3/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL011 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_004789156; UBER_JCCP_MDL_004901978; UBER000141499; UBER000141614 | SEMANTIC |
| **Other Custodians** | Breeden, Tracey;Kawada Page, Jodi;Lake, Carley;Parker, Kate;Anderson, Brooke;Hasbun, Andrew;Whaling, Kayla;Whetstone, Rachel | SEMANTIC |
| **Primary Date** | 07/05/2016 8:16 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL011; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 07/31/2019 7:42 pm | SEMANTIC |
| **SourceHash** | b548d78b5b0bcdafcd6781b3686804f5 | SEMANTIC |

**Attorney/Client Privileged**
**Safety Comms Incident Management Process**
Updated: October 2018

**1. ESCALATION PROCESS OVERVIEW:**

Critical tickets are currently routed to Tier 1 support IRT teams and are handled via email. All urgents are escalated to Tier 2 IRT teams in Phoenix and Chicago, which are handled by Incident Response Team (SIU, Social Operations Response Team (SORT) and Executive Community Response (White Glove Treatment - ECR for resolution.)

**Tickets are escalated to Safety comms team via JIRA for the following criteria:**
- Any time a rider/partner threaten to go to the media
- Serious/life threatening injuries for a rider, driver or third party
- Claims of violent and sexual assaults on behalf of a rider or partner
- A video recording of an incident
- Claims of weapons in vehicle by partner/rider, including firearms, pepper spray, etc.
- Violations of ADA policy, rider age-restriction
- Tweets/Facebook posts made by riders/partners that could have reputational impacts (i.e. rider in immediate danger, missing person)
- Illegal/prescription drug dealing

**2. JIRA 101:**

**JIRA GUIDING PRINCIPLES:**

·       **JIRA is not a comms document-** and it shouldn't be treated as such. Do not exchange numerous back and forth questions on JIRA. It should be used for the basic facts of documenting rider / driver statements and internal actions. Note - JIRA updates are typically pretty limited. For more context and better understanding of the situation, phone your SIU contact.

·       **Don't create a comms doc for every JIRA:** Only create a comms doc for confirmed serious issues that are extremely likely to make news (ie. reporters are tweeting about it) or have already hit the media.

·       **Filter Your JIRA:** Make sure to read through JIRAs alerts regularly and follow potentially problematic ones, including disability issues, inappropriate touching, sexual-related, firearms, etc. Focus on L3s and L4s. *PRO TIP:* You can follow via email by simply replying to the JIRA email "Reply to Follow"

> **Commented [1]:** we need to update the process to have clear guidelines for what to do with a disability complaint / ADC team involvement

·       **Keep Your Radar Up:** Our safety response teams are humans- they can and will make mistakes when dealing with the nuance of various situations. While many situations can be templates, others call for a case by case outlook. In the meantime, by looking at the JIRA, it may become clear that you need to advocate for a different outcome. Do so but

1

make sure you're closely looped with necessary colleagues, ie. Legal, Law Enforcement Outreach, local GM, etc.

○ Example: an agent may recommend reactivation and ignore repeatedly inappropriate behavior in feedback. OR a driver may be in an accident and you should recommend the local GM call him or her to check on their well-being.

### 3. STEP BY STEP: How to Manage an Incident

***A. WHEN ALERTED THROUGH MEDIA / SOCIAL MEDIA:***

1. **Call the reporter**- and gather all the info possible.
    a. Let them know you wanted to get back to them right away and get some more information so you can look into it / get to the bottom of it
    B. Ask questions! What's the story? Get details about the circumstance; get a sense of whether they're definitely doing a story or just pursuing a lead, find out who they've spoken to, etc.
    C. Empathy & tone– Even while collecting background, make sure your demeanor reflects the situation. For serious issues, your tone should be serious.

2. **Report the matter internally:** Email USCAN alias with information from the media inquiry to determine whether there's a JIRA ticket and locate it, or have IRT create one, cc: GM & Comms Contact, Legal & Outreach if relevant.

   > **Commented [2]:** needs update
   > **Commented [3]:** siu-safetycomms-team-group@uber.com +
   > **Commented [4]:** Confirm matches current practice
   > **Commented [5]:** confirm email addresses
   > **Commented [6]:** Insert test for relevance

3. **Gather Info:** Call the IRT or appropriate contact to gather more information as needed and fill in your comms doc with key facts:
    i. Make sure you put confirmed facts in this document. If something key is pending, clearly note that.
    ii. Make sure to include key actions by SIU ie. "Driver was suspended on July 3 pending investigation"
    iii. In internal facts summary, link to driver page and rider page, as well as JIRA (ie. Driver deactivated on July 4; According to the rider, driver used racist language; JIRA ticket here)

**4. Once on JIRA, determine Whether to Request Background Check Re-Run:**

Only if there is confirmed media story pending, and if the incident at hand is in any way related to a matter of serious bad driver behavior (violence, sexual assault, drunk driving, etc.) - note on JIRA ticket to re-run the driver's background check to determine whether any failure in process.

2

**PRO TIP:** For an immediate background check in real-time, send a message in an email to investigations@uber.com requesting a TLO/Accurint check.

> **Commented [7]:** we should use this sparingly in deadline situations only when information is urgently needed

**PRO TIP:** Ensure driver's access is suspended in meantime.

**5. Can Outreach help?**: If law enforcement involvement is confirmed, connect with regional Outreach contact to see if additional outreach to law enforcement can help.

> **Commented [8]:** Grant checking with Jodi on current practice

**PRO TIP:** For serious incidents where law enforcement are involved, you should brief your Outreach contact on the situation and get their guidance on whether additional follow-up could help address the situation.

**6. Prep plan to handle:** Determine media response based on the facts at hand:
- In many cases, we can and should squash stories. The facts may be unclear and we shouldn't jump to provide comment automatically.

- Many stories / social posts turn out to be unfounded. Early engagement with reporters can help prevent inaccurate framing and coverage.

- If response is needed: For now, we'll be drafting many statements and background as we go. Eventually, you should pull applicable statement and background from statement bank and refine wording as needed. If it's a new incident, remember to update the statement bank later.

> **Commented [9]:** can be updated

7. **Elevate before responding to media**: Once you have Comms Doc filled out and a draft statement prepared for higher-impact issues that require one, send fyi to local team. Do this before you respond to media:

Email local GM, local PA/Comms POC, a heads up:

- ex. "*Hi X, wanted to flag this incident in your city/state. We've gathered the facts and here's how we're planning to respond. Please let us know of any additional local context we should be aware of asap. Thanks*"
- Copy Brooke if major news story
- **DON'T FORGET:** Copy Legal if issue has any legal sensitivities and make sure to clear your statement with them prior to this email in the comms doc.

*B. WHEN ALERTED THROUGH JIRA:*

**\*Determine Media Potential / Involvement:** From time to time, a media inquiry will be noted in a JIRA report and should be dug into quickly and accordingly. It may note "media / social media activity confirmed"

3

\***If notification is coming from Law Enforcement, get on the phone with your local Law Enforcement Outreach contact to better understand scope and media potential.**

\***Follow above steps 3-7**

### 4. COMMS CRITICAL TICKET CHECKLIST:

· **Determine who's who:** Establish a direct line with the keepers of information (SIU contact, Outreach, Legal)

- Ensure appropriate teams are on threads

· **Think Critically:** Assess the reputational impact and provide recommendations for proper handling (not just PR recommendations but things like asking the GM to personally check on the driver's well-being and extend our concerns).

· **Be an owner, not a renter:** Make recommendations on ticket resolution as needed.
- \*\*Ensure handling recommendations from internal teams don't have immediate PR implications.
- Engage and influence decision-maker on right course of action - elevate as necessary. Your suggestions may help resolve an issue quickly, but be cognizant of Legal/Outreach feedback
- Keep the ball rolling and follow through as needed

· **Escalate the Biggies:** \*\*\*For issues with greater risks of becoming media threats, escalate to leadership with recommended response and info in comms doc.

· **Follow Through & Up:** Monitor media and social sites to flag internal team and correct media as needed.

### 5. COMMS PRO-TIPS:

- Our first reaction should never be to automatically issue a statement via email. Gather the facts and make a judgment on what's appropriate.

- Gathering facts about an issue quickly will allow you to quickly put an end to stories that are not stories. **This should be a point of emphasis as it is a big challenge for our business.**

- In the event where the police are saying inaccurate information, it's our job to attempt to correct it collaboratively with the local PIO at the police department. Note

4

- please work with your Outreach contact and LERT prior to going to PIOs to ensure you're not duplicating efforts.

- Know when to flag Outreach, Legal and the local GM and have a purpose for doing so:
  IE. If a rider has written in about filing a police report, did you flag Law Enforcement Outreach? If a detective has written in about a pending subpoena, did you check with the LERT team? If someone wrote in about being injured by our driver-partner, has legal claims been notified?

- Statements should be conversational, humanizing and compassionate *(Three Principles for Serious Situations: 1- empathy 2- supporting law enforcement 3- banned from the app)* [Commented [10]: need to ensure consistency w statement bank]

- Understand and communicate the reputational risks of the issue to internal teams

- Defend the company but also know when to own mistakes

- Be curious and ask questions (and use the phone) to help understand the issue

- If you only have received one first-hand account of an incident (having only one side of the story), assume that the story can and will change when a fuller picture emerges.

- Wait until you have as many facts as possible before issuing statement

- When issuing statements be conscious of what you know and what you do not. Try to avoid raising more questions.

- Be mindful of the sources of information - a driver making statements contradicted by the trip history should be viewed skeptically. A subpoena from a detective may have more substantive information than a report lifted from the log of a patrol officer.

- When issuing statements, keep details high-level. With rare exception can we ever be 100% certain of the facts in the short term.

## 6. KEY CONTACTS:

A. **IRT First Call:** If you don't have what you need from the JIRA…
   - Call Isaac Fitzsimmons, our new IRT POC. His cell: 651-308-4140
   - Depending on the urgency of the situation, call them up and gather the facts (what do we know, what actions have been taken with the rider and driver, have the driver / should the driver be deactivated, next steps, etc.)
   - Back-up/Outdated: this old list. [Commented [11]: +safety-comms@uber.com updated with Isaac's contact]

5

**B.    Uber Law Enforcement Outreach (Outreach):** *handles external police outreach ie. Reaching out directly to detectives / outreach@uber.com
- Mike Sullivan – Manager
  - Wade Stormer (U.S. East – based in DC) cell: 513-374-8088
  - Billy Kewell (U.S. Central & Canada- based in Chicago) cell: 773-456-9596
  - Mark Jones – (U.S. West-based in Seattle) cell: 202-689-4561
  - Nick Pailthorpe – (EMEA – based in Amsterdam)
  - Sachin Sharma – (India)

**C.    Uber Law Enforcement Response Team (LERT)** *This team can be contacted to determine whether any police inbound has been received (ie. subpoenas) alert@uber.com

- Ileana Espinosa – Manager
  - Lisa O'Connor- Americas Lead (based in SF)
  - Alberto Parada- EMEA Lead (based in Amsterdam)
  - Floor van den Steenhoven (APAC Lead – based in Singapore)  [Commented [12]: Update with Andrew]

**D.    Local GM:** Remedial action needed? Want someone to call a partner to check on their well-being? Call the GM!
- UPDATED: Here's the updated map and list of Subregional GMs with new Ops restructure (6/6/17)
  - OLD: Click here to identify the right GM to send a heads-up
- EATS: If it's an EATS safety issue, please click here to identify the right EATS GM to work with  [Commented [13]: +safety-comms@uber.com FYI For use during EATS safety issues]

**E.    Legal: who are the contacts? What's the general alias?**
- CLAIMS: Katy Waitzman (global)
  - Maureen F. (U.S.)
    - Rebecca Remington - central
    - Claire Floore - northeast
    - Stephanie Tomal - west
    - Christina Linsmeier - southeast

- SAFETY: Scott Binnings
- EMPLOYMENT: xx
- DISCRIMINATION: Alexander Shaerbatskoy and ACD team: acd-coe-team@uber.com

**F. Safety Policy Team:** Have an urgent question about safety policy and previous history on an issue? Start with Brooke first and if no cigar, email safetypolicy@uber.com

Safety Policy Team:
- Steffi Bryson – Head of Safety Policy
- TBD Senior Safety Policy Associate (interpersonal)

6

- TBD- Senior Safety Policy Associate (privacy/security)
- Nadia Anderson- Senior Road Safety Policy Associate (road safety)

### 7. CASE STUDIES: KEY LEARNINGS

**Example 1 -Sexual assault claim via social media - No active media reports or inquiries**

Action Steps:
- Email USCAN and ask IRT to immediately reach out to get more information.
- Monitor social posts
- Flag for LERT to look out for inbound police reports
- Once driver is identified, recommend that he be waitlisted/deactivated
- Escalate incident to comms leadership
- Resolve quickly to avoid news cycle

**Example 2 - Social media hoax allegedly involving Uber partner (not accurate):**

Unfortunately, IRT didn't properly escalate the ticket so comms becomes aware after local media asks for comment.

Action Steps:
- Instruct senior IRT to reach out directly to both the rider and driver (this isn't always the first step. Never assume it's been done. Always confirm direct contact has been made)
- Flag for Outreach to determine whether they could be helpful in gathering information about said investigation
- Contact reporters and ask them what the story is. Point out that internet hoaxes are on the rise (many companies have had recent issues of incorrect reports that have gone viral) and push them to back off the story until information is confirmed by police. Provide info off-the-record to kill the story
- Work with the PIO closely to provide details from Uber's end and help point them to a direction of publicly stating our driver was not involved (if that's the case)

**Commented [14]:** to be discussed further

**Example 3 - Local PR team receives questions from media on an incident that we are not aware of and COE has not received a ticket for:**
- Send known information to an IRT (ie. Chuck Carroll or Nyasha Brown - safety response leads) and ask them to start a JIRA thread.
- Contact the reporter and get any information that would be helpful, including names of rider or driver (not always available), license plate number, time and date, location, etc.
- Safety IRT leads can pull GPS - specifically request this information
- Ask the IRT to reach out directly both the rider and driver (this isn't always the first step. Never assume it's been done. Always confirm direct contact has been made)
- Ensure all of the appropriate teams are flagged. Ask for updates or ask what next steps are. Sometimes you have to keep the ball rolling on issues.

7

### 8. States Breakdown

**WEST: Andrew Hasbun**

1. Alaska
2. Arizona
3. California
4. Hawaii
5. Idaho
6. Montana
7. Nevada
8. New Mexico
9. Oregon
10. Utah
11. Washington
12. Wyoming

**CENTRAL: Kayla Whaling**
1. Texas
2. Iowa
3. Michigan
4. Minnesota
5. Missouri
6. Kentucky
7. Ohio
8. North Dakota
9. South Dakota
10. Kansas
11. Oklahoma
12. Wisconsin
13. Illinois
14. Indiana
15. Colorado
16. Nebraska
17. Canada
18. Arkansas

**NORTHEAST: Susan Hendrick**

1. Connecticut
2. Delaware
3. Maine
4. Massachusetts
5. New Hampshire
6. New Jersey
7. New York
8. Pennsylvania
9. Rhode Island
10. Vermont

8

CONFIDENTIAL

P-00061.00010

UBER_JCCP_MDL_000549693

**SOUTHEAST: Jodi Page**
1. Alabama
2. Florida
3. Georgia
4. Louisiana
5. North Carolina
6. Virginia
7. West Virginia
8. South Carolina
9. Tennessee
10. Maryland
11. Mississippi
12. Washington DC

**U.S./CAN - All- Grant Klinzman**
Saturday-Wednesday

**PIO/POLICE CONTACTS:**

| Police Department | Contact/PIO | Contact Info |
|---|---|---|
| LAPD | Chief Jose Perez | jose.perezjr@lapd.lacity.org |
|  | Commander Robert Arcos | robert.arcos@lapd.lacity.org |
| San Francisco | Officer Albie Esparza #4150 | (415) 837-7199 Albie.Esparza@sfgov.org |
|  | Sgt. Michael Andraychak | 415-837-7192 michael.andraychak@sfgov.org |
|  | Officer Carlos Manfredi | 415-837-7195 carlos.m.manfredi@sfgov.org |
|  | Officer Grace Gatpandan | 415-837-7190 grace.v.gatpandan@sfgov.org |
| Tempe PD | Lt. Michael Pooley | michael_pooley@tempe.gov |
| Phoenix | Sgt. Trent Crump | 602.534.1437 (Desk) 602.534.5050 (Office) Trent.E.Crump@phoenix.gov |
| San Diego | Officer Lisa McKean | lmckean@pd.sandiego.gov 619-531-2734 |

9

| Honolulu | Officer Sara Yoro | sara.yoro@honolulu.gov |
|---|---|---|
| Oakland | Officer Johnna Watson | opdmedia@oaklandnet.com |
| Portland | Sgt. Pete Simpson | peter.simpson@portlandoregon.gov |
| Atlanta | Sgt. Pickard | wpickard@atlantaga.gov<br>404-546-2530 |
| Baltimore | Commissioner Kevin Davis<br><br>Captain Martin Bartness | kevin.davis@baltimorepolice.org<br><br>O: 410-396-2020<br>C: 443-690-4034<br>Martin.Bartness@BaltimorePolice.org |
| Boston | McKenna and local team met with PD - I don't have the contact | |
| Philadelphia | McKenna and local team met with PD - I don't have the contact | |
| NYC | Jason Post has the best contacts | |
| Dallas | Sana Syed (Debbee's contact) | sana.syed@dallascityhall.com<br>817-366-4367 |
| West Covina, California (weird things happen here) | Officer Brian Daniels | brian.daniels@wcpd.org |
| California Highway Patrol (San Francisco) | Officer Vu Williams | 415-407-3741 |

# # #

10