# UBER_JCCP_MDL_000202587

## Metadata

| Field | Value | Type |
|---|---|---|
| Account | andrew.hasbun@uber.com | SEMANTIC |
| All Custodians | Hasbun, Andrew;Silver, Nick;Uber Technologies, Inc. | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000202587 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 02/25/2020 12:22 am | SEMANTIC |
| Date Modified | 02/25/2020 12:22 am | SEMANTIC |
| DocID | ACD7onoqn01z46aHnQ8ylmgaaT/rASlXKttvmgRpXxaIxAu3crTlKDPunZHnYPkSEIfm/iQVXjmCb8xDxO1VASgLQ+ipg1tlFIrnmvx3/oYaY9hZofZsnfpjONEBA2yHQ8LaUpUfA50skC6lf/mT2D2qz5B8ZM8K1VZ/t/9jqGbszgLw6BoXE+TGBZExYFov6XB2FhGcPVxsmUjJCLAkyaaUbRnUCKSGQD6U46wRiX9fbcO2TT+2nE3m+PZn9Zn55pNLpkDen46kCKa6EI60BkzksRIUHJh4v8xWGPIsiBlEyizWDlp3zAtOKzMHC9GYRkUWI+B9jEvsevqHXbXYGqK0PlDNKVooZWOXLKT7BbUBLQ3GtQmtwsoY0X5pzrPKxmU8Jo4fSOe7/RrtojYEmEPvX+AGB5U/SjI0qYYH9t4cznZDiN0DEAH4GAgCdtNlYVpVJFvV98L33sPFaFgwzTGURKkOAz35hnE6DR4lsuTYkIr/icVrTNnQuI2aGrtsA6ZGt3rdN4N5yf9s14ag+5K7eO6GW5XPSDN9uHz/e/DalJcq14wNSBo= | SEMANTIC |
| End Family | UBER_JCCP_MDL_000202588 | SEMANTIC |
| File Size | 6378 | SEMANTIC |
| Hash Value | b421cc2ad470323463cbb83568dc876d | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000202587;UBER_JCCP_MDL_000202588 | SEMANTIC |
| ILS Document Date | 02/25/2020 | SEMANTIC |
| ILS Prod Date | 8/26/2024 | SEMANTIC |
| ILS Prod Vol | Vol044 | SEMANTIC |
| Other Custodians | Uber Technologies, Inc.;Silver, Nick;Hasbun, Andrew | SEMANTIC |
| Primary Date | 02/25/2020 12:22 am | DOC_TYPE_ALIAS |
| Production Volume | Vol044; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 02/25/2020 12:22 am | SEMANTIC |



Trial Exhibit No. P-00064

Message

| | |
|---|---|
| From: | andrew.hasbun@uber.com [andrew.hasbun@uber.com] |
| Sent: | 2/25/2020 12:22:37 AM |
| To: | andrew.hasbun@uber.com; nick.silver@uber.com |
| Subject: | r4BK9AAAAAE-2020.02.24 |

- **andrew.hasbun@uber.com** 2020-02-25T00:22:37.743Z

Hi

- **andrew.hasbun@uber.com** 2020-02-25T00:22:54.877Z

is Thomas an interrupter? like does he let people get through a sentence before chiming in.

- **nick.silver@uber.com** 2020-02-25T00:23:07.276Z

he is stubborn

- **andrew.hasbun@uber.com** 2020-02-25T00:23:19.961Z

great

- **nick.silver@uber.com** 2020-02-25T00:23:20.906Z

he will listen, but then redirect you to a difrerent idea

- **andrew.hasbun@uber.com** 2020-02-25T00:23:36.199Z

feel like that is everyone in this companyu

- **nick.silver@uber.com** 2020-02-25T00:30:00.856Z

i dont know how much longer i have here

- **andrew.hasbun@uber.com** 2020-02-25T00:30:14.434Z

STOP

- **andrew.hasbun@uber.com** 2020-02-25T00:30:22.108Z

you have till you fully vest

- **andrew.hasbun@uber.com** 2020-02-25T00:30:31.316Z

so two more years?

- **nick.silver@uber.com** 2020-02-25T00:34:39.131Z

this place is too crazy to me

- **nick.silver@uber.com** 2020-02-25T00:34:58.520Z

this marketing org is NUTS

- **andrew.hasbun@uber.com** 2020-02-25T00:35:06.492Z

That is true

- **andrew.hasbun@uber.com** 2020-02-25T00:35:15.159Z

Like twisting in the wind

- **nick.silver@uber.com** 2020-02-25T01:08:16.261Z

are we aligned on products for the event?

- **nick.silver@uber.com** 2020-02-25T01:08:21.262Z

ridesense

- **nick.silver@uber.com** 2020-02-25T01:08:26.908Z

women rider preferred

- **nick.silver@uber.com** 2020-02-25T01:08:30.076Z

audio recording

- **nick.silver@uber.com** 2020-02-25T01:08:52.129Z

mandatory sexual assault education for all US drivers

- **andrew.hasbun@uber.com** 2020-02-25T01:09:28.346Z

You and me are!

- **andrew.hasbun@uber.com** 2020-02-25T01:09:34.133Z

You me Brooke are

- **andrew.hasbun@uber.com** 2020-02-25T01:09:46.735Z

Sachin and Gus might be a different story

- **andrew.hasbun@uber.com** 2020-02-25T01:10:21.907Z

But Sachin is on board, I know that.

- **nick.silver@uber.com** 2020-02-25T01:11:01.808Z

ok

- **nick.silver@uber.com** 2020-02-25T01:11:04.892Z

perfect

- **nick.silver@uber.com** 2020-02-25T01:11:15.124Z

no other major announcements right?

- **andrew.hasbun@uber.com** 2020-02-25T01:11:24.735Z

Gus was kind of a pussy about women driving women but I don't think he is going to win this one

- **andrew.hasbun@uber.com** 2020-02-25T01:11:32.672Z

The ride is too strong

- **andrew.hasbun@uber.com** 2020-02-25T01:11:35.460Z

Everyone wants it

- **andrew.hasbun@uber.com** 2020-02-25T01:11:43.456Z

Worth the risk

- **nick.silver@uber.com** 2020-02-25T01:11:59.300Z

ok but nothing else is on the table at the moment right?

- **andrew.hasbun@uber.com** 2020-02-25T01:12:24.494Z

Potentially the RAINN hotline and maybe a proactive police reporting pilot but those are still a little TBD

- **andrew.hasbun@uber.com** 2020-02-25T01:12:33.312Z

If they're ready we will do them