# UBER_JCCP_MDL_004165036

## Metadata

| Account | andrew.hasbun@uber.com; | SEMANTIC |
|---|---|---|
| All Custodians | Hasbun, Andrew; | SEMANTIC |
| All Paths | Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_004165036 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 03/23/2023 6:52 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_004165036 | SEMANTIC |
| File Path | \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox | SEMANTIC |
| File Size | 17189 | SEMANTIC |
| Hash Value | 0fdb4a7906d4b79f1df388e570e73b02 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_004165036 | SEMANTIC |
| ILS Document Date | 03/23/2023 | SEMANTIC |
| ILS Prod Date | 4/1/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL155 | SEMANTIC |
| Other Custodians | Hasbun, Andrew; | SEMANTIC |
| Primary Date | 03/23/2023 6:53 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL155; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 03/23/2023 6:52 pm | SEMANTIC |



Trial Exhibit No.
P-00067

P-00067.00001

Message

| | |
|---|---|
| **From**: | Natasha Weaser [nweaser@uber.com] |
| **Sent**: | 3/23/2023 6:52:30 PM |
| **To**: | wrp-core [wrp-core-group@uber.com]; Mary Yao [mary.yao@uber.com] |
| **BCC**: | safety-launch-status-group@uber.com; andrew.hasbun@uber.com |
| **Subject**: | [Launch] WRP in Canada |

*cc working group*
*bcc leadership + stakeholders*

Hi everyone,

I am excited to announce that **Women Rider Preference (WRP) has been launched to 100% of Canada as of this morning.** Details can be found in our launch doc.

In the next few weeks, we will be closely monitoring the data and CommOps experience to make sure the product is working as intended.

To date, WRP is:

- Live in 23 countries 🌎
- Completed over 43 million trips 🚗
- 16% of women driver trips are on WRP 📊

In the next few months, we will be focused on additional launches in major markets, including India and most of EMEA.

Thank you to the core team and Canada Ops for their partnership in getting this over the line! Please reach out to me if you have any questions.

-Natasha, on behalf of the WRP team


--
Natasha Weaser
Senior Product Operations Manager
650.388.6157 | nweaser@uber.com

--
You received this message because you are subscribed to the Google Groups "SAFETY-LAUNCH-STATUS-GROUP" group.
To unsubscribe from this group and stop receiving emails from it, send an email to safety-launch-status-group+unsubscribe@uber.com.
To post to this group, send email to safety-launch-status-group@uber.com.
To view this discussion on the web visit https://groups.google.com/a/uber.com/d/msgid/safety-launch-status-group/CAH5GcfEerxooPFoGGVtg5gntdO7nNmu3WGzVu17p2xKKBvv_5w%40mail.gmail.com.