# UBER_JCCP_MDL_000456219

## Metadata

| | | |
|---|---|---|
| **Account** | andrew.hasbun@uber.com | SEMANTIC |
| **All Custodians** | Hasbun, Andrew;Kawada Page, Jodi;Uber Technologies, Inc. | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Attachment Names** | 2018-09-30.png; 2018-10-02.png; 2018-10-05.png; 4d2ad6da-d803-4ffb-8fd5-3cbf42d69671.jpg; d3ed8aa4-d420-4461-9868-d2684098fe24.jpg | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000456219 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 10/01/2018 2:25 am | SEMANTIC |
| **Date Modified** | 10/01/2018 2:25 am | SEMANTIC |
| **DocID** | ACD7onr5lp1u6aqLj0Lq8dujzo155ssrnxIQeGSWOqxUTmEOH5wKMFbyzIRI0iMvCAfklyzdlcKRcoOIzNBfK4QdVA8Apg5Ek/SNVGJlr7+31T8TkldvKpUl0sYOA3phoQedhUh62Q1hMEn9kWQW5QsBbLJ+RyzE++jKWFEwkOPiiy9hjA4ZQdcXt4qxl8w1UpuqIDINoTQv0ZsclepYPFgHfyZfRehz8HMKHNb1eIgHK1Fk/VKe5KJq3ANEsX2aYwiskGwaPDaTymJZVPtgVcQoPUM5ywdONKPYDXpbTVK9FMEaURneoeMUWQOnKy9/+V/TAPP4Qy/2SB2uheavszopBZdHkJuiEGVTwIKTEML72/gHePX0gxd7WlhuIDedltz4T3f9zzh6RlJwBLZavl2H9Om+u2MqLOS3YgXUk0lDfeIWTcAFZCtpaQtWw7e4+gON+C+hSp14i3VQveLKHRKP5j7aQMZebqgWa9goeTHCOuwa6wvthqvo6vTbhPn/q8YK2KGtfDCZYOp0WqdmsMvYIS/phHntFZtvo/jgxTkwqFCUfVCWBi8aBd99JQwc1u/7rvBso+HLK5jNEN1xDKXm7eNd9ZcHZfydOi/6avFN6z2kkMVaG8Fh8jVJnt8c5O8how5YTIvC06hJUqCjnE1eRZT1vDPDIpvKaeagOrPZSvjBkCiisRHUlA1oH/jdewDr52ftzPDjiluzj2nyh/A2PjmSOZoSyWnaYyTqz0C72jC4yIpvrCBZ5RFtFYrAesVksPy6GjKBJGEpLv/YPtVWRj6DIHOzmcDVDOOL++FL/kTs3qLesbhcB6n47NuU7KZo5K/KxFCWYqCG7aKvAzWxbEoAGksj2UNXb/vlvXdEz3ldSFK8+4A= | SEMANTIC |
| **Document Type** | Email | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000456256 | SEMANTIC |
| **File Size** | 260543 | SEMANTIC |
| **Hash Value** | b2a43cc152a85533846bb5a48a91719a | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000456219;UBER_JCCP_MDL_000456220;UBER_JCCP_MDL_000456221;UBER_JCCP_MDL_000456222;UBER_JCCP_MDL_000456223;UBER_JCCP_MDL_000456224;UBER_JCCP_MDL_000456225;UBER_JCCP_MDL_000456226;UBER_JCCP_MDL_000456227;UBER_JCCP_MDL_000456228;UBER_JCCP_MDL_000456229;UBER_JCCP_MDL_000456230;UBER_JCCP_MDL_000456231;UBER_JCCP_MDL_000456232;UBER_JCCP_MDL_000456233;UBER_JCCP_MDL_000456234;UBER_JCCP_MDL_000456235;UBER_JCCP_MDL_000456236;UBER_JCCP_MDL_000456237;UBER_JCCP_MDL_000456238;UBER_JCCP_MDL_000456239;UBER_JCCP_MDL_000456240;UBER_JCCP_MDL_000456241;UBER_JCCP_MDL_000456242;UBER_JCCP_MDL_000456243;UBER_JCCP_MDL_000456244;UBER_JCCP_MDL_000456245;UBER_JCCP_MDL_000456246;UBER_JCCP_MDL_000456247;UBER_JCCP_MDL_000456248;UBER_JCCP_MDL_000456249;UBER_JCCP_MDL_000456250;UBER_JCCP_MDL_000456251 | SEMANTIC |
| **ILS Document Date** | 10/01/2018 | SEMANTIC |
| **ILS Prod Date** | 9/15/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL006 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.;Kawada Page, Jodi;Hasbun, Andrew | SEMANTIC |
| **Primary Date** | 10/01/2018 2:25 am | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL006; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 10/01/2018 2:25 am | SEMANTIC |



Trial Exhibit No.
**P-00074**

Message

---

**From**: jodi.page@uber.com [jodi.page@uber.com]
**Sent**: 10/1/2018 2:25:43 AM
**To**: jodi.page@uber.com; andrew.hasbun@uber.com
**Subject**: tLlYJAAAAAE-MBI-FLAT:2018-09-30T07:25:43.415679
**Attachments**: 2018-09-30.png; 2018-10-02.png; 2018-10-05.png; 4d2ad6da-d803-4ffb-8fd5-3cbf42d69671.jpg; d3ed8aa4-d420-4461-9868-d2684098fe24.jpg

**jodi.page@uber.com** October 1, 2018 at 2:25:43 AM UTC
In the middle of some major FOGGING with Sac inquiry

**andrew.hasbun@uber.com** October 1, 2018 at 2:56:56 AM UTC
good. Stupid question anyway.  so what if someone took an Uber after getting stabbed.  what if they took a taxi??  whould anyone even be asking??

**jodi.page@uber.com** October 1, 2018 at 3:32:23 AM UTC
Well...they don't know where or when the stabbing took place

**jodi.page@uber.com** October 1, 2018 at 3:32:38 AM UTC
She sent me the LP# and car make/model

**jodi.page@uber.com** October 1, 2018 at 3:32:46 AM UTC
Said PD confirmed that he got into an Uber

**andrew.hasbun@uber.com** October 1, 2018 at 3:33:37 AM UTC
stupid.

**andrew.hasbun@uber.com** October 1, 2018 at 3:33:44 AM UTC
I am streeing about europe

**jodi.page@uber.com** October 1, 2018 at 3:33:48 AM UTC
We found the trip but she can't give me any names so I'm not going to respond

**andrew.hasbun@uber.com** October 1, 2018 at 3:33:49 AM UTC
stressing

**jodi.page@uber.com** October 1, 2018 at 3:33:59 AM UTC
Are you letting KW take El Paso?

CONFIDENTIAL
UBER_JCCP_MDL_000456219

**jodi.page@uber.com** October 1, 2018 at 3:34:03 AM UTC
Where is B?

**jodi.page@uber.com** October 1, 2018 at 3:34:12 AM UTC
She was supposed to be covering weekend with me

**jodi.page@uber.com** October 1, 2018 at 3:34:33 AM UTC
What aspect are you stressing about?

**jodi.page@uber.com** October 1, 2018 at 3:34:57 AM UTC
I bet because you don't have the control and don't trust people in regions to do what they need to do?

**andrew.hasbun@uber.com** October 1, 2018 at 3:35:32 AM UTC
yup.

**andrew.hasbun@uber.com** October 1, 2018 at 3:35:38 AM UTC
If she wants it, she can have it.

**andrew.hasbun@uber.com** October 1, 2018 at 3:35:43 AM UTC
Why is she taking any way.

**andrew.hasbun@uber.com** October 1, 2018 at 3:36:07 AM UTC
No.  It is all the stuff I have to do here before. Crime Stoppers

**andrew.hasbun@uber.com** October 1, 2018 at 3:36:18 AM UTC
I want to just push cromestoppers back.

**jodi.page@uber.com** October 1, 2018 at 3:38:39 AM UTC
Why don't you push to Nov?

**jodi.page@uber.com** October 1, 2018 at 3:38:50 AM UTC
Or before NYE?

**jodi.page@uber.com** October 1, 2018 at 3:38:52 AM UTC
Makes more sense

**jodi.page@uber.com** October 1, 2018 at 3:39:20 AM UTC

That's how I've been feeling about my shit. All crammed in there.

**andrew.hasbun@uber.com** October 1, 2018 at 3:39:29 AM UTC
I think I will

**jodi.page@uber.com** October 1, 2018 at 3:39:32 AM UTC
I get back from vaca and Family Safety is supposed to launch the following week

**jodi.page@uber.com** October 1, 2018 at 3:39:35 AM UTC
WTF

**andrew.hasbun@uber.com** October 1, 2018 at 3:39:38 AM UTC
It also depends on what type of story I can land.

**andrew.hasbun@uber.com** October 1, 2018 at 3:39:49 AM UTC
I will wait if it is a good story.

**jodi.page@uber.com** October 1, 2018 at 3:39:56 AM UTC
I'm going to finish the plan this week and then let everyone tear it to hell when i'm gone

**jodi.page@uber.com** October 1, 2018 at 3:40:25 AM UTC
BTW - I'm going to pitch Rossen on his new Family Safety segment

**jodi.page@uber.com** October 1, 2018 at 3:40:59 AM UTC
Knowing my luck he'll say no and I'll have to pitch a thousand people

**jodi.page@uber.com** October 1, 2018 at 3:41:07 AM UTC
like Emergency plan

**andrew.hasbun@uber.com** October 1, 2018 at 3:42:10 AM UTC
you want the producer's contact info?

**andrew.hasbun@uber.com** October 1, 2018 at 3:42:17 AM UTC
I can hook you up.  He is cool

**jodi.page@uber.com** October 1, 2018 at 3:42:21 AM UTC

UBER_JCCP_MDL_000456221

yup

**andrew.hasbun@uber.com** October 1, 2018 at 3:42:36 AM UTC
mama gets what she was.  Just let me know when I can do an intro.

**andrew.hasbun@uber.com** October 1, 2018 at 3:42:47 AM UTC
He is kind of snob bitch but that is why I like him.

**jodi.page@uber.com** October 1, 2018 at 3:42:50 AM UTC
It's another foundational announcement so lots of smoke and mirrors and not a lot of meat

**jodi.page@uber.com** October 1, 2018 at 3:43:06 AM UTC
You know I can handle snob bitches

**andrew.hasbun@uber.com** October 1, 2018 at 3:43:11 AM UTC
I know you can!

**jodi.page@uber.com** October 1, 2018 at 3:43:24 AM UTC
Snob bitches like snotty Asian women

**jodi.page@uber.com** October 1, 2018 at 3:43:49 AM UTC
I'm so depressed I'm going to Italy overweight

**andrew.hasbun@uber.com** October 1, 2018 at 3:43:55 AM UTC
stop

**jodi.page@uber.com** October 1, 2018 at 3:44:00 AM UTC
I'm starving myself this whole week

**jodi.page@uber.com** October 1, 2018 at 3:44:09 AM UTC
I'm doing the Emily Blunt diet from DWP

**jodi.page@uber.com** October 1, 2018 at 3:44:19 AM UTC
I starve myself and when I feel faint I'll eat a cube of cheese

**andrew.hasbun@uber.com** October 1, 2018 at 3:44:23 AM UTC

CONFIDENTIAL

UBER_JCCP_MDL_000456222

We just spent 100 in uber credits on uber eats. Huge platter of sushi and halal guys cause i had lots of leftover credits

**jodi.page@uber.com** October 1, 2018 at 3:44:39 AM UTC
I NEVER have leftover credits

**jodi.page@uber.com** October 1, 2018 at 3:44:46 AM UTC
But you drive to work so that makes sense

**andrew.hasbun@uber.com** October 1, 2018 at 3:44:54 AM UTC
yup

**jodi.page@uber.com** October 1, 2018 at 3:44:57 AM UTC
That's a feast!

**jodi.page@uber.com** October 1, 2018 at 3:45:16 AM UTC
Mama has a whole beauty regimen lined up for this week

**jodi.page@uber.com** October 1, 2018 at 3:45:28 AM UTC
Honestly Andrew I have like three different sets of people in town this wek

**jodi.page@uber.com** October 1, 2018 at 3:45:30 AM UTC
It's madness

**andrew.hasbun@uber.com** October 1, 2018 at 3:45:42 AM UTC
We need to figure out who is covering for you and what the hell is going on.

**andrew.hasbun@uber.com** October 1, 2018 at 3:45:48 AM UTC
MANANGEMENT PROBLEM

**andrew.hasbun@uber.com** October 1, 2018 at 3:45:50 AM UTC
N

**andrew.hasbun@uber.com** October 1, 2018 at 3:45:51 AM UTC
M

**andrew.hasbun@uber.com** October 1, 2018 at 3:45:52 AM UTC
P

**jodi.page@uber.com** October 1, 2018 at 3:45:54 AM UTC
B said we'll talk about it in the meeting tomorrow

**jodi.page@uber.com** October 1, 2018 at 3:46:05 AM UTC
Do you prefer a particular plan/

**jodi.page@uber.com** October 1, 2018 at 3:46:16 AM UTC
Do you want to just split SE and NE with Kayla until you leave?

**andrew.hasbun@uber.com** October 1, 2018 at 3:46:19 AM UTC
yes, the plan I prefer is the plan where I don't do anything

**andrew.hasbun@uber.com** October 1, 2018 at 3:46:35 AM UTC
since we covered for Kayla sabbatical in ANZ

**jodi.page@uber.com** October 1, 2018 at 3:46:42 AM UTC
When we get back they are all going to be like - OMG it was so crazy...for a week

**andrew.hasbun@uber.com** October 1, 2018 at 3:46:43 AM UTC
she can cover for us for forever!!

**jodi.page@uber.com** October 1, 2018 at 3:46:47 AM UTC
Try two fucking months!

**andrew.hasbun@uber.com** October 1, 2018 at 3:46:54 AM UTC
right!!??

**jodi.page@uber.com** October 1, 2018 at 3:47:16 AM UTC
I love how this whole FL dash cam thing is launching and I have had zero visibility into it

**jodi.page@uber.com** October 1, 2018 at 3:47:31 AM UTC
Well...guess who is launching the Chicago 911 integration...

**andrew.hasbun@uber.com** October 1, 2018 at 3:47:55 AM UTC

they have no idea. B is clueless. Who knows what she is up to. She is buds with Kallman for sure. I think everyone was just blowing smoke up T's you know what. Her and Kallman exchanged like 5 looks at dinner which was obviously inside jokes about stuff about tony west and others.

**andrew.hasbun@uber.com** October 1, 2018 at 3:48:16 AM UTC
They don;t hate eachother

**jodi.page@uber.com** October 1, 2018 at 3:48:18 AM UTC
I've thought that for a while

**jodi.page@uber.com** October 1, 2018 at 3:48:24 AM UTC
i told you he would call her for advice back in the day

**andrew.hasbun@uber.com** October 1, 2018 at 3:48:26 AM UTC
nobody hates B. they just think B is crazy.

**jodi.page@uber.com** October 1, 2018 at 3:48:31 AM UTC
Hard to hate B

**jodi.page@uber.com** October 1, 2018 at 3:48:37 AM UTC
She is good at some things

**andrew.hasbun@uber.com** October 1, 2018 at 3:48:42 AM UTC
she is for sure.

**andrew.hasbun@uber.com** October 1, 2018 at 3:48:50 AM UTC
just a crazy manager.

**jodi.page@uber.com** October 1, 2018 at 3:48:57 AM UTC
And will go places that no one will go - because she pushes and pushes

**andrew.hasbun@uber.com** October 1, 2018 at 3:49:01 AM UTC
has good instincts about some things.

**jodi.page@uber.com** October 1, 2018 at 3:49:18 AM UTC
She does

**jodi.page@uber.com** October 1, 2018 at 3:49:28 AM UTC
She's a nice person too

**jodi.page@uber.com** October 1, 2018 at 3:49:31 AM UTC
And she owns who she is

**jodi.page@uber.com** October 1, 2018 at 3:49:49 AM UTC
Like Matt can sic her on people and push

**jodi.page@uber.com** October 1, 2018 at 3:49:55 AM UTC
She can push for him

**jodi.page@uber.com** October 1, 2018 at 3:50:59 AM UTC
SF Comms is like Beetlejuice

**jodi.page@uber.com** October 1, 2018 at 3:51:07 AM UTC
crazy odd family

**jodi.page@uber.com** October 1, 2018 at 3:52:11 AM UTC
Agree

**jodi.page@uber.com** October 1, 2018 at 3:52:13 AM UTC
on T

**jodi.page@uber.com** October 1, 2018 at 3:52:18 AM UTC
That's why you have to be careful

**jodi.page@uber.com** October 1, 2018 at 3:52:32 AM UTC
I have call with T to discuss her perf

**jodi.page@uber.com** October 1, 2018 at 3:52:36 AM UTC
what is that?

**andrew.hasbun@uber.com** October 1, 2018 at 3:53:24 AM UTC
no idea.

**andrew.hasbun@uber.com** October 1, 2018 at 3:53:29 AM UTC

maybe she just wants to talk.

**andrew.hasbun@uber.com** October 1, 2018 at 3:53:34 AM UTC
she misses the fun

**andrew.hasbun@uber.com** October 1, 2018 at 3:53:40 AM UTC
here's why you should NEVER leave

**andrew.hasbun@uber.com** October 1, 2018 at 3:53:46 AM UTC
2018-09-30.png

**andrew.hasbun@uber.com** October 1, 2018 at 3:53:53 AM UTC
We hit 100 million last week. Now 102 million

**andrew.hasbun@uber.com** October 1, 2018 at 3:53:56 AM UTC
the growth is non-stop.

**andrew.hasbun@uber.com** October 1, 2018 at 3:54:03 AM UTC
any will only keep growing.

**jodi.page@uber.com** October 1, 2018 at 3:54:12 AM UTC
100 million rides a week?

**andrew.hasbun@uber.com** October 1, 2018 at 3:54:25 AM UTC
you jump off the train, it leaves without you to emerald city

**andrew.hasbun@uber.com** October 1, 2018 at 3:54:31 AM UTC
yes, 102 million rides a week

**jodi.page@uber.com** October 1, 2018 at 3:54:37 AM UTC
That is just mindblowing

**andrew.hasbun@uber.com** October 1, 2018 at 3:54:39 AM UTC
we just hit 100 million last week

**jodi.page@uber.com** October 1, 2018 at 3:54:44 AM UTC
And makes me nauseous

CONFIDENTIAL

UBER_JCCP_MDL_000456227

**jodi.page@uber.com** October 1, 2018 at 3:55:03 AM UTC
I'm talking with G tomorrow


**andrew.hasbun@uber.com** October 1, 2018 at 3:55:15 AM UTC
2 percent a week growth.  That is insane and check the comms weekly and we are still launching big cities. seville spain this week. dusseldorf germany this week


**jodi.page@uber.com** October 1, 2018 at 3:55:20 AM UTC
I need to go on this vaca and hopefully I'll feel better


**andrew.hasbun@uber.com** October 1, 2018 at 3:55:25 AM UTC
you will


**jodi.page@uber.com** October 1, 2018 at 3:55:29 AM UTC
I've been snippy with my kids too


**jodi.page@uber.com** October 1, 2018 at 3:55:32 AM UTC
And I feel awful


**andrew.hasbun@uber.com** October 1, 2018 at 3:55:35 AM UTC
you'll stuff your face and come back happy


**jodi.page@uber.com** October 1, 2018 at 3:55:48 AM UTC
and fatter


**andrew.hasbun@uber.com** October 1, 2018 at 3:55:59 AM UTC
not if you walk everywhere


**jodi.page@uber.com** October 1, 2018 at 3:56:00 AM UTC
I NEED to buckle down when I get back so I can fit into cute fall clothes


**jodi.page@uber.com** October 1, 2018 at 3:56:09 AM UTC
true - we do always seem to lose weight there


**jodi.page@uber.com** October 1, 2018 at 3:56:29 AM UTC
if we unlock those other Clavis cities - will be crazy

**jodi.page@uber.com** October 1, 2018 at 3:56:43 AM UTC
I want to go live in Japan for 6 months to a year with my fam

**jodi.page@uber.com** October 1, 2018 at 3:56:52 AM UTC
That's my new plan

**jodi.page@uber.com** October 1, 2018 at 3:56:57 AM UTC
I want to do a nomad there

**jodi.page@uber.com** October 1, 2018 at 3:57:23 AM UTC
G could be off the table if they want me to move

**jodi.page@uber.com** October 1, 2018 at 3:57:26 AM UTC
to NY

**jodi.page@uber.com** October 1, 2018 at 3:57:29 AM UTC
Not moving there

**jodi.page@uber.com** October 1, 2018 at 3:57:40 AM UTC
Although - I'm not entirely in love with DC

**jodi.page@uber.com** October 1, 2018 at 3:59:26 AM UTC
Don't forget we're launching Eats and Bikes and Scooters like crazy too - mind boggling

**jodi.page@uber.com** October 1, 2018 at 4:01:03 AM UTC
I feel like we can't keep up

**andrew.hasbun@uber.com** October 1, 2018 at 4:01:25 AM UTC
we can't but the stock will when it finally goes public!!!

**jodi.page@uber.com** October 1, 2018 at 4:01:33 AM UTC
I hope so

**jodi.page@uber.com** October 1, 2018 at 4:02:09 AM UTC
I think we all might be bored at other jobs.

**jodi.page@uber.com** October 1, 2018 at 4:02:12 AM UTC

After this shit show

**jodi.page@uber.com** October 1, 2018 at 4:02:34 AM UTC
I had a really hard time transitioning from the MO. It took like 18 months for me to learn how to be normal again

**jodi.page@uber.com** October 1, 2018 at 4:03:10 AM UTC
I feel like there is a sea of unending things to do

**jodi.page@uber.com** October 1, 2018 at 4:03:27 AM UTC
OMG - one of the attorneys at my old firm texted me to ask me to write a speech for his daughter's Bat Mitzvah

**jodi.page@uber.com** October 1, 2018 at 4:03:35 AM UTC
I did it for one when I was there and it was a big hit.

**jodi.page@uber.com** October 1, 2018 at 4:03:57 AM UTC
haha

**jodi.page@uber.com** October 1, 2018 at 4:04:10 AM UTC
Need to charge

**jodi.page@uber.com** October 1, 2018 at 4:04:27 AM UTC
I went to like 40 Bar an Bat Mitzvahs growing up. I know how to make people cry

**andrew.hasbun@uber.com** October 1, 2018 at 4:04:59 AM UTC
You should definitely charge.  That's not normal to ask

**jodi.page@uber.com** October 1, 2018 at 4:05:09 AM UTC
Well I didn't for the one when I worked there

**jodi.page@uber.com** October 1, 2018 at 4:05:16 AM UTC
Because it was a nice chit to have

**jodi.page@uber.com** October 1, 2018 at 4:05:40 AM UTC
But now - this is extra and I really don't have time for that shit

**jodi.page@uber.com** October 1, 2018 at 4:06:02 AM UTC

UBER_JCCP_MDL_000456230

The company I was doing freelance stuff for also reached out

**jodi.page@uber.com** October 1, 2018 at 4:06:30 AM UTC
Because my cousin - who I handed them off to - hasn't been responding to them...awesome....

**jodi.page@uber.com** October 1, 2018 at 4:06:49 AM UTC
I was like - WTF is your problem - I give you a client and you aren't being responsive!

**jodi.page@uber.com** October 1, 2018 at 4:07:19 AM UTC
Because she's been so overwhelmed with this cancer event that I went to ATL for

**jodi.page@uber.com** October 1, 2018 at 4:08:30 AM UTC
Although you never know when you'll need free legal advice ☺

**andrew.hasbun@uber.com** October 1, 2018 at 4:11:56 AM UTC
very true

**andrew.hasbun@uber.com** October 1, 2018 at 4:12:06 AM UTC
free legal advice is very valuable.

**jodi.page@uber.com** October 1, 2018 at 3:37:19 PM UTC
You wanna add points to SSB or do you want me to?

**jodi.page@uber.com** October 1, 2018 at 3:37:24 PM UTC
Where is yo face?

**andrew.hasbun@uber.com** October 1, 2018 at 3:37:36 PM UTC
Worst possible time this call is

**jodi.page@uber.com** October 1, 2018 at 3:37:41 PM UTC
Are you in bed?

**jodi.page@uber.com** October 1, 2018 at 3:37:42 PM UTC
lol

**andrew.hasbun@uber.com** October 1, 2018 at 3:37:47 PM UTC

Driving in

**andrew.hasbun@uber.com** October 1, 2018 at 3:38:01 PM UTC
Calls all morning

**jodi.page@uber.com** October 1, 2018 at 11:24:33 PM UTC
Yes

**andrew.hasbun@uber.com** October 1, 2018 at 11:25:02 PM UTC
Hi

**andrew.hasbun@uber.com** October 1, 2018 at 11:25:29 PM UTC
What's the fog strategy. You want me to take?

**jodi.page@uber.com** October 1, 2018 at 11:26:38 PM UTC
I'll call you

**andrew.hasbun@uber.com** October 1, 2018 at 11:27:02 PM UTC
Ok.

**andrew.hasbun@uber.com** October 1, 2018 at 11:27:12 PM UTC
I'm going to watch the Dara show so I'll be here

**jodi.page@uber.com** October 2, 2018 at 1:44:16 AM UTC
mama's back on the grid!

**andrew.hasbun@uber.com** October 2, 2018 at 1:45:37 AM UTC
welcome back. you missed.... nothing

**andrew.hasbun@uber.com** October 2, 2018 at 2:16:07 AM UTC
mama... yt?

**jodi.page@uber.com** October 2, 2018 at 6:02:54 PM UTC
Can you send me your Tadich Grill receipt

**andrew.hasbun@uber.com** October 2, 2018 at 6:14:56 PM UTC

UBER_JCCP_MDL_000456232

sure

**jodi.page@uber.com** October 2, 2018 at 6:23:22 PM UTC
Actually never mind

**jodi.page@uber.com** October 2, 2018 at 6:23:26 PM UTC
I think I bought drinks at bar?

**jodi.page@uber.com** October 2, 2018 at 6:23:30 PM UTC
So you wouldn't have that one

**andrew.hasbun@uber.com** October 2, 2018 at 6:23:32 PM UTC
I bought the drinks

**jodi.page@uber.com** October 2, 2018 at 6:23:35 PM UTC
I have interesting nugget of news

**andrew.hasbun@uber.com** October 2, 2018 at 6:23:38 PM UTC
we split the check

**jodi.page@uber.com** October 2, 2018 at 6:23:39 PM UTC
at Tadich?

**andrew.hasbun@uber.com** October 2, 2018 at 6:23:44 PM UTC
I thought so.

**jodi.page@uber.com** October 2, 2018 at 6:23:47 PM UTC
I think I did

**andrew.hasbun@uber.com** October 2, 2018 at 6:23:49 PM UTC
maybe we each bought a round

**jodi.page@uber.com** October 2, 2018 at 6:23:52 PM UTC
we split dinner

**andrew.hasbun@uber.com** October 2, 2018 at 6:24:12 PM UTC

I definitely bought one round of drinks cause I have two receipts from there.

**jodi.page@uber.com** October 2, 2018 at 6:24:35 PM UTC
So do I

**jodi.page@uber.com** October 2, 2018 at 6:40:55 PM UTC
Did you see what I said about nugget of news?

**andrew.hasbun@uber.com** October 2, 2018 at 6:41:16 PM UTC
where?

**jodi.page@uber.com** October 2, 2018 at 6:48:57 PM UTC
ugh -

**jodi.page@uber.com** October 2, 2018 at 6:48:59 PM UTC
in my gchat

**andrew.hasbun@uber.com** October 2, 2018 at 6:57:58 PM UTC
oh... no i didn't see that.

**andrew.hasbun@uber.com** October 2, 2018 at 6:58:03 PM UTC
I've been on the phone ti S all monring.

**jodi.page@uber.com** October 2, 2018 at 7:00:24 PM UTC
So I guess our newbie is in charge of all AI and machine learning products

**jodi.page@uber.com** October 2, 2018 at 7:00:35 PM UTC
Which is what?

**andrew.hasbun@uber.com** October 2, 2018 at 7:00:48 PM UTC
SRAD

**andrew.hasbun@uber.com** October 2, 2018 at 7:00:59 PM UTC
the smart disptach that Sachin talked about a while ago

**jodi.page@uber.com** October 2, 2018 at 7:01:08 PM UTC

UBER_JCCP_MDL_000456234

Um...

**jodi.page@uber.com** October 2, 2018 at 7:01:23 PM UTC
So...when do we get to go from new to launching SRAD?

**jodi.page@uber.com** October 2, 2018 at 7:02:09 PM UTC
hellO??

**andrew.hasbun@uber.com** October 2, 2018 at 7:02:13 PM UTC
I don't know.

**andrew.hasbun@uber.com** October 2, 2018 at 7:02:30 PM UTC
I  don't think SRAD will be talked about until mid next year.

**andrew.hasbun@uber.com** October 2, 2018 at 7:02:33 PM UTC
April

**jodi.page@uber.com** October 2, 2018 at 7:02:38 PM UTC
So what

**jodi.page@uber.com** October 2, 2018 at 7:02:44 PM UTC
Again - get in line

**andrew.hasbun@uber.com** October 2, 2018 at 7:02:48 PM UTC
I agree

**andrew.hasbun@uber.com** October 2, 2018 at 7:02:54 PM UTC
she has her whoobie

**jodi.page@uber.com** October 2, 2018 at 7:02:56 PM UTC
I know I'm being shitty but I'm FAIRNESS

**jodi.page@uber.com** October 2, 2018 at 7:03:02 PM UTC
I will rage

**jodi.page@uber.com** October 2, 2018 at 7:03:25 PM UTC

Needs to shovel the shit for at least a year before getting shiny new objects

**andrew.hasbun@uber.com** October 2, 2018 at 7:03:38 PM UTC
Then you need to say something cause I agree with you.  But I have done a good amount of high profile stuff so i am not in a position to complains.

**andrew.hasbun@uber.com** October 2, 2018 at 7:03:40 PM UTC
you should

**jodi.page@uber.com** October 2, 2018 at 7:03:52 PM UTC
So the question is - why haven't I gotten any high profile stuff

**andrew.hasbun@uber.com** October 2, 2018 at 7:04:04 PM UTC
That's why I think you should say something

**andrew.hasbun@uber.com** October 2, 2018 at 7:04:28 PM UTC
do you think she doesn't want to put too much stress on you cause the SE is crazy?

**jodi.page@uber.com** October 2, 2018 at 7:04:32 PM UTC
Yeah - and I'll be hung out to dry per usual

**andrew.hasbun@uber.com** October 2, 2018 at 7:04:40 PM UTC
STOP MAMA

**andrew.hasbun@uber.com** October 2, 2018 at 7:04:46 PM UTC
you getting spicy on me

**jodi.page@uber.com** October 2, 2018 at 7:04:53 PM UTC
I fell for that with T

**andrew.hasbun@uber.com** October 2, 2018 at 7:04:53 PM UTC
you need to get spicy on B

**jodi.page@uber.com** October 2, 2018 at 7:05:13 PM UTC
I have

**jodi.page@uber.com** October 2, 2018 at 7:05:21 PM UTC
But she will start to see a diff side of me

**jodi.page@uber.com** October 2, 2018 at 7:05:30 PM UTC
So give him the SE and let me work on positive shit

**jodi.page@uber.com** October 2, 2018 at 7:06:00 PM UTC
It's harder to pitch borderline newsworthy stuff than new products

**jodi.page@uber.com** October 2, 2018 at 7:06:05 PM UTC
But that isn't taken into consideration

**andrew.hasbun@uber.com** October 2, 2018 at 7:11:57 PM UTC
100% agree with you.

**jodi.page@uber.com** October 2, 2018 at 7:12:05 PM UTC
Man do I need to go on vaca

**jodi.page@uber.com** October 2, 2018 at 7:12:09 PM UTC
I'm like raging to you on gchat

**jodi.page@uber.com** October 2, 2018 at 7:12:15 PM UTC
FAIRNESS TRIGGERS!

**jodi.page@uber.com** October 2, 2018 at 7:12:28 PM UTC
I already think it's BS that woobie doesn't have to do the report you did

**jodi.page@uber.com** October 2, 2018 at 7:12:38 PM UTC
The weekends have been a cake walk lately

**andrew.hasbun@uber.com** October 2, 2018 at 7:13:23 PM UTC
CAKE WALK.  I don't like the report stuff either!!

**andrew.hasbun@uber.com** October 2, 2018 at 7:14:34 PM UTC
answer your phone

**andrew.hasbun@uber.com** October 2, 2018 at 7:14:38 PM UTC

I am calling you

**andrew.hasbun@uber.com** October 2, 2018 at 7:14:41 PM UTC
hello???!!!???

**jodi.page@uber.com** October 2, 2018 at 8:13:02 PM UTC
2018-10-02.png

**jodi.page@uber.com** October 2, 2018 at 8:13:10 PM UTC
lol

**andrew.hasbun@uber.com** October 2, 2018 at 9:42:00 PM UTC
Don't take the wsj thing

**andrew.hasbun@uber.com** October 2, 2018 at 9:42:13 PM UTC
What is that about Nirveek? I don't get t

**andrew.hasbun@uber.com** October 2, 2018 at 9:42:26 PM UTC
Oh, I get it now

**jodi.page@uber.com** October 2, 2018 at 9:45:53 PM UTC
what is the wsj thing - did I miss something?

**andrew.hasbun@uber.com** October 2, 2018 at 9:46:16 PM UTC
Central Comms gchat

**andrew.hasbun@uber.com** October 2, 2018 at 9:46:27 PM UTC
All B

**jodi.page@uber.com** October 2, 2018 at 9:46:33 PM UTC
ahh - yup

**andrew.hasbun@uber.com** October 2, 2018 at 9:54:27 PM UTC
where you at?

**jodi.page@uber.com** October 2, 2018 at 9:55:10 PM UTC
I'll call you in 10?

**andrew.hasbun@uber.com** October 2, 2018 at 9:55:22 PM UTC
in the Uber?


**jodi.page@uber.com** October 2, 2018 at 9:56:02 PM UTC
ofc!


**andrew.hasbun@uber.com** October 2, 2018 at 10:56:30 PM UTC
Um... helllo?


**jodi.page@uber.com** October 3, 2018 at 2:58:49 AM UTC
????!!!!!


**andrew.hasbun@uber.com** October 3, 2018 at 3:00:14 AM UTC
On phone with my mom. Call you back in minute


**andrew.hasbun@uber.com** October 3, 2018 at 4:29:55 PM UTC
hey.  do you have a cleaning fee doc?


**andrew.hasbun@uber.com** October 3, 2018 at 4:30:00 PM UTC
like one that has a list of cases?


**andrew.hasbun@uber.com** October 3, 2018 at 4:30:06 PM UTC
I thought we made one?


**jodi.page@uber.com** October 4, 2018 at 2:18:27 AM UTC
I got angry on chat today


**andrew.hasbun@uber.com** October 4, 2018 at 2:18:47 AM UTC
oh boy. at who?


**jodi.page@uber.com** October 4, 2018 at 2:18:56 AM UTC
Who do you think?


**jodi.page@uber.com** October 4, 2018 at 2:19:03 AM UTC
I'll tell you about it later


**andrew.hasbun@uber.com** October 4, 2018 at 2:19:05 AM UTC


CONFIDENTIAL
UBER_JCCP_MDL_000456239

BBBBBBBBBBBB

**jodi.page@uber.com** October 4, 2018 at 2:19:08 AM UTC
I need to go on vaca

**jodi.page@uber.com** October 4, 2018 at 2:19:15 AM UTC
I'm losing it

**andrew.hasbun@uber.com** October 4, 2018 at 2:19:16 AM UTC
later?  there is no later there is only now.

**jodi.page@uber.com** October 4, 2018 at 2:19:25 AM UTC
Ok - give me like 20

**andrew.hasbun@uber.com** October 4, 2018 at 2:19:28 AM UTC
Meanwhile sachin is asking where the preso is.

**andrew.hasbun@uber.com** October 4, 2018 at 2:19:46 AM UTC
whenever.  No rush. I am going to be up all night. Sachin is calling at some point.

**andrew.hasbun@uber.com** October 4, 2018 at 6:53:12 PM UTC
Mama, you still raging?

**andrew.hasbun@uber.com** October 4, 2018 at 8:15:11 PM UTC
You better now?

**andrew.hasbun@uber.com** October 5, 2018 at 2:18:01 AM UTC
Um.. hello?

**andrew.hasbun@uber.com** October 5, 2018 at 2:19:38 AM UTC
G does need to be taking squash and fog incidents in LA. Not ready.

**jodi.page@uber.com** October 5, 2018 at 12:39:24 PM UTC
N.....M.....P

**jodi.page@uber.com** October 5, 2018 at 12:39:37 PM UTC

You also need to stop looking at your email my friend

**jodi.page@uber.com** October 5, 2018 at 12:39:58 PM UTC
B asked me yesterday who was covering my region while I was gone 😊

**andrew.hasbun@uber.com** October 5, 2018 at 12:44:20 PM UTC
I was in bed and grant was texting me asking questions. I'm thinking... why aren't you texting B?!?

**jodi.page@uber.com** October 5, 2018 at 12:53:31 PM UTC
You should tell him that

**jodi.page@uber.com** October 5, 2018 at 12:53:39 PM UTC
Because she needs to see his stuff

**jodi.page@uber.com** October 5, 2018 at 12:53:48 PM UTC
You're on vaca

**andrew.hasbun@uber.com** October 5, 2018 at 12:54:08 PM UTC
I know. It's annoying

**jodi.page@uber.com** October 5, 2018 at 12:54:26 PM UTC
I can't believe I was asked who was covering my regions? Am I supposed to figure that out?

**andrew.hasbun@uber.com** October 5, 2018 at 12:55:14 PM UTC
Also, would she have ever been... "give jodi and Andrew the high profile story in our 2nd largest US market on day 2" without micromanaging every second?!?

**andrew.hasbun@uber.com** October 5, 2018 at 12:55:31 PM UTC
NMP on regions for sure.

**andrew.hasbun@uber.com** October 5, 2018 at 12:55:44 PM UTC
Her and Kayla said they were going to figure it out

**jodi.page@uber.com** October 5, 2018 at 12:56:24 PM UTC
I literally warned my regions not to expect much

**jodi.page@uber.com** October 5, 2018 at 12:56:25 PM UTC
haha

**jodi.page@uber.com** October 5, 2018 at 12:56:51 PM UTC
But I also told them - I don't really give a crap what happens when I'm goie

**jodi.page@uber.com** October 5, 2018 at 12:56:52 PM UTC
gone

**jodi.page@uber.com** October 5, 2018 at 12:57:01 PM UTC
I can't even tell you my afternoon yesterday

**jodi.page@uber.com** October 5, 2018 at 12:57:05 PM UTC
It's not even believable

**jodi.page@uber.com** October 5, 2018 at 12:57:09 PM UTC
I was locked down in the Pentagon

**jodi.page@uber.com** October 5, 2018 at 12:57:18 PM UTC
Some security issue

**jodi.page@uber.com** October 5, 2018 at 12:57:20 PM UTC
No cell service

**jodi.page@uber.com** October 5, 2018 at 12:57:33 PM UTC
Tampa reporter was blowing me up

**jodi.page@uber.com** October 5, 2018 at 12:57:46 PM UTC
Stop engagin

**jodi.page@uber.com** October 5, 2018 at 12:57:52 PM UTC
It's sink or swim

**jodi.page@uber.com** October 5, 2018 at 1:11:17 PM UTC
See...I feel bad that I'm not taking the inquiries but I'm not sure what has been said already

**andrew.hasbun@uber.com** October 5, 2018 at 1:16:13 PM UTC

I feel bad too. That's my problem

**jodi.page@uber.com** October 5, 2018 at 1:17:06 PM UTC
Have you ever heard Sachin call himself a self-proclaimed "Evangelist of Safety?"

**jodi.page@uber.com** October 5, 2018 at 1:17:11 PM UTC
That seems like not the term we want to sue

**jodi.page@uber.com** October 5, 2018 at 1:17:13 PM UTC
use

**andrew.hasbun@uber.com** October 5, 2018 at 1:17:30 PM UTC
He's pinging me with strategy and I said "is he really a driver?" And he's like... I'm not sure, let me check

**andrew.hasbun@uber.com** October 5, 2018 at 1:17:50 PM UTC
Um... no. Never heard that and doesn't seem like sachin at all.

**andrew.hasbun@uber.com** October 5, 2018 at 1:17:56 PM UTC
Where'd that come from?

**jodi.page@uber.com** October 5, 2018 at 1:28:41 PM UTC
It's part of this Atlantic Interivew

**jodi.page@uber.com** October 5, 2018 at 1:28:46 PM UTC
Article #@

**jodi.page@uber.com** October 5, 2018 at 1:28:48 PM UTC
2

**jodi.page@uber.com** October 5, 2018 at 1:28:50 PM UTC
I'm editing

**jodi.page@uber.com** October 5, 2018 at 1:37:56 PM UTC
Is the rider's name part of rich data or just driver's

**jodi.page@uber.com** October 5, 2018 at 4:25:34 PM UTC

UBER_JCCP_MDL_000456243

What are the dates of your trip?


**jodi.page@uber.com** October 5, 2018 at 4:25:41 PM UTC
I'm doing a OOO calendar


**jodi.page@uber.com** October 5, 2018 at 4:25:59 PM UTC
11-21?


**andrew.hasbun@uber.com** October 5, 2018 at 4:26:07 PM UTC
Yes


**jodi.page@uber.com** October 5, 2018 at 4:51:24 PM UTC
Screen Shot 2018-10-05 at 12.35.43 PM
2018-10-05.png


**jodi.page@uber.com** October 5, 2018 at 4:51:37 PM UTC
N....O.....P.....


**jodi.page@uber.com** October 5, 2018 at 4:52:09 PM UTC
Why you reading gchat?


**andrew.hasbun@uber.com** October 5, 2018 at 6:07:24 PM UTC
Looks good!


**andrew.hasbun@uber.com** October 5, 2018 at 6:07:30 PM UTC
I read cause it keeps beeping me


**andrew.hasbun@uber.com** October 5, 2018 at 6:07:37 PM UTC
Plus emea is a disaster


**andrew.hasbun@uber.com** October 5, 2018 at 8:17:03 PM UTC
Whatca doin??


**jodi.page@uber.com** October 6, 2018 at 11:18:41 AM UTC
Grr...I need GTFO


**jodi.page@uber.com** October 6, 2018 at 11:23:08 AM UTC

Someone just accused me of not doing Press@ on my shift last night. I did it and then went to bed. I didn't ask the next person because frankly I'm over trying to hound the next person - esp at 3 a.m. Also, there was no one who did it on the shift before me so I had to do both. It's because I don't mark "no action needed" I think since we stopped sending the bounce back. I'm also like....whoa...whoa...whoa...I've done it more that you ever have B$#%%

**andrew.hasbun@uber.com** October 6, 2018 at 12:46:01 PM UTC
That is ridiculous. Did they accuse of it directly?

**jodi.page@uber.com** October 6, 2018 at 12:47:19 PM UTC
Yes - I already went back at her and she responded.

**jodi.page@uber.com** October 6, 2018 at 12:47:21 PM UTC
I have no patience.

**jodi.page@uber.com** October 6, 2018 at 12:47:31 PM UTC
Plus we may have a driver in NY that committed suicide

**andrew.hasbun@uber.com** October 6, 2018 at 12:47:32 PM UTC
Who was it?

**jodi.page@uber.com** October 6, 2018 at 12:47:36 PM UTC
And i'm like - I need to get on a fucking plane

**jodi.page@uber.com** October 6, 2018 at 12:47:53 PM UTC
Never talked to B yesterday

**andrew.hasbun@uber.com** October 6, 2018 at 12:47:58 PM UTC
When do you leave?

**jodi.page@uber.com** October 6, 2018 at 12:48:01 PM UTC
today

**jodi.page@uber.com** October 6, 2018 at 12:48:04 PM UTC
I haven't even packed

**jodi.page@uber.com** October 6, 2018 at 12:48:09 PM UTC

CONFIDENTIAL

UBER_JCCP_MDL_000456245

No joke

**andrew.hasbun@uber.com** October 6, 2018 at 12:48:10 PM UTC
Good. Time to go!

**jodi.page@uber.com** October 6, 2018 at 12:48:17 PM UTC
I need to GTFO

**jodi.page@uber.com** October 6, 2018 at 12:48:20 PM UTC
I'm going to blow

**andrew.hasbun@uber.com** October 6, 2018 at 12:48:24 PM UTC
Lol! Really?!? No pack and no B?

**andrew.hasbun@uber.com** October 6, 2018 at 12:48:38 PM UTC
She is off her rocker.

**jodi.page@uber.com** October 6, 2018 at 12:48:44 PM UTC
No B means I have to take more time to provide notes and direction to everyone on all my shit

**andrew.hasbun@uber.com** October 6, 2018 at 12:49:02 PM UTC
I don't know what is up with her. MIA

**jodi.page@uber.com** October 6, 2018 at 12:49:04 PM UTC
I leave at 5 p.m.

**jodi.page@uber.com** October 6, 2018 at 12:49:15 PM UTC
She's obsessed with the op/ed and having a hard time placing it

**andrew.hasbun@uber.com** October 6, 2018 at 12:49:24 PM UTC
You have some time then.

**jodi.page@uber.com** October 6, 2018 at 12:49:27 PM UTC
Yeap

**jodi.page@uber.com** October 6, 2018 at 12:49:35 PM UTC

CONFIDENTIAL

UBER_JCCP_MDL_000456246

I have one more fucking zoom and then I'm packing for rest of day

**jodi.page@uber.com** October 6, 2018 at 12:49:43 PM UTC
Thank God my mom is here

**jodi.page@uber.com** October 6, 2018 at 12:49:51 PM UTC
That's part of the issue - hard to pack with the kids

**jodi.page@uber.com** October 6, 2018 at 12:50:00 PM UTC
 Blake likes to "help" and ends up unpacking evrything I pack

**andrew.hasbun@uber.com** October 6, 2018 at 12:50:08 PM UTC
An op ed about taxonomy of sexual assault why uber is groundbreaking... hmm... sounds super newsworthy and not one sided at all.

**jodi.page@uber.com** October 6, 2018 at 12:50:19 PM UTC
Yah

**andrew.hasbun@uber.com** October 6, 2018 at 12:50:37 PM UTC
Does Blake make you pack all your fancy dresses?

**jodi.page@uber.com** October 6, 2018 at 12:50:41 PM UTC
The Press@ shit PISSED ME OFF

**jodi.page@uber.com** October 6, 2018 at 12:50:51 PM UTC
Yeah - if mama could fit into fancy dresses

**andrew.hasbun@uber.com** October 6, 2018 at 12:51:34 PM UTC
I don't blame you. I got pissed last night too

**andrew.hasbun@uber.com** October 6, 2018 at 12:51:44 PM UTC
4d2ad6da-d803-4ffb-8fd5-3cbf42d69671.jpg

**andrew.hasbun@uber.com** October 6, 2018 at 12:51:48 PM UTC
d3ed8aa4-d420-4461-9868-d2684098fe24.jpg

**andrew.hasbun@uber.com** October 6, 2018 at 12:53:00 PM UTC

UBER_JCCP_MDL_000456247

I have no patience. Daniel and I asked for nicks help earlier this week and he was a wet rag. Of course when sachin asks, he's like "well nobody have me specifics of what they need"

**jodi.page@uber.com** October 6, 2018 at 12:53:44 PM UTC
Yeah - and now he WILL step in

**jodi.page@uber.com** October 6, 2018 at 12:53:52 PM UTC
And just wasted a week's worth of time

**jodi.page@uber.com** October 6, 2018 at 12:53:58 PM UTC
Total STATUS

**jodi.page@uber.com** October 6, 2018 at 12:54:10 PM UTC
Too many STATUS people...not enough relatedness

**andrew.hasbun@uber.com** October 6, 2018 at 12:54:14 PM UTC
Exactly. Did you read the messages with sachin

**jodi.page@uber.com** October 6, 2018 at 12:54:18 PM UTC
yup

**andrew.hasbun@uber.com** October 6, 2018 at 12:54:20 PM UTC
I'm done being me nice guy

**jodi.page@uber.com** October 6, 2018 at 12:54:22 PM UTC
Is he getting it?

**andrew.hasbun@uber.com** October 6, 2018 at 12:54:24 PM UTC
MR

**andrew.hasbun@uber.com** October 6, 2018 at 12:54:28 PM UTC
Yes, he is.

**jodi.page@uber.com** October 6, 2018 at 12:54:32 PM UTC
Throw him UNDER THE BUS

CONFIDENTIAL
UBER_JCCP_MDL_000456248

**andrew.hasbun@uber.com** October 6, 2018 at 12:54:39 PM UTC

I'm making sure he gets it


**jodi.page@uber.com** October 6, 2018 at 12:54:42 PM UTC

Who is MR?


**jodi.page@uber.com** October 6, 2018 at 12:54:54 PM UTC

the emails with Akankshu et al got snippy yesterday


**jodi.page@uber.com** October 6, 2018 at 12:55:26 PM UTC

Grant was pinging me like - oh my god. I'm like - I have no patience for engineers questioning our judgment.


**andrew.hasbun@uber.com** October 6, 2018 at 12:55:33 PM UTC

Mr nice guy.


**andrew.hasbun@uber.com** October 6, 2018 at 12:55:40 PM UTC

Mister nice guy is me :)


**jodi.page@uber.com** October 6, 2018 at 12:55:42 PM UTC

oh


**andrew.hasbun@uber.com** October 6, 2018 at 12:55:53 PM UTC

They did!?


**jodi.page@uber.com** October 6, 2018 at 12:55:59 PM UTC

Yeah - one time fine, two times maybe - after that - light that shit on fire


**jodi.page@uber.com** October 6, 2018 at 12:56:03 PM UTC

YUP


**jodi.page@uber.com** October 6, 2018 at 12:56:19 PM UTC

How are you going to use it? We're concerned with how you are interpreting the data, etc


**andrew.hasbun@uber.com** October 6, 2018 at 12:56:34 PM UTC

No patience


**jodi.page@uber.com** October 6, 2018 at 12:56:48 PM UTC

I was like RAGE RAGE RAGE RAGE

**andrew.hasbun@uber.com** October 6, 2018 at 12:57:28 PM UTC
Um.. let's see. If the guy has multiple complaints about sexual assaults we don't say a word. If he has none, we say "wow this was such a surprise we didn't have any previous feedback like this"

**andrew.hasbun@uber.com** October 6, 2018 at 12:57:51 PM UTC
They just don't get it. We are not a conduit for information. We are a filter

**jodi.page@uber.com** October 6, 2018 at 8:04:19 PM UTC
Mama is getting happy!!!!!!! ᴦᴛᴦᴛ

**jodi.page@uber.com** October 6, 2018 at 8:04:42 PM UTC
Unfortunately I need to work whole flight

**jodi.page@uber.com** October 6, 2018 at 8:04:53 PM UTC
Literally dealing with shit up to last min

**jodi.page@uber.com** October 6, 2018 at 8:06:01 PM UTC

**jodi.page@uber.com** October 6, 2018 at 8:06:11 PM UTC

**jodi.page@uber.com** October 6, 2018 at 8:06:23 PM UTC

**jodi.page@uber.com** October 6, 2018 at 8:06:34 PM UTC

**jodi.page@uber.com** October 6, 2018 at 8:06:49 PM UTC

**jodi.page@uber.com** October 6, 2018 at 8:06:53 PM UTC

**andrew.hasbun@uber.com** October 6, 2018 at 8:06:58 PM UTC

██████████████

**jodi.page@uber.com** October 6, 2018 at 8:07:09 PM UTC

████████████████████████████████████

**jodi.page@uber.com** October 6, 2018 at 8:07:19 PM UTC

██████████████████

**jodi.page@uber.com** October 6, 2018 at 8:07:35 PM UTC

███████████████████████

**andrew.hasbun@uber.com** October 6, 2018 at 8:12:03 PM UTC
Ugh. Mightmare.

**andrew.hasbun@uber.com** October 6, 2018 at 8:12:15 PM UTC
Nightmare. Pass that buck to B