**UBER_JCCP_MDL_000208167**

# Metadata

| | | |
|---|---|---|
| **Account** | andrew.hasbun@uber.com | SEMANTIC |
| **All Custodians** | Hasbun, Andrew;Kawada Page, Jodi;Uber Technologies, Inc. | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Attachment Names** | 2019-10-03.gif; 2019-10-04.jpg | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000208167 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 09/30/2019 1:01 pm | SEMANTIC |
| **Date Modified** | 09/30/2019 1:01 pm | SEMANTIC |
| **DocID** | ACD7onq4UPPmzmILaOy9giBUQHrapuT5vprQGJW8q1ipWP9EHQ4+4M4jIBhnuuqLZQT710/l8gJhdwQaBCQ+8hDlKyDsuGEC5lAuCJmSLCqQ7HMy7AlaXYUWvnevvnOztWWdwqnQUEmBx11ALvB5oTs2ml1W/RIlCttXhZZrafMOQ+l3O9YMsCp+dQqZq9HVGPmW9db2vff6NYuKwNs9HWjH01NZo4R6d8Nihw7VtlX9Par0UrHkBA+u+7U5Uud4bKxFPRFKr/rLgaTuZS1yB7fdAZUY8NNSUjoZ8U0iEp2eH/wHJ/s1/Vl0rZM03gWKaQ+ctDpAmhPRhnahZ8w1pyHBcAQGClfpZ1hUDcuzH3NAsExfVImEFNgCDK8IU3vsvhiAblhXYDMDRYY5Dx/xZNAZUnX8YUFPuqi7caRyGPw3mjg58PyjPv1M/dYH25fW7N56qhTUu41wi94CV49IKvp9C09O7LiXRLm47H+r6sBJDQwTkEs/i1cd3NkoZjoDEgudRifFMHR0oX39FHEr+1rO+umFJZ9Q8S0UBA/bGdafHsx58/PffNoN+Cv9azcAMnuEwCynO7xZnLe4fKdY9mJKQESZPMjS635IKHcnx82F5jDmWqcLR42Zfmw5GZqvCreDrAxa0MJbBM2ucLPekqv/oK5J6nCcb1OAWQJqcMyvelpFyd00f8OHTnpW3r1Ht9JoTFtimHgPCYNtxH+tmVZ6sKThDZ9BxtI7lm0WusVBSzKOUiCPmuR7yLi6gTthgEc0YCg1IaLgEODUGrzcdGYLtxKDErztOZkWvFxwl6s/xKQYkJUTwM4XAuuM1+M/5FPoJbltJVcYdM3mIsLVRXdrfNCMQMqO6P/gY+NFiL0gep0FS6SvFo8= | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000208235 | SEMANTIC |
| **File Size** | 365435 | SEMANTIC |
| **Hash Value** | 3e9fd7e45b465a8d2e15596cde99bee4 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000208167;UBER_JCCP_MDL_000208168;UBER_JCCP_MDL_000208169;UBER_JCCP_MDL_000208170;UBER_JCCP_MDL_000208171;UBER_JCCP_MDL_000208172;UBER_JCCP_MDL_000208173;UBER_JCCP_MDL_000208174;UBER_JCCP_MDL_000208175;UBER_JCCP_MDL_000208176;UBER_JCCP_MDL_000208177;UBER_JCCP_MDL_000208178;UBER_JCCP_MDL_000208179;UBER_JCCP_MDL_000208180;UBER_JCCP_MDL_000208181;UBER_JCCP_MDL_000208182;UBER_JCCP_MDL_000208183;UBER_JCCP_MDL_000208184;UBER_JCCP_MDL_000208185;UBER_JCCP_MDL_000208186;UBER_JCCP_MDL_000208187;UBER_JCCP_MDL_000208188;UBER_JCCP_MDL_000208189;UBER_JCCP_MDL_000208190;UBER_JCCP_MDL_000208191;UBER_JCCP_MDL_000208192;UBER_JCCP_MDL_000208193;UBER_JCCP_MDL_000208194;UBER_JCCP_MDL_000208195;UBER_JCCP_MDL_000208196;UBER_JCCP_MDL_000208197;UBER_JCCP_MDL_000208198;UBER_JCCP_MDL_000208199;UBER_JCCP_MDL_000208200;UBER_JCCP_MDL_000208201;UBER_JCCP_MDL_000208202;UBER_JCCP_MDL_000208203;UBER_JCCP_MDL_000208204;UBER_JCCP_MDL_000208205;UBER_JCCP_MDL_000208206;UBER_JCCP_MDL_000208207;UBER_JCCP_MDL_000208208;UBER_JCCP_MDL_000208209;UBER_JCCP_MDL_000208210;UBER_JCCP_MDL_000208211;UBER_JCCP_MDL_000208212 | SEMANTIC |
| **ILS Document Date** | 09/30/2019 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL288 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.;Kawada Page, Jodi;Hasbun, Andrew | SEMANTIC |
| **Primary Date** | 09/30/2019 1:01 pm | DOC_TYPE_ALIAS |
| **Production Volume** | UBER025;JCCP_MDL224;JCCP_MDL288; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 09/30/2019 1:01 pm | SEMANTIC |

Trial Exhibit No.
**P-00075_slip**

Message

**From**: jodi.page@uber.com [jodi.page@uber.com]
**Sent**: 9/30/2019 1:01:48 PM
**To**: jodi.page@uber.com; andrew.hasbun@uber.com
**Subject**: tLIYJAAAAAE-MBI-FLAT:2019-09-29T18:01:48.079535
**Attachments**: 2019-10-03.gif; 2019-10-04.jpg

**jodi.page@uber.com** September 30, 2019 at 1:01:48 PM UTC
Welp...

**jodi.page@uber.com** September 30, 2019 at 1:01:50 PM UTC
https://www.usatoday.com/story/tech/2019/09/30/uber-may-testing-tool-lets-you-report-audio-your-driver/3817266002/
https://www.usatoday.com/story/tech/2019/09/30/uber-may-testing-tool-lets-you-report-audio-your-driver/3817266002/

**jodi.page@uber.com** September 30, 2019 at 1:36:47 PM UTC
She reverse eng hacked our app. We're not even testing this yet. Sachin is looking into it. I guess we can get a read on sentiment.

**jodi.page@uber.com** September 30, 2019 at 1:37:26 PM UTC
I flagged to Sachin, Gus, Matt, Chels. Ofc - the only one that responded at crack of dawn PT? Sachin...lol.

**jodi.page@uber.com** September 30, 2019 at 1:37:36 PM UTC
We have no media inbound...

**jodi.page@uber.com** September 30, 2019 at 1:37:39 PM UTC
strange

**andrew.hasbun@uber.com** September 30, 2019 at 1:40:52 PM UTC
Unreal

**andrew.hasbun@uber.com** September 30, 2019 at 1:41:04 PM UTC
It’s going to blow up.

**andrew.hasbun@uber.com** September 30, 2019 at 1:41:07 PM UTC
This sucks

**jodi.page@uber.com** September 30, 2019 at 1:41:26 PM UTC
It's already been covered by USA Today, Fast Company, Yahoo, Engadget

Trial Exhibit No.
P-00075

**andrew.hasbun@uber.com** September 30, 2019 at 1:44:27 PM UTC
None of them reached out?

**andrew.hasbun@uber.com** September 30, 2019 at 1:50:26 PM UTC
Why would we make that at all discoverable!!?

**jodi.page@uber.com** September 30, 2019 at 1:50:43 PM UTC
She leaked Pin too

**jodi.page@uber.com** September 30, 2019 at 1:50:53 PM UTC
But it didn't run in mainstream

**jodi.page@uber.com** September 30, 2019 at 1:51:05 PM UTC
so it didn't go anywhere

**jodi.page@uber.com** September 30, 2019 at 1:51:13 PM UTC
Not sure

**andrew.hasbun@uber.com** September 30, 2019 at 1:51:15 PM UTC
How is she finding them? If it's that easy to find then we should do something about it

**jodi.page@uber.com** September 30, 2019 at 1:51:20 PM UTC
yup

**jodi.page@uber.com** September 30, 2019 at 1:51:25 PM UTC
he's l ooking into it

**jodi.page@uber.com** September 30, 2019 at 1:51:32 PM UTC
I thought we w ere already testing

**jodi.page@uber.com** September 30, 2019 at 1:51:37 PM UTC
somewhere in brazil

**andrew.hasbun@uber.com** September 30, 2019 at 1:51:40 PM UTC
Not in US

**jodi.page@uber.com** September 30, 2019 at 1:51:41 PM UTC

But I guess we're not

**jodi.page@uber.com** September 30, 2019 at 1:51:43 PM UTC
at all

**andrew.hasbun@uber.com** September 30, 2019 at 1:51:43 PM UTC
In Brazil

**jodi.page@uber.com** September 30, 2019 at 1:51:54 PM UTC
We're not testing there either he said

**jodi.page@uber.com** September 30, 2019 at 1:51:57 PM UTC
Total hack

**jodi.page@uber.com** September 30, 2019 at 1:52:02 PM UTC
on the beta app?

**andrew.hasbun@uber.com** September 30, 2019 at 1:52:05 PM UTC
Somewhere in Latam we are susposier to be testing by end of month

**andrew.hasbun@uber.com** September 30, 2019 at 1:52:13 PM UTC
*supposed

**jodi.page@uber.com** September 30, 2019 at 1:52:25 PM UTC
She also found the instagram Likes thing - this is her niche

**andrew.hasbun@uber.com** September 30, 2019 at 1:52:40 PM UTC
I hate her

**jodi.page@uber.com** September 30, 2019 at 1:52:45 PM UTC
haha

**jodi.page@uber.com** September 30, 2019 at 1:52:58 PM UTC
Lyft will prob launch audio recordings next week now

**andrew.hasbun@uber.com** September 30, 2019 at 1:53:02 PM UTC

Yup

**andrew.hasbun@uber.com** September 30, 2019 at 1:53:05 PM UTC
Now we have to rush

**andrew.hasbun@uber.com** September 30, 2019 at 1:54:02 PM UTC
And... npr is asking

**andrew.hasbun@uber.com** September 30, 2019 at 1:54:05 PM UTC
Here we go

**jodi.page@uber.com** September 30, 2019 at 1:54:51 PM UTC
At least people know we're first 😁

**jodi.page@uber.com** September 30, 2019 at 1:55:19 PM UTC
Im dying - my nanny called in ands aid s he can'tbe here this morning

**andrew.hasbun@uber.com** September 30, 2019 at 1:55:31 PM UTC
Oh boy.

**andrew.hasbun@uber.com** September 30, 2019 at 1:55:39 PM UTC
Mama gonna be crazy

**jodi.page@uber.com** September 30, 2019 at 1:55:46 PM UTC
blake has been like a marsupial baby

**jodi.page@uber.com** September 30, 2019 at 1:55:52 PM UTC
hanging on my body

**andrew.hasbun@uber.com** September 30, 2019 at 1:56:05 PM UTC
Cause she knows you've been gone and your mind is lost

**andrew.hasbun@uber.com** September 30, 2019 at 1:56:14 PM UTC
She san sense it

**andrew.hasbun@uber.com** September 30, 2019 at 1:56:23 PM UTC

She wants her mama back

**jodi.page@uber.com** September 30, 2019 at 1:56:27 PM UTC
yep

**andrew.hasbun@uber.com** September 30, 2019 at 1:57:33 PM UTC
What's our plan for audio? Do we have one?

**jodi.page@uber.com** September 30, 2019 at 2:00:48 PM UTC
uh...no

**andrew.hasbun@uber.com** September 30, 2019 at 2:00:56 PM UTC
Haha

**jodi.page@uber.com** September 30, 2019 at 2:00:57 PM UTC
We probably need to come up with a response

**andrew.hasbun@uber.com** September 30, 2019 at 2:01:16 PM UTC
Or just not respond

**jodi.page@uber.com** September 30, 2019 at 2:01:25 PM UTC
Prefer not to respond unless we have to

**jodi.page@uber.com** September 30, 2019 at 2:01:34 PM UTC
but we'll have to see how things go

**andrew.hasbun@uber.com** September 30, 2019 at 2:01:39 PM UTC
Agree

**andrew.hasbun@uber.com** September 30, 2019 at 2:01:40 PM UTC
Ugh

**jodi.page@uber.com** September 30, 2019 at 2:02:05 PM UTC
I mean Didi does it so it's not like it's a brand new concept

**jodi.page@uber.com** September 30, 2019 at 2:04:00 PM UTC

ugh - ofc NPR just inquied

**andrew.hasbun@uber.com** September 30, 2019 at 2:04:07 PM UTC
I saw

**jodi.page@uber.com** September 30, 2019 at 2:06:01 PM UTC
You want me to get it?

**jodi.page@uber.com** September 30, 2019 at 2:06:03 PM UTC
lol

**andrew.hasbun@uber.com** September 30, 2019 at 2:06:25 PM UTC
I can get it. Do you want to get it?

**andrew.hasbun@uber.com** September 30, 2019 at 2:06:46 PM UTC
It was supposed to be my baby but it's all ruined now

**jodi.page@uber.com** September 30, 2019 at 2:06:51 PM UTC
I don't care - why don't you get it

**jodi.page@uber.com** September 30, 2019 at 2:06:57 PM UTC
it's not ruined

**andrew.hasbun@uber.com** September 30, 2019 at 2:07:02 PM UTC
Ruined

**jodi.page@uber.com** September 30, 2019 at 2:07:07 PM UTC
stop

**andrew.hasbun@uber.com** September 30, 2019 at 2:07:11 PM UTC
Not a surprise anymore.

**andrew.hasbun@uber.com** September 30, 2019 at 2:07:25 PM UTC
Why do the product people do this to us

**jodi.page@uber.com** September 30, 2019 at 2:07:46 PM UTC

I put thisdiscovery channel show on for Blake and she has asked me more questions than sachin and tony west combined

**andrew.hasbun@uber.com** September 30, 2019 at 2:07:46 PM UTC
Got it

**andrew.hasbun@uber.com** September 30, 2019 at 2:07:48 PM UTC
Ugh

**andrew.hasbun@uber.com** September 30, 2019 at 2:07:54 PM UTC
Hahah

**andrew.hasbun@uber.com** September 30, 2019 at 2:08:07 PM UTC
She wants her mommy back

**jodi.page@uber.com** September 30, 2019 at 2:08:45 PM UTC
She glares at my laptop like it's a mean girl

**jodi.page@uber.com** September 30, 2019 at 2:11:24 PM UTC
The only joy should be that legal will have a heart attack and suspect that we leaked it on purpose even though that makes zero sense

**jodi.page@uber.com** September 30, 2019 at 2:34:31 PM UTC
Shared start of a comms doc with you

**jodi.page@uber.com** September 30, 2019 at 2:34:46 PM UTC
https://docs.google.com/document/d/1_U6ebME7OifZLECNYC1pYjzlwUir5iDl9dq9ukkzE-s/edit?usp=sharing
https://docs.google.com/document/d/1_U6ebME7OifZLECNYC1pYjzlwUir5iDl9dq9ukkzE-s/edit?usp=sharing
https://drive.google.com/open?id=1_U6ebME7OifZLECNYC1pYjzlwUir5iDl9dq9ukkzE-s

**andrew.hasbun@uber.com** September 30, 2019 at 3:02:42 PM UTC
Thanks

**jodi.page@uber.com** September 30, 2019 at 3:46:20 PM UTC
Sorry - I thought you weren't on yet

**jodi.page@uber.com** September 30, 2019 at 3:46:29 PM UTC

I jumped on late and kayla asked me

**jodi.page@uber.com** September 30, 2019 at 3:46:36 PM UTC
So Iw as kind of flying blind

**andrew.hasbun@uber.com** September 30, 2019 at 3:46:43 PM UTC
why are you apologizing?

**jodi.page@uber.com** September 30, 2019 at 3:46:51 PM UTC
Because yous hould h ave given update

**andrew.hasbun@uber.com** September 30, 2019 at 3:46:51 PM UTC
you think I care? I am retired

**andrew.hasbun@uber.com** September 30, 2019 at 3:46:58 PM UTC
status stop

**andrew.hasbun@uber.com** September 30, 2019 at 3:47:02 PM UTC
i don't care

**andrew.hasbun@uber.com** September 30, 2019 at 3:47:13 PM UTC
I want gus to not say a fukcing word

**jodi.page@uber.com** September 30, 2019 at 4:23:55 PM UTC
This is my fav comment in the email stream

**jodi.page@uber.com** September 30, 2019 at 4:23:59 PM UTC
Reverse engineering like this allows our competition to get a sneak peak, and also may make it harder for us to maintain our IP.

**jodi.page@uber.com** September 30, 2019 at 4:24:02 PM UTC
Really?

**andrew.hasbun@uber.com** September 30, 2019 at 4:24:10 PM UTC
duh

**jodi.page@uber.com** September 30, 2019 at 4:24:15 PM UTC
Thanks for the input

**andrew.hasbun@uber.com** September 30, 2019 at 4:24:27 PM UTC
i am so done with all of them

**andrew.hasbun@uber.com** September 30, 2019 at 4:24:32 PM UTC
was a I bitch to Gus?

**andrew.hasbun@uber.com** September 30, 2019 at 4:24:45 PM UTC
I kind of snapped.

**andrew.hasbun@uber.com** September 30, 2019 at 6:16:34 PM UTC
what are you doing?

**jodi.page@uber.com** September 30, 2019 at 6:16:50 PM UTC
i'm on  call with consultant

**andrew.hasbun@uber.com** September 30, 2019 at 6:17:04 PM UTC
ugh.

**jodi.page@uber.com** September 30, 2019 at 6:17:14 PM UTC
He's fascinating

**jodi.page@uber.com** September 30, 2019 at 6:17:17 PM UTC
I'm loving  this c all

**andrew.hasbun@uber.com** September 30, 2019 at 6:17:17 PM UTC
Can you take a look at my response to the USC LA numbers thing?

**jodi.page@uber.com** September 30, 2019 at 6:17:34 PM UTC
yes

**andrew.hasbun@uber.com** September 30, 2019 at 6:17:38 PM UTC
I am push back on her pretty hard but I know I am going to get screwed and this is going to blow up in my face.

**andrew.hasbun@uber.com** September 30, 2019 at 6:17:44 PM UTC

I am burying her.

**andrew.hasbun@uber.com** September 30, 2019 at 8:57:27 PM UTC
Why aren't you answering???

**jodi.page@uber.com** September 30, 2019 at 9:24:35 PM UTC
your doc looks good - when is her dline?

**jodi.page@uber.com** September 30, 2019 at 9:24:44 PM UTC
Can i share the info with the T report team?

**jodi.page@uber.com** September 30, 2019 at 9:24:51 PM UTC
Need to have Gus look at it

**andrew.hasbun@uber.com** September 30, 2019 at 9:25:23 PM UTC
I am talking to her today

**andrew.hasbun@uber.com** September 30, 2019 at 9:25:29 PM UTC
I haven't shared with legal yet

**andrew.hasbun@uber.com** September 30, 2019 at 9:25:34 PM UTC
I need to get scott to look at

**jodi.page@uber.com** September 30, 2019 at 9:25:54 PM UTC
Can share with Jen H, Gus, Steffi?

**andrew.hasbun@uber.com** September 30, 2019 at 9:27:09 PM UTC
Let

**andrew.hasbun@uber.com** September 30, 2019 at 9:27:16 PM UTC
Let me email scott first

**andrew.hasbun@uber.com** September 30, 2019 at 9:27:21 PM UTC
then share

**jodi.page@uber.com** September 30, 2019 at 9:27:31 PM UTC

ok

**andrew.hasbun@uber.com** September 30, 2019 at 9:27:36 PM UTC
I need to talk to you

**jodi.page@uber.com** September 30, 2019 at 9:27:37 PM UTC
he'll prob throw it to Jen

**jodi.page@uber.com** September 30, 2019 at 9:27:40 PM UTC
I just called you

**andrew.hasbun@uber.com** September 30, 2019 at 9:27:42 PM UTC
Just got a call from USA =Today

**jodi.page@uber.com** September 30, 2019 at 9:27:44 PM UTC
I have preso in 15 min

**jodi.page@uber.com** September 30, 2019 at 9:27:46 PM UTC
about what?

**andrew.hasbun@uber.com** September 30, 2019 at 9:27:46 PM UTC
and I called you right back

**andrew.hasbun@uber.com** September 30, 2019 at 9:27:50 PM UTC
Call me after

**andrew.hasbun@uber.com** September 30, 2019 at 9:27:58 PM UTC
A story on a grand scale of bad

**andrew.hasbun@uber.com** September 30, 2019 at 9:28:03 PM UTC
like really bad

**andrew.hasbun@uber.com** September 30, 2019 at 9:28:10 PM UTC
it is the same reporter who did the lyft story

**andrew.hasbun@uber.com** September 30, 2019 at 11:08:28 PM UTC

That jason dude showed up 7 minutes late.

**jodi.page@uber.com** September 30, 2019 at 11:32:59 PM UTC
I just got off the other preso

**jodi.page@uber.com** September 30, 2019 at 11:33:25 PM UTC
Leaving office now

**jodi.page@uber.com** September 30, 2019 at 11:33:39 PM UTC
I want live texting about call

**jodi.page@uber.com** September 30, 2019 at 11:35:27 PM UTC
Moving to text

**andrew.hasbun@uber.com** October 1, 2019 at 12:46:06 AM UTC
Hello

**jodi.page@uber.com** October 1, 2019 at 12:46:22 AM UTC
Call me

**andrew.hasbun@uber.com** October 1, 2019 at 12:46:25 AM UTC
You gchat but you ain't answering

**andrew.hasbun@uber.com** October 1, 2019 at 4:18:35 AM UTC
https://www.ftvlive.com/sqsp-test/2016/12/6/the-firm-makes-taking-time-off-difficult
https://www.ftvlive.com/sqsp-test/2016/12/6/the-firm-makes-taking-time-off-difficult

**jodi.page@uber.com** October 1, 2019 at 3:02:35 PM UTC
https://www.androidcentral.com/google-will-roll-out-car-crash-detection-pixel-smartphones-soon
https://www.androidcentral.com/google-will-roll-out-car-crash-detection-pixel-smartphones-soon

**andrew.hasbun@uber.com** October 1, 2019 at 5:58:56 PM UTC
so who should do on-trip reporting

**andrew.hasbun@uber.com** October 1, 2019 at 5:58:57 PM UTC
?

**andrew.hasbun@uber.com** October 1, 2019 at 5:59:02 PM UTC
I think Carly

**andrew.hasbun@uber.com** October 1, 2019 at 5:59:17 PM UTC
That what we were going to discuss when the call dropped.

**jodi.page@uber.com** October 1, 2019 at 6:18:29 PM UTC
yeah

**andrew.hasbun@uber.com** October 1, 2019 at 6:18:54 PM UTC
You want to tell her or should i?

**jodi.page@uber.com** October 1, 2019 at 6:18:58 PM UTC
Not yet

**jodi.page@uber.com** October 1, 2019 at 6:19:02 PM UTC
let's chat

**andrew.hasbun@uber.com** October 1, 2019 at 6:19:07 PM UTC
Ok.

**jodi.page@uber.com** October 1, 2019 at 6:19:12 PM UTC
Do you know  timing on everything?

**andrew.hasbun@uber.com** October 1, 2019 at 6:44:51 PM UTC
for the most part

**andrew.hasbun@uber.com** October 1, 2019 at 6:45:27 PM UTC
On trip will start mid october.

**andrew.hasbun@uber.com** October 1, 2019 at 6:45:30 PM UTC
at 50%

**andrew.hasbun@uber.com** October 1, 2019 at 9:16:20 PM UTC
you'll find crying in the hallway

**andrew.hasbun@uber.com** October 1, 2019 at 9:16:32 PM UTC

REDACTED - PRIVILEGED CLAWBACK

**andrew.hasbun@uber.com** October 1, 2019 at 9:16:54 PM UTC
REDACTED - PRIVILEGED CLAWBACK

**jodi.page@uber.com** October 1, 2019 at 9:28:36 PM UTC
Do you have a comms doc

**andrew.hasbun@uber.com** October 1, 2019 at 9:28:56 PM UTC
I am working on it now

**andrew.hasbun@uber.com** October 1, 2019 at 9:29:05 PM UTC
and I don't want everyone's opinion on this

**andrew.hasbun@uber.com** October 1, 2019 at 9:29:15 PM UTC
T thinks RAINN won't be happy

**andrew.hasbun@uber.com** October 1, 2019 at 9:29:21 PM UTC
REDACTED - PRIVILEGED CLAWBACK

**andrew.hasbun@uber.com** October 1, 2019 at 9:29:29 PM UTC
USA Today Thinks we are sleazy

**andrew.hasbun@uber.com** October 1, 2019 at 9:29:47 PM UTC
The email from USA Today is horrible and we are fucked.

**jodi.page@uber.com** October 1, 2019 at 9:31:43 PM UTC
CANT HEAR YOU

**andrew.hasbun@uber.com** October 1, 2019 at 9:31:54 PM UTC
i think it is your phone

**andrew.hasbun@uber.com** October 1, 2019 at 9:31:59 PM UTC
I can hear you just fine

**andrew.hasbun@uber.com** October 1, 2019 at 9:32:08 PM UTC

and I just called

**andrew.hasbun@uber.com** October 1, 2019 at 9:32:10 PM UTC
no answer

**andrew.hasbun@uber.com** October 1, 2019 at 10:31:16 PM UTC
on the phonne

**andrew.hasbun@uber.com** October 1, 2019 at 10:31:19 PM UTC
wil call you back

**andrew.hasbun@uber.com** October 1, 2019 at 10:31:24 PM UTC
with claire

**jodi.page@uber.com** October 1, 2019 at 10:31:35 PM UTC
Where are you???

**jodi.page@uber.com** October 1, 2019 at 11:02:03 PM UTC
Can you send me zoom for call with Matt? Also include chelse

**andrew.hasbun@uber.com** October 1, 2019 at 11:02:10 PM UTC
just phone

**andrew.hasbun@uber.com** October 1, 2019 at 11:05:25 PM UTC
te merge isn't wokrin

**andrew.hasbun@uber.com** October 1, 2019 at 11:05:31 PM UTC
matt is going to call you

**andrew.hasbun@uber.com** October 1, 2019 at 11:38:30 PM UTC
Katie says she "is furious"

**andrew.hasbun@uber.com** October 1, 2019 at 11:38:40 PM UTC
She is pissed at me or us I have no idea

**jodi.page@uber.com** October 1, 2019 at 11:41:20 PM UTC

What?

**jodi.page@uber.com** October 1, 2019 at 11:41:24 PM UTC
Wtf

**jodi.page@uber.com** October 1, 2019 at 11:41:30 PM UTC
Why is she pissed at us

**andrew.hasbun@uber.com** October 1, 2019 at 11:41:43 PM UTC
just briefed matt. he may be giving you a call thats fine i am furious about the whole situation? ill take it up with matt what's up?

**andrew.hasbun@uber.com** October 1, 2019 at 11:41:49 PM UTC
I just tried calling her too

**jodi.page@uber.com** October 2, 2019 at 12:12:40 AM UTC
**REDACTED - PRIVILEGED CLAWBACK**

**jodi.page@uber.com** October 2, 2019 at 12:12:46 AM UTC
Good to know

**andrew.hasbun@uber.com** October 2, 2019 at 1:00:32 AM UTC
I AM GOING TO SMASH YOUR PHONE

**andrew.hasbun@uber.com** October 2, 2019 at 1:32:06 AM UTC
Hey Tricia, I am trying to figure who the best person may be to talk to you. But we need to understand the full facts before we commit an executive to an interview. I understand confidentiality is important. We are simply trying to figure what happened in this process. These are crucial facts that we need to know. I can't commit someone to you tonight. Can you share the names of the women so we can look into this? Also, what exactly is the timeline for publishing this story? Also, as I am sure you aware, these are sensitive situations and every case is different which is why it is so important for us to have the proper context. We can't appropriately respond with all the facts. Thanks for understanding.

**andrew.hasbun@uber.com** October 2, 2019 at 1:44:11 PM UTC
Papa’s got the names!!

**jodi.page@uber.com** October 2, 2019 at 1:44:32 PM UTC
Mama's coming to Phil Collins!

**jodi.page@uber.com** October 2, 2019 at 1:45:48 PM UTC
All decent hotels are sold out

**jodi.page@uber.com** October 2, 2019 at 1:45:49 PM UTC
wtf

**andrew.hasbun@uber.com** October 2, 2019 at 1:46:21 PM UTC
really??

**jodi.page@uber.com** October 2, 2019 at 1:46:26 PM UTC
yah

**jodi.page@uber.com** October 2, 2019 at 1:48:52 PM UTC
How is the Camby?

**jodi.page@uber.com** October 2, 2019 at 1:49:01 PM UTC
Or Courtyard Marriott Camelback?

**andrew.hasbun@uber.com** October 2, 2019 at 1:49:16 PM UTC
Canny used to be ritz

**andrew.hasbun@uber.com** October 2, 2019 at 1:49:18 PM UTC
Can you

**andrew.hasbun@uber.com** October 2, 2019 at 1:49:27 PM UTC
Camby

**andrew.hasbun@uber.com** October 2, 2019 at 1:49:44 PM UTC
My parents stayed there. Nice and across from mall. You'll like. Great walking

**andrew.hasbun@uber.com** October 2, 2019 at 1:49:57 PM UTC
Courtyard is fine but camby is better

**jodi.page@uber.com** October 2, 2019 at 1:50:13 PM UTC
Camby is cheaper!

**andrew.hasbun@uber.com** October 2, 2019 at 1:51:16 PM UTC

It is nice

**jodi.page@uber.com** October 2, 2019 at 1:51:17 PM UTC
What about Homewood suites, Doubletree or Embassy Suites?

**andrew.hasbun@uber.com** October 2, 2019 at 1:51:19 PM UTC
and closer to me

**andrew.hasbun@uber.com** October 2, 2019 at 1:51:28 PM UTC
No, do the camby. you will like.

**andrew.hasbun@uber.com** October 2, 2019 at 1:51:48 PM UTC
embassy suites is right next to the mall. It is nice, but camby still nice.

**andrew.hasbun@uber.com** October 2, 2019 at 1:52:15 PM UTC
starbucks across the street, saks fifth avenue, pottery barn, jcrew, etc.

**jodi.page@uber.com** October 2, 2019 at 1:52:40 PM UTC
from Camby or Embassy?

**andrew.hasbun@uber.com** October 2, 2019 at 1:55:02 PM UTC
camby

**andrew.hasbun@uber.com** October 2, 2019 at 1:55:17 PM UTC
and embassy. They are both right next to the mall but camby is nicer

**andrew.hasbun@uber.com** October 2, 2019 at 1:55:38 PM UTC
camby is more your style mama, i know you.

**andrew.hasbun@uber.com** October 2, 2019 at 1:55:42 PM UTC
plus you get marriot points.

**jodi.page@uber.com** October 2, 2019 at 1:59:15 PM UTC
K

**jodi.page@uber.com** October 2, 2019 at 2:03:21 PM UTC

I'm booked!

**jodi.page@uber.com** October 2, 2019 at 2:03:34 PM UTC
gonna have to pay my nanny out the wazoo

**jodi.page@uber.com** October 2, 2019 at 2:03:41 PM UTC
But it's ok

**jodi.page@uber.com** October 2, 2019 at 2:04:25 PM UTC
You see my email re: the ad agency?

**jodi.page@uber.com** October 2, 2019 at 2:04:37 PM UTC
I have to go to Blake's school picnic.

**jodi.page@uber.com** October 2, 2019 at 2:04:45 PM UTC
I missed it last year and she's been talking about it for weeks

**jodi.page@uber.com** October 2, 2019 at 2:05:11 PM UTC
Navideh handled KTLA

**jodi.page@uber.com** October 2, 2019 at 2:05:14 PM UTC
not our driver

**andrew.hasbun@uber.com** October 2, 2019 at 2:07:19 PM UTC
Good

**andrew.hasbun@uber.com** October 2, 2019 at 2:07:26 PM UTC
Good on all of the above

**andrew.hasbun@uber.com** October 2, 2019 at 2:07:35 PM UTC
Phil collins and Phoenix will be worth it

**andrew.hasbun@uber.com** October 2, 2019 at 2:07:45 PM UTC
Navideh needs to get dumped on

**andrew.hasbun@uber.com** October 2, 2019 at 2:07:48 PM UTC

It'll come

**jodi.page@uber.com** October 2, 2019 at 2:07:51 PM UTC
yep

**jodi.page@uber.com** October 2, 2019 at 2:08:02 PM UTC
phil collins will be fun

**jodi.page@uber.com** October 2, 2019 at 2:08:10 PM UTC
and hanging with you and T!

**andrew.hasbun@uber.com** October 2, 2019 at 2:08:19 PM UTC
I'm going to in a hole all day today

**andrew.hasbun@uber.com** October 2, 2019 at 2:08:23 PM UTC
The USA Today hole

**andrew.hasbun@uber.com** October 2, 2019 at 2:08:44 PM UTC
They want an answer on an interview by 10am PT today

**andrew.hasbun@uber.com** October 2, 2019 at 2:08:49 PM UTC
🙂🙂🙂🙂

**andrew.hasbun@uber.com** October 2, 2019 at 2:08:52 PM UTC
□□□□

**andrew.hasbun@uber.com** October 2, 2019 at 2:09:04 PM UTC
😂😂😂😂

**jodi.page@uber.com** October 2, 2019 at 2:09:07 PM UTC
haha

**jodi.page@uber.com** October 2, 2019 at 2:09:15 PM UTC
I hate this shit

**andrew.hasbun@uber.com** October 2, 2019 at 2:09:16 PM UTC

Not gonna happen

**jodi.page@uber.com** October 2, 2019 at 2:09:18 PM UTC
so stressful

**jodi.page@uber.com** October 2, 2019 at 2:09:23 PM UTC
no TW?

**jodi.page@uber.com** October 2, 2019 at 2:09:35 PM UTC
This is statement ands hip

**jodi.page@uber.com** October 2, 2019 at 2:09:37 PM UTC
ship

**andrew.hasbun@uber.com** October 2, 2019 at 3:28:20 PM UTC
https://docs.google.com/document/d/1Ussd3O6HdDqAOtqovQmf-4RIMSmYmwmAl5ZGKMsgoOw/edit
https://docs.google.com/document/d/1Ussd3O6HdDqAOtqovQmf-4RIMSmYmwmAl5ZGKMsgoOw/edit
https://drive.google.com/open?id=1Ussd3O6HdDqAOtqovQmf-4RIMSmYmwmAl5ZGKMsgoOw

**jodi.page@uber.com** October 2, 2019 at 3:29:14 PM UTC
This is the LAPD crime data doc

**andrew.hasbun@uber.com** October 2, 2019 at 3:45:41 PM UTC
Haha

**andrew.hasbun@uber.com** October 2, 2019 at 3:45:43 PM UTC
I'm loosing it

**andrew.hasbun@uber.com** October 2, 2019 at 3:48:14 PM UTC
https://docs.google.com/document/d/1a9hHgcryPN94sGEYcgYzUKYD7cvWu1imNlQEoJsVJUE/edit
https://docs.google.com/document/d/1a9hHgcryPN94sGEYcgYzUKYD7cvWu1imNlQEoJsVJUE/edit
https://drive.google.com/open?id=1a9hHgcryPN94sGEYcgYzUKYD7cvWu1imNlQEoJsVJUE

**andrew.hasbun@uber.com** October 2, 2019 at 4:36:20 PM UTC
jill stracko has a boyfriend

**andrew.hasbun@uber.com** October 2, 2019 at 5:08:46 PM UTC
you buys?

**andrew.hasbun@uber.com** October 2, 2019 at 5:08:48 PM UTC
busy?

**jodi.page@uber.com** October 2, 2019 at 8:37:30 PM UTC
are you coming on call?

**andrew.hasbun@uber.com** October 3, 2019 at 2:33:45 AM UTC
My docs stay locked. There's a method to G's madness

**andrew.hasbun@uber.com** October 3, 2019 at 2:33:53 AM UTC
B

**andrew.hasbun@uber.com** October 3, 2019 at 1:41:22 PM UTC
Can you send me the Washington post response? Need to send to Allison turkis

**jodi.page@uber.com** October 3, 2019 at 2:37:48 PM UTC
It's all in the comms doc - do you want me to do a specialized response to particular things she had issues with?

**jodi.page@uber.com** October 3, 2019 at 2:37:50 PM UTC
https://docs.google.com/document/d/1OfVQdy48kemJkvETbGk_YuyUUzUSa51V7FonQl1-_A0/edit?usp=sharing
https://docs.google.com/document/d/1OfVQdy48kemJkvETbGk_YuyUUzUSa51V7FonQl1-_A0/edit?usp=sharing
https://drive.google.com/open?id=1OfVQdy48kemJkvETbGk_YuyUUzUSa51V7FonQl1-_A0

**jodi.page@uber.com** October 3, 2019 at 2:37:54 PM UTC
I can

**andrew.hasbun@uber.com** October 3, 2019 at 2:38:45 PM UTC
Are the issues in Neil's notes?

**jodi.page@uber.com** October 3, 2019 at 2:39:00 PM UTC
i'll look

**andrew.hasbun@uber.com** October 3, 2019 at 2:39:02 PM UTC
I can't remember cause she has SO MANY issues with everything

**andrew.hasbun@uber.com** October 3, 2019 at 2:39:25 PM UTC
She had list of grievances and that was one of them

**jodi.page@uber.com** October 3, 2019 at 2:42:54 PM UTC
I just got a little snippy with N

**andrew.hasbun@uber.com** October 3, 2019 at 2:43:04 PM UTC
Neil?

**andrew.hasbun@uber.com** October 3, 2019 at 2:43:10 PM UTC
Navideh

**jodi.page@uber.com** October 3, 2019 at 2:43:11 PM UTC
She didn't run the recap email by me to FL team nor cc: me - which I asked her to do

**andrew.hasbun@uber.com** October 3, 2019 at 2:43:25 PM UTC
She didn't?

**jodi.page@uber.com** October 3, 2019 at 2:43:28 PM UTC
I"m trying to work with her to show her how to position things.

**jodi.page@uber.com** October 3, 2019 at 2:43:41 PM UTC
No and she also left Kasra off just because she couldn't find him in the system.

**jodi.page@uber.com** October 3, 2019 at 2:43:49 PM UTC
Like why send it if it's not complete?

**jodi.page@uber.com** October 3, 2019 at 2:43:55 PM UTC
It's ok - I addressed it

**jodi.page@uber.com** October 3, 2019 at 2:44:14 PM UTC
Honestly - that team is probably like WTF and who is thisperson

**jodi.page@uber.com** October 3, 2019 at 2:44:16 PM UTC
lol

**jodi.page@uber.com** October 3, 2019 at 2:44:44 PM UTC
I actually wanted to give props for getting out out of t he headline - butI can't if I"m not cc:ed

**andrew.hasbun@uber.com** October 3, 2019 at 2:45:03 PM UTC

She’s struggling with the whole “who needs to know “ stuff

**andrew.hasbun@uber.com** October 3, 2019 at 2:45:32 PM UTC
girl came from a place where only person needs to know... the sheriff

**jodi.page@uber.com** October 3, 2019 at 2:45:34 PM UTC
I get it but that's why I need to see it - it's how you learn

**jodi.page@uber.com** October 3, 2019 at 2:45:39 PM UTC
It's the same as I did with Susan

**andrew.hasbun@uber.com** October 3, 2019 at 2:45:40 PM UTC
Agree

**jodi.page@uber.com** October 3, 2019 at 2:45:44 PM UTC
East is more high maintenance

**andrew.hasbun@uber.com** October 3, 2019 at 2:45:51 PM UTC
Did you ask her to share with you?

**jodi.page@uber.com** October 3, 2019 at 2:45:54 PM UTC
yes

**jodi.page@uber.com** October 3, 2019 at 2:46:01 PM UTC
and asked her too cc: me on the final

**jodi.page@uber.com** October 3, 2019 at 2:46:05 PM UTC
neither happened

**jodi.page@uber.com** October 3, 2019 at 2:46:18 PM UTC
It's fine - it's not the end of the wrold because it ended up not really being us

**jodi.page@uber.com** October 3, 2019 at 2:46:24 PM UTC
Just need to s low down and listen

**andrew.hasbun@uber.com** October 3, 2019 at 2:48:03 PM UTC

Yup.

**andrew.hasbun@uber.com** October 3, 2019 at 2:48:35 PM UTC
Mama's got to do her duty. Crack that whip

**jodi.page@uber.com** October 3, 2019 at 2:56:48 PM UTC
has USAT given you a deadline for responses?

**jodi.page@uber.com** October 3, 2019 at 2:58:07 PM UTC
Better that Uber Works leaked and Copter is today

**jodi.page@uber.com** October 3, 2019 at 2:58:13 PM UTC
Because tomorrow is going to be brutal

**andrew.hasbun@uber.com** October 3, 2019 at 3:04:05 PM UTC
Why you ignoring me?

**andrew.hasbun@uber.com** October 3, 2019 at 3:04:15 PM UTC
BRUTAL

**andrew.hasbun@uber.com** October 3, 2019 at 3:17:49 PM UTC
*It is not Crawford & Company's protocol to make in-person visits for these types of claims. We have spoken to all Crawford employees involved in this claim and have confirmed that no one from our company ever made an in person visit to the victim and claimant, nor did Crawford & Company dispatch any third party to meet with the victim and claimant.*

**andrew.hasbun@uber.com** October 3, 2019 at 6:13:25 PM UTC
Tracey, Katie are all good with the comment about support: Over the past several months, we have been exploring ways, and are close to implementing, an advocate-led system to offer trauma informed support for the immediate needs of sexual assault survivors.

**andrew.hasbun@uber.com** October 3, 2019 at 6:13:37 PM UTC
I sent to Matt but he is MIA right now.

**andrew.hasbun@uber.com** October 3, 2019 at 6:13:42 PM UTC
I need to ship this stuff.

**andrew.hasbun@uber.com** October 3, 2019 at 6:13:47 PM UTC

Should I ship or wait.

**andrew.hasbun@uber.com** October 3, 2019 at 6:14:35 PM UTC
Also they want to use... "We do not feel it was appropriate to reach out to a victim this quickly" in regards to the sacramentio things. They want to quote it. I am ok with that and so is katie. Need a gut check. ARE YOU ALIVE?

**jodi.page@uber.com** October 3, 2019 at 6:27:04 PM UTC
i'll call in 5

**andrew.hasbun@uber.com** October 3, 2019 at 6:43:24 PM UTC
I am going to ship unless there is something to discuss

**andrew.hasbun@uber.com** October 3, 2019 at 6:43:25 PM UTC
gotta move

**jodi.page@uber.com** October 3, 2019 at 7:17:47 PM UTC
done?

**jodi.page@uber.com** October 3, 2019 at 7:18:06 PM UTC
Did Rana ping you about timing on alerting advocates?

**andrew.hasbun@uber.com** October 3, 2019 at 7:18:41 PM UTC
I told her to it'll hit as soon as tomorrow.

**andrew.hasbun@uber.com** October 3, 2019 at 7:18:48 PM UTC
ships away... me right now...

**andrew.hasbun@uber.com** October 3, 2019 at 7:19:42 PM UTC
2019-10-03.gif

**andrew.hasbun@uber.com** October 3, 2019 at 8:12:52 PM UTC
Of course they are zeroing right in on “support” = settlement = can’t sue

**jodi.page@uber.com** October 3, 2019 at 8:22:58 PM UTC
ugh

**andrew.hasbun@uber.com** October 3, 2019 at 8:23:15 PM UTC

Yup.

**andrew.hasbun@uber.com** October 3, 2019 at 8:23:19 PM UTC
They're all complicit

**andrew.hasbun@uber.com** October 3, 2019 at 8:23:44 PM UTC
I can't even grasp the concept that they actually think they are "coming from a place of good"

**jodi.page@uber.com** October 3, 2019 at 8:30:07 PM UTC
Well - nothing more we can do

**jodi.page@uber.com** October 3, 2019 at 8:30:14 PM UTC
They'll have to read it

**andrew.hasbun@uber.com** October 3, 2019 at 8:30:28 PM UTC
Q&A

**andrew.hasbun@uber.com** October 3, 2019 at 8:30:29 PM UTC
If they take the money for support does that mean they can't sue? Would crawford provide that support without a "hold harmless clause"? Generally speaking, when insurance companies provide monetary support to cover medical costs, therapy, etc. a provision is included, which is typically required by an insurance company, that limits liability. But we do not have a "one size fits all" approach. We have and would provide monetary support directly through Uber with no such provision and treat each situation individually. That is why, over the past several months, we have been exploring we have been exploring ways, and are close to implementing, an advocate-led system to offer trauma informed support for the immediate needs of sexual assault survivors. This system would have no such provision.

**jodi.page@uber.com** October 3, 2019 at 8:30:29 PM UTC
Are you jumping back on?

**jodi.page@uber.com** October 3, 2019 at 8:30:35 PM UTC
They are showingcreative

**andrew.hasbun@uber.com** October 3, 2019 at 8:30:46 PM UTC
I am waiting on Katie to take a look

**andrew.hasbun@uber.com** October 3, 2019 at 8:30:52 PM UTC
I can jump back on shartly

**andrew.hasbun@uber.com** October 3, 2019 at 8:31:13 PM UTC
here is what I sent to katie just now:

**andrew.hasbun@uber.com** October 3, 2019 at 8:31:14 PM UTC
pinged you in the doc. Crafted an answer. I have given up on RAINN for this. No patience for politics.

**jodi.page@uber.com** October 3, 2019 at 8:55:03 PM UTC
Can you give carly some guidance with working with the SF Chronicle

**jodi.page@uber.com** October 3, 2019 at 8:55:14 PM UTC
She's saying they won't take anything on background.

**jodi.page@uber.com** October 3, 2019 at 8:55:24 PM UTC
Has that been your experience?

**andrew.hasbun@uber.com** October 3, 2019 at 8:55:26 PM UTC
who is it?

**jodi.page@uber.com** October 3, 2019 at 8:56:07 PM UTC
Mallory Moench

**andrew.hasbun@uber.com** October 3, 2019 at 8:56:21 PM UTC
I've never had that experience

**andrew.hasbun@uber.com** October 3, 2019 at 8:56:44 PM UTC
is she making it clear: All the info below is not for direct quote, but feel free to summarize and attribute to Uber

**andrew.hasbun@uber.com** October 3, 2019 at 8:57:03 PM UTC
that's how I usually word it.

**jodi.page@uber.com** October 3, 2019 at 8:58:28 PM UTC
do you want to talks?

**jodi.page@uber.com** October 4, 2019 at 1:04:41 PM UTC
First of all, I meant to add back the "hard to combat how people feel" but in a different place - it wasn't the sentence - it was the placement - better to come at end where it says the story will be negative - but looks like that part is gone.

**andrew.hasbun@uber.com** October 4, 2019 at 1:09:40 PM UTC
So... Katie wanted reply

**andrew.hasbun@uber.com** October 4, 2019 at 1:10:07 PM UTC
2019-10-04.jpg

**jodi.page@uber.com** October 4, 2019 at 1:16:28 PM UTC
what?

**andrew.hasbun@uber.com** October 4, 2019 at 1:16:46 PM UTC
Katie wanted to reply to my update email

**andrew.hasbun@uber.com** October 4, 2019 at 1:16:53 PM UTC
And provide some legal perspective

**jodi.page@uber.com** October 4, 2019 at 1:19:04 PM UTC
Ah - did she?

**andrew.hasbun@uber.com** October 4, 2019 at 1:19:15 PM UTC
No.

**jodi.page@uber.com** October 4, 2019 at 1:19:16 PM UTC
I didn't see

**jodi.page@uber.com** October 4, 2019 at 1:19:21 PM UTC
Mac is already in the comms doc

**andrew.hasbun@uber.com** October 4, 2019 at 1:19:26 PM UTC
I convinced her not to

**jodi.page@uber.com** October 4, 2019 at 1:19:27 PM UTC
I would clean up the comms doc a bit

**jodi.page@uber.com** October 4, 2019 at 1:19:40 PM UTC
Like take out the options and stuff and move up the statement/background

**andrew.hasbun@uber.com** October 4, 2019 at 1:19:41 PM UTC

I was going to. How so you think?

**jodi.page@uber.com** October 4, 2019 at 1:19:55 PM UTC
Like put some of the superfluous stuff at the bottom

**jodi.page@uber.com** October 4, 2019 at 1:20:05 PM UTC
I hate Javi

**jodi.page@uber.com** October 4, 2019 at 1:20:09 PM UTC
I'm not going to lie

**andrew.hasbun@uber.com** October 4, 2019 at 1:20:10 PM UTC
Javi?

**jodi.page@uber.com** October 4, 2019 at 1:20:14 PM UTC
Yeah

**andrew.hasbun@uber.com** October 4, 2019 at 1:20:17 PM UTC
Oh wait.

**jodi.page@uber.com** October 4, 2019 at 1:20:18 PM UTC
He's all over me about t his PTA

**jodi.page@uber.com** October 4, 2019 at 1:20:21 PM UTC
thing in FL

**andrew.hasbun@uber.com** October 4, 2019 at 1:20:22 PM UTC
I misread that

**andrew.hasbun@uber.com** October 4, 2019 at 1:20:46 PM UTC
I thought you nena take out the javi from the comms doc. Im like what!!? I'm still half asleep

**andrew.hasbun@uber.com** October 4, 2019 at 1:20:51 PM UTC
Yes. I hate him too.

**andrew.hasbun@uber.com** October 4, 2019 at 1:21:21 PM UTC

I think Stephanie was taken aback when I asked cause it was her meeting and she probably didn't want people causing trouble

**andrew.hasbun@uber.com** October 4, 2019 at 1:23:33 PM UTC
I just took out the safety info dump

**andrew.hasbun@uber.com** October 4, 2019 at 1:23:40 PM UTC
that's for us

**andrew.hasbun@uber.com** October 4, 2019 at 1:23:53 PM UTC
they all don't need to see that

**jodi.page@uber.com** October 4, 2019 at 1:24:20 PM UTC
Yeah - we have to update to include new products

**andrew.hasbun@uber.com** October 4, 2019 at 1:26:53 PM UTC
Do you think Katie would look defensive if she wrote back trashing the attorneys?

**jodi.page@uber.com** October 4, 2019 at 1:27:36 PM UTC
the attorneys?

**andrew.hasbun@uber.com** October 4, 2019 at 1:27:47 PM UTC
The women all have the same lawyer

**jodi.page@uber.com** October 4, 2019 at 1:27:49 PM UTC
trashing the plaintiff's attorneys?

**andrew.hasbun@uber.com** October 4, 2019 at 1:27:53 PM UTC
Yes

**jodi.page@uber.com** October 4, 2019 at 1:28:13 PM UTC
I think it's a good fact to point out - but I agree with you that she has to frame it the right way - factual vs. emotional

**andrew.hasbun@uber.com** October 4, 2019 at 1:29:11 PM UTC
Matt shared the email to dara, Jill and tony and Mac.... and a D just popped up in the doc!!!!

**andrew.hasbun@uber.com** October 4, 2019 at 1:29:37 PM UTC
I had a mild panic attack... but it Danielle Sheridan, lol

**jodi.page@uber.com** October 4, 2019 at 1:29:58 PM UTC
hahaha

**jodi.page@uber.com** October 4, 2019 at 1:30:20 PM UTC
One thing that I"m going tomake clear behind the scenes is that we didn't know about this third-party

**andrew.hasbun@uber.com** October 4, 2019 at 1:30:36 PM UTC
NOBODY did

**andrew.hasbun@uber.com** October 4, 2019 at 1:30:45 PM UTC
Which is really upsetting.

**andrew.hasbun@uber.com** October 4, 2019 at 1:30:54 PM UTC
No visibility into the process

**jodi.page@uber.com** October 4, 2019 at 1:30:55 PM UTC
I'm all for the united front externally but people may think we're stupid for not flagging it

**jodi.page@uber.com** October 4, 2019 at 1:31:02 PM UTC
internally

**jodi.page@uber.com** October 4, 2019 at 1:31:15 PM UTC
I'm going to go spread my seeds of truth behind the scenes.

**andrew.hasbun@uber.com** October 4, 2019 at 1:31:22 PM UTC
Good

**jodi.page@uber.com** October 4, 2019 at 1:31:40 PM UTC
You've mounted an incredible defense and Katie should be grateful

**jodi.page@uber.com** October 4, 2019 at 1:31:48 PM UTC
This is far from doing the right thing - no matter how they want to spin to themselves.

**andrew.hasbun@uber.com** October 4, 2019 at 1:31:48 PM UTC

Right???

**andrew.hasbun@uber.com** October 4, 2019 at 1:31:51 PM UTC
She owes me

**jodi.page@uber.com** October 4, 2019 at 1:32:01 PM UTC
She'll never think she owes you

**andrew.hasbun@uber.com** October 4, 2019 at 1:32:09 PM UTC
I know. That's the problem

**jodi.page@uber.com** October 4, 2019 at 1:32:17 PM UTC
I feel the same way about CYR - they owe me for getting the shit kicked out of me in 2017

**jodi.page@uber.com** October 4, 2019 at 1:32:25 PM UTC
but doesn't change how they are sometimes

**andrew.hasbun@uber.com** October 4, 2019 at 1:32:55 PM UTC
At least she is more approachable and friendly and fun that the others. Binning is cold as ice sometimes

**jodi.page@uber.com** October 4, 2019 at 1:33:00 PM UTC
Like M can be super nice and grategul one day and then bite your head off and accuse us of pitching the josephson story proactively the next

**jodi.page@uber.com** October 4, 2019 at 1:33:19 PM UTC
They all think they are smarter and doing more of god's work than everyone eles

**andrew.hasbun@uber.com** October 4, 2019 at 1:33:21 PM UTC
By the way, binnings is in Maldives for two weeks

**andrew.hasbun@uber.com** October 4, 2019 at 1:33:26 PM UTC
Yup

**jodi.page@uber.com** October 4, 2019 at 1:33:28 PM UTC
good for him

**jodi.page@uber.com** October 4, 2019 at 1:33:34 PM UTC
He makes suer to take his vacas

**andrew.hasbun@uber.com** October 4, 2019 at 1:33:49 PM UTC
While rest us are peddling lies and cleaning up their mess

**andrew.hasbun@uber.com** October 4, 2019 at 1:35:08 PM UTC
Gus has been oddly quiet on this. I think cause he knows how bad it looks

**jodi.page@uber.com** October 4, 2019 at 1:35:27 PM UTC
D is not going to be happy. T seems silent as well - no?

**andrew.hasbun@uber.com** October 4, 2019 at 1:36:07 PM UTC
Katie REDACTED - PRIVILEGED CLAWBACK

**andrew.hasbun@uber.com** October 4, 2019 at 1:36:18 PM UTC
Katie REDACTED - PRIVILEGED CLAWBACK

**andrew.hasbun@uber.com** October 4, 2019 at 1:36:31 PM UTC
Yeah, no shot

**andrew.hasbun@uber.com** October 4, 2019 at 1:36:33 PM UTC
Shit

**jodi.page@uber.com** October 4, 2019 at 1:39:46 PM UTC
We used to have to tell the lawyers ad nauseum at City Hall - don't look at whether things are legal/not legal, or what everyone else does - ask if it's a perception issue because that will always trump everything else publicly.

**jodi.page@uber.com** October 4, 2019 at 1:40:08 PM UTC
They woould always be like - but it's legal!

**jodi.page@uber.com** October 4, 2019 at 1:40:24 PM UTC
great - that doesn't mean it's r ight

**andrew.hasbun@uber.com** October 4, 2019 at 1:40:43 PM UTC
Typically lawyer. The literally reprogram the brain in law school

**jodi.page@uber.com** October 4, 2019 at 1:41:17 PM UTC
omg - I want to teach a "common sense" class at a law school

**andrew.hasbun@uber.com** October 4, 2019 at 1:41:56 PM UTC
I don't think the story is going to drop today

**andrew.hasbun@uber.com** October 4, 2019 at 1:42:06 PM UTC
I haven't heard anything from her

**jodi.page@uber.com** October 4, 2019 at 2:26:49 PM UTC
One thing you need to do before you get on that Aloha plane is to fill in your Q3 highlights. need to send early next week

**jodi.page@uber.com** October 4, 2019 at 2:27:01 PM UTC
Or I can add the description of the product moment but thought you might want to

**andrew.hasbun@uber.com** October 4, 2019 at 2:56:27 PM UTC
Can you tag me in the doc? I'll do in place

**andrew.hasbun@uber.com** October 4, 2019 at 2:56:29 PM UTC
Plane

**andrew.hasbun@uber.com** October 4, 2019 at 4:30:50 PM UTC
it is oddly quiet... it worries me

**andrew.hasbun@uber.com** October 4, 2019 at 4:31:13 PM UTC
nothing from USA Today. no internal swirl at the moment.

**andrew.hasbun@uber.com** October 4, 2019 at 5:39:46 PM UTC
https://www.usatoday.com/story/news/investigations/2019/10/04/uber-uses-claims-company-for-settlements-sexual-assault-cases/3857008002/
https://www.usatoday.com/story/news/investigations/2019/10/04/uber-uses-claims-company-for-settlements-sexual-assault-cases/3857008002/

**jodi.page@uber.com** October 4, 2019 at 5:40:11 PM UTC
omg

**jodi.page@uber.com** October 4, 2019 at 5:40:26 PM UTC
You want me to send to safety comms@?

**andrew.hasbun@uber.com** October 4, 2019 at 5:40:32 PM UTC
No

**andrew.hasbun@uber.com** October 4, 2019 at 5:40:35 PM UTC
Read first

**jodi.page@uber.com** October 4, 2019 at 5:45:06 PM UTC
oof

**jodi.page@uber.com** October 4, 2019 at 5:45:15 PM UTC
not good but she included all of our points

**jodi.page@uber.com** October 4, 2019 at 5:49:16 PM UTC
did you circulate to everyone?

**jodi.page@uber.com** October 4, 2019 at 5:49:25 PM UTC
Let me know what you need - I"m in this safety freight meeting

**andrew.hasbun@uber.com** October 4, 2019 at 5:49:52 PM UTC
Just to Katie tracey and Matt. Not ready to send to all the others. I'm not in a rush

**andrew.hasbun@uber.com** October 4, 2019 at 5:50:05 PM UTC
Need to think about where to push back.

**jodi.page@uber.com** October 4, 2019 at 5:50:32 PM UTC
steffi?

**andrew.hasbun@uber.com** October 4, 2019 at 5:50:35 PM UTC
The rainn stuff is like a side mention

**andrew.hasbun@uber.com** October 4, 2019 at 5:50:43 PM UTC
I'll gchat her

**jodi.page@uber.com** October 4, 2019 at 5:50:46 PM UTC
k

**jodi.page@uber.com** October 4, 2019 at 5:51:47 PM UTC

how do you feel?

**jodi.page@uber.com** October 4, 2019 at 5:51:58 PM UTC
Kind of shitty they didn't use Crawford's full statement

**jodi.page@uber.com** October 4, 2019 at 5:52:18 PM UTC
headline makes me sick

**andrew.hasbun@uber.com** October 4, 2019 at 5:52:32 PM UTC
I'm upset about two things: 1 - no context about use or tpa's 2 - they included that faking accusation and like half assed our rebuttals

**andrew.hasbun@uber.com** October 4, 2019 at 5:52:44 PM UTC
Use of tpa's

**jodi.page@uber.com** October 4, 2019 at 5:52:59 PM UTC
yes

**jodi.page@uber.com** October 4, 2019 at 5:53:15 PM UTC
I can't believe they used the coming to the door - after two OTR statements

**andrew.hasbun@uber.com** October 4, 2019 at 5:53:24 PM UTC
Unreal

**jodi.page@uber.com** October 4, 2019 at 5:53:42 PM UTC
Yes - but remember - you've done everything you can - this was the strongest response

**jodi.page@uber.com** October 4, 2019 at 5:53:46 PM UTC
we could have

**jodi.page@uber.com** October 4, 2019 at 5:53:49 PM UTC
The issue is the substance

**jodi.page@uber.com** October 4, 2019 at 5:54:17 PM UTC
that  we do this

**andrew.hasbun@uber.com** October 4, 2019 at 5:55:24 PM UTC
We need to be super aggressive with other outlets

**jodi.page@uber.com** October 4, 2019 at 5:55:28 PM UTC
yep

**jodi.page@uber.com** October 4, 2019 at 6:15:04 PM UTC
Shocked they ran it today

**jodi.page@uber.com** October 4, 2019 at 6:15:06 PM UTC
But better for us

**andrew.hasbun@uber.com** October 4, 2019 at 6:19:31 PM UTC
katie is in a rage and I can't right now

**andrew.hasbun@uber.com** October 4, 2019 at 6:19:37 PM UTC
raging on the plantiff attroney

**jodi.page@uber.com** October 4, 2019 at 6:20:31 PM UTC
hey there is nothing erroneous about the headline

**andrew.hasbun@uber.com** October 4, 2019 at 6:29:08 PM UTC
totally

**andrew.hasbun@uber.com** October 4, 2019 at 6:29:12 PM UTC
just sent my email to usa today

**jodi.page@uber.com** October 4, 2019 at 6:32:25 PM UTC
good email

**jodi.page@uber.com** October 4, 2019 at 6:34:11 PM UTC
how do you feel

**andrew.hasbun@uber.com** October 4, 2019 at 6:38:08 PM UTC
fine

**andrew.hasbun@uber.com** October 4, 2019 at 6:38:14 PM UTC

She said she is going to talk to her editors

**andrew.hasbun@uber.com** October 4, 2019 at 6:38:22 PM UTC
my mom thinks I am nuts

**andrew.hasbun@uber.com** October 4, 2019 at 6:38:26 PM UTC
she just read the article

**andrew.hasbun@uber.com** October 4, 2019 at 6:38:33 PM UTC
She looks like she is worried about me

**andrew.hasbun@uber.com** October 4, 2019 at 6:38:38 PM UTC
aren't they always

**andrew.hasbun@uber.com** October 4, 2019 at 6:38:40 PM UTC
??

**jodi.page@uber.com** October 4, 2019 at 6:39:28 PM UTC
haha

**jodi.page@uber.com** October 4, 2019 at 6:39:37 PM UTC
this is mom disapproval kind of article

**jodi.page@uber.com** October 4, 2019 at 6:39:40 PM UTC
this article is so 2017

**andrew.hasbun@uber.com** October 4, 2019 at 6:39:53 PM UTC
should I respond the Uber alerts that I pushing back on the front door thing or leave it

**andrew.hasbun@uber.com** October 4, 2019 at 6:40:41 PM UTC
i don't to spark anything and get everyone involved.

**jodi.page@uber.com** October 4, 2019 at 6:41:35 PM UTC
I would leave it or send link to the same group you gave the heads up to

**jodi.page@uber.com** October 4, 2019 at 6:41:40 PM UTC

and say you are pushing back

**andrew.hasbun@uber.com** October 4, 2019 at 6:43:06 PM UTC
gonna leave it

**jodi.page@uber.com** October 4, 2019 at 6:43:24 PM UTC
it's what we thought it was going to be

**andrew.hasbun@uber.com** October 4, 2019 at 6:45:45 PM UTC
exactly

**andrew.hasbun@uber.com** October 4, 2019 at 6:46:00 PM UTC
I am going to go to lunch with mom so she doesn;t think i am a monster

**jodi.page@uber.com** October 4, 2019 at 6:59:14 PM UTC
Checked press@

**andrew.hasbun@uber.com** October 4, 2019 at 6:59:23 PM UTC
I am too

**jodi.page@uber.com** October 4, 2019 at 6:59:23 PM UTC
all up to date : )

**andrew.hasbun@uber.com** October 4, 2019 at 6:59:25 PM UTC
Nothing

**jodi.page@uber.com** October 4, 2019 at 6:59:25 PM UTC
Crickets

**jodi.page@uber.com** October 4, 2019 at 6:59:36 PM UTC
I should send to Bianca

**andrew.hasbun@uber.com** October 4, 2019 at 6:59:53 PM UTC
Dropping Friday is probably a good thing

**jodi.page@uber.com** October 4, 2019 at 7:00:53 PM UTC

yup

**jodi.page@uber.com** October 4, 2019 at 7:00:54 PM UTC
I'm shocked

**jodi.page@uber.com** October 4, 2019 at 7:03:44 PM UTC
have you talked to MK?

**jodi.page@uber.com** October 4, 2019 at 7:03:52 PM UTC
freight stuff is fascinating

**jodi.page@uber.com** October 4, 2019 at 7:13:02 PM UTC
ugh - the Globe....

**jodi.page@uber.com** October 4, 2019 at 7:13:22 PM UTC
legal reporter though

**andrew.hasbun@uber.com** October 4, 2019 at 7:13:36 PM UTC
There's press release

**andrew.hasbun@uber.com** October 4, 2019 at 7:13:39 PM UTC
A

**jodi.page@uber.com** October 4, 2019 at 7:13:44 PM UTC
from lawyer?

**andrew.hasbun@uber.com** October 4, 2019 at 7:13:49 PM UTC
YES

**jodi.page@uber.com** October 4, 2019 at 7:13:49 PM UTC
screw them

**jodi.page@uber.com** October 4, 2019 at 7:14:22 PM UTC
Fine - makes them the lawyers look worse

**jodi.page@uber.com** October 4, 2019 at 7:24:49 PM UTC

omg - try not to rage

**jodi.page@uber.com** October 4, 2019 at 7:24:55 PM UTC
at the latest email

**jodi.page@uber.com** October 4, 2019 at 7:29:31 PM UTC
Can you handle CNBC - Diedra Bosa? Noah asked if he should handle based on comms doc - I said no

**andrew.hasbun@uber.com** October 4, 2019 at 7:30:06 PM UTC
Yes. I'll handle them. But I need to not be on my phone for 5 minutes so my mother doesn't start crying

**jodi.page@uber.com** October 4, 2019 at 7:30:12 PM UTC
sure

**jodi.page@uber.com** October 4, 2019 at 7:30:24 PM UTC
Noah was like - should I handle - i'm like NOOOOOOOOO

**andrew.hasbun@uber.com** October 4, 2019 at 7:41:38 PM UTC
Jesus

**andrew.hasbun@uber.com** October 4, 2019 at 7:41:42 PM UTC
Oblivious

**andrew.hasbun@uber.com** October 4, 2019 at 7:59:25 PM UTC
i need to talk to you now

**andrew.hasbun@uber.com** October 4, 2019 at 7:59:32 PM UTC
It is beyond urgent

**jodi.page@uber.com** October 4, 2019 at 8:08:36 PM UTC
wow you are on fire - good for you

**jodi.page@uber.com** October 4, 2019 at 8:08:43 PM UTC
wtf

**andrew.hasbun@uber.com** October 4, 2019 at 8:18:30 PM UTC

burn them all

**andrew.hasbun@uber.com** October 4, 2019 at 8:18:32 PM UTC
I am pissed

**andrew.hasbun@uber.com** October 4, 2019 at 11:47:54 PM UTC
you wanna scrub navideh's doc?

**andrew.hasbun@uber.com** October 4, 2019 at 11:48:05 PM UTC
I am retired

**jodi.page@uber.com** October 4, 2019 at 11:48:08 PM UTC
I can

**andrew.hasbun@uber.com** October 4, 2019 at 11:48:11 PM UTC
but i an do it

**jodi.page@uber.com** October 4, 2019 at 11:48:18 PM UTC
No it’s fine

**andrew.hasbun@uber.com** October 4, 2019 at 11:48:22 PM UTC
ok

**andrew.hasbun@uber.com** October 4, 2019 at 11:48:46 PM UTC
I am going to respond to lauren about the new script for siu agents. Will need your back up. I'm not going to be nice.

**jodi.page@uber.com** October 4, 2019 at 11:48:58 PM UTC
Ok

**jodi.page@uber.com** October 5, 2019 at 12:05:25 AM UTC
Am I being too harsh?

**jodi.page@uber.com** October 5, 2019 at 12:05:32 AM UTC
comms doc is a bit of a mess

**jodi.page@uber.com** October 5, 2019 at 12:05:41 AM UTC

a lot of typos

**andrew.hasbun@uber.com** October 5, 2019 at 12:08:26 AM UTC
Nope

**andrew.hasbun@uber.com** October 5, 2019 at 12:08:29 AM UTC
Do you’re thing

**andrew.hasbun@uber.com** October 5, 2019 at 12:08:42 AM UTC
I’m about to make andrew moon cry

**jodi.page@uber.com** October 5, 2019 at 12:08:54 AM UTC
Brooke would tear to shreds

**andrew.hasbun@uber.com** October 5, 2019 at 12:09:05 AM UTC
here is the first line of his wapo thinng: Sachin Kansal, the head of safety products at Uber, knows there can be something discomfiting about sharing a car with a stranger.

**jodi.page@uber.com** October 5, 2019 at 12:09:32 AM UTC
what is discomfiting?

**andrew.hasbun@uber.com** October 5, 2019 at 12:09:52 AM UTC
dis·com·fit /disˈkəmfət/ Learn to pronounce *verb* gerund or present participle: **discomfiting** make (someone) feel uneasy or embarrassed. "he was not noticeably discomfited by her tone" Similar: embarrass make uncomfortable make uneasy

**jodi.page@uber.com** October 5, 2019 at 12:10:53 AM UTC
who uses that word?

**jodi.page@uber.com** October 5, 2019 at 12:11:08 AM UTC
it looks like a typo

**jodi.page@uber.com** October 5, 2019 at 12:11:15 AM UTC
but why would we point that out?

**andrew.hasbun@uber.com** October 5, 2019 at 12:11:50 AM UTC
duh

**andrew.hasbun@uber.com** October 5, 2019 at 12:12:05 AM UTC
That is why I am going to make him cry. The whole first paragraph is ridic.

**andrew.hasbun@uber.com** October 5, 2019 at 12:12:14 AM UTC
Sachin Kansal, the head of safety products at Uber, knows there can be something discomfiting about sharing a car with a stranger. There are built in safeguards when ride-sharinghailing, but it can still be anxiety-inducing—not only for passengers, but also for drivers. It's the uncertainty of facing the unknown, he says. For example, what might happen when you pick up a passenger in an unfamiliar area? Or, what if it's late at night and you pick someone up, but three people get into your car? "All those moments can be nervous moments," Kansal explained.

**andrew.hasbun@uber.com** October 5, 2019 at 12:13:13 AM UTC
uncertainty of facing the unknown.... is this a flight to to outer space or a ride to airport.

**jodi.page@uber.com** October 5, 2019 at 12:14:51 AM UTC
HE has said things like that before but from driver's perspective

**jodi.page@uber.com** October 5, 2019 at 12:15:48 AM UTC
Advocate talks went well

**jodi.page@uber.com** October 5, 2019 at 12:15:58 AM UTC
Steffi said - good feedback from people, willingness to provide input, but understanding of the situation Some convos even opened up new partnership opps

**jodi.page@uber.com** October 5, 2019 at 12:16:06 AM UTC
So one big mission accomplished - you should feel good about

**jodi.page@uber.com** October 5, 2019 at 12:16:10 AM UTC
Not losing advocates

**andrew.hasbun@uber.com** October 5, 2019 at 12:16:25 AM UTC
good

**andrew.hasbun@uber.com** October 5, 2019 at 12:20:02 AM UTC
what was their feedback?

**jodi.page@uber.com** October 5, 2019 at 12:40:00 AM UTC
https://docs.google.com/document/d/1eIRI5MkEe8UYDWYqUxorc1UMqsqs4THS8FIZ3R9DP6g/edit?usp=sharing
https://docs.google.com/document/d/1eIRI5MkEe8UYDWYqUxorc1UMqsqs4THS8FIZ3R9DP6g/edit?usp=sharing

https://drive.google.com/open?id=1eIRI5MkEe8UYDWYqUxorc1UMqsqs4THS8FIZ3R9DP6g

**jodi.page@uber.com** October 5, 2019 at 12:40:02 AM UTC
Q#

**jodi.page@uber.com** October 5, 2019 at 12:40:05 AM UTC
Q3