# UBER_JCCP_MDL_001993131

## Metadata

| | | |
|---|---|---|
| Account | andrew.hasbun@uber.com; | SEMANTIC |
| All Custodians | Hasbun, Andrew; | SEMANTIC |
| All Paths | Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-7.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-mEd0xs.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-7.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-mEd0xs.mbox; Hasbun, Andrew: \MassTort_Category4_GMAIL\MassTort_Category4_GMAIL--2.zip\MassTort_Category4_GMAIL--andrew.hasbun@uber.com_0.mbox.zip\MassTort_Category4_GMAIL--andrew.hasbun@uber.com_0.mbox; Hasbun, Andrew: \MassTort_Category4_GMAIL\MassTort_Category4_GMAIL--2.zip\MassTort_Category4_GMAIL--andrew.hasbun@uber.com_0.mbox.zip\MassTort_Category4_GMAIL--andrew.hasbun@uber.com_0.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-10.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-2ubmtm.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-10.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-2ubmtm.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Attachment Names | image001.png; image002.png | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001993131 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/03/2019 6:57 pm | SEMANTIC |
| Date Modified | 10/03/2019 6:57 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_001993152 | SEMANTIC |
| File Path | \MassTort_Category4_GMAIL\MassTort_Category4_GMAIL--2.zip\MassTort_Category4_GMAIL--andrew.hasbun@uber.com_0.mbox.zip\MassTort_Category4_GMAIL--andrew.hasbun@uber.com_0.mbox | SEMANTIC |
| File Size | 378489 | SEMANTIC |
| Hash Value | 218112864380d3eac126c69d253f4f0f | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_001993131;UBER_JCCP_MDL_001993132;UBER_JCCP_MDL_001993133;UBER_JCCP_MDL_001993134;UBER_JCCP_MDL_001993135;UBER_JCCP_MDL_001993136;UBER_JCCP_MDL_001993137;UBER_JCCP_MDL_001993138;UBER_JCCP_MDL_001993139;UBER_JCCP_MDL_001993140;UBER_JCCP_MDL_001993141;UBER_JCCP_MDL_001993142;UBER_JCCP_MDL_001993143;UBER_JCCP_MDL_001993144;UBER_JCCP_MDL_001993145;UBER_JCCP_MDL_00199346;UBER_JCCP_MDL_001993147;UBER_JCCP_MDL_001993148;UBER_JCCP_MDL_001993149;UBER_JCCP_MDL_001993150;UBER_JCCP_MDL_001993151;UBER_JCCP_MDL_001993152 | SEMANTIC |
| ILS Document Date | 10/03/2019 | SEMANTIC |
| ILS Prod Date | 1/3/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL057 | SEMANTIC |
| Other Custodians | Hasbun, Andrew; | SEMANTIC |
| Primary Date | 10/03/2019 6:58 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL057; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 10/03/2019 6:57 pm | SEMANTIC |



Trial Exhibit No.

P-00085

Message

---

**From**:     Nadolny, Tricia [tnadolny@usatoday.com]
**Sent**:     10/3/2019 6:57:55 PM
**To**:       Andrew Hasbun [andrew.hasbun@uber.com]
**CC**:       Kelly, Cara [carakelly@usatoday.com]
**Subject**:  Re: USA TODAY story
**Attachments**:  image001.png.tiff; image002.png.tiff

Thanks, Andrew. We'll go through this and let you know if we have any questions.

--
Tricia L. Nadolny
Reporter
215-278-9184
tnadolny@usatoday.com



---

**From:** Andrew Hasbun <andrew.hasbun@uber.com>
**Date:** Thursday, October 3, 2019 at 2:50 PM
**To:** "Nadolny, Tricia" <TNadolny@usatoday.com>
**Cc:** "Kelly, Cara" <carakelly@usatoday.com>
**Subject:** Re: USA TODAY story

Info and statement below. Some of the answers to the questions are very similar so we lumped them together below in and in parts throughout the response.

## STATEMENT:

"We strive to create a process that is respectful and survivor-centric. Any indication otherwise is deeply troubling. We will be working with our partners to make certain that our values are being upheld at every level and will accept nothing less than the most professional and compassionate conduct. Going forward, we will work to ensure that anyone who reports an incident to us is consistently made aware of potential outreach from our 3rd party administrator." - Uber Spokesperson

I realize that "We do not feel it was appropriate to reach out to a victim this quickly" is not included above-- so feel free to quote that in relation to the Sacramento victim and attribute to me or Uber Spox.

Also, Crawford has a general statement about their business if you want to reach out. Your call.

## BACKGROUND FACTS
**(All the info below is not for direct quote, but feel free to summarize and attribute to Uber):**

CONFIDENTIAL

UBER_JCCP_MDL_001993131

**Key Background points**

- 
- Uber
- has been working with Crawford for nearly 5 years and this is the first time we have heard of complaints about the process.
- 

- 
- Crawford
- serves as a 3rd party administrator for Uber's insurance program. It is common practice for companies to utilize a 3rd party administrator.
- 

- 
- Crawford's
- role is to work with victims
- to get them the help and financial support they may need. This can include compensation for therapy and other resources.
- 

- 
- Over
- the past several months, we have been exploring ways, and are close to implementing, an advocate-led system to offer trauma informed support for the immediate needs of sexual assault survivors.
- 

- 
- Sexual
- assault advocates, like our partners Raliance and NO MORE, have advised us that survivors would feel more comfortable working with a 3rd party rather than Uber directly. Since we launched our
- Driving
- Change initiative in 2017,
- we currently have 22 partnerships with leading sexual assault prevention organizations around the world that reflect the diversity of the people impacted and continue to help us improve.
- 

- 
- We
- do not "silence" victims as you describe - In 2018, we
- announced a commitment to transparency
- and eliminated forced arbitration.  As part of this announcement we also
- **eliminated confidentiality provisions.** More
- info below in the questions section
-

- 
- Multiple
- large firms that we have worked with have praised Uber's approach publicly:
- 
  o
  o      Bloomberg:
  o      "Uber seems to be taking more of a reasonable approach about making changes," Simes said. "They're saying, 'Let's talk, let's figure out what we can do.'
  o      LevinSimes
  o
  o
  o      SF
  o      Chronicle:
  o      "We have resolved all of our pending
  o      matters with Uber and note that Uber has made significant progress on its safety efforts, including making customer safety a clear company priority"
  o        Wigdor
  o      Law
  o


- 
- Sexual
- assault is an incredibly complex societal issue and no incident is the same. We do not have a "one size fits all" approach to handle these cases. They are treated individually.
- 


- 
- 
- Decisions on whether or not the administrator
- does outreach are made based on a variety of factors, including a reporting party's request for compensation or other support. Per our privacy policy, Crawford makes outreach in order to provide support options, which a victim has the choice to decline. This
- type of outreach does not force survivors into a criminal investigatory process. Advice from experts in the sexual assault space is to empower survivors to make choices regarding how they want to proceed; the decision to pursue criminal charges is extremely
- personal and may require a lengthy commitment to a protracted process.
- 


- 
- In
- accordance with Uber's Privacy
- Policy we would provide information

- to insurance partners as necessary, for instance if the reporting party requests compensation that would ultimately be borne by the insurance company.
-

## Answers to Questions about Crawford
**On Uber's relationship with Crawford**

-

-

- We have been working with Crawford for the

- past five years, and these are the first complaints of this nature we have ever received. Uber partners  with Crawford on a variety of claims globally including those involving auto crashes, as well as bike/scooter incidents.

-

-

-

- Legally, we cannot disclose information on
- claims settled.  We cannot disclose
- settlement amounts, nor will opposing counsel, as all settlement amounts are confidential. It is a custom practice in any industry to keep the resolution amount confidential - in part to protect the victim and the victim's privacy. This is a resolution that
- is agreed to by Uber, the victim, and the victim's attorney if they are represented by counsel.

-

-

-

- As mentioned above, In 2018,
- we
- announced a commitment to transparency
- and eliminated forced arbitration.  As part of this announcement we also
- **eliminated confidentiality provisions as to**
- **the facts of the sexual assault or harrassment the victim suffered**.
- The blog post outlining this can be found here.
- Since that time, "*survivors*
- *will now have the option to settle their claims with Uber without a confidentiality provision that prevents them from speaking about the facts of the sexual assault or sexual harassment they suffered.*"

-

-

-

- In short, there is no confidentiality
- as to the facts of the incident itself - victims are never silenced regarding what happened to them - we encourage them to speak at whatever volume they choose.  Uber wants victims to feel empowered to share their story and advocate on behalf of themselves
- and others in this space.

-

**On working with Crawford**

-

-

UBER_JCCP_MDL_001993134

- Sexual assault and sexual misconduct

- is an incredibly complex societal problem.  No two incidents are the same, and Uber, therefore, does not have a "one size fits all" approach. Each incident is investigated and handled on an individual basis. Decisions on outreach and notification are made

- based on a variety of factors including a reporting party's request for compensation or other support.

- Every incident is treated individually

- with respect and empathy based on the facts and the victim. This applies to timing and cadence of outreach.

-

-

-

- Law enforcement and criminal prosecution take
- time. Waiting until the conclusion of law enforcement investigation or criminal proceedings could significantly delay a victim's ability to seek medical treatment (physical or psychological).  Additionally, some victims choose not to make reports to law enforcement.
- Neither Crawford nor Uber requires that victims involve law enforcement as a prerequisite to working with the victim to resolve and provide support.

-

**More info on safety at Uber**

-

-

- In 2017, shortly after becoming CEO at Uber,
- Dara made safety Uber's top priority. (A
- few interviews where he discusses this: CNBC
- recent interview,
- Recode,
- Washington Post)

-

-

-

- Since then, our teams have since been putting
- safety at the heart of everything we do, from building new safety features to investing in cutting-edge technology, from changing our policies to hiring more staff.

-

-

-

- We've announced more safety features
- in the last year than we did in the previous eight, including:

-

○

○            Getting

UBER_JCCP_MDL_001993135

- o  Serious About Safety
- o
- o
- o  Turning
- o  the lights on
- o
- o
- o  Raising
- o  the bar
- o

## RideCheck (SEPTEMBER 2018)

Uber announced the RideCheck feature in September 2018. We began piloting the feature in the US in late 2018 and launched it nationally on Tuesday, September 17, 2019. GIF HERE. This technology can also flag possible crashes and we will initiate a RideCheck notification when wet detect a possible crash.

The feature uses GPS and sensors from the driver's smartphone to identify rare events like unexpected long stops or possible crashes. In these situations, Uber will initiate a RideCheck by proactively reaching out to both the rider and the driver through the app to offer assistance. As part of this check-in, we will also surface options in the app that provide quick access to key safety tools so riders and drivers can take action and get the help that they may need.

## Safety Toolkit: (MAY 2018)

We added a Safety Toolkit in May 2018 to the app which centralizes key safety information and features for riders and drivers all in one place. The Safety Toolkit includes the Trusted Contacts option for riders, which allows them to designate up to five loved ones with whom they are regularly prompted to share their trip. Riders can choose to share all trips, night-time trips or none at all.

## Emergency Button: (MAY 2018)

This feature first rolled out in the US in May 2018 and has now expanded to most global markets. Through the Safety Toolkit, riders and drivers can access an emergency button, which provides an option to connect directly to 911 through the app in the event of an emergency. The 911 feature displays a rider's real-time location (both on the map and as an address) as well as the car make/model and license plate number so riders and drivers can easily share that information with the 911 operator.

## 911 Integration: (MAY 2018)

To enhance the emergency button feature, we've partnered with RapidSOS in the US to rollout 911 integration with the Uber app. This means that if a rider or driver uses the button, key trip details will be digitally sent to 911 dispatchers. The caller's name, make and model of the Uber car, license plate, and GPS location are all available electronically which eliminates the need to speak those details to the operator in an emergency. This has launched in 250+ cities and counting including Los Angeles, San Diego, Phoenix, Boston, DC, New Orleans, Seattle (Read more about it HERE).

## Safety Center: (MAY 2018)

Riders can access the Safety Center, another part of the Safety Toolkit, to find safety tips built in partnership with law enforcement and learn about the driver screening process, insurance protections and our community guidelines.

## Continuous Checking Technology (May 2018)

We use new screening technology that monitors new criminal offenses through a number of data sources. Uber receives notifications if a driver is involved in a new offense identified by the technology. Our screening team reviews any potentially disqualifying information to ensure the driver is still eligible to use

Uber. **More than 30k drivers have lost access to Uber since we launched this feature back in July 2018.**

## Community Guidelines Education:

In May 2019 we announced refreshed Community Guidelines to clearly and concisely explain what behavior is expected for everyone using the Uber app. We are reaching out to all Uber app users, starting in the U.S. and Canada, about these Guidelines and asking them to confirm they understand. We also announced riders may lose access to Uber if they develop a significantly below average rating. Riders will have several opportunities to improve their rating prior to losing access to the Uber apps.

## Law Enforcement Team

We have a global law enforcement team made up of former law enforcement professionals who have the expertise to handle requests from public safety officials during active investigations. They are on call to interact with law enforcement and share information quickly when time is critical.

Local, state and federal law enforcement can request data through Uber's Law Enforcement Portal (lert.uber.com). This enables police to gather critical information securely and quickly when and where they need it most. The portal enables requests to be initiated either from a desktop in an office or on a mobile device in the field.

## PARTNERSHIPS

Over the past two years, we've met with 200+ gender-based violence prevention and women's advocacy groups around the world to integrate their perspective into our company, from new programs such as our bystander intervention pilot to major policy changes.

### Driving Change – Sexual Violence Prevention and Awareness

In 2017 we announced our Driving Change initiative and started partnering with leading organizations around the world such as Raliance, the National Network to End Domestic Violence (NNEDV), NO MORE and the Global Network of Women's Shelters to help drive awareness, education and prevention of sexual assault and domestic violence to millions globally. We currently have 22 partnerships with leading sexual assault prevention organizations around the world that are helping us develop things education and awareness initiatives.

## Sexual Assault Education:

Uber partnered with RAINN last year as part of our driving change commitment. Together with RAINN we created educational videos for drivers and riders around a number of issues based on our sexual assault and misconduct taxonomy developed with the National Sexual Assault Resource Center and the Urban Institute. Read the announcement and see the videos HERE. We've also partnered with NO MORE to develop and send educational information to millions of riders and drivers who use the Uber app.

## Bystander Awareness Initiative:

We are working with law enforcement, entertainment districts and NO MORE to expand #DontStandBy, our bystander intervention partnership in cities including Los Angeles, Las Vegas and Washington DC and across college campuses nationwide. Launched in 2018, #DontStandBy is designed to empower the nightlife community—patrons, bar staff and rideshare drivers—to look out for each other and help prevent gender-based violence before it happens.

## Campus Safety Initiative:

Since 2017, Uber has collaborated with law enforcement to help educate the public about rideshare safety on college campuses. To continue building on our safety commitment, we recently announced multi-year partnerships with leading campus safety experts at the International Association of Campus Law Enforcement Administrators (IACLEA) and the National Crime Prevention Council (NCPC). Through this

CONFIDENTIAL

UBER_JCCP_MDL_001993137

collaboration, we developed a Safety Guide that covers some of the most important safety topics for college students, including on and off campus safety, sexual assault prevention and rideshare safety.

**Human Trafficking Education:**
We have also been working for several years with ECPAT-USA, the National Center for Missing and Exploited Children, The McCain Institute and Polaris to do our part in helping address human trafficking and provide our drivers with resources to help pinpoint and report issues they may confront on the road. In addition, we are collaborating with other companies in the travel and transportation industry by working together to address women's safety industry-wide.

**Uber's Safety Advisory Board:**
Our work on safety is guided by Uber's Safety Advisory Board which consists of experts in law enforcement, road safety, criminal justice, and sexual violence prevention, and is led by former Secretary of Homeland Security Jeh Johnson who serves as Chairman. Members also include Cindy Southworth, Executive Vice President of NNEDV and Ebony Tucker, Advocacy Director for the National Alliance to End Sexual Violence. We also work with co-founder of the Time's Up Legal Defense Fund Tina Tchen.

**Arbitration:**
With their guidance, last year, we made an important change to our arbitration policy in the U.S. that gives victims of sexual assault and sexual harassment more choices, ensures they have the option to share their story, and raises the bar on transparency.

We no longer require Uber riders, drivers or employees to arbitrate their individual claims of sexual assault or sexual harassment. We now give individuals an option to settle these claims with Uber without a confidentiality requirement covering the facts of their experience.

**Safety Report:**
We've committed to publishing a safety report that will include data on sexual assaults and other serious safety incidents that occur on the Uber platform.

As part of that process, we've worked with the National Sexual Violence Resource Center and the Urban Institute to develop and implement a Sexual Harassment, Misconduct, and Assault Taxonomy globally and have been working with other companies to help them to also do so. The taxonomy provides a way to classify incidents reported to us with greater precision and consistency.

The idea here is that we can make much more progress to prevent sexual violence from happening if companies beyond Uber confront this issue and count reports consistently. That's never been done before.

All this builds on the safety benefits that are already part of Uber, including:

- 
- **Driver/Car**
- **Information -** Riders are given the
- driver's name, photo, make and model of the car and license plate number when they request a trip.
- 
- 
- **GPS**
- **Tracking -** Each trip is GPS tracked
- so there is a record of the trip and pertinent information is included on the receipt and trip history.
- 

CONFIDENTIAL

UBER_JCCP_MDL_001993138

- 
- **Share**
- **Trip Feature –** Riders and drivers
- can share their trip so friends and family are able to follow them on a map in real time, and know when they've arrived.

- 
- 

- **Anonymized**
- **Contacts –** We use technology to anonymize
- phone numbers when riders and drivers contact each other through the app. Additionally, we've taken steps to anonymize exact pick-up and drop-off addresses in the driver's trip history.

- 
- 

- **Cross-Street**
- **Feature –** Riders can use cross-streets
- as pick-up and drop-off locations for an added layer of privacy.

- 
- 

- **Two-Way**
- **Feedback –** We have a two-way feedback
- system where riders and drivers can rate each other and provide comments. This information is reviewed by our 24-7 support team so we can take necessary action if needed.

- 

On Thu, Oct 3, 2019 at 10:25 AM Andrew Hasbun <andrew.hasbun@uber.com> wrote:

It'll be in the final, broad statement.  Stay tuned.

On Thu, Oct 3, 2019 at 10:23 AM Nadolny, Tricia <TNadolny@usatoday.com> wrote:

Any reason why this is on background and not to be quoted?

We do not feel it was appropriate to reach out to a victim this quickly. Going forward we will be working with our 3rd party administrator to ensure that our values are being upheld at every level and will accept nothing less than the most professional and compassionate conduct.

--

Tricia L. Nadolny

CONFIDENTIAL

UBER_JCCP_MDL_001993139

Reporter

215-278-9184

tnadolny@usatoday.com



---

**From:** Andrew Hasbun <andrew.hasbun@uber.com>
**Date:** Thursday, October 3, 2019 at 1:03 PM
**To:** "Nadolny, Tricia" <TNadolny@usatoday.com>
**Cc:** "Kelly, Cara" <carakelly@usatoday.com>
**Subject:** Re: USA TODAY story

First email.. specific to the 3 victims.

**on-the-record statements:**

**On allegation that Uber rep visited a victim's home:**
"Uber did not and never would instruct a 3rd party or any entity within Uber to visit a sexual assault survivor's residence. We vehemently deny this disturbing allegation." - Uber spokesperson

"It is not Crawford & Company's protocol to make in-person visits for these types of claims. We have spoken to all Crawford employees involved in this claim and have confirmed that no one from our company ever made an in person visit to the victim and claimant, nor did Crawford & Company dispatch any third party to meet with the victim and claimant." - Crawford & Co. Spokesperson

**Responses to specific incidents (the below is all on background.. feel free to summarize and attribute to Uber but not for direct quote)**

Madison McArthur

- 
- This incident
- was reported to Uber by Madison on 8/10/2018 and the driver was removed the app the same day. He currently does not have access to Uber

- 
- 
- We do

- not feel it was appropriate to reach out to a victim this quickly. Going forward we will be working with our 3rd party administrator to ensure that our values are being upheld at every level and will accept nothing less than the most professional and compassionate
- conduct.
-

## Haley Maki-Dearsen

-
- Haley's
- grandmother reported the incident to Uber through the app on 3/14/2019
-
-
- We (Uber
- support) subsequently followed up via email and phone multiple times and received no response.
-
-
- The driver
- was removed from the app after we received the report on 3/14. He currently does not have access to Uber
-
-
- The grandmother
- ordered the trip, reported the incident, and is our only POC.
-
-
- Crawford
- reached out to the grandmother twice in March and left voicemails. On 9/20 Crawford received a phone call from the victim herself, and Crawford instructed the caller that they could not communicate directly with her because she was represented by legal counsel.
-

## Makena Simianer

-
- Makenna
- did not report this incident to Uber directly. Once we learned of the driver's arrest on 5/22 we removed the driver's access to the app. He currently does not have access to the app.
-
-
- We reached
- out to Makenna and she responded by saying she did not wish to talk but requested financial support for therapy.  A referral to Crawford was only made following her request for financial support.
-
-
- The accusation

- that Uber or any entity related to Uber visited Makenna's home is patently false and we vehemently deny this.

-

-

- Crawford
- called Makenna once in June and once in July and left voicemails. Another attempt was made in September.

-

On Thu, Oct 3, 2019 at 9:47 AM Nadolny, Tricia <TNadolny@usatoday.com> wrote:

Thanks, Andrew. And sure, if you want to discuss the email after you send it, give me a call.

Tricia

Sent from my iPhone

On Oct 3, 2019, at 12:41 PM, Andrew Hasbun <andrew.hasbun@uber.com> wrote:

Hey Tricia and Cara,

Got a bunch of info coming your way momentarily.

The first batch will be specific to the 3 victims and some of details you have, which we need to discuss. I'll send that email first and then can we talk through it?

Second, will send another email with much more on some of the big picture themes you are bringing up. Just waiting to tie up a couple loose ends there.

Chat soon.

On Wed, Oct 2, 2019 at 10:38 AM Kelly, Cara <carakelly@usatoday.com> wrote:

Hi Andrew,

Please find our questions below.

- How long has Uber had a contract with Crawford Global Technical Services? Please describe the terms of that contract including what specific type of claims Crawford handles for Uber.
- How long has Uber specifically been contracting with Crawford to handle claims related to sexual harassment and sexual assault?
- How many claims has Crawford settled for Uber, broken down by year? How many of those claims were from customers who alleged that they were sexually harassed or sexually assaulted by Uber drivers?

CONFIDENTIAL

UBER_JCCP_MDL_001993142

- How much money is the average sexual assault claim settled for? What is the largest sexual assault claim handled by Crawford?

- What are the terms of the settlements entered into on cases of alleged sexual assault? Have any of these settlements included hold-harmless clauses, nondisclosure clauses and/or any limit on the victim's ability to speak freely about their experience with Uber and the existence of a settlement?

- How does Uber decide which cases to send to Crawford, and which to not?

- Why is Crawford contacting women to offer them settlements before their cases have been fully resolved by law enforcement?

- Does Uber give Crawford any guidelines in its contract or otherwise about how and when to contact women, and how many times to contact them, etc., or is that left to Crawford to determine on a case-by-case basis?

- Uber has said in the past that it works to safeguard driver and customer personal information. In that vein, the company recently told the Washington Post that it should be a victim's choice to contact police, not Uber's. It is also one of the reasons you have given for not turning over information to law enforcement without a subpoena. At the same time, Uber is providing women's personal details to a claims adjuster, without their permission. How does the company reconcile that contradiction? Do you think that is appropriate?

- The women who report being contacted by Crawford say they feel Uber is trying to silence them and prevent their stories from being covered by the press. How would you respond?

We also have questions regarding specific cases. These women have given us permission to share their names and details.

- Madison McArthur reported being sexually assaulted by her Uber driver on Aug. 10, 2019. She says she was contacted by a Crawford representative three days after the incident. The representative called or emailed four more times in the next nine days.

o  What actions has Uber taken to investigate her case?

o  Is this driver still driving for Uber and, if not, what was the date of his last trip?

o  Was is appropriate for Crawford to reach out to her so quickly?

o  Now that you have learned about how her case was handled, will any action be taken with Crawford?

- Haley Maki-Dearsan says she was sexually assaulted by her Uber driver on Feb. 19, 2019. Both she and her grandmother, who ordered the car, say they did not file a report about the assault with Uber. Yet Haley's grandmother was contacted via email by a Crawford representative.

o  How did Uber find out about the sexual assault?

o  What actions has Uber taken to investigate the case?

o  Is the driver still driving for Uber and, if not, what was the date of his last trip?

o  Was it appropriate for Crawford to share any information about the incident with someone other than the victim?

o  Now that you have learned about it, will any action be taken with Crawford?

- Makenna Simianer reported being sexually assaulted by her Uber driver on April 28, 2019.

o  What actions has Uber taken to investigate her case?

o  When and how was Uber made aware of this case?
o  Did Uber send a representative to Simianer's home address to collect information about her and the case? Did Uber instruct that representative to ask for incriminating evidence about Simianer, with the promise of a $10,000 reward?

○ The driver's profile is still seemingly active as he is in jail on charges relating to this case. Is the driver still active and permitted to drive for Uber?

○ If I told you that the representative who visited Simianer's house shared information about the case with someone other than Simianer, how would you respond?

○ If I told you that a representative for Crawford reached out to Simianer for the first time after the judge in the criminal trial for the driver ruled to allow media coverage inside the courtroom, how would you respond?

Thank you,

Cara

**From:** Andrew Hasbun <andrew.hasbun@uber.com>
**Date:** Wednesday, October 2, 2019 at 12:36 PM
**To:** "Kelly, Cara" <carakelly@usatoday.com>
**Cc:** "Nadolny, Tricia" <TNadolny@usatoday.com>
**Subject:** Re: USA TODAY story

Hey Cara,

Thanks for sending the names along.  We can't commit by 10am as there are still some moving parts on our end.

So feel free to send over your questions.

On Wed, Oct 2, 2019 at 5:56 AM Kelly, Cara <carakelly@usatoday.com> wrote:

Hi Andrew,

Thank you for explaining.

We've contacted the women through their advocate so they know we will be sharing their names with you. They have agreed to use their names on record.

The women we have spoken to are:

Madison McArthur

Haley Maki-Dearsan

Makenna Simianer

We understand each case is unique, and would like to discuss some of the particulars with an Uber executive in the course of an interview. But the overriding themes, which we outlined below, are the same.

We are planning to publish Friday so we need to finish reporting today. Please let us know ASAP if we will be able to schedule an interview.

CONFIDENTIAL

UBER_JCCP_MDL_001993144

**If we do not hear from you by 10 a.m. PST / 1 p.m. EST, we will send over specific questions for comment via email, with a deadline of 3 p.m. PST / 6 p.m. EST for response.**

Thank you,

Cara

---

**From:** Andrew Hasbun <andrew.hasbun@uber.com>
**Date:** Tuesday, October 1, 2019 at 10:30 PM
**To:** "Nadolny, Tricia" <TNadolny@usatoday.com>
**Cc:** "Kelly, Cara" <carakelly@usatoday.com>
**Subject:** Re: USA TODAY story

Hey Tricia,

I am trying to figure who the best person may be to talk to you. But we need to understand the full facts before we commit an executive to an interview.

I understand confidentiality is important. We are simply trying to figure what happened in this process. These are crucial facts that we need to know.

I can't commit someone to you tonight.

Can you share the names of the women so we can look into this? Also, what exactly is the timeline for publishing this story?

Also, as I am sure you aware, these are sensitive situations and every case is different which is why it is so important for us to have the proper context.

We can't appropriately respond with all the facts.

Thanks for understanding.

On Tue, Oct 1, 2019 at 1:34 PM Nadolny, Tricia <TNadolny@usatoday.com> wrote:

Hi Andrew:

Thanks for getting back to me. I've cc'd my colleague Cara, who is also working on this story.

Here is a sense of what we are looking to discuss about Uber's utilization of Crawford Global Technical Services, as well as specifics on how Crawford handles cases in which women had reported being sexually assaulted by Uber drivers.

The women we've spoken to said they were caught off guard when contacted by a Crawford representative, especially since they were never warned by Uber that their information was being sent to an outside company. They said the Crawford representative did not offer them support, as your email suggested, but instead said the company was investigating their case or handling the claims process. Some felt that Crawford, in attempting to offer them a settlement, was looking to cover up what had happened to them or to buy their silence.

We'd like to talk to you about their concerns as well as the following topics, among others:

·      How long has Uber had a contract with Crawford and what are the terms of that contract? What kind of support is Crawford supposed to offer under that contract? How does Uber decide what cases to hand off to Crawford? Are Uber customers notified ahead of time and, if so, how?

·      How long has Uber contracted with Crawford to handle claims related to sexual harassment, assault and rape? What are the terms if they differ from above? Is there a specific protocol for these types of cases?

·      What are the terms of settlements and do they always, or sometimes, limit the woman's ability to discuss the incidents or the settlements publicly? How many settlements has Crawford brokered for Uber?

·      Does this third party practice raise any privacy concerns?

If an interview is agreed upon and set, we will be happy to provide you with further details on specific cases so you can prepare.

Please let us know before the end of the day today if we will be able to schedule an interview.

Thanks.

Tricia


--

Tricia L. Nadolny

Reporter

215-278-9184

tnadolny@usatoday.com


<image001.png>


---

**From:** Andrew Hasbun <andrew.hasbun@uber.com>
**Date:** Tuesday, October 1, 2019 at 1:06 PM
**To:** "Nadolny, Tricia" <TNadolny@usatoday.com>
**Subject:** Re: USA TODAY story


Hey Tricia,

Sorry for the delay here.  We had some folks out for Rosh Hashanah so took some time to get info.

Crawford serves as a 3rd party administrator for Uber's insurance program. It is common practice for companies to utilize a 3rd party administrator, and Crawford's role is to help facilitate support for victims.  We have long believed that victims would feel more comfortable working with a 3rd party rather than Uber directly.

Before we can commit to an interview, we really need to know more about the specific issues that you are going to be focusing on.  What about the process has made the victims you have

spoken with upset? What are their specific complaints? Can you provide their names so we can see what happened and if anything was mishandled?

This info will help guide our response and we need to know it before we can move any further.  If you want to send over questions, feel free. As you likely know, we are not ones to shy away from interviews and are pretty open.  We just need to know what happened here.

On Tue, Oct 1, 2019 at 9:10 AM Nadolny, Tricia <TNadolny@usatoday.com> wrote:

Hi Andrew,

I'm going to need to know by noon (your time) whether you are able to schedule an interview for this story, or if we will need to provide our questions in writing. Is that doable for you?

Thanks.

Tricia

--

Tricia L. Nadolny

Reporter

215-278-9184

tnadolny@usatoday.com

<image002.png>

**From:** "Nadolny, Tricia" <TNadolny@usatoday.com>
**Date:** Tuesday, October 1, 2019 at 11:00 AM
**To:** Andrew Hasbun <andrew.hasbun@uber.com>
**Subject:** Re: USA TODAY story

Hi Andrew,

Just checking in. Any update on scheduling an interview?
Thanks.

Tricia

--

Tricia L. Nadolny

Reporter

215-278-9184

tnadolny@usatoday.com


<image003.png>


**From:** Andrew Hasbun <andrew.hasbun@uber.com>
**Date:** Monday, September 30, 2019 at 4:57 PM
**To:** "Nadolny, Tricia" <TNadolny@usatoday.com>
**Subject:** Re: USA TODAY story

hi,

Will call you back in a few minutes.


On Mon, Sep 30, 2019 at 1:55 PM Nadolny, Tricia <TNadolny@usatoday.com> wrote:

Hi Andrew,

I just left you a voicemail. I need to talk with you about a story we're working on that pertains to Uber. Can you
give me a call so I can fill you in?

Thanks.

Tricia


--

Tricia L. Nadolny

Reporter

215-278-9184

tnadolny@usatoday.com


<image004.png>


--

CONFIDENTIAL

UBER_JCCP_MDL_001993148

 Andrew Hasbun
Communications Manager, Safety
626-644-7894 | andrew.hasbun@uber.com | uber.com

--

 Andrew Hasbun
Communications Manager, Safety
626-644-7894 | andrew.hasbun@uber.com | uber.com

--

 Andrew Hasbun
Communications Manager, Safety
626-644-7894 | andrew.hasbun@uber.com | uber.com

CONFIDENTIAL

UBER_JCCP_MDL_001993149

\--



Andrew Hasbun
Communications Manager, Safety
626-644-7894 | andrew.hasbun@uber.com | uber.com

\--



Andrew Hasbun

CONFIDENTIAL

UBER_JCCP_MDL_001993150

Communications Manager, Safety
626-644-7894 | andrew.hasbun@uber.com | uber.com

--


Andrew Hasbun
Communications Manager, Safety
626-644-7894 | andrew.hasbun@uber.com | uber.com

--


Andrew Hasbun
Communications Manager, Safety
626-644-7894 | andrew.hasbun@uber.com | uber.com

CONFIDENTIAL

UBER_JCCP_MDL_001993151

\-\-



Andrew Hasbun
Communications Manager, Safety
626-644-7894 | andrew.hasbun@uber.com | uber.com