# UBER_JCCP_MDL_001283906

## Metadata

| Field | Value | Type |
|---|---|---|
| Account | andrew.hasbun@uber.com; | SEMANTIC |
| All Custodians | Anderson, Brooke;Hasbun, Andrew; | SEMANTIC |
| All Paths | Anderson, Brooke: \20240905\Anderson, Brooke\Gmail\EDISCO-25639_GM-6.zip\EDISCO-25639_GM--brooke.anderson@uber.com-CRIkrp.mbox; Anderson, Brooke: \20240905\Anderson, Brooke\Gmail\EDISCO-25639_GM-6.zip\EDISCO-25639_GM--brooke.anderson@uber.com-CRIkrp.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-2.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-aFksqX.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-2.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-aFksqX.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-10.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-2ubmtm.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-10.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-2ubmtm.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001283906 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 08/24/2018 11:00 pm | SEMANTIC |
| Date Modified | 08/24/2018 11:00 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_001283912 | SEMANTIC |
| File Path | \Multi Custodian Gmail\EDISCO-23472_Gmail-10.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-2ubmtm.mbox | SEMANTIC |
| File Size | 21152 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_001283906;UBER_JCCP_MDL_001283907;UBER_JCCP_MDL_001283908;UBER_JCCP_MDL_001283909;UBER_JCCP_MDL_001283910;UBER_JCCP_MDL_001283911;UBER_JCCP_MDL_001283912 | SEMANTIC |
| ILS Document Date | 08/24/2018 | SEMANTIC |
| ILS Prod Date | 11/19/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL037 | SEMANTIC |
| Other Custodians | Anderson, Brooke;Hasbun, Andrew; | SEMANTIC |
| Primary Date | 08/24/2018 11:00 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL037; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 08/24/2018 11:00 pm | SEMANTIC |



Trial Exhibit No.
P-00092

Message

| | |
|---|---|
| **From**: | Andrew Hasbun [andrew.hasbun@uber.com] |
| **Sent**: | 8/24/2018 11:00:45 PM |
| **To**: | Brooke Anderson [brooke.anderson@uber.com] |

- **Andrew Hasbun**, 2018-08-24 16:00:45

Free if you want to call

- **Brooke Anderson**, 2018-08-24 16:09:24

Will call u in a few

- **Andrew Hasbun**, 2018-08-24 17:47:15

do you think we will be locked and loaded with the blog post by the time you leave?

- **Brooke Anderson**, 2018-08-24 17:47:26

My hope:)

- **Brooke Anderson**, 2018-08-24 17:47:28

Why?

- **Andrew Hasbun**, 2018-08-24 17:47:40

Just making of list of things to get done next week

- **Andrew Hasbun**, 2018-08-24 17:48:42

and if there is anything in particular I&#39;ll need to do with it next week if it isn&#39;t. like who to run it by, etc.

- **Brooke Anderson**, 2018-08-24 17:49:01

Blog- I will keep you posted

- **Brooke Anderson**, 2018-08-24 17:49:09

Going to edit and reconcile tonight

- **Brooke Anderson**, 2018-08-24 17:49:14

And plan to send to Gus

- **Brooke Anderson**, 2018-08-24 17:49:27

For a look

- **Brooke Anderson**, 2018-08-24 17:49:35

Will keep you cc'd

- **Andrew Hasbun**, 2018-08-24 17:49:45

sounds good. Is jill going to take a peek at some point?

- **Brooke Anderson**, 2018-08-24 17:49:59

I envision blog work will be minimal.

- **Brooke Anderson**, 2018-08-24 17:50:09

I don't think so but will ask kallman in case

- **Andrew Hasbun**, 2018-08-24 17:50:09

sounds good to me!

CONFIDENTIAL

P-00092.00002

UBER_JCCP_MDL_001283906

- **Brooke Anderson,** 2018-08-24 17:50:13

She's kinda letting go!

- **Brooke Anderson,** 2018-08-24 17:50:41

And I will add any feedback to Dara remarks and leave that with you to run by Kallman next week

- **Brooke Anderson,** 2018-08-24 17:50:49

So add that to your checklist

- **Brooke Anderson,** 2018-08-24 17:51:00

I'll also update faq and ping to you and flag in comms doc

- **Andrew Hasbun,** 2018-08-24 17:51:13

got it.  Thanks!

- **Brooke Anderson,** 2018-08-24 18:20:19

👆

- **Brooke Anderson,** 2018-08-24 18:36:33

nick's edits are rather heavy handed

- **Brooke Anderson,** 2018-08-24 18:36:41

i'm going through each one and thinking over things

- **Brooke Anderson,** 2018-08-24 18:36:57

but it's clear the marketing team feels a bit too much ownership when it comes to the language we use to reprsent the company

- **Brooke Anderson,** 2018-08-24 18:37:48

while i'm gone-

- **Andrew Hasbun,** 2018-08-24 18:37:51

This has been the problem since the get go on this stuff and a source for drama. Becky and Lexi have thrown in the towel. It is you and me left to stand our ground :) dramatic I know.

- **Brooke Anderson,** 2018-08-24 18:37:57

if he and Kate try to take an ax to the blog

- **Brooke Anderson,** 2018-08-24 18:38:00

i want you to ping me

- **Brooke Anderson,** 2018-08-24 18:38:19

And not engage in back and forth

- **Andrew Hasbun,** 2018-08-24 18:38:27

Indeed I will.

- **Andrew Hasbun,** 2018-08-24 18:38:32

Will Kate be back next week?

- **Brooke Anderson,** 2018-08-24 18:39:21

We're so close to the finish line and i dont want to aggressive feedback to be a source of distractin

- **Brooke Anderson,** 2018-08-24 18:39:22

distraction

- **Brooke Anderson**, 2018-08-24 18:39:24

i'm going through the blog now and will resolve all tonight.

- **Brooke Anderson**, 2018-08-24 18:39:28

Yes she will

- **Andrew Hasbun**, 2018-08-24 18:39:54

When he talks about positioning ride check... um... we have to see any language on positioning and certainly hadn't when we started writing this

- **Andrew Hasbun**, 2018-08-24 18:40:09

We haven't seen

- **Brooke Anderson**, 2018-08-24 18:40:12

qq for your

- **Brooke Anderson**, 2018-08-24 18:40:13

do you think 'deter wrongdoing' is too harsh

- **Brooke Anderson**, 2018-08-24 18:40:14

my thought was that we needed to better articulate what shining a light is about

- **Brooke Anderson**, 2018-08-24 18:40:47

Correct

- **Andrew Hasbun**, 2018-08-24 18:40:52

I'm with you. No I don't. We have a sexual assault problem. Let's stop pretending like we are trying to battle pick pockets and petty crime.

- **Brooke Anderson**, 2018-08-24 18:40:55

with this &quot;sensing&quot; technology

- **Andrew Hasbun**, 2018-08-24 18:41:23

I don't understand that really.

- **Andrew Hasbun**, 2018-08-24 18:41:48

What is it sensing? Sounds like a lot of babble and no meat. People are going to want to know what it does and how it'll work.

- **Brooke Anderson**, 2018-08-24 18:42:17

we can't introduce it without more meat, completely agree

- **Brooke Anderson**, 2018-08-24 18:42:21

i'm going to have a glass of wine and refine this

- **Brooke Anderson**, 2018-08-24 18:42:36

I'm all about candid feedback

- **Brooke Anderson**, 2018-08-24 18:42:43

but again this reflects a lot of out of lane perspective

- **Andrew Hasbun**, 2018-08-24 18:42:47

Yes, glass of wine for sure!

- **Brooke Anderson**, 2018-08-24 18:42:48

Which means i have failed to set the appropriate boundaries

- **Brooke Anderson**, `2018-08-24 18:43:01`

it's ok though- will just need to work on it for future.

- **Brooke Anderson**, `2018-08-24 18:43:10`

☺

- **Andrew Hasbun**, `2018-08-24 18:44:00`

Also, like since when did they own messaging... we have a 911 button and make no mention of it online anywhere except on blogs that WE wrote. You want to own it, then own it and build it. That button has been out since May and there is no online resource about how it works except the comms blog

- **Andrew Hasbun**, `2018-08-24 18:44:52`

Let me know if need anything. I'm around tonight

- **Brooke Anderson**, `2018-08-24 18:47:30`

cool! have a glass for me!

- **Brooke Anderson**, `2018-08-24 18:47:37`

they don't own messaging

- **Brooke Anderson**, `2018-08-24 18:47:45`

all the messaging that exists has been prepared by us

- **Brooke Anderson**, `2018-08-24 18:47:53`

always open to input especially that's been tested

- **Brooke Anderson**, `2018-08-24 18:48:21`

but everyything from "we're putting safety at the heart of everything we do" to we're raising the bar etc. all comms

- **Andrew Hasbun**, `2018-08-24 18:48:32`

Yup. Sure is

- **Brooke Anderson**, `2018-08-24 18:48:32`

tested IE focus grouped

- **Andrew Hasbun**, `2018-08-24 18:48:41`

And now it is in our commercials

- **Brooke Anderson**, `2018-08-24 18:53:23`

exactly

- **Brooke Anderson**, `2018-08-24 18:53:24`

H

- **Brooke Anderson**, `2018-08-24 18:53:25`

HA

- **Brooke Anderson**, `2018-08-24 18:53:28`

cracks me up

- **Brooke Anderson**, `2018-08-24 18:53:44`

the best form of flattery is replication! So as a comms person, it's always good to have out stuff taken and run with ☺

CONFIDENTIAL

P-00092.00005

UBER_JCCP_MDL_001283909

- **Brooke Anderson,** 2018-08-24 18:54:02

So-

- **Brooke Anderson,** 2018-08-24 18:54:08

maybe we switch out wrongdoing to misconduct

- **Brooke Anderson,** 2018-08-24 18:54:22

a bit softer

- **Brooke Anderson,** 2018-08-24 18:54:26

and update the line to this

- **Brooke Anderson,** 2018-08-24 18:55:13

&lt;b&gt;And we're working to deter misconduct by making Uber a place where the lights are always on,&lt;/b&gt;&lt;b&gt;adding new safety features&lt;/b&gt;&lt;b&gt; like an in-app emergency button and Trusted Contacts so there are multiple sets of eyes on each ride.&lt;/b&gt;

- **Brooke Anderson,** 2018-08-24 18:55:17

too lengthy?

- **Brooke Anderson,** 2018-08-24 18:58:45

if nick or kate ask me one more time about legal approval for something

- **Brooke Anderson,** 2018-08-24 18:58:57

can you imagine if we were asking them if they had approved something with the product team over and over?

- **Brooke Anderson,** 2018-08-24 18:59:00

that&#39;s what it&#39;s like

- **Brooke Anderson,** 2018-08-24 18:59:02

so silly

- **Brooke Anderson,** 2018-08-24 18:59:39

they definitely need to focus on lane ownership. I&#39;m all about feedback from all over the place on all issues- but it&#39;s really not a recipe for efficiency when you&#39;re following up on approvals for other teams

- **Brooke Anderson,** 2018-08-24 18:59:49

good feedback for us to be mindful of during next perf

- **Brooke Anderson,** 2018-08-24 18:59:51

☺

- **Andrew Hasbun,** 2018-08-24 19:04:31

I like the change. Misconduct is good

- **Andrew Hasbun,** 2018-08-24 19:04:34

Agree on the perf

- **Andrew Hasbun,** 2018-08-24 19:04:39

Stay in the lane!!!

- **Andrew Hasbun,** 2018-08-24 19:05:41

Example... let Becky and Lexi worry about event flow. Let you and me worry about pitching press, blog, content, etc. have either of us even made a peep about sachin's preso or the videos that nick is owning? Nothing. Why? Cause I trust them

- **Brooke Anderson,** 2018-08-24 19:10:01

there is a clear line between providing feedback where warranted and obsessing and attempting to micromanage details fully out of your lane

- **Brooke Anderson,** 2018-08-24 19:10:03

i'm all about piping in as you know on things that may span across the map

- **Brooke Anderson,** 2018-08-24 19:10:05

☺

- **Brooke Anderson,** 2018-08-24 19:10:06

but i like to think that i don't tell marketing folks how to build a deck for their audience

- **Brooke Anderson,** 2018-08-24 19:10:09

in fact i know i dont

- **Brooke Anderson,** 2018-08-24 19:10:20

anyways, we'll crack on and get through Sep 5

- **Brooke Anderson,** 2018-08-24 19:10:35

i think we can take this experience and provide some pretty specific feedback down the road to them

- **Andrew Hasbun,** 2018-08-24 19:11:49

100% agree

- **Brooke Anderson,** 2018-08-24 19:14:00

another Q

- **Brooke Anderson,** 2018-08-24 19:14:06

we're saying this gives you tools to quickly get help

- **Brooke Anderson,** 2018-08-24 19:14:16

the idea of changing to "offer you assistance"

- **Brooke Anderson,** 2018-08-24 19:14:24

i like offering assistance which is more responsibility and stronger

- **Brooke Anderson,** 2018-08-24 19:14:31

but are we overpromising by saying that?

- **Brooke Anderson,** 2018-08-24 19:14:36

it sounds like we're going to do something-

- **Brooke Anderson,** 2018-08-24 19:14:56

but we just say, hey call 911. here's how to call insurance company. here's how to report this to uber

- **Brooke Anderson,** 2018-08-24 19:15:21

is it misleading to say 'offer assistance' - does/doesn't that indicate that we are going to maybe pop up in an ambulance or something? what do you think

- **Andrew Hasbun,** 2018-08-24 19:22:31

I like what we initially wrote... give you the tools to get help. The truth is we aren't helping. You help yourself with the tools we give you.

- **Andrew Hasbun**, `2018-08-24 19:22:35`

Assistance is misleading

- **Andrew Hasbun**, `2018-08-24 19:22:42`

We don't assist

- **Brooke Anderson**, `2018-08-24 19:23:14`

Totally agree

- **Brooke Anderson**, `2018-08-24 19:23:23`

Moving right along!!!

CONFIDENTIAL

UBER_JCCP_MDL_001283912