**UBER-MDL3084-000114641**

## Metadata

| File Path | UBER-MDL-009_pt7/UBER-MDL3084-000114641.pdf | SEMANTIC |
|---|---|---|
| Filename | UBER-MDL3084-000114641.pdf | SEMANTIC |
| ILS Prod Date | 3/8/2024 | SEMANTIC |
| ILS Prod Vol | UBER-MDL-009 | SEMANTIC |
| Primary Date | 02/12/2016 1:36 pm PST | DOC_TYPE_ALIAS |
| Redacted | No | SEMANTIC |

**Trial Exhibit No.**

**P-00123**

| | | |
|---|---|---|
| **From:** | Travis Kalanick <travis@uber.com> | |
| **Sent:** | Fri, 12 Feb 2016 13:36:45 -0800 | |
| **Subject:** | Uber OKR's | |
| **To:** | Uber Team <team@uber.com> | |

Case 3:17-cv-03084-CRB    Document 5250-15    Filed 02/17/26    Page 2 of 4

Hey all,

As we've all been engaged in bottoms-up planning for 2016, I've ended up spending serious time prioritizing what's going to matter most to Uber from a high level. Yes, ladies and gentlemen, this is the first time that we have Uber-wide OKR's (objectives, and key results), formally known as U-OKRs :). These priorities should serve as guidance as to what matters most to us in the coming year - helping every team plan and how they're going to help Uber achieve greatness moving forward, and helping each of us prioritize our own efforts, and our own objectives and key results.

If we've done this right, each of us will be able to clearly map our own efforts and goals to at least one of the Objectives below, AND ideally, EVERYTHING each of us works on fits into one of them (i.e. don't work on something that doesn't fit into one of our U-OKR's).

Ultimately, I expect that these U-OKRs get worked into overall planning processes to help focus on what's more important. Start thinking about how you can incorporate these into your own prioritizing, and over the coming weeks we will formalize the metrics and a continuous monitoring of these truly Uber OKRs.

So, without further ado, (drum roll...), our 1st annual 2016 U-OKR's

### Objective 1 - Butts in Seats

At Uber, everything starts with getting more people in Uber connected cars. We do this by getting the word out to new riders, partnering with companies in cities around the world, opening new cities, lowering prices and dozens of other activities. These activities will continue, but sustainable growth must also come through more efficiently getting butts in the seats. That means drivers having more butts in their open seats for more minutes of the day. Initiatives on price cuts, uberpool, dynamic pricing, and supply positioning help to utilize every available seat in our ecosystem. New products like Commute and Hop take utilization of available seats to a whole other level. Of course, those efficiencies mean stable income for drivers with lower prices for riders, which means more people can afford Uber, which starts the whole virtuous cycle of Uber awesome - more efficiencies, lower prices, more riders, better ETAs, more efficiencies, lower prices, and on and on.

By getting more butts in Ubers, but doing it while optimizing system efficiency, we will create the best possible rider experience while maintaining - and even improving - driver earnings.

Key Result : Efficiency Score
- Seat Minutes Filled / Potential Seat Minutes

### Objective 2 - Waste, Be Gone!

The finance team has a strong vision for where business model and financials need to be over the long term. They know the areas in which we need to invest more, and the areas where we need to cut out the waste. It just so happens that in order to continue to grow, and invest in innovation, we need to be vigilant against all of the areas of waste. Getting rid of wasteful or inefficient spending secures our ability to invest and innovate into the future! In 2016, through conscientious decisions by every one of us and through a series of major savings initiatives we will eliminate all waste. The billions in savings we generate we will funnel into growth and adventure.

Key Result : Financial Targets provided by FP&A
- Every cost in our business (every line item in our P&L) will be constrained as a % of the business.

### Objective 3 - The Uber Labor Department

In 2016 we will build the Uber Labor Department - among the biggest job creation opportunities the world has ever seen. This means close to 2 million first-time-drivers in the U.S. alone, at least another 3 million in China, and millions more around the world. The Uber Labor Department is all about more work, better work, and work that puts you first. Easier said than done. As a company we need to think about creating income opportunities and jobs at a scale no company in history has ever achieved. We must have a labor platform that existing partners continue to value over time, and must make them so satisfied that they are eager to share the opportunity with their friends, family and colleagues. People in cities across the globe will

recognize that partnering with Uber - either as their main income source or in addition to existing work - is a stable and fulfilling answer to their income needs. We're going to have to think different and hustle to make this a reality, but I think we've got what it takes to get there.

Key Result : Driver Growth and Happiness
- Driver-Partner NPS
- Total Supply Hours

## Objective 4 - Uber Magic 2.0

Uber is Uber because of the magic: press a button and a car arrives within minutes. But as our business has grown, things have gotten busy and complicated and it shows. In 2016, we look to make more complexity invisible. In 2016, we seek to wow our driver and rider customers even as their expectations of quality substantially grow. We'll do this by making everything elegantly effortless, exquisitely beautiful, and impossibly efficient. It may be an ops quality process that nobody ever sees but makes rides safer, a legal strategy that keeps the bad guys at bay, or a new rider app that makes you fall in love with Uber all over again. We're taking Uber magic to the next level in 2016, ensuring that our customers - both riders and drivers - have experiences that dramatically exceed their expectations in every regard. Uber Magic 2.0 is here.

Key Result : Customer Happiness
Rider and Driver NPS
UberMagic NPS - time, calm, joy, money
Rider and Driver Engagement Metrics

## Objective 5 - Math for Marketing

Did you know that Uber will be spending over $3B in marketing (advertising, promotions, incentives, referrals) this year?! Yeah, that's a really big number, and it means we need to make sure we're getting the most for our money. In 2016 we will up our Math game to drive optimal growth. This means algorithms over arithmetic. This means powerful marketing tools so our people function like fighter pilots when they're in the cities helping to grow Uber. This means bringing more machine intelligence to our performance marketing spend, using sophisticated algorithms to deploy incentives and promotions, and getting far smarter about the rider/driver balance that will maximize city growth.

Key Result :
Trip growth per $$ in marketing spend

## Objective 6 - Ridesharing platform of choice

In 2016, 100's of millions of new people will experience ridesharing for the first time. Let's make sure that Uber is the ridesharing platform of choice, the preferred option for more riders and drivers than any other. You may ask, "How many more?" My answer is that I would like each city's new ridesharing users to be more likely to choose Uber in 2016 than in 2015, and I would like Uber to be the most preferred in absolute terms globally. From Brazil to India and the US to China, from Russia to Southeast Asia, Uber must be better for ridesharing customers than any and all alternatives, and we must be more efficient, more effective, and more strategic in every part of our business than the other ridesharing alternatives.

Key Result : "The preference metric"
- How much more likely is a new rider or driver to choose Uber this year than last?

## Objective 7 - Back to Basics

In 2016 we will invest heavily in getting back to basics. What does that mean exactly and why is it important? With all of our growth, too many 'skyscrapers' are getting built on foundations built for small residential houses. So that means more robust foundations for our ever-increasing Uber skyscrapers. This means: building processes, product, and systems with the knowledge that far more people are going to be using them; measuring and monitoring every interaction taken in our apps, websites and operations tools; and designing internal platforms and private APIs to help program teams rapidly innovate and build. Inventing a new DriverOps process must come with the appropriate 'structural engineering' so that it doesn't collapse under the weight of 1,000 Driver Operations Managers using it. We cannot solve the problems of having a big skyscraper on a poor foundation by simply hiring more people making an even bigger skyscraper. We MUST get at the foundation itself, and get BACK-TO-BASICS.

Key Result : Productivity and App Performance

- Productivity KPIs: how quickly can the basic functions of any role be executed on
- Action Monitoring: Every system action is monitored so we can see if something is broken.

## Objective 8 - Future Quests

As a wise man once said, "If you don't build for the future, you won't be part of it." So we must always keep an eye on what is next. How do we use our logistics platform to move things as well as people? What are the super-futuristic technologies that will disrupt the cost and convenience that we deliver today? Let's lean into automated driving to rid the world of traffic, pollution, millions of unnecessary deaths, and the waste of trillions of hours of people's time. Let's double down on a near real-time supply chain with UberEverything. There may even be other quests to embark on in 2017 and beyond, so let's stay aware of where futuristic tech is going, and let's keep our imaginations open and creative.

Key Result : Future Metrics
- % of the world's meals delivered by Uber
- % of total global vehicle miles driven by Uber

## Objective 9 - The Anti-Bureaucracy Committee

Growing a company as fast as we are is no joke. Too much process makes things slow, but too little process makes things chaotic, and ultimately slow as well. So, we must stay on the uncomfortable border between order and chaos and revel in the speed that brings.

Now, a company that feels big isn't a place I want to work at. Why? Because the bigger we feel, the harder it is to create, the more difficult to fast-forward to the future, the more painful it is to get things done, and generally we become a place where we cannot Let Builders Build. I need everyone to lookout for some of the hallmarks of big company BS:
- bureaucracy that makes it really difficult to get simple things done;
- ridiculous politics that means people are focused on perception vs. reality, on what people think instead of getting to work and building the future;
- individuals trying control the flow information and limit transparency - too much whispering, too much concern/focus on who knows what and when;
- asking for permission is the default and empowerment is the exception;
- lack of accountability and success metrics for a particular project;

I need you all to step up and stop bureaucracy in its tracks, WHEN YOU SEE IT, STOP IT. In order to help this along, this year I will be setting up an Anti-Bureaucracy Committee (yes, I get the irony :)), to keep us feeling small as we get big, to celebrate those who fiercely fast forward to the future, and to celebrate those who fight off the forces of slowness all around us.  Stay tuned for more details :)

Key Result : Anti-Bureaucracy WatchDog Metrics
- Churn of high performance employees
- Internal survey results on Let Builders Build principles
- Benchmarks for duration to execute key company processes: perf, budget process, headcount planning
- Time to perform simple and complex processes, and make simple and complex decisions
- incidents of inane bureaucracy stopped
- TPS Reports generated per week

Boom. The 2016 U-OKRs. Expect specific metrics to be rolled out in the coming weeks. Now, back to building...

Travis

Confidential
CONFIDENTIAL

UBER13806
UBER-MDL3084-000114643