# UBER_JCCP_MDL_000221494

## Metadata

| Field | Value | Type |
|---|---|---|
| Account | brooke.anderson@uber.com | SEMANTIC |
| All Custodians | Anderson, Brooke;Breeden, Tracey;Kansal, Sachin;Lake, Carley;Parker, Kate | SEMANTIC |
| All Paths | Anderson, Brooke: \20240905\Anderson, Brooke\Gmail\EDISCO-25639_GM-6.zip\EDISCO-25639_GM--brooke.anderson@uber.com-CRIkrp.mbox; Anderson, Brooke: \20240905\Anderson, Brooke\Gmail\EDISCO-25639_GM-6.zip\EDISCO-25639_GM--brooke.anderson@uber.com-CRIkrp.mbox; Breeden, Tracey: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-2.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-2.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \Multi Custodian Gmail\EDISCO-23472_Gmail-138.zip\EDISCO-23472_Gmail--tbreeden@uber.com-D0eSNO.mbox; Breeden, Tracey: \Multi Custodian Gmail\EDISCO-23472_Gmail-138.zip\EDISCO-23472_Gmail--tbreeden@uber.com-D0eSNO.mbox; Kansal, Sachin: \EDISCO-25926_GMAIL4\EDISCO-25926_GMAIL4-23.zip\EDISCO-25926_GMAIL4--sachin.kansal@uber.com-kJMmDT.mbox; Kansal, Sachin: \EDISCO-25926_GMAIL4\EDISCO-25926_GMAIL4-23.zip\EDISCO-25926_GMAIL4--sachin.kansal@uber.com-kJMmDT.mbox; Lake, Carley: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-5.zip\EDISCO-24394_Gmail_--carley@uber.com-XCTBRR.mbox; Lake, Carley: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-5.zip\EDISCO-24394_Gmail_--carley@uber.com-XCTBRR.mbox; Parker, Kate: \Multi Custodian Gmail\EDISCO-23472_Gmail-160.zip\EDISCO-23472_Gmail--kateparker@uber.com-nnGf94.mbox; Parker, Kate: \Multi Custodian Gmail\EDISCO-23472_Gmail-160.zip\EDISCO-23472_Gmail--kateparker@uber.com-nnGf94.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000221494 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 12/01/2018 8:07 pm | SEMANTIC |
| Date Modified | 12/01/2018 8:07 pm | SEMANTIC |
| End Family | UBER_JCCP_MDL_000221494 | SEMANTIC |
| File Path | \20240905\Anderson, Brooke\Gmail\EDISCO-25639_GM-6.zip\EDISCO-25639_GM--brooke.anderson@uber.com-CRIkrp.mbox | SEMANTIC |
| File Size | 8402 | SEMANTIC |
| Hash Value | 740bfff12963a7484a08726263f87195 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000221494 | SEMANTIC |
| ILS Document Date | 12/01/2018 | SEMANTIC |
| ILS Prod Date | 8/30/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL001 | SEMANTIC |
| Other Custodians | Breeden, Tracey;Lake, Carley;Parker, Kate;Anderson, Brooke;Kansal, Sachin | SEMANTIC |
| Primary Date | 12/01/2018 8:07 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL001; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 12/01/2018 8:07 pm | SEMANTIC |



Trial Exhibit No. P-00145

Message

| | |
|---|---|
| From: | Hollis Shoor [hollis@uber.com] |
| Sent: | 12/1/2018 8:07:32 PM |
| To: | Kate Parker [kateparker@uber.com]; Brooke Anderson [brooke.anderson@uber.com]; Sachin Kansal [sachin.kansal@uber.com]; Eric Schroeder [eric.schroeder@uber.com]; Tracey Breeden [tbreeden@uber.com]; Carley Lake [carley@uber.com]; Johnathon Purcell [johnathon@uber.com] |
| Subject: | Women are having #MeToo issues with their Uber and Lyft drivers, survey says |

I can only imagine what the narrative will be like after the release of the transparency report.

A couple reactions to a recent study about sexual violence in Ubers

- 23%, nearly 1 in 4, of women have had an uncomfortable encounter with an Uber driver with 8% having to get the police involved.  This seems way too high.  We need to have higher standards.  It also makes Uber sounds less safe than Lyft with 15% of female riders indicating they had an encounter.
- Our safety differentiation story is not coming through yet.  Other than the emergency button, no real differences, between Uber and Lyft.  In my opinion the on-going criminal screening process was unclear and got lost in the story.  The differences are more explicit in the alarms.org press release.
- This is another story encouraging us to explore women drivers for women riders.  Our silence makes it seem like we are deaf to the message.
- As we have been saying in our internal research, riders are taking safety into their own hands.
- The one positive note, is the women rides still consider us safer form of transportation compared to taxis, professional car services, and public transportation

Press stories:
https://www.alarms.org/uber-lyft-womens-safety-report/
https://www.star-telegram.com/news/traffic/your-commute/article222314585.html

CONFIDENTIAL

P-00145.00002

UBER_JCCP_MDL_000221494