## UBER_JCCP_MDL_003405397

## Metadata

| #Author | matt.shroder@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 06/10/2018 | SEMANTIC |
| #DateCreated | 12/10/2017 | SEMANTIC |
| #Title | Global Driver All Hands (12/13) | SEMANTIC |
| Account | burke@uber.com; | SEMANTIC |
| All Custodians | Burke, Jordan;Cinelli, Dennis;Foran, Timothy;Fuldner, Gus;Graves, Ryan;Kawada Page, Jodi;Lake, Carley;Rikhye, Vaibhav; | SEMANTIC |
| All Paths | Burke, Jordan: \Burke, Jordan\EDISCO-25478_burke@uber.com_DR_298.zip; Burke, Jordan: \Burke, Jordan\EDISCO-25478_burke@uber.com_DR_298.zip; Cinelli, Dennis: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_107.zip; Cinelli, Dennis: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_107.zip; Foran, Timothy: \EDISCO-25493_tforan@uber.com\EDISCO-25493_tforan@uber.com_64.zip; Foran, Timothy: \EDISCO-25493_tforan@uber.com\EDISCO-25493_tforan@uber.com_64.zip; Foran, Timothy: \MassTort_Category1_DRIVE_Replacement3\MassTort_Category1_DRIVE_Replacement3_7.zip; Foran, Timothy: \MassTort_Category1_DRIVE_Replacement3\MassTort_Category1_DRIVE_Replacement3_7.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_107.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_107.zip; Graves, Ryan: \EDISCO-25937_ryan@uber.com_2018-01-01_to_2019-01-01\EDISCO-25937_ryan@uber.com_2018-01-01_to_2019-01-01_22.zip; Graves, Ryan: \EDISCO-25937_ryan@uber.com_2018-01-01_to_2019-01-01\EDISCO-25937_ryan@uber.com_2018-01-01_to_2019-01-01_22.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_126.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_126.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_15.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_15.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_124.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_124.zip; Rikhye, Vaibhav: \Rikhye, Vaibhav\EDISCO-25493_vaibhav@uber.com_5.zip; Rikhye, Vaibhav: \Rikhye, Vaibhav\EDISCO-25493_vaibhav@uber.com_5.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003405397 | SEMANTIC |
| Collaborators | jtaylor@uber.com; britt@uber.com; zach@uber.com; emily.hallet@uber.com; mw@uber.com; charlie.davis@uber.com; jeb@uber.com; ags@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 12/10/2017 8:23 pm | SEMANTIC |
| Date Modified | 06/10/2018 6:52 pm | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_003405397 | SEMANTIC |
| File Path | \Burke, Jordan\EDISCO-25478_burke@uber.com_DR_298.zip | SEMANTIC |
| File Size | 73481604 | SEMANTIC |
| Filename | Global Driver All Hands (12-13)_1T8-JpoyEDUwUhEvd8HlZgX1QoVrwXfvU2PCBW2eB86Q.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_003405397 | SEMANTIC |
| ILS Document Date | 06/10/2018 | SEMANTIC |
| ILS Prod Date | 3/14/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL129 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_004893755; UBER_JCCP_MDL_004893757; UBER_JCCP_MDL_004924216; UBER_JCCP_MDL_004924233 | SEMANTIC |
| Other Custodians | Cinelli, Dennis;Fuldner, Gus;Kawada Page, Jodi;Lake, Carley;Burke, Jordan;Foran, Timothy;Graves, Ryan;Rikhye, Vaibhav; | SEMANTIC |
| Primary Date | 12/10/2017 8:23 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL129; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 06/10/2018 6:52 pm | SEMANTIC |
| SourceHash | a7c79164a58c7e630ab7240455a1d3a0 | SEMANTIC |


Trial Exhibit No.
P-00176



**Global**
**Driver**
All Hands

December 13, 2017





Vision & History

**DRIVER VISION**

# Uber is the world's favorite **flexible earnings opportunity**





For years, **GROWTH >
everything else**

Rider demand was rampant.

Capital was cheap.

"Supply" was our constraint.

**We met demand through aggressive spending on driver acquisition
and existing driver incentives to maximize hours.**





# 2017 was
# a year of
# **listening**
# **and change.**

As driver sentiment declined, and the brand slipped
into crisis, we shifted focus strongly to improving
our relationship with our existing drivers.





But despite our significant 2017 improvements, **the underlying driver system debt remains a threat and opportunity for our business.**



Enter…

# Driver Forward, 2018

the global cross - organizational / functional system
through which we'll execute our 2018 Driver Strategy.

In 2018 our task is to move beyond 2017's pure focus on driver sentiment to build and strengthen the system that offers enduring opportunity to millions of drivers around the world.

# 3 core tenets of
FORWARD

## 1. Customer-centric

## 2. Strategic

## 3. As One

This work - it sound so simple but the three things we did that we at scale, orienting across the customer, strategy genuinely based in insights, and operating as an fully customer based organization



**Driver
Forward**
2018
Steering
Committee

**Andrew Macdonald**
VP RGM LATAM & APAC

**Rachel Holt**
VP RGM US&C

**Manik Gupta**
Sr. Director, Product

**Billy Guernier**
Head of Central Ops, US&C

**Tom Fallows**
Director, Product

**+++**

*Full Steering
Committee to be
finalized by EOY*

Ushering in a new year - key additions - Mac (Global) and Manik (marketplace)
- cross functional - we'll keep adding right folks



Old news, oriented around pillars, big rocks, projects



Continuation of what we did last year, focusing on insights, strategy, leading to planning and execution



Insights









**Big Picture: Room to Grow**

## Uber has already built what may be the largest workforce on earth.

And yet, we've just begun. The global **demand for a truly flexible earnings opportunity is virtually unlimited** —particularly if it doesn't require a car.

# 3.26M

Active Drivers in Last 28 Days

(+ >90M signups who haven't never taken a first trip)

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |

91M signups in funnel.. Some duplicative and have other challenges.
Very very large part of population is somewhere in our funnel and needs our help solving structural challenges to begin driving.
Even today takes a while to begin earning -- e.g., in SF it's 3 weeks, in licensed markets it's even higher
Many blockers - vehicle ownership, document knowledge & acquisition challenges, regs stuff, unbanked, nervousness pre FT



**Big Picture: What Matters**

## Lowering trip price has been the primary way we grow, historically.

However, our ability to do this on UberX is relatively limited. **Shared rides is by far our most compelling near-term bet to unlock the next wave of growth.**

POOL Opt In vs. Discount Rate

Opt In

Discount Relative to UberX

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |

Big Picture: What Matters

## Brand matters. A lot. Particularly when the product is not differentiated.

We have the opportunity to tell a true turnaround story.

**Drivers are our moral compass.**



INSIGHTS    STRATEGY    PLANNING    EXECUTION





**Big Picture: What Matters**

## Why does CP matter?

Category position is the percentage of trips taken on the Uber platform over the total addressable market by geography.







**Big Picture: What Matters**

## When you combine weakness on the fundamentals with brand degradation you get a potentially catastrophic cycle of CP loss.



When fewer drivers are on the platform, ETAs and ETDs rise across the system—giving riders reasons to try another service. And without rider demand, drivers go elsewhere. We have seen this very clearly in the US.

INSIGHTS    STRATEGY    PLANNING    EXECUTION



**Big Picture: Core Truths**

## UberEats is for real.



INSIGHTS   STRATEGY   PLANNING   EXECUTION



Big Picture: Core Truths

**We are committed to our open, independent contractor model.**



INSIGHTS    STRATEGY    PLANNING    EXECUTION





91M signups in funnel.. Some duplicative and have other challenges.
Very very large part of population is somewhere in our funnel and needs our help solving structural challenges to begin driving.
Even today takes a while to begin earning -- e.g., in SF it's 3 weeks, in licensed markets it's even higher
Many blockers - vehicle ownership, document knowledge & acquisition challenges, regs stuff, unbanked, nervousness pre FT



This holds across most geographies
This is a critical insight that we should all bear in mind as we think about prioritization of resourcing (product, investment, support, everything)
Then a key question is who are these folks?



82% of hours supplied by Veteran drivers

Note that consistency is the most critical piece here.. Part time and Full Time, once consistent, contribute equal parts of this 82%

As an example, if you look at the last 12 weeks in the US, 70% of hrs are being contributed by drivers that drove atleast 11 of the 12 weeks

Our #1 priority is ensuring we are able to retain these drivers and win their loyalty; after that comes driving higher engagement from other folks and moving ppl through funnel etc.



Drive significantly more during weekdays than all drivers
These drivers are much more consistent than the average driver
While the majority in the US are Caucasian, these drivers are actually more diverse than the US population.
And we attract a higher representation of African American females than their US demographic proportion.



This trend is pretty applicable globally.. If we look at our CP across most global markets we are losing CP, which inherently implies that more of our customers are dual apping (exception: India)



**Driver Audience**

**Fewer than 30% of our global hours are in the US. The rest of the world has unique barriers to driving— financial and consumer technology, licensing, vehicle ownership, and safety.**

% of Monthly Online Hours by Mega-Region

India SC ■ EMEA ■ APACX ■ LatAm ■ US & Canada

INSIGHTS | STRATEGY | PLANNING | EXECUTION









*"Gas prices are going up, yet we're earning the same amount per mile. We need an increase in the per mile rate. Without boost or surge, there is really no point in driving because you don't make enough money."*

– Terry

INSIGHTS          STRATEGY          PLANNING          EXECUTION

**Marketplace Dynamics**

## Our network is cost efficient when the right number of drivers are in the right places at the right times. The clearer our market information to drivers, the more efficient we can be.

Too few drivers, and we lose riders. Too many, and drivers and Uber lose money.

To achieve balance, we must provide information and pricing to **motivate drivers to sign on in advance of anticipated demand, and attract the right mix of full- and part-time drivers.**



London supply / demand distribution

INSIGHTS    STRATEGY    PLANNING    EXECUTION



Marketplace Dynamics

**The fundamentals of the rider experience—affordability and low ETA/ETDs—depend on driver engagement, without which we risk potentially catastrophic CP loss.**

INSIGHTS    STRATEGY    PLANNING    EXECUTION

Marketplace Dynamics

**Our most productive partners are the small core of veteran drivers—both full- and part-time—who drive consistently. And they are dual-apping (US).**





**Marketplace Dynamics**

## Our competitors are attracting highly engaged drivers at peak hours more than we are, notably in the US.

(And they are spending for it. We maintain a strong efficiency and spend gap in the US.)

*Peak Ride Requirement for DxGy Structures*

*Dedicated UI to encourage driving during peak times*

INSIGHTS    STRATEGY    PLANNING    EXECUTION



Marketplace Dynamics

**Our pricing model doesn't reflect the costs/benefits to the network.**

**For instance: driver take-home earnings increase with longer trips.**



| INSIGHTS | STRATEGY | PLANNING | EXECUTION |









*"My trust for accurate, on-time, and fair payments has completely dried up. I feel forced to sit down at the end of each evening to calculate all my trip distances, times, and payments to ensure Uber is paying me as owed. "*

– Kelly

INSIGHTS     STRATEGY     PLANNING     EXECUTION



Driver Earnings

**Drivers value steady, predictable earnings — but today, luck plays too big a factor.**



Driver Earnings

**Drivers should be indifferent to trip choice, but they're not.**

**Pool, for example, is sometimes a poor earnings choice.**



INSIGHTS    STRATEGY    PLANNING    EXECUTION



**Drivers' long-term hourly earnings stay close to the local minimum wage (after expenses), even when we deploy driver rate changes and new incentives. We need to set more realistic expectations.**



**Driver Earnings**

**New drivers often join the platform with unrealistic earnings expectations or ones that are formed quickly within the first few trips, resulting in dissatisfaction and churn.**

There is very little difference between the full and part-time incentives experience - making it challenging for drivers to know how to set their earnings expectations.

Top reasons for churn are related to Uber
Economic factors related to earnings are the main drivers

*Which of the following reasons would you say contributed to your decision not to drive with Uber?*

| Reason | Major reason | Minor reason |
|---|---|---|
| Take home earnings did not meet my needs | 41% | 25% |
| Uber's compensation did not meet my expectations | 40% | 27% |
| Costs of driving too high | 32% | 31% |
| Caused too much wear and tear on my car | 24% | 32% |
| I didn't have enough time to fit Uber into my life | 21% | 26% |
| Personal or family commitments | 23% | 22% |
| I was waiting too long for ride pick-ups | 15% | 30% |
| I was only driving with Uber on a temporary basis | 18% | 25% |
| I did not have enough control of where I had to drive | 13% | 24% |
| Uber's support and communication was unsatisfactory | 12% | 20% |
| I did not like driving for UberPOOL | 15% | 15% |
| Driving was too stressful | 7% | 17% |

**■ Major reason   ■ Minor reason**

INSIGHTS   STRATEGY   PLANNING   EXECUTION







**Driver Earnings**

**Getting started with Uber can be slower than competing blue-collar jobs—while offering less transparency and onboarding support.**

And delays are longer in cities that require licences.

Median weeks from sign-up to first trip licenced vs unlicenced cities





**Driver Earnings**

**Drivers love flexibility that allows Uber to fit more effectively into their lives—which allows them to earn with more of their available hours.**





"*I'm not pleased with how resolutions are handled. There has to be a better way. When a partner has a dispute and it is reported, the responses are computer generated. No human interactions. I feel that this is a way we simply give up. This is not a healthy relationship with the partners.*"

– Amar

INSIGHTS     STRATEGY     PLANNING     EXECUTION







**Driver Experience & Relationship**

## Drivers do not feel Uber's commitment to partnership. They see us as transactional, untrustworthy, and acting in our own self-interest.

When needed, we are hard to reach and seen as tone deaf. Loyalty from drivers is not rewarded by loyalty from Uber. **Ultimately, we make drivers feel like numbers, not people**. This undermines retention.



| INSIGHTS | STRATEGY | PLANNING | EXECUTION |





**Driver Experience & Relationship**

## Drivers too often experience safety incidents or feel unsafe.

We fall behind competitors in how drivers view our commitment to safety. **Few agree that Uber is doing enough to keep them safe.**

INSIGHTS        STRATEGY        PLANNING        EXECUTION



Driver Experience & Relationship

## Outside of the US, we lack tailored support for widespread experiences, like cash payments and fleet support.

Fleets make up a large percent of our driver force, but have a limited set of effective tools and support. The cash experience is similarly suboptimal.



| Rank | contact_type | Contribution % | Cumulative % |
|---|---|---|---|
| 1 | Driver > Trips > Fare review > upfront pricing (not uberPOOL) | 17% | 17% |
| 2 | Driver > Trips > Feedback about rider > Attitude | 5% | 22% |
| 3 | Driver > Trips > Fare review > Fare seems low | 4% | 27% |
| 4 | Driver > Trips > Fare review > Cancellation Fee > Cancellation policy | 4% | 31% |
| 5 | Driver > Trips > Fare review > Cash payment market > Rider error > Rider didn't have enough cash | 4% | 35% |
| 6 | Driver > Trips > Fare review > Tolls, surcharges & fees > Toll didn't apply | 4% | 38% |
| 7 | Driver > Trips > Fare review > Mistimed trip > Tech error | 4% | 42% |
| 8 | Driver > Trips > Fare review > Cash payment market > Technical issue | 3% | 45% |
| 9 | Driver > Trips > Fare review > Cash payment market > Rider error > Rider refused to pay cash | 3% | 49% |
| 10 | Driver > Trips > Fare review > Cancellation Fee | 3% | 52% |

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |
|---|---|---|---|



Driver Experience & Relationship

## Drivers find today's shared rides experience stressful and not worth the earnings.

Yet our best current bet to unlock the next tier of growth is become a **Shared Rides First business.**

*% of drivers satisfied with Uber for each attribute*

| Attribute | Total | Looking | Content | Loyal |
|---|---|---|---|---|
| Cancellation Freq | 56% | 49% | 61% | 56% |
| Training | 55% | 40% | 64% | 68% |
| Navigation | 55% | 45% | 60% | 69% |
| Recognition | 50% | 32% | 59% | 71% |
| Tips | 47% | 29% | 56% | 68% |
| Drivers | 46% | 35% | 52% | 64% |
| Earnings/Trip | 46% | 23% | 59% | 73% |
| Commission/Uber | 46% | 27% | 56% | 70% |
| Promotion Ease | 46% | 31% | 53% | 66% |
| Promotion Fit | 45% | 29% | 54% | 68% |
| Promotion Earnings | 43% | 29% | 51% | 62% |
| Promotion Consistency | 43% | 30% | 50% | 63% |
| Promotion Fairness | 40% | 27% | 47% | 58% |
| Pool Earnings | 23% | 13% | 27% | 39% |

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |
|---|---|---|---|





**Driver Experience & Relationship**

## The Driver side of our business represents significant compliance and regulatory risk.

Complex onboarding, and re-entry is increasingly a barrier.

| Country Rank | Country Name | Onboarding Breakdown |
|---|---|---|
| 1 | United States | 35% Standard Docs<br>60% Fetch Docs<br>5% Heavily Licensed |
| 2 | Brazil | 100% Fetch Docs |
| 3 | United Kingdom | 100% Heavily Licensed |
| 4 | Mexico | 100% Fleet |
| 5 | Australia | 100% Heavily Licensed |
| 6 | India | 100% Fetch Docs |
| 7 | France | 100% Heavily Licensed |
| 8 | Canada | 100% Fetch Docs |
| 9 | Indonesia | 100% Fleet |
| 10 | Saudi Arabia | 100% Standard Docs |
| 11 | Singapore | 100% Heavily Licensed |

INSIGHTS    STRATEGY    PLANNING    EXECUTION

Driver Experience & Relationship

**Driver loyalty is not recognized or rewarded today, and there is limited opportunity for progression.**



| Segment | Week 4 Retention | % Drivers | % Trips | % Supply Hours | Avg NPS Rating | NPS |
|---|---|---|---|---|---|---|
| Rookie Occasional | 48% | 24% | 8% | 10% | 8.01 | 37.68 |
| Rookie Part Timer | 67% | 8% | 6% | 7% | 8.47 | 50.53 |
| Rookie Full Timer | 75% | 8% | 13% | 13% | 8.53 | 52.11 |
| Veteran Occasional | 67% | 16% | 7% | 9% | 6.85 (-1.16) | 10.40 (-27.28) |
| Veteran Part-Timer | 81% | 12% | 10% | 11% | 7.34 (-1.13) | 21.95 (-28.58) |
| Veteran Full-Timer | 88% | 32% | 56% | 50% | 7.78 (-.75) | 33.90 (-18.21) |

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |
|---|---|---|---|

**Driver Experience and Relationship**

## Very little about our platform currently motivates and rewards good service or quality from drivers.

Drivers can't build repeat business with the riders they serve. Tipping for service is not yet widespread. Great star ratings don't earn drivers additional recognition or earnings.



|  | % Trips Tipped | Tip/Trip | Avg. Tip | Earnings |
|---|---|---|---|---|
| Uber | 13.5% | $0.43 | $3.15 | 4.1% |
| Lyft | 30% | $0.65 | $2.16 | 7.2% |

|  | Always Tip | Regular Tip | Never Tip |
|---|---|---|---|
| Uber Riders | 1% | 3.7% | 69% |
| Lyft Riders | 6.1% | 16.2 | 26% |

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |
|---|---|---|---|





*"In the past 2.5 years, I have seen the driver quality totally deteriorate. I believe there should be an actual driving test for some of these drivers as they don't seem to have any common sense. In some cases, it's embarrassing for me to be associated with Uber."*

– Brian

INSIGHTS  STRATEGY  PLANNING  EXECUTION

**Rider Experience**

## Our riders are too often dissatisfied with the quality of our drivers and the overall in-car experience (car quality, cleanliness).

This affects their ridership and our likelihood to be their first choice.



INSIGHTS    STRATEGY    PLANNING    EXECUTION

**Rider Experience**

## How we treat drivers impacts rider experience, and is a critical driver of rider favorability.

Riders hear directly from drivers on how we treat them and the current driver consensus is still poor.





In the US, fewer riders than you would expect are aware of key safety features on the platform, notably insurance and background checks.

Safety concerns among riders -- and drivers as we saw earlier -- outside the US can be more severe than this.





Spend Efficiency

**Outside of marketplace balance, we have many cost inefficiencies. (e.g. support costs, insurance costs). Insurance costs per trip are currently higher than driver incentives per trip in the US. Incremental improvements here will grow our overall bottom line, which we can reinvest in our users.**







INSIGHTS

# Results

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |









Results

## And introduced new opportunities to earn on the platform.



|  | $ Per Eligible Trip | Total Payout to Drivers to-date | Annual Run Rate |
|---|---|---|---|
| **Tips** | $0.43 | $194 M | $540 M |
| **Pay For Wait Time** | $0.32 | $30.2 M | $200 M |
| **POOL Pickup Fare** | $0.80 (per chain) | $12.5 M | $65 M |
| **Long Cancel Fee** | / | $1 M | / |
| **Pay4ETA** | / | $1.8 M (In 20 launch cities) | / |

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |
|---|---|---|---|











**Results**

## Dual-apping* among US drivers is increasing, and undermining our primary competitive advantage of relative scale.

\* Dual-apping is the smart economic choice for drivers

US Active Driver - % Drivers Dual Apping with Lyft in Month

INSIGHTS    STRATEGY    PLANNING    EXECUTION







**Billy**
- Alright so, with that, we'll walk through our 2018 Driver Strategy
- I walked through this yesterday at the highest level on the staff call, but today we're going to get into it in a bit more depth.
- Remember, this is not a tech strategy, or an Ops strategy, this is Uber's 2018 Driver strategy



**Billy**
- A few guiding truths we have come to realize over the past half that we need to keep in mind as we build the strategy

- 1 (read box 1)
  - This means we need to be incredibly thoughtful about how our decisions affect the balance of that ecosystem.
  - Small changes can have big, disparate impacts on participants in the marketplace
- 2 (read box 2)
  - This means trust is ultimately what gives us the space to roll out changes to features that drivers don't completely understand
  - We've re-built trust since the beginning of 180, but we're still not where we need to be and small missteps are a big deal
  - We need to get to a point where small missteps are not a big deal
- 3 (read box 3)
  - While there are near-term things we can do (and have done) to shift the balance in our favor, the reality is, without happy drivers we do not have a sustainable platform



When the partnership between Uber & Drivers is healthy...

# Uber unlocks Opportunity

**Billy**
- Our strategy starts with a simple premise: Uber, much like any marketplace, works best when it works for everyone
- That means drivers, riders, and Uber's interests are all aligned, and everyone can participate on the platform sustainably





Billy
So we're going to invest in this flywheel in 2018, and prioritize efforts that occupy a place on this flywheel
This means we'll make some different changes for 2017



Our 2018
**Driver Strategy...**



Our 2018 is TRUE PARTNERSHIP

-- We've called drivers our partners for a long time, but have we truly delivered on what that means? This year we will focus on making the promise of partnership real.



**Britt**
- **So what is true partnership? We're introducing the strategy with a manifesto that will helps us to define what that means.**



**A two-way relationship.**

We address what drivers need most—while asking
them to serve riders in a way
that supports our shared path of growth.

**Britt:**
- **A two-way relationship.**
- We address what drivers need most—while asking them to serve riders in a way that supports our shared path of growth.




True Partnership is...

**Setting realistic expectations for drivers**—
then working tirelessly to exceed them.

·

Making Uber really work for drivers' varying lives, and
**attracting and keeping the people who want
to drive the hours and places needed.**

·

Treating drivers with immense respect and consideration as
**business partners whose success drives ours.**

**Britt:**

- **Setting realistic expectations for drivers**— then working tirelessly to exceed them.
- Making Uber really work for drivers' varying lives, and **attracting and keeping the people who want to drive the hours and places needed.**
- Treating drivers with immense respect and consideration as **business partners whose success drives ours.**



**True Partnership is...**

**Putting driver safety first.**
Even when it means short-term sacrifice.

·

**Seeing Uber as a service, first and foremost.**
We look after drivers so they can take care of riders.

·

**Dismantling the myth of the
all-powerful, mega-profitable Uber
playing overlord with their livelihoods**
—and offering transparency, clarity,
and humility in its place.



**Britt:**

- **Putting driver safety first.** Even when it means short-term sacrifice.
- **Seeing Uber as a service, first and foremost.** We look after drivers so they can take care of riders.
- **Dismantling the myth of the all-powerful, mega-profitable Uber playing overlord with their livelihoods**
  —and offering transparency, clarity, and humility in its place.



**True Partnership is...**

**Recognizing quality and loyalty.**
We stick with drivers for the long haul, and ask them to do the same. And we make sure that safe, high-quality, consistent drivers see rewards, rather than subsidizing others.

·

**Asking for drivers' help**
in making our ecosystem work—
from shared rides to safety to perfect pickups.

·

**Trusting that a healthy Uber
ecosystem can offer paths to opportunity**
that match and surpass what great drivers expect.



**Britt:**

- **Recognizing quality and loyalty.**
  We stick with drivers for the long haul, and ask them to do the same. And we make sure that safe, high-quality, consistent drivers see rewards, rather than subsidizing others.
- **Asking for drivers' help** in making our ecosystem work—from shared rides to safety to perfect pickups.
- **Trusting that a healthy Uber ecosystem can offer paths to opportunity** that match and surpass what great drivers expect.



Britt to hand off to Manik

# How do we make
# **True Partnership real?**

**Manik**
- Hi everyone, I'm Manik Gupta, Senior Director of Product for Marketplace and Maps
- We've just heard about True Partnership from Billy and Britt, but how do we deliver on this partnership - around the world - for our Drivers?



**Manik**
- Our driver strategy has five key elements, all grounded in deep, global insights.  If you haven't checked out the pre-reading Aaron sent around, I highly recommend it.  Let's walk through each element now.



**Manik**
- First is Aligned Interests: to Match driver interests, rider interests, and marketplace needs with precision
- So, as one example, imagine driver pricing that more effectively rewards driver effort and going the extra mile for riders.



**Manik**
- Second is Earnings Leadership: Make Uber the most earnings effective option for drivers
- Here you could imagine smarter preferences that solve specific driver flexibility needs, without undermining marketplace health



**3**

**Flawless Experience**

**Partner with great respect to deliver a flawless driver experience day after day**

Serve drivers through an accessible, guided and rewarding experience, continuously perfected across all touchpoints and at every moment that matters.

Keep our drivers safe.

Create differentiating experiences that make Uber a beloved first choice every time.

Stand by drivers for the long term, reward loyalty with loyalty and support their paths to opportunity on and off the road.

**Manik**
- Third is Flawless Experience: Partner with great respect and respect day after day
- This means...Strong commitment to driver safety - particularly in cash-heavy markets -even at the expense of growth.



**Manik**
- Fourth, Driver Quality: Ensure that our drivers are the highest quality on the road
- This means helping drivers understand what riders are looking for that is within their control, a safe and comfortable ride, and finding ways to reward that type of behavior.
- This strategic element creates a natural handoff and interaction with the "Quality" Pillar of Rider Forward.  It's how we will help drivers deliver the consistent, comfortable ride riders need.  Increasingly throughout 2018, I'm excited to see how we can collaborate even more with our Rider strategy.



**Manik**
- A finally, Spend Optimization: Continuously optimize driver spend
- The more we can optimize all our costs (incentive cost, support cost, etc.), the more we can reinvest that savings into making the experience even better.



**Manik**
- Combined, these strategic elements of True Partnership represent a much deeper strategy
- Flawless Experience - our third priority - is in essence a way of restating our H2 2017 strategy: to design, deliver, and market radical improvements to the driver experience.  Which is evidence of how much more refined our thinking has become.
- But what is most exciting to me is that if we do all this, we'll make good on our partnership with drivers, and unlock massive opportunity for everyone.  For drivers, for riders, and for Uber.

In 2017, we were focused
on Driver Sentiment as
our primary metric.

In 2018, we have a much more
sophisticated strategy—and,
with this, a much more
sophisticated approach to
**measuring success.**

**Manik**

- As our strategy has become more sophisticated, so too has our approach to measuring success
- We will be tracking - in partnership with a variety of teams across Tech and orgs - a variety of metrics

**Measure Success: Driver Forward 2018 Key Results**

| Driver Strategy | KPIs | Goals (by mega-region) |
|---|---|---|
| **Match driver interests and marketplace needs with precision** | • Driver Hours<br>• Driver First Trips<br>• Completed / Sessions; Supply Efficiency* | • TBU<br>• TBU<br>• TBU |
| **Make Uber the most earnings-effective option for drivers** | • Earnings Stability<br>• Sentiment (Earnings)<br>• Contact Rate (Earnings) | • TBU<br>• TBU<br>• TBU |
| **Partner with great respect to deliver a flawless driver experience day after day.** | • Sentiment (Overall)<br>• Contact Rate (Overall)<br>• Market-Value Drivers % Trip Share<br>• Driver App Reliability<br>• 4W Retention | • TBU<br>• TBU<br>• TBU |
| **Ensure that our drivers are the highest quality on the road** | • Driver Ratings**<br>• Safety Incidents | • TBU<br>• TBU |
| **Continuously optimize driver spend** | • Cost Per First Trip<br>• Variable Contribution Per Trip | • TBU<br>• TBU |

*Pending confirmation with MP team*
**Potentially to be updated with Driver Quality as measured by Rider team blind surveys*

Our 2018
Driver Forward
strategy is
**part of the 2018
Uber strategy.**

**Manik**
- And our 2018 Driver Forward Strategy is part of the 2018 Uber Strategy



**Manik**

- As you can see, they ladder elegantly into our 2018 Uber Priorities
- For example Flawless Experience will clearly help us earn our customers love
- And - while we didn't list it in our driver strategy - continuing to build this global, cross-functional strategy and execution muscle - or Driver Forward in Action - is critical to making Uber the Highest Performing Team going forward

If we do all this, we
will make good on
**our value proposition
to drivers…**

**Manik**
- If we do all this we will make good on our value proposition to drivers…



Manik
- "Uber is my partner. It's the smartest and most rewarding way to earn, fits into my life, and gives me the support I need to succeed."

# What is the **work we'll do to execute** the 2018 True Partnership strategy?

Manik:
- Obviously, this is really exciting, and lots more to come.
- We're in the midst of finalizing our bottoms up plans across every function, but will share high level plans shortly.





In 2017 we organized our work around the core **Driver Needs.**

In 2018 we will continue to use this structure to execute against our strategy. These Needs map to our **8 Pillars.**



# The 8 Pillars
of Driver Forward

**TRUE PARTNERSHIP**

| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |

The pillars for 2018

- And now I will be handing off to Abhi and Taz to cover our first pillar

| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |

| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |



Hi, my name is Taz and I am engineering lead for access pillar.
Hi everyone, My name is Abhishek and I am here to talk about the access pillar.



INSIGHTS     STRATEGY     PLANNING     EXECUTION

## Access: Problem Statement
View Details

Many people looking for opportunities to earn don't realize that Uber has options that will work for them.

If they do sign up, the onboarding process is hard to complete and doesn't prepare them for an early success on our platform.

What is Access: We believe that anybody who works hard has an opportunity to earn

Today. Many people looking for…..
Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_55



Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_65



Source: t.uber.com/AccessForward

How do we get there?

There are 4 dimensions that are important to us - Assurance for a driver trying to onboard with Uber, the Choice they have to earn, and the Clarity we provide through Ease of Use.

I want to highlight 3 of these big rocks today.
1. Full Automated Compliance - which about ensuring automation for all regulatory requirements across every city in the world for every driver on the road
2. Screening Excellence - which is about ensuring reliability and quality of our background checks
3. Fusion - Improving the health of our engineering systems and reducing technical debt



# Vehicle
## Pillar

**Pillar Owners**
Jahan Khanna



Our problem statement, unlike our products, is pretty straightforward on the Vehicles team.

Having sustainable access to a vehicle is the single biggest barrier to driving on Uber, especially in international markets where access to capital is limited.



So we want to fix this – to make it easy for anyone without a car to drive with Uber, in a way that's sustainable for the driver, the partner, and Uber



To do this we need to get a number of things right, but I want to call out three priorities on the driver side (these don't include our rider-oriented initiatives like consumer rentals and bikes):

**Alternative to Xchange leasing** – As you know we've shut down Xchange leasing, but we still need a way to get drivers on the road at scale. So we're going to deeply integrate with major rental car companies in the US and Brazil so that drivers can affordably access a car with a few clicks.

**Fleets** – Second of all, fleets are driving more than half of our business in India and Mexico – they're critical. But our fleet products are behind Didi's, and we'll need to catch up as Didi enters those markets.

**Hourly rentals** – And finally, we've launched driver hourly rentals in San Francisco, and it has worked – it's the most flexible way to drive with Uber, and the cheapest source of supply in the city. We're going to scale this around the US and prepare for global expansion.

These are three of our big rocks, but we're also working to improve our payments platform, data quality, and unlock more transportation use cases, so stay tuned for some exciting announcements in 2018!



# Earnings
## Pillar

**Pillar Owners**
Tom Fallows
Arundhati Singh

We had to play catch-up on their basic requests.



INSIGHTS          STRATEGY          PLANNING          EXECUTION

**Earnings:** Problem Statement

View Details

Drivers feel it's "**me against Uber**" in a **fight to earn** on Uber's platform. It's a **constant, stressful** hustle just to survive.

They experience **micro-tragedies** throughout the day and week: outages, disappointment caused by unrealistic earnings expectations, losses on uneconomical trips, a rollercoaster ride due to highly-variable, black-boxy weekly incentives, unclear & confusing earnings statements, generic and tone-deaf replies from our Support team, and needlessly high operating costs & taxes.



INSIGHTS     **STRATEGY**     PLANNING     EXECUTION

## Earnings: Strategy Statement

View Details

Because we cannot influence absolute earnings levels, our strategy is to offer an earnings experience that feels unquestionably fair, predictable, rewarding, and stress-free and always works flawlessly.

**Pillar KPIs:**

Incremental Trips

Sentiment

- Earnings Overall

- Predictability

Earnings Defect Rate

INSIGHTS  STRATEGY  **PLANNING**  EXECUTION

# Earnings: Big Rocks

View Details

## Foundation

**Infrastructure**
Make flexible and extensible earnings data models and modern services/systems to offer a world-class experience today and enable rapid innovation tomorrow.

**Fare Integrity**
Ensure all earnings data and calculations are trustworthy, accurate, and auditable.

**Zero Tickets**
Eliminate the root cause of many Earnings defects, and for those that persist, enable instant self-service or high quality agent resolution.

**Clarity & Comprehension**
Help drivers easily understand what they are getting paid and trust it's right.

**Carbon**
Launch a redesigned Earnings experience in Uber's new driver app, spanning both core earnings & earnings expectations.

**Fleet**
[Tracking in both Earnings & Vehicles Pillars]

## Fairness

**Core Pricing Model**
Improve Uber's core pricing model to ensure that driver earnings on every trip are aligned with driving effort.

**Driver Surge**
Make driver surge more trustworthy while improving Marketplace balance.

**Earnings Research**
Understand top factors in driver earnings (e.g. Luck vs. Skill) and impact (if any) of volatility on engagement, and KPIs to measure progress.

## Predictability

**Realistic Expectations**
Help drivers understand and make informed driving decisions based on potential earnings at different times and locations.

**Setting & Achieving Goals**
Guide and support drivers to set and achieve earnings goals across sessions.

**CTB to Expeditions**
Clear and predictable earnings when drivers elect to complete consecutive trips.

## Rewards

**Reimagining DxGy**
Improve the algorithms and experience behind DxGy offers to provide more consistency, choice, and transparency with driver partners.

**Spend Efficiency**
Improve Uber's ROI on incentive spend.

## Savings

**Keep More**
Minimize the difference between net fare and take home pay.



# Flexibility
## Pillar

**Pillar Owners**
AJ Balance

We had to play catch-up on their basic requests.



INSIGHTS | STRATEGY | PLANNING | EXECUTION

## Flexibility: Problem Statement

View Details

"Flexible Earning" is Uber's key value proposition to drivers, but many drivers feel that Uber is "not really that flexible anymore."

Drivers feel that choice is still limited (especially given the aftermath of Chapter 3 and today's incentives structures), and they want to be able to better understand the impact of flexibility on their earnings goals.



INSIGHTS    STRATEGY    PLANNING    EXECUTION

## Flexibility: Strategy Statement

View Details

# Make Uber the true "Flexible Earning" opportunity that we promise.

Give drivers an intuitive and consistent way to express their preferences and constraints, and help them make the right tradeoffs between those, their earnings goals, and the realities of the marketplace.

**Pillar KPIs:**

VS Driver Hours

VS Sentiment

VS Defect Rate

INSIGHTS     STRATEGY     PLANNING     EXECUTION

## Flexibility: Big Rocks

View Details

### Foundation

**Carbon**
Launch redesigned search and preference experiences in Carbon and lay the foundation for offering greater flexibility over time.

**Infrastructure**
Extend our preferences infrastructure to offer greater scalability for offering Drivers more flexibility over time.

**Monitoring**
Understand the impact and tradeoffs that existing and to-be-launched features will have, on drivers and our marketplace

**Zero Defects**
Reduce the defect rate related to flexibility.

### Choice

**Core Prefs: "When, Where, How"**
Recover from the firestorm. Extend existing preferences and create better experiences expressing when/where/what types of trips I drive.

**New Prefs + New Driver Segments**
Build new preferences and extend our core preferences to specific segments of drivers.

### Sustainability

**Quantifying Flexibility**
Understand the true impact of flexibility on the marketplace and the tradeoffs with earnings

**Flexibility Controls and Limits**
Build in mechanisms and controls that align driver choice with the realities of the marketplace and some emergency safety valves.

### Consistency

**Integrated Flexible Earning Exp**
Make driver choice drive consistent and integrated with core earnings experiences (DxGy, Incentives, etc.)

**Flexibility Guidance**
Give drivers the information and suggestions they need to make the best choices for themselves around flexibility, preferences, and constraints

**Platformize Pref/Constraint Inputs**
Create a standard way for drivers to express key preferences and constraints (e.g. when/where they drive) across their Uber experiences



We had to play catch-up on their basic requests.



INSIGHTS | STRATEGY | PLANNING | EXECUTION

## Safety: Problem Statement

<u>View Details</u>

Drivers feel **Uber doesn't have consistent standards** that help to keep them safe on the platform.

Drivers feel **alone when it comes to their safety**. They think Uber doesn't apply technology to proactively address issues before they become problems.

Drivers feel **Uber doesn't have their back** if they have a safety issue - they feel we lack empathy, can't be reached in a timely manner, and don't follow through.

[Gagan]



INSIGHTS     STRATEGY     PLANNING     EXECUTION

## Safety: Strategy Statement

View Details

We will build and uphold consistent, transparent **driver safety standards**.

We will **partner with drivers** to build the tools they want and need to stay and feel safe, and we will **always have their back** with empathetic, fast and magical service.

**Pillar KPIs:**

Vehicle Accidents

IPCs

Safety Sentiment

Insurance Savings

[Abhishek]



INSIGHTS    STRATEGY    **PLANNING**    EXECUTION

## Safety: Big Rocks

View Details

| **Foundation** | **Protocol** | **Proactive** | **Reliable** |
|---|---|---|---|

**Carbon**
Manage shipping of all driver safety features in Carbon

**Safety Education**
Educating drivers and boosting awareness about Safety features starting from onboarding

**Data Platform**
Build infrastructure to provide comprehensive safety and insurance data to stakeholders across the Uber ecosystem.

**Telematics Platform**
Building insights on driving behaviors based on unique data available to Uber

**Rider Vetting**
Reducing anonymity and increasing accountability to create barriers for malicious riders

**Rider Accountability**
Holding current riders accountable for their behavior on the platform

**Safe Trip Intelligence**
Leverage machine learning models throughout the trip lifecycle to prevent potentially unsafe trips from happening.

**On Trip Safety**
During every trip, riders and drivers have access to Safety Features allowing them to get in touch with loved ones, Uber and authorities

**Safe Driving Products**
Safe driving products to keep our drivers safe on the road

**Proactive Monitoring & Detection**
Build experiences, policies, tools, and processes to provide reliable, compassionate, and proactive response.

**Magical Claims**
During the time of accident, provide seamless and fast claim filing experience while informing the necessary information at the right time

**Critical Safety Response**
Industry leading response for critical safety incidents



# Stress-Free
## Pillar

**Pillar Owners**
Maya Choksi
Yuhki Yamashita

The Stress-Free pillar is about the experience drivers have doing work on our platform



And as we look at our experience, there aren't just 1 or 2 really big problems - it's death by a thousand papercuts.

Our experience is filled with micro-tragedies - when the app freezes or crashes, when nav tells you to take an illegal turn, or when you accidentally tap the begin or end trip button and mis-time the trip.

All of this leads to driver stress and frustration and it's inefficient and costly.



INSIGHTS    STRATEGY    PLANNING    EXECUTION

**Stress-free:** Strategy Statement

View Details

In 2018, the Stress-Free pillar will deliver an always-reliable, easy-to-use experience for drivers and couriers.

We'll focus on the the **basics first** – building a strong, stable, and dependable foundation – then work to develop new solutions to **further enhance** the experience and **guide our drivers** seamlessly throughout.

**Pillar KPIs:**

Trip Completion Rate

Trip Defect Rate

Stress-Free Sentiment

In 2018 we want to make our experience always-reliable and easy-to-use.

This means starting with the basics first, building a solid foundation with Carbon -- and then developing features which enhance the experience and guide our drivers throughout their experience, especially when things go wrong.



Beyond the foundation and key aspects of the trip experienece -- pickups, dropoffs, maps --

I want to highlight a couple of key areas of focus in 2018.

Cancellations are a $250M expense. We want to improve the experience for both riders and drivers and reduce the cost to the business.



# Support
## Pillar

**Pillar Owners**
Jai Malkani
Janelle Sallenave

We had to play catch-up on their basic requests.



[Gagan]

- Everybody knows about Uber. But not everyone knows that Uber has an opportunity that might work for them.
- We are in a time where we have a Flatlining of SIgnups & FTs at a 100K level (huge, but still flatlined).
- This problem is universal - across business lines, product, and markets. And the solution must also be universal - across the organization, functions, and teams.



INSIGHTS          STRATEGY          PLANNING          EXECUTION

## Support: Strategy Statement

View Details

Create a best-in-class support experience through the eyes of the Driver. We'll do this by focusing on three core pillars:

- **Frictionless**: Path of least resistance from question to answer; automate the easy stuff.
- **Personalized & Consistent**: Treat drivers as a segment-of-one, deliver the right answer every time.
- **Empathetic**: Uber deeply understands customer problems, advocates for drivers internally, and closes loops.

Drivers trust that every interaction will be amazing, and that their feedback will be used to improve experiences longer term.

**Pillar KPIs:**

Agent Contact Rate

Support Sentiment

Support cSAT

[Abhishek]



INSIGHTS | STRATEGY | PLANNING | EXECUTION

## Support: Big Rocks

View Details

### Foundation

**Core Tech**
Core engineering excellence work to improve Bliss' reliability and scalability.

**Compliance**
CO handling of data meets all PII (GDPR) and financial compliance (Fidelity) obligations.

**System Health**
Ensure that all partner facing support systems are highly reliable.

### Frictionless

**Answer Discovery**
Make it easy for drivers to find the right answer, increasing % issues that are self service and improving agent-support experience by getting contacts to the right agents faster.

**Proactive & Self Service**
Set drivers up for success through effective education and proactive outreach, Platform enabling other product teams at Uber to build self-service support experiences.

### Personalized

**Segmentation**
Ensure our end-to-end support ecosystem can recognize a driver's relationship and status with us.

**Expanded Channels**
Enhance drivers' experience through full Bliss integrations for new modalities.

**Contextual, Integrated Tools**
Provide agents with seamless integrated context about the driver they're assisting and their issue.

**Improved Agent Management**
Simplify management of 30k+ agents (permissioning + data).

### Empathetic

**Customer Care**
Improve support quality by better assessing interactions, enabling agents to practice on real issues before handling customers, and empowering PMs to use Bliss.

**Support Quality**
Ensure support is delivered in a timely, consistent and quality manner, resulting in high resolution and CSAT

# Relationship
## Pillar

**Pillar Owners**
Mike White
Mike Truong

We had to play catch-up on their basic requests.



**INSIGHTS**  STRATEGY  PLANNING  EXECUTION

## Relationship: **Problem Statement**

<u>View Details</u>

Drivers don't feel that they're treated fairly in their relationship with Uber. They feel we favor riders and our own interests over theirs.

[Gagan]

- Everybody knows about Uber. But not everyone knows that Uber has an opportunity that might work for them.
- We are in a time where we have a Flatlining of SIgnups & FTs at a 100K level (huge, but still flatlined).
- This problem is universal - across business lines, product, and markets. And the solution must also be universal - across the organization, functions, and teams.



INSIGHTS    STRATEGY    PLANNING    EXECUTION

## Relationship: Strategy Statement

View Details

# Ensure that drivers feel valued, heard, respected.

**Valued** - recognize and appreciate drivers for their tenure and for going above and beyond. Provide benefits, perks, and rewards that demonstrate our long-term commitment to drivers as our most valuable partners.

**Heard** - actively seek feedback from drivers, act on that feedback, and close the loop.

**Respected** - establish and enforce clear standards of respect for everyone on the platform. Humanize drivers and create moments of connection that foster better interactions with riders.

**Pillar KPIs:**

Driver Hour Retention

Connected Trips

Relationship Sentiment

Relationship Defect Rate

[Abhishek]

INSIGHTS    STRATEGY    PLANNING    EXECUTION

## Relationship: Big Rocks

<u>View Details</u>

| Foundation | Valued | Heard | Respected |
|---|---|---|---|
| **Infrastructure** Maintenance and enhancements to the systems that power all of the Relationship products | **Debit Card** Cash-back deal partnerships incl gas, free InstantPay, etc. | **Uber Feedback** Build better products by listening to feedback from our customers, internalizing it and closing the loop when we make changes. | **Profiles Experience** Win the hearts of our customers and build connection between them. |
| **Carbon** Rolling out Carbon to 100%. | **Perks & Benefits** New perks portal that creates differentiated access to benefits. | | **Driver Quality** (Profiles <> Safety) Improve safety perception on the platform by creating more trust between Riders and Drivers |
| **Segmentation & Personalization** Establish the canonical segmentation of our driver population so Uber teams can begin to personalize products based on data-derived attributes | **Milestones** Recognize and celebrate driver achievements on the Uber platform | **Employee Empathy** Infuse customer obsession throughout the org through a series of immersion projects. | **Rider Quality** Reinforce good rider behavior and discourage bad behavior through improved feedback loops. |
| | **In-Person** Real world interactions where Uber shows appreciation to drivers | **Local Driver <> Uber Connection** Create comprehensive platform for engaging with drivers that scales listening, inclusion of drivers in decision making, elevates and honors tenured drivers, and celebrates loyalty. | **Ratings Anxiety** Fair and actionable rating experience. |
| | **Driver Recruiting** Formalize a Driver-Partner Recruiting strategy. | | **Deactivation Experience** Improve the warning and deactivation experience for drivers by ensuring that they understand why they are being deactivated and are treated with empathy. |
| | **Tipping** | | |



Global

First, let's
check out
**the plan in
a single view...**





# Our plan is
# **global.**

KPIs are global and include goals for each Mega-Region

Steering Committee includes strong global and courier representation

Pillar teams include a Global Partner for each Mega-Region and, where applicable, a courier partner

## From an international perspective…

### Ts

**Driver Obsession**
Putting customers first was refreshing and engaging - and deeply aligned with the passion of our global team

**Cross-Functional Strategy**
Having a single, unifying strategy and objective unlocks everything else

**Telling Our Story**
Sharing our story of change, aligning deeply with marketing to have fewer, bigger campaigns ensures key messages breakthrough

### Bs

**Engagement at the Outset**
Int'l needs to be involved early enough to meaningfully shape roadmaps and pillar selection, not as an afterthought

**Prioritization/Clarity**
Need to know where we invest geographically and what everyone can expect as a result of that prioritization (i.e. timing + roadmap commitments)

**International Research**
Need to know who is responsible for research in each MR, of what type, and on what timeline

**Ongoing Collaboration**
More communication and engagement for Int'l as plans shift and trade-offs are made - it will happen

2018 planning
has already been
**deeply
collaborative.**



## Slide 173

| 1 | +matt.shroder@uber.com what were the dates of this event?<br>Andrew Macdonald; 12/13/2017 6:21:20 PM |
| 1 | November 14 and 15<br>Zach Smith; 12/13/2017 6:14:47 PM |
| 2 | thx<br>Andrew Macdonald; 12/13/2017 6:21:20 PM |



All Orgs,
through **First Class**
**& the Driver Summit,**

have provided key input into Tech
planning to ensure our thinking is
grounded in global insights.

# Tech's most important deliverable, **Carbon, is Global from Day 1**

PMM and ProductOps are leading an incredible, cross-functional group to share this complete app rebuild with drivers around the world.



We will track Tech work in the

# Unified Product Roadmap

And HQ support is available through

# Global Communities



# Eng Excellence
## Pillar

**Pillar Owners**
Akash Garg
Carl Gibbs

Hello, my name is Akash and I lead up the Driver Engineering teams.  I'm going to talk about one of our big engineering initiatives for 2018.  First, let's talk about the problem.



Over the past year, the Driver team has seen a surge in the number of services that we need to support. Additionally, these services use a vast array of different technologies and frameworks.  There isn't a common way to interface, deploy or understand them.

Costs of doing migrations such as Goldstar and All-Active are becoming

increasingly more difficult.  All 100+ services need to be updated each and every time there is a new requirement or migration.

And we fully expect that 2018 will have a series of new migrations.

We simply cannot manage all of these and make meaningful progress on our product goals.



Additionally, the health and quality of these services have suffered over the course of the year.

We track 4 key health indicators for every service we own.  In 2017, despite setting goals to improve these, we

have seen a regression in our quality on all of these dimensions.



In summary, we need to take a new approach improving our service health.  Our 2018 velocity will be severely impaired unless we take immediate and concrete action towards service health and consolidation.



Fusion is the name of our multi-quarter effort to eliminate this technical debt and lay a solid foundation for the future. There are 4 key elements to the strategy around Fusion. Reduce:  Identify logical groupings of our services and arrive at a manageable number

Modernize — Along with Project Ark, work towards technology platform consolidation

Dedicate — Set aside explicit time and resourcing to accomplish these goals

Rails — Provide ongoing guidance and feedback to teams to ensure we maintain quality in our services





Over the past two weeks we have launched our Carbon beta in 7 cities around the world. We now have 470 drivers testing the experience and providing us with amazing feedback. Here are some of our favorite moments from the launches around the world.



Builders welcomed Drivers - and invited to go through the download experience - on iOS …



Builders welcomed Drivers - and invited to go through the download experience - on iOS …



Builders welcomed Drivers - and invited to go through the download experience - on iOS …



Builders welcomed Drivers - and invited to go through the download
experience - on iOS …







Drivers & couriers like...

Estimated time to request ("ETR")



Off-trip navigation



Simpler, cleaner designs



Drivers & couriers want...



## Dialogs, not Monologues

Providing drivers with feedback channels - and closing the loop.



Better in-app support

## Dialogs, not Monologues
Providing drivers with feedback channels - and closing the loop.



Error-free trip flow



Drivers have already completed 18,000 trips on Carbon. In terms of Uber numbers, we know this is small, but it represents a massive leap forward for us as we strive to put the final touches on the future of the Uber earning experience

Drivers have access to both Alloy and Carbon, so we are watching Carbon Opt in closely. Right now 66% globally. This is lower than we'd like but not totally surprising given some of the low level fixes we've had to make in the first few weeks (crashes, UI glitches, etc). We're optimistic this will improve, but are actively outreaching to drivers showing less engagement with Carbon to make sure we understand exactly where they are struggling.

Performance is a critical aspect of Carbon, we are proud to be at a > 99% crash free rate in the Carbon buidl drivers are currently using.

## Slide 202

| | |
|---|---|
| 1 | is this true? +stone@uber.com<br>Yuhki Yamashita; 12/13/2017 3:36:01 PM |
| 2 | i'm asking because android<br>Yuhki Yamashita; 12/13/2017 3:20:04 PM |
| 1 | That's what health line showed last night with new release. Was going to voiceover we saw some issues with crashes on android but they appear to be resolved<br>Darrell Stone; 12/13/2017 3:36:01 PM |

Building together



## Dialogs, not Monologues

Providing drivers with feedback channels - and closing the loop.



## Lunches, not Launches

Before scaling globally, we want to make sure we infuse the driver  perspective into every layer of the Carbon experience.



## Closing the loop

### Carbon Release Notes

Hey Darrell,

Thanks for all the great feedback you've been sending! We're releasing a new version of the app today based on your suggestions. This version should fix a lot of the app issues you've been reporting. Thanks for putting up with these issues—we know they can be really frustrating.

Check out this week's improvements below:

- Boost zones should now show up on the map
- Driving time to destination will update faster
- Phone support is now an option (you'll find it in Help)
- Messaging riders directly in the app is now available, so you don't have to switch back and forth

## Weekly Release Notes

Providing drivers with a snapshot of what's fixed and what's new



We also have professional videographer teams in each beta city - and these teams captured how the GLH event went down, but also hung around for 3 days afterwards to capture various activities including home visits (like this one in Jakarta), driver lunches, and ridealongs



500+ members (just call it out in VO)



# Driver Marketing
2018

In 2017,
**"CHANGE"** was
our core marketing
concept. And **180** was
our first major driver
campaign (ever!)

In 2018, our second large-scale driver campaign will be **[something awesome!]** based on the strategy of True Partnership.

Stay tuned: Q1



First, who are we targeting?

**New Drivers**

01
## Smart Growth

Efficiently acquire and groom high quality drivers-partners who will drive when and where we need them.

**Existing Drivers**

02
## Experience & Relationship

Continue repairing our relationship and drive loyal preference by building trust, bringing joy and delivering high quality experiences.

**Gen Pop & Riders**

03
## Reputation

Establish Uber as a leader in the gig economy and immunize for the future.

How will our
messaging work
**across these
audiences?**





## 2018 Driver Communications Hierarchy

| BRAND | OPPORTUNITY |
|---|---|
| DRIVER STRATEGY | TRUE PARTNERSHIP |
| CAMPAIGN CONCEPT | TBD! |

| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
|---|---|---|---|---|---|---|---|
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |



| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
|---|---|---|---|---|---|---|---|
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |



## 2018 Driver Communications Hierarchy

| BRAND | OPPORTUNITY | | | |
|---|---|---|---|---|
| **DRIVER STRATEGY** | TRUE PARTNERSHIP | | | |
| **CAMPAIGN CONCEPT** | TBD! | | | |
| **KEY MESSAGES** | It's the fair, flexible way to earn | It's flawless, supportive experience | I have a partner in my success | |
| **CAMPAIGNS** | CARBON | DRIVER QUALITY | OPPORTUNITY (PERKS, BENEFITS, ++) | TBD |

| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
|---|---|---|---|---|---|---|---|
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |



## 2018 Driver Communications Hierarchy

| | |
|---|---|
| **BRAND** | OPPORTUNITY |
| **DRIVER STRATEGY** | TRUE PARTNERSHIP |
| **CAMPAIGN CONCEPT** | COMING SOON! |

| **KEY MESSAGES** | It's the fair, flexible way to earn | It's a flawless, supportive experience | I have a partner in my success |
|---|---|---|---|

| **CAMPAIGNS** | CARBON | DRIVER QUALITY | OPPORTUNITY (PERKS, BENEFITS, ++) | TBD |
|---|---|---|---|---|

| **ON-GOING INITIATIVES** | THE 8 PILLARS OF DRIVER FORWARD |
|---|---|

| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
|---|---|---|---|---|---|---|---|
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |
| Access | Vehicles | Earnings | Flexibility | Safety | Stress-Free | Support | Relationship |

# Next steps

**Q1 Campaigns**
(180 style without the 180 messaging)

**True Partnership brief** and
campaign concept development

**Carbon Global Launch**

**Narratives for key Pillars**
(Earnings, Access)





- Thank you to everyone for their work to bring this together.
- Thank you to Aaron for ushering us to this point and handing this off so elegantly.
- This strategy of **True Partnership** is an incredible foundation for 2018
- In 2017 we had to focus on the fundamentals - really listening to our customers and delivering on their needs.
- In 2018, **this strategy is much more sophisticated** - balancing driver needs, rider needs, and Uber's business needs. I'm excited to see this in action.
- **Forward** is how Uber ships globally, cross-functionally, cross-organizationally - let's keep refining and improving this model
- We, collectively, have the power to make a tremendous impact on our drivers globally. That's a rare opportunity in life. Let's take full advantage of it.

