## UBER_JCCP_MDL_000337623

## Metadata

| Field | Value | Source |
|---|---|---|
| #Author | dportugal@uber.com | SEMANTIC |
| #Date Modified | 10/20/2021 | SEMANTIC |
| #DateCreated | 07/23/2018 | SEMANTIC |
| #Title | CONFIDENTIAL: US&C Safety & Insurance Business Brief | SEMANTIC |
| Account | bushra.faiz@uber.com | SEMANTIC |
| All Custodians | Faiz, Bushra;Chang, Frank;Maredia, Sarfraz;Muehrcke, Susan;Sheridan, Danielle;Shuping, Valerie | SEMANTIC |
| All Paths | Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_77.zip; Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_77.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_49.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_49.zip; Maredia, Sarfraz: \Maredia, Sarfraz\EDISCO-25493_sarfraz@uber.com_NEW_22.zip; Maredia, Sarfraz: \Maredia, Sarfraz\EDISCO-25493_sarfraz@uber.com_NEW_22.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_23.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_23.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2021_OctToDec\JCCP-EDISCO-23800_2021_OctToDec_25.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2021_OctToDec\JCCP-EDISCO-23800_2021_OctToDec_25.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_0.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_0.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000337623 | SEMANTIC |
| Collaborators | spitz@uber.com; sarfraz@uber.com; anders.west@uber.com; bmora@uber.com; pritika.gupta@uber.com; apotes@uber.com; ryan.colby@uber.com; krish.patel@uber.com; william@uber.com; ashwin.dias@uber.com; ardila@uber.com; jmani@uber.com; drivestorage2@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 07/23/2018 12:37 pm | SEMANTIC |
| Date Modified | 10/20/2021 4:50 am | SEMANTIC |
| DocID | 1m4Cw6I4C2GEffXfKlrHomzmt0Vk1vxJ5fvZFo1VTTng | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_000337623 | SEMANTIC |
| File Path | \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_77.zip | SEMANTIC |
| File Size | 23444040 | SEMANTIC |
| Filename | CONFIDENTIAL- US&C Safety & Insurance _1m4Cw6I4C2GEffXfKlrHomzmt0Vk1vxJ5fvZFo1VTTng.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hash Value | 9a73d19a658b9c9ed08560a7b04e73e1 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000337623;UBER_JCCP_MDL_000337623.0001;UBER_JCCP_MDL_000337623.0002;UBER_JCCP_MDL_000337623.0003;UBER_JCCP_MDL_000337623.0004;UBER_JCCP_MDL_000337623.0005;UBER_JCCP_MDL_000337623.0006;UBER_JCCP_MDL_000337623.0007;UBER_JCCP_MDL_000337623.0008;UBER_JCCP_MDL_000337623.0009;UBER_JCCP_MDL_000337623.0010;UBER_JCCP_MDL_000337623.0011;UBER_JCCP_MDL_000337623.0012;UBER_JCCP_MDL_000337623.0013;UBER_JCCP_MDL_000337623.0014;UBER_JCCP_MDL_000337623.0015;UBER_JCCP_MDL_000337623.0016;UBER_JCCP_MDL_000337623.0017;UBER_JCCP_MDL_000337623.0018;UBER_JCCP_MDL_000337623.0019;UBER_JCCP_MDL_000337623.0020;UBER_JCCP_MDL_000337623.0021;UBER_JCCP_MDL_000337623.0022;UBER_JCCP_MDL_000337623.0023;UBER_JCCP_MDL_000337623.0024;UBER_JCCP_MDL_000337623.0025;UBER_JCCP_MDL_000337623.0026;UBER_JCCP_MDL_000337623.0027;UBER_JCCP_MDL_000337623.0028;UBER_JCCP_MDL_000337623.0029;UBER_JCCP_MDL_000337623.0030;UBER_JCCP_MDL_000337623.0031;UBER_JCCP_MDL_000337623.0032;UBER_JCCP_MDL_000337623.0033;UBER_JCCP_MDL_000337623.0034;UBER_JCCP_MDL_000337623.0035;UBER_JCCP_MDL_000337623.0036;UBER_JCCP_MDL_000337623.0037;UBER_JCCP_MDL_000337623.0038;UBER_JCCP_MDL_000337623.0039;UBER_JCCP_MDL_000337623.0040;UBER_JCCP_MDL_000337623.0041;UBER_JCCP_MDL_000337623.0042;UBER_JCCP_MDL_000337623.0043;UBER_JCCP_MDL_000337623.0044;UBE | SEMANTIC |

Trial Exhibit No.

P-00195

| | | |
|---|---|---|
| | R_JCCP_MDL_000337623.0045;UBER_JCCP_MDL_000337623.0046;UBER_JCCP_MDL_000337623.0047;UBER_JCCP_MDL_000337623.0048;UBER_JCCP_MDL_000337623.0049;UBER_JCCP_MDL_000337623.0050;UBER_JCCP_MDL_000337623.0051;UBER_JCCP_MDL_000337623.0052;UBER_JCCP_MDL_000337623.0053;UBER_JCCP_MDL_000337623.0054;UBER_JCCP_MDL_000337623.0055;UBER_JCCP_MDL_000337623.0056;UBER_JCCP_MDL_000337623.0057;UBER_JCCP_MDL_000337623.0058;UBER_JCCP_MDL_000337623.0059;UBER_JCCP_MDL_000337623.0060;UBER_JCCP_MDL_000337623.0061;UBER_JCCP_MDL_000337623.0062 | |
| **ILS Document Date** | 10/20/2021 | SEMANTIC |
| **ILS Prod Date** | 12/24/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL058 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000309263; UBER_JCCP_MDL_000309274; UBER_JCCP_MDL_001509806; UBER_JCCP_MDL_001509808; UBER_JCCP_MDL_004779213; UBER_JCCP_MDL_004779218; UBER_JCCP_MDL_004779219; UBER_JCCP_MDL_004779222; UBER_JCCP_MDL_004878918; UBER_JCCP_MDL_004883699; UBER_JCCP_MDL_004883705; UBER_JCCP_MDL_004971212; UBER_JCCP_MDL_004971213; UBER_JCCP_MDL_005005557; UBER_JCCP_MDL_005005558; UBER_JCCP_MDL_005005560; UBER_JCCP_MDL_005005561; UBER_JCCP_MDL_005023035; UBER_JCCP_MDL_005023855; UBER_JCCP_MDL_005023857; UBER_JCCP_MDL_005023938; UBER_JCCP_MDL_005023939; UBER_JCCP_MDL_005071771 | SEMANTIC |
| **Other Custodians** | Sheridan, Danielle;Chang, Frank;Maredia, Sarfraz;Muerhcke, Susan;Shuping, Valerie;Faiz, Bushra | SEMANTIC |
| **Primary Date** | 07/23/2018 12:37 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL001;JCCP_MDL058; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 10/20/2021 4:50 am | SEMANTIC |
| **SourceHash** | 6aa4e6ce7e114f2f79b12e5a5d7ae091 | SEMANTIC |

UBER

# US&C Safety & Insurance

Business Brief

A/C Privilege & Confidential
Prepared At Direction of Counsel



CONFIDENTIAL

UBER_JCCP_MDL_000337623

## Agenda

| Section | Details |
|---|---|
| Insurance & Safety Trends | • Provide overview into safety & insurance trends across US&C and high-level areas of focus |
| Key 2018 Initiatives & Decision-Making Framework | • Walk through safety-focused H1 initiatives, as well as decision-making criteria behind those initiatives |
| Results of 2018 Initiatives | • Review results from H1 initiatives from supply & safety perspective |
| Next Steps | • Chat through next steps & focus areas for H2 |

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0001

P-00195.00004

UBER

# Insurance & Safety Overview

CONFIDENTIAL

P-00195.00005

UBER_JCCP_MDL_000337623.0002

# Uber US P2P Insurance Coverage

## Ridesharing / P2P Only Summary



**Insurance for rideshare drivers with Uber**

P0

Offline or the Driver app is off
- Your chosen personal insurance company and coverages apply

P1

Available or waiting for a ride request

Uber maintains the following auto insurance on your behalf in case of a covered accident:

Third-party liability if your personal auto insurance doesn't apply[1]
- $50,000 in bodily injury per person
- $100,000 in bodily injury per accident
- $25,000 in property damage per accident

P2/3

En route to pick up riders and during trips

Uber maintains the following auto insurance on your behalf in case of a covered accident:
- $1,000,000 third-party liability
- Uninsured/underinsured motorist bodily injury[2]
- Contingent comprehensive and collision[3]
   ○ Up to actual cash value of car ($1,000 deductible)

*Most common coverage, however actual coverage varies by state as required by regulation*
**Collision and Comprehensive are collectively called "Physical Damage"*

https://www.uber.com/drive/insurance/

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0003

## Slide 4 Notes

Voice over UI / UIM change - UI/UIM changed in some states to $250K

Collision provided by Uber only if the partner has collision insurance

For UberBLACK, have livery/commercial insurance, we only cover general liability in excess of what their insurance covers

CONFIDENTIAL

# US TNC Coverage Types

- TNC Coverage is broader than taxis/limos (usually liability only)
- Uninsured / Underinsured motorist coverage is the big driver of cost growth
- Lyft coverage is similar except Comp/Collision Deductible is $2,500 vs. Uber's $1,000
- Driver Injury Protection is currently Uber-only (no equivalent Lyft Product)



## Slide 5 Comments

1       some of these numbers are out of date - see website for most up-to-date information
        *Tyler Spitz,  2/28/2020 05:12 PM*

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0006

# US & Canada Insurance Cost Overview

*Global insurance premiums continue to be almost entirely driven by US&C business, and insurance costs represent significant % of US net revenue.*

## US&C Insurance Costs Relative to Globe

# ~94%

of Uber's global insurance premiums are driven by the US&C business. 90% of that cost comes from US, and 4% of that cost comes from CAN

Some reasons for this are…
- US & CAN are far more litigious than other countries & the US has private medical care
- High mix of P2P model
- Broad insurance coverage (UIM/UM, vehicle damage)

## US&C Insurance Cost: $M and % Revenue
*Note: Includes true-ups*



**Preliminary estimate - Actually closer to flat from 2018 to 2019**

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0007

Slide 6 Notes

*Net Revenue represents Gross Bookings less net upfront adjustments/partner payments/refunds plus other revenue*
*Voice over: 2019 would be flat but is coming down because of UI / UIM*

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0008

# Serious Accident and Incident Rate Trends

*The vast majority of our insurance costs in US&C are driven by accident-related insurance spend.*

| | Period 1<br>*Available* | Periods 2-3<br>*En Route - On Trip* | | | | |
|---|---|---|---|---|---|---|
| | Contingent Liability | Auto Liability | Uninsured /<br>Underinsured Motorists | Physical Damage | General Liability | Excess Liability |
| Incident Type | Accident | Accident | Accident | Accident | Non-Accident<br>(e.g. Assault,<br>IPC) | Mixed (Accident<br>+ Non-Accident) |
| Time to Resolve (Up To) | Years | Years | Years | Weeks | Months | Months |
| Approx. % of Costs* | 3% | 45% | 18% | 7% | 3% | 24% |

**Accident-Related Costs**

*Costs estimated using Ridesharing / P2P Portion of Exposure by Coverage - California - Q2 2017

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0009

## Slide 7 Notes

This mix has shifted more towards General Liability because of arbitration

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0010

# Distribution of Cost By Coverage

*The majority of US insurance cost is driven by P2/P3 liability ($1MM) and Excess Auto ($5MM)*



US P2P insurance costs are driven by: $1MM P2/P3 Auto policy $5MM Excess AL policy, which are both accident-focused. Given this, our primary focus in the US&C to-date has been around reducing our accident rate.

Higher limit coverages are not as costly as the most severe accidents are quite rare.

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0011

P-00195.00014

# Lifecycle of a Claim[1]

*It can take years from the time of an accident to when a claim is actually paid out. Our highest-cost claims generally take the longest time to reach settlement.*



**~95% of injury claims settled within ~2 years[2]**

**Accident Occurs** → *0 - 20 days* → **CommOps / IRT Handling** → *~2 days* → **First Notice of Loss[3]** → *Few weeks to multiple years* → **Claim Closed and Paid Out**

**Additional Detail**

**Accident Reporting Channels Include:**
- *Support Ticket*
- *Phone*
- *Email*
- *Social Media*

- First Notice of Loss filed by In-house Uber Claims team

- Claims are sent for handling to 3rd party carriers including, but not limited to James Rivers, Progressive, and Old Republic

1. Estimates should be considered high-level and came from Safety & Insurance Claims team
2. Refers to Bodily Injury claims handled by James River. Actual claim resolution time depends on claim severity & insurance provider (but typically takes ~1+ years)
3. Initial report made to insurance provider following an accident

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0012

Slide 9 Notes

Some key context for the data underlying the timing stats above:
- This is based on an analysis provided by the insurance claims analyst that showed the days from loss to settlement across different coverage types and insurance carriers (James Rivers, Old Republic, Progressive). Allstate and Farmers are excluded because they are new carriers
- High-cost claims generally have longer tails. For example, the top 5% of claims from time of settlement represent 14% of costs

1. When the accident occurs (also known as the time of loss), it generally takes up to 20 days for a report to come through (this context was provided by the claims actuary)
   a. Reports come through multiple channels including support ticket, phone, email and social media

2. Commops & IRT investigate and collect information which is delivered to the claims team

3. Our in-house claims advocates prepare the First Notice of Loss. This is then shared with our 3rd party carriers who will reach out for more info to fully adjust claims and take them to resolution.

4. If claims are paid out, Uber will pay their portion of the exposure thats agreed upon with a given insurer

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0013

# Insurance Cost Factors

*There are lots of reasons why insurance costs are on the rise in the US. From an Operations perspective, we're mainly focused on influencing Uber's business mix.*

| **ADVERSE CLAIM DEVELOPMENT** | **CHALLENGING INDUSTRY TRENDS** | **CLAIMANT SOPHISTICATION** | **UBER BUSINESS MIX** |
|---|---|---|---|
| • Claims from 2014-2016 settling for more than expected and slower than expected<br>• More severe claims being opened 2-3 years after accident date, especially by third parties<br>• Underinsured motorist claims far higher and more severe than expected | • More expensive cars / repairs (+6.8% / year industry cost trend)<br>• Rising healthcare costs (+4.1% / year industry cost trend)<br>• Rising injury verdicts<br>• Overall increase in traffic fatalities per NHTSA (+4.5%/mile 2016) | • Personal insurers better at redirecting claims<br>• Beginning to see specialized attorneys focused on rideshare claims<br>• Attorneys increasingly focused on reputation and employment issues at Uber as leverage | • **Overall bias to dense urban areas, bar closing time, nights and weekends**<br>• **XCL / VS**<br>• **Ratings threshold decreases**<br>• **Pool**<br>• **Risk profile distribution of drivers** |



This is the area where Ops can influence most...

CONFIDENTIAL

P-00195.00017

UBER_JCCP_MDL_000337623.0014



**City Ops Question**: *Non-levers into insurance costs: # passengers (eg. XL vs X), what about Product (Black vs Pool)?*

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0015

Slide 11 Notes

https://docs.google.com/spreadsheets/d/16fqLkxhHYx-8tvO6GZDRslLtUyHDPCsJTXiGOknj9lM/edit?userstoinvite=francis.wilson@uber.com&ts=5d2ce9f0&actionButton=1#gid=1109874138

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0016

# Serious Accident and Incident Rate Trends

*We've experienced a meaningful improvement in our accident and incident rates over the course of H1 2018. This was partially driven by seasonality, and partially driven by our H1 Ops initiatives aimed to improve safety.*

| Serious Accident Rate Per 1M Trips | Serious Incident Rate Per 1M Trips |
|---|---|





Serious Accident rate is tracking **~8% below the Q4 average,** staying ahead of our **our goal of a 5% reduction** for this time period. Please note that increased accident rate in May was due in part to Cinco de Mayo and Memorial Day weekends

H1 Serious Interpersonal Conflict incident rate was over **8% below the Q4 average,** staying ahead of our **our goal of a 5% reduction** for this time period.

Note: We cannot pull Uber's historical data to confirm this (as we had taxonomy issues until September 2017), but we've confirmed via industry data that some of our H1 accident rate reduction is due to seasonality.

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0017

Slide 12 Notes

Taxonomy changes went into effect 7/23

Serious IPC Total Incident Rate for Q4: 12.9
Goal for H1: 12.2 (12.9*0.95)
Goal for H2: 11.6 (12.9*.9)

Serious Accident Rate for Q4: 5.6
Goal for H1: 5.3 (5.6*0.95)
Goal for H2: 5.0 (5.6*.9)

Biggest changes with new taxonomy:
- More granular Sexual Assault categories (e.g. "Attempted Kissing - Non-Sexual Body Part") created in partnership with an advocacy group
- Additional categories now considered Sexual Assault (see below)
- "Parent categories" no longer included in Serious IPC and Serious Accident Rate. These are tickets with contact types such as "Other>IRT: Urgent>Sexual Assault>>" and with no associated JIRA ticket.
  - Example tickets include: 1) rider wrote in on wrong trip - JIRA connected with correct trip; 2) rider report is vague (e.g. "sexually harassed my girlfriend"), and we followed up for more information and never got it (query)

Reason for Serious IPC increase since July:
- The increase in Serious IPC from July onward is due to how we have begun treating the following incident types: "Soliciting Sexual Act," "Attempted Touching - Non-Sexual Body Part," and "Non-Consensual Touching - Non-Sexual Body Part"
- Before the taxonomy change, a Bliss ticket reporting an incident of soliciting sexual contact or (attempted) touching of a non-sexual body part would have been classified as a Sexual Misconduct, Inappropriate Comment, Verbal Altercation, or some other less severe category. A JIRA ticket would not have been created in most cases

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0018

Slide 12 Notes (Continued)

- For the transparency report, all historical JIRA tickets were re-reviewed and re-classified according to the new taxonomy. Because a JIRA had not been created for these tickets, they were not re-reviewed or re-categorized
- Now that these three incident types fall under Sexual Assault, Bliss tickets that come in reporting one of these incidents are classified as Sexual Assault, and a JIRA is created. We consider them Serious IPC incidents, where we didn't before

L3/L4 incident categories that aren't included in Serious IPC:
- L3/L4 Accidents
- Physical Altercations with No Injury
- Threat of Violence
- Drug/Alcohol Possession/Use by Driver
- Firearm Observed (Non-Threatening)
- Health and Self-Harm (e.g. someone has a heart attack on a trip)
- Non-rides related incidents
- Missing Person
- Suspected Human Trafficking

L3/L4 incident categories that are included for Serious Accidents:
- Hospitalization/Ambulance
- Life-Altering Injuries Alleged
- Fatality

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0019

# Serious Incident Rate Deep Dive (Sexual Misconduct)

*Sexual Misconduct represents the majority of our reported serious incident rate in the US&C. As such, from a personal safety perspective, this remains our largest priority.*



**Please note that the metrics above may not be representative of the true state of incidents. Specifically:**

- *Above data is pulled from queries of support & JIRA tickets. One report does not necessarily mean one incident*
- *Only a portion of tickets are confirmed; many are unconfirmed. The metrics include unconfirmed tickets.*
- *Issue types can change over time and contain nuance. For example "contact" may include accidental or attempted contact*

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0020

# Serious Incident Rate Deep Dive (Sexual Misconduct)

*Sexual assault / serious sexual misconduct rate between female drivers and male riders is an important issue that we must solve for in the US&C. It's critical that we invest in the safety of our female drivers.*

## Sexual Assault / Serious Sexual Misconduct Incident Rate by Gender of Driver + Rider

*US P2P incidents occurring May 2017 - May 2018*

For female drivers, rate of sexual assault or serious sexual misconduct is **>4x when matched with male** instead of female.

| | Female Drivers | | Male Drivers | |
|---|---|---|---|---|
| | +<br>Female Rider | +<br>Male Rider | +<br>Female Rider | +<br>Male Rider |
| **Rate of Sexual Assaults or Serious Sexual Misconduct (Per 1M Trips)** | 8.4 | 39.0 | 13.1 | 7.9 |

*Notes:* Only US P2P trips and incidents occurring May 2017 - May 2018 with inferred gender data (97% coverage in sample). Safety data source: JIRA.

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0021

UBER

Key 2018 Initiatives & Decision-Making Framework

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0022

# Indexed Accident Rate By Risk Cohort (Ratings)

*A small percentage of drivers (measured by % of miles) present outsized risk from an insurance cost per mile perspective.*



As a result, our lowest rated drivers are quite contribution negative to the business when taking into account insurance costs...

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0024

# Fare Breakdown: uberX, <4.2 Driver (Worst Case)

Source

*With <4.2 drivers, we pay **~96%** of our available margin (after the driver is paid) on insurance costs. This drags down our overall contribution per trip significantly.*



*Contribution Waterfall by Trip: 2017*

Avg Fare* — $15.82
Partner Payments — $10.36
Insurance — $5.25
Cost Of Sales** — $1.09
Rider + Driver Funnel — $0.64
Operations (excl. headcount) — $0.46
Headcount — $0.14
Support — $0.13
Existing Incentives — $1.31

**Contribution per Trip = -$3.56**

\* Avg Fare includes UFP Adj. Up & Other Revenue; Typically remove UFP Adj. Up  because it is accounted for in Existing Incentives
\*\* COS includes Misc. Partner Payments, Tips, Taxes & Fees - disbursed, Payment Card Fees, Network (ex-Depr.), Mobile, Ride Insurance, Chargebacks and Fraud, Fees and Other
\*\*\*Analysis assumes that all costs except for insurance vary based on rating band

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0025

Slide 18 Notes

**Average insurance costs approx $1.55 per trip, vs. about $5.25 in this case.**

 - Average fare is $15.85
 - Partner payments on average are $10.36
 - That leaves us with $5.49 in net revenue after the partner is paid
 - Of that $5.49, $5.25 (or about 96% of net revenue) is comprised of insurance costs
 - this ultimately drives down our contribution per trip to -$3.56 for our lowest rated drivers

Note: It's possible that these drivers are even MORE contribution negative than this chart is displaying, as we know that support costs become more expensive, the lower rated you are.

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0026

# Fare Breakdown: uberX, 4.6 - 4.65 Driver (Base Case)

Source

*With 4.6-4.65 drivers, we pay ~47% of our available margin (after the driver is paid) on insurance costs. Although not as significant as the <4.2 drivers, this still continues to drag down our contribution per trip.*



*Contribution Waterfall by Trip: 2017*

**Contribution per Trip = -$0.91**

* Avg Fare includes UFP Adj. Up & Other Revenue; Typically remove UFP Adj. Up because it is accounted for in Existing Incentives
** COS includes Misc. Partner Payments, Tips, Taxes & Fees - disbursed, Payment Card Fees, Network (ex-Depr.), Mobile, Ride Insurance, Chargebacks and Fraud, Fees and Other
***Analysis assumes that all costs except for insurance vary based on rating band

Slide 19 Notes

**Average insurance costs approx $1.55 per trip, vs. about $5.25 in this case.**

 - Average fare is $15.85
 - Partner payments on average are $10.36
 - That leaves us with $5.49 in net revenue after the partner is paid
 - Of that $5.49, $2.60 (or about 47% of net revenue) is comprised of insurance costs
 - this ultimately drives down our contribution per trip to -$0.91 for our lowest rated drivers

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0028

# Fare Breakdown: uberX, 4.9 - 4.95 Driver (Best Case)

*With 4.9-4.95 drivers, we pay ~22% of our available margin (after the driver is paid) on insurance costs.*

[Source](#)



*Contribution Waterfall by Trip: 2017*

* Avg Fare includes UFP Adj. Up & Other Revenue; Typically remove UFP Adj. Up  because it is accounted for in Existing Incentives
** COS includes Misc. Partner Payments, Tips, Taxes & Fees - disbursed, Payment Card Fees, Network (ex-Depr.), Mobile, Ride Insurance, Chargebacks and Fraud, Fees and Other
***Analysis assumes that all costs except for insurance vary based on rating band

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0029

Slide 20 Notes

**Average insurance costs approx $1.55 per trip, vs. about $5.25 in this case.**

 - Average fare is $15.85
 - Partner payments on average are $10.36
 - That leaves us with $5.49 in net revenue after the partner is paid
 - Of that $5.49, $1.20 (or about 22% of net revenue) is comprised of insurance costs
 - this leaves us with $0.49 in contribution

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0030

# Key 2018 Initiatives

*With the above data trends in mind, here were the three initiatives that we focused on in H1 that had the most significant implications for both safety & supply; this is where we'll focus today's discussion.*

| | Context |
|---|---|
| **Rating Threshold Increases** | Explore increasing national P2P thresholds across US&C |
| **Tightening of Dangerous Driving Policy** | Determine whether to deactivate drivers more often for high number of "dangerous driving" tickets from riders |

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0031

# Framework for Making Safety-Related Decisions

*When making safety-related decisions, we compare annualized insurance savings to expected supply replacement costs across a variety of driver cohorts, based on their risk level. We make decisions that are then a net benefit to Uber.*

| Annualized Insurance Savings | - | Annualized Expected Supply Replacement Costs | = | Net Cost / Benefit to Uber |
|---|---|---|---|---|
| <ul><li>Partnered with Safety & Insurance Actuarial Science team to measure theoretical insurance savings by city based on a variety of scenarios</li><li>Est. $100M total in ins. savings</li></ul> | | <ul><li>Determined approximate incentive costs for replacing miles that would be lost under various circumstances</li></ul> | | <ul><li>Moved forward with choices that were only a ***net benefit*** to Uber</li></ul> |

*Example #1 - Baltimore - Recommendation:* ✓

| | | | | |
|---|---|---|---|---|
| $669K | - | $190K | = | +$479K |

*Example #2 - San Francisco - Recommendation:* ✗

| | | | | |
|---|---|---|---|---|
| $3M | - | $14M | = | -$11M |

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0032

## Slide 22 Notes

Serious IPC Total Incident Rate for Q4: 17.48
Goal for H1: 16.6 (17.48*0.95)
Serious IPC Total Incident Rate for H1: 16.11

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0033

# Framework for Making Safety-Related Decisions

*We followed the same framework for Safety Incentives. However, supply replacement costs were super difficult to predict given the nature of the experiment (as we didn't know what % of miles would churn when incentives were taken away), which is why we decided to experiment in one city to start.*

| Annualized Insurance Savings | - | Annualized Expected Supply Replacement Costs | = | Net Cost / Benefit to Uber |
|---|---|---|---|---|
| • Partnered with Safety & Insurance Actuarial Science team to measure theoretical insurance savings by city  | | • Determined approximate incentive costs for replacing miles that would be lost under various circumstances<br><br>**?** | | • Moved forward with choices that were only a ***net benefit*** to Uber<br><br>• For Safety Incentives in particular, the net cost / benefit to Uber was dependent on two factors:<br>  ○ Long-term churn rate - We used an assumption from short-term churn and large cities<br>  ○ Lost peak hour trips - If we churn drivers, how does this hurt reliability during sensitive hours, and how do those costs offset savings? |

*We decided to test in Denver due to mix of projected oversupply through the end of the summer and high incentive spend.*

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0034

UBER

# 2018 Impact and Metrics Overview

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0035

# Key 2018 Initiatives

*Using the aforementioned framework, here were the decisions that we made as it relates to H1 2018 safety priorities.*

| | Context | Decision |
|---|---|---|
| **Rating Threshold Increases** | Explore increasing national P2P thresholds across US&C | Increased P2P rating threshold to a ~4.6 nationally (on average, but excluded many competitive cities, like SF, LA,etc) |
| **Tightening of Dangerous Driving Policy** | Determine whether to deactivate drivers more often for high number of "dangerous driving" tickets from riders | Tightened dangerous driving standard to allow 2.0 dangerous driving incidents per 1000 trips, which was significantly stricter than prior threshold (3 strikes). Exception made for >4.8 drivers |

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0036

UBER

# 2018 Impact and Metrics Overview

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0037

P-00195.00040

# Impacts of Changes on Accident Rate & Insurance Costs

*Implementing tighter rating and dangerous driving changes has had a material impact on accidents and insurance costs in the US&C.*

## Accident Impact

As outlined previously, we experienced a 8% dip in accident rate from Q4 2017 to H1 2018. A portion of this dip can be attributed to our initiatives.

**Serious Accident Rate Per 1M Trips**



## Insurance Impact

When launching these initiatives, we estimated that all else equal, our initiatives would save us about ~$100M in theoretical insurance costs[1] (which would take a significant amount of time to truly hit the P&L).

While these costs will continue to take time to come to fruition, we seem to be well on our way to achieving this goal.

**Quote from Gus ("Stand for Safety H1 2018 Recap Email"):**
*"Achieved ~$150M in insurance savings vs. plan (⅓ of that due to improving safety)..."*

1 "Theoretical insurance cost savings" is a forward looking estimate of insurance cost reduction, given today's per-mile insurance rates. Actual insurance cost savings will only be realized after premiums are negotiated downward.

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0038

# Impacts of Changes on Accident Rate & Insurance Costs

*Implementing tighter rating and dangerous driving changes has had a material impact on accidents and insurance costs in the US&C.*

## Risk Index

As outlined previously, we experienced a 7.7% decline in our Risk Index pegged to August 2017. This is primarily driven by our initiatives.

**Risk Index**



## Overview of the Risk Index

The risk index measures the change in the safety of miles driven on the platform over time.

Drivers are considered more risky if they have lower ratings or have a higher rate of Dangerous Driving reports.

The risk index tracks how the contribution of miles changes over time from partners who have these risky attributes (i.e. less miles from these partners means the index goes down).

***While we have having data integrity issues with accidents, this will be our primary tracking metric for safety on the platform.***

1 "Theoretical insurance cost savings" is a forward looking estimate of insurance cost reduction, given today's per-mile insurance rates. Actual insurance cost savings will only be realized after premiums are negotiated downward.

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0039

UBER

# Next Steps

P-00195.00043

UBER_JCCP_MDL_000337623.0040

**Slide 29 Notes**

Driving Safety 2019 H2: https://docs.google.com/presentation/d/1ukcPcP2mD5nIrjU7J4ZJCGjXIjYVPSscGYPF-7w_V0c/edit#slide=id.g5b0de7e7fa_0_0

# Next Steps (2018)

| | Recommended Next Steps |
|---|---|
| **Rating Threshold Increases** | Proposing another set of small, but ROI positive, rating changes in select cities. Note that the only cities in which we're recommending changes in are **demand-constrained markets** that aren't considered at-risk from a CP perspective (e.g. Miami, Dallas, Cleveland) |
| **Tightening of Dangerous Driving Policy** | N/A. We've tightened dangerous driving thresholds considerably across US&C. We haven't found any additional room here |
| **Safety Incentives** | Discontinue program given small (and potentially negative) net impact. Shift to the Driver Loyalty program as the primary mechanism to reward for quality. Will be monitoring results of a similar program, though, with Getaround, where they are pre-communicating rating requirements for incentives proactively (unlike our experiment) |

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0042

## Slide 30 Notes

Another general point that we'll be focusing on in H2:
The more we can squeeze risk on from the business where we don't need risk, the more we can take on risk where it's super important

CONFIDENTIAL

**2019 OKRs**

# 2019: *both* Personal and Driving Safety



**Reducing Accident Frequency & Severity**

*Launch initiatives to reduce accident frequency and severity on the platform. This includes mitigating accident risk during the launch of new ventures on the platform.*



**Reducing Rate of Sexual Assault Incidents**

*Launch initiatives to reduce sexual assaults on the platform. This includes mitigating sexual assault risk during the launch of new ventures on the platform.*



**Reduce Insurance Costs**

*Launch and support implementation of initiatives that reduce the cost of insurance on the platform.*

**Accident & Incident Response and Experience**

*Review and improve Uber's response to accidents and incidents, ensuring an optimal experience is provided to our customers.*

**Improving Safety Sentiment**

*Advocate for initiatives that improve Safety Sentiment among our riders & drivers and ensure that our customers are aware of Uber's safety features.*

**Safety Data Management & Preparing For Upcoming Transparency Report**

*Restore safety data integrity, track key metrics closely and develop meaningful insights about accidents and incidents on the platform. Working to prepare for upcoming release of Transparency Report.*

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0044

Slide 31 Notes

See PS deck here: https://docs.google.com/presentation/d/1Lhrj9i3YwCRYZopKy8VYQny-EqtoaHeU_cPRwtGZCCQ/edit#slide=id.g5a87749b7c_0_305

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0045

**H2 Priorities & Projects**

# 2019 H2: Priorities

We are focusing our efforts on four priorities for the remainder of the year and to set us up for 2020.

| Change Driver Behavior | Vehicle Solutions (VS) Safety | Insurance Cost Reduction | Process Efficiency |
|---|---|---|---|
| *Use experiments to understand how we can change driver behavior* | *Improve VS driver safety through various initiatives* | *Reduce insurance costs as a per mile basis* | *Improve process efficiency related to driver deactivations* |
| **01** | **02** | **03** | **04** |

In support of OKR(s):
**1. Reducing Accident Frequency & Severity**

In support of OKR(s):
**1. Reducing Accident Frequency & Severity**

In support of OKR(s):
**1. Reduce Insurance Costs**
**2. Reducing Accident Frequency & Severity**

In support of OKR(s):
**1. Accident & Incident Response and Experience**
**2. Reducing Accident Frequency & Severity**

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0046

# 2019 H2: Projects

## 01 Change Driver Behavior

**PROJECTS**

1. Driver Education Pilot
2. Long-term Education Strategy
3. Safety Incentives
4. Dashcams
5. Deactivation Notifications

Key Business Insight:
**Our vendor has estimated 10-15% accident reduction as a result of dashcams**

## 02 VS Safety

**PROJECTS**

1. Telematics Data and/or Safety Score
2. Ratings
3. DD Score
4. Phone Mounts

Key Business Insight:
**At 10% of the business without significant change, VS could increase insurance costs by 100M annually**

## 03 Insurance Cost Reduction

**PROJECTS**

1. Deductibles Analysis
2. Driver Injury Protection (DIP)
3. Commercial Rideshare Insurance Options (TBD pending S&I feedback)

Key Business Insight:
**DIP represents a long-term annual opportunity of $270M at a critical mass (link)**

## 04 Standard Optimization

**PROJECTS**

1. Rating Thresholds
2. DD Thresholds
3. DD Residual Rate
4. Hardening of DD Standard
5. Other Deactivation Criteria

Key Business Insight:
**The current residual rate for dangerous driving is ~46% which proves operational inefficiencies**

Uber could address this issue with a one-sided (rider only) per-mile price increase. This could be implemented via RSP, firehouse, booking fee changes or T&D rate changes.

As a simplified starting point, I calculated a per-mile fee to apply to each mile after the 6th mile. The fee was set to achieve an approximate 11% margin on fares minus insurance on incremental miles.

**Blue:** VC Margin in April 2019 | **Orange:** Projected VC Margin After Change





1.  Note that this is not proposed as the optimal solution; the company could decide that a different margin profile is optimal for the company. Additionally, there are a variety of pricing levers we could use to achieve our desired margin profile.

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0048

## Slide 34 Notes

Other considerations like product, city, booking fee, supply position, pricing

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0049

P-00195.00052

# DACT is a Standard Adjudication Platform

## What does DACT do?

- DACT is a standard adjudication platform within JIRA which handles adjudications for high-volume, low severity safety reports
- DACT runs a query every hour and creates a ticket whenever a user breaches one of our standards
- DACT-trained agents review each ticket for validity against our standards and either deactivate the user, leave the user active, or escalate the ticket

## What is a standard?

- Business Standards set the required outcome for any inbound that comes through via support or as a result of an outage
  - Example: At what point should our driver be deactivated for driving dangerously?



P-00195.00053

UBER_JCCP_MDL_000337623.0050

# What it looked like in practice

Instead of scrolling through notes, reports are automatically pulled together for adjudication





CONFIDENTIAL

UBER_JCCP_MDL_000337623.0051

# Ratings Distribution and Dangerous Driving Deactivation Impacts

*We successfully took action against our highest priority H1 accident reduction initiatives, as evidenced by the reduction in miles being driven by partners at or below a 4.6 rating, as well as the elevated rate of Dangerous Driving deactivations actioned in our DACT process*

## % of US Miles Driven by Partners at or below 4.6 Rating



The % of US miles driven by partners at or below a 4.6 rating dropped from 4.6% in Aug 2017 to 1.4% in June 2018. This was the result of raising the min rating threshold, as well as reducing the number of trips a driver needs prior to deactivation

## DACT Dangerous Driving (DD) Deactivations



DACT DD deactivations have stabilized as of April 2018, now removing an incremental ~30% of high-risk partners who have been flagged for Dangerous Driving and are at significant elevated risk for getting into an accident

CONFIDENTIAL

P-00195.00055

UBER_JCCP_MDL_000337623.0052

UBER

Appendix

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0053

Chicago Case Study

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0054

# Supply Impact Case Study: Chicago

*Here's a view into the # of deactivations (both in absolute terms as well as a % of active drivers) and how those numbers have changed over time...*



**Chicago Absolute Deactivations & % of Active Drivers Deactivated**

# Supply Impact Case Study: Chicago

*Though incurring one of the largest supply impacts in the US, Chicago did not exhibit anomalous surge levels that also stayed commensurate with demand increases after threshold changes were made*

| Rating Threshold Increases | Tightening of Dangerous Driving Proof | Safety Incentives |

## Uber Sessions & Surge Trips Pre and Post Threshold Changes



CONFIDENTIAL

UBER_JCCP_MDL_000337623.0056

# Supply Impact Case Study: Chicago

*In addition, though we did see a drop in driver hours in March, it was aligned with EDI spend trends and recovered in the subsequent months*

## Uber Sessions & Surge Trips Pre and Post Threshold Changes



# Supply Impact Case Study: Chicago

*Though we saw a dip in CP, it can be partially attributed to Lyft closing the EDI spend gap and is trending back upwards based on our most recent data*

## Uber Category Position vs. Uber & Lyft EDI Spend



*Observed a temporary moderate pullback in CP post threshold changes that coincided with increase in Lyft EDI spend as compared to Uber*

UBER

# Results: Denver Safety Incentive Experiment

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0059

P-00195.00062

Rating Threshold

Tightening of Dangerous

Safety Incentives

# Denver Experiment Results: Churn

*Results indicate no discernible impact on miles driven by removing incentives due to low rating.*

Treatment group drivers actually increased miles driven by 1% in aggregate.

- Drivers whose ratings remained below 4.7 (the treatment group cutoff) decreased miles by 6%

- Drivers whose ratings increased above 4.7 offset the decreases.

The error bars are large due to a low sample size. We could only test on 1% of Denver drivers even after increasing the ineligibility threshold to 4.7 (above the rating deactivation threshold).



Aggregated Results (On Trip Mile Delta)

**Slide 45 Notes**

Treatment: half of drivers below 4.7 and excluded them from incentives

Control: the other half of drivers below 4.7

Non-experiment: drivers above 4.7 weren't in either treatment or control

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0061

# Denver Experiment Results: Net Benefits

*Insurance savings net of the cost of lost supply hours is at best low and at worst negative.*



**Lost trips at 25% Surge** - Insurance savings less the cost of lost supply hours. Low rated drivers took fewer peak hour trips (defined at the 15% surge threshold).

**Lost trips at 15% Surge** - Same as above using a more stringent surge threshold

**Lost trips at 25% + High Churn** - Less stringent threshold + using the most optimistic churn assumption (19% from the previous slide)

**Only <4.7 drivers** - Assuming drivers >=4.7 do not offset churned miles

- The estimated net impact is small due to a low number of drivers impacted (2%), churn was less than expected, and we include supply hour costs in these calculations.
    - Under optimistic assumptions we think that net savings would be at most $300K per year when fully scaled to the US&C.
    - The net impact could be as negative as -$1.4M per year when factoring in the cost of lost supply hours.

CONFIDENTIAL

UBER_JCCP_MDL_000337623.0062