# UBER_JCCP_MDL_000490080

## Metadata

| | | |
|---|---|---|
| **Account** | nick.silver@uber.com | SEMANTIC |
| **All Custodians** | Silver, Nick | SEMANTIC |
| **All Paths** | Silver, Nick: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-7.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-aYnqmZ.mbox; Silver, Nick: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-7.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-aYnqmZ.mbox | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Attachment Names** | [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image] | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000490078 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 10/11/2021 4:36 pm | SEMANTIC |
| **Date Modified** | 10/11/2021 4:36 pm | SEMANTIC |
| **Document Type** | Attachment | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000490104 | SEMANTIC |
| **File Path** | \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-7.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-aYnqmZ.mbox | SEMANTIC |
| **File Size** | 1186008 | SEMANTIC |
| **Filename** | Uber presentation_Nikita Jain (1).pdf | SEMANTIC |
| **Hash Value** | a1b16692707127f41fdcb5cb880b020a | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000490080;UBER_JCCP_MDL_000490081;UBER_JCCP_MDL_000490082;UBER_JCCP_MDL_000490083;UBER_JCCP_MDL_000490084;UBER_JCCP_MDL_000490085;UBER_JCCP_MDL_000490086;UBER_JCCP_MDL_000490087;UBER_JCCP_MDL_000490088;UBER_JCCP_MDL_000490089;UBER_JCCP_MDL_000490090;UBER_JCCP_MDL_000490091;UBER_JCCP_MDL_000490092;UBER_JCCP_MDL_000490093;UBER_JCCP_MDL_000490094;UBER_JCCP_MDL_000490095;UBER_JCCP_MDL_000490096;UBER_JCCP_MDL_000490097;UBER_JCCP_MDL_000490098;UBER_JCCP_MDL_000490099;UBER_JCCP_MDL_000490100;UBER_JCCP_MDL_000490101;UBER_JCCP_MDL_000490102;UBER_JCCP_MDL_000490103;UBER_JCCP_MDL_000490104 | SEMANTIC |
| **ILS Document Date** | 10/11/2021 | SEMANTIC |
| **ILS Prod Date** | 9/15/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL006 | SEMANTIC |
| **Other Custodians** | Silver, Nick | SEMANTIC |
| **Primary Date** | 10/11/2021 4:36 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL006; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 10/11/2021 4:36 pm | SEMANTIC |

Trial Exhibit No.

P-00198_slip

# Uber
## Women's Safety & Sustainability

Nikita Jain

CONFIDENTIAL

**Trial Exhibit No.**
**P-00198**

UBER_JCCP_MDL_000490080

P-00198.00001

# Agenda

## 1 | Executive Summary

## 2 | Consumer Insights
Perception of safety | Pain points | Variation by Geography | Personas

## 3 | Strategic assessment
Competitive landscape | Value prop | Gaps | Pain points along customer journey

## 4 | GTM strategy
Objectives | Campaigns | Uber Safe Routes Proposal | Partnerships | Messaging & Promotions | Timelines

## 5 | Long Term Vision
Impact | What's next for ridehailing

CONFIDENTIAL

UBER_JCCP_MDL_000490081

Summary

# Executive summary

- Safety and privacy concerns are major barriers for ride sharing for women riders; **perceived safety impacts usage and loyalty of users**
  - Women often cite the **shortage of female drivers** and the **risk of sexual harassment** as reasons for avoiding ridesharing services entirely - this is resulting in **loss of trust** from women users towards Uber
- Women face multiple **pain points through the customer journey**
  - Booking a ride: lack of trust on overall platform and long wait times in unsafe places
  - Taking the ride: fear of harassment, sexual assault and feeling of discomfort during detours and darker routes
  - Post ride: limited assistance on complaints and unsurity of being heard
- Women safety related issues vary by geography with the scope of **problem being bigger in developing countries** vs. developed countries, though **reputational risk is higher in developed countries**; therefore, on **humanitarian grounds prioritize** developing countries, particularly **India** for the safety campaign
- Within developing countries, identified 4 consumer personas but prioritizing **younger professionals (25-35 years)** and **working moms (35-50 years)** driven by multiple factors - awareness, frequency of use, size of segment and perception of safety
- Competitive assessment suggests that Uber committed to women safety (industry 1st in multiple initiatives) but **can learn from Lyft** to improve brand perception (through more educational programs, NGO initiatives, branding, messaging that **Uber cares-closing the user feedback loop**)
- There is opportunity to close out **product, messaging** and **brand gaps** in the short and the long term.
- **Short term:** Uber has a clear objective of building empathy and trust with women riders, by taking ownership, **'promising'** further action and providing more robust **safety features/ driver enforcement** on the platform
- **Long term:**
  - Build **public programs/campaigns**, **publish numbers** on incidents transparently and **educate drivers** to prevent bad actors on platform to build brand value and be **held accountable in the long term**
  - What's been missing from the tech industry's approach to safety is a focus on **route-mapping** catered to women. Women feel safer when sharing a ride in **known localities** even with male co-riders. Recommend a public campaign on **'Uber Safe Routes'** where the app suggests safer routes for women especially at odd hours
  - Establish commitment to women's safety and the path to reach there through **partnerships** and by standing together for each other as a **community**. These monumental changes won't come easy or fast but we have a **plan to get there** and we are in it for the **long haul**

Consumer Insights

# Direct correlation between perception of safety and usage

- Nielsen et al., 2015 study highlighted that **safety and privacy concerns** are the **major barriers** to ridesharing, specifically for women riders

- Multiple studies highlight (Wilkowska et al., 2014; Yavuz and Welch 2010 and Polk, 2004) user preferences of female commuters that affect ridesharing are: **safety, comfort, convenience, flexibility of schedule and cost;** but **most important concerns** associated with these services are the **safety and security** needs of woman riders

- Su et al., (2019) model the influence of factors including service **quality** and **perceived safety** on passengers' use of and loyalty to ride-hailing services in Vietnam; findings show that perceived safety influences passengers' utilization of ride-hailing services and mediates influence on loyalty to these services

- Report from IFC and Accenture highlights women often cite the **shortage of female drivers and the risk of sexual harassment** as reasons for avoiding ridesharing services entirely.

CONFIDENTIAL

UBER_JCCP_MDL_000490083

Consumer Insights

# Multiple safety-related pain points across customer journey



**Booking a ride**

- Lack of trust on the platform overall (drivers/co-riders); unsure of **driver's behavior to women**
  - Nearly **45% prefer female drivers** and only 9% want male drivers (US survey of 500 females, alarms.org)
  - Women felt **safer while sharing the ride with female friends**; also perception of safety was rated **unsafe/ very unsafe if driver was a male stranger** (Indian survey of 289 females, Meshram et al 2020)
- **Long wait times** when in **an unsafe place** at an odd hour e.g., nighttime
  - **Waiting for a vehicle in dark places**, such as underpasses, underground stations and tunnels pose greater fears than the places which are open and unconfined spaces (Loukaitou-Sideris and Fink, 2008)
  - Perceived safety for ride hailing at daytime was high compared to hailing a cab **during night time** (Meshram et al 2020)

**Taking a ride**

- Driver **behavior alludes to harassment** (e.g., unsolicited remarks, commentary)
  - **23% of women** uber riders surveyed said they've had to report an uncomfortable encounter and **13%** said they were made to feel uncomfortable; nearly **10% women** were hit on and **~5%** received a call/text back from the drivers (alarms.org)
- Driver **starts to harass with an intent to sexually assault**
- Driver **rides through a dark unknown route** with no traffic or other businesses open
  - Perceived safety for ride hailing in **unknown environments** (i.e. unknown routes) was low (Meshram et al 2020)
- Driver **takes detours** from recommended route

**Post ride**

- In case of an incident **limited assistance** to pursue justice legally
  - Law suits filed in San Francisco Superior Court and other California state courts allege. "Uber has failed to implement basic safety measures necessary to prevent these serious sexual assaults, which continue to this day." (Jun, 2021)
- **Unsure if my feedback matters** and action has been taken on something specific

Source: Customer interviews n = 5

CONFIDENTIAL

UBER_JCCP_MDL_000490084

Consumer insights

# Safety incidents are higher in developing countries



**Developed countries**

- **US, UK have less number of incidents** (Uber US Safety report suggests **0.00002-5% sexual assault cases**) but because of stringent law enforcement, probability of lawsuits is higher
- More **reputational risk** in these countries, even one incident can affect brand and reputation negatively




**Developing countries**

- **Scope of the problem** is the greatest in developing countries
  - Crime rates in India as reported by National Crime Records Bureau- **4.8% inc in "attempt to commit rape" and 3.4% inc in "kidnapping and abduction of women"** cases in 2015 compared to 2014 (NCRB, 2015)
  - According to a survey conducted by ActionAid, the actual crime rates are as **high as 79% in Indian cities** (Wilkinson, 2016)
  - Report by NCRB also showed that **every 51 minutes, a woman faces harassment and assault** in India's public spaces (Millennium Post. 2016)
- **Law enforcement is not as stringent** as in developed countries like US & UK
- **Many cases go unreported**; even when women report cases, they go unheard (Commonwealth Human Rights Initiative reported that only one in every 13 and one in 9 cases of sexual harassment were reported to the police in Delhi and Mumbai respectively

**Prioritizing India for launch of marketing campaigns**; factors for prioritization include

- Greatest **impact** on **humanitarian grounds** would be in developing nations
- Highly **organised urban crime** hotspots- Tier1 cities
- **Easy coordination with law enforcement authorities and Govt.**
- **Clear analytics on** safe/unsafe routes,well lit and well policed area info is available

CONFIDENTIAL

P-00198.00006

UBER_JCCP_MDL_000490085

Consumer insights

# Target personas for brand messaging



| Unemployed | Employed |
|---|---|









Students
(15-25 years)

Housewives / Old
Women

Younger professionals
(25-35 years)

Working Moms
(35-50 years)

CONFIDENTIAL

UBER_JCCP_MDL_000490086

P-00198.00007

Consumer insights

# Multiple factors considered to prioritize young professionals and working moms as key target segments

| Personas | Awareness of app | Technical skills to navigate app | Frequency of use/requirement | Size of segment/ growth of segment | Perception of safety |
|---|---|---|---|---|---|
| **Students** | increased access to social media and higher curiosity | higher willingness to learn and higher exposure to technology | commuting to school/ college but might use other cheaper transport | 249,000 females in state private universities in India | students rated higher perception of safety (1.89X) when compared to unemployed participants |
| **Housewives/ Old women** | Lower exposure to such apps driven by lack of utility | typically use phones for whatsapp or calls only | commuting only for household chores/ have help from others to travel | 79% of Indian women do not seek work | higher levels of fear and victimization in the ridesharing arrangement because of lack of experience |
| **Young professionals (25-35 years)** | increased access to social media and higher curiosity | higher willingness to learn and higher exposure to technology | higher use of public transport due to lack of car ownership but looking for more comfort | smaller than working moms but growing segment | fear of victimization in public places among young girls / middle-aged women compared to older women |
| **Working moms (35-50 years)** | exposed to apps via younger children/ younger professionals | willingness to learn new technology lower than younger professionals | prefer using own cars to commute | n/a | young and middle age groups were significantly lower when compared to older women (age >55) |

Source: Customer interviews (N = 5); Assessing and Modelling Perceived Safety and Comfort of Women during Ridesharing, Transportation Research Procedia, January 2020 ; https://indianexpress.com/article/explained/why-india-is-no-country-for-working-women-explainspeaking-7249928/; https://www.business-standard.com/article/specials/urban-india-and-its-female-demographic-dividend-115073000229_1.html; https://www.statista.com/statistics/777135/india-number-of-female-undergraduate-students-enrolled-in-state-private-university/

CONFIDENTIAL

UBER_JCCP_MDL_000490087

Strategic competitive assessment

# Uber needs to improve on brand safety perception

| |  |  | **Uber** |
|---|---|---|---|
| **Brand safety perception** | ✔+ *Lyft pink logo (incl. Pink moustaches) perceived as more playful, more female, and thus safer; though recent allegations have reduced brand perception* | ✔- *Ola considered to be less safe than Uber* | ✔ *Females 3 times more likely to lead with negative comment for Uber vs. Lyft; London banned Uber due to negligence of safety initiatives though now operational* |
| **Safety Advisory Board** | ✔ *Group of experts from sexual assault & violence prevention organizations, local / national law enforcement officials (2020)* | ✔ *Experts from the fields of urban transport, climate change, women's safety, security, traffic management etc. (2018)* | ✔ *Global safety advisory board to review policies on an ongoing basis (2015)* |
| **Women drivers** | ✘ *No initiative* | ✘ *Ola Pink (only women drivers) beta tested in 2015 but never launched* | ✘ *No initiative* |
| **Safety features /initiatives** | ✔+ *Real time tracking, just checking in, ban from platform, no matching for below 3 stars, call 911 from app, Lyft will back, community safety education and multiple NGO initiatives* | ✔ *Both Ola and Uber partnered with Google to alert detour, pin verification, riding only with females for ridesharing, workshops / trainings for driver partners* | ✔ *Uber has similar safety features as Lyft but Lyft does a better job of closing the loop (calling back during distress call), with better driver educational program and NGO initiatives* |

**DiDi**

***Option to ride with women drivers** but failed (higher wait time due to **lack of adequate women drivers**)*

CONFIDENTIAL

UBER_JCCP_MDL_000490088

Strategic Assessment

**LEGEND:** ■ Product gaps  ■ Messaging gaps  ■ Brand Perception gaps

# Uber is industry first in many safety initiatives but there is opportunity to close out product,messaging and brand gaps

## Existing Products/Programs

**PRODUCTS**
- Safety toolkit
- 24/7 Critical Safety Line
- Ridecheck
- Driver enforcement - rigorous background checks/annual re-verification, deactivations
- Emergency Assistance- call 911 share GPS location and trip details with authorities.
- Trusted Contacts,- share trips with friends
- Phone number and address anonymization

**EDUCATION**
- Sexual assault and misconduct **education training for drivers** (RAINN), Lyft is better

**PARTNERSHIPS**
- Law enforcement firms, experts in the field, Incident Response Teams, NGOs

**TRANSPARENCY**
- Uber <u>Safety Report</u> outlines safety progress, processes, and data that sheds light on the most serious safety incidents on the platform

## Existing brand perception

- Brand **safety perception** is lower than Lyft
- Women 3X more likely to lead with **negative comment for Uber** vs. Lyft; London banned Uber due to negligence of safety
- Numerous sexual assault cases have **marred reputation** which negatively affects **investment** from international names (SoftBank)
- Lyft does a better job of **closing the loop (calling back during distress call)**, and **NGO initiatives**

## Biggest value prop

- Industry leader in ride hailing with maximum penetration globally
- 1st ride sharing company with
  - 911 button
  - US Safety report
  - Safety advisory board

## Gaps/opportunity

- **Driver enforcement/integrity**- use **psychometric behavioral tests** - tag red yellow green on behaviour- extra training for yellow, ban drivers in the red
- **More marketing:** Great safety toolkit but Uber **hasn't advertised** it well. Put **safety at the center of marketing strategy**
- **Brand gap:** Lyft brand safety perception is better because of less usage (less incidents), **pink branding** engenders trust. Internal 1 out of 5 employees come up with a **safety initiative** that is implemented
  - Track safety perception score through **in-product 3 question survey**

CONFIDENTIAL

UBER_JCCP_MDL_000490089

Strategic Assessment

**LEGEND:** ■ Product gaps   ■ Messaging gaps   ■ Brand Perception gaps

# Provide more safety features to increase trust in the short term

| | **Key Safety related pain points** | **Potential Solutions** |
|---|---|---|
| **Booking a ride** | • Lack of trust on the platform overall; unsure of **driver's behavior to women**<br><br>• **Long wait times** when in an unsafe place at an odd hour e.g., night time | • Option to see **women only reviews** for drivers, option for **women only drivers** or riders (under pool) (**branded Uber pink**/**orange**)<br><br>• Optimization **algorithm prioritizes safety/short waiting times for vulnerable riders** (women, LGBTQ) |
| **Taking a ride** | • Driver **behavior alludes to harassment** (e.g., unsolicited remarks, commentary)<br><br>• Driver **starts to harass with an intent to sexually assault**<br><br>• Driver **rides through a dark unknown route** with no traffic or other businesses open<br><br>• Driver **takes detours** from recommended route | • Ways to **report minor behavioral issues** in **real time**, rides closely monitored until completion<br><br>• **Panic / SOS buttons in car / app** with rapid responses from Uber team/ police<br><br>• **Route optimization** not for shortest routes but for **"safer routes";** option given during ride booking<br><br>• Detours from recommended path **fires up alert** for uber team follows up, ride monitored closely |
| **Post ride** | • In case of an incident **limited assistance** to pursue justice legally<br><br>• **Unsure if my feedback matters** and action has been taken on something specific | • Option to **record conversations** in the phone as evidence, provide full legal assistance<br><br>• Collect **proactive feedback** on rider's behavior in case of women riders; **close the loop on complaints** with specific action taken by Uber (after 3 strikes driver banned & uber took legal action) |

Source:  Customer interviews n = 5

CONFIDENTIAL

UBER_JCCP_MDL_000490090

GTM Strategy

# Overall GTM strategy

## Objectives

- Improve **perception of safety**
- Build **trust** on the platform for women
- Publicly commit to increasing **accountability** of the platform (2 way ratings, close feedback loop-make women aware of the actions uber has taken on complaints)
  - **Transparency on events** that occurred instead of hiding numbers and taking responsibility
- In the **short-term** launch product features (robust safety tools) and subtle marketing campaigns
- In the **long term,** build brand value and increase safety and trust perception after positive metrics and feedback from short term initiative

## Principles

- **Commit to the work publicly:** Be honest about the hard issues
- **Do the work:** Effectively and consistently prevent harm on the platform. Pioneer new product *safety features* and *actor enforcement* (robust background checks)
- **Show the work:** Uber's programs, actions, and impact in women safety should be well documented, and publicly visible through *messaging & marketing*.
- **Seek feedback on the work:** Proactively engage women audiences for feedback to improve and welcome oversight through *Safety Advisory Board*.

CONFIDENTIAL

GTM strategy
# Build public programs & campaigns to build trust in the long term







| | **Special Ubers** | **Uber Safe Routes** | **More Women Drivers** |
|---|---|---|---|
| **Product & Program** | • **Pink or orange cars** to cater exclusively to women<br>• Mandatory installation of panic buttons and GPS systems in the vehicle | • App shows **safer routes** for night safe mode<br>• Optimize on lower waiting time at night for women riders | • **Fleet of more women drivers** [Didi]. Incentivize by 2X salaries, driver safety options and education to empower women at the grass roots level. Create employment.<br>• **Option to ride with women** drivers/co-passengers |
| **Why this is important** | • To build trust in the community on women safety, it is important to start with **proof points.**<br>• Once people start noticing Uber's initiatives live on the streets, it will introduce a **halo effect** for the brand and safety perception. | • What's been missing from the tech industry's approach to safety is a focus on **route-mapping catered** to women<br>• Women feel safer when sharing a ride in **known localities** even with male co-riders<br>• Female, elderly couple or family co-riders were deemed safer for travelling in unknown localities | • **~50% women riders** want women drivers<br>• Girl only ride hailing services are popping up across the world e.g.Didi, Carriage for her in Malaysia, Sheba in Australia, Safr in Boston but this option has not been considered by either Uber or Lyft |
| **Partnerships** | • City Govts, Law Enforcement, Smart-Mumbaikar, SafeCity App | • Google Maps, SafeCity App, City Govts, National Crime Records Bureau | • NGOs in women safety such as Breakthrough, Care, Manas |

CONFIDENTIAL

UBER_JCCP_MDL_000490092



**Uber Safe Routes Proposal:** Build designated safe uber routes with street lighting and suggest safer routes in-app. Raise awareness for Uber's initiatives on women's safety and develop proof-points for building trust with women long term.

CONFIDENTIAL

UBER_JCCP_MDL_000490093

GTM strategy

# GTM on 'Uber Safe Routes'



- Working professionals + Working moms: Raise awareness for Uber's initiatives on women's safety and build trust

- Designated safer routes in partnership with city Govt & Google maps

- Delhi, Mumbai, and other metro cities

- Online on web and social, traditional, in-product, offline programs

- Influencer & cross-platform marketing

- Nuanced roadmap for cities vs countries-Tier 1 cities in developing nations, then Tier 2 cities in developed nations

- Increase in brand perception (NPS)
- Increase in Safety Score
- Increase in #women riders & drivers

**Audience & Objective**

**Product & Program**

**Test Locations**

**Placement & Partnerships**

**Promotions**

**Global Expansion**

**Success metrics**

**UBER SAFE ROUTES**

CONFIDENTIAL

UBER_JCCP_MDL_000490094

P-00198.00015

GTM strategy

# GTM Execution: Product and Program




| Product | Program |
|---|---|

**Product**

- App suggests safer routes
- Surveillance systems: Start in-car audio & video recording for an event mishap
- Flag detours both to driver & rider - combine with Ridecheck
- Rate routes safe based on:
  - Street safety and good lighting
  - Light traffic vs completely dark suburbs
  - If nearby businesses are open
  - If crimes have been reported in the area
  - Crowdsource info from users who have seen something "sketchy" in that area
- Safety perception in-product survey- 3 questions
- Close feedback loop with women on action taken through the survey/complaints

**Program**

- Build and designated safe uber routes with street lighting (solar panels)
- Police check-points at regular intervals
- Uber branding at regular intervals on the route (road signs - you are on an Uber safe route)
- Dedicated Pink/Orange ubers for women

Partnerships: GTM strategy

# GTM Execution: Partnerships & Events

| Technology | Govt + NGOs | Corporate |
|---|---|---|







**Technology**
- Google Maps & City Mapper offer quickest, most convenient route to a destination but don't offer night-safe mode for women
- Safe & The City - Start-up app aimed at women rates routes based on safety
- Safecity in India & Washington DC empowers individuals, communities, police and city government to create safer public and private spaces. They collect & analyze crowdsourced, anonymous reports of sexual violence, identifying patterns on routes.

**Govt + NGOs**
- City Govts, Police administration, Municipal corporations (utilities,city infrastructure, smart cities) to build 'Uber safe routes'
- Law enforcement, civil rights, and road safety professionals who offer immediate assistance in active cases.
- Women safety & sustainability NGOs to build trust; credits in free rides to NGOs
- Event rally launching 'Uber Safe Routes' with women drivers/riders leading the charge on 'International Women Day' or during 'Sexual Assault Awareness' month

**Corporate**
- Launch the program in partnership with corporates where women use uber for office commute.
- Offer $50 credit to women in the city where the pilot is launched to promote usage.

*This is a stepping stone for the broader strategic Partnerships model for 'Uber Safe Routes' as Uber can't do it alone*

CONFIDENTIAL

UBER_JCCP_MDL_000490096

GTM strategy

# GTM Execution: Messaging, Promotions and Education

## Messaging

**Key Messages**:
- We want to shine a light on these issues and create **awareness, transparency** and **public accountability.**
- A project of this magnitude will take **time**. Together, we can make meaningful progress towards ending sexual violence. When we say we stand for safety, we mean it and we are in it for the **long haul.**
- Build on the campaign for '**Turn the lights on**'
- Empower women

**Key Audience:**
- Pilot in a Tier 1 city with larger demographic on **younger female professionals** and **working moms**

**Ways of reaching this audience:**
- Meet them where they are through **Corporate** partnerships

**Approach: Subtle marketing campaign** in local markets to build trust in the community. Get good response on numbers then scale up. Women safety proof points will introduce a halo effect. Making a loud splash doesn't seem authentic from a longer term brand and trust perspective.

## Promotions

- **Cross-platform campaign** on **IG + Tiktok + Youtube**
- **Women NGO leaders/influencers** promote campaign
  - Elsa Marie D'Silva (Founder of SafeCity), Karuna Nundy– Anti rape law of 2013 panelist, Mahima Kaul - Head of Public Policy & Govt at Twitter India
- **Crowdsourced campaign:** Encourage women to be fierce and fearless, break down gender norms and encourage self-expression.
  - **Young professionals post stories:** I just took a ride with uber at 10PM, you can do it too on 'Uber Safe Routes'- #turnthelightson **#ubersaferoutes** #makingridessaferandcitiesstronger #gethomesafe #uberempowerswomen #fearnomore #wecanstopthistogether #westandforeachother #yeswecan
  - **Hashtag Challenge** featuring 3 uber colors/styles corresponding to 3 personality types: **Ambitious, Carefree, Bossy**.Invite them to engage with the brand by showcasing their personality through unique content online.Personalize the 3 personalities through 3 songs and enlist top 5 influencers to lead the challenge and inspire women to get started. Users then choose a song and share their own content to show their fierce personality to the world. Uber is enabling these young professionals to achieve their ambitions at all kinds of odd hours through 'Uber Safe Routes'

## Driver Education

Mandatory regular training (not one time) through video modules on expected driver behavior throughout their tenure on sexual misconduct and privacy. Test with quizzes and **psychometric tests** on efficacy. Differentiated educational program such as this example on awareness against gender violence – Slap Her campaign

CONFIDENTIAL

UBER_JCCP_MDL_000490097

GTM strategy

# GTM Plan Timeline

**Phase 2: GA Launch**

Expand into other geographies
Continuously evaluate impact of campaign

**October**

**November**
*Women Abuse Prevention Month*

**January-February**

**March 8**
*International Women's Day*

**April**
*Sexual assault awareness month*

**Shortlist Tier 1 cities in developing nations, prepare marketing campaign**

**Phase1: Land localized brand campaign in Tier1 cities - Delhi, Mumbai, Sao Paulo, Mexico City**

**Test & Learn: Collect metrics, feedback from localized campaign**

**Phase2: If feedback is positive feedback, land localized brand campaign in Tier2 cities in developed nations - Tampa, Columbus, Austin**

**Collect feedback, launch broadly**

**Phase I:  Messaging**

**Key message:** We want to create awareness, transparency and public accountability for women's safety issues on the platform and empower women to use the platform by **'turning the lights on'.** We are in this for the long haul.

**Success Metrics**

- Inc in brand perception (Consumer NPS)
- Increase in Safety Score
- Increase in #women riders & drivers on the app
- CTR on emails, #views on social media campaign
- Feedback loop e.g. 20000 women complained, we actioned 15000 cases
- Publish Country Safety Reports
- Certain # of dedicated well trained safety and security first response teams in high-risk countries

CONFIDENTIAL

UBER_JCCP_MDL_000490098

GTM strategy

# GTM Risks and Mitigations

| Risk | Mitigation |
|---|---|
| **[Product: Racial Discrimination/profiling]**<br>In countries like US, people may tag areas inhabited by african americans as unsafe, can cause a controversy. Critics have argued that the term "sketchy" is a dog whistle for "minorities", and what users interpret as "sketchy" would encourage racial profiling. | Confirm and double check data collection for such areas |
| **[PR: Faulty Campaign tone/channel]**<br>Campaign tone needs to be subtle, serious, empowering, and can backfire if women don't react well considering events that have happened on the platform already | Pilot test campaign with a focus group of women in American, European, Asian and LATAM countries |

CONFIDENTIAL

UBER_JCCP_MDL_000490099

Leadership + Long term Vision

# What's next for the ride-hailing industry?

**"Millions of rides a day. Turn the lights on and get home safe!"  --> Uber's stake in the ground**
That's our commitment to every single woman on the planet. The path there will be by standing together and for each other as a community. It will be with more women drivers, safer routes and robust safety features.These monumental changes won't come easy. Or fast. But we have a plan to get there, and we need you to come along for the ride.

Announce global commitment to prioritizing women safety on the platform.
- Offer more robust ways for women to ride safe
- Partner to fight for women safety
- Make transparency & accountability a priority

Be the industry leader in expert-driven, action-oriented and transparent approach to reducing sexual assault and misconduct on the platform especially in countries with highest percentage of women safety issues



**Today**

**2025**

Onboard hundreds of thousands of women drivers through Uber's Safer routes program [Only 14% of uber drivers are women currently]

**2030**

**2040**

Make an impact well beyond our own company through data sharing and improve safety for all. Switch to autonomous driving.

*Increase brand value, work for community causes and stretch the impact globally (600+ mkts) while being nimble and agile*

CONFIDENTIAL

UBER_JCCP_MDL_000490100

# Appendix

CONFIDENTIAL

UBER_JCCP_MDL_000490101

Appendix

# Uber US user data suggests usage lower in females



Source: https://blog.gwi.com/chart-of-the-day/uber-demographics/

CONFIDENTIAL

UBER_JCCP_MDL_000490102





CONFIDENTIAL

UBER_JCCP_MDL_000490103





CONFIDENTIAL

UBER_JCCP_MDL_000490104