# UBER_JCCP_MDL_003602990

## Metadata

| | | |
|---|---|---|
| #Author | ksengupta@uber.com | SEMANTIC |
| #Date Modified | 10/30/2024 | SEMANTIC |
| #DateCreated | 04/15/2024 | SEMANTIC |
| #Title | Talking Points \| 5/7 Safety at Uber Q2 2024 BOD | SEMANTIC |
| Account | mike.akamine@uber.com; | SEMANTIC |
| All Custodians | Akamine, Mike;Fuldner, Gus;Kaiser, Roger;Kansal, Sachin;McDonald, Katy; | SEMANTIC |
| All Paths | Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_6.zip; Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_6.zip; Fuldner, Gus: \REFRESH_Drive_Set8\REFRESH_Drive_Set8_25.zip; Fuldner, Gus: \REFRESH_Drive_Set8\REFRESH_Drive_Set8_25.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_12.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_12.zip; Kansal, Sachin: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_12.zip; Kansal, Sachin: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_12.zip; McDonald, Katy: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_13.zip; McDonald, Katy: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_13.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Attachment Names | word | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003602990 | SEMANTIC |
| Collaborators | erical@uber.com; mike.akamine@uber.com; handley@uber.com; gus@uber.com; zasgari@uber.com; kmcdonald@uber.com; natalia.galvez@uber.com; dreid@uber.com; mccann@uber.com; kaiser@uber.com; renan.dias@uber.com; sachin.kansal@uber.com; nilles@uber.com; haewon.seok@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 04/15/2024 5:46 am | SEMANTIC |
| Date Modified | 10/30/2024 10:41 pm | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_003602999 | SEMANTIC |
| File Path | \REFRESH_Drive_Set1\REFRESH_Drive_Set1_6.zip | SEMANTIC |
| File Size | 1906956 | SEMANTIC |
| Filename | Talking Points - 5-7 Safety at Uber Q2 2024 BOD_1fyq8L3hVXpPL8qO8aYJCW2qivsr1bvcgGN5GTLGS28c.docx | SEMANTIC |
| GoogleDocumentType | DOCUMENT | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_003602990;UBER_JCCP_MDL_003602991;UBER_JCCP_MDL_003602992;UBER_JCCP_MDL_003602993;UBER_JCCP_MDL_003602994;UBER_JCCP_MDL_003602995;UBER_JCCP_MDL_003602996;UBER_JCCP_MDL_003602997;UBER_JCCP_MDL_003602998;UBER_JCCP_MDL_003602999 | SEMANTIC |
| ILS Document Date | 10/30/2024 | SEMANTIC |
| ILS Prod Date | 03/14/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL132 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_003551000 | SEMANTIC |
| Other Custodians | Akamine, Mike;Fuldner, Gus;Kaiser, Roger;McDonald, Katy;Kansal, Sachin; | SEMANTIC |
| Primary Date | 04/15/2024 5:46 am | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL132; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 10/30/2024 10:41 pm | SEMANTIC |
| SourceHash | 73ab12545b5baf8e2cd25aff80cb34be | SEMANTIC |



Trial Exhibit No.
P-00205

P-00205.00001

**Q2 2022 BOD: 7/19 Slides and talking points**

Overview

- Tuesday, May 7th, 11:10 am - 11:40am **EST** (or 8:10 am - 8:40am PST)
- Deck: [ACP] BOD - Safety - May 7, 2024
    - Agenda: 15min content & 15min Q&A

Presentation Logistics

- Please plan on joining the meeting **45 minutes before** 11:10 a.m. EST / 8:10am PST. You will receive timing updates as the sessions progress.
- A friendly reminder that the focus of the presentation is the four sections below:
    - Safety Trends
    - Safety Report
    - Safety Product Highlights
    - Teens
    - Consumer Identity
- For the above three sections, there is 15min of content and 15min at the end for Q&A.
- Once the presentation begins, Legal will present the Safety at Uber slides through his screen. **Gus, Sachin, and Roger**, please prompt to click through when you're ready with 'next slide, please.'

Run of Show

| Content | Total Section Time | Speaker |
| --- | --- | --- |
| Hello & Today's Topics | 30sec | Gus |
| Safety Trends | 5 min | Roger |
| Safety Report | 3 min | Gus |
| Safety Product Highlights | 3 min | Sachin |
| Teens | 2 min | Sachin |
| Consumer Identity | 2 min | Gus |
| Q&A | 15 min | Gus, Sachin, Roger |

| | |
|---|---|
| Gus Fuldner \| **30 sec, Intro Slide**<br>*Back up speaker - Roger Kaiser*<br><br>- Hi, I'm Gus, SVP of Core Services and Safety is part of my organization. I'm here once again with Sachin Kansal, VP of Product Management, and Roger Kaiser, Senior Director, Head of Global Safety.<br>- Safety is a hot topic, especially after the Achmea vote yesterday, and happy to be here once again ot share an update<br>- Today, we plan to cover Safety Trends, Safety Report, Safety Product Highlights, Teens and hot off the press - an update on our recent Consumer Identity launch in the US<br>- I'll hand it over to Roger to talk about trends |  |

[Roger Kaiser](#) | 5 mins | 2 slides
*Back up speaker - [Hannah Nilles](#)*

**Safety Trends**

Good to see everyone again.

*Slide 1 -*

- As a reminder from last year, we have refined how we measure and talk about safety incident rates to better attribute the sources of change and allow for better apples-to-apples comparisons across time.

- We use demand mix shift to show how our incident rate is impacted by volume shifts amongst different geographies, or between Mobilty/Delivery or for different offerings such as our Moto.

- The Incident Rate controlled for mix shift (which is the bottom row) better indicates whether segments are trending in the right direction.

- **One change this year is that we're showing you total incident rate change across both LOBs - Delivery and Mobility**

Starting with:

**Fatal Crashes** - the increased safety incident rate was driven by our Moto (2W) segment in two ways. 1st, Moto grew faster than 4W trips while being a 10x riskier modality and; 2nd, the Moto incident rate itself increased in '23 relative to '22, primarily from our 2 largest Moto markets, Brazil and India. ([reference on multiple here](#))

**For Critical Sexual Assaults** - the overall incident rate did increase on the top line. The key drivers were growth differentials in three areas:
The first is again the growth of Moto - where close proximity and physical contact between riders and drivers are a component of the trip. The second is Mobility growing faster than Delivery. And the third involved the relative growth of alcohol deliveries which require interactions which can be prolonged due to ID verification.

**Fatal Assaults** decreased on the top and bottom lines despite headwinds from the growth of the Mobility business, Moto, and Alcohol deliveries. This decrease was largely driven by



significant improvements in LATAM, specifically Brazil. The improvements here offset some of the worrying and increasing trends that we are seeing in the US for violent crime in certain major metropolitan areas. In 2023, for the first time, the fatal assault rate - against drivers in Brazil - dropped below what it was in some US cities. We attribute some of this to the success of our marketplace interventions like Safe Dispatch Model and Safety Aware Dispatch - as well as external law enforcement and judiciary efforts.

==Jump to IR Q&A Prep==

*Slide 2*

**3 Areas of Progress**

**Large reduction of Critical Sexual Assaults and Fatal Assaults in Brazil**. I spoke about this above.
Brazil has the largest volume of Mobility trips, and also has historically had the highest safety risk. The reduction in Brazil translated directly to a decrease in global Fatal Assaults. We attribute some of this to the success of marketplace interventions like Safety Aware Dispatch and Safe Dispatch Model, as well as law enforcement efforts.

**Deactivation Fairness** We continue to audit and improve safety deactivation thresholds to minimize false positives. Additionally, we have scaled out the review center globally, giving earners the ability to appeal deactivations, adding additional information such as dashcam footage

**Teens Expansion** Since we last spoke in May, we've unlocked California and expanded beyond the United States. Sachin will cover the positive feedback we've received from Teens and guardians shortly.

**3 Key Challenges**

**Changing Risk Profile of the Business.** In our mission to Go Anywhere and Get Anything, we continue to introduce new segments like Moto, Alcohol Deliveries, Uber Connect, Autonomous, to name a few. These segments introduce *new* types of safety risk - changing the overall risk profile of the business. For example, we deal with suspected Drug Trafficking on Connect, or increased risk of Sexual Assault with Moto. For each new growth segment, our team continues to define minimum safety standards, root-causing emerging safety risks as detected, and scale-validated interventions.

**Safety of Earners** - we have continued scrutiny on the safety of our earners, from labor groups and shareholder interest groups. We will continue to respond and showcase our efforts to keep earners safe and improve deactivation fairness efforts.

**Gen AI and Identity** - The mass availability of Gen AI, especially image modification tools, has lowered the technical threshold required to alter documents - bypassing some of our identity controls. The industry has not found a reliable way to detect Gen AI-modded images yet, and it is understandably challenging to do so.  As we detect these on our platform, we're learning and improving our identity verification controls accordingly

[Gus Fuldner](#)| 3 mins | 1 slide
*Back up speaker - [Roger Kaiser](#)*

**Safety Report**

- The last time we issued a Safety Report was June of 2022. Lyft while releasing one report in 2020, has not continued to report. GAO has now issued report since federal legislation.

- We plan to make this our last independent Safety Report Going forward, rely on GAO report and ESG report. Given timing and expectations the plan is to publish this in June.



- The types of incidents included will be the same as the last two reports - United States Critical Safety incidents in our Mobility business, for 2021 & 2022. We will maintain the same standards for data auditing.

- Substantive outcome - uptrend in Moto fatalities. Mathematical quirks in comparing our data to national federal data - our miles are more cyclical.

- For Critical Sexual Assault, we continue to see significant improvements - due to investments in product policies - continued to see improvement which is helpful

- The area that is most concerning is physical assault fatalities. In our last meeting, talked about carjackings. This is a reflection of things like carjacking- specific to Uber and consistent with the increase in homicides

- The results we see in US and LATAM is divergent. What we report globally is different from what we report publicly. We expect to get the most attention.



**Sachin Kansal**| 3 mins | 1 slide
*Back up speaker -* *Mike Akamine*

**Safety Product Highlights**

*For reference, 2023 TPs* *here*



**Sachin Kansal** | 2 mins | 1 slide
*Back up speaker -  Mike Akamine*

**Teens**

*For reference, 2023 TPs here*



**Gus Fuldner** | 2 mins | 1 slide
*Back up speaker -  Zahra Asgari*

**Consumer Identity**

- We had a robust discussion last quarter on our consumer ID program, and we have moved forward with a more substantial public pilot on April 18th - now running in 12 major cities, representing 20% of the volume in the US.

- The reception has overall been quite positive from both drivers and the press. Most cited it as a positive move. We have received some pushback from a local labor organizer who welcomed the move, indicating it was long overdue, or in their words "too late in the game"

- On the policy front, in Chicago, we met with an influential pastor and several policymakers. We had a few questions on fairness, but we've addressed them in terms of addressing them, and even fewer questions on privacy.

- Our current Rider ID coverage is at 61% of trips;  out of the 8% verified through documents, only <1% is



|  |  |
|---|---|
| via optional document verification. A vast majority was verified digitally as expected.<br><br>• Additionally, early results show negligible marketplace impact - we see similar trip acceptance rates between drivers who see the badge and those who do not - as well as a slight improvement in earner safety sentiment - measured as the percent of survey respondents who strongly agree or agree with the statement *"I feel safe driving for Uber"* or *"Uber is committed to safety"*<br><br>• These early results are promising, however, also points to a need to continue driving consumer awareness and use of the optional verification among riders |  |
| **Q&A \| 15 mins** |  |

**Critical IR 2022 - 2023 YoY Q&A**

Q: How does US only trend for same time period?
Unlike Global numbers, all KPIs increased year on year. Increase of crash higher in Mobility.

Q How does Global Mobility look compared to Total Co?
Global Mobility has the same outcome and similar rate post mix shift - crashes increased while assaults and critical sexual assault decreased year on year.

Q: Against whom are fatal assaults or critical assaults reported again?
- Fatal Assaults: 55/45 reported against third party v rider. None against earner. Similar distribution for US
- Sexual Assaults - 60/40 reported against driver v rider. Same distribution globally and US

Reference table - IR post mix shift

|  | Fatal Crash | Critical SA | Fatal Assaults |
|---|---|---|---|
| Global (both LOBs) [Slide] | +5% | -11% | -17% |
| Global (Mobility only) | +9% | -9% | -18% |
| US (both LOBs) | +7% | +7% | +32% |
| US (Mobility only) | +13% | +6% | +22% |

**Uber Moto IR - Backup data**

**TLDR :**
- Globally, Fatal Motor crash rate **increased by ~70%.**
  - Due to increased IR in BR & IN (+70% increase in both) - our two largest Moto Markets
  - Offset reductions in smaller Moto markets
- 2W/4W Multiple ~ **10X** *controlling for countries with Moto*
  - In countries with Moto, varies from 2X - 12X.
  - Driven by BR and IN - which are at ~10X and ~12X respectively.
- 2W/4W Multiple is ~ **4X i**f we control for all Mobility markets (regardless of 2w)
  - US Mobility 4w higher IR increases 4w crash rate denominator.

Table 1: Uber Moto Critical Motor Multiple,
*Controlling only for markets with at least 1 Moto trip in 2023.*
- LATAM (primary BR), South Asia, and a couple of African markets (Egypt, Kenya)

|  | 2w Fatal Motor Rate | | | 4w Fatal Motor Rate | | | 2w/4w Multiple | |
|---|---|---|---|---|---|---|---|---|
|  | 2022 | 2023 | Change? | 2022 | 2023 | Change? | 2022 | 2023 |
| Fatal Motor Rate | 0.107 | 0.181 | 69% | 0.024 | 0.021 | -13% | 5.7 | 9.8 |

Table 2: Uber Moto Critical Motor Multiple - Country Breakdown

|  | 2w Fatal Motor Rate | | | 4w Fatal Motor Rate | | | 2w/4w Multiple | |
|---|---|---|---|---|---|---|---|---|
| Country | 2022 | 2023 | Change? | 2022 | 2023 | Change? | 2022 | 2023 |
| *Brazil* | 0.12 | 0.206 | **72%** | 0.021 | 0.021 | 0.0% | 5.7 | 9.8 |
| *India* | 0.075 | 0.128 | **71%** | 0.028 | 0.011 | -60.7% | 2.7 | 11.6 |
| *Egypt* | 0.241 | 0.081 | -66% | 0.011 | 0.052 | 372.7% | 21.9 | 1.6 |
| *Dominican Republic* | 0 | 0.159 |  | 0.089 | 0.025 | -71.9% | 0.0 | 6.4 |
| *Guatemala* | 0.712 | 0.375 | -47% | 0 | 0.161 |  | N/A | 2.3 |
| *Kenya* | 0.753 | 0.581 | -23% | 0.207 | 0.1 | -51.7% | 3.6 | 5.8 |
| *Argentina* | 0 | 1.586 |  | 0.038 | 0.008 | -78.9% | 0.0 | 198.3 |
| *El Salvador* | 0 | 1.218 |  | #N/A | #N/A |  | N/A | N/A |
| *Sri Lanka* | 0 | 0 |  | 0 | 0 |  | N/A | N/A |
| *Bangladesh* | 0 | 0 |  | 0 | 0 |  | N/A | N/A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Pakistan* | 0 | 0 | | 0 | 0 | | N/A | N/A |