# UBER_JCCP_MDL_000420913

## Metadata

| Field | Value | Type |
|---|---|---|
| #Author | dportugal@uber.com | SEMANTIC |
| #Date Modified | 03/25/2019 | SEMANTIC |
| #DateCreated | 12/12/2018 | SEMANTIC |
| #Title | [December] US&C <> HQ Safety Review | SEMANTIC |
| Account | bushra.faiz@uber.com | SEMANTIC |
| All Custodians | Faiz, Bushra;Chang, Frank;Freivogel, Cory;Kansal, Sachin;McDonald, Katy;Muehrcke, Susan;Sheridan, Danielle;Shuping, Valerie;Uber Technologies, Inc. | SEMANTIC |
| All Paths | Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_100.zip; Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_100.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_80.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_80.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_12.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_12.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_63.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_63.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_118.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_118.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_6.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_6.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_26.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_26.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_12.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_12.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_3.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_3.zip; Uber Technologies, Inc.: \JCCP-EDISCO-23800_2019JanMarch\JCCP-EDISCO-23800_2019JanMarch_6.zip; Uber Technologies, Inc.: \JCCP-EDISCO-23800_2019JanMarch\JCCP-EDISCO-23800_2019JanMarch_6.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000420913 | SEMANTIC |
| Collaborators | smuehrcke@uber.com; ksengupta@uber.com; cory.freivogel@uber.com; seong.h.y@uber.com; bmora@uber.com; bushra.faiz@uber.com; arushi.kumar@uber.com; valerie.shuping@uber.com; kmcdonald@uber.com; nick.murphy@uber.com; teja.vadlamudi@uber.com; binnings@uber.com; rujutagandhi@uber.com; jess.donald@uber.com; jmani@uber.com; sachin.kansal@uber.com; eric.schroeder@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 12/12/2018 3:49 am | SEMANTIC |
| Date Modified | 03/25/2019 7:35 pm | SEMANTIC |
| DocID | 1LizPRLw2C9OfY5a8smvhdUL7dtDegkoj9E2q66vicJI | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_000420965 | SEMANTIC |
| File Path | \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_100.zip | SEMANTIC |
| File Size | 16126561 | SEMANTIC |
| Filename | -December- US&C -- HQ Safety Review_1LizPRLw2C9OfY5a8smvhdUL7dtDegkoj9E2q66vicJI.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hash Value | ba9321ba7285697dea540ed6246a58b3 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000420913;UBER_JCCP_MDL_000420914;UBER_JCCP_MDL_000420915;UBER_JCCP_MDL_000420916;UBER_JCCP_MDL_000420917;UBER_JCCP_MDL_000420918;UBER_JCCP_MDL_000420919;UBER_JCCP_MDL_000420920;UBER_JCCP_MDL_000420921;UBER_JCCP_MDL_000420922;UBER_JCCP_MDL_ | SEMANTIC |

Trial Exhibit No.

P-00213

| | | |
|---|---|---|
| | 000420923;UBER_JCCP_MDL_000420924;UBER_JCCP_MDL_000420925;UBER_J CCP_MDL_000420926;UBER_JCCP_MDL_000420927;UBER_JCCP_MDL_0004209 28;UBER_JCCP_MDL_000420929;UBER_JCCP_MDL_000420930;UBER_JCCP_MD L_000420931;UBER_JCCP_MDL_000420932;UBER_JCCP_MDL_000420933;UBER_ JCCP_MDL_000420934;UBER_JCCP_MDL_000420935;UBER_JCCP_MDL_0004209 36;UBER_JCCP_MDL_000420937;UBER_JCCP_MDL_000420938;UBER_JCCP_MD L_000420939;UBER_JCCP_MDL_000420940;UBER_JCCP_MDL_000420941;UBER_ JCCP_MDL_000420942;UBER_JCCP_MDL_000420943;UBER_JCCP_MDL_0004209 44;UBER_JCCP_MDL_000420945;UBER_JCCP_MDL_000420946;UBER_JCCP_MD L_000420947;UBER_JCCP_MDL_000420948;UBER_JCCP_MDL_000420949;UBER_ JCCP_MDL_000420950;UBER_JCCP_MDL_000420951;UBER_JCCP_MDL_0004209 52;UBER_JCCP_MDL_000420953;UBER_JCCP_MDL_000420954;UBER_JCCP_MD L_000420955;UBER_JCCP_MDL_000420956;UBER_JCCP_MDL_000420957;UBER_ JCCP_MDL_000420958;UBER_JCCP_MDL_000420959;UBER_JCCP_MDL_0004209 60;UBER_JCCP_MDL_000420961;UBER_JCCP_MDL_000420962;UBER_JCCP_MD L_000420963;UBER_JCCP_MDL_000420964;UBER_JCCP_MDL_000420965 | |
| **ILS Document Date** | 03/25/2019 | SEMANTIC |
| **ILS Prod Date** | 1/2/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL055 | SEMANTIC |
| **LINKSOURCEBEGBA TES** | UBER_JCCP_MDL_000308830; UBER_JCCP_MDL_000308992; UBER_JCCP_MDL_001162479; UBER_JCCP_MDL_004778990; UBER_JCCP_MDL_004883521; UBER_JCCP_MDL_004883522; UBER_JCCP_MDL_004910051; UBER_JCCP_MDL_005582598 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.;Freivogel, Cory;McDonald, Katy;Sheridan, Danielle;Chang, Frank;Kansal, Sachin;Muerhcke, Susan;Shuping, Valerie;Faiz, Bushra | SEMANTIC |
| **Primary Date** | 12/12/2018 3:49 am | DOC_TYP E_ALIAS |
| **Production Volume** | JCCP_MDL006;JCCP_MDL055; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 03/25/2019 7:35 pm | SEMANTIC |
| **SourceHash** | a0c333eed78e9b52ba7cd0eae6ea0ef8 | SEMANTIC |



## US&C Safety Review

### Agenda - December 2018

- Action Items                                    10 Minutes
- 2019 Roadmap                                  20 minutes
  - Discussion on Safety Incentive Path Fwd
  - 2019 Roadmap Review
- 2018 Roadmap update              15 minutes
- VS Deep Dive                                    10 minutes
- Q+A                                                      05 minutes

CONFIDENTIAL

UBER_JCCP_MDL_000420914



Action Items

CONFIDENTIAL

UBER_JCCP_MDL_000420915

## US&C MSR | Action Items

| TOPIC | OWNER | DESCRIPTION | STATUS |
|---|---|---|---|
| VS | Danielle | Better understand what uses are we trying to achieve by demographic and products | **In Progress**<br>• Wrapped up up findings & recommendation on VS in 2018 (more during deep dives)<br>• VS still planning on scaling to 10% of US in 2018; however, focusing efforts on low-cost states, and plan on implementing internal standards to reduce risk |
| S&I team to produce 2018 VS data (by incident outcomes) | Gus/Frank | Produce 2018 VS data to inform Ops recommendations | **Complete** |
| DIP Blanket Coverage | Danielle/Curtis | Finalize DIP blanket coverage communications to US leadership, once approved by finance | **In Progress**<br>• Met w/ Finance & Insurance Analytics on Friday to review savings estimates<br>• Pulling together slides for meeting w/ Mac |
| Share rider quality deactivation PRD | Danielle | Share PRD on plan to deactivate low-rated riders | **Complete**<br>• Kicked off working group with several S&I stakeholders |



# 2019 Roadmap Discussion

CONFIDENTIAL

UBER_JCCP_MDL_000420918

# Group Discussion: Path Forward For Safety Incentives

CONFIDENTIAL

UBER_JCCP_MDL_000420919



CONFIDENTIAL

UBER_JCCP_MDL_000420920



- As a reminder, we ran an experiment in Denver that explored removing incentives from low-rated partners to determine how driving behavior changed and to better the economics of removing incentives from partners to drive insurance savings. The experiment revealed that partners driving hours do decline, but that this is unprofitable given the cost trade-offs between supply hours and insurance savings.

- Looking nationally, the picture of supply hours versus insurance costs does not get better, even if we take action in cities where insurance in most expensive, there is still wide gap between supply hour costs and insurance savings

- And even in a best case scenario in which can retain supply hours, but save on insurance, the opportunity still seems fairly low (a few million dollars). This said, when taking into consideration removing incentive spend, there may an opportunity for meaningful savings

Parking lot:

- Over-supplied cities include Tampa, Orlando, Miami
- Further, cities in which we can afford to remove incentives likely don't currently have incentives

CONFIDENTIAL



Given this, looking ahead, we have stack ranked the set options we have for using incentives to improve safety.

1. We think supporting loyalty is a no brainer
2. Given the positive PR implications and not having to consider supply tradeoffs, we want to scope using incremental incentives to promote safety behavior for cohorts outside the loyalty program
3. **REDACTED - PRIVILEGED**
4. Given what we reviewed on the prior slide, we do not think moving forward with removing incnetives withotu communicating makes sense

UBER_JCCP_MDL_000420923

Slide 10

| 2 | REDACTED - PRIVILEGED |
|---|---|
| | Brad Mora, 12/19/2018 |
| 1 | Per Scott  REDACTED - PRIVILEGED |
| | Brad Mora, 12/19/2018 |

# 2019 Roadmap Review
# US&C Safety Ops

CONFIDENTIAL

UBER_JCCP_MDL_000420925



**Insights Summary**

Privileged & Confidential

*Here's a summary of the most relevant, high-level insights related to safety...*

**1**    **Accidents and incidents impact our customers' lives.** YTD, we've seen 4.7K serious accidents and 13K riders & drivers involved in serious interpersonal conflict incidents.[1]

**2**    **Insurance costs are rising significantly, representing ~12% of GB and ~45% of net revenue.** Reducing serious accidents is the best lever that we have to reduce these costs.

**3**    **Optimizing incident support & response is critical.** It's very important that we demonstrate empathy & care to users when things go wrong. This will have an impact on customer loyalty, as well as litigation risk.

**4**    **Sexual assault is a key priority in the US&C.** It constitutes the majority of our serious interpersonal conflict rate. Female drivers are particularly at-risk when paired with male riders, representing 3x rate of sexual assault / serious sexual misconduct rate as compared to female riders when paired with male drivers.

**5**    **Safety sentiment among our riders and drivers saw no improvement this year, despite significant internal progress.** Improving feature awareness and investing in consistent safety messaging in 2019 is key to getting this right.

1. Based on reported, not audited, numbers.

Slide 12

3        Ins cost declining as per mile and % of GB in 2019
         Brad Mora, 12/19/2018



Slide 13

---

4          Insurance cost reduction at constant reduction. Note: This will take longer since we are working with
           larger carriers.
           Brad Mora, 12/19/2018

1          +bmora@uber.com +valerie.shuping@uber.com can we update this, as well as the 2019 roadmap deck,
           once we finalize these?
           Danielle Sheridan, 12/20/2018

CONFIDENTIAL
UBER_JCCP_MDL_000420929



*Image source: FlatIcon*





Slide 16

6        Post support ticket VVI for having a broken car could be an impactful project
         Brad Mora, 12/19/2018

7        Pre-inspection VVI - depriortize per Gus
         Brad Mora, 12/19/2018

5        3rd party app for driver education?
         Brad Mora, 12/19/2018



Slide 17

8          Buckling seatbelts for new riders
           Brad Mora, 12/19/2018







CONFIDENTIAL

UBER_JCCP_MDL_000420938



https://docs.google.com/presentation/d/162_mtYLTtuaTn_qBEGcMFiFlxK-5RmuWxI4drYu2hNM/edit?ts=5be60403#slide=id.g47c37b5759_1_16



### 2019 Key US&C Safety Operations Initiatives

Privileged & Confidential

**Priority / Theme**

Safety Data Management

*Investigate underlying causes of data integrity issues and collaborate with Safety stakeholders on improving data quality.*

Narrative

**Key Initiatives**

| Team Communication | Data Accuracy & Consistency | Data Tracking |
|---|---|---|
| *Improving communication between teams through stakeholder identification and alignment* | *Uncovering data integrity issues and working with Safety and CommOps leaders to improve data quality* | *Tracking key metrics and fostering deep insights on accidents & incidents* |
| Sample Key Projects: - Safety Data Stakeholder Interaction Model - Goal and Project Alignment for 2019 | Sample Key Projects: - Deep dive on serious accident data and Bliss / JIRA classification process - Reclassification of tickets as necessary | Sample Key Projects: - Ongoing maintenance & optimization of safety-related dashboards - Ongoing insights developments related to accidents and incidents |
| Success will mean closer alignment with Safety and CommOps stakeholders in 2019 to improve safety data. | Success will mean confidence and accuracy in our Safety data. | Success will mean having a deep understanding of what drives accidents and incidents on the platform |

# Lookback On 2018 Roadmap Progress

CONFIDENTIAL

UBER_JCCP_MDL_000420941

Accident-Related Projects (i.e. Driving Safety Sub-Team)

CONFIDENTIAL

UBER_JCCP_MDL_000420942





### US&C Safety Operations *(New Projects)*

Functional Lead: dportugal@uber.com

✔ = Complete  🟢 = On-track  🟡 = At risk  🔴 = Off-track  ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Customer Experience | P0 \| Driver Reactivation | After implementing stricter, more consistent fraud rules for Safety Support Abuse, we have discovered a set of drivers who were wrongfully deactivated. We are working to reactivate these drivers in a responsible way. | 🟢 | 1/31/2018 | Due to capacity constraints from the team calling partners, this is set to launch in January instead of December. |
| Reduce Serious Accident Frequency (Protections & Response) | P0 \| Suspected Impaired / Drowsy Driving Standard Update | These standards have historically represented the largest pain-points for our drivers. We are working to increase fairness, reduce fraud and optimize actions taken for these standards. | ✔ | 12/31/2018 | |
| Reduce Serious Accident Frequency (Protections & Response) | P0 \| 2019 Dash Cam Pilot Support | Support scoping, strategy development and launch of 2019 Dash Cam pilots | 🟢 | Ongoing | |

CONFIDENTIAL

UBER_JCCP_MDL_000420944



## US&C Safety Operations
Functional Lead: dportugal@uber.com

✔ = Complete   ● = On-track   ● = At risk   ● = Off-track   ● = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious Accident Frequency (Protections & Response) | P0 \| Rating Increase Implementation | After Chapter 6 Driver FORWARD changes (e.g. rating protection), we know there's some rating inflation across the US&C; therefore, our rating increases were slightly less impactful than we planned. Plan to increase rating threshold again across US&C | ✔ | 9/28/2018 | This is a continuation of an H1 project |
| Reduce Accident Severity (Trip Experience) | P0 \| Implement Vehicle Recall Waitlist Process for "Do Not Drive" Vehicles | We will implement a waitlist and reactivation policy and process for partners affected by a "Do Not Drive" (the most severe) vehicle recalls | ✔ | 7/27/2018 | Working closely with Policy to leverage external relationships for access to 3rd party data needed for waitlist and reactivation process. This is a continuation of an H1 project |
| Reduce Serious Accident Frequency (Protections & Response) | P0 \| Expedited Deactivations Rating Threshold Review | In H1 2018, we created an expedited quality process to remove extremely low rated partners from the platform in their early lifecycle. This impacts very few partners per week. There's likely significant room to optimize this process to deactivate high-risk, early lifecycle partners via a fast-track | ✔ | 8/15/2018 | |
| Reduce Insurance Liability (Trip Experience) | P0 \| $100K+ Claims Audit | ~70% of all insurance costs come from ~8% of claims (claims that $100K or above). We want to perform an audit that looks at trends in these high cost claims and assesses the most significant risk factors surrounding the trip | Deprioritized | 8/31/2018 | Asked not to prioritize this by Frank and co; can discuss if there are concerns! |

Full Roadmap

## US&C Safety Operations

Functional Lead: dportugal@uber.com

✔ = Complete  🟢 = On-track  🟡 = At risk  🔴 = Off-track  ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious Accident Frequency (Protections & Response) | P0 \| Incorporating Feedback Tags Into Dangerous Driving Deactivation Thresholds | We now collect "feedback tags" from riders, which may provide us with additional signal regarding whether or not a driver is driving dangerously. We plan to build these "feedback tags" into our Dangerous Driving deactivation processes | 🔴 | 12/01/2018 | Pushed to 2019 as a result of prioritization and new projects **Dependency: Safety & Insurance Actuarial Science Team** |
| Reduce Serious Accident Frequency (Trip Experience) | P0 \| Distribute Discounted Phone Mounts Across US&C | In H1 2018, we began working with external vendors to launch Phase 1 of our discounted phone mounts program. Throughout H2 2018, we need to move the program forward, launch phases 1-3, and work with the Driver Shipments team to transition team ownership | ✔ | 12/01/2018 | 30 states now incorporated into program. Launch in certain states paused due to regulatory constraints. |
| Reduce Insurance Liability (Protections & Response) | P0 \| Increase Driver Injury Protection Adoption Rate | Driver Injury Protection can better serve up to 60% of uninsured motorist losses paid to drivers. It also gives drivers peace of mind and covers them in case of injury. This project aims to work with cross functional stakeholders (e.g. Safety Brand, CRM, Product) to increase adoption of DIP coverage with a heavy focus on onboarding integration | 🟡 **May be deprioritized due to Uber potentially paying for DIP; shifting focus to support that effort** | | Currently scoping the rollout of Blanket DIP coverage for drivers. The result of this will determine next steps for this project. **Dependency: Access Product Team** |
| Reduce Serious Accident Frequency (Trip Experience) **Full Roadmap** | P0 \| Support Product's Crash Detection Program | Support Product's Crash Detection Program on an as-needed basis | 🟢 | Ongoing | Pilot went live; was mostly a partnership between Comm Ops and Safety & Insurance Product |

## US&C Safety Operations

Functional Lead: dportugal@uber.com

✔ = Complete    🟢 = On-track    🟡 = At risk    🔴 = Off-track    ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious Accident Frequency (Trip Experience) | P0 \| Support Product's Dashcam Pilot | Support Product's dashcam pilot on an as-needed basis | 🟢 | Ongoing | Dependency: Safety & Insurance Product Team |
| Reduce Insurance Liability (Protections & Response) | P1 \| POOL // Safety | Partner with POOL team to determine most significant predictors of elevated POOL insurance costs. Inform Product / Ops roadmaps accordingly | ✔ | 12/31/2018 | |
| Reduce Serious Accident Frequency (Trip Experience) | P1 \| Pricing & Insurance Interplay Deep Dive | Conduct deep dive in conjunction with Central Ops Marketplace team to determine whether pricing & incentive structures are impacting our accident rate | 🔴 | 10/31/2018 | Launching this project was pushed due to new, higher priority projects |
| Reduce Serious Accident Frequency (Trip Experience) | P1 \| Mapping & Safety | Work with the mapping team to research whether mapping and driving safety are related. The goal is to determine where accidents occur with relation to pickups, dropoffs, and Uber navigation | Deprioritized due to lack of opportunity. | 10/31/2018 | |

Full Roadmap



## US&C Safety Operations
Functional Lead: dportugal@uber.com

✔ = Complete   🟢 = On-track   🟡 = At risk   🔴 = Off-track   ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious Accident Frequency (Protections & Response) | P1 \| Accident Standard Management | Provide support on accident-related standards per the Business Standard Refresh Program Guidelines | 🟢 | Ongoing | |
| Reduce Insurance Liability (Protections & Response) | P1 \| P&L Review | Our team needs to take ownership of and have a deep understanding of the Insurance P&L line item each month. This will include reporting out each month on how we are performing from an insurance perspective by city and why those changes happened | 🔴 | 10/31/2018 | Launching this project was pushed due to new, higher priority projects |
| Reduce Accident Severity (Trip Experience) | P1 \| Long-term Vehicle Recalls Strategy | After creating the first vehicle recall business standard to action against potentially unsafe vehicles (in-progress), we will work with legal and policy contacts to develop a long-term recall strategy related to recalls beyond those labeled as "Do Not Drive" | 🔴 | 12/31/2018 | Launching this project was pushed due to new, higher priority projects. **Dependency: Road and Traffic Safety Policy team** |
| Reduce Serious Accident Frequency (Trip Experience) | P1 \| Safety Incentives | Continue partnering with Marketplace Central Ops to determine most optimal way to deploy incentives to our highest rated users. Potentially explore long-term incentive package, where we'd reward drivers for extended periods of good driving | 🟢 | 6/01/2019 | Experiment in Denver completed in 2018. Follow-on strategy and scoping detailed in next section |

Full Roadmap

CONFIDENTIAL

UBER_JCCP_MDL_000420948

## US&C Safety Operations

Functional Lead: dportugal@uber.com

✔ = Complete    🟢 = On-track    🟡 = At risk    🔴 = Off-track    ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious Accident Frequency (Protections & Response) | P1 \| Saved Reply Review | Saved replies present a proactive opportunity to try and change driver behavior. Our team is going to work on optimizing the language in driving safety related saved replies to make driver behavior safer. | 🔴 | 12/31/2018 | Launching this project was pushed due to new, higher priority projects |
| Reduce Serious Accident Frequency (Protections & Response) | P1 \| Driver Alloy Card / Carbon Reachout | We currently leverage outgoing saved replies and email to reachout to drivers if they receive a Dangerous Driving report. Given their higher view rates, we want to deploy alloy cards / carbon notifications to drivers to try and improve their behavior. | 🔴 | 12/31/2018 | Launching this project was pushed due to new, higher priority projects |
| Reduce Serious Accident Frequency (Protections & Response) | P1 \| Residual Rate Audit | We want to audit our deescalated tickets to ensure we are taking actions on tickets as intended. | 🔴 | 12/31/2018 | Launching this project was pushed due to new, higher priority projects |

Full Roadmap

UBER_JCCP_MDL_000420949

Incident-Related Projects (i.e. Personal Safety Sub-Team)

CONFIDENTIAL

UBER_JCCP_MDL_000420950



## US&C Safety Operations
Functional Lead: dportugal@uber.com

✔ = Complete  🟢 = On-track  🟡 = At risk  🔴 = Off-track  ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Sexual Assault Standard | Refresh the US/CAN Sexual Misconduct Standard Revamp Standard in collaboration with Safety & Insurance | 🟢 | 1/31/2019 | Ended up taking ownership over the global standard rather than just US/CAN. As such, this project got delayed. But, drafting is complete, and we're ready to move toward implementation |
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Rider Rating Deactivation Implementation | We currently have a robust driver quality process, but we do not have a corresponding program for riders. Implement rider ratings standard to hold riders accountable | 🟢 | 4/1/2019 | This project is ongoing and is on-track for end of Q1 implementation |
| Reduce Serious IPC Rate (Protections & Response) | P0 \| S-RAD (Supporting Role) | Assist rollout of S-RAD, in conjunction with Data Science team | 🟢 | Ongoing | **Dependency: Safety Product Team** |
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Rider > Driver Feedback Tags | Implement a Flow campaign to deactivate or educate drivers with a significant number of feedback tags correlated with sexual misconduct | 🟢 | 2/28/2019 | Outreach campaign launched 11/21 |

Full roadmap



## US&C Safety Operations

Functional Lead: dportugal@uber.com

✔ = Complete ● = On-track ● = At risk ● = Off-track ● = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Driver > Rider Feedback Tags | Understand if correlation exists between rider-side feedback tags and serious IPC. If so, implement a Flow campaign to educate and/or deactivate riders with a significant number of those feedback tags associated with their account | ● | 3/31/2019 | Delayed due to globalization of sexual assault standard. Will pick this back up after rider > driver feedback tag project is implemented |
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Short Term Driver Rating Volatility | Understand if extreme fluctuation of a driver's ratings over a short time period (e.g. 24 hours) is that predictive of an impending safety incident | ● | 11/12/2018 | |
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Analyze Rider Cancellations Based on Gender | Is there a subset of riders who cancel on male drivers, but not on female drivers? Analyze whether this trend exists & action accordingly (e.g. deactivate or educate, depending on severity of findings) | ● | 12/31/2018 | |
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Analyze Rider Ratings Based on Gender | Cut rider ratings based on the driver's gender. In other words, is there a subset of riders that have a low rating amongst female drivers, but a high rating amongst male drivers? Based on results, take action (e.g. deactivation for some, education for others - depending on severity of findings) | ● | 12/31/2018 | |

Full roadmap



### US&C Safety Operations
Functional Lead: dportugal@uber.com

✔ = Complete   🟢 = On-track   🟡 = At risk   🔴 = Off-track   ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Analyze Rider Ratings Based on Geo/Time of Day | Is there a subset of riders who have bad ratings during certain times of day or days of week (e.g. late at night, on weekends), or in certain geos (e.g. near bars - signaling that rider is potentially higher risk when intoxicated)? Analyze this & determine if we can deactivate accordingly | 🔴 | 12/10/2018 | |
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Short-term Rider Rating Volatility | If a rider's ratings are much lower than normal over a short time period (e.g. 24 hours), is that predictive of an impending safety incident? | 🟢 | 1/31/2019 | |
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Scope Safety Impact of Cash | Determine the safety impact of expanding the cash pilot in US&C | 🟢 | 12/21/2018 | |
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Sexual Misconduct Standard | Draft the Global Sexual Misconduct Standard | 🔴 | 11/12/2018 | This will be next priority from a standards perspective, once sexual assault standard is implemented |

Full roadmap

CONFIDENTIAL

UBER_JCCP_MDL_000420953

## US&C Safety Operations

Functional Lead: dportugal@uber.com

✔ = Complete   🟢 = On-track   🟡 = At risk   🔴 = Off-track   ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Physical Altercation Standard | Draft the Global Physical Altercation Standard in collaboration with Safety & Insurance | 🔴 | 12/31/2018 | |
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Physical Stalking Standard | Refresh the US/CAN Physical Stalking Standard in collaboration with Safety & Insurance | 🔴 | 12/31/2018 | |
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Alleged Kidnapping / Abduction Standard | Refresh the US/CAN Alleged Kidnapping / Abduction Standard | ✔ | 12/31/2018 | |
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Wrong Driver Standard | Refresh the US/CAN Wrong Driver Standard in collaboration with Safety & Insurance | ✔ | 12/31/2018 | Completed in partnership with Global Safety & Insurance |
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Personal Property Theft Standard | Refresh the US/CAN Personal Property Theft Standard in collaboration with Safety & Insurance | 🔴 | 12/31/2018 | |
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Verbal Altercation Standard | Refresh the US/CAN Verbal Altercation Standard in collaboration with Safety & Insurance | 🔴 | 12/31/2018 | |
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Rider Possession of Illegal Substances Standard | Refresh the US/CAN Rider Possession of Illegal Substance Standard in collaboration with Safety & Insurance | ✔ | 12/31/2018 | |
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Inappropriate Contact After Trip Standard | Refresh the US/CAN Inappropriate Contact After Trip Standard in collaboration with Safety & Insurance | 🔴 | 12/31/2018 | |

Full roadmap (webpage)

CONFIDENTIAL

UBER_JCCP_MDL_000420954



**US&C Safety Operations**
Functional Lead: dportugal@uber.com

✔ = Complete   🟢 = On-track   🟡 = At risk   🔴 = Off-track   ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Increase Safety Awareness (Safety Commitment) | P1 \| "Trip Anomaly Detection" (supporting role) | One of Product's priorities in H2 is trip anomaly detection, when we will reach out to the user(s) when we detect a long stop or other anomaly. Ops will support in the rollout of this product | 🟢 | Ongoing | **Dependency: Safety Product Team** |
| Increase Safety Awareness (Safety Commitment) | P1 \| "Wrong Uber" (supporting role) | Product is working on an alert to surface to riders who get in the wrong vehicle. Ops will support in the scaling and rollout of this product | 🟢 | Ongoing | **Dependency: Safety Product Team** |
| Optimize Safety-Related Standards (Protections & Response) | P1 \| Audit DACT Adjudication Criteria | Work with CommOps to sample DACT tickets and determine where gray areas exist, then tweak the standards to address them | 🟡 | Deprioritized until Q2 | |
| Reduce Serious IPC Rate (Protections & Response) | P1 \| Intoxicated Rider Pro-Tips | Work with Safety Marketing team to release pro-tips to drivers on how to best deal with intoxicated riders (e.g. what to do if driver feels as though s/he is potentially in danger) | 🟡 | Deprioritized until Q2 | |

Full roadmap

CONFIDENTIAL

UBER_JCCP_MDL_000420955



### US&C Safety Operations
Functional Lead: dportugal@uber.com

✔ = Complete   🟢 = On-track   🟡 = At risk   🔴 = Off-track   ⚪ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious IPC Rate (Protections & Response) | P1 \| Sexual Misconduct Saved Reply Testing | The goal of this project is to A/B test various messaging tactics within our sexual misconduct related saved replies, with the intent of figuring out whether certain messaging within SRs can deter future behavior | 🔴 | 12/3/2018 | |
| Reduce Serious IPC Rate (Protections & Response) | P1 \| Educational Efforts to Reduce Sexual Assaults | Determine whether CRM campaigns, Alloy cards, or other educational materials can result in fewer Sexual Misconduct reports. Experiment with different educational tools to understand impact | 🔴 | 12/31/2018 | |
| Reduce Serious IPC Rate (Protections & Response) | P1 \| Rider ID (Social Connect, Profile Photos) | This project would seek to understand whether clarifying rider identity with tools like Social Connect and/or with a profile photo would indeed decrease the incident rate in the US/CAN. If it does, we would incentivize riders to identify themselves ("carrot") rather than warn or waitlist those who don't ("stick") | 🟢 | 3/31/2019 | All work has been done in partnership with Safety & Insurance product |

Full roadmap

CONFIDENTIAL

UBER_JCCP_MDL_000420956

Education-Related Projects (i.e. Safety Education POC – TBH)

CONFIDENTIAL

UBER_JCCP_MDL_000420957



### US&C Safety Operations

Functional Lead: dportugal@uber.com

✔ = Complete   🟢 = On-track   🟡 = At risk   🔴 = Off-track   ⚫ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Reduce Serious IPC Rate (Protections & Response) | P0 \| Community Guidelines Acknowledgement (Supporting Role) | Kate Parker and team are working on an in-app acknowledgement of our Community Guidelines. Safety Ops will support this effort for the US&C | 🔴 | TBD | |
| Increase Safety Awareness (Safety Commitment) | P0 \| 7x7 Revamp | Evaluate effectiveness of 7x7 program, delivered to drivers who are close to being deactivated for low ratings. Re-visit 7x7 as a partner. Revamp the program accordingly | 🔴 | TBD | |
| Increase Safety Awareness (Safety Commitment) | P0 \| Safety Education Training | Partner with appropriate cross-functional stakeholders to launch safety-related trainings for new and existing users. Training should review what's expected from a driving and interpersonal perspective | 🔴 | TBD | Initiatives paused until 2019 due to headcount constraints |
| Increase Safety Awareness (Safety Commitment) | P0 \| Messaging Priorities | There are lots of potential safety messages we should be delivering to our users. Which are most important? What framework can we put into place to make that choice? | 🔴 | TBD | |
| Increase Safety Awareness (Safety Commitment) | P0 \| Driver Comms Revamp w/ Safety Lens | Map out all driver comms throughout lifecycle. Determine how to plug most important driver-related safety messages (as determined by "messaging priorities" project above) into those communications | 🔴 | TBD | |

CONFIDENTIAL

UBER_JCCP_MDL_000420958



### US&C Safety Operations

Functional Lead: dportugal@uber.com

✔ = Complete  🟢 = On-track  🟡 = At risk  🔴 = Off-track  ⚫ = Not Started

| Big Rock (Stand for Safety Pillar) | Initiative | Summary | Status | Target End Date | Comments On Status |
|---|---|---|---|---|---|
| Increase Safety Awareness (Safety Commitment) | P0 \| Rider Comms Revamp w/ Safety Lens | Map out all rider comms throughout lifecycle. Determine how to plug most important rider-related safety messages (as determined by "messaging priorities" project above) into those communications | 🔴 | TBD | Initiatives paused until 2019 due to headcount constraints |
| Increase Safety Awareness (Safety Commitment) | P1 \| Targeted Emails / Communications Based on Feedback | Send more targeted emails or communications to drivers by incident type (e.g. "appropriate conversation topics" for discriminatory comments) | 🔴 | TBD | |

CONFIDENTIAL

UBER_JCCP_MDL_000420959



CONFIDENTIAL

UBER_JCCP_MDL_000420960

# Analysis and Recommendation Overview

1. The actuarial team pulled forward their analysis of Vehicle Solutions risk profile and validated that the **VS cohort has an accident frequency of 74% higher than Non-VS**

1. Analyzed the Vehicle Solutions cohort to **identify the most effective and efficient methods to reduce the risk profile of the cohort while limiting supply restriction**

1. Concluded that **minimum ratings thresholds and Dangerous Driving score** are the most effective levers to reduce the risk profile of the cohort and we **advocate for stricter thresholds**

CONFIDENTIAL

UBER_JCCP_MDL_000420961



Sheet: https://docs.google.com/spreadsheets/d/1sJXSlJbH_psx3D-Yd8IUaIDMgKVaUh3xGa8k0q4LOv8/edit#gid=0

Hertz Data: https://docs.google.com/spreadsheets/d/1UxIRAl1pc3P39MdE1kEQOIgMWqlN8bzahUjJ807DP6I/edit#gid=1585460048

UBER_JCCP_MDL_000420962



Looked at what % of trips came from each rating band (1% of trips come from VS 4.5-4.7 group) and what % of accidents came from a rating band (same rating band, 4.5-4.7 driver 3% of accidents) – connect to chart 3.0x

As we talked about, in the past, we did a lot of analysis with the S&I team that validated accidents are correlated with ratings, and then we looked to validate the distribution of accidents looked the same for lower rated cohorts, and therefore, we can rely on this to reduce accidents from these ratings bands.

Look at the proportion of the two and compare Non-VS to VS

https://docs.google.com/spreadsheets/d/1sJXSIJbH_psx3D-Yd8IUaIDMgKVaUh3xGa8k0q4LOv8/edit#gid=1320157784

CONFIDENTIAL

UBER_JCCP_MDL_000420963



Did the same thing for ratings and found drivers at parity from 1.5 to 2.0 DD score (dangerous driving tickets in 1,000 and mention thresholds)
Given the cohort look similar, we feel confident we can use DD score as a mechanism to reduce accident rate for the VS cohort

Data:
https://docs.google.com/spreadsheets/d/1LAvMMIusxThzgH5giQiblGiIkee8yAUUR2dt wjAJQN4/edit#gid=0



New drivers (all the way through 1,000 trips) contribute significantly greater accidents as a % of the total compared to trips across both Non-VS and VS

https://docs.google.com/spreadsheets/d/1sJXSlJbH_psx3D-Yd8IUaIDMgKVaUh3xGa8k0q4LOv8/edit#gid=1320157784