# UBER_JCCP_MDL_000352325

## Metadata

| | | |
|---|---|---|
| Account | cory.freivogel@uber.com | SEMANTIC |
| All Custodians | Freivogel, Cory | SEMANTIC |
| Application | Slack Channel | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000352325 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 06/10/2024 12:00 am | SEMANTIC |
| Date Modified | 06/10/2024 12:00 am | SEMANTIC |
| End Family | UBER_JCCP_MDL_000352333 | SEMANTIC |
| Hash Value | 553bfc7af4583aad7d6e805fc90e192c01e8da87279f8442f8aacc5e97bdea14 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000352325;UBER_JCCP_MDL_000352326;UBER_JCCP_MDL_000352327;UBER_JCCP_MDL_000352328;UBER_JCCP_MDL_000352329;UBER_JCCP_MDL_000352330;UBER_JCCP_MDL_000352331;UBER_JCCP_MDL_000352332;UBER_JCCP_MDL_000352333 | SEMANTIC |
| ILS Document Date | 06/10/2024 | SEMANTIC |
| ILS Prod Date | 8/30/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL001 | SEMANTIC |
| Other Custodians | Freivogel, Cory | SEMANTIC |
| Primary Date | 06/10/2024 12:00 am | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL001; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 08/16/2021 4:34 pm | SEMANTIC |

Trial Exhibit No.
**P-00216**

Channel: dm-abeles--cory.freivogel

Channel Type: DM

Start Date: 2021-08-16 16:34:14 UTC End date: 2021-08-16 17:06:00 UTC

CONFIDENTIAL

UBER_JCCP_MDL_000352325

 **Adam Abeles** at 2021-08-16 16:34:14

hey sorry friday went down the drain with kid crap

 **Adam Abeles** at 2021-08-16 16:34:18

was thinking about this over the weekend

 **Adam Abeles** at 2021-08-16 16:34:44

do you think that it's "okay" (for lack of a better word) that safety people would feel less crucial when we as a company turn away from Safety given other P0s?

 **Adam Abeles** at 2021-08-16 16:35:07

like, should we be able to pull them back to understanding why their work matters at all times

 **Adam Abeles** at 2021-08-16 16:35:21

or should we invest in flexibility and moving people (temporarily?) onto P0 things, even if they aren't safety

 **Adam Abeles** at 2021-08-16 16:35:29

we struggle with this on my team as well

 **Cory Freivogel** at 2021-08-16 16:44:23

That's a good question. From my perspective, I feel like it's critical that Safety Ops remain vigilant and focused on safety when the business turns away from it. In my opinion, when the business starts to focus more on supply and growth it becomes more critical that we try to put guardrails in place to avoid making catastrophic decisions -- even if the business ends up ignoring those risks. This kind of happened with some of the onboarding changes made on the Eats side.

 **Cory Freivogel** at 2021-08-16 16:44:33

But whether or not I think it's okay is sort of different than the reality

 **Cory Freivogel** at 2021-08-16 16:44:48

Because safety is ultimately not a decision-maker. We assess risks and make recommendations

 **Adam Abeles** at 2021-08-16 16:48:10

right! safety is one of the few teams that should say "this is our mission and we're going to do it rigoursly throughout changes in company needs"

 **Adam Abeles** at 2021-08-16 16:48:20

so people should stay empowered?

 **Adam Abeles** at 2021-08-16 16:48:43

but yeah, get that it's hard to always be the voice of concern/caution when it doesn't feel wanted

 **Cory Freivogel** at 2021-08-16 16:53:37

Yea -- that's the message I try to deliver to our team. It's just been hard (and has at least in part contributed to some attrition on our team). We kind of become punching bags who are seen as not trying to support the business during a tough time. This isn't universally true. Carrol Chang has actually been really great. There was a meeting where we were butting heads a lot with the business and she basically said "This is a good example of when two teams are doing exactly what they're supposed to be doing and it's why we have executives to make a final decision"

 **Cory Freivogel** at 2021-08-16 16:53:42

Dennis on the other hand....

 **Adam Abeles** at 2021-08-16 16:54:10

dennis is less supportive?

**Cory Freivogel** at 2021-08-16 16:55:03

Some stuff he is supportive of but anything that creates any friction

**Cory Freivogel** at 2021-08-16 16:55:05

He doesn't like

**Adam Abeles** at 2021-08-16 16:55:21

right

**Adam Abeles** at 2021-08-16 16:55:30

his goals are clearly biz recovery + profitability

**Cory Freivogel** at 2021-08-16 16:55:43

mmmhmmm

**Cory Freivogel** at 2021-08-16 16:55:47

Which I mean makes sense

**Adam Abeles** at 2021-08-16 16:55:51

so right now I have one person dedicated to safety

**Adam Abeles** at 2021-08-16 16:55:53

on my team

**Adam Abeles** at 2021-08-16 16:56:04

and like, yeah, there are some operational asks that are important

CONFIDENTIAL

P-00216.00005

UBER_JCCP_MDL_000352328

 **Adam Abeles** at 2021-08-16 16:56:19

but we should not invest more than the minimum amount of time on strictly safety stff

 **Adam Abeles** at 2021-08-16 16:56:21

stuff

 **Adam Abeles** at 2021-08-16 16:56:25

and that's from tomasz down

 **Adam Abeles** at 2021-08-16 16:56:32

but it's hard to go to baker, mollie, etc

 **Adam Abeles** at 2021-08-16 16:57:00

and be like hey so we need more effort at supply growth but we still love safety

 **Adam Abeles** at 2021-08-16 16:57:04

well it's not hard to say

 **Adam Abeles** at 2021-08-16 16:57:12

I wouldn't say that message has landed well

**Cory Freivogel** at 2021-08-16 16:58:59

Oh I mean I totally get it from your perspective. I feel like your situation is a bit different. Maybe I'm wrong on this but like generally speaking you could probably have Josh do similar analytical stuff for other teams without it creating too much disruption. I can't have my team go work on building supply in California

 **Adam Abeles** at 2021-08-16 16:59:12

yes, easier for me for sure

 **Adam Abeles** at 2021-08-16 16:59:13

FOR SURE



**Cory Freivogel** at 2021-08-16 16:59:14

Because (a) they don't know how and (b) Ops doesn't want us to



**Adam Abeles** at 2021-08-16 16:59:30

but I also think that it's big company issues



**Adam Abeles** at 2021-08-16 16:59:34

that I would love to figure out how to solve



**Adam Abeles** at 2021-08-16 16:59:40

like, we need to have the flexibility w/in the org



**Adam Abeles** at 2021-08-16 16:59:47

easier for me to solve for sure than you



**Adam Abeles** at 2021-08-16 16:59:48

(sorr)



**Cory Freivogel** at 2021-08-16 17:00:21

Yea for sure. I do think though that it's fairly disheartening for leadership to be like



**Cory Freivogel** at 2021-08-16 17:00:31

Your one safety person can't work on safety because we need to focus on supply and shit



**Cory Freivogel** at 2021-08-16 17:00:35

Because when something goes south

**Cory Freivogel** at 2021-08-16 17:00:47

Then it becomes safety's problem to fix

**Cory Freivogel** at 2021-08-16 17:01:04

The exact problem is happening right now because we basically decided to stop requiring onboarding docs and profile photos on Eats

**Cory Freivogel** at 2021-08-16 17:01:10

Which has led to all sorts of massive problems

**Adam Abeles** at 2021-08-16 17:01:28

and now the platform is less safe basically?

**Cory Freivogel** at 2021-08-16 17:05:14

Yea -- a few thousands fraudsters signed up with the same SSN and did over $1m in NROs in less than 30 days. Someone with a fake ID onboarded and got in an L4 crash

**Cory Freivogel** at 2021-08-16 17:05:32

And all that happened within 2 months of changing the requirements

**Adam Abeles** at 2021-08-16 17:05:39

holy shit



**Adam Abeles** at 2021-08-16 17:05:49

sorry to hear htat

**Adam Abeles** at 2021-08-16 17:05:52

not surprising I guess

**Cory Freivogel** at 2021-08-16 17:06:00

Yea it was really sad to see