# UBER_JCCP_MDL_000904808

## Metadata

| | | |
|---|---|---|
| #Author | chiarra.davis@uber.com | SEMANTIC |
| #Date Modified | 12/16/2022 | SEMANTIC |
| #DateCreated | 12/16/2022 | SEMANTIC |
| #Title | Uber U.S. Community Guidelines (updated April 2020).pdf | SEMANTIC |
| Account | cory.freivogel@uber.com | SEMANTIC |
| All Custodians | Freivogel, Cory | SEMANTIC |
| All Paths | Freivogel, Cory: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_5\JCCP-EDISCO-23800_2022_5_8.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_5\JCCP-EDISCO-23800_2022_5_8.zip | SEMANTIC |
| Application | Portable Document Format | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000904808 | SEMANTIC |
| Collaborators | maria.liu@uber.com; cory.freivogel@uber.com; riley@uber.com; mjackson@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 12/16/2022 8:08 pm | SEMANTIC |
| Date Modified | 12/16/2022 8:06 pm | SEMANTIC |
| DocID | 13u2VMgp1JHbpMv-BkchUh3QWPtIy4M9a | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_000904817 | SEMANTIC |
| File Path | \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_5\JCCP-EDISCO-23800_2022_5_8.zip | SEMANTIC |
| File Size | 175255 | SEMANTIC |
| Filename | Uber U.S. Community Guidelines (updated April 2020)_13u2VMgp1JHbpMv-BkchUh3QWPtIy4M9a.pdf | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000904808;UBER_JCCP_MDL_000904809;UBER_JCCP_MDL_000904810;UBER_JCCP_MDL_000904811;UBER_JCCP_MDL_000904812;UBER_JCCP_MDL_000904813;UBER_JCCP_MDL_000904814;UBER_JCCP_MDL_000904815;UBER_JCCP_MDL_000904816;UBER_JCCP_MDL_000904817 | SEMANTIC |
| ILS Document Date | 12/16/2022 | SEMANTIC |
| ILS Prod Date | 3/6/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL125 | SEMANTIC |
| Other Custodians | Freivogel, Cory | SEMANTIC |
| Primary Date | 12/16/2022 8:08 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL017;JCCP_MDL125; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 12/16/2022 8:06 pm | SEMANTIC |

Trial Exhibit No.
**P-00217**

Uber

Sign up

Select jurisdiction:   Select language:

United States ▾     English ▾

Last modified: 4/22/2020

# Uber Community Guidelines

United States and Canada

Our guidelines were developed to help make every experience feel safe, respectful, and positive. They apply to everyone who uses any of our apps, including drivers, riders, delivery people, Uber Eats customers, restaurants, and JUMP users. Thank you for joining us to support and safeguard a welcoming environment.

The guidelines below help explain some of the specific kinds of behavior or circumstances that may cause you to lose access to the Uber platform. There will always be unforeseen events that may ultimately lead to you losing access to the Uber apps—and we'll update these guidelines regularly—but the following guidelines are sufficient cause for Uber to take action. Please take a moment to read them.

## Guidelines for all of us

Everyone who signs up for an Uber account is required to follow Uber's Community Guidelines. They reflect the following 3 pillars and the standards in each of these sections.

**Treat everyone with respect**

Our community is remarkably diverse and, chances are, you will encounter people who might not look like you or share your beliefs. The guidelines in this section help to foster positive interactions during every experience.

**Help keep one another safe**

We're hard at work every day to help create safer experiences for everyone. Your safety drives us. That's why these standards were written. In addition to following all of Uber's Community Guidelines, you can also find some more standards just for Uber Eats under "Additional guidelines for Uber Eats" below.

**Follow the law**

We're committed to following all applicable laws and earning your trust, and we expect everyone who uses our apps to do their part and adhere to applicable laws and regulations, as well as airport rules and regulations where applicable.

**Your feedback matters**

CONFIDENTIAL

P-00217.00002

UBER_JCCP_MDL_000904808

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves.

## Treat everyone with respect

Treat your fellow Uber app users as you would like to be treated yourself: with respect. The actions you take while using the Uber apps can have a big impact on the safety and comfort of others. Courtesy matters. That's why you are expected to exercise good judgment and behave decently toward other people when using the Uber apps—just as you would in any public place.

For example, always try to be on time for your ride or to pick up your delivery because nobody likes to wait. It's also common courtesy not to shout, swear, or slam the car door. And by tidying up after yourself—whether it's taking your trash home or cleaning up a spilled drink—you'll help keep the car in good condition and help ensure the next person has a pleasant ride, too. Most importantly, remember that when you use the Uber apps you will meet people who may look differently or think differently than you. Please respect those differences. We believe that everyone should feel supported and welcomed when they use the Uber apps. That's why we've created standards on physical contact, sexual assault and misconduct, rude behavior, unwanted contact, and discrimination.

### Physical contact

Don't touch strangers or anyone you just met while using any of Uber's apps. Hitting, hurting, or otherwise intending to hurt anyone is never allowed.

### Sexual assault and misconduct

We all value our personal space and privacy. It's OK to chat with other people. But please don't comment on someone's appearance or ask whether they are single. Sexual assault and sexual misconduct of any kind is prohibited. Sexual assault and misconduct refers to sexual contact or behavior without explicit consent of the other person.

Personal space and privacy should be respected. The following list provides examples of inappropriate conduct.

- Behaviors and comments that could make people feel uncomfortable are not acceptable. Examples include nudges, whistles, and winks. Don't touch or flirt with people you don't know.
- Certain conversations that could be perceived as harmless can be offensive. Don't comment on appearance, perceived gender identity, or sexual orientation. Refrain from asking unrelated personal questions, such as "Are you in a relationship?" Avoid discussing your own or someone else's sex life, using explicit language, or making jokes about sex.
- Uber has a no-sex rule. Sexual contact is prohibited while using the Uber apps, including during a trip or delivery, regardless of whether you know the person or they give you their consent. This includes activities such as sexual intercourse, solicitation of sexual intercourse, masturbation, or touching and exposure of sexual body parts.

### Threatening and rude behavior

Aggressive, confrontational, and harassing behavior is not allowed. Don't use language or make gestures that could be disrespectful, threatening, or inappropriate. It may be a good idea to stay away from personal

topics that can potentially be divisive, like religion and political beliefs.

### Unwanted contact

Contact should end when the trip or delivery is complete, unless it's to return a lost item. For example, texting, calling, visiting, or trying to visit someone in person after a trip or delivery has been completed is not allowed.

### Discrimination

You should always feel safe and welcome. That's why we don't tolerate conduct we've determined to be discriminatory. Do not discriminate against someone based on traits such as their age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law.

For example, it is unacceptable to refuse to provide services based on characteristics like a person's age, color, disability, gender identity, marital status, national origin, race, religion, sex, sexual orientation, or any other characteristic protected under relevant law. It is also unacceptable to rate another user—whether they're a customer, delivery person, driver, restaurant, or rider—based on these traits.

In addition, it is not acceptable to discriminate on the basis of a rider's destination or a customer's delivery location. We understand how important it is to fit driving or delivering around your life, rather than the other way around. It is not a violation of these guidelines to pass on a trip or delivery because it does not work for you. But intentionally refusing or canceling requests, or using features in the Uber apps to avoid receiving trip or delivery requests, solely for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located in that area is not allowed.

You can learn more about Uber's Non-Discrimination Policy here.

We also want to help increase the transportation options for riders with disabilities. That's why we have information available for drivers, riders, and customers on this topic. You can go here to learn more about Uber's commitment to accessibility. Drivers using the Uber apps must comply with all relevant laws governing the transportation of riders with disabilities, including transporting service animals.

## Help keep one another safe

Everyone has a role to play in helping to create a safe environment. That's why we have standards on account sharing, account holder age, and more.

### Account sharing

Account sharing is not allowed. To use any Uber app, you need to register and maintain an active account. Don't let another person use your account, and never share your personal username and password with anyone else. For example, delivery people must complete all parts of the delivery themselves—including any handling after it is picked up from the restaurant up until final delivery to the customer—with no exception.

### People under the age of 18

You must be 18 years or older to have an Uber account. This means that you must be at least 18 years old to ride on a bike or scooter or unaccompanied in a car. Adults can't request a ride for someone under the age of

18 or allow children to ride alone—they must be accompanied by an adult. When ordering food, children are also not allowed to use an adult's Uber Eats account by themselves.

### Extra passengers

When driving with Uber, no one other than the requesting rider and the rider's guests are permitted in the vehicle. When riding with Uber, the account holder is responsible for the behavior of their entire party. If you request a ride or a delivery or rent a bike or scooter for another adult, you're held responsible for their behavior during their trip or delivery.

### Vehicle information

For an easy pickup or delivery, the Uber apps give riders and customers identifying information about drivers and delivery people and their vehicles, including their license plate number, vehicle make and model, profile picture, and name. Inaccurate or outdated information creates confusion among riders and customers and can diminish their experience using the Uber apps.

Drivers and delivery people should take trips and deliveries using only approved vehicles. To provide accurate information, let us know your vehicle information and any updates to your documentation that may become invalid, like a driver's license that's about to expire.

### Seat belts

Seat belt use can be the most effective way to save lives and reduce injuries related to car crashes. Every delivery person using a vehicle, driver, and rider—including those in the back seat—should always buckle up. Riders should request a car that has enough seat belts for everyone in their party and not travel in large groups that exceed the number of seat belts in the car. Drivers can decline a ride if there are not enough seat belts for every passenger in their car.

### Helmets for bikes, motorcycles, and scooters

For your safety, when riding a bike, motorcycle, or scooter, find a helmet that fits well. Helmets can help protect you when worn according to the manufacturer's instructions, such as sitting low on your forehead and fitting snugly under your chin.

### Use of cameras or other video or audio recording devices

Drivers may choose to install and use video cameras, dash cams, or other recording devices to record rides or otherwise for the purpose of fulfilling transportation services. Local law or regulations may require individuals using recording equipment in vehicles to fully disclose to riders that they are being recorded in or around a vehicle and obtain consent. Please check local regulations in your city to determine if these apply.

Broadcasting a person's image, audio, or video recording is not allowed.

### Be alert

Being out on the road means doing your part to help keep yourself and others safe. This means keeping your eyes on the road, being well rested, and watching for situations that may require quick action. We review rider and customer reports of potentially unsafe driving behavior.

### Proper maintenance and upkeep

Drivers are expected to maintain their cars with brakes, seat belts, and tires in good operating condition. This means maintaining your car according to industry safety and maintenance standards.

### Share the road

Safe roadways means practicing safe behavior, which includes looking out for all travelers, regardless of how they get around.

### Public emergencies

Uber may take additional measures to try to preserve the safety of our platform during public emergencies, including but not limited to natural disasters, public health emergencies, and public crisis situations.

For example, if Uber receives notice from a public health authority that someone using the Uber platform may present a potential for public harm, we may waitlist the individual's account until it is reasonably safe to allow the individual to resume using the Uber platform. Similarly, we may prevent individuals in an entire city or region from using part or all of the Uber platform in order to comply with guidance from authorities during a time of public health emergency, natural disaster, or other public crisis situation, or when the continued availability of the Uber platform might present a clear and present danger.

## Additional guidelines for Uber Eats

In addition to following all of Uber's Community Guidelines, the standards below apply to Uber Eats orders and deliveries.

### Proper handling of orders

Restaurants are expected to meet all relevant licensing requirements and to follow all food regulations—including food safety regulations—and industry best practices. Restaurants must maintain valid restaurant licenses and/or permits.

Many prepared foods are perishable and can cause illness if not properly handled. Such foods can be potentially hazardous if not maintained under the proper time and temperature controls prior to pickup.

To help ensure that food reaches customers safely, restaurants are encouraged to seal packages in tamper-evident packaging ahead of delivery. Restaurants are expected to act responsibly on information provided by customers related to food allergies, intolerances, or other dietary restrictions and reject order requests with which they cannot comply.

### Proper delivery of orders

Restaurants may outline certain delivery guidelines that promote food safety, adhere to regulatory guidance, or accommodate customer dietary restrictions. For example, restaurant notices to keep halal and non-halal food separate should always be followed.

An insulated bag can make for a better customer experience, but it isn't required unless you're delivering in a location where it's required by law. Deliveries by bicycle may benefit from a more specialized bag to protect food from movement and weather conditions.

Delivery people should deliver orders safely and in accordance with relevant safety standards. For example, don't tamper with or open packaging during delivery. This can lead to foreign matter in food, which may pose a significant food safety risk for customers.

### Provide a safe space for pickups

Restaurants should provide a safe area for order pickups that make delivery people feel welcome. That's why restaurants and their staff are expected to exercise good judgment and behavior, just as they would with their in-restaurant customers. For example, restaurants should work to prevent violent incidents on the restaurant premises that might endanger delivery people's safety.

### Alcohol delivery

All orders that contain alcohol must comply with any applicable laws and restrictions on off-premise alcohol delivery and hours of service. Only customers who are the legal age to buy alcohol (21 in the US, and 18 or 19 in Canada), and not intoxicated, can order and receive alcohol deliveries where available. Customers will be asked to provide government-issued photo IDs to verify age and identity when an alcohol delivery arrives. If you do not have a valid government-issued photo ID, or appear intoxicated, the alcohol portion of your order will not be able to be delivered to you and may be returned to the seller on your behalf and expense. Customers may not place an order that includes alcohol to be delivered to a public location where open containers are prohibited, or to any other areas where possession or consumption of alcohol is prohibited by law.

Delivery people are prohibited by law from delivering alcohol to customers under the local legal drinking age. Delivery people are responsible for following local requirements for alcohol delivery, which often include asking customers to show their ID to verify age and identification and refusing delivery if a customer is underage or appears intoxicated, and returning alcohol that is undeliverable to the restaurant. Restaurants may be asked to accept returns of alcohol items that are undeliverable for any reason.

### Missing or wrong orders

When a restaurant does not fulfill the correct items in a customer's order, the customer receives missing or wrong items, which can lead to a poor experience. Restaurants should fulfill the correct items in a customer's order.

### Operational errors resulting in long trip times and/or low customer or delivery person satisfaction

Other relevant metrics may include but are not limited to: prep time, delivery person handoff time (the amount of time it takes for the delivery person to get in and out of the restaurant with the order, including wait time), online time (a restaurant's online availability time), and order acceptance time. If these metrics are significantly above the average for your city, they may negatively impact other parties' experiences with the Uber Eats app. Restaurants can monitor their own metrics anytime by signing in to their Restaurant Manager portal, and may reach out to our team with any questions or concerns.

### Prohibited items

Restaurants may only offer for sale items expressly contemplated under their agreement with Uber. Regulated or illicit items, such as cannabidiol (CBD), tetrahydrocannabinol (THC), and over-the-counter medications are not allowed to be offered on a restaurant's Uber Eats menu. Uber may remove from—or otherwise limit your ability to post to—a restaurant's Uber Eats menu any items Uber deems prohibited or inappropriate.

## Follow the law

We have standards based on applicable laws and regulations that everyone must follow. For example, using the Uber apps to commit any crime—such as transporting drugs, money laundering, committing drug or human trafficking, or sexually exploiting children—or to violate any other law is strictly prohibited.

### Car seats

Drivers and riders should comply with applicable laws when traveling with infants and small children. When riding with small children, it's the rider's responsibility to provide a car seat. Children age 12 and under should travel in the back seat.

### Follow all laws

Everyone is responsible for knowing and obeying all applicable laws, including airport rules and regulations when at the airport, and the rules of the road—including speed and traffic laws—at all times when using the Uber apps.

To maintain uninterrupted access to the Uber apps, all relevant licensing and permitting requirements for drivers and delivery people must be kept up to date. For example, all drivers and delivery people using a vehicle are required by law to maintain a valid driver's license, insurance, and vehicle registration. For ridesharing, this also includes meeting the applicable regulatory requirements for rideshare or for-hire drivers in your area. We review rider and customer reports of collisions or traffic citations that may have happened during a trip or delivery, and other reports that may indicate poor, unsafe, or distracted driving, while using the Uber apps. Local rules about parking may limit where you can park your vehicle when picking up orders, making deliveries, or waiting for riders to arrive. For example, stopping in bike lanes or blocking accessibility ramps may violate the law.

For riders and customers, let your driver or delivery person handle the driving. For example, don't touch the steering wheel, and don't tamper with the gear shift or other knobs, buttons, or components that are used to operate a vehicle. Don't ask a driver or delivery person to speed or to make illegal stops, dropoffs, or maneuvers.

When riding a bike or scooter, be mindful of local regulations and rules when riding and parking; you can check your city government's website for applicable laws. Following local rules of the road usually requires you to yield to pedestrians, ride in the direction of traffic, signal if you're planning to change direction, and come to a complete stop at red lights and stop signs.

### Service animals

US state and federal laws and Canadian laws require that drivers must provide rides to anyone with a service animal. Knowingly refusing a rider a trip because of their service animal will result in losing access to the Uber apps. In the US, this is true even if a driver has allergies, religious objections, or a fear of animals.

In Canada, a driver can request documentation from a rider if a service animal is not easily identifiable as one. You can learn more about our Service Animal Policy in the US here and in Canada here.

### Property damage

Damaging property is never allowed. Some examples include damaging the car, bike, scooter, or other mode of transportation requested through the Uber apps; breaking or vandalizing a phone or tablet; intentionally spilling food or drink; smoking in a car; or vomiting due to excessive alcohol consumption or otherwise. If you

damage property, you're responsible for the cost of cleaning and repair fees, outside of normal wear and tear.

### Drugs and alcohol

Drug use and open containers of alcohol are never allowed while using the Uber apps.

If you're a driver or delivery person, by law, you cannot drive or bike while intoxicated. The law prohibits driving or biking while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a vehicle. If you encounter a rider who is too drunk or rowdy, you have the right to decline the trip for your own safety.

If you're a rider and you have reason to believe your driver may be under the influence of drugs or alcohol, ask the driver to end the trip immediately. Then exit the car and call 911. After the driver has ended the trip, report your experience to Uber.

Never ride a bike or scooter while under the influence of alcohol, drugs, or any other substance that impairs your ability to safely operate a bike or scooter.

### Firearms ban

Riders and their guests, as well as drivers and delivery people, are prohibited from carrying firearms of any kind while using the Uber apps, to the extent permitted by applicable law. You can learn more about our Firearms Prohibition Policy here.

### Fraud

Deception can weaken trust and also be dangerous. Intentionally falsifying information or assuming someone else's identity, for example when signing in or undergoing a security check, isn't allowed. It is important to provide accurate information when reporting incidents, creating and accessing your accounts, disputing charges or fees, and requesting credits. Only request fees or refunds that you're entitled to, and use offers and promotions only as intended. Don't knowingly complete invalid transactions.

Fraudulent activity may also include, but not be limited to: deliberately increasing the time or distance of a trip or delivery for fraudulent purposes or otherwise; accepting trip, order, or delivery requests without the intention to complete, including provoking riders to cancel for fraudulent purposes; creating dummy accounts for fraudulent purposes; claiming fraudulent fees or charges, like false cleaning fees; intentionally requesting, accepting, or completing fraudulent or falsified trips or deliveries; claiming to complete a delivery without ever picking up the delivery item; picking up a delivery item but retaining all or a portion of the item, and not delivering the entire order; abusing promotions and/or not using them for their intended purpose; disputing charges for fraudulent or illegitimate reasons; or creating improper duplicate accounts.

### Street hails and other unacceptable activities

To enhance the safety of each experience, off-app pickups are prohibited. The law prohibits street hails while using the Uber apps, so never solicit payment of fares outside the Uber system. Riders and customers should not pay for trips or deliveries in cash, and riders should not request trips from drivers outside of the Uber system.

Never harm the business or brand by doing things like using Uber's trademark or intellectual property without permission. Drivers should only use Uber trade dress that is distributed by Uber. The use of

unauthorized or third-party items—such as lights, placards, signs, or similar items bearing Uber's name or trademark—may confuse riders who are trying to find their ride.

## Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continuously improving our standards, and your feedback is important to keep our standards relevant as our technology evolves. Please rate your experience at the end of each trip or delivery. Honest feedback helps ensure that everyone is accountable for their behavior. This accountability helps create a respectful, safe environment. And if something happens—such as a traffic accident—and you want to report it, you can tap **Help** in the app or visit https://help.uber.com/ so that our customer support team can follow up. In case of an emergency or if you find yourself in immediate danger, alert your local authorities or emergency services before notifying Uber.

Ratings

After every trip, drivers and riders are able to rate each other on a scale of 1 to 5 stars, as well as give feedback on how the trip went. And at the conclusion of every delivery, customers, delivery people, and restaurants have the opportunity to rate their experience. This feedback system improves accountability and helps create a respectful, safe, and transparent environment for everyone. Drivers and delivery people can see their current rating in the Feedback section of the app. Restaurants can find their customer and delivery person rating by signing in to Restaurant Manager. Riders can see their rating displayed under their name by opening the app and touching the menu.

If you are a driver or a rider, your rating is an average rating based on your last 500 rated trips, or from the total number of rated trips if you haven't had 500 rated trips yet. If you are a delivery person, your rating is based on the average of the last 100 ratings from customers and restaurants, or once you receive at least 10 ratings, the average of all ratings if customers and restaurants have not provided 100 ratings.

If your rating is lower than the minimum average rating in your city, we will let you know. And drivers, riders, delivery people, or restaurants that don't meet the minimum average rating for their city may lose access to the Uber apps.

If you're looking to keep your average rating high, it's helpful to be courteous and respectful to all people while using the Uber apps. Drivers using the Uber app typically provide excellent service to their riders and most riders are courteous and respectful, so most trips run smoothly. But we know that sometimes a trip or delivery doesn't go well—that's why your rating is an average rating.

There is a minimum average rating in each city. This is because there may be cultural differences in the way people in different cities rate each other. We will let you know if your rating is approaching this limit, and if you lose access to your account as a result of your rating, we will share information that may help you improve your rating.

If you believe an error caused you to lose access to your account, you may contact the Uber customer support team. As a rider, if you lose access to your Uber account, you will not be able to access either the Uber app for riders or the Uber Eats app.

**Delivery, order, and trip acceptance**

If you're a delivery person or driver and you don't want to accept delivery or trip requests, you can just log off. If you're a restaurant, use the Pause New Orders feature or make specific items unavailable. This helps keep the system running smoothly for everyone.

For delivery people, drivers, and restaurants, if you consistently decline trip or order requests in a row, our technology may assume you do not want to accept more trips or orders or have forgotten to log out, and you may be temporarily logged out.

## How Uber enforces our guidelines

Losing access to the Uber apps may be disruptive to your life or to your business. That's why we believe it is important to have clear standards that explain the circumstances in which you may lose access to the Uber apps. If you violate any applicable terms of use, terms of the contractual agreement you agreed to when signing up for an account with Uber, or any of these Community Guidelines, you can lose access to the Uber apps. And if you have more than one Uber account, such as a rider account and a driver account, violating the Community Guidelines could also lead you to lose access to all Uber accounts.

Uber receives feedback through a variety of channels, reviews reports submitted to our customer support team that may violate our Community Guidelines, and may investigate through a specialized team. If we are made aware of potentially problematic behavior, we may contact you so we can look into it. We may, at our sole discretion, put a hold on your account or turn your account inactive until our review is complete.

Not following any of our guidelines may result in the loss of access to your Uber accounts. This may include certain actions you may take outside of the app, if we determine that those actions threaten the safety of the Uber community, or cause harm to Uber's brand, reputation, or business. And if the issues raised are serious or a repeat report, or you refuse to cooperate, you may lose access to the Uber apps. Any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using the Uber apps can result in the immediate loss of access to the Uber apps. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Guidelines for Law Enforcement Authorities for the US here and for Canada here.

Lastly, all drivers and delivery people wanting to use the Uber apps undergo a screening process, including motor vehicle record and background checks. A driver or delivery person will lose access to their Uber account(s) if a routine motor vehicle record or background check uncovers a violation of Uber's Community Guidelines or other criteria required by local regulators.

To read more about our Community Guidelines, go here.

Riders and customers can access Terms of Use for Uber and Uber Eats for the United States here and Terms and Conditions for Canada here and Terms of Service for JUMP Bikes here. Drivers and delivery people can access their legal agreement with Uber here.

**Getting back on the road after deactivation**

If you're a driver and you lose access to your Uber account for a low star rating, you may have the opportunity to get back on the road if you provide proof that you've successfully taken a quality improvement course offered by third-party experts, available online in all US and Canadian cities, and in person in certain US and Canadian cities. Check with your local Uber team or help.uber.com to find out more.