# UBER_JCCP_MDL_000011515

## Metadata

| | | |
|---|---|---|
| Account | cory.freivogel@uber.com | SEMANTIC |
| All Custodians | Freivogel, Cory | SEMANTIC |
| All Paths | Freivogel, Cory: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-1.zip\MassTort_Category2_GMAIL--cory.freivogel@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--cory.freivogel@uber.com_0.mbox; Freivogel, Cory: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-1.zip\MassTort_Category2_GMAIL--cory.freivogel@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--cory.freivogel@uber.com_0.mbox; Freivogel, Cory: \Multi Custodian Gmail\EDISCO-23472_Gmail-98.zip\EDISCO-23472_Gmail--cory.freivogel@uber.com-2kPcy8.mbox; Freivogel, Cory: \Multi Custodian Gmail\EDISCO-23472_Gmail-98.zip\EDISCO-23472_Gmail--cory.freivogel@uber.com-2kPcy8.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Attachment Names | ezgif.com-crop.gif | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000011515 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/15/2018 9:37 pm | SEMANTIC |
| Date Modified | 10/15/2018 9:37 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_000011520 | SEMANTIC |
| File Path | \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-1.zip\MassTort_Category2_GMAIL--cory.freivogel@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--cory.freivogel@uber.com_0.mbox | SEMANTIC |
| File Size | 71724 | SEMANTIC |
| Hash Value | 1749b89542a368a5e3bbdae966e84002 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000011515;UBER_JCCP_MDL_000011516;UBER_JCCP_MDL_000011517;UBER_JCCP_MDL_000011518;UBER_JCCP_MDL_000011519;UBER_JCCP_MDL_000011520 | SEMANTIC |
| ILS Document Date | 10/15/2018 | SEMANTIC |
| ILS Prod Date | 8/19/2024 | SEMANTIC |
| ILS Prod Vol | Vol039 | SEMANTIC |
| Other Custodians | Freivogel, Cory | SEMANTIC |
| Primary Date | 10/15/2018 9:37 pm | DOC_TYPE_ALIAS |
| Production Volume | Vol039; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 10/15/2018 12:00 am | SEMANTIC |

Trial Exhibit No.
**P-00218**

Message

| | |
|---|---|
| **From**: | Cory Freivogel [cory.freivogel@uber.com] |
| **Sent**: | 10/15/2018 9:37:54 PM |
| **To**: | Avinash Kalbarga [kalbarga@uber.com] |
| **CC**: | Valerie Shuping [valerie.shuping@uber.com]; Danielle Portugal [dportugal@uber.com]; Eric Schroeder [eric.schroeder@uber.com]; Jenny Luu [jennyluu@uber.com]; Adrien Jerome [adrienj@uber.com]; Catherine Gibbons [cgibbons@uber.com] |
| **BCC**: | cory.freivogel@uber.com |
| **Subject**: | Re: Three Strike Sexual Misconduct Policy |
| **Attachments**: | ezgif.com-crop.gif |

This is awesome news! Thanks so taking care of this, Avi. I know for the US & Can we would just need until EoW to update the corresponding support logic before we launch this is in production. **@Adrien** -- Not sure how you want to coordinate this with the rest of the regions.

On Mon, Oct 15, 2018 at 4:27 PM, Avinash Kalbarga <kalbarga@uber.com> wrote:
I have configured the 2-strike, 3-strike policies in staging environment today.

JIRA Staging Queues
3-Strike Sexual Misconduct Policy
2-Strike Sexual Misconduct (Explicit) Policy

These are configured on SIPS instead of using the query based approach. Like Dangerous Driving and IPC policies, we will need a trigger ticket to flag an account for adjudication.


Lookback results:
If we are interested in actioning all accounts which meet the policy thresholds and have received a Sexual Misconduct/ SM - Explicit ticket in the last 7 days

3 Strike
2 Strike - Explicit



Thanks
Avi



On Wed, Sep 12, 2018 at 8:39 AM Valerie Shuping <valerie.shuping@uber.com> wrote:
Apologies for the delay here, but looks like this is the right solution!

As Danielle mentioned, I'll be working on refreshing the SM standard in the coming weeks. This will include taking a look at whether the 2/3 strike standard is still appropriate or whether there is a better approach. The reason we had held off on changing anything about the current standard is that we were just going to wait until the full refresh. However, given the timeline and the fairly straightforward change of moving the strike standards into DACT, I agree we should do this in the short-term.

@Avi, will you update the group when this change is made?

CONFIDENTIAL

UBER000030331
UBER_JCCP_MDL_000011515

@Cory, is there any additional training of DACT agents that needs to be done for these tickets to be adjudicated?

Thanks all,
Valerie

On Mon, Sep 10, 2018 at 6:09 PM Cory Freivogel <cory.freivogel@uber.com> wrote:
  That's correct!

On Mon, Sep 10, 2018 at 4:49 PM, Avinash Kalbarga <kalbarga@uber.com> wrote:
  @Danielle: These can be implemented using piper based queries (similar to Wrong Driver, Vehicle, etc.). I am anticipating we will have to adjust these once we roll out the SM standard. Thoughts?
  @Cory: Can you please confirm on the current standard for deactivations and the contact types to include? Is below accurate?

2 - strike

| | | |
|---|---|---|
| 36ff0ff8-54df-405d-ad15-5e8d69d86907 | Sexual Misconduct | Comments or Gestures - Explicit Comments |
| 21817fd0-7b7b-408b-a6d5-5ef17f779017 | Sexual Misconduct | Comments or Gestures - Explicit Gestures |

3-strike

| | | |
|---|---|---|
| 93f1c5b6-7c37-4bcc-97df-e14a5669bd18 | Sexual Misconduct | |
| 3614e2a8-f9c4-4120-9f0d-30ebfc699ef4 | Sexual Misconduct | |
| c7e13b76-acb2-4653-a9b0-9edc33250a1a | Sexual Misconduct | Comments or Gestures - Asking Personal Questions |
| 215c5131-d9e3-4d35-bf8e-8fa9d1406219 | Sexual Misconduct | Comments or Gestures - Comments About Appearance |
| 3a43fba2-0c56-4c74-8b63-1521e2c8753a | Sexual Misconduct | Comments or Gestures |
| 8b3a6453-f11a-43a6-94c1-e86b6c2e3356 | Sexual Misconduct | Comments or Gestures - Flirting |
| 36ff0ff8-54df-405d-ad15-5e8d69d86907 | Sexual Misconduct | Comments or Gestures - Explicit Comments |
| 21817fd0-7b7b-408b-a6d5-5ef17f779017 | Sexual Misconduct | Comments or Gestures - Explicit Gestures |
| 0b59273c-a455-4bf6-af95-3912701f5750 | Sexual Misconduct | Displaying indecent material |
| a7e20c15-db50-4c87-9ee3-6fe20207d0ca | Sexual Misconduct | Indecent photography/videography without consent |
| c56f9c5d-941f-4dd4-8beb-cfb5726b4017 | Sexual Misconduct | Staring or Leering |

On Mon, Sep 10, 2018 at 9:48 AM Danielle Sheridan <dportugal@uber.com> wrote:
  Sounds like the ask is just to migrate the existing SM to DACT - which seems pretty straight forward. Avi - thoughts on the feasibility of doing this?

On Mon, Sep 10, 2018 at 9:48 AM Cory Freivogel <cory.freivogel@uber.com> wrote:
  Hey Avi --

CONFIDENTIAL

UBER000030332
UBER_JCCP_MDL_000011516

P-00218.00003

Agreed with your position on having both processes run in parallel. I'm not concerned with the substance of the three-strike rule. I'm just hoping that we can get it implemented in DACT to avoid oversights and retain non-urgent deactivations within a single team.

To your questions:

1.      Here is a list of the L2 SM contacts which would result in a SAFE Jira should the driver receive three non-explicit or two explicit strikes.

2.      That's correct. SAFE Jiras are only created in the event that the driver is going to be deactivated.

On Sun, Sep 9, 2018 at 3:18 PM, Avinash Kalbarga <kalbarga@uber.com> wrote:
+Eric Schroeder +Jenny Luu

@Cory: Regarding the need for a separate 2/3 strike policy for SM contacts,
-One of the deficiencies of the current DACT IPC model is that all reports are weighted equally which can result in accounts with numerous low-level SM contacts not get flagged for deactivation review (due to their trip count). It was decided to have both these processes run in parallel while we work on further enhancing the IPC model.

Questions:
-What are the current SM L2 contacts which result in a SAFE JIRA?
-Do the agents create a SAFE JIRA only when they see that the AH has at least 2/3 SM contacts?


Thanks
Avi




On Sun, Sep 9, 2018 at 9:25 AM Cory Freivogel <cory.freivogel@uber.com> wrote:
Hey Danielle -

Thanks for the detailed response. I knew that something was happening with regard to sexual assault / misconduct policy but unaware of the details. The issue raised here is not a burning fire, just an inconvenience that has been ongoing for some time. Happy to defer this change until a later point.

Appreciate you sharing the RFC. Looks like a lot of solid and appropriate changes are coming. Just want to call out a few things:

1.      The scope of this policy seems to be in the realm of L3/L4 incidents. I'm not sure that the proposal I suggested would really impact or be impacted by this change. The three strike policy I'm referring to is for lower-level offenses such as flirting, leering, etc. I'm not looking to change that policy. Just want to integrate it with the broader DACT infrastructure.

2.      To answer your question about executing absolute strike standards in real time -- this shouldn't be an issue. The incident types in the RFC are already handle by SIU which actions accounts immediately when a two-strike policy is violated.

3.      I know this is still in the development phase. But, wanted to call out that the phrase "clear and coherent statement" is frequently used throughout. As you work toward completing this standard I think it's going to be very important that this is defined in some way. If it isn't, then I fear that it will result in subjective and inconsistent decision-making. This is probably an area where we can be of service.

CONFIDENTIAL

UBER000030333
UBER_JCCP_MDL_000011517

No need to respond in detail here. I'm going to reserve providing further comment on the RFC at this point and let you all do your thing. But, I'm hoping we'll have the opportunity to provide meaningful comments which can result in policy refinement prior to implementation.

Best,

On Sat, Sep 8, 2018, 4:44 PM Danielle Sheridan <dportugal@uber.com> wrote:
> Hey Cory,
>
> I'll let Valerie and Avi speak to the details of your question. However, I did want to provide a few thoughts in the meantime. Thanks for sending this btw.
>
> - Valerie and Avi are working hard to revamp our sexual assault standard. They are working on making several improvements to the standard and are also working to globalize it. You can see a WIP draft of the standard here. Roger has been involved in this effort as well
>   o I do want to note that you'll notice that some pieces of the standard are intentionally a bit ambiguous. Once we're ready to finalize & socialize the standard, and talk about how we can implement, we can chat more about that. But, in general, given that it'll likely be impossible for standards to account for every single scenario, we're starting to move towards a world where the standard indicates generally what should happen in different scenarios, and then the "process" (i.e. your team!) fills in the gaps (e.g. the standard indicates that the process should "make sure that the user feels heard." what that actually means in practice is up to the Comm Ops team)
>
> - I'd generally prefer not to change any of our current standards right now, as the sexual assault standard is nearly done and should be ready to be reviewed by your team & move toward implementation in the coming weeks. Can you help me understand how urgent this is?
>
> - The issue with moving sexual misconduct to DACT is that we're going to have certain absolute strike standards in place that need to be executed in real-time. I don't have a strong preference re: how we action against strikes, so long as it's done in real-time, is done by highly trained agents, and can handle absolute strikes (as not *everything* warrants a per-trip strike standard). Is DACT capable of doing all of this?
>
> Danielle
>
> On Sat, Sep 8, 2018 at 11:11 AM Cory Freivogel <cory.freivogel@uber.com> wrote:
>> Hi All --
>>
>> I was recently tagged into this c360 which was challenging a three-strike deactivation for sexual misconduct (SM) in a SAFE Jira.
>>
>> I'm reaching out because I'm not sure why we're still manually creating SM Jiras and deactivating drivers for three strikes -- we have a separate IPC policy for that. There are several other concerns I have with this approach including:
>>
>> - It's a logistical mess. Someone has to read the Safe JIRA then create a c360 and know to tag me or the DACT team in order to get the right people on it quickly. People also tend to just comment into the Jira itself which doesn't do anything.
>>
>> - Agents aren't used to reviewing accounts or safety lens for strikes. Even if they were, notes are left inconsistently and safety lens often labels things incorrectly. This is a bad system to rely on for some of our most sensitive safety incidents.

CONFIDENTIAL

UBER000030334
UBER_JCCP_MDL_000011518

P-00218.00005

- There is no "Review Request" process in SAFE and that's what we use to track challenges / deactivations in DACT. It also ensures rapid response from Team Leads who manage the review filter.
- This results in literally hundreds of different agents deactivating drivers with no oversight or visibility. The beauty of DACT is that it's a specialized team with tight management. Front-line agents shouldn't be making deactivation decisions but they're doing so on a regular basis.
- We already have a DACT infrastructure for integrating new policies via SIPs. It was always my understanding that this technical tool simplified the process of moving from contact type to DACT case -- why are we still doing the three-strike thing when we can just automate it?

In short, can we please just put the three-strike sexual misconduct policy into DACT? I strongly believe it needs to be there and that it is worth the effort.

Best,
--
Cory Freivogel
Uber | Program Manager, Critical Support
cory.freivogel@uber.com


--



Danielle Sheridan
US/CAN Central Ops Lead
dportugal@uber.com | uber.com

Avinash Kalbarga
Safety Program Manager
650.440.8090 | kalbarga@uber.com | uber.com


--
Cory Freivogel
Uber | Program Manager, Critical Support
cory.freivogel@uber.com


--

CONFIDENTIAL

UBER000030335
UBER_JCCP_MDL_000011519

P-00218.00006



Danielle Sheridan
US/CAN Central Ops Lead
dportugal@uber.com | uber.com

**Avinash Kalbarga**
Safety Program Manager
650.440.8090 | kalbarga@uber.com | uber.com

--

Cory Freivogel
Uber | Program Manager, Critical Support
cory.freivogel@uber.com

--



Valerie Shuping
Senior Central Operations Manager
valerie.shuping@uber.com | uber.com

--

Avinash Kalbarga
Safety Program Manager
kalbarga@uber.com | uber.com

--

Cory Freivogel
Uber | Program Manager, Critical Support
cory.freivogel@uber.com

CONFIDENTIAL

UBER000030336
UBER_JCCP_MDL_000011520

P-00218.00007