# UBER_JCCP_MDL_000243135

## Metadata

| Field | Value | Type |
|---|---|---|
| Account | cory.freivogel@uber.com | SEMANTIC |
| All Custodians | Freivogel, Cory | SEMANTIC |
| All Paths | Freivogel, Cory: \MassTort_Category3_GMAIL\MassTort_Category3_GMAIL-1.zip\MassTort_Category3_GMAIL--cory.freivogel@uber.com_0.mbox.zip\MassTort_Category3_GMAIL--cory.freivogel@uber.com_0.mbox; Freivogel, Cory: \MassTort_Category3_GMAIL\MassTort_Category3_GMAIL-1.zip\MassTort_Category3_GMAIL--cory.freivogel@uber.com_0.mbox.zip\MassTort_Category3_GMAIL--cory.freivogel@uber.com_0.mbox; Freivogel, Cory: \Multi Custodian Gmail\EDISCO-23472_Gmail-94.zip\EDISCO-23472_Gmail--cory.freivogel@uber.com-Jjb2--.mbox; Freivogel, Cory: \Multi Custodian Gmail\EDISCO-23472_Gmail-94.zip\EDISCO-23472_Gmail--cory.freivogel@uber.com-Jjb2--.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Attachment Names | image.png | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000243135 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 11/10/2020 3:10 am | SEMANTIC |
| Date Modified | 11/10/2020 3:10 am | SEMANTIC |
| End Family | UBER_JCCP_MDL_000243136 | SEMANTIC |
| File Path | \MassTort_Category3_GMAIL\MassTort_Category3_GMAIL-1.zip\MassTort_Category3_GMAIL--cory.freivogel@uber.com_0.mbox.zip\MassTort_Category3_GMAIL--cory.freivogel@uber.com_0.mbox | SEMANTIC |
| File Size | 52404 | SEMANTIC |
| Hash Value | 736d1a679635528ba215c94f30f6704d | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000243135;UBER_JCCP_MDL_000243136 | SEMANTIC |
| ILS Document Date | 11/10/2020 | SEMANTIC |
| ILS Prod Date | 8/30/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL001 | SEMANTIC |
| Other Custodians | Freivogel, Cory | SEMANTIC |
| Primary Date | 11/10/2020 3:10 am | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL001; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 11/10/2020 3:10 am | SEMANTIC |

Trial Exhibit No.
**P-00226**

Message

| | |
|---|---|
| **From:** | Nick Murphy [nick.murphy@uber.com] |
| **Sent:** | 11/10/2020 3:10:02 AM |
| **To:** | Immer Chriswell [immer@uber.com]; Jess Donald [jess.donald@uber.com] |
| **CC:** | Bushra Faiz [bushra.faiz@uber.com]; Arushi Kumar [arushi.kumar@uber.com]; Ruj Gandhi [rujutagandhi@uber.com]; Elymae Cedeno [ecedeno@uber.com] |
| **BCC:** | cory.freivogel@uber.com |
| **Subject:** | Safety Planning '21 (Budget) |
| **Attachments:** | image.png |

*copy Jess*
*'bcc Cory, Robin, Daniel, Matt, Joe*

Hi Immer,

Thanks for your time today to discuss the budget. Per our conversation, this screenshot is all the "Safety" budget items you've received or were modeling forward (outside of COVID HSS and Screenings). My hunch is budget requests might be coming in a variety of ways...

| Safety | Safety report commitments | 8,889 | 8,889 | 8,889 | 8,889 | 8,889 | 8,889 | 8,889 | 8,889 | 8,889 | 80,000 | Jess Donald | Confirm $, and ti |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Safety | Safety report commitments | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 1,333 | 12,000 | Jess Donald | Confirm $, and ti |
| Safety | Safety education, training materials re | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 198,000 | Jess Donald | Confirm $, and ti |
| Compliance | VIN Validation | 0 | 0 | 0 | 0 | 0 | 8,750 | 8,750 | 8,750 | 8,750 | 35,000 | Robin Downing | -- |
| Compliance | External Identity Varification Sources | 22,222 | 22,222 | 22,222 | 22,222 | 22,222 | 22,222 | 22,222 | 22,222 | 22,222 | 200,000 | Caitlin Chicu | Confirm $, and ti |
| Compliance | External Identity Varification Sources | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 30,000 | Caitlin Chicu | Confirm $, and ti |

In terms of "Rides" budget items, here are the four items I discussed with you today (in the format you requested):

1.     RAINN Survivor Fund

o       **Description**: This is a survivor (victim) of a serious interpersonal conflict fund that we have established in conjunction with our 3rd party partner RAINN. This fund gives discretion to RAINN after referrals from our CommOps support to offer additional services (e.g., therapy) for certain serious incident types.

o       **Amount / Quarter of cost: 530k** requested for 2021. Note, this is a "one way door" program that we have piloted in 2020 to test referral and ensure proper processing/handling with RAINN and third party administrators. We will be expanding nationally in Q4 of this year. 530k is a low end estimate based on what we think usage will be; there is a chance this number runs higher, but would suggest we reserve a PO for this much in 2021. PO would be opened in Q1, and progressively tapped into throughout the year. Additional funds might be requested later in the year.

o       Additional <u>Details</u>: POC Bushra Faiz

o       Yes, this was touched upon in the Safety Report in 2019.

o       There is also an Eats ask for 70k.

2.     SA/SM Appropriate Behavior Education

o       **Description**: In 2020, we launched mandatory appropriate behavior education to Drivers across US and Canada. In 2021, we need to extend that to the other side of the equation, Riders.

o       **Amount / Quarter of cost: 80k** in Q1/Q2

o       Additional <u>Details</u>: POC Arushi Kumar

o       Yes, this was touched upon in the Safety Report in 2019.

o       There is no additional ask for Eats as of yet.

3.     Health and Safety Supplies (HSS)

o       **Description**: In continuing our COVID-19 response, we had previously aligned on GB% targets for HSS spend throughout 2021.

- o **Amount / Quarter of cost:** Thru 2021, higher % in H1
- o Additional Details: POC Ruj Gandhi

4. Dashcams

- o **Description**: Drivers who installed dashcam have reduced incident rate across all categories and reduction in dangerous driving is stat sig. With the opportunity here to drive down incidents and insurance/litigation costs too, we want to run a pilot to understand types of models ($ vs $$$) and a scalable distribution model.
- o **Amount / Quarter of cost**: TBD - team is working on iterations to business case; expected EOW
- o Additional Details (coming soon): POC Elymae Cedeno

Thanks,
Nick

**Nick Murphy**
US&C Personal Safety & Health Operations

