## UBER_JCCP_MDL_000418750

## Metadata

| | | |
|---|---|---|
| **#Author** | dportugal@uber.com | SEMANTIC |
| **#Date Modified** | 10/08/2020 | SEMANTIC |
| **#DateCreated** | 06/20/2018 | SEMANTIC |
| **#Title** | Safety & Standards Strategy Brief (Personal Safety Supplement) June 2018 | SEMANTIC |
| **Account** | bushra.faiz@uber.com | SEMANTIC |
| **All Custodians** | Faiz, Bushra;Freivogel, Cory;Muehrcke, Susan;Sheridan, Danielle;Shuping, Valerie | SEMANTIC |
| **All Paths** | Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_84.zip; Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_84.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_31.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_31.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_5.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_5.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_6.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_6.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_24.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_24.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_31.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_6.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_6.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com_1.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_1.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000418750 | SEMANTIC |
| **Collaborators** | smuehrcke@uber.com; cory.freivogel@uber.com; margalit@uber.com; seong.h.y@uber.com; akankshu@uber.com; bmora@uber.com; dirk.reinhardt@uber.com; bushra.faiz@uber.com; arushi.kumar@uber.com; valerie.shuping@uber.com; rebecca.payne@uber.com; nick.murphy@uber.com; teja.vadlamudi@uber.com; rujutagandhi@uber.com; jess.donald@uber.com; jmani@uber.com; sjeon@uber.com; mattj@uber.com; jess.donald-all-staff@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 06/20/2018 2:08 pm | SEMANTIC |
| **Date Modified** | 10/08/2020 7:18 pm | SEMANTIC |
| **DocID** | 1WX8bzc9SGba18dmUIMZC9An4iZwjBwF3VhLUAXUgx74 | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000418750 | SEMANTIC |
| **File Path** | \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_84.zip | SEMANTIC |
| **File Size** | 2496919 | SEMANTIC |
| **Filename** | Safety & Standards Strategy Brief (Personal S_1WX8bzc9SGba18dmUIMZC9An4iZwjBwF3VhLUAXUgx74.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000418750 | SEMANTIC |
| **ILS Document Date** | 10/08/2020 | SEMANTIC |
| **ILS Prod Date** | 10/26/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL031 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000267829; UBER_JCCP_MDL_000302045; UBER_JCCP_MDL_000392003; UBER_JCCP_MDL_001250423; UBER_JCCP_MDL_001352794; UBER_JCCP_MDL_001352796; UBER_JCCP_MDL_001352797; UBER_JCCP_MDL_001352798; UBER_JCCP_MDL_001352819; UBER_JCCP_MDL_001352820; UBER_JCCP_MDL_001352821; UBER_JCCP_MDL_004585782; UBER_JCCP_MDL_004883606; UBER_JCCP_MDL_005019350; UBER_JCCP_MDL_005022856; UBER_JCCP_MDL_005022875 | SEMANTIC |
| **Other Custodians** | Freivogel, Cory;Sheridan, Danielle;Muerhcke, Susan;Shuping, Valerie;Faiz, Bushra | SEMANTIC |


Trial Exhibit No.
P-00260

| Primary Date | 06/20/2018 2:08 pm | DOC_TYPE_ALIAS |
|---|---|---|
| Production Volume | JCCP_MDL006;JCCP_MDL031; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 10/08/2020 7:18 pm | SEMANTIC |
| SourceHash | adfcbfbe01165d3ff960febae7a40dbe | SEMANTIC |



Background & Problem Definition

Sexual assaults are one of the most horrific and infuriating types of incidents that can occur on the Uber platform. While there are most certainly reporting trends & categorization differences across mega-region that influence these metrics, the issue is generally more pronounced in US&C vs. other mega-regions.



*Notes: JIRA and Bliss tickets, de-duped by trip. Rates from representative week of 5/28/2018*

ATTORNEY-CLIENT PRIVILEGED - DO NOT CITE OR CIRCULATE



Week of 5/28 Sexual Assault incident rate per million trips based on Bliss and JIRA tickets:
US & CAN - 11.2
LATAM - 10.4
EMEA - 5.5
India - 2.0

To address this issue, our team has approached this in three-parts: (1) risk profile of the driver, (2) risk profile of the rider, and (3) the circumstances of the trip that make it higher-risk.



ATTORNEY-CLIENT PRIVILEGED - DO NOT CITE OR CIRCULATE

(1) Risk Profile of Driver



**What can we do to *detect* and *action against (e.g. deactivation)* drivers who we believe are higher risk of getting into one of these incidents?**

Example Dig Areas:

*Standard-Related Work:*
- Deactivating drivers with an anomalous number of interpersonal conflict related tickets
- Continuing to optimize our sexual misconduct related standards

Status: Completed (and still ongoing)

*Non Standard-Related Work:*
- Cancellation rate by gender
- Feedback tags given by users (esp by gender)
- Rating by gender

Status: In Progress

Risk Profile of Users

(1) Driver

(2) Rider

(3) Trip Circumstances

ATTORNEY-CLIENT PRIVILEGED - DO NOT CITE OR CIRCULATE

(2) Risk Profile of Rider



**What can we do to *detect* and *action against (e.g. deactivation)* riders who we believe are higher risk of getting into one of these incidents?**

<u>Example Dig Areas:</u>

*Standard-Related Work:*
- Deactivating riders with an anomalous number of interpersonal conflict related tickets
- Continuing to optimize our sexual misconduct related standards

Status: **Completed (and still ongoing)**

*Non Standard-Related Work:*
- Cancellation rate by gender
- Rating by gender
- Star ratings

Status: **Not Started (will be kicking off in H2)**

Risk Profile of Users

(1) Driver

(2) Rider

(3) Trip Circumstances

ATTORNEY-CLIENT PRIVILEGED - DO NOT CITE OR CIRCULATE



## Slide 8

1        Can we get ahead of anomalous behavior via outreach?
         Danielle Sheridan; 6/25/2018 10:22:38 PM

Findings

Data Insights

**Insight #1:** Majority of sexual assault offenders on the Uber platform are male.

### Gender of Alleged Offender of Sexual Assaults
*US P2P incidents occurring May 2017 - May 2018*

| | Gender of **Alleged Offender** | |
|---|---|---|
| | Female | Male |
| L3 Sexual Assaults (13,342 cases) | 14% | **86%** |
| L4 Sexual Assaults (371 cases) | 4% | **96%** |

*Notes: JIRA sexual assault tickets from US P2P trips occurring May 2017 - May 2018. Includes only sexual assaults with inferred gender data (97% of incidents) and those where the alleged offender is the driver or rider (73% of incidents).*

ATTORNEY-CLIENT PRIVILEGED - DO NOT CITE OR CIRCULATE

**Insight #2:** On an absolute basis, the majority of sexual assaults take place between male drivers and female riders. However, on a per trip basis, the issue is most pronounced between female drivers and male riders.

### Sexual Assault Incident Rate by Gender of Driver + Rider

*US P2P incidents occurring May 2017 - May 2018*

For female drivers, rate of sexual assault is **>4x when matched with male** instead of female.

| | Female Drivers | | Male Drivers | |
|---|---|---|---|---|
| | +<br>Female Rider | +<br>Male Rider | +<br>Female Rider | +<br>Male Rider |
| **Rate of Sexual Assaults (Per 1M Trips)** | 8.36 | 38.98 | 13.10 | 7.93 |
| Num of Sexual Assaults | 549 | 3114 | 5476 | 4014 |
| Num of Trips | 66M | 80M | 418M | 506M |

*Notes: Only US P2P trips and incidents occurring May 2017 - May 2018 with inferred gender data (97% coverage in sample). Safety data source: JIRA.*

ATTORNEY-CLIENT PRIVILEGED - DO NOT CITE OR CIRCULATE

**Insight #3:** Sexual assaults are generally concentrated to late-night, weekend hours.



**12-3am** Average Hourly Rate: 55 L3/L4s per 1M trips (2 L4s per 1M trips)

**4am-11pm** Average Hourly Rate: 9 L3/L4s per 1M trips (0.2 L4s per 1M trips)

## Slide 13

| 1 | +valerie.shuping@uber.com |
|---|---|
| | Valerie - This is the cut of data I'm hoping to dig into. Do you have the underlying notebook for this data/graphs that I can peek at?
Teja Vadlamudi; 1/30/2019 5:31:17 PM |
| 2 | +sjeon@uber.com has this
Danielle Sheridan; 1/29/2019 11:19:30 PM |
| 1 | Yes - the screenshot is from Sunny's S-rad deck, but unfortunately I'm not able to grant you access. I did a similar analysis during the Opportunity Analysis project I will send you though!
Valerie Shuping; 1/29/2019 11:51:05 PM |
| 2 | Perfect, thanks! I reached out to Sunny inquiring about this.
Teja Vadlamudi; 1/30/2019 5:31:17 PM |



**Insight #4:** Trips that involve an L3/L4 sexual assault originate within 50m of a bar **more often** than trips that don't involve an incident.

[US] Proportion of Sexual Asaults Originating within 50m of a Bar

*Proportion of US P2P trips with 0 versus 1+ bars within 50 meters of request point.*

Nearly **half** of sexual assaults in the US originated within 50m of a bar.

Bar Count
- 0 Bars
- 1+ Bars

| | L3 Sexual Assault | L4 Sexual Assault | Trips Without Incident |
|---|---|---|---|
| 0 Bars | 59% | 62% | 77% |
| 1+ Bars | 41% | 38% | 23% |

*Notes: 100% sample of sexual assaults (13555 L3 sexual assaults, 382 L4 sexual assaults) and 250k randomly selected trips without sexual assaults (source: JIRA). US P2P occurring March 1 - May 14, 2018.*

Note: Bars were determined by "map_creation.places" table in Hive, which pulls data from Foursquare, as well as a few other external sources

**Slide 14**

---

1          +nick.murphy@uber.com  data refresh for this year?
           _Assigned to Nick Murphy_
           Seongeun Yoon; 10/17/2019 9:58:05 PM

Audit Key Insights
*Full audit [here](here)*

We also conducted an audit to more deeply understand trip-level risk factors that involve sexual assault tickets.

Audit Overview

- We worked in conjunction with Safety & Insurance Data Science to audit 500 serious incidents in the US and Canada from trips between 3/2017 and 2/2018 in order to determine which risk factors (described previously) are most prevalent in L3/L4 Sexual Misconduct

  - 284 Sexual Assault tickets (143 L3; 141 L4)

- Included all Products and Flows except for Eats

- Note that multiple risk factors could be chosen for a single trip, and the same user could be involved in multiple incidents

- Sample size for this audit can generally be considered representative of overall population (+/- 6-7% at 95% conf. interval); however, user-level and gender-level insights may not be



## Riders Alone in Car | Sexual Assault

**2**

A third of Sexual Assault reports are indicated to have a rider who is alone in the vehicle. The majority of these cases involved a male driver as the accused party.

**Findings**

**284** Sexual Assault reports audited

**33% (93)** include a rider who is alone in car

Of those, **69% (64)** have a **male driver** as an accused party

Audited Sexual Assault Reports + Rider Alone by Accused Party



| | Driver | Rider |
|---|---|---|
| Male | 69% | 24% |
| Female | 1% | 4% |

■ Male ■ Female

*The numbers may not tie out to 100% because 1) More than one party can be accused (e.g. rider and driver both accuse each other of physical altercation); or 2) A third party may be the only accused party (e.g. a driver is robbed by pedestrian right after dropoff).*



**3** **Rider in Front Seat | Sexual Assault**
In over 15% of audited Sexual Assault reports, the rider was indicated to be sitting in the front seat

**Findings**

**284** Sexual Assault reports audited

**16% (46)** include trips where the rider is indicated to be sitting in the front seat

Of those, almost **60% (27)** have the **driver** as an accused party

Audited Sexual Assault Reports + Rider in Front Seat by Accused Party

The numbers may not tie out to 100% because 1) More than one party can be accused (e.g. rider and driver both accuse each other of physical altercation); or 2) A third party may be the only accused party (e.g. a driver is robbed by pedestrian right after dropoff).

**Forward-Looking Actions**
Product

## Safety & Insurance "Safety Risk Assessed Dispatch (S-RAD)" Model

3

- **Motivation:**
  - Prevent sexual assaults on the Uber platform.
- **Intervention Design:**
  - Leverage machine learning to flag driver-rider matches with elevated risk and down-rank those matches at the point of dispatch (subject to marketplace constraints).
- **Preliminary Results:**
  - Prediction using machine learning:
    - Can predict >15% of US sexual assaults by flagging 1% of highest risk trips
    - Better at predicting sexual assaults involving female drivers than male drivers

**Slide 21**

| | |
|---|---|
| 3 | verbiage "prevent"<br>Danielle Sheridan; 6/21/2018 10:54:07 PM |
| 1 | Aware Dispatch<br>Akankshu Dhawan; 6/21/2018 10:53:12 PM |

# Next Steps

- Partnering with Safety & Insurance to experiment with this model in 1 US city in Q3 (likely Los Angeles)

- Plan on connecting closely with following business partners to ensure smooth rollout:
  - Central Ops - Marketplace
  - Product - Marketplace
  - Legal
  - Public Affairs

**Forward-Looking Actions**
Ops

## Potential Ops Ideas To Address Trip-Level Risk Factors

4

| Category | Potential Ops Actions |
|---|---|
| Intoxicated Riders | • Provide safety partitions at a discount<br>• Scope in-car interventions (e.g. games, food, water bottle) to distract riders<br>• Work with Safety Marketing team to release pro-tips to drivers on how to best deal with intoxicated riders (i.e. what to do if driver feels as though s/he is potentially in danger) → de-escalation |
| Riders Alone In Car | • Work with Product to determine if we can require riders to indicate # of passengers for non shared rides products; use as input into S-RAD<br>• Loosen POOL match rules during high incident times or areas |
| Rider In Front Seat | • Educate riders that we don't expect them to sit in the front unless necessary. Provide in-app indicators (e.g. "Your car has arrived. Please proceed to the backseat")<br>• Educate drivers that they shouldn't need to use the front seat unless their car is at capacity |
| Other | • Premium upgrades?<br>• Proactive outreach for low-ratings? -> rider & driver<br>• Incentives?<br>• Cameras? -> connect with Product on dashcams<br>• Education? E.g. re-visiting warnings<br>• Not A/H -> 8% (lower bound)<br>• Rider ratings |

**Slide 24**

4          +valerie.shuping@uber.com
           Danielle Sheridan; 7/5/2018 7:49:17 PM

Next Steps

## Next Steps

- Safety Ops to brainstorm Ops-specific action items with relevant Safety & Insurance teams & determine which to prioritize. Implement the ones that we believe will legitimately move the needle

- Safety Ops to support Safety & Insurance on S-RAD (and will incorporate relevant teams as necessary)

- Safety Ops to continue working against driver-level risk factors (to inform future deactivation decisions), as well as rider-level risk factors (H2)