# UBER_JCCP_MDL_000255128

## Metadata

| | | |
|---|---|---|
| **#Author** | teja.vadlamudi@uber.com | SEMANTIC |
| **#Date Modified** | 09/03/2020 | SEMANTIC |
| **#DateCreated** | 10/02/2019 | SEMANTIC |
| **#Title** | 2020 Safety Operations Bottoms Up Planning | SEMANTIC |
| **Account** | cory.freivogel@uber.com; | SEMANTIC |
| **All Custodians** | Freivogel, Cory;Sheridan, Danielle; | SEMANTIC |
| **All Paths** | Freivogel, Cory: \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_38.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_38.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_5.zip; Freivogel, Cory: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_5.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_6.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_6.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_38.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_38.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_6.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_6.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000255128 | SEMANTIC |
| **Collaborators** | spitz@uber.com; markm@uber.com; aash@uber.com; cory.freivogel@uber.com; margalit@uber.com; ecedeno@uber.com; krish.patel@uber.com; dportugal@uber.com; brian.johnson@uber.com; amr@uber.com; nick.murphy@uber.com; vince.stewart@uber.com; rujutagandhi@uber.com; jess.donald@uber.com; jmani@uber.com; mattj@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 10/02/2019 3:59 pm | SEMANTIC |
| **Date Modified** | 09/03/2020 4:33 pm | SEMANTIC |
| **DocID** | 1DFeEBgSFOvYW4ia6cFvDc6f0VEKGkmiiLE0KVw3aGxg | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000255128 | SEMANTIC |
| **File Path** | \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_38.zip | SEMANTIC |
| **File Size** | 23713391 | SEMANTIC |
| **Filename** | 2020 Safety Operations Bottoms Up Planning_1DFeEBgSFOvYW4ia6cFvDc6f0VEKGkmiiLE0KVw3aGxg.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | e6857fa5a02770a70c2431af5a6761ec | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000255128;UBER_JCCP_MDL_000255128.0001;UBER_JCCP_MDL_000255128.0002;UBER_JCCP_MDL_000255128.0003;UBER_JCCP_MDL_000255128.0004;UBER_JCCP_MDL_000255128.0005;UBER_JCCP_MDL_000255128.0006;UBER_JCCP_MDL_000255128.0007;UBER_JCCP_MDL_000255128.0008;UBER_JCCP_MDL_000255128.0009;UBER_JCCP_MDL_000255128.0010;UBER_JCCP_MDL_000255128.0011;UBER_JCCP_MDL_000255128.0012;UBER_JCCP_MDL_000255128.0013;UBER_JCCP_MDL_000255128.0014;UBER_JCCP_MDL_000255128.0015;UBER_JCCP_MDL_000255128.0016;UBER_JCCP_MDL_000255128.0017;UBER_JCCP_MDL_000255128.0018;UBER_JCCP_MDL_000255128.0019;UBER_JCCP_MDL_000255128.0020;UBER_JCCP_MDL_000255128.0021;UBER_JCCP_MDL_000255128.0022;UBER_JCCP_MDL_000255128.0023;UBER_JCCP_MDL_000255128.0024;UBER_JCCP_MDL_000255128.0025;UBER_JCCP_MDL_000255128.0026;UBER_JCCP_MDL_000255128.0027;UBER_JCCP_MDL_000255128.0028;UBER_JCCP_MDL_000255128.0029;UBER_JCCP_MDL_000255128.0030;UBER_JCCP_MDL_000255128.0031;UBER_JCCP_MDL_000255128.0032;UBER_JCCP_MDL_000255128.0033;UBER_JCCP_MDL_000255128.0034;UBER_JCCP_MDL_000255128.0035;UBER_JCCP_MDL_000255128.0036;UBER_JCCP_MDL_000255128.0037;UBER_JCCP_MDL_000255128.0038;UBER_JCCP_MDL_000255128.0039;UBER_JCCP_MDL_000255128.0040;UBER_JCCP_MDL_000255128.0041;UBER_JCCP_MDL_000255128.0042;UBER_JCCP_MDL_000255128.0043;UBER_JCCP_MDL_000255128.0044;UBER_JCCP_MDL_000255128.0045;UBER_JCCP_MDL_000255128.0046;UBER_JCCP_MDL_000255128.0047;UBER_JCCP_MDL_000255128.0048;UBER_JCCP_MDL_000255128.0049;UBER_JCCP_MDL_000255128.0050;UBER_JCCP_MDL_000255128.0051;UBER_JCCP_MDL_000255128.0052;UBER_JCCP_MDL_000255128.0053;UBER_JCCP_MDL_000255128.0054;UBER_JCCP_MDL_000255128.0055;UBER_JCCP_MDL_000255128.0056;UBER_JCCP_MDL_000255128.0057;UBER_JCCP_MDL_000255128.0058;UBER_JCCP_MDL_000255128.0059;UBER_JCCP_MDL_000255128.0060;UBER_JCCP_MDL_000255128.0061;UBER_JCCP_MDL_000255128.0062;UBER_JCCP_MDL_000255128.0063;UBER_JCCP_MDL_000255128.0064;UBER_JCCP_ | SEMANTIC |

Trial Exhibit No.
**P-00266**

| | MDL_000255128.0065;UBER_JCCP_MDL_000255128.0066;UBER_JCCP_MDL_000255128.0067;UBER_JCCP_MDL_000255128.0068;UBER_JCCP_MDL_000255128.0069;UBER_JCCP_MDL_000255128.0070;UBER_JCCP_MDL_000255128.0071;UBER_JCCP_MDL_000255128.0072;UBER_JCCP_MDL_000255128.0073;UBER_JCCP_MDL_000255128.0074;UBER_JCCP_MDL_000255128.0075;UBER_JCCP_MDL_000255128.0076;UBER_JCCP_MDL_000255128.0077 | |
|---|---|---|
| **ILS Document Date** | 09/03/2020 | SEMANTIC |
| **ILS Prod Date** | 12/24/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL058 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000308200; UBER_JCCP_MDL_002450070; UBER_JCCP_MDL_005018378; UBER_JCCP_MDL_005018390; UBER_JCCP_MDL_005018937 | SEMANTIC |
| **Other Custodians** | Freivogel, Cory;Sheridan, Danielle; | SEMANTIC |
| **Primary Date** | 10/02/2019 3:59 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL001;JCCP_MDL058; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 09/03/2020 4:33 pm | SEMANTIC |
| **SourceHash** | f59269c26d54d55920cfc1e21622f75a | SEMANTIC |

# 2020 Safety Ops Bottoms Up Planning

# US&C Safety Operations

Central Ops: Danielle Sheridan, Nick Murphy, Tyler Spitz
Safety Marketing:
Safety & Insurance:
CommOps: Greg Brown
Legal + Public Affairs:

# Uber

CONFIDENTIAL

UBER_JCCP_MDL_000255128

Slide 1 Notes

US&C Planning Insights from S&P:
https://docs.google.com/presentation/d/1JjZvMVS1g91A1pxhAlLYDqfzAB6RN4z6fwBqjSLl5eo/edit#slide=id.g5e71939964_0_0

# RAPID decision framework



| What's the decision? | US&C Safety Operations | Safety & Insurance | Safety Marketing | Legal/Policy | CommOps | Ops Leadership |
|---|---|---|---|---|---|---|
| What are US&C Safety Operations priorities going into 2020? | R D | I | I | A | I | A |

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0002

# Strategic Context, Opportunities, Challenges

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0003

## Slide 3 Notes

Thank you

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0004

P-00266.00007

# Safety As a Top Priority for Uber

In 2019, we chose to extend Safety as one of the company's top priorities. This was driven by four key reasons:



**Business Legitimacy**

- Insurance regulatory requirements
- Safety is functional 'table-stakes' in the transportation industry



**Brand Stability**

- Customer sentiment
- Media and regulatory scrutiny



**Future Competitive Advantage**

- Driver supply
- Rider demand
- Expansion into new services



**Cost Structure**

- ~$3B annual insurance costs (and rising)

CONFIDENTIAL

P-00266.00008

UBER_JCCP_MDL_000255128.0005

## Slide 4 Notes

Externally, we should say that safety is "one of our top priorities" rather than our #1 priority.

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0006

# Our safety team responds to diverse reports of serious incidents

| Media Headlines |
|---|

**After Surviving an Assault Mid-Ride, Uber Driver Suffers Heart Attack**

**Uber driver, passenger killed by man high on PCP in Prince George's County, police say**

**Teen girl shot accidentally by Uber driver while riding as his passenger**
Uber driver's gun accidentally goes off, shooting passenger in foot

| 2019 Rider & Driver Impact1 |
|---|

## 6.7K

Serious crashes YTD[2]

## 16K

Riders & Drivers involved in
Serious Interpersonal Conflicts[3]

1. *Data is for YTD September 2019 on US&C Rides trips*
2. *Data only includes L3/L4 JIRA tickets*
3. *Includes Sexual Assault, serious Sexual Misconduct, Physical Altercations and Thefts with Injuries, and Physical Stalking. Counts distinct reporters from JIRA tickets*

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0007

P-00266.00010

# Safety also has a significant tangible economic impact on the business



**_Financial Impact:_ Insurance**

**US Insurance Cost Trend**



**_Business/Trip Impact:_ Safety Sentiment**

**_Incremental Trip Impact if Customers Believe that Uber is "Committed to Safety"[1]_**

## **1.5M** Monthly **_Rider_** Trips

## **2.0M** Monthly **_Driver_** Trips

1.  This reflects customers who believe _"Uber is safe"_, but do not believe _"Uber is committed to safety"_.

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0008

# Over the past few years, we've been successful in improving the distribution of miles



CONFIDENTIAL

UBER_JCCP_MDL_000255128.0009

**Slide 7 Notes**

https://docs.google.com/spreadsheets/d/1xBQLSOiDhQs42F8v2NIBWMGDNCdbCdzPLi0TdjlXBJo/edit#gid=0

# Much of this improvement has been achieved through partner offboarding. However...

There will be **fewer opportunities for ROI-positive driver deactivations in 2020** because:

- The riskiest partners have already been offboarded

- Supply constraints lead to CPISH being greater than commensurate insurance savings

As a result, we need to focus on **motivating safe driving behavior** and **generating new insights to better identify our highest-risk drivers**

CONFIDENTIAL

P-00266.00014

UBER_JCCP_MDL_000255128.0011

**2020 Priorities & Projects**

# Insight: About 52% of deactivation JIRAs result in no action

In support of OKR(s):
**Reducing Crash Frequency & Severity**

Our residual rate is the rate at which partners get flagged for deactivation within JIRA but, upon agent review of each ticket against our standard, **partners are not deactivated and remain active.**

*Currently, the weighted average residual rate is ~52% across safety standards, which proves that process inefficiencies and/or standard issues exist that we must address.*



CONFIDENTIAL

P-00266.00015

UBER_JCCP_MDL_000255128.0012

Slide 9 Notes

https://docs.google.com/spreadsheets/d/1HCkXU04zHWH7eLZrbENV3b--rrsI-2vpgxlWBYj5m18/edit?usp=sharing

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0013

# Insight: Supply hours lost through off-boarding exceed commensurate insurance savings

..............................................................

In support of OKR(s):
**Reducing Crash Frequency & Severity**

*Offboarding dangerous drivers has been an effective tool, but **further leveraging deactivations to improve quality is more difficult in 2020 and beyond***

- **Serious crashes declined by ~8%** in 2018 as a result of increasing deactivations
- Tightening thresholds reduces supply hours and further leveraging deactivation comes at a cost greater than the savings at **-$8.07 per supply hour**



1. *Data from Louisiana, Nevada, Florida, Michigan, California*
2. *Hourly Insurance Savings calculated based on differential between insurance cost for partners rated below 4.7 vs. average insurance cost for entire population*

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0014

**Slide 10 Notes**

https://docs.google.com/spreadsheets/d/1erc1hLZa7B7MDfsgM34uah-7Z84bM4hWLIGJ6QKYfdk/edit?usp=sharing

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0015

# Insight: Dashcams show positive trends in incident reduction

..................................................................

In support of OKR(s):
**Reducing Crash Frequency & Severity**

In late 2018, Uber launched a dashcam pilot with the intention of determining whether these devices could improve safety and insurance costs. Initial results from the pilot found that **46% of riders felt safer with the dashcam.**

The team worked to further scale the pilot during 2019, resulting in the installation of **~1,800 dashcams.** *While the collected data is not statistically significant, it shows positive trends in incident reduction and no impact on rider cancellation rates.*





CONFIDENTIAL

P-00266.00019

UBER_JCCP_MDL_000255128.0016

# Insight: Commercial insurance could reduce Uber's insurance exposure

In support of OKR(s):
**Reduce Insurance Costs**

Our competitor has designed and launched a robust program (*SS 1*) to get drivers to sign up for Commercial Rideshare Insurance. Based on our research, **this program shifts risk to drivers through increased premiums** compared to personal insurance (*SS 2*).

*While we do not believe this program makes sense for drivers, there may exist some program that we can and should implement.*



Slide 12 Notes

https://docs.google.com/presentation/d/1_xYaI4kW7Nheq-A6z07jrVpulpzrlIKU2yBjORRhTQU/edit#slide=id.g5acfdc1308_0_42
https://www.lyft.com/driver/insurance
https://therideshareguy.com/lyft-geico-insurance/

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0018

# **Insight:** Compared to traditional P2P partners, VS partners carry 45% more risk

In support of OKR(s):
**Reducing Crash Frequency & Severity**

Our **vehicle solutions partners pose a ~45% higher risk premium** on average due to differences in crash frequency compared to partners that drive with Uber outside of our vehicle solutions programs.

*Given the Vehicles team wants to expand the vehicle solutions business to 10% or more of miles in the US,* **we need to make sure the program grows safely and sustainably.**

### *Incremental Increase to crash Frequency*



1. *Based on historical actuarial study done by the Safety & Insurance team and may be updated in the future.*

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0019

Slide 13 Notes

https://docs.google.com/presentation/d/1_xYaI4kW7Nheq-A6z07jrVpulpzrlIKU2yBjORRhTQU/edit#slide=id.g5acfdc1308_0_42
https://www.lyft.com/driver/insurance
https://therideshareguy.com/lyft-geico-insurance/

CONFIDENTIAL

P-00266.00023

UBER_JCCP_MDL_000255128.0020

# Insight: Millions of dollars in GB are lost annually due to waitlisting partners

In support of OKR(s):
**Crash & Incident
Response and Experience**

Given the risk associated with incorrectly responding to suspected impaired driving allegations, partners are immediately waitlisted and investigated. **While beneficial for safety, these precautions can be detrimental to the partner experience.**

An analysis found that, in 2019, partners were waitlisted and subsequently reactivated following an allegation of suspected impaired driving 88K times. *This equates to an annual loss of 421K supply hours and $10.4M in gross bookings.*



Driver Activity Before and After Waitlist by Pre-waitlist Activity

**Slide 14 Notes**

https://docs.google.com/spreadsheets/d/1EWH3b9LXvhEvURSUFMNWPLYKSmgyOzt7XVWLd_O32nM/edit?usp=sharing

Privileged & Confidential

# Safety of women drivers is lagging behind riders and male drivers...

## *Sexual Violence by User & Gender*

To Update

**Women continue to be more at-risk than men on the platform, particularly female drivers.**

...which impacts our ability to grow our female driver base in a meaningful way.

Case 3:23-md-03084-CRB    Document 3280-12    Filed 02/17/25    Page 27 of 80

Privileged & Confidential

**TAM & Compl. Trips by User & Gender**

To Update

Almost 60% of women driver prospects indicate they would avoid
giving trips due to concerns around sexual harassment or
assault, compared with less than 30% of male driver prospects

Privileged & Confidential

# In 2019, we improved riders' and drivers' safety sentiment by improving awareness of features

To Update

UBER_JCCP_MDL_000255128.0025

Privileged & Confidential

# Sexual assault incidents will be more visible with the 2019 Transparency Report.

*It's critical we prepare for the Transparency Report to be released in 2019, which will….*

- Publish Uber's sexual assault, serious crash, and crime numbers

- Use updated taxonomy created in partnership with the NSVRC

- Invite scrutiny into our internal policies and procedures

---

**Tony West** to team ⦙                                    May 15

Team,

I'm proud to share some changes we're making that demonstrate Uber's commitment to safety and our values as a company.

We've talked a lot about how Uber reflects the complexity and diversity of the society in which we operate —both good and bad—and that reality arms us with a special responsibility to enhance the safety of our platform whenever and however we can. Part of that is recognizing that we can't make Uber safer without also dealing directly with the problem of sexual violence. While not an Uber-only issue, it is critical that we're part of the solution, so we're announcing some big changes today:

- First, we will no longer require mandatory arbitration for individual claims of sexual assault or sexual harassment by Uber riders, drivers or employees.

- Second, survivors will now have the option to settle their claims with Uber without a confidentiality provision that prevents them from speaking about the facts of the sexual assault or sexual harassment they suffered.

- Finally, we will commit to publishing a safety transparency report that will include data on sexual assaults and other incidents that occur on the Uber platform. We also hope to open-source our taxonomy and methodology, developed in partnership with experts, so others in the travel and transportation industry to take this step, too.

You can see more details below in the blog I'll be posting soon. Our hope is that by taking these steps, we will help drive progress on these issues and encourage others to be part of the solution, too.

Honestly, this wasn't an easy or uncomplicated decision and it's one that surely will come at some financial cost. And there will be some who will criticize us for not going far enough. But I'm proud of the steps we're taking today because We Do The Right Thing, and ultimately, this is unquestionably the right thing to do.

---

# Key Driving & Personal Safety Themes & OKRs

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0027

## Slide 19 Notes

Thank you

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0028

# 2019: Driving Safety Scorecard

| 3 | OKR | Priority | Objective and Overall Status | | Key Result | |
|---|---|---|---|---|---|---|
| | **Reducing Crash Frequency & Severity** | P0 | Improve the safety of drivers and riders while in vehicles on the platform | | Reduce the rate of Serious crashes on the platform by 5% from 2018 to 2019 | ? |
| | | | | | Incorporate feedback into our deactivations or messages | |
| | | | | | Fully scale phone mount distribution to 100% of new partners | |
| | **Crash & Incident Response and Experience** | P1 | Deliver best-in-class support experience to our customers | | Reduce fraudulent deactivations by 50% from 2018 levels | |
| | | | | | Refresh all safety standards over 2019 | |
| | **Reduce Insurance Costs** | P0 | Improve Uber's insurance cost position to power overall cost leadership | | Deliver fixes on insurance contract compliance for cross dispatch and UM/UIM | |
| | | | | | Determined no change to our deductible structure for Q1 2020 | |
| | **Safety Data Management & Preparing For Upcoming Transparency Report** | P1 | Ensure accurate reporting of our key metrics, deliver meaningful & actionable data insights on crashes/incidents | | Re-classification of historical tickets to updated taxonomy | |
| | | | | | Present accurate, consistent data through Transparency Report | |

● = On-track  ● = At risk  ● = Off-track  ● = Not Started

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0029

P-00266.00032

## Slide 20 Notes

US&C Planning Notes:
- Leader on cost structure > insurance costs decreasing is extremely important
- Supply issues: largest cities are projected not to have sufficient supply and we haven't grown core/peak supply since early 2019
- Competition has improved cost structure while drivers' costs are rising
- Cannot and should not focus on increasing take rate

## Slide 20 Comments

1      +jmani@uber.com +krish.patel@uber.com I think we can comfortably put this as red but wanted to make sure you agree Joe and flag to Krish who will be digging on crash trends with Ruj
       *Tyler Spitz,  11/1/2019 07:00 PM*

2      Do you think it is possible to validate this by next week?
       *Tyler Spitz,  10/23/2019 09:56 PM*

3      +spitz@uber.com I spoke with +jmani@uber.com and he said he can rerun the numbers by next week
       *Krish Patel,  10/23/2019 10:07 PM*

UBER_JCCP_MDL_000255128.0030

**2019 OKRs**

# 2019: Personal Safety Scorecard

| | | Objective | | Key Result | |
|---|---|---|---|---|---|
| **Reducing Rate of Sexual Assault Incidents** | **P0** | Improve the safety of drivers and riders while in vehicles on the platform | | Reduce incident rate of Sexual Assaults by 10% from 2018 | 🟨 |
| | | | | Launch rider ratings process | 🟩 |
| | | | | Advocate or support most impactful safety products | 🟩 |
| **Incident Response and Experience** | **P1** | Deliver best-in-class support experience to our customers | | Refresh all safety standards over 2019 | 🟩 |
| **Improving Safety Sentiment** | **P1** | Position Uber as the category leader in user (Driver+Rider) safety | | Awareness of the most effective and impactful safety features | 🟥 |
| | | | | Education of Community Guidelines & Safety Policies | 🟩 |
| | | | | Land new products and positions | 🟨 |
| **Safety Data Management & Preparing For Upcoming Transparency Report** | **P0** | Ensure accurate reporting of our key metrics, deliver meaningful & actionable data insights on crashes/incidents | | Re-classification of historical tickets to updated taxonomy | 🟩 |
| | | | | Present accurate, consistent data through Transparency Report | 🟩 |

🟢 = On-track   🟡 = At risk   🔴 = Off-track   ⚪ = Not Started

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0031

## Slide 21 Notes

Bushra to present

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0032

**2020 OKRs**

# 2020: *both* Personal and Driving Safety



**Reducing Crash Frequency & Severity**

*Launch initiatives to reduce crash frequency and severity on the platform. This includes mitigating crash risk during the launch of new ventures on the platform.*



**Reducing Rate of Sexual Assault Incidents**

*Launch initiatives to reduce sexual assaults on the platform. This includes mitigating sexual assault risk during the launch of new ventures on the platform.*



**Reduce Insurance Costs**

*Launch and support implementation of initiatives that reduce the cost of insurance on the platform.*

9

**Crash & Incident Response and Experience**

*Review and improve Uber's response to crashes and incidents, ensuring an optimal experience is provided to our customers.*

**Improving Safety Sentiment**

*Advocate for initiatives that improve Safety Sentiment among our riders & drivers and ensure that our customers are aware of Uber's safety features.*

7

**Safety Data Management & Preparing For Upcoming Transparency Report**

*Restore safety data integrity, track key metrics closely and develop meaningful insights about crashes and incidents on the platform. Working to prepare for upcoming release of Transparency Report.*

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0033

## Slide 22 Notes

See PS deck here: https://docs.google.com/presentation/d/1Lhrj9i3YwCRYZopKy8VYQny-EqtoaHeU_cPRwtGZCCQ/edit#slide=id.g5a87749b7c_0_305

## Slide 22 Comments

1    Will need to adjust to reflect 2020 priorities
*Teja Vadlamudi, 10/17/2019 09:52 PM*

2    FYI - adjusted all mentions of accident to crash.

    I believe reducing crash frequency/severity and reduce insurance costs should both remain
*Tyler Spitz, 10/11/2019 04:23 PM*

3    I think we may want to make sure we are playing towards the key strategic themes here. We mostly do that and won't change course but an explicit connection would be good. I think we connect mostly to cost leadership (crash and insurance reduction) and sophisticated segmentation (experience, sentiment, reducing incidents). +dportugal@uber.com +nick.murphy@uber.com would appreciate your thoughts here

    https://docs.google.com/presentation/d/1JjZvMVS1g91A1pxhAlLYDqfzAB6RN4z6fwBqjSLl5eo/edit#slide=id.g621a378e7b_0_5099
*Tyler Spitz, 10/14/2019 02:40 PM*

CONFIDENTIAL
UBER_JCCP_MDL_000255128.0034

Slide 22 Comments (Continued)

4        Let's discuss further in person. We should try our best to ladder these up to the strategic themes, but it's ok if it's not 1:1.  I'd rather you have big rocks that are really clear / easy for you and your team to understand, vs. trying to force fit these into themes that resonate.

The reality is that the entire Safety Ops team is in service of reducing costs (Leadership on Cost Structure) and Brand Reputation (not a part of our overall strategic themes, but a huge area of focus for the company). So, i'm not worried about our team's overall linkage to the strategy.
*Danielle Sheridan,  10/14/2019 02:48 PM*

5        Got it, I agree we support those two things and there is no question on the importance of safety so no problem keeping as is on this.
*Tyler Spitz,  10/17/2019 09:52 PM*

6        I think we should update this OKR and talk more about product and safety metric monitoring and flagging for issues
*Tyler Spitz,  10/15/2019 07:05 PM*

7        Definitely. This is one remnant from 2019 that won't carry over well. If anything, impact of transparency report should go under 'Improving Safety Sentiment'. Agreed - given the work around product monitoring, that's definitely a good one to add.

cc: +nick.murphy@uber.com
*Teja Vadlamudi,  10/15/2019 07:05 PM*

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0035

Slide 22 Comments (Continued)

8          Historically, I don't believe we have put enough focus on this to be an OKR. I think we need to double down or change this one.
           *Tyler Spitz,  10/14/2019 02:49 PM*

9          I do think it has to be a focus area for the *company*. I wonder if we have Comm ops lead the planning on this one, but we present it together (i.e. in this deck). We should also give our thoughts on whether we think those focus areas are the right thing, and will need to stay close as things come together.
           *Danielle Sheridan,  10/14/2019 02:49 PM*

UBER_JCCP_MDL_000255128.0036

**2020 OKRs**

# 2020: Driving Safety OKRs

**Reducing Crash Frequency & Severity**

*Objective: Improve the safety of drivers and riders while in vehicles on the platform*
*Key Result: Reduce Serious Crash Rate by 5% from 2019*
*Key Result: Operationalize Telematics*
*Key Result: Advocate or support most impactful safety products*

**Crash & Incident Response and Experience**



*Objective: Deliver best-in-class support experience to our customers*
*Key Result: Refresh all driving safety standards over 2020*

**Reduce Insurance Costs**



*Objective: Improve Uber's insurance cost position to power overall cost leadership*
*Key Result: Reduce insurance cost/mile by 5% from 2019*
*Key Result: Re-visit and optimize all of Uber's insurance coverage (e.g. deductibles, UM/UIM)*

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0037

## Slide 23 Notes

Bushra to present

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0038

**2020 OKRs**

# 2020: Personal Safety OKRs

**Reducing Rate of Sexual Assault Incidents**

*Objective: Improve the safety of drivers and riders while in vehicles on the platform*
Key Result: Reduce incident rate of Sexual Assaults by 10% from 2018
Key Result: Launch rider ratings process
Key Result: Advocate or support most impactful safety products



**Incident Response and Experience**

*Objective: Deliver best-in-class support experience to our customers*
Key Result: Refresh all safety standards over 2019

**Improving Safety Sentiment**

*Objective: Position Uber as the category leader in user (Driver+Rider) safety*
Key Result: Awareness of the most effective and impactful safety features
Key Result: Education of Community Guidelines & Safety Policies
Key Result: Land new products and positions



**Safety Data Management & Preparing For Upcoming Transparency Report**

*Objective: Ensure accurate reporting of our key metrics, deliver meaningful & actionable data insights on crashes/incidents*
Key Result: Re-classification of historical tickets to updated taxonomy
Key Result: Present accurate, consistent data through Transparency Report

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0039

## Slide 24 Notes

Bushra to present

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0040

*Privileged & Confidential*

# Out-of-Scope Areas for 2020 US&C Safety Operations



# Initiatives, Projects & KPIs

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0042

## Slide 26 Notes

Thank you

CONFIDENTIAL

Privileged & Confidential

# 2020 Key US&C Driving Safety Operations Initiatives

## Priority / Theme



**Reducing Crash Frequency & Severity**

*Launch initiatives to reduce crash frequency and severity on the platform. This includes mitigating crash risk during the launch of new ventures on the platform.*

## Key Initiatives

| Change Driver Behavior | Vehicle Solutions Safety | Standard Optimization |
|---|---|---|
| **FUNDED** | **FUNDED** | **FUNDED** |
| ***Experiment with messaging and incentives to understand how we can improve safe driving behavior*** | ***Improve VS driver safety through various initiatives*** | ***Improve process efficiency related to driver deactivations*** |
| Key projects:<br>- Telematics<br>- Education<br>- Pricing with Safety Considerations<br>- Dashcams<br>- Feedback Tags<br>- Deactivation and Report Notifications | Key projects:<br>- Rating Threshold Changes<br>- Minimum Age<br>- Phone Mounts<br>- Reassess Credit Decision<br>- Safety Incentives | Key projects:<br>- Crash-only Deactivation Policy<br>- DD Thresholds<br>- Rating Thresholds (Summer/H2)<br>- Addressing Residual Rate |
| Success will mean reducing serious crashes while monitoring tradeoffs with marketplace metrics | Success will mean reducing the US&C insurance cost exposure and serious crashes for the VS business while monitoring tradeoffs with marketplace metrics | Success will mean reducing serious crashes while monitoring tradeoffs with marketplace metrics and driver experience |

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0044

*Privileged & Confidential*

# Change Driver Behavior

## Priority / Theme



**Reducing Crash Frequency & Severity**

*Launch initiatives to reduce crash frequency and severity on the platform. This includes mitigating crash risk during the launch of new ventures on the platform.*

## Project List

1

| Project Name | Description & Rationale | Owner + Key Partners | KPIs |
|---|---|---|---|
| **Telematics** | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Product<br>**Key Partners:** Data Science, Product, CommOps, Legal, Policy | DD tickets, crash rate, avg driver rating, feedback CSAT |
| **Education**<br>*(continuation from '19)* | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Product<br>**Key Partners:** Product, Legal, Shipments | DD tickets, crash rate, avg driver rating, education adoption rate |
| **Insurance Pricing/Booking Fee**<br>*(continuation from '19)* | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Marketplace<br>**Key Partners:** Econ, Data Science, Product, Legal, CommOps | Insurance cost/mile or trip, Avg driver rating, core/peak supply hours, CPISH/incentive budget |

## Slide 28 Comments

1       +spitz@uber.com In parallel with this education RFC, the electronic driver onboarding handbook can be another good education initiative. We should push marketing to move this online and add education/rating/safety content.
        *Ruj Gandhi,  10/21/2019 06:10 PM*

Privileged & Confidential

# Change Driver Behavior (cont.)

## Priority / Theme



**Reducing Crash Frequency & Severity**

*Launch initiatives to reduce crash frequency and severity on the platform. This includes mitigating crash risk during the launch of new ventures on the platform.*

## Project List

| Project Name | Description & Rationale | Owner + Key Partners | KPIs |
|---|---|---|---|
| **Dashcams** (continuation from '19) | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Product **Key Partners:** Data Science, CommOps, Legal, Policy | DD tickets, crash rate, IPC rate, avg driver rating |
| **Feedback Tags** | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Product **Key Partners:** CommOps, CRM, Data Science, Legal | % of trips rated, DD tickets, avg driver rating, crash rate |
| **Deactivation and Report Notifications** (continuation from '19) | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Product **Key Partners:** CommOps, CRM, Data Science, Legal | Deactivation rate, DD tickets, avg driver rating, crash rate |
| **New Ventures** | In 2020, our team needs to get creative in how we think about changing driver behavior and making the roads safer. We want to leave space open in our roadmap for new ventures, experiments, and product solutions. | **Owner:** Driving Safety **Key Partners:** Many | Crash rate, DD tickets |

UBER_JCCP_MDL_000255128.0047

## Slide 29 Comments

1       We should monitor the effect of the change. More specifically, we are requiring feedback tags if the rating is <5. There are three potential unintended outcomes of this scenario: 1) riders rate fewer trips 2) riders give a 5 to avoid having to give feedback 3)  riders click "other" as their feedback tag.
*Ruj Gandhi,  10/21/2019 06:08 PM*

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0048

Privileged & Confidential

# Vehicle Solutions Safety

## Priority / Theme



**Reducing Crash Frequency & Severity**

*Launch initiatives to reduce crash frequency and severity on the platform. This includes mitigating crash risk during the launch of new ventures on the platform.*

## Project List

| Project Name | Description & Rationale | Owner + Key Partners | KPIs |
|---|---|---|---|
| **Rating Threshold Changes** *(continuation from '19)* | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Vehicles **Key Partners:** Data Science, Legal | Avg driver rating, risk index, crash rate, core/peak supply hours |
| **Minimum Age** | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Vehicles **Key Partners:** Data Science, Legal | Risk index, crash rate |
| **Phone Mounts** *(continuation from '19)* | We want to work with our internal stakeholders and external vendors to understand the best way to get phone mounts in every vehicle. | **Owner:** Driving Safety/Vehicles **Key Partners:** Finance, Third parties, Data Science | DD tickets, avg driver rating, mounting behavior |
| **Reassess Credit Decision** | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Vehicles **Key Partners:** Data Science, Legal | Crash rate, risk index |

UBER_JCCP_MDL_000255128.0049

P-00266.00052

Privileged & Confidential

# Standard Optimization

## Priority / Theme



**Reducing Crash Frequency & Severity**

*Launch initiatives to reduce crash frequency and severity on the platform. This includes mitigating crash risk during the launch of new ventures on the platform.*

## Project List

| Project Name | Description & Rationale | Owner + Key Partners | KPIs |
|---|---|---|---|
| **Crash-only Deactivation Policy** | REDACTED - PRIVILEGED | **Owner:** Driving Safety<br>**Key Partners:** CommOps, Legal, Global Safety, Data Science | Crash rate, DD tickets, avg driver rating |
| **DD Thresholds** | REDACTED - PRIVILEGED | **Owner:** Driving Safety<br>**Key Partners:** CommOps, Marketing, Global Safety, Data Science, Legal | Crash rate, DD tickets, avg driver rating |
| **Rating Thresholds** | REDACTED - PRIVILEGED | **Owner:** Driving Safety<br>**Key Partners:** Legal, Policy, Marketplace | Crash rate, DD tickets, avg driver rating, risk index |
| **Addressing Residual Rate** | REDACTED - PRIVILEGED | **Owner:** Driving Safety<br>**Key Partners:** CommOps, Legal, Global Safety, Data Science | Deactivation rate, DD tickets, support costs |

*Privileged & Confidential*

# Standard Optimization (cont.)

## Priority / Theme



| Reducing Crash Frequency & Severity | *Launch initiatives to reduce crash frequency and severity on the platform. This includes mitigating crash risk during the launch of new ventures on the platform.* |

## Project List

| Project Name | Description & Rationale | Owner + Key Partners | KPIs |
|---|---|---|---|
| **Suspected Impaired Business Standard Review** | REDACTED - PRIVILEGED | **Owner:** Driving Safety<br>**Key Partners:** CommOps, Legal | Rider fraud, drivers waitlisted, time to reactivation |
| **Minimum Vehicle Year** | REDACTED - PRIVILEGED | **Owner:** Driving Safety<br>**Key Partners:** CommOps, Legal, Data Science, CRM, Compliance | Crash rate, core/peak supply hours, supply hours by vehicle year |
| **Background Check (BGC) Moving Violation Record (MVR) Assessment** | REDACTED - PRIVILEGED | **Owner:** Driving Safety<br>**Key Partners:** CommOps, Legal, Data Science, Compliance | Crash rate |

Privileged & Confidential

# 2020 Key US&C Personal Safety Operations Initiatives

## Priority / Theme





**Reducing** | To Update | idents

*Launch initiatives to reduce sexual assaults on the platform This includes mitigating sexual assault risk during the launch of new ventures on the platform. Because sexual assaults have an outsized effect on women, reducing sexual assaults will improve women's safety especially*

## Key Initiatives



| xx | FUNDED |
|---|---|

*Description of initiative*

Sample key projects:
- Project #1
- Project #2

Success will mean affecting KPI #1 while monitoring tradeoffs such as KPI#2

| xx | FUNDED |
|---|---|

*Description of initiative*

Sample key projects:
- Project #1
- Project #2

Success will mean affecting KPI #1 while monitoring tradeoffs such as KPI#2

| xx | FUNDED |
|---|---|

*Description of initiative*

Sample key projects:
- Project #1
- Project #2

Success will mean affecting KPI #1 while monitoring tradeoffs such as KPI#2

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0052

Privileged & Confidential

# P0 Projects

## Priority / Theme




**Reducing** | To Update | idents

*Launch initiatives to reduce sexual assaults on the platform This includes mitigating sexual assault risk during the launch of new ventures on the platform.*

---

## P0 Project List

| Project Name | Initiative | Description & Rationale | Owner + Key Partners | KPIs |
|---|---|---|---|---|
| **xx**<br>(continuation from '19) | xx | xx | Owner: Ops<br>Key Partners: Product, Legal, Policy, CommOps | *Ex: Serious IPC Rate* |
| **xx**<br>(continuation from '19) | xx | xx | Owner: Ops<br>Key Partners: Data Science, Legal | *Ex: Serious IPC Rate* |
| **xx** | xx | xx | Owner: Ops<br>Key Partners: Product, Legal, Policy | *Ex: Serious IPC Rate* |
| **xx** | xx | xx | Owner: Ops<br>Key Partners: Product, Legal, CommOps | *Ex: Serious IPC Rate* |

Privileged & Confidential

# P1 Projects

## Priority / Theme



 Reducing | To Update | idents

*Launch initiatives to reduce sexual assaults on the platform This includes mitigating sexual assault risk during the launch of new ventures on the platform.*

## P1 Project List

| Project Name | Initiative | Description & Rationale | Owner + Key Partners | KPIs |
|---|---|---|---|---|
| **xx** | xx | xx | Owner: Ops<br>Key Partners: Marketing, Legal | *Ex: Serious IPC Rate* |
| **xx** | xx | xx | Owner: Ops<br>Key Partners: Product, CommOps | *Ex: Serious IPC Rate* |
| **xx** | xx | xx | Owner: Ops<br>Key Partners: Product, CommOps, Legal | *Ex: Serious IPC Rate* |
| **xx** | xx | xx | Owner: Ops<br>Key Partners: Data Science, CommOps, Legal | *Ex: Serious IPC Rate* |

Privileged & Confidential

# 2020 Key US&C Safety Operations Initiatives

## Priority / Theme



**Reduce Insurance Costs**

*Launch and support implementation of initiatives that reduce the cost of insurance on the platform.*

## Key Initiatives

| Insurance Coverage and Offerings `FUNDED` | Insurance Cost Operations `FUNDED` |
|---|---|
| ***Work closely with the Safety & Insurance team to update insurance coverage, offerings, and marketing for drivers*** | ***Identify and test experiments that can help reduce insurance costs*** |
| <u>Key projects:</u><br>- UI/UIM 3/1 Update<br>- DIP Deep Dive<br>- Commercial Rideshare Option<br>- Deductible Review<br><br>Success will mean reducing the overall US&C insurance cost exposure | <u>Key projects:</u><br>- Eats Incentives (getting drivers to drive Eats in early lifecycle)<br>- Overall safety deactivation policy<br><br>Success will mean reducing the overall US&C insurance cost exposure |

Privileged & Confidential

# Insurance Coverage and Offerings

## Priority / Theme



**Reduce Insurance Costs**

*Launch and support implementation of initiatives that reduce the cost of insurance on the platform.*

## Project List

| Project Name | Description & Rationale | Owner + Key Partners | KPIs |
|---|---|---|---|
| **UI/UIM 3/1 Update**<br>*(continuation from '19)* | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Data Science<br>**Key Partners:** Legal, CommOps, Claims | Insurance cost/mile, risk index |
| **DIP Deep Dive** | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Data Science<br>**Key Partners:** CommOps, Legal | Insurance cost per claim, adoption rate |
| **Commercial Rideshare Option**<br>*(continuation from '19)* | Our competitor offers an incentive for Geico Rideshare Insurance; while the S&I team is leaning on the broader insurance strategy, we want to support by assessing adoption / whether this impacts user engagement. | **Owner:** Driving Safety<br>**Key Partners:** Safety Brand, CRM, Product, Data Science | Geico Rideshare insurance adoption, driver SH |

UBER_JCCP_MDL_000255128.0056

Privileged & Confidential

# Insurance Coverage and Offerings (cont.)

## Priority / Theme



**Reduce Insurance Costs**

*Launch and support implementation of initiatives that reduce the cost of insurance on the platform.*

## Project List

| Project Name | Description & Rationale | Owner + Key Partners | KPIs |
|---|---|---|---|
| **Deductible Review** | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Data Science **Key Partners:** Legal, CommOps, Product, Claims | Insurance cost per claim |
| **Eats Incentives** *(continuation from '19)* | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Vehicles **Key Partners:** Legal, CommOps, Product, Claims | Insurance cost/mile, risk index |
| **Overall safety deactivation policy** | REDACTED - PRIVILEGED | **Owner:** Driving Safety/Global Safety **Key Partners:** CommOps, Data Science, Legal | Insurance cost per claim |

Privileged & Confidential

# 2019 Key US&C Safety Operations Initiatives

## Priority / Theme

 

To Update

*Advocate for initiatives that improve Safety Sentiment among our riders & drivers and ensure that our customers are aware of Uber's safety features.*

---

## Key Initiatives

| xx |
|----|
| *Description of initiative*<br><br>Sample key projects:<br>- Project #1<br>- Project #2<br><br>Success will mean affecting KPI #1 while monitoring tradeoffs such as KPI#2 |

| xx |
|----|
| *Description of initiative*<br><br>Sample key projects:<br>- Project #1<br>- Project #2<br><br>Success will mean affecting KPI #1 while monitoring tradeoffs such as KPI#2 |

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0058

Slide 39 Notes

https://docs.google.com/presentation/d/162_mtYLTtuaTn_qBEGcMFiFIxK-5RmuWxI4drYu2hNM/edit?ts=5be60403#slide=id.g47c37b5759_1_16

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0059

*Privileged & Confidential*

# 2020 Safety Marketing Strategy



| Strategic Goal | Position Uber as the category leader in user (Driver+Rider) safety | | |
|---|---|---|---|
| Big Idea / Overarching Narrative | *Safety Brand Narrative -- Still in development* | | |

To Source from Safety Marketing & Update

| Key Audience | Prospects + Active + Churned | Active + Churned | Active |
| Channels | Social, CRM, Web, Paid Media | Social, CRM & Web | Social, CRM, Comms & Paid Media |

CONFIDENTIAL

P-00266.00063

UBER_JCCP_MDL_000255128.0060

**Slide 40 Notes**

Secondary: Trip Monitoring and Ride Share Trip

CONFIDENTIAL

P-00266.00064

# Resourcing Requests

UBER_JCCP_MDL_000255128.0062

P-00266.00065

## Slide 41 Notes

Thank you

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0063

# Headcount Requests - Driving Safety

| 2020 Themes | Status | # of People Required | Roles Filled Today | Rationale / Comments |
|---|---|---|---|---|
| **Reducing Crash Frequency & Severity**<br>*P0: Telematics, Education, Dashcams*<br>*P0: Vehicle Solutions*<br>*P1: Standard Optimization*<br>*P1: Safety Incentives, Feedback tags, Deactivation Reports*<br>*New Ventures* | **Partially Funded** | 3 | 2.5 / 3 | - One full headcount needed to address all quality and education related projects<br>- One full headcount needed to address all special projects (telematics, dashcams, etc.)<br>- One-half headcount will focus on new ventures<br>- One-half headcount will focus on evergreen activities |
| **Reduce Insurance Costs**<br>*Insurance Coverage and Offerings*<br>*Insurance Cost Operations* | **Partially Funded** | 1 | 0.5 / 1 | - Current resourcing covers all P0s, but some projects have only nominal coverage |
| **Crash & Incident Response and Experience** | **Funded** | 0.5 | 0.5 / 0.5 | N/A |
| **Safety Data Management** | **Funded** | 0.5 | 0.5 / 0.5 | N/A |
| **Total** | | **5** | **4 / 5** | |

CONFIDENTIAL

P-00266.00067

# Headcount Requests - Personal Safety

| 2020 Themes | Status | # of People Required | Roles Filled Today | Rationale / Comments |
|---|---|---|---|---|
| **Reducing Rate of Sexual Assault Incidents**<br>*Women's Safety - Driver Safety* | **Funded** | 1.5 | 1 / 1.5 | - Current resourcing covers all P0s and P1s, but some projects have only nominal coverage |
| **Reducing**<br>*Women's* | | | | |
| **Reducing**<br>*Driver & F* | | | | |
| **crash & I**<br>*Standards* | | | | |
| **Total** | | | | |

To Update

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0065

# Budget Requests

Privileged & Confidential

**2**

| Initiative | Team | Total Investment | Rationale / Comments |
|---|---|---|---|
| **Continued Phone Mount Distribution** | Driving Safety | $150K | Providing phone mounts to drivers can vastly increase our adoption rate + improve safety sentiment on the platform |
| **Dashcams** | Driving Safety | $5M | Some of the dashcam budget from 2019 that was not spent will need to carry into 2020 as it is taking longer than expected to hit 5K drivers. We spent $1.8M on the guaranteed payment for the first 1,800 and we need to pay an incremental amount for each driver that installs past that. In order to hit significance, we need 6M trips and we currently have ~450K.<br><br>If successful and positive from a safety perspective, we will want to discuss what it would look like to expand the program.<br><br>If not, we will want to discuss what an alternative option as senior leadership feels strongly that some type of dashcam option likely makes sense for the Rides platform. |
| **Education** | Driving Safety | $500K | Because of the changing environment, we cannot rely solely on deactivations to improve safety. We need to spend a significant amount of money upfront to invest in educational resources from reputable companies in order to test and validate that we can increase safe driving behaviors. |

**Slide 44 Comments**

1      +dportugal@uber.com just early thoughts on the dashcam budget for next year. This is mostly carry over. We are about at 1,800 dashcams which we have paid the guaranteed $1.8M and we will probably spend a bit more through the end of the year.

       Happy to chat more and to set up separate time with Rebecca and finance if that makes sense.
*Tyler Spitz, 10/22/2019 03:13 AM*

2      Thanks. Yeah we will need to go to finance with all of this. Let's review the plan once everything is finalized and we'll go from there
*Danielle Sheridan, 10/22/2019 03:13 AM*

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0067

# Appendix

UBER_JCCP_MDL_000255128.0068

P-00266.00071

## Slide 45 Notes

Thank you

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0069

# 2020 Tech Asks

UBER_JCCP_MDL_000255128.0070

P-00266.00073

Slide 46 Notes

Thank you

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0071

A/C Privileged & Confidential

# Incident Prevention

**Region:** US&C
**One Pager Link:**

**Summary Statement:**
- **Broad:** 360° view of the customer & the ability to apply different safety standards to the same customer across multiple flows.
- **Narrow:** Focus on reducing serious interpersonal conflicts, specifically during "spike" days/hours for Women Driver Partners and Riders.

**Tech Ask 1:** *S-RAD / Dispatch Matching*

Sustained focus on a US&C rollout in (ideally) 2019 or 2020.

**Tech Ask 2:** *Platform view of the customer*

A 360° view of the customer & the ability to apply different safety standards to the same customer across multiple flows.

**Tech Ask 3:** *Experiential in-app communications and education*

Invest in in-app features to promote ad-hoc awareness of our safety features (via screen takeovers/demos, banners, etc.) and ways to gamify/deploy education.

**Tech Ask 4:** *Women driving women preference\**

Women driving women is being researched for feasibility and market need. In alignment with Rider Ops' focus on preferences\*, want to start to think about building out safety features...

CONFIDENTIAL

**Supporting Statements:**
- S-RAD/ Dispatch Matching: **REDACTED - PRIVILEGED**

**REDACTED - PRIVILEGED**

- **Platform view of the customer:** For efficacy of processes such as safety deactivations, IPC thresholds we need to build a a 'KYC' view of the customer across all associated accounts in the platform. In absence of this view, we are unable to enforce our standards and checking mechanisms to remove 'bad-actors' from the platform with speed and accuracy.

- **Experiential in-app communications & education:** In-app awarness for "Check Your Ride" has lead to 90%+ awareness. Similarly recent in-app contextual notification of features has led to positive impact of feature awareness. Investing in in-app features will help to promote safety features and education to both drivers and riders and potentially result in incident reduction.

- **Women driving women preference:** Female drivers have 4X incident rates compared to male drivers; female riders have 2X rates that of male riders. Female drivers make for only 14% of completed trips, and a large part of female driver TAM is unserved. Women driving women product would improve safety of existing rider and driver base, while also unlocking a new segment of women drivers and riders

**X-Team Collaboration Needed**

Safety Support/LERT:
- Heavy investment and alignment if we start to apply standards across the platform / flow types

Marketing/Policy/Comms:
- Women's Safety HQ involvement and support
- Marketing alignment on in-app communication channels and when/how to use them
- **REDACTED - PRIVILEGED**
- Approved messaging and a marketing plan if we decide to speak publicly (S-RAD, Women:Women product)

Policies and Standards:
- New standards and how to apply across the platform / flow types

UBER_JCCP_MDL_000255128.0072

A/C Privileged & Confidential

# User Identity

**Region:** US&C
**One Pager Link:**

**Summary Statement:** Expansion of current and new identity products to the rider, with a focus on tailored triggering (instead of one product fits all).

**Tech Ask 1:** *Rider Identity based on risk-level / flow-type*
Tailored deployment uVerify platform based on risk-level / customer / flow, including hard identity signals (biometrics, social #, license) and soft (bank account, device ID).

**Tech Ask 2:** *Safety Locks Expansion*
Vulnerable to improper reactivation. Want to be more surgical to lock certain accounts/certain products.

**Tech Ask 3:** *Biometrics Identity Solutions*
Minimal-friction biometric identity products to ensure uniqueness of the individual; further enhancements to Mutombo and a rider side equivalent (including Mutombo contextual warnings/education).

**Tech Ask 4:** *Proximity Detection*
Ensuring the right people are interacting

**Supporting Statements:**
- **Rider Identity:** Experimenting with rider identification products in US&C allows us to explore the opportunity size of attaching a real identity to current and prospective riders, while creating a safer, more transparent platform. It also aids in development of a 360°view of the rider.

- **REDACTED - PRIVILEGED**

- **Safety Locks Expansion:** Rider safety-locks are extremely important to maintaining safety on the platform. In absence of safety locks, front-end agents do not have visibility into the safety history of the rider and can overturn safety decisions.

- **Proximity Detection:** Some of the highest profile cases on the Uber platform have been because of 'Wrong Uber'. Proximity Detection would empower users.

**X-Team Collaboration Needed**

Safety Support/LERT:
- Education and implementation on safety locks and rider ID, especially across flow types

Marketing/Policy/Comms:
- Communications approach for rolling out current/new biometric, how to use them, and how important to do correctly (e.g., zero strike)
- Policy on privacy concerns

Policies and Standards:
- Updates to deactivation / rider quality program
- Appeals process
- Global standards (SPS) or just localized to US&C

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0073

A/C Privileged & Confidential

# Road Safety

**Region:** US&C

**One Pager Link**

**Summary Statement:** Insurance costs in the US&C represent ~11% of GB. Serious crash rate is the single biggest contributor to these costs. While we made a lot of progress in reducing the serious crash rate over the past few years, we now have fewer levers at our disposal and have made little progress in 2019. In 2020, we want to place emphasis on motivating safe driving behavior and creating the most efficient and safety-focused deactivation and pricing standards.

**Tech Ask 1:** Telematics

We need to experiment with and learn how to use telematics data. Once we better understand the data, we can explore safety-related use cases.

**Tech Ask 2:** Auto/Voice Accept Trip

We would like to understand how making trip acceptance hands-free will improve the user experience and road safety.

**Tech Ask 3:** Safe Routing

We would like to understand whether GPS routing can be optimized for safety by avoiding potentially unsafe maneuvers such as left and U turns.

**Tech Ask 4:** Flow Event Inputs from Bliss

We would like functionality for Flow to utilize Bliss ticket data to provide pre-

**Supporting Statements:**

- Due to inflation, rising vehicle repair costs, rising healthcare costs, and claimant sophistication, we expect insurance costs to increase 6-8% YoY with all other factors held constant.
- Preliminary data from the Safety & Insurance Data Science team suggest that telematics data may be effective in expediting offboarding of the 1% most risky partners.
- When a new ride request comes in, partners only have 8 to 15 seconds to look at the dispatch, discern key information, and accept the request (all while driving)[1]. If we can prevent partners from taking their eyes off the road, we may be able to improve safety.
- Preliminary data from the Safety & Insurance Data Science team suggest that avoiding left and U turns can reduce trip times and improve safety.
- Currently, partners don't have visibility into how close they are to deactivation. If we are able to provide pre-deactivation notifications via Carbon, we may be able to motivate partners to improve and remain on the platform.

**X-Team Collaboration Needed**

Safety Support/LERT:
- Informed parties

Marketing/Policy/Comms:
- 

**REDACTED - PRIVILEGED**

- Marketing / CRM assistance on the application of telematics-related driver feedback
- Marketing / CRM assistance on getting education materials to partners

Policies and Standards:
- Our standards would require significant updates with any telematics-related actions

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0074

Slide 49 Notes

H2 deck: https://docs.google.com/presentation/d/1ukcPcP2mD5nIrjU7J4ZJCGjXIjYVPSscGYPF-7w_V0c/edit
Auto Accept: https://docs.google.com/document/d/1gHz0In464lYVeT-KSDUn1l468rlOA-X-f0JSsOY82wE/edit#heading=h.b8sg4memqi2b
-Telematics, Education, flow event inputs from bliss and feedback tags
-Recalls, more rated trips, "not count" bliss
-Incentivize riders to rate drivers

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0075

# Appendix: Unfunded Projects

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0076

## Slide 50 Notes

Thank you

CONFIDENTIAL

UBER_JCCP_MDL_000255128.0077