# UBER_JCCP_MDL_002334160

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc.; | SEMANTIC |
| **All Paths** | Uber Technologies, Inc.: \Safety templates\emails; Uber Technologies, Inc.: \Safety templates\emails | SEMANTIC |
| **Application** | Hypertext Markup Language Document | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_002334160 | SEMANTIC |
| **Date Created** | 01/09/2025 9:28 pm | SEMANTIC |
| **Date Modified** | 01/09/2025 9:28 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_002334161 | SEMANTIC |
| **File Path** | \Safety templates\emails | SEMANTIC |
| **File Size** | 53817 | SEMANTIC |
| **Filename** | 33dc9a96-a64b-42c9-b801-c50e5365f89f.html | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_002334160;UBER_JCCP_MDL_002334161 | SEMANTIC |
| **ILS Document Date** | 01/09/2025 | SEMANTIC |
| **ILS Prod Date** | 01/21/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL075 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.; | SEMANTIC |
| **Primary Date** | 01/09/2025 9:28 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL075; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 01/09/2025 9:28 pm | SEMANTIC |

Trial Exhibit No.

P-00321_slip



# Uber

# RideCheck®: built for your safety

We hope every trip goes smoothly, but we also know sometimes things don't go as planned—which is why we built RideCheck®.

This technology lets us detect if anything unexpected comes up during your ride.

If this happens, we'll immediately check in through the app to ensure everything is OK. You'll then be able to either confirm that you're safe or request any emergency support if needed.

**Learn more →**

## Events that will activate RideCheck®



### Crash detection

In the unlikely event that a crash is detected during your ride.

Trial Exhibit No.
P-00321

UBER_JCCP_MDL_002334160

### Detour detection

Should your ride excessively stray from the suggested GPS route.

### Long stops

If we detect that your ride has been stopped for an unusual amount of time.

### Midway drop-offs

If your ride has ended far from your drop-off location.

Should any of these unexpected events happen, rest assured that we'll surface safety features such as the Emergency Button or Share My Trip to connect you to help.

Help Center

Terms

Unsubscribe

Privacy

Community

Email Preferences

This is a promotional email from Uber Technologies
1725 3rd St., San Francisco, CA 94158
Uber.com

 

UBER_JCCP_MDL_002334161

P-00321.00002