## UBER000120814

## Metadata

| Account | nick.silver@uber.com | SEMANTIC |
|---|---|---|
| All Custodians | Silver, Nick | SEMANTIC |
| All Paths | Silver, Nick: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-7.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-aYnqmZ.mbox; Silver, Nick: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-7.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-aYnqmZ.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER000120814 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/29/2021 7:28 pm | SEMANTIC |
| Date Modified | 10/29/2021 7:28 pm | SEMANTIC |
| End Family | UBER000120815 | SEMANTIC |
| File Path | \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-7.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-aYnqmZ.mbox | SEMANTIC |
| File Size | 60724 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS Prod Date | 7/15/2024 | SEMANTIC |
| ILS Prod Vol | UBER021 UBER021; UBER021; | SEMANTIC |
| Other Custodians | Silver, Nick | SEMANTIC |
| Primary Date | 10/29/2021 7:28 pm | DOC_TYPE_ALIAS |
| Production Volume | UBER021; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 10/29/2021 7:28 pm | SEMANTIC |

Trial Exhibit No.

P-00339_slip

## Message

---

**From:**      Cande Cazes (Google Docs) [comments-noreply@docs.google.com]
**Sent:**       10/29/2021 7:28:17 PM
**To:**         nick.silver@uber.com
**Subject:**   [SAFETY] PCM 2022... - re: Gap in product offerings; no WRP ...

---

### Lizzie Ross mentioned you in a comment in the following document

 [SAFETY] PCM 2022 Plan

| safety offerings. |
| --- |

 **Cande Cazes**

re: Gap in product offerings; no WRP in US, no other innovative features on the roadmap now

 **Lizzie Ross**

@eboman@uber.com @nick.silver@uber.com - we continue to bring women's safety to the top of our plans every year, yet nothing really happens with it when we realize we still don't have a strong enough leg to stand on when it comes to product offerings.

If we aren't able to get product to prioritize WRP expansions or new women specific feature offerings, do we still want to try and make women's safety a large moment/priority in 2022?

Food for thought since we seem to hit this same barrier every year.

 **Lizzie Ross**

@andrew.hasbun@uber.com as well once you get back in office.

 **Emilie Boman**

Yes -- I think to Cande's point, we should get credit for what we already do...
- Partnerships
- RAINN education
- Survivor Fund
- Campus Safety Campaign could be a good hook?
- Re-educate and engage women on safety features.

CONFIDENTIAL

**Trial Exhibit No.**
**P-00339**

UBER000120814

Emilie Boman

I don't think our plans should solely hinge on WRP. I'm also happy for us to do stuff that relates to WRP globally, but not in US.

Cande Cazes

The issue is so broad, that a steady drum beat of communication with a consistent battery of initiatives is needed in order for Women to feel safer in the platform. The solution to women's fear of travelling will not be resolved only by a technology based strategy, or only by a "social impact" strategy, but rather a multi-led approach: education + support + social impact + technology + processes + policies.
It is true that we do so much already, my point here would be that we do need to push on product to strengthen  even more the narrative. Not necessarily WRP, but other innovation.

Emilie Boman

Agree :)

Lizzie Ross

+1, so I think our bigger women's safety moment (global campaign) might hinge a bit on what product is bringing to the table. If it's not much, we might have to rethink our women's safety strategy since I think having innovative tech (whether it's WRP or something else) is a big part of the story.

We'll keep for now and see what we can try and convince product to prioritize in their roadmap for 2022 in the next week!

Cande Cazes
**New**

*Marked as resolved*

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are mentioned in this thread. Change what Google Docs sends you. You can reply to this email to reply to the discussion.

CONFIDENTIAL

UBER000120815