# UBER_JCCP_MDL_000208845

## Metadata

| | | |
|---|---|---|
| **Account** | gus@uber.com | SEMANTIC |
| **All Custodians** | Fuldner, Gus;Maredia, Sarfraz;Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | Maredia, Sarfraz: \Maredia, Sarfraz\EDISCO-25479_GC_sarfraz@uber.com-1.zip\EDISCO-25479_GC_sarfraz@uber.com_0.mbox.zip\EDISCO-25479_GC_sarfraz@uber.com_0.mbox; Maredia, Sarfraz: \Maredia, Sarfraz\EDISCO-25479_GC_sarfraz@uber.com-1.zip\EDISCO-25479_GC_sarfraz@uber.com_0.mbox.zip\EDISCO-25479_GC_sarfraz@uber.com_0.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Attachment Names** | 2019-12-05.png | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000208845 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 12/06/2019 6:06 am | SEMANTIC |
| **Date Modified** | 12/06/2019 6:06 am | SEMANTIC |
| **DocID** | ACD7onpYwSaLgrpuwQqb3wfxN6IJzP/S9S1fpqxYwvxXUwpK772i4gb0QYJv/6oW2xnC6KqzI+iBWxWDIgitPzoqWiHUQJIL+TQ60N/2oB2m1tLBBWGB8XTS6OeyKguLCEohtOIx58OFEG7E4qx2QmFSxBtcXVVVIm4jLPaK+UaLleW0bvYTX8fckW1FSII6BdDNXzFr/mEyE7e1iQQol80xvK36Usa9pTp+btAZj0Am0X/wkcvjnQ3GAS56rWTA2cpXhv8EFypCBfwgYj18zQLa1yNzSP86I36pTzccEo0xdR8WYNmo25gtZx+iJvAPmsnBShjbKKciCn2Xw29RA+jHhZCqqZYAZsFScuMWrj0Z2KZNc9gngcnxjuYo/3174ZSkdKSloLS/IR53lE2ZONG83YhuBcf41ZZb239y1wUxhzOmFGL4F981AIZT3mehMBPoNwve98hpZZuHCtM1KS6zW14yr21DHq4ePlWYGLt3ucAz1szxZ9zy7KxTki5RyNwguM4xlgfdxtQ1XuEBGzDxMuvIaFtkwutjfoNj9Fng+PdepXiKZF8UXnE1elMCJS4yVdnEaI3WaLcilehTpZheBVHU9jES6rOQv7MUeBIjtY2H8mvAp6BXuQCvvn95gDF2wWfEhAEgfQc2wqS5XdTtBTM8DSIrDKMaleYhGKxaE8+AKIQ1MpSL9IeMQHZ89mCm6vsExrYnaIAsfg4xb5I/+KtUF0Gf0HMX0CNn5EzmNFSCMHvujOh+NIeChj4CuBNhBDnDPsk0bve1pUlaQZrHQ/4w35ztjS3G+kaBrHRfdGviXmvvpTehby/CJTLRWGmjvB9xS6QB6U6YevmzVXttST6k6CESTA== | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000208851 | SEMANTIC |
| **File Size** | 42234 | SEMANTIC |
| **Hash Value** | 916fa4bb2983c1dc1724f637cec3784b | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000208845;UBER_JCCP_MDL_000208846;UBER_JCCP_MDL_000208847;UBER_JCCP_MDL_000208848;UBER_JCCP_MDL_000208849;UBER_JCCP_MDL_000208850 | SEMANTIC |
| **ILS Document Date** | 12/06/2019 | SEMANTIC |
| **ILS Prod Date** | 8/26/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol044 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.;Fuldner, Gus;Maredia, Sarfraz | SEMANTIC |
| **Primary Date** | 12/06/2019 6:06 am | DOC_TYPE_ALIAS |
| **Production Volume** | Vol044; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 12/06/2019 6:06 am | SEMANTIC |

Trial Exhibit No. P-00394

Message

| | |
|---|---|
| **From:** | sarfraz@uber.com [sarfraz@uber.com] |
| **Sent:** | 12/6/2019 6:06:19 AM |
| **To:** | gus@uber.com; sarfraz@uber.com |
| **Subject:** | 9CVILAAAAAE-MBI-FLAT:2019-12-05T11:06:19.940047 |
| **Attachments:** | 2019-12-05.png |

**sarfraz@uber.com** December 6, 2019 at 6:06:19 AM UTC
How are you feeling so far

**gus@uber.com** December 6, 2019 at 6:11:08 AM UTC
Neutral is a win here

**gus@uber.com** December 6, 2019 at 6:11:20 AM UTC
The stories are getting more positive

**gus@uber.com** December 6, 2019 at 6:11:24 AM UTC
Look at nyt.com
http://nyt.com

**gus@uber.com** December 6, 2019 at 6:11:39 AM UTC
from a desktop

**gus@uber.com** December 6, 2019 at 6:12:09 AM UTC
2019-12-05.png

**gus@uber.com** December 6, 2019 at 6:12:58 AM UTC
The print headline is much tamer

**gus@uber.com** December 6, 2019 at 6:13:00 AM UTC
"Uber Offers Rare Window Into Its Safety Record"

**sarfraz@uber.com** December 6, 2019 at 6:13:09 AM UTC
Yeah, agreed

**gus@uber.com** December 6, 2019 at 6:13:20 AM UTC
And the article is fair

CONFIDENTIAL

UBER000228068
UBER_JCCP_MDL_000208845

**gus@uber.com** December 6, 2019 at 6:13:37 AM UTC
Wigdor, the law firm that started this in Q2 2018 is laudatory

**gus@uber.com** December 6, 2019 at 6:13:41 AM UTC
in the article

**gus@uber.com** December 6, 2019 at 6:14:02 AM UTC
Have you heard about the Lyft meeting this morning?

**gus@uber.com** December 6, 2019 at 6:15:10 AM UTC
We had a call with Lyft at 9am.  Myself and Andy Byrne about deactivation sharing.

**gus@uber.com** December 6, 2019 at 6:15:25 AM UTC
And they brought up the safety report

**gus@uber.com** December 6, 2019 at 6:16:12 AM UTC
And pushed hard on doing a joint report.  It was super akward.  We said we committed to do it by the end of the year and we are going to hustle to get it done by then.

**gus@uber.com** December 6, 2019 at 6:16:48 AM UTC
And then they seemed to think there was some way we could do a joing report with an neutral auditor by the end of the year if we started today

**gus@uber.com** December 6, 2019 at 6:17:41 AM UTC
And seemed to honestly believe that

**gus@uber.com** December 6, 2019 at 6:18:13 AM UTC
I said it took 2.5 weeks to schedule the call we were having.  How could one possibly do all that in the remaining 4 weeks of the year.

**sarfraz@uber.com** December 6, 2019 at 6:18:23 AM UTC
How can they be so undisciplined about this stuff

**sarfraz@uber.com** December 6, 2019 at 6:18:37 AM UTC
Do you think the timing was totally coincidental?

**gus@uber.com** December 6, 2019 at 6:18:41 AM UTC

CONFIDENTIAL

UBER000228069
UBER_JCCP_MDL_000208846

P-00394.00003

Yes

**gus@uber.com** December 6, 2019 at 6:18:50 AM UTC
I was involved in scheduling

**sarfraz@uber.com** December 6, 2019 at 6:19:01 AM UTC
Got it

**gus@uber.com** December 6, 2019 at 6:19:12 AM UTC
we were brining in the date in order to deliver the message on deactivation sharing ahead of the ad tomorro

**gus@uber.com** December 6, 2019 at 6:19:44 AM UTC
I think they thought we would just keep pushing into the future vs doing it this year.

**gus@uber.com** December 6, 2019 at 6:19:53 AM UTC
They said they were starting to put some numbers together

**gus@uber.com** December 6, 2019 at 6:20:41 AM UTC
But I think the had no sense of the depth of work that went into this

**gus@uber.com** December 6, 2019 at 6:21:03 AM UTC
Though I expect they have some sense when they get 84 pages with 100+ footnotes

**sarfraz@uber.com** December 6, 2019 at 6:21:10 AM UTC
Exactly

**gus@uber.com** December 6, 2019 at 6:21:46 AM UTC
We may need to help them along in order to move the ball forward on deactivation sharing

**sarfraz@uber.com** December 6, 2019 at 6:21:50 AM UTC
Now they can't do a 10 page pdf with 50% of it in smiley graphics like they were hoping to do

**gus@uber.com** December 6, 2019 at 6:22:01 AM UTC
yep

**sarfraz@uber.com** December 6, 2019 at 6:27:27 AM UTC

So you're feeling okay so far?

**gus@uber.com** December 6, 2019 at 6:27:46 AM UTC
There certainly isn't deleteuber2 at this point

**sarfraz@uber.com** December 6, 2019 at 6:27:50 AM UTC
I thought the social would be a little worse but the headlines a little less sensational

**gus@uber.com** December 6, 2019 at 6:28:13 AM UTC
I think Tony is a bit disappointed re: the articles vs. the interviews

**gus@uber.com** December 6, 2019 at 6:28:18 AM UTC
particularly Glamour

**gus@uber.com** December 6, 2019 at 6:28:25 AM UTC
Which supposedly was the best interview

**sarfraz@uber.com** December 6, 2019 at 6:28:30 AM UTC
I didn't love his NYT quotes

**sarfraz@uber.com** December 6, 2019 at 6:28:54 AM UTC
Re: numbers being jarring and hard to stomach

**sarfraz@uber.com** December 6, 2019 at 6:30:32 AM UTC
I expected more of the articles to touch on the declining trend but at least most were clear about the incident rates being low

**gus@uber.com** December 6, 2019 at 6:30:54 AM UTC
Jill's every story with an advocated didn't really come true

**gus@uber.com** December 6, 2019 at 6:31:02 AM UTC
especially the NBC thing

**gus@uber.com** December 6, 2019 at 6:31:20 AM UTC
There were several advocates and the interview itself was at the DC rape crisis center

CONFIDENTIAL

UBER000228071
UBER_JCCP_MDL_000208848

P-00394.00005

**gus@uber.com** December 6, 2019 at 6:31:26 AM UTC
but no advocates in the segment

**sarfraz@uber.com** December 6, 2019 at 6:31:31 AM UTC
Interesting

**sarfraz@uber.com** December 6, 2019 at 6:31:49 AM UTC
Was good to see them turn out in force on social though

**gus@uber.com** December 6, 2019 at 6:32:02 AM UTC
There is some really good stuff coming tomorrow

**sarfraz@uber.com** December 6, 2019 at 6:32:17 AM UTC
What do you mean

**gus@uber.com** December 6, 2019 at 6:32:37 AM UTC
Just forwarded you the post from Urban Institute and Railance on their channels

**gus@uber.com** December 6, 2019 at 6:33:22 AM UTC
That is the cover for their geeky review of the report accuracy here: https://www.nsvrc.org/uber-taxonomy-use
https://www.nsvrc.org/uber-taxonomy-use

**sarfraz@uber.com** December 6, 2019 at 6:35:40 AM UTC
Just read the attachment from the forward — that's great

**sarfraz@uber.com** December 6, 2019 at 6:36:39 AM UTC
Fingers crossed that this is a 2-3 day cycle vs a full week cycle

**gus@uber.com** December 6, 2019 at 6:37:08 AM UTC
I think it is plausible.  We'll know morning once we see the morning shows and print

**gus@uber.com** December 6, 2019 at 6:37:19 AM UTC
It is a ton of content for journalists to get throrugh

**sarfraz@uber.com** December 6, 2019 at 6:46:16 AM UTC
Interesting that Tina Tchen didn't tweet anything

**gus@uber.com** December 6, 2019 at 6:53:25 AM UTC
She is conflicted in her new role

**gus@uber.com** December 6, 2019 at 6:53:35 AM UTC
And Times Up asked for a $1MM sponsorshiip

**sarfraz@uber.com** December 6, 2019 at 6:54:22 AM UTC
Love the quid pro quo from these nonprofits

**sarfraz@uber.com** December 6, 2019 at 6:55:00 AM UTC
Perhaps I'm being too harsh though