## UBER000141146

## Metadata

| | | |
|---|---|---|
| **#Author** | haas@uber.com | SEMANTIC |
| **#Date Modified** | 09/08/2018 | SEMANTIC |
| **#DateCreated** | 07/26/2017 | SEMANTIC |
| **#Title** | Turning the Reputation Page on SA | SEMANTIC |
| **Account** | brooke.anderson@uber.com; | SEMANTIC |
| **All Custodians** | Anderson, Brooke;Breeden, Tracey;Burke, Jordan;Chang, Frank;Fuldner, Gus;Hasbun, Andrew;Holt, Rachel;Kansal, Sachin;Kawada Page, Jodi;Lake, Carley;Patel, Niraj;Sheridan, Danielle;Shuping, Valerie;Silver, Nick;Sullivan, Joe;Whaling, Kayla;Whetstone, Rachel; | SEMANTIC |
| **All Paths** | Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_25.zip; Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_25.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_19.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_19.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Burke, Jordan: \Burke, Jordan\EDISCO-25478_burke@uber.com_DR_288.zip; Burke, Jordan: \Burke, Jordan\EDISCO-25478_burke@uber.com_DR_288.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_85.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_85.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_70.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_70.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_meghan@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_43.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_meghan@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_43.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Holt, Rachel: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_70.zip; Holt, Rachel: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_70.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_67.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_67.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_124.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_124.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_14.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_14.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_109.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_109.zip; Patel, Niraj: \EDISCO-25493__Niraj_Part_1\EDISCO-25493__Niraj_Part_1_6.zip; Patel, Niraj: \EDISCO-25493__Niraj_Part_1\EDISCO-25493__Niraj_Part_1_6.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_70.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_70.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_14.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_14.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_4.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_4.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_109.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_109.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; Sullivan, Joe: \EDISCO-25937_joesullivan@uber.com\EDISCO-25937_joesullivan@uber.com_12.zip; Sullivan, Joe: \EDISCO-25937_joesullivan@uber.com\EDISCO-25937_joesullivan@uber.com_12.zip; Whaling, Kayla: \Whaling, Kayla\EDISCO-25478_whaling@uber.com_DR_11.zip; Whaling, Kayla: \Whaling, Kayla\EDISCO-25478_whaling@uber.com_DR_11.zip; Whetstone, Rachel: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_27.zip; Whetstone, Rachel: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_27.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER000141146 | SEMANTIC |
| **Collaborators** | sidneym@uber.com; laurenn@uber.com; romy@uber.com; gaby.roberts@uber.com; | SEMANTIC |

Trial Exhibit No.
P-00395

| | | |
|---|---|---|
| | blinick@uber.com; bernardc@uber.com; dani@uber.com; gus@uber.com; sonny.sethi@uber.com; niraj@uber.com; ampainter@perkinscoie.com; kalpana@uber.com; frans@uber.com; maureen@uber.com; casserly@uber.com; nirveek@uber.com; binnings@uber.com; martha.castro@uber.com; noahe@uber.com; bernardovmj@uber.com; sachin.kansal@uber.com; hoppenheim@uber.com; seema.swamy@uber.com; kateparker@uber.com; roopar@uber.com; josedavidmedina@uber.com; lottie@uber.com; mclear@uber.com; suzette@uber.com; alix@uber.com; jfahey@uber.com; rachelp@uber.com; jills@uber.com; shawnl@uber.com; jodi.page@uber.com; blaire@uber.com; mohalem@uber.com; rbarney@uber.com; carey@uber.com; janaya@uber.com; chelseamk@uber.com; justine@uber.com; pnewquist@uber.com; sbanducci@uber.com; nstegall@uber.com; thato.mokoena@uber.com; drivestorage@uber.com; tlee@littler.com; mimi.nguyen@uber.com; gus.glover@uber.com; liz.dunne@uber.com; canderson@uber.com; vnaray5@uber.com; deanna.slocum@uber.com; abahl@uber.com; rachel.barber@uber.com; gcorreacantn@uber.com; lindsay.elin@uber.com; hugom@uber.com; heidi@uber.com; tbreeden@uber.com; chris.jackson@uber.com; liz.sharkey@uber.com; anne.french@uber.com; skiari@ext.uber.com; wayne@uber.com; cjenks@uber.com; jena@uber.com; ajain@uber.com; laurap@uber.com; jayache@uber.com; kbrophy@uber.com; eholman@uber.com; drivestorage2@uber.com; aechandi@uber.com; rajna@uber.com; jaf@uber.com; Robbie.Karp@gmail.com; kaurj@uber.com; peta.fitzgerald@uber.com; joesullivan@uber.com; brigid@uber.com; jgoodman@uber.com; brian@uber.com; jshing@uber.com; dlamendola@uber.com; kmakadia@uber.com; kriplinger@uber.com; veronica.jadue@uber.com; whaling@uber.com; louisa@peadpr.co.nz; claire.mcadam@uber.com; rob.vance@uber.com; jim.mcgarr@uber.com; laura.zapata@uber.com; twoods@uber.com; amorley@uber.com; lucyr@uber.com; melanie.ensign@uber.com; krishna.veer@uber.com; amits@uber.com; ivo@uber.com; ngreene@uber.com; susan.hendrick@uber.com; nick.vindin@uber.com; shane.sarver@uber.com; jvh@uber.com; carley@uber.com; julieh@uber.com; milci@eurekandco.com; bianca.sauceda@uber.com; lflatley@uber.com; amanda.strauss@uber.com; aaleem@u.lee.com; liane@uber.com; joy.lee@uber.com; milci@eurekandco.com; angela.padilla@uber.com; pradeepp@uber.com; lia@uber.com; cwitter@uber.com; chaum@uber.com; charlesu@uber.com; rachel.schultz@uber.com; eschaffeld@uber.com; rachelfh@uber.com; nour@uber.com; ykuri@uber.com; burke@uber.com; stephy@uber.com; nzych@uber.com; nick.silver@uber.com; david.hamidzadah@uber.com; oraski@ext.uber.com; hearns@uber.com; jasminethian@uber.com; talbarran@cov.com; hbelcher@uber.com; rc@uber.com; joanna.shujman@uber.com; ramona.prieto@uber.com; jrandel99@gmail.com; shaden@uber.com; alanae@uber.com; sarah.freed@uber.com; carolina.coto@uber.com; carlyd@uber.com; epak@uber.com; katiec@uber.com; karinsris@uber.com; cameronz@uber.com; chris.schafer@uber.com; puneet.birgi@uber.com; cbrummitt@uber.com; steven.gallardo@uber.com; andrew.hasbun@uber.com; johnathon@uber.com; tremblay@uber.com; aliq@uber.com; jaime.colmenares@uber.com; mamodeo@uber.com; amykk@uber.com; weina.cai@uber.com; shayla@uber.com; paulinem@uber.com; bradm@uber.com; safety-comms@uber.com; uber@hopeandglorypr.com; marketing-global-program-management@uber.com; uber.com | |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 07/26/2017 5:14 pm | SEMANTIC |
| **Date Modified** | 09/08/2018 12:41 am | SEMANTIC |
| **DocID** | 1btas5eY18XM-qQ1vU5o4V4I32DV1tZNXMcmHlQhsdQE | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER000141146 | SEMANTIC |
| **File Path** | \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_25.zip | SEMANTIC |
| **File Size** | 52330243 | SEMANTIC |
| **Filename** | Turning the Reputation Page on SA_1btas5eY18XM-qQ1vU5o4V4I32DV1tZNXMcmHlQhsdQE.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | 3cb85f4da29fb4ed508e84c2fae689f3 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER000141146;UBER000141146.0001;UBER000141146.0002;UBER000141146.0003;UBER000141146.0004;UBER000141146.0005;UBER000141146.0006;UBER000141146.0007;UBER000141146.0008;UBER000141146.0009;UBER000141146.0010;UBER000141146.0011;UBER000141146.0012;UBER000141146.0013;UBER000141146.0014;UBER000141146.0015;UBER000141146.0016;UBER000141146.0017;UBER000141146.0018;UBER000141146.0019;UBER000141146.0020;UBER000141146.0021;UBER000141146.0022;UBER000141146.0023;UBER000141146.0024;UBER000141146.0025;UBER000141146.0026;UBER000141146.0027;UBER000141146.0028;UBER000141146.0029;UBER000141146.0030;UBER000141146.0031;UBER000141146.0032;UBER000141146.0033;UBER000141146.0034 | SEMANTIC |
| **ILS Document Date** | 09/08/2018 | SEMANTIC |
| **ILS Prod Date** | 12/24/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL058 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000236188; UBER_JCCP_MDL_000240072; UBER_JCCP_MDL_000240077; UBER_JCCP_MDL_000262923; UBER_JCCP_MDL_000265596; UBER_JCCP_MDL_000265920; UBER_JCCP_MDL_000266161; UBER_JCCP_MDL_000266162; UBER_JCCP_MDL_000270393; UBER_JCCP_MDL_000302771; | SEMANTIC |

| | | |
|---|---|---|
| | UBER_JCCP_MDL_000303046; UBER_JCCP_MDL_000303268;<br>UBER_JCCP_MDL_000314338; UBER_JCCP_MDL_000315979;<br>UBER_JCCP_MDL_000316050; UBER_JCCP_MDL_000316054;<br>UBER_JCCP_MDL_000316120; UBER_JCCP_MDL_000316190;<br>UBER_JCCP_MDL_000316410; UBER_JCCP_MDL_000316663;<br>UBER_JCCP_MDL_000316667; UBER_JCCP_MDL_000316803;<br>UBER_JCCP_MDL_000316856; UBER_JCCP_MDL_000316884;<br>UBER_JCCP_MDL_000316889; UBER_JCCP_MDL_000316906;<br>UBER_JCCP_MDL_000325562; UBER_JCCP_MDL_000325569;<br>UBER_JCCP_MDL_000332563; UBER_JCCP_MDL_000332567;<br>UBER_JCCP_MDL_000333019; UBER_JCCP_MDL_000333020;<br>UBER_JCCP_MDL_000915060; UBER_JCCP_MDL_000926827;<br>UBER_JCCP_MDL_000926918; UBER_JCCP_MDL_000927457;<br>UBER_JCCP_MDL_000974920; UBER_JCCP_MDL_001091048;<br>UBER_JCCP_MDL_001091050; UBER_JCCP_MDL_001091187;<br>UBER_JCCP_MDL_001091245; UBER_JCCP_MDL_001091253;<br>UBER_JCCP_MDL_001091254; UBER_JCCP_MDL_001091419;<br>UBER_JCCP_MDL_001094294; UBER_JCCP_MDL_001106550;<br>UBER_JCCP_MDL_001163683; UBER_JCCP_MDL_001163688;<br>UBER_JCCP_MDL_001258686; UBER_JCCP_MDL_001624530;<br>UBER_JCCP_MDL_001624532; UBER_JCCP_MDL_001624562;<br>UBER_JCCP_MDL_001629087; UBER_JCCP_MDL_001987197;<br>UBER_JCCP_MDL_002247530; UBER_JCCP_MDL_004586729;<br>UBER_JCCP_MDL_004784776; UBER_JCCP_MDL_004840781;<br>UBER_JCCP_MDL_004924449; UBER_JCCP_MDL_004924607;<br>UBER_JCCP_MDL_004924620; UBER000080075; UBER000133115;<br>UBER000148189; UBER000148191; UBER000176598; UBER000176609;<br>UBER000189623; UBER000189648 | |
| **Other Custodians** | Breeden, Tracey;Fuldner, Gus;Holt, Rachel;Kawada Page, Jodi;Lake,<br>Carley;Sheridan, Danielle;Silver, Nick;Anderson, Brooke;Burke, Jordan;Chang,<br>Frank;Hasbun, Andrew;Kansal, Sachin;Patel, Niraj;Shuping, Valarie;Sullivan,<br>Joe;Whaling, Kayla;Whetstone, Rachel; | SEMANTIC |
| **Primary Date** | 07/26/2017 5:14 pm | DOC_TYP<br>E_ALIAS |
| **Production Volume** | UBER023;JCCP_MDL058; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 09/08/2018 12:41 am | SEMANTIC |
| **SourceHash** | 8ff8547d27ccf31ccc5e09c2f5972f28 | SEMANTIC |

NOTE: THIS IS AN INTERNAL WORKING DECK. NOT FOR PUBLIC CONSUMPTION.

# Turning the Reputation Page on Sexual Assault

**Uber: Driving Change**

Full cross-functional corporate reputation plan here

THE CHALLENGE
# Reputation Gap

Frequent media reports of sexual misconduct have created a vivid narrative.

Uber's perceived inaction - mixed with sexual harassment claims and a 'bro' culture - fuels an inaccurate belief that such incidents are on the rise and that Uber does not care about women's safety.

Uber's perceived disregard for sexual assault is spurring:

- Increased negative social conversation
- Increased consumer inquiry online
- Increased media attention and investigative journalism
- Increased calls to boycott / avoid Uber 'if you care about women'
- Litigation and claims

THE RESET

## Sexual Assault is a Societal Issue

Silence means negative Uber press is controlling the conversation.

Uber needs to listen, learn and shine a light on this societal issue and engage in sexual assault prevention to show we care about creating change.

There are ample strengths to carry us forward:
- Integral part of global communities.
- Platform enables us to educate and execute prevention strategies at scale.
- Rare opportunity to turn the narrative around
- Brand that is not afraid to commit



1 in 5
Women will be raped at some point in their lives.

149 Million Americans know a victim of Domestic Violence or Sexual Assault.

1 in 71
Men will be raped at some point in their lives.

73% of Americans have not discussed sexual assault with their friends – despite 33% of them knowing a victim.

1 in 2
Women have experienced sexual violence victimization other than rape.

1 in 5
Men have experienced sexual violence victimization other than rape.

*Source, Source, Source

CONFIDENTIAL

UBER000141146.0002

OBJECTIVES
## Forward Goals



Through a multi-pronged campaign, Uber aims to:

1. Reset the conversation demonstrating Uber does not condone sexual assault / misconduct (never has, never will)

1. Establish key relationships and support the communities at work

1. Utilize our global scale to empower education on this topic - focused on awareness and prevention

1. Highlight a positive side of our 'bold' reputation by showing that we're not afraid to take on a sensitive issue

CONFIDENTIAL

THE WAY FORWARD
# Executive Summary







| 1. FOUNDATIONAL STRUCTURE | 2. INTERNAL ENGAGEMENT | 3. EXTERNAL INITIATIVES |
|---|---|---|
| • New internal SA/DV commitment *(complete)* | • Internal Speaker Series with Advocates *(complete)* | • $5M over 5 year NGO commitment *(on track)* |
| • Overhauled SA training for ELT *(ELT, EMEA, Brazil, India complete)* | • Employee Education opportunities *(complete)* | • Listening Tour in 10+ markets *(complete)* |
| • New IRT agent training to improve SA customer service *(complete)* | • Local nonprofit and skill-based volunteer opportunities *(complete)* | • Prevention information in-app *(complete)* |
| | | • App updates from NGO insight *(complete)* |
| | | • 2018 movement building *(ongoing)* |
| Complete | Complete | Complete |

CONFIDENTIAL

UBER000141146.0004



UBER

# Appendix:
# Deep-Dive Details

CONFIDENTIAL

UBER000141146.0005



SECURING RUNWAY

## Three Big Safety Reputation Forward Bets

**Reset Sexual Assault**

Multi-year, global S.A. NGO partnership and reputation plan to reset thoughtfully, strategically from the inside out.

**~$5M commitment over 5 years**

**Transparency: A Safety Vision to Believe In**

First step in shoring up our Safety Vision, Transparency, Bold Commitments, New Technology and Benefits, 3rd Party Partnerships, and Interactive Visualization

**~$1.25M**

**Net Contribution: Anti-Impaired Driving**

Claiming full ownership over drunk driving reduction story w/ partnerships, tech, community building and NGO partnership.

**~$1M** (in partnership with Lindsay Elin)

Link to Full Reputation Forward Plan

UBER000141146.0006



DEFINING SUCCESS

## Reputation KPIs

1. **Reset the conversation and create ethics foundation**
   - % + KMB of ELT at sensitivity education
   - % + KMB of employees at education sessions
   - % + KMB of IRT agents completing training
2. **Establish key relationships and support critical communities at work**
   - # of local organizations engage
   - # of events held locally
   - % of positive / neutral engagement sentiment from partners
3. **Utilize our global scale to empower prevention education**
   - Key influencer / thought-leaders favorability of program
   - Quality and message penetration analysis in media stories on SA topic
   - Sentiment of riders and drivers
4. **Show we're not afraid to take on a sensitive issue (long-term)**
   - Uptick in affiliated brand sentiment (via safety sentiment surveys and brandwatch)
   - Decrease in consumer inquiry / concern

It includes engaging bystanders, healthy relationship education, and shifting societal norms*.
* Source

CONFIDENTIAL

UBER000141146.0007

## 1. Foundational Structure

CONFIDENTIAL

UBER000141146.0008

TACTIC #1

# Internal Commitment

Before we can externally commitment to addressing sexual assault, we must first have the necessary internal work to reflect our commitment.

Commitment work will focus on 3 areas:

1. Resources, support, and process for employees reporting SA/DV issues outside of work
2. Enhanced handling of sexual assault reports
3. New Response Team to support employees
4. Membership to the Corporate Alliance to End Partner Violence (1st silicon valley company to join)



## 15,000 Employees
## =
## 15,000 Ambassadors

Complete

Approved Commitment  here.

TACTIC #2

# ELT SA / DV Education

In order for Uber to empower external awareness around sexual violence, we must first create an internal culture of awareness and commitment.

To set the appropriate tone for our Executives top down, we propose:

- 1hr SA sensitivity education for all ELT and ELT+1 members;
- Hosted by SA experts on our Safety Advisory Board;
- Who have hosted SA sensitivity education for the Kering Corporation Executive Team, NFL Executive Leadership Team and the top Hospitality Company CEOs.

Complete

**FROM**

In my role providing advice on women's safety as a member of the Safety Advisory Board, I have been pleased to observe the authentic commitment of the Security, Safety, and Policy team staff. You all are truly focused on the safety of riders, drivers, employees, and the public. I have grave concerns about the commitment from the company at the highest levels. The entire Safety Advisory Board spends time providing suggestions on how to work to address issues that are as old as time – and while the safety, security, and policy staff appear to be completely engaged and committed to implementing some of our proposed strategies, I am concerned that the safety proposals hit a ceiling and go no further. Or the safety proposals are passed onto senior leaders and are discounted as unimportant.

**TO** "I'm confident that this is a priority at the highest levels of the company"

**Effective Sexual Assault Prevention Efforts Start at the Top**

Colleges and universities have been marshaling forces across campus in the fight against sexual violence. From Title IX coordinators to student affairs professionals and students themselves, a coordinated approach is necessary to effect culture change and mount an effective prevention and response campaign. To ensure a consistent message, accountability, and measurable results, it is imperative that presidents lead the charge.



TACTIC #3

## IRT Agent Training

To provide more empathetic handling of SA reports and reduce litigation risks, a new section of IRT is being created that will exclusively handle SA reports.

These agents will receive specialized training that imparts:

- Understanding the issues;
- How to build empathy with reportees;
- How to appropriately and empathetically gather information needed to drive business decisions.

Guide for training has been reviewed and shaped by our Safety Advisory Board and SA experts.

COMPLETE



CONFIDENTIAL

UBER000141146.0011

## 2. Internal Engagement

CONFIDENTIAL

UBER000141146.0012

TACTIC #4

# Speaker Series

To give a voice and face to these issues, we will invite advocates and survivors to speak at Uber's offices.

Collaborating with ERGs and D&I, we will host one speaker in top markets: US/Can, India, UK, and ANZ.

Short list of desired speakers:
- **AnnaLynne McCord** - Actor, SA activist, Survivor
- **Brenda Tracy** - SA in sports activist, Survivor
- **DeAndre Levy** - Former NFL player/free agent, Rape kit backlog activist
- **Kym Worthy** - Prosecutor, Survivor, Rape kit backlog activist
- **Tony Porter** - Co-Founder of A Call to Men, Activist for healthy masculinity

Full list of recommended speakers here.

Complete



UBER000141146.0013

TACTIC #5

# Employee Education

Meaningful organizational involvement will require deep understanding of these issues by executive leadership, managers, and employees throughout the company.

Employees can Take the Pledge to be active bystanders.



Complete

CONFIDENTIAL

UBER000141146.0014

TACTIC #6

# Civic Engagement & Volunteering

Alongside Uber's other employee volunteer opportunities, we will partner with local SA/DV nonprofits to create chances for employees to learn and provide skills-based volunteering.

Examples can include:
- Tech development
- Data science help
- Marketing plans for organizations
- Design consulting
- Video/photography

Uber can also provide free space/food for partner organizations' fundraisers, meetings, or trainings to give us more ways to interface with the community.



Complete



UBER000141146.0015

3. External Brand Initiatives

CONFIDENTIAL

UBER000141146.0016

TACTIC #7

## Driving Change Road Trip

In partnership with Policy, we will reset with advocates, and thought leaders by hosting closed-door, roundtable listening tours.

Goals:
1. Win women's groups as validators for our commitment to safety and reduce likelihood of them becoming vocal opponents
2. Identify opportunities to educate and engage with advocates on safety and accountability
3. Receive support for wider SA work

Event locations include: Washington, DC; Miami; Minneapolis; Ottawa, Canada, Los Angeles; San Francisco; and Boston

Complete



TACTIC #8

## Hero Storytelling

Our drivers, riders and employees already do amazing work in this space. We will tell their stories of support, heroism, and advocacy more broadly.

Stories will be shared throughout the platform to seed the conversation of Uber community's involvement in this work, and the humanization of the brand.

It will emulate and build off of the storytelling Uber did around drivers who prevented human trafficking.

On Hold for Phase 2

"[Driver] Leah is a delight. She also told me about her work at the non-profit, Genesis, which helps women and children of domestic and sexual violence. She is a large advocate of Uber and tells all the women at the shelter about what a great option Uber is"



NO MORE | TOGETHER WE CAN END DOMESTIC VIOLENCE & SEXUAL ASSAULT

**Quick-Thinking Uber Driver Saves Teen Girl From Sex Trafficking**

"I am a HealthRHYTHMS drum circle facilitator that uses the drum as a health and wellness tool. I do... circles for Cancer support groups, Cardiac support groups and Survivors of Sexual assault."

"This young girl stepped into my car... she was wearing this really short skirt that seemed really inappropriate for her age.... two other girls... said to 'pat the guy down for guns, ask for the donation before you do anything.'

I knew I had to get this little girl out of this situation. If it's scary for me to act upon this situation, just think about how scary it was for her."

UBER Heroes





**TACTIC #10**

## Driver & Rider Information

With our vast network of riders and drivers, Uber is seen as an incredible partner to execute **prevention strategies** at scale.

Prevention awareness is shown to be the most likely intervention to prevent sexual violence across a lifetime. For Uber that includes:
- In-app awareness of positive behavior
- Links to bystander information
- GLH materials and videos

We've already seen success in this space with preventive information in Brazil with our partnership with Cláudia magazine and UN Women.

Complete

It includes engaging bystanders, healthy relationship education, and shifting societal norms*.
* Source



Below are select examples of similar corporate partnerships:

Southwest: Donates transportation to those in need for medical reasons.
Donated $19M of in-kind services in one year
Spent $2M to improve public spaces

Fitbit: Uses its data to assist health research projects.
$1M "fit for good" addressing health issues such as diabetes, heart disease and multiple sclerosis
$1.9M for health research to University of California.

Lyft: "Lyft for Good" includes volunteering, financial support for justice issues, and disaster relief.
$1M to ACLU over 4 years to fight Muslim travel ban;
"Round up campaign" to fund various charities
Provide emergency transportation donation in collaborations with Ascension.
See additional examples

LONG-TERM COMMITMENT

# Continuous Movement Building Throughout 2018



**THOUGHT LEADERSHIP**

Convene a closed-door global SA thought leadership summit with companies already committed to this work domestically and internationally

- Use this as an opportunity to invite new companies to discuss the role technology and business can play a role in prevention
- Potential companies to invite include Verizon, Kering, Airbnb, Mass Transit, and UPS, Facebook

**TENTPOLE EVENTS**

Our commitment and campaign will not be a flash in the pan. Key ongoing tentpole events will focus on various holidays and events in 2018

- Holiday Season - Getting Home Safe Campaigns - December 2017
- Spring Break / Campus NO MORE chapters - Feb-March 2018
- Sexual Assault Awareness Month - April 2018
- Festival Season - Summer 2018



**EXPANDING PARTNERSHIPS**

In 2018 and beyond we will broaden the tent to bring more corporations and partners into the fold.

- Key vision includes Uber partners such as American Express, SPG, and More
- All join in Uber's Fight to end Global Sexual Assault

Ongoing

CONFIDENTIAL

UBER000141146.0022



DEFINING SUCCESS

# $5 million over 5 year commitment

| 2017 | | |
|---|---|---|
| NGO Partnerships | Grants made to NNEDV, Raliance, Women of Color Network, Casa De Esperanza, NCAVP (LGBTQ+), A Call to Men | 6 NGOs @ $175,000 each |
| | NO MORE NGO Partnership on advocacy awareness with alignment to a network of allies at the local, national and global level | $125,000 |
| | Additive core NGO partnerships as needed and advised by policy leads and the Safety team in key international markets (e.g., Brazil, ANZ, UK, South Africa) | $125,000 in total (~$10k-$20k per) |
| **2018-2021** | | |
| Movement Building | Committed, ongoing partner to critical NGOs, Thought Leadership on Prevention and Recourse, in-kind rides for Domestic Violence victims, grants to Polaris for sex trafficking | $4,000,000 (~$1M per year) |
| | Total: | $5,300,000 |

It includes engaging bystanders, healthy relationship education, and shifting societal norms*.
* Source

UBER000141146.0024

Further Background

CONFIDENTIAL

UBER000141146.0025

Background

# Domestic Violence

**What is Domestic Violence?**

Domestic Violence is a pattern of behavior used to establish power and control over another person through fear and intimidation. This abuse can be emotional, sexual, digital or physical in nature and often includes the threat or use of violence. DV does not care how much money you make, what religion you are, your age, gender, sexual orientation or the color of your skin. It is an equal opportunity problem.

**Role of Technology**

Much of the technology we use every day is designed to make our lives easier – shopping, answering questions, ordering an Uber and using mobile devices to help in case of emergency. But these same devices and technologies can also be weapons of power and control in the hands of an abuser, allowing a person to intimidate, harass or threaten a current or ex-partner by demanding passwords, checking cell phones, cyberbullying, non-consensual sexting, excessive or threatening texts or stalking on social media. Every day examples maybe constant texting or calling to see where a partner is or what they are doing and demanding an immediate response. Recognizing these behaviors is key to stopping them.

**Being an Active Bystander (DV)**

Bystanders are critical to stopping sexual misconduct or violence. this does not necessarily mean physically inserting yourself into a situation or putting yourself in danger. It does mean speaking up when you see abuse.

- If someone seems to be in immediate danger, call 911. Better to be wrong about the situation than not to have acted at all.
- If you recognize the warning signs of an unhealthy relationship in someone you know, let them know they are not alone and you are there for them. Listen without judgment and help them find the resources they need.
- Don't ignore it if you see a friend treating someone disrespectfully or abusively – talk to him or her about it and why it is wrong.
- Talk to your friends and family – including children and teens – about healthy and unhealthy relationships, including acceptable ways to resolve disagreements.

UBER000141146.0026

Background

# Sexual Assault

**What is Sexual Assault?**

Sexual assault is the combination of a sex act – could be intercourse, could be a sexual touching – PLUS some form of lack of consent on the part of the other person. Physical force, intimidation or pressure, age (being underage) and intoxication can be factors in someone's ability to give consent. In the U.S., 80% of sexual assault is committed by someone the victim knows, meaning the stranger who jumps out of the bushes accounts for less than 20% of sexual assault.

**Consent**

"No" means "no," however indicated – by words or actions like trying to get away, not participating in the act, fighting against the person committing the sex act. Regardless of how they indicate it, the act needs to stop immediately when "no" is said or indicated. Preferable to waiting for a "no," is to look for the "yes" in either words or actions.

**Incapacity to Consent**

If drugs or alcohol are impeding a person's ability to say "yes" – if for example they are falling down, nodding off, seemingly unaware of their surroundings – they cannot legally consent to sex. Rather than trying to guess, best for all involved to simply walk away and encourage others to do the same.

**Being an Active Bystander (SA)**

There is more to being an active bystander than physically inserting yourself into a potentially dangerous situation. Talking openly about sexual assault, learning more about the dynamics at play and challenging the current social norms that promote victim blaming like asking what she was wearing or if she was drunk, help erase the shame and stigma and shift accountability to the perpetrator.

- If someone seems to be in immediate danger, call 911. Better to be wrong about the situation than not to have acted at all
- If someone seems too impaired to give consent, remove him or her from the situation.
- Talk openly about the idea of consent with friends and family and especially young people making sure they know their right to feel safe and comfortable in any sexual experience.
- Work to prevent sexual violence by promoting healthy and positive relationships that are based on respect, safety, and equality.

CONFIDENTIAL

UBER000141146.0027



# Review of Uber / SA Ecosystem Grants

UBER

**MADD**
$1 per ride donation
December 2014

**Veterans**
$1M grant
April 2016

**Immigration Ban**
$3M Legal Defense Fund
January 2017

**Women's Center and
Shelter, Pittsburg**
$10k donation
January 2017

**Girls Coding**
$3M grant
August 2017

**Harvey**
$300,000 of rides, food,
and supply deliveries
September 2017

**Irma**
$400,000 in-kind worth
of rides and food
September 2017

**Google**
$3M grant for sex
trafficking
April 2013

**Avon**
$3.01M in direct
grants for
DV/SA
2014

**NFL**
$10M grant over
10 years to end
sexual assault
June 2016

**AllState**
$1.2M donation to
domestic violence
February 2017 2016

**Verizon**
Multi-million
grant
on domestic
violence
July 2017

**Mary Kay**
~$3.5M annually
($54M in total
since 2000)
August 2017

**Delta**
$1M grant for Sex
Trafficking
October 2017

*Privileged and Confidential*

CONFIDENTIAL

UBER000141146.0028



MARKETING APPROACH
## Reco: Stitching the Forwards Together

**Reputation Campaign**
Launch: ~November 6
PR: Targeted Opinion Push
Scope: Brand Storytelling /
Thought Leadership, Large

**Reputation + CONSUMER JOINT**
Launch: ~Holidays
PR: Consumer Push, Opinion
Scope: Consumer Marketing +
Thought Leadership X-Large

**Reputation Campaign**
Launch: ~January
PR: Targeted Opinion Push
Scope: Brand Storytelling /
Thought Leadership, Medium
(Large in 2018)

Innovative products
packaged for
**CONSUMER** D/R
Forward Chapters

Innovative products
packaged for
**CONSUMER** D/R
Forward Chapters

Sexual Assault

DUI

Safety Vision

CONFIDENTIAL

UBER000141146.0029

Key Partners

## Raliance

Raliance is a collaborative initiative dedicated to ending sexual violence in one generation. It aims to be the go-to resource for policymakers, advocates, service providers, prevention practitioners and the media.

Raliance is a vehicle for directing new funding to local programs that have demonstrated expertise in addressing and preventing sexual violence.

Raliance will fund promising practices that are replicable and that improve the response to victims of sexual violence, reduce likelihood of sexual violence; or strengthen communities' capacity to create safe environments.



Ending Sexual Violence in One Generation

RALIANCE | A progress report for the United States

CONFIDENTIAL

UBER000141146.0030

Key Partners

## Why Raliance?

Raliance is comprised of three national sexual violence prevention organizations – the National Sexual Violence Resource Center, the California Coalition Against Sexual Assault, and the National Alliance to End Sexual Violence. It is the go-to resource for policymakers, advocates, service providers, prevention practitioners and the media.

International organizations would be advised on an case-by-country basis in partnership with external experts and internal comms / policy teams.



Key Partners

## No MORE

NO MORE's mission is to unite and strengthen a diverse, global community to help end domestic violence, sexual assault and abuse.

NO MORE achieves this by getting the issues of domestic violence, sexual assault and abuse out of the shadows and encouraging *everyone* to be part of the solution.

NO MORE focuses on public awareness campaigns, tools and resources for anti-violence organizations, and sparking national and international activism.






CONFIDENTIAL

UBER000141146.0032

Key Partners

## Why No MORE?

- Every major U.S. domestic violence and sexual assault organization – more than 900 groups – is now behind NO MORE
- Successful track record with major organizations like Verizon, Kaiser Permanente, USA Network, NASCAR, and the NFL
- Campaigns featured on the largest stages including 2 Super Bowl Ads and have reached total of 4.4B impressions including 2.2B from television broadcast, 49M from outdoor billboards, and 15M from print.
- Flexible template, toolkits, and resources for Uber to mold / leverage



CONFIDENTIAL

UBER000141146.0033

Thought Starters
## Channel Strategy

- Uber.com
- Targeted Social (Organic)
- In-Person NGO events
- In-App education
- Blog post
- Personalized digital letters to Thought Leaders
- Video
- Photo storytelling



CONFIDENTIAL

UBER000141146.0034