# UBER_JCCP_MDL_000239699

## Metadata

| | | |
|---|---|---|
| **Account** | tbreeden@uber.com | SEMANTIC |
| **All Custodians** | Breeden, Tracey | SEMANTIC |
| **All Paths** | Breeden, Tracey: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-2.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-2.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \MassTort_Category4_GMAIL\MassTort_Category4_GMAIL-1.zip\MassTort_Category4_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category4_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \MassTort_Category4_GMAIL\MassTort_Category4_GMAIL-1.zip\MassTort_Category4_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category4_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \Multi Custodian Gmail\EDISCO-23472_Gmail-166.zip\EDISCO-23472_Gmail--tbreeden@uber.com-8FbhuP.mbox; Breeden, Tracey: \Multi Custodian Gmail\EDISCO-23472_Gmail-166.zip\EDISCO-23472_Gmail--tbreeden@uber.com-8FbhuP.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000239699 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 10/19/2017 7:27 pm | SEMANTIC |
| **Date Modified** | 10/19/2017 7:27 pm | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000239701 | SEMANTIC |
| **File Path** | \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-2.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox | SEMANTIC |
| **File Size** | 35967 | SEMANTIC |
| **Hash Value** | 35df58601e8083688abaec0b627f5bfa | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000239699;UBER_JCCP_MDL_000239700;UBER_JCCP_MDL_000239701 | SEMANTIC |
| **ILS Document Date** | 10/19/2017 | SEMANTIC |
| **ILS Prod Date** | 8/30/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL001 | SEMANTIC |
| **Other Custodians** | Breeden, Tracey | SEMANTIC |
| **Primary Date** | 10/19/2017 7:27 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL001; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 10/19/2017 7:27 pm | SEMANTIC |



Trial Exhibit No.
P-00396

Message
___

| | |
|---|---|
| **From**: | Tracey Breeden [tbreeden@uber.com] |
| **Sent**: | 10/19/2017 7:27:04 PM |
| **To**: | cs@nnedv.org; ebony@endsexualviolence.org |
| **CC**: | Jena Wuu [jena@uber.com] |
| **BCC**: | tbreeden@uber.com |
| **Subject**: | Campaign Press Strategy Meeting |

Hi Cindy and Ebony,

I added you both to my press strategy meeting tomorrow morning with our campaign partners. Sorry for the late notice, but we have a couple of media pitches we have to move quickly on. If you are not able to attend the entire time that is totally ok and I am able to set up separate times to discuss further with each of you. I know both of you have done interviews or provided statements in the past for us, so some of this will not be new to you. I have attached our media strategy below for you to take a look at. I will speak more in depth about my strategy tomorrow. This will just be an initial feedback meeting. Thank you and please let me know if you have any questions or concerns!


### Sexual Assault and Domestic Violence Awareness and Prevention Campaign
### Media Strategy Document

**Strategy:**
- ***Shift the conversation with transparency and facts:*** Sexual violence and domestic violence are a reality in every society. In cities around the world, it's a systemic problem. In a world where five million trips occur on Uber every day with millions of riders and drivers, we are not immune to it.
- ***Use our boldness to take a stance:*** We have been criticized for our "boldness." But rather than remaining silent, we will use our boldness and visibility to shed public light on this important issue affecting all communities.
- ***Showcase commitment to listen and drive change internally:*** We are committed to listening to expert advisors and organizations across the globe, engaging in important dialogue internally, and improving our internal practices, policies and procedures.
- ***Major commitment to fund awareness and prevention work in communities we serve:*** We will commit to a global, multi-year, multi-million dollar donation to fund partnerships with leading sexual and domestic violence prevention organizations globally to support initiatives and the communities at work.
- ***Use our global scale can empower prevention with drivers and riders:*** Uber connects millions of people daily all around the globe from our drivers to our employees to our riders. We will utilize the breadth of the Uber global community to commit to educate and activate drivers and riders around prevention and bystander awareness.
- ***Speak to accountability and our technology:***, Our approach to safety doesn't just focus on prevention -- but also on accountability. Technology can help to alleviate this burden from those affected, help law enforcement to investigate reports of crime, and hold people accountable for their behavior.

**Main Focus of Press Announcement:**
- Major funding donation and awareness/prevention initiatives internally, and externally where we've already made progress:
  - **Driver/Rider Education**
  - **Training all incident response representatives**
  - **Enhance internal policies regarding sexual assault and harassment**

CONFIDENTIAL                                                                                                                UBER_JCCP_MDL_000239699

- o        **Executive Leadership Training**

**Media Approach:**
- Advance embargoed story to a handful of reporters in advance so we can help shape the narrative and they can do a deeper dive into key components of the campaign.
  - o        National network reporter (Deep dive broadcast SIU and IRT teams/training)
  - o        National print reporter (Straight-forward print story)
  - o        Millennial women's publication reporter (Grassroots safety story - Women Driving Change at Uber - ongoing push to prioritize women's safety)

**Launch Day - Monday, November 6, 2017**
- Post Newsroom blog
- Send internal comms to all employees
- Deploy in-app rider and driver comms
- Send out press release/blog to national and local print, broadcast and online outlets, provide follow-up information, set-up interviews, etc.
- Comms to government and law enforcement stakeholders, and local community organizations.

**Ongoing Outreach**
- Presented in all-employee meeting (11/7)
- Continue to pulse out different story angles:
- Hero stories
- Technology/product updates
- Milestone opportunities such as International Day for the Elimination of Violence Against Women College/University Spring Break, etc.

**Media Needs:**
- Make spokespeople available to do media interviews.
- Provide statements to reporters regarding this initiative.
- Have representatives available to educate reporters on the general topic of
- Messaging framework
  - o        Sexual assault and domestic violence is not unique to Uber, it's a societal issue that is everywhere and affects everyone.
  - o        What is unique is that Uber is a company that is taking action, not staying silent and making a major commitment to be part of the solution.
  - o        Uber has taken the time to approach this in a comprehensive way and has listened and collaborated with us to develop education and training initiatives that will have a positive impact on its leadership, employees, riders and drivers.

**Questions:**
- Do you have any suggestions regarding national reporters that might be receptive to this story?
- Is there any messaging that has resonated well with reporters in the past?
- What do you see are the potential media pitfalls for us when we launch?
- Would you be willing to have representatives come to our HQ for our all-employee meeting?
- What would you be able to do in terms of social media support and how can we amplify this with other groups?
- What do you need from us?


Tracey Breeden
Safety Communications
602.600.2806 | tbreeden@uber.com | uber.com

CONFIDENTIAL

UBER_JCCP_MDL_000239701