# UBER_JCCP_MDL_000914948

## Metadata

| | | |
|---|---|---|
| **Account** | tbreeden@uber.com | SEMANTIC |
| **All Custodians** | Breeden, Tracey | SEMANTIC |
| **All Paths** | Breeden, Tracey: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-2.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-2.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \MassTort_Category4_GMAIL\MassTort_Category4_GMAIL-1.zip\MassTort_Category4_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category4_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \MassTort_Category4_GMAIL\MassTort_Category4_GMAIL-1.zip\MassTort_Category4_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category4_GMAIL--tbreeden@uber.com_0.mbox; Breeden, Tracey: \Multi Custodian Gmail\EDISCO-23472_Gmail-138.zip\EDISCO-23472_Gmail--tbreeden@uber.com-D0eSNO.mbox; Breeden, Tracey: \Multi Custodian Gmail\EDISCO-23472_Gmail-138.zip\EDISCO-23472_Gmail--tbreeden@uber.com-D0eSNO.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000914948 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 11/04/2019 6:45 pm | SEMANTIC |
| **Date Modified** | 11/04/2019 6:45 pm | SEMANTIC |
| **Document Type** | Email | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000914958 | SEMANTIC |
| **File Path** | \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-2.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--tbreeden@uber.com_0.mbox | SEMANTIC |
| **File Size** | 212851 | SEMANTIC |
| **Hash Value** | ddf14ae6dda95073a184262d88f068c2 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000914948;UBER_JCCP_MDL_000914949;UBER_JCCP_MDL_000914950;UBER_JCCP_MDL_000914951;UBER_JCCP_MDL_000914952;UBER_JCCP_MDL_000914953;UBER_JCCP_MDL_000914954;UBER_JCCP_MDL_000914955;UBER_JCCP_MDL_000914956;UBER_JCCP_MDL_000914957;UBER_JCCP_MDL_000914958 | SEMANTIC |
| **ILS Document Date** | 11/04/2019 | SEMANTIC |
| **ILS Prod Date** | 10/21/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL023 | SEMANTIC |
| **Other Custodians** | Breeden, Tracey | SEMANTIC |
| **Primary Date** | 11/04/2019 6:45 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL023; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 11/04/2019 6:45 pm | SEMANTIC |



Trial Exhibit No.
**P-00397**

Message
------

| | |
|---|---|
| From: | Andrew Byrne [abyrne@uber.com] |
| Sent: | 11/4/2019 6:45:07 PM |
| To: | Tracey Breeden [tbreeden@uber.com] |
| CC: | Rachel Haas [haas@uber.com]; Johnathon Purcell [johnathon@uber.com]; Rana Kortam [kortam@uber.com] |
| Subject: | Re: [TIME SENSITIVE] Review Final Recommendations for 2020 US Driving Change Partners |

Hey guys - I don't have any more comments. I do feel that the numbers here are too high, but also that we're too late in the cycle for a strategic rethink now.


On Sun, 3 Nov 2019 at 13:55, Tracey Breeden <tbreeden@uber.com> wrote:
> Hi Andy,
>
> Just bringing this to the top of your inbox and circling back on your thoughts moving forward. Please let me know. Thanks!
>
> On Fri, Nov 1, 2019 at 5:11 PM Tracey Breeden <tbreeden@uber.com> wrote:
>> Hi Andy,
>>
>> Thank you for your response. Thank you for supporting the direction with RAINN. On your second point, I'm fully aligned with policy owning the Promundo relationship going forward. That makes total sense to me.
>>
>> We've had exec involvement and support, including Jill's support on the amounts and partners, since the kickoff commitment in 2017. In fact, the 5 mill commitment and orgs chosen, wouldn't have happened without her. She was the one who pushed the ELT forward on this in 2017.
>>
>> We have definitely set a precedent with these partners and funding. That being said, I hear you on the need to do this differently moving forward and I agree with you. I propose we do just that next year and start the discussions early in 2020 with you and your team on how we thoughtfully execute it.
>>
>> For now, I propose we move forward as is, given best practices we need to take into account, the precedent that has been set, the timing of the safety report, and the need for these partners to speak out on our behalf, and particularly given we are now so late in the game. We also have a quarterly call with them next week, and Rana and Rachel are meeting with them in a couple weeks on providing safety report support. The partners are also expecting an update on grants on next week's quarterly call.
>>
>> Are you aligned with all those next steps? If not, I can schedule a call with Thomas next week while he is in Brazil to figure out a path forward together.
>>
>> Thanks
>> Tracey
>>
>>
>> On Fri, Nov 1, 2019 at 3:43 PM Andrew Byrne <abyrne@uber.com> wrote:

Thanks Rachel - apologies for being slow. That is a very long email so it has taken me a while to digest. But thank you for being so thorough.

A few points:

- I'm fine with upping RAINN, though i think sets an unnecessary and potentially market distorting precedent. But I understand that they will deliver for us and they're high profile in the US.

- With Promundo, the work you mentioned sounds like it should fit within the policy team, so we should discuss who ends up holding the relationship there.

- On the safety report and brand benefit, thanks for the information and the request for Tony. I should say I'm surprised that we would need to roll out a senior exec to convince organisations we have been funding generously for years to support us while we go out on a limb on their issues.

On Fri, 1 Nov 2019 at 14:42, Rachel Haas <haas@uber.com> wrote:
> Hey Andy,
>
> Just want to circle back to see if we were able to address the concerns / questions you shared yesterday. Our goal is to send Thomas final recommendations for approval **by end day** so that we can kick off the agreement and finance processes (which will take some time to execute and mindful of getting the grants out before release of the safety report). If you still have any concerns though, let us know.
>
> Thanks so much!
>
> - Rachel
>
> On Thu, Oct 31, 2019 at 10:34 PM Rachel Haas <haas@uber.com> wrote:
>> Hey Andy,
>>
>> Really appreciate your quick review and thoughtful questions around the suggested organizations and amounts. We want to share our thinking (below) behind the specific organizations/amounts and questions you flagged and hope it addresses your concerns. With that said, happy to chat tomorrow if not. Just let us know after you get a chance to review.
>>
>> When discussing with Thomas, we all agreed that we need to go bigger on fewer partners and strengthen partnerships with most impactful NGOs (for our communities and our business) with a focus on organizations with a global reach. The $150k level focuses on the top 3 organizations that add the most value to our program, business, and brand.
>>
>> - We proposed including RAINN at this level to support the expansion of a free, 24/7 service, the National Sexual Assault Hotline, that is critical to our business and a service we currently refer users to. We will soon be offering a direct connection to at no cost to us. This soft connect (also part of the LE Reporting with consent project) has already been socialized with and approved by ELT Stand for Safety committee. RAINN has communicated concerns that this could dramatically increase calls for service to their hotline.
>>
>> - We proposed including Promundo at this level for several reasons—1) while RAINN is our lead partner for the US driver education, Promundo is a critical partner for scaling driver/rider education globally given their work in 40 countries (including Brazil, Mexico, US, India) and a global leader in education to men and boys (a key demographic for incident reduction on our platform). They are behind the most comprehensive household studies ever carried out on men's and women's attitudes and practices on a wide variety of topics related to gender equality (in 27 countries) so they bring a wealth of knowledge and expertise (and relationships -- including UN Women, the World Health Organization, and World Bank). 2)

CONFIDENTIAL

P-00397.00003

UBER_JCCP_MDL_000914949

In order to prioritize and go bigger on fewer partners globally, we did not include Promundo in the 2020 LatAm Driving Change grant commitments (despite being LatAm's most valuable Driving Change partner). In lieu of receiving local funding, this more significant contribution will enable us to leverage their expertise across multiple regions.

The 100K level includes two organizations that have demonstrated ability to work collaboratively with us and can offer significant value to our program, business, and brand we think have potential to move to higher level if they successfully add value.

- We propose including WOCN at the $100K level for several reasons -- 1) WOCN brings valuable expertise on communities of color and the LGBTQ+ community—both of which face unique barriers that require culturally specific expertise. 2) help mitigate the potential backlash from reducing AVP and Casa de Esperanza (the only other two minority groups)  3) Out of the three They have additional focus on the LGBTQ+ community including the transgender community in which we have recieved harsh criticism from. They have also done media interviews for us and are expanding globally, something the other two have not done.

Regarding RISE, they would be a first-time Driving Change partner at $50K. We added RISE based on feedback from Rana but can remove if you no longer want to include them in the Driving Change grant selections. And you are correct about their focus on legislative reform. Since this is critical to reducing sexual assault over time, a priority globally for business, RISE's social movement model could be leveraged across markets where there are significant gaps in effective sexual assault response and prevention programs. Supporting the expansion of their accelerator program could be a valuable investment in sexual violence prevention and RISE has a strong record of working with grassroots organizers and organizations, providing coaching, training, and mentoring to equip them with skills to lobby for policy reform.

On the last piece, I hear you on the concern about the brand benefit that these investments generate being commensurate with the investment. I do want to call out though that <u>rejecting a $125K donation from Uber could actually benefit these organizations more</u> in the short term. Undoing years of residual scar tissue and troubling news stories take consistent, long term investment — NGOs are distrustful of companies that want the brand credit without doing the work and we've only been working with these organizations for two years (I realize that is a long time in Uber years but also know that many of the leaders of these organizations have been doing this work for close to 30-40 years). With that said, we have strong, positive relationships with all 9 NGOs and the diversity across the NGOs has been enormously beneficial in giving us credibility and helping us build goodwill with other NGOs in the US and around the world.

However, we ultimately made the recommendation to reduce the grants for AVP, Casa, and A Call To Men to $30K (and NNEDV to $50K) to reflect our belief that these organizations do not fit the 2020 priorities for our program, business, or brand. With that said, not funding these organizations at all as part of the 2020 Driving Change grants would present a significant risk to the business. Because we have given these orgs over $100,000 a year through Driving Change (something that policy and comms was also supportive of since the first public commitment to support sexual assault prevention was made in 2017), we have set a precedent in terms of funding amounts and time of year and <u>not funding these organizations at all</u> could 1) seriously damage the positive goodwill and trust that we have worked very hard to build over the years and 2) likely generate criticism that we are providing large investments to mainstream, predominantly white-led organizations at the expense of the organizations serving marginalized communities.

Regarding the proactive support concern, AVP, Casa and A Call To Men would be receiving considerably less than the other partners and will understandably be less inclined to proactively support us. That, combined with being unable to tell any of the partners when we are releasing the report or what is included

in the report, makes it more difficult to secure proactive media support from that is specifically related to release of the report. (The timing and ability to review in advance is the main challenge behind securing proactive support from WOCN and Futures as well.)

With that said, if Tony (or another ELT member) would have 1:1 meetings with each of the Driving Change partners, I feel confident that they would all proactively go on the record to support this big, bold bet by Uber if we can communicate ASAP (like next week) the following:

1. We are releasing report in the next few months (and walk them through the background deck Rana is working on about the Report and our approach)

2. We want to invite them to review report in advance (tentatively during XX week)

3. We want to get some sort of specific proactive support (e.g. please let us know by XX date if you'd be able to do commit to cosigning a full page ad in the NYT with us, doing a media interview to discuss the importance of corporate transparency, or publishing social media on day of release to support our announcement).

When I shared this with Rana on Tuesday, I got the impression that the above was not going to happen so we thought safer to focus on activating the organizations we have the strongest relationships and have worked with more closely over the last couple years.

Let us know your thoughts and again, we're happy to chat through any concerns.

Thank you!


On Thu, Oct 31, 2019 at 11:06 AM Andrew Byrne <abyrne@uber.com> wrote:
> Hey Rachel - thanks so much for this. Just a few questions from me.
>
> • What's the rationale behind giving RAINN an additional $50K on top of what they asked for? This is not a small amount, and my understanding is that we pay them separately for consulting work. I thought that Lyft give them WAY more, so it's not as if we'd be meaningfully competing with their donation anyway.
>
> • What is the rationale behind offering Promundo $150K and WOCN $95K? What kind of value are we expecting to justify large amounts like these? Looking at some of the comments, it seems duplicative to what we are already doing with RAINN, though of course I could be wrong.
>
> • Can you clarify what programmatic marketing elements in particular you would be working on with Rise? I thought they focused on legislative reform?
>
> I am also concerned by the fact that we are only expecting proactive public support for the safety report from 4 out of 9 of these organizations. It seems crazy to me that we gave these orgs $100k+ in the last year alone. I recognize that these are not transactional relationships, but I want to be sure that the brand benefit these investments generate is commensurate with the investment.
>
> As we talked about on the call, I don't think we need to get to a round figure this year. We donate lots of other sources of revenue to organisations like these (and will continue to do so over the balance of the year) so I want to make sure are donations are proportionate, effective and sustainable.
>
> As always, happy to discuss.
> A
>
> On Wed, 30 Oct 2019 at 15:14, Rachel Haas <haas@uber.com> wrote:
>> Hi all,

CONFIDENTIAL

P-00397.00005

UBER_JCCP_MDL_000914951

Thanks again for the great meeting on Monday to review the US Driving Change proposals. We are excited to move forward to finalize the selections for the third year of our $5M, five year commitment to fund programmatic partnerships focused on sexual assault prevention in the US.

Here are the takeaways, recommended organizations and amounts from Women's Safety Program team, and next steps:

## Takeaways
- US Driving Change fund is dedicated to supporting sustainable, impactful programmatic partnerships (but at the same time, these partners are essential to leverage for policy / comms efforts to secure public, on the record support).
  - From original announcement: "The $5 million commitment over five years will fund programmatic partnerships focused on prevention. An initial portion of the funding will go to our partners Raliance, National Network to End Domestic Violence, NO MORE, Women of Color Network, Inc., Casa de Esperanza, A CALL TO MEN, and The National Coalition of Anti-Violence Programs. These partners and the funding will also help address critical funding gaps with marginalized communities who are often the most underfunded."
- Future desired state: go bigger on fewer partners in 2020 and strengthen partnerships with most valuable, impactful NGOs with a focus on organizations with a global reach.
  - In the meantime, we agree that providing some funding to all existing Driving Change partners is important to help mitigate risk of backlash, especially given the timing of Project T.
  - Moving forward: look to establish multi-year strategic partnerships with fewer global or regional NGO partners for 2021-2022 (as recommended by Thomas).

## Recommended 2020 Partners
Based on our conversations as a group, Tracey, Johnathon, and I put together the recommended partners and amounts — see third column of the below table (also here) for your review. For context, I've included the 2018 and 2019 Driving Change partners in the first and second column, respectively.

## Next Steps
- Please let us know by **before tomorrow AM** if you have any concerns on the recommendations as outlined below.
- Final recommendations will be shared with Gus tomorrow afternoon. Recommendations will be sent to Thomas for final approval at 9am on Friday morning. We need to move fast in order to get these executed in time for Project T!

THANK YOU! Grateful for all your support and input as always.
- The Women's Safety Program Team

| 2017 | 2018 | 2019 | NOTES ON NEW ORGS |
|---|---|---|---|
| **$175,000 - 6 NGOs**<br>○ A Call To Men<br>○ Casa de Esperanza<br>○ National Coalition of Anti-Violence Programs (AVP)<br>○ National Network to End Domestic Violence (NNEDV)<br>○ Raliance<br>○ Women of Color Network (WOCN) | **$100,000 - 9 NGOs**<br>○ A Call To Men<br>○ Casa de Esperanza<br>○ AVP<br>○ NNEDV<br>○ Raliance<br>○ WOCN<br>○ NO MORE<br>○ Futures Without Violence<br>○ RAINN | **$150,000 - 3 NGOs**<br>○ NO MORE<br>○ RAINN<br>○ Promundo | *Added Promundo, originally a LatAm partner for multiple markets incl. Brazil and Mexico — global leader in promoting gender equity through research & international advocacy (critical programmatic partner)* |
| **$125,000 - 1 NGO**<br>○ NO MORE | Note: remaining $100K given to smaller one-off partners working on programs | **$100,000 - 2 NGOs**<br>○ Futures Without Violence<br>○ WOCN | |
| | | **$70,000 - 2 NGOs**<br>○ Raliance - incl $25K for NSAC | *Added EVAWI, one of few organizations that engages law enforcement and criminal justice field to improve criminal justice system* |

CONFIDENTIAL
UBER_JCCP_MDL_000914952

| | | | |
|---|---|---|---|
| | | • End Violence Against Women International (EVAWI) - includes $15K for conf | *(critical programmatic partner, particularly with new LE reporting protocols rolling out)* |
| | | **$50,000 - 2 NGOs**<br>○ NNEDV<br>• RISE | *Added RISE, a key strategic partner for T-Report efforts (critical policy partner)* |
| | | **$30,000 - 3 NGOs**<br>○ A Call To Men<br>○ AVP<br>○ Casa de Esperanza | Organizations highlighted in red will likely not receive Driving Change funding in 2021 (final selections to be determined by cross-functional review committee) |

On Mon, Oct 28, 2019 at 12:53 AM Rachel Haas <haas@uber.com> wrote:
+Andrew Byrne +Abhinav Bahl

Thanks for volunteering to participate in the review committee for the Driving Change Gender-Based Violence proposals for 2019-2020.

**Context**
As part of our larger effort to turn the reputation page on sexual assault in 2017, we announced a five-year, $5M "Driving Change" commitment to partner with leading gender-based violence NGOs in the U.S. The initiative was launched in the US in 2017 to help the company better understand the issue more broadly, build relationships with NGOs that could partner on projects to support internal and external gender-based violence (GBV) initiatives, and leverage these partnerships to build trust externally (see overview of Driving Change). Recognizing it could not undertake this effort on its own, Uber reached out to a broad array of experts in the GBV field for guidance.

In 2017, we funded A Call To Men, NO MORE, National Coalition of Anti-Violence Programs (NCAVP/AVP), RALIANCE, National Network to End Domestic Violence (NNEDV), Women of Color Network (WOCN), and Casa de Esperanza (see details in table below). In 2018, we renewed our commitment to US Driving Change partners and added RAINN and Futures Without Violence to the program (while also expanding internationally).

Overall these partnerships have helped add reach, credibility, and expertise as we work to rebuild our reputation with women and demonstrate industry leadership on women's safety. Through our Driving Change partners, we've hosted 38 community forums in cities across the US; offered specialized training to customer support agents to impart understanding of issue while building empathy; and developed much-needed education for drivers and riders in partnership with RAINN (US), Promundo (BR, MX), and NO MORE (US, UK, AUS).

These partnerships are particularly critical in the face of tough media and regulatory headwinds — partners like RALIANCE and NO MORE have gone on the record to counter negative press while others like RAINN and Futures have reached out behind the scenes to key legislators like Senator Blumenthal. With Stand for Safety being a top company priority and the #1 top influencer of favorability and trust in the US (and globally), maintaining strong partnerships with GBV NGOs is essential to our commitment to women's safety, especially as we prepare for the release of the Safety Report.

**Driving Change 2019-2020 Applications**

We invited all current US Driving Change partners and two new partners to submit applications for this third year of Driving Change funding. All 11 organizations submitted proposals (all-in-one here).

CONFIDENTIAL                                                    UBER_JCCP_MDL_000914953

P-00397.00007

| Organization | 2017-2018 Funding | 2018-2019 Funding | 2019-2020 Funding Request | 2019-2020 Proposal |
|---|---|---|---|---|
| A Call to Men | $175,000.00 | $100,000.00 | $150,000 | LINK |
| AVP | $175,000.00 | $100,000.00 | $100,000 | LINK |
| Casa de Esperanza | $175,000.00 | $100,000.00 | $134,066 | LINK |
| EVAWI | N/A | N/A *Note: received $15K sponsorship for EVAWI Conference in 2019* | $120,163 | LINK |
| Futures Without Violence | N/A | $100,000.00 | $250,000 | LINK |
| NNEDV | $175,000.00 | $100,000.00 | $100,000 | LINK |
| NO MORE | $125,000.00 | $100,000 *Note: received additional $50K for Don't Stand By related activities* | $150,000 | LINK |
| RAINN | N/A | $100,000 *Note: received additional $20K for RAINN modules* | $100,000 | LINK |
| RALIANCE | $175,000.00 | $100,000.00 | $114,000 | LINK |
| WOCN | $175,000.00 | $100,000.00 | $128,241 - $436933 | LINK |
| Promundo | N/A *Note: LatAm Driving Change Partner* | N/A | $145,000 - $195,000 | LINK |

**Next Steps**

- **Review proposals:** You can review all of the proposals here if you have not already done so.
- **Evaluate proposals:** Reminder to please evaluate proposals by scoring 1 - 3 (with 3 being the highest) -- note your scores in the second tab of the Driving Change Grant Review spreadsheet.

Some key considerations:

o       Ability to support Driving Change pillars: Uber's focus on education, support and desire to reach a variety of audiences, including those not typically reached with these messages, is key.

o       Past positive experience working with Uber: This is the case for RAINN, NO MORE, and Promundo.

o       Potential to scale globally: Does partner have global reach or ability to scale project beyond the US?

o       Media presence: Media visibility positive or negative (or nonexistent) for org? Do they have a strong social media presence that we could leverage?

o       Align with company priorities: Does the partner or project align with 2020 priorities? Could the partner serve as partner or SME to advance 2020 priorities?

o       Policy: Does the partner or project address key policy priorities for Uber? Does the NGO partner / partnership strengthen engagement with policy makers/ opinion elites? Important to consider potential to mitigate the impact of the Safety Report.

o       Gender-based Violence Prevention: Is there potential for meaningful impact when it comes to GBV prevention beyond duration of project and beyond Uber's investment?

o       Red flags: Are they are ambivalent about Uber and could they turn when times get tough?

- **Join Committee Review Meeting:** Objective for meeting is to identify and agree on 2019-2020 grant amounts for the 11 applications.

Thanks,
Rachel


On Tue, Oct 22, 2019 at 3:05 AM Rachel Haas <haas@uber.com> wrote:
Hi Rana, Nick, Sarah,

Thank you for volunteering to review the US Driving Change grant proposals that were submitted this year. We really appreciate your support and partnership in this important program!

**Next Steps**

1. **Review overview of Driving Change Program (Optional):** See highlighted background info below.

2. **Review proposals:** You will find proposals in the second tab of the US Driving Change Review spreadsheet (see tab "Committee Review") for your review . For reference, application sent to NGOs is here.

3. **Evaluate proposals (If time allows):** Under your name (see columns L - O), please evaluate proposals by scoring 1 - 3 with 3 being the highest. Check out this key considerations / criteria to consider as you review and evaluate the proposals. This will help us determine where to focus our attention on Thursday. Also, feel free to add a column for your notes if you'd like!

4. **Join Committee Review Meeting on Thurs:** We'll meet on Thursday to go through each of the proposals. Please review proposals and evaluate them if you have time. If you don't have time, that's fine -- just try to at least review proposals beforehand. We will plan to take 4-5 min for each of the ten proposals and spend the remaining time (~10 min) to discuss next steps.

BIG shout out and thank you to Sarah, who's incredible leadership on Uber's Community Impact Initiative, led to much of the above process!

Please let me know if you have any questions and thank you again for your help in reviewing.

**Background on Driving Change Program**

We've made strong progress establishing Uber's women's safety commitment through Uber's Driving Change initiative since its launch in November 2017. Grantmaking is one of several key components of this program. In November 2017, we announced a five-year, $5M commitment to partner with leading sexual violence NGOs in the U.S. and, more recently, invested $1.5M internationally. In a world where millions of trips occur on Uber every day globally, we recognize that we are not immune to society's problems. Driving Change grants allow us to establish much-needed brand partnerships with leading prevention experts to leverage our scope and scale to address sexual violence on our platform and in the communities we serve.

Today, we have leveraged $2.5M in strategic programmatic partnership funding to develop partnerships with 32 leading sexual assault prevention organizations in 11 countries. These partnerships have helped add reach, credibility, and expertise as we work to rebuild our reputation with women and demonstrate industry leadership on women's safety. Through our Driving Change partners, we've hosted 38 community forums in cities across the US; offered specialized training to customer support agents to impart understanding of issue while building empathy; and developed much-needed education for drivers and riders in partnership with RAINN (US), Promundo (BR, MX), and NO MORE (US, UK, AUS).

As we approach 2020 as a newly public company operating in 78 countries, it is imperative that we develop a cohesive giving strategy that aligns with reflects our transparent company priorities and advances these

critical relationships. A clear structure to Driving Change grantmaking is key to the sustainability and scalability of these partnerships, and to ultimately establishing partnerships that align with strategic business needs—educational initiatives that help reduce incidents on the platform, projects that help Uber deliver the best in-class support experience to our customers, and projects that support the delivery of meaningful and actionable data insights on sexual assault incidents.

--
Rachel Haas
Sr. Program Manager
Global Women's Safety & Gender-Based Violence Initiatives
*Pronouns: She / Her / Hers*

--
Rachel Haas
Sr. Program Manager
Global Women's Safety & Gender-Based Violence Initiatives
*Pronouns: She / Her / Hers*

--
Rachel Haas
Sr. Program Manager
Global Women's Safety & Gender-Based Violence Initiatives
*Pronouns: She / Her / Hers*

--
**Andrew Byrne**
Director of Public Policy

--
Rachel Haas
Sr. Program Manager

Global Women's Safety & Gender-Based Violence Initiatives
*Pronouns: She / Her / Hers*

--
Rachel Haas
Sr. Program Manager
Global Women's Safety & Gender-Based Violence Initiatives
*Pronouns: She / Her / Hers*

--
Rachel Haas
Sr. Program Manager
Global Women's Safety & Gender-Based Violence Initiatives
*Pronouns: She / Her / Hers*

--
**Andrew Byrne**
Director of Public Policy 

--

Tracey Breeden
Head of Global Women's Safety & Gender-based Violence Initiatives
602.600.2806  |  tbreeden@uber.com  |  uber.com

--

Tracey Breeden
Head of Global Women's Safety & Gender-based Violence Initiatives
602.600.2806 | tbreeden@uber.com | uber.com

--

**Andrew Byrne**
Director of Public Policy

CONFIDENTIAL

UBER_JCCP_MDL_000914958