# UBER_JCCP_MDL_000394403

## Metadata

| Field | Value | Type |
|---|---|---|
| Account | jodi.page@uber.com | SEMANTIC |
| All Custodians | Hasbun, Andrew;Kawada Page, Jodi | SEMANTIC |
| All Paths | Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-7.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-mEd0xs.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-7.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-mEd0xs.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-10.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-2ubmtm.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-10.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-2ubmtm.mbox; Kawada Page, Jodi: \MassTort_Category3_GMAIL\MassTort_Category3_GMAIL-1.zip\MassTort_Category3_GMAIL--jodi.page@uber.com_0.mbox.zip\MassTort_Category3_GMAIL--jodi.page@uber.com_0.mbox; Kawada Page, Jodi: \MassTort_Category3_GMAIL\MassTort_Category3_GMAIL-1.zip\MassTort_Category3_GMAIL--jodi.page@uber.com_0.mbox.zip\MassTort_Category3_GMAIL--jodi.page@uber.com_0.mbox; Kawada Page, Jodi: \Multi Custodian Gmail\EDISCO-23472_Gmail-86.zip\EDISCO-23472_Gmail--jodi.page@uber.com-VEITGK.mbox; Kawada Page, Jodi: \Multi Custodian Gmail\EDISCO-23472_Gmail-86.zip\EDISCO-23472_Gmail--jodi.page@uber.com-VEITGK.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000394403 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 12/05/2019 2:16 pm | SEMANTIC |
| Date Modified | 12/05/2019 2:16 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_000394407 | SEMANTIC |
| File Path | \MassTort_Category3_GMAIL\MassTort_Category3_GMAIL-1.zip\MassTort_Category3_GMAIL--jodi.page@uber.com_0.mbox.zip\MassTort_Category3_GMAIL--jodi.page@uber.com_0.mbox | SEMANTIC |
| File Size | 14883 | SEMANTIC |
| Hash Value | e2c7998d90e33c149115b4f9c2d86bca | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000394403;UBER_JCCP_MDL_000394404;UBER_JCCP_MDL_000394405;UBER_JCCP_MDL_000394406;UBER_JCCP_MDL_000394407 | SEMANTIC |
| ILS Document Date | 12/05/2019 | SEMANTIC |
| ILS Prod Date | 9/15/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL006 | SEMANTIC |
| Other Custodians | Kawada Page, Jodi;Hasbun, Andrew | SEMANTIC |
| Primary Date | 12/05/2019 2:16 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL006; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 12/05/2019 2:16 pm | SEMANTIC |



Trial Exhibit No.
P-00411

Message

| | |
|---|---|
| From: | Brooke Anderson [brooke.anderson@uber.com] |
| Sent: | 12/5/2019 2:16:44 PM |
| To: | Jodi Kawada Page [jodi.page@uber.com]; Andrew Hasbun [andrew.hasbun@uber.com] |

- **Brooke Anderson**, 2019-12-05 06:16:44

Hey guys- I want to make triple sure that the advocates statements don't crib from each other, or seem to borrow too much from Uber's. I refined the ones in the blog post. How do we think other advocate's statements look?

- **Brooke Anderson**, 2019-12-05 06:17:06

Ie other groups outside of our top 3

- **Jodi Kawada Page**, 2019-12-05 06:17:29

I went through them and have sent anemail back to Raliance and NSVRC to get approval on revised

- **Jodi Kawada Page**, 2019-12-05 06:17:46

I haven&#39;t looked at those

- **Jodi Kawada Page**, 2019-12-05 06:17:49

Can someone else do it?

- **Brooke Anderson**, 2019-12-05 06:17:54

I woke up w major anxiety about NYT and others covering the we bought advocates angle

- **Jodi Kawada Page**, 2019-12-05 06:17:59

Kayla and Navideh have beenhelpingSteffi

- **Brooke Anderson**, 2019-12-05 06:18:04

Where are they?

- **Jodi Kawada Page**, 2019-12-05 06:18:09

Wehave 4 for the blog  3 SA and 1 Road Safety

- **Brooke Anderson**, 2019-12-05 06:18:22

Right. I edited those at 12am

- **Brooke Anderson**, 2019-12-05 06:18:33

I think they are ok

- **Brooke Anderson**, 2019-12-05 06:18:42

It's the others I haven't seen

- **Jodi Kawada Page**, 2019-12-05 06:18:45

&lt;a href="https://www.google.com/url?q=https://docs.google.com/document/d/1j7lMxyVkVhzjnzOSLbcDZ323XwIMaj9rH_5dIBkGsnQ/edit%23&amp;sa=D&amp;source=hangouts&amp;ust=1575641925367000&amp;usg=AFQjCNG0c06NyF4wBGOnbYTKhieNTnlzqQ"&gt;https://docs.google.com/document/d/1j7lMxyVkVhzjnzOSLbcDZ323XwIMaj9rH_5dIBkGsnQ/edit#&lt;/a&gt;

- **Jodi Kawada Page**, 2019-12-05 06:18:53

You edited whose?

- **Brooke Anderson**, 2019-12-05 06:19:00

Ones in our blog

- **Brooke Anderson**, 2019-12-05 06:19:03

Also-

- **Jodi Kawada Page**, 2019-12-05 06:19:27

I didn't see your edits - did you do suggest mode?

- **Jodi Kawada Page**, 2019-12-05 06:19:38

I arevised and sent back to advocates for approval

- **Brooke Anderson**, 2019-12-05 06:19:53

In our blog doc? No I just edited directly into

- **Brooke Anderson**, 2019-12-05 06:19:56

Oops

- **Brooke Anderson**, 2019-12-05 06:20:02

I cut Ebony's

- **Brooke Anderson**, 2019-12-05 06:20:13

Bc she has a line that was Karen's from her letter

- **Jodi Kawada Page**, 2019-12-05 06:20:13

I revised karen's based on yourfeedback on the plane

- **Brooke Anderson**, 2019-12-05 06:20:17

So I cut it out

- **Jodi Kawada Page**, 2019-12-05 06:20:19

I redid ebony's

- **Brooke Anderson**, 2019-12-05 06:20:24

And then tweaked Karen's

- **Jodi Kawada Page**, 2019-12-05 06:20:31

ok - well look att hem again

- **Brooke Anderson**, 2019-12-05 06:20:35

This was at 12 am- look at version history

- **Brooke Anderson**, 2019-12-05 06:20:39

Sorry

- **Brooke Anderson**, 2019-12-05 06:21:02

I'm going to take a quick shower before the kids wake up

- **Jodi Kawada Page**, 2019-12-05 06:21:05

I already sent revised to Raliance.NSVRC so take a look at the ones int ere now

- **Brooke Anderson**, 2019-12-05 06:21:35

K- I think raliance you should be fine bc I didn't add anything I just cut a line I believe

- **Jodi Kawada Page**, 2019-12-05 06:22:56

ok

- **Jodi Kawada Page**, 2019-12-05 06:22:59

I redid it

- **Brooke Anderson**, `2019-12-05 06:23:32`

Did you see the tweak

- **Brooke Anderson**, `2019-12-05 06:23:37`

You get what I'm saying right

- **Jodi Kawada Page**, `2019-12-05 06:23:54`

Yes - Ebony&#39;s statement was from Karen&#39;s letter

- **Brooke Anderson**, `2019-12-05 06:24:03`

Exactly

- **Jodi Kawada Page**, `2019-12-05 06:24:06`

I redid it so that it isn&#39;t

- **Jodi Kawada Page**, `2019-12-05 06:24:15`

There is one line that might be sort of similar but I like it so I kept it in

- **Jodi Kawada Page**, `2019-12-05 06:24:28`

And I d o&#39;nt think it&#39;s the one you cutout

- **Jodi Kawada Page**, `2019-12-05 06:24:47`

"Sexual violence is not just one company's problem or issue. It affects everyone in every industry. Bringing this issue it into the light, counting it consistently, and publicly sharing data is a gamechanger and something we don't see very often. We're pleased that Uber has not only voluntarily taken this step, but is also partnering with us to establish RALIANCE Business, a resource center that can help companies and organizations measure, respond to, and prevent sexual violence. If we want to end sexual violence in one generation, we need more data, and more companies willing to be transparent and accountable."

- **Brooke Anderson**, `2019-12-05 06:24:51`

Oh good catch then- the one I cut was in letter too t

- **Jodi Kawada Page**, `2019-12-05 06:34:55`

Anything from Luntz?

- **Jodi Kawada Page**, `2019-12-05 06:34:58`

on Q&amp;A in Blog?

- **Brooke Anderson**, `2019-12-05 06:47:08`

He is calling me this am

- **Brooke Anderson**, `2019-12-05 06:47:27`

Andrew- did you ask Gus if page #s are fine per Conor's q? Let me know

- **Andrew Hasbun**, `2019-12-05 06:48:35`

Just waking up to lungs and emails. Haven't asked Gus. He counted every page so would be it not be 84 pages?

- **Andrew Hasbun**, `2019-12-05 06:48:47`

Pings not lungs, lol

- **Brooke Anderson**, `2019-12-05 06:49:20`

The final report has page #s- but he is confirming the cover sheet doesn't count

- **Jodi Kawada Page**, `2019-12-05 07:05:47`

CONFIDENTIAL

P-00411.00004

UBER_JCCP_MDL_000394405

Dying laughing at MK's editing - he's like speedy gonzales

- **Brooke Anderson**, 2019-12-05 07:05:55

tiny tweaks

- **Brooke Anderson**, 2019-12-05 07:06:02

don'tSTAB ME

- **Jodi Kawada Page**, 2019-12-05 07:06:05

haha

- **Jodi Kawada Page**, 2019-12-05 07:06:06

 it

- **Jodi Kawada Page**, 2019-12-05 07:06:11

it's infe -  I just need to send it  back again

- **Jodi Kawada Page**, 2019-12-05 07:06:13

fine

- **Brooke Anderson**, 2019-12-05 07:06:26

what's the blog going to be

- **Brooke Anderson**, 2019-12-05 07:06:28

i mean

- **Brooke Anderson**, 2019-12-05 07:06:39

The link for the report

- **Jodi Kawada Page**, 2019-12-05 07:07:24

it's  at the top of the doc

- **Jodi Kawada Page**, 2019-12-05 07:07:34

<a href="https://www.google.com/url?q=http://www.uber.com/newsroom/2019-us-safety-report&amp;sa=D&amp;source=hangouts&amp;ust=1575644854625000&amp;usg=AFQjCNFDIJ-ut-00hePT6jnYB0JLNP22Aw">www.uber.com/newsroom/2019-us-safety-report</a>

- **Jodi Kawada Page**, 2019-12-05 07:11:54

B - did you see  that Faiz  and  Greg B a re in Tier  2?

- **Jodi Kawada Page**, 2019-12-05 07:25:17

kte?

- **Jodi Kawada Page**, 2019-12-05 07:25:24

I'm blanking on Kate?

- **Jodi Kawada Page**, 2019-12-05 07:53:09

Look at this

- **Jodi Kawada Page**, 2019-12-05 07:53:18

<a href="https://www.google.com/url?q=https://docs.google.com/spreadsheets/d/1gG7hqZ3kkPgHwX2Aylf0_m8AMMEUOP81rsVda63ET0g/edit?usp%3Dsharing&amp;sa=D&amp;source=hangouts&amp;ust=1575647598565000&amp;usg=AFQjCNHcDOlBlk194kcLDs0RI-OO7LGzUQ">https://docs.google.com/spreadsheets/d/1gG7hqZ3kkPgHwX2Aylf0_m8AMMEUOP81rsVda63ET0g/edit?usp=sharing</a>

- **Jodi Kawada Page**, 2019-12-05 07:53:21

This is advocate list

- **Jodi Kawada Page**, 2019-12-05 07:53:27

I had to send as is because steffiis gettinghounded

- **Jodi Kawada Page**, 2019-12-05 07:53:52

Let carly know if you have edits

- **Jodi Kawada Page**, 2019-12-05 07:53:55

I need toget inoffice

- **Brooke Anderson**, 2019-12-05 07:56:33

no -

CONFIDENTIAL

P-00411.00006

UBER_JCCP_MDL_000394407