## UBER_JCCP_MDL_000118663

## Metadata

| | | |
|---|---|---|
| **#Author** | drivestorage@uber.com | SEMANTIC |
| **#Date Modified** | 04/29/2021 | SEMANTIC |
| **#DateCreated** | 11/18/2017 | SEMANTIC |
| **#Title** | Safety UX: U.S. Rider Safety Foundational Findings | SEMANTIC |
| **Account** | mbaker@uber.com | SEMANTIC |
| **All Custodians** | Baker, Matthew;Freivogel, Cory;Kaiser, Roger;Kawada Page, Jodi;Sheridan, Danielle | SEMANTIC |
| **All Paths** | Baker, Matthew: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Baker, Matthew: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Kaiser, Roger: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Kaiser, Roger: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000118663 | SEMANTIC |
| **Collaborators** | jmazzola@uber.com; jansson@uber.com; laufer@uber.com; laurenn@uber.com; ledger@uber.com; john.bastani@uber.com; gaby.roberts@uber.com; caro@uber.com; reneek@uber.com; mengjun@uber.com; gus@uber.com; j.andrade@uber.com; moeka@uber.com; valerie.shuping@uber.com; sonny.sethi@uber.com; niraj@uber.com; connor.walker@uber.com; priyankaj@uber.com; eisher@uber.com; vickyg@uber.com; gya@uber.com; zachary.goldstein@uber.com; gena@uber.com; sachin.kansal@uber.com; cris@uber.com; roopar@uber.com; jfahey@uber.com; rachelp@uber.com; andrewtsai@uber.com; delmarsh2@uber.com; jlo@uber.com; tchung@uber.com; mollys@uber.com; racine@uber.com; sbanducci@uber.com; jose.sandi@uber.com; lisahand@uber.com; pdesmond@uber.com; mimi.nguyen@uber.com; katie.ek@uber.com; yg@uber.com; rcoburn@uber.com; krystle.young@uber.com; gough@uber.com; syd@uber.com; kmatty@uber.com; saswati@uber.com; naina@uber.com; danaylee@uber.com; vnaray5@uber.com; akankshu@uber.com; lruzer@uber.com; ellecrawford@uber.com; smarti46@ext.uber.com; ocurry@uber.com; pmouro@uber.com; daryap@uber.com; alex.luzi@uber.com; shelby.keith@uber.com; rachel.barber@uber.com; mohity@uber.com; sonals@uber.com; melody@uber.com; spitz@uber.com; avora@uber.com; maria@uber.com; sri@uber.com; tomw@uber.com; bengel@uber.com; ecastroabrams@uber.com; benp@uber.com; laurap@uber.com; drivestorage2@uber.com; viggi@uber.com; rajna@uber.com; jaf@uber.com; gaschenberger@uber.com; emadavo@uber.com; robc@uber.com; brianz@uber.com; latikan@uber.com; jshing@uber.com; dlamendola@uber.com; nbernardi@uber.com; andrew.moon@uber.com; rob.vance@uber.com; jim.mcgarr@uber.com; huadong@uber.com; shimul@uber.com; twoods@uber.com; warr@uber.com; mkron@uber.com; amorley@uber.com; lucyr@uber.com; elsa.ho@uber.com; bermudez@uber.com; wengeng@uber.com; samlak@uber.com; megan.poonolly@uber.com; wentingt@uber.com; smw@uber.com; damini.naidu@uber.com; jdorshkind@uber.com; samuel.kimzey@uber.com; hallie@uber.com; joy.lee@uber.com; twilson@uber.com; charlesu@uber.com; bhw@uber.com; etienne@uber.com; samic@uber.com; minal.jain@uber.com; surabhi.mathur@uber.com; bryna@uber.com; boyd@uber.com; sharmaed@uber.com; oraski@ext.uber.com; cyrus.sarraf@uber.com; selwyn@uber.com; neils@uber.com; ariannap@uber.com; karenv@uber.com; marcos@uber.com; joanna.shujman@uber.com; wendi@uber.com; bf@uber.com; sravanti@uber.com; imoret@uber.com; surbhee@uber.com; skn@uber.com; yliu224@uber.com; corin@uber.com; lauragb@uber.com; jaime.colmenares@uber.com; samiksha@uber.com; georgez@uber.com; bick@uber.com; kerem@uber.com; evi@uber.com; global-safety-support@uber.com; UX-Research@uber.com; rides-studio-uxr-group@uber.com; research-files-group@uber.com; uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 11/18/2017 10:48 pm | SEMANTIC |
| **DocID** | 18IFb-I6cBT5pxYzIIuWMYjHXBEsclcn3NV3IVd0jYZM | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000118663 | SEMANTIC |
| **File Path** | \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip | SEMANTIC |
| **File Size** | 20622599 | SEMANTIC |
| **Filename** | Safety UX- U.S. Rider Safety Fou_18IFb-I6cBT5pxYzIIuWMYjHXBEsclcn3NV3IVd0jYZM.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |


Trial Exhibit No.
P-00489

| | | |
|---|---|---|
| **Hash Value** | 64699a02efc1127ff3051e8a85ac7801 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000118663;UBER_JCCP_MDL_000118663.0001;UBER_JCCP_MDL_000118663.0002;UBER_JCCP_MDL_000118663.0003;UBER_JCCP_MDL_000118663.0004;UBER_JCCP_MDL_000118663.0005;UBER_JCCP_MDL_000118663.0006;UBER_JCCP_MDL_000118663.0007;UBER_JCCP_MDL_000118663.0008;UBER_JCCP_MDL_000118663.0009;UBER_JCCP_MDL_000118663.0010;UBER_JCCP_MDL_000118663.0011;UBER_JCCP_MDL_000118663.0012;UBER_JCCP_MDL_000118663.0013;UBER_JCCP_MDL_000118663.0014;UBER_JCCP_MDL_000118663.0015;UBER_JCCP_MDL_000118663.0016;UBER_JCCP_MDL_000118663.0017;UBER_JCCP_MDL_000118663.0018;UBER_JCCP_MDL_000118663.0019;UBER_JCCP_MDL_000118663.0020;UBER_JCCP_MDL_000118663.0021;UBER_JCCP_MDL_000118663.0022;UBER_JCCP_MDL_000118663.0023;UBER_JCCP_MDL_000118663.0024;UBER_JCCP_MDL_000118663.0025;UBER_JCCP_MDL_000118663.0026;UBER_JCCP_MDL_000118663.0027;UBER_JCCP_MDL_000118663.0028;UBER_JCCP_MDL_000118663.0029;UBER_JCCP_MDL_000118663.0030;UBER_JCCP_MDL_000118663.0031;UBER_JCCP_MDL_000118663.0032;UBER_JCCP_MDL_000118663.0033;UBER_JCCP_MDL_000118663.0034;UBER_JCCP_MDL_000118663.0035;UBER_JCCP_MDL_000118663.0036;UBER_JCCP_MDL_000118663.0037;UBER_JCCP_MDL_000118663.0038;UBER_JCCP_MDL_000118663.0039;UBER_JCCP_MDL_000118663.0040;UBER_JCCP_MDL_000118663.0041;UBER_JCCP_MDL_000118663.0042;UBER_JCCP_MDL_000118663.0043;UBER_JCCP_MDL_000118663.0044;UBER_JCCP_MDL_000118663.0045;UBER_JCCP_MDL_000118663.0046;UBER_JCCP_MDL_000118663.0047;UBER_JCCP_MDL_000118663.0048;UBER_JCCP_MDL_000118663.0049;UBER_JCCP_MDL_000118663.0050;UBER_JCCP_MDL_000118663.0051;UBER_JCCP_MDL_000118663.0052;UBER_JCCP_MDL_000118663.0053;UBER_JCCP_MDL_000118663.0054;UBER_JCCP_MDL_000118663.0055;UBER_JCCP_MDL_000118663.0056;UBER_JCCP_MDL_000118663.0057;UBER_JCCP_MDL_000118663.0058;UBER_JCCP_MDL_000118663.0059;UBER_JCCP_MDL_000118663.0060;UBER_JCCP_MDL_000118663.0061;UBER_JCCP_MDL_000118663.0062;UBER_JCCP_MDL_000118663.0063;UBER_JCCP_MDL_000118663.0064;UBER_JCCP_MDL_000118663.0065;UBER_JCCP_MDL_000118663.0066;UBER_JCCP_MDL_000118663.0067;UBER_JCCP_MDL_000118663.0068;UBER_JCCP_MDL_000118663.0069;UBER_JCCP_MDL_000118663.0070;UBER_JCCP_MDL_000118663.0071;UBER_JCCP_MDL_000118663.0072;UBER_JCCP_MDL_000118663.0073;UBER_JCCP_MDL_000118663.0074;UBER_JCCP_MDL_000118663.0075;UBER_JCCP_MDL_000118663.0076;UBER_JCCP_MDL_000118663.0077;UBER_JCCP_MDL_000118663.0078;UBER_JCCP_MDL_000118663.0079;UBER_JCCP_MDL_000118663.0080;UBER_JCCP_MDL_000118663.0081;UBER_JCCP_MDL_000118663.0082;UBER_JCCP_MDL_000118663.0083;UBER_JCCP_MDL_000118663.0084;UBER_JCCP_MDL_000118663.0085;UBER_JCCP_MDL_000118663.0086;UBER_JCCP_MDL_000118663.0087;UBER_JCCP_MDL_000118663.0088;UBER_JCCP_MDL_000118663.0089;UBER_JCCP_MDL_000118663.0090;UBER_JCCP_MDL_000118663.0091;UBER_JCCP_MDL_000118663.0092;UBER_JCCP_MDL_000118663.0093;UBER_JCCP_MDL_000118663.0094;UBER_JCCP_MDL_000118663.0095;UBER_JCCP_MDL_000118663.0096;UBER_JCCP_MDL_000118663.0097;UBER_JCCP_MDL_000118663.0098;UBER_JCCP_MDL_000118663.0099;UBER_JCCP_MDL_000118663.0100;UBER_JCCP_MDL_000118663.0101;UBER_JCCP_MDL_000118663.0102;UBER_JCCP_MDL_000118663.0103;UBER_JCCP_MDL_000118663.0104;UBER_JCCP_MDL_000118663.0105;UBER_JCCP_MDL_000118663.0106;UBER_JCCP_MDL_000118663.0107;UBER_JCCP_MDL_000118663.0108;UBER_JCCP_MDL_000118663.0109;UBER_JCCP_MDL_000118663.0110;UBER_JCCP_MDL_000118663.0111;UBER_JCCP_MDL_000118663.0112;UBER_JCCP_MDL_000118663.0113;UBER_JCCP_MDL_000118663.0114;UBER_JCCP_MDL_000118663.0115;UBER_JCCP_MDL_000118663.0116;UBER_JCCP_MDL_000118663.0117;UBER_JCCP_MDL_000118663.0118;UBER_JCCP_MDL_000118663.0119;UBER_JCCP_MDL_000118663.0120;UBER_JCCP_MDL_000118663.0121;UBER_JCCP_MDL_000118663.0122;UBER_JCCP_MDL_000118663.0123;UBER_JCCP_MDL_000118663.0124;UBER_JCCP_MDL_000118663.0125;UBER_JCCP_MDL_000118663.0126;UBER_JCCP_MDL_000118663.0127;UBER_JCCP_MDL_000118663.0128;UBER_JCCP_MDL_000118663.0129;UBER_JCCP_MDL_000118663.0130;UBER_JCCP_MDL_000118663.0131;UBER_JCCP_MDL_000118663.0132;UBER_JCCP_MDL_000118663.0133;UBER_JCCP_MDL_000118663.0134;UBER_JCCP_MDL_000118663.0135;UBER_JCCP_MDL_000118663.0136;UBER_JCCP_MDL_000118663.0137;UBER_JCCP_MDL_000118663.0138;UBER_JCCP_MDL_000118663.0139;UBER_JCCP_MDL_000118663.0140;UBER_JCCP_MDL_000118663.0141;UBER_JCCP_MDL_000118663.0142;UBER_JCCP_MDL_000118663.0143 | SEMANTIC |
| **ILS Document Date** | 04/29/2021 | SEMANTIC |
| **ILS Prod Date** | 12/05/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL089 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000115353; UBER_JCCP_MDL_000132755; UBER_JCCP_MDL_000243149; UBER_JCCP_MDL_000243336; UBER_JCCP_MDL_000243601; UBER_JCCP_MDL_000244067; UBER_JCCP_MDL_000274135; UBER_JCCP_MDL_000310176; UBER_JCCP_MDL_000394659; UBER_JCCP_MDL_000434797; UBER_JCCP_MDL_000440521; UBER_JCCP_MDL_000665508; UBER_JCCP_MDL_000666055; UBER_JCCP_MDL_000952838; UBER_JCCP_MDL_000953800; UBER_JCCP_MDL_001048394; UBER_JCCP_MDL_001087597; UBER_JCCP_MDL_001596940; UBER_JCCP_MDL_001607705; UBER_JCCP_MDL_001615176; UBER_JCCP_MDL_001635319; UBER_JCCP_MDL_002129432; UBER_JCCP_MDL_002203444; UBER_JCCP_MDL_002218402; UBER_JCCP_MDL_002729281; UBER_JCCP_MDL_003341439; UBER_JCCP_MDL_003442633; UBER_JCCP_MDL_003703577; UBER_JCCP_MDL_004533681; UBER_JCCP_MDL_004549210; UBER_JCCP_MDL_004754038; UBER_JCCP_MDL_004854769; UBER_JCCP_MDL_004883823; UBER_JCCP_MDL_004883890; | SEMANTIC |

|  | UBER_JCCP_MDL_004924151; UBER_JCCP_MDL_004924172; UBER_JCCP_MDL_005001030; UBER_JCCP_MDL_005232039; UBER_JCCP_MDL_005493261; UBER_JCCP_MDL_005499984; UBER_JCCP_MDL_005600333; UBER_JCCP_MDL_005600335; UBER_JCCP_MDL_005600337; UBER_JCCP_MDL_005677053; UBER_JCCP_MDL_005677840 |  |
|---|---|---|
| **Other Custodians** | Baker, Matthew;Freivogel, Cory;Kaiser, Roger;Kawada Page, Jodi;Sheridan, Danielle | SEMANTIC |
| **Primary Date** | 11/18/2017 10:48 pm | DOC_TYPE_ALIAS |
| **Production Volume** | UBER023;JCCP_MDL089; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 04/29/2021 2:39 pm | SEMANTIC |
| **SourceHash** | 835dc5180ba3227c5f49d819b59df3ec | SEMANTIC |

—

# U.S. Rider safety: Foundational UX Research in Chicago, Detroit, DC

Nov 21-Dec 3, 2017



Darya Pilram
UX Safety
@DaryaP

CONFIDENTIAL

UBER000138765
UBER_JCCP_MDL_000118663

## Slide 1 Notes

Write down ideas and thoughts - how might we's
-dangerous driving, IPC (by drivers, by riders), Rider safety abuse

CONFIDENTIAL

UBER000138765.0001
UBER_JCCP_MDL_000118663.0001

# Key Findings

Rider foundational in Chicago, Detroit, and Washington (DC)

2

1. **U.S. Riders feel safe** in Uber because they assume we continuously monitor quality (of Drivers, Riders, and vehicles), hold Drivers and Riders accountable, and respond to concerns and incidents.

2. **Triggers** diminish Rider experience and increase feelings of being unsafe from "I feel uncomfortable" to "I am at risk" and "I am in danger." Triggers include bad pick-up navigation, bad smells, inappropriate conversations, touching, poor on-trip navigation, dangerous driving, mismatch in app information with driver ID/car ID.

3. **Pool rides** increase interpersonal encounters and safety risk; **intelligent pairing** could improve Pool experience and reduce conflict.

4. **Community Guidelines** are unknown to Riders, who have varying mental models for how Riders and Drivers *should* behave on trip. Uber does not hold Riders and Drivers equally accountable for behavior that violates community guidelines.

5. **Quality impacts sentiment.** Riders rely on quality ratings to feel safe about a Driver, but ratings are subjective and depend on user-input. IRT uses quality to adjudicate safety reports. Integrating additional data could improve accuracy of quality ratings, enable interventions, and improve IRT decisions.

6. **Reporting could improve experience and safety**. Riders under-report experiences that make them feel uncomfortable, at risk, or in danger. This limits what we know about user quality and safety improvements necessary to improve experience.

## Slide 2 Comments

1     +dpurdy@uber.com +kmcdonald@uber.com +huijun.pan@uber.com take a look at triggers here and in the doc.
      *Deleted user,  4/9/2018 05:51 PM*

2     Thank you. All triggers are included but phrased slightly differently
      *Emma Pan,  4/9/2018 05:51 PM*

CONFIDENTIAL

UBER000138765.0003
UBER_JCCP_MDL_000118663.0003

P-00489.00007

# Overview

Rider Foundational UX in Chicago, Detroit, DC

**Overarching Project**

This foundational research explored Rider experiences during the ride journey in order to understand safety perceptions and expectations. Interviews with Riders identified triggers that increase their awareness of safety and meetings with key stakeholders underscored trends and patterns related to safety incident reporting. Results from this project will inform Safety products designed to address Rider concerns and expectations as well as gaps and opportunities for collaboration with teams outside of Safety.

**Objectives Summary**

- Identify key safety experiences along Riders' pre-trip and on-trip journeys.
- Understand the safety features Riders use (and don't use).
- Explore new safety concepts (ex. On-trip reporting)
- Document gaps and opportunities associated with Rider safety experiences to facilitate cross-team collaboration.

**Method Summary**

Research took place in Chicago, Detroit, and Washington, DC and included pre-trip meetings with key stakeholders, in-depth, 1:1 interviews with 16 Riders, on-trip observations in ride-alongs with Drivers and Pool riders, and roundtable discussions with COE, IRT, SIU, GLH (Detroit), Business Policy, Safety-Legal, and Global Security Operations.

**Related Documents**

- Project plan (complete project details)
- User Customer Journey Mapping
- Prospective Rider Deck
- High Frequency Rider (HFR) Reason to Ride (R2R)
- Movement between Low/Med/High frequency buckets
- Understanding Women's Safety - India
- UX Research on Ratings Anxiety

CONFIDENTIAL

UBER000138765.0004
UBER_JCCP_MDL_000118663.0004

# The Field Team

UX Fieldwork in Chicago, Detroit, and DC was supported by these Safety rockstars



**Darya Pilram**
Sr. UX Researcher
Safety & Insurance



**Connor Walker**
Software Engineer II
Safety & Ins. Data



**Sravanti Tekumalla**
Software Engineer
Safety intell & response



**Akankshu Dhawan**
Product Manager
Safety & Insurance



**Selwyn Kancharla**
Product Designer
Safety & Insurance



**Brian Zhang**
Software Engineer II
Personal Safety



**Tiffany Chung**
Software Engineer
Safety & Ins Mobile Exp



**Aditya Sharma**
Product Manager
Safety & Insurance



**Racine Davis**
Product Designer
Safety & Insurance



**Elizabeth Castro Abrams**
UX Research Operations
(Recruitment Expert!!)

CONFIDENTIAL

UBER000138765.0005
UBER_JCCP_MDL_000118663.0005

# Stakeholders and Roundtables

Valuable UX insights and safety perspectives provided by these Stakeholders from Chicago, Detroit, and DC



**Jessica Haynes**
Team Lead: Special Investigations Unit



**Aaron Collier**
Investigator, SIU
Chicago COE



**Karen Valencia**
CSR Lead
Chicago COE



**Tyler Spitz**
Ops & Logistics Mgr, Chicago



**Samir Lakhani**
Business Policy & Safety Ops (US/CAN)



**Valerie Shuping**
Sr. Central Ops Mgr
Chicago



**Ben Pietrowski**
GLH Manager
Detroit



**Elle Crawford**
GLH Expert I
Detroit



**Emily Madova**
Counsel, Regulator
DMV



**Sam Kimzey**
Mgr, Global Security Operations Center

**Niraj Patel**
Strategy & Planning
US&CAN

CONFIDENTIAL

UBER000138765.0006
UBER_JCCP_MDL_000118663.0006



CONFIDENTIAL

UBER000138765.0007
UBER_JCCP_MDL_000118663.0007

But first… a note on CONTEXT and Mission

#standforsafety

(UX results start [here])

UBER000138765.0008
UBER_JCCP_MDL_000118663.0008

**Slide 7 Notes**

This is background based on past research and analogous work in IED disruption and aviation Safety Management Systems.

CONFIDENTIAL



2018 Safety Mission:
Make Uber the **safest** and the **most trusted** transportation choice, and **support** riders and drivers with **empathy** and **care** when things go wrong.

CONFIDENTIAL

UBER000138765.0010
UBER_JCCP_MDL_000118663.0010

2018 Safety Mission:
Make Uber the **safest** and the **most trusted** transportation choice, and **support** riders and drivers with **empathy** and **care** <u>when things go wrong (???)</u>

CONFIDENTIAL

UBER000138765.0011
UBER_JCCP_MDL_000118663.0011

We don't need to reinvent the wheel.
We all have experiences, perspectives,
and processes to contribute to
         Safety.



CONFIDENTIAL

UBER000138765.0012
UBER_JCCP_MDL_000118663.0012

P-00489.00016

We don't need to reinvent the wheel.
We all have experiences, perspectives,
and processes to contribute to
        Safety.

Let's review Safety @Uber using...

CONFIDENTIAL

UBER000138765.0013
UBER_JCCP_MDL_000118663.0013

## Slide 11 Notes

Three themes - what are the things we can do out the gate in 2018 to address them?

CONFIDENTIAL

UBER000138765.0014
UBER_JCCP_MDL_000118663.0014

# Bombs.



CONFIDENTIAL

UBER000138765.0015
UBER_JCCP_MDL_000118663.0015



Bombs.

& planes.

CONFIDENTIAL

UBER000138765.0016
UBER_JCCP_MDL_000118663.0016

## Slide 13 Notes

Three themes - what are the things we can do out the gate in 2018 to address them?

CONFIDENTIAL

UBER000138765.0017
UBER_JCCP_MDL_000118663.0017

# Wicked Problem: Bombs

What can we learn from efforts to counter Improvised Explosive Device (IED) networks?

As early as 2003, Army officers spoke of shifting the counter-IED effort "left of boom" by disrupting insurgent cells before bombs are built and planted. Yet U.S. efforts have focused overwhelmingly on "right of boom" by mitigating the effects of a bomb blast with heavier armor, sturdier vehicles and better trauma care, or on the boom itself, by spending more than $3 billion on 14 types of electronic jammers that sometimes also jammed the radios of friendly forces.

For years the counter-IED effort was defensive, reactive and ultimately inadequate, driven initially by a presumption that IEDs were a passing nuisance in a short war, and then by an abiding faith that science would solve the problem. "Americans want technical solutions. They want the silver bullet" -Rear Adm Macy



See Left of Boom: The Struggle to Defeat Roadside Bombs

CONFIDENTIAL

**Slide 14 Notes**

How might we move safety from reactive to proactive @Uber?

CONFIDENTIAL

UBER000138765.0019
UBER_JCCP_MDL_000118663.0019

1

# Wicked Problem: Bombs

What can we learn from efforts to counter Improvised Explosive Device (IED) networks?



**Left of Boom**: disrupt cells before they can build and plant bombs

**Right of Boom**: Mitigate effects of IED attacks with better equipment, trauma care

See Left of Boom: The Struggle to Defeat Roadside Bombs

CONFIDENTIAL

## Slide 15 Notes

Three themes - what are the things we can do out the gate in 2018 to address them?

## Slide 15 Comments

1          similar to your Bowtie model! +kmcdonald@uber.com +dpurdy@uber.com +huijun.pan@uber.com
           *Deleted user,  4/6/2018 09:26 PM*

CONFIDENTIAL

UBER000138765.0021
UBER_JCCP_MDL_000118663.0021

Safety's Mission should support *both* "left of boom" efforts to detect, deter, and prevent safety-related issues *and* "right of boom" to react and learn from safety incidents.

CONFIDENTIAL

UBER000138765.0022
UBER_JCCP_MDL_000118663.0022

P-00489.00026

1

# Wicked Problem: Aviation Safety & Security

What can we learn from Safety Management Systems (SMS) designed to improve aviation safety and security?



**The Four SMS Components**

**Safety Policy**
Establishes senior management's commitment to continually improve safety; defines the methods, processes, and organizational structure needed to meet safety goals

**Safety Assurance**
Evaluates the continued effectiveness of implemented risk control strategies; supports the identification of new hazards

**Safety Risk Management**
Determines the need for, and adequacy of, new or revised risk controls based on the assessment of acceptable risk

**Safety Promotion**
Includes training, communication, and other actions to create a positive safety culture within all levels of the workforce

Policy
SRM
SA
Safety Promotion

Before aviation SMA, the standard safety improvement model was totally **reactionary**:

1) Wait for an accident

2) Investigate, identify what went wrong

3) Make changes to avoid the same accident in the future

A Safety Management System (SMS) is a systematic approach to managing safety, including the necessary organizational structures, accountabilities, policies and procedures.

CONFIDENTIAL

UBER000138765.0023
UBER_JCCP_MDL_000118663.0023

## Slide 17 Notes

Modern concepts of aviation SMS stem from early concepts (quality management systems (9000 series) & environmental management systems (14000 series)).

## Slide 17 Comments

1       +jgoodman@uber.com here's the work on SMS and the aviation industry's culture of safety; note the move from reactionary to detect, prevent, react
        _Assigned to Jesse Goodman_
        *Deleted user,  5/25/2018 08:39 PM*

CONFIDENTIAL

1

# 3 Functions of Safety Management Systems







## Prevent

- Prevent incidents before an actual threat.
- Creating blacklists of potential threats
- Installing physical barriers
- Use intelligence to know threats in advance

## Detect

- Uncover risks or malfunctioning during operation
- Detect ongoing attacks or threats

## React

- Mitigate undesirable consequences
- Rescue passengers and personnel from incidents

CONFIDENTIAL

## Slide 18 Notes

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

## Slide 18 Comments

1            @roger@uber.com
             *Karina Sengupta,  3/3/2021 08:29 PM*

UBER000138765.0026
UBER_JCCP_MDL_000118663.0026

# Examples of Safety Management Systems

In Air Travel

## Prevent

- Separation of passenger zones and personnel zones
- ESTA visas to create and use white lists of passengers that are not dangerous
- Blacklist passengers who need extra checks
- If a passenger does not board, his/her luggage is taken down from the plane too
- Communicate security measures to the public to avoid attempts risking safety
- Communicating items not allowed in the

## Detect

- Checked in luggage scans
- Carry on luggage scans
- Passenger full body scan
- Security camera surveillance of arrival departure areas
- Continuous monitoring of baggages left alone
- Conducting mini-interviews with passengers at check in
- Conducting longer interviews with passengers
- Strip check passengers
- Passenger reports suspicious activities

## React

- Deny boarding of passenger
- Air-marshall actions in flight
- Land the plane immediately

Air Travel



CONFIDENTIAL

**Slide 19 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

# Purpose of Uber's Safety Management System

## Prevent

Don't let people with bad intentions order an Uber.

## Detect

Once they've ordered an Uber how can we and the driver identify if they have bad intentions or they are well-intentioned passengers.

What is the decision making protocol and tools that drivers need to:

- Maximize detection rate
- Minimize false positive alerts

## React

Once we know that passengers are not well intentioned how do we carry out a series of actions to make sure that:

- Drivers' lives are not in danger
- Driver's property is not in danger
- Driver perception of danger is lowered

Uber



Drivers



**Slide 20 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-
Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0030
UBER_JCCP_MDL_000118663.0030

# Uber Drivers' Current Safety Management Systems

| **Prevent** | Detect | React | Drivers |



**Prevent**

**Physical:**
- Tinted windows
- Rolled up windows
- Cell phone not visible from outside
- Cheap cell phone for Uber
- Keep change in separate location to fasten cash exchange

**Driving behavior:**
- Don't drive at night
- Special driving habits in bad neighbourhoods
- Whatsapp group for bad areas
- Tunneling back from bad neighbourhoods
- Modify drop off to avoid bad area
- No forward dispatch in favela

CONFIDENTIAL

UBER000138765.0031
UBER_JCCP_MDL_000118663.0031

**Slide 21 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

# Uber Drivers' Current Safety Management Systems

**Prevent**     | **Detect** |     **React**

Drivers



**Information by Uber:**

- Cash or not
- Check passenger rating
- Gender / gender match
- Name (Alias or Real?)

**Detected by driver**

- Asses passenger in phone interview
- No. passengers >2
- Sitting in the front seat
- Clothing / Age
- Language used / topics in car

**Driving behavior:**

- Starts trip before to see destination
- Stops before pickup and blinks to be approached
- Drives by to asses passengers and pickup location

CONFIDENTIAL

UBER000138765.0033
UBER_JCCP_MDL_000118663.0033

**Slide 22 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0034
UBER_JCCP_MDL_000118663.0034

# Uber Drivers' Current Safety Management Systems

**Prevent**               **Detect**               **React**

Drivers 

Car function/device/installation:

- Child lock to escape from the car
- Install camera with emergency button to start recording
- Display "being robbed" on the trunk if button pressed
- Block car in a safe place



Communication w. 3rd party or passenger:

- Share location on Whatsapp with family and other drivers/ Life360
- Call family during trip in front of show passenger
- Tell passenger about Uber's safety measures
- Engage passenger in conversation about family

Driving behaviour:

- Cancel trip
- Convince passenger to end trip

CONFIDENTIAL

UBER000138765.0035
UBER_JCCP_MDL_000118663.0035

# Threat Detection Decision Process

Before rider sits in the car



Simplified version

CONFIDENTIAL

## Slide 24 Notes

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

## Slide 24 Comments

1   This is super interesting - did you create this model from research +daryap@uber.com ?
    *Bjorn Hubert-Wallander,  1/16/2018 09:15 PM*

2   This was created by the genius of +laufer@uber.com (sent to me by +mollys@uber.com) you can link to his research from Brazil!
    *Deleted user,  12/22/2017 07:14 PM*

3   Thanks a lot Bjorn for takeing a look at it. It was allready worth the effort :)
    *Laszlo Laufer,  1/16/2018 06:46 PM*

4   I'd love to see more formal decision models like this in research. Even if
    they're just estimates of decision criteria, I think they can be very
    helpful for product/design.

    Bjorn
    *Bjorn Hubert-Wallander,  1/16/2018 08:29 PM*

CONFIDENTIAL

UBER000138765.0037
UBER_JCCP_MDL_000118663.0037

**Slide 24 Comments (Continued)**

5       yes I think it is aplicable in many parts of the product. BTW did you notice the re dots and the decission based on the sum of the red dots :)
*Laszlo Laufer, 1/16/2018 08:58 PM*

6       Yep! That's what I liked most about it!
*Bjorn Hubert-Wallander, 1/16/2018 09:15 PM*

UBER000138765.0038
UBER_JCCP_MDL_000118663.0038

# Actions of Driver During the Process

Before rider sits in the car



CONFIDENTIAL

UBER000138765.0039
UBER_JCCP_MDL_000118663.0039

**Slide 25 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0040
UBER_JCCP_MDL_000118663.0040

# Data Inputs with High Error Margin

Highly subjective or inaccurately used data points in the decision making process



CONFIDENTIAL

UBER000138765.0041
UBER_JCCP_MDL_000118663.0041

**Slide 26 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0042
UBER_JCCP_MDL_000118663.0042

# High Time Pressure at Pickup Point

Lot's of factors to consider in 3-10 seconds



CONFIDENTIAL

UBER000138765.0043
UBER_JCCP_MDL_000118663.0043

P-00489.00047

**Slide 27 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0044
UBER_JCCP_MDL_000118663.0044

# Role of Cash Indication in the Decision Making Process



CONFIDENTIAL

UBER000138765.0045
UBER_JCCP_MDL_000118663.0045

**Slide 28 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-
Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0046
UBER_JCCP_MDL_000118663.0046

# Role of Cash Indication in the Decision Making Process

**Central position in the journey**

- Before reaching pickup point

- No time pressure at this point on driver

- Safe location to cancel trip

**Just one piece of information**

- Lot's of other information is being considered in the process

- Not with the highest weight



CONFIDENTIAL

UBER000138765.0047
UBER_JCCP_MDL_000118663.0047

**Slide 29 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-
Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0048
UBER_JCCP_MDL_000118663.0048

# Indicating Cash Payment at Pickup



UBER000138765.0049
UBER_JCCP_MDL_000118663.0049

**Slide 30 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0050
UBER_JCCP_MDL_000118663.0050

# Indicating Cash Payment Before Pickup



CONFIDENTIAL

UBER000138765.0051
UBER_JCCP_MDL_000118663.0051

**Slide 31 Notes**

Created by Laszlo (laufer@): https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0052
UBER_JCCP_MDL_000118663.0052

# Safety Theater
Lessons from Airport Security

**Purpose**

1. **Increase safety perception of passengers**

   They trust the system and behave in desired manner.

2. **Potential Attackers become uncertain**

   They see the complexity of safety measures and less certain they get around them (and/or Uber makes it harder, longer, more expensive for bad actors)



CONFIDENTIAL

UBER000138765.0053
UBER_JCCP_MDL_000118663.0053

Slide 32 Notes

https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

# Safety Theater in Uber
Lessons from Airport Security

Safety theater involves in a series communications and actions that are repeated each time the passenger uses the service. Important factors:

- Emphasize purpose of safety
- Be rigid about the sequence and making it compulsory
- Communicate to both sides to know what rider should expect and what driver should do

E.g. Let's say we decide we don't want people to take an Uber unless they've ordered it. The user who ordered the Uber has to be in the car. We could do a feature like:

- Rider app shows big picture of rider upon pickup.
- Message riders after order: "Your driver is going to ask you to identify yourself by showing your app to him. For your safety, s/he cannot give you a ride if unable to validate your identity"

What would it solve:

- Generate a **feeling of being double checked** for the riders
- Generate an official decision point, where drivers could refuse the ride for riders, providing a **feeling of control and empowerment**
- **Emphasize safety** in the messaging to both sides

What it would not solve:

- If riders create fake accounts with their own picture
- At the decision point the physical distance of the rider and the driver is too close


Uber



This is not a feature suggestion, just an example :)

CONFIDENTIAL

UBER000138765.0055
UBER_JCCP_MDL_000118663.0055

P-00489.00059

**Slide 33 Notes**

Based on: https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

CONFIDENTIAL

UBER000138765.0056
UBER_JCCP_MDL_000118663.0056

# Communication as Safety Theater

Lessons from Airport Security

Communicating safety features is an important aspect to deterrence.



- Many drivers in Brazil did not know about CPF checks.
- U.S. Drivers and Riders are unaware of "share ETA" and "share status" features.

In some cases it may be worth communicating our detection rate (e.g. how many attempted attacks we stopped).



Cybersecurity deterrence diagrams offer a good visual on attempted cyber attacks

CONFIDENTIAL

UBER000138765.0057
UBER_JCCP_MDL_000118663.0057

**Slide 34 Notes**

Based on: https://docs.google.com/presentation/d/1TQMhk-T0_Oi06q28N6Yc2vs-Eqd7k8TnbpKghg3NQzA/edit?ts=5a3ab995#slide=id.g1d5aa25cb7_0_348

Communicating safety features is an important aspect to deterrence.

- Many drivers in Brazil did not know about CPF checks.
- U.S. Drivers and Riders are unaware of "share ETA" and "share status" features.

In some cases it may be worth communicating our detection rate (e.g. how many attempted attacks we stopped) -- a good visual is on cyber attack detection diagrams.

CONFIDENTIAL

UBER000138765.0058
UBER_JCCP_MDL_000118663.0058

Make Uber the **safest** and the **most trusted** transportation choice, and **support** riders and drivers with **empathy** and **care** when things go wrong.

CONFIDENTIAL

UBER000138765.0059
UBER_JCCP_MDL_000118663.0059

Make Uber the **safest** and the **most trusted** transportation choice, and **support** riders and drivers with **empathy** and **care because it's the right thing to do.**

CONFIDENTIAL

UBER000138765.0060
UBER_JCCP_MDL_000118663.0060

P-00489.00064

## Slide 36 Notes

Three themes - what are the things we can do out the gate in 2018 to address them?

CONFIDENTIAL

UBER000138765.0061
UBER_JCCP_MDL_000118663.0061

# Back to U.S. Riders: Themes



UBER000138765.0062
UBER_JCCP_MDL_000118663.0062

5

# Pool & Interpersonal Safety

UBER000138765.0063
UBER_JCCP_MDL_000118663.0063

## Slide 38 Comments

1    +jess.h@uber.com does your team have a visual and/or data to illustrate what we discussed about pool increasing interpersonal conflict?
     _Reassigned to Jess Bermudez_
     *Deleted user,  1/16/2018 06:57 PM*

2    This is a theme that people have mentioned in Sao Paulo too.
     *Molly Stevens,  12/20/2017 12:53 AM*

3    +lauragb@uber.com +laufer@uber.com do you have anything we can link to here from SP?
     *Deleted user,  12/22/2017 07:15 PM*

4    me not :(
     *Laszlo Laufer,  1/16/2018 06:46 PM*

5    There's a little in this - slide two mentions uncertainty about pool riders
     https://docs.google.com/presentation/d/1MXCQcYKC9g17eh73xKjd6RjYQ9GQwLUIFLlRHVF_jyM/edit#slide=id.g214cb2306e_0_46
     *Molly Stevens,  1/16/2018 06:57 PM*

CONFIDENTIAL

UBER000138765.0064
UBER_JCCP_MDL_000118663.0064

# Pool at Scale

What are the safety implications as we scale Pool?

Pool rides represent a fast-growing source of **interpersonal contact** between riders and can present a new possibility for **interpersonal conflict**. Efforts to improve the Pool experience (ETA, navigation, cost) do not account for compatibility.



See Express Pool;

CONFIDENTIAL

## Slide 39 Notes

Pool (and high occupancy vehicle) trips are essential for sustainable growth. To improve user experience, efforts have focused on improvements to ETA, navigation, pick-up, and cost. However, beyond efficiencies, these trips also involve humans in a dynamic environment, each with varying expectations for the experience.

## Slide 39 Comments

1          +bmora@uber.com +tala@uber.com
           *Danielle Sheridan,  2/5/2018 10:25 PM*

2          I don't know if we can say this is a "fast-growing source of interpersonal conflict during a journey" - the prevalence of co-rider conflict is extremely low and this feels a bit misrepresentative. I'd suggest rewording to: "Pool rides represent a fast-growing source of interpersonal contact between riders and can present a new possibility for interpersonal conflict."

           I'm not sure I understand the second sentence here. Can you clarify?
           *Tala Akhavan,  1/9/2018 06:26 PM*

3          Hi there - thanks. I've reworded, although we did a roundtable with the COE reps in Chicago and when we asked for their input on biggest safety issue to look out for this year, they unanimously agreed it was interpersonal conflict on pool. I'd love to dig into the data, all ears if you have a suggestion on how we can assess this claim and follow-up. With regard to the second sentence, there is immense effort to optimize the Pool experience for cost and time, but little (or no) research on the potential for more intelligent pairing. Paolo Parigi was working on this social experiment, but he has now left and no one picked up the effort: https://docs.google.com/presentation/d/1krBIGmxir2he1wa9K7rOO31T4nHrYAMwW91X4WzcTUI/edit#slide=id.p
           *Deleted user,  1/23/2018 06:08 PM*

CONFIDENTIAL

UBER000138765.0066
UBER_JCCP_MDL_000118663.0066

Slide 39 Comments (Continued)

4          +tala@uber.com +bmora@uber.com to be clear, we only audited accidents (not interpersonal conflicts), so this could be where the
           discrepancy lies.
           *Danielle Sheridan,  2/5/2018 08:44 PM*

5          ok that makes sense thanks Danielle. Darya do we have any hard data that confirms your hypothesis based on the roundtable? Would
           be helpful to understand how prevalent this really is because we've often found that anecdotal feedback on POOL can be very skewed
           and is often not corroborated. Thanks!
           *Tala Akhavan,  2/5/2018 10:25 PM*

CONFIDENTIAL

UBER000138765.0067
UBER_JCCP_MDL_000118663.0067

# Pool at Scale

Risks and Opportunities

1
2 Riders have different expectations for the Pool **experience**. Uber guidelines for UberPool behavior are unclear. What is acceptable? Expected? What happens when a Rider acts "badly" during a Pool ride?

Riders use pool to save money and *if* they have extra time; they **don't use Pool for social interactions.**

Matching algorithms optimize for efficiency but do not account for co-rider compatibility (ex. sober vs. intoxicated riders). *how might data identify and reduce triggers and escalation models to improve match*

Riders can inadvertently order Pool and don't understand that Drivers can't turn "off" pool and switch to UberX.



"UberPool introduces additional (unnecessary) risk because can't control co-Riders who get in car." -Dana, Chicago Rider



"You're taking a chance with Pool riders"
-Janine, Chicago Rider



"It's a little party, the driver is playing good music, and we're all having a good time going to our destination"
-Sabrina, DC Rider

CONFIDENTIAL

UBER000138765.0068
UBER_JCCP_MDL_000118663.0068

## Slide 40 Notes

-Original purpose of pool matching was to increase social activity, use case was a social one; but the real world complications (i.e. Riders have very different personalities which can increase IPC);

@Ben (and Grand Rapids), driver pull gun on Rider, filed police report, Driver arrested, and Rider becomes highly concerned that Driver still has home address;  implications of Drivers having home addresses; what might we do to block address for perceived retribution against Riders; can we do address randomization?

## Slide 40 Comments

1        +adriano.scopel@uber.com
         *Bernardo Vianna,  2/9/2018 05:41 PM*

2        I'm not sure this statement is true: "uber guidelines for uberpool behavior are unclear" - there are great sources for pool etiquette that are actively being refreshed.

         I think the last sentence should be changed to "Riders can inadvertently order Pool without understanding the experiential differences relative to X (i.e. sharing a ride, detouring a bit)." I don't think the driver's ability to turn off pool makes sense here at all.

         +dportugal@uber.com +bmora@uber.com
         *Tala Akhavan,  1/9/2018 06:30 PM*

CONFIDENTIAL



How might we understand and improve **compatibility**?

(quality and expectations)

CONFIDENTIAL

UBER000138765.0070
UBER_JCCP_MDL_000118663.0070



CONFIDENTIAL

UBER000138765.0071
UBER_JCCP_MDL_000118663.0071

P-00489.00075

**Slide 42 Notes**

People in a rush vs. not
Rider profiles (signals & data)
-Mechanisms for monitoring data about Rider quality
-

CONFIDENTIAL



CONFIDENTIAL

P-00489.00077

UBER000138765.0073
UBER_JCCP_MDL_000118663.0073

**Slide 43 Comments**

1     +sharmaed@uber.com +chloef@uber.com
      *Deleted user,  3/30/2018 11:46 PM*

CONFIDENTIAL

UBER000138765.0074
UBER_JCCP_MDL_000118663.0074



# Quality & Safety: Drivers, Riders, Vehicles

UBER000138765.0075
UBER_JCCP_MDL_000118663.0075

**Slide 44 Comments**

1        +dsandoz@uber.com here's some of the safety research related to Rider experience
         _Assigned to Devin Sandoz_
         *Deleted user,  1/23/2018 02:03 AM*

UBER000138765.0076
UBER_JCCP_MDL_000118663.0076

2

Better quality (and accountability) = **safer** experience.

How do Riders think about quality + safety?
How does Uber monitor quality?
How does Uber account for poor quality?
How might we encourage good quality?

CONFIDENTIAL

UBER000138765.0077
UBER_JCCP_MDL_000118663.0077

## Slide 45 Notes

Dhruv Tyagi - co-rider ratings

## Slide 45 Comments

1       DACT is designed to monitor and account for poor quality: dangerous driving, IPC (by drivers, by riders), Rider safety abuse
        *Deleted user,  5/17/2018 06:39 PM*

2       +frank@uber.com any DACT-related decks I can add here?
        *Deleted user,  5/17/2018 06:39 PM*

CONFIDENTIAL

# Driver Quality

Riders rely on Driver quality to feel safe.

- Riders have different perceptions about quality ratings, creating subjective metrics and expectations about Driver quality. Riders also under-report low quality behavior.
- Riders assume Uber continuously monitors Driver background and driving records to ensure safety. Riders expect that *any* bad drivers are disqualified from the ride-hailing marketplace.
- *Scary*, hard to see profile pictures make Riders feel nervous pre-trip.


"I always rate a Driver 4-stars unless the trip was extra special. I view 4.7 stars and above as a "good" Driver." -


"I always rate Drivers 5-stars unless something goes terribly wrong. But my default is always 5-stars." -


"I worry more about Safety at night...I Hope Uber does background and ongoing ID checks." -Amy, Chicago Rider

CONFIDENTIAL

UBER000138765.0079
UBER_JCCP_MDL_000118663.0079

"My rating is **more important to me than cash**. I don't know why they go up or down, but I look after every trip."

– Nellie, Driver Forum (Jan. 2018)



CONFIDENTIAL

# Driver Profile Picture Loopholes

A Detroit Driver passes Mutombo with a picture of a picture

Taking picture of a photo (words backwards

Beard and beanie (not "hat") did not pass 20% threshold

| Base Photo | Submission | Match Score | Auto-Review | Manual Review | Submission Time | Submitted At |
|---|---|---|---|---|---|---|
| | | 87% | Pass | N/A | 5m 43s | Nov 15, 2017 10:34:55 AM EST |
| | | 80% | Pass | N/A | 2m 40s | Nov 13 PM EST |
| | | 15% | Fail | N/A | 1m 23s | Nov 10, 2017 5:49:21 PM EST |
| | | 48% | Pass | N/A | 9s | Sep 22, 2017 6:28:33 PM EDT |

CONFIDENTIAL

UBER000138765.0081
UBER_JCCP_MDL_000118663.0081

P-00489.00085

**Slide 48 Notes**

Detroit driver; https://safety-lens.uberinternal.com/photo-verification/driver/4e9d056c-0a95-4267-9a6a-55c65c319996

He failed and was waitlisted; then changed to taking picture of photo twice and assumes this is ok; Drivers want to get online as soon as possible and face recognition is friction that disrupts interruption; can we integrate telematics data to NOT prompt Mutombo while moving or with a passenger? According to Ben, (who is a Driver and GLH manager) he has been prompted while driving; @Brian says that above 10mph doesn't prompt. Let's find the answer here AND find a way to communicate; also he is in a fleet partnership, if he posts this to a Driver group this can exacerbate account sharing

CONFIDENTIAL

UBER000138765.0082
UBER_JCCP_MDL_000118663.0082

# Driving Quality

Rider Safety is linked to safe driving behaviors.

S&I data can identify bad driving behaviors and could lead to deactivation.

BUT if we deactivate Drivers and still maintain same supply, we cannot ensure that **safeR** drivers get through the funnel, while hiring new Drivers costs $$$

How might we identify bad behaviors and intervene to rehabilitate/correct bad driving? How might we recognize good driving?



CONFIDENTIAL

UBER000138765.0083
UBER_JCCP_MDL_000118663.0083

**Slide 49 Notes**

To avoid unnecessary waitlisting, and if done on a Thursday for 48 hours they miss out on peak hours; if falsely waitlisted they miss on major earnings
-Ex. (Detroit) a 13k ride Driver who was waitlisted because a Rider said he appeared drowsy, goes to IRT under "impaired" and waitlisted over weekend, switched to Lyft

CONFIDENTIAL

UBER000138765.0084
UBER_JCCP_MDL_000118663.0084

# Rider Quality

2

Riders are unaware of **Uber's Community Guidelines** that outline expectations and accountability for behavior on the platform.

**Accountability for bad Riders**



- Intoxicated Riders create an uncomfortable experience for Drivers and co-Riders.

- Reporting relies on subjective accounts and can put Driver vs. Rider; intoxicated Riders may not remember.

- Uber can ban rider accounts and charge cleaning fees, but does not consistently monitor patterns of bad behavior.

CONFIDENTIAL

UBER000138765.0085
UBER_JCCP_MDL_000118663.0085

## Slide 50 Notes

Opportunity: learn about nudging behavior and supporting positive behavior.
See also: <u>Driver Connection deck</u> about the value of respect between R<>D

## Slide 50 Comments

1          +gabrielle.serpa@uber.com
           *Bernardo Vianna,  2/14/2018 04:42 PM*

2          Super interesting stuff here, thanks for sharing!
           *Gabrielle Serpa,  2/14/2018 04:42 PM*

CONFIDENTIAL

UBER000138765.0086
UBER_JCCP_MDL_000118663.0086

1

# Unequal Platform Investment

- Why does Uber treat good/bad riders the same?
- Riders are going about their day while drivers are working their jobs. So we need to know:
- How might we define a *good* rider? Money spent/trips/ good ratings/ successful reports of bad drivers/ streaking algorithms/ diversity of product use/ onboarding new riders/ split-fare/ cancellation useage/route deviation
- Then, when we define good qualities we can apply more consistent, fair Rewards/Reprimands
  - Report cards/ report feedback/ priority ETA / premium support/ loots boxes/ Frequent flyer system.

CONFIDENTIAL

UBER000138765.0087
UBER_JCCP_MDL_000118663.0087

## Slide 51 Notes

Samir - Platinum support project (designed to award GOOD users, to assess quality of Riders for access to improved services BUT there is opportunity to expand to include degradation of services and improve Rider accountability
-File support on-trip? Discreet red flag? Making Riders go through the unhappy experiences again to help US manually file support?

## Slide 51 Comments

1          +sharmaed@uber.com +chloef@uber.com
           *Deleted user,  3/30/2018 11:46 PM*

CONFIDENTIAL

# Highlight: Ratings-based quality is unreliable

GLH and IRT interviews revealed false 1-star ratings used by Riders for appeasement payments. *see photo to the right*

Riders consistently under report and/or automatically rate 5-stars for various reasons.

"good service" is subjective (sometimes 4-star, sometimes 5-star)

Rating system limited to user input instead or unbalanced with system-generated metrics.



CONFIDENTIAL

UBER000138765.0089
UBER_JCCP_MDL_000118663.0089

P-00489.00093

## Slide 52 Notes

Samir - Platinum support project (designed to award GOOD users, to assess quality of Riders for access to improved services BUT there is opportunity to expand to include degradation of services and improve Rider accountability
-File support on-trip? Discreet red flag? Making Riders go through the unhappy experiences again to help US manually file support?

## Slide 52 Comments

1       +courier-leads-group@uber.com even though this is for rides, I know that there are definitely loopholes that people have figured out for getting free eats. have heard this suspicion from partners in chicago
        *Dana Lee,  12/27/2017 07:20 PM*

2       +valerie.shuping@uber.com +samlak@uber.com +dwyer@uber.com I think we talked about this flyer that riders post on college campuses. Here is an example.
        *Tyler Spitz,  3/12/2018 06:35 AM*

3       team - this exact photo appeared in Cairo's largest Uber facebook group yesterday!!!
        *Deleted user,  3/12/2018 06:35 AM*

4       +frank@uber.com anything I can link to here to update what we are doing to block based on safety abuse?
        _Reassigned to Frank Chang_
        *Deleted user,  5/17/2018 07:30 PM*

UBER000138765.0090
UBER_JCCP_MDL_000118663.0090

**Slide 52 Comments (Continued)**

5          I can share what's going on in US, but it is privileged so I cannot link here.
           *Frank Chang,  5/17/2018 07:30 PM*

CONFIDENTIAL

UBER000138765.0091
UBER_JCCP_MDL_000118663.0091

How can Safety (and other teams) influence "true" quality ratings? Delphina data integration? [Pool] acceptance rates? Driver decisions that are consistent with our Business model?

CONFIDENTIAL

UBER000138765.0092
UBER_JCCP_MDL_000118663.0092

P-00489.00096

Slide 53 Notes

Ex. Rider cancellation rates, pool acceptance rates, AND with more reliable/consistent/fair ratings, we might incentivize smarter? In many markets, Riders (and Drivers) assume their ratings make a difference. Currently, Rider ratings have no impact (could be indication for Drivers);

CONFIDENTIAL

UBER000138765.0093
UBER_JCCP_MDL_000118663.0093



CONFIDENTIAL

UBER000138765.0094
UBER_JCCP_MDL_000118663.0094

Slide 54 Notes

UX Research on Ratings Anxiety

CONFIDENTIAL

UBER000138765.0095
UBER_JCCP_MDL_000118663.0095

# Vehicle Quality

How does vehicle quality affect user experience and safety sentiment?

- Riders say poor vehicle quality (bad smells, missing seat belts, engine lights, and funny noises) make them feel nervous and uncomfortable about the trip.
- Riders assume Uber conducts continuous quality checks on vehicles and ensures cars are safe and roadworthy. This is especially important in cities that experience severe weather.
- Drivers notice poor quality of other Drivers' cars and feel that this reflects badly on them.
- REDACTED - PRIVILEGED



"In my mind, **I assume** Uber did a quality check and monitors cars [on an ongoing basis]" - Quinn, Chicago Rider





CONFIDENTIAL

UBER000138765.0096
UBER_JCCP_MDL_000118663.0096

## Slide 55 Notes

Diagram - zoom in on two people's heads (rider vs. driver), heads in car (problems), car in environment (weather); talk with designers about it.

CONFIDENTIAL

UBER000138765.0097
UBER_JCCP_MDL_000118663.0097

What aspects of vehicle quality enable a safer trip?

How might we **monitor** and **improve** vehicle quality? (including and beyond ratings?)

How might we (re)define **safe** vehicle standards?

Can Virtual Vehicle inspections (VVIs) be used to develop a proactive safety program?

CONFIDENTIAL

UBER000138765.0098
UBER_JCCP_MDL_000118663.0098

# Vehicle Quality

How might we...

| Improve safety outcomes? | Ensure vehicle quality in bad weather? | Trigger an inspection when needed? |
|---|---|---|
| • Create Uber **requirements** for vehicle safety & roadworthiness. | • Develop safety requirements for vehicles operating in bad weather. | • Integrate user reporting of vehicle [safety] quality. |
| • Monitor and evaluate vehicle quality. | • Trigger inspections based on bad weather predictions. | • Trigger proactive safety check during or in anticipation of adverse weather. |
| • Set expectations and educate/remind Drivers. | • Educate drivers on best practices for vehicles in bad weather. | |
| • Improve accountability to improve quality or take vehicles off the road. | • Indicate for Riders that a vehicle is ready for (rain! Snow! ice!) | |

CONFIDENTIAL

UBER000138765.0099
UBER_JCCP_MDL_000118663.0099



How might we understand and improve **compatibility**?

(quality and expectations)

CONFIDENTIAL

UBER000138765.0100
UBER_JCCP_MDL_000118663.0100



CONFIDENTIAL

UBER000138765.0101
UBER_JCCP_MDL_000118663.0101

P-00489.00105

**Slide 59 Notes**

People in a rush vs. not
Rider profiles (signals & data)

CONFIDENTIAL



CONFIDENTIAL

UBER000138765.0103
UBER_JCCP_MDL_000118663.0103

P-00489.00107

Expectations & Safety: how might Uber's **community guidelines** and **standards** define how to behave and who should be removed?

UBER000138765.0104
UBER_JCCP_MDL_000118663.0104

P-00489.00108

# Wicked Problem: Behavior Expectations and Accountability

What can we learn from Facebook's efforts to define standards and turn standards → action?



Facebook's **Community Standards** outline expectations of its community when it comes to acceptable content in order to:

1) **Keep you safe**
2) Encourage respectful behavior
3) Acknowledge cultural diversity
4) Empower users with tools to control what you see

See Facebook's <u>Community Standards page</u> for information and an excellent video.

CONFIDENTIAL

UBER000138765.0105
UBER_JCCP_MDL_000118663.0105

P-00489.00109

## Slide 62 Notes

Great opportunity to revamp our Community Guidelines around keeping our users safe, and turning standards into Action #standforsafety
See: FB's <u>explaining our community standards and approach to government</u>

## Slide 62 Comments

1          Love this. Already flagged Brinda and Ambar on this.
           *Nirveek De,  1/25/2018 08:26 AM*

UBER000138765.0106
UBER_JCCP_MDL_000118663.0106

# Uber's Community Guidelines: Gaps and Opportunities

1
8

- U.S. Riders and Drivers **have not read** and **do not understand** Uber's Community Guidelines; as a result, users have **varying expectations** for behavior and experience.
- Automatic deactivation rules & protocols are based on Community Guidelines.
- A revamp in Community Guidelines, or how Uber can turn standards into action, could **improve safety outcomes** and **sentiment**.

Parallels Uber can use from FB's approach:



Help to keep you **safe**.



Encourage **respectful** behavior.



Keep your account and personal information **safe**.



Empower users with tools, such as **anonymous reporting**, to control experience. (note: FB prioritizes urgent safety reports)

CONFIDENTIAL

UBER000138765.0107
UBER_JCCP_MDL_000118663.0107

## Slide 63 Comments

1    +adriano.scopel@uber.com
     *Bernardo Vianna,  2/9/2018 05:42 PM*

2    Is it possible to summarize parts of the community guidelines along the rider lifecycle and explain our product simply so that they
     understand what they need to know?
     *Tyler Spitz,  7/3/2018 05:08 AM*

3    could be... who is the best Community Guidelines POC to talk to about the role of guidelines & safety? Also - the FB community
     guidelines page has an excellent video and great explanations. +mantha@uber.com (.com or blog?)
     *Deleted user,  12/22/2017 09:21 PM*

4    FB stressed in a blog post that its policies are not changing, but that "we have heard from people that it would be helpful to provide
     more clarity and examples" -- I think we're here, too.
     *Deleted user,  12/22/2017 09:22 PM*

5    +ambar@uber.com +carley@uber.com +sbryson@uber.com +spitz@uber.com +krishnaja@uber.com hey team - pinging you here as
     we started this conversation back in December re: guidelines and moments for communicating with Riders (but also Drivers)
     *Deleted user,  6/21/2018 05:44 PM*

6    +daryap@uber.com Sorry for the super late response – I can see this solving different purposes depending on DotCom or Blog. For
     DotCom, CG can have a place in the form of deeper, evergreen content. The Blog is more for timely, proud, or fun moments. This
     could go under "proud."

     Right now, CG is hidden within a Legal tree hidden from where we expect users to actually be. It's being looped in with "Terms of

UBER000138765.0108
UBER_JCCP_MDL_000118663.0108

**Slide 63 Comments (Continued)**

6        Service" which we all know users do not read and basically view as optional. We're sending mixed signals – the guidelines are not optional, but the consequences are unclear. We know that riders empathize with drivers – this could be a great opportunity to reshape the content to be more user-friendly and accessible.

*Prashant Mantha,  6/21/2018 06:27 PM*

7        Thanks Prashant! That seriously couldn't be a more accurate and empathetic summary of what we're trying to do with the community guidelines project. Love it!

*Ambar Pansari,  6/21/2018 06:35 PM*

8        +1 We are hoping to stress our commitment to the existing guidelines by shining a light on them on our evergreen channels (.com, even the app perhaps) and positioning them to reflect the 'tone' (similar to how companies often speak of 'values'). But there needs to be some content positioning on our social media accounts, blog, email etc. to drive attention to it.

*Krishnaja Gutta,  7/3/2018 05:08 AM*

CONFIDENTIAL

UBER000138765.0109
UBER_JCCP_MDL_000118663.0109

# (under) Reporting & Safety



CONFIDENTIAL

UBER000138765.0110
UBER_JCCP_MDL_000118663.0110

# Fun Fact: Chicago Reporting

One key theme in Rider interviews was the under-reporting of incidents. Team Safety wondered why Riders had consistently underreported clear offenses… and then Team Safety experienced reportable behavior on every trip in Chicago but still rated 5-stars and never submitted a report to Uber. Why?



Phone handling, smelly car, no seatbelt, no seat in a small *Uber XL*. "I have no incentive to submit a ticket--I'm busy." – Connor



Uncomfortable/rude pool riders "It was so bad I blocked it out of my head and forgot to report." – Sravanti



Smelly car, no seatbelts, close accident, Driver communication. "The Driver was too nice and I didn't want to affect his rating--but the next Rider would've had a bad experience" --Selwyn

CONFIDENTIAL

UBER000138765.0111
UBER_JCCP_MDL_000118663.0111

**Slide 65 Notes**

@BrianZ Most riders would not file a support ticket for those things making them feel uncomfortable, unless it reaches their thresholds.

CONFIDENTIAL

UBER000138765.0112
UBER_JCCP_MDL_000118663.0112

# Feedback and Underreporting

- Riders do not consistently report experiences that make them feel **uncomfortable** or **nervous**. This limits Uber's understanding of safety incidents, quality, and triggers that might escalate.
- Why?
  - Empathy for Driver: if nothing happened, not worth jeopardizing a Driver's income
  - Riders distracted on/by arrival
  - Unwilling to relive an uncomfortable experience
  - Users don't understand how we use feedback--why should they take the time to report?
- On-trip mechanisms could enable Riders to raise an issue or for Uber to respond/advise.


Quotes from Matt/Cory – Scelerisque Gravida


Quotes from IRT – Scelerisque Gravida



CONFIDENTIAL

UBER000138765.0113
UBER_JCCP_MDL_000118663.0113

## Slide 66 Notes

Samir - Platinum support project (designed to award GOOD users, to assess quality of Riders for access to improved services BUT there is opportunity to expand to include degradation of services and improve Rider accountability
-File support on-trip? Discreet red flag? Making Riders go through the unhappy experiences again to help US manually file support?

## Slide 66 Comments

1    On trip reporting is a consistent pain point. +dima@uber.com I know we can't create a trip related ticket yet but possible to create a "SOS" style behind the scene ticket for this kind of incidents while allowing users to report?
     *Nirveek De,  4/6/2018 10:31 PM*

2    This is something Safety should be able to do today. Its effectively the SOS flow but the ticket creation logic is based on the user filling out a form instead of calling 911.

     ie let the user fill out a text box, create a ticket for the user via the endpoint that you already have, append the ticket with trip based info

     This is the proposal that Im going to write up for the TFL thing
     *Dima Kovalev,  2/1/2018 05:22 AM*

3    Hey +dmitriy@uber.com any updates on this work? +shaunlind@uber.com and @neil.chopra@uber.com also interested in talking through on-trip reporting experience.
     *Deleted user,  4/6/2018 08:09 PM*

CONFIDENTIAL

**Slide 66 Comments (Continued)**

4        Please work with +pkamat@uber.com on this.
         *Dima Kovalev,  4/6/2018 10:31 PM*

CONFIDENTIAL

UBER000138765.0115
UBER_JCCP_MDL_000118663.0115

Triggers: what makes users feel **nervous**, **uncomfortable**, in **danger**, or at **risk**?

CONFIDENTIAL

UBER000138765.0116
UBER_JCCP_MDL_000118663.0116

P-00489.00120

# Risks/Triggers

Location & Time of Day

Conversational topics

Car Quality (smell, maintenance, music)

Seatbelts (drivers, riders)

Bad ETA/Navigation to pick-up

Transparency (routing, phone mount)

Co-rider behavior in Pool

Pool Alignment

Matching users with similar intent
Moving in the same/right direction
Managing expectations for the experience



I use Pool to get commute to work; inappropriate topics and personal questions make me uncomfortable.
– Elle, GLH



"They (drivers) know exactly where I live and where I work"
– Ben, GLH, Manager



CONFIDENTIAL

UBER000138765.0117
UBER_JCCP_MDL_000118663.0117

Slide 68 Notes

Driver who gets multiple reports of a smelly vehicle, after the 2nd and 3rd we start messaging future riders about improvements specific to that persistent issue;

Routing issues, when Rider wants to change route and Drivers are unfamiliar, uncomfortable BUT don't want to be penalized for not complying; but Drivers may not know that part of town and stressful when can't rely on GPS, if you have to rely on customer and they don't get you notice and you have to turn last-minute slam on breaks and then penalized; more stressful when you cannot trust GPS; Rider nervous if new/unfamiliar and Driver takes new route; or say rush-hour and Driver knew a better way then this looks/appears dishonest for not taking preferred route (and we don't have the context), and Rider may not remember ride; ex. Getting stuck in BAD weather re-routing;

CONFIDENTIAL

UBER000138765.0118
UBER_JCCP_MDL_000118663.0118

# Rider Safety Journey



CONFIDENTIAL

UBER000138765.0119
UBER_JCCP_MDL_000118663.0119

# Rider Safety Journey

When do Riders think about their safety along their trip journey?

| **Pre-Trip** Heuristics | **Pick-Up** Experience | **On-Trip** Experience | **End Trip** Feedback |
|---|---|---|---|



Driver star-rating

Number of trips

Profile Picture

Seatbelt:

Available for Rider

Worn by Driver

Cancellation pre-trip but getting same Driver

Car/plate/color + visibility (note: adverse weather can obscure match, increase disconnects)

Handshake: name and/or destination accuracy

Pick-up location: correct side of street, safe location

Vehicle condition: seatbelts, cleanliness, smell, year/model

Technical routing vs. local experts

Seatbelts

Rating

Safe Driving: style, car quality (no check-engine), city driving style and expectations

Underreporting: fear of firing Driver, fear of retribution, unknown what happens next (why take the time), forget or distracted on arrival

Op: Crimestoppers for anonymous reporting

Op: anomaly detection + mid-trip check-in; red flag for discreet check-in; motivate mid-trip Reporting

CONFIDENTIAL

UBER000138765.0120
UBER_JCCP_MDL_000118663.0120

## Slide 70 Notes

-Driver rating - dynamic rating system in development, sliding window (check with Driver Ratings team!)

-Driver routing

-Ratings are important to Riders; are we at Uber doing enough to ensure accurate ratings that reflect the factors that Riders see as important in their experience along the Ride? Knowing that under-rating by Riders is a problem, what other data points do we integrate to ensure fair, accurate ratings?

-Pickup experience from another perspective, sometimes it's unsafe to ask riders to walk a few blocks to save drivers' a few mins pickup ETA. I also propose this 'disable pickup hotspot for unsafe neighborhoods'

https://docs.google.com/spreadsheets/d/1amF1fiSqhejiLwqffyKAHndO26uCeVl0IXrJCKe31hM/edit#gid=1719193046

-What can we learn about routing tickets? -when most amount of tickets submitted for inefficient route (before or after 10pm?), i.e. drunk people complaining about a route, weather, intoxicated Riders more likely to complain about route; look at time (after 10pm?) tickets; anomaly detection when Rider wants a different route (driver afraid of bad rating you want to comply with "customer" request), or people who live somewhere where GPS leads to bad drop-off; ?Do we give Drivers suggestion to follow routing? Intelligence to recognize anomalies but also real-time data to provide the context

-End-trip and reporting:

Crimestoppers - for Riders, Drivers (who suspect drug deals, potential criminal activity), and for Uber support (?); crowd sourcing for reporting (i.e. Waze)

Tag:  https://whober.uberinternal.com/100183 is the PM of CO team

https://whober.uberinternal.com/101524 is the PM who is familiar with driver rating

## Slide 70 Comments

CONFIDENTIAL

UBER000138765.0121
UBER_JCCP_MDL_000118663.0121

**Slide 70 Comments (Continued)**

1          +chloef@uber.com +krishnaja@uber.com +ambar@uber.com here's some very high-level findings from our foundational work. not that pre-trip and pick-up interact with each other; the cancellation issue was a surprising finding, especially when something made a rider feel unsafe (or Driver cancels on a flakey/delayed rider) and then they get matched again. Note that for pick-up, there were numerous triggers

           *Deleted user,  6/21/2018 05:46 PM*

CONFIDENTIAL

# So… what?



CONFIDENTIAL

Are we doing the *right* things for Safety?

Do our User *feel* safe?

Are our Users *safe*?

CONFIDENTIAL

UBER000138765.0124
UBER_JCCP_MDL_000118663.0124

P-00489.00128

# WHAT MUST WE DO IN 2018 TO **#STANDFORSAFETY** ?

Pool compatibility

Rider/Driver/Driving/Vehicle Quality

Expectations & Standards

Vulnerable Rider Safety

CONFIDENTIAL

UBER000138765.0125
UBER_JCCP_MDL_000118663.0125

## Slide 73 Notes

DP's recommendations or 2018 priorities. LEFT OF BOOM.

CONFIDENTIAL

UBER000138765.0126
UBER_JCCP_MDL_000118663.0126

# Next steps: Lightning Decision JAM.

CONFIDENTIAL

UBER000138765.0127
UBER_JCCP_MDL_000118663.0127

Slide 74 Notes

LEFT OF BOOM.

CONFIDENTIAL

# Thank You!



Safety UX: DaryaP@

CONFIDENTIAL

UBER000138765.0129
UBER_JCCP_MDL_000118663.0129

# Appendix



Safety UX: DaryaP@

CONFIDENTIAL

UBER000138765.0130
UBER_JCCP_MDL_000118663.0130

P-00489.00134

# Participants

Chicago













| Dana, Chicago | Janine | Amy | Rebecca | Quinn | Lorem Ipsum |
|---|---|---|---|---|---|
| First in line | Donec dictum lorem Nulla quis est | Donec dictum lorem Nulla quis est | Donec dictum lorem Nulla quis est | Donec dictum lorem Nulla quis est | Donec dictum lorem Nulla quis est |
| | Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui. | Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui. | Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui. | Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui. | Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui. |

CONFIDENTIAL

UBER000138765.0131
UBER_JCCP_MDL_000118663.0131

# Participants

Detroit





**Morgan**

Donec dictum lorem
Nulla quis est

Lorem ipsum dolor sit
amet, consectetur
adipiscing elit. Morbi
aliquam orci eget
neque scelerisque
gravida eget orci non,
feugiat tristique purus
lacinia dui.

**Nathan**

Donec dictum lorem
Nulla quis est

Lorem ipsum dolor sit
amet, consectetur
adipiscing elit. Morbi
aliquam orci eget
neque scelerisque
gravida eget orci non,
feugiat tristique purus
lacinia dui.

CONFIDENTIAL

UBER000138765.0132
UBER_JCCP_MDL_000118663.0132

# Participants

Washington, DC













**Mia**
Donec dictum lorem
Nulla quis est

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui.

**Sabrina**
Donec dictum lorem
Nulla quis est

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui.

**Mack**
Donec dictum lorem
Nulla quis est

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui.

**Suzanne**
Donec dictum lorem
Nulla quis est

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui.

**Liana**
Donec dictum lorem
Nulla quis est

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui.

**Brittany**
Donec dictum lorem
Nulla quis est

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque scelerisque gravida eget orci non, feugiat tristique purus lacinia dui.

[How to instructions](#) for getting square profile images

CONFIDENTIAL

UBER000138765.0133
UBER_JCCP_MDL_000118663.0133

# Pre-Trip Heuristics

2

## Ratings

## Number of trips

## Profile picture
Clear, welcoming photo; especially female Riders

## Seatbelt

\*op: Trip / driving exp
\*op: *Safe driver cert for weather*

Annotations lorem ipsum dolor sit amet, consectetur adipiscing elit.



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida

CONFIDENTIAL

UBER000138765.0134
UBER_JCCP_MDL_000118663.0134

## Slide 80 Notes

-Driver rating - dynamic rating system in development, sliding window (check with Driver Ratings team!)
Driver routing
-Ratings are important to Riders; are we at Uber doing enough to ensure accurate ratings that reflect the factors that Riders see as important in their experience along the Ride? Knowing that under-rating by Riders is a problem, what other data points do we integrate to ensure fair, accurate ratings?

## Slide 80 Comments

1       +daryap@uber.com
        Even though we have a complete online funnel experience for onboarding new drivers, it seems it's highly possible for drivers to stop by GLH in for their first 30 days in Uber. We could utilize this chance to formalize their profile photos, with educating them professional profile photos have less chance to get rider cancel rides
        _Reassigned to Deleted user_
        *Brian Zhang,  11/20/2017 11:35 PM*

2       +mkron@uber.com anyone on your team involved with funnel, friction-reduction who could speak to opportunities to bring Drivers in during their first 30 days?
        *Deleted user,  11/20/2017 11:35 PM*

CONFIDENTIAL

UBER000138765.0135
UBER_JCCP_MDL_000118663.0135

# Pick-Up Experience

3 Car/plate/color + visibility

Confirming trip: names & destination

Pick-up location: correct side of road, safe place to pull-over, optimization (ex. If crossing road will save time), corners and multi-level streets

Adverse weather can delay, obscure match, increase disconnects

Vehicle condition (seatbelts, cleaningness, year/model)

Annotations lorem ipsum dolor sit amet, consectetur adipiscing elit.



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida

CONFIDENTIAL

UBER000138765.0136
UBER_JCCP_MDL_000118663.0136

## Slide 81 Notes

Visibility: especially bad weather or crowded places, real-time match dispatch model possible in US in crowded areas? (legal constraints?)

## Slide 81 Comments

1    +daryap@uber.com
     If we view this pickup experience from another perspective, sometimes it's unsafe to ask riders to walk a few blocks to save drivers' a few mins pickup ETA. I also propose this 'disable pickup hotspot for unsafe neighborhoods'
     https://docs.google.com/spreadsheets/d/1amF1fiSqhejiLwqffyKAHndO26uCeVl0IXrJCKe31hM/edit#gid=1719193046
     *Brian Zhang,  11/20/2017 11:39 PM*

2    oooh thanks! +shimul@uber.com and I were just talking about this in our weekly sync. This insight was about aspects of pick-up experience that make Riders cautious/nervous about the upcoming ride OR aspects of this experience that could be a frustration and "trigger" for additional issues as the ride proceeds +viggi@uber.com
     *Deleted user,  11/20/2017 11:36 PM*

3    +naina@uber.com @samiksha@uber.com
     *Deleted user,  11/20/2017 11:39 PM*

CONFIDENTIAL

# Cancellation

(pre-trip) Getting same driver multiple times

On/mid-trip cancellation (by Rider, by Driver)

On/mid-trip cancellation due to IRT
Cancellations



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida

Annotations lorem ipsum dolor sit amet, consectetur adipiscing elit.

CONFIDENTIAL

UBER000138765.0138
UBER_JCCP_MDL_000118663.0138

**Slide 82 Notes**

Considerations for cancellation; request trip with Driver A, cancel, and re-dispatch for Driver A

CONFIDENTIAL

UBER000138765.0139
UBER_JCCP_MDL_000118663.0139

# On Trip Experience

## Technical routing (maps) vs local expert

Local conditions - Chicago multi-level streets, GPS reliability, Weather (level of comfort, potential escalation)

## Seatbelts

## Rating

## Safe driving

Style of driving: fast vs cautious
Car quality (engine light, noise)

Ability to provide feedback during trip                    City driving
culture



"[A rider] doesn't have a ton of recourse when something goes wrong on-trip"
- Dana, Chicago Rider



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida



"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida

CONFIDENTIAL

UBER000138765.0140
UBER_JCCP_MDL_000118663.0140

**Slide 83 Notes**

-when most amount of tickets submitted for inefficient route (before or after 10pm?), i.e. drunk people complaining about a route, weather, intoxicated Riders more likely to complain about route; look at time (after 10pm?) tickets; anomaly detection when Rider wants a different route (driver afraid of bad rating you want to comply with "customer" request), or people who live somewhere where GPS leads to bad drop-off; ?Do we give Drivers suggestion to follow routing? Intelligence to recognize anomalies but also real-time data to provide the context

CONFIDENTIAL

UBER000138765.0141
UBER_JCCP_MDL_000118663.0141

# End-Trip Feedback/Reporting

## Under reporting
Fear of firing
Fear of retribution
Unknown what happens next
Forget, busy on arrival

*OP: Crimestoppers, anonymous feedback

OP: mid-trip check in with any anomalies, or discreet "red flag" to prompt mid-trip report, or mid-trip reporting

**Drivers have their own feedback/reporting system, such as Facebook groups**

Annotations lorem ipsum dolor sit amet, consectetur adipiscing elit.


"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida


"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida


"Lorem ipsum dolor sit amet, consectetur adipiscing elit. Morbi aliquam orci eget neque."
– Scelerisque Gravida

CONFIDENTIAL

UBER000138765.0142
UBER_JCCP_MDL_000118663.0142

**Slide 84 Notes**

---

Crimestoppers - for Riders, Drivers (who suspect drug deals, potential criminal activity), and for Uber support (?); crowd sourcing for reporting (i.e. Waze)

Tag:  https://whober.uberinternal.com/100183 is the PM of CO team

https://whober.uberinternal.com/101524 is the PM who is familiar with driver rating

CONFIDENTIAL

UBER000138765.0143
UBER_JCCP_MDL_000118663.0143