# UBER-MDL3084-BW-00000015

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \merged_user_csvs | SEMANTIC |
| **Application** | Spreadsheet | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00000015 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 04/16/2025 12:00 am | SEMANTIC |
| **Date Modified** | 04/16/2025 12:00 am | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00000015 | SEMANTIC |
| **File Size** | 22214031 | SEMANTIC |
| **Filename** | 76921802-11dd-455a-be3e-57aebb08ad1c.csv | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00000015 | SEMANTIC |
| **ILS Document Date** | 04/16/2025 | SEMANTIC |
| **ILS Prod Date** | 04/30/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW001 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 04/16/2025 12:00 am | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW001; | SEMANTIC |
| **Sort Date** | 04/16/2025 4:03 am | SEMANTIC |



Trial Exhibit No.
P-00502

P-00502.00001

**Page Image Missing**
**UBER-MDL3084-BW-00000015**

P-00502.00002