# UBER-MDL3084-DFS00159600

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Network Graphic | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00159600 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/22/2025 9:56 pm | SEMANTIC |
| **Date Modified** | 04/22/2025 9:56 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00159600 | SEMANTIC |
| **File Size** | 144393 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_Req 26_3.png | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00159600 | SEMANTIC |
| **ILS Document Date** | 04/22/2025 | SEMANTIC |
| **ILS Prod Date** | 07/14/2025 | SEMANTIC |
| **ILS Prod Vol** | Vol117 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 04/22/2025 9:56 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol092;Vol117; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 04/22/2025 9:56 pm | SEMANTIC |

Trial Exhibit No.
**P-00503**

P-00503.00001



CONFIDENTIAL