## UBER-MDL3084-DFS00003688

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00003688 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00003688 | SEMANTIC |
| **File Size** | 10963 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_26_12.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00003688 | SEMANTIC |
| **ILS Document Date** | 05/06/2024 | SEMANTIC |
| **ILS Prod Date** | 5/29/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol018 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/06/2024 | DOC_TYPE_ALIAS |
| **Production Volume** | Vol018; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |

Trial Exhibit No.
**P-00504**

P-00504.00001

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer [REDACTED - PII]

Sun, 24 Mar 2019 05:03:42 GMT

via inappsupport (external)

So sorry to hear about your experience on this trip, Jennifer.

I completely understand that when you request a ride with Uber, you trust that your driver will get you to your destination safely and comfortably.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise.

As a result of your claim, I've reached out to this driver and we are going to review this driver's account to determine whether the driver should continue to have access to the Uber app.

Due to this experience, I've fully refunded your fare for this trip which will apply to your original payment method within a few business days.

I appreciate you taking the time to contact us and share details about your experience.

Let us know if we can help with anything else.

Maria Lawrence Dela Cruz

Sun, 24 Mar 2019 05:16:11 GMT

via agent (external)

CONFIDENTIAL

P-00504.00002

UBER-MDL3084-DFS00003688