# UBER-MDL3084-DFS00003711

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Microsoft 2007 Word Document | SEMANTIC |
| **Attachment Names** | word | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00003711 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00003716 | SEMANTIC |
| **File Size** | 22461 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_26_21.docx | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00003711;UBER-MDL3084-DFS00003712;UBER-MDL3084-DFS00003713;UBER-MDL3084-DFS00003714;UBER-MDL3084-DFS00003715;UBER-MDL3084-DFS00003716 | SEMANTIC |
| **ILS Document Date** | 05/14/2024 | SEMANTIC |
| **ILS Prod Date** | 5/29/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol018 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/14/2024 | DOC_TYPE_ALIAS |
| **Production Volume** | Vol018; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |

Trial Exhibit No.
**P-00508**

P-00508.00001

- Back to previous view

# [SAFE-3681018] 17-Apr-2023 - Phoenix / 26 / United States / West / US West / US & Canada - L4 - Non-Consensual Kissing - Sexual Body Part

Created: 18/Apr/23  Updated: 09/May/23  Resolved: 24/Apr/23

| Status: | Done |
|---|---|
| Project: | Safety Case Management |
| Component/s: | Phoenix / 26 / United States / West / US West / US & Canada |
| Security Level: | BPO-Hidden |

| Type: | Global Incident / Accident | | |
|---|---|---|---|
| Reporter: | Gabe Hare [X] (Inactive) | Assignee: | Kelsey Bacon |
| Resolution: | Inactive | Votes: | 0 |
| Labels: | None | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

| Attachments: | Hassan Turay.WAV   Screenshot 2023-04-18 4.39.23 PM.png   Screenshot 2023-04-19 9.25.32 AM.png   Screenshot 2023-04-20 2.26.53 PM.png   Screenshot 2023-04-20 2.28.36 PM.png   Screenshot 2023-04-20 2.30.43 PM.png   Screenshot 2023-04-20 2.33.09 PM.png   Screenshot 2023-04-20 8.22.50 AM.png   Screenshot 2023-04-20 8.25.35 AM.png   image-2023-04-21-12-38-48-586.png |
|---|---|
| Date of Incident: | 17/Apr/23 |
| Incident - Type: | Sexual Assault - Non-Consensual Kissing - Sexual Body Part |
| Source of Incident: | In-App Support (Bliss) |
| Ticket Attributes: | Invalid and Excluded |
| Executive summary: | **SOE Present from Victim:** N<br>**Primary Category Questions Answered**<ul><li>Attempted physical contact? - Y<ul><li>Rider reports the Driver kissed the Rider and touched the Rider sexually</li></ul></li><li>Confirmed physical contact? - Y</li></ul> |

|  | <ul><li>○ Rider reports the Driver kissed the Rider and touched the Rider sexually</li></ul><ul><li>Perceived as sexual/romantic or sexual misconduct behavior exhibited? - Y<ul><li>○ Rider reports the Driver kissed the Rider and touched the Rider sexually</li></ul></li><li>Determined non-consensual? - Y<ul><li>○ Rider did not give consent</li></ul></li><li>Touch or attempted touch of a sexual body part? - Y<ul><li>○ Rider reports the Driver kissed the Rider and touched the Rider sexually</li></ul></li></ul>**Status of Comms**:<br>Driver comms completed<br>Rider comms attempted (not a valid number)<br>**Account Status**:<br>Driver active<br>Rider active<br>**Actions Taken**:<br>Blocked future pairing<br>Account notated<br>Temporary Safety Lock removed<br>Rider refunded<br>**USHER Referral Made:** Y<br>Unique PIN #: 9446894-KE<br>Unresponsive<br>**Secondary Category Questions**<br>The Rider reports a sexual assault incident by a Driver where the Driver kissed the Rider and touched the Rider sexually.<br>**Multiple Allegations Present** - N<br>**Resolution:**<br>Driver has denied allegations in relation to this report. Driver's Safety Lens shows 1 prior incident resulting in 1 notation. This case is considered an Excluded and Invalid report resulting in 0 notations. Driver has not met the threshold for deactivation and will be reactivated.<br>**Updated At 2023-04-21 19:58 MST**<br>**Invalid Ticket Definition**<ul><li>**Apparent intent is to not report a safety incident:** Y</li><li>There is a history indicating apparent intent of ticket not to report a safety incident based on the following:<br>Rider shows a pattern of escalating Safety reports. Please see background data for further.</li></ul> |
|---|---|
| **Rider Name:** | Kevin [REDACTED - PII] |
| **Rider Ticket:** | https://bliss.uberinternal.com/contacts/b728c4f7-1610-4b8f-a4fe-b8d295037f5f |
| **Rider Tools Link:** | https://investigations.uberinternal.com/rider/6fb9a5bd-c70c-4623-96b8-c0cae404b8d5 |
| **Driver Name:** | Hassan Turay |
| **Driver Ticket:** | https://bliss.uberinternal.com/contacts/b1517358-b765-4331-8622- |

| | |
|---|---|
| | 6c6defef5357?newContact=1&tenancy=uber/production |
| **Driver Tools Link:** | https://investigations.uberinternal.com/driver/76921802-11dd-455a-be3e-57aebb08ad1c |
| **Trip Link:** | https://chronicle.uberinternal.com/job/6d5959ea-4bec-4432-b49f-f8f56de4beb7 |
| **POOL Riders in a trip:** | not a POOL trip |
| **Rider's Side:** | **2023-04-18 14:56 MST** [Phone Call - Triage] Not a valid phone number<br>Followed up via Bliss<br>https://apps.mypurecloud.com/directory/#/engage/admin/interactions/fa71492e-28c7-46a3-83de-0b846ce5afdf<br>**2023-04-19 09:21 MST** [Phone Call - Investigations] Call Attempt: 2 Not a valid phone number<br>Followed up via Bliss<br>https://contentmanagement.mypurecloud.com/document-viewer/#/1/3xquidzjdzejbhl663dcj2e6xq |
| **Driver's Side:** | **2023-04-19 09:28 MST** [Phone Call - Investigations] Call Attempt: 1<br>Voicemail<br>Followed up via Bliss<br>https://contentmanagement.mypurecloud.com/document-viewer/#/1/e2poubmnhfekljfbvykkxx64sq<br>**2023-04-21 10:08 MST** [Phone Call - Investigations] Call Attempt: 2<br>Answered<br>Followed up via Bliss **Hassan Turay.WAV**<ul><li>Driver denied having any verbal or physical altercations with anyone</li><li>Driver denied making any sexually explicit questions or comments to anyone</li><li>Driver denied making or attempting to make any physical contact with anyone</li><li>Driver denied touching or kissing a Rider for any reason</li><li>Driver said the Rider was picked up from a Domestic violence shelter</li><li>Driver said they knew the shelter was there as they used to work there</li><li>Driver said the Rider's child should have been in a car seat but the Rider did not have a car seat</li><li>Driver said they completed the trip anyway</li></ul> |
| **Background Data:** | **Safety Lens History:**<br>**Rider's Safety Lens - Incidents**<br>Rider has 0 Previous Serious IPC Notations<br>**Driver's Safety Lens - Incidents**<br> 1 Notation - Sexual Misconduct Comments or Gestures - Comments About Appearance (3-23-2019)<br><br>**Related Tickets**<br>**Jira:**<br>https://jira.uberinternal.com/browse/SAFE-3681018<br>**Rider (Reporter) Ticket:**<br>https://bliss.uberinternal.com/contacts/b728c4f7-1610-4b8f-a4fe- |

| | |
|---|---|
| | b8d295037f5f<br>**Driver (Reported Against) Ticket:**<br>https://bliss.uberinternal.com/contacts/b1517358-b765-4331-8622-6c6defef5357<br>**Driver Duplicate Tickets:**<br>https://bliss.uberinternal.com/contacts/e5ffe2b1-7c73-4c5e-b4d3-f1ff1a7de5cb - Driver's Rider account actions taken<br>https://bliss.uberinternal.com/contacts/c162cbcf-196f-4cf5-87ab-abe1cdb4f12c<br>https://bliss.uberinternal.com/contacts/8b36e640-d209-4fcf-80a8-27fbe369b08c<br>https://bliss.uberinternal.com/contacts/7cb01e0d-e5ab-4910-9dec-7c79c7ad99b7<br><br>_____<br>Chronicle GPS: https://chronicle.uberinternal.com/trip/6d5959ea-4bec-4432-b49f-f8f56de4beb7/overview<ul><li>No noted trip deviation - Trip completed - Rider ping (red) - Drop off location (WC)</li></ul>_____<br>Voyager GPS: https://voyager.uberinternal.com/2c01bef8-0d36-4fd6-a57d-a8d995dbdc29<ul><li>Rider ping (blue) Driver ping (pink) - 7:14 AM UTC - Pick up completed</li><li>Trip in progress - 7:50 AM UTC - Drop off complete - 8:01 AM UTC</li><li>Driver remains at drop off location from 7:55 AM - 8:04 AM UTC, prior to leaving</li></ul> |
| | Rider is blocked for appeasements<br>Rider's account is 11 days old and has taken a total of 7 trips that were not canceled<br>Rider has filed 4 complaints on 4 different trips<br>Rider's other safety case: https://jira.uberinternal.com/browse/SAFE-3668684<br>Rider's other created tickets:<br>https://bliss.uberinternal.com/contacts/2d7de50a-5fa1-4b5d-8a2e-9ce962a688ec - "Driver never started my ride he called me a bitch and kicked me out the car"<br>https://bliss.uberinternal.com/contacts/4f630d21-25a6-444b-8664-046886041adc - "My driver kicked me out and called me names like fagget he refused my trip but still charged me I didn't get to my destination"<br>https://bliss.uberinternal.com/contacts/a973c7d8-8673-45e3-9a05-f55ad17cb4f0 - "My driver kicked me out and refused my destination he called me a nigger and spit at me" - SAFE-3668684 |
| **Driver Loss Type:** | None |

| Rider Loss Type: | None |
|---|---|
| SAFE Claims Reviewed: | YES |
| Driver Action: | Reactivate |
| Rider Action: | No Action |
| Reporting Party: | Rider (Account Holder) |
| Incident Reported Against: | Driver |
| Action On Reported Account: | No Action |



| | |
|---|---|
| Comment by svc-project-t  [ 05/May/23 ] | |
| **PLEASE READ BEFORE EDITING THIS TICKET** The fields Incident Type, Incident Type Detail, Reporter, Incident Reported Against, and Invalid Ticket have been reviewed and potentially corrected as part of the global safety data audit. **Please do NOT make any changes to these fields** before contacting the Global Safety Ticket Auditing Admin Group (GSTA-admin-group@uber.com). See here for more details. Results of the audit by data field below:<br>Reporter: From "Rider (Account Holder)" to "Rider (Account Holder)"<br>Incident Reported Against: From "Driver" to "Driver"<br>Incident Type: From "Sexual Assault" to "Sexual Assault"<br>Incident Type Detail: From "Non-Consensual Kissing - Sexual Body Part" to "Non-Consensual Kissing - Sexual Body Part"<br>Invalid Ticket: From "YES" to "YES" | |
| Comment by Frank Barry  [ 21/Apr/23 ] | |
| Kelsey Bacon TL has completed a review of this case and approves of all recommended actions outlined above by the investigator at this time. Please move forward with action and resolution of this case. | |
| Comment by Stephen Gole  [ 19/Apr/23 ] | |
| + Monitoring for Insurance Team. Please tag me and update the Jira ticket immediately if the rider reaches back out asserting any sort of claim, demand, or if they advise that they have retained an attorney. | |
| Comment by Craig Weemhoff [X] (Inactive)  [ 18/Apr/23 ] | |
| Suzanne Bullard and Kelly Denham L4 Regulatory | |
| Comment by Genesis Jonker  [ 18/Apr/23 ] | |

| | |
|---|---|
| I have reviewed and confirm all relevant information has been uploaded to the JIRA and appropriate actions taken.  Pending investigations team. | |
| Comment by Conner Holdsworth  [ 18/Apr/23 ] | |
| A/C Privileged and Confidential - **REDACTED - PRIVILEGE** **REDACTED - PRIVILEGE** | |
| Comment by Gabe Hare [X] (Inactive)  [ 18/Apr/23 ] | |
| Conner Holdsworth Eugene Lee tagging legal for visibility | |
| Comment by Jira Bot  [ 18/Apr/23 ] | |
| Escalation teams | mails |
| Component mails | united-states-incident-group@uber.com |
| mails sent on | 18-Apr-2023 22:10 UTC |

Generated at Thu May 09 19:32:50 UTC 2024 by Viktor Demchuk using Jira 9.4.17#940017-sha1:2c0a67f2e46e8da6314dfb6924a27d936e4fcedf.