## UBER-MDL3084-BW-00008573

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \Bliss Tickets\Driver\2025-05-15T21_54_15.487Z.zip | SEMANTIC |
| **Application** | Document | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00008573 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 05/15/2025 9:54 pm | SEMANTIC |
| **Date Modified** | 05/15/2025 9:54 pm | SEMANTIC |
| **Document Type** | 5/15/2025 | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00008573 | SEMANTIC |
| **File Size** | 13683 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean_ 5630de31-6d96-4b08-9142-6db524c57e4a | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00008573 | SEMANTIC |
| **ILS Prod Date** | 05/21/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW009 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/15/2025 9:54 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW009 | SEMANTIC |
| **Sort Date** | 05/15/2025 9:54 pm | SEMANTIC |

Trial Exhibit No.
P-00509

P-00509.00001

ID: 5630de31-6d96-4b08-9142-6db524c57e4a

Title: A rider made a mess in my vehicle

User Type: driver

Cleaning request details [Required]: Vomit

Photo of mess [Required]:

Hassan Turay

Mon, 04 Sep 2023 04:47:03 GMT

via inappsupport (external)

Additional photo of mess [optional]:

Hassan Turay

Mon, 04 Sep 2023 04:47:03 GMT

via inappsupport (external)

Confirm rider's name (or trip details if unknown): Eduardo

Hassan Turay

Mon, 04 Sep 2023 04:47:03 GMT

via inappsupport (external)

{"helpNodeID":"6a60bda7-d8a6-46b7-bd95-2cdf62c7e987","variantID":"426ea0e3-e6cd-4982-bcae-f8577c790d87","components":[{"componentMeta":{"id":"f75b9052-3fb9-4d3d-bf5d-10edccaf0798","type":"text_area","label":"Cleaning request details [Required]"},"userInput":{"body":"Vomit","attachments":null}},{"componentMeta":{"id":"d3be4c1e-4eca-45d7-a30d-309b352af7e3","type":"photo_upload","label":"Photo of mess [Required]"},"userInput":{"body":"","attachments":[{"S3Bucket":"uber-contact-system","S3Filename":"9a0aa935-478f-488c-a93d-67eb55b7111b.jpeg","OriginalFilename":"","MimeType":"","Size":""}]}},{"componentMeta":{"id":"fc8ee6f5-b184-4676-960f-c415c7dbfdb6","type":"photo_upload","label":"Additional photo of mess [optional]"},"userInput":{"body":"","attachments":[{"S3Bucket":"uber-contact-system","S3Filename":"815f9fc6-1296-45a2-a623-2eb52a8cefe5.jpeg","OriginalFilename":"","MimeType":"","Size":""}]}},{"componentMeta":{"id":"af323c77-a617-4ade-a64c-692cb56b9a6e","type":"text_input","label":"Confirm rider's name (or trip details if unknown)"},"userInput":{"body":"Eduardo ","attachments":null}}]}

Hassan Turay

Mon, 04 Sep 2023 04:47:03 GMT

via system (internal)

Hi Hassan, We took a look at your account and noticed you've recently received a high number of cleaning fees. To receive a cleaning fee, we ask that you take your vehicle to be professionally cleaned and follow these steps:- Once your vehicle is clean, take an after photo- Reply to this message and attach the after photo along with a copy of your receipt- Please be sure the receipt includes the date and cost of the service Once we receive your reply, we'll be able to further assist you. Thanks for understanding.

Uber Support

Mon, 04 Sep 2023 04:55:04 GMT

via agent (external)

CONFIDENTIAL

P-00509.00002

UBER-MDL3084-BW-00008573