# UBER-MDL3084-BW-00008403

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \Bliss Tickets\Driver\2025-05-15T21_54_15.487Z.zip | SEMANTIC |
| **Application** | Document | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00008403 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 05/15/2025 9:54 pm | SEMANTIC |
| **Date Modified** | 05/15/2025 9:54 pm | SEMANTIC |
| **Document Type** | 5/15/2025 | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00008403 | SEMANTIC |
| **File Size** | 10562 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean_ 34437bd2-a41d-46c3-9411-3c8d4dd694f7 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00008403 | SEMANTIC |
| **ILS Prod Date** | 05/21/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW009 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/15/2025 9:54 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW009 | SEMANTIC |
| **Sort Date** | 05/15/2025 9:54 pm | SEMANTIC |

**Trial Exhibit No.**

**P-00516**

P-00516.00001

Title: A message from Uber

User Type: driver

Hi Hassan,One of your riders submitted feedback expressing concern with your driving speed on a recent trip.As explained in our Community Guidelines, serious or repeated claims of poor, unsafe, or distracted driving can result in loss of access to the Driver app.We appreciate your understanding.

Abhey gautam

Sun, 14 May 2023 13:20:38 GMT

via agent (external)

https://bliss.uberinternal.com/contacts/e9e74245-1154-43a2-92b4-e37b95d8c4ef

Abhey gautam

Sun, 14 May 2023 13:20:38 GMT

via agent (internal)

CONFIDENTIAL

UBER-MDL3084-BW-00008403