# UBER-MDL3084-BW-00006299

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **Application** | Spreadsheet | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00006299 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 05/12/2025 12:00 am | SEMANTIC |
| **Date Modified** | 05/12/2025 12:00 am | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00006299 | SEMANTIC |
| **File Size** | 877451 | SEMANTIC |
| **Filename** | 1046_Jaylynn Dean Driver Hassan Turay Mobile Events (11-14-2023 to 11-16-2023) (DOI 11-15-2023) | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00006299 | SEMANTIC |
| **ILS Document Date** | 05/12/2025 | SEMANTIC |
| **ILS Prod Date** | 5/15/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW005 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/12/2025 12:00 am | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW005; | SEMANTIC |
| **Sort Date** | 05/12/2025 11:08 pm | SEMANTIC |

Trial Exhibit No.
**P-00519**

P-00519.00001

**Document Produced in Native**

CONFIDENTIAL

P-00519.00002

UBER-MDL3084-BW-00006299