# UBER_JCCP_MDL_003273474

## Metadata

| | | |
|---|---|---|
| **#Author** | drivestorage2@uber.com | SEMANTIC |
| **#Date Modified** | 07/29/2024 | SEMANTIC |
| **#DateCreated** | 09/14/2018 | SEMANTIC |
| **#Title** | Feedback Tags for Gus | SEMANTIC |
| **Account** | frank@uber.com; | SEMANTIC |
| **All Custodians** | Chang, Frank;Freivogel, Cory;Luu, Jenny;Sheridan, Danielle; | SEMANTIC |
| **All Paths** | Chang, Frank: \REFRESH_Drive_Set4\REFRESH_Drive_Set4__19.zip; Chang, Frank: \REFRESH_Drive_Set4\REFRESH_Drive_Set4__19.zip; Freivogel, Cory: \REFRESH_Drive_Set7\REFRESH_Drive_Set7_4.zip; Freivogel, Cory: \REFRESH_Drive_Set7\REFRESH_Drive_Set7_4.zip; Luu, Jenny: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_10.zip; Luu, Jenny: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_10.zip; Sheridan, Danielle: \REFRESH_Drive_Set15\REFRESH_Drive_Set15__20.zip; Sheridan, Danielle: \REFRESH_Drive_Set15\REFRESH_Drive_Set15__20.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003273474 | SEMANTIC |
| **Collaborators** | dhruv@uber.com; warsame.mohamed@uber.com; abbas.hooshmand@uber.com; atran@uber.com; amr@uber.com; runshelley@uber.com; sparekh@uber.com; todd.gaddis@uber.com; frank@uber.com; maria@uber.com; trumike@uber.com; isabellaliu@uber.com; peder@uber.com; xin.luo@uber.com; syska@uber.com; jenna.tonino@uber.com; pe.te@uber.com; bricketts@uber.com; bwallace@uber.com; actuaryzhang@uber.com; mengfei.shen@uber.com; amritha@uber.com; ana.loibner@uber.com; pmuh@uber.com; thomas.luz@uber.com; matt.shroder@uber.com; haider@uber.com; sebastian.pinto@uber.com; sunny.wong@uber.com; nina@uber.com; ashu@uber.com; ags@uber.com; john.weir@uber.com; rebecca.payne@uber.com; dkolta@uber.com; driver-leads@uber.com; driver-product-ops@uber.com; dob-leads@uber.com; uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 09/14/2018 11:31 pm | SEMANTIC |
| **Date Modified** | 07/29/2024 4:51 pm | SEMANTIC |
| **DocID** | 1K3Se7D7n4h3TxOeDcb49SvTWOI5EuEKfQJKMle8zPmc | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003273560 | SEMANTIC |
| **File Path** | \REFRESH_Drive_Set4\REFRESH_Drive_Set4__19.zip | SEMANTIC |
| **File Size** | 5517369 | SEMANTIC |
| **Filename** | Feedback Tags for Gus_1K3Se7D7n4h3TxOeDcb49SvTWOI5EuEKfQJKMle8zPmc.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | 0e1080fe2a7392c8e4123343d1d27563 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_003273474;UBER_JCCP_MDL_003273475;UBER_JCCP_MDL_003273476;UBER_JCCP_MDL_003273477;UBER_JCCP_MDL_003273478;UBER_JCCP_MDL_003273479;UBER_JCCP_MDL_003273480;UBER_JCCP_MDL_003273481;UBER_JCCP_MDL_003273482;UBER_JCCP_MDL_003273483;UBER_JCCP_MDL_003273484;UBER_JCCP_MDL_003273485;UBER_JCCP_MDL_003273486;UBER_JCCP_MDL_003273487;UBER_JCCP_MDL_003273488;UBER_JCCP_MDL_003273489;UBER_JCCP_MDL_003273490;UBER_JCCP_MDL_003273491;UBER_JCCP_MDL_003273492;UBER_JCCP_MDL_003273493;UBER_JCCP_MDL_003273494;UBER_JCCP_MDL_003273495;UBER_JCCP_MDL_003273496;UBER_JCCP_MDL_003273497;UBER_JCCP_MDL_003273498;UBER_JCCP_MDL_003273499;UBER_JCCP_MDL_003273500;UBER_JCCP_MDL_003273501;UBER_JCCP_MDL_003273502;UBER_JCCP_MDL_003273503;UBER_JCCP_MDL_003273504;UBER_JCCP_MDL_003273505;UBER_JCCP_MDL_003273506;UBER_JCCP_MDL_003273507;UBER_JCCP_MDL_003273508;UBER_JCCP_MDL_003273509;UBER_JCCP_MDL_003273510;UBER_JCCP_MDL_003273511;UBER_JCCP_MDL_003273512;UBER_JCCP_MDL_003273513;UBER_JCCP_MDL_003273514;UBER_JCCP_MDL_003273515;UBER_JCCP_MDL_003273516;UBER_JCCP_MDL_003273517;UBER_JCCP_MDL_003273518;UBER_JCCP_MDL_003273519;UBER_JCCP_MDL_003273520;UBER_JCCP_MDL_003273521;UBER_JCCP_MDL_003273522;UBER_JCCP_MDL_003273523;UBER_JCCP_MDL_003273524;UBER_JCCP_MDL_003273525;UBER_JCCP_MDL_003273526;UBER_JCCP_MDL_003273527;UBER_JCCP_MDL_003273528;UBER_JCCP_MDL_003273529;UBER_JCCP_MDL_003273530;UBER_JCCP_MDL_003273531;UBER_JCCP_MDL_003273532;UBER_JCCP_MDL_003273533;UBER_JCCP_MDL_003273534;UBER_JCCP_MDL_003273535;UBER_JCCP_MDL_003273536;UBER_JCCP_MDL_003273537;UBER_JCCP_MDL_003273538;UBER_JCCP_MDL_003273539;UBER_JCCP_MDL_003273540;UBER_JCCP_MDL_003273541;UBER_JCCP_MDL_003273542;UBER_JCCP_MDL_003273543;UBER_JCCP_MDL_003273544;UBER_JCCP_MDL_0032735 | SEMANTIC |

Trial Exhibit No.
**P-00602_slip**

| | | |
|---|---|---|
| | 45;UBER_JCCP_MDL_003273546;UBER_JCCP_MDL_003273547;UBER_JCCP_MDL_003273548;UBER_JCCP_MDL_003273549;UBER_JCCP_MDL_003273550;UBER_JCCP_MDL_003273551;UBER_JCCP_MDL_003273552;UBER_JCCP_MDL_003273553;UBER_JCCP_MDL_003273554;UBER_JCCP_MDL_003273555;UBER_JCCP_MDL_003273556;UBER_JCCP_MDL_003273557;UBER_JCCP_MDL_003273558;UBER_JCCP_MDL_003273559;UBER_JCCP_MDL_003273560 | |
| **ILS Document Date** | 07/29/2024 | SEMANTIC |
| **ILS Prod Date** | 3/4/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL111 | SEMANTIC |
| **Other Custodians** | Freivogel, Cory;Sheridan, Danielle;Chang, Frank;Luu, Jenny; | SEMANTIC |
| **Primary Date** | 09/14/2018 11:31 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL111; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 07/29/2024 4:51 pm | SEMANTIC |
| **SourceHash** | ad33961ed2896f685eadbc5bbd00e2ff | SEMANTIC |

1

# Analysis of Rider-to-Driver Feedback Tags (US only)

November 2018

justJuuliethingsx

Uber

## Slide 1 Comments

1 +huijun.pan@uber.com This is a great deck!
*Lisa Handalian, 4/5/2019 04:34 PM*

**Goal**: understand rider-to-driver feedback tags' design and its values in identifying high-risk drivers and reducing safety incidents

## Slide 2 Notes

- Name
- Goal

# Agenda

- Introduction to feedback tags
- Potential Applications of Feedback Tags in S+I
  - Current applications outside S+I
  - Proactive outreach
  - Driver deactivation
- Challenges in using feedback tag data
- Next Steps

# Agenda

- Introduction to feedback tags
- Potential Applications of Feedback Tags in S+I
  - Current applications outside S+I
  - Proactive outreach
  - Driver deactivation
- Challenges in using feedback tag data
- Next Steps

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Riders are Asked to Submit Feedback Tags after Giving 1~4 Star Ratings to Drivers

5 star: complimentary stickers




1~4 star: feedback tags




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 5 Notes

- Selection mechanism on next page
- Call out contact support

# Full List of Feedback Tags

| | | | |
|---|---|---|---|
| Driving | Driver Navigation | GPS Route | Traffic |
| Car Quality | Car Smell | Cleanliness | Music |
| Pick up | Walking | Price | Uber App |
| Professionalism | Conversation | Comfort | Other |
| POOL: Co-rider | POOL: Match | POOL: Too many matches | |

☐ Tags always displayed on screen

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 6 Notes

- Full list , various concerns
- Complicated selection method:
  - Four
  - Product based
  - Random select
- Summary , different…
- We mainly focus on but also explored

# Tags included in Driver Rating Protection Plan

| | | | |
|---|---|---|---|
| Driving | Driver Navigation | GPS Route | Traffic |
| Car Quality | Car Smell | Cleanliness | Music |
| Pick up | Walking | Price | Uber App |
| Professionalism | Conversation | Comfort | Other |
| POOL: Co-rider | POOL: Match | POOL: Too many matches | |

Tags always displayed on screen

Tags included in Rating Protection Plan

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 7 Notes

- Driver protection plan
- To make our application consistent with policy, ….

# Feedback Tag Submission Rates




ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

## Slide 8 Notes

Summary in total about 1.3% of trips have at least one tag submitted

# Agenda

- Introduction to feedback tags
- Potential Applications of Feedback Tags in S+I
  - Current applications outside S+I
  - Proactive outreach
  - Driver deactivation
- Challenges in using feedback tag data
- Next Steps

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

# Current Use Cases of Feedback Tags outside S+I

4

- Driver Education
  - Pro Tips are created and sent to drivers based on tags they have received
- Driver Rating Protection Plan
  - Ratings with tags related to factors outside of a driver's control such as price, traffic and app issues are not counted in driver's average rating
- Identify Areas of Improvements
  - Pickup team research on pick-up issues by looking into trips with "pickup" tags




ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

## Slide 10 Notes

1. Education, original motivation for tag

## Slide 10 Comments

1 Would be great to understand from Dhruv what the options for these pro tips are. Mind if I tag him in +huijun.pan@uber.com?
*Rebecca Payne, 4/5/2019 07:59 PM*

2 Did you get a response, +rebecca.payne@uber.com? I'm curious too...
*Lisa Handalian, 4/5/2019 06:25 PM*

3 +dhruv@uber.com had shared this in the past: https://docs.google.com/spreadsheets/d/1lzOzhOFdjR_s2pURuRJfPeO9HOfrR2jts-M_u96ZBXI/edit#gid=0
*Rebecca Payne, 4/5/2019 06:35 PM*

4 Yup - that's still accurate. Current 'logic' is that each tag/issue corresponds to a pro-tip - which today is just static content. (no video, no links, no images, etc.)

are there experiment proposals you've run for other pro-tips?
*Dhruv Tyagi, 4/5/2019 07:59 PM*

# Potential Applications of Feedback Tags in S+I

25

- **Proactive Outreach** to riders who submit low ratings and feedback tags
  - Uncover unreported safety incidents or speed up incident reporting
  - Improved responsiveness for riders and insights for drivers on rider concerns

- Refine **Driver Deactivation Criteria**
  - Current DACT policy deactivates drivers based on Safety tickets only
  - Feedback tag could be used to supplement the deactivation policy (e.g. varying DACT threshold based on feedback tag rate)

- **Modeling Features**
  - Credibility weighted driving feedback tag rate is predictive of accident frequency even in the presence of driver rating and DACT score. This can provide value in the GLM and other models relating to drivers

## Slide 11 Notes

Based on S&I Analytics team's project and scope. There could be additional applications for other teams in S&I. For example Product …
This page gives a high level summary and next few pages will provide detailed analysis results.

## Slide 11 Comments

1 Another application is the one we've talked about - which is giving feedback to drivers. Right now, giving a driver feedback that they have received a report on their driving doesn't really tell them how to get better.
*Rebecca Payne, 4/5/2019 06:28 PM*

2 Very true! This is the very intention of our granular feedback tagging project (the driver side of it). I have heard for years that drivers don't get info that they need to improve. I so hope we can make it clearer to them for both safety and non-safety situations
*Lisa Handalian, 4/5/2019 06:28 PM*

3 Could also be direct integration between tickets and tags - ie. give the rider an option to file a ticket as they are submitting a tag
*Rebecca Payne, 4/5/2019 06:26 PM*

4 Forwarded you an email discussion on this.
*Deleted user, 12/4/2018 10:58 PM*

5 +huijun.pan@uber.com Would you mind sending me the email as well?
*Lisa Handalian, 4/5/2019 06:26 PM*

# Proactive Outreach to Riders Who Submit Tags

Target tag: Professionalism, conversation, comfort

| Driver’s probability of against-driver SA/SM in next 30 trips | 1-4 star trips without target tags | 1-4 star trips with target tags | 1-4 star trips with target tags and driver’s lifetime target tag rate >1.5% | 1-4 star trips with target tags and driver’s lifetime target tag rate >1.5% and driver had SM/SA before |
|---|---|---|---|---|
| Non-serious SM/SA | 0.13% | 0.18% | 0.32% | 0.70% |
| Serious SM/SA | 0.01% | 0.01% | 0.03% | 0.07% |

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

## Slide 12 Comments

1 What is the significance of 30 trips? Does the rate go up if we are to look at more trips?
*Rebecca Payne, 12/4/2018 10:47 PM*

2 I checked 10 trips and 30 trips , both gives similar upward trend although underlying rates are different. So for simplicity, I only keep 30 trips here.
*Deleted user, 12/4/2018 10:47 PM*

3 +huijun.pan@uber.com What are 'target tags'?
*Lisa Handalian, 4/5/2019 06:31 PM*

# Proactive Outreach to Riders Who Submit Tags

**Findings**: drivers have 3X-5X higher risk to commit SM/SA in next 30 trips after a trip with professionalism/comfort/conversation tag than after a 1-4 star trip without those tags. This is a very simple rule, and does not use models, gender, etc.

**Proposed Application:** collaborate with US Ops team to proactive outreach riders who submitted professionalism/comfort/conversation/other tags

**Pilot:**

- Launched in Las Vegas and LA on Nov 21st as part of SA Prevention Pilot

# Driver DD Deactivation - Tags Selected

| | | | |
|---|---|---|---|
| Driving | Driver Navigation | GPS Route | Traffic |
| Car Quality | Car Smell | Cleanliness | Music |
| Pick up | Walking | Price | Uber App |
| Professionalism | Conversation | Comfort | Other |
| POOL: Co-rider | POOL: Match | POOL: Too many matches | |

- Tags always displayed on screen
- Tags promised not to count against drivers
- Tags used in DD analysis

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Driver DD Deactivation - Reduction in Accidents and DD Tickets

- DACT framework is used to see reduction in accidents and DD tickets when blocking drivers with high tag rates
- Deactivation threshold is determined to impact % of drivers/trips as listed below
- **Lift = % of Tickets or Accidents prevented / % of trips blocked between Jan 2018 and June 2018**

| | trips blocked | drivers blocked |
|---|---|---|
| DACT only | 1.46% | 1.1% |
| DACT + Feedback | 1.58% | 1.2% |




**Operational gap analysis currently taking place to align on ticket categorization between IRT and DACT*

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 15 Notes

https://docs.google.com/spreadsheets/d/1R1sXRnKDHW40GdE50VbcsD5mvJ2qA8diZz7GA3jdd_A/edit#gid=526331702
Operational gaps within taxonomy between IRT and DACT agents taking place
~36% of Dangerous Driving flagged users actually result in a deactivation (during this time frame)
DACT section is based upon H1 2018, while current actual DACT policy is focused on up to 2016 lookback.

## Slide 15 Comments

1 @jenna.tonino@uber.com - we can revisit the analysis, but the lift to DACT (2.0) was even small. There's a bigger lift for IPC, but that's more safety than insurance.
*Frank Chang, 4/15/2024 01:25 AM*

# Driver IPC Deactivation - Tags Selected

Three lists of tags are explored:

- All tags excepted protected ones
- Professionalism/Conversation/Comfort
- Professionalism

■ Tags always displayed on screen
■ Tags promised not to count against drivers

| | | | |
|---|---|---|---|
| Driving | Driver Navigation | GPS Route | Traffic |
| Car Quality | Car Smell | Cleanliness | Music |
| Pick up | Walking | Price | Uber App |
| Professionalism | Conversation | Comfort | Other |
| POOL: Co-rider | POOL: Match | POOL: Too many matches | |

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Driver IPC Deactivation - Reduction in IPC Tickets

- DACT framework is used to see reduction in IPC tickets when blocking drivers with high tag rates ; Three combinations of tags are explored.
- Deactivation threshold is determined such that it affects 0.1% of drivers and 0.1% of trips
- **Lift = % of Incidents prevented in H1, 2018 / % of trips blocked in H1, 2018**




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 17 Notes

Non-protection tags: any tags except ‘Uber App’, ‘Price’, ‘Traffic’ and ‘GPS route’

## Slide 17 Comments

1 This doesn't spell out benefit relative to DACT only for IPC incidents.
*Deleted user, 12/4/2018 10:51 PM*

2 Update: This is pending analyses from Todd
*Deleted user, 12/3/2018 11:40 PM*

3 Todd's analysis will be applying this framework to DD and the analysis will be added to page 18.
*Deleted user, 12/4/2018 10:51 PM*

# Driver IPC/DD Deactivation

**Findings**: deactivating drivers with high feedback tag rate provides 3~7x lift in IPC reduction but very marginal lift in DD.

**Proposed Application:**

- Build feedback tags based driver deactivation policy
- Or customize DACT thresholds at driver level based on feedback tag rate

**Challenges**:

- Only “Driving” tag promotes “Contact Support” link which leads to ticket submission
- Data issues
- Legal concerns
- Operational considerations

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 18 Notes

https://querybuilder-ea-dca1.uberinternal.com/r/nm336m3iD/edit

# Agenda

- Introduction to feedback tags
- Potential Applications of Feedback Tags in S+I
  - Current applications outside S+I
  - Proactive outreach
  - Driver deactivation
- Challenges in using feedback tag data
- Next Steps

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

# Challenge 1: Data Quality

## Issues:

1. Tags can be vague for riders
2. Inconsistency across trips and ratings
   a. Different trips and different rating levels on the same trip trigger different tags
   b. Some riders are required to submit tags while others are not
   c. iOS users could submit on-trip ratings and feedback tags, but Android users cannot
3. Frequent changes to process

## **Potential Solutions**:

4. Rename and **enrich tag list** by text mining of incident tickets
5. **Improve presentation** of tags, via hierarchy and context (e.g. based on product)
6. **Optimize selection and discovery** of tags (e.g. multi-armed bandit)

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

CONFIDENTIAL

## Slide 20 Notes

Five new tags in Nov-Dec 2017: walking, traffic, gps_route, car_smell, conversation

# Challenge 2: Legal Concerns

REDACTED - PRIVILEGED

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

## Slide 21 Notes

- Tags have more details than rating
- Rider Protection has already used tags inexplicitly
- Drivers are aware that tag rates are monitored; Pro tips are sent to drivers for reducing tags rates

## Slide 21 Comments

1 Multi-select is a good point: we can identify recurring issues, prioritize for outreach, and add some measure of severity.  OTOH, the tags are not independent (same reporter, same trip).
*Deleted user,  11/17/2018 12:24 AM*

2 This may not be a legal concern as much as an operational consideration.
*Deleted user,  11/17/2018 12:24 AM*

3 One potential significant difference here is that multi-select is possible, so feedback tag driven deactivation could make trips count multiple times (e.g. once under DD, another under IPC).
*Frank Chang,  11/16/2018 08:24 AM*

# Challenge 3: Combining Deactivation Policies

## Issues:

Three deactivation policies will be in place if a tag-based one is created, in addition to incidents and ratings. A driver may be flagged by multiple processes, and multiple processes introduce complexity in communication and execution.

## Potential Solutions

1. Leverage feedback tags ASAP, before changing, to identify tail-risk drivers for review, i.e. accept this is an additional funnel and explore what it delivers
2. Combine ratings, feedback tag rate and incident rate to generate one risk score for deactivation
3. Use tag rate to customize thresholds in DACT policy

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

# Agenda

- Introduction to feedback tags
- Potential Applications of Feedback Tags in S+I
  - Current applications outside S+I
  - Proactive outreach
  - Driver deactivation
- Challenges in using feedback tag data
  - Data quality
  - Legal concerns
  - Too many deactivation policy
- Next Steps

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Next Steps

1. Build Applications of tags -- leverage signals we now have
   a. Immediate review of drivers with extreme tagging rates
   b. Analysis of the proactive outreach pilot launched in LA and Vegas
   c. Design rating/feedback tag/tickets integrated deactivation policy
   d. Support other applications, e.g. Pro tips.

2. Improve tag names and presentation to collect high-quality tag data
   a. Text mining on tickets to identify top concerns and rider preferred phrases
   b. Develop new tag sets and presentation mechanism
   c. Experiments to optimize tag sets and presentation
   d. Leverage high quality tagging data for new actioning efforts

## Slide 24 Comments

1 +dhruv@uber.com Not enough time for Q&A in yesterday's meeting. Do you have questions or feedbacks on these next steps? Want to make sure we are aligned here.
_Reassigned to dhruv@uber.com_
*Deleted user, 12/20/2018 12:06 AM*

2 These are right next steps - really the main question is timeline. We're staffed on eng side. +rebecca.payne@uber.com is helping see if there is design bandwidth that can be leveraged here.
*Dhruv Tyagi, 12/20/2018 12:06 AM*

# Appendix

# Feedback Tag Submission Rates




*Only rider-to-driver ratings, feedback tags and safety incidents are considered

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

## Slide 26 Notes

https://querybuilder-ea-sjc1.uberinternal.com/r/w5XnyipWn/run/5FsBgsqHB/edit

# Changes to Feedback Tags - Examples




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Full List of Feedback Tags

| | | | |
|---|---|---|---|
| Driving | Navigation | GPS Route | Traffic |
| Car Quality | Car Smell | Cleanliness | Music |
| Pick up | Walking | Price | Ube App |
| Professionalism | Conversation | Comfort | |
| POOL: Co-rider | POOL: Match | POOL: Too many matches | |
| Other | | | |

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

# Mechanism of Feedback Tags Listing

| | | | |
|---|---|---|---|
| Driving | Navigation | GPS Route | Traffic |
| Car Quality | Car Smell | Cleanliness | Music |
| Pick up | Walking | Price | Ube App |
| Professionalism | Conversation | Comfort | |
| POOL: Co-rider | POOL: Match | POOL: Too many matches | |
| Other | | | |

- (blue) Tags always displayed on screen
- (grey) Tags randomly displayed
- (green) Tags displayed when situation applies

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Patterns of Feedback Tag Submission

2




* based on all Non-Eats and Non-Rush trips in H1 2018

## Slide 30 Comments

1 +rebecca.payne@uber.com Are any of your kpi's based on these tag %s?
*Lisa Handalian, 4/6/2019 12:09 AM*

2 +dhruv@uber.com 's KPIs... but I would definitely want to decrease the number of "other" we get - but that's obviously controlled by the design and whether Other is still an option.
*Rebecca Payne, 4/6/2019 12:09 AM*

# Multiple Feedback Tag on a Single Trip?

We found that it is possible for a single trip to have multiple feedback tags.

- Take the example trip on the right with 6 feedback tags, is the rider really complaining about dangerous driving behavior?
- For the purpose of this analysis, we do NOT want to over-penalize drivers for getting multiple tags on a single trip
- Each trip would only get boolean value for having feedback tags or not.



## Slide 31 Notes

PPT graphs tab of this file: https://uber.box.com/s/a359e5uhaz8t4xx1jqxf11cw486xsyj1

# Current Use Cases of Feedback Tags in Uber

★Driver Coaching

- Pro Tips are created and sent to drivers based on tags they have received

★Making Driver Rating More “Fair”

- Ratings with tags related to factors outside of a driver’s control such as price, traffic and app issues are not counted in driver’s average rating

★Identify Areas of Improvements

- Pickup team research on pick-up issues by looking into trips with “pickup” tags



# Potential Applications of Feedback Tags in S+I

- ★Proactive Outreach to 1 - 4 Star trips with feedback tags to
  - ○ Uncover under-reported safety incidents or speed up incident reporting
- ★Refine Driver Deactivation Criteria
  - ○ Current DACT policy deactivates drivers based on Safety tickets only
  - ○ Feedback tag could potentially be used to supplement the deactivation policy (e.g. varying DACT threshold based on feedback tag rate)
- ★Modeling Features
  - ○ We ran a few iterations of the accident frequency GLM and concluded that the credibility weighted driving feedback tag rate is predictive of frequency even in the presence of driver rating and DACT score
  - ○ Credibility-weighted feedback tag rate could potentially be used as a predictor in future modeling work

# Methodology in Driver Deactivation Analysis

**Methodology:**

Step 1: calculated feedback tag rate for each driver - % of completed trips with any tag

Step 2: calculate credibility weighted feedback rate for each driver

Step 3: identify threshold that blocks 0.1% of trips

Step 4: calculate reduction in safety incidents at the threshold

# Trip Diagram




*Only rider-to-driver ratings and feedback tags are considered

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 35 Notes

https://querybuilder-ea-sjc1.uberinternal.com/r/w5XnyipWn/run/5FsBgsqHB/edit

# When are Safety Tickets from 1~4 Star Trips Submitted?

- Among all 1~4 Star Trips **with** Feedback Tags and Safety Incidents
  - 11% with tickets submitted before rating/tags
  - 78% with tickets submitted within one hour after rating/tags are submitted
  - 11% with tickets submitted at least one hour after rating/tags are submitted
- Among all 1~4 Star Trips **w/o** Feedback Tags and Safety Incidents
  - 20% with tickets submitted before rating/tags
  - 58% with tickets submitted within one hour after rating/tags are submitted
  - 22% with tickets submitted at least one hour after rating/tags are submitted

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Tagged Trips are more likely to have safety incidents




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# If Deactivate Drivers with High "Professionalism" Tag Rate Per Trip

1

**Methodology**:

- Tag rate per trip: % of trips with "Professionalism" Tag; **credibility-weighted tag rate** is used in analysis
- Data used: all non-Eats and non-Rush trips in H1, 2018 in US
- Deactivation threshold is determined such that it affects 0.1% of drivers and 0.1% of trips




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 38 Notes

https://querybuilder-ea.uberinternal.com/r/CCsgD87NZ/run/DBgoB2KE7/edit

https://querybuilder-ea.uberinternal.com/r/HKKH92CKb/run/igSK9MO1V/edit

## Slide 38 Comments

1 Need to add what lift is as it isn't obvious.
Methodology can go into notes or be placed on a separate slide.
+dpurdy@uber.com
*Frank Chang, 11/15/2018 06:02 PM*

# Driver Deactivation based on credibility weighted feedback rate (“Driving” tag only) - Cont’d




Assuming a deactivation threshold of:

- Credibility-weighted feedback score > 40, and
- Having at least 10 “driving” feedback tag

The policy would have:

- avoided 0.33% more accidents at the cost of losing 0.14% more trips
- provide a lift of 2.4.

| | DD DACT Only | DD DACT + “Driving” Feedback |
|---|---|---|
| Lift | 1.77 | 1.80 |

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 39 Notes

Non-protection tags: any tags except ‘Uber App’, ‘Price’, ‘Traffic’ and ‘GPS route’

## Slide 39 Comments

1 This minor table has an entire chart in the IPC section. +dpurdy@uber.com
*Frank Chang, 11/15/2018 06:37 PM*

2 Clarifying Frank's point: Accidents are the most extreme DD outcome, relative to all incidents. These are the serious incidents in DD, like the serious incidents in IPCs (i.e. that get reported at a large scale).
*Deleted user, 11/17/2018 12:21 AM*

3 Reported = in our serious incident reports.
*Deleted user, 11/17/2018 12:21 AM*

4 The equivalent measure in the IPC section would be L3/L4 SA/SM. +dpurdy@uber.com
Strongly suggest making the two sections consistent.
*Frank Chang, 11/15/2018 06:38 PM*

5 Why at the presentations for this section and the IPC section so different? I would suggest consistency if you want an executive to understand this quicker.
+dpurdy@uber.com
*Frank Chang, 11/15/2018 06:36 PM*

6 This should go in another slide or in notes. +dpurdy@uber.com
*Frank Chang, 11/15/2018 06:37 PM*

# Feedback Tags - Better than Rating or DACT score?

Do feedback tags provide enough predictive power to replace either rating or DACT score?




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 40 Notes

Credibility-weighted tag rate threshold = 22
Min tag # threshold = 10

# Feedback Tags - Better than Rating or DACT score?

## Do feedback tags provide enough predictive power to replace either rating or DACT score?




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 41 Notes

Credibility-weighted tag rate threshold = 22
Min tag # threshold = 10

# Driving Feedback Tags vs. Accident Frequency

## Higher feedback tag rate (“driving” tag only) is associated with higher accident frequency




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 42 Notes

Credibility-weighted tag rate threshold = 22
Min tag # threshold = 10

# Feedback Tags vs. Driving Tickets - which is faster?

## Do feedback tags identify drivers with dangerous driving behavior more quickly?




- ➢ The threshold are chosen so roughly the same % of drivers are flagged by DACT and feedback tags (~1.2% drivers)
- ➢ Among drivers flagged by both feedback tags and driving tickets:
  - ○ **54%** are flagged first by driving tickets
  - ○ only **39%** are flagged first by feedback tags.
- ➢ On average, drivers in our sample are flagged by DACT on their 111th trip vs. on their 150th trip by feedback tags.

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

## Slide 43 Notes

Credibility-weighted tag rate threshold = 22
Min tag # threshold = 10
Knowing there is a positive correlation between feedback tags and accidents, is feedback tag able to capture drivers faster than DD DACT?
The threshold are chosen so roughly the same % of drivers are flagged by DACT and feedback tags (1.2% drivers are flagged)

# Feedback Tags - Better than Rating or DACT score?

Do feedback tags provide enough predictive power to replace either rating or DACT score?

We ran a few iterations of the accident frequency GLM with the following combinations:

- Model 1 (All other features + **Driving Tickets + Rating**) >>> Baseline Model (current GLM)
- Model 2 (All other features + **Driving Tickets + Rating + Feedback**)
- Model 3 (All other features + **Driving Tickets + Feedback**)
- Model 4 (All other features + **Rating + Feedback**)
- Model 5 (All other features + **Feedback**)

## Slide 44 Notes

Credibility-weighted tag rate threshold = 22
Min tag # threshold = 10

# Feedback Tags - Better than Rating or DACT score?

Do feedback tags provide enough predictive power to replace either rating or DACT score?




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 45 Notes

Credibility-weighted tag rate threshold = 22
Min tag # threshold = 10

# Feedback Tags - Better than Rating or DACT score?

## Model AIC




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 46 Notes

Credibility-weighted tag rate threshold = 22
Min tag # threshold = 10

# Feedback Tags - Better than Rating or DACT score?

Do feedback tags provide enough predictive power to replace either rating or DACT score?

We ran a few iterations of the accident frequency GLM with the following combinations:

- Model 1 (All other features + **Driving Tickets + Rating**) >>> Baseline Model (current GLM)
- Model 2 (All other features + **Driving Tickets + Rating + Feedback**)
- Model 3 (All other features + **Driving Tickets + Feedback**)
- Model 4 (All other features + **Rating + Feedback**)
- Model 5 (All other features + **Feedback**)

Model 2 outperforms all other models, meaning:

- Feedback tag is NOT good enough to replace driver rating or credibility-weighted dangerous driving score
- Feedback tag can still provide additional predictive power even in the presence of both driver rating or credibility-weighted dangerous driving score

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

## Slide 47 Notes

Credibility-weighted tag rate threshold = 22
Min tag # threshold = 10

# Do feedback tags provide extra signal?

## Accident Frequency by feedback tag rate and DACT score

| | ticket_bucket | | | | |
|---|---|---|---|---|---|
| **feedback_bucket** | [1, +) | [2, +) | [3, +) | [4, +) | [5, +) |
| [5, +) | 4.81 | 5.61 | 6.30 | 7.30 | 8.61 |
| [10, +) | 5.02 | 5.74 | 6.34 | 7.16 | 8.39 |
| [15, +) | 5.33 | 5.85 | 6.31 | 7.26 | 8.27 |
| [20, +) | 5.79 | 6.31 | 6.73 | 7.55 | 8.29 |
| [25, +) | 6.23 | 6.74 | 7.09 | 7.91 | 8.68 |
| [30, +) | 7.22 | 7.68 | 7.94 | 8.84 | 9.66 |

At different DACT score threshold, accident frequency increases as the feedback tag rate increases.

| | ticket_bucket |
|---|---|
| **feedback_bucket** | [0.5, 1) |
| [3, 5) | 1.49 |
| [5, 10) | 1.51 |
| [10, 15) | 1.70 |
| [15, 20) | 2.05 |
| [20, 25) | 2.13 |
| [25, 30) | 2.57 |
| [30, ...) | 3.15 |

At low DACT score, accident frequency still increases as the feedback tag rate increases.

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 48 Notes

Credibility-weighted tag rate threshold = 22
Min tag # threshold = 10

# 1.Data Quality - Frequent Changes to Tagging Process




*based on all Non-Eats and Non-Rush trips since Jan 2016

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Feedback Tags Provide Signals for next 30 trips

Collaborating with US Ops team to proactive outreach riders who submit these tags to uncover safety incidents




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

## Slide 50 Notes

https://querybuilder-ea-dca1.uberinternal.com/r/nm336m3iD/edit

# IPC Deactivation - Methodology

DACT framework is used to analyze the effectiveness of feedback tag based driver deactivation policy




**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Do feedback tags provide extra signal?

## Accident Frequency by feedback tag rate and DACT score

| | ticket_bucket | | | | |
|---|---|---|---|---|---|
| feedback_bucket | [1, +) | [2, +) | [3, +) | [4, +) | [5, +) |
| [5, +) | 4.81 | 5.61 | 6.30 | 7.30 | 8.61 |
| [10, +) | 5.02 | 5.74 | 6.34 | 7.16 | 8.39 |
| [15, +) | 5.33 | 5.85 | 6.31 | 7.26 | 8.27 |
| [20, +) | 5.79 | 6.31 | 6.73 | 7.55 | 8.29 |
| [25, +) | 6.23 | 6.74 | 7.09 | 7.91 | 8.68 |
| [30, +) | 7.22 | 7.68 | 7.94 | 8.84 | 9.66 |

At different DACT score threshold, accident frequency increases as the feedback tag rate increases.

| | ticket_bucket |
|---|---|
| feedback_bucket | [0.5, 1) |
| [3, 5) | 1.49 |
| [5, 10) | 1.51 |
| [10, 15) | 1.70 |
| [15, 20) | 2.05 |
| [20, 25) | 2.13 |
| [25, 30) | 2.57 |
| [30, ...) | 3.15 |

At low DACT score, accident frequency still increases as the feedback tag rate increases.

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Driver DD Deactivation - Reduction in Accidents and DD Tickets

- DACT framework is used to see reduction in accidents and DD tickets when blocking drivers with high tag rates
- Deactivation threshold is determined to impact % of drivers/trips as listed below
- **Lift = % of Tickets or Accidents prevented / % of trips blocked between Jul 2016 and Feb 2018**

3

| | trips blocked | drivers blocked |
|---|---|---|
| DACT only | 2.70% | 1.34% |
| DACT + Feedback | 2.84% | 1.43% |




ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

## Slide 53 Notes

https://docs.google.com/spreadsheets/d/1R1sXRnKDHW40GdE50VbcsD5mvJ2qA8diZz7GA3jdd_A/edit#gid=526331702

## Slide 53 Comments

1 The small increase in lift may be due to:
1 - Feedback tag "Driving" leads to a contact support CTA (call to action)
2 - DD tickets are more frequent, so time between incidents and DACT may be shorter
3 - DD tag is less granular than IPC related tags, thus harder to extract signal

My bet is that the CTA for contacting support drives most of the fact that we can't get a ton of additional signal here.
*Deleted user, 12/4/2018 08:51 PM*

2 Do we have numbers that correlate the trips which have DD tags and a DD incident report? Might help us understand how many of these tags turn into a ticket.
*Rebecca Payne, 12/4/2018 08:51 PM*

3 This is not synced with analysis of IPC because DD originally had different goals. Todd will provide synced analysis of DD
*Deleted user, 12/4/2018 12:35 AM*

# Driver DD Deactivation - DACT Policy Specifics

1

- ~39% of US flagged drivers by DACT in H1 2018 were deactivated due to adjudication.
- DACT Policy has operational gaps between taxonomy and category usage for “invalid” tickets.
- Dangerous Driving policy has a lookback to 2016, this analysis is focused on H1 2018




ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

## Slide 54 Comments

1 +huijun.pan@uber.com added some info
*Todd Gaddis, 12/11/2018 07:29 PM*