# UBER-MDL3084-BW-000050792

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \Uber Technologies, Inc. | SEMANTIC |
| **Application** | Spreadsheet | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-000050792 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 08/20/2025 6:31 pm | SEMANTIC |
| **Date Modified** | 08/20/2025 6:31 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-000050792 | SEMANTIC |
| **File Size** | 1604088 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean Driver Hassan Turay Feedback and Ratings.csv® | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-000050792 | SEMANTIC |
| **ILS Document Date** | 08/20/2025 | SEMANTIC |
| **ILS Prod Date** | 8/20/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW033 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 08/20/2025 6:31 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW033; | SEMANTIC |
| **Redacted** | False | SEMANTIC |
| **Sort Date** | 08/20/2025 6:31 pm | SEMANTIC |



Trial Exhibit No. P-00631

**Document Produced in Native**

CONFIDENTIAL

P-00631.00002

UBER-MDL3084-BW-000050792