## UBER-MDL3084-BW-00049300

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **Application** | Spreadsheet | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00049300 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 08/23/2025 2:40 am | SEMANTIC |
| **Date Modified** | 08/23/2025 2:40 am | SEMANTIC |
| **Document Type** | 8/23/2025 | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00049300 | SEMANTIC |
| **File Path** | PDFs/UBER-MDL3084-BW-00049300.pdf | SEMANTIC |
| **File Size** | 73994 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean Driver Hassan Turay (76921802-11dd-455a-be3e-57aebb08ad1c).csv | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00049300 | SEMANTIC |
| **ILS Prod Date** | 08/25/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW034 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 08/23/2025 2:40 am | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW034; | SEMANTIC |
| **Redacted** | False | SEMANTIC |
| **Sort Date** | 08/23/2025 2:40 am | SEMANTIC |



Trial Exhibit No.
P-00632

# Document Produced in Native

CONFIDENTIAL
P-00632.00002
UBER-MDL3084-BW-00049300