

# NATIVE FILE FORMAT– SLIP SHEET

*File produced in native file format*

## EX 1688-A

## EX 1688-A Greg Brown 071525

*EX 1688-A Greg Brown 071525.xlsx*

