## UBER_JCCP_MDL_000172793

## Metadata

| | | |
|---|---|---|
| **#Author** | gus@uber.com | SEMANTIC |
| **#Date Modified** | 02/02/2018 | SEMANTIC |
| **#DateCreated** | 01/31/2018 | SEMANTIC |
| **#Title** | Combined Safety Research Insights | SEMANTIC |
| **Account** | gus@uber.com | SEMANTIC |
| **All Custodians** | Fuldner, Gus | SEMANTIC |
| **All Paths** | Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_158.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_158.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000172793 | SEMANTIC |
| **Collaborators** | hollis@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 01/31/2018 7:52 pm | SEMANTIC |
| **DocID** | 1KZnGDs4TmAtKG0PsTsRmxOHrorMGEwnGc1r-Io4oyCY | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000172833 | SEMANTIC |
| **File Path** | \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_158.zip | SEMANTIC |
| **File Size** | 8692617 | SEMANTIC |
| **Filename** | Combined Safety Research Insights_1KZnGDs4TmAtKG0PsTsRmxOHrorMGEwnGc1r-Io4oyCY.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | bb61ea733e5d222185db82e6dc408b21 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000172793;UBER_JCCP_MDL_000172794;UBER_JCCP_MDL_000172795;UBER_JCCP_MDL_000172796;UBER_JCCP_MDL_000172797;UBER_JCCP_MDL_000172798;UBER_JCCP_MDL_000172799;UBER_JCCP_MDL_000172800;UBER_JCCP_MDL_000172801;UBER_JCCP_MDL_000172802;UBER_JCCP_MDL_000172803;UBER_JCCP_MDL_000172804;UBER_JCCP_MDL_000172805;UBER_JCCP_MDL_000172806;UBER_JCCP_MDL_000172807;UBER_JCCP_MDL_000172808;UBER_JCCP_MDL_000172809;UBER_JCCP_MDL_000172810;UBER_JCCP_MDL_000172811;UBER_JCCP_MDL_000172812;UBER_JCCP_MDL_000172813;UBER_JCCP_MDL_000172814;UBER_JCCP_MDL_000172815;UBER_JCCP_MDL_000172816;UBER_JCCP_MDL_000172817;UBER_JCCP_MDL_000172818;UBER_JCCP_MDL_000172819;UBER_JCCP_MDL_000172820;UBER_JCCP_MDL_000172821;UBER_JCCP_MDL_000172822;UBER_JCCP_MDL_000172823;UBER_JCCP_MDL_000172824;UBER_JCCP_MDL_000172825;UBER_JCCP_MDL_000172826;UBER_JCCP_MDL_000172827;UBER_JCCP_MDL_000172828;UBER_JCCP_MDL_000172829;UBER_JCCP_MDL_000172830;UBER_JCCP_MDL_000172831;UBER_JCCP_MDL_000172832;UBER_JCCP_MDL_000172833 | SEMANTIC |
| **ILS Document Date** | 02/02/2018 | SEMANTIC |
| **ILS Prod Date** | 8/19/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol039 | SEMANTIC |
| **Other Custodians** | Fuldner, Gus | SEMANTIC |
| **Primary Date** | 01/31/2018 7:52 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol039; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 02/02/2018 12:48 am | SEMANTIC |
| **SourceHash** | 0cab787c6157fd539ce22dbaeaf4aabd | SEMANTIC |


Trial Exhibit No.
**P-00679**



CONFIDENTIAL

UBER000192895
UBER_JCCP_MDL_000172793

## How to use this deck

### Do:

Derive **high-level insights** about safety.

Get **some additional details** about specific topics.

Identify **opportunities to dig deeper**/learn more.

See if there is **research to support gut feelings or anecdotal insights**.

Make **suggestions about what additional insight** would be helpful for you in your specific efforts.

**Learn about resources** available to help you.

**Meet the research experts** who can help you.

### Don't:

**Look for research to support your idea.** Research should inform idea development and solution implementation. Use research to help you generate ideas.

**Assume insights are universal.** What is true in one country may not be true in another.

**Cherry pick the insight** that fits your narrative. Context is important.

**Make leaps that aren't clearly laid out** in the document. Conclusions, key findings, etc. are part of every research effort and should be your go-to for the research truth.



CONFIDENTIAL

UBER000192897
UBER_JCCP_MDL_000172795

**Slide 3**

1    Some slide like this or the next one.  I don't super love either so if you have format/layout suggestions, I'm totally open!
     Deleted user, 2/2/2018

CONFIDENTIAL

UBER000192898
UBER_JCCP_MDL_000172796

P-00679.00005



CONFIDENTIAL

UBER000192899
UBER_JCCP_MDL_000172797



Foundational Information

CONFIDENTIAL

UBER000192900
UBER_JCCP_MDL_000172798

**Slide 5**

2          This section to provide high level insights that are applicable across our efforts – not specific to any one problem type or product.
Deleted user, 2/2/2018

UBER000192901
UBER_JCCP_MDL_000172799

## Safety is a fundamental expectation

→ Safety is the **biggest driver of trust** among Riders, nearly 3x the impact of any other attribute, and the second biggest driver of trust among Drivers (Source)

→ Lack of safety fundamentally changes people's behavior and decision-making.
◆ Half of existing drivers limit supply hours due to safety. (Source)
◆ Women change their travel patterns – across all modes of transportation – based on perceptions of safety. (Source)

→ Safety has three key partners: Drivers, Riders, and Uber.
◆ Drivers and riders understand these three contributors to overall safety. (Source)

"Quote 1 from user research."

"Quote 2 from user research"

CONFIDENTIAL

UBER000192902
UBER_JCCP_MDL_000172800





CONFIDENTIAL

UBER000192904
UBER_JCCP_MDL_000172802

## Safety Systems - Transparency

**Consumers feel we have a lack of information about protocols, commitment to safety, and product features. ([Source](Source))**

**Successful deterrence happens when the consequences of unacceptable behaviors are crystal clear.** ([Source](Source))

CONFIDENTIAL

UBER000192905
UBER_JCCP_MDL_000172803

**Slide 9**

3    Not sure where this belongs yet but seems important.

Deleted user, 2/2/2018

UBER000192906
UBER_JCCP_MDL_000172804

P-00679.00013

## BGCs

- Riders assume Uber continuously monitors Driver background and driving records to ensure safety. Riders expect that *any* bad drivers are disqualified from the ride-hailing marketplace. (Source)

CONFIDENTIAL

UBER000192907
UBER_JCCP_MDL_000172805

P-00679.00014

## Ongoing Monitoring/Action

**Uber isn't perceived as addressing issues to prevent recurrence or behavior escalation. (Source)**
**Users don't understand the requirements for behavior or the consequences for misbehaving. (Source)**

Riders are unaware of **Uber's Community Guidelines** that outline expectations and accountability for behavior on the platform. We treat riders and drivers differently. (Source)

CONFIDENTIAL

UBER000192908
UBER_JCCP_MDL_000172806

**Slide 11**

---

4    Something about driver expectations that we continue to keep an eye on things, respond to problem drivers/riders, educate/deactivate, etc.
Deleted user, 2/2/2018



CONFIDENTIAL

UBER000192910
UBER_JCCP_MDL_000172808



CONFIDENTIAL

UBER000192911
UBER_JCCP_MDL_000172809



CONFIDENTIAL

UBER000192912
UBER_JCCP_MDL_000172810



While we generally have

CONFIDENTIAL

UBER000192913
UBER_JCCP_MDL_000172811

## Driving Safety Key Issues

### Distracted Driving

9.2% of US crash fatalities were distraction-affected, but about 15% of all crashes were distraction-related. (source)

In a USDOT naturalistic driving study, distracted driving, internal distraction was the second most common critical reason for a crash. (source)

On Uber platform, mounting a phone results in a

- 56% reduction in likelihood of a distracted driving incident,
- 15% reduction in likelihood of dangerous driving incident,
- 13% reduction in likelihood of a 1 star rating
- 7% reduction in likelihood of a <5 star rating.
(source)

Key Takeaway: Addressing distracted driving has the potential to reduce serious safety incidents and improve the ride experience.

"User quote"?

CONFIDENTIAL

UBER000192914
UBER_JCCP_MDL_000172812

## Driving Safety Key Issues

Vehicle Safety

CONFIDENTIAL

UBER000192915
UBER_JCCP_MDL_000172813



## Driving Safety Key Issues
### Drowsy Driving

Riders consider drowsy driving included as a type of impaired driving. (source)

Drivers believe more hours means more earnings. (source)

Weekends, nights, and early mornings are preferred times for driving because of the increase in **earning potential**. (source)

Some Drivers who work a second job may come online **after already working 8+ hours. (source)**

2.1% of US Crash fatalities involved a drowsy driver (source)

Key takeaway:  This is one example of a driving safety issue that may be less problematic more broadly, but where Uber introduces specific challenges.  The longer/more they drive, the more money they make.   And high earnings hours (late night, early AM) are also the times when they might otherwise be sleeping.

User quote?

CONFIDENTIAL

UBER000192916
UBER_JCCP_MDL_000172814



While we generally have

CONFIDENTIAL

UBER000192917
UBER_JCCP_MDL_000172815



CONFIDENTIAL

UBER000192918
UBER_JCCP_MDL_000172816

## Interpersonal Safety

Setting the stage

CONFIDENTIAL

UBER000192919
UBER_JCCP_MDL_000172817

**Slide 21**

5        Some overarching insights about IPCs
         Deleted user, 2/2/2018

CONFIDENTIAL

P-00679.00027

UBER000192920
UBER_JCCP_MDL_000172818

## Interpersonal Safety

Women's Safety

## Interpersonal Safety

Bad Actors - Drivers

UBER000192922
UBER_JCCP_MDL_000172820

**Slide 23**

6    Rider perspectives on IPC
Deleted user, 2/2/2018

CONFIDENTIAL

UBER000192923
UBER_JCCP_MDL_000172821

## Interpersonal Safety
Bad Actors - Riders

CONFIDENTIAL

UBER000192924
UBER_JCCP_MDL_000172822

**Slide 24**

7          Driver perspective on IPCs
           Deleted user, 2/2/2018

## Interpersonal Safety

Bad Actors - External to Platform

CONFIDENTIAL

UBER000192926
UBER_JCCP_MDL_000172824

**Slide 25**

8    Criminals/external bad actors.  Acknowledge that sometimes those external bad actors become part of the platform...e.g., bad actors joining as cash riders for the opportunity to rob.

Deleted user, 2/2/2018

CONFIDENTIAL

UBER000192927
UBER_JCCP_MDL_000172825



CONFIDENTIAL

**Slide 26**

9    I included the top 5 from Hollis' deck.  Need to incorporate UX feedback as well.
Deleted user, 2/2/2018

CONFIDENTIAL

UBER000192929
UBER_JCCP_MDL_000172827



While we generally have

CONFIDENTIAL

UBER000192930
UBER_JCCP_MDL_000172828

While we generally have

CONFIDENTIAL

UBER000192931
UBER_JCCP_MDL_000172829



CONFIDENTIAL

UBER000192932
UBER_JCCP_MDL_000172830

## Data Responsibility

CONFIDENTIAL

UBER000192933
UBER_JCCP_MDL_000172831



CONFIDENTIAL

UBER000192934
UBER_JCCP_MDL_000172832

## Conclusions/parting thoughts

CONFIDENTIAL

UBER000192935
UBER_JCCP_MDL_000172833