## UBER_JCCP_MDL_000070413

## Metadata

| | | |
|---|---|---|
| **#Author** | gus@uber.com | SEMANTIC |
| **#Date Modified** | 11/17/2016 | SEMANTIC |
| **#DateCreated** | 09/13/2016 | SEMANTIC |
| **#Title** | T&S All Hands Strategy Update — September 2016 | SEMANTIC |
| **Account** | burke@uber.com | SEMANTIC |
| **All Custodians** | Burke, Jordan;Ding, Abbie;Fuldner, Gus;Parker, Kate | SEMANTIC |
| **All Paths** | Burke, Jordan: \Burke, Jordan_400-462\EDISCO-25478_burke@uber.com_DR_422.zip; Burke, Jordan: \Burke, Jordan_400-462\EDISCO-25478_burke@uber.com_DR_422.zip; Ding, Abbie: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com_161.zip; Ding, Abbie: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com_161.zip; Fuldner, Gus: \JCCP-EDISCO-23800_BEFORE2018\JCCP-EDISCO-23800_BEFORE2018_gus@uber.com\JCCP-EDISCO-23800_BEFORE2018_gus@uber.com_25.zip; Fuldner, Gus: \JCCP-EDISCO-23800_BEFORE2018\JCCP-EDISCO-23800_BEFORE2018_gus@uber.com\JCCP-EDISCO-23800_BEFORE2018_gus@uber.com_25.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_72.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_72.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000070413 | SEMANTIC |
| **Collaborators** | rmawas@uber.com; bredabarker@uber.com; nirveek@uber.com; jackieg@uber.com; kateparker@uber.com; candace@uber.com; pooja@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 09/13/2016 3:49 am | SEMANTIC |
| **Date Modified** | 11/17/2016 6:01 am | SEMANTIC |
| **DocID** | 1LOIJQKtmw3ZQigVfgD9aY2WvRta-LE-78g-jzktyaDw | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000070436 | SEMANTIC |
| **File Path** | \Burke, Jordan_400-462\EDISCO-25478_burke@uber.com_DR_422.zip | SEMANTIC |
| **File Size** | 2194035 | SEMANTIC |
| **Filename** | T&S All Hands Strategy Update — _1LOIJQKtmw3ZQigVfgD9aY2WvRta-LE-78g-jzktyaDw.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | f521e540a1789e7a068cadca2e62f993 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000070413;UBER_JCCP_MDL_000070414;UBER_JCCP_MDL_000070415;UBER_JCCP_MDL_000070416;UBER_JCCP_MDL_000070417;UBER_JCCP_MDL_000070418;UBER_JCCP_MDL_000070419;UBER_JCCP_MDL_000070420;UBER_JCCP_MDL_000070421;UBER_JCCP_MDL_000070422;UBER_JCCP_MDL_000070423;UBER_JCCP_MDL_000070424;UBER_JCCP_MDL_000070425;UBER_JCCP_MDL_000070426;UBER_JCCP_MDL_000070427;UBER_JCCP_MDL_000070428;UBER_JCCP_MDL_000070429;UBER_JCCP_MDL_000070430;UBER_JCCP_MDL_000070431;UBER_JCCP_MDL_000070432;UBER_JCCP_MDL_000070433;UBER_JCCP_MDL_000070434;UBER_JCCP_MDL_000070435;UBER_JCCP_MDL_000070436 | SEMANTIC |
| **ILS Document Date** | 11/17/2016 | SEMANTIC |
| **ILS Prod Date** | 8/19/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol039 | SEMANTIC |
| **Other Custodians** | Fuldner, Gus;Parker, Kate;Burke, Jordan;Ding, Abbie | SEMANTIC |
| **Primary Date** | 09/13/2016 3:49 am | DOC_TYPE_ALIAS |
| **Production Volume** | Vol039; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 11/17/2016 6:01 am | SEMANTIC |
| **SourceHash** | 3d1c7270f2e819709b0c8d543a7d1ad2 | SEMANTIC |



Trial Exhibit No.
**P-00681**



**Trust & Safety Strategy Update**

September 2016

UBER

CONFIDENTIAL

UBER000090512
UBER_JCCP_MDL_000070413



CONFIDENTIAL

P-00681.00003

UBER000090513
UBER_JCCP_MDL_000070414

## Our North Star

A Trust and Safety framework that provides structure, breaks down silos, and gives us room to grow.

CONFIDENTIAL

UBER000090514
UBER_JCCP_MDL_000070415

# What we are optimizing for

**Focus**

Our definition of safety has become narrow to the middle of the funnel (e.g., Trip Safety), and disconnected from the business (e.g, ROI, Growth, complete safety journey).

**Ownership**

Within the company and the organization, there's a lack of clarity on what Safety is responsible for — with ownership of critical activities distributed across various teams and certain activities with no explicit owner at all.

**Alignment**

Teams in separate Safety Functions are operating in silos, but conducting activities that impact the same metrics. There's also uncertainty on how the larger Safety organization all fits together.

**Personal Growth**

There's unclear career development and growth opportunities for team members, which makes it hard to navigate.

CONFIDENTIAL

UBER000090515
UBER_JCCP_MDL_000070416

## How we will accomplish it

**Focus**

A refined Program structure aligns our organization to address core Safety problems across the entire user journey (trip & user life cycle).

**Ownership**

Responsibilities and Function descriptions are now clarified, with clear owners and teams against each.

**Alignment**

The creation of cross-functional Program teams will help us better make impact against our problems. All Safety Functions will now be rowing in the same direction, aligned on the same problems and opportunities — while still allowing for individual Function idea generation.

**Personal Growth**

Job descriptions, job ladders and core skill-sets are now more clearly defined for each and every Safety Function.

CONFIDENTIAL



Safety Programs & Functions

CONFIDENTIAL

UBER000090517
UBER_JCCP_MDL_000070418

# Quick level-set on definitions



**Cross-functional team** include diverse skillsets (PM, DS, Analytics, Eng) set-up to make impact on a specific program. Program teams are responsible and self sufficient to manage day to day, measurable business metrics. Programs may change over the course of the year(s), based on top priorities, success on mitigating an issue and critical staffing needs.

*Example: a program team on "Onboarding" that has researchers, data scientists, engineers and product managers, and more.*





**Reporting-line divisions** with peers who utilize the same or near-similar skill-sets. Functions are overseen by a Function leader. Members of a Function might work daily on different problem sets and programs, but are utilizing similar skill-sets to make impact.

Functions provide clear career development with a specific job ladder that allows for specific skill growth.

*Example: Research Function, made up of Researchers reporting to Research Head.*

CONFIDENTIAL

UBER000090518
UBER_JCCP_MDL_000070419



Programs Overview

UBER000090519
UBER_JCCP_MDL_000070420

# Program Descriptions

**Safety Intelligence**

Evidence-Driven

Collect, store, access and analyze information, leveraging the data platforms to build intelligent models and make smart safety decisions.

**Onboarding**

Effective & Efficient

Keep bad actors out while making sure it's easy for the good ones to take that first trip.

**Trip Safety**

Proactive & End-to-End

Provide drivers, riders, and the community with the tools they need to move safely through the cities we serve.

**Incident Response**

Contextualized & Empathetic

Respond to incidents in a way that considers the experience of everyone involved, addressing key issues at the individual and systemic levels.

CONFIDENTIAL

UBER000090520
UBER_JCCP_MDL_000070421

# Program KPIs

## Safety Intelligence

**Primary KPIs**

↑ Data Accuracy
↑ Data Veracity
↑ Data Completeness
↓ Data Latency

**Sample Activity**

Ensure strong and reliable sexual assault data to inform problem ID and potential solutions.

## Onboarding

**Primary KPIs**

↑ Regulatory Compliance
↑ Effectiveness (true pos)
↑ Trust Score
↑ Efficiency (cost/friction)

**Sample Activity**

Close loopholes for unintentional onboarding of sexual offenders, ensuring effective & efficient screening.

## Trip Safety

**Primary KPIs**

↓ Risky Behaviors
↓ Incidents
↑ Trust Score
↑ Effective Behavior Improvement

**Sample Activity**

Categorizing and identifying risky behaviors to predict potential first-time sexual assaults, and exploring potential interventions to stop them (e.g., audio recording)

## Incident Response

**Primary KPIs**

↓ First Response Time
↑ User CSAT
↑ Effectiveness (true pos)
↑ Trust Score

**Sample Activity**

Drive system upgrades to improve compassionate and immediate response, and establish sound off-boarding criteria for sexual offenders.

CONFIDENTIAL

UBER000090521
UBER_JCCP_MDL_000070422



**Functions**

CONFIDENTIAL

UBER000090522
UBER_JCCP_MDL_000070423



CONFIDENTIAL

UBER000090523
UBER_JCCP_MDL_000070424

# Deep Dive: Functional Teams

| Planning & Operations | Standards | Risk | Brand |
|---|---|---|---|
| Align resources, manage issues and risks, and coordinate various elements necessary for team to complete project on time and within scope. | Establish and maintain high integrity evidence-based, effective and efficient policies and processes | Analyze level of risk associated with safety programs, standards and products incorporating information from data, research, standards and external sources. | Develop and execute marketing programs and content that increases identity and awareness of the Safety brand, and relevant programs, products, policies and initiatives. |

CONFIDENTIAL

UBER000090524
UBER_JCCP_MDL_000070425

# Deep Dive: Functional Teams

| Engineering | Product | Design | Data Science | Research |
|---|---|---|---|---|
| Build reliable and scalable engineering solutions on time that address product and business needs. Translate safety org and company direction into a strategic long term technical vision and architecture which unlock future solutions. | Deeply understand the user problems, Craft an experience that solves problems better than competing alternatives, and implement the solutions with cross functional teams in a timely manner. | Champion user needs with a user- and goal-driven process. Iteratively design, critique, prototype, and test solutions. Design products of the highest quality that reinforce an environment of trust. | Establish a data-driven culture with clearly defined success metrics, deep insights to guide key decisions and strategies, measurable impact of new products and process and intelligent models | Provide evidence-based subject matter expertise inform safety programs, products, and standards |

CONFIDENTIAL

UBER000090525
UBER_JCCP_MDL_000070426

# Functional Team Mapping

## Engineering

Rami Mawas (Lead)

**Eng Manager**
Shimul Sachdeva (Apprentice)
**Leads**
Andrew Boinstein
Misha Bosin
**Mobile**
Jose Alvarez
Manan Patel
Nitin Bajaj
Steve Pennington
**Backend/Fullstack**
Audrey Lawrence
Brian Zhang
Hoguang Liu
Jacob Sevart
Josh Ross
Mongyu Yang
Neil Parker
Nikolas Anderson
Nir Padmanbhan
Raja Rajendran
Scott Kramer
Yisheng Liang

## Planning & Operations

Kate Parker (lead)

**Program Mgr**
*Jeana Williams (Lead)*
Becky Mar
Johnathon Purcell
Rafiq Merchant
Kim Siegel

## Brand

Kate Parker (Lead)

**Content Marketing Manager**
Heather Bailey

**PMM (TBH)**

## Standards

Meron Alon (Lead)

**Process**
Mike Allen
Jordan Buettner
Kama Chokshi
**Policy**
Zach Gerasin
Eric Han

## Research

*Heather Rothenberg (Lead)*

**Researchers**
Luye Chang
Kevin Corti
Paolo Parigi

## Product

Nirveek De (Lead)

**Product Managers**
Dima Kovalev
Dhruv Tyagi

## Data Science

Qi Dong (Lead)

**Data Scientist**
Li Chen
Yi-Chia Wang
Karim Wahba
Sunny Jeon
Jing Zan}
**Statistician**
Tac Hong
Gang Su
Thibault Doutre

## Design

Blake Engel (Lead)

**Product Designers**
Kyle Dehovitz
Corin Trachtman

**Design Researcher**
Kieu Vong

## Risk

Michael O'Herlihy (Lead)

**Risk**
Katy McDonald
Terence Lim

To be finalized next week
(vacation):
Matt Doyle

CONFIDENTIAL

UBER000090526
UBER_JCCP_MDL_000070427



Programs Details

CONFIDENTIAL

UBER000090527
UBER_JCCP_MDL_000070428



**Safety Intelligence** | Onboarding | Trip Safety | Incident Response | Cross Functional

**Evidence-driven**

Provide actionable data & insights that paints a complete picture of Uber's safety landscape

**Primary KPIs**

↑ Data Accuracy
↑ Data Veracity
↑ Data Completeness
↓ Data Latency

**Sample Activity**

Ensure strong and reliable sexual assault data to inform problem ID and potential solutions.

**Team**

**Landing Party Lead**
Qi Dong
**Engineering**
Misha Bosin (Eng Lead)
Josh Ross
Yisheng Liang
Raja Rajandra
Mengyu Yang
Jacob Sevart
**Product Mgr**
Dhruv Tyagi (Interim)

**Program Mgr**
Becky Mar
**Researcher**
Kevin Corti
Paolo Parigi
**Statistician**
Tae Hong
**Risk Analyst**
Katy McDonald
**Data Scientist**
Li Chen
Yi-Chia Wang

CONFIDENTIAL

UBER000090528
UBER_JCCP_MDL_000070429



**Safety Intelligence** | **Onboarding** | **Trip Safety** | **Incident Response** | **Cross Functional**

**Effective & Efficient**

Keep bad actors out while making sure it's easy for the good ones to take that first trip.

**Primary KPIs**

↑ Regulatory Compliance
↑ Effectiveness
↑ Trust Score
↑ Efficiency (cost/friction)

**Sample Activity**

Close loop-holes for unintentional onboarding of sexual offenders, ensuring effective & efficient screening.

**Team**

**Landing Party Lead**
Meron Alon
**Engineering**
Shimul Sachdeva (Int. Eng Lead)
**Product Manager**
Nirveek De (Interim)
**Policy Analyst**
Zach Gerasin
**Process Analyst**
Mike Allen
Jordan Buettner
**Program Mgr**
Rafiq Merchant
**Researcher**
Luye Chang

**Risk Analyst**
Matt Doyle
**Statistician**
Gang Su (Interim)

CONFIDENTIAL

UBER000090529
UBER_JCCP_MDL_000070430



Safety Intelligence | Onboarding | **Trip Safety** | Incident Response | Cross Functional

**Proactive, end-to-end**

Provide drivers, riders, and the community with the tools they need to move safely through the cities we serve.

**Primary KPIs**

↓ Risky Behaviors
↓ Incidents
↑ Trust Score
↑ Effective Behavior Improvement

**Sample Activity**

Categorizing and identifying risky behaviors to predict potential first-time sexual assaults, and exploring potential interventions to stop them (e.g., audio recording)

**Team**

**Landing Party Lead**
Blake Engel
**Engineering**
Shimul Sachdeva (Eng Lead)
Andrew Beinstein (Eng Lead)
Nitin Bajaj
Manan Patel
Jose Alvarez
Steve Pennington
Audrey Lawrence
Neil Parker
Heguang Li
Brian Zhang
Nir Padmanabhan
Yulong Yang
Nikolas Anderson
Scott Kramer

**Product Manager**
Dima Kovalev
Dhruv Tyagi
**Data Scientist**
Sunny Jeon
Karim Wahba
Jing Zan
**Statistician**
Gang Su
Thibault Doutre
**Product Design**
Corin Trachtman
Kyle Dehovitz
**Program Manager**
Johnathon Purcell

CONFIDENTIAL

UBER000090530
UBER_JCCP_MDL_000070431



| Safety Intelligence | Onboarding | Trip Safety | **Incident Response** | Cross Functional |

### Contextualized & empathetic

Respond to incidents in a way that considers the experience of everyone involved, addressing key issues at the individual and systemic levels.

**Primary KPIs**

↓ First Response Time
↑ User CSAT
↑ Effectiveness
↑ Trust Score

**Sample Activity**

Drive system upgrades to improve compassionate and immediate response, and establish sound off-boarding criteria for sexual offenders.

**Team**

**Landing Party Lead**
Michael O'Herlihy
**Engineering**
Misha Bosin (Interim Eng Lead)
**Product Manager**
Dima Kovalev (Interim)
**Process Analyst**
Karna Chokshi
Neha Vyas
**Program Manager**
Kim Siegel
**Statistician**
Tae Hong (Interim)
**Risk Analyst**
Terence Lim
**Policy Analyst**
Eric Han

CONFIDENTIAL

UBER000090531
UBER_JCCP_MDL_000070432



| Safety Intelligence | Onboarding | Trip Safety | Incident Response | Cross Functional |
|---|---|---|---|---|

**Leads**

**Cross-Functional Teammates**
*(support across all programs)*

**Brand/Planning & Operations**
Kate Parker
**Research/Standards/Risk**
Heather Rothenberg
**Engineering**
Rami Mawas
**Product**
Nirveek De
**Product Design**
Blake Engel
**Data Science**
Qi Dong

**Content Marketing Manager**
Heather Bailey
**Design Research**
Kieu Vong
**ProductOps**
Brian Tan
**Market Researcher**
Hollis Shoor
**Program Manager**
Jeana Williams
Johnathon Purcell

CONFIDENTIAL

UBER000090532
UBER_JCCP_MDL_000070433



**Next Steps**

CONFIDENTIAL

## Next Steps

- Q4 Planning
  - 9/14-9/16 - Pre-planning prep
  - 9/19-9/23 - Program team planning
  - 9/26-9/30 - Consolidation and peer feedback

- Job ladder for all functions (end of next week)

CONFIDENTIAL



CONFIDENTIAL

UBER000090535
UBER_JCCP_MDL_000070436