# UBER_JCCP_MDL_001113654

## Metadata

| | | |
|---|---|---|
| **#Author** | gus@uber.com | SEMANTIC |
| **#Date Modified** | 05/10/2018 | SEMANTIC |
| **#DateCreated** | 01/23/2018 | SEMANTIC |
| **#Title** | Copy of WIP: Stand for Safety - 2018 Strategy and Plan | SEMANTIC |
| **Account** | gus@uber.com | SEMANTIC |
| **All Custodians** | Fuldner, Gus | SEMANTIC |
| **All Paths** | Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_121.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_121.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001113654 | SEMANTIC |
| **Confidentiality** | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY | SEMANTIC |
| **Date Created** | 01/23/2018 1:08 am | SEMANTIC |
| **Date Modified** | 05/10/2018 10:22 pm | SEMANTIC |
| **DocID** | 1ha0-E0yq6bVrmPgDktW5mQu9h2Tb_dQjpHY5dm2WM2Y | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001113654 | SEMANTIC |
| **File Path** | \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_121.zip | SEMANTIC |
| **File Size** | 36936342 | SEMANTIC |
| **Filename** | Copy of WIP- Stand for Safety - 2018 Strategy_1ha0-E0yq6bVrmPgDktW5mQu9h2Tb_dQjpHY5dm2WM2Y.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_001113654 | SEMANTIC |
| **ILS Document Date** | 05/10/2018 | SEMANTIC |
| **ILS Prod Date** | 10/22/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL026 | SEMANTIC |
| **Other Custodians** | Fuldner, Gus | SEMANTIC |
| **Primary Date** | 01/23/2018 1:08 am | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL026; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 05/10/2018 10:22 pm | SEMANTIC |
| **SourceHash** | 60e9ed22d1d2346b18fec09cae5567b9 | SEMANTIC |



Trial Exhibit No.
**P-00689**





# Stand for Safety

#1 Company Priority

UBER



# Contents

- Overview
  - Vision, Miss
  - Safety Four
  - Global Nee
  - Consumer
- Model
  - Strategic Fr
  - Operating F
  - Safety Lead
- Insights
  - Market Research
  - UX Research
  - Environmental Research
  - Competitive Intel

- Planning & Execution - by Pillar

**TBU after finalization**



Stand for Safety
Introduction



**Stand for Safety**

*"While we've made efforts to be safe, we've also made **tradeoffs ... Not anymore**. It's crucial for our business and it's important for our brand, and I truly believe that we can **set the bar for safety in the ridesharing industry**."*

*- Dara Khosrowshahi, CEO UBER*

Global Strategy and Execution that unites Uber around the Stand for Safety.

**Stand for Safety**

**Mission**

Make Uber the **safest** and the **most trusted** transportation choice, and **support** riders and drivers with **empathy** and **care** if things go wrong.

Global Strategy and Execution that unites Uber around the Stand for Safety.



### Stand for Safety

**Objective**

Work as a **unified global team** to design, deliver and market safety improvements that **build our business**, **protect our consumers**, and **make us the undisputed industry leader**.

Global Strategy and Execution that unites Uber around the Stand for Safety.



### Stand for Safety

One global operating structure and roadmap that unites Uber around what it means to Stand for Safety.

All Safety related Uber work will ladder to and be informed by Stand for Safety.

Global Strategy and Execution that unites Uber around the Stand for Safety.

**IN 2017 WE STARTED BY:**

- Putting Safety, Insurance, Litigation and Claims into a single integrated Global Team of 180+
- Building up Regional Safety Team capacity across US/CAN, LatAm, India, EMEA, SENA, ANZ Ops
- Launching first global safety product bundle with Driver Share Trip and Social Connect
- Expanding Real-time ID check in 50 countries; rider verification in LatAm and South Africa; and Check your Ride campaign in LatAm and Middle East
- Rolling out blanket auto coverage across LatAm; driver accident insurance in India and LatAm; and partnerships with AXA and Chubb across EMEA
- Reducing Cash Incident Rate in LATAM by 20%
- Driving change with a corporate-wide, message on Sexual Assault prevention
- Tracking Safety Sentiment with global, data-backed approach
- Unifying Interpersonal Conflict Driver Deactivation Policy

**We have already begun!**

**Announcing Safety as the #1 priority for 2018!**



**Stand for Safety**

This deck outlines how we will build on these efforts for 2018 ...

Global Strategy and Execution that unites Uber around the Stand for Safety.

## TABLE OF CONTENTS



**OPERATING FRAMEWORK**

- **Key Principles**
- **Global, Cross-functional Team**
    - Executive Team
    - Global Steering Committee
    - Mega-Regional Teams
- **Operationalizing**
    - Meeting Cadence
    - Tracking and Reporting

### 2018 STAND FOR SAFETY STRATEGY

**INSIGHTS**

- Safety Narrative and history
- Top Safety Issues by Regions
- **Safety in Numbers**
- **Key Insights**
- **Competitive Insights**

**STRATEGY**

- **Stand for Safety Pillars**
    - Compliance
    - Trip Experience
    - Protections and Response
    - Safety Commitment
- **Big Bets**
- **Key Projects**

**PLANNING**

- **Pillar Roadmaps**
- **Regional Goals**
- **Campaigns**

**TBU after finalization**

# Stand for Safety Operating Model

To **align across Uber** we start with key principles that ensure:

- Full ELT buy-in and active participation
- Global focus with **Regional Alignment, Ownership and Buy-In**
- Clear Safety role in business decisions
- Collaborative operating model

.....and continue with guardrails and guiding principles to hold us all accountable to a common understanding of how to reach our commitment to safety...

## Stand for Safety

**Key Tenets:**

- Infuse **regional insights and ownership** into all we do

- Unify around a single strategy

- Organize around "Pillars" and "Big Rocks"

- Led by an ELT leadership group & global steering committee

- Focus on the safety of riders, drivers, couriers and our cities

- Align globally and be regionally-led in our execution

- Fix the foundation and make and tell the stories

Global Strategy and Execution that unites Uber around the Stand for Safety.

## Stand for Safety

**2018 Objectives:**

1. Get our corporate foundation solid: No compromise on table-stakes

1. Become an industry leader on safety incident prevention and response

1. Ensure users feel Uber is deeply committed to safety

# We organize our work into…



**Priorities**

The 4 fundamental areas of work

E.g. "Safety Commitment"

**Pillars**

The underlying functional workstreams

E.g. "Brand Campaigns"

E.g. "Education & Awareness"

**Big Rocks**

The key problems and opportunities we need to tackle within each Pillar.

E.g. Inspiring Safety Vision

Big Rock 2

Big Rock 3

**Projects**

The work we'll do to address our Big Rocks.

Project 1: New Safety Narrative

Project 2

Project 2

## 2018: Stand for Safety Priority

Our 2018 global stand for safety strategy has four priorities, grounded in key insights:

| **1**<br>**Compliance** | **2**<br>**Trip Experience** | **3**<br>**Protections & Response** | **4**<br>**Safety Commitment** |
|---|---|---|---|
| Elevates the standards of the industry with clear platform protocols, strong governance and robust screening technology. | Gives peace of mind and stops a potential safety concern in its tracks by innovating on new solutions and approaches. | Universally support riders and drivers with empathy and care in times of need. | Users and the public see and feel that Uber is deeply committed to safety. |

## 2018: Stand for Safety Pillars

And pillars to align functional and global plans and progress:

| 1 Compliance | | | 2 Trip Experience | |
|---|---|---|---|---|
| Background Checks | Documents | Infrastructure | Driving Safety | Personal Safety |

| 3 Protections & Response | | | 4 Safety Commitment | | |
|---|---|---|---|---|---|
| Insurance | Support | Deactivation | Sentiment | Education | Engagement |

Our **operating model** is organized to leverage learnings and best practice from past company-wide initiatives to ensure a fully **global** and **cross-functional** approach:

**Executive Team**

**Executive Team:** Consisting of leaders from ops, legal, comms/policy, safety and compliance.  Responsible for top-down governance, resource decisions and overall KPIs.

**Global Steering Committee**

**Core Team:** Consisting of leaders from each mega-region and key functions to oversee the strategy and execution in its entirety.  This team will be responsible for company-wide updates on progress and execution.

**Global Owners**

Every mega-region with be led by a **representative from the Core Team**.  This POC is responsible for assigning a **Functional Owner for each Pillar in the region** as well as reporting and tracking against the KPIs that feed into the overall company goals. Global owners will also bubble up key issues or blockers for the global steering committee to address.

**Regional Teams**

**Pilar Lead**: Every mega-region will have a **Functional Owner assigned to each Pillar (where applicable)**.  The Owner is responsible for delivering the projects in support of the Pillar, Big Rocks, and Stand for Safety goals within that focus area.

# Executive Committee

## Executive Committee:



**Andrew Macdonald**
RGM
APAC & LATAM



**Tony West**
Chief Legal Officer



**Jill Hazelbaker**
SVP, Policy and Communications



**Barney Harford**
Chief Operating Officer



**Meghan Joyce**
RGM US/CAN



**Gus Fuldner**
Head of Safety & Insurance



**Krishna Juvvadi**
Compliance Director



**Troy Stevenson**
Global Head of CommOps

**Global Steering Committee**

**Core Team**
- Gus Fuldner - Safety + Insurance
- Rodrigo Arevalo - Global Ops
- Ab Gupta - Global S&P
- Kate Parker - Brand
- Sachin Kansal - Product - Safety
- Abhishek Kumar - Product - Access
- Curtis Scott - Insurance
- Scott Binnings - Safety Legal
- Brooke Anderson - Safety Comms
- Roger Kaiser - Global Comm Ops
- Eduardo Donnelly - Regional Comm Ops
- Krishna Juvvadi - Compliance
- Jeb Burchenal - Product Strategy
- Brian Tan - Product Ops
- Jesse Goodman - Project Manager
- *TBH - Safety Policy*
- *TBH - Global Head of Safety Ops*

**Mega-Regional Owners**
- Krishna Veer Singh - **INDIA**
- Sean McIntyre - **ANZ**
- David Myers - **EMEA**
- George Gordon (pending local Regional Safety hire) - **LATAM**
- Suyash Sarwate - **SENA**
- Mike White - **U.S./CAN**

Extended Global Team Members

Add Jill to the Exec Commitee



## Priority Champions

| Priority | Champion(s) |
|---|---|
| Compliance | ● Krishna Juvvadi<br>● Scott Binnings<br>● Abhishek Kumar |
| Trip Experience | ● Sachin Kansal<br>● (?) |
| Protections and Response | ● Curtis Scott<br>● Roger Kaiser |
| Safety Commitment | ● Kate Parker<br>● Brooke Anderson |

Add Jill to the Exec Commitee



Add Jill to the Exec Commitee



## Mega-Regional & Regional Teams

### LatAm

| Owner:<br>George Gordon | Functional Owners | | | |
|---|---|---|---|---|
| Compliance | NAME | Ops | Product | |
| Trip Experience | NAME | Product Ops | Safety Ops | |
| Response & Protections | NAME | Insurance | IRT | Safety Ops |
| Safety Commitment | NAME | Safety Comms | Latam Marketing | Policy |

Add Jill to the Exec Commitee



## EMEA

| Owner: Dave Myers | Functional Owners | | | |
|---|---|---|---|---|
| Compliance | NAME | Ops | Product | |
| Trip Experience | NAME | Product Ops | Safety Ops | |
| Response & Protections | NAME | Insurance | IRT | Safety Ops |
| Safety Commitment | NAME | Safety Comms | EMEA Central Marketing | Policy |

**Mega-Regional & Regional Teams**

Add Jill to the Exec Commitee



## India

| Owner: Krishna Veer Singh | Functional Owners | | | | |
|---|---|---|---|---|---|
| Compliance | NAME | Ops | Product | | |
| Trip Experience | NAME | Product Ops | Safety Ops | | |
| Response & Protections | NAME | Insurance | IRT | Safety Ops | |
| Safety Commitment | NAME | Safety Comms | India Marketing | Policy | |

**Mega-Regional & Regional Teams**

Add Jill to the Exec Commitee



**Mega-Regional & Regional Teams**

SENA

| Owner: Suyash Sarwate | Functional Owners | | | |
|---|---|---|---|---|
| Compliance | NAME | Ops | Product | |
| Trip Experience | NAME | Product Ops | Safety Ops | |
| Response & Protections | NAME | Insurance | IRT | Safety Ops |
| Safety Commitment | NAME | Safety Comms | SENA Marketing | Policy |

Add Jill to the Exec Commitee



## Mega-Regional & Regional Teams

### ANZ

| Owner: Sean McIntyre | Functional Owners | | | |
|---|---|---|---|---|
| Compliance | NAME | Ops | Product | |
| Trip Experience | NAME | Product Ops | Safety Ops | |
| Response & Protections | NAME | Insurance | IRT | Safety Ops |
| Safety Commitment | NAME | Safety Comms | ANZ Marketing | Policy |

Add Jill to the Exec Commitee



For discussion

## Meeting Cadence

| Meeting | Frequency | Purpose | Attendees |
|---|---|---|---|
| Global Stand for Safety Summit | 1x per H | Provide a global unified strategy | ELT and Core Team |
| Executive Team Syncs | Every other week | Update full Steering Committee on progress | Executives |
| Global Steering Committee Sync | Every other week | Strategic updates and un-block key challenges | Core Team, Executives (Monthly) |
| Mega-Regional Check Ins | Every other week | Check-in with a different pillar every week on progress and any needed support | Core Team, rotating mega-region |
| Pillar Leads Standups | Every week | Review project-level progress and problems by Pillar owners (e.g., all trip experience leads) as needed | Pillar Owners, Steering Committee Lead, PM team |
| Stand for Safety Mini-Summits | 1-2x / quarter | Deep dive in PPPs by Pillar, coordinate planning, surface feedback, foster collaboration | Owners, Partners, Communications and Marketing team, PM team |
| Story Standups | Monthly | Project manage execution of Stand for Safety stories in coordination all pillars. | Comms + Marketing |
| ELT Reports | 4 weeks | Share awesome work with ELT | Mac & Tony |

## Tracking & Reporting

*Tracking:*
- Weekly Global Progress Tracker for Pillars
- Integrated Calendar
- Mega-regional email update bi-weekly
- Global update monthly

*Reporting:*
- All Hands Updates
- Team@ Emails



Anyone have questions?



Anyone have questions?

# Stand for Safety Strategy Framework

Our work is **strategically aligned** to ensure success for all teams through the following stages of development...

| INSIGHT | STRATEGY | PLANNING | EXECUTION |
|---|---|---|---|
| Safety Analytics & Measurement | Global Strategy | Pillar Roadmaps by Mega-Region (Projects) | |
| Safety Market Research | Success & Key Results | Regional Goals | |
| Safety Research | Pillars & Big Rocks | Campaigns | |
| UX Research | | | |
| Competitive Landscape | | | |



Strategy Summary

# Strategy

In 2018, we will take a stand and make it clear to riders, drivers, and the communities we serve that Uber **Stands for Safety**.

By ensuring global compliance, **proving that Uber is deeply committed to safety**, and becoming an **industry leader in safety**, we will show:

> *We prioritize people. We make the choice to put our smarts and resources towards protecting our consumers. It isn't always easy, but it is always the right thing to do.*

We will work across Product, Operations, Legal, Marketing, Communications, Policy, Customer Service (and more) bringing the best of a cross-functional Uber to bear for Stand for Safety.

We will meet our commitments by building, implementing and announcing (where appropriate) key improvements in 4 main priorities:
- Compliance
- Trip Experience
- Protections and Response; and
- Safety Commitment

## Stand for Safety - Company Priorities

**OBJECTIVES**

Get our foundation solid: no compromise on table stakes

Become an industry leader on safety incident prevention and response

Ensure users and public feel and see that Uber is deeply committed to safety

**KPIs**

**Safety Incidents:** Reduce serious accident and interpersonal safety incident rate

**Safety Perception:** Increase % of general population & customers who agree that "Uber is committed to Safety"

**Compliance:** Full Compliance in our markets

## Stand for Safety Key KPIs - Compliance

| METRICS | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|
| *Assessment & Remediation:* **% of trips covered by city-by-city audits, by megaregion** | **US/CA:** 46% **EMEA/APAC/LatAm:** 1% (Pilot-phase) **Q4 2017:** Discuss supplemental Ops resources to scale audits | **US/CA:** 85% **EMEA/APAC/LatAm:** 25% **Q1 2018:** Roll out playbook; cities not visited run playbook in Q2 2018 | **US/CA:** 100% by H2 2018; start reruns **EMEA/APAC/LatAm:** 40% by H2 2018 **H2 2018:** Improve playbook as needed; cities not visited rerun playbook in Q4 2018 |
| *Compliance Toolshed:* **Meet city teams' unaddressed business needs (*i.e.*, products and tools) by established operating model** | Need dedicated PM & Eng support to develop process for documenting, prioritizing, and building products | Work w/Compliance PM & Eng team to solve top 10 most impactful (e.g., trip count; regulatory risk) issues | End Ops hacks: PMs/Eng have a tight, transparent process for building compliance products/tools |
| *Compliance Toolshed:* **% of cities that have implemented real-time compliance software controls** | 0%; collecting requirements from cities throughout the world | 0%; product requirements scoped (e.g., Ops visibility into compliance outages)/ Eng has begun building the product | 100% of cities live on a product (or family of products) that automates compliance |

CONFIDENTIAL

UBER

## Stand for Safety Key KPIs - Safety

| METRICS | APACX Baseline/Target | EMEA Baseline/Target | US & CAN Baseline/Target | INDIA Baseline/Target | LATAM Baseline/Target |
|---|---|---|---|---|---|
| **Accident Rate**<br>Serious Accidents/MM trips | Baseline (2017q3): 1.5 / MM trips<br>Target: -5% | Baseline (2017q3): 3.1 / MM trips<br>Target: -5% | Baseline (2017q3): 4.8 / MM trips<br>Target: -5% | Baseline (2017q3): 0.8 / MM trips<br>Target: -5% | Baseline (2017q3): 2.1 / MM trips<br>Target: -5% |
| **Interpersonal Incident Rate**<br>Serious interpersonal incidents/MM trips | Baseline (2017q3): 8.5 / MM trips<br>Target: -5% | Baseline (2017q3): 21.2 / MM trips<br>Target: -5% | Baseline (2017q3): 18.9 / MM trips<br>Target: -5% | Baseline (2017q3): 21.3 / MM trips<br>Target: -5% | Baseline (2017q3): 15.3 / MM trips<br>Target: -5% |
| **Safety Sentiment**<br>% who agree 'strongly'/'somewhat' that Uber is "committed to safety" | Target: 70% | Target: 70% | Baseline (Nov 2017): 55% R, 62% D<br>Target: 70% | Target: 70% | Target: 70% |
| **Insurance savings**<br>Savings as compared to current projected 2018 spend | N/A | N/A | Baseline (2018 US forecast): $2.86B<br>Target savings: $100M | N/A | N/A |

CONFIDENTIAL                                                                     UBER

# Stand for Safety Strategy



With 10M global trips per day, the 'one in a million' tragic incident can happen 10x a day.



## Strategy Summary

| | 4 Global Priorities | Key Initiatives / Projects | KPIs |
|---|---|---|---|
| **1** | **Compliance** Elevates the standards of the industry with clear platform protocols, strong governance and robust screening technology. | Compliance software Fully audited rides / EATS Ops Fraud doc detection Profile photo audits | *% of trips covered by city-by-city audits, by megaregion* |
| **2** | **Trip Experience** Gives peace of mind and stops a potential safety concern in its tracks by innovating on new solutions and approaches. | Background Check Improvements Rider Quality (Verified Status) Reliable Telematics Data foundation Speed Limits / Phone Handling Driver Hour Limits Driver Profile Indicator Rider / Driver Safety In-App Hub Safe Pick-Up / Drop-Off Accident Detection Cash Safety Models | *Reduce Serious Incident rate and improve Safety Perception.* *Safety Perception for Drivers and Riders* |
| **3** | **Protections & Response** Universally support riders and drivers with empathy and care in times of need. | IRT Re-Training on Empathy Incident Root Cause Analysis In-App Claim Submission 911 Integration Blacklist Deactivation standards & automation Insurance Hub Insurance: DIP (US), Blanket (LatAm), Social Schemes (Europe) | Faster and more accurate incident response Incident CSAT |
| **4** | **Safety Commitment** Users and the public see and feel that Uber is deeply committed to safety. | Safety Vision (new narrative) Feature Awareness Campaigns Women's Safety Anti-DUI / Law Enforcement Insurance Brand Building | *Safety Perception for Drivers and Riders* |

P-00689.00045



**Basic safety narrative**

**Before**

Driver Screening

Door-to-door service
Driver / Vehicle
Information In-App

Phone anonymization*

**During**

Always on the map
Share my Trip (rider or driver)

**After**

Two-way ratings & feedback

Telematics-based feedback

24/7 customer support

All rides insured

Law enforcement partnerships

*not live in all countries



## A brief history of Safety at Uber - Global

**Delhi Rape**
High profile sexual assault
December 2014

**Ebola**
Uber rider in NYC with Ebola
October 2014

**Kalamazoo**
Multiple shootings
February 2016

**Sophia Liu**
1st major fatal accident
January 2014

**South Africa taxi violence**
Petrol bombs / Acid
March 2017

**"Taco Bell" Attack**
Drunk rider assaults driver in viral video
November 2015

**Brazil Homicide**
Cash rider on driver death September 2016

**Rider SOS Button (India)**
In-app button to connect riders with emergency services
February 2015

**Rideshare Insurance**
Blanket non-owned auto insurance
March 2013

**Safety Advisory Board**
Board of Safety experts to advise leadership
November 2015

**Cash Safety**
Rider ID verification for cash rides. Safe dispatch model
February - August 2017

**Background Checks**
Driving and criminal check
Q1 2013

**Improved BGC & Insurance**
Federal & county BGC, insurance coverage between trips
February - March 2014

**Disguised Numbers**
Privacy solution to mask numbers shared between users
March 2016

*Privileged and Confidential*



With a global brand, we're held to a higher standard on safety and insurance





**'WHO'S DRIVING YOU?' IS A PUBLIC AWARENESS CAMPAIGN PROMOTING FOR-HIRE VEHICLE SAFETY AND HIGHLIGHTING THE RISKS OF UBER AND LYFT.**





# Regional Insights

# A deeper look at top challenges

## Methodology & Sources

Methodology

1. Reviewed and grouped all expert-backed research and sources
2. Mapped all problems to corresponding needs
3. Scored according to issue size, safety effectiveness of potential intervention, brand / reputation building, and operational feasibility

Sources:

- First Class Insights from **All Regions**
- UX Research from **all available Regions**
- Safety Tracker Brand-Blind Survey (Top Markets - US, Mexico, Brazil, IN, Australia)
- In-Market Research as available
- HQ Clean Safety Data



DP: on-boarding screening as well as continuous screening and quality monitoring with accountability.

**2018 First Class Top Driver Insights**

**Key Insight #2**

## Drivers concerned about risky Rider behavior and lack of accountability

- **Rider Quality:** Drivers feel that Uber does not screen Riders during onboarding and does not act to remove poor-quality Riders, although Drivers undergo extensive checks and can be automatically deactivated.

- **Cash trips:** Onboarding for cash sign-ups enabled Rider anonymity, which limits accountability for bad behavior and contributes to higher safety incident rates compared to card trips.

- **Safety Trade-offs:** Drivers feel Uber forces them to make trade-offs between personal safety and earnings (e.g. accepting cash riders in bad areas after dark and navigating through "hotspots")

CONFIDENTIAL



*"People that use our services are the responsibility of Uber, if they are anonymous, they can assault us. I don't understand why if you are going to buy a packet of cigarettes you are required to show ID but in our case, Uber doesn't request that from people who are paying cash and getting into our cars."*

**-Luis Armando, Guadalajara, Mexico**

2018 First Class

**Key Insight #3**

## Insurance costs are rising in the US

- **Dangerous driving** is the biggest category of safety complaints from riders, especially in the US

- **Internal** business choices (e.g. lower ratings standards, growth of XCL) have contributed to higher crash rate.

- **Externally**, U.S. costs and crash rates are increasing due to more expensive cars, higher medical costs, and distracted driving



Accident risk per mile

**US Industry Data**

Property Damage cost/claim
+6.8% / yr

Bodily Injury cost/claim
+4.1% / yr

Traffic Fatalities
+4.5% per mile (2016 data)

CONFIDENTIAL



**Key Insight #4**

## Safety can unlock opportunities for growth

- "**Perception of Safety** is a barrier to use for new and existing users" is the #1 First Class insight in US, Can, Mexico, Brazil, India, Australia, and UK

- **Rider Forward:** Safety ranked at the top of the list of important features as part of the Rider Forward research

- **Growth limit**: There are occasions or situations where safety concerns limit Uber for some riders (**20%**) and drivers (**45%**) in the US and this is likely higher outside of the US and developed markets [US Driver Market Research, US Rider Market Research]

- **Common occasions:** some of these occasions are late at night, in selective areas or neighborhoods, and with impaired riders.



CONFIDENTIAL

**2018 First Class**

**Top R / D Insight**

### Key Insight #5

## Women riders/drivers more sensitive to safety concerns

- **Limiting usage:** Women riders limited usage in the past month at a higher rate (23%) than male riders (16%) due to safety concerns

- **Sexual assault**: Current and prospective U.S. women drivers are twice as likely to be concerned about being sexually assaulted or harassed compared to men drivers

- **Report issues:** Women Riders in the U.S. reported that when feeling uncomfortable during a trip they were equally concerned about escalating the situation and keeping the offending co-Rider or Driver from feeling uncomfortable.

CONFIDENTIAL



| % of riders who limited rides due to safety concerns in past month | |
| --- | --- |
| Male | Female |
| 16% | 23% |



Top Rider Insights

**Key Insight #6**

## Riders and Drivers are unaware of current Safety procedures and

- **Lack of awareness:** Many of our higher activity (dual-app users) Riders and Drivers are not aware of existing safety features we offer such as
  - Background screening
  - Insurance
  - Customer Support
  - Community guidelines

- **Commitment:** Only 55% Riders and 62% Drivers agree ('strongly'/'somewhat') that Uber is "committed to safety"

| % of dual-app Riders who are aware of … | |
|---|---|
| Criminal screening | 54% |
| Driving screening | 41% |
| Driver selfie | 34% |
| Driving feedback | 11% |
| Rider insurance | 12% |
| 24/7 customer support | 41% |
| Share my ETA | 60% |
| Community guidelines | 33% |
| Phone anonymization | 43% |

| % of dual-app Drivers who are aware of … | |
|---|---|
| Liability insurance | 55% |
| 24/7 Customer support | 69% |
| Driver share trip | 58% |
| Community guidelines | 48% |
| Driver injury protection | 52% |

CONFIDENTIAL





Stand for Safety

HOW WILL WE KNOW WE'RE
ON THE RIGHT PATH ...

1.

Business leaders make appropriate tradeoffs and we see examples where we are choosing **safety over growth**

2.

**Automation** of compliance and safety becomes the norm (in addition to and ideally instead of, process)

3.

We feel comfortable **communicating transparently** on safety and compliance, both externally and internally

# Stand for Safety Strategy Deep Dive

# This Document will Seek to Roll-Up all Stand for Safety Plans:

**Ops Plans** (WIP documents still being worked through re: review):
- US/CAN
- EMEA • Central Ops Plan
- INDIA
- LATAM - 3 main goals and strategies
- SENA
- ANZ

**Functional Plans:**
- Product
- Brand / Initiatives
- Data Science
- Insurance
- Compliance
- Comm Ops

**Marketing Plans** (WIP documents still being worked through re: review):
- US/CAN - Rider & Driver
- EMEA (to be added)
- INDIA
- LATAM
- ANZ
- SENA (deferred to mid-feb)

**Comms Plans:**
- US/CAN
- EMEA
- LATAM - BRAZIL & LATAMx
- APAC



Each of our themes will be attained through:

**PILLARS**
**BIG ROCKS**
**PROJECTS**



**KEY INSIGHTS**

**PILLAR**

**BIG ROCKS**

**PROJECTS**
➜ Project 1
➜ Project 2
➜ Project 3

## PRIORITY 1

Compliance: Elevates the standards of the industry with clear platform protocols, strong governance and robust screening technology.

| | | |
|---|---|---|
| Insight | | |
| Audience | | |
| Advantage | | |
| Disadvantage | | |



We had to play catch-up on their basic requests.

**Compliance**

## Core Team

The "Core Team" that will support the Pillar Owner to deliver on our strategy in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| US&C | Eng |
| LATAM | Product Ops |
| INDIA | Marketing (PMM and Marketing Strategy) |
| APACX | Data |
| EMEA | Research |
| | Design |
| | Other |

- Access Pillar - Abhi & gagan
- New Access Pillar is about Marketing, Signups, Onboarding, Compliance, Ops & Support. - Vehicles is now a separate pillar
- Tl;Dr is > It is no longer about Raw First Trips. It is about quality growth that comes from being a trustworthy partner, even if its as a short term FT cost.

## Our Vision/NorthStar is to provide...

Instant access to a true partner committed to my safety and success.

## Our Mission is to...

Unlock the opportunity for anyone to earn.

## And in this journey, we will...

Create the foundation on which true partnership is

- built by providing choices, being clear, establishing trust, and making it easy for our partners to get on the road to success.



- Access Pillar - Abhi & gagan
- New Access Pillar is about Marketing, Signups, Onboarding, Compliance, Ops & Support. - Vehicles is now a separate pillar
- Tl;Dr is > It is no longer about Raw First Trips. It is about quality growth that comes from being a trustworthy partner, even if its as a short term FT cost.

## Our Vision/NorthStar is to provide...
Instant access to a true partner committed to my safety and success.

## Our Mission is to...
Unlock the opportunity for anyone to earn.

## And in this journey, we will...
Create the foundation on which true partnership is

- built by providing choices, being clear, establishing trust, and making it easy for our partners to get on the road to success.

**Driver Access Compliance**

**Compliance Facets**

We break Driver Access Compliance into 5 primary facets:

- Screenings
- Documents
- Vehicles
- Licensing
- Go Online

- Access Pillar - Abhi & gagan
- New Access Pillar is about Marketing, Signups, Onboarding, Compliance, Ops & Support. - Vehicles is now a separate pillar
- Tl;Dr is > It is no longer about Raw First Trips. It is about quality growth that comes from being a trustworthy partner, even if its as a short term FT cost.

## Our Vision/NorthStar is to provide...

Instant access to a true partner committed to my safety and success.

## Our Mission is to...

Unlock the opportunity for anyone to earn.

## And in this journey, we will...

Create the foundation on which true partnership is

- built by providing choices, being clear, establishing trust, and making it easy for our partners to get on the road to success.

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |
|----------|----------|----------|-----------|

## Compliance: **Problem Statement**

We have outgrown the "growth at all costs" mindset that guided us for years. It has left us with decayed foundation for Driver Access Compliance, which has and will continue to create non-compliance risk without significant and immediate investment. Core known issues today:

- **Requirements |** we lack an accurate / exhaustive view of the internal & external standards against which we intend to comply
- **Data |** we have inaccurate and incomplete data
- **KPIs |** we have no reliable way to measure compliance
- **Gaps |** we have critical gaps in our automated and manual processes
- **Tech Debt |** we have immense tech debt, with many services built on legacy, unsupported infrastructure
- **Org |** we have distributed ownership of compliance amongst a variety of orgs
- **Culture |** we have not historically prioritized compliance

What is Access: We believe that anybody who works hard has an opportunity to earn

Today. Many people looking for…..
Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_55



Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_65



INSIGHTS          STRATEGY          PLANNING          EXECUTION

## Compliance: **KPIs**

**Primary KPI**: Compliance Score

| Current Jan '18 [TBD] | H1 Goal [TBD] | Long-Term Goal [TBD] |
|---|---|---|

We will define, instrument, and track a holistic measure of compliance.  Full details can be found HERE.

**Working Group**: Matt Kaminski, Frank Chang, Eric Schroeder, Todd Gaddis, Tim Foran, Dipti Desai, Qi Dong, Carolyn Vespa, Diana Robinson, Peter McKelvy, Abhishek Kumar, Jenny Luu, Josh Blixt, Alyssa Giuliani, Kirsten Miller, Khanh Nguyen

**Timeline**: Expect to have v0 live on 2/9/18.

**Secondary KPIs**:

- [Compliance Toolshed - I don't know where these came from, but outlined on next slide]
- Implement monitoring and altering for known potential failure points (v0 List)

[Abhishek]



| | INSIGHTS | STRATEGY | PLANNING | EXECUTION |

### How we'll measure success...

| | KPI | Current November 2017 | Goal H1 2018 | Long-term [Multi-year] TO BE UPDATED |
|---|---|---|---|---|
| | *Assessment & Remediation:* **% of trips covered by city-by-city audits, by megaregion** | **US/CA**: 46% **EMEA/APAC/LatAm**: 1% (Pilot-phase) **Q4 2017**: Discuss supplemental Ops resources to scale audits | **US/CA**: 85% **EMEA/APAC/LatAm**: 25% **Q1 2018**: Roll out playbook; cities not visited run playbook in Q2 2018 | **US/CA**: 100% by H2 2018; start reruns **EMEA/APAC/LatAm**: 40% by H2 2018 **H2 2018:** Improve playbook as needed; cities not visited rerun playbook in Q4 2018 |
| | *Compliance Toolshed:* **Meet city teams' unaddressed business needs (*i.e.*, products and tools) by established operating model** | Need dedicated PM & Eng support to develop process for documenting, prioritizing, and building products | Work w/Compliance PM & Eng team to solve top 10 most impactful (e.g., trip count; regulatory risk) issues | End Ops hacks: PMs/Eng have a tight, transparent process for building compliance products/tools |
| | *Compliance Toolshed:* **% of cities that have implemented real-time compliance software controls** | 0%; collecting requirements from cities throughout the world | 0%; product requirements scoped (e.g., Ops visibility into compliance outages)/ Eng has begun building the product | 100% of cities live on a product (or family of products) that automates compliance |

[Abhishek]



Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_65



| Pillars | Objectives | Big Rocks | Top Projects |
|---------|-----------|-----------|--------------|
| **Background Checks** | Ensure every driver on the road today complies with BGC standards (be they regulatory or internal); build best-in-class compliance systems that efficiently and effectively mitigate the risk BGC-related of non-compliance in the future. | • Establish Source of Truth<br>• Mitigate Historical Risk<br>• Prevent Future Risk<br>• Expand Automation | |
| **Documents** | Ensure every driver on the road today complies with document-related standards (be they regulatory or internal); build best-in-class compliance systems th... effectively mitigate the... non-compliance in the... | • Doc Review<br>• Inspections<br>• Profile Photos | |
| **Go Online** | Minimize compliance-r... compliance with all ap... related compliance sta... goes online. | | |

**To be updated if needed**



What is Access: We believe that anybody who works hard has an opportunity to earn

Today. Many people looking for…..
Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_55



What is Access: We believe that anybody who works hard has an opportunity to earn

Today. Many people looking for…..

Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_55



What is Access: We believe that anybody who works hard has an opportunity to earn

Today. Many people looking for…..
Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_55

P-00689.00084



| INSIGHTS | STRATEGY | PLANNING | EXECUTION |

## Dimension Matrix

| DIMENSION | | | |
|---|---|---|---|
| CONSUMERS WANT / NEED... | | | |
| TO DELIVER THIS WE WILL... | | | |
| IF WE DELIVER THIS, CONSUMERS WILL SAY... | | | |

> **Don't think this makes sense for compliance**

**Foundation:** These big rocks are long-lasting projects (18+ mo) that are foundational to delivering the driver experience. Think platform level work that might include technical infrastructure, hiring top talent or an improved biz process. These projects are the foundation of delivering a best-in-class product experience and resolve table-stakes expectations of customers.

**Dimensions:** These are derived from customer insights to tell us the *characteristics* of what customers want. The dimensions describe the unique qualities & elements of what we'll provide. They define and govern our behaviors and actions. Try to make each dimension a single word, a *singular idea*. Keep it to three, max four. They are generally nouns that describe specific the aspects or traits of our features, programs & policies. Try and find the "most-right" word. Example: you could say reliability or you could say dependability, which is more correct?

DRIVERS WANT / NEED… an "I" statement that summarizes the driver need from the dimension
TO DELIVER THIS WE WILL...action statement that summarizes our intent, behaviors, actions related to the dimension
IF WE DELIVER THIS, DRIVERS WILL SAY... an "I" statement that represent what driver will think/feel if we deliver successfully
BIG ROCKS THAT WILL ACCOMPLISH THIS...the key projects that will deliver on this aspect of the customers needs



INSTRUCTIONS: Please make a copy of this section for each of your Big Bet Projects. See the next slide as an example.

Compliance - Project Details

UBER







Talking points
- **Goal:** Earnings that are RELIABLE, and compelling for a drivers choices for when/ where/ how to drive - we can't control that some drivers want to be on the road at 4am, when earnings are low, but we can and should set their expectations clearly and transparently.

- **CLARITY & TRUTH** - Earnings clarity & taxes
- **SET CLEAR EXPECTATIONS** - planning, expectations,
- **FIX OUR EARNINGS LEVERS TO STABILIZE EARNINGS _AND_ MATCH EARNINGS TO EFFORT** - stabilize earnings, pricing+incentives, off-trip earnings, speed and reliability, premium
- **FIX CASH** - To improve the large and growing number of trips that involve cash, which brings a lot of extra challenges and pain to our partners.

# Trip
# Experience

**Pillar Owners**          **Key links**

We had to play catch-up on their basic requests.

PRIORITY 2

Trip Experience: Gives peace of mind and stops a potential safety concern in its tracks by innovating on new solutions and approaches.

| Insight | | |
|---|---|---|
| Audience | | |
| Advantage | | |
| Disadvantage | | |

**Trip Experience**

# Core Team

The "Core Team" that will support the Pillar Owner to deliver on our strategy in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| US&C | Eng |
| LATAM | Product Ops |
| INDIA | Marketing (PMM and Marketing Strategy) |
| APACX | Data |
| EMEA | Research |
| | Design |
| | Other |

- Access Pillar - Abhi & gagan
- New Access Pillar is about Marketing, Signups, Onboarding, Compliance, Ops & Support. - Vehicles is now a separate pillar
- Tl;Dr is > It is no longer about Raw First Trips. It is about quality growth that comes from being a trustworthy partner, even if its as a short term FT cost.

## Our Vision/NorthStar is to provide...

Instant access to a true partner committed to my safety and success.

## Our Mission is to...

Unlock the opportunity for anyone to earn.

## And in this journey, we will...

Create the foundation on which true partnership is

- built by providing choices, being clear, establishing trust, and making it easy for our partners to get on the road to success.



What is Access: We believe that anybody who works hard has an opportunity to earn

Today. Many people looking for…..
Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_55



Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_65

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |

## Dimension Matrix

| DIMENSION | | | | |
|---|---|---|---|---|
| **CONSUMERS WANT / NEED…** | | | | |
| **TO DELIVER THIS WE WILL…** | | | | |
| **IF WE DELIVER THIS, CONSUMERS WILL SAY…** | | | | |

**Foundation:** These big rocks are long-lasting projects (18+ mo) that are foundational to delivering the driver experience. Think platform level work that might include technical infrastructure, hiring top talent or an improved biz process. These projects are the foundation of delivering a best-in-class product experience and resolve table-stakes expectations of customers.

**Dimensions:** These are derived from customer insights to tell us the *characteristics* of what customers want. The dimensions describe the unique qualities & elements of what we'll provide. They define and govern our behaviors and actions. Try to make each dimension a single word, a *singular idea.* Keep it to three, max four. They are generally nouns that describe specific the aspects or traits of our features, programs & policies. Try and find the "most-right" word. Example: you could say reliability or you could say dependability, which is more correct?

DRIVERS WANT / NEED… an "I" statement that summarizes the driver need from the dimension
TO DELIVER THIS WE WILL...action statement that summarizes our intent, behaviors, actions related to the dimension
IF WE DELIVER THIS, DRIVERS WILL SAY... an "I" statement that represent what driver will think/feel if we deliver successfully
BIG ROCKS THAT WILL ACCOMPLISH THIS...the key projects that will deliver on this aspect of the customers needs

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |

**Trip Experience: Big Rocks**

| Pillars | Objectives | Big Rocks | Top Projects |
|---------|-----------|-----------|--------------|
| **Driving Safety** | | | |
| **Personal Safety** | | | |



| INSIGHTS | STRATEGY | PLANNING | EXECUTION |

## How we'll measure success...

**TO BE UPDATED**

| | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|---|
| | | | | |
| | | | | |

[Abhishek]



Talking points

- **Goal:** Earnings that are RELIABLE, and compelling for a drivers choices for when/ where/ how to drive - we can't control that some drivers want to be on the road at 4am, when earnings are low, but we can and should set their expectations clearly and transparently.

- **CLARITY & TRUTH** - Earnings clarity & taxes
- **SET CLEAR EXPECTATIONS** - planning, expectations,
- **FIX OUR EARNINGS LEVERS TO STABILIZE EARNINGS _AND_ MATCH EARNINGS TO EFFORT** - stabilize earnings, pricing+incentives, off-trip earnings, speed and reliability, premium
- **FIX CASH** - To improve the large and growing number of trips that involve cash, which brings a lot of extra challenges and pain to our partners.

**INSTRUCTIONS:** Please make a copy of this section for each of your Big Bet Projects. See the next slide as an example.

# Trip Experience - Project Details

UBER



INSIGHTS     STRATEGY     PLANNING     EXECUTION

**Trip Experience Project:**

OWNER:     CO-PILOT (optional):

**OBJECTIVE:**
**DESCRIPTION:** (Description..)

| PROJECT KPIs | DESCRIPTION | KEY RESULTS | DASHBOARD |
|---|---|---|---|
| | Description... | | Link |
| | Description... | | Link |

| PROJECT COMPONENTS | OWNING TEAM(S) | DESCRIPTION | EST LAUNCH DATE | PRIORITY? | RESOURCED? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



We had to play catch-up on their basic requests.

## PRIORITY 3

Protections & Response: Universally support riders
and drivers with empathy and care in times of need.

| Insight | | |
|---|---|---|
| Audience | | |
| Advantage | | |
| Disadvantage | | |

**Protections & Response**

# Core Team

The "Core Team" that will support the Pillar Owner to deliver on our strategy in 1H2018 includes:

| Global Partners | Functional Partners |
|---|---|
| US&C | Eng |
| LATAM | Product Ops |
| INDIA | Marketing  (PMM and Marketing Strategy) |
| APACX | Data |
| EMEA | Research |
| | Design |
| | Other |

- Access Pillar - Abhi & gagan
- New Access Pillar is about Marketing, Signups, Onboarding, Compliance, Ops & Support. - Vehicles is now a separate pillar
- Tl;Dr is > It is no longer about Raw First Trips. It is about quality growth that comes from being a trustworthy partner, even if its as a short term FT cost.

## Our Vision/NorthStar is to provide...
Instant access to a true partner committed to my safety and success.

## Our Mission is to...
Unlock the opportunity for anyone to earn.

## And in this journey, we will...
Create the foundation on which true partnership is

- built by providing choices, being clear, establishing trust, and making it easy for our partners to get on the road to success.



## Protections & Response: **Problem Statement**

What is Access: We believe that anybody who works hard has an opportunity to earn

Today. Many people looking for…..
Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_55



Source:
https://docs.google.com/presentation/d/1jOl7gHWZN2cKmVdR3MMWUjUztDo
JT33aeuHdSexG_Qg/edit?ts=5a29fd02#slide=id.g2b8fe23366_346_65

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |

**Dimension Matrix**

| DIMENSION | | | | |
|---|---|---|---|---|
| CONSUMERS WANT / NEED... | | | | |
| TO DELIVER THIS WE WILL... | | | | |
| IF WE DELIVER THIS, CONSUMERS WILL SAY... | | | | |

**Foundation:** These big rocks are long-lasting projects (18+ mo) that are foundational to delivering the driver experience. Think platform level work that might include technical infrastructure, hiring top talent or an improved biz process. These projects are the foundation of delivering a best-in-class product experience and resolve table-stakes expectations of customers.

**Dimensions:** These are derived from customer insights to tell us the *characteristics* of what customers want. The dimensions describe the unique qualities & elements of what we'll provide. They define and govern our behaviors and actions. Try to make each dimension a single word, a *singular idea*. Keep it to three, max four. They are generally nouns that describe specific the aspects or traits of our features, programs & policies. Try and find the "most-right" word. Example: you could say reliability or you could say dependability, which is more correct?

DRIVERS WANT / NEED… an "I" statement that summarizes the driver need from the dimension
TO DELIVER THIS WE WILL...action statement that summarizes our intent, behaviors, actions related to the dimension
IF WE DELIVER THIS, DRIVERS WILL SAY... an "I" statement that represent what driver will think/feel if we deliver successfully
BIG ROCKS THAT WILL ACCOMPLISH THIS...the key projects that will deliver on this aspect of the customers needs

P-00689.00111

INSIGHTS | STRATEGY | PLANNING | EXECUTION

**Protections & Response: Big Rocks**

| Pillar | Objectives | Big Rocks | Top Projects |
|---|---|---|---|
| Support | | | |
| Insurance | | | |
| Claims | | | |



INSIGHTS    STRATEGY    PLANNING    EXECUTION

TO BE UPDATED

## How we'll measure success...

| | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|---|
| | | | | |
| | | | | |

[Abhishek]



Talking points

- **Goal:** Earnings that are RELIABLE, and compelling for a drivers choices for when/ where/ how to drive - we can't control that some drivers want to be on the road at 4am, when earnings are low, but we can and should set their expectations clearly and transparently.

- **CLARITY & TRUTH** - Earnings clarity & taxes
- **SET CLEAR EXPECTATIONS** - planning, expectations,
- **FIX OUR EARNINGS LEVERS TO STABILIZE EARNINGS _AND_ MATCH EARNINGS TO EFFORT** - stabilize earnings, pricing+incentives, off-trip earnings, speed and reliability, premium
- **FIX CASH** - To improve the large and growing number of trips that involve cash, which brings a lot of extra challenges and pain to our partners.

**INSTRUCTIONS:** Please make a copy of this section for each of your Big Bet Projects. See the next slide as an example.

# Protections & Response - Project Details

| INSIGHTS | STRATEGY | PLANNING | EXECUTION |
|---|---|---|---|

## PROTECTIONS & RESPONSE:

OWNER:                    CO-PILOT (optional):

**OBJECTIVE:** Build an Inspiring Safety Narrative that Resonates with Consumers
**DESCRIPTION:** (Description...)

| PROJECT KPIs | DESCRIPTION | KEY RESULTS | DASHBOARD |
|---|---|---|---|
| | Description... | | Link |
| | Description... | | Link |

| PROJECT COMPONENTS | OWNING TEAM(S) | DESCRIPTION | EST LAUNCH DATE | PRIORITY? | RESOURCED? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Stakeholder self-nomination**: *Name (Team), Name (Team)...etc...*

## PRIORITY 4

Safety Commitment Users and the public see and feel that Uber is deeply committed to safety.

| Insight | | |
|---|---|---|
| Audience | | |
| Advantage | | |
| Disadvantage | | |

# Safety Commitment

**Pillars:**

- **Sentiment**
- **Education**
- **Engagement**

We had to play catch-up on their basic requests.

**Safety Commitment**

# Core Team

The "Core Team" that will support and deliver on our strategy in 1H2018 includes:

Theme Lead:
**Kate Parker**

| Region | Key Marketing POC | Safety Comms | Policy | HQ Support |
|---|---|---|---|---|
| LatAm | Marketing Manager: Isa del Val | Saulo Passos Marcio De Meo | Ivo Correa | Carley Lake |
| EMEA | Marketing Strategist: Ido Adulamy | Badia Berrada | Andy Byrne | James LaVela |
| US/CA | Rider Marketing Strategist: Ali Quarforth Driver Marketing Strategist: Peyton Newquist Program Manager: Shawnti Amill | Brooke Anderson Tracey Breeden | Jena Wuu Nadia Anderson | Nick Silver |
| INDIA | Senior Brand Manager: Lavani Agarwal | Rishabh Khandelwal | Chand Mazumdar | Jesse Goodman |
| ANZ | Senior Brand Manager: Jenna Collard | Jasmeet Kaur | Damian Kassagbi (new lead in Jan) | Nick Silver |
| SENA | Regional Marketing Manager: Kunal Gupta | | | Jesse Goodman |
| BRAND | Head of Brand Strategy: Ian Chee | | | Nick Silver |



INSIGHTS    STRATEGY    PLANNING    EXECUTION

## Safety Commitment: Problem Statement

Safety incidents and perception regarding our lack of commitment to safety hurt both our business and people's trust in our brand. At the same time, safety is an area where we have the opportunity to lead and differentiate ourselves in the rideshare industry, transportation, and tech overall.



## Safety Commitment: Strategic Considerations

| Sound & rigorous insights | Expert-backed approaches | Best-in-class products | Cross-functional initiatives |
|---|---|---|---|
| Produce, digest and evangelize safety sentiment data to guide key business decisions. Ensure understanding and adherence. | Gain internal and external expertise to educate consumers, ranging from basic safety rules to gold standards. Work across lifecycle to ensure key info is available at every turn. | Work hand-in-hand with product to shape, launch, and raise awareness of innovative, tech-forward products that make Uber best in class on consumer safety. | Build global initiatives (strategic partnerships, campaigns, commitments) that define and raise the bar on Uber's overall brand commitment to safety. |

INSIGHTS     STRATEGY     PLANNING     EXECUTION

## Dimension Matrix

| DIMENSION | Transparency | Accountability | Reliability | Proactivity |
|---|---|---|---|---|
| Goals | Openness of key practices that communicate integrity in our safety commitment. | Accountability is not about admitting fault, rather, stepping up on thought leadership. A lack of S.A. accountability festers. | Reliability is assurance that we're going to be there, and we won't let our customers down when they need us most. | Proactivity is showing consumers we're going above and beyond on their safety, placing emphasis on industry best practices & education. |
| Success | Success = A commitment / vision to Safety Data Transparency, and stronger systems & awareness of Community Guidelines, Insurance 101 & Background Check Process. | Success = Demonstrated, industry-leading accountability on top brand issue (Sexual Assault for H2) with new policies, grants, agent training. | Success = Launching Driver Injury Protections, improving IRT response and making magic with Safety Roadside Assistance. | Success = Launching seat-belt reminders in-app, CRM education for drivers / rider, joining industry coalitions and our Safety Advisory Board. |
| IF WE DELIVER THIS, CONSUMERS WILL SAY... | We have the right rules and regulations in place | If something goes wrong, we will take action to fix it and face tough issues head on. | We will come through, you can count on us when you need it the most. | We put in the effort to learn from the best and lead the industry. |

**Foundation:** These big rocks are long-lasting projects (18+ mo) that are foundational to delivering the driver experience. Think platform level work that might include technical infrastructure, hiring top talent or an improved biz process. These projects are the foundation of delivering a best-in-class product experience and resolve table-stakes expectations of customers.

**Dimensions:** These are derived from customer insights to tell us the *characteristics* of what customers want. The dimensions describe the unique qualities & elements of what we'll provide. They define and govern our behaviors and actions. Try to make each dimension a single word, a *singular idea*. Keep it to three, max four. They are generally nouns that describe specific the aspects or traits of our features, programs & policies. Try and find the "most-right" word. Example: you could say reliability or you could say dependability, which is more correct?

DRIVERS WANT / NEED… an "I" statement that summarizes the driver need from the dimension
TO DELIVER THIS WE WILL...action statement that summarizes our intent, behaviors, actions related to the dimension
IF WE DELIVER THIS, DRIVERS WILL SAY... an "I" statement that represent what driver will think/feel if we deliver successfully
BIG ROCKS THAT WILL ACCOMPLISH THIS...the key projects that will deliver on this aspect of the customers needs



**How we'll measure success...**

| | KPI | Current November 2017 | Goal H1 2018 | Goal Long-term [Multi-year] |
|---|---|---|---|---|
| **Sentiment** | *Riders / Drivers:*<br>% who agree ('strongly'/'somewhat') that Uber is "committed to safety" | US: 55% (R) / 62% (D)* | 70% | 90% |
| **Sentiment** | *General Population / Opinion Elites:*<br>% who agree ('strongly'/'somewhat') that Uber is "committed to safety" | US: 38% (GP) / 56% (OE)* | 60% | 80% |
| **Awareness** | *Riders / Drivers:*<br>*% who cite aided the awareness of safety features that "make them feel a lot safer"* | US Riders: Insurance (16%) US Drivers: Customer Support (49%) | 70% | 80% |

[Abhishek]

INSIGHTS    STRATEGY    PLANNING    EXECUTION

# KPI Baseline - Committed to safety

- 90% bogey sets an aspirational goal for nearly all customer segments, particularly among GenPop and Opinion Elites
- Audiences who have already achieved 80% agreement will need to maintain this high standard

| | NA | | LatAm | | | EMEA | | | | APACx | | | | IN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T2B* | US | CA | MX | BZ | CO | UK | FR | EG | SAD | AU | PH | SG | ID | IN |
| **Driver** | 62% | 77% | 81% | 62% | 72% | 74% | 62% | 85% | 92% | 71% | 92% | 59% | 68% | 77% |
| **Rider** | 55 | 61 | 77 | 67 | 77 | 53 | 45 | 77 | 83 | 59 | 90 | 53 | 67 | 68 |
| | | | | | | | | | | | | | | |
| **GenPop** | 38 | 26 | 72 | 55 | 65 | 23 | 25 | 82 | 68 | 35 | 69 | 35 | 72 | 83 |
| **OpElites** | 56 | 36 | 79 | 64 | 76 | 37 | 36 | 75 | 79 | 47 | 77 | 49 | 73 | 80 |

*Percent that strongly + somewhat agree

Source: Q3 Global Reputation Survey



**Safety Commitment: Global Big Rocks**

WIP

**Key Big Rocks - 2018 Insights:**
- Inspiring Safety Vision
- Corporate leader in the fight against Sexual Assault
- Positive Consumer Awareness of Effective Safety Products
- Best-In-Class Insurance Experience and Understanding
- True Ownership of our Anti-DUI Net Contribution Story

**2018 Key Projects:**
1. New Safety Narrative
2. Women's safety (sexual assault, gender-based violence)
3. Insurance 101
4. DUI

**Media/Policy Landscape:**
- Comms
  - Messaging: Using the word responsibility
  - Driver hour limits expanding
  - Tough stories ahead
  - Key campaigns: Human Trafficking & Sexual Assault
- Policy
  - Neutralise women's safety as a policy issue by demonstrating commitment and substance
  - Re-build trust with women's safety advocates

Source: 2018 Safety & Insurance Global Brand Plan; 2018 H1 HQ Safety Comms Plan



# External Comms Pillar

**Pillar Owner**
Brooke Anderson

**Key links**
2018 H1 HQ Safety Comms Plan

We had to play catch-up on their basic requests.



INSIGHTS  STRATEGY  PLANNING  EXECUTION

**External Comms: Big Rocks**

| Big Rocks | Objectives | Top Projects |
|---|---|---|
| SAFETY VISION - Awareness/ Education/ Commitment to Safety | Awareness campaigns and education demonstrating integrity, responsibility and our commitment to the safety of riders, drivers and our communities while also highlighting the positive impact Uber is making in the communities we serve. | • Impaired Driving Awareness (Ongoing)<br>• Human Trafficking Awareness (HT Awareness Month - January)<br>• Driving Change Sexual Assault and Domestic Violence Campaign (SA Awareness Month - April) |
| STRENGTHENING SAFETY NARRATIVE AND PERCEPTION - Safety Products | Launch of new safety products and enhancements while increasing user awareness and adoption of existing safety features, primarily focused on proactive incident response and built-in app features that create an environment where riders and drivers feel safe. | • Driving hours (January)<br>• Rider Forward safety chapter (in collaboration with Product) (January/February)<br>• Emergency Response Bundle (February/March)<br>  ○ Automatic mobilization of law enforcement / 911 integration<br>  ○ Accident detection<br>  ○ SOS<br>• Safety Sentiment Bundle (March/April)<br>  ○ Share My Trip enhancement<br>  ○ License plate enlargement<br>  ○ In-app welfare check<br>• Safe Driving Bundle (May)<br>  ○ Buckle up |



**External Comms: Big Rocks**

| Big Rocks | Objectives | Top Projects |
|---|---|---|
| MANAGING DAILY CHURN - Incident Response, Relationship Building and Outreach, Assets | Ensuring an empathetic and consistent approach to incident response while proactively building education, awareness, and processes in partnership with expert safety organizations in order to effectively land the message that we care about and stand for safety. | **Reactive Incident Response**<br>• Continue to mitigate incidents and flag issues with processes and incident response that pose safety reputational risks.<br>• Identify safety issues affecting our communities, including our Uber community, that we can we can build awareness and education around.<br>• Amplify organic safety stories involving riders and drivers.<br>• Continue to fix plumbing - Uber Eats incidents, global messaging alignment, customer service, etc.<br><br>**Relationship Building**<br>• Expand law enforcement relationships through in-person meetings and conferences (Law Enforcement Appreciation Initiative), and GLH trainings/events for drivers focused on safety and security awareness.<br>• Expand key media, advocacy group and safety stakeholder relationships through in-person meetings and events.<br>• Participate in global safety summits.<br><br>**Assets**<br>• Refresh safety narrative with new safety vision and create assets around safety & security features in collaboration with Safety & Insurance  (ie. b-roll, photos, one-pagers, uber.com resources, safety lab for features, etc.).<br>• Develop safety page on Uber.com (ie. strengthen background check arguments with recent state decisions, teen/underage rider, etc.). |

# Brand Campaigns Pillar

**Pillar Owners**
Kate Parker

**Key links**
2018 Safety & Insurance
Global Brand Plan

We had to play catch-up on their basic requests.



## Big Rock #1: Inject Consumer Safety Sentiment Data into the Business

| Key Results | | 2018 Projects |
|---|---|---|
| Po | Safety Needs Prioritization* | • Women's safety (sexual assault, gender-based violence)<br>• DUI campaign<br>• In-car monitoring<br>• Emergency response |
| P1 | Messaging / Concept Optimization | • Safety Vision development<br>• Insurance 101<br>• Product communications<br>• Messaging optimization<br>• System for Quick Turn Feedback |
| Po | Safety Program and Product Measurement | • Global Stand for Safety KPIs (3x - Global Reputation Survey)<br>• Safety Sentiment (8 markets, 2x)<br>• Dashboard of key sentiment KPIs |



\* Putting these projects in Need Prioritization, because important to understand underlying needs of these issues before developing solutions and executions.  Once completed will likely require messaging optimization research.


Commitment

## Big Rock #2: Build an Inspiring Safety Vision that Resonates with Consumers

| | Key Results | 2018 Projects |
|---|---|---|
| **P0** | New global Safety Vision that effectively launches our corporate commitment. | • New Safety Narrative (Global Messaging Platform, Anthem Film) <br> • Safety & Insurance Global Brand Guides <br> • 3-5 new global partnerships <br> • Safety Advisory Board re-launch <br> • Community Guidelines Certification |
| **P0** | Revamped S&I story in all relevant channel facets across the lifecycle. | (contingent on #1 P0) <br> • Website Revamp <br> • Channel Overhaul |





Commitment

## Big Rock #3: Corporate leader in the fight against Sexual Assault

| | Key Results | 2018 Projects |
|---|---|---|
| Po | Best in class at in SA/DV prevention and response. | • Driver and Rider Education<br>• IRT Agent Training<br>• Executive Training<br>• NGO Product Innovation Summit<br>• Data Taxonomy Transparency<br>• IPC deactivation policies |
| Po | Industry-leaders in the fight against gender-based violence. | • Global NGO Partnerships<br>• Women's Safety Conference<br>• Sexual Assault Awareness Month Integrated Campaign (April)<br>• Listening Tour continuation<br>• Live Event integrations<br>• Global Driving Change Playbook |



Removed



Removed



Heather - DUI . technical support

DUI

Human Trafficking

Crisis Response



Heather - DUI . technical support

DUI

Human Trafficking

Crisis Response



Heather - DUI . technical support

DUI

Human Trafficking

Crisis Response

**INSTRUCTIONS:** Please make a copy of this section for each of your Big Bet Projects. See the next slide as an example.

# Safety Commitment - Project Details

UBER



| INSIGHTS | STRATEGY | PLANNING | EXECUTION |
|---|---|---|---|

**COMMITMENT PROJECT: SAFETY VISION**

OWNER: **Kate Parker**  CO-PILOT (optional): **Cameron Zick, Jesse Goodman**

**OBJECTIVE:** Build an Inspiring Safety Narrative that Resonates with Consumers
**DESCRIPTION:** (Description…)

| PROJECT KPIs | DESCRIPTION | KEY RESULTS | DASHBOARD |
|---|---|---|---|
| | Description… | | Link |
| | Description… | | Link |

| PROJECT COMPONENTS | OWNING TEAM(S) | DESCRIPTION | EST LAUNCH DATE | PRIORITY? | RESOURCED? |
|---|---|---|---|---|---|
| New Safety Narrative (Global Messaging Platform, Anthem Film) | | | Q2 | [P0] | [TBD] |
| Safety Pop-Up | | | Q2 | [P1] | [TBD] |
| 3-5 global partnerships | | | | [P0] | [TBD] |
| Safety Advisory Board re-launch | | | Q1 | [P0] | |
| Community Guidelines Certification | | | | | |

**Stakeholder self-nomination**: *Name (Team), Name (Team)…etc…*







**Appendix**

Thank you







**TRADEOFFS**

### Safety tradeoff against gaming

We want to provide drivers with information that allows them to self-assess safety, without creating undue earnings-related gaming due to who the rider is, pickup/dropoff location, or trip distance.

### Safety tradeoff against rider onboarding

We want to get more information about riders so Uber and drivers can better assess safety, without making it more difficult for riders to get onboarded and request a ride.

### Safety tradeoff against discrimination

We want everyone to get a ride, without discrimination based on their photo, their name, or where they live and work.

### Safety tradeoff driver churn

We want drivers to feel safe on the road and know that Uber is looking out for them, without feeling like Uber is causing them undue burden or stress.

## Growth vs. Risk Mitigation

We will not rush new products and features to market with known loopholes that cause safety concern. Winning requires a long term approach and always doing the right thing.

Key Internal Tensions

## Rider and Driver Quality

Consumers must trust that we do everything possible to ensure we are screening everyone who has access to the Uber platform. We must be seen as leaders who set the standard and continuously raise the bar, rather than a company that simply does what's required by regulation or consumer pressure. Inconsistencies in processes have frustrated our ability to communicate screening messages clearly and led to reputational risks.

Key Internal Tensions

## Everywhere for Everyone

We need to limit areas of coverage with known safety concerns based on industry standards and public data (e.g. dangerous zones, not supported by the post office and police).

Drivers are not safe in specific regions of our cities, causing multiple forms of serious safety incidents (i.e. theft, kidnapping, assault, etc.).

Key Internal Tensions

## Partnerships

We engage in discussions about safety head on: we aren't afraid to acknowledge that risks and hazards exist, and believe that by confronting these issues together we can better prevent them from occurring.

We believe that giving regulators the chance to hold us accountable will result in better safety outcomes.

Key Internal Tensions

2018 Uber Priorities

| **1** | **2** | **3** | **4** | **5** |
|---|---|---|---|---|
| **Stand for** Safety | **Undisputed** Rideshare **&** Delivery **service** | Innovate **to Deliver the** Lower Cost **Offering** | **Earn our** Customers' Love | **Make Uber the** Highest Performing **Team** |
| **Priorities** | | | | |
| Aspire for our Riders/Drivers to feel that Uber is the safest transportation option on the road<br><br>Set the global bar for transport safety & transparency<br><br>Be the industry leader on safety incident reduction & deliver insurance savings to customers | Work tirelessly to ensure Uber is the premier rideshare and delivery service in the US<br><br>Rebuild our reputation through actions, not words<br><br>Reimagine our relationship with customers to build genuine loyalty & preference | Create the lowest cost transport & logistics offering through tech in order to offer lowest prices<br><br>Be relentless at eliminating waste and reducing costs in order to deliver value to customers<br><br>Innovate to create a superior & more efficient marketplace | Regain trust by acting with integrity, humility & respect<br><br>Earn our customer's love through a truly differentiated product & experience, not subsidies<br><br>Strive toward zero defects to deliver seamless customer experience every time | Ensure that innovation & big bold bets remain core to our DNA<br><br>Foster a culture that celebrates differences & embraces collaboration<br><br>Invest to make Uber the best place to work for builders and innovators |
| **KPI's** | | | | |
| **Safety Incidents:** Reduce serious safety incident rate<br><br>**Safety Perception:** Increase % of gen pop & customers who believe Uber "feels safe using or buying"<br><br>**Compliance:** Full compliance in our markets | **Growth:** Win more users in US<br><br>**Service of Choice:** Increase % of US riders / drivers / eaters / restaurants who say Uber is their preferred service | **Lower Price:** Continuously lower price to consumers through innovation not subsidies<br><br>**Contribution:** Hit 2018 contribution & budget targets to ensure path to profitability<br><br>**Defect Rate:** Reduce defect rate for driver / rider & marketplace | **Brand Favorability:** Increase Uber's brand favorability among general population<br><br>**Integrity:** Increase % of gen pop & customers who agree that Uber "is a company that acts with integrity" | **Satisfaction:** Increase % of employees who are "satisfied with working at Uber"<br><br>**Impact:** Increase % of employees who believe their "work is meaningful and impactful"<br><br>**Future:** Increase % of employees who agree "I'm excited about Uber's future" |

Source: November 30th Staff Meeting Presentation

# Stand for Safety Guardrails **[WIP - DRAFT CONCEPT]**

| | Finance | Product | Ops/CommOps | Comms/Marketing | Compliance |
|---|---|---|---|---|---|
| **Guidance** | - X% of regional budget allocated<br><br>- Safety project spend has thresholds defined for approval based on dollar amount  (i.e. >$100K + RGM/ELT/ Steering)<br><br>- Central funding for Safety table stakes | - All riders verified<br><br>- Uber's marketplace should facilitate the completion of trips, not discrimination<br><br>- Set a global default for policy related product and establish exception review process | Set globally agreed minimum requirements for the following:<br>- Driver/Rider/Vehicle Info<br>- Driver/Vehicle Docs<br>- Driver/Rider Vetting<br>- Deactivation<br><br>- Global incident taxonomy | - At least 30% of regional campaigns reinforce global corporate safety vision<br>- 100% of safety-related campaigns meet language guidelines | |
| **Example(s)** | - Phone Anonymization<br>- Screening | - Driver hour limits<br>- Project frontier | - Safety Incident Policy System | - DUI | |
| **Approver** | Dennis<br>Katie | Sachin | Gus<br>Scott | Kate<br>Scott | Krishna |

# Reference Documents

Safety Sentiment Survey - Prospective Drivers Q2, 2017
Safety Sentiment Survey - Current Drivers Q2, 2017
Safety Sentiment Survey - Prospective Riders Q2, 2017
Safety Sentiment Survey - Current Riders Q2, 2017
Global Reputation Q3, 2017

CONFIDENTIAL                                                                            UBER

Reference Decks

- Driver Forward – H2 2017 Plan
- Driver Forward – 2018 Strategy and Plan [UNDER REVISION]
- [MASTER] 2018 Driver Strategy - Pillar Plans
- Safety & Insurance: Dara Overview
- Uber 2018 Priority: Stand for Safety
- Reputation Forward! – H2 2017 (WIP)
- 2018 Safety Strategy
- 2018 Safety and Insurance Strategy
- 2018 Safety & Insurance Global Brand Plan
- Business Brief: RepForward – Safety Vision
- RF 2018 | Planning Workshop Highlights 11/8-9
- 2018 NorthAm CommOps Roadmap Overview

## Stand for Safety
## Global Pillar Owner View

**Confirm Pillars**

| Theme | Pillars | HQ Support | US/CAN | EMEA | APACx | INDIA | LATAM |
|---|---|---|---|---|---|---|---|
| Compliance | Background Checks | | | | | | |
| | Documents | | | | | | |
| | Go Online | | | | | | |
| Trip Experience | Driving Safety | | **Led by Safety Product Team** Regional Leads to represent insights and business needs to Product | | | | |
| | Personal Safety | | | | | | |

# Stand for Safety
# Global Pillar Owner View

Confirm sub-pillars

| Theme | Pillar | HQ Support | US/CAN | EMEA | APACx | INDIA | LATAM |
|---|---|---|---|---|---|---|---|
| **Protections & Response** | Support | | | | | | |
| | Insurance | | | | | | |
| | Deactivations | | | | | | |
| **Safety Commitment** | External Comms | | | | | | |
| | Brand Campaigns | | | | | | |
| | Awareness & Education | | | | | | |