**UBER_JCCP_MDL_000095992**

## Metadata

| #Author | gus@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 02/05/2020 | SEMANTIC |
| #DateCreated | 02/05/2020 | SEMANTIC |
| #Title | Copy of [Internal] Uber Safety: 'We Hear You' Q1 2020 Campaign | SEMANTIC |
| Account | gus@uber.com | SEMANTIC |
| All Custodians | Fuldner, Gus | SEMANTIC |
| All Paths | Fuldner, Gus: \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_84.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_84.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000095992 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 02/05/2020 11:55 pm | SEMANTIC |
| Date Modified | 02/05/2020 11:56 pm | SEMANTIC |
| DocID | 1CpmWJwmVYEMNq9VwQE1ha3uUBQMvsPUcOfQ4jCfXg9Q | SEMANTIC |
| End Family | UBER_JCCP_MDL_000096060 | SEMANTIC |
| File Path | \JCCP-EDISCO-23800_2019_to_2021\JCCP-EDISCO-23800_2019_to_2021_84.zip | SEMANTIC |
| File Size | 46456245 | SEMANTIC |
| Filename | Copy of -Internal- Uber Safety- -We Hea_1CpmWJwmVYEMNq9VwQE1ha3uUBQMvsPUcOfQ4jCfXg9Q.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hash Value | ad9f2c3b85602321e7e76cba2d42e7cc | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000095992;UBER_JCCP_MDL_000095993;UBER_JCCP_MDL_000095994;UBER_JCCP_MDL_000095995;UBER_JCCP_MDL_000095996;UBER_JCCP_MDL_000095997;UBER_JCCP_MDL_000095998;UBER_JCCP_MDL_000095999;UBER_JCCP_MDL_000096000;UBER_JCCP_MDL_000096001;UBER_JCCP_MDL_000096002;UBER_JCCP_MDL_000096003;UBER_JCCP_MDL_000096004;UBER_JCCP_MDL_000096005;UBER_JCCP_MDL_000096006;UBER_JCCP_MDL_000096007;UBER_JCCP_MDL_000096008;UBER_JCCP_MDL_000096009;UBER_JCCP_MDL_000096010;UBER_JCCP_MDL_000096011;UBER_JCCP_MDL_000096012;UBER_JCCP_MDL_000096013;UBER_JCCP_MDL_000096014;UBER_JCCP_MDL_000096015;UBER_JCCP_MDL_000096016;UBER_JCCP_MDL_000096017;UBER_JCCP_MDL_000096018;UBER_JCCP_MDL_000096019;UBER_JCCP_MDL_000096020;UBER_JCCP_MDL_000096021;UBER_JCCP_MDL_000096022;UBER_JCCP_MDL_000096023;UBER_JCCP_MDL_000096024;UBER_JCCP_MDL_000096025;UBER_JCCP_MDL_000096026;UBER_JCCP_MDL_000096027;UBER_JCCP_MDL_000096028;UBER_JCCP_MDL_000096029;UBER_JCCP_MDL_000096030;UBER_JCCP_MDL_000096031;UBER_JCCP_MDL_000096032;UBER_JCCP_MDL_000096033;UBER_JCCP_MDL_000096034;UBER_JCCP_MDL_000096035;UBER_JCCP_MDL_000096036;UBER_JCCP_MDL_000096037;UBER_JCCP_MDL_000096038;UBER_JCCP_MDL_000096039;UBER_JCCP_MDL_000096040;UBER_JCCP_MDL_000096041;UBER_JCCP_MDL_000096042;UBER_JCCP_MDL_000096043;UBER_JCCP_MDL_000096044;UBER_JCCP_MDL_000096045;UBER_JCCP_MDL_000096046;UBER_JCCP_MDL_000096047;UBER_JCCP_MDL_000096048;UBER_JCCP_MDL_000096049;UBER_JCCP_MDL_000096050;UBER_JCCP_MDL_000096051;UBER_JCCP_MDL_000096052;UBER_JCCP_MDL_000096053;UBER_JCCP_MDL_000096054;UBER_JCCP_MDL_000096055;UBER_JCCP_MDL_000096056;UBER_JCCP_MDL_000096057;UBER_JCCP_MDL_000096058;UBER_JCCP_MDL_000096059;UBER_JCCP_MDL_000096060 | SEMANTIC |
| ILS Document Date | 02/05/2020 | SEMANTIC |
| ILS Prod Date | 8/19/2024 | SEMANTIC |
| ILS Prod Vol | Vol039 | SEMANTIC |
| Other Custodians | Fuldner, Gus | SEMANTIC |
| Primary Date | 02/05/2020 11:55 pm | DOC_TYPE_ALIAS |
| Production Volume | Vol039; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 02/05/2020 11:56 pm | SEMANTIC |
| SourceHash | ee93efc99e8f97955187bb85141b0760 | SEMANTIC |



Trial Exhibit No.
**P-00711**

# 'We Hear You'*

US&C Q1
Safety Campaign

## Launch: February 17th, 2020

Uber

*Campaign formerly known as Phase 2.

CONFIDENTIAL

UBER000116091
UBER_JCCP_MDL_000095992

Contents
Sections are hyperlinked below

**01** Overview
**02** Media & Channels
**03** Creative
**04** Appendix





# 01. Overview

## Campaign Parameters



| Objective | In the wake of the Safety Report, continue to reassure primarily female riders that Uber is committed to their safety by directly addressing top of mind concerns. | |
| --- | --- | --- |
| Audience and KPIs | **Targets**<br>*Primary:* Women 18-34 Active Riders (30% of active rider base)<br>*Secondary:* Rest of Active Riders<br>*Tertiary:* Key Opinion Formers, Female Culture Shapers | **KPIs: \***<br>**Campaign should contribute to:**<br>+5pts Commitment to Safety<br>+15-20ppt Safety Feature awareness |
| Channel and budget allocation | **Media Budget: $3.8M**<br>**Markets:** NYC, SF, DC, LA, SEA, CHI, MIA, BOS, TOR, DAL, AUS, ATL, SAC, POR, DEN | **Paid Channels:** Paid social, programmatic video + display, full episode players, streaming audio<br><br>**Owned Channels: In-app,** Organic Social (Twitter, IG) |
| Timeline | **January 1:** Q4 Active Rider campaign extension ("Your Safety Drives Us")<br><br>**February 17:** "Your Safety Drives Us" paused<br>"We Hear You" campaign launch. | **March 31:** Current campaign end, potential extension into April T.B.D. (*pending Q2 Safety plan*) |

\*2020 KPIs currently being aligned with S&I and Marketing.

CONFIDENTIAL

## Team and stakeholders

**Responsible**

Andrew Moon, Safety Brand

Carley Lake, Safety Brand
Gracie Childress, Performance/Media
Dan Hennessey, Brand & Design
Nima Ramazan-Nia, Safety Brand
Joanna Shujman, Safety MCR
Otto Linwood III, Creative
Chris Jackson, Owned Social
Maddie Hallett, Owned Social

**Accountable**

Taj Alavi, Brand
Jerome Austria, Creative
Travis Freeman, Global Media

Thomas Ranese, VP Marketing

**Consulted**

Nick Silver, Safety PMM
Sachin Kansal, Safety Product
Jodi Page, Safety Comms
Amos Davis, Safety Legal
Celi Hubbard, CAN Marketing
Jane Pollack, Marketing Legal
Kelly Kwan, CAN Legal

**Informed**

Jenny Avalon, US/C Marketing
Laura Jones, Head of PMM
Gus Fuldner, Safety & Insurance

## Creative by Wieden & Kennedy, Amsterdam

CONFIDENTIAL

UBER000116095
UBER_JCCP_MDL_000095996

# 02.
# Media & Channels

UBER000116096
UBER_JCCP_MDL_000095997



CONFIDENTIAL

UBER000116097
UBER_JCCP_MDL_000095998



## 02a.
## Paid media plan

CONFIDENTIAL

UBER000116098
UBER_JCCP_MDL_000095999



CONFIDENTIAL

UBER000116099
UBER_JCCP_MDL_000096000



1/17 revisions to plan, based on Safety Report research findings:
Target audience broadened to include all Active Riders
Primary: Active Riders, W18-34
Secondary: Active Riders, all
Tertiary: KOF, FCS

Maintained strong R/F levels (95% / 41.4x) against Female Rider segment, while increasing reach against all Active Riders by 178%. Trade off:
KOF reach declined by 19%; frequency declined by 24%
FCS reach declined by 33%; frequency declined by 26%

UBER000116100
UBER_JCCP_MDL_000096001

## Q1 Projected Reach/Frequency by Phase

| Target | Q4 Extension - YSDU (1/1 - 2/16) | "We Hear You" (Ph. 2) (2/17 - 3/29) | Total Q1 2020 (1/1 - 3/29) |
|---|---|---|---|
| W18 34 Active Rider | 78%/14.3 | 95%/41.4 | **95%/52.6** |
| Active Rider | 66%/11.1 | 75%/19.3 | **83%/ 26.2** |
| KOF | 18%/12.7 | 46%/12 | **50%/15.5** |
| FCS | 11%/10.1 | 39%/ 12.8 | **40%/15.4** |

*Source - Nielsen Media Impact

**M**

AKQA to update impressions and budgets

CONFIDENTIAL

UBER000116101
UBER_JCCP_MDL_000096002

## Channel Details

| Channel | Rationale | Partners | Targeting | Budget | Impressions |
|---|---|---|---|---|---|
| Paid Social | Drive cost-efficient reach, at scale, across social platforms that skew heavily against the core female audience. Max out nationally against 1P Female Riders [18-34] and expand messaging to all Active Riders | Facebook Twitter Snapchat | -National: 1st party Female 18-34 Riders; 1st part all Active Riders | $937,350 | 171,901,800 |
| Programmatic Video & YouTube | Utilize Programmatic video and YouTube for video-everywhere approach, maximizing exposure across screens. Include PMP deals to heavy up against female audience within premium content environments. Maximize video reach efficiency to ensure recall amongst all target audiences | DV360 YouTube | -National: 1st party Female 18-34 Riders;  1st part all Active Riders - Local: Contextual and behavioral targeting to reach FCS; occupational data to reach KOFs | $1,175,145 | 92,511,676 |
| Programmatic Display | Build efficient reach through contextual alignments and 1st party audiences. Activate PMP deals to heavy up against female audience in premium environments. Activate nationally against 1PD audiences and in key markets against others | DV360 | -National: 1st party Female 18-34 Riders;  1st part all Active Riders - Local: Contextual and behavioral targeting to reach FCS; occupational data to reach KOFs | $355,588 | 62,383,859 |
| FEP | Capitalize on attention in premium, broadcast-like environment by partnering with highest reaching ad-supported streaming service. Supplement with targeted programmatic buy to reach all Active Riders while viewing long-form content on Roku, Amazon, and Hulu. Deliver message across connected TV, desktop, and mobile platforms. | Hulu TheTradeDesk (programmatic buys on Roku, Hulu, Amazon) | -National: 1st party Female Riders; 1st party all Active Riders - Local: Contextual alignment within genres that index highest against W18-34 (Comedy, Drama) | $1,159,236 | 37,055,590 |
| Streaming Audio | Leverage high reaching, targeted audio platforms as additional touchpoints to deliver safety message via non-skippable formats. Activate programmatic audio deals to deliver targeted 1st party Rider audiences. | Spotify Pandora Programmatic PMPs | -National: 1st party Female 18-34 Riders (heavy-up); 1st part all Active Riders | $162,500 | 10,833,333 |
| **Total** | | | | **$3,839,820** | **363,469,493** |

UBER000116102
UBER_JCCP_MDL_000096003



CONFIDENTIAL

UBER000116103
UBER_JCCP_MDL_000096004

# 02b.
# Owned channel plan

CONFIDENTIAL

UBER000116104
UBER_JCCP_MDL_000096005



## In-App Plan: leveraging inventory to maximize feature message impressions

Ring surfaces will be used to ensure campaign paid feature messages are amplified in the app, and seen by **up to 33.1M US active riders.**

- **Objective:** Driving awareness of 4 safety features highlighted in "We Hear You" safety campaign
- **Mechanics:**
  - Rider enters "safety message funnel" *after* seeing priority (tier 0-2) revenue-driving messages
  - Driver Screening (priority feature) shown first in funnel and capped higher at 3x impressions
  - After reaching message impression cap, rider will begin to see the next feature message
- **Audience:** Active US Riders from 2/17-3/29
  - Up to **33.1M riders** reached in funnel and will see first message
  - Up to **8.6M riders** will complete the full funnel see all 8 messages

*(Timeline: Feb 17 to Mar 29)*
- "We Hear You" Safety Campaign
- Ring In-App Messages
- Priority: X-Sell & Upsell Driving Messages
- Safety Feature Awareness Funnel
  1. Driver Screening awareness (3x impression)
  2. Emergency Button awareness (2x impression)
  3. RideCheck awareness (2x impression)
  4. 24/7 Support awareness (1x impression)

Ranked according to business logic & served on a personalized/contextual basis to maximize EV

CONFIDENTIAL

UBER000116105
UBER_JCCP_MDL_000096006





# Owned Organic Social Plan - @uber

Content calendar
Social Plan

**Audience and Objective**

**Objective:**
Increase awareness and product education to a global audience.

Functionally, the social team will partner with SORT, Media Intelligence and regional teams on crisis planning.

**Audience:**
@uber Tweets and Instagram Stories are organic, meaning that we cannot control who sees them. Percentage of US followers is 37% on Twitter and 19% on Instagram.

**Channel & Crisis strategy**

**Content**
**Twitter:** Incorporate Phase 2 Creative into @uber's daily beat of news over the 4 week campaign period.

**Instagram Stories:** Share snackable, interactive videos to @uber and save in Instagram highlight.

**Care**
**SORT:** Prepare feature-specific FAQs, especially on driver screening.

**Social-Escalations:** Prepare Brandwatch alerts and brief Safety Comms on escalation criteria on Phase 2 assets.

**Timeline**

**February 17:** Campaign Launch - Driver Screening (GS & TW)

**February 24:** Campaign - Emergency Button (GS & TW)

**March 2:** Campaign - RideCheck (GS & TW)

**March 9:** Campaign - 24/7 Support (GS & TW)

CONFIDENTIAL

UBER000116107
UBER_JCCP_MDL_000096008



# 03. Creative

CONFIDENTIAL

UBER000116108
UBER_JCCP_MDL_000096009



# Social

In-feed Twitter 1:1
In-feed IG 4:5
In-feed FB 4:5
Thumbnails 4:5
Stories IG/FB 9:16
Stories Snapchat 9:16
In-stream IG/FB 16:9
Thumbnails 16:9

Wieden + Kennedy  |  Uber

19

CONFIDENTIAL

UBER000116109
UBER_JCCP_MDL_000096010



CONFIDENTIAL

UBER000116110
UBER_JCCP_MDL_000096011

**Twitter In-feed 1:1**

**24/7 Support**

**POST COPY (PAID):**
With Uber's 24/7 support team, we're always a tap, click or a call away. Learn more about the ways we're working to make ridesharing safer.

**CTA button:**
Learn more

**URL:**
www.uber.com/safety

**POST COPY (ORGANIC):**
With our 24/7 support team, we're always a tap, click or a call away. It's just one of the ways we're working to make ridesharing safer. Learn more at uber.com/safety.



CONFIDENTIAL

UBER000116111
UBER_JCCP_MDL_000096012

**Twitter In-feed 1:1**

**Driver Background Checks**

**POST COPY (PAID):**
When you ride with Uber, all drivers are background checked before their first ride and screened on an ongoing basis. Learn more about how we're helping keep you safe.

**CTA button:**
Learn more

**URL:**
www.uber.com/safety

**POST COPY (ORGANIC):**
When you ride with Uber, all drivers are background checked before their first ride and screened on an ongoing basis.  It's just one of the ways we're helping keep you safe. Learn more at uber.com/safety.



CONFIDENTIAL

UBER000116112
UBER_JCCP_MDL_000096013

**Twitter In-feed 1:1**

**Emergency Assistance**

**POST COPY (PAID):**
We put an Emergency Button in our app that quickly connects both riders and drivers to 911 if you need urgent help. It's just one of the ways we're working to make ridesharing safer.

**CTA button:**
Learn more

**URL:**
www.uber.com/safety

**POST COPY (ORGANIC):**
We put an Emergency Button in our app that quickly connects both riders and drivers to 911 if you need urgent help. It's just one of the ways we're working to make ridesharing safer.
Learn more at uber.com/safety.



**Twitter In-feed 1:1**

**RideCheck**

**POST COPY (PAID):**
Now with RideCheck, we can help detect if your trip has an unexpected stop and provide tools to get help. Learn more about how we're helping keep you safe.

**CTA button:**
Learn more

**URL:**
www.uber.com/safety

**POST COPY (ORGANIC):**
Now with RideCheck, we can help detect if your trip has an unexpected stop and provide tools to get help. It's just one of the ways we're helping keep you safe. Learn more at uber.com/safety. Available in the US and rolling out to cities globally.



CONFIDENTIAL

UBER000116114
UBER_JCCP_MDL_000096015

**Instagram In-feed 4:5**

**24/7 Support**

**POST COPY (PAID):**
With Uber's 24/7 support team,
we're always a tap, click or a call
away. Learn more about how we're
helping keep you safe.

**CTA button:**
Learn more

**URL:**
www.uber.com/safety



**Instagram In-feed 4:5**

**Driver Background Checks**

**POST COPY (PAID):**
When you ride with Uber, all drivers
are background checked before
their first ride and screened on an
ongoing basis.

**CTA button:**
Learn more

**URL:**
www.uber.com/safety



CONFIDENTIAL

UBER000116116
UBER_JCCP_MDL_000096017

**Instagram In-feed 4:5**

**Emergency Assistance**

**POST COPY (PAID):**
We put an Emergency Button in the Uber app that quickly connects you to 911 if you need urgent help. Learn more.

**CTA button:**
Learn more

**URL:**
www.uber.com/safety



CONFIDENTIAL

UBER000116117
UBER_JCCP_MDL_000096018

**Instagram In-feed 4:5**

**RideCheck**

**POST COPY (PAID):**
Now with RideCheck, we can help detect if your trip has an unexpected stop and provide tools to get help. Learn more.

**CTA button:**
Learn more

**URL:**
www.uber.com/safety



UBER000116118
UBER_JCCP_MDL_000096019

**Facebook In-feed 4:5**

**24/7 Support**

**POST COPY (PAID):**
With Uber's 24/7 support team, we're always a tap, click or a call away. Learn more about how we're helping keep you safe.

**Link Headline:**
Our commitment to safety (TBD)

**CTA button:**
Learn more

**URL:**
www.uber.com/safety



UBER000116119
UBER_JCCP_MDL_000096020



**Facebook In-feed 4:5**

**Driver Background Checks**

**POST COPY (PAID):**
When you ride with Uber, all drivers
are background checked before
their first ride and screened on an
ongoing basis.

**Link Headline:**
Our commitment to safety (TBD)

**CTA button:**
Learn more

**URL:**
www.uber.com/safety

UBER000116120
UBER_JCCP_MDL_000096021

**Facebook In-feed 4:5**

**Emergency Assistance**

**POST COPY (PAID):**
We put an Emergency Button in the Uber app that quickly connects you to 911 if you need urgent help. Learn more.

**Link Headline:**
Our commitment to safety (TBD)

**CTA button:**
Learn more

**URL:**
www.uber.com/safety



UBER000116121
UBER_JCCP_MDL_000096022

P-00711.00032

**Facebook In-feed 4:5**

**RideCheck**

**POST COPY (PAID):**
Now with RideCheck, we can help detect if your trip has an unexpected stop and provide tools to get help. Learn more.

**Link Headline:**
Our commitment to safety (TBD)

**CTA button:**
Learn more

**URL:**
www.uber.com/safety



UBER000116122
UBER_JCCP_MDL_000096023



CONFIDENTIAL

UBER000116123
UBER_JCCP_MDL_000096024

**IG + FB Stories 9:16 (3-story ad)**
**24/7 Support**
*3 separate video files will be delivered



CONFIDENTIAL

UBER000116124
UBER_JCCP_MDL_000096025



CONFIDENTIAL

UBER000116125
UBER_JCCP_MDL_000096026



CONFIDENTIAL

UBER000116126
UBER_JCCP_MDL_000096027



CONFIDENTIAL

UBER000116127
UBER_JCCP_MDL_000096028



**Snapchat Stories 9:16 (3-story ad)**

**24/7 Support**

*includes audio w/ VO

*3 separate video files will be delivered

CONFIDENTIAL

UBER000116128
UBER_JCCP_MDL_000096029



CONFIDENTIAL

UBER000116129
UBER_JCCP_MDL_000096030



CONFIDENTIAL

UBER000116130
UBER_JCCP_MDL_000096031



CONFIDENTIAL

UBER000116131
UBER_JCCP_MDL_000096032



CONFIDENTIAL

P-00711.00043

UBER000116132
UBER_JCCP_MDL_000096033



CONFIDENTIAL

UBER000116133
UBER_JCCP_MDL_000096034



CONFIDENTIAL

UBER000116134
UBER_JCCP_MDL_000096035



CONFIDENTIAL

UBER000116135
UBER_JCCP_MDL_000096036



CONFIDENTIAL

UBER000116136
UBER_JCCP_MDL_000096037



CONFIDENTIAL

UBER000116137
UBER_JCCP_MDL_000096038



CONFIDENTIAL

UBER000116138
UBER_JCCP_MDL_000096039



CONFIDENTIAL

UBER000116139
UBER_JCCP_MDL_000096040



CONFIDENTIAL

UBER000116140
UBER_JCCP_MDL_000096041



CONFIDENTIAL

UBER000116141
UBER_JCCP_MDL_000096042

# Display Banners

Motion Banners
Static Banners

CONFIDENTIAL

UBER000116142
UBER_JCCP_MDL_000096043

P-00711.00053



CONFIDENTIAL

P-00711.00054

UBER000116143
UBER_JCCP_MDL_000096044



CONFIDENTIAL

UBER000116144
UBER_JCCP_MDL_000096045



CONFIDENTIAL

UBER000116145
UBER_JCCP_MDL_000096046



CONFIDENTIAL

UBER000116146
UBER_JCCP_MDL_000096047





CONFIDENTIAL

P-00711.00059

UBER000116148
UBER_JCCP_MDL_000096049







UBER000116151
UBER_JCCP_MDL_000096052



CONFIDENTIAL

UBER000116152
UBER_JCCP_MDL_000096053



# Streaming Audio

Streaming Audio ads
Static companion banners

Wieden + Kennedy  |  Uber

63

CONFIDENTIAL

UBER000116153
UBER_JCCP_MDL_000096054





**Streaming Audio**
**Driver Background Checks**

SCRIPT:

"Does Uber let anyone drive?"

No, not exactly.

When you ride with Uber, every driver is put through a rigorous background check and ongoing screenings to review their driving and criminal history.

Learn more at uber.com/safety

*Note: There was a discussion on just "No." however adding not exactly adds a more friendlier tone and alludes to the feature explanation that follows.*

**Companion Banners**
**Driver Background Checks**

UBER000116155
UBER_JCCP_MDL_000096056



**Streaming Audio**
**Emergency Assistance**

SCRIPT:

"Where can I get help if I don't feel safe during my Uber ride?"

At your fingertips.

The Uber app has an Emergency Button that puts drivers and riders through to 911 in seconds.

Learn more at uber.com/safety

**Companion Banners**
**Emergency Assistance**

300x250

Our app has an Emergency Button that puts drivers and riders through to 911 in seconds.

Uber
Learn more at uber.com/safety

640x640

Our app has an Emergency Button that puts drivers and riders through to 911 in seconds.

Uber
Learn more at uber.com/safety

300x600

Our app has an Emergency Button that puts drivers and riders through to 911 in seconds.

Uber
Learn more at uber.com/safety

CONFIDENTIAL

UBER000116156
UBER_JCCP_MDL_000096057



**Streaming Audio**
**RideCheck**

**SCRIPT:**

"What if my Uber ride makes an unexpected stop?"

We've got you.

Uber's RideCheck technology helps detect if an unusual stop happens, so we can check in and provide the tools if you need to get help.

Learn more at uber.com/safety

**Companion Banners**
**RideCheck**

300x250

Our RideCheck technology helps detect if an unusual stop happens, so we can check in and provide the tools if you need to get help.

Uber
Learn more at uber.com/safety

640x640

Our RideCheck technology helps detect if an unusual stop happens, so we can check in and provide the tools if you need to get help.

Uber
Learn more at uber.com/safety

300x600

Our RideCheck technology helps detect if an unusual stop happens, so we can check in and provide the tools if you need to get help.

Uber
Learn more at uber.com/safety

CONFIDENTIAL

UBER000116157
UBER_JCCP_MDL_000096058



# 04. Appendix

CONFIDENTIAL

UBER000116158
UBER_JCCP_MDL_000096059



CONFIDENTIAL

UBER000116159
UBER_JCCP_MDL_000096060