# UBER_JCCP_MDL_000122325

## Metadata

| | | |
|---|---|---|
| **#Author** | banthony@uber.com | SEMANTIC |
| **#Date Modified** | 05/05/2021 | SEMANTIC |
| **#DateCreated** | 11/05/2019 | SEMANTIC |
| **#Title** | A/C Privilege - Safety Report ELT-Pre-brief | SEMANTIC |
| **Account** | brooke.anderson@uber.com; | SEMANTIC |
| **All Custodians** | Anderson, Brooke;Chang, Frank;Fuldner, Gus;Hazelbaker, Jill;Kawada Page, Jodi;Khosrowshahi, Dara;Maredia, Sarfraz;McDonald, Katy;Sheridan, Danielle; | SEMANTIC |
| **All Paths** | Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_18.zip; Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_18.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_53.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_53.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2021_ApriltoJune\JCCP-EDISCO-23800_2021_ApriltoJune_23.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2021_ApriltoJune\JCCP-EDISCO-23800_2021_ApriltoJune_23.zip; Hazelbaker, Jill: \JCCP_EDISCO-23992_DriveJill\JCCP_EDISCO-23992_DriveJill_14.zip; Hazelbaker, Jill: \JCCP_EDISCO-23992_DriveJill\JCCP_EDISCO-23992_DriveJill_14.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_102.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_102.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Kawada Page, Jodi: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Khosrowshahi, Dara: \JCCP_EDISCO-23992_DriveDK\JCCP_EDISCO-23992_DriveDK_17.zip; Khosrowshahi, Dara: \JCCP_EDISCO-23992_DriveDK\JCCP_EDISCO-23992_DriveDK_17.zip; Maredia, Sarfraz: \Maredia, Sarfraz\EDISCO-25493_sarfraz@uber.com_NEW_22.zip; Maredia, Sarfraz: \Maredia, Sarfraz\EDISCO-25493_sarfraz@uber.com_NEW_22.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_102.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_102.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_2.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_2.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_1.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2021_ApriltoJune\JCCP-EDISCO-23800_2021_ApriltoJune_23.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2021_ApriltoJune\JCCP-EDISCO-23800_2021_ApriltoJune_23.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_3.zip | SEMANTIC |
| **Application** | Microsoft 2007 Word Document | SEMANTIC |
| **Attachment Names** | word | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000122325 | SEMANTIC |
| **Collaborators** | twest@uber.com; mac@uber.com; dk@uber.com; jill@uber.com; handley@uber.com; abyrne@uber.com; jodi.page@uber.com; sarfraz@uber.com; jvh@uber.com; frank@uber.com; pierre@uber.com; gus@uber.com; kmcdonald@uber.com; dportugal@uber.com; kwaitzman@uber.com; brooke.anderson@uber.com; kallman@uber.com; sbryson@uber.com; binnings@uber.com; nchai@uber.com; rujutagandhi@uber.com; eric.schroeder@uber.com; nilles@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 11/05/2019 6:48 pm | SEMANTIC |
| **Date Modified** | 05/05/2021 11:40 pm | SEMANTIC |
| **DocID** | 13OXM5m8ZRpdxqvUj32JojEPpcpdazlS_eDJskXNJ70k | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000122325 | SEMANTIC |
| **File Path** | \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_18.zip | SEMANTIC |
| **File Size** | 256661 | SEMANTIC |
| **Filename** | A-C Privilege - Safety Report ELT-Pre-brief_13OXM5m8ZRpdxqvUj32JojEPpcpdazlS_eDJskXNJ70k.docx | SEMANTIC |
| **GoogleDocumentType** | DOCUMENT | SEMANTIC |
| **Hash Value** | bd253a46745b9106b197b3308a123f25 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000122325;UBER_JCCP_MDL_000122325.0001;UBER_JCCP_MDL_000122325.0002 | SEMANTIC |
| **ILS Document Date** | 05/05/2021 | SEMANTIC |

Trial Exhibit No.
**P-00736**

P-00736.00001

| | | |
|---|---|---|
| **ILS Prod Date** | 1/2/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL055 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000130958; UBER_JCCP_MDL_000564743; UBER_JCCP_MDL_001261619; UBER_JCCP_MDL_001619255; UBER_JCCP_MDL_001743666; UBER_JCCP_MDL_001743667; UBER_JCCP_MDL_003220872; UBER_JCCP_MDL_003340524; UBER_JCCP_MDL_003341319 | SEMANTIC |
| **Other Custodians** | Fuldner, Gus;Hazelbaker, Jill;Kawada Page, Jodi;Khosrowshahi, Dara;McDonald, Katy;Sheridan, Danielle;Anderson, Brooke;Chang, Frank;Maredia, Sarfraz; | SEMANTIC |
| **Primary Date** | 11/05/2019 6:48 pm | DOC_TYPE_ALIAS |
| **Production Volume** | UBER023;JCCP_MDL055; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 05/05/2021 11:40 pm | SEMANTIC |
| **SourceHash** | 45073e6510ffa8caacbb4b440220b63a | SEMANTIC |

This memo is meant to provide you context into some of the working group's key decisions and historical background on the drafting process to help guide you in your draft review. The information is organized by corresponding chapter in the safety report. Market research findings are at the end.

## Safety Investments

*Overview:* According to market research, and reviews of other similar safety reports, Uber should couple the published data on safety incidents with concrete actions we are taking to address and prevent these incidents. This section of the safety report is intended to communicate the investments we've made in 2018 and 2019 to improve safety, including product features, improved driver screening process, an in-depth look into how we investigate and take action on reports of sexual assault, and our various prevention campaigns/initiatives.

*Tone:* This section of the report is intended to be consumer-centric -- as if segments could be lifted and placed directly in consumer marketing. The tone is accessible, relatable, and humble yet intended to be compelling and persuasive. It aims to convey how seriously we take these investments in user safety.

*Content/What's covered & why?:*
- **New details disclosed on our safety portfolio:** While some of these investments we've talked about publicly, others we will address for the first time or in much more depth than previously (e.g., our logic for sexual assault deactivations).
- **Content is very detailed:** Frank Luntz's research suggests that details on our investments will help offset the published data, which some might otherwise criticized for "not being transparent enough," by almost overwhelming the reader with all we're doing.
- **Sexual assault deactivation data:** We are only disclosing data for SA deactivations for the specific incidents we're reporting in the report.
- **Data on failed BGCs:** We've decided to include specific BGC data points to demonstrate the efficacy of our background checks.
- **Prevention steps:** To address expected criticism from advocates that we don't do enough on primary prevention of incidents, the draft prominently highlights our Community Guidelines and ongoing prevention initiatives.
- **Providing "Why" statements:** Frank Luntz recommended we tie statements back to *why* we created each feature (customer feedback/requests, expert consultation) as much as possible.
- **Detailing DACT & mitigating regulatory requests:** The language to explain our deactivation process was *heavily discussed* to mitigate business risk. We've decided to refer to this as "an approach" rather than a system, policy, or named standard to lessen the chance for regulator requests for documentation.
- **Actioning sexual misconduct reports:** Because sexual misconduct incidents are not going to be published in the report, we must be incredibly clear that we still take action on all sexual misconduct. Addressing this will preempt questions from advocates.

*What's not covered & why?*
- No testing/pilot programs (e.g., dashcams, S-RAD)
- No product/features not live in US
- Specifics on the notations system (could be characterized as a "strike system") that the DACT team uses to evaluate multiple SA/SM reports. Instead, we are highlighting what will garner the strongest advocate belief and support, such as victim statements and the avoidance of "conclusivity, corroboration, and credibility"
- More specific data points on SA/SM deactivations (e.g. total # we've deactivated).

## Methodology

*Overview:* It's incredibly important this report will be seen as a credible data analysis product. This section is intended to serve as a defense and proactive response to critics who will question the integrity of the report. It captures, in precise detail, the techniques and standards we used to compile the data for this report. It walks the reader through the chronology of safety data at Uber. We also define what is considered in and out of scope for this report (i.e. what is "Uber-related"). The primary audience for this section is academics, researchers, and data-literate advocates that want to verify the accuracy and reliability of our data.

*Tone:* The tone of this section was agreed by the stakeholder group to **remain sophisticated, technical, rigorous, academic-leaning, and straight-forward.** The group's strong view was that, here, if we try to hedge/soften our language, use watered-down "plain English", or introduce too much "emotional" or "mission-driven" language, we will lose credibility. As such, this section is not meant to be palatable or largely consumable by an average user. However, we attempted to strike a necessary balance between technical/academic language, while realizing that the content will also need to be consumed by mainstream journalists.

*Content/What's covered & why?:*
- **Importance of data quality:** A heavy focus is on our extensive and rigorous data auditing system and how it contributed to the data we opted to publish, since:
  - It provides a quantitative measure for quality
  - It provides justification on why this report has taken time to prepare
  - It will be what will set us apart from any competitor who attempts to release a report with half-baked data quality; in discussions with other companies, our investment in data quality is clearly a differentiator.
- **Methodology by incident type:** We acknowledge some redundancy. Internal stakeholders believed this to be the most consumable approach.
- **Data limitations**: Academics, research elites, advocates, etc. will expect this chapter to have the necessary hallmarks of a traditional methodology (e.g. being up-front about limitations).
- **Explanation for chosen data:** This is particularly important for SA. It's critical to detail the factors we considered when choosing data categories for this report and to highlight the difficulties in standardization.
- **Adherence to established standards (motor):** Road safety advocates will expect us to adhere to the long-standing standards established by the federal government for counting motor fatalities.
- **Uber-related examples:** Advisors made it clear that concrete examples are the clearest way to understand the complexity of what is in scope for the report. This is critical for journalists who may try to connect any Uber-related headline to the platform.

*What's not covered & why?*
- Examples depicting the more severe incidents. We intentionally made sure examples were less descriptive, as to not distract the reader. Examples were chosen in heavy consultation with Comms and Insurance Litigation.

## Uber Scale
*Overview:* This section is intended to be a single infographic containing business data (e.g. number of trips, miles, and customer support request data) to give necessary context for the incident data.

*Tone:* N/A - This should be visually scannable and quickly digestible.

*Content/What's covered & why?:* The data points have been approved by [Keir Gumbs](#), [Carolyn Mo](#), [Kent Schofield](#), and [Emily Maher Reuter](#).

> # REDACTED - PRIVILEGED

## Data Insights
*Overview:* This is the full read-out for the critical safety incident data (sexual assault, motor fatalities, and fatal physical assaults) shown in the Data Insights chapter of the safety report.

*Tone:* The tone is intentionally clinical, somewhat distant, and very heavy on the data analysis (i.e. "just the facts"). However, we still must recognize this section is giving voice to the painful experiences of affected users, so we must be mindful to remain somewhat somber, humble, and survivor/victim-centered. While some emotional language is peppered throughout, in general we decided this type of language was more appropriate for the Introduction.

*Content/What's covered & why?:*
- **Specific terminology used:** Data Insights is backed by a taxonomy, which outlines unwanted experiences using specific and precise language. The draft reflects those experiences with the same level of specificity. The

- language is intentionally not salacious, and using hedging language would jeopardize the integrity of the taxonomy.
- **SA Categories:** As outlined in Gus's email on October 7th, we've included the five most serious categories of sexual assault. This decision was already communicated to select advocates, including the Safety Advisory Board and NSVRC/Urban Institute, and changing this would undermine NSVRC/Urban Institute's statement of validation.
- **Data by Reporting Party for SA:** Most readers will assume all incidents are perpetrated by drivers (see Q20 on Frank Luntz' survey), despite data indicating otherwise. The working group aligned to include "Reporting Party" data to shed light on this false assumption (see here for more detail on the decision process). As part of their validation of the report, we anticipate the NSVRC/Urban to formally recommend including data by reporting party in the report as well.
- **Absolute #s and Rates:** We publicly pledged to release absolute counts of incidents, but market research showed that providing them in context with Uber's scale is crucial. Three different formats (rate, percentage, & frequency) are used to illustrate rarity, as research indicated no one format is best understood.
- **REDACTED - PRIVILEGED**
- **SA category descriptions:** Because the taxonomy will be new to most readers, the working group decided to include examples to provide an accurate picture of these incidents. This provides the reader context on the category size and will prevent people from assuming the worst.
- **Survivor-centered data (where possible):** Standard reporting practice for SA tends to focus on victim and gender data. To align to these standards, we included this data where we could (e.g., for Non-Consensual Sexual Penetration).
- **Sexual assault deactivation data**: We aligned on only disclosing data for NCSP deactivations for the specific incidents included in the report.
- **2019 SA estimates:** This was communicated to the working group as a specific request from Dara to show continued YoY rate decreases.
- **Direct comparisons to national motor fatality data:** To align with governmental standards, we reconciled our fatal crashes to the FARS dataset in order to make a direct comparison. The language used is factual, deliberately avoiding commentary that would suggest firmly a favorable comparison.
- **Motor data points:** The motor data points highlighted (work zone, land use, speed limit, etc) were prioritized based on what road safety advocates care most about.

*What's not covered & why?*
- **Remaining SA categories:** Rationale for not including further categories is explained in the Methodology.
- **Gender (aside from NCSP):** Gender data for both reporting parties on all categories is not available.
- **Uber trip details:** The working group believed these data points do not add substantial value to the narrative, especially when considering the risks of media "spins" (e.g. "UberX is more dangerous than Pool").
- **Time of day/Day of week:** There may be negative business impact by discouraging users from using the app during weekend evenings. This was less of a concern for car crashes since there are external environmental factors at play (i.e. more drunk drivers on the road).
- **Alcohol-impaired, distracted, drowsy driving, etc. for Motor:** FARS admits this data isn't the best quality. Therefore, we were not confident in relying on the data in this report.
- **Additional detail on fatal physical assaults:** Due to the small dataset, any slice of data would have created a subset of data that could potentially identify a specific incident.

## Other Resources / Market Research
- Early 2019 marketing research on safety report (link)
- Readout from Tina Tchen review sessions (link)
- Initial recommendations from Frank Luntz, based on consumer focus groups (link)
- Rider survey results (Frank Luntz consumer survey) (link)
- Second round of recommendations from Frank Luntz, based on driver focus groups (link)