# UBER_JCCP_MDL_000131396

## Metadata

| | | |
|---|---|---|
| **Account** | gus@uber.com | SEMANTIC |
| **All Custodians** | Fuldner, Gus | SEMANTIC |
| **All Paths** | Fuldner, Gus: \Multi Custodian Gmail\EDISCO-23472_Gmail-45.zip\EDISCO-23472_Gmail--gus@uber.com-xgqOqJ.mbox; Fuldner, Gus: \Multi Custodian Gmail\EDISCO-23472_Gmail-45.zip\EDISCO-23472_Gmail--gus@uber.com-xgqOqJ.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000131396 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 02/26/2019 6:39 pm | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000131397 | SEMANTIC |
| **File Path** | \Multi Custodian Gmail\EDISCO-23472_Gmail-45.zip\EDISCO-23472_Gmail--gus@uber.com-xgqOqJ.mbox | SEMANTIC |
| **File Size** | 14342 | SEMANTIC |
| **Hash Value** | 3ec40bb96e73016d2c647cf78dca1557 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000131396;UBER_JCCP_MDL_000131397 | SEMANTIC |
| **ILS Document Date** | 02/26/2019 | SEMANTIC |
| **ILS Prod Date** | 8/19/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol039 | SEMANTIC |
| **Other Custodians** | Fuldner, Gus | SEMANTIC |
| **Primary Date** | 02/26/2019 6:40 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol039; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 02/26/2019 6:39 pm | SEMANTIC |

Trial Exhibit No.
P-00739

P-00739.00001

Message
---

| | |
|---|---|
| **From**: | Kevin Campbell [kcampbell@uber.com] |
| **Sent**: | 2/26/2019 6:39:46 PM |
| **To**: | Gus Fuldner [gus@uber.com] |
| **CC**: | Glen Ceremony [gceremony@uber.com] |
| **Subject**: | Re: Safety Index (SIC/SAC) |

Gus,

Just wanted to follow up on this. I'm trying to close out the questions from the auditor, which the audit is wrapping up, would if be possible to share the SIC and SAC for 2017 (i.e. the baseline 2017 index)?

You can send the updates once the audit is wrapped up and the process is complete in March.

Regards,
Kevin

On Tue, Feb 19, 2019 at 8:20 AM Kevin Campbell <kcampbell@uber.com> wrote:
> Thanks Gus. This is really helpful.
>
> I know you mentioned that the ongoing work should be wrapped up by mid to late March, however, could you share the documentation on how the SAC and SIC is calculated? PwC needs that to close out their audit work, we also need it to close our memo.
>
> Regards,
> Kevin
>
> On Tue, Feb 19, 2019 at 1:05 AM Gus Fuldner <gus@uber.com> wrote:
>> Kevin,
>>
>> A far from exhaustive list of actions we can take to reduct SAC and SIC is below. While we face external events (changes in crime or overall road safety) that is no different than facing external events in financial metrics due to things like macroeconomic growth or changes in competition. SAC and SIC are both operating metrics and fundamentally a measure of the most severe service defects.
>>
>> Product changes
>> - Driving hour limits (reduces drowsy driving)
>> - Real Time ID (confirm person driving is authorized driver)
>> - Rider ID (reduce anonymity of users to discourage bad actors)
>> - Emergency Button (discourages bad actors)
>> - Share my trip (discourages bad actors)
>> - Dash cams (discourages bad actors, some advanced cameras can provide warnings of an imminent accident)
>>
>> Policy changes
>> - Driver background check standards
>> - Deactivation policies
>>
>> Education

CONFIDENTIAL

UBER000151498
UBER_JCCP_MDL_000131396

- Community guidelines education
- Safety training

On Sat, Feb 16, 2019 at 10:06 PM Kevin Campbell <kcampbell@uber.com> wrote:
Gus,

We are having a discussion with the auditors regarding the definition of a performance metric in GAAP and how that relates to Safety Index. In summary, to qualify as a performance condition in GAAP, a key condition is that the performance must be based on operations or activities of the Uber. Operations of Uber could include financial metrics (e.g., revenues, earnings, EPS, EBITDA), operating metrics (e.g., number of trips, number of items produced, number of defects in output, regulatory approval of a product), or specific actions of Uber (e.g., an IPO, change in control).

So I'm reaching out to get a better understanding of how Uber's activities will impact the index, specifically how Uber's specific actions could impact an improvement of the index.

>From my read of the the taxonomy that we along with the NSVRC and Urban Institute are implementing, the metric will be based on the underlying data logged by the Company's customer support function. Based on that data items such as warnings, temporary suspensions, or permanently removing riders and drivers if our community guidelines are violated are all things which are in the control of the Company and could impact the safety index. Another example, could be the changes (i.e. increase driver age requirement from 18yr to 21 years of age and mandatory training) as a results of recent auto accidents overseas.

Just wanted to get your take on this as well as any information you have on how the safety index is calculated including the potential ways which Uber can drive an improvement in the index.

Regards,
Kevin

CONFIDENTIAL

UBER000151499
UBER_JCCP_MDL_000131397

P-00739.00003