# UBER_JCCP_MDL_002096546

## Metadata

| Account | andrew.hasbun@uber.com; | SEMANTIC |
|---|---|---|
| All Custodians | Hasbun, Andrew;Uber Technologies, Inc.; | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Attachment Names | 2019-11-18.png; 2019-11-20.png; 2019-11-20.png; 2019-11-20.png; 2019-11-21.jpg; 2019-11-21.png; 2019-11-21.png; 2019-11-23.jpg | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_002096546 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 11/18/2019 3:29 pm | SEMANTIC |
| Date Modified | 11/18/2019 3:29 pm | SEMANTIC |
| DocID | ACD7onoJakyOBAKFBZvvfkdMURCJHqJFP62rldqeZGaDirRrEDgwkArggG08AQuTE KkfOVF3YDae57mpF6MOOsooiyWGJstdjPH/qZbsCYkGCyaipil7gjtyjsXDwp0SKabK0 S3aWU6bw+YblAaNwHZZqBkt8EdGjPLPwT/NDE4AiNbmh5cP0wEr1SZyaoeTCnF9g p2r2HhwfmyxnHLo2ud7qOaVrFI6YOkmpYXk5iruV0goAkk7CACsBfi3O/oN2oeW5oq6 kKYo3k8LF61FTnJ8wZpcLjgmMTQTf21dcCbc2Xbl3dZiTjtkfyKN70D1D+LGNE2/aNe9 +5FCvkl0pyN1lPI/cVk1TSuVyUQ8xsGkt1t3LndDqCpKuqdwaW1DXImCjxIEBGis5xq/7 Van4kREV0S1BnVeqaS2dlkyuhs+PWte3yQfB8NzVlsnnqGDcrZ9PvY22bNpVRBNwa GEVLL/Ovdkzq29oTT2waaNI5MAYZ4KEe3YOgFYx7Sq6vCm1USQwEVSQ7gdVr2 EYvT7/so1GDdtQLzWl9PYujabkHRZWw1fmVhbABVhGBHBYdl5vtY8zUTYgzQh19W K9AaivPwqP5Fogq3HqttfmQ4H7+XSfz6zWJfzNBm7vk7vMp3yxvbw5hxdlsyuXl4DTR AMlefFUcxq29z+IAagRkncRl00ZDTtyR4BRsfhziVxY+cVriXe1slXt5qRcTuDvpx0gev71 bOgFGRmSgP5dL2pmJ4vu//46RVJmmDeYzs5+hVr8daNgdboO9k5ex1IyQ9q8NLwb HwrYJ4m4jTvC2Lj1ebS81SKMKOiMtyqSXb+10MrwIKVOISX3okLnlrX4ZjXflVTFEV3r 6oAsDcplCVIKrNNT7sclPN4iY= | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_002096596 | SEMANTIC |
| File Size | 344542 | SEMANTIC |
| Hash Value | 0c9ef2d7e75febd291d1f7816df02d49 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_002096546;UBER_JCCP_MDL_002096547;UBER_JCCP_MDL_0 02096548;UBER_JCCP_MDL_002096549;UBER_JCCP_MDL_002096550;UBER_JC CP_MDL_002096551;UBER_JCCP_MDL_002096552;UBER_JCCP_MDL_002096553 ;UBER_JCCP_MDL_002096554;UBER_JCCP_MDL_002096555;UBER_JCCP_MDL_ 002096556;UBER_JCCP_MDL_002096557;UBER_JCCP_MDL_002096558;UBER_J CCP_MDL_002096559;UBER_JCCP_MDL_002096560;UBER_JCCP_MDL_0020965 61;UBER_JCCP_MDL_002096562;UBER_JCCP_MDL_002096563;UBER_JCCP_MD L_002096564;UBER_JCCP_MDL_002096565;UBER_JCCP_MDL_002096566;UBER_ JCCP_MDL_002096567;UBER_JCCP_MDL_002096568;UBER_JCCP_MDL_0020965 69;UBER_JCCP_MDL_002096570;UBER_JCCP_MDL_002096571;UBER_JCCP_MD L_002096572;UBER_JCCP_MDL_002096573;UBER_JCCP_MDL_002096574;UBER_ JCCP_MDL_002096575;UBER_JCCP_MDL_002096576;UBER_JCCP_MDL_0020965 77;UBER_JCCP_MDL_002096578;UBER_JCCP_MDL_002096579;UBER_JCCP_MD L_002096580;UBER_JCCP_MDL_002096581;UBER_JCCP_MDL_002096582;UBER_ JCCP_MDL_002096583;UBER_JCCP_MDL_002096584;UBER_JCCP_MDL_0020965 85;UBER_JCCP_MDL_002096586;UBER_JCCP_MDL_002096587;UBER_JCCP_MD L_002096588 | SEMANTIC |
| ILS Document Date | 11/18/2019 | SEMANTIC |
| ILS Prod Date | 1/3/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL057 | SEMANTIC |
| Other Custodians | Uber Technologies, Inc.;Hasbun, Andrew; | SEMANTIC |
| Primary Date | 11/18/2019 3:29 pm | DOC_TYP E_ALIAS |
| Production Volume | JCCP_MDL057; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date | 11/18/2019 3:29 pm | SEMANTIC |

Trial Exhibit No.

**P-00740**

Message

---

**From**: andrew.hasbun@uber.com [andrew.hasbun@uber.com]
**Sent**: 11/18/2019 3:29:36 PM
**To**: jodi.page@uber.com; andrew.hasbun@uber.com
**Subject**: tLIYJAAAAAE-MBI-FLAT:2019-11-17T20:29:36.725951
**Attachments**: 2019-11-18.png; 2019-11-20.png; 2019-11-20.png; 2019-11-20.png; 2019-11-21.jpg; 2019-11-21.jpg; 2019-11-21.png; 2019-11-23.jpg

---

**andrew.hasbun@uber.com** November 18, 2019 at 3:29:36 PM UTC
Do you think we will need Sachin in the US the week of the report?

**andrew.hasbun@uber.com** November 18, 2019 at 3:30:09 PM UTC
Team Egypt wants him to come to Cairo to speak at a tech event on the 5th. Not sure that's a good idea

**jodi.page@uber.com** November 18, 2019 at 3:31:28 PM UTC
He should stay in US

**jodi.page@uber.com** November 18, 2019 at 3:31:47 PM UTC
Not sure if he'll be needed but you never know and prob not good for him to be out that day

**jodi.page@uber.com** November 18, 2019 at 3:31:54 PM UTC
in that capacity

**andrew.hasbun@uber.com** November 18, 2019 at 3:32:06 PM UTC
I kind of agree.

**andrew.hasbun@uber.com** November 18, 2019 at 3:32:48 PM UTC
He'll be speaking before the report comes out but gene then, I think it'll be strange that have him blabbing about all the great things and then a few hours later the report comes out

**jodi.page@uber.com** November 18, 2019 at 3:36:40 PM UTC
yeah

**jodi.page@uber.com** November 18, 2019 at 3:36:47 PM UTC
I say lockdown on all safetys hit that weekl

**jodi.page@uber.com** November 18, 2019 at 3:41:57 PM UTC
yup

**andrew.hasbun@uber.com** November 18, 2019 at 7:09:08 PM UTC
hiiieee

**andrew.hasbun@uber.com** November 18, 2019 at 7:09:22 PM UTC
Mama, you happy?

**andrew.hasbun@uber.com** November 18, 2019 at 7:09:31 PM UTC
Mama, you cray?

**jodi.page@uber.com** November 18, 2019 at 7:09:38 PM UTC
i'm crazy and sick

**andrew.hasbun@uber.com** November 18, 2019 at 7:09:42 PM UTC
and not happy?

**jodi.page@uber.com** November 18, 2019 at 7:09:46 PM UTC
Did you see the dc rape crisis center

**andrew.hasbun@uber.com** November 18, 2019 at 7:09:50 PM UTC
I did.

**andrew.hasbun@uber.com** November 18, 2019 at 7:09:55 PM UTC
I had a chat with Conor about it too.

**andrew.hasbun@uber.com** November 18, 2019 at 7:10:05 PM UTC
The large room is the best bet

**jodi.page@uber.com** November 18, 2019 at 7:59:12 PM UTC
sounds  good

**jodi.page@uber.com** November 18, 2019 at 7:59:14 PM UTC
I agree

**jodi.page@uber.com** November 18, 2019 at 8:17:30 PM UTC
I may need you to do something out there

**andrew.hasbun@uber.com** November 18, 2019 at 8:18:35 PM UTC

CONFIDENTIAL
UBER_JCCP_MDL_002096547

out there?

**andrew.hasbun@uber.com** November 18, 2019 at 8:18:39 PM UTC
as in phoenix?

**jodi.page@uber.com** November 18, 2019 at 8:19:31 PM UTC
Yes

**andrew.hasbun@uber.com** November 18, 2019 at 8:19:35 PM UTC
what's up?

**andrew.hasbun@uber.com** November 18, 2019 at 8:19:55 PM UTC
if it is talking to ruffin, I am not sure what I can do there

**andrew.hasbun@uber.com** November 18, 2019 at 8:20:16 PM UTC
Ruffin and Tracey = lost casue

**jodi.page@uber.com** November 18, 2019 at 9:48:27 PM UTC
https://en.wikipedia.org/wiki/Amanda_Nguyen
https://en.wikipedia.org/wiki/Amanda_Nguyen

**jodi.page@uber.com** November 18, 2019 at 9:48:48 PM UTC
https://time.com/collection/american-voices-2017/4478049/amanda-nguyen-american-voices/
https://time.com/collection/american-voices-2017/4478049/amanda-nguyen-american-voices/

**jodi.page@uber.com** November 19, 2019 at 1:27:52 AM UTC
Hey - can you work on getting the # of safety products with Sachin? I think ELT is asking for it. We need the total # - broader better.

**andrew.hasbun@uber.com** November 19, 2019 at 1:28:48 AM UTC
I sent the number in that email with the link to the tracker.

**jodi.page@uber.com** November 19, 2019 at 1:29:03 AM UTC
But that wasn't all of them

**andrew.hasbun@uber.com** November 19, 2019 at 1:29:09 AM UTC
Yes it was

**andrew.hasbun@uber.com** November 19, 2019 at 1:29:20 AM UTC
What else is there?


**andrew.hasbun@uber.com** November 19, 2019 at 1:29:37 AM UTC
Like if we want driver fraud things that a whole different ballgame


**jodi.page@uber.com** November 19, 2019 at 1:30:02 AM UTC
We want the biggest # possible


**andrew.hasbun@uber.com** November 19, 2019 at 1:31:30 AM UTC
The list what I got and that is from the product team. I've got to do a prep for an interview with the wapo tomorrow on audio. I don't know how much more can be on that list.


**jodi.page@uber.com** November 19, 2019 at 1:31:47 AM UTC
Ok - fine


**andrew.hasbun@uber.com** November 19, 2019 at 1:31:49 AM UTC
But you can add audio recordings


**jodi.page@uber.com** November 19, 2019 at 1:31:49 AM UTC
I'll use that


**andrew.hasbun@uber.com** November 19, 2019 at 1:31:56 AM UTC
There's a lot on the list


**jodi.page@uber.com** November 19, 2019 at 1:32:25 AM UTC
I didn't think it was complete because sachin didn't want to deal with it during the long lat am ramp up


**jodi.page@uber.com** November 19, 2019 at 1:32:36 AM UTC
Has he looked at it?


**andrew.hasbun@uber.com** November 19, 2019 at 1:32:49 AM UTC
I don't think things like Uface and stuff like that should be included


**andrew.hasbun@uber.com** November 19, 2019 at 1:33:11 AM UTC
He hasn't. I'll end to him and cc you

**jodi.page@uber.com** November 19, 2019 at 1:33:24 AM UTC
Ok - yeah he needs to be ok

**jodi.page@uber.com** November 19, 2019 at 1:33:37 AM UTC
Because it will be part of the report

**jodi.page@uber.com** November 19, 2019 at 1:33:43 AM UTC
Or the material support it

**jodi.page@uber.com** November 19, 2019 at 1:33:59 AM UTC
Supporting it

**jodi.page@uber.com** November 19, 2019 at 1:34:43 AM UTC
Sounds good

**jodi.page@uber.com** November 19, 2019 at 7:39:01 AM UTC
2019-11-18.png

**jodi.page@uber.com** November 19, 2019 at 5:00:48 PM UTC
I'm on zoom

**jodi.page@uber.com** November 19, 2019 at 5:00:52 PM UTC
You guys coming?

**andrew.hasbun@uber.com** November 19, 2019 at 5:00:59 PM UTC
Yes

**jodi.page@uber.com** November 19, 2019 at 5:06:58 PM UTC
I love him already

**andrew.hasbun@uber.com** November 19, 2019 at 5:07:30 PM UTC
a judgey bitch just like us, lol.

**jodi.page@uber.com** November 19, 2019 at 5:07:41 PM UTC
yep

**jodi.page@uber.com** November 19, 2019 at 5:07:47 PM UTC

kissing B's ass too

**andrew.hasbun@uber.com** November 19, 2019 at 5:09:18â€¯PM UTC
she needs to work on the elevator pitch.Â

**jodi.page@uber.com** November 19, 2019 at 5:18:27â€¯PM UTC
is conor'sÂ headÂ Â about to explode

**andrew.hasbun@uber.com** November 19, 2019 at 5:18:36â€¯PM UTC
probably

**jodi.page@uber.com** November 19, 2019 at 5:22:05â€¯PM UTC
alsoÂ cnn's data wasÂ basedÂ on what?

**jodi.page@uber.com** November 19, 2019 at 5:22:11â€¯PM UTC
a bunch ofÂ police depts?

**andrew.hasbun@uber.com** November 19, 2019 at 5:22:12â€¯PM UTC
court records

**jodi.page@uber.com** November 19, 2019 at 5:22:17â€¯PM UTC
fromÂ every state?

**andrew.hasbun@uber.com** November 19, 2019 at 5:22:23â€¯PM UTC
and police department arrests from 30 markets

**jodi.page@uber.com** November 19, 2019 at 5:24:33â€¯PM UTC
should we talk about scale?

**andrew.hasbun@uber.com** November 19, 2019 at 5:25:40â€¯PM UTC
deactivation sharing

**jodi.page@uber.com** November 19, 2019 at 5:34:17â€¯PM UTC
Did youÂ send him pics?

**andrew.hasbun@uber.com** November 19, 2019 at 5:34:21â€¯PM UTC

UBER_JCCP_MDL_002096551

not yet

**andrew.hasbun@uber.com** November 19, 2019 at 5:36:03â€¯PM UTC
you jjst killed the call

**jodi.page@uber.com** November 19, 2019 at 5:38:12â€¯PM UTC
why/ I didn't set it up

**andrew.hasbun@uber.com** November 19, 2019 at 5:44:25â€¯PM UTC
it's ok. Conor called

**andrew.hasbun@uber.com** November 19, 2019 at 5:44:26â€¯PM UTC
all good

**andrew.hasbun@uber.com** November 19, 2019 at 6:59:06â€¯PM UTC
I need therapy

**andrew.hasbun@uber.com** November 19, 2019 at 6:59:08â€¯PM UTC
where are you?

**jodi.page@uber.com** November 19, 2019 at 7:16:21â€¯PM UTC
I'm working t hrough Q and a for a ameeting

**andrew.hasbun@uber.com** November 19, 2019 at 9:10:23â€¯PM UTC
um... I still need therapy

**jodi.page@uber.com** November 19, 2019 at 9:33:59â€¯PM UTC
I free up at 3:30 p.m. your time

**jodi.page@uber.com** November 19, 2019 at 9:34:01â€¯PM UTC
You wanna chat then?

**jodi.page@uber.com** November 19, 2019 at 9:34:06â€¯PM UTC
I'm in marathon calls

**andrew.hasbun@uber.com** November 19, 2019 at 9:34:19â€¯PM UTC

Yes, and I am your first priority at that time.Â

**jodi.page@uber.com**Â November 19, 2019 at 9:34:48â€¯PM UTC
I think T thinks IÂ  want her to do this to make us look betterÂ

**andrew.hasbun@uber.com**Â November 19, 2019 at 9:34:48â€¯PM UTC
If I need to go through the emasculating process of sending a calendar invite to chat with whobbie then i will

**andrew.hasbun@uber.com**Â November 19, 2019 at 9:35:04â€¯PM UTC
B is out of her mind

**andrew.hasbun@uber.com**Â November 19, 2019 at 9:35:13â€¯PM UTC
like completely off the charts

**jodi.page@uber.com**Â November 19, 2019 at 9:35:19â€¯PM UTC
The reality is there are a thousand spokespeopel

**andrew.hasbun@uber.com**Â November 19, 2019 at 9:35:28â€¯PM UTC
We don't need T

**jodi.page@uber.com**Â November 19, 2019 at 9:35:28â€¯PM UTC
And really it's almost easier if she's notÂ

**jodi.page@uber.com**Â November 19, 2019 at 9:35:33â€¯PM UTC
YepÂ

**andrew.hasbun@uber.com**Â November 19, 2019 at 9:35:37â€¯PM UTC
just have B do it

**andrew.hasbun@uber.com**Â November 19, 2019 at 9:35:40â€¯PM UTC
not worth the time

**jodi.page@uber.com**Â November 19, 2019 at 9:35:46â€¯PM UTC
But it does'nt look goodÂ  for her to refuseÂ  toÂ  participate

**jodi.page@uber.com**Â November 19, 2019 at 9:35:52â€¯PM UTC

And B is getting  pressure  from J

**jodi.page@uber.com** November 19, 2019 at 9:36:08â€¯PM UTC
B is actually trying to protect her but she can only to a point

**andrew.hasbun@uber.com** November 19, 2019 at 9:41:02â€¯PM UTC
you can only do so much

**andrew.hasbun@uber.com** November 19, 2019 at 9:41:08â€¯PM UTC
jill will sour very quickly

**andrew.hasbun@uber.com** November 20, 2019 at 6:33:49â€¯AM UTC
â€œAs we announced in Sao Paulo earlier this month, Uber is piloting an Audio Recording feature in Latin America. The feature is designed to help empower riders and drivers to have safe interactions on the platform and can help provide a source of truth of what happened in the vehicle in a secure way that promotes accountability and protects privacy if an issue ever occurs.â€•

**jodi.page@uber.com** November 20, 2019 at 2:05:24â€¯PM UTC
you ok?

**jodi.page@uber.com** November 20, 2019 at 2:05:29â€¯PM UTC
you need help?

**andrew.hasbun@uber.com** November 20, 2019 at 2:05:51â€¯PM UTC
I need a guy check

**andrew.hasbun@uber.com** November 20, 2019 at 2:05:55â€¯PM UTC
Gut

**jodi.page@uber.com** November 20, 2019 at 2:05:56â€¯PM UTC
call me

**jodi.page@uber.com** November 20, 2019 at 5:38:33â€¯PM UTC
from steffi

**jodi.page@uber.com** November 20, 2019 at 5:38:44â€¯PM UTC
2019-11-20.png

CONFIDENTIAL

UBER_JCCP_MDL_002096554

**andrew.hasbun@uber.com** November 20, 2019 at 5:47:57â€¯PM UTC
Melanie told me


**jodi.page@uber.com** November 20, 2019 at 8:34:24â€¯PM UTC
HeyÂ


**andrew.hasbun@uber.com** November 20, 2019 at 8:35:45â€¯PM UTC
on phone with NYT!!!!


**jodi.page@uber.com** November 20, 2019 at 8:35:58â€¯PM UTC
Sorry MK wants to tweet at Bensinger


**jodi.page@uber.com** November 20, 2019 at 8:40:33â€¯PM UTC
Do we keep the audio recordings/


**andrew.hasbun@uber.com** November 20, 2019 at 11:02:00â€¯PM UTC
2019-11-20.png


**andrew.hasbun@uber.com** November 20, 2019 at 11:02:04â€¯PM UTC
I am loosing it


**jodi.page@uber.com** November 20, 2019 at 11:02:53â€¯PM UTC
DYING laughing


**jodi.page@uber.com** November 20, 2019 at 11:02:56â€¯PM UTC
hahahahahaha


**andrew.hasbun@uber.com** November 20, 2019 at 11:02:58â€¯PM UTC
all tru3


**andrew.hasbun@uber.com** November 20, 2019 at 11:03:02â€¯PM UTC
true


**jodi.page@uber.com** November 20, 2019 at 11:03:02â€¯PM UTC
oh my god


**andrew.hasbun@uber.com** November 20, 2019 at 11:03:39â€¯PM UTC

CONFIDENTIAL
UBER_JCCP_MDL_002096555

I canâ€™t handle another cycle like this

**jodi.page@uber.com** November 20, 2019 at 11:03:58â€¯PM UTC
meanwhile in another part of the land ofÂ ðŸ˜°

**andrew.hasbun@uber.com** November 20, 2019 at 11:04:19â€¯PM UTC
Yes?

**jodi.page@uber.com** November 20, 2019 at 11:04:21â€¯PM UTC
2019-11-20.png

**andrew.hasbun@uber.com** November 20, 2019 at 11:04:34â€¯PM UTC
Ugh

**jodi.page@uber.com** November 20, 2019 at 11:04:34â€¯PM UTC
My response?

**andrew.hasbun@uber.com** November 20, 2019 at 11:04:45â€¯PM UTC
Please share! Canâ€™t wait

**jodi.page@uber.com** November 20, 2019 at 11:04:54â€¯PM UTC
ok this is a waste of my time and notÂ sure why people don't trust us on this

**andrew.hasbun@uber.com** November 20, 2019 at 11:05:22â€¯PM UTC
Hahah haha

**jodi.page@uber.com** November 20, 2019 at 11:05:33â€¯PM UTC
this is what I told Jen H

**jodi.page@uber.com** November 20, 2019 at 11:05:48â€¯PM UTC
I'm going to play my stay at homeÂ mom card or find a place to workÂ that has no millennials

**jodi.page@uber.com** November 20, 2019 at 11:06:11â€¯PM UTC
i hate people

**jodi.page@uber.com** November 20, 2019 at 11:06:50â€¯PM UTC
oh wait - we're nervous McDonalds will freak out?Â

**jodi.page@uber.com** November 20, 2019 at 11:06:52 PM UTC
https://fox13now.com/2019/11/03/late-night-altercation-at-lehi-mcdonalds-leads-to-shots-fired/
https://fox13now.com/2019/11/03/late-night-altercation-at-lehi-mcdonalds-leads-to-shots-fired/

**andrew.hasbun@uber.com** November 20, 2019 at 11:06:52 PM UTC
I just want people to stop acting we can do anything quietly

**jodi.page@uber.com** November 20, 2019 at 11:07:03 PM UTC
https://www.tennessean.com/story/news/crime/2019/11/04/nashville-police-indict-man-in-june-2019-killing/4154620002/
https://www.tennessean.com/story/news/crime/2019/11/04/nashville-police-indict-man-in-june-2019-killing/4154620002/

**jodi.page@uber.com** November 20, 2019 at 11:07:17 PM UTC
https://www.cbc.ca/news/canada/nova-scotia/freeman-mcneil-sydney-river-mcdonald-s-murders-parole-application-1.5353240
https://www.cbc.ca/news/canada/nova-scotia/freeman-mcneil-sydney-river-mcdonald-s-murders-parole-application-1.5353240

**andrew.hasbun@uber.com** November 20, 2019 at 11:07:23 PM UTC
they think mcdonalds is going to care about the report?

**jodi.page@uber.com** November 20, 2019 at 11:07:32 PM UTC
https://www.ctvnews.ca/canada/murderer-in-1992-mcdonald-s-robbery-granted-day-passes-from-prison-1.4678266
https://www.ctvnews.ca/canada/murderer-in-1992-mcdonald-s-robbery-granted-day-passes-from-prison-1.4678266

**andrew.hasbun@uber.com** November 20, 2019 at 11:07:35 PM UTC
They have so many issues of their own

**jodi.page@uber.com** November 20, 2019 at 11:07:36 PM UTC
Canada too bitc hes

**andrew.hasbun@uber.com** November 20, 2019 at 11:08:01 PM UTC
Mcdonalds:

**andrew.hasbun@uber.com** November 20, 2019 at 11:08:02 PM UTC
https://gizmodo.com/letting-your-kid-play-in-a-mcdonalds-playplace-means-th-5821876
https://gizmodo.com/letting-your-kid-play-in-a-mcdonalds-playplace-means-th-5821876

UBER_JCCP_MDL_002096557

**jodi.page@uber.com** November 20, 2019 at 11:08:11 PM UTC
https://en.wikipedia.org/wiki/San_Ysidro_McDonald%27s_massacre
https://en.wikipedia.org/wiki/San_Ysidro_McDonald%27s_massacre

**andrew.hasbun@uber.com** November 20, 2019 at 11:08:17 PM UTC
click the link

**andrew.hasbun@uber.com** November 20, 2019 at 11:08:21 PM UTC
to the story i sent

**jodi.page@uber.com** November 20, 2019 at 11:08:28 PM UTC
GROSS

**andrew.hasbun@uber.com** November 20, 2019 at 11:08:35 PM UTC
murders are the least of their concerns

**andrew.hasbun@uber.com** November 21, 2019 at 3:32:15 AM UTC
Where can we get a sentiment analysis? from bianca?

**andrew.hasbun@uber.com** November 21, 2019 at 3:32:32 AM UTC
The dashbaord she sent over didn't include sentiment

**jodi.page@uber.com** November 21, 2019 at 3:33:18 AM UTC
just ping her and ask

**andrew.hasbun@uber.com** November 21, 2019 at 5:54:26 AM UTC
https://docs.google.com/document/d/15motWTC9VmRF4d6oiSg6G6oizwSx6WHXvDXLh6n3Sx8/edit
https://drive.google.com/open?id=15motWTC9VmRF4d6oiSg6G6oizwSx6WHXvDXLh6n3Sx8
https://docs.google.com/document/d/15motWTC9VmRF4d6oiSg6G6oizwSx6WHXvDXLh6n3Sx8/edit

**andrew.hasbun@uber.com** November 21, 2019 at 5:56:29 AM UTC
https://docs.google.com/document/d/1Sd4EZwbD_hz0he-1Opo2yAcNhSNi7TVp7FS3aboeZgY/edit
https://drive.google.com/open?id=1Sd4EZwbD_hz0he-1Opo2yAcNhSNi7TVp7FS3aboeZgY
https://docs.google.com/document/d/1Sd4EZwbD_hz0he-1Opo2yAcNhSNi7TVp7FS3aboeZgY/edit

**andrew.hasbun@uber.com** November 21, 2019 at 6:04:54 PM UTC
H E L L O

CONFIDENTIAL

UBER_JCCP_MDL_002096558

**andrew.hasbun@uber.com** November 21, 2019 at 6:05:06 PM UTC
Your zoom attendees are waiting


**jodi.page@uber.com** November 21, 2019 at 6:08:12 PM UTC
i know  - but I  need to get food


**andrew.hasbun@uber.com** November 21, 2019 at 6:08:38 PM UTC
I only have the room for an hour then I have to go to another


**andrew.hasbun@uber.com** November 21, 2019 at 6:39:04 PM UTC
can you hear me?


**jodi.page@uber.com** November 21, 2019 at 7:13:51 PM UTC
2019-11-21.jpg


**jodi.page@uber.com** November 21, 2019 at 8:24:09 PM UTC
wanna talk again?


**jodi.page@uber.com** November 21, 2019 at 8:24:25 PM UTC
Anchew....are you haPEEE??


**andrew.hasbun@uber.com** November 21, 2019 at 8:27:49 PM UTC
Yes, Lets talk again


**andrew.hasbun@uber.com** November 21, 2019 at 8:27:55 PM UTC
But I have a rapidsos call at 2


**andrew.hasbun@uber.com** November 21, 2019 at 8:27:58 PM UTC
so good after that


**jodi.page@uber.com** November 21, 2019 at 8:28:03 PM UTC
ok


**jodi.page@uber.com** November 21, 2019 at 8:28:08 PM UTC
I have call at 2  p.m. too


**jodi.page@uber.com** November 21, 2019 at 8:28:10 PM UTC

your t ime

**andrew.hasbun@uber.com** November 21, 2019 at 8:28:10â€¯PM UTC
on dashcam call now. Then back to the doc

**jodi.page@uber.com** November 21, 2019 at 8:28:14â€¯PM UTC
okÂ

**jodi.page@uber.com** November 21, 2019 at 8:28:18â€¯PM UTC
I"m in doc againÂ

**andrew.hasbun@uber.com** November 21, 2019 at 8:31:37â€¯PM UTC
audio question at top of all hands

**jodi.page@uber.com** November 21, 2019 at 8:31:50â€¯PM UTC
haha

**jodi.page@uber.com** November 21, 2019 at 8:31:58â€¯PM UTC
getting pinged by Brig?

**jodi.page@uber.com** November 21, 2019 at 8:32:01â€¯PM UTC
What is the q?

**andrew.hasbun@uber.com** November 21, 2019 at 8:32:14â€¯PM UTC
not ye

**andrew.hasbun@uber.com** November 21, 2019 at 8:32:16â€¯PM UTC
Â but I know I will

**andrew.hasbun@uber.com** November 21, 2019 at 8:32:21â€¯PM UTC
Dara will be happy to answer

**andrew.hasbun@uber.com** November 21, 2019 at 8:32:32â€¯PM UTC
as will sachin

**andrew.hasbun@uber.com** November 21, 2019 at 8:32:40â€¯PM UTC

UBER_JCCP_MDL_002096560

Can you shed a little more light into the plans for audio recordings during rides for safety and how privacy concerns are taken into consideration?

**andrew.hasbun@uber.com** November 21, 2019 at 8:42:26 PM UTC
Is them mouth considered a sexual body part?

**andrew.hasbun@uber.com** November 21, 2019 at 8:43:25 PM UTC
looking at the list it says kissing of a sexual and non sexual part... media willjust be like "XXX" incidents of drivers and riders kissing

**jodi.page@uber.com** November 21, 2019 at 8:45:42 PM UTC
Yes - mouth is considered a SBP

**andrew.hasbun@uber.com** November 21, 2019 at 8:50:24 PM UTC
I think I need to see the report to understand some of these

**jodi.page@uber.com** November 21, 2019 at 9:02:53 PM UTC
Ok you can

**andrew.hasbun@uber.com** November 21, 2019 at 9:51:23 PM UTC
I have added a lot of answers

**jodi.page@uber.com** November 21, 2019 at 9:51:50 PM UTC
i saw - Matt just battled on audio in this meeting

**jodi.page@uber.com** November 21, 2019 at 9:52:05 PM UTC
He should have been a lawyer

**andrew.hasbun@uber.com** November 21, 2019 at 9:52:54 PM UTC
TELL ME EVERYTHING

**andrew.hasbun@uber.com** November 21, 2019 at 9:53:12 PM UTC
and with who?

**andrew.hasbun@uber.com** November 21, 2019 at 11:21:48 PM UTC
T is looking good and young!
2019-11-21.png

CONFIDENTIAL

UBER_JCCP_MDL_002096561

**jodi.page@uber.com** November 21, 2019 at 11:32:34 PM UTC
hahaha


**jodi.page@uber.com** November 22, 2019 at 2:16:47 AM UTC
ofc I signed up for Press@ tomorrow night


**jodi.page@uber.com** November 22, 2019 at 2:16:49 AM UTC
just realized


**jodi.page@uber.com** November 22, 2019 at 2:17:07 AM UTC
Funny on the Tracey pic


**andrew.hasbun@uber.com** November 22, 2019 at 2:18:12 AM UTC
Are you ready to talk to me. Or is it too early?


**jodi.page@uber.com** November 22, 2019 at 2:18:36 AM UTC
nope laying in bed with blake while ipad is babysittinig her


**andrew.hasbun@uber.com** November 22, 2019 at 4:36:32 AM UTC
2019-11-21.png


**andrew.hasbun@uber.com** November 22, 2019 at 5:28:33 AM UTC
can't get much worse.... the rapist's name is ┊ **Redacted - PII** ┊


**jodi.page@uber.com** November 22, 2019 at 5:34:48 AM UTC
is it bad?


**andrew.hasbun@uber.com** November 22, 2019 at 5:34:57 AM UTC
very


**jodi.page@uber.com** November 22, 2019 at 5:35:05 AM UTC
Should I read it or no?


**andrew.hasbun@uber.com** November 22, 2019 at 5:35:19 AM UTC
it is a short read


**andrew.hasbun@uber.com** November 22, 2019 at 5:36:28 AM UTC

UBER_JCCP_MDL_002096562

basically she says she was raped, reported it and didn't feel like she was taken seriously. email dara whoh didn't respond but gave to Nikki who responded. She felt retaliated against by her team. When her boss tried to fire her she reported him and he was fired. eventiually she was fired for performance.

**jodi.page@uber.com** November 22, 2019 at 8:30:22 PM UTC
Can you look at carly's blog?

**andrew.hasbun@uber.com** November 22, 2019 at 8:33:12 PM UTC
for what?

**andrew.hasbun@uber.com** November 22, 2019 at 8:33:16 PM UTC
what blog?

**jodi.page@uber.com** November 22, 2019 at 8:35:15 PM UTC
International Day of Violence Against Women

**jodi.page@uber.com** November 22, 2019 at 8:35:47 PM UTC
I am in media training and report review with advocates and then B just pulled me into something else

**andrew.hasbun@uber.com** November 22, 2019 at 8:36:15 PM UTC
that's fine

**andrew.hasbun@uber.com** November 22, 2019 at 8:36:19 PM UTC
have her sahre

**jodi.page@uber.com** November 22, 2019 at 8:37:12 PM UTC
you sure?

**andrew.hasbun@uber.com** November 22, 2019 at 8:37:31 PM UTC
do I want to review, no

**andrew.hasbun@uber.com** November 22, 2019 at 8:37:34 PM UTC
will I review, yes

**jodi.page@uber.com** November 22, 2019 at 8:37:38 PM UTC
I know

CONFIDENTIAL
UBER_JCCP_MDL_002096563

**andrew.hasbun@uber.com** November 22, 2019 at 8:37:39â€¯PM UTC
Do I care, no

**jodi.page@uber.com** November 22, 2019 at 8:37:42â€¯PM UTC
I just don't have bandwith

**andrew.hasbun@uber.com** November 22, 2019 at 8:37:44â€¯PM UTC
Will I do my job? yes

**jodi.page@uber.com** November 22, 2019 at 8:37:45â€¯PM UTC
because I have topay attention

**jodi.page@uber.com** November 22, 2019 at 8:37:52â€¯PM UTC
to this  stuff

**jodi.page@uber.com** November 22, 2019 at 8:38:04â€¯PM UTC
can't go into   my  cave

**andrew.hasbun@uber.com** November 22, 2019 at 8:38:41â€¯PM UTC
I have rachel haas bitching to about a Seattle non profit who is complaining about a driver who scratched his balls for 3 seconds after dropping a woman off at the airport and she was offended and scared.

**andrew.hasbun@uber.com** November 22, 2019 at 8:40:14â€¯PM UTC
she called support and support was like... thanks but no thanks sweetie.  and now they are bitching because they haven't heard anything. but it isn't true and I am trying to tell rachel that we wouldn't care about this.  Not a real issue.  plus the opening of the woman's call was "I always use lyft and this was my first time using uber" -- dead to me.  you know, Lyft drivers don't scratch their balls or anything.

**andrew.hasbun@uber.com** November 22, 2019 at 10:10:28â€¯PM UTC
Swinging the axe in the blog!

**andrew.hasbun@uber.com** November 22, 2019 at 10:10:29â€¯PM UTC
Lol

**andrew.hasbun@uber.com** November 22, 2019 at 10:28:47â€¯PM UTC
i am done

**andrew.hasbun@uber.com** November 22, 2019 at 10:28:51â€¯PM UTC
over this week'


**andrew.hasbun@uber.com** November 22, 2019 at 10:29:02â€¯PM UTC
over the status pleaser monsters


**andrew.hasbun@uber.com** November 22, 2019 at 10:29:04â€¯PM UTC
I just can't


**jodi.page@uber.com** November 23, 2019 at 7:29:48â€¯AM UTC
OMG - for some reason I just saw your "fast and loose" response aboutÂ competitors in the Q&A. I read it to Brooke and we were dyingÂ laughingÂ


**jodi.page@uber.com** November 23, 2019 at 7:29:57â€¯AM UTC
Love itÂ and so you


**jodi.page@uber.com** November 23, 2019 at 7:30:16â€¯AM UTC
"You need to ask themÂ Â whey they aren't sitting with us today."Â Â


**jodi.page@uber.com** November 23, 2019 at 7:30:21â€¯AM UTC
ðŸ¤£ðŸ¤£ðŸ¤£


**andrew.hasbun@uber.com** November 23, 2019 at 2:38:03â€¯PM UTC
I donâ€™t even remember what I said.


**andrew.hasbun@uber.com** November 23, 2019 at 2:38:15â€¯PM UTC
I wrote it in a rage


**andrew.hasbun@uber.com** November 23, 2019 at 2:39:03â€¯PM UTC
And TW better be prepared for a real answer to that Q cause Conor has already brought it up. They are going to push.


**jodi.page@uber.com** November 23, 2019 at 4:09:35â€¯PM UTC
About competitors?


**andrew.hasbun@uber.com** November 23, 2019 at 4:09:47â€¯PM UTC
About Lyft

UBER_JCCP_MDL_002096565

**andrew.hasbun@uber.com** November 23, 2019 at 4:10:23 PM UTC
What is Lyft doing, have you talked to them, where are they, etc

**jodi.page@uber.com** November 23, 2019 at 4:10:49 PM UTC
Riding on our coat tails per usual

**andrew.hasbun@uber.com** November 23, 2019 at 4:10:58 PM UTC
Totally

**jodi.page@uber.com** November 23, 2019 at 4:11:12 PM UTC
I went to bed at 5 am

**andrew.hasbun@uber.com** November 23, 2019 at 4:11:15 PM UTC
He should Illude to that I think but I'm sure B has some non-answer

**jodi.page@uber.com** November 23, 2019 at 4:11:15 PM UTC
No joke

**andrew.hasbun@uber.com** November 23, 2019 at 4:11:17 PM UTC
What?!?

**andrew.hasbun@uber.com** November 23, 2019 at 4:11:22 PM UTC
That's insane

**jodi.page@uber.com** November 23, 2019 at 4:11:36 PM UTC
Yeah - going through q and a with Brooke and Steffi

**jodi.page@uber.com** November 23, 2019 at 4:11:40 PM UTC
I think I have brain damage

**andrew.hasbun@uber.com** November 23, 2019 at 4:11:46 PM UTC
I think you do too

**jodi.page@uber.com** November 23, 2019 at 4:11:47 PM UTC
From sleep deprivation overall

**andrew.hasbun@uber.com** November 23, 2019 at 4:11:49 PM UTC

It is too much

**jodi.page@uber.com** November 23, 2019 at 4:11:53 PM UTC
It is

**andrew.hasbun@uber.com** November 23, 2019 at 4:11:58 PM UTC
Way too much

**jodi.page@uber.com** November 23, 2019 at 4:12:02 PM UTC
I feel like I'm going to cry every few hours

**andrew.hasbun@uber.com** November 23, 2019 at 4:12:15 PM UTC
There's no crying baseball

**jodi.page@uber.com** November 23, 2019 at 4:12:23 PM UTC
But at least it's out for review

**jodi.page@uber.com** November 23, 2019 at 4:12:38 PM UTC
Not real crying - like Exhasutikn crying

**andrew.hasbun@uber.com** November 23, 2019 at 4:12:45 PM UTC
Understandable

**jodi.page@uber.com** November 23, 2019 at 4:13:01 PM UTC
It or too much and we are going to get lambasted

**andrew.hasbun@uber.com** November 23, 2019 at 4:13:18 PM UTC
Do you think we should get a make up person for DC day with today show? I think it might me a good idea

**jodi.page@uber.com** November 23, 2019 at 4:13:25 PM UTC
Yeah

**jodi.page@uber.com** November 23, 2019 at 4:13:30 PM UTC
Why not

**jodi.page@uber.com** November 23, 2019 at 4:13:35 PM UTC

We're getting everything else

**andrew.hasbun@uber.com** November 23, 2019 at 4:13:43 PM UTC
It was embarrassing when Brooke and I did Tony's makeup

**jodi.page@uber.com** November 23, 2019 at 4:14:28 PM UTC
I feel like the networks used to bring someone

**jodi.page@uber.com** November 23, 2019 at 4:14:52 PM UTC
It's awkward

**andrew.hasbun@uber.com** November 23, 2019 at 4:14:56 PM UTC
They have a bureau in DC so Stephanie is going to get done up there

**jodi.page@uber.com** November 23, 2019 at 4:15:03 PM UTC
I used to have to put make up on mayor and it was super awkward

**andrew.hasbun@uber.com** November 23, 2019 at 4:15:08 PM UTC
Totally

**jodi.page@uber.com** November 23, 2019 at 4:15:09 PM UTC
Like powder

**andrew.hasbun@uber.com** November 23, 2019 at 4:15:39 PM UTC
How's B?

**jodi.page@uber.com** November 23, 2019 at 4:15:41 PM UTC
It's like non-consensual touching of a non-sexual body part 🙂

**andrew.hasbun@uber.com** November 23, 2019 at 4:15:43 PM UTC
She dead inside yet?

**jodi.page@uber.com** November 23, 2019 at 4:15:46 PM UTC
Crazy

**jodi.page@uber.com** November 23, 2019 at 4:15:49 PM UTC

UBER_JCCP_MDL_002096568

But funny

**andrew.hasbun@uber.com** November 23, 2019 at 4:15:56 PM UTC
I've got a bad feeling about the categories

**andrew.hasbun@uber.com** November 23, 2019 at 4:16:00 PM UTC
They mean anything

**jodi.page@uber.com** November 23, 2019 at 4:16:01 PM UTC
Like we were cracking up laughing at you

**andrew.hasbun@uber.com** November 23, 2019 at 4:16:06 PM UTC
They don't mean anything

**andrew.hasbun@uber.com** November 23, 2019 at 4:16:20 PM UTC
Why? Cause I don't give a shit anymore and just want to rage?

**andrew.hasbun@uber.com** November 23, 2019 at 4:16:38 PM UTC
Like what is non consensual penetration? Finger and pen is are a very different ballgame

**andrew.hasbun@uber.com** November 23, 2019 at 4:16:41 PM UTC
Penis

**jodi.page@uber.com** November 23, 2019 at 4:16:42 PM UTC
Because she said that you have all kinds of opinions about Gus

**andrew.hasbun@uber.com** November 23, 2019 at 4:16:47 PM UTC
I do

**jodi.page@uber.com** November 23, 2019 at 4:16:52 PM UTC
And I said it's because Andrew thinks he sold his soul

**andrew.hasbun@uber.com** November 23, 2019 at 4:16:52 PM UTC
So does T

**andrew.hasbun@uber.com** November 23, 2019 at 4:17:01 PM UTC

CONFIDENTIAL

UBER_JCCP_MDL_002096569

I donâ€™t think, I did

**jodi.page@uber.com** November 23, 2019 at 4:17:16â€¯PM UTC
ðŸ˜‚ðŸ¤£ðŸ˜‚ðŸ¤£

**andrew.hasbun@uber.com** November 23, 2019 at 4:17:17â€¯PM UTC
I trashed rape Vcitims to usatiday

**andrew.hasbun@uber.com** November 23, 2019 at 4:17:32â€¯PM UTC
Out of 3, I trashed 2

**andrew.hasbun@uber.com** November 23, 2019 at 4:17:38â€¯PM UTC
Sliced their credibility

**jodi.page@uber.com** November 23, 2019 at 4:18:00â€¯PM UTC
Hi. Iâ€™m Andrew Hasbun and I look after....

**andrew.hasbun@uber.com** November 23, 2019 at 4:18:16â€¯PM UTC
â€œShe asked for supportâ€• â€" cause in a rage she said â€œyou should pay for my fucking therapyâ€• we took that as a legit request for help

**andrew.hasbun@uber.com** November 23, 2019 at 4:18:32â€¯PM UTC
Hi, Iâ€™m Andrew Hasbun and I look after Gus and Katie lies

**jodi.page@uber.com** November 23, 2019 at 4:19:08â€¯PM UTC
Her comments about Andrew Moon are hilarious

**andrew.hasbun@uber.com** November 23, 2019 at 4:19:10â€¯PM UTC
I used to look after my soul but I don't know where it is anymore. Â ████████████
████████████

**jodi.page@uber.com** November 23, 2019 at 4:19:19â€¯PM UTC
And she tries to do a imitation

**jodi.page@uber.com** November 23, 2019 at 4:19:42â€¯PM UTC
Omg stop

CONFIDENTIAL

UBER_JCCP_MDL_002096570

**andrew.hasbun@uber.com** November 23, 2019 at 4:19:49†PM UTC
it is truye

**andrew.hasbun@uber.com** November 23, 2019 at 4:19:52†PM UTC
and you know it

**andrew.hasbun@uber.com** November 23, 2019 at 4:20:00†PM UTC

███████████████████████

**andrew.hasbun@uber.com** November 23, 2019 at 4:20:22†PM UTC
I hate him for ridecheck too. Â Â

**jodi.page@uber.com** November 23, 2019 at 4:20:28†PM UTC
Figured out why she keeps saying she doesn't want to get married

**andrew.hasbun@uber.com** November 23, 2019 at 4:20:33†PM UTC
ultimately I blame him for getting screwed by Lyft

**andrew.hasbun@uber.com** November 23, 2019 at 4:20:35†PM UTC
One year is a joke

**andrew.hasbun@uber.com** November 23, 2019 at 4:20:45†PM UTC
brooke?

**jodi.page@uber.com** November 23, 2019 at 4:20:57†PM UTC
Yeah he's something else

**jodi.page@uber.com** November 23, 2019 at 4:21:00†PM UTC
Blake

**andrew.hasbun@uber.com** November 23, 2019 at 4:21:08†PM UTC
do tell

**jodi.page@uber.com** November 23, 2019 at 4:21:39†PM UTC
She learned about Sacagawea

**jodi.page@uber.com** November 23, 2019 at 4:21:46†PM UTC

And has been obsessed at school

**jodi.page@uber.com** November 23, 2019 at 4:22:01 PM UTC
Although just talked about it more in Depth last night at home

**jodi.page@uber.com** November 23, 2019 at 4:22:18 PM UTC
Anyway - turns out she told us tonight that Sacagawea had a baby when she was a girl

**jodi.page@uber.com** November 23, 2019 at 4:22:35 PM UTC
And someone took her away and got married to her

**jodi.page@uber.com** November 23, 2019 at 4:22:50 PM UTC
Like essentially he captured her and she was a slave.

**jodi.page@uber.com** November 23, 2019 at 4:23:03 PM UTC
We're like - wow that's terrible

**jodi.page@uber.com** November 23, 2019 at 4:23:17 PM UTC
Then she asked us if "we know that guy"

**jodi.page@uber.com** November 23, 2019 at 4:23:32 PM UTC
Sacagawea's husband - hahaha

**andrew.hasbun@uber.com** November 23, 2019 at 4:24:06 PM UTC
hahah

**andrew.hasbun@uber.com** November 23, 2019 at 4:24:16 PM UTC
so she doesn't want to have a babay and get it stolen?

**jodi.page@uber.com** November 23, 2019 at 4:24:48 PM UTC
She is afraid getting married means getting taken and having a baby when she's a girl

**andrew.hasbun@uber.com** November 23, 2019 at 4:25:01 PM UTC
sweet child

**andrew.hasbun@uber.com** November 23, 2019 at 4:25:07 PM UTC

what are they teaching here??

**jodi.page@uber.com** November 23, 2019 at 4:25:08 PM UTC
Sacagawea lived until she was only 21

**andrew.hasbun@uber.com** November 23, 2019 at 4:25:15 PM UTC
i just her wikipedia page

**andrew.hasbun@uber.com** November 23, 2019 at 4:25:19 PM UTC
read

**jodi.page@uber.com** November 23, 2019 at 4:25:21 PM UTC
They are teaching her history and then her imagination goes crazy

**andrew.hasbun@uber.com** November 23, 2019 at 4:25:29 PM UTC
https://en.wikipedia.org/wiki/Sacagawea
https://en.wikipedia.org/wiki/Sacagawea

**jodi.page@uber.com** November 23, 2019 at 4:25:43 PM UTC
Yeah we look at it last night

**jodi.page@uber.com** November 23, 2019 at 4:25:46 PM UTC
She doesn't  think that sounds too fun - smart girl

**andrew.hasbun@uber.com** November 23, 2019 at 4:26:04 PM UTC
so is she going to be an advocate now or party girl? or both?

**jodi.page@uber.com** November 23, 2019 at 4:26:06 PM UTC
Because she tells us about it in a funny way and we're like what?

**jodi.page@uber.com** November 23, 2019 at 4:26:10 PM UTC
But turns out was true

**jodi.page@uber.com** November 23, 2019 at 4:26:29 PM UTC
Hard to get

**jodi.page@uber.com** November 23, 2019 at 4:26:31 PM UTC

lol

**jodi.page@uber.com** November 23, 2019 at 4:26:38 PM UTC
She'll play hard to get

**jodi.page@uber.com** November 23, 2019 at 4:26:44 PM UTC
But be a party girl

**jodi.page@uber.com** November 23, 2019 at 4:26:48 PM UTC
And a scientist

**andrew.hasbun@uber.com** November 23, 2019 at 4:27:07 PM UTC
You should impact a goal tracking device on her

**jodi.page@uber.com** November 23, 2019 at 4:27:17 PM UTC
Because as she says "don't tell me what I should be"

**andrew.hasbun@uber.com** November 23, 2019 at 4:27:17 PM UTC
Implant

**jodi.page@uber.com** November 23, 2019 at 4:27:18 PM UTC
Omg

**jodi.page@uber.com** November 23, 2019 at 4:27:22 PM UTC
I should

**jodi.page@uber.com** November 23, 2019 at 4:27:36 PM UTC
But she does say that Sacagawea was very brave nonetheless.

**andrew.hasbun@uber.com** November 23, 2019 at 4:27:40 PM UTC
GPS TRACKing device

**jodi.page@uber.com** November 23, 2019 at 4:27:44 PM UTC
She's obsessed with seeing her boat

**andrew.hasbun@uber.com** November 23, 2019 at 4:27:52 PM UTC

The auto correct on my new phone is out of control

**andrew.hasbun@uber.com** November 23, 2019 at 4:29:08â€¯PM UTC
I changed my hotel to the westin in DC

**andrew.hasbun@uber.com** November 23, 2019 at 4:29:10â€¯PM UTC
I want points

**jodi.page@uber.com** November 23, 2019 at 4:29:15â€¯PM UTC
Good!

**andrew.hasbun@uber.com** November 23, 2019 at 4:29:22â€¯PM UTC
T was in good form last night

**andrew.hasbun@uber.com** November 23, 2019 at 4:29:28â€¯PM UTC
she is dreading managing brittany

**andrew.hasbun@uber.com** November 23, 2019 at 4:29:40â€¯PM UTC
and was shocked that Brittany was going to be doing press.Â

**jodi.page@uber.com** November 23, 2019 at 4:29:46â€¯PM UTC
Thatâ€™s a give

**jodi.page@uber.com** November 23, 2019 at 4:29:55â€¯PM UTC
Weâ€™re trying to make people feel happy and proud

**jodi.page@uber.com** November 23, 2019 at 4:30:00â€¯PM UTC
Sheâ€™s nicer now

**andrew.hasbun@uber.com** November 23, 2019 at 4:30:00â€¯PM UTC
i know

**jodi.page@uber.com** November 23, 2019 at 4:30:06â€¯PM UTC
Because if they

**jodi.page@uber.com** November 23, 2019 at 4:30:15â€¯PM UTC

CONFIDENTIAL

UBER_JCCP_MDL_002096575

I think she actually appreciates B now

**andrew.hasbun@uber.com** November 23, 2019 at 4:30:22â€¯PM UTC
if they aren't happy, they will be on CNN

**jodi.page@uber.com** November 23, 2019 at 4:30:25â€¯PM UTC
I have a hilarious story to tell you about that

**jodi.page@uber.com** November 23, 2019 at 4:30:32â€¯PM UTC
But have to do by phone next time we chat

**jodi.page@uber.com** November 23, 2019 at 4:31:02â€¯PM UTC
Well our head of womenâ€™s safety refuses to be a part of a major safety project so we have to find others
ðŸ˜‰

**jodi.page@uber.com** November 23, 2019 at 4:31:39â€¯PM UTC
Advocates thought the report was great - weâ€™re surprised at how thorough

**jodi.page@uber.com** November 23, 2019 at 4:31:48â€¯PM UTC
Iâ€™m like well it should be

**andrew.hasbun@uber.com** November 23, 2019 at 4:31:50â€¯PM UTC
really?Â  That's good

**jodi.page@uber.com** November 23, 2019 at 4:31:57â€¯PM UTC
Weâ€™ve all read it 1000 times

**andrew.hasbun@uber.com** November 23, 2019 at 4:32:03â€¯PM UTC
They need to come out and defend it

**andrew.hasbun@uber.com** November 23, 2019 at 4:32:06â€¯PM UTC
I need to see it...

**andrew.hasbun@uber.com** November 23, 2019 at 4:32:23â€¯PM UTC
when are you all going to share with me?

UBER_JCCP_MDL_002096576

**jodi.page@uber.com** November 23, 2019 at 4:32:34 PM UTC
I have to get Handley to give you access

**andrew.hasbun@uber.com** November 23, 2019 at 4:32:52 PM UTC
I would like to read before thanksgiving cause I need to know before NBC shoot

**jodi.page@uber.com** November 23, 2019 at 4:32:52 PM UTC
I can't even cut and paste from it which has been a PITA with the q and a

**andrew.hasbun@uber.com** November 23, 2019 at 4:34:46 PM UTC
T thinks Gus is a big pu**y

**andrew.hasbun@uber.com** November 23, 2019 at 4:34:53 PM UTC
and he is trying to kill the RAINN hotline

**andrew.hasbun@uber.com** November 23, 2019 at 4:35:06 PM UTC
says it is too expensive

**andrew.hasbun@uber.com** November 23, 2019 at 4:35:11 PM UTC
they want 10 million dollars

**jodi.page@uber.com** November 23, 2019 at 4:35:15 PM UTC
Yup

**jodi.page@uber.com** November 23, 2019 at 4:35:18 PM UTC
He is

**andrew.hasbun@uber.com** November 23, 2019 at 4:35:22 PM UTC
fuck him

**andrew.hasbun@uber.com** November 23, 2019 at 4:35:24 PM UTC
this is my problem

**jodi.page@uber.com** November 23, 2019 at 4:35:26 PM UTC
I'm like well we've been public about it

**jodi.page@uber.com** November 23, 2019 at 4:35:31 PM UTC

CONFIDENTIAL

UBER_JCCP_MDL_002096577

So it has to happen

**jodi.page@uber.com** November 23, 2019 at 4:35:33 PM UTC
Sorry

**andrew.hasbun@uber.com** November 23, 2019 at 4:35:33 PM UTC
supportive on minute, flip flopping the nest

**jodi.page@uber.com** November 23, 2019 at 4:35:37 PM UTC
Cough up the dough dude

**jodi.page@uber.com** November 23, 2019 at 4:35:41 PM UTC
This is your doing

**andrew.hasbun@uber.com** November 23, 2019 at 4:35:52 PM UTC
says do it one second, backpedals the nest

**andrew.hasbun@uber.com** November 23, 2019 at 4:35:53 PM UTC
next

**jodi.page@uber.com** November 23, 2019 at 4:36:09 PM UTC
Oh - I told Brooke - just don't let anyone ask him the three strike questions

**jodi.page@uber.com** November 23, 2019 at 4:36:14 PM UTC
He'll say we have one

**andrew.hasbun@uber.com** November 23, 2019 at 4:36:17 PM UTC
he needs to just go run insurance and we someone with actual safety experince to be head of safety

**andrew.hasbun@uber.com** November 23, 2019 at 4:36:30 PM UTC
I had to coach roger through that

**jodi.page@uber.com** November 23, 2019 at 4:36:38 PM UTC
Did t tell you I texted her?

**andrew.hasbun@uber.com** November 23, 2019 at 4:36:46 PM UTC

no

**jodi.page@uber.com** November 23, 2019 at 4:36:50 PM UTC
That's good

**andrew.hasbun@uber.com** November 23, 2019 at 4:36:56 PM UTC
she only broughht up b

**andrew.hasbun@uber.com** November 23, 2019 at 4:37:14 PM UTC
but she said that gus also told her to stay out of it

**andrew.hasbun@uber.com** November 23, 2019 at 4:37:18 PM UTC
but don't repeat that

**jodi.page@uber.com** November 23, 2019 at 4:37:31 PM UTC
B has actually been advocating for her and reminding people she was behind a lot of this stuff from the beginning

**jodi.page@uber.com** November 23, 2019 at 4:37:59 PM UTC
Until T lectured her that it's our teams responsibility to do these interviews

**jodi.page@uber.com** November 23, 2019 at 4:38:24 PM UTC
B has the memory of a gnat when it comes to grudges

**jodi.page@uber.com** November 23, 2019 at 4:38:29 PM UTC
She's like my friend Nikki

**andrew.hasbun@uber.com** November 23, 2019 at 4:38:30 PM UTC
hahaha

**jodi.page@uber.com** November 23, 2019 at 4:38:35 PM UTC
Can't stay mad at anyone for too long

**jodi.page@uber.com** November 23, 2019 at 4:38:43 PM UTC
And I hold the grudge until the end of time

**andrew.hasbun@uber.com** November 23, 2019 at 4:38:45 PM UTC

that's not me

**andrew.hasbun@uber.com** November 23, 2019 at 4:38:54 PM UTC
I hold grudge until i exact my revegnge

**andrew.hasbun@uber.com** November 23, 2019 at 4:38:57 PM UTC
revenge

**jodi.page@uber.com** November 23, 2019 at 4:38:59 PM UTC
Me too

**jodi.page@uber.com** November 23, 2019 at 4:39:04 PM UTC
Greg Bensinger will pay

**andrew.hasbun@uber.com** November 23, 2019 at 4:39:04 PM UTC
i'm a killer

**jodi.page@uber.com** November 23, 2019 at 4:39:09 PM UTC
Mark my words

**andrew.hasbun@uber.com** November 23, 2019 at 4:39:10 PM UTC
I'll help you

**jodi.page@uber.com** November 23, 2019 at 4:39:13 PM UTC
Yup

**andrew.hasbun@uber.com** November 23, 2019 at 4:39:20 PM UTC
i'll help you bury the body

**jodi.page@uber.com** November 23, 2019 at 4:39:24 PM UTC
Hahaha

**andrew.hasbun@uber.com** November 23, 2019 at 4:39:26 PM UTC
like goodfellas

**jodi.page@uber.com** November 23, 2019 at 4:39:27 PM UTC

Ofc you will

**jodi.page@uber.com** November 23, 2019 at 4:39:37 PM UTC
Youâ€™ll be the first person I cal ðŸ˜‚,

**jodi.page@uber.com** November 23, 2019 at 4:39:40 PM UTC
Call

**andrew.hasbun@uber.com** November 23, 2019 at 4:39:52 PM UTC
i hate them all

**andrew.hasbun@uber.com** November 23, 2019 at 4:39:57 PM UTC
faiz can fuck off too

**jodi.page@uber.com** November 23, 2019 at 4:40:12 PM UTC
We need to plan Friday night 12/6

**andrew.hasbun@uber.com** November 23, 2019 at 4:40:26 PM UTC
won't do the product moment but has a joke of an email from two bimbos and jumps at it.Â

**andrew.hasbun@uber.com** November 23, 2019 at 4:40:29 PM UTC
yes, we do

**jodi.page@uber.com** November 23, 2019 at 4:40:34 PM UTC
Gonna ask papa Kallman where he is taking us to din din

**andrew.hasbun@uber.com** November 23, 2019 at 4:40:35 PM UTC
we should make resos now

**andrew.hasbun@uber.com** November 23, 2019 at 4:40:41 PM UTC
totally

**jodi.page@uber.com** November 23, 2019 at 4:40:46 PM UTC
Get out the check book

**andrew.hasbun@uber.com** November 23, 2019 at 4:40:47 PM UTC

we all need a good meal on friday night

**jodi.page@uber.com** November 23, 2019 at 4:41:01 PM UTC
I told Noah the media trainer was really good and thanked him for making the intro

**jodi.page@uber.com** November 23, 2019 at 4:41:33 PM UTC
Then I was like Iâ€™ll send you the invoice ðŸ˜•

**andrew.hasbun@uber.com** November 23, 2019 at 4:41:46 PM UTC
did he awknowlegde your presence?

**jodi.page@uber.com** November 23, 2019 at 4:41:48 PM UTC
I think j she should consult with us more specifically on The NBC shoot

**jodi.page@uber.com** November 23, 2019 at 4:41:57 PM UTC
Yeah

**jodi.page@uber.com** November 23, 2019 at 4:42:03 PM UTC
Heâ€™s actually pretty ok with me

**andrew.hasbun@uber.com** November 23, 2019 at 4:42:05 PM UTC
if she is still on the payroll, not a bad idea

**jodi.page@uber.com** November 23, 2019 at 4:42:20 PM UTC
I think when he worked with Bensinger on the legal story he understood

**jodi.page@uber.com** November 23, 2019 at 4:42:27 PM UTC
What a dick he is

**jodi.page@uber.com** November 23, 2019 at 4:42:33 PM UTC
And I also helped him draft shut

**jodi.page@uber.com** November 23, 2019 at 4:42:36 PM UTC
Shut

**jodi.page@uber.com** November 23, 2019 at 4:42:39 PM UTC

UBER_JCCP_MDL_002096582

Shit

**jodi.page@uber.com** November 23, 2019 at 4:42:43 PM UTC
He asks me for stuff a lot

**jodi.page@uber.com** November 23, 2019 at 4:43:33 PM UTC
I guess a lot is an overstatement

**jodi.page@uber.com** November 23, 2019 at 4:43:58 PM UTC
But quite a few times

**jodi.page@uber.com** November 23, 2019 at 4:44:03 PM UTC
He's fine

**jodi.page@uber.com** November 23, 2019 at 4:44:26 PM UTC
I don't really give a shit and am not status and he prob senses that

**jodi.page@uber.com** November 23, 2019 at 4:44:34 PM UTC
Like I'm not going to kiss his ass

**andrew.hasbun@uber.com** November 23, 2019 at 4:44:42 PM UTC
B just like jumps whenever he is in anything

**jodi.page@uber.com** November 23, 2019 at 4:44:47 PM UTC
I don't like that he's mean to people

**jodi.page@uber.com** November 23, 2019 at 4:44:55 PM UTC
He triggers her

**andrew.hasbun@uber.com** November 23, 2019 at 4:44:56 PM UTC
it was so annoyingyesterday

**andrew.hasbun@uber.com** November 23, 2019 at 4:45:07 PM UTC
she needs to stop that

**andrew.hasbun@uber.com** November 23, 2019 at 4:45:09 PM UTC

it is too much

**andrew.hasbun@uber.com** November 23, 2019 at 4:45:15 PM UTC
and then people will take advantage

**jodi.page@uber.com** November 23, 2019 at 4:45:58 PM UTC
It's hard that her, Steffi and Taj are all status

**jodi.page@uber.com** November 23, 2019 at 4:46:04 PM UTC
I'm like you guys are going to kill us all

**andrew.hasbun@uber.com** November 23, 2019 at 4:46:10 PM UTC
Ugh. The worst

**jodi.page@uber.com** November 23, 2019 at 4:46:10 PM UTC
This is why you need a balance

**jodi.page@uber.com** November 23, 2019 at 4:46:21 PM UTC
Steffi is like are there other things? I'm like yah

**andrew.hasbun@uber.com** November 23, 2019 at 4:46:34 PM UTC
She's a mini monster

**jodi.page@uber.com** November 23, 2019 at 4:46:38 PM UTC
There are actually four types of other people that are just as effective

**andrew.hasbun@uber.com** November 23, 2019 at 4:46:42 PM UTC
Only going to get worse as she gets older

**jodi.page@uber.com** November 23, 2019 at 4:46:48 PM UTC
Kallman is not status

**andrew.hasbun@uber.com** November 23, 2019 at 4:46:59 PM UTC
No. He and I were both fairness

**jodi.page@uber.com** November 23, 2019 at 4:47:05 PM UTC

UBER_JCCP_MDL_002096584

Me too

**andrew.hasbun@uber.com** November 23, 2019 at 4:47:17 PM UTC
That's why the three of us get along so well

**jodi.page@uber.com** November 23, 2019 at 4:47:24 PM UTC
He may be like a savant

**andrew.hasbun@uber.com** November 23, 2019 at 4:48:13 PM UTC
He is

**jodi.page@uber.com** November 23, 2019 at 4:48:14 PM UTC
Wrong word

**andrew.hasbun@uber.com** November 23, 2019 at 4:48:19 PM UTC
But does he have a life ?

**jodi.page@uber.com** November 23, 2019 at 4:48:21 PM UTC
Because he doesn't have mental issues

**andrew.hasbun@uber.com** November 23, 2019 at 4:48:24 PM UTC
What does he do for fun

**jodi.page@uber.com** November 23, 2019 at 4:48:25 PM UTC
Not sure

**andrew.hasbun@uber.com** November 23, 2019 at 4:48:27 PM UTC
Does he have fun?

**jodi.page@uber.com** November 23, 2019 at 4:48:30 PM UTC
Smoke weed

**andrew.hasbun@uber.com** November 23, 2019 at 4:48:37 PM UTC
We should all smoke weed

**jodi.page@uber.com** November 23, 2019 at 4:48:45 PM UTC

CONFIDENTIAL

UBER_JCCP_MDL_002096585

I need to have my brain repaired

**jodi.page@uber.com** November 23, 2019 at 4:49:11 PM UTC
Btw I contributed something to Jill s's tribute to Jill H on behalf of our team

**jodi.page@uber.com** November 23, 2019 at 4:49:54 PM UTC
2019-11-23.jpg

**jodi.page@uber.com** November 23, 2019 at 4:49:57 PM UTC
Jill: Your efforts to do the right thing each day make a huge difference not only for our customers but to each one of us. Moments like SC make us SO proud and grateful to be part of your team.

**jodi.page@uber.com** November 23, 2019 at 4:50:10 PM UTC
Your welcome

**andrew.hasbun@uber.com** November 23, 2019 at 4:51:56 PM UTC
Live that

**andrew.hasbun@uber.com** November 23, 2019 at 4:51:59 PM UTC
Love

**andrew.hasbun@uber.com** November 23, 2019 at 4:52:02 PM UTC
So smart

**andrew.hasbun@uber.com** November 23, 2019 at 4:52:14 PM UTC
Did she say anything back?

**jodi.page@uber.com** November 23, 2019 at 4:52:22 PM UTC
She hasn't received it yet

**jodi.page@uber.com** November 23, 2019 at 4:52:30 PM UTC
Jill is assembling stuff from people

**jodi.page@uber.com** November 23, 2019 at 4:52:40 PM UTC
And then may present it to her at our next global call

**andrew.hasbun@uber.com** November 23, 2019 at 4:52:43 PM UTC

Well done

**jodi.page@uber.com** November 23, 2019 at 4:53:01 PM UTC
I was going to give to her rig her after SC that's why I had everyone sign that

**jodi.page@uber.com** November 23, 2019 at 4:53:16 PM UTC
But then I never did it because I got sucked into my July of hell

**jodi.page@uber.com** November 23, 2019 at 4:53:23 PM UTC
And Brooke went on leave

**jodi.page@uber.com** November 23, 2019 at 4:53:38 PM UTC
And I couldn't find it for a while 😔

**andrew.hasbun@uber.com** November 23, 2019 at 4:54:41 PM UTC
It super clever and she'll like it

**jodi.page@uber.com** November 23, 2019 at 4:55:14 PM UTC
Yeah - I think she's particularly proud of SC

**jodi.page@uber.com** November 23, 2019 at 4:58:07 PM UTC
There are like 100,000 animal cruelty emails in press@

**jodi.page@uber.com** November 23, 2019 at 4:58:14 PM UTC
For that horse race in ANZ

**andrew.hasbun@uber.com** November 23, 2019 at 4:58:20 PM UTC
I know. So insane

**jodi.page@uber.com** November 23, 2019 at 4:58:30 PM UTC
The spiteful part of me wants to DEMAND that they do something about it!!!!

**jodi.page@uber.com** November 23, 2019 at 4:58:43 PM UTC
Since they are so preachy to us all the time

**jodi.page@uber.com** November 23, 2019 at 4:58:53 PM UTC

Like they are some higher moral plane

**jodi.page@uber.com** November 23, 2019 at 4:59:10 PM UTC
My trainer texted me

**jodi.page@uber.com** November 23, 2019 at 4:59:22 PM UTC
I'm like peace out until week of 12/9

**andrew.hasbun@uber.com** November 23, 2019 at 4:59:23 PM UTC
Asking where you've been?

**andrew.hasbun@uber.com** November 23, 2019 at 4:59:33 PM UTC
I'm heading to Orangetheory fitness right now

**jodi.page@uber.com** November 23, 2019 at 4:59:34 PM UTC
She's been in the Dominican Republic

**jodi.page@uber.com** November 23, 2019 at 4:59:43 PM UTC
K A have a good workout!!

**andrew.hasbun@uber.com** November 23, 2019 at 4:59:43 PM UTC
Got to get a skinny as I can before I pick out on Thanksgiving and feast while traveling

UBER_JCCP_MDL_002096588