

# NATIVE FILE FORMAT– SLIP SHEET

*File produced in native file format*

# EX 1319

# EX 1319 Hannah Nilles 063025

*EX 1319 Hannah Nilles 063025.mp4*

