Hannah Nilles

EX 1320

R.C. 06.30.25

# NATIVE FILE FORMAT– SLIP SHEET

*File produced in native file format*

# EX 1320

# EX 1320 Hannah Nilles 063025

*EX 1320 Hannah Nilles 063025.mp4*

