UBER_JCCP_MDL_003301763

## Metadata

| | | |
|---|---|---|
| #Author | joe.navin@uber.com | SEMANTIC |
| #Date Modified | 11/22/2024 | SEMANTIC |
| #DateCreated | 08/16/2024 | SEMANTIC |
| #Title | Safety 101 Presentation - Prepared for RK 8.16.24 | SEMANTIC |
| Account | gbrown@uber.com; | SEMANTIC |
| All Custodians | Brown, Greg;Kaiser, Roger;Luu, Jenny; | SEMANTIC |
| All Paths | Brown, Greg: \REFRESH_Drive_Set3\REFRESH_Drive_Set3____11.zip; Brown, Greg: \REFRESH_Drive_Set3\REFRESH_Drive_Set3____11.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_9.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_9.zip; Luu, Jenny: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_3.zip; Luu, Jenny: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_3.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003301763 | SEMANTIC |
| Collaborators | kaiser@uber.com; adruy@uber.com; ksengupta@uber.com; hyunsoo@uber.com; ollyg@uber.com; gbrown@uber.com; alex.madsen@uber.com; nilles@uber.com; daniel.copeland@uber.com; jennyluu@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 08/16/2024 4:09 pm | SEMANTIC |
| Date Modified | 11/22/2024 4:55 pm | SEMANTIC |
| DocID | 1ykZ-3qTc3UchUpfGp9qcTXLzlwGrFoXZJPv5JfOXoWY | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_003301763 | SEMANTIC |
| File Path | \REFRESH_Drive_Set3\REFRESH_Drive_Set3____11.zip | SEMANTIC |
| File Size | 24251173 | SEMANTIC |
| Filename | Safety 101 Presentation - Prepared for RK 8.16.2_1ykZ-3qTc3UchUpfGp9qcTXLzlwGrFoXZJPv5JfOXoWY.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hash Value | 205b1a11f7812a05f296f2f2ea40d717 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_003301763 | SEMANTIC |
| ILS Document Date | 11/22/2024 | SEMANTIC |
| ILS Prod Date | 3/4/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL111 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_003287390 | SEMANTIC |
| Other Custodians | Brown, Greg;Kaiser, Roger;Luu, Jenny; | SEMANTIC |
| Primary Date | 08/16/2024 4:09 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL111; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 11/22/2024 4:55 pm | SEMANTIC |
| SourceHash | 9093d7c9b68630879c20ee2c5fdda785 | SEMANTIC |



Trial Exhibit No. P-00790_slip

P-00790.00001

P-00790_slip.00001

**Document Produced in Native**

CONFIDENTIAL

UBER_JCCP_MDL_003301763

P-00790.00002

P-00790_slip.00002



# Safety @ Uber

Roger Kaiser
Global Head of Safety



Trial Exhibit No.
**P-00790**



P-00790.00001



Our vision — *unchanged from 2017* — is to **make Uber the safest and most trusted mobility and delivery platform while supporting customers when things go wrong**.

At Uber, Safety Never Stops



P-00790.00002

# Our mission is grounded in our values and ambitions

## Keep our Customers Safe

We develop a deep understanding of key safety risk factors and deploy innovative interventions to mitigate them. We are able to address local nuance and the experiences of different populations — earners, consumers, and merchants — who use our platform.

## Inspire Trust in Everything We Do

We earn and maintain trust from the people we serve. This requires seamless processes, high-quality products (error-free and reliable), and a best-in-class customer experience when things go wrong.

## Lead the Industry

We aspire to raise the bar on safety across the industry. Internally, we will continue to develop best-in-class safety management systems and drive towards a mature safety culture. As the world's largest rideshare and delivery business, we will champion initiatives that improve safety for our industries, including working with competitors and third parties.





Last year alone, Uber supported 6M+ earners, 1M+ merchants, and 131M consumers. We recognize our immense, continued responsibility - to ensure every experience and interaction is safe.

# Safety Leadership Team



**Roger Kaiser**
Global Head of Safety



**Greg Brown**
Head of Central Safety



**Hannah Nilles**
Head of Americas Safety



**Sean McIntyre**
Head of APAC Safety



**Jenny Luu**
Head of Safety Access / Identity



**Karina Sengupta**
Head of Safety S&P

# Our programs are based on three key pillars that help reduce the risk of serious safety incidents on the platform







## Personal Safety Incidents

- Sexual Assault / Misconduct
- Physical / Verbal Altercation
- Theft & Robbery

## Road Safety Incidents

- Vehicle Crashes (2w/4w)
- Item Handling Injuries

## Catalog Safety Incidents

- Inappropriate use of Restricted Items
- Allergic Reactions to Food

# These incidents are inherently risky for our business, and the likelihood of occurrence can increase based on strategic decisions aimed at drive growth or improve efficiency

| What is the inherent risk? | How might a strategic decision increase that risk? |
|---|---|
|  Putting two people in close proximity will, at some point, result in conflict. | Allowing cash payments can attract more customers, but these trips are twice as likely to lead to physical assaults. |
|  Car crashes are unavoidable when operating a rideshare and delivery business | Allowing drivers with poor driving records may help grow supply, but it also increases the risk of a crash |
|  Alcohol delivery presents the possibility that minors may access intoxicating products. | Less robust ID verification tools are cheaper and streamline handoffs, but also make it easier for minors to obtain alcohol via Uber Eats. |

7

# When examining the specific factors that might increase risk, it's important to recognize that our ability to influence them may be limited



| Risk Factors | Uber's Level of Influence |
|---|---|
| **Environmental** — These risks speak to larger cultural or societal norms that are often are **challenging for Uber to influence** in a meaningful way. | Low |
| **Human** — People are independent and make decisions that they think are best for them. **We can influence the decision making process but not ensure outcomes** | Medium |
| **Platform / App** — Risks introduced by our platform/app are conscious choice we make to meet business goals.. **We have complete control over the presence and severity of these risks** | High |

Failing to address these risks can result in **significant consequences** for our businesses



Our objective is not to block strategic decisions that could amplify risk but rather **enable safe growth by implementing controls that manage critical risks** to an acceptable level with minimal impact to the marketplace



P-00790.00010

# Safety controls are any activity or action designed to <u>reduce the likelihood of</u> or <u>mitigate the consequences</u> of a safety incident

| Controls to reduce likelihood (proactive) | Safety Incident | Controls mitigating consequence (reactive) |
|---|---|---|
| Eliminating anonymity among our spenders increases their accountability, which has been demonstrated to lower the risk of conflict. | **Interpersonal Conflict** | Earners that are reported against for sexual assault / misconduct are suspended immediately to protect other users while the incident is investigated |
| Routing logic will optimize for safer routes (i.e less left turns) | **Vehicle Crash** | Our post crash experience help injured parties get the support they need, reducing litigation risk |
| Couriers are required to undergo alcohol compliance training before they can deliver alcohol. | **Underage Consumption / Allergic Reactions** | Couriers who fail to adhere to compliance requirements will lose the ability to deliver alcohol. |



P-00790.00011

**Effectively managing the consequences of safety incidents first requires an understanding of how risks arise on the platform and an openness to balance business / safety tradeoffs**

*Ensuring we have clear KPIs for every step helps to ensure our current operating framework is defensible*



Attorney-Client Privileged & Confidential

P-00790.00012

# Safety is a shared responsibility

- **Safety in Design** - Consider whether aspects of project, RFC, PRD may create safety risk for users

- **Don't be shy** - Ask your local safety POC to weigh in

- **#Seetheforestandthetrees** - Small steps to improve safety compound and have enormous impact over time



**Shin Otake - Japan's Safety POC**

# Slide Graveyard

A/C Privileged & Confidential

We integrate these concepts using a "Safety Bowtie," which offers a holistic view of the risk landscape and outlines a framework for addressing gaps



Attorney-Client Privileged & Confidential

P-00790.00015

# Safety Metric Scorecards provide a concise overview of how effectively safety risks are managed - tracking incident rates, risk factors, and control efficacy.



Safety Metric Scorecards provide a concise overview of how effectively safety risks are managed - tracking incident rates, risk factors, and control efficacy.

| Risk Factors | Controls | Safety Incidents |
|---|---|---|

*Where to focus our efforts:*
**Track our exposure to strategic risk factors**

E,g,
- Cash trips
- Older vehicles on the platform

*How well are we doing?:*
**Evaluate effectiveness and coverage of controls**

E.g.
- Where do we have education live? How many drivers are passing tests?
- Are drivers adopting audio/video recording tools? Is adoption lowering IR?

*What is the outcome (lagging):*
**Measure the rate of regrettable events**

E.g.
- Serious incident rates (crashes, IPC, allergic reactions)
- Safety sentiment scores