**UBER000065581**

## Metadata

| | | |
|---|---|---|
| **#Author** | sam.vines@uber.com | SEMANTIC |
| **#Date Modified** | 11/28/2021 | SEMANTIC |
| **#DateCreated** | 01/17/2022 | SEMANTIC |
| **Account** | kmcdonald@uber.com | SEMANTIC |
| **All Custodians** | McDonald, Katy | SEMANTIC |
| **All Paths** | McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_98.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_98.zip | SEMANTIC |
| **Begin Family** | UBER000065581 | SEMANTIC |
| **Collaborators** | ygil@uber.com; tmayall@uber.com; christopher.richa@uber.com; smacdonald@uber.com; aneesh.gupta@uber.com; nicole.ashcroft@uber.com; todd.gaddis@uber.com; mson@uber.com; arturo.orjuela@uber.com; jlam9@ext.uber.com; heidihutchison@uber.com; victoria.whinnett@uber.com; dtaylor@uber.com; mitchcooper@uber.com; sean.mcintyre@uber.com; jairaj.modak@uber.com; ollyg@uber.com; clulic@ext.uber.com; ashleigh@uber.com; stephvl@uber.com; mcoutts@uber.com; shubhangib@uber.com; emma.foley@uber.com; amanda.hammond@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 01/17/2022 1:10 am | SEMANTIC |
| **End Family** | UBER000065583 | SEMANTIC |
| **File Path** | \JCCP_DRIVE005\JCCP_Drive005_98.zip | SEMANTIC |
| **File Size** | 99776 | SEMANTIC |
| **Filename** | Bow tie analysis_15KQo6zPUad2o9wcMwOGzVwNdynobsZ6L.pdf | SEMANTIC |
| **Hidden Content** | No | SEMANTIC |
| **ILS All Bates** | UBER000065581;UBER000065582;UBER000065583 | SEMANTIC |
| **ILS Document Date** | 11/28/2021 | SEMANTIC |
| **ILS Prod Date** | 6/28/2024 | SEMANTIC |
| **ILS Prod Vol** | UBER018 | SEMANTIC |
| **Other Custodians** | McDonald, Katy | SEMANTIC |
| **Primary Date** | 01/17/2022 1:10 am | DOC_TYPE_ALIAS |
| **Production Volume** | UBER018 | SEMANTIC |
| **Redacted** | No | SEMANTIC |

Trial Exhibit No.

**P-00793_slip**

# BOW-TIE DIAGRAM

| RISK OWNER | Dom Taylor/ Bec Nyst | | LAST UPDATED: | Nov 2021 |
|---|---|---|---|---|

**RISK STATEMENT:** Vehicle Collision



**EVENT**

**Vehicle loss of control**

**EXISTING PREVENTATIVE CONTROLS**

**EXISTING MITIGATING CONTROLS**

## CONTRIBUTING FACTORS

| 1 | Human error / lapses / distraction by driver or third party e.g. mobile phone use whilst driving, not driving to conditions |
| 2 | Non-compliance with road rules by driver or third party e.g. speeding |
| 3 | Fatigue / not fit to drive e.g. impairment, medical condition, D&A use |
| 4 | Vehicle fault - particularly related to braking or steering issues |
| 5 | Environmental Factors - road and weather conditions that make it more difficult to achieve safe outcomes |
| 6 | Unauthorised / unlicenced driver driving |
| 7 | Unauthorised vehicle on the platform |
| 8 | Unsafe pick-up / drop-off locations |
| 9 | |
| 10 | |

## POSSIBLE IMPACTS

| 1 | Safety impact - Fatal vehicle incident with potentially multiple fatalities |
| 2 | Safety impact - Traffic accident where serious injuries are sustained / pyschological - post traumatic stress |
| 3 | Safety impact - Near miss - vehicle out of control but no injuries |
| 4 | Reputation impact - Adverse media coverage and brand damage - response doesn't meeting commnity expectations |
| 5 | Financial impact - penalties/ insurance premium impacts |
| 6 | Regulatory/ legal impact - Legal proceedings |
| 7 | People impact - Loss of ability to work for Earners |
| 8 | |
| 9 | |
| 10 | |

| SEVERITY | 5 |
|---|---|
| LIKELIHOOD | 2 |
| RRR | 10 |

| Maximum risk outcome | |
|---|---|
| FATALITIES | 2+ |
| USSM | $2m |

## EXISTING PREVENTATIVE CONTROLS

| # | Control | LINK TO CAUSES | EFFECTIVENESS | CONTROL OWNER |
|---|---|---|---|---|
| 1 | Driver screenings & authorisation including BCGs, Driver History Checks, Medicals / Medical Declaration, Govt Authorisations | 2,3 | Some Improvement Required | Access Compliance Doc Approver |
| 2 | Driver partner onboarding, education and community guidelines - online | 2,3 | Adequate | Driver Team / Safety |
| 3 | Driver safety communications / life-cycle management | 2,3 | Some Improvement Required | Driver Team / CRM / Safety |
| 4 | Document Approval Teams & Doc Audit Process to validate documents | 6,7 | Adequate | Doc Approver |
| 5 | Doc Approver Tool (Alexandria) to manage documents required to go online | 6,7 | Adequate | Access Compliance Doc Approver |
| 6 | Automactic Document Movement Management Tools e.g doc expiry | 6,7 | Adequate | Access Compliance |
| 7 | Automatic Driving Hour Limits Policy | 3 | Adequate | Safety Product Team |
| 8 | Vehicle Standards (Maximum age including rego, insurance) & Annual Inspections | 4,7 | Adequate | Driver Team Safety Team |
| 9 | Vehicle quality / maintenance management monitoring | 4,7 | Some Improvement Required | Driver Team Safety Team |
| 10 | Driver / Rider ratings and thresholds | 1,2,3 | Adequate | Driver Team Safety Team |
| 11 | Real-time ID Check (Mutombo) | 6 | Adequate | Safety Product Team |
| 12 | Driver Speed Alerts | 1,2 | Adequate | Safety Product Team |
| 13 | Design of Driver App to minimise interaction / distraction | 1 | Adequate | Product Team |
| 14 | Driver & Vehicle deactivation policies | 1,2,3,4,5 | Adequate | Rides Ops CommOps |
| 15 | Personal protective equipment - high visibility vests/ bags | 1,2,3,4,8 | Adequate | Rides Ops CommOps |
| 16 | Suggested pick up locations and In-app communciation: intercom, SMS, phone to arrange pick up | 8 | Adequate | Driver / Safety Product Team |

## EXISTING MITIGATING CONTROLS

| # | Control | LINK TO IMPACTS | EFFECTIVENESS | CONTROL OWNER |
|---|---|---|---|---|
| 1 | Minimum vehicle standards/ maximum sized vehicles | 1-7 | Adequate | Driver Team Safety Team |
| 2 | Driver competency - all Mobility drivers have a full drivers licence | 1-7 | Adequate | Driver Team |
| 3 | Rider numbers are limited to the number of seatbelts in a vehicle | 1-7 | Adequate | Rider Team |
| 4 | Personal protective equipment - helmet check | 1,2,6 | Adequate | DP Team |
| | Post incident: | | | |
| 5 | 24/7 incident management processes and post incident support including insurance, counselling services and police liason team. | 1-7 | Adequate | CommOps Public Safety |
| 6 | Reputation management following an event including legal and comms support | 1-7 | Adequate | Comms Legal Regulatory |

Trial Exhibit No.

**P-00793**

# BOW-TIE DIAGRAM

| RISK OWNER: | Dom Taylor / Bec Nyst | | LAST UPDATED | 17 Nov 21 |
|---|---|---|---|---|

**RISK STATEMENT:** Sexual assault



**EVENT**

Attempt to commit serious sexual interpersonal conflict (IPC) between Earner <> Consumer / Consumer <> Consumer / Consumer / Merchant <> DP

**EXISTING PREVENTATIVE CONTROLS**

**EXISTING MITIGATING CONTROLS**

## CONTRIBUTING FACTORS
| # | |
|---|---|
| 1 | Intoxication / impairment of Riders / Eaters |
| 2 | Vulnerability of Riders/Eaters, Earners: fear of other consequences |
| 3 | Rider/Eater anonymity promoting environment of no accountability for actions |
| 4 | Unauthorised Earner or fake Uber |
| 5 | Opportunistic or pre-meditated crime |
| 6 | Offers for/of alternate payment means; consensual or misunderstood consent |
| 7 | Inappropriate post-trip contact |
| 8 | |
| 9 | |
| 10 | |

## IMPACTS
| # | |
|---|---|
| 1 | Safety impact - Serious serious sexual assault i.e. rape, non consensual touching - psychological / mental health |
| 2 | Safety impact - Attempted serious sexual assault - psychological / mental health |
| 3 | Reputation impact - Adverse media coverage and brand damage - response doesn't meet community expectations |
| 4 | Regulatory/ legal impact - Legal proceedings / penalties |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

| SEVERITY | 4 |
|---|---|
| LIKELIHOOD | 4 |
| RRR | 16 |

| Maximum risk outcome | |
|---|---|
| FATALITIES | 1 |
| USSM | $2m |

## EXISTING PREVENTATIVE CONTROLS
| # | EXISTING PREVENTATIVE CONTROLS | LINK TO CAUSES | EFFECTIVENESS | CONTROL OWNER |
|---|---|---|---|---|
| **Access and identity** | | | | |
| 1 | Driver screenings & authorisation including BGCs, Driver History Checks, Medicals / Medical Declaration, Govt Authorisations | 4 | Adequate | Access Compliance |
| 2 | Document Approval Teams & Doc Audit Process to validate documents | 4 | Adequate | Doc Approver |
| 3 | Doc Approver Tool to manage documents required to go online | 4 | Adequate | Access Compliance Doc Approver |
| 4 | Automatic Document Movement Management Tools e.g doc expiry | 4 | Adequate | Access Compliance |
| **Education and expectation setting** | | | | |
| 5 | Driver-Partner onboarding, education and community guidelines | 1,2,5,8,7 | Adequate | Driver Team / Comm Ops / Safety |
| 6 | Rider onboarding, education and community guidelines | 1,2,3,5,8,7 | Adequate | Rider Team / Safety |
| 7 | Driver safety communications / life-cycle management | 1,2,5,8,7 | Some Improvement Required | Driver Team / CRM / Safety |
| 8 | Ad hoc messaging / safety messaging at key occasions (eg Christmas party season, public holidays, sports games) | 1,2,3,5,8,7 | Some Improvement Required | Safety Team / Marketing |
| 9 | External partnerships and campaigns (e.g gender-based violence, women's safety forum, Don't Stand By) | 1,2,3,5,8,7 | Adequate | Safety Team / Marketing / Comms / Policy |
| **Feedback and Incident management** | | | | |
| 10 | Driver ratings, thresholds | All | Adequate | Driver Team |
| 11 | Rider ratings, thresholds | All | Adequate | Safety Team |
| 12 | Driver & Rider deactivation policies | All | Adequate | Comm Ops (IRT) |
| **Products and features** | | | | |
| 13 | Phone anonymisation | 7 | Adequate | Safety Product Team |
| 14 | Real-time ID Check (Mutombo) | 4 | Adequate | Safety Product Team |
| 15 | Blacklist / Block Pairing | 2,5,7 | Adequate | Safety Product Team |
| 16 | In app navigation and GPS tracking | 1,2,3,4,5,8 | Adequate | Product Team |

## EXISTING MITIGATING CONTROLS
| # | EXISTING MITIGATING CONTROLS | LINK TO IMPACTS | EFFECTIVENESS | CONTROL OWNER |
|---|---|---|---|---|
| 1 | Safety Toolkit / Emergency Assistance Button | All | Adequate | Comm Ops |
| 2 | Ride Check, including Long Stop, Mid Trip, route deviation | 1,2,3 | Adequate | Safety Product Team |
| **Post incident:** | | | | |
| 3 | 24/7 Support - CommOps / IRT incident reporting and management processes, including Public Safety, NIRC, Earner support package and counselling services | All | Adequate | CommOps, Public Safety, NIRC |
| 4 | Reputation management following an event including legal and comms support | 3,4 | Adequate | Comms Legal Regulatory |

UBER000065582

## BOW-TIE DIAGRAM

**RISK OWNER:** Dom Taylor / Bec Nyst

**LAST UPDATED**   17 Nov 21

**RISK STATEMENT:** Non-sexual Interpersonal Conflict



**CONTRIBUTING FACTORS**

| 1 | Intoxication / impairment of Riders / Eaters |
| 2 | Racial / Homophobic / Sex/ Violence motivated individuals (Riders, DP, Eaters) |
| 3 | Rider/Eater anonymity promoting environment of no accountability for actions |
| 4 | Unauthorised Earner or fake Uber |
| 5 | Trigger / Escalation: Dispute over route taken, order time, quality aspects |
| 6 | Trigger / Escalation: Dispute over DP attempting to enforce community guidelines / road rules to displeasure of rider/s |
| 7 | Opportunistic or pre-meditatated crime |
| 8 | |
| 9 | |
| 10 | |

**EXISTING PREVENTATIVE CONTROLS**

**EVENT**

Serious interpersonal conflict (IPC) between Driver / Rider / Rider <> Rider / Eater <> DP

**EXISTING MITIGATING CONTROLS**

**IMPACTS**

| 1 | Safety – Serious physical or mental injury |
| 2 | Financial impact - property damage |
| 3 | Reputation impact - Adverse media coverage and brand damage - response doesn't meet community expectations |
| 4 | Regulatory/ legal impact - Legal proceedings / penalties |
| 5 | Safety - Fatal incident or serious personal attack i.e. physical assault, psychological / mental health |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

| SEVERITY | 4 |
| LIKELIHOOD | 4 |
| RRR | 16 |

| Maximum risk outcome | |
| FATALITIES | 1 |
| USSM | $2m |

| EXISTING PREVENTATIVE CONTROLS | | LINK TO CAUSES | EFFECTIVENESS | CONTROL OWNER |
|---|---|---|---|---|
| **Access and identity** | | | | |
| 1 | Driver screenings & authorisation including BGCs, Driver History Checks, Medicals / Medical Declaration, Govt Authorisations | 4 | Adequate | Access Compliance |
| 2 | Document Approval Teams & Doc Audit Process to validate documents | 4 | Adequate | Doc Approver |
| 3 | Doc Approver Tool to manage documents required to go online | 4 | Adequate | Access Compliance Doc Approver |
| 4 | Automatic Document Movement Management Tools e.g doc expiry | 4 | Adequate | Access Compliance |
| **Education and expectation setting** | | | | |
| 5 | Driver-Partner onboarding, education and community guidelines | 1,2,5,6,7 | Adequate | Driver Team / Comm Ops / Safety |
| 6 | Rider onboarding, education and community guidelines | 1,2,3,5,6,7 | Adequate | Rider Team / Safety |
| 7 | Driver safety communications / life-cycle management | 1,2,5,6,7 | Some Improvement Required | Driver Team / CRM / Safety |
| 8 | Ad hoc messaging / safety messaging at key occasions (eg Christmas party season, public holidays, sports games) | 1,2,3,5,6,7 | Some Improvement Required | Safety Team / Marketing |
| 9 | External partnerships and campaigns (e.g Drink Wise) | 1,2,3,5,6,7 | Adequate | Safety Team / Marketing / Comms / Policy |
| **Feedback and Incident management** | | | | |
| 10 | Driver ratings, thresholds | All | Adequate | Driver Team |
| 11 | Rider ratings, thresholds | All | Adequate | Safety Team |
| 12 | Driver & Rider deactivation policies | All | Adequate | Comm Ops (IRT) |
| 13 | Public safety inbound notice from law enforcement regarding criminal activity | All | Adequate | Public Safety |
| **Products and features** | | | | |
| 14 | Phone anonymisation | 7 | Adequate | Safety Product Team |
| 15 | Real-time ID Check (Mutombo) | 4 | Adequate | Safety Product Team |
| 16 | Blacklist / Block Pairing | 2,5,7 | Adequate | Safety Product Team |
| 17 | In app navigation and GPS tracking | 1,2,3,4,5,6 | Adequate | Product Team |

| EXISTING MITIGATING CONTROLS | | LINK TO IMPACTS | EFFECTIVENESS | CONTROL OWNER |
|---|---|---|---|---|
| 1 | Safety Toolkit / Emergency Assistance Button | All | Adequate | Comm Ops |
| 2 | Ride Check, including Long Stop, Mid Trip, route deviation | 1,2,3 | Adequate | Safety Product Team |
| **Post incident:** | | | | |
| 3 | 24/7 Support - CommOps / IRT incident reporting and management processes, including Public Safety, NIRC, Earner support package and counselling services | All | Adequate | CommOps, Public Safety, NIRC |
| 4 | Reputation management following an event including legal and comms support | 3,4 | Adequate | Comms Legal Regulatory |
| 5 | Public safety inbound notice from law enforcement regarding criminal activity | 1,4,5 | Adequate | Public Safety |

CONFIDENTIAL

UBER000065583