# UBER_JCCP_MDL_000351289

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **Application** | Slack Attachment | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000351288 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 08/31/2022 12:00 am | SEMANTIC |
| **Date Modified** | 09/07/2022 12:00 am | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000351295 | SEMANTIC |
| **Filename** | sa_fishbone_v2.pptx | SEMANTIC |
| **Hash Value** | 5693a74f53bf78566345a8f9d265d1bca4ab4e98e4683bec6fd89a7b5b589c8a | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000351289;UBER_JCCP_MDL_000351290;UBER_JCCP_MDL_000351291;UBER_JCCP_MDL_000351292;UBER_JCCP_MDL_000351293;UBER_JCCP_MDL_000351294;UBER_JCCP_MDL_000351295 | SEMANTIC |
| **ILS Document Date** | 08/31/2022 | SEMANTIC |
| **ILS Prod Date** | 8/30/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL001 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **Primary Date** | 08/31/2022 12:00 am | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL001; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 09/07/2022 12:00 am | SEMANTIC |

Trial Exhibit No. **P-00794**

P-00794.00001







CONFIDENTIAL

UBER_JCCP_MDL_000351291



CONFIDENTIAL

UBER_JCCP_MDL_000351292





PERSONAL CONTEXT

*CDC

CONFIDENTIAL

P-00794.00007

UBER_JCCP_MDL_000351294

## Platform signals

- <span style="color:red">Cash exchange</span>
- <span style="color:red">Front seat</span>
- Woman/man – man/man matches
- ID Pin check
- Delivery
- <span style="color:red">Overcrowded vehicles</span>
- No prior tickets
- Low reporting rate
- <span style="color:red">Tickets on other LOB</span>
- TRPA tickets
- Fraudulent docs
- Mutombo fails
- Multiple accounts

## Human /Environment signals

- Intoxicated spender
- Night trips
- Geolocation (bar, clubs, campuses)
- Minors
- Languge barrier
- DP asks eater for water or to use the bahroom

CONFIDENTIAL                                                                                           UBER_JCCP_MDL_000351295

P-00794.00008