**UBER_JCCP_MDL_001719681**

## Metadata

| | | |
|---|---|---|
| **#Author** | nilles@uber.com | SEMANTIC |
| **#Date Modified** | 11/15/2019 | SEMANTIC |
| **#DateCreated** | 11/15/2019 | SEMANTIC |
| **#Title** | CONFIDENTIAL Chertoff Response - Key 5.pdf | SEMANTIC |
| **Account** | tbreeden@uber.com; | SEMANTIC |
| **All Custodians** | Breeden, Tracey;Chang, Frank;Fuldner, Gus;McDonald, Katy; | SEMANTIC |
| **All Paths** | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_16.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_16.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_7.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_7.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_4.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_4.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_75.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_75.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2019_JulyToDec\JCCP-EDISCO-23800_2019_JulyToDec_26.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2019_JulyToDec\JCCP-EDISCO-23800_2019_JulyToDec_26.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_113.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_113.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_7.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_7.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_4.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_4.zip | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Attachment Names** | [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image] | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001719681 | SEMANTIC |
| **Collaborators** | tbreeden@uber.com; handley@uber.com; banthony@uber.com; binnings@uber.com; frank@uber.com; eric.schroeder@uber.com; gus@uber.com; kmcdonald@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 11/15/2019 10:41 pm | SEMANTIC |
| **Date Modified** | 11/15/2019 10:41 pm | SEMANTIC |
| **DocID** | 15-TyD30oyC-HpQFSne6aJ3bB2-das4kT | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001719737 | SEMANTIC |
| **File Path** | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_16.zip | SEMANTIC |
| **File Size** | 2651576 | SEMANTIC |
| **Filename** | CONFIDENTIAL Chertoff Response - Key 5_15-TyD30oyC-HpQFSne6aJ3bB2-das4kT.pdf | SEMANTIC |
| **Hash Value** | 06a543231e72c3d581d6707b2f8392e4 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_001719681;UBER_JCCP_MDL_001719682;UBER_JCCP_MDL_001719683;UBER_JCCP_MDL_001719684;UBER_JCCP_MDL_001719685;UBER_JCCP_MDL_001719686;UBER_JCCP_MDL_001719687;UBER_JCCP_MDL_001719688;UBER_JCCP_MDL_001719689;UBER_JCCP_MDL_001719690;UBER_JCCP_MDL_001719691;UBER_JCCP_MDL_001719692;UBER_JCCP_MDL_001719693;UBER_JCCP_MDL_001719694;UBER_JCCP_MDL_001719695;UBER_JCCP_MDL_001719696;UBER_JCCP_MDL_001719697;UBER_JCCP_MDL_001719698;UBER_JCCP_MDL_001719699;UBER_JCCP_MDL_001719700;UBER_JCCP_MDL_001719701;UBER_JCCP_MDL_001719702;UBER_JCCP_MDL_001719703;UBER_JCCP_MDL_001719704;UBER_JCCP_MDL_001719705;UBER_JCCP_MDL_001719706;UBER_JCCP_MDL_001719707;UBER_JCCP_MDL_001719708;UBER_JCCP_MDL_001719709;UBER_JCCP_MDL_001719710;UBER_JCCP_MDL_001719711;UBER_JCCP_MDL_001719712;UBER_JCCP_MDL_001719713;UBER_JCCP_MDL_001719714;UBER_JCCP_MDL_001719715;UBER_JCCP_MDL_001719716;UBER_JCCP_MDL_001719717;UBER_JCCP_MDL_001719718;UBER_JCCP_MDL_001719719;UBER_JCCP_MDL_001719720;UBER_JCCP_MDL_001719721;UBER_JCCP_MDL_001719722;UBER_JCCP_MDL_001719723;UBER_JCCP_MDL_001719724;UBER_JCCP_MDL_001719725;UBER_JCCP_MDL_001719726;UBER_JCCP_MDL_001719727;UBER_JCCP_MDL_001719728;UBER_JCCP_MDL_001719729;UBER_JCCP_MDL_001719730;UBER_JCCP_MDL_001719731;UBER_JCCP_MDL_001719732;UBER_JCCP_MDL_001719733;UBER_JCCP_MDL_001719734;UBER_JCCP_MDL_001719735;UBER_JCCP_MDL_001719736;UBER_JCCP_MDL_001719737 | SEMANTIC |
| **ILS Document Date** | 11/15/2019 | SEMANTIC |
| **ILS Prod Date** | 12/20/2024 | |

**Trial Exhibit No.**
**P-00796**

| ILS Prod Vol | JCCP_MDL056 | SEMANTIC |
|---|---|---|
| Other Custodians | Breeden, Tracey;Fuldner, Gus;McDonald, Katy;Chang, Frank; | SEMANTIC |
| Primary Date | 11/15/2019 10:41 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL056; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 11/15/2019 10:41 pm | SEMANTIC |

P-00796.00002

# Auditor Training (Pt 1)

Policies, procedures, and manuals used by the specialized auditor team

CONFIDENTIAL

UBER_JCCP_MDL_001719681

**01** Taxonomy Training
**02** Defining Uber-related
**03** Audit Tool Training
**04** Wellness

CONFIDENTIAL

P-00796.00004

UBER_JCCP_MDL_001719682

# 01 Taxonomy Training

CONFIDENTIAL

UBER_JCCP_MDL_001719683

# Learning Objective

By the end of this training, learners will be able to correctly categorize reports according to Project T requirements.



CONFIDENTIAL

P-00796.00006

UBER_JCCP_MDL_001719684

# Consent: What it is and isn't

CONFIDENTIAL

UBER_JCCP_MDL_001719685

P-00796.00007

# Consent: What it is and isn't

Consent means granting permission for something to happen or agreeing to do something. People often think consent is only important when it comes to sex. Really, consent is about always choosing to respect personal boundaries.

**When something is consensual, whether it's a hug or sex,** it means everyone involved has agreed to what they are doing and has given their permission. Nonconsensual sexual behavior, or sex without someone's agreement or permission, is sexual assault. Some important things to know about consent:

CONFIDENTIAL

UBER_JCCP_MDL_001719686

# Consent: What it is and isn't

Only yes means yes. Consent is not the absence of a no. It is the presence of a clear, affirmative, expression of interest, desire, and wants. The exchange of consent involves all parties. Each person sets their boundaries or shares their desires. Consent is respectful, mutual decision-making.

Drugs and alcohol impact decision-making and blur consent. When drugs and alcohol are involved, clear consent cannot be obtained.  An intoxicated person cannot give consent.

Consent needs to be clear. Consent is more than not hearing the word "no." A partner saying nothing is not the same as a partner saying "yes." Don't rely on body language, past sexual interactions, or any other nonverbal cues. Never assume you have consent. Always be sure you have consent by asking.

Consent is specific. Just because someone consents to one set of actions and activities does not mean consent has been given for other sexual acts. Similarly, if a partner has given consent to sexual activity in the past, this does not apply to current or future interactions. Consent can initially be given and later be withdrawn.

CONFIDENTIAL

UBER_JCCP_MDL_001719687

# Understanding Taxonomy

CONFIDENTIAL

UBER_JCCP_MDL_001719688

**Activity**

## Think, pair, share

### What is taxonomy and why is it important for our transparency report?

**Pro tip.** First, think through as many scenarios as you can on your own. After 2-3 minutes of reflection, compare notes with a neighbor.

After about 10 minutes, we'll discuss as a class.



CONFIDENTIAL

UBER_JCCP_MDL_001719689

# Sexual Assault

**Physical contact that is reported to be sexual in nature and without the <u>consent</u> of the user.**

### What is a sexual body part?

Sexual body parts are defined as the mouth, female* breasts, buttocks, groin area or genitalia. The phrase "between the legs" is considered to reference a sexual body part. All other body parts are characterized as non-sexual.

*Based on stated or inferred sex, not gender

### What is sexual in nature?

When a Non-Sexual Body Part is involved, either of the following provides context for the 'sexual nature' of the contact / attempted contact:

- Sexual Misconduct of any type

- Reporter's explicit perception that the contact was either flirtatious, romantic, or sexual

CONFIDENTIAL

# Sexual Assault

| | |
|---|---|
| **Non-consensual Sexual Penetration** | Without explicit consent from a user, someone penetrated, no matter how slight, the vagina or anus of a user with any body part or object. This includes penetration of the user's mouth with a sexual organ or sexual body part. This excludes kissing with tongue. |
| **Non-Consensual Kissing: Sexual Body Part** | Without consent from the user, someone kissed or forced a kiss on the mouth, female* breasts, buttocks, groin area or genitalia. The phrase "between the legs" is considered to reference a sexual body part. All other body parts are characterized as non-sexual.<br><br>*Based on stated or inferred sex, not gender<br><br>Note Non-consensual oral sex should be classified as Non-Consensual Sexual Penetration. This category is narrowly defined and does not include oral contact or attempted oral contact with genitalia. |

CONFIDENTIAL

UBER_JCCP_MDL_001719691

# Sexual Assault

**Non-Consensual Touching Sexual Body Part**

Without explicit consent from the user, someone touched or forced a touch on any sexual body part of the user.

Note Sexual body parts are defined as the mouth, female* breasts, buttocks, groin area or genitalia. The phrase "between the legs" is considered to reference a sexual body part. All other body parts are characterized as non-sexual.

*Based on stated or inferred sex, not gender

**Attempted Non-consensual Sexual Penetration**

Without explicit consent from a user, someone attempted to penetrate the vagina or anus of a user with any body part or object. Any attempted removal of another person's clothing to attempt to access a Sexual Body Part will be classified as 'Attempted Non-Consensual Sexual Penetration'. This also includes attempted penetration of the user's mouth with a sexual organ or sexual body part, however, excludes kissing with tongue or attempts to kiss with tongue.

CONFIDENTIAL

UBER_JCCP_MDL_001719692

# Sexual Assault

**Non-Consensual Kissing: Non-Sexual Body Part**

Without consent from the user, someone kissed, licked, or bit or forced a kiss, lick, or bite on any non-sexual body part (hand, leg, thigh) of the user.

**Note** Sexual body parts are defined as the mouth, female* breasts, buttocks, groin area or genitalia. The phrase "between the legs" is considered to reference a sexual body part. All other body parts are characterized as non-sexual.

*Based on stated or inferred sex, not gender

**Non-Consensual Touching Non-Sexual Body Part**

Without explicit consent from the user, someone touched or forced a touch on any non-sexual body part (hand, leg, thigh) of the user

**Note** Sexual body parts are defined as the mouth, female* breasts, buttocks, groin area or genitalia. The phrase "between the legs" is considered to reference a sexual body part. All other body parts are characterized as non-sexual.

*Based on stated or inferred sex, not gender

CONFIDENTIAL

UBER_JCCP_MDL_001719693

# Sexual Assault

**Attempted Kissing Sexual Body Part**

Someone attempted to kiss, lick, or bite but did not come into contact with, the mouth, female* breasts, buttocks, groin area or genitalia. The phrase "between the legs" is considered to reference a sexual body part. All other body parts are characterized as non-sexual.

**Note** Non-consensual oral sex should be classified as Non-Consensual Sexual Penetration. This category is narrowly defined and does not include oral contact or attempted oral contact with genitalia

**Attempted Touching Sexual Body Part**

Someone attempted to touch, but did not come into contact with, any sexual body part of the user and the user perceived the attempt to be sexual.

**Note** Sexual body parts are defined as the mouth, female* breasts, buttocks, groin area or genitalia. The phrase "between the legs" is considered to reference a sexual body part. All other body parts are characterized as non-sexual.

*Based on stated or inferred sex, not gender



CONFIDENTIAL

UBER_JCCP_MDL_001719694

# Sexual Assault

**Attempted Kissing Non-Sexual Body Part**

Someone attempted to kiss, lick, or bite but did not come into contact with, any non-sexual body part (hand, leg, thigh) of the user and the user perceived the attempt to be sexual.

**Note** When a Non-Sexual Body Part is involved, either of the following provides context for the 'sexual nature' of the contact / attempted contact:

- Sexual Misconduct of any type

- Reporter's explicit perception that the contact was either flirtatious, romantic, or sexual

**Attempted Touching: Non-Sexual Body Part**

Someone attempted to touch, but did not come into contact with, any non-sexual body part (hand, leg, thigh) of the user and the user perceived the attempt to be sexual.

**Note** When a Non-Sexual Body Part is involved, either of the following provides context for the 'sexual nature' of the contact / attempted contact:
- Sexual Misconduct of any type
- Reporter's explicit perception that the contact was either flirtatious, romantic, or sexual



CONFIDENTIAL

UBER_JCCP_MDL_001719695

# Sexual Assault

**Insufficient Information**

A vague ticket is defined as a ticket that is submitted without enough detail to get to the secondary category in Bliss.



CONFIDENTIAL

UBER_JCCP_MDL_001719696

**Activity**

# Think, pair, share

What does it mean to attempt something?

**Pro tip.** First, think through as many scenarios as you can on your own. After 2-3 minutes of reflection, compare notes with a neighbor.

After about 10 minutes, we'll discuss as a class.



CONFIDENTIAL

UBER_JCCP_MDL_001719697

# Sexual Misconduct

Non Physical Conduct (Verbal or Staring) of a sexual nature that is without consent, or has the effect of threatening or intimidating a user against whom such conduct is directed. This includes explicit or non explicit verbal comments (or non verbal non physical) such as flirting, personal comments on appearance, inquiries on relationship status.

**Note:** Any sexual conduct that involves physical contact is upgraded to Sexual Assault.

# Sexual Misconduct

**Verbal Threat of Sexual Assault**

Someone directed verbal explicit / direct threats of sexual violence at a user.

**Masturbation / Indecent Exposure**

Someone has exposed breast, buttock, or genitals and / or is engaging in masturbation or sexual acts requiring exposed breast, buttock, or genitals in presence of a user. This excludes public urination where no breast, buttock, or genitals was viewed. This also excludes kissing, hand holding, or other signs of affection with no exposed breast, buttock, or genitals.

Specifically, this includes users who

- Engage in masturbation;
- Expose their breast, buttock, or genitals;
- Engage in sexual acts requiring exposed breast, buttock, or genitals; or
- Engage in conduct that to an ordinary observer would appear masturbation or sexual acts requiring exposed breast, buttock, or genitals;



CONFIDENTIAL

UBER_JCCP_MDL_001719699

# Sexual Misconduct

**Soliciting Sexual Act**

Someone either directly asks for a kiss, displays of nudity, sex, or contact with a sexual body part (breast, buttock, genitals). This could be a direct solicitation or a solicitation in exchange for money or favors.

Note:

This would include the following

- Innuendos that could refer to a sexual act - e.g. "I'd love to come over" "I'd love to take you home," "Would you like to join me inside"
- Requests or solicitations to display nudity or masturbate
- One user asking the other if it is "okay to have sex" with a co-rider in the car, as it implies nudity

This would NOT include:

- Any reference of asking a rider out for a date or a specific romantic or non romantic activity – for example, "I'd love to take you out for dinner". This would be **Sexual Misconduct** > Flirting
- Getting phone number only. This would be classified as **Sexual Misconduct** > Asking Personal Questions



# Sexual Misconduct

**Indecent Photographing / Videography Without Consent**

Someone has taken, without consent, an inappropriate photograph of a user's sexual body part (e.g. down shirt, up skirt, etc.).

**Displaying Indecent Material**

Indecent material, including pornography or other sexual images, was seen by the user.

**Comments or Gestures - Explicit Comments**

Someone described or represented sexual activity or body parts in a graphic fashion.



CONFIDENTIAL

UBER_JCCP_MDL_001719701

# Sexual Misconduct

**Comments or Gestures - Explicit Gestures**

Someone made sexually suggestive gestures at the user.

**Comments or Gestures > Flirting**

Someone makes verbally suggestive comments to the user about engaging in romantic or non-romantic activities. This also includes non-verbal, suggestive flirting, including becoming physically close to a person in a way the user felt was sexual or flirtatious way.

**Comments or Gestures > Comments About Appearance**

Someone makes uncomfortable comments on the user's appearance. This includes both disparaging or complimentary comments.



CONFIDENTIAL

UBER_JCCP_MDL_001719702

# Sexual Misconduct

**Comments or Gestures > Asking Personal Questions**

Someone asks specific, probing, and personal questions of the user. This would include questions about the user's personal life, home address, contact information (e.g. phone, email, social media), romantic or sexual preferences.

**Staring or Leering**

Someone gazes at a user in an unpleasant, uncomfortable, prolonged, or sexual manner. Staring or leering is constant and unwavering. This includes viewing both sexual and non-sexual body parts.



CONFIDENTIAL

UBER_JCCP_MDL_001719703

# Sexual Misconduct

**Insufficient Information**

A vague ticket is defined as a ticket that is submitted without enough detail to get to the secondary category in Bliss.



UBER_JCCP_MDL_001719704

**Activity**

# Issue Type Practice



What would the primary issue type be?

How many secondary category types are present?

According to the prioritization scheme, which would you select?

# Inappropriate Post-Trip Contact / Media Upload

Post trip or delivery completion or cancellation, one party attempts to contact another party or uploads media contact to the internet (live-streaming or otherwise) against a reporter's will for non legitimate reason

CONFIDENTIAL

UBER_JCCP_MDL_001719706

# Inappropriate Post-Trip Contact / Media Upload

**Physical Stalking**

Individuals are classified as stalking someone if the reporting party experienced at least one of the following behaviors from the accused party:
- Following or spying on the reporting party/ turning up at reporting party's home or place or work twice or more without a legitimate reason
- Showing up at the reporting party's home or place of work once without a legitimate reason AND initiated contact at least once using non physical mode (E.g. electronic communication, social media letters to address, leaving post-it on door)

Note:
- There should be a pattern of behavior which could be precluded by unwanted electronic communication
- "Leaving Gifts" is considered non physical mode of initiating contact



CONFIDENTIAL

UBER_JCCP_MDL_001719707

# Inappropriate Post-Trip Contact / Media Upload

**Post-Trip Text Messages/ Phone Calls/ Communication**

Report when one user attempts to contact other user after the completion of a trip via electronic media — Phone calls, text, sms, social media (Facebook, Instagram, Snapchat, WhatsApp, etc.) — for non-legitimate reason. This would also include sending unwanted gifts, or leaving notes at person's home or place of work.
**Note:** This includes showing up at a user's home or place of work 1 time.

**Live-Streaming/ Non-Consensual Media Upload**

Cases of nonsexual media upload or live streaming to public forums without the consent of a user (rider, driver, eater, delivery partner)



CONFIDENTIAL

UBER_JCCP_MDL_001719708

**Activity**

## Issue Type Practice

How would you describe Phoebe's movement?

What else would we need to know to determine whether or not this is stalking?



CONFIDENTIAL

P-00796.00031

UBER_JCCP_MDL_001719709

# Vehicle Crash or Claim

Driver or Delivery Partner's vehicle (or self) collided / crashed with any other vehicle, pedestrian, living being or object. This category also includes non collision incidents that would result in an auto claim or request for compensation (E.g. Property Damage).

The following definitions are based on NHTSA and are applicable across sub definitions in these categories—

**Motor Vehicle**: A motor vehicle is any motorized (mechanically or electrically powered) road vehicle not operated on rails. This includes any car, scooter, electric bicycle

**Pedalcycle**: Any non-motorized road vehicle propelled by pedaling.This includes bicycle, tricycle, unicycle, pedal car

**Pedestrian**:

- Person on foot.
- Person walking, running, jogging, hiking, sitting or lying within the traffic-way or on private property, etc.
- Persons in buildings
- Person on personal conveyance (skateboards, wheelchairs, baby carriages, segways used for personal mobility)

CONFIDENTIAL

UBER_JCCP_MDL_001719710

# Vehicle Crash or Auto Claim

**Motor Vehicle Crash with a Pedestrian or Pedalcycle**

Driver or Delivery Partner's Motor Vehicle involved in a crash with one or more pedal cycles and/or one or more pedestrians

**Motor Vehicle Crash with One or More Motor Vehicles**

Driver or Delivery Partner's Motor Vehicle involved in a crash with one or more Motor Vehicles while driver/delivery partner's vehicle was in motion, or at stop sign / traffic light or while driver was entering or exiting the motor vehicle. Note: This category excludes Rider causing crash due to opening doors

**Motor Vehicle Crash with Animal or Non Vehicle Object**

Driver or Delivery Partner's motor vehicle involved in a crash with animal / type of plant / inanimate object/ stationary object (building / wall / curb / sign) while DP's motor vehicle was in motion. Note: Any crash involving any type of vehicle or human will not qualify here. This category also excludes rider causing crash due to opening doors



CONFIDENTIAL

UBER_JCCP_MDL_001719711

# Vehicle Crash or Auto Claim

**Courier Pedestrian or Pedalcycle Crash**

Courier who is a Pedestrian or operating a Pedalcycle involved in crash

**JUMP Bike Crash**

JUMP bike involved in crash with motor vehicle, pedestrian, pedalcycle. Any claim involving user of JUMP falls here

**Injury or Property Damage while Rider Entering, Exiting, or Inside Vehicle**

Injury or Property Damage occured when rider was entering, leaving or in the vehicle due to non crash reasons.

This includes:

1) Injury occurs while a rider entered or exited vehicle that was not in motion. This would include "Doorings" (e.g. a bicyclist struck by a rider's open door while the rider was entering / exiting the vehicle)

2) Injury to a rider when a rider was inside a motor vehicle due to non crash reasons (e.g. Rider bumped head on a car's ceiling when car went over speed bump)

3) Rider's personal property damaged (e.g. rider's dry cleaning damaged)

CONFIDENTIAL

UBER_JCCP_MDL_001719712

# Vehicle Crash or Auto Claim

**Property Damage to Vehicle Not involving Rider**

Non-crash (Non Collision) claims involving damage to the driver's vehicle.

This includes:
- Glass breakage due to non crash reason (rocks, tree branches falling on vehicle)
- Flat tire or other disablement of vehicles
- Damage from driving through water
- Weather-related damage to vehicles
- Damage to driver's vehicle caused by a third-party (e.g. taxi kicking/punching the car)

Note: This category excludes damage caused due to a vehicle crash.

**Fatality**

Death of any User (Rider, Driver, Delivery Partner, Eater, etc) or third party human being. This does not include fatality of third party animal or any animal transported in vehicle



CONFIDENTIAL

UBER_JCCP_MDL_001719713

# Vehicle Crash or Auto Claim

**Life Altering Injuries Alleged**

Permanent mental or physical handicap including:

- Loss of limb/ amputation/ dismemberment

- Loss or impairment of senses eyesight, hearing, speech

- Severe burn or scarring - Loss of movement (paralysis)

- Miscarriage

- Traumatic Brain Injury and/or Coma

**Hospitalization/ Ambulance**

User or third party taken to hospital or/and transported via ambulance regardless of nature of injury.

This does not include:
- Ambulance called or/and dispatched, but no medical services were rendered to any participant in a crash or incident
- Only a Doctor's visit



UBER_JCCP_MDL_001719714

# Vehicle Crash or Auto Claim

**Minor/ Moderate Injury**

Any injury where the injured did not involve a visit to a hospital or use an ambulance.

This could refer to:

- Sprains and strains

- Wound infections

- Minor burns, cuts, bruises and scalds

- Minor head injuries

**No Injury**

No physical injury was reported by either party at the time of incident resolution



**Activity**

## Was there an accident?



According to our safety Taxonomy, how many safety incidents do you count in this video?

How would you categorize this using our prioritization scheme?

CONFIDENTIAL

UBER_JCCP_MDL_001719716

# Theft or Robbery

User or third party takes another user's property without permission or legal right, and has no intention of returning it / return only due to ransom.

UBER_JCCP_MDL_001719717

# Theft or Robbery

**Weapon Involved**

Usage of an object that is designed primarily to injure or kill.

This includes firearms, swords, club, grenades, daggers, bludgeon, razor blade fitted to a handle, knives, or tasers

**Non Weapon Object**

Usage of any object that is not classified as weapon was used to inflict injury/bodily harm

**No Weapon Involved**

Theft or Robbery where no weapon or object was used.



CONFIDENTIAL

UBER_JCCP_MDL_001719718

# Theft or Robbery

**Fatality**

**Life Altering Injuries Alleged**

**Hospitalization/ Ambulance**

**Minor/ Moderate Injury**

**No Injury**

Tertiary injury definitions the same as Vehicle Crash or Auto Claim



# Theft or Robbery

**Vehicle Stolen** | At time of report, vehicle was taken from driver

**Driver Phone Stolen** | At time of report, phone was taken from driver



CONFIDENTIAL

UBER_JCCP_MDL_001719720

05

# Physical Altercation

Physical contact (or contact using weapons) between users or/and third party that is reported to be malicious or aggressive behavior. This excludes contact that is sexual in nature.

**Note:** This requires reporting party to report that behavior was violent / had intent to harm.

CONFIDENTIAL

UBER_JCCP_MDL_001719721

# Physical Altercation

**Weapon Involved**

Usage of an object that is designed primarily to injure or kill.

This includes firearms, swords, club, grenades, daggers, bludgeon, razor blade fitted to a handle, knifes, or tasers

**Non Weapon Object Involved**

Usage of any object that is not classified as weapon was used to inflict injury/bodily harm

**No Weapon Involved**

Unwanted physical contact with the intent to be malicious occurred, however no object was used to induce physical harm

**Spitting on Person**

Saliva ejected from mouth of user and made physical contact onto another user / third party, due to anger or contempt.

**Note:** This subcategory requires saliva contacts with the other user, and excludes situations where saliva was not in contact with the user



CONFIDENTIAL

UBER_JCCP_MDL_001719722

# Physical Altercation

**Fatality**

**Life Altering Injuries Alleged**

**Hospitalization/ Ambulance**

**Minor/ Moderate Injury**

**No Injury**

Tertiary injury definitions the same as Vehicle Crash or Auto Claim



CONFIDENTIAL

UBER_JCCP_MDL_001719723

# Physical Altercation

**Dispute over Cash**

Cause of dispute was due to cash amount tendered

This could be due to result of UFP fallback, tolls/parkings, arrears, and cash solicitation in case of non-cash bounce trips

**Dispute over Route**

Cause of dispute was primarily due to route taken

**Taxi-Related**

Cause of dispute was due to taxi related individual or entities



CONFIDENTIAL

UBER_JCCP_MDL_001719724

P-00796.00046

**Activity**

## Issue Type Practice

What would the primary issue type be?

Was a weapon used?

What, if any, injuries should we report?

What would the final taxonomy be?



CONFIDENTIAL

UBER_JCCP_MDL_001719725

# **02** Uber-Related Training

CONFIDENTIAL

UBER_JCCP_MDL_001719726

# Key Concept: Uber-Related Incident

## Uber-related

A report is defined as NOT Uber-related if the report is not related in connection with the app or the report has been falsified or rescinded by the reporting party, account holder, or account holder's guest.

## Incidents after 48 hours

Safety incidents taking place 2+ days after the Uber paired trip.

The follow slides outline the concept which auditors were trained on.

CONFIDENTIAL

UBER_JCCP_MDL_001719727

P-00796.00049

# Uber-related

Incidents need to meet one of the following criteria to be **Uber-related**:

1. The incident involved a driver while the driver was logged in to their Uber account and online (e.g. en route to pick-up, or on a trip)

2. The incident involved a rider or rider's guest while on an Uber trip.

3. The incident involved any combination of driver, rider, or rider's guest subsequent to their being matched on a trip (e.g. in a hotel room after trip ends)

If an incident is not **Uber-related**, we will respond to the report appropriately, but the incident should not be counted for safety data counting purposes.

CONFIDENTIAL

UBER_JCCP_MDL_001719728

# Example: Some Reported Incidents May Not Be Relevant

| Ticket Summary |
|---|
| **Initial Report:** *Rider's guest claims driver touched her inappropriately*<br><br>**Follow Up from Reporting Party:** *"Hello. I think there has been a mistake. If the complaint was made against [the driver] from early Friday morning it is false. My roommate had my phone and the incident took place in my LYFT ride. And I think she mistakenly wrote the feedback in my previous uber ride. [The driver] did nothing wrong. Please do not reprimand him. I was unaware of what happened until I went through my emails and talked to my roommate. She said she must have paid less attention because she was so upset after her incident with Lyft."* |

CONFIDENTIAL

UBER_JCCP_MDL_001719729

**03** Audit Tool Training

CONFIDENTIAL

UBER_JCCP_MDL_001719730

# Mira

- Contains the content of the user report and links to the case file

- Contains the review questions. Once all required questions are answered, the 'Save and Go to Next' button can be clicked



**Mira KB Article**



CONFIDENTIAL

UBER_JCCP_MDL_001719731

# From the Mira KB Article:

## Mira Tool

Created by

## Overview

Mira is the name of our special project auditing review tool.



CONFIDENTIAL

UBER_JCCP_MDL_001719732

# From the Mira KB Article (cont'd)

## Mira legend

The live Mira tool can be accessed **HERE**

1. This section contains a link to the support contact submitted by the reporting party and the categorization selected by the support agent
    a. If there is not enough information available in Mira and you need to access the case file, see the Accessing JIRA from Bliss section below
2. The colored bubbled to the left are messages sent by the user
    a. Blue bubbles indicate Rider reports
    b. Red bubbles indicate Driver reports
3. The white bubbles the the right are messages sent by the support agent
    a. Yellow bubbles indicate internal notes not viewable by the customer
4. The right panel is where the audit questions will be completed. Also tracks audit job completion (i.e. Task 2/15, etc.)
5. After all required audit questions are submitted, click SAVE AND GO TO NEXT

> ⓘ We have a practice audit queue, known as **Staging**      Use this queue to familiarize yourself with Project T and the audit questions.

CONFIDENTIAL

UBER_JCCP_MDL_001719733

# **03** Wellness

CONFIDENTIAL
UBER_JCCP_MDL_001719734



CONFIDENTIAL

UBER_JCCP_MDL_001719735

P-00796.00057



**Maintain your lifestyle.** Continue to do what you enjoy and keep a positive work-life balance.

**Talking is OK.** If you are experiencing challenges processing details of a sensitive conversation, resources are available.

**Take time to relax.** Set aside time to relax or meditate in whatever way works best for you.

CONFIDENTIAL

UBER_JCCP_MDL_001719736

"Every day, our technology puts millions of people together in cars in cities around the world. Helping keep people safe is a huge responsibility, and one we do not take lightly. That's why as CEO, I'm committed to putting safety at the core of everything we do."

DARA KHOSROWSHAHI, UBER CEO



CONFIDENTIAL

UBER_JCCP_MDL_001719737

P-00796.00059