## UBER_JCCP_MDL_001729997

## Metadata

| #Author | ksengupta@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 09/27/2023 | SEMANTIC |
| #DateCreated | 03/22/2022 | SEMANTIC |
| #Title | April 2022- Central Safety Global Safety Risk Review MBR | SEMANTIC |
| Account | mike.akamine@uber.com; | SEMANTIC |
| All Custodians | Akamine, Mike;Hasbun, Andrew;Kaiser, Roger;Luu, Jenny;McDonald, Katy; | SEMANTIC |
| All Paths | Akamine, Mike: \Akamine, Mike\EDISCO-23471_mike.akamine@uber.com_10.zip; Akamine, Mike: \Akamine, Mike\EDISCO-23471_mike.akamine@uber.com_10.zip; Akamine, Mike: \JCCP_Drive001\JCCP_Drive001_9.zip; Akamine, Mike: \JCCP_Drive001\JCCP_Drive001_9.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_11.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_11.zip; Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_73.zip; Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_73.zip; Luu, Jenny: \EDISCO-25695_DR01\EDISCO-25695_DR01_9.zip; Luu, Jenny: \EDISCO-25695_DR01\EDISCO-25695_DR01_9.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_73.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_73.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001729997 | SEMANTIC |
| Collaborators | quebec.calderon@uber.com; joe.navin@uber.com; alirorab@uber.com; mike.akamine@uber.com; alex.madsen@uber.com; kmcdonald@uber.com; shaunat@uber.com; kaiser@uber.com; adruy@uber.com; jlacinak@uber.com; nliguda@uber.com; akhilav@uber.com; nilles@uber.com; analorena.vigil@uber.com; safety-strategy-and-planning-group@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 03/22/2022 11:16 pm | SEMANTIC |
| Date Modified | 09/27/2023 9:17 pm | SEMANTIC |
| DocID | 1QWnb2Scx5buSRNP1frMWrLUHtlUK2H4pMCjIOChsaig | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_001729997 | SEMANTIC |
| File Path | \Akamine, Mike\EDISCO-23471_mike.akamine@uber.com_10.zip | SEMANTIC |
| File Size | 7104691 | SEMANTIC |
| Filename | April 2022- Central Safety Global S_1QWnb2Scx5buSRNP1frMWrLUHtlUK2H4pMCjIOChsaig.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hash Value | b9bcfefc5979402dce0bef2c0407355a | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_001729997 | SEMANTIC |
| ILS Document Date | 09/27/2023 | SEMANTIC |
| ILS Prod Date | 12/20/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL056 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_004802788 | SEMANTIC |
| Other Custodians | Akamine, Mike;Kaiser, Roger;McDonald, Katy;Hasbun, Andrew;Luu, Jenny; | SEMANTIC |
| Primary Date | 03/22/2022 11:16 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL056; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 09/27/2023 9:17 pm | SEMANTIC |
| SourceHash | bd79a0a19ba3b3352e9129830825fa86 | SEMANTIC |



Trial Exhibit No.

**P-00800_slip**

# Document Produced in Native

CONFIDENTIAL

UBER_JCCP_MDL_001729997

P-00800.00002

P-00800_slip.00002

Confidential - Do not share

# Monthly Global Safety Review

Trial Exhibit No.

**P-00800**

# Why are we kicking off Monthly Safety Review?

*Cross functional moment to align on the following question:*

What are the biggest safety risks we face as a company, and how well are we mitigating them?

P-00800.00002

# Why are we kicking off Monthly Safety Review?

| What are our material safety risks? | How effective are our controls? |
|---|---|
| **Serious Incident Rate Review**<br>*Detailed Trends, Regional Ticket Reading insights, DA/DS hypothesis insights, Regional Anomalies* | **Control Gaps (Control Coverage and Effectiveness), Control Customer Experience + Operational Health**<br>*Metrics + commentary* |
| **Leading Indicators of Risk**<br>*Metrics + commentary* | |

**Deep Dives to unblock/make decision/ course correct as needed**

# Today's agenda will be the first step toward this goal
## We will cover an introduction to each risk area, and metric definitions for input metrics

**Serious Incident Rate Review**
*High Level trends only with select deep dives*

**Leading Indicators of Risk**
*Metric Definitions only - Queries under construction*

**Control Coverage and Effectiveness**
*Metric Definitions only - Queries under construction*

**[One time] V1 Risk Register Overview**
*End to end Bowtie and control rating*

# Agenda

1.  Interpersonal Safety
    a.   Sexual IPC - Women's Safety
    b.   Non Sexual IPC  - Physical Safety
2.  Food Safety
3.  New Verticals
4.  2-Wheel Road Safety
    a.   VFB Deep Dive

# Managing Risks: Foundations Overview

# Primary Responsibilities of a Risk Subject Matter Expert (SME)

By clearly articulating problem statements, aligning on minimum standards, and offering a spectrum of best practices to mitigate all safety challenges, Central Safety Risk SMEs can empower the business to make *informed* decisions related to risk

1. Maintain a comprehensive risk & control register
2. Monitor overall health of a risk (know your metrics)
3. Act as chief recommender for managing a risk
4. Manage escalations related to risk area
5. Project manage global priorities /guide teams & leaders
6. Provide subject matter expertise

# Foundational Deliverables of a Risk SME

1.  Clear outline of risk problem statements in a Source of Truth
    a.  Risk register/hazard scorecard
2.  KPI Dashboard with relevant program metrics
    a.  Serious Incidents
    b.  Less Serious Incident & Near Misses
    c.  Leading Indicators
3.  Presentation / Communication Tools
    a.  "Bowtie" Method showing causal links between risk sources and consequences
    b.  "Fishbone" model to compartmentalize hazards by risk sources
    c.  "Swiss cheese" model demonstrating how relevant controls complement each other
4.  Templates
    a.  Quarterly progress reports
    b.  Risk assessment for new products/LOBs
    c.  Escalation management framework  (co-owned with scaled controls team)
    d.  Risk area newsletter

# Building a Risk Register

For each source of risk we want to know:

- What are the main hazards present in this source of risk?
- What are the consequences of not addressing these risks?
- What are the things that signal this risk (risk indicators)?
- What are the controls in place to mitigate this risk?
- How effective are those controls?
- What is our overall risk rating for these hazards?

| ID | Category | Description | Consequence | Probability | Impact | Risk Level | Risk Modification Plan | Risk Owner | Residual Risk Level |
|----|----------|-------------|-------------|-------------|--------|------------|------------------------|------------|---------------------|
| 1 | Employee | It takes too long to contact a lead, and this time may not decrease with the new sales program | We will not increase sales revenue | High | High | High | Map out current processes to find inefficiencies so wasted steps are not included in new program | Brady | Medium |
| 2 | Customers | Customers are leaving, and we do not know why | We will not know how to reduce the number of customers who leave | Medium | High | High | Create a survey, and partner with firm to deliver survey to customers | Sami | Low |
| 3 | Employee | The new employee learning program may not be approved by the board | We will not be able to provide professional development to all employees | Low | Medium | Medium | Prepare and present ideas at board meeting next week | Jesse | Low |
| 4 | Employee | There is no documentation of different roles within the company | Cross-training employees will be inefficient | Medium | Medium | Medium | Begin creating tutorials specific to different roles | Jesse | Low |

# Personal Safety
## (Interpersonal Conflict - Sexual & Non Sexual)



P-00800.00010

# Sexual IPC (Women's Safety)



# Women's Safety

### Why women's safety?

Our women's safety work is an expression of our safety commitment. When we talk about safety, we're already talking about the safety of people of all identities. But it's crucial to acknowledge that **women, in particular, face additional risks**, and certain characteristics including race, ethnicity, sexual orientation, disability status, and some contextual factors, such as driving at night, may compound women's vulnerability to violence as well as their willingness to report.

We are working towards a future where EVERYONE is free to move means that **we need to respond to a complex and layered reality that centers the needs of those that are most systematically excluded or oppressed. As such, addressing women's safety properly warrants its own focus.**

### What are the main problems we care about?

- Incident Rate Trends (This Month)
  - Sexual Assault
  - Sexual Miscontuct
- Control Effectiveness (Next Month)

P-00800.00012

# Sexual Assault

| Mobility | L3M vs. P3M Δ | L12M vs. P12M Δ | 2022 Incident Count | 2022 Incident Rate | YTD *(thru Feb)* vs 2021 | Target |
|---|---|---|---|---|---|---|
| Critical* | +0% | +2% | 668 | 0.95 | 🟡 | -5% |
| Serious | +0% | +6% | 4,021 | 5.4 | 🟡 | -5% |
| All Δ | -3% | +3% | ~19k | 26 | – | – |

| Delivery | L3M vs. P3M Δ | L12M vs. P12M Δ | 2022 Incident Count | 2022 Incident Rate | YTD *(thru Feb)* vs 2021 | Target |
|---|---|---|---|---|---|---|
| Critical* | +2% | +46% | 46 | 0.18 | 🟡 | -5% |
| Serious | -7% | +8% | 222 | 0.72 | 🟡 | – |
| All Δ | -11% | -4% | 1,508 | 4.9 | – | – |





**Takeaways:**
Sexual assault slowly increasing during summer months in 2021 as society opened up; local teams anticipate increases in coming months with many countries returning to pre-pandemic activities

**Takeaways:**
Increase driven by EMEA (UK and France); local team is investigating potential root cause and aims to launch prevention education by EOY

# Global Earners Deactivated for SA

Note: Data has not been validated by Safety DS Team

| Deactivated Drivers Breakdown | |
| --- | --- |
| Count of Drivers Deactivated from SA | 1589 |
| Count of Deactivated Drivers With Prior SA,SM,VA | 866 |
| Count of Deactivated Drivers With No Prior SA,SM,VA | 723 |
| | |
| % of Deactivated Drivers With Prior SA,SM,VA | 54.50% |
| % of Deactivated Drivers With No Prior SA,SM,VA | 45.50% |

| Subcategory | Count of Incidents |
| --- | --- |
| Verbal Dispute | 527 |
| Insufficient Information | 357 |
| Comments or Gestures - Asking Personal Questions | 254 |
| Comments or Gestures - Flirting | 214 |
| Discriminatory Remarks | 154 |
| Staring or Leering | 115 |
| Non-Consensual Touching - Non-Sexual Body Part | 96 |
| Comments or Gestures - Explicit Comments | 84 |
| Soliciting Sexual Act | 62 |
| Comments or Gestures - Comments About Appearance | 59 |
| Threat of Violence without Weapon | 52 |

11/15/2021 to 3/28/2022 (*full breakdown*)

- **Over 50% of drivers deactivated for SA had an IPC incident PRIOR to deactivation**
- Strongest IPC predictors of SA deactivation were:
  - verbal dispute
  - comments or gestures - asking personal questions
  - comments or gestures - flirting
  - discriminatory remarks

P-00800.00014

It's important we <u>begin</u> systematically reviewing leading indicators to reduce top-line metrics  and begin to <u>measure</u> the coverage and effectiveness of our top controls.

| Type of Metric | Proposed Metric | Priority |
|---|---|---|
| Leading Indicator | Sexual Misconduct Incident Rate *(All sub category breakdowns)* | P0 |
| Leading Indicator | Inappropriate Post-Trip Contact Incident Rate | P0 |
| Control Coverage | SA/SM Education - % of active drivers completed | P1 |
| Control Coverage | S-RAD Coverage (Potentially split into cash/non cash coverage) | P1 |
| Control Coverage | Women Rider Preferred Coverage | P0 |
| Control Effectiveness [Live Control] | SA/SM Strike Based Policy Effectiveness | P0 |
| Control Effectiveness [Experiment] | SRAD XP Effectiveness | P1 |
| Control Effectiveness [Experiment] | SA/SM Education Effectiveness | P0 |

Soliciting Stakeholder Feedback

# Sexual Assault/Sexual Misconduct (SA/SM)
## Qualitative Assessment Only

**User Characteristics**

- ❑ Different personality types and conflict response styles (i.e. competing, avoiding)
- ❑ Power and status differences
- ❑ Language Barrier
- ❑ Vulnerable & oppressed populations
- ❑ Children riding alone/Elderly riders (needing extra assistance, time, etc)
- ❑ Unknown identity
- ❑ **Rider alone**

**User Behavior**

- ❑ **Intoxication (drugs, alcohol)**
- ❑ Fatigue
- ❑ Personal Preferences (AC, Windows, Music, Conversation)
- ❑ Lack of Policy Compliance
- ❑ Communication / miscommunication
- ❑ Seating Location (Front Seat), Seating Capacity (single, GRs, Over Capacity)
- ❑ Eats - harassment of couriers

**Experience & Skill**

- ❑ Attitudes towards safe behaviours, lack of understanding of risk, and risk appetite
- ❑ Previous safety history (either on-platform or in BGC)
- ❑ Past VA, SA, SM Verbal Dispute, Asking personal Qs, Flirting, Discriminatory Remarks

**Incident**

- ❑ Seating Capacity (single, GRs, Over Capacity)
- ❑ Woman and Man Matched
- ❑ Access to someone's home
- ❑ Eats - Request to Meet at Door

- ❑ Pressures from consumers or merchants (i.e. long wait times, batching, threat of low ratings or abuse from consumers / merchants)
- ❑ User Late, Cancellations
- ❑ Route Chantes (Changing Destination, Adding Stops)

- ❑ Differences between social groups / class / cultures
- ❑ Party Hours / Party Culture
- ❑ Pickup within 50 m of a bar or college campus (USC)
- ❑ **Evenings/Weekends**
- ❑ Overall crime rate/ Neighborhood safety
- ❑ Machismo culture
- ❑ Eats - Drop Off in a Dangerous Area/Neighborhood, or otherwise poorly lit/segregated address

**Situational**

**App & Marketplace**

**Environmental**

P-00800.00016

# SA/SM Qualitative Assessment Only



# Policy / Comms / Marketing

L30 Insights
- Policy
  - Campus Safety Initiative: Uber, IACLEA and It's On Us Partnered to Share Rideshare Safety Tips with Students ahead of Spring Break
  - Women's Safety Advocate webinar held 3/30/22
  - Ujima research partnership to better understand safety experience for women in the Black community (listening sessions held in March)
- Comms
  - Poor trans earner experience with after city switch 4/4/22 (SF Examiner media coverage)
  - Major incidents continue to garner coverage and questions about safety. Pittsburgh
  - Gig Workers Rising report shows 50+ murders amongst gig economy companies. About 25 with Uber/Uber Eats.

N30 Initiatives
- Policy
  - Renewal of Driving Change partnerships & commitment
- Marketing
  - Women's safety research launching in US & Brazil 4/11/22
  - EU commitment to increase women earners

# Non Sexual IPC (Physical & Health Safety)



# Physical & Health Safety (Non Sexual)

## Why Physical & Health safety?

Our role is to help ensure Users are not put in harms way by engaging with the Uber app. Research has shown that when people have higher levels of confidence in safety protection, they experience lower rates of psychological distress and mental health problems.

1. Physical safety is the **absence of physical contact** (or contact using weapons) between users or/and a third party that is reported to be aggressive behavior. (incl. Theft/Robbery)
2. Health safety focuses on helping address **communicable diseases**, and responding to **personal health issues**.

## What are the main problems we care about?

- Physical Safety
  - Incident Rate Trends (This Month)
    - Physical Assault Fatalities
    - Injurious Theft/Robbery
    - Injurious Physical Altercation
    - Theft/Robbery
  - Control Effectiveness (Next Month)
- Health Safety (Next Month)

*Data is directional and based on a ticket sample

P-00800.00020

# Physical IPC (incl. Theft or Robbery)

### Mobility

| | L3M vs. P3M Δ | L12M vs. P12M Δ | 2022 Incident Count | 2022 Incident Rate | YTD *(thru Feb)* vs 2021 | Target |
|---|---|---|---|---|---|---|
| Critical* | +23% | -37% | 15 | 0.02 | 🟡 | -5% |
| Serious | +6% | -1% | 2,687 | 3.6 | 🟡 | -5% |
| All Δ | +0% | +5% | ~107k | 144 | – | – |

### Delivery

| | L3M vs. P3M Δ | L12M vs. P12M Δ | 2022 Incident Count | 2022 Incident Rate | YTD *(thru Feb)* vs 2021 | Target |
|---|---|---|---|---|---|---|
| Critical* | -2% | -25% | 1 | 0.004 | 🟡 | -5% |
| Serious | -11% | -17% | 344 | 1.1 | 🟢 | -7.5% |
| All Δ | -10% | -2% | 9,968 | 32 | – | – |





**Takeaways:**
Fewer fatal assaults largely driven by continued decreases in LatAm theft; US&C fatalities saw decrease in Q4'21

Injurious altercations flat as US&C mask-related disputes decreased.

**Takeaways:**
Decrease driven by APAC and LatAm; serious physical incidents are most infrequent issue type (<1 per M trips) within Delivery

# Global Earners Deactivated for PA Analysis

Most had a prior IPC incident for VA, PA, or Discriminatory remarks

Data is directional, and not validated by DS team

### Global Deactivated Drivers Breakdown

| | |
|---|---|
| Count of Drivers Deactivated for PA | 1158 |
| Count of Deactivated Drivers With Prior IPC | 695 |
| Count of Deactivated Drivers With No Prior IPC | 463 |
| | |
| % of Deactivated Drivers With Prior IPC | 60.02% |
| % of Deactivated Drivers With No Prior IPC | 39.98% |

| Subcategory | Count of Incidents |
|---|---|
| Verbal Dispute | 1132 |
| Insufficient Information | 405 |
| No Weapon Involved - No Injury | 190 |
| Discriminatory Remarks | 172 |
| Threat of Violence without Weapon | 132 |
| Comments or Gestures - Flirting | 101 |
| Comments or Gestures - Asking Personal Questions | 95 |
| Staring or Leering | 57 |
| Comments or Gestures - Explicit Comments | 53 |

11/15/2021 to 4/1/2022 (*full breakdown*)

- **60% of drivers deactivated for PA had an IPC incident PRIOR to deactivation**
- Strongest IPC predictors of PA deactivation were:
  - Verbal Altercation
  - Low Level PA (no weapon, no injury)
  - Discriminatory remarks
  - Threat of Violence (w/o weapon)
- **DPs who are deactivated for Physical Altercations, also have a history of low-level Sexual Misconduct (flirting, asking personal questions, straing, explicit comments)**

# Global Earners Deactivated for TR

Most **<u>did not</u>** have a prior IPC incident, but VA, PA, SM were common among those that did

Data is directional, and not validated by DS team

## Global Deactivated Drivers Breakdown

| | |
|---|---|
| Count of Drivers Deactivated for TR | 387 |
| Count of Deactivated Drivers With Prior IPC | 69 |
| Count of Deactivated Drivers With No Prior IPC | 318 |
| | |
| % of Deactivated Drivers With Prior IPC | 17.83% |
| % of Deactivated Drivers With No Prior IPC | 82.17% |

| Subcategory | Count of Incidents |
|---|---|
| Verbal Dispute | 43 |
| Insufficient Information | 16 |
| No Weapon Involved - No Injury | 14 |
| Threat of Violence without Weapon | 9 |
| Comments or Gestures - Asking Personal Questions | 5 |
| Comments or Gestures - Flirting | 5 |
| Discriminatory Remarks | 5 |
| Staring or Leering | 5 |
| Self Touching/Indecent Exposure | 4 |
| Comments or Gestures - Explicit Comments | 3 |

11/15/2021 to 4/1/2022 (*full breakdown*)

- Strongest IPC predictors of TR deactivation were:
  - Verbal Altercation
  - PA (no weapon, no injury)
  - Threat of Violence (w/o weapon)
- **DPs who are deactivated for Theft/Robbery, also have a history of low-level Sexual Misconduct (flirting, asking personal questions)**
- Contrary to DPs deactivated for PA, only 17.8% of those deactivated for TR have a prior IPC, compared to 60.02%

# It's important we <u>begin</u> systematically reviewing leading indicators to reduce top-line metrics

| Type of Metric | Proposed Metric | Priority |
|---|---|---|
| Leading Indicator | Verbal Altercation minus Discrimination Incident Rate | P0 |
| Leading Indicator | Discrimination Incident Rate | P0 |
| Leading Indicator | Theft / Robbery with no injury Incident Rate | P0 |
| Leading Indicator | Physical Assault with no injury Incident Rate | P0 |

# Additionally, we're beginning to <u>measure</u> the coverage and effectiveness of our top controls

| Type of Metric | Proposed Metric | Priority |
|---|---|---|
| Control Coverage | Media - Overall - % of trips recorded (where audio or dashcams are live) | P0 |
| Control Coverage | SDM non-cash coverage (% trip coverage) | P0 |
| Control Coverage | DACT 2.0 IPC (% Trip Coverage) | P0 |
| Control Coverage | DACT 3.0 IPC (%Trip Coverage) | P2 |
| Control Effectiveness [Live Control] | DACT 2.0 Policy Effectiveness (IR of flagged / IR of active users) - Driver IPC | P1 |
| Control Effectiveness [Live Control] | DACT 3.0 Recall (next 1% triggering) - Driver IPC | P2 |
| Control Effectiveness [Live Control] | SDM Recall | P1 |
| Control Effectiveness [Experiment] | Media - Dashcam/Audio Effectiveness | P1 |
| Control Effectiveness [Experiment] | RTPM / Messaging Experiment Results | P1 |

P-00800.00025

# Theft Robbery and Physical Alteration (TRPA)

Soliciting Stakeholder Feedback



**User Characteristics**

- ❏ Different personality types and conflict response styles (i.e. competing, avoiding)
- ❏ Power and status differences
- ❏ Language Barrier
- ❏ Clashes between values and interests (Religion, Political Beliefs, etc)
- ❏ Vulnerable persons / Oppressed population
- ❏ Children riding alone /Elderly riders (needing extra assistance, time, etc)
- ❏ Unknown identity

**User Behavior**

- ❏ Intoxication (drugs, alcohol)
- ❏ Fatigue
- ❏ Personal Preferences (AC, Windows, Music, Conversation)
- ❏ Lack of Policy Compliance
- ❏ Seating Location (Front Seat)
- ❏ Possession of Dangerous Items, Animals
- ❏ Defacing personal property
- ❏ Unattended vehicle (w/keys or w/o locking)
- ❏ DP window rolled down in dense city
- ❏ Cars in bike lane

**Experience & Skill**

- ❏ Lack of local road experience, including using unsuitable navigation apps or roads or licencing
- ❏ Attitudes towards safe behaviours, lack of understanding of risk, and risk appetite
- ❏ Previous safety history (either on-platform or in BGC)

**Incident**

**Situational**

- ❏ Seating Capacity (single, GRs, Over Capacity)
- ❏ Woman and Man Matched
- ❏ Access to someone's home
- ❏ Eats - Request to Meet at Door

**App & Marketplace**

- ❏ Unsafe pick-up, transit, drop-off
- ❏ Pressures from consumers or merchants (ie. long wait times, batching, threat of low ratings or abuse from consumers / merchants)
- ❏ User Late, Cancellations
- ❏ Route Chantes (Changing Destination, Adding Stops)

**Environmental**

- ❏ Differences between social groups / class / cultures
- ❏ Phobias (homo-, trans-), -Isms (racism, sexism)
- ❏ Party Hours / Party Culture
- ❏ Evenings/Weekends
- ❏ Overall crime rate / Neighborhood safety
- ❏ Machismo culture
- ❏ Eats - Drop Off in a Dangerous Area/Neighborhood, or otherwise poorly lit/segregated address

Qualitative Assessment Only

# Theft Robbery and Physical Altercation (TRPA)



**Sources**
- Human
- User Behaviors
- User characteristics
- Environmental
- Situational
- Characteristics of the surroundings
- Platform
- App specifications
- App T&C's

**Preventative & Mitigating Controls**
- Car Preferences
- Mask Verification
- Sign Up Education
- No Front Seat
- Uber Pets
- BGC/Screenings
- Cash ID (LATAM)
- Trans Support Flow
- Destination upfront
- Blackout Zones
- Leave at Door (Eats)
- SPuDo (Safe Pickup)
- Pricing + Routing Algorithm Policies
- SDM
- Dash Cams
- WRP
- SRAD
- Audio recording
- Community guidelines
- Driver hour limit

**Incident**

**Reactive Controls**
- Safety content flagger
- Post Incident Education
- Cancellation Reasons
- DACT
- Serious IPC Policies
- Pre-DACT + WARN Notifications

**Consequences**
- Regulatory / Legal
- Brand Reputation
- Physical injuries
- Psychological damage
- Emotional damage
- Financial (lawsuits)

Legend:
- Adequate
- Some Improvement
- Significant Improvement

**Qualitative Assessment Only**

Soliciting Stakeholder Feedback

P-00800.00027

# Food Safety

Attorney-Client Privileged & Confidential

# Food Safety | Program Overview

**Why food safety?** Food Safety is a public health concern resulting in 600 million illnesses and 420,000 deaths annually (WHO). Improper handling of food creates conditions that support the growth of disease causing microbes, transfer of allergens and contaminants. Uber, as a delivery platform, supports transportation of safe food to create positive customer experiences.

**What are the risks?** There are a number of risks associated with 3rd party delivery models - eats, grocery, cannabis edibles, alcohol, freight etc. The key areas are allergen management, preventing microbial contamination, traceability and recalls, food handling  knowledge and data integrity.

**How do we protect Uber and ensure a safe delivery experience?** The objective of this program is to protect the business from current and new exposures using sustainable and scalable preventive solutions and build a mature culture of safety.

## Program Foundations

| | | |
|---|---|---|
| 🟩 | Align on foundational risk areas | complete |
| 🟩 | SOT V1 (Program Overview, Risk Register / Controls Mapping) | complete |
| 🟥 | Visualizing Key Metrics | Late April - May |

**Program Lead:** Akhila Vasan
**APAC:** Sabrina Macdonald
**EMEA:** Ruben Santiago
**US&C:** Cory Freivogel
**LATAM:** Fernanda Pastrana

**P/C/M:** Julia Wunsch
**Product:** Mariana Esteves
**Legal:** Amos Davis
**INA / DA / DS:** Katy McDonald / Sunny Wong



🟩 On Track
🟨 At Risk
🟥 Delayed
⬜ Not Started

P-00800.00029

# Critical Food Safety



| Delivery | L3M vs. P3M Δ | L12M vs. P12M Δ | 2022 Incident Count | 2022 Incident Rate | YTD *(thru Feb)* vs 2021 | Target |
|---|---|---|---|---|---|---|
| Critical* | -6% | +35% | 503 | 1.6 | 🔴 | — |



Critical Food Safety - Incidents per 1M Trips - Rolling 12M Average
Critical Food Safety - Incidents per 1M Trips

### US&C

| Previous 12 months IR | Last 12 months IR | Diff |
|---|---|---|
| 1.777 | 1.986 | 11.8% |

### LatAm

| Previous 12 months IR | Last 12 months IR | Diff |
|---|---|---|
| 0.329 | 0.500 | 51.9% |

### EMEA

| Previous 12 months IR | Last 12 months IR | Diff |
|---|---|---|
| 0.739 | 1.773 | 140.1% |

### APAC

| Previous 12 months IR | Last 12 months IR | Diff |
|---|---|---|
| 0.419 | 0.383 | -8.7% |

Audited & Unaudited Data  Last: 2021-04 to 2022-03   Previous: 2020-04 to 2021-03

**Takeaways:**
Increase likely driven by support abuse in EMEA (UK and France); Safety DS launching new model to detect abuse in H1 while local teams review tickets to identify risky merchants

Issue types that make up the Critical Food Safety metric represent serious incidents with regulatory, liability, and brand exposure. Issue types are: 1) Dietary restrictions violated 2) Severe contamination 3) Alleged food tampering 4) Other food related fatalities

# Unlike the critical food safety metric, serious food safety IRs have spiked 300% since early 2021



**Key consideration:**

Serious Food Safety IR includes *all food related injuries (ex: food poisoning),* whereas the critical food safety metric only looks at injuries related to allergies and alleged food tampering

P-00800.00031

# Mega Regional Trends for Serious Food Safety IR

| APAC | Serious Food Safety | Previous 12 months IR | Last 12 months IR | Diff |
|------|---------------------|-----------------------|-------------------|------|
| | | 3.232 | 6.321 | 95.6% |

| EMEA | Serious Food Safety | Previous 12 months IR | Last 12 months IR | Diff |
|------|---------------------|-----------------------|-------------------|------|
| | | 5.601 | 15.544 | 177.5% |

| US & Canada | Serious Food Safety | Previous 12 months IR | Last 12 months IR | Diff |
|-------------|---------------------|-----------------------|-------------------|------|
| | | 9.395 | 28.726 | 205.8% |

| LatAm | Serious Food Safety | Previous 12 months IR | Last 12 months IR | Diff |
|-------|---------------------|-----------------------|-------------------|------|
| | | 3.120 | 9.944 | 218.7% |

Audited & Unaudited Data   Last: 2021-04 to 2022-03   Previous: 2020-04 to 2021-03

Takeaways:
- Significant spikes in all megaregions, especially in LatAm and US/Can
- Volume is driven by reports of hospitalization related to food poisoning
- Further analysis is required to determine how our R&A policies may be influencing this movement

# Fraudulent Reporting in Critical Food Safety

*UK and France Deepdive*



Incidents with Fraud Tag Volume

- United Kingdom: eater_refund_abuse_do_not_refund = 253, N/A = 125
- France: eater_refund_abuse_do_not_refund = 92, N/A = 41

*Device-based analysis still pending*

*Pending questions for Commops:*
- What constitutes eater fraud? How many fraudulent incidents and in what time frame?
- Are accounts fraudulent forever? Do they fall off the scale?
- What is the process to tag fraud - at time of incident or over lifetime of orders?
- Details on when fraud tag was applied/what conditions?

Is Fraud actually driving up critical food safety?

*Data from 8/21 - 2/22*

# Fraudulent Reporting in Critical Food Safety
*UK and France Deepdive*



**Takeaways:**
- A majority of these reports appear to be submitted by established eater accounts
- It's rare for unique Eater accounts to report multiple critical food safety incidents

# Mapping Risk Sources

## Bad Actor

❏ Fraud by Eater
❏ Merchant tampering
❏ Eater tampering
❏ Fraud by merchant
❏ Fraud by shopper
❏ **Courier tampering**

## Allergens

❏ Eater failed to disclose
❏ Merchant missed SI
❏ Shopper substitution
❏ Poorly packaged or labeled
❏ Recalled Food
❏ **Poorly configured POS integrations**
❏ Vague menu or catalog
❏ Eater cannot disclose allergens and dietary needs
❏ Eater unable to communicate effectively with shopper (grocery)

## Microbial Growth

❏ Slow communication from eater to shopper
❏ Eater handling of food
❏ **Delivery radius and travel time**
❏ Merchant handling practices
❏ Conditions of food storage and preparation
❏ Health and wellness of couriers, merchants and shoppers

**Incident**

## Product contamination

❏ Poorly packaged by shopper
❏ Expired food
❏ Unclean transportation mode
❏ **Torn or ripped packaging**
❏ Recalled food
❏ Unclean shopping bag
❏ Eater fails to store correctly
❏ Food stored with hazardous products (eg. cleaning supplies)

## Traceability

❏ Remove food from market in case of a recall
❏ **Vague menu or catalog**
❏ Unknown specificity of products on market

P-00800.00035

# Food Safety Bowtie



**Sources**
- Food tampering
- Food fraud
- Undeclared allergens
- Misread instructions
- Product substitution
- Regulatory ambiguity
- Tech infrastructure
- Food recalls
- Vague menu
- Food handling
- Packaging issues

**Preventative & Mitigating Controls**
- Uber Product Type (Taxonomy)
- Intuitive search and order experience
- Project Tuna
- Community guidelines
- Transparent delivery
- Policy and Govt. affairs
- ML Algorithm for distance mapping
- Non-profit partnerships
- Special instructions - platform
- Education/Comms
- Access to insulated bags

**Incident**

**Reactive Controls**
- Food Safety Insights Program
- Reporting channel for users
- IRT
- Country response to restaurants
- Cataloguing by taxonomy

**Consequences**
- Eater Fatalities
- Eater Hospitalization
- Brand/Reputation
- Regulatory / Legal
- Financial (Penalties)
- LOSS OF TRUST

Legend:
- Adequate
- Some Improvement
- Significant Improvement

# Building a mature culture of safety: Gaps and Opportunities

**User Experience:** Platform ordering experience : How eaters communicate with merchants, shoppers with eaters, etc;



**Stand for Safety:** Standard Uber policies that represent best-in-class safety practices:



**Brand Integrity:** Who is on our platform, what data do we collect, how can it be used;



**Education and Awareness Raising:** Internal buy in and External merchant, eater, courier, shopper, regulator;



**Scalable and Sustainable Growth:** Continuous improvement and growth of ongoing programs;



P-00800.00037

# Food Safety Insights Program

The food safety insights program goal is to reduce the incidence of dietary restriction violations (allergies, intolerances, dietary restrictions) by providing **tailored** feedback to the restaurants where they most commonly occur, or occur with the greatest severity.

## 993
**Merchants Reviewed**

## 609
**Merchants Emailed**

## 7%
**Merchant Response Rate**

## 69%
**Positive Responses**

In brief, our emails mention:
- That we believe the reports are genuine
- Order details for individual reports
- Recommendations, linked to the help center
- A note that we aren't taking action against the restaurant at this time

*"I don't know if you are familiar with Caribou Coffee Policy about alteration on our food items but we can't change the recipe on any of our sandwiches. That include removing any items. Let me know if there any way you or I make that information clear on your App."*

*"Thanks for your email
We will check this issue with our team
Thanks for feedback."*

*"Hi , we don't use any nuts in butter chicken,
Butter chicken order by customer
Was nuts free."*

**Proposed Control Metrics:**
- [WIP] FSIP recall (Outreach coverage for DRV reports)
- [WIP] FSIP effectiveness (IR reduction)
- # Merchants reached

 **Q2: Expansion to UK planned**

P-00800.00038

# Restricted and Prohibited Items



# Problem Statement

Merchants can currently add restricted or prohibited items to their menus via Menu Maker/APIs without sufficient controls in place to mitigate safety and/or regulatory risk exposure for Uber.

For example, there are still at least 35-40k orders being completed per month in US/C that include at least one unclassified alcoholic item and manual audit accuracy is <40%.

**Uber's risk exposure grows exponentially with NV's RI business growth**

|  | Active Stores | Active Spenders | Orders completed | GB |
|---|---|---|---|---|
| | Monthly | | | |
| Alcohol | 39.4k | 727.1k | 1.4M | 50.4M |
| Tobacco | 3k | 74k | 138k | 5.0M |
| OTC Pharma | 17k | 98k | 114k | 4.3M |
| Cannabis | 21 | 37 | 86 | 3.0k |

## Key Safety Ops Gaps:

**1** — Lack of global PI/RI guidelines, RI infrastructure, and respective safety metrics

**2** — Lack of alignment with Delivery LT on who drives non-Safety PI/RI policies (e.g. mature content)

**3** — Lack of key safety policies: e.g. global courier ID verification compliance/warnings standard

# PI/RI Safety Bowtie: Risk Sources & Existing Controls



P-00800.00041

# Leading Indicators of Risk

## *"How are we measuring exposure?"*

| MERCHANTS - We decided to start tracking menu audit compliance metrics because they give us an overview of the risk exposure per mega-region for key NV RI business LOBs, such as alcohol. | | |
|---|---|---|
| Total GB from from unclassified alcohol | P0 | |
| # unique trips with unclassified alcohol | P0 | Metrics tracking request submitted to Data Science team |
| # of merchants with unclassified alcohol listed | P0 | |
| % of merchants with unclassified alcohol listed | P0 | |
| Average number of days unclassified alcohol | P0 | |
| COURIERS - We want to focus on tracking courier delivery compliance (age verification) to identify where we need to roll out courier ID compliance standards first. | | |
| Average ID Scan Completion Rate - | {where live} | Metrics tracking request submitted to Data Science team |
| # couriers with completion rates below X% | P1 | |

P-00800.00042

# Control Effectiveness: Asks for the Data Science team

## *"Are we mitigating existing safety gaps efficiently?"*

| | | |
|---|---|---|
| We worked with Safety Product on creating a "Catalog Audit Platform" (live in US/C at the moment) to increase PI/RI menu compliance and mitigate unnecessary safety and regulatory risks. We need to track the audit platform's efficiency to advocate for its global expansion with respective Ops and Safety Ops counterparts. | | |
| Gross number of unclassified alcoholic items removed | P0 | Metrics tracking request submitted to Data Science team |
| % Alcohol menu removals from ineligible merchants | P0 | |
| Average of time removed (unclassified) alcohol was available | P0 | |
| Central Safety kicked off a foundational RI safety policy worksteam with US/C Safety Ops to reduce underage alcohol orders and non-compliant alcohol deliveries. We need to track policy efficiency once launched to identify whether the policy is working (and to also build a business case for global scaling of those policies). | | |
| Eaters flagged / removed from underage standard | | Metrics tracking request submitted to Data Science team |
| *Couriers removed from access to alcohol deliveries (Pending Standard Adoption)* | | Pending Standard Adoption - No Action until done |

P-00800.00043

# Approach to KPI Selection



**Couriers**

Global risk indicator:
33% couriers bypass ID scan for manual DOB entry

Global risk indicator:
>38k non-compliant alcohol orders/monthly

E.g US/C risk indicator:
476/weekly underage alcohol order warnings sent in Jan '22

*What "leading indicator" metrics and what control effectiveness metrics can we track?*

**Merchants**

**Eaters**

# PCM Deep-Dive

1. Risk of Underage alcohol deliveries
2. Responsibility. org partnership
3. Enhanced Drizly responsible drinking comms

# 01 Delivery to underage consumers

Regulators are primarily concerned about deliveries to underage consumers

**Eats Mitigations:**
- ID verification and authentication tech
- Consumer-facing comms
- Courier education and enablement

**Building external awareness**
Most policymakers aren't familiar with our risk mitigation measures - so we're working with third-party groups to bolster our education, build awareness of our safety practices, and implement feedback

 | Proprietary and confidential. Do not distribute



P-00800.00046

## 02 Courier safety education with RESPONSIBILITY.ORG



- Partnering with a well-known group strengthens the legitimacy and external perception of our safety processes
- Partnership focus
  - Revise alcohol safety education
  - Enhance comms
  - Review delivery process for safety gaps w/ couriers
- R.org issue areas
  - ID-scanning process
  - Internal compliance checks
  - Enhancing comms we send to couriers (keeping in mind I/C limitations)

**Delivering orders that include alcohol – what's required by law?**

Hi Tomas,

Thanks for your interest in delivering orders that include alcohol. You'll be able to start delivering alcohol after 24 hours.

We just wanted to let you know what's required of you, by law, for these orders. If an order contains alcohol, then you must make sure that:

- The order is only delivered to someone 18 or older, and
- The person you deliver it to is not visibly intoxicated.

Why? Because delivery to someone under 18 or to someone who is intoxicated is illegal and can put a licensee's liquor license at risk. You may also be legally liable and face fines or imprisonment.

Uber Eats | Proprietary and confidential. Do not distribute

# 03 Alcohol comms + marketing opt-outs

**Not all customers want alcohol promos or marketing.**

- Complaints from regulators + Eaters
- Customers can now opt out of all alcohol emails and promos by [writing in to support](#) (*WIP doc*)
- We have more we can do to be sensitive to this issue
- Drizly did a great job for Alcohol Awareness Month →



Hi Meghan,

As we enter Alcohol Awareness Month, we wanted to reach out and make sure all Drizly customers are aware of support resources should they ever need them for themselves or a loved one.

This probably isn't the kind of email you'd expect from us, but our purpose at Drizly is to be there when it matters. And these are just a few resources that aim to build understanding around the treatment of alcohol abuse and the stigmas associated with addiction.

- If you'd like to disable your account (or that of a loved one), please email support@drizly.com.
- You can find more information on Alcohol Awareness Month, as well as resources on prevention, talking to a loved one, and substance use disorder treatment here.
- This month, we'll also be partnering with **To Write Love On Her Arms**, an amazing non-profit movement dedicated to presenting hope and finding help for people struggling with depression, addiction, self-injury and suicide. Learn more about them here.



Uber Eats | Proprietary and confidential. Do not distribute

# 2-Wheel Road Safety

# 2-Wheel Road Safety

## Problem Statement

With more than 46% of global deliveries completed on 2-wheel modalities, Without the security of an enclosed vehicle, these earners are often more easily exposed to injury when crashes occur:

- **Environmental** risk sources like poor road conditions, the absence of bike lanes, and inclement weather create challenges that are generally outside of our control.
- **Human/Vehicle** risk sources like access to PPE, vehicle condition, and courier riding experience can be influenced through access requirements and educational programs.
- **Platform** risk sources such as suboptimal navigation,  time-based incentives, and in-app distractions may also inadvertently encourage unsafe behavior and require tech intervention.

## Key Workstream overview - H1 2022

- DxGy Incentives
- VFB 3.0
-  Limiting in-app distractions

## Metrics

- Serious Crash Rates (Primary)
- Crash - Minor Moderate Injury (Near Miss)
- Crash - No Injury (Near Miss)
- VFB Modality Compliance (In Progress)

# 2-Wheel Road Safety Bowtie



# 2-wheel serious crash rates are trending downwards whereas 4-wheel crash rates have remained consistent

| | Incident LY FY | Incidents YTD* | Trips LY FY | Trips YTD* | IR LY FY | IR YTD* | YoY |
|---|---|---|---|---|---|---|---|
| | | | Global Serious Crash Rate | | | | |
| Motorcycle | 3,685 | 451 | 389,358,759 | 64,495,659 | 9.464 | 6.993 | -26.1% |
| Bicycle | 3,353 | 356 | 471,134,927 | 76,108,317 | 7.117 | 4.678 | -34.3% |
| Motorized_... | 1,791 | 315 | 836,565,981 | 152,610,329 | 2.141 | 2.064 | -3.6% |
| Grand Total | 8,829 | 1,122 | 1,697,059,667 | 293,214,305 | 5.203 | 3.827 | -26.4% |

P-00800.00052

# Serious crash rates are down in almost all of Eats' top 2-wheel markets

## Global 2-Wheel Serious Crash Rate (Top 14 markets by volume)

| | | Incident LY FY | Incidents YTD* | Trips LY FY | Trips YTD* | IR LY FY | IR YTD* | YoY |
|---|---|---|---|---|---|---|---|---|
| APAC | Japan | 1,793 | 212 | 114,728,395 | 18,776,100 | 15.628 | 11.291 | -27.8% |
| | Taiwan (ROC) | 1,234 | 110 | 156,831,186 | 25,567,153 | 7.868 | 4.302 | -45.3% |
| | Australia | 210 | 23 | 20,896,328 | 2,783,078 | 10.050 | 8.264 | -17.8% |
| EMEA | France | 891 | 113 | 140,228,688 | 22,659,094 | 6.354 | 4.987 | -21.5% |
| | United Kingdom | 346 | 43 | 84,963,945 | 13,176,479 | 4.072 | 3.263 | -19.9% |
| | Portugal | 195 | 21 | 19,061,575 | 3,099,020 | 10.230 | 6.776 | -33.8% |
| | South Africa | 108 | 20 | 19,798,213 | 3,508,651 | 5.455 | 5.700 | 4.5% |
| | Spain | 160 | 11 | 11,828,722 | 1,757,199 | 13.526 | 6.260 | -53.7% |
| | Netherlands | 37 | 2 | 9,092,985 | 1,432,503 | 4.069 | 1.396 | -65.7% |
| LatAm | Mexico | 188 | 38 | 72,431,196 | 12,029,851 | 2.596 | 3.159 | 21.7% |
| | Costa Rica | 174 | 25 | 13,306,084 | 2,345,808 | 13.077 | 10.657 | -18.5% |
| | Chile | 84 | 13 | 21,827,704 | 3,615,354 | 3.848 | 3.596 | -6.6% |
| US & Canada | United States | 316 | 46 | 76,278,561 | 16,919,018 | 4.143 | 2.719 | -34.4% |
| | Canada | 84 | 4 | 16,256,323 | 2,931,665 | 5.167 | 1.364 | -73.6% |
| Grand Total | | 5,820 | 681 | 777,529,905 | 130,600,973 | 7.485 | 5.214 | -30.3% |

**Key Insight:**

The rise in "very fast bikes" behavior may be contributing to lower 2-wheel crash rates, especially in FR, UK, and US/C

# Key Issue Deep-Dive

Very Fast Bikes

P-00800.00054

# What is the problem?

| What is the VFB Problem? | "Very Fast Bikes" (VFB) is a term used to identify Delivery People that sign up in logistics flow but use cars to complete deliveries. This creates incremental risk exposure for Uber and the Delivery Person who is accessing the platform out of compliance with Uber Eats' internal standards. |
|---|---|
| How prevalent is this behavior? | New VFB 3.0 Model suggests:<br><br>● >60% of US&C "bicycle" trips are inferred as cars (~7.5 % of total trips)<br><br>    ○ Some markets are worse than others: 90% of all SF bike trips are VFB<br><br>● >40% of EMEA "bicycle" trips are inferred as cars (~21 % of total trips) |

# What exactly did our model say?

We generated a model, tested on known ground-truth, and validated against cohorts (bike paths, UberX trips). We ended up with a pretty good precision. We ran this model across all bike trips and found a significant amount of VFBs representing large portions of supply:

| Region/Query | Claimed Type | Inferred Type | VFB Trips | VFB as % of "bicycle" trips | VFB as % of regional trips |
|---|---|---|---|---|---|
| US & Canada | BICYCLE | CAR | 3,473,296 | 65.2% | 7.5% |
| APAC | BICYCLE | CAR | 52,459 | 1.4% | 0.2% |
| EMEA | BICYCLE | CAR | 4,774,602 | 41.3% | 21.4% |
| LatAm | BICYCLE | CAR | 780,902 | 25.5% | 8.9% |

P-00800.00056

# Why do we think Earners are doing this?

1. **Signup**: Easier onboarding with less document requirements

2. **Screenings**: No MVR for bike flows

3. **Weather**: Couriers that start as bike couriers may switch to cars due to inclement weather

4. **Poor routing/ETAs**: When we do not account for elevation or ETA changes, bike routes can be dangerous and ETAs extremely demanding.

5. **Distance**: Anecdotally, we know Couriers prefer lower distance traversals and prefer to stay closer to the city core.

6. **Tips/Earnings**: If couriers can do short distances twice as fast, they can get a higher yield of tips/hour

7. **Prioritized Dispatches**: Historically, prioritized dispatches over Cars (*practice is being sunset*)

8. **Perception**: Various reasons Couriers may believe Bikers are being treated preferentially

# Why is this behavior problematic (1/2) ?

| | |
|---|---|
| **Insurance Coverage Cost** | There is effectively no third-party coverage if a courier in logistics flow causes bodily injuries to a third-party when making a delivery via an auto. However, we would incur the cost of defending and settling any claims that are brought against Uber as a result of these accidents. There is currently minimal cost accrued for this exposure as the extent of the issue was not well understood.  However, at ~1.1M VFB trips per week, it represents an estimated incremental annual cost to the business of approx $26M, excluding the additional litigation risk. |
| **Litigation Risk** | <ul><li>2021: +~$3M per VFB aggravated incident (2 incidents in 2021)</li><li>2022: +~$30M exposure expected (3 VFB incidents already this year, anticipated to be ~10 and to scale with Eats)</li><li>Expectation that a non-sympathetic jury could move a single case into the >$100M.</li></ul> *In a post-COVID world, there is a rise in nuclear verdicts, especially in auto/transportation cases, and in normally conservative jurisdictions. E.g., See $352M verdict out of Houston, TX against a van driver at George Bush Airport as well as a $730M verdict in a wrongful death trucking case involving a 73 year old decedent.* |
| **Safety Risk** | <ul><li>Courier ETAs are trained by historical data based on flow. With a majority of bike trips completed by cars, the model  is underestimating time predictions for couriers that are actually on bikes</li><li>We have not properly screened couriers that engage in VFB behavior (no MVRs).</li><li>Potentially compromised incident data</li></ul> |
| **Reputation / Sustainability Risks** | VFBs undermine our road safety and sustainability commitments and may result in further regulation or loss of access in markets. (ESG report, CAsPR report, U4B report are impacted)<br><br>VFBs can negatively impact some of our partnerships. E.g. The exclusive UberDirect deal we're working on with Apple can be impacted by incorrect reporting of our trip level emissions. |

# Why is this behavior problematic (2/2) ?

| | |
|---|---|
| ETA Accuracy | VFB's lead to higher ETA error for bicycle deliveries. We estimated a $30M/yr lower bound impact for ETA improvements that can be achieved if we address the VFB problem. |
| # of Couriers (supply) | If we address the VFB problem  -depending on the approach- we expect to lose some of the VFB couriers on our platform. |
| Marketplace Efficiency | We are making suboptimal dispatches due to the VFB Problem. This leads to slower deliveries for Eaters, later pickups for Merchants, and significantly lower overall marketplace throughput |
| Earnings | VFB Earners get some benefits from wrong modality:<br>● Lower distance traversal (avoidance of long dispatches away from city centres) (T&D = 40 - 50% of overall fare)<br>● Better tips due to shorter/more frequent dispatch and trips<br>● Fuel surcharge applies to both car and bike deliveries<br>● Greater dispatch opportunities, and historically, prioritized dispatches over Cars (sunset) |

# Why is this so challenging to address?

Uber has no ability to have two modalities in one account. To switch modalities between bikes and cars, a Courier has to go through a new flow with a new account (new email) and go through BGC and MVR checks:

*"Please note that documents review takes 2 business days and during the review, you cannot go online."*

Eats current solution

DRIVING & DELIVERING  >

## I want to change my Delivery Method

If you wish to change your mode of delivery (i.e. from Motorbike to Bicycle) please submit the form below.

Note:
- Multiple vehicle registrations are only available for the same delivery mode.
- Once the change is made, you will be able to submit any additional documents, as well as update your registered vehicles from the account page in your Partner App.
- Please note that documents review takes 2 business days and during the review, you cannot go online.
- Please note that it can take a few days for incentives to be updated to your new delivery mode.
- If you are a foreign national, you will be required to visit one of our Compliance Centers after you update your delivery mode.
- Walker mode is ONLY available for those who registered Bicycle mode. Please note that you CAN'T deliver only with the walker mode.
- If your account is already active, there are no additional documents required to change to the walker mode. Select "Walker" on the App when you want to deliver with Walker mode.

If you wish to update the vehicle info on your CURRENT delivery mode, please check the pages below.

Update my license plate  >

Update my vehicle model  >

Please read the Note above before submitting this form.

If you wish to change your delivery mode, please select one of the following (choose only 1)

**SIGN IN TO GET HELP**



DD in-app switching flow

P-00800.00060

# Proposed Options

| | |
|---|---|
| **Option 1: Do nothing, continue with VFBs on platform.** | Pros:<br>● No impact on # of couriers (supply)<br>● No impact on insurance cost<br>Cons:<br>● Insurance, litigation, policy & partnership risk [increasing over time]<br>● We'll continue to have lower ETA accuracy<br>● We'll continue to have significantly lower marketplace efficiency |
| **Option 2: Optimize for the marketplace by treating VFBs as a unique modality.**<br><br>[multiple optimization options can range from using inferred modality in one or more areas: ETAs, dispatch distance, earnings…] | Pros:<br>● Higher ETA accuracy & marketplace efficiency benefits (from better matches, lowering cost)<br>● No impact on # of couriers (supply)<br>● No impact on insurance cost<br>Cons:<br>● Increased/new insurance & lit risk due to - Uber knowing and not taking action to close the VFB loophole but benefit from it. |
| **Option 3: Move Couriers to correct modality.**<br><br>[This option ranges from a soft move e.g. incentivization or a more firmer move like grace period/deactivation process.] | Pros:<br>● Increased defensibility on insurance & lit risk<br>● More accurate ETAs for true bike couriers<br>● Higher ETA accuracy & marketplace efficiency benefits<br>● Long-term: Reduced insurance cost due to reduced risk<br>Cons:<br>● Potential to disrupt # of couriers (supply) based on exact approach |