# UBER_JCCP_MDL_000188659

## Metadata

| | | |
|---|---|---|
| #Author | jzan@uber.com | SEMANTIC |
| #Date Modified | 05/30/2018 | SEMANTIC |
| #DateCreated | 03/20/2017 | SEMANTIC |
| #Title | Trip Anomaly Detection Project V3 Review - Final | SEMANTIC |
| Account | nick.silver@uber.com | SEMANTIC |
| All Custodians | Silver, Nick | SEMANTIC |
| All Paths | Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000188659 | SEMANTIC |
| Collaborators | jsevart@uber.com; ambar@uber.com; nirveek@uber.com; frank@uber.com; akankshu@uber.com; dmitriy@uber.com; nick.silver@uber.com; dpurdy@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 03/20/2017 7:52 pm | SEMANTIC |
| Date Modified | 05/30/2018 12:25 am | SEMANTIC |
| DocID | 1A-J5Ek_hUx51Qs3R9XlYx8RNNRUE_U9CT31w7C62Tes | SEMANTIC |
| End Family | UBER_JCCP_MDL_000188685 | SEMANTIC |
| File Path | \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip | SEMANTIC |
| File Size | 5142760 | SEMANTIC |
| Filename | Trip Anomaly Detection Project V3 Review - Fi_1A-J5Ek_hUx51Qs3R9XlYx8RNNRUE_U9CT31w7C62Tes.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hash Value | c4b00ea1359e1f8f7cc313500b77f9eb | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000188659;UBER_JCCP_MDL_000188660;UBER_JCCP_MDL_000188661;UBER_JCCP_MDL_000188662;UBER_JCCP_MDL_000188663;UBER_JCCP_MDL_000188664;UBER_JCCP_MDL_000188665;UBER_JCCP_MDL_000188666;UBER_JCCP_MDL_000188667;UBER_JCCP_MDL_000188668;UBER_JCCP_MDL_000188669;UBER_JCCP_MDL_000188670;UBER_JCCP_MDL_000188671;UBER_JCCP_MDL_000188672;UBER_JCCP_MDL_000188673;UBER_JCCP_MDL_000188674;UBER_JCCP_MDL_000188675;UBER_JCCP_MDL_000188676;UBER_JCCP_MDL_000188677;UBER_JCCP_MDL_000188678;UBER_JCCP_MDL_000188679;UBER_JCCP_MDL_000188680;UBER_JCCP_MDL_000188681;UBER_JCCP_MDL_000188682;UBER_JCCP_MDL_000188683;UBER_JCCP_MDL_000188684;UBER_JCCP_MDL_000188685 | SEMANTIC |
| ILS Document Date | 05/30/2018 | SEMANTIC |
| ILS Prod Date | 8/26/2024 | SEMANTIC |
| ILS Prod Vol | Vol044 | SEMANTIC |
| Other Custodians | Silver, Nick | SEMANTIC |
| Primary Date | 03/20/2017 7:52 pm | DOC_TYPE_ALIAS |
| Production Volume | Vol044; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 05/30/2018 12:25 am | SEMANTIC |
| SourceHash | ea4a7f7adf9a343e7c7bb25389920aed | SEMANTIC |



Trial Exhibit No.

**P-00801**



TO CHANGE THE BACKGROUND PHOTO:
– Go to 'View > Master'
– Right-click on the image and select 'Replace image...'
– Right-click on the photo, go to 'Order > Send to Back'

PHOTOS SHOULD BE AT LEAST 1700 x 866px FOR OPTIMAL RESOLUTION

WHEN THE PRESENTATION TITLE EXTENDS TO TWO OR MORE LINES:
– Select the background blur by clicking to the left of the presentation title
– Resize the background blur to ensure sufficient contrast with the background photo.

CONFIDENTIAL

UBER000205086
UBER_JCCP_MDL_000188659

## Motivation



SoCal Uber Driver Accused Of Raping Unconscious ███

- **No problem in driver profile**
  - Active with Uber for over 6 months
  - Two level 1 tickets
  - Pass BGC
  - Life-time rating: 4.78
- **Risky signals on trip**
  - Mid-night trip
  - At least 6 bars within 1 minute walking distance
  - **Stopped for over an hour near the destination**



link

CONFIDENTIAL

UBER000205087
UBER_JCCP_MDL_000188660

## Summary

- Goal:
  - Develop a real-time rule that detects trip anomaly such as
    - On-trip: going in wrong direction, making unnecessary detour, long stops.
    - After-trip: unnecessary contact, long distance between destination and drop-off location, stay close to rider for anomalous long time.
  - Detect the anomalies as early as possible on the trip.
- Status:
  - Multiple well-performed models have been developed
  - Product design jam sessions started
- Rule Performance:
  - Sexual assaults: recall 11.1% / trigger rate 0.5% / lift 22X
  - Rapes: recall 20.3% / trigger rate 0.5% / lift 40X

CONFIDENTIAL

UBER000205088
UBER_JCCP_MDL_000188661



## SA Trips Have More Long Stops

| Avg. Number of Long Stops - Normal Trips | Avg. Number of Long Stops - SA Trips | P-value (T-test) | Relative Difference |
|---|---|---|---|
| 0.73 | 1.99 | <0.001 | 173% |

Notes: Normal Trips refer to all UberX in the first week of Nov 2016 in LA; SA trips refer to all US UberX SA trips from Oct 1st 2016 to Dec 31st 2016 that have data stored in the ETA table

Stop: the progress made to destination at any checkpoint is less than 10m compared to the previous checkpoint.

CONFIDENTIAL

UBER000205089
UBER_JCCP_MDL_000188662

## SA Trips Have More Flips



| Avg. Number of Flips - Normal Trips | Avg. Number of Flips - SA Trips | P-value (T-test) | Relative Difference |
|---|---|---|---|
| 1.29 | 2.75 | <0.001 | 113% |

*Notes: Normal Trips refer to all UberX in the first week of Nov 2016 in LA; SA trips refer to all US UberX SA trips from Oct 1st 2016 to Dec 31st 2016 that have data stored in the ETA table*

CONFIDENTIAL

UBER000205090
UBER_JCCP_MDL_000188663

## Trip Anomaly Model

Check UberX trips at every checkpoint (about every 1 minute):

- Real-time features for trip anomaly detection:
  - Number of slow movements in previous 3/5/10 checkpoints
  - Number of moving to wrong directions in previous 3/5/10 checkpoints
  - Relative progress made to destination compare to the previous checkpoint
  - Difference between real-time ETA and original ETA
- Predict sexual assaults using rules with trip anomaly score, trip time, gender, spatial features



UBER000205091
UBER_JCCP_MDL_000188664

# Model Performance - With Gender

*Prediction Rule*: Predict trip will end in sexual assault if:

- Trip time between 7pm-5am,
- Driver-rider different gender,
- Trip Anomaly model score is above threshold $p^*$.

| Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|
| **All UberX US Sexual Assaults** | | |
| 0.5% | 11.1% (64/575) | 22.2X |
| 1% | 16.5% (95/575) | 16.5X |
| **Non-Consensual Intercourse Only** | | |
| 0.5% | 20.3% (13/64) | 40.6X |
| 1% | 23.4% (15/64) | 23.4X |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% (72/647) SA trips lost data in ETA table*
  - *LB on recall is 9.9% (with 0.5% trigger rate)*
- *Recall on Rape tickets is calculated from all UberX rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% (30/94) Rape trips lost data in ETA table*
  - *LB on recall is 13.8% (with 0.5% trigger rate)*

CONFIDENTIAL

UBER000205092
UBER_JCCP_MDL_000188665

# Model Performance - Without Gender

*Prediction Rule*: Predict trip will end in sexual assault if:

- Trip time between 7pm-5am,
- Trip happens on Friday, Saturday or Sunday,
- Trip Anomaly model score is above threshold *p*\*.

| Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|
| **All UberX US Sexual Assaults** | | |
| 0.5% | 9.6% (55/575) | 19.2X |
| 1% | 14.3% (82/575) | 14.3X |
| **Non-Consensual Intercourse Only** | | |
| 0.5% | 10.9% (7/64) | 21.8X |
| 1% | 14.1% (9/64) | 14.1X |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% SA trips lost data in ETA table*
  - *LB on recall is 8.5% (with 0.5% trigger rate)*
- *Recall on Rape tickets is calculated from all UberX rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% Rape trips lost data in ETA table*
  - *LB on recall is 7.4% (with 0.5% trigger rate)*

CONFIDENTIAL

UBER000205093
UBER_JCCP_MDL_000188666

## Case Review

**Triggered**

- Ticket
  - Driver continued to harass passenger in front seat
  - Made sexual advances both physically and verbally
  - Ignored the correct route
  - Took longer route to destination
- Trip
  - Midnight trip
  - Male driver, female passengers
  - Multiple passengers
  - Went on wrong directions multiple times
  - Made long stops multiple times
- Anomaly detection
  - Model detected anomalous low speed and wrong direction at very early stage of the trip
  - If intervention was sent out right after trip began, we may prevent the situation getting worse

Case 1: triggered

CONFIDENTIAL

UBER000205094
UBER_JCCP_MDL_000188667



- Ticket
  - Passenger offered sexual favors to driver multiple times
  - Touched driver's private areas
- Trip
  - 9PM trip
  - Male driver male passenger
  - A slight unexpected U-turn on the trip

**Not Triggered**

**Less than 1 minute**

- Anomaly detection
  - Model did **NOT** detect any anomaly for this trip

Case 4: not triggered

CONFIDENTIAL

UBER000205095
UBER_JCCP_MDL_000188668

# Next Steps

- Proper use cases
- Better intervention

CONFIDENTIAL

UBER000205096
UBER_JCCP_MDL_000188669

Questions?

CONFIDENTIAL

UBER000205097
UBER_JCCP_MDL_000188670



- Ticket
    - Driver touched passenger's leg multiple times
- Trip
    - Midnight trip
    - Male driver female passenger
    - Normal route was taken
    - Dropoff location is a few blocks from destination
- Anomaly detection
    - Model did **NOT** detect any anomaly for this trip

Case 3: not triggered



US&Canada 2016 UberX Jira tickets distribution

## Next Steps

- Aggregate the trip anomaly features to account level
  - Check if drivers with SA tickets are more likely to have flips/long stops
  - Potential features for Gwyneth
- Support real-time interventions
  - Prevent opportunistic bad behaviors
  - Offer help and support in real-time

CONFIDENTIAL

UBER000205100
UBER_JCCP_MDL_000188673

# Naive Model Performance (1) - Without Gender

*Naive Prediction Rule*: Predict trip will end in sexual assault if:

- Trip time between 7pm-5am,
- Trip happens on Friday, Saturday or Sunday,
- Slow movement in last 3 minutes.

| Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|
| **All UberX US Sexual Assaults** | | |
| 0.5% | 7.1% (41/575) | 14.2X |
| **Non-Consensual Intercourse Only** | | |
| 0.5% | 20.3% (13/64) | 40.6X |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% SA trips lost data in ETA table*
  - *LB on recall is 6.3%*
- *Recall on Rape tickets is calculated from all UberX Rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% Rape trips lost data in ETA table*
  - *LB on recall is 13.8%*

CONFIDENTIAL

UBER000205101
UBER_JCCP_MDL_000188674

# Naive Model Performance (2) - Without Gender

*Naive Prediction Rule*: Predict trip will end in sexual assault if:

- Trip time between 7pm-5am,
- Trip happens on Friday, Saturday or Sunday,
- Current ETA + time elapsed exceeds 1.8 times initial ETA; and current ETA + time elapsed exceeds initial ETA + 15 minutes

| Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|
| **All UberX US Sexual Assaults** | | |
| 0.54% | 8.5% (49/575) | 15.7X |
| **Non-Consensual Intercourse Only** | | |
| 0.54% | 9.4% (6/64) | 17.4X |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% SA trips lost data in ETA table*
  - *LB on recall is 7.6%*
- *Recall on Rape tickets is calculated from all UberX Rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% Rape trips lost data in ETA table*
  - *LB on recall is 6.4%*

CONFIDENTIAL

UBER000205102
UBER_JCCP_MDL_000188675

Appendix

CONFIDENTIAL

UBER000205103
UBER_JCCP_MDL_000188676

# After-trip Rule Performance

*Prediction Rule*: Predict trip will end in sexual assault if:

- Haversine distance between drop-off and destination is longer that x* km

| | Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|---|
| **All UberX US Sexual Assaults** | | | |
| x*=13km (8.08 miles) | 0.5% | 6.3% | 12.6X |
| x*=7km (4.35 miles) | 1% | 11.3% | 11.4X |
| x*=3km (1.86 miles) | 2% | 16.9% | 8.5X |
| **Non-Consensual Intercourse Only (62% of Rape tickets do not have destination lat/lng data)** | | | |
| x*=13km (8.08 miles) | 0.5% | 3.1% | |
| x*=7km (4.35 miles) | 1% | 6.3% | |
| x*=3km (1.86 miles) | 2% | 12.5% | |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% SA trips lost data in ETA table*
  - *LB on recall is 5.6% (with 0.5% trigger rate)*
- *Recall on Rape tickets is calculated from all UberX rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% Rape trips lost data in ETA table*
  - *LB on recall is 2.1% (with 0.5% trigger rate)*

CONFIDENTIAL

UBER000205104
UBER_JCCP_MDL_000188677

# Model Performance - With Gender

*Prediction Rule*: Predict trip will end in sexual assault if:

- Trip time between 7pm-5am,
- Driver-rider different gender,
- Trip Anomaly model score is above threshold $p^*$.

| Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|
| **All UberX US Sexual Assaults** | | |
| 0.07% | 1.7% (10/575) | 24.3X |
| 0.5% | 11.1% (64/575) | 22.2X |
| 1% | 16.5% (95/575) | 16.5X |
| **Non-Consensual Intercourse Only** | | |
| 0.07% | 3.1% (2/64) | 44.3X |
| 0.5% | 20.3% (13/64) | 40.6X |
| 1% | 23.4% (15/64) | 23.4X |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% (72/647) SA trips lost data in ETA table*
  - *LB on recall is 9.9% (with 0.5% trigger rate)*
- *Recall on Rape tickets is calculated from all UberX rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% (30/94) Rape trips lost data in ETA table*
  - *LB on recall is 13.8% (with 0.5% trigger rate)*

CONFIDENTIAL

UBER000205105
UBER_JCCP_MDL_000188678

# Naive Model Performance (1) - Without Gender

*Naive Prediction Rule*: Predict trip will end in sexual assault if:

- Trip time between 7pm-5am,
- Trip happens on Friday, Saturday or Sunday,
- Slow movement in last 10 minutes.

| Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|
| **All UberX US Sexual Assaults** | | |
| 0.07% | 2.1% (12/575) | 30X |
| **Non-Consensual Intercourse Only** | | |
| 0.07% | 9.4% (6/64) | 134X |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% SA trips lost data in ETA table*
  - *LB on recall is 1.9%*
- *Recall on Rape tickets is calculated from all UberX Rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% Rape trips lost data in ETA table*
  - *LB on recall is 6.4%*

CONFIDENTIAL

UBER000205106
UBER_JCCP_MDL_000188679

# Naive Model Performance (1) - With Gender

*Naive Prediction Rule*: Predict trip will end in sexual assault if:

- Trip time between 7pm-5am,
- Driver-rider different gender,
- Slow movement in last 10 minutes.

| Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|
| **All UberX US Sexual Assaults** | | |
| 0.07% | 2.1% (12/575) | 30X |
| **Non-Consensual Intercourse Only** | | |
| 0.07% | 9.4% (6/64) | 134X |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% SA trips lost data in ETA table*
  - *LB on recall is 1.9%*
- *Recall on Rape tickets is calculated from all UberX Rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% Rape trips lost data in ETA table*
  - *LB on recall is 6.4%*

CONFIDENTIAL

UBER000205107
UBER_JCCP_MDL_000188680

# Naive Model Performance (2) - With Gender

*Naive Prediction Rule*: Predict trip will end in sexual assault if:

- Trip time between 7pm-5am,
- Driver-rider different gender,
- Slow movement in last 3 minutes.

| Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|
| **All UberX US Sexual Assaults** | | |
| 0.5% | 7.1% (41/575) | 14.2X |
| **Non-Consensual Intercourse Only** | | |
| 0.5% | 20.3% (13/64) | 40.6X |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% SA trips lost data in ETA table*
  - *LB on recall is 6.3%*
- *Recall on Rape tickets is calculated from all UberX Rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% Rape trips lost data in ETA table*
  - *LB on recall is 13.8%*

CONFIDENTIAL

UBER000205108
UBER_JCCP_MDL_000188681

# Naive Model Performance (3) - With Gender

*Naive Prediction Rule*: Predict trip will end in sexual assault if:

- Trip time between 7pm-5am,

- Driver-rider different gender,

- Current ETA + time elapsed exceeds 1.8 times initial ETA; and current ETA + time elapsed exceeds initial ETA + 15 minutes

| Trigger Rate | Recall | Lift in Ticket Rate |
|---|---|---|
| **All UberX US Sexual Assaults** | | |
| 0.55% | 9.7% (56/575) | 17.6X |
| **Non-Consensual Intercourse Only** | | |
| 0.55% | 18.8% (12/64) | 34.2X |

*Notes:*
- *Trigger rate is calculated from all UberX trips in the first week of Nov in LA*
- *Recall on SA tickets is calculated from all UberX SA trips from Oct 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *11% SA trips lost data in ETA table*
  - *LB on recall is 8.7%*
- *Recall on Rape tickets is calculated from all UberX Rape ticket trips from Aug 1st to Dec 31st 2016 that have data stored in the ETA table*
  - *32% Rape trips lost data in ETA table*
  - *LB on recall is 12.8%*

CONFIDENTIAL

UBER000205109
UBER_JCCP_MDL_000188682



- Ticket
  - Passenger was drunk and made a stop to throw up
  - After driver helped passenger get back he started to ask for a kiss and touch the passenger
  - Hint at prostitution at the end of the trip
  - Mentioned never use Uber again
- Trip
  - Midnight trip
  - Male driver female passenger
  - Passenger was very drunk
  - Picked up from a bar
  - Stopped for very long time in the middle of the trip
- Anomaly detection
  - Model detected anomalous long stop
  - If intervention was sent out right after anomaly was detected, the driver may not have the improper behavior after knowing UBER is 'watching' the trip

Case 2: triggered

CONFIDENTIAL

UBER000205110
UBER_JCCP_MDL_000188683



Focus on sexual assault trips and check the ticket distributions

CONFIDENTIAL

UBER000205111
UBER_JCCP_MDL_000188684



Stop: the progress made to destination at any checkpoint is less than 10m compared to the previous checkpoint.

CONFIDENTIAL

UBER000205112
UBER_JCCP_MDL_000188685