Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Listed on Signature Pages]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **STIPULATION AND ORDER REGARDING PRIOR RULINGS CONCERNING DEFENDANTS' EXPERTS KRISTEN ZGOBA AND DR. LINDSAY ORCHOWSKI** |
| This Document Relates to: | |
| WAVE 1 ACTIONS | Judge:      Hon. Lisa J. Cisneros |
| | Courtroom:  G - 15th Floor |

## RECITALS

**WHEREAS**, the Court ordered the parties to submit by December 30, 2025, a stipulation or a joint letter concerning whether the Court's prior rulings related to Defendants' experts Kristen Zgoba and Dr. Lindsay Orchowski apply to any case beyond the first five Wave 1 bellwethers;

**WHEREAS**, the parties requested and the Court agreed to extend the deadline to February 13, 2026;

**WHEREAS,** the parties are still discussing the issues concerning Drs. Zgoba and Orchowski and respectfully request leave to respond to the Court's order in the Joint Discovery Status Report to be submitted in connection with the next Discovery Status Conference.

## STIPULATION

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

1.  The parties shall include their positions regarding if prior rulings related to Defendants' experts Kristen Zgoba and Dr. Lindsay Orchowski are binding on any cases beyond the first five Wave 1 bellwethers in the next Joint Discovery Status Report to be submitted in connection with the next Discovery Status Conference

**IT IS SO STIPULATED.**

Dated: February 13, 2026                Respectfully submitted,

By: */s/  Roopal P. Luhana*
Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

1                                            Rachel B. Abrams (SBN 209316)

2                                            **PEIFFER WOLF CARR KANE**

3                                            CONWAY & WISE, LLP

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/   Laura Vartain Horn*
Christopher D. Cox (Admitted *Pro Hac Vice*)
Jessica Davidson (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

2

1

## **ATTESTATION**

2      Under Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the

3   filing is submitted, concur in the filing's content and have authorized the filing.

4

5   Dated: February 13, 2026                                By: /s/ *Andrew R. Kaufman*

6

7

## **ORDER**

8

9      PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

12   DATED: February 17, 2026

13   HON. LISA J. CISNEROS
     United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28