## UBER_JCCP_MDL_003279797

## Metadata

| | | |
|---|---|---|
| **Account** | mike.akamine@uber.com; | SEMANTIC |
| **All Custodians** | Akamine, Mike;Brown, Greg;Freivogel, Cory;Hasbun, Andrew;Kaiser, Roger;Kansal, Sachin; | SEMANTIC |
| **All Paths** | Akamine, Mike: \Refresh20241218\REFRESH_Gmail_Set_1\REFRESH_Gmail_Set_1-3.zip\REFRESH_Gmail_Set_1--mike.akamine@uber.com-jcmYMX.mbox; Akamine, Mike: \Refresh20241218\REFRESH_Gmail_Set_1\REFRESH_Gmail_Set_1-3.zip\REFRESH_Gmail_Set_1--mike.akamine@uber.com-jcmYMX.mbox; Brown, Greg: \Refresh20241218\REFRESH_Gmail_Set_1\REFRESH_Gmail_Set_1-4.zip\REFRESH_Gmail_Set_1--gbrown@uber.com-7KW7De.mbox; Brown, Greg: \Refresh20241218\REFRESH_Gmail_Set_1\REFRESH_Gmail_Set_1-4.zip\REFRESH_Gmail_Set_1--gbrown@uber.com-7KW7De.mbox; Freivogel, Cory: \Refresh20241218\REFRESH_Gmail_Set_2\REFRESH_Gmail_Set_2-3.zip\REFRESH_Gmail_Set_2--cory.freivogel@uber.com-7k6SlE.mbox; Freivogel, Cory: \Refresh20241218\REFRESH_Gmail_Set_2\REFRESH_Gmail_Set_2-3.zip\REFRESH_Gmail_Set_2--cory.freivogel@uber.com-7k6SlE.mbox; Hasbun, Andrew: \Refresh20241218\REFRESH_Gmail_Set_2\REFRESH_Gmail_Set_2-5.zip\REFRESH_Gmail_Set_2--andrew.hasbun@uber.com-c-bXsp.mbox; Hasbun, Andrew: \Refresh20241218\REFRESH_Gmail_Set_2\REFRESH_Gmail_Set_2-5.zip\REFRESH_Gmail_Set_2--andrew.hasbun@uber.com-c-bXsp.mbox; Kaiser, Roger: \Refresh20241218\REFRESH_Gmail_Set_3\REFRESH_Gmail_Set_3-3.zip\REFRESH_Gmail_Set_3--kaiser@uber.com-oYSfHl.mbox; Kaiser, Roger: \Refresh20241218\REFRESH_Gmail_Set_3\REFRESH_Gmail_Set_3-3.zip\REFRESH_Gmail_Set_3--kaiser@uber.com-oYSfHl.mbox; Kansal, Sachin: \Refresh20241218\REFRESH_Gmail_Set_3\REFRESH_Gmail_Set_3-2.zip\REFRESH_Gmail_Set_3--sachin.kansal@uber.com-qfHelX.mbox; Kansal, Sachin: \Refresh20241218\REFRESH_Gmail_Set_3\REFRESH_Gmail_Set_3-2.zip\REFRESH_Gmail_Set_3--sachin.kansal@uber.com-qfHelX.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003279797 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 07/25/2024 5:57 pm | SEMANTIC |
| **Date Modified** | 07/25/2024 5:57 pm | SEMANTIC |
| **Document Type** | Email | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003279801 | SEMANTIC |
| **File Path** | \Refresh20241218\REFRESH_Gmail_Set_1\REFRESH_Gmail_Set_1-3.zip\REFRESH_Gmail_Set_1--mike.akamine@uber.com-jcmYMX.mbox | SEMANTIC |
| **File Size** | 55078 | SEMANTIC |
| **Hash Value** | ed6497963248962407834467a49941c4 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_003279797;UBER_JCCP_MDL_003279798;UBER_JCCP_MDL_003279799;UBER_JCCP_MDL_003279800;UBER_JCCP_MDL_003279801 | SEMANTIC |
| **ILS Document Date** | 07/25/2024 | SEMANTIC |
| **ILS Prod Date** | 3/4/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL111 | SEMANTIC |
| **Other Custodians** | Akamine, Mike;Brown, Greg;Freivogel, Cory;Kaiser, Roger;Hasbun, Andrew;Kansal, Sachin; | SEMANTIC |
| **Primary Date** | 07/25/2024 5:57 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL111; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 07/25/2024 5:57 pm | SEMANTIC |



Trial Exhibit No.

**P-00802_slip**

---

## Message

| | |
|---|---|
| **From:** | Hannah Nilles [nilles@uber.com] |
| **Sent:** | 7/25/2024 5:57:19 PM |
| **To:** | Roger Kaiser [roger@uber.com] |
| **CC:** | Alessandro Araujo [alessandro.arajo@uber.com]; Andrew Hasbun [andrew.hasbun@uber.com]; Bruno Grimaldi [bruno.grimaldi@uber.com]; Catherine Carpenter Withem [catherine.carpenter@uber.com]; Christian Lacerda [christian.lacerda@uber.com]; Cory Freivogel [cory.freivogel@uber.com]; Daniel Kolta [dkolta@uber.com]; Gabriela Condarco-Quesada [gabrielacq@uber.com]; Greg Brown [gbrown@uber.com]; Harish Shanker [harish.shanker@uber.com]; Jennifer Handley [handley@uber.com]; Juliana Barreto [jbarreto@uber.com]; Lais Savoldi [savoldi@uber.com]; Mariana Esteves [mariana.esteves@uber.com]; Mike Akamine [mike.akamine@uber.com]; Mike Haas [mike.haas@uber.com]; Natalia Galvez [nat@uber.com]; Sachin Kansal [sachin.kansal@uber.com]; Scott Binnings [binnings@uber.com]; Srishti Bajaj [bajaj@uber.com]; Sunny Wong [sunny.wong@uber.com]; Varun Harchekar [varunh@uber.com] |
| **Subject:** | Re: [ACP/AWP] L4 NCSP Incident \| Dallas, TX - ███ Involved, Uber Health Trip, Media |

ACP

# REDACTED - PRIVILEGED

On Thu, Jul 25, 2024 at 13:20 Roger Kaiser <roger@uber.com> wrote:
ATTORNEY-CLIENT PRIVILEDGED
Looks like we're making some progress on the findings in the document.
While I understand this was a Health trip, it is raising good questions about the overall variables used in RideCheck and whether they need to be improved. To that point, I would like to stay informed on the conversations about the heuristics-improvements. Please let me know when I should expect the next updates on that.
Thanks, team.
-Rog

roger kaiser | safety | +1.571.424.0264 | uber

On Thu, Jul 25, 2024 at 9:55 AM Mariana Esteves <mariana.esteves@uber.com> wrote:
*Attorney Client Privileged and Confidential //*
*Attorney Work Product*

Hey Jen, **REDACTED - PRIVILEGED**

## REDACTED - PRIVILEGED

# REDACTED - PRIVILEGED

**Trial Exhibit No.**
**P-00802**

CONFIDENTIAL

# REDACTED - PRIVILEGED

On Thu, Jul 25, 2024 at 1:33 PM Jennifer Handley <handley@uber.com> wrote:
*Attorney Client Privileged and Confidential //*
*Attorney Work Product*

# REDACTED - PRIVILEGED

On Thu, Jul 25, 2024 at 6:11 AM Mike Akamine <mike.akamine@uber.com> wrote:
Added a few comments to the doc.

On Wed, Jul 24, 2024 at 10:20 AM Mariana Esteves <mariana.esteves@uber.com> wrote:
ACP

To confirm: This was not a ██████ trip @Mike Akamine ; It was a Health trip (requested by a Central flow)
outside of our Terms of Use regarding ████████████████ .

# REDACTED - PRIVILEGED

US cities with 8 Min default:
Miami (US) Chicago (US) Atlanta (US) Dallas (US) New York City (US)

On Wed, Jul 24, 2024 at 12:46 PM Roger Kaiser <roger@uber.com> wrote:
ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL
Mariana-

# REDACTED - PRIVILEGED

roger kaiser | safety | +1.571.424.0264 | uber

On Wed, Jul 24, 2024 at 7:20 AM Mariana Esteves <mariana.esteves@uber.com> wrote:
Hey folks thanks for looping in, adding @Catherine Carpenter Withem and the ██████ team here @Lais
Savoldi @Juliana Barreto @Alessandro Araujo .

**Regarding Ride Check:**

- Ride Check notifications go to both Rider and Driver through the app -- We're confirming internally the Health experience and how it connects to Ride Check rules -- @Harish Shanker @Christian Lacerda can help with that.

- For Uber ███ specifically, it was implemented a Ride Check rule that sends notification to the Guardian/Parent.

- The min threshold baseline for long stop detection for Dallas is longer (8min), given analysis on trigger rate and precision for the current heuristics.

- For ███ and Rider Safety Preferences, we have Enhanced Ride Check that lowers all thresholds to 4 min, regardless of the city.

Happy to help answer any more questions.

On Wed, Jul 24, 2024 at 9:34 AM Mike Akamine <mike.akamine@uber.com> wrote:
  I see from the news articles it was reported as a ███ customer ordered through a health trip, so some interactions to look though. Adding Sunny and Varun so we can do a tech review.

  On Wed, Jul 24, 2024 at 5:15 AM Mike Akamine <mike.akamine@uber.com> wrote:
    Adding PMs for RideCheck and Nat for investigations. Is this a ███ trip? Just requested access to the doc.

    On Tue, Jul 23, 2024 at 6:01 PM Greg Brown <gbrown@uber.com> wrote:
      ATTORNEY-CLIENT PRIVILEGED

      I have one additional question: how does the RideCheck product work in the context Health rides? Do riders, who presumably don't have the app in many cases or see an active trip on their account, receive notifications? Does the admin?

      **Greg Brown**
      Director of Safety, US&C
      gbrown@uber.com | +1 267-337-0556

      On Tue, Jul 23, 2024 at 6:22 PM Roger Kaiser <roger@uber.com> wrote:
        ATTORNEY-CLIENT PRIVILEGED
        Thanks, Mike. Also adding Mike Akamine. I'd be interested in understanding the findings from the DACT adjudication.

        @Mike A - I'm surprised that 'congestion rules' would override a long-stop in a parking lot. Are we not able to reverse geocode the coordinates and distinguish between a roadway and a parking lot?

        roger kaiser | safety | +1.571.424.0264 | uber

        On Tue, Jul 23, 2024 at 12:42 PM Mike Haas <mike.haas@uber.com> wrote:

***A/C Privileged & Confidential*** | *Prepared at Direction of Counsel in Anticipation of Litigation*
**Confidential Attorney Work Product**

All–

Want to provide visibility on a safety incident gathering media and legislative interest.

Media (CBS, NBC) is covering the arrest of an earner accused of sexually assaulting ██ ██████ during an Uber Health trip in violation of Uber's ████████████ policy.

Safety Legal conducted an investigation at the direction of counsel, with initial findings here.

# REDACTED - PRIVILEGED

Best,

---

**Mike Haas**
Manager, Safety Legal
Global Investigations
CLO, Safety & Core Services

--
**Mariana Esteves**

Group Product Manager - Safety

--
**Mariana Esteves**
Group Product Manager - Safety

--
**Mariana Esteves**
Group Product Manager - Safety

UBER_JCCP_MDL_003279801