# UBER-MDL3084-BW-00012965

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \20250611_S&F_Docs(Dupe_Accts) | SEMANTIC |
| **Application** | Spreadsheet | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00012965 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 06/11/2025 10:31 pm | SEMANTIC |
| **Date Modified** | 06/11/2025 10:33 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00012965 | SEMANTIC |
| **File Size** | 13060 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean_Driver Hassan Turay Driver Status and Flow (ad49b22a-751c-4df9-ac46-84ecf5a5f946) (Signup to DOI) | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00012965 | SEMANTIC |
| **ILS Document Date** | 06/11/2025 | SEMANTIC |
| **ILS Prod Date** | 6/17/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW015 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 06/11/2025 10:31 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW015; | SEMANTIC |
| **Redacted** | False | SEMANTIC |
| **Sort Date** | 06/11/2025 10:33 pm | SEMANTIC |

Trial Exhibit No.
**P-00817**

P-00817.00001

**Document Produced in Native**

CONFIDENTIAL

P-00817.00002

UBER-MDL3084-BW-00012965