| Driver | Driver Account UUID | Status | Status Notes | Begin Status Timestamp | End Status Timestamp | Flow | 30(b)(6) Notes |
|---|---|---|---|---|---|---|---|
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Applied | \N | 2014-07-24 21:30:26 | 2014-07-25 22:19:26 | P2P | |
| | | | Hirease | | | | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Pending Interview | | 2014-07-25 22:19:26 | 2014-08-18 14:50:07 | P2P | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Rejected | | 2014-08-18 14:50:07 | 2016-09-13 2:05:51 | P2P | Account note from August 18th, 2014 that says "Failed Background 1 Check; Unable to confirm 1 year licensing duration." |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Applied | Driver switched flow type | 2016-09-13 2:05:51 | 2016-09-13 2:06:01 | P2P | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Applied | Driver switched flow type | 2016-09-13 2:06:01 | 2016-12-07 18:16:44 | UberEats | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Applied | automated city switching | 2016-12-07 18:16:44 | 2018-06-17 7:03:07 | UberEats | |
| | | | Checkr | | | | Completion date: 12/7/2016 **(Tab 1)** |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Rejected | Driver was moved from Applied to Rejected by stsheriff for: Background check failed, auto-rejecting driver: Current BGC status: failed  Automatic Driver Movement | 2018-06-17 7:03:07 | 2018-06-17 7:20:24 | UberEats | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Rejected | Driver was moved from Rejected to Rejected by stsheriff for: Background check failed, auto-rejecting driver: Current BGC status: failed  Automatic Driver Movement | 2018-06-17 7:20:24 | 2023-04-18 22:07:38 | UberEats | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Wait Listed | \N | 2023-04-18 22:07:38 | 2023-04-24 2:57:31 | UberEats | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Active | SAFE-3681018 | 2023-04-24 2:57:31 | 2023-07-19 9:01:47 | UberEats | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Applied | Driver was moved to APPLIED by Automatic Driver Movement (Enforcer) | 2023-07-19 9:01:47 | 2023-11-15 20:47:46 | UberEats | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Wait Listed | n/a | 2023-11-15 20:47:46 | 2023-11-17 1:54:30 | UberEats | |
| Hassan Turay | ad49b22a-751c-4df9-ac46-84ecf5a5f946 | Rejected | DEACTIVATION - DO NOT REACTIVATE: Driver deactivated for safety lock. JIRA: https://jira.uberinternal.com/SAFE-4071034 | 2023-11-17 1:54:30 | \N | UberEats | |



Hannah Nilles
EX 1854
R.O. 08.07.25

Trial Exhibit No.
P-00818

P-00818.00001