

# NATIVE FILE FORMAT– SLIP SHEET

*File produced in native file format*

# EX 1856

# EX 1856 Hannah Nilles - Wave 1 - Vol. II 080725

*EX 1856 Hannah Nilles - Wave 1 - Vol. II 080725.xlsx*

