## UBER-MDL3084-DFS00003621

# Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Attachment Names** | [Unnamed Image] | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00003621 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00003624 | SEMANTIC |
| **File Size** | 149766 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn - req 22b_12.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00003621;UBER-MDL3084-DFS00003622;UBER-MDL3084-DFS00003623;UBER-MDL3084-DFS00003624 | SEMANTIC |
| **ILS Document Date** | 12/22/2016 | SEMANTIC |
| **ILS Prod Date** | 5/29/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol018 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 12/22/2016 | DOC_TYPE_ALIAS |
| **Production Volume** | Vol018; | SEMANTIC |
| **Redacted** | No | SEMANTIC |

Trial Exhibit No.
**P-00821**

P-00821.00001

# Report for Hassan Ibrahim Turay

clear

California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

## Personal information

**First Name**

Hassan

**Middle Name**

Ibrahim

**Last Name**

Turay

**Date of Birth**

▮▮▮▮, 1974

**Social Security #**

XXX-XX-3651

**Geo**

atlanta

**Zipcode**

▮▮▮▮

**Driver License**

▮▮▮▮ (GA)

**Prior Driver License**

-

**Email**

▮▮▮▮

**Phone**

▮▮▮▮

**Custom ID**

76921802-11dd-455a-be3e-57aebb08ad1c

## Report information

**Package**

driver_premium

**Created at**

Dec 19, 2016 8:14:16 PM

**Completed at**

Dec 22, 2016 4:13:52 PM

| SSN Verification | clear |
|---|---|
| Sex Offender Search | clear |
| Global Watchlist Search | clear |
| National Criminal Search | clear |
| Federal Criminal Search | clear |

### County Criminal Searches — clear

| | |
|---|---|
| clear | Fulton, GA |
| clear | Maricopa, AZ |

### Motor Vehicle Record — clear

**Full name**
HASSAN IBRAHIM TURAY

**License Status**
Valid

**License Type**
PERSONAL

**License Class**
C

**Expiration Date**
Oct 25, 2021

**Issued Date**
Oct 25, 2016

**Issued Date (inferred)**

First Issued Date
Jan 31, 2008

## Restrictions

- CORRECTIVE LENSES

Requester Company: Uber

Checkr, Inc.
2505 Mariposa Street
San Francisco, CA 94110

844-824-3257
https://checkr.com/applicant

CONFIDENTIAL

UBER-MDL3084-DFS00003624

P-00821.00005