# Receipt

Original receipt ⌄

**November 15, 2023**

# Thanks for riding, jaylynn

| | |
|---|---|
| **Total** | **$5.63** |

| | |
|---|---|
| Time | $0.61 |
| Distance | $2.44 |
| Base Fare | $2.54 |

RW-DEAN_JAYLYNN_000001

P-00988.00001

Trial Exhibit No.
P-00988

1:06        9



# Trip Details



| Today, 12:20 AM | $5.63 |
| --- | --- |
| Toyota Camry PBA1LN | Add a tip |

2210 N Scottsdale Rd, Tempe, AZ 85281, US

N Priest Dr & E Sky Harbor Blvd, Tempe, AZ 85288, US

Receipt

 Your trip with Hassan    

After your trip, driver can't see your pickup or dropoff address details

View what your driver sees



Help



Find lost item
We can help you get in touch with your driver

BW-DEAN_JAYLYNN_000002

P-00988.00002



# Hassan

◆ Uber Pro Diamond

👋 "Single Dad"

🌐 Knows **English**, **French**, and **Krio**

🏠 From **Freetown, Sierra Leone. In West Africa.**

| 4.95 ★ | 6.5 |
|---|---|
| Rating | Years |



Fun fact

I wear football jerseys but don't support the team 😂😂

BW-DEAN_JAYLYNN_000003
P-00988.00003



BW-DEAN_JAYLYNN_000004

P-00988.00004