Confidential Personal Information

Patient: Dean, Jaylynn Alayah
Records Provider:
Tempe Police Department

120 East 5th Street
Tempe, AZ 85281
480-350-8598

Records Obtained: 07/08/2025

587048.005.0123 - 587048.005.0123
Confidential-Attorney Eyes Only-JDean-TempePD-000123 -
Confidential-Attorney Eyes Only-JDean-TempePD-000123

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 07/08/2025(FM0064)
1 pages plus cover sheet

Confidential Personal Information

Trial Exhibit No.

**P-00989_Tr**

File identified as "23-132207_11152023_0106_Ph6805_Redacted.wma" available for download in native format as Mixed Media.

Confidential-Attorney Eyes Only-JDean-TempePD-000123

P-00989_Tr.00002

| | |
|---|---|
| 1 | DISPATCH:  911, what's your emergency? |
| 2 | JAYLYNN DEAN:  Hi.  Okay.  So, my name is Jaylynn.  I just took |
| 3 | an Uber home to my hotel, and I was raped.  I'm not sure what to do. |
| 4 | DISPATCH:  Okay, hold on, hold on.  Take a deep breath.  Where |
| 5 | were you raped at?  What city was that in? |
| 6 | JAYLYNN DEAN:  It was in Tempe.  I remember… okay, I'm going to |
| 7 | be honest.  I'm 19, and I was intoxicated.  I remember I looked up at |
| 8 | the GPS, and it said I was two minutes away from the hotel.  He pulled |
| 9 | up on the side of the road.  It said he picked me up at 12:30, and… |
| 10 | DISPATCH:  Hold on, hold on. |
| 11 | JAYLYNN DEAN:  Okay, I'm so sorry. |
| 12 | DISPATCH:  Was it the Uber driver that did this to you? |
| 13 | JAYLYNN DEAN:  Yes, the Uber driver did it. |
| 14 | DISPATCH:  Okay.  Where were you at when it happened? |
| 15 | JAYLYNN DEAN:  It was in his car.  I remember, he pulled over to |
| 16 | the side of the road, and I remember he raped me.  I remember, whenever |
| 17 | I first got in, I told him that I was intoxicated, and then I just |
| 18 | remember he was on top of me, and he raped me. |
| 19 | DISPATCH:  Okay, where was that at, though, do you have an idea? |
| 20 | JAYLYNN DEAN:  No, I just remember it was in his car. |
| 21 | DISPATCH:  Okay, that's fine.  Where are you at now? |
| 22 | JAYLYNN DEAN:  I'm at my hotel right now.  I'm with the front |
| 23 | desk agent, because we're friends. |
| 24 | DISPATCH:  What's the address? |
| 25 | |

1       MALE 1:  [INDISCERNIBLE 00:01:08] Rio Salado [INDISCERNIBLE
2  00:01:10], and it's not [PH 00:01:13] Tempe, Arizona Mills Mall.  We're
3  the one right by the airport, Tempe/Airport.
4       DISPATCH:  So, you're in Tempe?
5       JAYLYNN DEAN:  Yes, I'm at the hotel right now.  I'm at the front
6  desk.
7       DISPATCH:  Okay, repeat the address for me.
8       MALE 1:  It's 1601 West Rio Salado Parkway.
9       DISPATCH:  Okay, and how long ago did this happen?
10      JAYLYNN DEAN:  This happened within the past hour, maybe like
11 12:30.
12      DISPATCH:  Okay.  Okay.  So, between midnight-30 and 1:00 AM.
13 Did you just get dropped off at this location?
14      JAYLYNN DEAN:  I was stumbling, and like I said, me and the front
15 desk guy were friends, and I told him about it, and yeah.
16      DISPATCH:  Okay.  What kind of car was it?
17      JAYLYNN DEAN:  It was a Toyota Camry.
18      DISPATCH:  All right.  Where did you get picked up from?
19      JAYLYNN DEAN:  He picked me up from the… let me see.  It was… I'm
20 so sorry.
21      DISPATCH:  That's okay.  Don't be… you don't have to be sorry.
22      JAYLYNN DEAN:  It was the Scottsdale Gateway Apartment.
23      DISPATCH:  And he made penetration?
24      JAYLYNN DEAN:  Yes.
25

```
1              DISPATCH:  Okay.  Do you need to get checked out by the fire
2       department as well?
3              JAYLYNN DEAN:  I'm not sure.
4              DISPATCH:  Okay.
5              JAYLYNN DEAN:  Like I said, I'm intoxicated, so I'm not really in
6       the right state of mind, but I can assure you that that's what
7       happened.
8              DISPATCH:  Okay.  That's fine.  What's your first name?
9              JAYLYNN DEAN:  Jaylynn.
10             DISPATCH:  Spell it for me.
11             JAYLYNN DEAN:  J-A-Y-L-Y-N-N.
12             DISPATCH:  And your last name?
13             JAYLYNN DEAN:  Dean, it's D-E-A-N.
14             DISPATCH:  All right, and then I have you calling from [AUDIO CUT
15      00:03:31]?
16             JAYLYNN DEAN:  Yes, ma'am.
17             DISPATCH:  Okay, and then other than the…  One more time, you
18      said Toyota Prius?
19             JAYLYNN DEAN:  It was a… hold on, let me look.
20             DISPATCH:  And was it Uber or Lyft?
21             JAYLYNN DEAN:  It was an Uber.
22             DISPATCH:  Okay.  It was a Toyota Camry.
23             JAYLYNN DEAN:  Okay.  Do you have the plate number?  It's usually
24      on like your ride information.
25             MALE 1:  Give me one second.
```

```
1              JAYLYNN DEAN:  Is it that…?
2              MALE 1:  So, it's a PVA-1LN for the license plate.
3              DISPATCH:  So, P as in Paul, B as in boy, A as in Adam, the
4      number 1, L as in Lincoln, N as in Nora?
5              MALE 1:  Correct.
6              DISPATCH:  What color was the car?
7              JAYLYNN DEAN:  Black, I believe.
8              MALE 1:  She said it was black, she believes.
9              DISPATCH:  Okay, and the driver, was he white, black, Native
10     American, Asian, Hispanic?
11             MALE 1:  Black.
12             DISPATCH:  Black male, how old and how tall did he look?
13             MALE 1:  How tall did he look?
14             JAYLYNN DEAN:  I don't remember.
15             MALE 1:  She doesn't remember.  He has glasses on.  He's African.
16     We have a screenshot of his profile.
17             DISPATCH:  Okay.  What color clothing was he wearing?
18             JAYLYNN DEAN:  I… ma'am, I'm so sorry.  I don't remember.
19             DISPATCH:  It's okay, it's okay, and are you staying at this
20     hotel?
21             JAYLYNN DEAN:  Yes, I am.  I'm…
22             DISPATCH:  Okay.
23             JAYLYNN DEAN:  … [PH 00:04:57] In the flight attendant training.
24             [00:05:00]
25             DISPATCH:  All right, and you don't have any other injuries?
```

4

```
1              JAYLYNN DEAN:  No.
2              DISPATCH:  Okay.
3              JAYLYNN DEAN:  I was just assaulted.
4              DISPATCH:  Okay.  We have an officer on the way to the hotel,
5       okay?  Just wait in the lobby, all right?
6              DISPATCH:  Okay, thank you so much.
7              JAYLYNN DEAN:  You're welcome.  They'll be there shortly.
8              DISPATCH:  Okay.  Thank you.
9              JAYLYNN DEAN:  All right.  Bye-bye.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1          I hereby certify that the foregoing is, to the best of my
 2     knowledge and belief, a true and accurate transcription from English to
 3     English.
 4
 5
          Anders Nelson
          Anders Nelson (Dec 31, 2025 16:14:46 EST)
 6     _____
 7     Anders Nelson
 8     Project Manager
 9     TransPerfect Legal Solutions
10
11
12          December 31, 2025
13
14
15
16
17
18
19
20
21
22
23
24
25
```