# UBER_JCCP_MDL_001863101

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Poetzscher, Cameron; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001863099 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 08/01/2018 6:18 pm | SEMANTIC |
| **Date Modified** | 08/01/2018 6:18 pm | SEMANTIC |
| **Document Type** | Attachment | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001863129 | SEMANTIC |
| **File Size** | 437865 | SEMANTIC |
| **Filename** | Note for BOD - H2 Context & Planning.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_001863101;UBER_JCCP_MDL_001863102;UBER_JCCP_MDL_001863103;UBER_JCCP_MDL_001863104;UBER_JCCP_MDL_001863105;UBER_JCCP_MDL_001863106;UBER_JCCP_MDL_001863107 | SEMANTIC |
| **ILS Document Date** | 08/01/2018 | SEMANTIC |
| **ILS Prod Date** | 12/31/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL052 | SEMANTIC |
| **Other Custodians** | Poetzscher, Cameron; | SEMANTIC |
| **Primary Date** | 08/01/2018 6:18 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL052; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 10/10/2018 2:49 am | SEMANTIC |

Trial Exhibit No.
**P-01039**

**H2 PLANNING**

**TEAM CONTEXT: THE ROLE OF PR AND POLICY AT UBER**

We have a team of ~250 policy and communications professionals around the world.

The function of our communications team is to drive usage of our products, to build love for our brand, and to manage our relationships with reporters. It is a mixture of offensive and defensive work.
- Our product PR team focuses on storytelling in tech and consumer media to drive awareness for our products and technology (e.g. the new rider app, Uber Teen, etc.)
- Our corporate PR team uses credible arguments and data to tell the story of our growing business; they also showcase our culture through big picture narratives about our people and leadership

The function of our policy team is to build goodwill for Uber among opinion elites, to drive legislative change, and to ward off bad regulations. We do this by:
- Building relationships and partnering with key third parties and academics so we can materially influence the climate of opinion (e.g. MADD, transit organizations, etc.)
- Winning the policy wars: building short- and long-term campaigns to secure model regulations and protect the business from bad legislation (e.g. New York regs, Malaysia regs, re-entry to Austin, etc.)
- Tracking research trends on key policy issues
- Embedding with our product and business teams to deeply understand, advise, and ultimately translate decisions into policy

**MEDIA CONTEXT**

We achieved significant positive press momentum at the end of 2016 (Economist and Forbes covers, new rider app and Pittsburgh self-driving pilot). However, in early 2017, we began to face major headwinds after a series of missteps, including launching self-driving in San Francisco without a permit, renewed the narrative that Uber is a rule-breaker. The #DeleteUber moment was the straw that broke the camel's back, and the public manifestation of a trust deficit with riders and progressives. The video of Travis arguing with a driver (viewed 4.4M times) contributed to the idea that Uber mistreats drivers.

Susan Fowler's blog was a rallying call to those who did not trust the brand; it provided a narrative that Uber was as callous towards its own employees as it was perceived to be towards drivers and regulators. Internal discontent around lack of accountability at the top led to a number of damaging stories exposing questionable past behavior, including Travis and Emil's visit to a Seoul bar and our use of Greyball to avoid regulators. The Waymo complaint, detailing alleged theft by our top self-driving engineer, further seeded the idea that Uber is an unethical company.

In June, we finally began to turn the page. Our release of the outcome of the Perkins Coie investigation (20 employees terminated) was well-received by the press as a meaningful show of accountability and a step toward cleaning up the culture. This was coupled with the strong press reception of our hiring of Frances Frei and Bozoma Saint John. However, shortly thereafter, a story regarding the handling of an Indian rider's medical records stymied the upward trend.

Our release of the Covington recommendations and Travis' initial decision to take a leave of absence was initially received positively, but a comment from former Board member David Bonderman resulted in a large second wave of very negative social media commentary. Follow-on coverage of Travis' decision was negative, with many observers questioning whether an indefinite leave of absence demonstrated any meaningful accountability.

Travis' resignation the following week generated more coverage than any previous news cycle, with most stories focused on the dramatic circumstances surrounding the resignation. Commentators used Uber as an example of everything wrong with Silicon Valley culture and "the cult of the founder," which was only exacerbated by an employee petition to bring Travis back. There was also widespread admiration on social media and among elites for Susan Fowler, whose blog post is seen as the genesis of Travis' eventual exit.

We continue to see much commentary on the "leadership vacuum" at Uber, and continuing questions around the company's long-term financial prospects and valuation. A series of leaks have driven coverage of the CEO candidate list and search process; interest from investors like SoftBank; and feuding amongst Board members. Benchmark's fraud lawsuit against Travis has contributed to a narrative of chaos at the top. All these stories have further damaged internal morale.

**RECOMMENDATIONS TO IMPROVE THE MEDIA ENVIRONMENT**

We need a "flip the switch" moment so that we can shift the narrative—and our moves need to be big and bold enough to serve as an actual reset. The Covington recommendations and Travis' resignation went some way toward that, but not entirely. To change perceptions, we need to quickly:

- Hire a great CEO.
- Fill out our leadership bench by hiring a CFO, GC, SVP of Engineering and CMO (see Washington Post) [Note: The CFO hire is especially critical given multiple quarters of heavy losses that have led to questions about the sustainability of our business model; the CFO hire also provides accountability—something we know from research that elites want to see.]
- Rehabilitate our relationship with drivers. [Note: That work started 6/19 with 180 days of change campaign; see below for details.]
- Continue to show our cultural change [Note: This is key for recruiting and retention. We know that potential and current employees read and are influenced by the tech press.]
- Deploy a strong and sustained paid marketing campaign aimed at reputation not ROI.

**GO-FORWARD PRINCIPLES**

- **Product First:** All of our research shows that people love **it** (Uber the product), but not **us** (Uber the company). By accelerating our product development pipeline and focusing on product and engineering, we can remind people about the Uber magic as we rebuild our corporate reputation.
- **Driver Forward:** Lost in the recent coverage of Uber's corporate culture has been longstanding skepticism over driver treatment. We now have meaningful changes coming to address drivers' top concerns, and a concerted 180-day turnaround campaign. [Note: We likely need a big bang moment, like equity for drivers. This move requires an SEC rule change or congressional action and we have explored both paths.]
- **Celebrating Cities & Communities:** We must demonstrate that we are a net contributor to society and that we care about issues and causes other than our bottom line. This means staking out principled, ethical positions on issues of the day (e.g. immigration, LGBT rights, climate change, etc.) and making good on our commitments to accessibility, the environment and the underserved.
- **Fewer/Bigger:** The media environment is highly saturated with Uber stories. We need to focus on fewer moments with bigger impact; smaller moves will not break through.

**COMMS PILLARS**

**DRIVERS → STRATEGIC PLAN**
Our strategy is explicitly focused on the next six months, making immediate and meaningful changes across top areas of driver feedback: (1) earnings, (2) support, (3) flexibility, (4) stress-free trips and (5) benefits. This will culminate late in 2017 with the launch of an overhauled Driver app.
- First bundle of earnings-focused changes will be announced on June 20 → plan
- Kick off a 180-day coordinated communications and marketing campaign focused on additional changes throughout the summer → plan
- Take a strong public position in favor of portable benefits → proposal

**RIDERS & CITIES → STRATEGIC PLAN**
Uber is seen as taking from cities: undercutting public transit, not paying taxes, and causing congestion. Yet Uber serves parts of cities that other forms of transportation can't/won't go and can effectively extend the reach of public transit. We have a great story to tell on underserved areas and accessibility, as well as the positive impact of ridesharing on congestion and pollution. To do the latter, we will:

- Continue pushing our Future of Urban Mobility narrative via speeches and influencer events

- Follow through on $3 million investment to support diversity and inclusion groups in tech, with Girls Who Code as a cornerstone partner → plan
- Launch an "UberServe" program for employees to volunteer give back locally, as well as a potential donation-matching program → plan
- Rollout wheelchair-accessible vehicle (WAV) in key US markets → plan
- Explore a significant expansion of electric vehicle (EV) pilots → plan
- Explore additional partnerships with health and senior care in Q3
- Resource and launch Movement publicly

**CORPORATE & CONSUMER PR**
We will drive positive news via:

- *Consumer press:* Most people do not read Bloomberg or Recode. Our consumer teams will continue to focus on mainstream, mass-media outlets that actually reach riders, a la this Vogue story on riding your way to a 5 star rating. The goal is to remind people that Uber and UberEATS are fun, convenient and easy-to-use apps, with "surprise and delight" moments and consumer-focused events. → plan
- *Business press*: We need to lay down markers that, despite our cultural and leadership challenges, the business continues to be healthy overall. We will do this by showcasing our business leadership, with momentum stories (e.g. crossing 5 billion trips) as well as more sophisticated press around quarterly earnings (e.g. the Bloomberg piece we placed on our Q2'17 financials). We will also use the hiring of a CFO to bolster the narrative that we are maturing. → narrative
- *Our cultural reboot:* Post-Covington recommendations, we have an opportunity to tell impactful stories about our new leadership and board member(s) and our broader culture changes (i.e. a deep-dive on how we are fixing perf; the results of our equal pay review; our D&I efforts, etc.)
- *Our taxi to tech narrative:* Telling compelling Uber product and tech stories, like the self driving launch in Pittsburgh or the introduction of the new rider app, inspires consumers and potential and current employees alike. In the absence of big product launches over the next few months, we'll focus on storylines that show how our AI/machine learning and mapping work improves the experience for riders and drivers. Showcasing the technology and teams behind our product helps build our tech brand, boosts recruiting, and gives employees pride.

**CONCLUSION**

Given the state of our brand (see Appendix) and our former CEO's favorability ratings, improving our reputation is not an insignificant task. It necessitates stellar planning/execution and real change: filling out our management team with top talent as soon as possible; launching a significant and coherent brand marketing effort in the US; investing in philanthropic and community efforts; accelerating our product development timelines; and continuing to make the organizational changes needed to demonstrably improve our company culture. By taking these steps we will ensure we have a clear change message, setting ourselves on a path toward a stronger and more successful Uber than ever before.

# APPENDIX 1 – CONSUMER RESEARCH

**Summary**
Prior to #deleteUber we knew that we needed to fix our relationship with Drivers, but the Rider side of the equation was generally strong.

#deleteUber resulted in a weakening of our standing among Riders. Outside our Rider/Driver customer base we saw some softening during #deleteUber and after the TK Driver video, but our ratings among the broader General Population did not seriously decline.

The events of this week, however, have measurably weakened our standing with the General Population in the United States. The high-profile events of this week and a renewed focus on the CEO has resulted in many outside of our customer base learning about the litany of issues at Uber for the first time. Rider/Driver sentiment metrics also dropped to all-time lows this week.

What is the source of the negativity driving these trends? There are four key themes that have broken through and are negatively impacting sentiment among the General Population, Riders and Drivers:

- A heightened awareness of the broad scope of serious issues at Uber
- Lack of contrition (i.e. no explicit apology) from the CEO
- Lack of accountability for the CEO. Specifically:
  - The leave of absence is interpreted as a vacation, not accountability; and
  - Citing personal family reasons is interpreted as dodging responsibility.
- David Bonderman's comments reinforcing the systemic cultural issues

If these trends are sustained in the coming weeks, Uber will face serious challenges across all audiences in the U.S. that will have implications for business operations, brand, regulatory, and product decisions moving forward.

**U.S. Gen Pop Adults 18+ (Overall)**
- Unfavorability of Uber has increased this week by +7pts while favorability has dipped -4pts. 35% of the General Population now view Uber unfavorably.
  - This increase in unfavorability is coming both from from our share of favorability and from a decreasing share of the General Population who were neutral to Uber.



- Uber's unfavorable rating of 35% is now in the zone of companies that have serious reputational issues:
    - Goldman Sachs: 34% unfavorable
    - Exxon Mobile: 40% unfavorable
    - Wells Fargo: 48% unfavorable
- The shift toward unfavorable is driven largely by non-Riders—a cohort who are now more likely to view Uber unfavorably than favorably (40% unfavorable, 36% favorable).



- This negative dynamic among non-Riders has implications not only for brand, but also for business growth and acquisition.
    - Being favorable to Uber is the price of entry for non-Riders. Among non-Riders who are unfavorable to Uber, only 4% say they are likely to consider using Uber in the future. That compares to 63% "likely to use" among those who are favorable to Uber.

| Gen Pop Non-Riders | Among those Favorable to Uber | Among those Neutral toward Uber | Among those Unfavorable to Uber |
|---|---|---|---|
| **Likelihood to consider using Uber in the future** *Very + somewhat likely (4+5)* | 63% likely | 13% likely | 4% likely |

- As Uber unfavorability has increased this week, so has TK's unfavorable rating. 39% of the General Population now view TK unfavorably and only 11% view him favorably.
    - This +14pt increase in TK's unfavorability is driven by both Riders and non-Riders in the General Population.



- TK's net total -28pt margin on this metric is the lowest of any CEO we have measured:
    - Exxon Mobile CEO favorability margin: -7pts
    - Goldman Sachs CEO favorability margin: -11pts
    - Wells Fargo CEO favorability margin: -16pts

CONFIDENTIAL

UBER_JCCP_MDL_001863107

P-01039.00008