## UBER_JCCP_MDL_000483971

### Metadata

| Account | jill@uber.com | SEMANTIC |
|---|---|---|
| All Custodians | Hazelbaker, Jill | SEMANTIC |
| All Paths | Hazelbaker, Jill: \JCCP_EDISCO-23992\JCCP_EDISCO-23992_Export-2.zip\JCCP_EDISCO-23992_Export--jill@uber.com-5ZvApY.mbox; Hazelbaker, Jill: \JCCP_EDISCO-23992\JCCP_EDISCO-23992_Export-2.zip\JCCP_EDISCO-23992_Export--jill@uber.com-5ZvApY.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000483971 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 07/11/2017 7:35 pm | SEMANTIC |
| Date Modified | 07/11/2017 7:35 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_000483973 | SEMANTIC |
| File Path | \JCCP_EDISCO-23992\JCCP_EDISCO-23992_Export-2.zip\JCCP_EDISCO-23992_Export--jill@uber.com-5ZvApY.mbox | SEMANTIC |
| File Size | 23551 | SEMANTIC |
| Hash Value | f739d815e360a80f1ff54c97a59e3452 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000483971;UBER_JCCP_MDL_000483972;UBER_JCCP_MDL_000483973 | SEMANTIC |
| ILS Document Date | 07/11/2017 | SEMANTIC |
| ILS Prod Date | 9/15/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL006 | SEMANTIC |
| Other Custodians | Hazelbaker, Jill | SEMANTIC |
| Primary Date | 07/11/2017 7:35 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL006; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date | 07/11/2017 7:35 pm | SEMANTIC |

Trial Exhibit No.

P-01044_slip

---

**Message**

---

**From:**      Jill Hazelbaker [jill@uber.com]
**Sent:**      7/11/2017 7:35:54 PM
**To:**        Pierre-Dimitri Gore-Coty [pierre@uber.com]
**BCC:**       jill@uber.com
**Subject:**   Re: State of Safety Snapshot


14 hours

On Tue, Jul 11, 2017 at 12:35 PM, Pierre-Dimitri Gore-Coty <pierre@uber.com> wrote:
  Didn't know they had that. Where is their cap at?

On Tue, Jul 11, 2017 at 9:31 PM, Jill Hazelbaker <jill@uber.com> wrote:
  Totally agree - one sticky wicket in US is Lyft already has a driver hours policy, obviously, but I think we can
  get credit vs play catch up if we cap ours at 12 and bundle with some other changes.


On Tue, Jul 11, 2017 at 12:13 PM, Pierre-Dimitri Gore-Coty <pierre@uber.com> wrote:
  Thanks Jill for sharing, really great update Brooke & Dorothy. And nice to see our lemonade is made out of
  good lemons :) I feel the driver hours limit (and the insights / story that come with it) is one of the most
  powerful and scalable opportunities we have to tell our safety narrative and indicate a shift from growth at all
  costs to sustainable and healthy growth. Depending on CEO timing, could definitely be one to bundle with
  the "safety moment" you refer to.


On Tue, Jul 11, 2017 at 6:45 PM, Jill Hazelbaker <jill@uber.com> wrote:
  A great update from Brooke (Safety PR) and Dorothy (Safety Policy). Rachel and I spend a lot of time on
  this topic. Reading this note you can see why safety is a core pillar of our reputation turnaround campaign.

  Please let us know if you have questions -

  Jill and Rachel

  ---------- Forwarded message ----------
  From: **Brooke Anderson** <brooke.anderson@uber.com>
  Date: Mon, Jul 10, 2017 at 10:07 PM
  Subject: State of Safety Snapshot
  To: Jill Hazelbaker <jill@uber.com>, Shari Doherty <shari@uber.com>, Aaron Mclear
  <mclear@uber.com>
  Cc: Tracey Breeden <tbreeden@uber.com>


  Jill, Shari and now, Aaron!

  As I finish up my transition this week and next, wanted to share an update that may be helpful on the
  current state of safety PR as well as big picture recommendations moving into H2. Please click **here** to view
  our Safety/Security/Privacy H2 plan.

  **Current Safety Status:**

**Trial Exhibit No.**
**P-01044**

- **Incidents continue to be relentless:** The US Team is managing 10-20+ incidents a week and sexual-related issues that hit the press are on the rise, even while the actual rate of incidents compared to growth has been slowing. Reactive is still consuming around 75% of the Safety PR team's time.

- **Bad customer service stories are again increasing:** Our team is still spending a considerable amount of time managing stories caused or worsened by inadequate customer support. This <u>document</u> recaps many of the H2 issues we've seen and the resulting press attention, and we've shared with the ops working group, IRT leadership, and other stakeholders to help inform troubleshooting efforts. It's in part why I spent a large amount of time over the last several months supporting the Ops working group to overhaul IRT policies and rewrite saved replies related to safety that they use daily.

# REDACTED - PRIVILEGED

- **Global Progress and Process:** We now have safety comms leads hired in India, APAC, and EMEA. I've already trained Deepti (India lead), am training our Badi (our EMEA lead) this week, and if I don't have the baby by next week, will be training our APAC lead Jas when she comes to SF. Tracey will take over such trainings and we are planning to facilitate some in-market trips with the rest of the US team to help our remote leads get up to speed quickly in H2. (ie. Susan to EMEA, etc.)

**What's Ahead to Turn the Safety Corner:**

**1. Newcomer story:** We are working to make lemonade out of lemons and leverage this story as an opportunity to finalize and execute some of the internal changes we've pushed for over the last year, such as training on sexual assault issues for IRT agents. <u>Comms doc.</u>

**2. Safety Moment:** When the new CEO arrives, it's a great chance to signal a change in direction and emphasize the messages that our team successfully use out in the community each day, with more credibility and from the top. Would love to see us announce 2-3 more bold changes relative to safety (perhaps one around Xchange which is a negative from a safety point of view) and expressly state that as a part of the 600+ cities we serve, **Uber has a responsibility to contribute to safety in our communities.** This can and will resonate, especially coming from a fresh executive face, and allow us to make faster progress.

**3. Major Safety Announcements -** as noted in the H2 plan, we're working to announce a driver hours limit in August/September (global), emergency preparedness policy (including surge!) and community support in September (global), and driver safety product bundle (August/September/October) (global). Momentum!

**4. Key Sexual assault partnership and campaign:** We are working on a broad, cross-functional effort on a sexual assault campaign in H2 and expect to pilot this in the US as well as simultaneously in key markets such as India. Will include tactics like driver education, nonprofit support, safety tips demos, etc. Tracey is running point. We've made progress to date with background press briefings and engagement by our P/C team on front lines with advocacy orgs and conferences, but we need to more bravely embrace this tough conversation, both internally and externally, to really turn the corner. I'm encouraged by the strength of the cross functional team now rowing in this direction.

**5. Safety Report:** Longer term I believe there is a very strong case to publicly report some high-level incident data (including reports of sexual assaults) in an annual safety report of some kind. I know it's not the first time you've heard this idea and Gus says we can't even consider this in 2017 because the data needs so much cleaning up, but I want to flag now because I think this is something we should really go after for early 2018. It will allow us to lead the way with a stroke of transparency

**proactively**, remove much of the intrigue, and also share #s in the proper context and nuance that this complicated issue deserves. Dorothy and I both believe this is ultimately the right call.

All for now and please let us know of any questions. Thanks,
Brooke

--



Pierre-Dimitri Gore-Coty
Head of Operations, EMEA
+31 6 38 62 76 04  |  pierre@uber.com

--



Pierre-Dimitri Gore-Coty
Head of Operations, EMEA
+31 6 38 62 76 04  |  pierre@uber.com

CONFIDENTIAL

UBER_JCCP_MDL_000483973