# UBER_JCCP_MDL_003945068

## Metadata

| Account | brooke.anderson@uber.com; | SEMANTIC |
|---|---|---|
| All Custodians | Anderson, Brooke;Hazelbaker, Jill;Uber Technologies, Inc.; | SEMANTIC |
| All Paths | Anderson, Brooke: \20240905\Anderson, Brooke\gChat\EDISCO-25643_gChat-1.zip\EDISCO-25643_gChat_0.mbox.zip\EDISCO-25643_gChat_0.mbox; Anderson, Brooke: \20240905\Anderson, Brooke\gChat\EDISCO-25643_gChat-1.zip\EDISCO-25643_gChat_0.mbox.zip\EDISCO-25643_gChat_0.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003945068 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 05/29/2019 8:26 pm | SEMANTIC |
| Date Modified | 05/29/2019 8:26 pm | SEMANTIC |
| End Family | UBER_JCCP_MDL_003945069 | SEMANTIC |
| File Path | \20240905\Anderson, Brooke\gChat\EDISCO-25643_gChat-1.zip\EDISCO-25643_gChat_0.mbox.zip\EDISCO-25643_gChat_0.mbox | SEMANTIC |
| File Size | 13227 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_003945068;UBER_JCCP_MDL_003945069 | SEMANTIC |
| ILS Document Date | 05/29/2019 | SEMANTIC |
| ILS Prod Date | 03/28/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL112 | SEMANTIC |
| Other Custodians | Uber Technologies, Inc.;Hazelbaker, Jill;Anderson, Brooke; | SEMANTIC |
| Primary Date | 05/29/2019 8:26 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL112; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 05/29/2019 8:26 pm | SEMANTIC |



Trial Exhibit No.
P-01054

P-01054.00001

Message

| | |
|---|---|
| **From**: | jill@uber.com [jill@uber.com] |
| **Sent**: | 5/29/2019 8:26:58 PM |
| **To**: | brooke.anderson@uber.com; jill@uber.com |
| **Subject**: | qGrsRAAAAAE-MBI-FLAT:2019-05-29T01:26:58.956271 |

**jill@uber.com** May 29, 2019 at 8:26:58 PM UTC
We have serious issues within Customer Support (tweeting the "N" word at a troll and failing to respond to thousands of customers on social media unless the customer proactively tags the customer support handle) that continue to create reputational risk, a discussion you simply cannot have with Barney because he is so defensive of Troy. Within Safety and Product, despite Gus' herculean work, the driver onboarding process is fundamentally broken. Witness last week, when CNN ran a package detailing how more than a 1000 fraudsters are creating fake photos and false documents—and still passing our background checks, meaning potentially dangerous individuals are driving our platform.

**brooke.anderson@uber.com** May 29, 2019 at 8:45:43 PM UTC
OK - here's an update with tweaks for accuracy:

**brooke.anderson@uber.com** May 29, 2019 at 8:46:50 PM UTC
We continue to have issues within Customer Support (failing to respond to thousands of customers on social media unless the customer specifically tags the customer support handle and tweeting the "N" word at a troll) that create reputational risk, a discussion you simply cannot have with Barney because he is so defensive of Troy. Within Safety and Product, despite Gus' herculean work, the driver onboarding process is fundamentally broken. Witness last week, when CNN ran a package detailing how more than a 1000 fraudsters are creating fake photos and false documents—and using them to pass our background checks, meaning potentially dangerous individuals are driving our platform (this is happening both in the US and around the world.)

**brooke.anderson@uber.com** May 29, 2019 at 8:47:49 PM UTC
two things for you to note: 1) We believe the underlying issue behind the driver fraud stuff is that the people in charge of driver onboarding/compliance are in the driver product org and thus accountable to growth - separate and apart from safety. Big gap.

**jill@uber.com** May 29, 2019 at 8:49:31 PM UTC
yes - same problem as always

**jill@uber.com** May 29, 2019 at 8:49:34 PM UTC
even worse

**brooke.anderson@uber.com** May 29, 2019 at 8:50:50 PM UTC
Exactly. And Gus and his org struggles with it too, and often turns to us to help enforce and get them to fix things. It shouldn't be this hard.

**brooke.anderson@uber.com** May 29, 2019 at 9:07:35 PM UTC
2) I agree that customer service could be more aggressive/proactive (they need clear directive and resources to fix errors) but in fairness, I've seen dramatic improvement here over the last two years. Troy's working style may not be strong, but he's not ineffective. And the N-word thing was totally ridiculous but my team (Kayla) dug into that and my understanding is that a fix was being implemented to prevent from happening again

**jill@uber.com** May 29, 2019 at 9:07:57 PM UTC
ok then maybe i am being unfair

**brooke.anderson@uber.com** May 29, 2019 at 9:08:02 PM UTC
i'm checking on the status of that fix, but just wanted you to have this context

**brooke.anderson@uber.com** May 29, 2019 at 9:08:52 PM UTC
the big two pains right now IMO are driver fraud (and the underlying business structure) and marketing (and the underlying business structure)

**brooke.anderson@uber.com** May 30, 2019 at 7:16:24 PM UTC
great note earlier and great vision - and thanks for the shout out for our team! We are so grateful for you and you have no idea how much your FIERCE leadership inspires each of us to fight for the right thing every day. Constantly being the accountability / fix it warrior can be exhausting but we are constantly reminded that you do it relentlessly every day at an even more stressful level which motivates us to keep cranking and creating impact. excited for h2 ☺

**jill@uber.com** May 30, 2019 at 8:00:10 PM UTC
you are like my personal coach - and i really need it

**jill@uber.com** May 30, 2019 at 8:00:16 PM UTC
no one ever gives me feedback lol

**brooke.anderson@uber.com** May 30, 2019 at 8:11:33 PM UTC
❞❞