## JILL HAZELBAKER COMPENSATION ANALYSIS

1. **Year by Year compensation (she started at Uber in November 2015):**
    a. **2015-2018-??**
    b. **2019-Total Comp-$10,502,287** (Proxy Statement 2020, page 61)
        i. Salary-$1,500,002
        ii. Bonus-$1,000,000
        iii. Stock Awards-$8,002,285
    c. **2020-Total Comp-$12,611,830** (Proxy Statement 2021, page 68)
        i. Salary-$1,208,333
        ii. Bonus-$0
        iii. Stock Awards-$10,915,996 (included a one-time Retention RSU award of $7,500,000)
        iv. Non-Equity Incentive Plan Compensation-$487,500
    d. **2021-Total Comp-$7,910,976** (Proxy Statement 2022, page 72)
        i. Salary-$800,000
        ii. Bonus-$0
        iii. Stock Awards-$6,150,976
        iv. Non-Equity Incentive Plan Compensation-$960,0000
    e. **2022-Total Comp-$8,241,893** (Proxy Statement 2023, page 65)
        i. Salary-$800,000
        ii. Stock Awards-$6,267,013
        iii. Non-Equity Incentive Plan Compensation-$1,174,880
    f. **2023-Total Comp-$8,271,808** (Proxy Statement 2024, page 63)
        i. Salary-$800,000
        ii. Stock Awards-$6,191,829
        iii. Non-Equity Incentive Plan Compensation-$1,269,920
        iv. All Other Compensation-$10,059
    g. **2024-Total Comp-$12,013,804** (Proxy Statement 2025 page 57)
        i. Salary-$800,000
        ii. Stock Awards-$10,048,318
        iii. Non-Equity Incentive Plan Compensation-$1,151,280
        iv. All Other Compensation-$14,206
    h. *Total Compensation 2019-2024=$59,552,598*





Trial Exhibit No.
P-01066