# UBER_JCCP_MDL_000170073

## Metadata

| | | |
|---|---|---|
| **Account** | jill@uber.com | SEMANTIC |
| **All Custodians** | Hazelbaker, Jill;Hourdajian, Nairi | SEMANTIC |
| **All Paths** | Hazelbaker, Jill: \JCCP_EDISCO-23992\JCCP_EDISCO-23992_Export-25.zip\JCCP_EDISCO-23992_Export--jill@uber.com-bFzfTb.mbox; Hazelbaker, Jill: \JCCP_EDISCO-23992\JCCP_EDISCO-23992_Export-25.zip\JCCP_EDISCO-23992_Export--jill@uber.com-bFzfTb.mbox; Hourdajian, Nairi: \T4_Gmail_Chat_Calendar\EDISCO-25926_GMAIL2\EDISCO-25926_GMAIL2-11.zip\EDISCO-25926_GMAIL2--nairi@uber.com-8XNtgU.mbox; Hourdajian, Nairi: \T4_Gmail_Chat_Calendar\EDISCO-25926_GMAIL2\EDISCO-25926_GMAIL2-11.zip\EDISCO-25926_GMAIL2--nairi@uber.com-8XNtgU.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000170073 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 03/03/2016 11:07 pm | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000170074 | SEMANTIC |
| **File Path** | \JCCP_EDISCO-23992\JCCP_EDISCO-23992_Export-25.zip\JCCP_EDISCO-23992_Export--jill@uber.com-bFzfTb.mbox | SEMANTIC |
| **File Size** | 11362 | SEMANTIC |
| **Hash Value** | 0f1b1d3a064d957a24ae3b51b2806b03 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000170073;UBER_JCCP_MDL_000170074 | SEMANTIC |
| **ILS Document Date** | 03/03/2016 | SEMANTIC |
| **ILS Prod Date** | 8/19/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol039 | SEMANTIC |
| **Other Custodians** | Hazelbaker, Jill;Hourdajian, Nairi | SEMANTIC |
| **Primary Date** | 03/03/2016 11:07 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol039; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 03/03/2016 11:07 pm | SEMANTIC |

P-01068.00001

Trial Exhibit No. P-01068

Message

| | |
|---|---|
| **From:** | Dorothy Chou [dorothy@uber.com] |
| **Sent:** | 3/3/2016 11:07:38 PM |
| **To:** | Jill Hazelbaker [jill@uber.com] |
| **CC:** | Nairi Hourdajian [nairi@uber.com]; Faryl Ury [fury@uber.com] |
| **Subject:** | Re: Urgent Inquiry - BuzzFeed News |

Faryl and Nairi, I am fact finding with the safety team in "Game Room" on the 5th floor right up from the spiral staircase. Will put all the info I get in the doc I just started and shared you on.

On Thu, Mar 3, 2016 at 2:45 PM, Jill Hazelbaker <jill@uber.com> wrote:
> Hey guys -
>
> Could you please create a doc, copy Keith and mark privileged? Since they have kindly given us 24 hours we need to get cracking on fact finding and contextualizing the information. Dorothy has some good points.
>
> Thanks -
>
> Jill
>
>
> ---------- Forwarded message ----------
> From: **Charlie Warzel** <charlie.warzel@buzzfeed.com>
> Date: Thu, Mar 3, 2016 at 2:40 PM
> Subject: Urgent Inquiry - BuzzFeed News
> To: jill@uber.com
> Cc: Nairi Hourdajian <nairi@uber.com>, fury@uber.com, Mat Honan <mat.honan@buzzfeed.com>, Joe Bernstein <joe.bernstein@buzzfeed.com>
>
>
> Jill,
>
> My colleague Joe Bernstein and I have been reporting out a story and we have obtained screenshots from a former customer service representative of Uber's Zendesk backend. The search shows roughly three years of data from December 2012 to mid-August 2015. We've now been able to obtain independent verification of these screenshots.
>
> In one screenshot, a search query for "sexual assault" returns 6,160 rider/driver complaint tickets. A search for "rape" returns 5,827 individual tickets. Other variations of the terms yield similarly high returns; a search for "assaulted" shows 3,524 tickets, while "sexually assaulted" returns 382 results.
>
> How many of these tickets were legitimate claims of rape and sexual assault? How many drivers were dismissed as a result of these claims.
>
> We're planning to run the story tomorrow — we'd like to have a response by 12 noon, PST. I'm happy to discuss this more over the phone if need be. I'm at 610.209.0157.
>
> Thanks,

CONFIDENTIAL

UBER000190175
UBER_JCCP_MDL_000170073

P-01068.00002

Charlie

**Charlie Warzel** | **BuzzFeed** | Senior Writer | 610.209.0157 | @cwarzel
40 West 23rd Street, 5th Floor, New York, NY 10010

CONFIDENTIAL

UBER000190176
UBER_JCCP_MDL_000170074

P-01068.00003