# UBER000066207

## Metadata

| Account | jill@uber.com | SEMANTIC |
|---|---|---|
| All Custodians | Hazelbaker, Jill | SEMANTIC |
| All Paths | Hazelbaker, Jill: \JCCP_EDISCO-23992\JCCP_EDISCO-23992_Export-25.zip\JCCP_EDISCO-23992_Export--jill@uber.com-bFzfTb.mbox; Hazelbaker, Jill: \JCCP_EDISCO-23992\JCCP_EDISCO-23992_Export-25.zip\JCCP_EDISCO-23992_Export--jill@uber.com-bFzfTb.mbox | SEMANTIC |
| Begin Family | UBER000066207 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 05/05/2016 5:00 pm | SEMANTIC |
| End Family | UBER000066208 | SEMANTIC |
| File Path | \JCCP_EDISCO-23992\JCCP_EDISCO-23992_Export-25.zip\JCCP_EDISCO-23992_Export--jill@uber.com-bFzfTb.mbox | SEMANTIC |
| File Size | 11710 | SEMANTIC |
| Hidden Content | No | SEMANTIC |
| ILS All Bates | UBER000066207;UBER000066208 | SEMANTIC |
| ILS Document Date | 05/05/2016 | SEMANTIC |
| ILS Prod Date | 6/28/2024 | SEMANTIC |
| ILS Prod Vol | UBER018 | SEMANTIC |
| Other Custodians | Hazelbaker, Jill | SEMANTIC |
| Primary Date | 05/05/2016 5:01 pm | DOC_TYPE_ALIAS |
| Production Volume | UBER018 | SEMANTIC |
| Redacted | No | SEMANTIC |

Trial Exhibit No.

**P-01072_slip**

## Message

**From:** Jennifer Mullin [mullin@uber.com]
**Sent:** 5/5/2016 5:00:27 PM
**To:** Jill Hazelbaker [jill@uber.com]
**CC:** Niki Christoff [niki@uber.com]; Dorothy Chou [dorothy@uber.com]
**Subject:** Re: CBS News seeking response

She's been pretending to cover the ATX campaign and interviewed Mayor Leffingwell (RWA chairman) this AM. I'll get a download from that interview and circle up with Niki. Thx much for help.

Jennifer Mullin | Public Affairs, Uber Central | 202-420-1509

On Thu, May 5, 2016 at 11:57 AM, Jill Hazelbaker <jill@uber.com> wrote:
  Niki - you should lead on this with help from Dorothy. Get all over it please.

  On Thu, May 5, 2016 at 9:38 AM, Niki Christoff <niki@uber.com> wrote:
    sorry - and I will go back to her and find out which incidents, etc etc her story is. Unless Dorothy (?) should grab.

    On Thu, May 5, 2016 at 12:37 PM, Niki Christoff <niki@uber.com> wrote:
      - CBS

      +Jill and Dorothy

      This is an Emmy-award winning investigative reporter. We heard she was calling last week to incident response centers and I asked her if I could help - she didn't give me any indication about the topic, and now this.

      On Thu, May 5, 2016 at 12:32 PM, Strickler, Laura <StricklerL@cbsnews.com> wrote:
        Hi there – We have some questions about sexual assaults by Uber drivers and wanted to get comment from Uber.

        Basic question – we have learned of 10 incidents around the country where Uber drivers have been charged in court with sexual assault of passengers starting in January 1, 2014 through the present.  We need response from Uber about these incidents.

        Can someone there give  me a call or give me a number to get a hold of a spokesperson?  I'm going into a meeting now but I can call you (if I have a number) at 2:30PM.  Our story is airing tomorrow morning.  Thank you.

        Laura Strickler

        *Laura Strickler, Investigative Producer*
        *CBS News*
        *Office – 202-457-4383*

CONFIDENTIAL

**Trial Exhibit No.**
**P-01072**

UBER000066207

*Cell – **917-499-6459***

--
Niki Christoff | Federal Affairs, Public Policy & Communications | UBER | **(202) 748-7896**

--
Niki Christoff | Federal Affairs, Public Policy & Communications | UBER | **(202) 748-7896**

CONFIDENTIAL

UBER000066208