# UBER_JCCP_MDL_003945059

## Metadata

| | | |
|---|---|---|
| **Account** | brooke.anderson@uber.com; | SEMANTIC |
| **All Custodians** | Anderson, Brooke;Hazelbaker, Jill;Uber Technologies, Inc.; | SEMANTIC |
| **All Paths** | Anderson, Brooke: \20240905\Anderson, Brooke\gChat\EDISCO-25643_gChat-1.zip\EDISCO-25643_gChat_0.mbox.zip\EDISCO-25643_gChat_0.mbox; Anderson, Brooke: \20240905\Anderson, Brooke\gChat\EDISCO-25643_gChat-1.zip\EDISCO-25643_gChat_0.mbox.zip\EDISCO-25643_gChat_0.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003945059 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/30/2018 9:08 pm | SEMANTIC |
| **Date Modified** | 04/30/2018 9:08 pm | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003945067 | SEMANTIC |
| **File Path** | \20240905\Anderson, Brooke\gChat\EDISCO-25643_gChat-1.zip\EDISCO-25643_gChat_0.mbox.zip\EDISCO-25643_gChat_0.mbox | SEMANTIC |
| **File Size** | 71529 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_003945059;UBER_JCCP_MDL_003945060;UBER_JCCP_MDL_003945061;UBER_JCCP_MDL_003945062;UBER_JCCP_MDL_003945063;UBER_JCCP_MDL_003945064;UBER_JCCP_MDL_003945065;UBER_JCCP_MDL_003945066;UBER_JCCP_MDL_003945067 | SEMANTIC |
| **ILS Document Date** | 04/30/2018 | SEMANTIC |
| **ILS Prod Date** | 03/28/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL112 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.;Hazelbaker, Jill;Anderson, Brooke; | SEMANTIC |
| **Primary Date** | 04/30/2018 9:08 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL112; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 04/30/2018 9:08 pm | SEMANTIC |

P-01081.00001



Trial Exhibit No. P-01081

Message

| | |
|---|---|
| From: | brooke.anderson@uber.com [brooke.anderson@uber.com] |
| Sent: | 4/30/2018 9:08:17 PM |
| To: | brooke.anderson@uber.com; jill@uber.com |
| Subject: | qGrsRAAAAAE-MBI-FLAT:2018-04-30T02:08:17.917215 |

**brooke.anderson@uber.com** April 30, 2018 at 9:08:17 PM UTC
fyi: they teased the CNN piece just now but it was the last story to be mentioned at the start of Wolf's show. We're watching live and will keep you posted

**brooke.anderson@uber.com** April 30, 2018 at 9:09:04 PM UTC
they did mention 100+ sexual assaults and 30 convictions - notable given that typically conviction rates are typically lower

**brooke.anderson@uber.com** April 30, 2018 at 9:09:12 PM UTC
speaks to the tech and accountability argument

**jill@uber.com** April 30, 2018 at 9:09:33 PM UTC
can you grab the tveyes

**brooke.anderson@uber.com** April 30, 2018 at 9:09:44 PM UTC
yep - the story hasn't aired and will keep ou posted

**brooke.anderson@uber.com** April 30, 2018 at 9:10:01 PM UTC
will send the tease

**brooke.anderson@uber.com** April 30, 2018 at 9:49:02 PM UTC
http://money.cnn.com/2018/04/30/technology/uber-driver-sexual-assault/index.html
http://money.cnn.com/2018/04/30/technology/uber-driver-sexual-assault/index.html

**brooke.anderson@uber.com** April 30, 2018 at 9:49:44 PM UTC
fair piece

**brooke.anderson@uber.com** April 30, 2018 at 9:50:01 PM UTC
watched live

**jill@uber.com** April 30, 2018 at 10:01:02 PM UTC
they just did a push alert

**jill@uber.com** April 30, 2018 at 10:01:05 PM UTC
what's our statement

**brooke.anderson@uber.com** April 30, 2018 at 10:01:54 PM UTC
i know i saw. here's the comms doc - includes statement, i'm handling

**brooke.anderson@uber.com** April 30, 2018 at 10:01:56 PM UTC
https://docs.google.com/document/d/1R2K7GfBliwtS0Hfkjp_PsRd02WB28UyzQbR5p0DwAWM/edit?usp=sharing
https://drive.google.com/open?id=1R2K7GfBliwtS0Hfkjp_PsRd02WB28UyzQbR5p0DwAWM
https://docs.google.com/document/d/1R2K7GfBliwtS0Hfkjp_PsRd02WB28UyzQbR5p0DwAWM/edit?usp=sharing

**jill@uber.com** April 30, 2018 at 10:02:01 PM UTC
needs to say we are doing more than 4b a year

**brooke.anderson@uber.com** April 30, 2018 at 10:02:06 PM UTC
Statement "As our new CEO has made clear, standing for safety is Uber's top priority for 2018 and beyond. "We're putting safety at the core of everything we do. We recently strengthened our safety approach with new features including an emergency button, driver screening improvements, and the addition of the former Secretary of Homeland Security to head up Uber's Safety Advisory Board. This is just a start and we are committed to doing more. "Sexual assault is a horrible crime that has no place anywhere. While Uber is not immune to this societal issue, we're committed to doing our part to end this violence forever."

**brooke.anderson@uber.com** April 30, 2018 at 10:02:24 PM UTC
they mentioned that we do 15 million trips a day in the piece compared to 1 million

**jill@uber.com** April 30, 2018 at 10:02:41 PM UTC
think we need the numbers in the statement

**jill@uber.com** April 30, 2018 at 10:02:46 PM UTC
that's the key point

**jill@uber.com** April 30, 2018 at 10:03:09 PM UTC
100 is just us correct

**brooke.anderson@uber.com** April 30, 2018 at 10:03:16 PM UTC
Yes -

**brooke.anderson@uber.com** April 30, 2018 at 10:03:26 PM UTC

the apples to apples point is that we did 2.3+ billion trips in the four year period


**brooke.anderson@uber.com** April 30, 2018 at 10:03:43 PM UTC
Lyft's was 18 sexual assaults and 4 convictions


**jill@uber.com** April 30, 2018 at 10:03:55 PM UTC
that's the point we need to make. and then... of course, even one assault is too many which is why x, y z


**jill@uber.com** April 30, 2018 at 10:04:10 PM UTC
18 on a much much smaller number


**brooke.anderson@uber.com** April 30, 2018 at 10:06:23 PM UTC
keep in mind also that the real # is much higher. I'll update the statemen with the stat and share momentarily


**jill@uber.com** April 30, 2018 at 10:06:34 PM UTC
why is real number higher


**jill@uber.com** April 30, 2018 at 10:06:46 PM UTC
meaning unreported?


**brooke.anderson@uber.com** April 30, 2018 at 10:09:11 PM UTC
the number of sexual assaults that have taken place over four years with Uber is WAY higher. gus and kate are going to provide us with a report for internal review for the latest


**jill@uber.com** April 30, 2018 at 10:10:55 PM UTC
can i have access to the doc


**jill@uber.com** April 30, 2018 at 10:11:10 PM UTC
way higher as in 4x, 5x?


**brooke.anderson@uber.com** April 30, 2018 at 10:12:54 PM UTC
ok sorry- so here's the deal.


**jill@uber.com** April 30, 2018 at 10:12:57 PM UTC
could i have access

**jill@uber.com** April 30, 2018 at 10:12:59 PM UTC
to the doc

**brooke.anderson@uber.com** April 30, 2018 at 10:13:34 PM UTC
They are going to share with us a snapshot of the data currently. Safety's dashboard is down but I've asked them to share with us a report so we have the latest.

**brooke.anderson@uber.com** April 30, 2018 at 10:13:48 PM UTC
the last time we checked-  we're talking about THOUSANDS of sexual assaults in that time period

**brooke.anderson@uber.com** April 30, 2018 at 10:14:27 PM UTC
and last time i checked with Kate, we had about 100+ alleged rapes in the last quarter alone - and believe that's just rape

**jill@uber.com** April 30, 2018 at 10:19:28 PM UTC
see my alternative statement

**jill@uber.com** April 30, 2018 at 10:19:47 PM UTC
i'm not sure the above means we can't use our statement

**jill@uber.com** April 30, 2018 at 10:20:01 PM UTC
because we are not taking issues with their numbers

**brooke.anderson@uber.com** April 30, 2018 at 10:23:28 PM UTC
sorry was on a call with reporter.

**brooke.anderson@uber.com** April 30, 2018 at 10:23:30 PM UTC
looking now

**brooke.anderson@uber.com** April 30, 2018 at 10:24:38 PM UTC
your statement is fine- however

**brooke.anderson@uber.com** April 30, 2018 at 10:30:24 PM UTC
just making a few small tweaks

**brooke.anderson@uber.com** April 30, 2018 at 11:32:56 PM UTC

Do you feel strongly https://www.cnn.com/2018/04/30/politics/dod-sexual-assault-report-2017/index.htmlGiven that we know the # is way higher, and that we are not releasing a number right now, it including the 2.3 # in background part as context instead of
https://www.cnn.com/2018/04/30/politics/dod-sexual-assault-report-2017/index.htmlGiven


**brooke.anderson@uber.com** April 30, 2018 at 11:33:21 PM UTC
sorry i sent that before i was done typing. talking with matt now


**brooke.anderson@uber.com** May 1, 2018 at 12:50:36 AM UTC
just sent you the recap note for ELT - let us know if you need anything else. it's current as of now


**brooke.anderson@uber.com** May 1, 2018 at 12:55:17 AM UTC
jfyi for context: CNN also just did a report about sexual assaults spiking with the military: 5,277 in 2017 https://www.cnn.com/2018/04/30/politics/dod-sexual-assault-report-2017/index.html hi
https://www.cnn.com/2018/04/30/politics/dod-sexual-assault-report-2017/index.html


**brooke.anderson@uber.com** May 1, 2018 at 12:59:16 AM UTC
Initially my hesitation in putting the # of trips in statement was due to not wanting to be misleading given that our real # will be much higher. But I agree with you that it's not mutually exclusive and we are taking great care to background reporters throughly on the issue and ensure they understand the context. The key thing is not to indicate that the 100 is the final word


**jill@uber.com** May 1, 2018 at 2:27:20 AM UTC
why has the statement changed


**brooke.anderson@uber.com** May 1, 2018 at 2:28:26 AM UTC
legal was very concerned about that statement and future repercussions


**jill@uber.com** May 1, 2018 at 2:28:52 AM UTC
tony?


**brooke.anderson@uber.com** May 1, 2018 at 2:29:38 AM UTC
so we moved it to background. I've been working with Katy


**jill@uber.com** May 1, 2018 at 2:29:53 AM UTC
i'm not ok with this approach


**jill@uber.com** May 1, 2018 at 2:29:58 AM UTC

if tony has a problem he can give me a ring

**jill@uber.com** May 1, 2018 at 2:30:07 AM UTC
but there is nothing problematic with this statement

**jill@uber.com** May 1, 2018 at 2:30:10 AM UTC
please revert

**jill@uber.com** May 1, 2018 at 2:30:29 AM UTC
and i am not happy that we are appear to be taking press orders from legal

**jill@uber.com** May 1, 2018 at 2:30:38 AM UTC
the statement i drafted was very specific for a reason

**jill@uber.com** May 1, 2018 at 2:30:43 AM UTC
and it's a debate i am happy to have

**brooke.anderson@uber.com** May 1, 2018 at 2:30:54 AM UTC
OK - the concern is that it misleads consumers b/c we have a report that will likely say thousands of sexual assault reports and indicate that we validated a number that is far lower. I am happy to revert back - i haven't given it to the other three reporters.

**jill@uber.com** May 1, 2018 at 2:31:10 AM UTC
that isn't a strong argument

**jill@uber.com** May 1, 2018 at 2:31:15 AM UTC
we are contextualizing inn's reporting

**jill@uber.com** May 1, 2018 at 2:31:22 AM UTC
*cnn's

**jill@uber.com** May 1, 2018 at 2:31:43 AM UTC
we quite clearly declined to share the number

**jill@uber.com** May 1, 2018 at 2:31:45 AM UTC
that is in the piece

**jill@uber.com** May 1, 2018 at 2:31:50 AM UTC
so this is a faux argument


**brooke.anderson@uber.com** May 1, 2018 at 2:35:03 AM UTC
Got it - I will put it back in. Tony was not on the thread.


**brooke.anderson@uber.com** May 1, 2018 at 2:35:09 AM UTC
thanks


**jill@uber.com** May 1, 2018 at 2:44:45 AM UTC
i'm really upset by this process


**jill@uber.com** May 1, 2018 at 2:44:52 AM UTC
the number is our strongest argument


**jill@uber.com** May 1, 2018 at 2:45:03 AM UTC
and there is absolutely nothing in the statement that is inaccurate


**jill@uber.com** May 1, 2018 at 2:45:19 AM UTC
i am not interested in katy's press advice and last i checked i am responsible for those calls at uber


**jill@uber.com** May 1, 2018 at 2:45:31 AM UTC
so when there is a disagreement tony and i will talk it out and sort it out


**jill@uber.com** May 1, 2018 at 2:45:42 AM UTC
but this was the wrong approach


**brooke.anderson@uber.com** May 1, 2018 at 2:46:03 AM UTC
I'm sorry. The good news is all the national outlets have our updated statement and so does CNET: https://www.cnet.com/news/uber-lyft-drivers-said-to-have-sexually-assaulted-more-than-100-riders/
https://www.cnet.com/news/uber-lyft-drivers-said-to-have-sexually-assaulted-more-than-100-riders/


**jill@uber.com** May 1, 2018 at 2:46:19 AM UTC
i feel really hoodwinked on this one


**jill@uber.com** May 1, 2018 at 2:46:31 AM UTC
i took time out of a meeting with dara to draft a much stronger statement

**jill@uber.com** May 1, 2018 at 2:46:42 AM UTC
and no one bothered to tell me before changing it back to what a lawyer wanted?

**jill@uber.com** May 1, 2018 at 2:46:59 AM UTC
it's a judgment error and i would like you to think about it and we can discuss tomorrow

**brooke.anderson@uber.com** May 1, 2018 at 2:47:09 AM UTC
I didn't share the one that you hadn't approved with the reporters

**brooke.anderson@uber.com** May 1, 2018 at 2:47:14 AM UTC
but yes, happy to discuss

**brooke.anderson@uber.com** May 1, 2018 at 2:47:32 AM UTC
i have 3 national inquiries on this, and they all have your statement.

**jill@uber.com** May 1, 2018 at 2:47:34 AM UTC
it doesn't really matter - it had been changed in the comms doc which is what our people use to respond to inquiries

**jill@uber.com** May 1, 2018 at 2:47:38 AM UTC
and in the end it is my call

**jill@uber.com** May 1, 2018 at 2:47:48 AM UTC
i am responsible for setting our strategy with the press

**brooke.anderson@uber.com** May 1, 2018 at 2:49:29 AM UTC
Yes. We are ensuring the handful of local inquiries that came in have the final statement.

**jill@uber.com** May 1, 2018 at 2:50:03 AM UTC
my issue is not what is happening now - it's how we got to changing the statement in the doc without discussing it with me

**jill@uber.com** May 1, 2018 at 2:50:09 AM UTC
this is a basic part of our job

**jill@uber.com** May 1, 2018 at 2:50:30 AM UTC
lawyers are entitled to a point of view

**jill@uber.com** May 1, 2018 at 2:50:38 AM UTC
but there is nothing in that statement that is inaccurate

**jill@uber.com** May 1, 2018 at 2:50:47 AM UTC
and we quite clearly decline to give numbers in the piece

**jill@uber.com** May 1, 2018 at 2:50:55 AM UTC
so i don't see how it validates anything

**jill@uber.com** May 1, 2018 at 2:51:11 AM UTC
we have historically given rides numbers

**jill@uber.com** May 1, 2018 at 2:51:17 AM UTC
so that is not a departure

**jill@uber.com** May 1, 2018 at 2:51:41 AM UTC
and again, no one even has the number which is why we are working with advocates to understand it

**jill@uber.com** May 1, 2018 at 2:52:01 AM UTC
a defense if someone were to call us on this (which i predict they won't)

**brooke.anderson@uber.com** May 1, 2018 at 2:52:42 AM UTC
I totally understand.

**brooke.anderson@uber.com** May 1, 2018 at 2:52:53 AM UTC
This won't happen again.

**jill@uber.com** May 1, 2018 at 2:53:10 AM UTC
thank you