# UBER_JCCP_MDL_000562614

## Metadata

| | | |
|---|---|---|
| #Author | brooke.anderson@uber.com | SEMANTIC |
| #Date Modified | 07/11/2017 | SEMANTIC |
| #DateCreated | 07/12/2016 | SEMANTIC |
| #Title | Safety H2 Plan (2016) | SEMANTIC |
| Account | brooke.anderson@uber.com | SEMANTIC |
| All Custodians | Anderson, Brooke;Breeden, Tracey;Burke, Jordan;Hasbun, Andrew;Kawada Page, Jodi;Parker, Kate;Whaling, Kayla | SEMANTIC |
| All Paths | Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_28.zip; Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_28.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_28.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_28.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_12.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_12.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Burke, Jordan: \Burke, Jordan_300-399\EDISCO-25478_burke@uber.com_DR_383.zip; Burke, Jordan: \Burke, Jordan_300-399\EDISCO-25478_burke@uber.com_DR_383.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_135.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_135.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Kawada Page, Jodi: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_57.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_57.zip; Whaling, Kayla: \Whaling, Kayla\EDISCO-25478_whaling@uber.com_DR_14.zip; Whaling, Kayla: \Whaling, Kayla\EDISCO-25478_whaling@uber.com_DR_14.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000562614 | SEMANTIC |
| Collaborators | tbreeden@uber.com; whaling@uber.com; susan.hendrick@uber.com; burke@uber.com; dorothy@uber.com; haas@uber.com; nirveek@uber.com; shari@uber.com; melanie.ensign@uber.com; kateparker@uber.com; hollis@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 07/12/2016 2:24 pm | SEMANTIC |
| Date Modified | 07/11/2017 9:52 pm | SEMANTIC |
| DocID | 1BOPKGOQyQeEuXL0zi4Mk9ENcEvYqR76J-lAFUbME5Go | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_000562616 | SEMANTIC |
| File Path | \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_28.zip | SEMANTIC |
| File Size | 12671 | SEMANTIC |
| Filename | Safety H2 Plan (2016)_1BOPKGOQyQeEuXL0zi4Mk9ENcEvYqR76J-lAFUbME5Go.docx | SEMANTIC |
| GoogleDocumentType | DOCUMENT | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000562614;UBER_JCCP_MDL_000562615;UBER_JCCP_MDL_000562616 | SEMANTIC |
| ILS Document Date | 07/11/2017 | SEMANTIC |
| ILS Prod Date | 10/4/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL012 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_001416508; UBER_JCCP_MDL_001416851; UBER_JCCP_MDL_002481128; UBER_JCCP_MDL_003987912; UBER_JCCP_MDL_003988327; UBER_JCCP_MDL_004735842; UBER_JCCP_MDL_004867471; UBER_JCCP_MDL_004885147; UBER_JCCP_MDL_004885161; UBER_JCCP_MDL_004885203; UBER_JCCP_MDL_004901685; UBER_JCCP_MDL_004901739; UBER_JCCP_MDL_004901751; UBER_JCCP_MDL_004901850 | SEMANTIC |
| Other Custodians | Breeden, Tracey;Kawada Page, Jodi;Parker, Kate;Anderson, Brooke;Burke, Jordan;Hasbun, Andrew;Whaling, Kayla | SEMANTIC |
| Primary Date | 07/12/2016 2:24 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL012; | SEMANTIC |
| Redacted | No | SEMANTIC |



Trial Exhibit No. P-01133

| **Sort Date** | 07/11/2017 9:52 pm | SEMANTIC |
|---|---|---|
| **SourceHash** | 16fda49ede6f00343c1b495d0d32d4f4 | SEMANTIC |

A/C Privileged
Safety H2 Communications Plan

**CONTEXT:** Safety is our largest reputational challenge. To date Uber's safety story has mostly been defined by negative incidents that garner media coverage. Given that we're doing millions of trips every day, the one-in-a million scenario happens more frequently. We need to build a strong foundation of positive and proactive safety PR to strengthen and turn the corner on this narrative. The challenge will be doing that amidst the daily grind of responding to incidents.

**OBJECTIVES:**

- **Stabilize and neutralize:** Handle tough stories professionally, kill stories when possible and mitigate the impact of incidents on our reputation.

- **Build a positive foundation for our safety narrative:** We need to start telling Uber's safety story on our terms.

**I. STRATEGY: FIX THE PLUMBING**
In order for our proactive narratives to take flight, we need to build a sturdy plane. That starts with centralizing our operation and scaling it in North America in pursuit of a more cohesive, proactive approach to safety communications.

**FIX THE PLUMBING: TACTICS**
- Scale our incident response process in North America and establish working synergy with global teams (AI: Brooke)
- Build a safety comms playbook to house proactive comms plans and approach (AI: Brooke)
- Build a security event global playbook with best practices (AI: Brooke)
- Work with law enforcement to develop evergreen, consumer-friendly safety tips for riders to be used in media outreach and interviews (AI: Tracey)
- Build a plan to pipeline Uber hero stories (AI: Tracey)
- Organize and maintain safety statement bank (AI: Susan)
- Collaborate with strikeforce to assist IRT overhaul (AI: Brooke)
  - Support development of new IRT training program (AI: Tracey)

**II. STRATEGY: BUILD RELATIONSHIPS**
Uber has an educational and trust deficit - national influencers don't know if they can trust the company and many don't understand our tech features. We haven't shared much data pertaining to safety, so we're still a black box. To change this, we need to build stronger, better relationships with law enforcement PIOs, the security community and influential media figures.

**BUILD RELATIONSHIP: TACTICS**
- Build relationships with six police PIOs in the biggest cities in each respective region (AI: Tracey, Kayla and Susan)
- Meet individually with and brief each GM in the region to strengthen collaboration and efficiency (AI: Tracey, Kayla and Susan)
- Identify and build relationships with five national broadcast, tech and opinion influencers (AI: Brooke)
- Meet with the state police department (highway patrol) in largest regions to build partnerships on road safety (ie. pursue holiday season DUI Task Force media campaign opportunities) (AI: Tracey, Kayla and Susan)
- Hold networking events with security/privacy influencers in San Francisco & DC before EOY (AI: Melanie and Steffi)
- Elevate Uber's standing in the technical security community with key conference appearances (AI: Melanie)
  - Drive industry leadership:

1

- Arrange Four to participate in panel at RSA Conference: February 13-17, 2017 (AI: Brooke )
- Prepare plan to maximize RSA and create news (AI: Melanie)
  - Demonstrate technical innovation (pending submission selection):
    - BSidesSF: February 12-13, 2017 (AI: Melanie)
    - CanSecWest / Pwn2Own March 15-17th, 2017 (AI: Melanie)

**III. STRATEGY: NET CONTRIBUTOR**
To turn the narrative, we need to go back to basics, seizing every chance we get to educate the broader public on consumer 101: how to Uber safely. We'll also seek to reframe our safety challenges and how we're approaching them, humanizing drivers and showing that we've got some of the brightest minds in the world tackling this stuff.

**NET CONTRIBUTOR TACTICS**

**Uber Safety Consumer 101**
- Brief three key journalists on our safety approach per region
  - Regional (AI: Tracey, Kayla, Susan)
  - National (AI: Brooke)
- Conduct five media appearances / newsroom tours around Labor Day to educate on how to Uber safely and remind consumers to avoid drunk driving (AI: Kayla and Tracey)
- Build Uber consumer safety road show around Halloween and spotlight new tips (AI: Tracey and Brooke)
  - Net positive coverage in five major markets per region (AI: Kayla, Tracey and Susan)
  - Secure "How to Uber Safely" in national pub (AI: Brooke)
  - Execute college campus media push (AI: Kayla, Tracey and Susan)
- Land "behind the scenes" Uber safety story in each region educating on how safety works before, during and after the ride (AI: Tracey, Kayla, Susan)
- Build comms campaign to rollout updated Community Guidelines and highlight how not to be a jerk (AI: Brooke)
- Post Safety Advisory Board update blog for November 24 anniversary (AI: Brooke)

**Road Safety, Telematics, DUIs**
- Launch telematics in US with proactive plan (AI: Susan)
- Partner with global teams to tell the telematics story and develop global playbook (AI: Brooke)
- Develop holiday pitches to reinforce DUI message (MADD partnership, DUI arrest data, peak hours) during National Impaired Driving Month (AI: Kayla and Susan)

**Security**
- Develop and execute strategic comms plan for Mutombo launch (AI: Brooke)
- Land story in on how Uber's technology can help solve crimes (AI: Brooke)
- Land thought leadership piece on product security with Collin (AI: Melanie)
- Land profile on Uber security team in key tech pub (AI: Melanie)
- Build and execute targeted comms plan for Bug Bounty EOY report (AI: Melanie)
- Land business story in national outlet on how Uber works with security startups to drive innovation and new technologies with Luis (AI: Melanie)

**IV. STRATEGY: Win the Policy Wars**
Too often, we're fighting bad regs veiled as "pro-safety". Our safety comms squad can help win the policy war by leapfrogging this bear hug, and campaigning for a more modern approach that benefits everyone.

**WIN THE POLICY WARS TACTICS**

Domestic Violence and Sexual Assault Partnerships:
- Prepare op/ed by Cindy Southworth and land in online women's pub (AI: Brooke)

2

**KEY SURROGATES**
Joe Sullivan
Four Flynn

3

CONFIDENTIAL										UBER_JCCP_MDL_000562616

P-01133.00005