# UBER_JCCP_MDL_001144360

## Metadata

| | | |
|---|---|---|
| **#Author** | brooke.anderson@uber.com | SEMANTIC |
| **#Date Modified** | 02/04/2018 | SEMANTIC |
| **#DateCreated** | 01/24/2018 | SEMANTIC |
| **#Title** | CNN Piece Challenges | SEMANTIC |
| **Account** | brooke.anderson@uber.com; | SEMANTIC |
| **All Custodians** | Anderson, Brooke;Breeden, Tracey;Hasbun, Andrew; | SEMANTIC |
| **All Paths** | Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_26.zip; Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_26.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Anderson, Brooke: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_25.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_25.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_11.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_8.zip | SEMANTIC |
| **Application** | Microsoft 2007 Word Document | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001144360 | SEMANTIC |
| **Collaborators** | mclear@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 01/24/2018 8:24 pm | SEMANTIC |
| **Date Modified** | 02/04/2018 3:24 am | SEMANTIC |
| **DocID** | 1mCvmX7q6Mx2XJWuWfWP2uhGtChxZXsuJ8XAv9pNuTgU | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001144360 | SEMANTIC |
| **File Path** | \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_26.zip | SEMANTIC |
| **File Size** | 8942 | SEMANTIC |
| **GoogleDocumentType** | DOCUMENT | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_001144360 | SEMANTIC |
| **ILS Document Date** | 02/04/2018 | SEMANTIC |
| **ILS Prod Date** | 5/7/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL230 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_001554972; UBER_JCCP_MDL_001844938 | SEMANTIC |
| **Other Custodians** | Breeden, Tracey;Anderson, Brooke;Hasbun, Andrew; | SEMANTIC |
| **Primary Date** | 01/24/2018 8:24 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL033;JCCP_MDL230;JCCP_MDL276; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 02/04/2018 3:24 am | SEMANTIC |
| **SourceHash** | 79dd1d151957b09a73732c349b1d6dce | SEMANTIC |



**A/C Privileged**

Hi-

Here is the CNN piece about sexual assaults reported in Ubers. It's a tough story. We expect this kind of scrutiny to continue until as a business we address some of the underlying challenges. Here are a few issues driving negative attention from CNN as well as other media and policymakers regularly:

> **Commented [1]:** add

- **Volume of incidents:** Safety incidents, especially sexual assault, are happening and hitting the press quite frequently. Our US safety comms team deals with safety-related press on a near constant and daily basis. **From November 1, 2017 to January 1, 2018, we managed stories related to 30+ sexual assault incidents in the US alone,** including driver on rider, rider on driver, lawsuits, etc. When reporters cover something frequently, they think it is happening frequently.

- **Transparency**: We can't push back on CNN's (or any other outlet's) numbers because 1) the real numbers that we do track relative to this issue are actually much higher (in the thousands) and 2) We have not agreed to release any transparency report to date that would shed light on this issue and put it in proper context. (Believe we're still in the process of working through our categorization challenges with experts.)

  ==We do believe that preparing a report with some high-level incident data (including some type of reports on sexual assaults) would help demystify this issue for the press and allow us to lead proactively and with transparency. We'd recommend doing this around April, Sexual Assault Awareness Month.==

- **Compliance - we don't follow the rules:** We actually had to take out the part of our blog that noted that Uber screens drivers "in accordance with local laws and regulations" given that we are still shoring up safety-related compliance issues and cannot credibly say this. Of course, when we can't say we comply with the law about background checks, it undermines all the work we've done to educate media and policymakers about our safety practices and threatens people's trust in our brand. We expect more headlines like this in the months ahead: Uber fined $8.9 million in Colorado for problematic background checks.

CONFIDENTIAL

UBER_JCCP_MDL_001144360

**Trial Exhibit No.**

**P-01157**