## UBER_JCCP_MDL_000056130

# Metadata

| Account | kmcdonald@uber.com | SEMANTIC |
|---|---|---|
| All Custodians | McDonald, Katy | SEMANTIC |
| Application | Slack Channel | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000056130 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Document Type | Messaging Application | SEMANTIC |
| End Family | UBER_JCCP_MDL_000056143 | SEMANTIC |
| Hash Value | 4c5beeadb762bd0520f2f569f64909b9b72c0684b2a314b95fc399b0ecb2d0dc | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000056130;UBER_JCCP_MDL_000056131;UBER_JCCP_MDL_000056132;UBER_JCCP_MDL_000056133;UBER_JCCP_MDL_000056134;UBER_JCCP_MDL_000056135;UBER_JCCP_MDL_000056136;UBER_JCCP_MDL_000056137;UBER_JCCP_MDL_000056138;UBER_JCCP_MDL_000056139;UBER_JCCP_MDL_000056140;UBER_JCCP_MDL_000056141;UBER_JCCP_MDL_000056142;UBER_JCCP_MDL_000056143 | SEMANTIC |
| ILS Prod Date | 8/19/2024 | SEMANTIC |
| ILS Prod Vol | Vol039 | SEMANTIC |
| Other Custodians | McDonald, Katy | SEMANTIC |
| Primary Date | 10/02/2020 8:15 pm | DOC_TYPE_ALIAS |
| Production Volume | Vol039; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 10/02/2020 8:15 pm | SEMANTIC |

Trial Exhibit No.
**P-01220**

**Channel: dm-cgibbons--kmcdonald**

**Channel Type: DM**

**Start Date: 2020-10-02 20:15:44 UTC End date: 2020-10-02 21:20:49 UTC**

 **Katy McDonald** at 2020-10-02 20:15:44

Hi

 **Katy McDonald** at 2020-10-02 20:15:46

can you help me

 **Katy McDonald** at 2020-10-02 20:15:47

https://jira.uberinternal.com/browse/DACT-205411

 **Katy McDonald** at 2020-10-02 20:16:20

Why is contact 4 and contact 3 considered #toovague?

 **Katy McDonald** at 2020-10-02 20:21:48

jk im adding you to a thread

 **Katy McDonald** at 2020-10-02 20:21:52

its messy

 **Catherine Gibbons** at 2020-10-02 20:22:21

hahah ok

 **Katy McDonald** at 2020-10-02 20:27:09

you're welcome



**Catherine Gibbons** at 2020-10-02 20:34:01

why is 3 categorized as professionalism

**Catherine Gibbons** at 2020-10-02 20:34:08

like wht\i guess these are over a year ago

**Katy McDonald** at 2020-10-02 20:34:10

DACT

**Katy McDonald** at 2020-10-02 20:34:15

they moved them

**Catherine Gibbons** at 2020-10-02 20:34:34

i mean its clearly a mistake

**Catherine Gibbons** at 2020-10-02 20:34:38

on the agent side

**Catherine Gibbons** at 2020-10-02 20:35:27

how do you know they moved them

**Catherine Gibbons** at 2020-10-02 20:35:30

i dont see that in the bliss

**Katy McDonald** at 2020-10-02 20:35:57

look sat the dattes

CONFIDENTIAL

 **Katy McDonald** at 2020-10-02 20:36:04

resolvedin paril

 **Katy McDonald** at 2020-10-02 20:36:06

updatetd in june

 **Katy McDonald** at 2020-10-02 20:36:15

dact agent created same day as i was updated in june

 **Katy McDonald** at 2020-10-02 20:36:24

this was the old dact agent process which we asked to stop

**Catherine Gibbons** at 2020-10-02 20:36:36

i dont get what the questions are?

**Catherine Gibbons** at 2020-10-02 20:36:45

like do they just want me to write yeah agents messed up?

**Catherine Gibbons** at 2020-10-02 20:36:46

ahhaha

 **Katy McDonald** at 2020-10-02 20:36:55

i mean yea i think so

CONFIDENTIAL

 **Katy McDonald** at 2020-10-02 20:37:01

gonna cost us $$

 **Katy McDonald** at 2020-10-02 20:37:12

but itll be important to flag if itt was. amiss and thtis guy should have been deactivated

**Catherine Gibbons** at 2020-10-02 20:54:06

dude im over toady

**Catherine Gibbons** at 2020-10-02 20:54:07

and this week

**Catherine Gibbons** at 2020-10-02 20:54:10

like big time

**Catherine Gibbons** at 2020-10-02 20:54:18

everyne speaking is just exhusting me for no reason

**Katy McDonald** at 2020-10-02 20:54:26

DUDE

**Katy McDonald** at 2020-10-02 20:54:28

BIG time

**Catherine Gibbons** at 2020-10-02 20:54:45

im also like why are these the things we're focusing on

CONFIDENTIAL

UBER000075815
UBER_JCCP_MDL_000056133

 **Katy McDonald** at 2020-10-02 20:54:56

im also on a path

 **Katy McDonald** at 2020-10-02 20:54:58

to educate

 **Katy McDonald** at 2020-10-02 20:55:01

that riders are TTHE WORST

 **Katy McDonald** at 2020-10-02 20:55:07

and when we think about rider safety

 **Catherine Gibbons** at 2020-10-02 20:55:09

yeah peopl ethink riders rock

 **Catherine Gibbons** at 2020-10-02 20:55:11

they suck

 **Katy McDonald** at 2020-10-02 20:55:12

whatt we really need to wrap our ahead around

 **Katy McDonald** at 2020-10-02 20:55:18

are were jus making the majority of riders feel good

 **Katy McDonald** at 2020-10-02 20:55:25

and thats fine. we need them to feel good so that they give us business



**Katy McDonald** at 2020-10-02 20:55:32

but drivers are the ones ACTUALLY at risk

**Catherine Gibbons** at 2020-10-02 20:55:34

katy come pet me

**Katy McDonald** at 2020-10-02 20:55:46

im starting to make way with dharmin (as evidenced by his question)

**Katy McDonald** at 2020-10-02 20:55:51

PET ME CAT CAT

**Catherine Gibbons** at 2020-10-02 20:56:49

cat cat kitty kitty

**Catherine Gibbons** at 2020-10-02 20:56:51

cattttt

**Catherine Gibbons** at 2020-10-02 20:58:09

do you like my contributions

CONFIDENTIAL

UBER000075817
UBER_JCCP_MDL_000056135



**Catherine Gibbons** at 2020-10-02 20:58:12

im making myself lol

**Katy McDonald** at 2020-10-02 20:58:16

HAHAHAH

**Katy McDonald** at 2020-10-02 20:58:24

i shouldnt habve called ou the comment piece

**Katy McDonald** at 2020-10-02 20:58:31

bc i jus ended up criticizing shi and leaving comments

**Catherine Gibbons** at 2020-10-02 20:58:38

hahahhahahahah

**Catherine Gibbons** at 2020-10-02 20:58:39

evil katy

**Katy McDonald** at 2020-10-02 20:58:57

EVIL KENIEL

**Katy McDonald** at 2020-10-02 20:59:03

dude i cant type anymroe

**Catherine Gibbons** at 2020-10-02 20:59:09

i appreciate that spelling

CONFIDENTIAL

UBER000075818
UBER_JCCP_MDL_000056136



**Catherine Gibbons** at 2020-10-02 21:00:35

its 5pm. let me off

**Katy McDonald** at 2020-10-02 21:00:40

LET ME OFFFFF

**Catherine Gibbons** at 2020-10-02 21:01:18

i dont want this one…

**Katy McDonald** at 2020-10-02 21:01:24

DO YOU SEE MY COMMENT

**Katy McDonald** at 2020-10-02 21:01:28

hahahahaha

**Catherine Gibbons** at 2020-10-02 21:01:32

hahaha no

**Catherine Gibbons** at 2020-10-02 21:01:34

what does it say

**Katy McDonald** at 2020-10-02 21:01:42

"how would we miigate false positives"

**Katy McDonald** at 2020-10-02 21:01:45

bc is gonna be HELL for you

CONFIDENTIAL

UBER000075819
UBER_JCCP_MDL_000056137



**Katy McDonald** at 2020-10-02 21:01:54

and your team to resource

**Catherine Gibbons** at 2020-10-02 21:02:22

lol i just added

**Catherine Gibbons** at 2020-10-02 21:02:26

and plussed 1 your comment

**Katy McDonald** at 2020-10-02 21:02:33

lol

**Katy McDonald** at 2020-10-02 21:02:35

were such haters

**Catherine Gibbons** at 2020-10-02 21:02:50

i like it

**Catherine Gibbons** at 2020-10-02 21:02:53

its why were friends

CONFIDENTIAL

UBER000075820
UBER_JCCP_MDL_000056138

 **Katy McDonald** at 2020-10-02 21:02:59

heheheh

 **Catherine Gibbons** at 2020-10-02 21:04:15

yeah lets develop a bot agent when we cant do anything else right

 **Katy McDonald** at 2020-10-02 21:04:20

YEA

 **Catherine Gibbons** at 2020-10-02 21:04:23

that sounds like a good use of energy

 **Katy McDonald** at 2020-10-02 21:04:23

and let them solve RAPE

 **Katy McDonald** at 2020-10-02 21:04:37

i just ttold dharmin

 **Katy McDonald** at 2020-10-02 21:04:45

'let me know if im being tttoo negative. just trying to bring a dose of reality"

 **Katy McDonald** at 2020-10-02 21:04:51

reality

 **Catherine Gibbons** at 2020-10-02 21:05:03

hahah you sounded like an angel compared to what i said

CONFIDENTIAL

 **Katy McDonald** at 2020-10-02 21:05:14

i do like this idea though

 **Katy McDonald** at 2020-10-02 21:05:28

clean :clap: up :clap: the :clap: shit :clap: we :clap: already :clap: made :clap:

 **Catherine Gibbons** at 2020-10-02 21:05:35

right????

 **Katy McDonald** at 2020-10-02 21:07:30

theres more work for us to connect on here

 **Katy McDonald** at 2020-10-02 21:07:33

perhaps thats what we do

 **Katy McDonald** at 2020-10-02 21:07:35

and then come back to eng

 **Catherine Gibbons** at 2020-10-02 21:07:40

agreed

 **Katy McDonald** at 2020-10-02 21:07:40

and say BUILD THIS SHIT MORE FOR US

 **Catherine Gibbons** at 2020-10-02 21:07:43

who was just talking?

CONFIDENTIAL

UBER000075822
UBER_JCCP_MDL_000056140

 **Katy McDonald** at 2020-10-02 21:07:46

its just been deprioritized on my list

**Katy McDonald** at 2020-10-02 21:07:49

jacob sevart

**Katy McDonald** at 2020-10-02 21:07:50

hes good

**Catherine Gibbons** at 2020-10-02 21:07:53

got it

**Catherine Gibbons** at 2020-10-02 21:07:55

he sounds it

**Katy McDonald** at 2020-10-02 21:07:57

one of the smartest and og engineers

**Katy McDonald** at 2020-10-02 21:08:22

i justt started to connect the support abuse to my etams work with feedback ttags

CONFIDENTIAL

UBER000075823
UBER_JCCP_MDL_000056141



**Catherine Gibbons** at 2020-10-02 21:08:27

his surprise is legit what every agent says haha

**Katy McDonald** at 2020-10-02 21:08:37

ill use tha as a gatetway

**Catherine Gibbons** at 2020-10-02 21:11:12

loling

**Catherine Gibbons** at 2020-10-02 21:11:14

again

**Katy McDonald** at 2020-10-02 21:12:14

also dislike this

**Katy McDonald** at 2020-10-02 21:12:20

unless were thinking about drivers

**Katy McDonald** at 2020-10-02 21:12:21

not riders

**Katy McDonald** at 2020-10-02 21:12:38

drivers are incentivized to stay on the platform bc they need the money

**Katy McDonald** at 2020-10-02 21:14:52

see he good

CONFIDENTIAL



**Catherine Gibbons** at 2020-10-02 21:15:20

i neee money

**Catherine Gibbons** at 2020-10-02 21:15:23

give me $$$

**Katy McDonald** at 2020-10-02 21:15:28

no!

**Katy McDonald** at 2020-10-02 21:15:31

no $$ for you!

**Katy McDonald** at 2020-10-02 21:15:47

do you like my comment on this one

**Catherine Gibbons** at 2020-10-02 21:16:26

ughhh stop making me poor

**Catherine Gibbons** at 2020-10-02 21:16:29

i need to feed kitty

**Katy McDonald** at 2020-10-02 21:20:49

om gi did not put the comment for this one bu tim here for it

CONFIDENTIAL

UBER000075825
UBER_JCCP_MDL_000056143