## UBER_JCCP_MDL_000253572

## Metadata

| | | |
|---|---|---|
| **#Author** | haas@uber.com | SEMANTIC |
| **#Date Modified** | 10/10/2016 | SEMANTIC |
| **#DateCreated** | 10/06/2016 | SEMANTIC |
| **#Title** | Understanding SV Facilitation Guide.pdf | SEMANTIC |
| **Account** | tbreeden@uber.com | SEMANTIC |
| **All Custodians** | Breeden, Tracey | SEMANTIC |
| **All Paths** | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_36.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_36.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_12.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_12.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_9.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_9.zip | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Attachment Names** | [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image] | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000253572 | SEMANTIC |
| **Collaborators** | tbreeden@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 10/06/2016 8:54 pm | SEMANTIC |
| **Date Modified** | 10/10/2016 7:11 pm | SEMANTIC |
| **DocID** | 0B7N_JEnoRlqDQm9kZXFtaFhaVWFkdGU1YzNMQm54a1FQOGtz | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000253615 | SEMANTIC |
| **File Path** | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_36.zip | SEMANTIC |
| **File Size** | 1404768 | SEMANTIC |
| **Filename** | Understanding SV Facilitation Guide_0B7N_JEnoRlqDQm9kZXFtaFhaVWFkdGU1YzNMQm54a1FQOGtz.pdf | SEMANTIC |
| **Hash Value** | f071e8dd09f94dd52a28b3a0c97eb06e | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000253572;UBER_JCCP_MDL_000253573;UBER_JCCP_MDL_000253574;UBER_JCCP_MDL_000253575;UBER_JCCP_MDL_000253576;UBER_JCCP_MDL_000253577;UBER_JCCP_MDL_000253578;UBER_JCCP_MDL_000253579;UBER_JCCP_MDL_000253580;UBER_JCCP_MDL_000253581;UBER_JCCP_MDL_000253582;UBER_JCCP_MDL_000253583;UBER_JCCP_MDL_000253584;UBER_JCCP_MDL_000253585;UBER_JCCP_MDL_000253586;UBER_JCCP_MDL_000253587;UBER_JCCP_MDL_000253588;UBER_JCCP_MDL_000253589;UBER_JCCP_MDL_000253590;UBER_JCCP_MDL_000253591;UBER_JCCP_MDL_000253592;UBER_JCCP_MDL_000253593;UBER_JCCP_MDL_000253594;UBER_JCCP_MDL_000253595;UBER_JCCP_MDL_000253596;UBER_JCCP_MDL_000253597;UBER_JCCP_MDL_000253598;UBER_JCCP_MDL_000253599;UBER_JCCP_MDL_000253600;UBER_JCCP_MDL_000253601;UBER_JCCP_MDL_000253602;UBER_JCCP_MDL_000253603;UBER_JCCP_MDL_000253604;UBER_JCCP_MDL_000253605;UBER_JCCP_MDL_000253606;UBER_JCCP_MDL_000253607;UBER_JCCP_MDL_000253608;UBER_JCCP_MDL_000253609;UBER_JCCP_MDL_000253610;UBER_JCCP_MDL_000253611;UBER_JCCP_MDL_000253612;UBER_JCCP_MDL_000253613;UBER_JCCP_MDL_000253614;UBER_JCCP_MDL_000253615 | SEMANTIC |
| **ILS Document Date** | 10/10/2016 | SEMANTIC |
| **ILS Prod Date** | 8/30/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL001 | SEMANTIC |
| **Other Custodians** | Breeden, Tracey | SEMANTIC |
| **Primary Date** | 10/06/2016 8:54 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL001; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 10/10/2016 7:11 pm | SEMANTIC |

Trial Exhibit No.

**P-01256**



# Understanding Sexual Violence: Training Facilitation Guide

**October 2016**





CONFIDENTIAL

UBER_JCCP_MDL_000253572

**The facilitator guide is organized into six units: types and prevalence of sexual violence; dynamics of sexual assault; effects of victimization; rape myths and victim blaming; sexual assault reporting; and responding appropriately to survivors.**

| | Units | Purpose/Description | Approx. Length of Unit |
|---|---|---|---|
| 1 | **TYPES AND PREVALENCE OF SEXUAL VIOLENCE** | The purpose of this unit is to define forms of sexual violence and learn the frequency at which sexual violence occurs in our society. | 5 minutes |
| 2 | **DYNAMICS OF SEXUAL ASSAULT** | The purpose of this unit is to increase understanding about the dynamics of sexual assault and the motivations of perpetrators. | 3 minutes |
| 3 | **EFFECTS OF VICTIMIZATION** | The purpose of this unit is to understand the neurobiology of trauma and traumatic responses among sexual assault survivors. | 3 minutes |
| 4 | **RAPE MYTHS AND VICTIM BLAMING** | This purpose of this unit is to identify common rape myths and victim blaming statements in order to recognize and combat biases against sexual assault survivors. | 6 minutes |
| 5 | **SEXUAL ASSAULT REPORTING** | The purpose of this unit is to examine common barriers to reporting sexual assault to law enforcement. | 5 minutes |
| 6 | **RESPONDING APPROPRIATELY TO SURVIVORS** | The purpose of this unit is to provide participants with best practices on appropriately responding to survivors of sexual assault. | 10 minutes |

CONFIDENTIAL

P-01256.00003

UBER_JCCP_MDL_000253573

# INTRODUCTION
**Slides 1-2**

---

> **Purpose:** To learn fundamental information about sexual violence and how to respond to survivors.

**SLIDE 1**



**SLIDE 2**



CONFIDENTIAL

UBER_JCCP_MDL_000253574

# Unit 1: TYPES AND PREVALENCE OF SEXUAL VIOLENCE
## Slides 3-9

**Purpose:** The purpose of this unit is to define forms of sexual violence and learn the frequency at which sexual violence occurs in our society.
**Length: 5 minutes**

**SLIDE 3: DEFINITIONS**



**INTRODUCTION:**
"Sexual violence, also known as sexual assault, is a general or 'umbrella' term that encompasses a variety of acts/crimes."



**Unwanted Sexual Contact:**
"Any unwanted sexual experiences involving touch, but not sexual penetration, such as being kissed in a sexual way or having body parts fondled or grabbed."[1]



Understanding Sexual Violence | 4

**Sexual Coercion:**

"Sexual coercion is when a person uses tricks, or some kind of verbal or emotional pressure in order to have sexual contact."

> *Examples:*
> - *Wearing someone down by repeatedly asking for sex or acting unhappy when they said no[1]*
> - *Reacting negatively (e.g., with sadness, anger or resentment) if the other person says no or doesn't immediately agree to a sexual act[3]*
> - *Threatening to end a relationship if the other person won't do a sexual act[1]*



**Sexual Harassment:**

"Sexual advances, requests for sexual favors, or other verbal or physical sexual conduct that is unwanted."[2]



**Sexual Exploitation:**

"Sexual exploitation means taking advantage of the sexuality and/or attractiveness of a person to make a personal gain or profit (e.g., sex trafficking)."[4]



**Stalking:**

"Stalking can also be a form a sexual violence when there is a sexual component to the stalking behaviors."

> *Definition: A course of conduct directed at a specific person that involves repeated visual or physical proximity, nonconsensual communication, or verbal, written, or implied threats, or a combination thereof, that would cause a reasonable person fear.[5]*



**Rape/Attempted Rape:**

"Any unwanted vaginal, oral, or anal penetration, whether it is completed or attempted."[1]

Understanding Sexual Violence | 5

UBER_JCCP_MDL_000253576

**SLIDE 4: PREVALENCE**

In America, a woman is raped every 2 minutes.

*[Let attendees read this silently]*

**"Does this surprise you?"**

*[Brief pause for responses]*

**"Unfortunately, sexual violence occurs frequently in our society."**[6]

Understanding Sexual Violence | 6

**SLIDE 5: PREVALENCE**



**1 in 5 women have experienced rape or attempted rape in their lifetime[1]**



**1 in 2 women have experienced other forms of sexual violence[1]**

*Other forms of sexual violence include sexual coercion, sexual harassment, and unwanted sexual contact.*



**1 in 71 men have experienced rape[1]**
"This is likely an underestimate."
"In our culture, there is the myth that men can't be raped, or we have the expectation that men be tough and strong. So, men are less likely to report rape than women."



**1 in 5 men have experienced other forms of sexual violence[1]**

*Other forms of sexual violence include being made to penetrate someone, sexual coercion or harassment, and unwanted sexual contact.*

Understanding Sexual Violence | 7

**SLIDE 6: PREVALENCE**



**One-in-two transgender people have experienced sexual violence[7]**

CONFIDENTIAL

P-01256.00009

UBER_JCCP_MDL_000253579

**SLIDE 7: PREVALENCE**



**People with disabilities experience sexual assault 3 times more than people without disabilities**[8]



"As we can see, this is a population at particular risk for sexual violence."

---

*Additional information:* People with disabilities are most often abused by a caretaker or guardian. These perpetrators have significant access to their victims and usually have a position of power/authority over them. A disability may make someone more vulnerable to victimization, such as an intellectual or developmental disability. Depending on the disability, a victim may have greater difficulty reporting or may be unable to report without assistance.

---



**ADDITIONAL PREVALENCE (Optional)**

> ### *PREVALENCE RATES IN THE LGB COMMUNITY*
>
> *1 in 8 lesbian women have experienced rape or attempted rape in their lifetime*[9]
>
> *1 in 2 bisexual women have experienced rape or attempted rape in their lifetime*[9]
>
> *4 in 10 gay men have experienced sexual violence in their lifetime*[9]
>
> *1 in 2 bisexual men have experienced sexual violence in their lifetime*[9]

Understanding Sexual Violence | 9

CONFIDENTIAL

UBER_JCCP_MDL_000253580

**SLIDE 8: SCOPE**



**Sexual violence can affect anyone no matter their age, race, gender, socioeconomic status, sexual orientation, profession, or religion…**



"There is no one 'type' of sexual assault victim."

CONFIDENTIAL

UBER_JCCP_MDL_000253581

**SLIDE 9: PERPETRATORS**



Who are the perpetrators? 98% of perpetrators are male[1]



"Although female sex offenders certainly exist, research has demonstrated that the vast majority of sexual offenders are men."

Understanding Sexual Violence | 11

CONFIDENTIAL

P-01256.00012

UBER_JCCP_MDL_000253582

# REFERENCES

[1] Black, M.C., Basile, K.C., Breiding, M.J., Smith, S.G., Walters, M.L., Merrick, M.T., Chen, J., & Stevens, M.R. (2011). *The National Intimate Partner and Sexual Violence Survey (NISVS): 2010 summary report*. Atlanta, GA: National Center for Injury Prevention and Control, Centers for Disease Control and Prevention.

[2] U.S. Equal Employment Opportunity Commission. *Facts on sexual harassment*. Retrieved from https://www.eeoc.gov/eeoc/publications/fs-sex.cfm>.

[3] Love Is Respect. (No date) "*What is sexual violence?*" Retrieved from http://www.loveisrespect.org/content/what-sexual-coercion/

[4] U.S Legal Definitions. (No date).*Sexual exploitation law and legal definitions*. Retrieved from http://definitions.uslegal.com/s/sexual-exploitation/

[5] Tjaden, P. & Thoennes, N. (1998). *Stalking in America: Findings from the National Violence Against Women Survey*. Washington, DC: U.S. Department of Justice, National Institute of Justice, NCJ 169592.U.S.

[6] Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, *National Crime Victimization Survey, 2010-2014* (2015).

[7] Stotzer, R. L. (2009). Violence against transgender people: A review of United States data. *Aggression and Violent Behavior, 14*(3), 170-179.

[8] Harrell, E. (2012). *Crime against persons with disabilities, 2009-2011 – Statistical tables*. Bureau of Justice Statistics, U.S. Department of Justice

[9] Walters, M. L., Chen, J., & Breiding, M. J. (2013). *The National Intimate Partner and Sexual Violence Survey (NISVS): 2010 findings on victimization by sexual orientation*. Atlanta, GA: National Center for Injury Prevention and Control, Centers for Disease Control and Prevention, 648(73), 6.

CONFIDENTIAL

UBER_JCCP_MDL_000253583

P-01256.00013

# Unit 2: DYNAMICS OF SEXUAL ASSAULT
**Slides 10-12**

---

**Purpose:** The purpose of this unit is to increase understanding about the dynamics of sexual assault and the motivations of perpetrators.
**Length: 3 minutes**

SLIDE 11: SEXUAL ASSAULT DYNAMICS



**Sexual violence is about power and control**
> "Sexual violence is not about sexual attraction and gratification. It is an act of power, control, and violence. Sex is used as a weapon to overpower and control another person."

**Most people are raped by people they know**
> "Although stranger rapes do occur, the majority of sexual assaults are committed by an acquaintance or intimate partner. Three-out-of-four sexual assaults are committed by someone who is known to the victim."[1]

**70% of rapes are planned**
> "Rape is not an act of uncontrollable passion—it is an act of violence. Research shows the majority of sexual assaults are actually planned."[2]

CONFIDENTIAL

UBER_JCCP_MDL_000253584

**SLIDE 12: SEXUAL ASSAULT DYNAMICS**



**Most victims are targeted**[3]

"Perpetrators look for victims who are:

- easily accessible (e.g., in close proximity, isolated)
- vulnerable (e.g., intoxicated, alone)
- lacking credibility (most factors that make someone vulnerable also make them appear less credible)

In short, perpetrators look for people who are easily accessible and who are unlikely to be believed if they were to report."

### REFERENCES

[1] Black, M.C., Basile, K.C., Breiding, M.J., Smith, S.G., Walters, M.L., Merrick, M.T., Chen, J., & Stevens, M.R. (2011). *The National Intimate Partner and Sexual Violence Survey (NISVS): 2010 summary report.* Atlanta, GA: National Center for Injury Prevention and Control, Centers for Disease Control and Prevention.

[2] Amir, M. (1971). *Patterns in forcible rape.* Chicago, IL: University of Chicago Press.

[3] Powers, P. (2011). *Overcoming the consent and "big lie" defenses: Using DNA in non-stranger sexual assault cases.* Retrieved from http://victimsofcrime.org/docs/DNA%20Trainings/Patti_Powers_NSSA_8%20(3)%20white.pdf?sfvrsn=0

Understanding Sexual Violence | 14

UBER_JCCP_MDL_000253585

# Unit 3: EFFECTS OF VICTIMIZATION
## Slides 13-15

**Purpose:** The purpose of this unit is to understand the neurobiology of trauma and traumatic responses among sexual assault survivors.
**Length: 5 minutes**

SLIDE 14: EFFECTS OF VICTIMIZATION



**Everyone responds to trauma differently.**[1]



"It is important to understand that everyone responds to trauma differently. There is no 'right' or 'normal' response.
Some people may cry…some people may be calm…some people may be confused.
This is because trauma causes neurobiological changes in the body."

CONFIDENTIAL

P-01256.00016

UBER_JCCP_MDL_000253586

**SLIDE 15: NEUROBIOLOGY OF TRAUMA**



| DO NOT READ: |
|---|
| Neurobiological changes can lead to flat affect, "strange" emotions, or emotional swings (anger) |

**BEGIN HERE**

"When a person experiences trauma, such as sexual assault, neurobiological changes occur in the brain that affect the way a person behaves and expresses emotions."



"This is an uncontrollable reaction that will vary from person to person."



"These changes in the brain may cause the survivor to have no outwardly emotional expressions to the trauma (i.e., flat affect, such as being monotone or stoic)."



"On the other hand, the release of certain stress hormones can cause the survivor to exhibit what some might consider 'strange' emotions (e.g., giggling or making light of the situation)."[1]



"This does not mean that the survivor is lying or is not affected by the assault—it is a simply a neurobiological response to trauma."

Understanding Sexual Violence | 16

**DO NOT READ:**
**Memory is often impaired by trauma**

**BEGIN HERE:**
"Additionally, after a traumatic event memory is often impaired."[1]



"The survivor might have trouble remembering details about the assault.
They may not remember what happened before or after the incident, or they may have trouble remembering the event in a sequential order.
This phenomenon has often lead to people thinking sexual assault survivors are lying about the assault."



"So, if you are speaking with a survivor and they seem confused or are having trouble remembering what happened, it does not mean they are lying—it is a natural response to trauma."

**DO NOT READ:**
**Tonic immobility (freezing) during a sexual assault is an autonomic response (uncontrollable)**

**BEGIN HERE**
"Lastly, it is common for victims of sexual assault to 'freeze' and become immobile during the assault. This also is an uncontrollable response to trauma."[1]



"Most of us have heard about 'fight' or 'flight,' but most people don't know that freezing is a common survival response.
Survivors often do not know this, and so they blame themselves for not fighting back."



"Remember, freezing is an adaptive response to trauma, and the only person responsible for the assault is the perpetrator."

**REFERENCES**

[1] Campbell, R. (2012). *The neurobiology of sexual assault*. Retrieved from http://nij.gov/multimedia/presenter/presenter-campbell/pages/presenter-campbell-transcript.aspx

CONFIDENTIAL

UBER_JCCP_MDL_000253588

# Unit 4: RAPE MYTHS AND VICTIM BLAMING
## Slides 16-25

**Purpose:** This purpose of this unit is to identify common rape myths and victim blaming statements in order to recognize and combat biases against sexual assault survivors.
**Length: 6 minutes**

### SLIDE 16: RAPE MYTHS



**Rape myths are culturally-supported, inaccurate beliefs that condone the use of sexual violence**



"These myths are harmful because they lead people to blame victims for sexual assault, and excuse the behavior of perpetrators."



"We are going to address some of the most common myths."

CONFIDENTIAL

UBER_JCCP_MDL_000253589

**SLIDE 17: RAPE MYTHS**



**MYTH:**

**Rape is simply a miscommunication between the assailant and victim.**

**TRUTH:**
"This is rarely the case.
Remember, rape is about power and control, where sex is used as a weapon against another person.
Research has shown that perpetrators of rape often recognized that their victim did not want to have sex, but forced sex upon them anyway."[1]

CONFIDENTIAL

P-01256.00020

UBER_JCCP_MDL_000253590

**SLIDE 18: RAPE MYTHS**



**MYTH:**

Sexual assault is a one-time-only crime. Offenders only do it once.

**TRUTH:**

Most rapists have been found to be repeat offenders, with an average of six assaults.[2]

> *Additional information:* This statistic comes from a study with a sample of male college students. Participants were given the opportunity to confidentially self-report sexual perpetration.

Understanding Sexual Violence | 20

UBER_JCCP_MDL_000253591

P-01256.00021

**SLIDE 19: RAPE MYTHS**



**MYTH:**

People lie about getting raped, usually to get out of trouble for "bad" behavior, like affairs.

**TRUTH:**

"Research has shown that only 2-to-10% of sexual assault cases are false, which is the same rate as other crimes."[3]

CONFIDENTIAL

P-01256.00022

UBER_JCCP_MDL_000253592

**SLIDE 20: RAPE MYTHS**



**MYTH:**
Victims provoke sexual assaults when they dress provocatively or act in a "promiscuous" manner.

**TRUTH:**
The only person at fault for a sexual assault is the perpetrator.



"The victim is never responsible for the assault. It does not matter how someone dresses or acts—everyone deserves to be safe."

Understanding Sexual Violence | 22

CONFIDENTIAL

UBER_JCCP_MDL_000253593

**SLIDE 21: RAPE MYTHS**



**MYTH:**

**People who do not fight back have not really been raped.**

**TRUTH:**

**There are many reasons someone may not fight back. In many cases, fighting back against rapists would mean death for victims.**



"Survivors of sexual assault have reported that they feared for their life during the assault, even if the perpetrator did not have a weapon like a gun or knife.
Additionally, as previously discussed, it is common for victims to 'freeze' during the assault, which makes fighting back or fleeing impossible."[4]

CONFIDENTIAL

P-01256.00024

UBER_JCCP_MDL_000253594

**SLIDE 22: VICTIM BLAMING**



**"Victim blaming is when people place responsibility on the victim for the crime or wrongdoing committed against them."**



"Survivors of sexual assault are often blamed for their victimization by family, friends, sexual assault responders, and society."



"As a result, survivors often experience self-blame following an assault."

*Examples:*





"Victim blaming can hinder the healing process and prevent people from seeking help or reporting the assault."[5]

"It is critical that we recognize and interrupt victim blaming attitudes within ourselves and among our peers."

Understanding Sexual Violence | 24

CONFIDENTIAL

UBER_JCCP_MDL_000253595

**SLIDE 23: VICTIM BLAMING**



---

<u>*Directions*</u>*: The victim blaming statements can be presented in one of three ways:*
*(1) Invite participants to take turns reading the statements aloud*
*(2) The facilitator can read them aloud*
*(3) The participants can read them to themselves*

---

**"I'd like you to take a minute and try and put yourself in the shoes of someone who has just experienced sexual assault.**
**Now, imagine hearing these things when you tell someone about it."**

---

**<u>Victim Blaming Statements</u>**
"You shouldn't have been out that late."
"Why did you let him into the house?"
"You shouldn't have been drinking so much."
"That's what happens when you sit in the front seat."
"If you were really raped, you would remember it."
"Man up. Just get over it."
"Why didn't you fight? I would never let someone do that to me."
"Whatever dude, you liked it."
"That's why you shouldn't dress like a slut."

---

**"How would that make you feel?"**

*[SHORT PAUSE]*

**"These responses silence victims and discourage them from future disclosures whether it is to family, police, or service providers."**

Understanding Sexual Violence | 25

CONFIDENTIAL

UBER_JCCP_MDL_000253596

**SLIDE 24: VICTIM BLAMING**



**"We also frequently see victim blaming in the media."**



*READ EXAMPLES:*

> "Marlborough School: Sex Abuse Victim At Fault For Staying Silent.
> The L.A. all-girls private school says it isn't liable for a former student's sexual abuse by a teacher because the victim was 'negligent and careless.'"
>
> "Ex-University President Says Women Should Drink Less To Prevent Sex Assault."
>
> "So you got drunk at a party and two people take advantage of you, that's not rape you're just a loose drunk slut."

> *STUBENVILLE CASE:*[6]
> - *High school girl, who was incapacitated by alcohol, was raped by two male peers in Steubenville, West Virginia*
> - *The perpetrators and their friends took videos and pictures and posted them on social media*
> - *Countless victim blaming statements were made through social media*
> - *The perpetrators were convicted in juvenile court for rape*



**"When we are surrounded by this in the media, how likely is it that a survivor of sexual assault is going to feel comfortable coming forward?"**

Understanding Sexual Violence | 26

**SLIDE 25: VICTIM BLAMING**



"There are many negative consequences of victim blaming."



"Victim blaming can cause psychological harm to survivors."
"Survivors who receive a negative response upon disclosure have more severe psychological symptoms, including PTSD, depression, and anxiety."[7]



"When we blame victims, we justify the perpetrator's behavior and fail to hold them accountable."[7]

> *When we say 'that person was acting like a drunk slut,' we give the perpetrator their excuse. They are going say, 'Well they were acting like a drunk slut.'*



"When victims do not feel safe to disclose, and we blame victims instead of perpetrators, our communities are less safe."[7]



"This ultimately results in more sexual violence."

Understanding Sexual Violence | 27

# REFERENCES

[1] Salter, A. C. (2004). *Predators: Pedophiles, rapists, and other sex offenders: Who they are, how they operate, and how we can protect ourselves and our children*. Basic Books.

[2] Lisak, D., & Miller, P. M. (2002). Repeat rape and multiple offending among undetected rapists. *Violence and Victims, 17(1)*, 73-84.

[3] Lisak, D., Gardinier, L., Nicksa, S. C., & Cote, A. M. (2010). False allegations of sexual assault: An analysis of ten years of reported cases. *Violence Against Women, 16*(12), 1318-1334.

[4] Campbell, R. (2012) *The neurobiology of sexual assault*. Retrieved from http://nij.gov/multimedia/presenter/presenter-campbell/pages/presenter-campbell-transcript.aspx

[5] Ahrens, C. E. (2006). Being silenced: The impact of negative social reactions on the disclosure of rape. *American Journal of Community Psychology, 38(3-4),* 31-34.

[6] Oppel, R. (2013, March 17). *Ohio teenagers guilty in rape that social media brought to light*. *The New York Times.* Retrieved from http://www.nytimes.com/2013/03/18/us/teenagers-found-guilty-in-rape-in-steubenville-ohio.html?_r=0

[7] Relyea, M., & Ullman, S.E. (2015). Unsupported or turned against: Understanding how two types of negative social reactions to sexual assault relate to post-assault outcomes. *Psychology of Women Quarterly, 39*, 37-52.

CONFIDENTIAL

P-01256.00029

UBER_JCCP_MDL_000253599

# Unit 5: SEXUAL ASSAULT REPORTING
## Slides 26-28

**Purpose:** The purpose of this unit is to examine common barriers to reporting sexual assault to law enforcement.
**Length: 5 minutes**

SLIDE 27: UNDERREPORTING



**Sexual assault is the most underreported crime to police. 70% of sexual assaults are not reported.[1]**



"There are a number of reasons why this is the case…"

CONFIDENTIAL

P-01256.00030

UBER_JCCP_MDL_000253600

**SLIDE 28: BARRIERS TO REPORTING**



**"Survivors may not want to report to police because…"**



**[Want to forget the experience[2]]**
"They may want to forget the experience. This may be the worst experience of someone's life.
It's understandable they may want to try and forget it ever happened.
Making a report to police usually means a long process toward achieving justice."



**[Fear of not being believed[2]]**
"They may worry they won't be believed…"



**[Fear of being blamed[2]]**
"…or they fear they'll be blamed
(e.g., because they were drinking…or flirting…or out late)."



**[Fear of retaliation[2]]**
"Survivors often worry about retaliation from the perpetrator or the perpetrator's friends and
family. It is not uncommon that retaliation occurs."



Understanding Sexual Violence | 30

UBER_JCCP_MDL_000253601

**[Guilt about filing charges against acquaintance/intimate partner[2]]**
"Remember, most rapes are committed by someone known to the victim.
So, they may feel guilty about filing charges against their friend or an intimate partner."



**[Disbelief in a successful prosecution[2]]**
"Survivors may not believe a successful prosecution is likely.
In fact, most cases of sexual assault do <u>not</u> end in a successful prosecution.
This may lead survivors to feel like it is pointless to report and go through the challenging criminal justice process."



**[Bad past experience with police[2]]**
"The survivor may not have had good experiences with police in the past, or may not trust the police for a variety of reasons."



**CONCLUSION:**
"These are just a few reasons why someone might be uncomfortable reporting to anyone, but especially to law enforcement.
So if someone is not ready to report to the police, that's okay.
It's their decision to make, and because we don't know their situation, it is not our responsibility to encourage them one way or the other."

**REFERENCES**

[1] Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, *National Crime Victimization Survey, 2010-2014* (2015); ii. Federal Bureau of Investigation, *National Incident-Based Reporting System, 2012-2014* (2015); iii. Federal Bureau of Investigation, *National Incident-Based Reporting System, 2012-2014* (2015); iv. Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, *Felony Defendants in Large Urban Counties, 2009* (2013).
[2] Sable, M. R., Danis, F., Mauzy, D. L., & Gallagher, S. K. (2006). Barriers to reporting sexual assault for women and men: Perspectives of college students. *Journal of American College Health, 55(3)*, 157-162.

CONFIDENTIAL
P-01256.00032
UBER_JCCP_MDL_000253602

# Unit 6: RESPONDING APPROPRIATELY TO SURVIVORS
**Slides 29-37**

**Purpose:** The purpose of this unit is to provide participants with best practices on appropriately responding to survivors of sexual assault.
**Length: 10 minutes**

**SLIDE 29**



---

**INTRODUCTION:**
"The first response is critical to the survivor's wellbeing.
It can make the difference as to whether to seek additional help or report to the police.
It takes considerable courage for someone to disclose.
Think about all the barriers we have discussed, and everything a survivor has had to overcome to be talking to you.
They are deserving of your respect. "

CONFIDENTIAL

UBER_JCCP_MDL_000253603

**SLIDE 30: RESPONDING TO SURVIVORS**



**Be prepared for any type of emotional reaction**
"Remember, everyone reacts to trauma differently.
The survivor could be crying, they may be calm, they may be angry and yelling at you.
Their emotions may fluctuate throughout the call."



**Your emotions can guide the survivor's emotions**
"If you are expressing sadness, anger, or fear, you can trigger or enhance those feelings for the survivor. If you remain calm, it can have a calming effect on the caller."



**Breathe and stay calm**
"So, it is critical that you breathe and stay calm, but don't be cold or unapproachable."

CONFIDENTIAL

P-01256.00034

UBER_JCCP_MDL_000253604

**SLIDE 31: RESPONDING TO SURVIVORS**



**Engage in active listening and listen with empathy**

"Active listening over the phone can be difficult. It is important to let the survivor know they have your full attention. This can be achieved through periodically affirming their statements."

*Examples:*
'Mmhmm'    'Okay'    'I understand'



**Be patient**

"Be patient with survivors. They may cry, yell, or even curse at you.
These are reactions to trauma and should not be taken personally."

"They may also have difficulty remembering details, or say things that do not make sense, or have difficulty expressing themselves and explaining the situation to you."

"Just be patient and reassure them you are listening without judgment."



**Spend more time listening than speaking**



Understanding Sexual Violence | 34

**Be careful not to interrupt survivors' sentences**
"This can feel insensitive and as though you are not taking the report seriously.
Wait until there is a pause, or find an appropriate time to interject with questions or
information that will guide the conversation to its conclusion."



**Do not become a counselor/advocate**
"Remember, you are not a trained counselor or advocate.
Trying to take on that role could be harmful to survivors.
Your responsibility is to respond to the caller with compassion and respect, and within the
limits of your job duties."

CONFIDENTIAL

UBER_JCCP_MDL_000253606

P-01256.00036

**SLIDE 32: RESPONDING TO SURVIVORS**



**Low and even**
"Speak in a low and even tone.
Be conscious of the volume of your voice—especially avoid speaking loudly, because that can
be triggering for survivors.
Try not to speak too slow or too fast."



**Calm**
"Maintain a calm tone and demeanor throughout the call, regardless of the caller's response."



**Serious/concerned**
"It is important that your tone conveys that you are taking the report seriously.
You don't want to sound too cheerful or friendly, because that is incongruous to the survivor's
experience.
The caller should feel that you are concerned about their report and will handle it
appropriately and professionally."



**Compassionate**
"Finally, always speak with kindness and compassion."

Understanding Sexual Violence | 36

**SLIDE 33: RESPONDING TO SURVIVORS**



**Be thoughtful about your responses**
"As we begin to discuss responses, it is critical that you always think before you speak.
Avoid overly reactive or emotional responses (e.g., 'Oh my God!' or gasping).
Think about what you are going to say and the impact it may have on the caller."



**Respond in a nonjudgmental manner**
"The most important thing you can do is respond in a nonjudgmental manner. The caller should feel believed and not blamed. This means…"



**Avoid "why" questions**



"These questions sound very blaming and challenging, and it isn't information you need to know.
Which brings us to the point…"



**Do not ask unnecessary details**
"You are not the police or a healthcare provider.
It is not your job to investigate what happened or assess the caller's health.
Get only the minimum of information you need to know to respond within the parameters of your job."



Understanding Sexual Violence | 37

CONFIDENTIAL

UBER_JCCP_MDL_000253608

**Do not question the validity of the survivor's experience**
"Avoid statements that may convey disbelief, such as…"

"That doesn't make sense."

"Remember, what survivors say may not make sense at first—that's a common response to trauma. If clarification is needed, a better response is:"

"Could you please explain that again? I want to make sure I'm understanding correctly."

"You also want to avoid saying things like…"

"Really?"

"I can't believe they did that!"

"These are things we commonly say when we are talking with our friends, and it is something we do to encourage conversation."

"However, to someone who has experienced trauma, this may come across as though you aren't believing them."

Understanding Sexual Violence | 38

CONFIDENTIAL

UBER_JCCP_MDL_000253609

**SLIDE 34: RESPONDING TO SURVIVORS**



**"In order to reduce trauma, it is important that we validate the survivor's feelings."**



**"The phrases shown here are ones you can repeat throughout the call, as necessary."**

Understanding Sexual Violence | 39

**Do not minimize the assault**

"It is important not to minimize the assault."

*Examples:*



"Well, it sounds like it could have been a lot worse."

"Thank goodness that's all that happened."

"We can see how this may come across as insensitive to survivors and dismissive of the severity of their experience."



**Do not say "it will be okay"**

"You do not know if this is true, and it can come across as minimizing or patronizing."



**Do not make excuses for the perpetrator**

*Example:*



"It sounds like there might have been a misunderstanding."

"There is no excuse for sexually assaulting someone."

CONFIDENTIAL

P-01256.00041

UBER_JCCP_MDL_000253611

**SLIDE 35: RESPONDING TO SURVIVORS**



**"It is important to let survivors make their own decisions."**
"Sexual assault is about taking power and control away from someone, and it can be revictimizing if a responder doesn't give the survivor the freedom to express their needs and make their own choices.
So ask them what they would like to do, and respect the answer.
It doesn't matter what you think they should do.
Be honest about what you can and cannot do for them."



**Avoid 'should' statements**

*Example:*



"You should report this to the police."

"That is their decision to make.
They have their own reasons for wanting to report or not."

CONFIDENTIAL

UBER_JCCP_MDL_000253612

**SLIDE 36: RESPONDING TO SURVIVORS**



| INTRODUCTION: |
| --- |
| "As we've discussed, it is common for survivors to engage in self-blame, and they may say things like: <br><br> 'I knew I shouldn't have worn this.' <br> 'This is all my fault—I shouldn't have been drinking so much.' <br><br> It is critical to survivors' wellbeing that we do not validate self-blaming statements." |



**Keep responsibility with the perpetrator**

"You can respond to self-blaming statements by saying things like…"

| | | |
| --- | --- | --- |
| "It doesn't matter what you were wearing…" <br><br> "It doesn't matter that you were drinking…" <br><br> "It's not your fault…" | → | "…no one has the right to do that to you." <br><br> "…they should not have done that to you." <br><br> "…the only person at fault is the person who did that to you." |

CONFIDENTIAL

P-01256.00043

UBER_JCCP_MDL_000253613

**SLIDE 37: RESPONDING TO SURVIVORS**



**[Reassurance]**
"Let the caller know you will handle their report appropriately."


**[Referral]**
"Refer the caller to the National Sexual Assault Hotline, where they can speak to someone about their options for reporting and services."

CONFIDENTIAL

P-01256.00044

UBER_JCCP_MDL_000253614

**Tasha Menaker, Ph.D.**
*Director of Sexual Violence Response Initiatives*
Arizona Coalition to End Sexual and
Domestic Violence
602-279-2900 x 426 |tasha@acesdv.org

**Lindsay Ashworth**
*Sexual Assault Response Coordinator*
Arizona Coalition to End Sexual and
Domestic Violence
602-279-2900 x 429 | lindsay@acesdv.org



**www.acesdv.org**

CONFIDENTIAL

P-01256.00045

UBER_JCCP_MDL_000253615