# UBER-MDL3084-DFS00003684

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Attachment Names** | [Unnamed Image] | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00003684 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00003684 | SEMANTIC |
| **File Size** | 477715 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn - req 9_1.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00003684 | SEMANTIC |
| **ILS Document Date** | 05/17/2024 | SEMANTIC |
| **ILS Prod Date** | 5/29/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol018 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/17/2024 | DOC_TYPE_ALIAS |
| **Production Volume** | Vol018; | SEMANTIC |
| **Redacted** | No | SEMANTIC |

Trial Exhibit No. **P-01296**

P-01296.00001



CONFIDENTIAL

P-01296.00002

UBER-MDL3084-DFS00003684