## UBER_JCCP_MDL_002655853

## Metadata

| | | |
|---|---|---|
| #Author | christian.gutierrez@uber.com | SEMANTIC |
| #Date Modified | 10/24/2024 | SEMANTIC |
| #DateCreated | 07/29/2024 | SEMANTIC |
| #Title | [Source of Truth] Safety Planning 2025 | SEMANTIC |
| All Custodians | Uber Technologies, Inc.; | SEMANTIC |
| All Paths | Uber Technologies, Inc.: \EDISCO-26133_S02\EDISCO-26133_S02_2.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_002655853 | SEMANTIC |
| Collaborators | neil.mcgonigle@uber.com; chris.lee@uber.com; beatrix@uber.com; mrocca@uber.com; camilla@uber.com; shyrose.razwani@uber.com; bartia@uber.com; dweber@uber.com; swathi.bhat@uber.com; joseph.tawney@uber.com; leor@uber.com; amyzim@uber.com; joe.navin@uber.com; nilles@uber.com; ricardo.gouvea@uber.com; elogerquist@uber.com; philip.peker@uber.com; mark.nguyen@uber.com; bajaj@uber.com; karodia@uber.com; dustin.wang@uber.com; sean.mcintyre@uber.com; alirorab@uber.com; wnunes@uber.com; phildeconing@uber.com; volumen@uber.com; kazumori.haruna@uber.com; haewon.seok@uber.com; dsomerville@uber.com; alex.madsen@uber.com; he.yuan.tan@uber.com; zach.fournier@uber.com; adruy@uber.com; jlacinak@uber.com; celeste.lazzerini@uber.com; rodrigo.kleinert@uber.com; meredith.moore@uber.com; catherine.carpenter@uber.com; gaston@uber.com; vdamelio@uber.com; terri@uber.com; rafael.rubia@uber.com; zina@uber.com; agustin.aguerre@uber.com; alfonsocg@uber.com; leilani@uber.com; ksengupta@uber.com; frida.rojas@uber.com; rob.lam@uber.com; yanjing.zhang@uber.com; apokorny@uber.com; aasim@uber.com; amara.el-haj@uber.com; esteban@uber.com; gilberto.martins@uber.com; diana.escoffery@uber.com; bruno.grimaldi@uber.com; jennylou@uber.com; ollyg@uber.com; johnny.he@uber.com; felix.hamann@uber.com; daniel.copeland@uber.com; gbrown@uber.com; alexruiz@uber.com; shaunat@uber.com; childresss@uber.com; kira.self@uber.com; francisco.gabitan@uber.com; sarah.steimle@uber.com; kaiser@uber.com; midra@uber.com; gfarrell@uber.com; veronica.wright@uber.com; anapa@lapt@uber.com; orin.hanrahan@uber.com; savoldi@uber.com; livia@uber.com; egerrior@uber.com; ashley.cabrera@uber.com; jodie@uber.com; mia.chen@uber.com; constanza.flores@uber.com; eboman@uber.com; jasdeep.brar@uber.com; awylie@uber.com; rodrigo.brito@uber.com; cgibbons@uber.com; ananyal@uber.com; sdarmofalski@uber.com; ppiperkov@uber.com; sharon.wong@uber.com; rfoxworthy@uber.com; mbaker@uber.com; lizzie.ross@uber.com; agiannetos@uber.com; lricci@uber.com; espie.estrada@uber.com; handley@uber.com; mayank.rajput@uber.com; mabdelkarim@uber.com; lcarvalhaes@uber.com; julia.wunsch@uber.com; arihant@uber.com; ldarrington@uber.com; smacdonald@uber.com; natalia.galvez@uber.com; felipe.daguzan@uber.com; dshane@uber.com; tamsyn@uber.com; williamsr@uber.com; taniag@uber.com; bugeya@uber.com; bick@uber.com; jsevart@uber.com; mike.akamine@uber.com; jennifera@uber.com; mariana.esteves@uber.com; ghoshben@uber.com; martin.pereira@uber.com; mmorris@uber.com; pnuh-all-staff@uber.com; kmcdonald-all-staff@uber.com; kaiser-all-staff@uber.com; safety-team@uber.com; sunny.wong-all-staff@uber.com; tw-mp-dops-group@uber.com; safetylt-group@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 07/29/2024 11:00 pm | SEMANTIC |
| Date Modified | 10/24/2024 10:42 pm | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_002655853 | SEMANTIC |
| File Path | \EDISCO-26133_S02\EDISCO-26133_S02_2.zip | SEMANTIC |
| File Size | 17569324 | SEMANTIC |
| Filename | -Source of Truth- Safety Planning 2025_1y1JG0lAlVVWENEx51XBqBDeJGoXUIcKCjVgMNAnjPSGY.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_002655853 | SEMANTIC |
| ILS Document Date | 10/24/2024 | SEMANTIC |
| ILS Prod Date | 02/03/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL078 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_002659386; UBER_JCCP_MDL_003024737; UBER_JCCP_MDL_003024801; UBER_JCCP_MDL_003024808; UBER_JCCP_MDL_003072456; UBER_JCCP_MDL_003186213; UBER_JCCP_MDL_003189146; UBER_JCCP_MDL_003200161; | SEMANTIC |

**Trial Exhibit No.**

**P-01316_slip**

| | UBER_JCCP_MDL_003209122; UBER_JCCP_MDL_003209135; UBER_JCCP_MDL_003323516; UBER_JCCP_MDL_003324833; UBER_JCCP_MDL_003324995; UBER_JCCP_MDL_003509770; UBER_JCCP_MDL_003527154; UBER_JCCP_MDL_003527372; UBER_JCCP_MDL_003585310; UBER_JCCP_MDL_003585314; UBER_JCCP_MDL_003585316; UBER_JCCP_MDL_003585317; UBER_JCCP_MDL_003585321; UBER_JCCP_MDL_003585323; UBER_JCCP_MDL_003599770; UBER_JCCP_MDL_003599776; UBER_JCCP_MDL_003641423 | |
|---|---|---|
| **Other Custodians** | Uber Technologies, Inc.; | SEMANTIC |
| **Primary Date** | 07/29/2024 11:00 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL078; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 10/24/2024 10:42 pm | SEMANTIC |
| **SourceHash** | 5005e64b427c8642622073341ccb25b2 | SEMANTIC |

P-01316.00002

P-01316_slip.00002

# Document Produced in Native

CONFIDENTIAL



# Safety Planning 2025

Oct, 2024

Questions?

@ksengupta
@christian.gutierrez
@diana.escoffery
@adruy

**Confidential - Do not share**

Uber


Trial Exhibit No.
**P-01316**



PROBLEM STATEMENT

How do we ensure our annual plans are **insight driven**, **cross functionally aligned** & **relevant to business needs**, while the process to get there is **seamless**, **efficient**, & **repeatable**?

Uber

P-01316.00002

## 2025 Planning | Iterations based on your feedback!

| What is the same. | What is refining. |
|---|---|

**What is the same.**

➜ **How we Plan - Sequencing and Deliverables:**
  - ◆ Strategic Primer
  - ◆ Program Plan
  - ◆ Global Scorecard  & Targets
  - ◆ Shared OKRs
  - ◆ Global Roadmap Tool

➜ **R&R of Central and Regions in planning**

➜ **Insight driven** objectives and targets

➜ **Early alignment** before starting any work
  *(On approach, timeline, and cross-functional R&Rs)*

➜ **Embed business priorities** into '25 planning sessions
  *(Focusing on key growth priorities and safety opportunities)*

➜ **Emphasize continuity vs change in problems / largest bets from '24 to '25**

**What is refining.**

➜ **Insights -** Ranked by priority with higher bar to elevate known deep analysis / open issues

➜ **Deepening OKR Culture -** Also ranked by priority with additional training + tighter guidelines

➜ **Scorecard KPI selection -** Index more on risk signal measurement

➜ **Business Aligned Timelines**

## Output Simplified for "Planning Playbook"



**Strategic Insights**
Define our biggest challenges - Derived from BUSINESS planning and regional / global priorities

**Strategic Primer**
Defines our Safety, team-wide strategy/ priorities based on biz insights + macro trends

**Program Insights**
Define our approach and priorities - by program derived from EXISTING collateral

**Program Strategy 2-pgs**
'24 OKRs as a Xfunctional Program with Central led OKR, KPI, and Scorecard selection.

**Regional Plans ***
Derived from Regional business plans and aligned with Central Program plans - These are team specific commitments to include challenges & opt ins/outs

**Accountability & Tracking**
Program Reviews, Scorecard, Roadmap & Quarterly OKR discussions.

# 2025 Safety Planning Timeline



|  | August | September | October | November | December |

**Planning Prep & Alignment**
**Strategic Primer** — 1 2 3 4 5
**Program Insights** — 1 2
**Program & Regional Plans** — 1 2 3 4 5 6
**Safety Scorecard & Targets** — 1 2 3 4
**Leadership Reviews** — 1 2 3 4 5 6

**We are here**



| Strategic Primer | Program Insights | Program & Team Plans | Scorecard & Targets | Leadership Reviews |
|---|---|---|---|---|
| 1 | Strategic Primer Insights 8/15 -> 8/29 | 1 | Insight Gathering 9/10 -> 9/30 | 1 | OKR Training Sessions 9/25 -> 10/1 | 1 | Scorecard Alignment Starts  9/10 | 1 | Tech Review CP1    10/7 |
| 2 | Safety Primer Workshop 1 on 8/29 | 2 | Tech Insights Due  9/30 | 2 | Program Strategy Sessions 10/1 -> 10/14 | 2 | Program Success Metrics V1   10/14 ** | 2 | Tech Review CP2    10/28 |
| 3 | Safety Primer Workshop 2 on 9/16 |  |  | 3 | Program Strategy  2-pgrs V1   10/15-16 | 3 | Program Success Metrics Final 11/30 | 3 | **'25 Program & Regional Review (Roger) 11/ 11->14** |
| 4 | Safety Primer Socialized 9/23 -> 9/30 |  |  | 4 | Regional Strategy Sessions 10/14 -> 10/21 | 4 | Targets & Roadmap Finalized  12/15 | 4 | Present '25 Plan (Dry Run) 11/18 → 11/22 |
| 5 | Primer Shared w/ Business   11/8 |  |  | 5 | OKR Review & Dedupe 11/4 |  |  | 5 | Present '25 Plan  <> Gus 12/04 -> 12/6 |
|  |  |  |  | 6 | '25 Program & Regional  Review  11/11->14 |  |  | 6 | Present '25 Plan <> Dara & ELT 12/9 -> 12/15 |

☆ Planning Kick-Off    9/9
$ External Spend Due <> Gus 10/4
Recommended Business Check-In

**Uber |**

5

**Slide 5**

1        Expanded timeline based on regional / central request as Leadership Review (3) might be pushed back.

@ksengupta@uber.com  do we have confirmation on moving to the 18th?

@diana.escoffery@uber.com vis
_Assigned to ksengupta@uber.com_
Christian Gutierrez, 10/23/2024

| Planning Phase | Dates | What is this? | Who does it? | Links |
|---|---|---|---|---|
| Strategic Primer | Aug 15 -> Nov 8 | Summary of 2025 strategy, priorities & bets (XFN, Safety, Tech, etc) | Safety LT + S&P | **[Link TBD]** |
| Insights | Sep 10 -> Sep 30 | Summary of insights on safety, business, risks, controls, and regulatory & policy matters | Central & Regional Teams | **Here** |
| Program Strategy 2 Pagers | Oct 1 -> Nov 12 | Program-wide strategic goals, OKRs & metrics reflecting global and regional priorities. | Central + Regional + XFN Teams | **Here** |
| Regional Plans | Oct 1 -> Nov 13 | Region & star market specific strategy and plans. | Central & Regional Teams (Individually) | **Here** |
| Safety Scorecard & Targets | Sep 16 -> Dec 15 | Globally aligned 2025 Safety Scorecard and Targets | Scorecard - S&P Cadences - S&P | **Here** |
| Roadmap | Dec 01 → Dec 15 | Globally shared 2025 Safety Roadmap | Roadmap - All Teams | **[Link TBD]** |
| Leadership Reviews | Nov 04 -> Dec 15 | Share high-level 2025 Safety plan to leadership (Gus) for input & sign-off | Safety LT + S&P + LT+1 | **[Link TBD]** |



Primer Insights | Strategic Primer | Program Insights | Program Plan | OKR + Scorecard | Roadmap

# Strategic Primer

# 2025 - 4 Priorities

Building on last year, our focus will be on the following 4 key priorities which continue the work started in 2024. Below is the list of 2025 priorities and their respective leads.

| Priority | Ops Lead |
|---|---|
| **Earner and Consumer Identity** | Jenny Luu |
| **Road Safety**<br>2w and 4w | Olly Gill, Greg Brown |
| **Seed the Future**<br>*Mobility Growth Bets and G&R* | Mobility - Dan Copeland<br>Delivery (G&R focus) - Joe Navin |
| **Foundations** | Assurance / RM - Dan Copeland, Greg Brown<br>Fairness - Shauna |

**Why does this matter?**

- Ops leads will develop robust strategies for each priority, providing critical input for the Strategic Primer.
- These top-down priorities, along with their respective strategies, should help guide efforts and be integrated into program and regional plans, with corresponding OKRs linked to each priority.
- Topline OKRs for each priority will also play a key role in shaping our 2025 scorecard.



| Primer Insights | Strategic Primer | Program Insights | Program Plan | OKR + Scorecard | Roadmap |

# Program Strategy 2-Pagers

# Program Plan Checklist:

Mark each of the milestones below as **Complete**, *In Progress*, or **Delayed** for their respective programs / phase.

| Program | Program Lead | Reviewed Template + Guidance? | Kicked Off with all POCs? | Program Strategy 2-pager Drafted? | Roger Reviewed? | Program Strategy 2-pager finalized? |
|---|---|---|---|---|---|---|
| **Personal Safety** | Alex Madsen | Yes | Yes | Yes | Yes, reviewed w/Xfunctional team 10/15 | |
| **Road Safety** | Olly Gill | | | | | |
| **Catalog Safety** | Joe Navin | | | | | |
| **Spender Identity** | Leilani Silva | Yes | Yes | Yes | Yes 10/16 + Safety LT | |
| **Earner Identity** | Jenny Luu Aditya Trivedi | Yes | Yes | Yes | Yes 10/16 + Safety LT | |
| **SMS Assurance** | Joseph Tawney | Yes | Yes | Yes | Yes | |
| **Education and Awareness** | Meredith Moore | Yes | Yes | Yes | Yes | |
| **Deactivations** | Shauna Theel | | | | | |
| **Growth Bets** | Daniel Copeland | | | Yes | Yes | |

| Complete | In Progress | Delayed |
|---|---|---|

**Slide 10**

| | |
|---|---|
| **1** | @christian.gutierrez@uber.com / @diana.escoffery@uber.com - can we review and update for next set of milestones coming up? |
| | Can we additional link out each of the program SoRs here? |
| | _Reassigned to christian.gutierrez@uber.com_ |
| | Karina Sengupta, 10/23/2024 |
| **1** | linked the ones that have been ported over |
| | Diana Escoffery, 10/23/2024 |

# Personal Safety

2025 Program Strategy 2-Pagers

# Personal Safety | Strategy

**V2 WIP**
New/revised text in green

Planning Lead: Alex Madsen

**Why?** Our products inherently bring people closer, be it in a car or having someone open their home's door to a stranger. Interpersonal violence is a serious, real threat in these situations, and addressing it is essential to ensuring the well-being of all users. By proactively preventing and effectively responding to incidents, Uber can safeguard its users, build trust, and ultimately retain a loyal customer base. The Personal Safety program supports our broader mission of making transportation more accessible and convenient, but crucially, it ensures that this convenience doesn't come at the cost of interpersonal safety.  We aim to tackle two interconnect problems:

- **The prevalence of interpersonal violence in shared spaces** *(incident reduction):* Interpersonal violence is a risk when strangers interact in shared spaces. This program mitigates that risk through the **development and monitoring of proactive policies, products and  tools** such as real-time monitoring, recording, rider/driver verification, and education.
- **Lack of trust and transparency** *(safety sentiment):* To build trust and transparency, especially for vulnerable users, we seek to ensure Uber offers **real-time safety features**  like emergency buttons and live trip sharing, along with **clear, accessible, transparent processes for reporting and responding to incidents**. This empowers users to feel safer and more in control when using our services or dealing with and incident.

**What needs to be true?** In order for the Personal Safety Program to be successful we need to agree on the following assumptions:

- We know that **recording tools**, such as dashcams and audio recordings, **act as significant deterrents** to misconduct and unsafe behavior. Further, they improve accountability & provide crucial evidence in post-incident investigations, making them highly effective in conflict resolution.
- In **anonymous environments**, individuals may **act more aggressively or unethically** because the perceived risk of consequences is lower. Knowing who are users are deters bad behavior and helps us hold people accountable.
- Users need to **trust that safety is a foundational value** of the platform and that both proactive and reactive safety measures are designed for their protection (safety sentiment). After an incident occurs, users need to feel confident that Uber will respond quickly and with empathy.
- The likelihood of a **conflict will increase** with processes, products or goods that require **additional interaction between users** or multiple users. Processes with high interaction (ID verification, PIN, xShare, XL) may need additional tailored safety & eligibility controls.
- Creating a more **gender-balanced marketplace** will both increase women users on the platform, and decrease interpersonal violence incidents.

**What are we (not) willing to trade off?**

- **User Accountability for Privacy Perception**: We are willing to trade off some perception of privacy if it means increasing accountability through user verification and recording features.
- **Breadth of Safety Initiatives vs. Depth of Critical Features**: We are willing to reduce the number of exploratory or broad personal safety safety initiatives (ex. sleepy rider button) in favor of focusing on core features like recording, verification, and post-incident response.
- **Sexual Assault Principles vs. Regulatory Pressure on Deactivations:** We undersand that sexual assault is different from other forms of interpesonal conflict. We will not compromise on believing and supporting survivors by perpetuating myths about false reporting or placing the burden of proof on them, which can re-traumatize and discourage reporting. Our approach must remain survivor and trauma-informed.
- **Safety Process vs Customer Friction**. While safety is a top priority, introducing overly complicated processes could cause frustration and lead to lower platform usage.
- **Transparency  vs. Discrimination**. We are not willing to trade off fairness or inclusivity by implementing safety features that could lead to discriminatory practices or the stigmatization of specific communities.

**North Star:**
**#1 Reduce SIPC by 10% across all LOB**

**#2 Increase safety sentiment by X%**

**Baseline**
Exit '24                    TBD

**Interim**
Exit '25                    TBD

**Goal**
Exit '27                    TBD

**Guardrail Metrics**

TBD (see next slide)

TBD (see next slide)

TBD (see next slide)

# 2 Personal Safety | Program Themes

**V2 WIP**
New/revised text in green

Planning Lead: Alex Madsen

**2025 Themes:** **What might success look like in 2025?** / *How might we measure success?* / 🌶 take

### Reduce Interpersonal Conflict Across Core LOBs
- *[IPC Prevention]:* Prevent incidents by increasing gender parity & equipping users with the skills and knowledge needed to prevent and navigate personal safety conflicts
  - Increase Percentage of Users Completing Personal Safety Education (IPC Modules & De-Escalation) -> % users who have completed edu in last 6 months
  - Increase Gender Parity Across Earners (WRP/WDP) -> % increase of women earners / SIPC rate on WRP/WDP / SIPC involving women earners
- *[Emergency Tooling]:* Prioritize comprehensive on-trip safety for users
  - Increase Expansion of Live Agent -> % of trips with live agent available/ % of trip with emergency tools live
- *[Response]:* Ensure high quality reporter and reported-against experiences
  - Improve Resolution w/Media Involved -> % decrease in time to review media / % of incidents with media submitted
  - Improve CSAT on SIPC/IPC ->% increase in CSAT scores for SIPC incidents
  - Improve transparency in comms for for SIPC/IPC (when able) -> % of SIPC SRs audited / % of SIPC SR updated
- *[Policies & Standards]* Close gaps on key global personal safety policies & standards
  - Identify & close IPC policy gaps -> % of gaps closed

### 1 2 Enable Safe Growth
- *[Segmentation]:* Expand knowledge of user segments to address specific safety needs (ex. teens, family, moto, ELC) & improve incident prediction
  - Ensure Risky Product Segments, Interactions & User Cohorts Have Tailored Controls -> % of risky trips w/eligibility criteria live / % of MAD v. LAD / % of alcohol delivery trips
  - Ensure All Risky Trips have either SRAD or SDM Live -> % of risky trip coverage / % of all trips coverage
  - Improve SRAD & SDM Precision & Recall. -> % of prevented incidents / model recall
- *[Change Management]:* Ensure change readiness across new user cohorts, products & LOBs
  - Ensure critical controls for cash trips -> % of cash markets with critical controls live
  - Expand proactive flagging & response to inappropriate content -> Precision & recall of SCF for intercom

### 1 Protect Earners by Enhancing Rider Identity & Accountability
- *[User Verification]:* Ensure all spenders are verified
  - Increase User Verification to Reduce Anonymity and Enhance Accountability -> % of trips with verified riders
  - Strengthen rider actioning policies -> % of rider actioning policies live / % prevented incidents based on rider actioning policies
- *[Recording]:* Enable trip recording for every ride
  - Increase the Use of In-App Recording Features to Deter Bad Behavior and Enhance Safety -> % of trips recorded / % of trips with recording available
- *[Guest Rides Formal Flow]:* Elevate guest rides to first-class safety standards by bringing rider experience to parity with non-guest rides trips
  - Ensure Guest Riders Go Through a Formal Verification Flow -> % of guest riders who go through formal flow / % of informal guest rides with safety tools available

### Strengthen Foundations
- *[Risk Management]* Ensure relevance, clarity & proper documentation of all personal safety policies, standards, risk assessments & risk repositories
- *[Minimum Controls]* Finalize and implement Personal Safety Minimum Control Standards
- *[Safety Promotion]* Develop, formalize & socialize personal safety promotion materials

### Out of Scope for 2025

🌶 **Rider intoxication** - Unlike features that the company can directly manage, intoxication happens outside of the platform's environment, making it difficult to monitor or regulate.

### Guardrail Metrics
- ***Customer Friction:*** Monitor the time it takes to complete the verification process, ensuring that we don't create unnecessary friction that discourages users from completing it. Monitor drop-off rates in the guest rider onboarding process & rider verification process -> Drop off rate in guest rider onboarding
- ***Privacy Complaints:*** Ensure that privacy complaints do not increase by more than X% as a result of introducing recording & verification tools. -> % increase in privacy complaints
- ***False Positive Reports:*** Monitor the rate of false positive reports to ensure that efforts to reduce incidents don't lead to an increase in unfounded accusations or misuse of safety tools. -> % of false positive IPC reports
- ***Discrimination Reports:*** Monitor reports of discrimination that are raised as a result of introducing more identity and verification controls.. -> % increase in discrimination complaints

**POCs**

| | |
|---|---|
| Ops<br>Alex Madsen | Product<br>Mariana Esteves |
| Eng<br>TBD (multiple) | DA/DS<br>Arda Zuber |
| Legal<br>Michele Morris | Policy<br>Liz Dank | CommOps<br>Kira Self |

**Slide 13**

| | |
|---|---|
| 1 | I really like this new framework of objectives! Will take a deep dive to see if I have any specific callouts.<br><br>Thank you for the quick updates and remediation here. WINNING OKRs<br>1 total reaction<br>Alex Madsen reacted with ♥  at 2024-10-23 08:25 AM<br><span style="color:gray">Catherine Gibbons, 10/23/2024</span> |
| 1 | @egerrior@uber.com / @kira.self@uber.com for viz too<br><span style="color:gray">Ali Rorabaugh, 10/23/2024</span> |
| 1 | love it! i imagine we will need to wait until the tech reviews to finalize these but the broad direction makes sense!<br>1 total reaction<br>Alex Madsen reacted with ♥  at 2024-10-24 09:59 AM<br><span style="color:gray">Natalia Galvez, 10/23/2024</span> |
| 1 | Do we need a specific KR on moto?<br><span style="color:gray">Alex Madsen, 10/24/2024</span> |
| 2 | @nat@uber.com @celeste.lazzerini@uber.com @mariana.esteves@uber.com @cgibbons@uber.com @kmcdonald@uber.com @gbrown@uber.com<br><br>Thanks so much for meeting with me this week & for the additional feedback. I have re-worked this slide post convos and attempted to thread the needle between all our xfunctional teams. Keen for additional feedback/comments as we continue to iterate.<br><span style="color:gray">Alex Madsen, 10/24/2024</span> |
| 1 | Beyond informal GR, I suggest we look at GR without an Uber account<br><br>@mariana.esteves@uber.com I believe we're thinking about this for 2025? Please correct me if I'm wrong<br>_Assigned to mariana.esteves@uber.com_<br><span style="color:gray">Ana Lorena Vigil, 10/24/2024</span> |
| 2 | Maybe add surfaces here for SCF expansion<br><br>"...across different surfaces, new user cohorts, products & LOBs"<br><span style="color:gray">Ana Lorena Vigil, 10/24/2024</span> |



# Road Safety

# Road Safety    Mission: Uber earners are known as the most conscientious drivers on the road

V2

**Why?** Road crashes are a major cause of preventable deaths globally and drive up insurance costs, Uber's largest and fastest-growing expense. Incident rates (IR) are higher among younger, less experienced drivers, and older vehicles. The riskiest verticals are Xshare, due to app distractions, and Moto, due to its inherent vulnerability and rider inexperience. Pedestrian claims and delivery, once lower risk, now also contribute significantly to insurance costs.

## What needs to be true?

**1. Safe Driving is Key to Earnings Opportunities -** We need to transparently share rider <u>feedback</u> and dangerous driving signals (from telematics) with earners, helping them adjust their driving through <u>education</u> and stricter compliance enforcement (policies).

**2. Crash Risk in Growth Decisions -** We incorporate crash risk into growth strategies, shaping demand, supply utilization, and matching optimizations to ensure safety remains a priority.

**3. Uber Provides the Safest On-Road Experience -** Optimizing routing and navigation and ensuring riders understand what's expected of them.

**4. Maintain Leadership in Safety Perception -** Dangerous driving is a top reason <u>riders</u> feel unsafe. Competitors, especially in the 2-wheeler space, are promoting their safety efforts, risking our lead in safety perception.

**5. Address Moto Safety Concerns -** Moto earners face risks from inexperienced or intoxicated <u>riders</u>, third-party drivers not noticing them, and difficult or poorly planned routes. These need targeted solutions to reduce incident rates.

**6. Avoid Adding Risks -** We must ensure that Uber's operations don't introduce unnecessary risks, such as <u>distractions</u>, <u>undue pressure</u> or <u>phone interaction</u>.

**7. Road Safety Risk Factors -** We need to fully understand the road safety risk factors and continuously assess how well our controls are mitigating them. We need to map key controls - or gaps - to these risk factors and prioritise them. We need to make this information highly visible internally to enable appropriate decision making as well as external communication.

## What are we (not) willing to trade off?

- **Willing to Prioritize Speed Over Detailed Analysis:** In the short term, we are willing to trade detailed analysis of Moto incident rate reductions for faster launches of externally communicable safety features. These features will improve Moto safety sentiment and demonstrate our commitment to road safety, encouraging drivers to take it seriously too.
- **Not Willing to Focus Resources on One Area:** We are not willing to allocate all our resources to one line of business (LoB) or solely focus on reducing US 4-wheeler crash rates.
- **Balance Between Incident Reduction and Communication:** We must focus not only on reducing incident rates but also on effectively communicating our road safety approach to users. This empowers them to embrace a safety culture rather than resist it. For example, explaining telematics usage helps drivers see that we are supporting their safety.

**North Star:**

**Serious Auto Crash Rate**

| | |
|---|---|
| **Baseline** Exit '24 | X |
| **Interim** Exit '25 | X |
| **Goal** Exit '27 | X |

**Guardrail Metrics**

User safety sentiment / CP (safety)

Key policies and standards in place and reviewed within last 2 years

# Road Safety | Themes

*Metrics still in review (to end Oct)*

2025 Themes: **What might success look like in 2025? /** *How might we measure success? /* 🌶️ *take*

**Ways of working in 2025**

---

**US crash reduction and crash experience improvement** *Modeled insurance savings*
- Drivers are better informed and motivated to drive safely. *Improved DI score in US*
- Shift supply away from high risk and towards low risk drivers. *Average DRP score in US*
- Post-crash experience streamlined for drivers. *% of US crashes with external legal help*

---

**We advise on app interaction design to minimise visual, manual & cognitive distractions** *App taps @ speed* 🌶️ *take*
- Reduce complexity of managing Xshare minion trips. *Xshare tap at speed reduction* 🌶️ *take*
- Navigation routing catering to 2w-specific needs *ATA / ETA difference*
- Interaction number metric available to non-safety teams. *# of non-safety product XPs using interaction metric*

---

**We pass on accurate information to users on dangerous driving, and enable them to improve behaviors** *Speed alerts per trip* 🌶️ *take*
- 2w telematics signal feasibility pilot completed. *2w telematics report completed*
- Moto DD feedback tags provide effective channel for users to submit concerns. *Number of road safety feedback tags compared to road safety tickets*
- Fatigue risk controlled across daily and consecutive days. *% trips by drivers after 10 hours online; % trips by drivers with 7+ consecutive days on the platform.*
- Delivery dangerous driving standard *% GBs covered by live Delivery DD standard*
- Improve visibility of safety controls' performance and configuration, including views on 2w and 4w *% key controls with tracking in place*

---

**2W couriers are set up for success, with delivery opportunities that are appropriate for their modality** *VFB Ratio*
- Reduce the number of bicycle couriers delivering in cars or motorbikes. *>X% of 2W trips are completed in the correct modality*
- 2w couriers are dispatched reasonable load weight and volume, particularly on G&R. *90% of our most popular G/R SKUs have reliable weight data*
- Safe G/R Dispatch policies in place for Eats Star Markets. *% GBs covered by live Safe Dispatch policies*

---

**Visible safety launches for 2w mobility:** in order to move safety sentiment for 2w mobility:
- Include external communicability when prioritising projects
- Establish compelling external road safety narratives, backed by features and data proof points

**Out of Scope for 2025**

**2w telematics:** we will focus on proving accuracy of IMU-based signals, not implementing them into Earner facing features. We will however, invest in GPS-based dangerous driving detection.

POCs

| Ops Olly Gill | Product Nadia Moosvi |
| Eng Gaurav Nanda | DA/DS Patrick Muh: |
| Legal Daniel Kolta: | Policy / Marketing Kristin Smith: | CommOps Elizabeth Gerrior: |

# Mobility Growth Bets

Strategy of Record

# Mobility Growth Bets

**V2 WIP**
New/revised text in green

**Strategy Deck Link**

Dan Copeland
Christina Lee

**North Star:**
**% of prioritized bets with safety graduation readiness\***

| Baseline Exit '24 | No assessment conducted |
|---|---|
| Goal Exit '27 | 90% of prioritized bets |

'Safety graduation readiness' is defined as:
1. The bet has a global safety standard that has been signed off by the business
2. The bet has a minimum of 80% compliance with the standard
3. Safety data minimum requirements met
4. CommOps safety maturity
5. The bet has safety data in business fora

## Why?

Uber is proud to be an industry leader in safety. While our early focus was on scaling our core product offerings, we have since expanded into diverse product lines. The Growth Bets Safety program is essential to Uber's success as we explore new ways to move. If we are to maintain our vision of each product being the safest in its category, we must proactively address safety risks by leveraging proven controls and innovating new solutions for unique products. Our users deserve security and peace of mind on every trip - whether they're using UberX or exploring something new.

## What needs to be true?

- We need to build strong relationships with business partners to drive awareness of safety risks, align on safety standards, and ensure they see investing in safety as essential for sustainable growth. **# of prioritized bets with global safety standard (signed off by business); % compliance with global bets safety standards; % of prioritized bets with safety data in business fora**
- CommOps works towards maturity of reporting processes and SOPs so that we are accurately ingesting and actioning on safety incidents. **% CommOps foundational safety requirements**
- We must have full visibility into incident rates and correctly categorized incident reports for every prioritized growth bet - as well as business leadership visibility into our key KPIs metrics - so that we can monitor and mitigate risks. **% of prioritized bets on KPI dashboard; % of prioritized bets with safety data in business fora**

## What are we (not) willing to trade off?

- We **_are not_** willing to go past H1 2025 without aligned safety standards for all of our key mobility growth bets: U4B, Shared Rides, 1P and 3P Taxi, HCV, Courier (Connect), and Families.
- We **_are_** willing to trade comprehensive risk management across every bet for targeted, high-impact safety mitigations in key bets. We will not focus on Reserve, 3P MiMo, Rent, Trains, Auto and Transit.
- We **_are not_** willing to skip on potentially impactful safety mitigations without robust trade-off discussions with business leadership. In the same way, we **_are_** willing to de-prioritize low-impact safety mitigations to prioritize business growth *(eg. introduction of spender ID controls to HCV)*
- We **_are not_** willing to de-prioritize focus on U4B, Shared Rides, Taxi, Families, HCV, and Courier (Connect). (Other safety teams focus on AV, Moto, Direct, & Intercity)

**Guardrail Metrics**

L6M for all serious incidents is above 1.2x baseline
*Baseline is determined only if bet has sufficient incident data volume*

*Not a break-glass, but to be monitored*

**2025 Priority Plan**

# Mobility Growth Bets


**V2 WIP**
New/revised text in green

[KR TBD] = KR is TBD based on discussion

Dan Copeland

### 2025 Key Results: What does success look like in 2025? 🌶️ *take*

**Develop & Expand Best in Class Incident prevention (Personal Safety objective)**
- **[KR1] [U4B/Health]** Improve access to safety features for users who do not or cannot use the app **% of safety features available to non-app users**
- **[KR2] [xShare]** Launch and monitor performance of a rider-rider risk dispatch tool **Yes / No, ↓Serious IPC IR** 🌶️ *take*
- **[KR3] [Connect]** 100% SDM coverage of Connect trips, where SDM is allowed **% Connect trips with SDM**
- **[KR4] [xShare]** Launch safety media nudges **Yes / No, ↓Serious IPC IR**

**Enhance Rider Identity & Accountability (Personal Safety objective)**
- **[KR1] [xShare]** Launch tool for verified riders to be matched with other verified riders **Yes / No, % verified riders on trips with other verified riders** 🌶️ *take*
- **[KR2] [HCV]** Reduce anonymity on the platform by adapting formal guest safety tools for HCV **Yes / No** [KR TBD]

**We advise on app interaction design to minimise visual, manual & cognitive distractions (Road Safety objective)**
- **[KR1] [xShare]** Optimize driver screen taps & cancellation experience **↓driver screen taps; ↓ Claims Rate; ↓Serious Crash IR**
- **[KR2] [xShare]** Improve the driver signup experience **↓ xShare Claims Rate; ↓Serious Crash IR**

**Improve the Effectiveness of ID Verification Controls (Spender ID objective)**
- **[KR1] [Connect]** Reduce anonymity on the platform by closing the name mismatch gap **% increase in coverage of name mismatch rules globally** 🌶️ *take*
- **[KR2] [Connect]** Close gap that allows users triggered for DocScan to take trips without uploading ID **% completed trips after DocScan trigger before ID upload** 🌶️ *take*

**Enable Prioritized Bets to Graduate**
1. **[KR1] [U4B/Health]** Align on xShare, HCV and U4B global safety standards **# of prioritized bets with global safety standard** *(All except U4B in progress)*
2. **[KR2] [xShare; Connect; 1P Hailables; 3P Hailables; HCV, Intercity]** Assess compliance with global safety standard **% compliance with global safety standard**
3. **[KR3] [All]** Achieve 100% CommOps foundational safety requirements, assess compliance with requirements **% CommOps foundational safety requirements**
4. **[KR4] [All]** Incorporate IR data into business reporting **% prioritized bets with safety data in business fora**
5. **[KR5] [U4B, Families]** Integrate U4B and Families into the KPI Mobility Dashboard **% prioritized bets on KPI Dashboard**
6. **[KR6] [xShare; HCV]** Define and align on trip measurement metric (rider vs. driver perspective) **Yes / No**
7. **[KR7] [xShare; HCV]** Adjust underlying incident data tables and integrate into dash **% prioritized bets on KPI Dashboard**
8. **[KR8] [U4B/Health]** Review and update existing safety policies so that they are fit for purpose for U4B **Yes / No**
9. **[KR9] [Families]** Develop and align on an Older Adults global safety standard **# of prioritized bets with approved safety standard** [KR TBD]
10. **[KR10] [Families]** *Develop a global safety standard for use of Uber for children 8-12 years old* **metrics TBD** 🌶️ *take* [KR TBD]

**Mitigate Principle Growth Bets Risks**
1. **[KR1] [U4B]** Customer Incident escalations for Central and Transit **Yes / No**
2. **[KR2] [U4B/Health]** Develop earner eligibility requirements for U4B ex US **Yes / No**
3. **[KR3] [U4B/Health]** *Placeholder - Derive insights from newly accessible safety data from DS and mitigate risks* **metrics TBD** [KR TBD]
4. **[KR4] [Taxi Hailables]** Ensure functional 3P communication channels and deactivation protocols **% of 3P Taxi serious safety incidents responded to within SLA, ↓ trips at risk**
5. **[KR5] [HCV]** Improve communication and escalation channels with Fleet Partners **% of HCV incidents responded to within SLA; ↓ trips at risk**
6. **[KR6] [Taxi Hailables]** Implement key 3P **P1 safety features**, including in-app audio recording and RideCheck **↑P1 3P safety feature coverage** [KR TBD]
7. **[KR7] [HCV]** Create feedback loop for Network team to reassess Pick up /Drop off locations following serious safety incidents **Yes / No** [KR TBD]
8. **[KR8] [Connect]** Align with XFN partners on theft or robbery mitigations for Connect and append to existing global safety standard **↓Theft or Robbery Incident Rate**
9. **[KR9] [Intercity]** Implement cash risk mitigations **↓ Serious Physical Assault IR**
10. **[KR10] [Intercity]** Optimize rider experience of toll & tax collection process **↓ Serious Physical Assault IR**
11. **[KR11] [Families]** Assess the risk of Older Adults on the Uber platform **Yes / No** [KR TBD]
12. **[KR12] [Families]** Assess the risk of children 8-12 years old on the Uber platform **Yes / No** [KR TBD]

| Safety Maturity | Baseline '24 exit | Target '25 exit | POCs |
|---|---|---|---|
| # Prioritized bets with approved safety standard | TBD (4-5) | 7 | |
| >80% Compliance with Global Safety Standards across prioritized bets | No assessment conducted | 60% | |
| Safety data minimum requirements met | TBD | TBD | |
| % CommOps foundational safety requirements | 86% | 90% | |
| % Prioritized bets with safety data embedded in business fora | TBD | 100% | |



**POCs**

U4B
Business Lead: Venkat Jonnala
U4B Product: Esteban Roberts, Maria Rocca
Ops: Terri Tan
Health: Leor Shtull-Leber

DA/DS
Renan Dias

xShare
Product: David Somerville
GI Counsel: Megan Kistle
Safety Ops: Dan Copeland, Cory Freivogel

CommOps
Vinay Karodia

Connect
Product: Dustin Wang
Global Investigations: Kate Birks / Matt VanWaesr
Policy: Ana Paula Penalva
Delivery Counsel: Amara El-Haj

Legal
Michele Morris

Hailables
Product: Aasim Jukaku
Safety Product: Dave Weber; Srishti Bajaj
Product Ops: Vidya Daryanani
3P Ops: Genevieve Farrell
1P Ops: Gilberto Martins

Policy
Emilie Boman

Families
Business Lead: TBD
Product Lead: TBD

HCV
CommOps: Orin Hanrahan
Ops: Felix Hamann
Product Ops: Nathan Saad

**Out of Scope**
- **Moto, Direct, & AV** will be resourced by Road Safety, Catalogue Safety, and US&C, respectively.
- **Reserve, 3P MiMo, Rent, and Trains** are not prioritized because they don't present significant safety risks that require intervention.
- **Auto and Transit** are not prioritized because other safety work on UberX/Moto will also be applied, where applicable, to Auto; and work on U4B/Health will apply, where applicable, to Transit.

# Safety Education

2025 Program Strategy 2-Pagers

| Planning Lead: Meredith Moore |
| --- |

# Safety Education | Strategy

### Why?

Education is <u>critical to our safety strategy</u>, not only does it help mitigate safety incidents, it:
- Ensures we can operate in key markets (23 markets have mandatory go-online education)
- Raises awareness of safety tools and policies
- Sets expectations and promotes safe behavior
- Boosts safety sentiment and trust
- Highlights our public commitments to safety
- Provides legal defensibility when things go wrong
- Sets us apart from competitors
- Is well-liked with high value, E.g <u>72% of Earners engage</u> with optional safety education, and riders <u>cite trained drivers</u> help them feel safer

### What needs to be true?

We need to ensure education is accessible, discoverable, measurable, engaging, relevant, easy, timely, and enjoyable to drive engagement and behavior change. We also need to <u>tailor educational content</u> to meet the unique needs of our users based on their geographies, tenure, risk signals, safety history, demographics and communication preferences while incentivizing engagement (for Earners).

### What are we (not) willing to trade off?

**Breadth for depth**. We **are willing** to trade off broad educational initiatives tackling new/emerging risk areas in favor of more targeted and tailored content to drive behavior change and demonstrate an impact on both safety and business metrics.

**Quality in favor of quantity.** The de-centralized model and shift to do-it-yourself tools to develop and launch educational content have <u>eroded quality</u>. We are **not willing to** trade off the hallmarks of best-in-class content (accessibility, discoverability, engagement, relevance, measurability) in favor of the path of least resistance.

**Balancing legal risk.** We **are willing** to potentially trade off employment legal risks in favor of requiring education where the business and safety are aligned.

---

**North Star:**
**1. Increase awareness among ELC earners by X%**
**2. Increase safety sentiment by X%**

| | | |
| --- | --- | --- |
| **Baseline** Exit '24 | | New |
| **Interim** Exit '25 | | X |
| **Goal** Exit '27 | | X |

**Guardrail Metrics**

Completion rate

Supply Hours

Ratings

# Safety Education and Awareness | Program Themes

Meredith Moore

2025 Themes: What might success look like in 2025?

**(Global) Make education discoverable and tailored to drive engagement and behavior change**

Earners aren't getting safety information in an upfront and accessible way and feel unprepared. There is <u>too much reliance on</u> messaging, earners <u>tune out</u>. <u>50% of new earners</u> feel unprepared for a trip, citing dealing with interpersonal interactions (45%) what how to handle an issue (43%) and general safety (38%) as top reasons. Education is broad (gen-pop) and doesn't target specific behaviors we know contribute to safety incidents.

- Optimize in-app surfaces for education →% of users who are aware of education, % of users who complete education
- Develop tailored learning journeys based on individual's safety history, lifecycle, risk signals, demographics, communication preferences →% of users who complete education, % increase in safety sentiment (confidence, preparedness) % of users who are aware of education
- <u>Incentivize</u> education completion via tangible or intangible rewards (badge) →% of users who complete education
- Create short behavior-specific content highlighting what behaviors were flagged, consequences, and models for acceptable behavior to send out following a safety report (earners and spenders). → Recidivism rates, % of users who complete education

**(Global) Prioritize peer-to-peer, social, and multimedia approaches to educate users**

We know Earners <u>prefer</u> to learn from one another, crave community, and seek information on social channels. <u>Earner research</u> tells us only 46% of new earners use Uber sources to find information and educate themselves during their onboarding experience.

- Develop multimedia content for social media channels→ #of content pieces launched, #CTO rates/views
- Engage social media influencers to support educational awareness campaigns→ #of content pieces launched, #CTO rates/views
- Create opportunities to engage with 3P experts and utilize peer led learning forums or networks via Uber specific channels for safety education →% of users who are aware of education, % of users who complete education

**Increase opportunities to educate spenders and lift rider safety sentiment**

(APAC, Latam) Riders are avoiding rideshare because they are concerned with driver behavior. <u>49% of riders avoid taking Uber because the driver makes them feel unsafe.</u> In <u>MX, BR, AR over 70% of riders</u> are concerned with drivers driving dangerously and about 60% of riders are concerned with sexual harassment, physical/verbal assault. Furthermore, <u>71% of Earners</u> experienced differing perceptions of safe behavior, equating 'safe' with 'legal' despite what riders report.

- Create educational opportunities for spenders focused on our collective contribution to a safety culture →% of users who are aware of education, % of users who complete education, % increase in safety sentiment
- Develop simulation based road safety education for 4-wheel drivers to develop better hazard awareness, & decision-making % of users who are aware of education, % of users who complete education
- Implement safety education badges to demonstrate driver professionalism to riders % increase in safety sentiment

**Guardrail Metrics**

- Marketplace metrics (supply hours, ratings, tips, blocking rate)

**Out of Scope for 2025**

Product marketing for safety features and tools. While education can help promote safety features, the primary goal of education should be to **develop or enhance a skill and foster behavior change.**

POCs



| Ops<br>Meredith Moore | Product<br>Rodrigo Kleinert |
| --- | --- |
| Eng<br>Lead: Dhaval Shah | DA/DS<br>Jianjin Wang |
| Legal<br>Daniel Klota | Policy / Marketing<br>Emile Boman &<br>Cande Cazes | CommOps<br>N/A |

# Restricted & Prohibited Items

2025 Program Strategy 2-Pagers

Joe Navin

# Restricted and Prohibited Items  | Strategy of Record

**Why -** We can secure the future of our restricted items business by adopting innovative solutions that enhance user safety and preserve our operational integrity.

- **Robust Item Classification** - Meticulous catalog classification ensures RIs / PIs are properly identified, helping to enable complaint handoffs
- **Bet on Spender ID** - Investing in reliable tools to verify alcohol spender ID will help prevent underage deliveries and enable category growth
  - Establishing Spender Identity will **help earners feel more secure** delivering restricted items
  - ID verification +Selfie at checkout will serve as our northstar IDV control to **deter minors from alcohol**
- **Safety Culture -** Safety and compliance outcomes ultimately hinge on human behavior, necessitating a cultural shift across the alcohol marketplace

## What needs to be true?

- To manage a **defensible auditing program**, we must align on R&R and invest in a cohesive tech strategy for detection tools across the entire catalog
- We must **clearly define PI/RI policies** for each market will help inform our effort to properly establish classification processes
- We must align xfn stakeholders to a **global standard of quality for auditing**, ensuring consistency
- XFN Leadership alignment on **compliance / business trade offs** will be critical our ability execute swiftly
- To ensure couriers prioritize alcohol compliance, we must consistently **emphasize its importance** to our operations
- We must continuously fund **Secret Shopper Programs** to ensure we are receiving signal on program performance

## What are we (not) willing to trade off?

- **Selective Risk Mgmt:** We are **not willing** to use tools known to be susceptible to fake IDs just because regulators in certain jurisdictions have not yet raised the issue.
- **Good Friction** - We **are willing** to trade off latency when deterring those unable to meet requirements
- **Bad Friction** - We are **not willing** to sacrifice handoff efficiency if tech false positives are found to be causing increased dropout rates.
- **Cost:** We are **not willing** to invest in system the pays a vendor for multiple verifications of the same ID
- **Privacy / Employment:** We **are willing** to re-evaluate how we balance alcohol compliance risk with privacy / employment risk
- **Innovation:** We **are willing** to invest in innovative solutions that will help address ID theft issues

**North Star:**
Secret Shopper Pass Rate

Baseline
Exit '24          TBD

Interim
Exit '25          TBD

Goal
Exit '27          TBD

**Guardrail Metrics**

RI Program Precision / Recall

IDV Precision / Recall

Checkout -> Dispatch conversion for ID at Checkout

2025 Program Strategy 2-Pagers

# Restricted and Prohibited Items | OKR Working Draft

2025 Key Results: What does success look like in 2025?

| | Baseline '24 exit | Target '25 exit |
|---|---|---|
| **[Objective 1] Increase confidence in Spender Identity for alcohol trips**<br><br>• [KR 1]: 50% of US alcohol spenders are actively verified<br>• [KR 2]: ID at Checkout launched in 5+ countries outside of US<br>• [KR 3]: Spender age data is used to reduce friction for customers posing little compliance risk<br><br>*Verified Alc Spenders* | 5% | 50% |
| **[Objective 2] Improve safety and compliance at handoff**<br><br>• [KR 1]: 90%+ of alcohol trips have auditable IDs passing fraud detection (doc scan markets)<br>• [KR 2]: % of trips with "irregular ID verification signals" < 2%<br>• [KR 3]: Completed XP using a" Uber ID" digital verification solution<br>• [KR 4]: Spender / Courier IPC on alcohol trips no more than 2x higher than OFD<br><br>*Alcohol IPC (relative)* | 4.5x | 2x |
| **[Objective 3] Ensure Restricted Items are properly classified**<br><br>• [KR 1]: 90% of the catalog operating in compliance with Safety's global standard<br>• [KR 2]: Unified tech tools are operationalized across MM and INCA<br>• [KR 3]: Program audit decision are all consolidated into one database<br><br>*Safety Standard coverage* | 60% | 90% |

Out of Scope for 2025 - WIP

• Merchant Onboarding
• Latam?
• ...

**Guardrail Metrics**
• ID Verification FP /FN rates
• C/R impact at checkout
• Incremental Latency at Handoff
• RI Audit FP/FN rates

POCs

| Ops<br>Yao Chen | Product<br>Sharon Wong |
|---|---|
| Eng<br>Venkatesh Iyer | DA/DS<br>Sunny Wong |

| Legal<br>Jen Handley | Policy /<br>Marketing<br>Julia Wunsch | CommOps<br>TBD |
|---|---|---|



# Food Safety

Strategy of Record

**1** # Food Safety

Planning Lead (1 person only)

---

### Why?

**Food cannot truly be considered food if it reaches the consumer with defects.** The food supply chain is highly regulated and merchants often need to meet strict private food safety standards to stay competitive. We close out the farm-to-fork supply chain when we deliver food but operate in regulatory ambiguity without industry-recognized benchmarks.  Building a best-in-class food safety program protects consumers from foodborne illness and food allergies, and fosters transparency and trust across our network of merchants, delivery partners and consumers. **A robust system is a competitive advantage, helps us shape the regulatory narrative, and can help us deliver safe, reliable, and seamless experiences that benefit all stakeholders.**

---

### What needs to be true (Guiding Principles)?

- We must have a **consistent approach** to validating the legitimacy of food safety incidents
- Each market must have a **science-based robust food safety management system** plan, with specific considerations for local requirements
- We must provide a **transparent experience** for consumers, merchants and couriers to interact on the platform, and set expectations around food allergies and dietary restrictions.
- If we know that customers are at risk from food sold on our platform, we must take **reasonable steps to protect them**
- We must develop product features that support **both UEO and POS merchants**, taking into account platform integration types. .
- We must **define and establish what best-in-class** looks like in the absence of a precedence in the marketplace, and continue to influence regulators about 3P delivery.
- We must **communicate food safety risks internally** so our employees understand our risk management practices.

---

### What are we (not) willing to trade off on?

- We are **not willing** to undue friction for merchants during their time on the platform.
- We are **willing** to proactively investigate risk signals and not look the other way
- We are **not willing** to make inferences about a merchant's capabilities or food handling practices without their input.
- We are **willing** to be conservative when identifying food safety incidents, and would rather have a false positive than miss a true safety incident

---

**North Star:
Food Safety
Defect GB**

**Baseline**
Exit '24     TBD

**Interim**
Exit '25     TBD

**Goal**
Exit '27     TBD

**Guardrail
Metrics**

Food Safety IR

Recall precision

Metric #3

**Slide 27**

1    @akhilav@uber.com - Porting over your slides to the main planning deck (per karina's guidance). By Nov 8th, finalize your SoR (2 slides) and draft next level of detail by Nov 8th. We will review live with Safety LT Nov 12-13th

cc @ksengupta@uber.com
Joe Navin, 10/23/2024

# Food Safety | OKR Working Draft

2025 Key Results: What does success look like in 2025?

| | Baseline '24 exit | Target '25 exit |
|---|---|---|
| **Reduce the number of credible allergy incidents on the platform** <br> • [KR1]: 100% allergy disclosures moved to high fidelity channels across Grocery and all OFD merchants <br> • [KR2]: 90% of credible incidents shared with merchants via feedback loop process. <br> • [KR3]: <1% of allergy feature use trips result in a defect <br><br> DRV IR | 1.98 | X |
| **Amplify recall information to customers in a timely manner** <br> • [KR1]: 100% Class I recalls investigated <br> • [KR2]: Impacted customers receive recall notice within 48 h <br> • [KR3] : <20% of recalls would need to be identified via a regulatory process. <br><br> TBD | X | X |

**Out of Scope for 2025**

• Other lower level food safety incidents
• Markets without regulatory recall APIs

### Guardrail Metrics
• <5% recall GB refunds hit out P/L
• R&A <20% due to changes in food safety data quality work streams
• Chargeback merchants for refunds from recalls

POCs



| | |
|---|---|
| Ops <br> Akhila Vasan | Product <br> Mariana Esteves |
| Eng <br> Lilian Glavao: | DA/DS <br> Sunny Wong |
| Legal <br> Jennifer Handley: | Policy / Marketing <br> Julia Wunsch | CommOps <br> Elizabeth Gerrior |

# Safety Access

1 2025 Program Strategy 2-Pagers

Shauna Theel

# Safety Access | Strategy

## Why?

Users consistently rank processes that restrict and remove access as the **most impactful safety features** on our platform. Yet these Safety Access processes require a heightened degree of defensibility given the decision to block access to the Uber platform is one of the **most serious decisions** we make as a company.

To defend access to flexible work as part of our IC+ framework, we must put earner fairness and the earner experience at the center of the Safety Access program, and access restrictions must stand up to scrutiny by regulators, labor advocacy groups, media, and internal stakeholders. All the while, access restrictions must continue to accomplish their main objective of reducing platform safety risk by assessing users holistically.

## What needs to be true?

- *Stand Up to Scrutiny:* We should **inspire trust** from regulators, media, and the business. Our standards and processes should be **audit-ready** for regulator, legal or media scrutiny, which includes clear governance of standards, regular reviews, and high accuracy for ALL access restrictions, including waitlists. With an increased focus on growth bets, reviews need to include consideration of appropriately targeting risks that are relevant for a given product.

- *Fairest Platform to Work:* We will listen to both sides of the story and incorporating relevant responses into our decisions through Meaningful Human Review. However, for the most serious incidents, denial alone will not lead to exclusion, and therefore we need to increase **safety media** adoption and strengthen **support abuse controls.** Individual and regional deviations to our policies should serve as a feedback loop to continuously improve policies.

- *Stand for Safety:* We must keep our customers safe with **high standards for access to our platform for ALL users and ALL Products**. This includes monitoring recidivism as a feedback loop for where we may need stricter policies or procedures.

## What are we (not) willing to trade off?

- We **are** willing to trade-off **significant investment in fairness initiatives for spenders** (e.g. Review Center for Spenders) until we have more robust Spender Identity controls and/or consumer protection regulation to justify the investment. At the same time, Spender accountability mechanisms should strive for high accuracy prior to actioning, and clear escalation pathways to mitigate the risk of this trade-off, as well as a process for earners impacted by account-level bans.

- **For sexual assault, we will not compromise** on believing and supporting survivors by perpetuating myths about false reporting or placing the burden of proof on them, which can re-traumatize and discourage reporting.

**P00 metrics**
**1.** % of Safety Deactos with Standards, Audits and Review w/in L12M
**2.** % Incidents with Relevant Media Submitted
**3.** % Safety Deactivations with a Support Abuse Signal
**4.** % Riskier Products with Stricter Eligibility

**Guardrail Metrics**

Recidivism of Reactivated Earners

Deacto Accuracy / Reactivation Rate

Escalations related to Safety Deactos

**Slide 30**

1        @ksengupta@uber.com I dropped the edited 2 pager here but lmk if there was somewhere else it was supposed to go.
         Shauna Theel, 10/23/2024

2025 Program Strategy 2-Pagers

# Safety Access | OKRs

P00

Shauna Theel

2025 Key Results: What does success look like in 2025?

**Become Audit-Ready for Regulator, Legal and Media Scrutiny**
- [KR 1]: All Safety Deactivations have Standards, Audits and Regular Reviews
- [KR 2]: Minimize Long Waitlists , Ensuring All Are Earner Resolvable And Are Closed For Deactivation/Appeal After 14D
- [KR 3]: All Access Restrictions Are Relevant For a Risk Present in the Product (Gig-Level Bans)

Long Waitlists Project Charter; Gig-Level Bans PRD

Success:
- [KR 1] % of Safety Deactos with Standards, Audits and Review w/in L12M ↑
- [KR 2] % Waitlists Longer Than 3 Days ↓
Monitoring: Deactivation Accuracy, Reactivation Rate (L28D + HTE)

**Maintain Fair Policies That Consider All Relevant Information**
- [KR 1]: Include Meaningful Human Review
- [KR 2]: Strengthen Support Abuse Controls
- [KR 3]: Create Feedback Loops to Continuously Improve Policies

Report Hub PRD

Success:
- [KR 1] % Incidents with Relevant Media Submitted ↑
- [KR 2.1] % Safety Deactivations with a Support Abuse Signal (re-baselined) ↓
- [KR 2.2] % Urgent Incidents found Invalid ↓
- [KR 3] # of Escalations Re: Safety Deactivations ↓
Monitoring: % Reactivations outside the RC, # Case-Level Deviations, # Regional Deviations

**Prevent Incidents by Removing Access for Risky Users on Relevant Products**
- [KR 1]: Increase spender accountability
- [KR 1]: Manage recidivism risk
- [KR 2]: Launch eligibility restrictions for riskier products

Spender Deactivations Gaps Assessment

Success:
- [KR 1] TBD - Spender IR Multiplier?
- [KR 2] % Re-incident after reactivation ↓
- [KR 3] % Riskier Products with Stricter Eligibility ↑
Monitoring: Deactivation Rate for Spenders and Earners

**Out of Scope for 2025**
- **Spender fairness**
- **Reporting Strategy** (potential for another team to own, but this team won't have bandwidth)
- **Holistic access restriction framework for street hail** - including overlap with Mobility Ops-led offline trips that are being classified as Safety
- **Holistic access restriction framework for discrimination** -- across destination discrimination, service denial, and discriminatory remarks
- **Celebrate/Reward HTEs with Safe Records**

POCs

| Ops | Product | Actioning | Eng | DA/DS | Legal | Policy / Marketing | CommOps |
|---|---|---|---|---|---|---|---|
| Shauna Theel | Mia Chen | Maisie Lam | Jacob Sevart | Julia Dixon / Todd Gaddis | Jen Handley | Renee Chou | Kira Self |



SMS

2025 Program Strategy 2-Pagers

# SMS | Priority

**Strategy Deck Link** (WIP)
*The '*Engendering a strong safety culture through SMS maturity*' section should be reviewed carefully.*

Planning Lead: Joseph Tawney

**Why?** A good risk manager knows that after an incident occurs, you do not look to the individual person, team, or program for answers, but to the entire system or organization within which the individual components exist. Individual components perform effectively and consistently when they exist in a system that is well-managed, goal-oriented, supportive, and informed by best practices. Uber's safety ecosystem mimics these relationships, with individual components executing against stated safety objectives and a system of principles and leaders providing governance and support.

Uber's interpretation of a strong safety system (and culture) takes the form of our Safety Management System (SMS). **Because we have lacked programmatic ownership of SMS,** we have not fully committed to the SMS across the organization, nor have we cascaded its requirements and expectations to the individual teams and programs. Fully implementing the SMS, and by extension creating a strong safety system and culture, should be one of our top priorities. Doing so will impact the performance of our safety programs.

## North Star:
**Optimized maturity with SMS requirements**

| | |
|---|---|
| **Baseline** Exit '24 | ~10% |
| **Interim** Exit '25 | 50% |
| **Goal** Exit '27 | 75% |

## What needs to be true?
- We must understand that our SMS is a means to an end. The 'end' objective is to build and promote a strong safety culture throughout the organization *(Improved scoring on the Hearts & Minds Safety Culture Ladder)*
- We must have confidence in our SMS and trust that its requirements and principles are necessary and sufficient to create a well-functioning safety system *(ELT sign-off on the SMS standard)*
- We must commit to maturing our SMS-related capabilities *(Improved scoring on Capability Maturity Model)*
- We must set aside a portion of central, regional and product roadmaps to invest in executing against our SMS *(LT alignment on resourcing)*

## Warning Metrics

< 50% SMS compliance in Q3

N/A

N/A

## What are we willing to trade off?

- We **_are_** willing to accept that new initiatives may progress at a slower pace than in the past in order to invest in strengthening our safety culture.
- We **_are not_** willing to go past 2026 without making considerable improvements to the maturity of the Risk Management and Documentation pillars.
- We **_are not_** willing to go past 2026 without having half of our entire library of policies and standards signed off by the business.

2025 Program Strategy 2-Pagers

# SMS | Themes

**Strategy Deck Link** (WIP)

*The '*Engendering a strong safety culture through SMS maturity*' section should be reviewed carefully.*

Planning Lead: Joseph Tawney

**2025 Themes: What might success look like in 2025? /** *How might we measure success?* / 🌶️ take

Track maturity and performance against our SMS requirements **% of SMS requirements we are compliant with**
- Review and update our SMS Standard *(Y/N Leadership approval of the SMS standard)*
- Align on a performance definition to measure maturity for each SMS requirement *(% of SMS requirements with a compliance definition)*
- Produce a monthly scorecard that tracks our operations against SMS performance definitions *(Y/N Monthly SMS scorecard produced)*

**2** Identify and remediate issues that impact our safety system **% of closed P0 issues**
- Onboard all Safety Ops POCs onto ServiceNow and train them to use ServiceNow for action management *(% of POCs onboarded)*
- Perform five audits involving our safety features and/or compliance against safety requirements *(% of planned audits completed)*
- Investigate safety incidents or safety feature failures *(% investigation leadership debriefs within two weeks of completion)*

Elevate the maintenance and governance of our safety documents **% of documents signed off by the business**
- Re-review and make relevant edits to a subset (to be agreed upon) of our library of safety policies and standards *(% of documents that have been updated by the document owner)*
- Determine our level of compliance with the critical requirements of the updated safety policies and standards *(% of self-assessment tests developed into a continuous monitoring plan)*
- Obtain safety leadership sign-off for the updated safety policies and standards *(% of documents signed off by the safety leadership)*
- 🌶️ Obtain business sign-off for the updated safety policies and standards *(% of documents signed off by the business)*
- Create and implement a document management standard *(Y/N Leadership approval of the Document Management Standard)*

Mature our risk management practices **% of documented risk and control objectives in SNOW**
- Create and implement a risk management standard *(Y/N Leadership approval of the Risk Management Standard)*
- Perform risk assessments ahead of operational changes and propose risk mitigation strategies *(% of proposed risk mitigation strategies that are approved)*
- Perform programmatic risk assessments per Risk Management Standard *(% of planned risk assessments completed)*
- Build and integrate Risk and Control registers into ServiceNow *(Y/N Registers integrated into SNOW)*
- 🌶️ Maintain a library of safety feature documentation (scope to be agreed upon between Ops and Product) that captures performance / implementation mechanisms, design criteria, and relevant metrics *(% of agreed upon features with proper documentation)*
- 🌶️ Build and maintain a mechanism to identify real-time safety feature coverage (scope to be agreed upon between Ops and Product) *(% of agreed upon features with real-time coverage mechanism)*
- 🌶️ Build and maintain a mechanism to monitor safety feature performance against predefined performance and reliability metrics (scope to be agreed upon between Ops and Product) *(% of agreed upon features with mechanism to monitor metrics)*

**1** Warning Metrics
- < 50% SMS compliance in Q3

## Out of Scope for 2025
- Cataloging safety documents that sit outside of Safety Ops ownership (e.g. CommOps KBs, SOPs, etc).

## POCs

| | |
|---|---|
| Ops<br>Lead: Joseph Tawney | |
| Legal<br>Lead: Michele Morris | Product<br>Lead: Mike Akamine |
| Eng<br>Lead: Shimul Sachdeva | DA/DS<br>Lead: Varun Harchekar |
| Policy / Marketing<br>Lead: Emilie Boman | CommOps<br>Lead: Catherine Gibbons |

**Slide 34**

---

2          @sean.mcintyre@uber.com

           Thoughts on setting the expectation that investigators debrief their leader (director or above) within two weeks of completing an investigation?
           Joseph Tawney, 10/11/2024

1          @joseph.tawney@uber.com

           Need to give more thought.
           Joseph Tawney, 10/24/2024



# Guiding Materials

## What to expect from the Program Plans?

Your **2025 program insights** from the previous phase identified the biggest challenges we need to address moving forward. Use these insights as the foundation to answer, **"What is the program strategy for 2025?"** This strategy should then be translated into, **"What are the 2025 program OKRs?"**

**Input**

➜ Program Insights
➜ Tech Roadmaps & Priorities



**Output**

➜ Global Program Strategy Two-Pagers  [1 strategy slide per program + 1 OKR slide per program]
  ◆ Central to convene Regions & relevant xfn partners to co-create

*Additional guidance in the next slides*

## 2 Guidance - Program Plans Deliverables

### General Guidance

➜ **Program Strategy 2-Pagers capture the strategy as well as work done for a given program, across all teams** (co-created with regions, tech, CommOps, PCM).

➜ **Lean into global-first.** Optimize execution and eliminate duplicate work by adopting a global-first mindset. Challenge yourself to think globally if multiple teams are addressing the same problems. *Please be mindful of time differences when scheduling planning sessions.*

➜ **Escalate resourcing misalignments** across xfn teams and ensure that tech cutlines are accurately reflected.

➜ **Ensure each KR has clear ownership and definition.** KRs must be quantifiable where possible <u>AND</u> reflected in the program scorecard.

➜ **Align on OKR prioritization.** Set OKRs by order of priority/urgency to facilitate tech cutline discussions. Objectives should be listed in order of priority from left to right, with KRs ranked from top to bottom based on their importance.

### Who does what?

➜ **Global program leads** should reach out to cross-functional stakeholders and regional program managers to schedule a program planning session and draft program one-pagers.

➜ **Regional & xfn POCs should come prepared with their POV on the top P0s** for their respective region/team. Share regional nuances to address the program's biggest challenges and priorities in 2025.

➜ **Global Program Strategy 2-pagers  will be reviewed on live sessions** with the Global Head of Safety.

*More guidance on how to write good OKRs in the next slides*

**Slide 37**

2        Greg:

Adjustment required for the Strategy to be a stepping stone for the +1 Year view
Christian Gutierrez, 8/30/2024

# How To Write Good OKRs?

**OKRs capture what we want to achieve and how we will achieve that and measure progress. OKRs are *not* BAU / rails.**

| | Objectives | Key Results |
|---|---|---|
| **Definition** | An Objective is *what* we want to achieve. A mission-supporting goal. A top priority. | Key Results are *how* we are going to achieve the Objective: the milestones that need to happen to make the Objective come true, benchmarks we can measure that track our progress toward the Objective. |
| **Example 1** | Build a world-class team by the end of Q1 | 1. Hire 3 program managers<br>2. Hire a team leader<br>3. 100% of candidates report they had a professional experience, even if they don't receive an offer |
| **Example 2** | Create the lowest carbon footprint in our industry by 2025 | 1. Pay 100% carbon offset for calculated carbon dioxide emissions.<br>2. 25% of material is compostable.<br>3. 75% of material is biodegradable. |

**OKRs don't need to capture everything we're doing!**
- OKRs are not BAU / rails
- OKRs should describe meaningful change, not the things we're already doing
- OKRs are separate from KPIs, and both can coexist

**BAU / rails are *not* part of our OKRs reviews**
- Rails are an important part of what we do, but they don't represent change.
- Rails *will* be tracked in the roadmap tool, but *not* in the OKR reviews.

# Each objective typically has 3-5 key results

| Objective | Key Results |
|---|---|
| Increase safety media recording capabilities across all LOBs | KR1. [Input] Launch national dashcam marketplace |
| | KR2. [Output] 20% of active earners purchase a dashcam in the marketplace |
| | KR 3. [Output] Grow the percentage of active earners with a registered dashcam from 10% to 20% |

**Each objective should have 3-5 key results**
- Key results are the measures that matter most, not the sum of everything we will do in the quarter
- KRs should work as a set, leading us to achieve the goal
- KRs should be ambitious but realistic
- An Objective can stay constant for the whole year, and key results can be adapted every quarter

**Input vs. output KRs**
- Inputs are things we can control
- Outputs are the result, the effects of our inputs
- There is no right or wrong choice of inputs vs. outputs, and you should expect your OKRs to have a mix of both

# Every Key Result should have a metric that allows us to measure progress, and the choice of that metric will depend on the context

| Metric | KPI | Binary | Milestones completed |
|---|---|---|---|
| Definition | A measurable characteristic. You can use a KPI from the scorecard, or define one ad-hoc for your KR. | 100% when the KR was achieved, and 0% otherwise | Used when a KR is composed of multiple milestones, by measuring the % of milestones completed |
| Example | % of cities in Brazil with Teens | Dashcam marketplace launched (100%) or not (0%) | % of milestones completed by the end of the quarter<br>1. Draft standard<br>2. Share for feedback and adjust<br>3. Leadership approval<br>4. Launch training for customer support agents |
| Pros | Most objective, unambiguous measure of progress (or lack thereof) | Good alternative for KRs that are hard to quantify. Easy to use. | Conveys more nuance than a binary metric. Forces us to have a project charter with clearly defined milestones. |
| Cons | Not everything can be quantified in this way. Some KPIs are influenced by external factors we don't control. | Does not convey nuance: it's black or white. Does not always directly measure the end result or desired outcome. | More subjective. Does not always directly measure the end result or desired outcome. |

2025 Program Strategy 2-Pag

<div style="border: 2px solid red; background: pink;">
Do not edit! Copies for each priority below
</div>

The **north star metric** is the longer-term (i.e. 3 year) quantitative goal we're trying to achieve. The metric itself (and ideally the target) should aim to hold true through the next 3 years. In most cases, this should be an operational target which is *upstream* from output metrics like GBs or Trips. Avoid using incremental GBs or Trips as a north star metric, if possible (exceptions made, but rare). While rare, we may also allow priority owners to omit a quantitative north star metric where setting one is not feasible. In these cases, we will ask for a precise qualitative description of the long-term north star. The target should be aspirational and help orient us to the most important quantitative driver of our success.

# [Program] | Strategy

## Why?

Why is this program critical to Uber and for our customers? Why should it exist, and what problems are we looking to solve. Enunciate the the long-term aspiration.

Illustrative examples:
- Road safety is a critical inherent risk to any part of our business that requires transport on roads. Getting into a crash and dangerous driving is the top 2 concern for not just drivers and couriers but also riders - emphasizing the importance of this risk to anyone who uses our product. Additionally, we are under continuous scrutiny from legislators on whether the existence of our 2 wheel modalities With shifting modalities, we must prepare for a future where we are the safest option for 4,3,2 wheel products on the road.

## What needs to be true?

Our core beliefs that need to be proven true to achieve the long-term aspiration. Put differently, what do we need to do and for whom (i.e. which customers, which use cases, which geographies) in order to achieve our long-term aspiration and solve the problem we've identified above. Consider principles spanning across legal/privacy as well if valid, as well as internal dependencies

Illustrative examples:
- Road Safety: Investments in bets need to shift behavior demonstrably (vs simply drive CTS)
- Identity: We need global minimum standards aligned on must fill gaps; we must prepare for a future of AP first identity verification
- Safety Deactivations: We cannot compromise on the accuracy of safety deactivations to mitigate fairness concerns; driver/ rider deactivations table stakes for our brand promise and perception

## What are we (not) willing to trade off?

What metrics, initiatives, customer needs, or types of customers are we willing to trade-off to achieve our long-term aspiration? What won't we trade off in service of this objective? Please specify this **within** your program - (e.g. 4w risk shifting vs 2w industry bets, or fairness vs accuracy - not Road vs Personal Safety). *This section may be spicy and that's ok. Don't be afraid of a* [spiky point of view]

Illustrative examples:
- Road Safety: we might be willing to trade off fewer launches for deeper research in 2w bold bets
- Education: we are willing to trade-off more customized content for fewer models
- Personal Safety: we are willing to trade-off fewer perception driven products for deeper research in causal factors

### North Star: [1 Metric]

| | |
|---|---|
| **Baseline** Exit '24 | X |
| **Interim** Exit '25 | X |
| **Goal** Exit '27 | X |

### Guardrail Metrics

Metric #1

Metric #2

Metric #3

2025 Program Strategy 2-Pag



**Do not edit! Copies for each priority below**

Planning Lead (1 person only)

# [Program] | OKRs

2025 Key Results: What does success look like in 2025?

| | | | Baseline '24 exit | Target '25 exit | Out of Scope for 2025 |

**[Objective 1]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Key Results**
[1] The title of the KR should describe the theme that we will focus on, as well as the improvement that we aim to achieve.

[2] KRs should be *in service* of the North Star Metric but *not the same* as the North Star Metric.

[3] Stack-rank KRs in terms of impact on moving the North Star Metric.

Success Metric 1 — X — X

Be clear about what is out of scope for 2025. Different from guardrails, this shows things that we're not focusing on in 2025 even if theoretically they might become important later on.
- **e.g.** in 2025, we'll not focus on driving Grocery OPE as we're only trying to drive FTEs

**[Objective 2]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Projects**
For each KR, list up to 3 stack-ranked projects that will help you achieve the KR. Please provide an estimated impact size for each project. Exceptions possible if a project is foundational or particularly difficult to measure. If a project impacts multiple KRs, list it under the KR where it makes most sense. Avoid listing projects twice in the same Priority even if they impact multiple KRs.

Success Metric 2 — X — X

**[Objective 3]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

Success Metric 3 — X — X

**Guardrail Metrics**
- [Explanation of how the trade-off comes about]
- [How we'll prevent/manage that]

List specific guardrail metrics and the level beyond which they should not move. Describe why we have to be aware of these guardrail metrics and how we'll manage them.
- **e.g.** Deactivation False positive rate should not fall below X% otherwise need to reallocate resources from deactivation accuracy towards fairness

Metric — e.g. VC of feature x always above X%

POCs

| Ops Lead: | Product Lead: |
| Eng Lead: | DA/DS Lead: |
| Legal Lead: | Policy / Marketing Lead: | CommOps Lead: |

Key and me incl add



| Primer Insights | Strategic Primer | Program Insights | Program Plan | OKR + Scorecard | Roadmap |

# Regional Plans



APAC

2025 Regional Strategy 2-Pagers

# [Region] | Strategy

The **north star metric** is the longer-term (i.e. 3 year) quantitative goal we're trying to achieve. The metric itself (and ideally the target) should aim to hold true through the next 3 years. In most cases, this should be an operational target which is *upstream* from output metrics like GBs or Trips. Avoid using incremental GBs or Trips as a north star metric, if possible (exceptions made, but rare). While rare, we may also allow priority owners to omit a quantitative north star metric where setting one is not feasible. In these cases, we will ask for a precise qualitative description of the long-term north star. The target should be aspirational and help orient us to the most important quantitative driver of our success.

## Why?

Why is this program critical **Replace with Strategy and OKRs when Able. Recommend using this as working version instead** solve. Enunciate the the long-term aspiration. **of separate copy.**

Illustrative examples:
- Road safety is a critical inherent risk to any part of our business that requires transport on roads. Getting into a crash and dangerous driving is the top 2 concern for not just drivers and couriers but also riders - emphasizing the importance of this risk to anyone who uses our product. Additionally, we are under continuous scrutiny from legislators on whether the existence of our 2 wheel modalities With shifting modalities, we must prepare for a future where we are the safest option for 4,3,2 wheel products on the road.

## What needs to be true?

Our core beliefs that need to be proven true to  achieve the long-term aspiration.  Put differently, what do we need to do and for whom (i.e. which customers, which use cases, which geographies) in order to achieve our long-term aspiration and solve the problem we've identified above. Consider principles spanning across legal/privacy as well if valid, as well as internal dependencies

Illustrative examples:
- Road Safety: Investments in bets need to shift behavior demonstrably (vs simply drive CTS)
- Identity: We need global minimum standards aligned on must fill gaps; we must prepare for a future of AP first identity verification
- Safety Deactivations: We cannot compromise on the accuracy of safety deactivations to mitigate fairness concerns; driver/ rider deactivations table stakes for our brand promise and perception

## What are we (not) willing to trade off?

What metrics, initiatives, customer needs, or types of customers are we willing to trade-off to achieve our long-term aspiration? What won't we trade off in service of this objective? Please specify this **within** your program - (e.g. 4w risk shifting vs 2w industry bets, or fairness vs accuracy - not Road vs Personal Safety). *This section may be spicy and that's ok. Don't be afraid of a* [spiky point of view](spiky point of view)

Illustrative examples:
- Road Safety: we might be willing to trade off fewer launches for deeper research in 2w bold bets
- Education: we are willing to trade-off more customized content for fewer models
- Personal Safety: we are willing to trade-off fewer perception driven products for deeper research in causal factors

### North Star: [1 Metric]

| | |
|---|---|
| **Baseline** Exit '24 | X |
| **Interim** Exit '25 | X |
| **Goal** Exit '27 | X |

### Guardrail Metrics

Metric #1

Metric #2

Metric #3

2025 Regional Strategy 2-Pagers

| Planning Lead (1 person only) |

# [Regional] | OKRs

2025 Key Results: What does success look like in 2025

**Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

Out of Scope for 2025

**[Objective 1]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Key Results**
[1] The title of the KR should describe the theme that we will focus on, as well as the improvement that we aim to achieve.

[2] KRs should be *in service* of the North Star Metric but *not the same* as the North Star Metric.

[3] Stack-rank KRs in terms of impact on moving the North Star Metric.

**Projects**
For each KR, list up to 3 stack-ranked projects that will help you achieve the KR. Please provide an estimated impact size for each project. Exceptions possible if a project is foundational or particularly difficult to measure. If a project impacts multiple KRs, list it under the KR where it makes most sense. Avoid listing projects twice in the same Priority even if they impact multiple KRs.

Success Metric 1     X     X

Success Metric 2     X     X

Be clear about what is out of scope for 2025. Different from guardrails, this shows things that we're not focusing on in 2025 even if theoretically they might become important later on.
- **e.g.** in 2025, we'll not focus on driving Grocery OPE as we're only trying to drive FTEs

**[Objective 2]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Guardrail Metrics**
- [Explanation of how the trade-off comes about]
- [How we'll prevent/manage that]

Metric     e.g. VC of feature x always above X%

List specific guardrail metrics and the level beyond which they should not move. Describe why we have to be aware of these guardrail metrics and how we'll manage them.
- **e.g.** Deactivation False positive rate should not fall below X% otherwise need to reallocate resources from deactivation accuracy towards fairness

POCs

| Ops Lead | Product Lead: |
| Eng Lead: | DA/DS Lead: |
| Legal Lead: | Policy / Marketing Lead: | CommOps Lead: |



Copy for each ⊗ Market

Planning Lead (1 person only)

# [Subregion] | Strategy

Summary

2 sentences max

**Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

Focus Area 1

- XXX
- XXX
- XXX
- XXX
- ...

De... ho...

Focus areas are stack ranked by importance. If you *had* to pick only one or two which would that be.

for 2025

- XXX
- XXX

Be clear of what is out of scope for this specific Country / sub-region. Subset of the mega regional version.

Risks & Tradeoffs

- XXX
- XXX

Potential pitfalls of execution, unclear paths to success, or trade-offs against other metrics/priorities.

Focus Area 2

- XXX
- XXX
- XXX
- XXX
- ...

Forums and Governance Bodies

- XXX
- XXX

Regular cadences, MBRs, escalation channels

Focus Area 3

- XXX
- XXX
- XXX
- XXX
- ...

Scorecard Key Results / KPI

Link to source

Baseline 4Q'24

| KR 1 | X |
| KR 2 | X |
| KR 3 | X |

Directional targets only based on:
-trends from previous years
-what's realistic
-establish LRP inputs.
**Should not engage local teams** for bottoms up calculations until Target Setting kick off in October

Remove teams with no involvement

| Regional Safety Sponsor: | Lead: | Central Safety Sponsor: | Lead: | Product Sponsor: | Lead: | CommOps Sponsor: | Lead: | [TBA] Sponsor: | Lead: | [TBA] Sponsor: | Lead: | [TBA] Sponsor: | Lead: |



**EMEA**

2025 Regional Strategy 2-Pagers

# [Region] | Strategy

The **north star metric** is the longer-term (i.e. 3 year) quantitative goal we're trying to achieve. The metric itself (and ideally the target) should aim to hold true through the next 3 years. In most cases, this should be an operational target which is *upstream* from output metrics like GBs or Trips. Avoid using incremental GBs or Trips as a north star metric, if possible (exceptions made, but rare). While rare, we may also allow priority owners to omit a quantitative north star metric where setting one is not feasible. In these cases, we will ask for a precise qualitative description of the long-term north star. The target should be aspirational and help orient us to the most important quantitative driver of our success.

## Why?

**Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

Why is this program critical [...................................................] solve. Enunciate the the long-term aspiration.

Illustrative examples:
- Road safety is a critical inherent risk to any part of our business that requires transport on roads. Getting into a crash and dangerous driving is the top 2 concern for not just drivers and couriers but also riders - emphasizing the importance of this risk to anyone who uses our product. Additionally, we are under continuous scrutiny from legislators on whether the existence of our 2 wheel modalities With shifting modalities, we must prepare for a future where we are the safest option for 4,3,2 wheel products on the road.

## What needs to be true?

Our core beliefs that need to be proven true to achieve the long-term aspiration. Put differently, what do we need to do and for whom (i.e. which customers, which use cases, which geographies) in order to achieve our long-term aspiration and solve the problem we've identified above. Consider principles spanning across legal/privacy as well if valid, as well as internal dependencies

Illustrative examples:
- Road Safety: Investments in bets need to shift behavior demonstrably (vs simply drive CTS)
- Identity: We need global minimum standards aligned on must fill gaps; we must prepare for a future of AP first identity verification
- Safety Deactivations: We cannot compromise on the accuracy of safety deactivations to mitigate fairness concerns; driver/ rider deactivations table stakes for our brand promise and perception

## What are we (not) willing to trade off?

What metrics, initiatives, customer needs, or types of customers are we willing to trade-off to achieve our long-term aspiration? What won't we trade off in service of this objective? Please specify this **within** your program - (e.g. 4w risk shifting vs 2w industry bets, or fairness vs accuracy - not Road vs Personal Safety). *This section may be spicy and that's ok. Don't be afraid of a* [spiky point of view](#)

Illustrative examples:
- Road Safety: we might be willing to trade off fewer launches for deeper research in 2w bold bets
- Education: we are willing to trade-off more customized content for fewer models
- Personal Safety: we are willing to trade-off fewer perception driven products for deeper research in causal factors

**North Star: [1 Metric]**

| | |
|---|---|
| **Baseline** Exit '24 | X |
| **Interim** Exit '25 | X |
| **Goal** Exit '27 | X |

**Guardrail Metrics**

Metric #1

Metric #2

Metric #3

2025 Regional Strategy 2-Pagers

# [Regional] | OKRs

Planning Lead (1 person only)

2025 Key Results: What does suc...

**Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

Out of Scope for 2025

**[Objective 1]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Key Results**
[1] The title of the KR should describe the theme that we will focus on, as well as the improvement that we aim to achieve.

[2] KRs should be *in service* of the North Star Metric but *not the same* as the North Star Metric.

[3] Stack-rank KRs in terms of impact on moving the North Star Metric.

**Projects**
For each KR, list up to 3 stack-ranked projects that will help you achieve the KR. Please provide an estimated impact size for each project. Exceptions possible if a project is foundational or particularly difficult to measure. If a project impacts multiple KRs, list it under the KR where it makes most sense. Avoid listing projects twice in the same Priority even if they impact multiple KRs.

Success Metric 1

X          X

Be clear about what is out of scope for 2025. Different from guardrails, this shows things that we're not focusing on in 2025 even if theoretically they might become important later on.
- **e.g.** in 2025, we'll not focus on driving Grocery OPE as we're only trying to drive FTEs

**[Objective 2]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

Success Metric 2

X          X

## Guardrail Metrics
- [Explanation of how the trade-off comes about]
- [How we'll prevent/manage that]

List specific guardrail metrics and the level beyond which they should not move. Describe why we have to be aware of these guardrail metrics and how we'll manage them.
- **e.g.** Deactivation False positive rate should not fall below X% otherwise need to reallocate resources from deactivation accuracy towards fairness

Metric

e.g. VC of feature x always above X%

POCs

| Ops Lead: | Product Lead: |
| Eng Lead: | DA/DS Lead: |
| Legal Lead: | Policy / Marketing Lead: | CommOps Lead: |

Key and me incl add



## [Subregion] | Strategy

Planning Lead (1 person only)

Summary

2 sentences max

**Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

### Focus Area 1

- XXX
- XXX
- XXX
- XXX
- ...

Focus areas are stack ranked by importance. If you *had* to pick only one or two which would that be.

...for 2025

- XXX
- XXX
- XXX

Be clear of what is out of scope for this specific Country / sub-region. Subset of the mega regional version.

### Focus Area 2

- XXX
- XXX
- XXX
- XXX
- ...

### Risks & Tradeoffs

- XXX
- XXX

Potential pitfalls of execution, unclear paths to success, or trade-offs against other metrics/priorities.

### Forums and Governance Bodies

- XXX
- XXX

Regular cadences, MBRs, escalation channels

### Focus Area 3

- XXX
- XXX
- XXX
- XXX
- ...

### Scorecard Key Results / KPI

Link to source

| | Baseline 4Q'24 | |
|---|---|---|
| KR 1 | X | |
| KR 2 | X | |
| KR 3 | X | |

Directional targets only based on:
-trends from previous years
-what's realistic
-establish LRP inputs.
**Should not engage local teams** for bottoms up calculations until Target Setting kick off in October

Remove teams with no involvement

| Regional Safety | Central Safety | Product | CommOps | [TBA] | [TBA] | [TBA] |
|---|---|---|---|---|---|---|
| Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: |

Copy for each ✪ Market



**LATAM**

2025 Regional Strategy 2-Pagers

# [Region] | Strategy

The **north star metric** is the longer-term (i.e. 3 year) quantitative goal we're trying to achieve. The metric itself (and ideally the target) should aim to hold true through the next 3 years. In most cases, this should be an operational target which is *upstream* from output metrics like GBs or Trips. Avoid using incremental GBs or Trips as a north star metric, if possible (exceptions made, but rare). While rare, we may also allow priority owners to omit a quantitative north star metric where setting one is not feasible. In these cases, we will ask for a precise qualitative description of the long-term north star. The target should be aspirational and help orient us to the most important quantitative driver of our success.

## Why?

**Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

Why is this program critical [ ... ] solve. Enunciate the the long-term aspiration.

Illustrative examples:
- Road safety is a critical inherent risk to any part of our business that requires transport on roads. Getting into a crash and dangerous driving is the top 2 concern for not just drivers and couriers but also riders - emphasizing the importance of this risk to anyone who uses our product. Additionally, we are under continuous scrutiny from legislators on whether the existence of our 2 wheel modalities With shifting modalities, we must prepare for a future where we are the safest option for 4,3,2 wheel products on the road.

## What needs to be true?

Our core beliefs that need to be proven true to achieve the long-term aspiration. Put differently, what do we need to do and for whom (i.e. which customers, which use cases, which geographies) in order to achieve our long-term aspiration and solve the problem we've identified above. Consider principles spanning across legal/privacy as well if valid, as well as internal dependencies

Illustrative examples:
- Road Safety: Investments in bets need to shift behavior demonstrably (vs simply drive CTS)
- Identity: We need global minimum standards aligned on must fill gaps; we must prepare for a future of AP first identity verification
- Safety Deactivations: We cannot compromise on the accuracy of safety deactivations to mitigate fairness concerns; driver/ rider deactivations table stakes for our brand promise and perception

## What are we (not) willing to trade off?

What metrics, initiatives, customer needs, or types of customers are we willing to trade-off to achieve our long-term aspiration? What won't we trade off in service of this objective? Please specify this **within** your program - (e.g. 4w risk shifting vs 2w industry bets, or fairness vs accuracy - not Road vs Personal Safety). *This section may be spicy and that's ok. Don't be afraid of a [spiky point of view](#)*

Illustrative examples:
- Road Safety: we might be willing to trade off fewer launches for deeper research in 2w bold bets
- Education: we are willing to trade-off more customized content for fewer models
- Personal Safety: we are willing to trade-off fewer perception driven products for deeper research in causal factors

**North Star: [1 Metric]**

| | |
|---|---|
| **Baseline** Exit '24 | X |
| **Interim** Exit '25 | X |
| **Goal** Exit '27 | X |

**Guardrail Metrics**

Metric #1

Metric #2

Metric #3

Planning Lead (1 person only)

2025 Regional Strategy 2-Pagers

# [Regional] | OKRs

2025 Key Results: What does suc[...]

**Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

| | | | ...line exit | Target '25 exit | Out of Scope for 2025 |
|---|---|---|---|---|---|

**[Objective 1]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Key Results**
[1] The title of the KR should describe the theme that we will focus on, as well as the improvement that we aim to achieve.

[2] KRs should be *in service* of the North Star Metric but *not the same* as the North Star Metric.

[3] Stack-rank KRs in terms of impact on moving the North Star Metric.

**Projects**
For each KR, list up to 3 stack-ranked projects that will help you achieve the KR. Please provide an estimated impact size for each project. Exceptions possible if a project is foundational or particularly difficult to measure. If a project impacts multiple KRs, list it under the KR where it makes most sense. Avoid listing projects twice in the same Priority even if they impact multiple KRs.

**Success Metric 1**    X    X

**[Objective 2]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Success Metric 2**    X    X

Be clear about what is out of scope for 2025. Different from guardrails, this shows things that we're not focusing on in 2025 even if theoretically they might become important later on.
- **e.g.** in 2025, we'll not focus on driving Grocery OPE as we're only trying to drive FTEs

### Guardrail Metrics
- [Explanation of how the trade-off comes about]
- [How we'll prevent/manage that]

List specific guardrail metrics and the level beyond which they should not move. Describe why we have to be aware of these guardrail metrics and how we'll manage them.
- **e.g.** Deactivation False positive rate should not fall below X% otherwise need to reallocate resources from deactivation accuracy towards fairness

**Metric**

e.g. VC of feature x always above X%

POCs

| Ops Lead | Product Lead: |
|---|---|
| Eng Lead: | DA/DS Lead: |
| Legal Lead: | Policy / Marketing Lead: | CommOps Lead: |

Key and me inci add



Copy for each ⊗ Market

Planning Lead (1 person only)

# [Subregion] | Strategy

Summary

2 sentences max

**Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

Focus Area 1

- XXX
- XXX
- XXX
- XXX
- ...

Focus areas are stack ranked by importance. If you *had* to pick only one or two which would that be.

...for 2025

- XXX
- XXX
- XXX

Be clear of what is out of scope for this specific Country / sub-region. Subset of the mega regional version.

Focus Area 2

- XXX
- XXX
- XXX
- XXX
- ...

Risks & Tradeoffs

- XXX
- XXX

Potential pitfalls of execution, unclear paths to success, or trade-offs against other metrics/priorities.

Forums and Governance Bodies

- XXX
- XXX

Regular cadences, MBRs, escalation channels

Focus Area 3

- XXX
- XXX
- XXX
- XXX
- ...

Scorecard Key Results / KPI

Link to source

Baseline 4Q'24

| KR 1 | X |
| KR 2 | X |
| KR 3 | X |

Directional targets only based on:
- trends from previous years
- what's realistic
- establish LRP inputs.
- **Should not engage local teams** for bottoms up calculations until Target Setting kick off in October

Remove teams with no involvement

| Regional Safety | Central Safety | Product | CommOps | [TBA] | [TBA] | [TBA] |
| Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: |

P-01316.00062



US&C

2025 Regional Strategy 2-Pagers

# [Region] | Strategy

> The **north star metric** is the longer-term (i.e. 3 year) quantitative goal we're trying to achieve. The metric itself (and ideally the target) should aim to hold true through the next 3 years. In most cases, this should be an operational target which is *upstream* from output metrics like GBs or Trips. Avoid using incremental GBs or Trips as a north star metric, if possible (exceptions made, but rare). While rare, we may also allow priority owners to omit a quantitative north star metric where setting one is not feasible. In these cases, we will ask for a precise qualitative description of the long-term north star. The target should be aspirational and help orient us to the most important quantitative driver of our success.

## Why?

> **Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

Why is this program critical [...] solve. Enunciate the the long-term aspiration.

Illustrative examples:
- Road safety is a critical inherent risk to any part of our business that requires transport on roads. Getting into a crash and dangerous driving is the top 2 concern for not just drivers and couriers but also riders - emphasizing the importance of this risk to anyone who uses our product. Additionally, we are under continuous scrutiny from legislators on whether the existence of our 2 wheel modalities With shifting modalities, we must prepare for a future where we are the safest option for 4,3,2 wheel products on the road.

## What needs to be true?

Our core beliefs that need to be proven true to achieve the long-term aspiration. Put differently, what do we need to do and for whom (i.e. which customers, which use cases, which geographies) in order to achieve our long-term aspiration and solve the problem we've identified above. Consider principles spanning across legal/privacy as well if valid, as well as internal dependencies

Illustrative examples:
- Road Safety: Investments in bets need to shift behavior demonstrably (vs simply drive CTS)
- Identity: We need global minimum standards aligned on must fill gaps; we must prepare for a future of AP first identity verification
- Safety Deactivations: We cannot compromise on the accuracy of safety deactivations to mitigate fairness concerns; driver/ rider deactivations table stakes for our brand promise and perception

## What are we (not) willing to trade off?

What metrics, initiatives, customer needs, or types of customers are we willing to trade-off to achieve our long-term aspiration? What won't we trade off in service of this objective? Please specify this **within** your program - (e.g. 4w risk shifting vs 2w industry bets, or fairness vs accuracy - not Road vs Personal Safety). *This section may be spicy and that's ok. Don't be afraid of a* [spiky point of view](#)

Illustrative examples:
- Road Safety: we might be willing to trade off fewer launches for deeper research in 2w bold bets
- Education: we are willing to trade-off more customized content for fewer models
- Personal Safety: we are willing to trade-off fewer perception driven products for deeper research in causal factors

**North Star: [1 Metric]**

| | |
|---|---|
| **Baseline** Exit '24 | X |
| **Interim** Exit '25 | X |
| **Goal** Exit '27 | X |

**Guardrail Metrics**

| |
|---|
| Metric #1 |
| Metric #2 |
| Metric #3 |

2025 Regional Strategy 2-Pagers

# [Regional] | OKRs

Planning Lead (1 person only)

2025 Key Results: What does suc...

**Replace with Strategy and OKRs when Able. Recommend using this as working version instead of separate copy.**

Out of Scope for 2025



**[Objective 1]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Key Results**
[1] The title of the KR should describe the theme that we will focus on, as well as the improvement that we aim to achieve.

[2] KRs should be *in service* of the North Star Metric but *not the same* as the North Star Metric.

[3] Stack-rank KRs in terms of impact on moving the North Star Metric.

**Projects**
For each KR, list up to 3 stack-ranked projects that will help you achieve the KR. Please provide an estimated impact size for each project. Exceptions possible if a project is foundational or particularly difficult to measure. If a project impacts multiple KRs, list it under the KR where it makes most sense. Avoid listing projects twice in the same Priority even if they impact multiple KRs.

Success Metric 1      X      X

**[Objective 2]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

Success Metric 2      X      X

Be clear about what is out of scope for 2025. Different from guardrails, this shows things that we're not focusing on in 2025 even if theoretically they might become important later on.
- **e.g.** in 2025, we'll not focus on driving Grocery OPE as we're only trying to drive FTEs

**Guardrail Metrics**
- [Explanation of how the trade-off comes about]
- [How we'll prevent/manage that]

List specific guardrail metrics and the level beyond which they should not move. Describe why we have to be aware of these guardrail metrics and how we'll manage them.
- **e.g.** Deactivation False positive rate should not fall below X% otherwise need to reallocate resources from deactivation accuracy towards fairness

Metric      e.g. VC of feature x always above X%

POCs

| Ops Lead: | Product Lead: |
| Eng Lead: | DA/DS Lead: |
| Legal Lead: | Policy / Marketing Lead: | CommOps Lead: |

Key and me incl add





# Templates

2025 Regional Strategy 2-Pager

**Do not edit! Copies for each priority below**

The **north star metric** is the longer-term (i.e. 3 year) quantitative goal we're trying to achieve. The metric itself (and ideally the target) should aim to hold true through the next 3 years. In most cases, this should be an operational target which is *upstream* from output metrics like GBs or Trips. Avoid using incremental GBs or Trips as a north star metric, if possible (exceptions made, but rare). While rare, we may also allow priority owners to omit a quantitative north star metric where setting one is not feasible. In these cases, we will ask for a precise qualitative description of the long-term north star. The target should be aspirational and help orient us to the most important quantitative driver of our success.

# [Region] | Strategy

## Why?

Why is this program critical to Uber and for our customers? Why should it exist, and what problems are we looking to solve. Enunciate the the long-term aspiration.

Illustrative examples:
- Road safety is a critical inherent risk to any part of our business that requires transport on roads. Getting into a crash and dangerous driving is the top 2 concern for not just drivers and couriers but also riders - emphasizing the importance of this risk to anyone who uses our product. Additionally, we are under continuous scrutiny from legislators on whether the existence of our 2 wheel modalities With shifting modalities, we must prepare for a future where we are the safest option for 4,3,2 wheel products on the road.

## What needs to be true?

Our core beliefs that need to be proven true to achieve the long-term aspiration. Put differently, what do we need to do and for whom (i.e. which customers, which use cases, which geographies) in order to achieve our long-term aspiration and solve the problem we've identified above. Consider principles spanning across legal/privacy as well if valid, as well as internal dependencies

Illustrative examples:
- Road Safety: Investments in bets need to shift behavior demonstrably (vs simply drive CTS)
- Identity: We need global minimum standards aligned on must fill gaps; we must prepare for a future of AP first identity verification
- Safety Deactivations: We cannot compromise on the accuracy of safety deactivations to mitigate fairness concerns; driver/ rider deactivations table stakes for our brand promise and perception

## What are we (not) willing to trade off?

What metrics, initiatives, customer needs, or types of customers are we willing to trade-off to achieve our long-term aspiration? What won't we trade off in service of this objective? Please specify this **within** your program - (e.g. 4w risk shifting vs 2w industry bets, or fairness vs accuracy - not Road vs Personal Safety). *This section may be spicy and that's ok. Don't be afraid of a* [spiky point of view](#)

Illustrative examples:
- Road Safety: we might be willing to trade off fewer launches for deeper research in 2w bold bets
- Education: we are willing to trade-off more customized content for fewer models
- Personal Safety: we are willing to trade-off fewer perception driven products for deeper research in causal factors

**North Star: [1 Metric]**

| | |
|---|---|
| **Baseline** Exit '24 | X |
| **Interim** Exit '25 | X |
| **Goal** Exit '27 | X |

**Guardrail Metrics**

| |
|---|
| Metric #1 |
| Metric #2 |
| Metric #3 |

2025 Regional Strategy 2-Pag



**Do not edit! Copies for each priority below**

Planning Lead (1 person only)

# [Regional] | OKRs

2025 Key Results: What does success look like in 2025?

| | | Baseline '24 exit | Target '25 exit | Out of Scope for 2025 |
|---|---|---|---|---|

**[Objective 1]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Key Results**
[1] The title of the KR should describe the theme that we will focus on, as well as the improvement that we aim to achieve.

[2] KRs should be *in service* of the North Star Metric but *not the same* as the North Star Metric.

[3] Stack-rank KRs in terms of impact on moving the North Star Metric.

**Projects**
For each KR, list up to 3 stack-ranked projects that will help you achieve the KR. Please provide an estimated impact size for each project. Exceptions possible if a project is foundational or particularly difficult to measure. If a project impacts multiple KRs, list it under the KR where it makes most sense. Avoid listing projects twice in the same Priority even if they impact multiple KRs.

**Success Metric 1**   X   X

**[Objective 2]**
- [KR 1]: XXX
- [KR 2]: XXX
- [KR 3]: XXX

Related BRDs/PRDs

**Success Metric 2**   X   X

Be clear about what is out of scope for 2025. Different from guardrails, this shows things that we're not focusing on in 2025 even if theoretically they might become important later on.
- **e.g.** in 2025, we'll not focus on driving Grocery OPE as we're only trying to drive FTEs

**Guardrail Metrics**
- [Explanation of how the trade-off comes about]
- [How we'll prevent/manage that]

List specific guardrail metrics and the level beyond which they should not move. Describe why we have to be aware of these guardrail metrics and how we'll manage them.
- **e.g.** Deactivation False positive rate should not fall below X% otherwise need to reallocate resources from deactivation accuracy towards fairness

**Metric**

e.g. VC of feature x always above X%

POCs

| Ops Lead | Product Lead: |
|---|---|
| Eng Lead: | DA/DS Lead: |
| Legal Lead: | Policy / Marketing Lead: | CommOps Lead: |

**Copy for each ⊗ Market**

Planning Lead (1 person only)

# [Subregion] | Strategy

Summary

2 sentences max

## Focus Area 1

- XXX
- XXX
- XXX
- XXX
- ...

Detailed so local teams know how to win on this priority.

Focus areas are stack ranked by importance. If you *had* to pick only one or two which would that be.

## Focus Area 2

- XXX
- XXX
- XXX
- XXX
- ...

## Focus Area 3

- XXX
- XXX
- XXX
- XXX
- ...

## Out of Scope for 2025

- XXX
- XXX

Be clear of what is out of scope for this specific Country / sub-region. Subset of the mega regional version.

## Risks & Tradeoffs

- XXX
- XXX

Potential pitfalls of execution, unclear paths to success, or trade-offs against other metrics/priorities.

## Forums and Governance Bodies

- XXX
- XXX

Regular cadences, MBRs, escalation channels

## Scorecard Key Results / KPI

Link to source

| | Baseline 4Q'24 | |
|---|---|---|
| KR 1 | X | ⟩ |
| KR 2 | X | ⟩ |
| KR 3 | X | ⟩ |

Directional targets only based on:
-trends from previous years
-what's realistic
-establish LRP inputs.
**Should not engage local teams** for bottoms up calculations until Target Setting kick off in October

Remove teams with no involvement

| Regional Safety | Central Safety | Product | CommOps | [TBA] | [TBA] | [TBA] |
|---|---|---|---|---|---|---|
| Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: | Sponsor: | Lead: |

**Slide 63**

3          @he.yuan.tan@uber.com Hi
           _Assigned to he.yuan.tan@uber.com_
           Christian Gutierrez, 8/15/2024



# Guiding Materials

# Regional Plan Checklist:

S&P Leads should mark each of the milestones below as *Complete*, *In Progress*, *or Delayed* for their respective regions as we progress through the regional plan phase.

| Region | Region POC | Reviewed template + guidance? | Regional plan drafted? | Deduped with Program plans? | Reviewed with Regional Director? | Reviewed with Rog? | Regional OKRs finalized? |
|--------|-----------|------------------------------|------------------------|------------------------------|-----------------------------------|---------------------|---------------------------|
| APAC | Edmund Tan | | | | | | |
| EMEA | Ricardo Gouvêa | | | | | | |
| LatAm | Alejandro Ruiz | | | | | | |
| US&C | Christian Gutierrez | | | | | | |
| Central | Karina Sengupta | | | | | | |

| 1 Region | Sub-Regions TBR DO NOT USE | | | | | |
|----------|-------|-------|-------|-------|-------|-------|
| Americas | US&C | Mexico+ACAC | Brazil+SoCo | | | |
| APAC | ANZ | India+SA | North Asia (Hong Kong, South Korea, Taiwan) | Japan | | |
| EMEA | DACH ,Iberia, SCEE | FR, N Europe, Benelux | MEA | UK Mob | Central | Careem? |

| Complete | In Progress | Delayed |
|----------|-------------|---------|

**Slide 65**

---

1          Reviewed for EMEA, added Central which is the biggest team led by an L6.

Besides UK mob and central, just one flag, all other roles are open without an L6 appointed.

Another item for us in EMEA is the Careem integration. CR markets & safety team should be included in MEA in the future. However, it's not yet fully defined and is pending some final approvals from RGM. Should we keep Careem listed too? Their impact on this process should be minimal since their main OKR should focus only on the full integration. On the other hand, the central team will have at least one big OKR to support the integration (it consumes a lot of capacity from a few people).

Ricardo Gouvêa, 8/30/2024

4          Pending Review w S&P:

Is this an accurate split of the L6 Sub-regional groups within our Regions?  Please change as you see fit.

@he.yuan.tan@uber.com @alexruiz@uber.com @ricardo.gouvea@uber.com

@ksengupta@uber.com vis
_Reassigned to he.yuan.tan@uber.com_

Christian Gutierrez, 9/2/2024

1          hey sorry i didnt catch what L6 means here, but there's also Hong Kong and South Korea which i added here. TW,JP,HK,SK is also grouped as North Asia. (edit: Updated based on clarity on L6 grouping)

Edmund Tan, 9/2/2024

## What to expect from the Regional Plans?

Regional Plans should define team or region-specific OKRs that are not already capture within team plans, to reflect what the team is trying to achieve by the end of 2025.

**Input**

➜ Regional Insights
➜ Strategic Primer
➜ Program Strategy 2-pagers
➜ Tech Roadmaps & Priorities



**Output**

➜ Regional Strategy 2-pagers  [1 set per region/team]
    ◆ Regions to draft with their own teams & key business partners
➜ Star Market Strategy [1 slide per star market]
    ◆ Regions/country leads to draft with regional team & key business partners

*Additional guidance in the next slides*

## Guidance - Regional Plans Deliverable

**Regional Plans should:**

- ○ Address Region specific 2025 strategy as well as OKRs that are not represented in existing programs.
  *(otherwise that input and priority should be represented in that respective program strategy 2-pager)*

- ○ Call out any unfunded / below the cutline activities.

- ○ Objectives should be prioritized from left to right, with KRs ranked from top to bottom based on their importance.

**Star Market Strategies are:**

- ○  One-Slide representations of how your regional plan addresses specific key market priorities. (Mob/Del)

*Additional guidance and templates in the next slides*

# Strategy and Priority 2-Pagers Overview

**2 Pager Objective**: Support in aligning vertically within Ops, and cross-functionally, on what our Global Priorities and Big Rocks are prior to Product Planning.

**Role of Sponsors & Team**
- Provide POV on Big Rocks
- Incorporate country feedback
- Gather input cross-functionally

**Role of GS&P**
- Support in communication to country/regional teams through existing planning forums

**The Strategy 2-pagers are an essential input for Product and Ops Bottoms Up Planning.**

68



Primer Insights | Strategic Primer | Program Insights | Program Plan | OKR + Scorecard | Roadmap

# Roadmap

# Roadmap Checklist:

S&P Leads should mark each of the milestones below as *Complete*, *In Progress*, *or Delayed* for their respective regions as we progress through the roadmap phase.

| 5 Region | Region POC | Reviewed template + guidance? | Confirmed filtered views + regional tab working properly in roadmap tool? | 2024 rollover projects added to 2025 roadmap? | 2025 projects added to roadmap? | Reviewed with Regional Director? |
|---|---|---|---|---|---|---|
| APAC | Edmund Tan | | | | | |
| EMEA | Ricardo Gouvêa | | | | | |
| LatAm | Alejandro Ruiz | | | | | |
| US&C | Christian Gutierrez | | | | | |
| Central | Karina Sengupta | | | | | |

| Complete | In Progress | Delayed |
|---|---|---|

**Slide 70**

5 @diana.escoffery@uber.com let's get these aligned and with input commitments.
_Assigned to diana.escoffery@uber.com_
Christian Gutierrez, 10/24/2024

# 2025 Safety Roadmap Overview

The 2025 Roadmap is the single global tool where all Safety teams (Regions+Central) will track active efforts toward OKRs enabling data filtering and aggregating across the following key categories:

1. Program
2. Team (Region or Central efforts)
3. POC (by project or activity)
4. Objective / Key Results

This is intended to facilitate accountability and tracking for Program managers, & regional leaders via simplified visibility, while not adding logistical burden to individual contributors or respective S&P leads.

**Global Roadmap Tool 2025**:

- Detailed instructions on its use are available in the sheet's first tab.
- Roadmap is now a live document where we globally track Program OKR efforts. Adding, deprecating & updating project statuses on a monthly basis.
- S&P will provide views to facilitate tracking by program, objective & KR while making additional insights available (e.g. Projects start / due per Q)





Program Insights

# Program Insights Checklist:



Mark each of the milestones below as **Complete**, *In Progress*, *or **Delayed*** for their respective programs  and phase.

| 2 1 6 | Program | Program Lead | Reviewed Template + Guidance | Reached out to Regional POCs | Drafted and Signed Off by Regional POCs | Reviewed Relevant Insights w DA/DS? | Tech Asks Ranked + Shared* |
|---|---|---|---|---|---|---|---|
| ✓ | Personal Safety | Alex Madsen | Complete | Complete | Insights - Complete | Complete | Moved into tech deck |
| | Road Safety | Olly Gill | Complete | Complete | Insights - Complete | In progress | |
| | Catalog Safety | Joe Navin | Complete | Complete | Insights - complete | in progress | |
| ✓ | Spender Identity | Leilani Silva | Complete | Complete | Insights - Complete | Complete | In progress |
| | Earner Identity | Aditya Trivedi | Complete | Complete | Insights - Complete | Scheduled for Oct 3rd with DS & Prod | |
| | Assurance | Joseph Tawney | Complete | Complete | Insights - Complete | N/A | |
| | SMS | Joseph Tawney | Complete | Complete | Insights - Complete | | |
| | Screenings (Americas) | Shyrose Razwani | Complete | N/A | Insights - Complete | Shared with Product on Oct 1st | |
| ✓ | Education and Awareness | Meredith Moore | Complete | Complete | Insights - Complete | Complete | Complete |
| ✓ | Deactivations | Shauna Theel | Complete | Complete | Laundry list of insights Complete | Complete | Top 5 Insights - Complete |
| | Growth Bets | Daniel Copeland | Complete | Complete | Insights - Complete | | |

**Slide 73**

---

7      hi @joseph.tawney@uber.com please update the checklist activities by marking them as in progress, delayed, or complete to help us track progress
       during the insights phase. Thank you!
       _Reassigned to joseph.tawney@uber.com_
       Diana Escoffery, 9/15/2024

1      Diana - we're taking a different approach with Assurance than with other program areas. No one currently owns these spaces besides Joseph, so he'll
       be completing a series of white papers to share out with the appropriate teams to build into their roadmaps.
       Daniel Copeland, 9/15/2024

6      hi hi @alex.madsen@uber.com can you add the latest updates here as we're wrapping up insights? thanks!
       _Assigned to alex.madsen@uber.com_
       Diana Escoffery, 10/2/2024

2      hi @ollyg@uber.com please update the checklist activities by marking them as in progress, delayed, or complete to help us track progress during the
       insights phase. Thank you!
       _Reassigned to ollyg@uber.com_
       Diana Escoffery, 10/2/2024

3      hey olly! could you please add the latest updates here as we're wrapping up insights? thanks!
       Diana Escoffery, 10/2/2024

5      hey shyrose- could you please add the latest updates here as we're wrapping up insights? thanks!
       Diana Escoffery, 10/2/2024

4      hi @shyrose.razwani@uber.com please update the checklist activities by marking them as in progress, delayed, or complete to help us track progress
       during the insights phase. Thank you!
       _Reassigned to shyrose.razwani@uber.com_
       Diana Escoffery, 10/2/2024

1      done
       Shyrose Razwani, 10/2/2024

# Tech Insights

| Program | Program Lead | Link to MAD & Core Services Tech Insights |
|---|---|---|
| **Personal Safety** | Alex Madsen | Here<br>Teens, Women Earners |
| **Road Safety** | Olly Gill | Here |
| **Catalog Safety** | Joe Navin | Here |
| **Deactivations** | Shauna Theel | Here |
| **Identity** | Jenny Luu | Here |
| **Education and Awareness** | Meredith Moore | Here<br>No Specific Section |
| **SMS** | Joseph Tawney | Here<br>No Specific Section |
| **Growth Bets** | Daniel Copeland | Here |
| **Screenings \*** | Joshua Lorusso | Here |

Uber | Tech Insight Redirection Links



# Personal Safety

# 4 ersonal Safety | Top 5 Insights (Stack Ranked)

**1**

**Serious sexual assault reports are increasing within certain product segments such as Xshare and delivery**, with a particular rise in reports against eaters on delivery and riders on Xshare. [delivery & mobility][SA/SM]

- In the US&C, 79% of indecent exposure (IE) incidents are reported against Eaters, with a growing NSFW Reddit forum dedicated to delivery-related IE activity.
- APAC has seen a 20% YoY increase in serious sexual assault reports, particularly in JP & ANZ, with concerns around indecent exposure and non-consensual touching during deliveries.
- Serious SA/SM is +333% higher on Xshare than X, largely due to increased reports against riders.

**2**

**The use of recording tools, such as Audio and Dashcam recordings, improves user accountability and reduces safety incidents, but operational efficiency and market expansion are necessary for greater impact.** [mobility] [SA/SM] [TR/PA]

- Trips with audio or dashcam recordings show a 7% reduction in IPC incidents.
- The current media review process takes an average of 45 minutes; there is an opportunity to streamline by focusing on relevant footage, reducing re-reviews, and improving classification accuracy.
- Not all Earners have access to media products (RMR/AR); launching products in more markets (i.e. secure legal/xf approval), which will increase user access and adoption.

**3**

**6** **Guest rides, due to anonymity and lack of accountability, present a significantly higher safety risk, impacting safety sentiment, driver cancellations, and incident rates.** [mobility] [SA/SM] [TR/PA]

- Guest rides are 109% riskier than non-guest rides, with informal guest rides being 32% riskier than formal ones.
- Only 29% of guest rides globally follow a formal process, with formal guest rides accounting for just 2% of total trips.
- Without Uber accounts, guest riders avoid accountability, heightening risks and affecting safety sentiment and driver cancellation rates.

**4**

**1** **2** **Though we've made progress, carjackings and vehicle thefts are on the rise in select markets, with a significant proportion committed by riders and third parties.** [delivery & mobility] [TR/PA]

- Carjackings account for 14% of global SPA mobility incidents, with a 10% increase in the last 12 months. Most notably BR +8%, South Cone +11%, MEA +108%, ANZ +57%. 63% of vehicle thefts are committed by Riders, and 34% by third parties.
- Anonymous riders, while making up only 9% of trips, are responsible for 48% of car thefts in LATAM.
- Car thefts involving Spenders are rising across markets (17%-65%), with higher risks for those with mismatched documents, frequent identity changes, or links to safety-locked accounts.
- In delivery, carjackings make up 28% of global SPA incidents, with a 70% increase in the past year. Over 80% of these incidents are attributed to third parties, with signs of collusion between 3Ps and Eaters.

**5**

**Serious physical altercations reported against riders are most prevalent, with heightened risks during certain trip conditions.** Additionally, **incidents involving third parties on deliveries are increasing**, especially at night, for two-wheelers, and during in-person interactions such as handshakes or meet-at-door deliveries. [delivery & mobility] [TR/PA]

- Serious physical altercations account for 55% of SPA incidents involving riders, with risks significantly heightened at night, on weekends, and when factors like low rider ratings, low tenure, multiple destinations, **cash payments**, or trips on **UberXL** (1.5X), **Rideshare** (1.4X),, and **Intercity** (10X) are involved.
- Although cash accounts for 31% of trips, it represents 67% of rider-related physical altercations. In delivery, physical altercations account for 34% of incidents, with a 23% global increase, primarily involving third parties (34%) and Delivery Partners (31%).

**Slide 76**

---

**4**       @renan.dias@uber.com @urvish.shah@uber.com @kmcdonald@uber.com
Alex Madsen, 10/2/2024

**5**       @alirorab@uber.com @analorena.vigil@uber.com guessing this may come from the guest rides summit decks -do you know?
Alex Madsen, 10/8/2024

**3**       Yes, this data comes from the SOT deck and the workshop decks, and from info added my the product & content design team in our personal safety
planning insights

https://docs.google.com/presentation/d/1_bo9oliOCUu3pNn2tRALc3jo3YD-V6_iATgkqE3uD-U/edit#slide=id.g2d2ee23d46c_4_0

https://docs.google.com/presentation/d/1k9QMzj0Y1uB6bSGgTQyAGV0uED04sdOAZ8gVkXf7aKQ/edit#slide=id.g2205347f849_13_0

https://docs.google.com/presentation/d/1rF4bX0aQAsJb3R1FOD9kE2W_bqodAvOzOHPA5Z5CrIY/edit#slide=id.g2819a44552d_0_6

@beatrix@uber.com do you have the original analysis?
Ana Lorena Vigil, 10/8/2024

**3**       Yes I believe so
Alex Madsen, 10/8/2024

**1**       @alirorab@uber.com @alex.madsen@uber.com
Can you remind me how we're defining anonymity here? Is this 'anonymous payment types' in the toolkit?
Alex Druy, 10/8/2024

**2**       Yes - confirming Anon Payment Types
Ali Rorabaugh, 10/8/2024

**1**       @yanjing.zhang@uber.com Hey, Liv! Can you clarify the source of these data points? Thanks!
Beatrix Lee, 10/9/2024

**1**       Yes, It was from the personal safety planning deck Ana shared above and I pulled numbers manually myself. But it was for Nonsexual IPC TR/PA(Ride
to Driver Serious Physical Assault, and L3/4 Theft or Robbery) not [SA/SM] [TR/PA] as listed here. Please update the wording or let me know I should
pull the numbers again for [SA/SM] [TR/PA].
Olivia Zhang, 10/9/2024

**1**       @alirorab@uber.com - is there an intention to study attempted carjackings too?
_Assigned to alirorab@uber.com_
Urvish Shah, 10/9/2024

**2**       @sunny.wong@uber.com @alex.madsen@uber.com do we have a source for this? I see similar data in this Booking Rides for Others deck (linked
below) but not quite 1:1 and curious if we know where the original analysis lives.

**Slide 76 (Continued)**

---

https://docs.google.com/presentation/d/1k9QMzj0Y1uB6bSGgTQyAGV0uED04sdOAZ8gVkXf7aKQ/edit#slide=id.g2205347f849_13_0
Alex Druy, 10/9/2024

6          Not sure I follow, 109% risker for just TR/PA?
           Alex Madsen, 10/9/2024

# Personal Safety | P1 Insights (Stack Ranked)

6
**Intoxicated riders are increasingly represented in serious sexual assaults, further, concerns about delivering to intoxicated eaters have intensified**. Alcohol consumption can impair judgment and alter behaviors, increasing the likelihood of riders or eaters behaving inappropriately or aggressively. Conversely, this intoxication might also make riders or eaters more vulnerable to assaults by drivers or couriers. [**delivery** & **mobility**] [**SA/SM**] [**TR/PA**]
- In the US&C, serious sexual assault incidents are 333% higher overall and 938% higher on xShare trips, largely driven by night trips and guest rides, which see a 14% and 15% increase in risk, respectively.
- In the US & UK rider intoxication remain Drivers' top safety concerns.
- Globally, couriers fear they might be faced with aggression or verbal abuse when delivering alcohol to intoxicated customers.

7
**Live agents help defuse risky situations, boosting safety sentiment and improving support outcomes**. [**mobility**] [**SA/SM**] [**TR/PA**]
- Consumers feel unprepared to react in the event of an emergency and fear that Uber's support might fail them in high stakes situations. 50% of new earners feel unprepared for a trip, citing dealing with interpersonal interactions (45%) what how to handle an issue (43%) and general safety (38%) as top reasons.
- Markets with live agents see an 11% increase in safety sentiment from drivers and a 5% increase from riders, with anecdotal evidence suggesting they prevent serious incidents.
- Users interacting with live agents experience a 22% lower time to resolution for ADT incidents and a 4% higher CSAT.

8
**Communication channels on the platform are being utilized for inappropriate content.** The business continues to expand methods of media & text exchange on the platform, yet this risk remains unmitigated. [**delivery** & **mobility**] [**SA/SM**] [**TR/PA**]
- Currently, safety actions are based solely on user reports, with no established guidelines, processes, or policies for content moderation.
- Some regions have started taking action on user accounts without a report, but this is not the global standard.

9
**Multiple products within S&I have implemented strategies to define eligibility rules for riders and drivers. However, there is no unified strategy or vision for how we determine if a product needs eligibility checks.** [**delivery** & **mobility**] [**SA/SM**] [**TR/PA**]
- Eligibility checks are used across various products like Women Rider Preferred and Uber for Teens to ensure safety, but there is no consistent approach across the platform.
- These checks not only impact safety and compliance but also have implications for earnings.
- Having the ability to customize requirements across a range of inputs, along with observability of what requirements are turned on and where, is key to a comprehensive strategy.

7



# Road Safety

# Road Safety | Top 5 Insights (Stack Ranked)

**1**
Earners' primary reason for being on the road is to complete trips which requires interaction with the Uber app; **app interactions and pressures have the potential to cause visual, manual or cognitive distractions.**
- Interactions with complex offers while moving is felt unsafe by Drivers, e.g. Trip Radar in APAC, and may contribute to 2.6x higher crash rates on match attempted Xshare.
- Inaccurate or insufficient routing and nav information are top pain points especially at key moments like pick up & drop off; contributing to cognitive load and extra taps.
- Lack of metrics and benchmarks for distraction risk makes it harder for (non-safety) Tech teams to understand potential distractions from core product flow updates.

**2**
**Our capability to detect risky driving behavior signals varies by market and vehicle types, as do the actions we take following those signals.**
- Telematics data has limited availability, particularly for 2W, Delivery or developing countries. 12% of drivers in INSA with DD reports showed persistent unsafe behavior.
- Fatigue correlates with crash risk, but a simplex approach may not adequately address the different causes and may fail to meet Regulators' increasing expectations.
- The safety sentiment report identifies lack of ease for both Riders and Drivers to report feeling unsafe, e.g. due to lack of a helmet, or concerning driving / riding.

**3**
**Crash risk is one of the levers of insurance cost; road safety can support high priority business goals through more aggressive identification and actioning on risky drivers in the US as well as improving the crash experience.**
- US&C incident rate for Delivery VCC is up 15.3% over the last 12 months. Although delivery is only 15% of insurance spend, that represents a $719M opportunity. Due to lack of signal from rider feedback we lack a sophisticated model that more accurately predicts crash risk and removes those earners from the platform.
- On the Uber platform, pedestrian crashes only account for ~2% of all crashes, however, they make up 26% of all critical VCC and incurred the second highest net loss from 2022-present at $133M. The only specific pedestrian safety controls we currently have are yearly pedestrian education month comms.

**4**
**There is low visibility for safety product performance, both externally** (amongst policymakers and Key Opinion Formers) **and internally** (lack of tracking)**.**
- Lack of product coverage and performance tracking slows expansion, hides outages, and makes it harder to develop external messages on our safety efforts.
- Globally 2W lags 4W in easy to understand, consumer-facing safety products which help improve safety sentiment. Especially in 2W and developing markets, competitors are aggressively launching and talking about new products; we lack a demonstrable commitment to safety to share with Policymakers as well as users.

**5**
**Gathering data on crash contributing factors is highly manual, meaning it is resource intensive, has gaps and is inconsistent.**
- Ticket reading indicates contributing factors to crashes, but not at scale nor consistently. Consistent access to data on risk factors and the strength of their correlation to serious crashes would help quantify road safety risk assessments, develop controls and track improvement.
- We have limited understanding of the compound effect of risk factors, e.g. night time driving and fatigue, or bad weather and unsafe pickup points,, meaning it is difficult to conceive or configure controls to mitigate these specific scenarios.
- In August '24, Moto reached a run rate of $1.2B in GBs, growing at 94% YoY. 45% of serious incidents in Brazil were on Moto. At this scale, and to sustain further growth, we must gain a better understanding and have a more granular quantification of key risk factors on Moto and how they differ to 4w.
- Frontier markets such as Moto in Kenya may have less well established safety cultures and less well enforced 'fundamentals' in road safety, such as driving licences.

9



# Catalog Safety

# 2atalog Safety | Top 5 Insights

**1** **[RI ID Verification]** Current ID verification tech and policies for verifying age, identity, and document legitimacy on alcohol deliveries are contributing to non-compliant deliveries, jeopardizing our regulatory and commercial license to expand our alcohol business.

- Although we notify users of the age requirement for RI deliveries, we don't require age confirmation or proof before an order is dispatched. This policy gap leaves us behind U.S. competitors like IC and DD. Serious IPC rates are approximately 5x higher in markets with ID verification and we believe that the absence of spender identity verification contributes to increased risk.
- In the US, scanning barcodes without fraud checks risks accepting fake IDs from underage users because there are no validity checks. Additionally, manually entering DOBs (UK primary IDV method) does not ensure accurate age verification and leaves us vulnerable to underage alcohol purchases.
- Courier agency is a critical yet often overlooked factor in non-compliant deliveries. Even with advanced tech, our efforts falter if couriers neglect ID checks due to indifference or incentives for quick deliveries. With ~2% of US couriers showing signs of not checking IDs, it will be critical to (1) ensure couriers fully understand their compliance responsibilities, and (2) limit alcohol delivery opportunities to those earnest about compliance.

**2** **[PI/RI Classification]** Managing rRI/PI across two item platform infrastructures (INCA and MM), which together host over 1 billion unique SKUs, is incredibly complex. We currently rely on various ML and keyword detection models to identify these items, resulting in a substantial operational burden and inconsistent quality management. As our catalog continues to diversify, failing to invest in this area will impede our ability to ensure RI/PI delivery compliance.

- The ML model used for CAP/OFD, distinct from the INCA model and no longer maintained, has shown a 4.3% decline in its ability to identify alcoholic items. Moreover, underinvestment in CAP has prevented geographic expansion, leaving us unable to close program vulnerability gaps (i.e. removing PIs from integrated merchants) and forcing reliance on keyword detection for OFD in non-CAP markets.
- Items in INCA are audited inconsistently and often without manual review, leading to quality issues (ex: ~15k misclassified alcohol items overlooked by UPT ML/Catalog Ops due to alcohol being a secondary score). Consistency in our auditing and accountability is crucial for effectively managing the space

**3** **[Allergen Safety]** In 2024, we have made substantial progress with the new allergy request feature covering 80% of OFD markets, reducing allergy disclosures in SI by 20%. However, gaps in a cohesive allergen management strategy could put us at risk with regulators, merchants, and customers.

- **OFD:** (A) Approx 20% of food allergy incidents after the launch of the allergy flow are due to a lack of customer transparency on the menu. (B) POS-integrated merchants account for ~50% of gross bookings on the platform, and the current solution is suboptimal for this technologically complex cohort.
- **G/R** (A) 8% of the population have food allergies. There is no current solution to support these customers with food allergies in Grocery storefronts. (B) 40% of product recalls are due to undeclared allergens. Having a consistent solution to communicate product recalls with impacted stakeholders is critical to preventing severe hospitalizations and fatalities.
- **Merchant Transparency:** ENT/Strategic partners want transparency into food safety incidents on the platform so they can improve their internal processes and reduce defects. To provide this, we must remove support abuse by identifying order and account behavior upstream before agent processing

**4** **[Item handling]** 2W Serious crash rates on G/R are ~60% higher than those for OFD and represent 10% of all serious 2W crashes in the US (6.4% of trips), potentially driven by the need to transport heavy items. Among products linked to Uber's canonical product catalog, only ~39% of items have valid weight data (query). This missing data makes it difficult for us to effectively use tools like DMC or IAD to protect 2W couriers from heavy orders.

- In addition to limited data visibility, we also fail to provide couriers with detailed trip information or sufficient time to accept orders, potentially pressuring them into accepting trips they may not be able to fulfill safely.
- The issue of heavy orders is worsened on Direct because we lack catalog data for these merchants. Our ability to enforce policies on prohibited items is limited, necessitating greater accountability from merchants to safeguard couriers. For example, a courier was tasked by Walmart to deliver multiple gas cans, which spilled during transit.
- Further, the US is currently discussing a new program with large retailers (e.g. Walmart) called "Big and Bulky" which would have couriers transporting items weighing 60-70 lbs, increasing the risk of strenuous injuries

**5** **[Merchant Safety Policies]** - In the US after some merchants are deactivated for violating our prohibited items policies they are able to return to the platform and sell PIs again under a new name.

- For example, a merchant in Florida called "Vice City" has created >20 different accounts in an effort to repeatedly sell prohibited items on the platform which has created issues with local regulators. It's unclear how widespread this issue is because there is no standardized mechanism for identifying problematic merchants that have returned to the platform but when it does happen it exposes clear and obvious gaps in our key controls.
- Currently, if there's an IPC between a DP and a Direct customer, we lack mechanisms to prevent the DP from being dispatched to the same recipient again. Our only option is to block the pairing between the DP and the merchant. However, this can unfairly impact the DP's earnings, especially in cases where the DP is not at fault or reports are conflicting.

Uber | 

81

**Slide 81**

2          @gbrown@uber.com - insights in.

           cc @akhilav@uber.com @yaoc@uber.com @stefanie.stevenson@uber.com
           Joe Navin, 10/1/2024

# Spender Identity

# **Spender Identity** | Top 5 Insights (Stack Ranked)

1. **Gaps with DocScan performance compared to expectations continue to cause concern.** Findings from Assurance audit in H1 remain unremediated such as **name-mismatch,** which is associated with higher **R2D SIPC/THOR IR (5x US and 6x LatAm)** and has appeared in 4 of 14 L4's in LATAM from April-June '24. **Card Bypass** also continues to be abused by bad actors, associated with 2 L4 fatalities within 3 weeks (Oct - Sept '24 in LATAM). Post LATAM bypass XP, the team will need to assess the feature in other regions (MEA) and controls (Selfies). Additionally while we continue to build towards  DocScan + Selfie becoming our IDV standard, there are challenges when deploying the control to data strict markets of EMEA & APAC with challenges of data retention customizations.

2. **There's A LOT of opportunity to improve Spender dedupe to ensure bad actors don't return to the platform.** Linkages to safety locked users by name match + payment or device have a **47x SIPC IR** - confirming need to invest in space, & further continue. Leveraging uSim scores of new signups against safety locked can give an additional linkage with **16x SIPC IR.** Other signals have yet to be incorporated such as, IDs from failed challenges (e.g. SDM), passive verification attributes (where available), collectively building past direct linkages towards. 2-hops. Support Abuse is also looking to us to expand deduplication to support rider accountability and prevent wrongful earner deactivations globally.

3. ☐ **nown rider risk signals are currently not used or not integrated with one another to determine a user's risk.** While current risk signals have focused on low-trip counts and anonymous payment methods, signals from account history and changes show concerning risk insights:
   - R2D SIPC/THOR IR is 8x higher for users with 3+ **name changes,** and 4x higher for 2+ **mobile number changes** [US]
   - R2D SIPC/THOR IR is 28x for users who initiate **ID Reclamation** [LATAM]
   - Users with a **past IPC report** have a 17x higher risk of committing a future SIPC [Global]
   Risk signals obtained from other challenges or flows such as SDM failures or Social Connect verifications are also potential signals in targeting risky riders (especially tenured).

4. **Spender ID has been one of the most impactful features for Earner safety sentiment.** The US's consumer verification initiative is one of the most impactful features to Earner sentiment in the past 3 years ('Uber is committed to safety' **+5.6%** & 'I feel safe using Uber as a driver' **+5.1%**). While US continues to refine the integrity of badges (e.g. name validation, name changes, RBV), BR is the next priority market to gain traction against LATAM competitors. Additionally there's still need to address **Inappropriate/Fake names** by making detection more language inclusive and exploring **profile photos** which are highly valued by Earners.

5. **Spender ID controls are critical to unlocking business growth opportunities, many of which have heightened safety risk.**
   - **Cash** expansion into EU countries (Hungary, Luxembourg, Poland) and the US with IR for cash is **~6X higher than non-cash trips**.
   - **Connect ("Courier")** R2D Non-Sexual SIPC IR in LatAm is **50%+ higher than mobility** overall with Argentina 150%+. Connect will also be **expanding to APAC** (ANZ, TW and JP) with ANZ by EOY
   - **Xshare** in US&C + ANZ is showing **5x-10x higher SA/SM rate than Uberx**.
   - Expansion for **Restricted Items** (alcohol, prescription drugs, tobacco) require IDV for age verification.

3

**Slide 83**

1          @vschipani@uber.com FYI re:name changes x risk, in light of Rider ID XP
           Christina Lee, 10/9/2024



# Earner Identity

**Earner Identity** | Top 5 Insights (Stack Ranked)

**Please refer to this deck for Earner ID**

P-01316.00100



# Deactivations

**Deactivations** | Top 5 Insights (Stack Ranked)

**Please refer to this deck for Deactivations**

P-01316.00102

# Screenings (Americas)

# Screenings (Americas) | Top 5 Insights (Stack Ranked)

**1**  **[LATAM] Footprint:.**  As the region is in charge of 17 countries it's crucial for us to organize and work on top of efficiencies for our vendors and promote actions that will guarantee a seamless operations.
- Brazil 2nd Vendor Implementation and Integration
- Integrated remaining funnel countries for iAudit and Blacktrust, considering Costa Rica and El Salvador migration to BT operations
- BR Appeal Portal Result Integrations

**2**  **[LATAM] Operational Efficiency:** As we are on a path for a multi vendor strategy as well as having our operations more integrated we need to improve in some aspect of our overall visibility and understanding of operations
- Revamp monitoring by improving our MVP dashboard and metrics
- Cancel Cases Revamp where we will be able to make a leaner and faster process
- Jira Revamp: launch requests; emerging screenings problems
- BR BGC Simplification: Unified BGC simplifying the existing profiles
- Foreigners process: major country impact Costa Rica and lack of a global process
- Reruns flexible cadence for LATAM:  Review Rejection rates looking for efficiencies
- Adjudication Criteria Review looking for opportunities in safety and/or supply

**3**  **[US&C] Reducing BGC Cost:** There is still a lot of opportunities to further reduce total cost of background checks, particularly around (1) reducing wasted spend, (2) optimizing spend on passthrough fees, and (3) reducing support cost.
- YTD (Jan-Aug'24), about 43% of total US direct BGC cost or $67M was spent on earners who didn't take a trip after 28d from passing a BGC.
- In the US, we spent $201M (68% of total US direct BGC cost) in PTFs in 2023 and we expect an increase in 2025 as we will start paying for all PTFs instead of selected few.
- Yearly, we spend ~$26M in US&C BGC-related support cost. From these, 54% come from front-line support and 46% for back-office.

**4**  **[US&C] Fixing Subscriptions:** Known gaps with subscription based products (ie: CM, DCH, LENS, EPN) lead to safety, regulatory and financial risks.
- We found over 100k earners with a missing enrollment.
- Over 10M earners over-enrolled (which represents an opportunity of about $0.5M in cost savings per month). Readout

**5**  **[US&C] Fixing Canada Issues:** There is significant tech debt in Canada that results in inefficient and unreliable processes, disproportionate support cost, and a worse earner experience when compared to the US.
- ~26k earners were outside of compliance as they were granted the incorrect expiration date after OneEarner migration back in June/July 2023. Ops spends about ~4h/wk managing BGC expirations manually.
- Despite Canada representing only 11-13% of US&C trips, 25-30% of overall US&C BGC contacts come from Canada. This costs roughly $2.8M per year, with 289k frontline contacts.
- 56% of earners stuck in BGC funnel come from Canada vs. 11% from the US, despite the US having > 5x more earners. Source

Uber I

89

# Education and Awareness

## Education and Awareness | Top 5 Insights (Stack Ranked)

**1** (Global) [mobility +delivery] Earners aren't getting safety information in an upfront and accessible way and feel unprepared.
- There is too much reliance on messaging, earners tune out. The most dismissed feed cards contained education.
- Earner research tells us only 46% of new earners use an Uber source to find information and educate themselves during their onboarding experience.
- 50% of new earners feel unprepared for a trip, citing dealing with interpersonal interactions (45%) what how to handle an issue (43%) and general safety (38%) as top reasons. About 25% would like more safety information

**2** (Global)[mobility+delivery] Education is broad and doesn't target specific behaviors we know contribute to safety incidents. We know that educating and informing users via targeted information leads to behavior change. E.g. Pre-DACT warning messages reduced serious and non-serious IPC rates globally by -5.21% and sexual assault and sexual misconduct rates by -16.8% globally.
- UXR tells us 43% of Earners reported being unaware of the specific actions they need to take to correct their safety behavior when receiving a warning message.
- Lack of specificity/actionability causes Earners to feel helpless and not take any action to correct the behavior.

**3** ( Global) [mobility +delivery] Earners crave connection and community, often going to third-party platforms to share tips, ask questions, and educate themselves about safety, where they often seeing negative sentiment and misinformation.
- Earner research tells us only 46% of new earners use Uber sources to find information and educate themselves during their onboarding experience.
- A pilot for Uber Crew, a community forum for earners run by highly engaged earners in the US, is a use case as well as the mentorship initiatives the Earner team has rolled out.

**4** (LatAm, APAC)[mobility] Riders are avoiding rideshare because they are concerned with driver behavior. 49% of riders avoid taking Uber because the driver makes them feel unsafe.
- MX, BR, AR over 70% of riders are concerned with drivers driving dangerously.
- MX,BR,AR about 60% of riders are concerned with sexual harassment, physical/verbal assault.
- 71% of Earners experienced differing perceptions of safe behavior, equating 'safe' with 'legal' despite what riders report.

**5** (Global) [mobility +delivery] We lack education to mitigate risks facing specialized audiences and LOBs (LGBTQ+ earners, Moto riders/drivers, Intercity/X-share, pedestrians)
- We know that education can move the needle on behavior. Based on observational data from the US&C, we find drivers who completed SA/SM education had 10.11% lower SA/SM incident rate (4.34 less incidents per million trips, stat sig) than drivers who didn't complete, yet we still lack global content for new and emerging risks.
- 50% of gender-diverse drivers in Spain and 33% in France cited safety and verbal/physical harassment as a concern.
- SA/SM on Moto is a growing concern in APAC. 50% of SA/SM occurs on moto rides in India.
- Global data suggests that for shared rides, the risk of sexual assault (2.7x), serious sexual misconduct (2.6x) and post-trip contact (2.7x) is significantly increased. the risk of serious interpersonal conflict (non-sexual) (2.8x), and discrimination (5.5x) is significantly increased on shared rides.

P-01316.00106



# Growth Bets

# 2 Growth Bets Safety | Top 5 Insights - **3P and 1P Taxi**

**3P P0 safety feature coverage is high, but more is needed on P1 list to achieve feature parity**

1 As of Sep 2024, we achieved 90% P0 safety feature coverage for 3P hailables. However, there remains a lack of safety parity between UberX and 3P Hailables. This sheet shows a list of P1 features that are not included in the 3P API, including: in-app audio recording; RideCheck; functional PIN verification; Trusted and Emergency Contacts for earners and riders; as well as driver status linking & propagating. Achieving safety parity between Uber products would  (1) ensure a consistent user experience and potential reduction in overall serious incident rates by eliminating safety disparities across the platform; (2) enhances operational efficiency by streamlining safety protocols, while also mitigating regulatory risks; and (3) build trust and protect its brand reputation, ensuring all customers feel equally safe regardless of the product they choose (especially on coalesced supply, where there is a stronger expectation for safety parity from a user perspective).

2 **1 Relatively higher non-serious incident rates on 3P Coalesced trips, but very few driver-reported incidents shows either great rider behavior or significant underreporting (e.g., due to cultural reasons)**

1436 vs. 1050 overall IR in the US for coalesced vs. non-coalesced trips (+37%). But even while non-serious incident rates are higher on 3P coalesced trips, when we segment by driver-reported incidents, we find that there were only 3 incidents (of any level)  reported by drivers in the last 12 months in the US. These are similar findings from a 3P Hailables safety analysis completed last year, when we reached out to several Curb drivers who appeared to back claims that they had not experienced incidents and therefore felt no need to report. This doesn't mean that IPC incidents for other drivers don't occur, or that there isn't underreporting from drivers.

**Evidence of slow Incident escalation pathways and lack of clarity for agents for Splyt 3P partnership**

3 As stated above, serious incidents are relatively rare on 3P trips. However, In late July, there was an L4 SA/SM incident in Italy with our 3P partner, Splyt. There were delays in the case getting picked up for safety investigation and lack of clarity regarding the policy when an alleged offender is a 3P taxi,. This resulted in the driver remaining online and taking trips for approximately 20 days after the incident was first reported to Uber. CommOps remediations are in progress, including improved clarity on the escalation path for incidents and agent retraining.

**1P Taxi IR decrease is global and significant.**

4 Global 1P Taxi IR rates have decreased 34% on average in L12M compared to P12M, mostly due to trip volume increasing without proportional increases in incident volume. The use of the Uber app, pre-existing parity of safety features between 1P and P2P, as well as near-parity in onboarding processes for drivers, have created positive momentum for safety as trip volumes expand.

**Low Serious Incident Rates on 3P Delegated and Coalesced Trips**

5 Overall, there are very few serious incidents on delegated 3P Hailables. In L12M, there were 5 Serious IPC and 1 serious auto crash w/ Splyt on 2.78 million trips, which translates to a serious IPC rate of 1.798 and a serious crash rate of 0.36 per million trips. For Coalesced trips (CMT, HK Taxi, Curb), serious incidents have also been rare - 17 incidents total, which translates to a serious IPC rate of 3.8 and a serious crash rate of 2.98 in the US (there is insufficient data in APAC). Comparing these US 3P rates to US UberX/1P Taxi rates, where there are many more trips (and more confidence in the baseline incident rates), we see a serious IPC rate of 10.2 and a serious crash rate of 8.4. There could also be a volume issue at play.

Uber I

93

**Slide 93**

| 2 | @gbrown@uber.com growth bets insights are here. I ended up adding the insight about eligibility requirements under U4B, but it is not a P0 because our needs are currently met (eng PRD) and legal didn't think this issue was increasing our risk exposure |
|---|---|

Daniel Copeland, 9/30/2024

| 1 | Should we add '3P driver education campaign or notifications' can help drive better incident reporting and actioning against bad riders. |
|---|---|

@chris.lee@uber.com

Vinay Karodia, 10/3/2024

# Growth Bets Safety | Top 5 Insights - **Intercity**

**[Ed Tan / Dan Copeland] Serious Physical Assaults comprise a higher % of incidents on Intercity because of fare disputes resulting from toll and tax disagreements, and rider refusal to pay.** [Analysis]

- [Serious IPC] Serious incidents are 4X higher than UberX, even when controlling for distance. Intercity contributes 8% of all serious incidents despite only being 2% of trips. Serious Physical Assault (SPA) is the largest serious subcategory, and fare issues lead to almost half of the serious altercations compared to 26% for Intracity cars.
- [Toll and tax]: Disagreements between riders and drivers regarding payment of tolls and taxes for intercity trips account for 37.5% of all the reported fare issue-related incidents. Currently, tolls and taxes are not included in the upfront fares shown to the riders when booking the trip. At the end of the trip, the driver is supposed to collect the tolls and taxes over and above the fare shown on the Uber app. This differs quite starkly from what most riders are used to in 4W intracity trips where tolls and taxes are always included in the final fare and the rider is not supposed to pay any extra amount. When riders are unaware of this important distinction or are unclear of the actual amount to be paid (as tolls/taxes), it leads to verbal altercations which could even escalate into physical altercations.
- [Refusal to pay] 42.5% of fare issues occur when riders refused to pay the final fare for intercity trips after completion. Key reasons include bad rider intent or intoxicated riders.
- [L4 Callout] In addition to IPC due to fare issues, these trips do present an opportunity for riders with malicious intentions to lead the driver to remote or isolated areas. There was a recent L4 where a first time Intercity rider killed a driver after leading him off of the main road in an isolated area.

**3 Dan Copeland] Driver Fatigue on Long Trips Increases Road Safety Risks and Incident Rates**

- [Fatigue Increases Risk] Long hours on the road significantly increase the risk of incidents due to driver fatigue, especially on extended trips. Vehicle crash rate is 70% higher for Intercity trips in comparison to 4W intracity trip, both because of fatigue and tunnel vision. The number of incidents caused by drivers colliding with vehicles is higher than third parties colliding with Uber vehicles.
- [Rest Periods in Pricing] There are no rest periods incorporated  into pricing and trip confirmations
- [Prioritize Well-Rested Drivers]: Drivers are not currently matched with riders based on a measure of fatigue (# of hours they have been on the platform, for example)
- [DHL Obstacles]: India does not have DHL turned on for 4W, as there was a 9% reduction in fleet supply when this was initially tested. Anecdotally, drivers wanted to go to competitors where a DHL-adjacent feature was not a requirement and where they can work enough hours to pay for the cost of renting the vehicle from the fleet owner. There are ongoing efforts to overcome this hurdle - the DHL incentive structure has worked for all other major markets so there is optimism that this can work for India drivers as well.
- [Long Trips] Trips over 10 hours make up 12% of intercity trips and show higher incident rates (IR) due to increased driver fatigue.
- [DHL's Limitations] DHL is ineffective for fatigue management on multi-day or long-hour trips where drivers may rest mid-journey, making exact driving hours hard to monitor.
- [Driver Return Preferences] Drivers prefer returning to their origin after shorter trips (7-8 hours), often skipping rest in other cities, raising fatigue risks.
- [Challenges with Multiday Trips]: Enforcing rest periods on multiday trips is tricky, as riders prefer flexible schedules, complicating fatigue management without affecting the user experience.
- [More Challenging Roads] Mainly, state highways or national highways are used during intercity travel, which is much riskier compared to intracity travel. The likelihood of accidents and fatalities on long highway routes is significantly higher. Approximately 60% of road accident fatalities in India (as per the India Road Ministry data) occurred on highways which are mainly used for intercity travel.
- [Risky Routes] Today approx 60% of intercity trips happen on fixed routes. Certain routes are riskier and prone to a high number of road accidents due to road conditions and tough terrain.

**Slide 94**

| 3 | @daniel.copeland@uber.com @ollyg@uber.com is this on a per trip or per mile basis? |
| | Alex Druy, 10/9/2024 |
| 3 | If I remember correclty, all insights were normalized for distance |
| | Daniel Copeland, 10/9/2024 |

# Growth Bets Safety | Top 5 Insights - **Intercity**

**3**

**[Dan Copeland] Higher Risk of Altercation with Early Life Cycle (ELC) Riders and Drivers**

- [Driver Eligibility] Only Drivers with over 50 lifetime trips and those without recent quality or safety infractions are eligible for Intercity. However, they are still considered ELC Intercity drivers until they complete >5 trips.
- [Increased Risk Among ELC Drivers] ELC intercity drivers have a ~60% higher rate of serious and non-serious altercations compared to mature drivers. 50+ trips are by new riders on intercity.
- [Significantly Higher Risk with ELC Riders] ELC riders pose a 5x higher risk for serious altercations and 4x higher for non-serious incidents, often due to misunderstandings about tolls and taxes.
- [High Conflict Likelihood in ELC Pairings] Trips involving both ELC drivers and ELC riders have a significantly higher likelihood of conflict compared to trips with mature participants.
- [Lack of Education for ELC Drivers] No formal training is provided to drivers before their first intercity trip, leaving them unprepared for common issues and conflicts.
- [No Restrictions on ELC Driver-Rider Pairings] There is no mechanism to block pairings between ELC drivers and ELC riders, increasing the risk of altercations.

 2

**4**

**[Dan Copeland] Intercity is cash-only for the first 10 trips, which reduces digital fraud risk but increases serious IPC risk.**

- [Fraud Concerns]: Digital payment methods like cards and UPI are susceptible to fraud, leading to significant revenue leakage in intercity trips. To mitigate this, new riders (ELCs) are restricted to cash payments until they complete 10 trips.
- [Safety Issues]: Cash-only trips for new riders increase the risk of serious physical assaults, primarily due to fare disputes. This poses a significant safety concern, with a higher assault rate for ELC riders.
- [Business Impact] Blocking ELC riders from intercity trips could negatively impact growth and user experience, as ELC riders make up a substantial portion of intercity users. In addition, 80% of trips are paid in cash, so just allowing digital payment would enable bad actors to exploit existing digital payment methods without a significant upside for safety (because most good riders would still opt for cash). Previous efforts at identifying fraudulent users of digital payments have not been successful from a marketplace perspective – e.g., deploying SDM in India would have led to a potential 7% topline loss on intercity trips. Other interventions like pre-authorization holds, risk-based verification, etc. may create similar business headwinds.

P-01316.00112

**Slide 95**

2          Even for digital trips, there are additional cash payments for every intercity rider like tolls, parkings or any other state tax.
           Vinay Karodia, 10/3/2024

# Growth Bets Safety | Top 5 Insights - **U4B, Health, Transit, Central**

**1**  **U4B Guest riders (especially on Health and Transit, but also 30% of Central users) are not using the Uber app and instead use SMS and Robocalling and lack access to many safety features. A minority of Health users lack features altogether.**
- Unlinked Health riders have limited access to safety features. 21% of users who take Health trips have an Uber account, but 0% of Health riders are linked to the Uber app and therefore do not have access to in-app safety features. They cannot have access because the app itself is not HIPAA compliant.
- 88% of users have cell phones, ~12% have other (landline, VOIP). 2.5% of riders with the ability to receive SMS (cell phone users) opt out of receiving SMS.
- We are currently unable to provide access to many safety features via SMS., including general safety Toolkit functions.
- *~70% Central* Central has "trip linking" where the rider receives an SMS with a clickable URL that links their guest trip to the Uber app.

**2**  **Limited access to safety incident data hinders strategic interventions across multiple platforms. In addition, some of our safety support processes may be sub-optimal compared to other LOBs.**
- U4B and HCV are the only growth bets / graduated bets without data available in the safety incident dashboard.
- There is some measure of blindness in our in our safety support processes due to HIPAA compliance, the full extent of which is to be determined by an upcoming audit. (analysis forthcoming)

**3**  **Vulnerable riders, such as unaccompanied minors and the elderly, are assigned drivers without stricter eligibility requirements.**
- Restricting supply to drivers with past safety records only would reduce supply by an avg of 13.73%. While this could lead to lower ETAs, we have reason to suspect that longer ETAs don't actually lead to lower C/R on Health in the same magnitude they do on core rides, and therefore we likely overestimated the impact of the C/R impact on Health given the little impact to unfulfilled rates. (Most rider cancellations on health happen when there is a 1-5 minute ETA; the increase in ETA doesn't have the same volume of rider cancellations as it does on Core).
- Restricting supply to match the full teen criteria (with tenure and ratings limitations) would impact about 32% of supply which, based on over 140 simulations, would have a 12.15 pp reduction on trip completion rates.  For marketplace teams, a 1% impact to C/R is a big deal.
- There is the potential to make use of a platform wide framework for all rider and driver eligibility requirements (e.g., the **Eligibility Platform**). Historically, we've built eligibility requirements in isolation for various products like alcohol delivery, health trips, teen trips, cash, and moto. There should be a singular service that we can go to to implement these requirements in a standardized, and efficient way, at scale.

Uber  I

# Growth Bets Safety | Top 5 Insights - **Shared Rides**

**1**
[chris.lee@uber.com], +1 Ed for APAC] **xShare trips have a higher personal safety incident rate than UberX globally**
- In the US, xShare trips have higher SASM incident rate compared to UberX (~4x), with matched trips having a higher IR for Serious Sexual Assault (3x) & Physical Altercation (1.6x) than single rider
  - In ANZ (another key market), SASM risk on matched trips is 5x-10x higher than UberX.
- On matched trips, 47% of IPC incidents are rider-rider. **Current SRAD does not work to mitigate rider-rider risk - a tool to reduce overall riskiness for matched trips on xShare or between riders on HCV simply doesn't exist today.**
  - Although we can explore other options such as limiting access to xShare based on rating or tenure, a dispatch control like SRAD could better target this risk without penalizing lower tenure users and would better complement usage of SRAD to mitigate driver-rider risk.
- Current SRAD does not work to mitigate rider-rider risk - **a tool to reduce overall riskiness for matched trips on xShare or between riders on HCV simply doesn't exist today,** consider what the downranking mechanism is and whether that needs an adjustment for products with fixed routes / times like HCV

**2**
[chris.lee@uber.com] **xShare has a 16% higher crash claim rate than UberX  - in-app configurations are a key contributor**
- The risk of serious road safety accident (3x) is significantly increased on shared rides., with the US&C as a primary contributor.
- xShare drivers involved in an L2 accident shared concerns around **the app providing unsafe routes for matched trips, inefficient rider matches** (ie. large distances between rider pick up / drop off locations, leading to delays), and **limited warning of a route change when a new rider is added.**
  - These factors, as well as the higher rates of IPC noted above, may increase cognitive load on the driver, increasing risk of accident.
- Drivers have to **tap more in the app** for xShare than UberX, increasing risk for crash (12% higher for matched trips; 14% higher for unmatched with attempts)
  - One tap per trip increases the claims odds ratio by 12%
  - Increased tapping events include tapping cancel reasons, report issues, navigation buttons, checking trip agendas, and other reasons.
  - Because minion trips are auto-accepted drivers have to go through multiple taps just to cancel

**3**
[chris.lee@uber.com] **Unmatched trips with no attempts are riskier than X; in theory, they should have similar risk levels**
- Unmatched trips with no attempts make up 80% of xShare trips
- Rider behavior and support abuse are possible root causes - more investigation needed
  - Compared to UberX users, xShare users tend to be lower tenure & lower rated
- Unmatched with no attempt trips have 8% less taps than UberX

**4**
[chris.lee@uber.com] **Incidents Resulting from PuDo location**
- xShare shows a higher rate of insurance claims vs UberX (1, 2, 3).
- While some increased degree of costs (~5%) are expected, costs are 20-35% higher for xShare vs X. This "product diff" is the 15-20% that cannot be explained by trip characteristics (ex. Weather, estimated distance, etc).
- Optimizing an ePUDO-like product to prioritize safe Pick up/Drop off locations (or ban unsafe ones such as bus lanes) is recommended, but would  be difficult to do at a global scale due to being manually intensive.

P-01316.00115

# Growth Bets Safety | Top 5 Insights - **Connect**

**1** [chris.lee@uber.com] **Theft of Item by Earner / NRO is a key issue for Connect, but valuing items is a challenge**
- Theft or Robbery has an IR of **9.5** (-11.1% 12M v 12M)on UberX. For Connect it's **93** (+11.8% 12M v 12M)
- Unlike in other delivery LOBs, items sent via Connect are not tied to an existing catalogue (ie. a restaurant menu, a store's stocklist). When items are stolen, there is no clear way to assess item value.
  - Users can put in descriptions of their package, but it's optional. They also cannot add photos of the item.
    - Even if it became mandatory to include a description and estimated value, some users may lie or devalue the item out of concern that listing an expensive item could incentivize theft.
- Theft is tied to SDD incidents, and while a logic flow has been developed, it is only a piece of the larger puzzle
  - In the US, 1.34% of Connect trips result in a missing package claim. We successfully return packages on 15.3% of these claims, with an average return window of 1.3 days (data considerably lower than our Lost Items Mobility baseline. Our Lost Items team adds the strike notes and opt-out tag which **doesn't take into consideration missing package contacts reported as theft that are routed to our Safety team**. (source).
- To mitigate this, we want better ways to flag NRO and ThoR situations - especially those involving high value items -  so we can identify bad actors before they escalate

**2** [Daniel Copeland] **Suspected drug dealing has decreased, even without the full rollout of Spender ID in the US.**
- Pending Rider ID XP - suspected drug dealing rate has decreased by 12% in the US&C and ~7% globally, even though we haven't yet gated US Connect trips Rider ID. This may be due to the other improvements that are currently live and have been layered on top of existing safety features, including Doscan 12am-6pm, DocScan for previous SDD reports, and DocScan for first-time cash trips, in addition to stricter deactivation rules. An attribution analysis would be helpful here to determine what we think could have caused the decrease.
- [Edmund Tan/APAC] +1 on this for APAC as we push out Connect launches in JP/TW as well as update safety tools/requirements for ANZ as part of compliance with the Connect Standard.

**3** [chris.lee@uber.com]  **There is a gap between when DocScan is triggered and when the user completes it. Some users are able to take trips during this period. (source)**
- Users are being 'Verified' for uploading a doc without a check to see if it matches their account name
  - **There is no name-mismatch rule in the US** (which has the highest IR for suspected drug dealing globally; in L12M, US contributed to  57% of all SDD incidents but only 4% of Connect trips globally); the rule_safety_docscan_name_match_check_flash rule is only live in Argentina & Chile
- Of 91 Connect users who completed DocScan and were involved in a suspected drug dealing incident,  **27.5%** (n = 25) **had an account name that did not match their ID name;**
  - Only 1 user uploaded an ID that appeared (by a non-expert) to be manipulated
  - **11 users were able to take trips between DocScan trigger and completion**, of those, 6 had a name mismatch

**4** [chris.lee@uber.com] **SDM on Connect Must be Prioritized**
- The Connect global safety standard suggests launching SDM where it is live in the market on other flows and where the model shows potential to efficiently reduce incident rates.
- There is an XP for using the Mobility stack for Connect expected to launch in November 2024
- In addition to targeting SIPC and ThoR, SDM could also reduce Suspected Drug Dealing rates by periodically retriggering DocScan based on risk signals .
  - Global L12M IR for Serious PA is 15.2,  Serious SA is 1.3, and **Theft or Robbery specifically is 83.3,** and **Suspected Drug Dealing,** a key issue for Connect, has a global IR of 48 and a 12m - 12m increase of 88.2% (source).

**5** [Edmund Tan] Connect Launch & Cancellations (from 2024 tech ask)
- When a DP cancels a delivery due to potential safety reasons, we currently do not do anything with this information. If the DP do not inbound, we will not be able to see what makes the DP feel unsafe. In the case of Connect trip, if a DP cancels the delivery due to Suspicious item (package may contain illicit drugs), we want a ticket to be autocreated so we can be notified of this and provide immediate support to our DPs.

8

**Slide 98**

1        @alfonsocg@uber.com @johnny.he@uber.com @lcarvalhaes@uber.com @ghoshben@uber.com for vis
         Dustin Wang, 10/1/2024

1        tks! I asked safety brazil to include in their asks revamping rider strikes policies as well. Not sure how it's built nowadays
         Luiza Carvalhaes, 10/1/2024

# Growth Bets Safety | Top 5 Insights - **HCV**

**1**
[chris.lee@uber.com] **The risk of SIPC increases with the number of passengers on board** (for both rider-rider and rider-driver)
- In EMEA and APAC, rider-rider reports accounted for 33% and 57% of SASM reports, respectively. On average, an HCV trip has a rider count of 4.4 (EMEA) and 10.2 (APAC).
    - Considering some HCV vehicles have 55 seats, this risk could grow dramatically
- Current SRAD does not work to mitigate rider-rider risk - **a tool to reduce overall riskiness for matched trips on xShare or between riders on HCV simply doesn't exist today,** consider what the downranking mechanism is and whether that needs an adjustment for products with fixed routes / times like HCV

**2**
[chris.lee@uber.com] **HCV has different data needs than other mobility LOBs and our current system lacks accessibility to deeper insights**
- There are two valid calculation methods for IR: Job/Rider (deduped safety incidents / total jobs) vs Chained (deduped safety incidents / total chained trips [full route]) - **both require incident deduping that is not done in the Mobility dashboard**
    - There is **no standardized process for deduplicating tickets** from multiple users describing the same situation
- One user can order multiple tickets; these riders function similarly to guest riders in our data, but we don't collect any info (name, phone) for them like we do for guest rides.  The guests also do not have access to boarding QR codes / PINs - only the AH who booked the trip did.
- Rider-rider conflict is difficult to see in tickets / JIRA [Example 1], [Example 2]
- If a safety incident happens during a departure without a trip, it is excluded from our IR counts (Rows that exists on uberpool.hcv_departures, but not in uberpool.hcv_fact_trip); does not function like en-route (source)

**3**
[chris.lee@uber.com] **HCV safety policies are not sufficient for the business model**
- DACT policies are not customized by products within Mobility or Delivery (ie. you cannot have different thresholds for 'Wrong Vehicle' in DACT for UberX vs HCV)
    - Ex. "Wrong vehicle" is the primary reason for safety-related HCV driver deactivations resulting in over 30% of safety deactivations for a relatively low-risk policy. HCV is significantly different from other mobility LOBs, and one driver entering the wrong vehicle can have a domino effect on other drivers being penalized for something that was not their fault. Deviations can be filed, but this would better be handled by custom DACT thresholds by product type

**4**
[Dan Copeland] **HCV has a higher crash rate, and speed and cognitive load risks contribute to the higher rate.**
- **Risk Factors:** (1) Trip distance (from a driver perspective) is longer than an UberX trip, with multiple stops; (2) trips are complex, requiring a high cognitive load; (3) Fixed pickup and drop-off timings can lead to driver driving dangerous to arrive at the drop-off point on time.
- **Data:** EMEA & APAC shows that HCV trips have a higher auto crash risk to UberX when using the Jobs (Rider) method  - +3.1x to +1.3x for all auto crashes; +0.6x to +0.8x for serious crashes
- **Mitigations:** Tools meant to slow speed and reduce fatigue / cognitive load would be helpful

**5**
[chris.lee@uber.com] **HCV Drivers have the ability to identify and contact riders after their trip has ended**. (Example1 and Example2 and Example3).
- Drivers can figure out which user gave what rating, which can lead to IPC (physical altercation example, verbal altercation example)
- HCV has a higher risk of SASM (+ inappropriate post trip contact) vs UberX (in APAC & EMEA, 0.2 - 0.4x [Jobs calc] / 1.5 - 1.6x riskier [chained calc])
    - Inappropriate Post-trip Contact alone  for HCV has risen **116.7%** in a 12m v 12m period (n=6 to 30 incidents)
- Mitigations needed to anonymize phone numbers for riders and revisit how or when ratings from riders are surfaced to drivers are needed

Uber |

# Guiding Materials

## What to expect from the Program Insights?

**Program Insights** focus on creating a succinct understanding of the **current landscape** (leveraging the priorities depicted in the strategic primer) enabling us to confidently craft relevant OKRs and targets that address Global and Regional priorities.

```
┌─────────────────────────────┐         ┌──────────────────────────────────────────────────────────────┐
│ Input                       │         │ Output                                                         │
│                             │         │                                                                │
│   ➔ Strategic Primer        │         │   ➔ Ranked Program Insights [1 slide per Program]              │
│   ➔ Program Reviews         │    │       ◆ Central to convene Regions & relevant xfn partners to co-create │
│   ➔ Regional Safety         │         │                                                                │
│      Committees             │         │   ➔ Ranked Tech Asks [1 slide per Program]                     │
│   ➔ Tech Roadmaps           │         │       ◆ Central to convene Regions & relevant xfn partners to co-create │
│                             │         │                                                                │
└─────────────────────────────┘         └──────────────────────────────────────────────────────────────┘
```

*Additional guidance in the next slides.*

**Reference**
- Global Mobility / Delivery Priorities + Markets

# How Programs work across the broader Safety Organization



- **Safety Portfolio** represents the collective work done by the Xfunctional Safety Org, organized under "programs"
- **SafetyOps (Black)** refers to deliverables under each team; teams can invest in areas disproportionately more than other regions (**US Screenings**) or have priorities that aren't programs (**e.g. EMEA RoS or TW/ANZ work on Regs**) or in some cases invest less (**e.g. LATAM Catalog Safety**)
- Xfunctional Safety teams have their own plans - while some (most) should fit into a program, others are relevant to their own functions but do not serve program needs (E.g. Teens launch - Tech/PCM efforts, DA/DS Rails)

## Guidance - Program Insights Deliverable

➔ <u>Guiding questions found below are suggestions</u> to capture comprehensive insights - not compulsory to follow or exhaustive.

➔ <u>Reference existing collateral/data</u> sources (e.g. Safety Committees, Program Reviews,  IR dashboards, audits) to lend credibility and specificity.

➔ <u>Focus on actionable insights for 2025 plans,</u> whether crafting new interventions, improving existing ones, or prioritizing based on anticipated challenges / opportunities.

➔ <u>Co-create insights</u> leveraging relevant regional & xfunctional partners. Each program lead will reach out to relevant stakeholders to coordinate.

➔ <u>Stack rank insights</u> in order of priority from top to bottom

### Suggested Guiding Questions by Program type:

**Risk Programs | Road,  IPC, Catalog**
- **Biggest drivers of critical / serious incidents globally?** Variation by region, and other cuts (e.g. reporter/ reported against / time/ day etc? (How does mix shift play in globally and by region?
- **Largest risk factors?** What can we control versus not? What should we prioritize for '24 and why? Specify which is are globally relevant v region specific?
- **Current control coverage/effectiveness**. Are there certain controls that should be scaled/improved? Why?
- What headwinds and tailwinds do we anticipate in our external environment? How does this shift our focus?
- Which areas need further investment or exploration into '24 versus action?

**Control Programs | Earner Identity, Spender Identity, Screenings, Education, Deactivations**
- Largest Control Effectiveness opportunities (both Safety effectiveness [false negatives] and CX focus [false positives])?
- Control coverage opportunities - geography, LOB, Earner/Spender/Merchants?
- Are there opportunities to scale local initiatives globally?
- What headwinds and tailwinds do we anticipate (new v ongoing?) in our external environment? How does this shift focus?

**SMS** - Across the four pillars, which foundations need the most urgent investment and why? What are our current gaps in our standard? What investments should be shorter vs longer term.

**Mobility Growth Bets**
- Which are the emerging bets from the business? How has the biz level of investment change?
- What are our current gaps in safety investment coverage across each bet?

# [Ops Guidance] Effectively Communicating Tech Priorities (P0s) by Program

## 1. Focus on the Problem Statement

**Quantify** how issues in our current state of operations are creating unacceptable levels of **safety risk,** degrading **customer experience**, or detracting from **defensibility / auditability**

**More of….**

- *This is the most important problem that we should address*
- *This is why it's so important  (quantify negative impact)*
- *This is risk of not addressing this cycle*

**Less of…..**

- *This is <u>how</u> product should fix the problem*

## 2. Be Selective

**List P0s only (no wish lists!) in areas that require tech investment, which a<u>re derived from</u> referenced program insights & strategic primer**

Central Program leads will review request to ensure they are mutually exclusive & do not interfere with other active efforts.

- *Quality over Quantity. We have limited resources and flat HC. What's going to move the needle?*

- *Demonstrate how Ops alone is unable to properly address the problem at scale (and that tech investment is critical)*

- *Be sure the business is aligned with the gravity of the problem (and are open to making trade offs for a good solution)*

## 3. Explain "why" for expansions

**Suggestions to expand / improve on existing features may be useful but it's important to first hammer home the "why"**

*Expanding feature coverage for the sake of coverage, is not always the best approach*

**Before raising requests, ask questions like:**

- *Is this feature a good product / market fit for new countries or  LOBs?*

- *Are there unresolved employment / privacy risks?*

- *Is the business comfortable with tradeoffs?*

***More on these concepts <u>here</u>***

## [Ops Guidance] Effectively Communicating Tech Priorities (P0s) by Program



**FACTS→**

Data points, user quotes, anecdotes, observations that **support the *who, where* and *what* to lead to the *why*** in the Insight Statement as well as **support the business impact of the insight**

**INSIGHT STATEMENT**

A succinct expression of **what has been learned based on Facts.**

**INSIGHT STATEMENT TEMPLATE**

| *WHO* | + | *WHERE* | + | *WHAT* | + | *WHY* |
|---|---|---|---|---|---|---|
| Specific user type, including segment or specification | | Which mega-region(s) and country(ies) are applicable | | A behavior or occurrence that is notable or problematic | | Explanation of the assumed cause for this behavior or occurrence |

**[Good Example From 2024 Planning]**

**Road Safety** | Top 5 Insights

1. **App-based distractions and pressures (eg earnings) can add cognitive load to Earners.** In a Sep'23 survey, ELC earners were most concerned about confusing navigation, too many pop ups (distraction) and not understanding app functions. Regulators, including TfL, and other external bodies are increasingly focussed on ensuring these risks are adequate managed.
   - Incentives: Quests form 40-45% of Eats campaigns, 12% of campaigns may put pressure on couriers to rush however, we don't have safety-informed guardrails. Incentive design does not factor in the effects of bad weather on safe driving speeds.
   - Navigation: we lack the ability to tailor routing and navigation for different transport modes (bike, motorbike etc) based on safety considerations and Earner feedback.
   - Unclear information, difficult taps, FSTOs and non-driving related messaging sent while moving, and unexpected UX changes can add to Earner's cognitive load

2. **Earners are often not supported to make safe decisions and behave in safe manners.** The use of appropriate PPE has been shown to reduce the severity of injury, and road safety education has been shown to reduce risky behaviour, particularly amongst higher risk groups such as young/inexperienced drivers and those with previous traffic violations. These widely held understandings increase external expectations that Uber supports Earners to comply with safety laws and norms.
   - Younger and less experienced earners have up to 22% higher risk of getting into a crash and up to 57% higher insurance claim rate
   - Passengers inexperienced with motorbike taxis are unsure of what is expected of them in term of behaviour and wearing helmets
   - We lack advanced road safety education that is focussed on changing risky behaviour rather than raising awareness
   - Awareness and access have been shown to improve PPE adoption, but effective motivation or enforcement is needed for high compliance rates

3. **Huge growth in 2W across both Delivery and Mobility and shifting towards motorbike specifically.** 2W vehicles complete >40% of Delivery trips (>90% in MX, JP, TW, FR) and are the biggest growth bet in Latam (Moto), but several safety products that are effective on 4W are either unavailable, not adapted or not substituted for 2W.
   - 2W in-app navigation has limited routing interventions such as downrating left turns, unprotected left turns, reducing difficult lane changes, and intersection alerts.
   - Lack of important enablers is making it more difficult to scale new or existing 4W controls such as DDN (dangerous driving policy for Delivery), driving insights (reliable 2W telematics), vehicle-type specific routing (2W vehicle standards).

4. **The existing crash and claims experience is poorly optimized for the needs of customers, insurance carriers, and the business. This misalignment leads to a poor customer experience and increased litigation costs.** The US spent $3.5B on insurance in 2022, $2.9B on mobility and $543M on delivery. Atty representation claims cost more money. Average paid severity for attorney repped BI features were more than 15 times higher than that of non-repped features in settlement year 2020 (source). One way to reduce atty rep rate is to reduce time to carrier.

5. **We lack consistent structured data on contributing factors to vehicle crashes or dangerous driving incidents.**
   - Ticket reading indicates contributing factors to crashes, but not at scale nor consistently. The consistent collection of more data on contributing factors to crashes would help quantify road safety risks, develop controls and track improvement.
   - The ability to ingest external data, eg on accident blackspots, may allow us to reduce noise in Uber-only data and therefore enable earlier intervention.



| Primer Insights | Strategic Primer | Program Insights | Program Plan | OKR + Scorecard | Roadmap |

# Planning Appendix

# Roles & Responsibilities Across Safety Ops

Once aligned on the framework of how planning insights will materialize into plans, the following section seeks to address how our internal organization will achieve key milestones & deliverables together.

| Team | Role |
|---|---|
| **S&P** | <ul><li>**Program Manage Planning End-to-End -** capturing insights, driving towards deliverables, supporting objective creation, tracking timelines,  and operating model SOT.</li><li>**Socialize & Collect Feedback -** Prior & during planning in order to ensure LT & LT+1 are sufficiently familiar prior to kick-off</li><li>**Deliverable Tracking -** Following a global first mindset by standardizing practices where possible & facilitating tracking.</li><li>**Implement Collective Best Practices -** Using jointly created templates, deduping OKRs with Program leads, etc.</li></ul> |
| **Central Safety** | <ul><li>**Accountable for Creating Program Plans** developing their strategy & objectives setting exercises with regional teams & xfunctional stakeholders while delivering on standard template formats. Program plans should address:<ul><li>Key problem statement definition</li><li>Key "big rocks" identification</li><li>Big bets during target year</li><li>xFunctional coordination / input gathering</li></ul></li><li>**Accountable for convening & securing Xfunctional commitments needed to meet 2024 objectives.**</li><li>**Accountable for OKR dedupe exercise between Program Plans & Team Plans across Safety Ops.**</li></ul> |
| **Regional Safety** | <ul><li>**Accountable for creation of Regional Safety Strategy**<ul><li>Leveraging Program Plans, plus team specific OKRs (deduped)</li><li>Customizing and adding team (region) specific commitments selectively where needed</li></ul></li><li>**Roadmap Items -** Line by line projects to meet selected & regional commitments on a single Global template file.</li><li>**Co-Creators & "Agreers" on Program Plan creations -** Each prioritized program will have an opt-in POC by region.<ul><li>Participation & insight sharing during one-pager creation by assigning region specific POCs for each program</li></ul></li></ul> |

6

| | Safety LT | Central Program Leads | Regional Safety | Global S&P | Regional S&P | Planning team |
|---|---|---|---|---|---|---|
| **Planning Prep\*** Iterate planning via feedback, review timeline, coordinate leader strategies and prepare structure | Informed | Consulted | - | Consulted | Consulted | Responsible |
| **Strategic Insights** Define our biggest challenges - Derived from BUSINESS planning and regional / global priorities | Accountable | - | - | Responsible | - | |
| **Strategic Primer** Defines our Safety, team-wide strategy/ priorities based on biz insights + macro trends | Accountable | Consulted | Consulted | Responsible | Consulted | |
| **Program Insights** Define our approach and priorities - by program derived from EXISTING collateral | Consulted | Responsible | Consulted | Consulted | Consulted | Informed |
| **Program Plan** '25 OKRs as a Xfunctional Program with Central led OKR and KPI selection. | Consulted | Responsible & Accountable | Consulted | Consulted | - | - |
| **Regional Plan** Derived from Program plan - team specific commitments to include challenges & opt ins/outs | Accountable | Informed | Responsible | - | | - |
| **Accountability & Tracking** Scorecard, Roadmap & Quarterly Commitments | Consulted | Consulted | Consulted | Responsible (Scorecard) | Responsible (Quarterly) | Responsible (Roadmap) |

**Slide 109**

---

**8**    shouldn't regional S&P be responsible here instead of global? @christian.gutierrez@uber.com
_Reassigned to christian.gutierrez@uber.com_
Diana Escoffery, 8/13/2024

**6**    hidden slide with broader stakeholders and teams. Commops, DS etc
Christian Gutierrez, 8/13/2024

### Strategic Insights
Define our biggest challenges - Derived from BUSINESS planning and regional / global priorities

➜ Shared by Karina (Aug 15 w Heads up Mid Next Week)
➜ Created by S&P with their Regions + Central

### Strategic Primer
Defines our Safety, team-wide strategy/ priorities based on biz insights + macro trends

➜ No Template Required
➜ Created by Karina & Safety Directors

### Program Insights
Define our approach and priorities - by program derived from EXISTING collateral

8
➜ **Template Required by Planners**
➜ 
➜ Created by Program Leads w/ Regional Partners
➜ Scorecard Initialized by Druy

### Program Plan
'24 OKRs as a Xfunctional Program with Central led OKR and KPI selection.

➜ **Template Required by Planners**
➜ **Good OKR Writing Guidance (Aligned) + Metric Creation Guidance (Scorecard)**
➜ **How does Central confirm each region had input into their Program Plan?**
➜ Created by Program Leads, w Druy & xFN Partners
➜ Defining Program OKRs (w measurability) Link w Program Scorecard

### Regional Plan
Derived from Program plan - team specific commitments to include challenges & opt ins/outs

7
➜ **Guidance on Expectation of Business (ongoing feedback loop w partners)**
➜ **Regional / Star Market One-Pager Template by Planners**
➜ Created by Regional Leads (deduped w Program Plan)

### Accountability & Tracking
Scorecard, Roadmap & Quarterly Commitments

➜ **Roadmap Template Updated by Planners w/ Global Input**
➜ OKR Definition
➜ Scorecard Finalized by Druy

### Back End Documents
Other Deliverables & Documentation tools

➜ **Planning Gantt**
➜ **Planning Tick Tock**
➜ **Planning Feedback Survey**
➜ **Planning Playbook**
➜ **Planning Deck (Source of Truth)**

**Slide 110**

**9**    how is this different from the team plan? im still unclear what the star market piece will look like/where it fits in @christian.gutierrez@uber.com
_Reassigned to christian.gutierrez@uber.com_
Diana Escoffery, 8/7/2024

**7**    Will Draft, it remains hazy
Christian Gutierrez, 8/7/2024

**8**    @diana.escoffery@uber.com for any of the external links please link them here too
_Assigned to diana.escoffery@uber.com_
Christian Gutierrez, 8/7/2024

# Safety Programs



| Risk Programs | Control Programs |
|---|---|
| Personal Safety | Earner Identity |
| Road Safety | Spender Identity |
| Catalog Safety | Deactivations |
| | Education |

**Foundational Programs**

**Mobility Growth Bets**

**SMS - with a focus on Assurance**

**Foundational programs** support safety at Uber across all risk and control areas.
- Growth Bets:  identifies safety risks across Uber's growth portfolio and defines and oversees safety standards to manage them.
- SMS: promotes a sustainable and scalable safety management approach at Uber by improving organizational standards, systems and processes.

111

P-01316.00132

## DEPRECATED - THOUGHT EXERCISE

| Insights | Dates | Description |
|---|---|---|
| Kick Off | Sep 10 | Each Program aligns with Regional POCs on known key insights, |
| Quick Draft | Sep 16 | Most program insights + tech insights are often top of mind for Program Leads and Regional POCs.<br><br>Generating a quick draft of the top items with available resources for review. |
| RSM Review | Sep 16 -> Sep 20 | List of Tech Insights |
| Tech / Prod Questions | Sep 22 -> Sep 26 | Share w Tech/Product as preview to gather input and align on key requests that require deep dive / business cases. |
| Deep Dive Selection | Sep 28 -> Oct 1 | Review input and make final Program selection of insights to deep dive. |
| **Deep Dives Completed** | Oct XX | Complete Deep Dives by XX. |

**Slide 112**

9        @gbrown@uber.com this would have been the major issue. It would overlap with Program Planning.

Only if Tech didn't need the deep dives to make the selection but mostly for execution could we extend this deadline outside of planning.

@diana.escoffery@uber.com vis
_Assigned to gbrown@uber.com_
Christian Gutierrez, 8/30/2024



**Slide 113**

| | |
|---|---|
| **10** | swim lanes version w time and team lanes |
| | Christian Gutierrez, 9/5/2024 |