# Uber Newsroom

News    Company info    Leadership    Media assets

US | Aug 6, 2025

# Uber's record on safety is clear

—— Written by Hannah Nilles, Head of Safety for the Americas

Share f  🐦  ✉  •••

Mariana Esteves
EX 2022
L.W. 08.28.25
exhibitsticker.com

A recent article has made startling claims suggesting that Uber has turned a blind eye to the safety of passengers and drivers. Nothing could be further from the truth. Safety is a core value at Uber, and we have invested billions of dollars and countless hours to reduce safety incidents during trips, particularly when it comes to sexual misconduct and assault.

The challenge is enormous, but I believe Uber has done more than any other company to confront it. More than half of women in the US have experienced sexual violence in their lifetimes. Uber is not immune to this deeply ingrained and troubling problem—it persists across all parts of life and modes of transportation—but that hasn't stopped us from continually strengthening our technology, policies, and procedures to improve safety.

Our approach is making a difference: reports of serious sexual assault on Uber have fallen by 44%.* We were the first—and, unfortunately, still one of the only—companies to publish this kind of data publicly, because we believe in transparency and want to be held accountable for progress.

Some have asked why we haven't been able to stop more bad things from occurring. With more than a billion Uber trips happening every month, safety incidents will happen too, even if they are exceptionally rare. But rare doesn't mean acceptable. That's why we're constantly working to make every trip safer.

Trial Exhibit No.
P-01332

P-01332.00001

# Uber Newsroom

News     Company info     Leadership     Media assets

every time. That's why we'll continue to listen to feedback, push harder, and innovate more to make every trip better, every single day.

Uber has led the way on safety, innovating and improving across a range of areas:

| Platform Access We have strong standards limiting access to the Uber platform and enforcing appropriate behavior. | Features & Technology We build innovative safety features and use technology to raise the bar on safety. | | Support & Response We've built robust reporting and response systems to support riders and drivers. | Expert Partnerships, Transparency & Reporting Expert advice guides our work, and we hold ourselves accountable by being transparent. |
|---|---|---|---|---|
| · Driver background screenings<br>· Annual background check reruns and continuous monitoring for new convictions<br>· Community Guidelines which, if violated, can result in account deactivation | **Since Day One:**<br>· GPS tracking<br>· Two-way ratings<br>**2015:**<br>· Phone number anonymization<br>**2016:**<br>· Real-Time ID Check<br>· Trip sharing for riders and drivers<br>**2017:**<br>· Cross-street dropoffs for privacy<br>**2018:**<br>· Emergency Button<br>· RapidSOS integration<br>· RideCheck<br>· Address anonymization<br>· Trusted contacts | **2019:**<br>· 'Check Your Ride' notifications<br>· PIN Verification<br>· Text-to-911<br>**2021:**<br>· Audio Recording<br>**2022:**<br>· Live Help from ADT Safety Agent<br>· Record My Ride<br>**2024:**<br>· Safety Preferences<br>· PIN Verification for drivers<br>· Rider Verification<br>**2025:**<br>· Women Preferences | · 24/7 Support<br>· 10 ways to report, including the Safety Incident Reporting line, on-trip reporting, in-app channels, and through law enforcement<br>· Uber Survivor Resources Hotline and Fund | · US Safety Reports<br>· Industry Sharing Safety Program<br>· Safety Advisory Board<br>· NSVRC Taxonomy<br>· Driving Change<br>· Driver sexual assault and misconduct education |

Is it true that Uber hid data on 400,000 sexual assaults on its platform?

No. As part of an ongoing lawsuit, Uber provided data on the total number of trips with reports of sexual assault or misconduct submitted by riders, drivers and third parties over the course of 6 years from 2017 to 2022.

First and foremost, the vast majority of the reports cited were less serious and non-physical in nature and did not fall into the category of sexual assault—such as comments about someone's appearance, flirting, staring, or inappropriate language.

Furthermore, most of the approximately 400,000 reports are unaudited, meaning they haven't gone through the same rigorous vetting process as the data included in our Safety Reports. That process accounts for incorrect and mistakenly categorized reports, as well as false reports submitted with the goal of getting a refund (which unfortunately does happen).

P-01332.00002

# Uber Newsroom

The most serious reports were even rarer, at 0.00002%, or 1 in 5 million, of all trips.



Of those reports, the vast majority are about **less serious incidents**, like allegations of staring or asking personal questions.



These are raw numbers disclosed in litigation that have **not been fully audited for accuracy.**

P-01332.00003

# Uber Newsroom

News        Company info        Leadership        Media assets

talking openly about it and bringing data to bear. That's why we put out a first-of-its-kind Safety Report in 2019, and have since published two more.

When we set out to publish our first report, we found there was no common way to categorize reports from drivers and riders about these types of incidents. So we worked with experts to create one, which includes 21 categories.

We publicly report on the 5 most serious categories of sexual assault reports. That's because those categories are the least subjective, meaning we can have a high degree of confidence in the data. Less serious reports—like flirting, staring, or making inappropriate comments—are more subjective, often less detailed, and harder to consistently categorize.

It's important to say that just because we don't publicly disclose a certain type of report doesn't mean we don't do anything with them. On the contrary, we track feedback closely and if, for example, we receive multiple safety reports, even if they are less serious, we will take swift action to ban that driver or rider from Uber.

What is S-RAD and why don't you use it to predict and prevent high-risk trips on your platform?

For the past several years, we have used data to inform our trip matching algorithm in an attempt to make better matches between drivers and riders. This technology is internally called Safety Risk Assessed Dispatch, or S-RAD.

Here's an example of how this technology works: if a brand-new rider requests a late-night trip in an area known for nightlife, our matching algorithm may prioritize more experienced drivers with a strong record of late-night trips and positive rider feedback.

While S-RAD (and indeed anyone) cannot reliably predict crimes before they happen, we've found prioritizing better matches can help avoid interpersonal conflicts. In fact, this technology has helped to reduce sexual assault and misconduct report rate by 10% since it launched, part of the overall drop of 44% from 2017-2022.

P-01332.00004

8/8/25, 1:05 PM
Uber's safety record | Uber Newsroom

# Uber Newsroom

News     Company info     Leadership     Media assets

behavior is inherently unpredictable. So while it can reduce incidents in the aggregate, it cannot reliably predict whether an individual pairing or trip will result in an incident or not.

S-RAD does not flag "high risk" drivers but rather works to improve the trip pairing to reduce the chances of interpersonal conflict between the driver and rider. S-RAD evaluates trip pairings at a detailed level, because these are extraordinarily rare incidents that we are trying to make even rarer. The fact we are evaluating risk at such a granular level is a testament to the broad suite of technology and policies we have in place.

Unilaterally blocking certain types of trips that the technology may consider more risky, like all requests from bars late at night, would leave many people stranded on the street, encouraging them to drive drunk or walk home unsafely. Instead, we seek to prioritize better matches to reduce overall risk.

Uber claims to be on the side of survivors, so why are you fighting them in court?

It's important to emphasize the difference between the *litigation process,* which is adversarial by design, and Uber's *internal process* when a sexual assault is reported to us. Our internal processes were developed with input from safety experts and are designed to be survivor-centric. We rely heavily on the survivor's statement of experience, which we take at face value. Unlike the court system, we do not require proof of the incident in order to take action or provide support. And we have a dedicated hotline and resources fund for sexual assault survivors, in partnership with experts at RAINN.

The court cases we are currently engaged in (one of which gave rise to this article) are the result of Uber having been one of the first companies to waive mandatory arbitration for individual claims of sexual misconduct. We understood at the time that taking such a step could open the door to mass lawsuits. We still feel strongly it was the right thing to do, because we wanted to give survivors control over how they pursue their claims—whether privately in mediation or arbitration, or publicly in open court. All of the plaintiffs in this case chose open court. Just as plaintiffs have a right to make their case, the defense has a right to investigate and respond to those claims.

P-01332.00005

Uber's safety record is clear | Uber Newsroom

# Uber Newsroom

News          Company info          Leadership          Media assets

No. A handful of internal messages from several years ago, taken completely out of context, are simply not representative of how seriously we take the issue of safety. We have invested billions of dollars over the years in this area, and have thousands of people who work on safety, day in and day out.

*From 2017 through 2022. See our latest Safety Report.

---

Share this post

    

## The latest Uber news



US | Jul 31



US | Jul 23

P-01332.00006

Case 3:23-md-03084-CRB    Document 5255-32    Filed 03/17/26    Page 7 of 8

# Uber Newsroom

News          Company info          Leadership          Media assets



US | Jul 16

## U.S. General Services Administration Renews…

Uber for Business signed an expanded and exclusive contract with the U.S. General Services Administration for rideshare access for federal employees

US | Jul 23

## Hope Rides: Uber and Alliance for HOPE…

  

US | Jul 1

## Summertime and the travel is easy!

We're here to make your journey smoother, more affordable, and a whole lot more convenient.

US | Jul 9

## Uber Partners with the LA28 Olympic and…

View more news  >

P-01332.00007



P-01332.00008