# UBER000234361

## Metadata

| | | |
|---|---|---|
| #Author | rebecca.payne@uber.com | SEMANTIC |
| #Date Modified | 12/10/2018 | SEMANTIC |
| #DateCreated | 10/12/2018 | SEMANTIC |
| #Title | Safety Tech Shareout Day - Initial Thoughts | SEMANTIC |
| Account | gus@uber.com | SEMANTIC |
| All Custodians | Fuldner, Gus;Kansal, Sachin | SEMANTIC |
| All Paths | Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_5.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_5.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_65.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_65.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER000234361 | SEMANTIC |
| Collaborators | binnings@uber.com; aarti@uber.com; akankshu@uber.com; sachin.kansal@uber.com; sharmaed@uber.com; gus@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/12/2018 5:03 pm | SEMANTIC |
| Date Modified | 12/10/2018 6:18 am | SEMANTIC |
| Document Type | PRESENTATION | SEMANTIC |
| End Family | UBER000234396 | SEMANTIC |
| File Path | \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_5.zip | SEMANTIC |
| File Size | 33153170 | SEMANTIC |
| Filename | Safety Tech Shareout Day - Initial Thoughts_1ADC3dgJX9Szfja_SkqtrBVfNeSOgWZ8XK7vtoetI9Ss.pptx | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER000234361;UBER000234362;UBER000234363;UBER000234364;UBER000234365;UBER000234366;UBER000234367;UBER000234368;UBER000234369;UBER000234370;UBER000234371;UBER000234372;UBER000234373;UBER000234374;UBER000234375;UBER000234376;UBER000234377;UBER000234378;UBER000234379;UBER000234380;UBER000234381;UBER000234382;UBER000234383;UBER000234384;UBER000234385;UBER000234386;UBER000234387;UBER000234388;UBER000234389;UBER000234390;UBER000234391;UBER000234392;UBER000234393;UBER000234394;UBER000234395;UBER000234396 | SEMANTIC |
| ILS Document Date | 12/10/2018 | SEMANTIC |
| ILS Prod Date | 8/9/2024 | SEMANTIC |
| ILS Prod Vol | UBER025 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_001840407; UBER_JCCP_MDL_001976043; UBER_JCCP_MDL_001976053; UBER_JCCP_MDL_002301210; UBER_JCCP_MDL_004921822; UBER_JCCP_MDL_004921826; UBER_JCCP_MDL_004921827; UBER_JCCP_MDL_004921831; UBER000101567; UBER000101570 | SEMANTIC |
| Other Custodians | Fuldner, Gus;Kansal, Sachin | SEMANTIC |
| Primary Date | 10/12/2018 5:03 pm | DOC_TYPE_ALIAS |
| Production Volume | UBER025;Vol039; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date | 12/10/2018 6:18 am | SEMANTIC |
| SourceHash | 34343292d37775750aabe476d953e38a | SEMANTIC |

Trial Exhibit No.
P-01339



Safety Two-
Year Vision
Tech Shareout Day, Oct. 25
Uber

CONFIDENTIAL UBER000234361
P-01339.00002

# How do we get there

**We know and trust every rider and driver on the platform.**
Drivers are regularly background and selfie-checked, and riders have a robust identity profile.

**We always find you the safest match possible.**
And we provide options to let you choose the ride you prefer.

**Riders and drivers feel Uber is committed to their safety.**
Because they are aware of and trust all the measures Uber has in place to keep them safe.

**Every ride is recorded for safety purposes.**
Video and audio recording can enable safer driving, deter bad behavior and provide evidence when it is needed.

**We proactively provide help when we detect something is wrong.**
And when things go wrong, we go above and beyond to respond with empathy and care.

**Couriers, eaters, bikers, scooters and freight drivers all feel the same.**
Our safety practices extend and scale to all lines of business.

Find a balance between employment risk and helping our drivers drive safely



Safety awareness is a big challenge.
Many riders and drivers are not aware of the safety measures Uber provides.
We can combat this with awareness campaigns as well as more in-product interaction with safety functionality
Whether this is in driver onboarding, accomplished with tooltips, etc.
Awareness of Safety features is low..
"Not aware" "I assume" "I know"
Impact on Safety Commitment
Not aware ⇨ I assume +32%
I assume ⇨ I know +17%
Q2 2018
Current users limit their usage due to safety concerns...
% Limit Usage
US
Brazil
India
Riders
33%
Drivers
50%
REDACTED – OUS
Q4 2017

CONFIDENTIAL UBER000234363

P-01339.00004

# Take a stance on collecting user data.

**We respect your privacy, but use this information to strengthen the safety of the platform.**

- Dashcam and/or audio recordings to track distraction, deter bad behavior, and provide evidence when needed
- Collecting biometric / ID information from riders to confirm their identity before they get in a car

Identity Profile
ID Check
Present in ID databases
Address
Any match with transaction
Email
Known, reputable, working
Telephone
Account history and status
Financial
(Cross-) merchant history
Machine Learning
Constant Improvement
Behavior
Browsing, velocity, typical pattern
Location
IP, proxy, network, deep location
Device
OS, browser, VM, history
Mobile
Account, tenure, location, network
History
White/gray/black lists

CONFIDENTIAL UBER000234364

P-01339.00005



Gender products are controversial, but possible.
With product improvements:
Rider gender verification through documents or biometric info
Accounting for non-binary identities
And policy / legal advice:
UX / market research on safety perception & reality & whether this is the right solution
Updates to non-discrimination policy
Ensure no negative impact to male riders & drivers
Listening tour with women's/LGBTQ/minority advocacy groups & NGOs
LYFT: Offer Female Driver Option for Passengers!
Ride-sharing services such as Lyft and Uber need to offer passengers the option to request a female driver for enhanced personal safety.
14,346 signatures. NEW goal - We need 15,000!
Female Drivers Face Elevated Risks
For female drivers, rate of sexual assault is >4x when matched with male instead of female.
Sexual Assault Incident Rate by Gender of Driver + Rider
US P2P incidents occurring May 2017 - May 2018

| | Female Drivers | | Male Drivers | |
|---|---|---|---|---|
| | + Female Rider | + Male Rider | + Female Rider | + Male Rider |
| Rate of Sexual Assaults (Per 1M Trips) | 8.36 | 38.98 | 13.10 | 7.93 |
| Num of Sexual Assaults | 549 | 3114 | 5476 | 4014 |
| Num of Trips | 66M | 80M | 418M | 506M |

Notes: Only US P2P trips and incidents occurring May 2017 - May 2018 with inferred gender data (97% coverage in sample). Safety data source: JIRA.
ATTORNEY-CLIENT PRIVILEGED - DO NOT CITE OR CIRCULATE

CONFIDENTIAL UBER000234365

P-01339.00006

# Reduce our insurance spend.

**Improve efficiencies and prevent crashes.**

- Reduce time for first notice of loss, offer in-app claims reporting, and integrate with carrier claims systems
- Strong driver deactivation policies, vehicle standards, driver training and feedback before deactivation



# Find a balance with employment risk.

**We can help our drivers be better, if we can coach them.**

- Employment legal concerns prevent us from training and/or coaching our drivers
- We have telematics information that can alert us to dangerous behavior and that we can act on.

## 2019 Safety Priorities

- **Awareness:** Increase awareness of and engagement with Safety Features through improved product design and marketing support
- **Dashcam Recording:** Enable safer driving and deter bad behavior by enabling video and (potentially) audio recording on-trip
- **Safer Matching:** Safety Risk-aware Dispatch rollout as well as expand Women-driving-Women beyond [REDACTED - OUS]
- **Reduce insurance costs:** Educate drivers on safe driving, Reduce crashes, and improve our claims processes end-to-end
- **Ride Check:** Detect irregularities on a trip (crash, anomalous situation) and reach out to provide help
- **Rider Identity:** Improve driver safety in cash markets by obtaining trusted identification (national ID, etc) from riders

UBER

CONFIDENTIAL

UBER000234368

Sachin Version - Oct 22 2019

## Following slides are a copy + some changes...

CONFIDENTIAL UBER000234369

P-01339.00010



Safety Vision
Tech Share-out Day, Oct. 24
Uber

CONFIDENTIAL UBER000234370
P-01339.00011



Our mission

To make Uber the safest and most trusted transportation choice, and support riders and drivers with empathy and care when things go wrong.



Safety Vision
Taking stock...
We have made progress this year
Shipped new products for Riders and Drivers: Toolkit, SOS, Speed Alerts, etc.
Closed some foundational gaps - including BGC reruns, new offense notification
Created positive media buzz about safety on Uber
Committed to issuing a transparency report
Reduced accident rate in the US, and reduced insurance costs by a 2-3%
UBER



Safety Vision
Taking stock...
We have made progress this year
Shipped new products for Riders and Drivers: Toolkit, SOS, Speed Alerts, etc.
Closed some foundational gaps - including BGC reruns, continuous monitoring
Created positive media buzz about safety on Uber
Committed to issuing a transparency report
Reduced accident rate in the US, and reduced insurance costs by a 2-3%
But there is still a lot of work to be done
Awareness of our features is really low - including features we have had for a while
Safety sentiment among riders and drivers is still not where we need it to be
Drivers still don't trust Rider Identity in cash markets (and impacts supply hours)
Potentially detectable situations go completely undetected
Still lots of your word vs. their word after incidents leading to lack of resolution
Insurance costs are still very high and rising
UBER

CONFIDENTIAL UBER000234373

P-01339.00014



Safety Vision
Competition will not stand still.
China's largest ride-hailing company is now recording in-car audio during passenger trips
Female ride-hailing apps grow in Brazil on safety concerns
OLA ROLLS OUT AI-BASED REAL-TIME TRACKING SYSTEM FOR THE SAFETY OF PASSENGERS
Risky driving zones and cash opt-out
Seat Belt alerts
Avenida Ipiranga
100m
2min
Destino em zona de risco
Opções de pagamento
Voucher
Dinheiro
Maquininha de Débito
9:05
Wednesday, April 25
Your trip has started, please fasten your seat belt.

CONFIDENTIAL UBER000234374

P-01339.00015



Find a balance between employment risk and helping our drivers drive safely

**Slide 15**

1 +sachin.kansal@uber.com the vision for every trip request going through a safety check/SDM.. can it bubble up to this? potentially expanding it to beyond cash.. that is a mature product and more likely to scale.
_Assigned to sachin.kansal@uber.com_
Akankshu Dhawan, 10/23/2018

1 Beyond focusing on insurance savings, we also want to add optional add-on protection products and services (see slide 26) and start putting in place rails to make that happen
Deleted user, 10/24/2018

Safety Vision #1
Make users aware of our safety features.
Awareness boosts sentiment; sentiment boosts favorability and usage
Highlight safety features and info in the app experience
Safety information for new drivers (esp female)
Awareness campaigns and Safety embedded in lifecycle messages
Tooltips pointing to functionality that has not been used
Q2 2018
Awareness of Safety features is low..
Driving time limit 51% 41% 8%
Customer support 24/7 26% 50% 24%
Driver details on dash 35% 28% 37%
Community guidelines 32% 51% 17%
Criminal screening 19% 61% 20%
In-app mapping & GPS 6% 21% 73%
Driving screening 21% 61% 18%
Rider share trip 37% 28% 35%
Phone number anonymization 47% 29% 24%
Emergency button 59% 28% 13%
Insurance 23% 64% 13%
Criminal notification 44% 50%
Safety center 49% 44%
Trip monitoring 43% 35% 22%
Driver selfie 40% 31% 29%
ETA 3% 87%
"Not aware"
"I assume"
"I know"
En Route
Contact Gabe
CHAT
CALL
12 min

Safety Vision #2

# Record every trip to improve safety

**Capture video and audio during a trip to deter bad behavior, capture evidence in case of wrongdoing and promote safe driving.**

How

- Experiment in Florida this year, and then scale it further
- Driver responsible for buying the camera and owns and controls it
- Uber gets metadata and video data in case of incident
- Audio - potentially do it when rider or drivers presses SOS
- Partner with 3rd party hardware vendors

Potential Challenges for Scaling

- Cameras are expensive - may not be able to subsidize outside US
- Privacy issues
- Employment legal issues
- Who controls the video and audio data?
- Can either party turn off video capture?

Safety Vision

# Record every trip to improve safety.

Capture video and/or audio during a trip to deter bad behavior, capture evidence in case of wrongdoing and promote safe driving.

**How**
- Dashcam pilot in Florida this year, and then scale it further
- Driver responsible for buying the camera and owns and controls it
- Uber gets metadata and video data in case of incident
- Audio - potentially do it when rider or drivers presses SOS
- Partner with 3rd party hardware vendors

**Challenges**
- **Video:** Cameras are expensive - may not be able to subsidize outside US
- **Audio:** Privacy-limited, but feasible without new hardware
- Privacy issues
- Employment legal issues
- Who controls the video and audio data?
- Can either party turn off video capture?





Safety Vision #3
Gender-aware products: controversial but effective?
How:
Driving preference for female drivers, who prefer to pick up female riders
Gender-aware dispatch chooses the optimal match for safety
Female riders requesting female drivers
Challenges:
Operational:
Identifying user gender
Bounce trips
Bad actors
Marketplace: impact to male earnings & ETAs
Legal and policy:
Non-discrimination policy, TNC discrimination statutes
Non-binary gender identification
Third party advocate's criticisms of segregated services
Global applicability
LYFT: Offer Female Driver Option for Passengers!
Ride-sharing services such as Lyft and Uber need to offer passengers the option to request a female driver for enhanced personal safety.
14,346 signatures. NEW goal - We need 15,000!
For female drivers, rate of sexual assault is >4x when matched with male instead of female riders
If we create a world of men
women - what happens to
Are you comfortable with
making changes to
protect women's safety
Do we want to give drivers
to choose one gender over

Akankshu stat on SM reduction

CONFIDENTIAL UBER000234380

P-01339.00021



Safety Vision #3
Gender-aware products: complex but potentially effective
How:
'Female riders preferred', an opt-in feature for female drivers
Safety Risk Assessed Dispatch (S-RAD) would use several features to find riders and drivers a safer match.
Challenges:
Operational:
Identifying rider gender accurately
Bounce trips
Bad actors
Impact to earnings & ETAs among certain groups
Legal and policy:
Non-discrimination policy, discrimination statutes
Non-binary gender identification
Third party criticism of segregated services
Global applicability
LYFT: Offer Female Driver Option for Passengers!
Ride-sharing services such as Lyft and Uber need to offer passengers the option to request a female driver for enhanced personal safety.
14,346 signatures. NEW goal - We need 15,000!
% limiting use due to concerns about
Female
Male
Riders
Drivers
13%
24%
12%
23%
14%
29%
12%
25%
Being sexually assaulted
Being sexually harassed
Being sexually assaulted
Being sexually harassed

Akankshu stat on SM reduction

CONFIDENTIAL UBER000234381

P-01339.00022



Safety Vision
We know who's driving and who's riding.
Our users expect us to know who we are allowing on the platform, and hold us accountable for quality of those individuals.
Validate identity of every driver, rider, courier, restaurant
Ask for govt ID and validate with picture if needed
Incentivize them to share more information than less
100% of drivers go through Mutombo at every go online
Give users visibility into what information will be stored and shared with other party
Bounce trips need to be handled much better - for rider, AH and driver experience
You are now offline
Cancel

Legal / privacy challenges
Bounce trips

CONFIDENTIAL UBER000234382
P-01339.00023



We will detect irregular trips and reach out to provide help
Give users peace of mind that Uber always has my back, and will 'figure out' if something is amiss
Crashes
Route deviations
Long stops
Midway drop-off
Dangerous driving situations
Intervene depending on situation
Call the users
Send a text with help menu
Voice of God from the driver's phone
Personalize!
E 29th Ave
High Impact Event
ACCELERATION
0
MPH
Hello! This is Uber calling. We noticed that your Uber has not moved for the last 10 minutes. Is everthing ok?

Challenges: false positives (+Scott - litigation challenges), potential costs

CONFIDENTIAL UBER000234383

P-01339.00024



Challenges: false positives (+Scott - litigation challenges), potential costs



Safety Vision
Prevent crashes & reduce insurance costs.
Prevent:
Enforce driver deactivation based on dangerous behavior
Introduce training and feedback throughout lifecycle
Enable safer routing in navigation, e.g. no left turns
Double-down on "Eyes on the Road" with phone mounting prompts, voice control, dashcam
Build awareness of vulnerable road users, e.g. bike lane alerts
Reduce:
Launch in-app claims reporting
Integrate deeper with carriers' claims systems, e.g. trip data sharing, and optimize for better resolution outcomes
Integrate with safety features such as crash detection
Use telematics & rich trip data for claims investigations and triage
Improve operational tools and workflows
Challenges:
Employment law restricts ability to train and coach drivers
12:30
Report a Crash
Step 2 of 11
Select the trip you were on when the crash happened
Painted Ladies
Grove St
Hayes St
Fell St
2:51pm
uberX
1455 Market St.
360 Hayes St.
Choose a different trip
Date
Wednesday, July 12, 2017
Time of crash
2:50 pm

Challenge: employment law

Visual: crash

CONFIDENTIAL UBER000234385

P-01339.00026



Telematics score,

**Slide 25**

1. +rebecca.payne@uber.com here we will list some of the other ideas that are not in the top 6
   Sachin Kansal, 10/23/2018
2. Added slide 29 with marketplace (add-on protection products and services)
   Deleted user, 10/23/2018



Safety Vision

## Prove to Drivers that Uber is committed to protecting them, their families, and their livelihood

**Offer "add-on" protection with portfolio of products and services** (insurance marketplace)

- Additional products, paid by Uber (e.g. high LTV) and paid by drivers
- Loss of income protection, health / injury / disability protection, cell phone & property damage, road assistance, maternity / paternity etc. where feasible
- Flexible and dynamic insurance pricing to overcome entry barrier and encourage safe driving (e.g. discounts on the insurance premium based on the evolving rating)
- Rider insurance products in the future

**Challenges:**
- Employment law considerations (per locale)
- Internal commitment
- Dependency on partners

What drivers worry about:
High cost of personal insurance
Having to pay for the repair after crash
Have their car stolen
Driving at night (drivers without Motor Insurance avoid it)
Worried about their and their family health
Lack of flexible pricing for coverage and variable number of driving hours
Safe driving not rewarded enough

*Users:*
- *Don't have insurance (Want a recommendation from Uber)*
- *Don't know what type of insurance to get*
- *Don't know if my insurance qualifies (Policy minimums)*
- *Only want to buy insurance if I qualify because it's expensive (Catch 22)*
- *Have insurance, but it is under a friend/family member's name*
- *Have insurance, but it works for all vehicles so it doesn't have vehicle info*
- *Don't know what the document looks like*
- *Don't know why we need since Uber provides insurance*

**Slide 26**

| | |
|---|---|
| 1 | +sachin.kansal@uber.com letting you decide whether or not to pull this in<br>Rebecca Payne, 10/24/2018 |
| 3 | While we will be focusing first on "table stakes" (crash experience, savings etc.,) as highest priority, we do want to start taking steps in 2019 toward additional protection products to build loyalty and increase longevity of the users on the platform (and longer term, if we choose to, to become additional revenue stream.) If we do not do this in 2019 and punt to 2020, there is a risk that we will be left behind. We are hearing from drivers that they do need additional insurance options (and these are not easy to obtain at low price point and convenience to them today - we can help)<br>Deleted user, 10/24/2018 |

Thank you

To be deleted
UBER

CONFIDENTIAL UBER000234391
P-01339.00032



Safety Vision
Reduce our Insurance spend
Improve efficiencies and prevent crashes.
How:
Reduce time for first notice of loss, offer in-app claims reporting, and integrate with carrier claims systems
Strong driver deactivation policies, vehicle standards, driver training and feedback before deactivation
Challenges:
Employment law restricts our ability to coach and train drivers

Challenge: employment law

CONFIDENTIAL UBER000234392

P-01339.00033

**Slide 29**

**2** +jolanta@uber.com
Rebecca Payne, 10/23/2018

**4** See the next slide (slide 21) - WIP
Deleted user, 10/23/2018

**2** +rebecca.payne@uber.com we need our top ideas listed here for reducing insurance spend..did we get that from Jolanta?
Sachin Kansal, 10/23/2018

**5** BTW - I might split into two slides for now: 1) speed/quality of reporting and resolution and 2) prevention

(Preventive measures (before) and intervention (after)
Deleted user, 10/23/2018



Safety Vision
Reduce Insurance Spend
(direct claim severity spend and OpEx)
Resolve post-accident issues quickly, efficiently, and effectively.*
How:
Launch in-app claims reporting
Integrate deeper with carriers' claims systems, e.g. trip data sharing, and optimize for better resolution outcomes
Integrate with safety features such as crash detection
Use telematics and rich trip data for claims investigations and triage
Improve operational tools and workflows
Challenges:
Telematics: access to data, broad coverage of data (likely limited to beacon trips)
Dependency on carriers
*Reduce reporting time and increase data quality for first notice of loss (FNOL)
Report a Crash
Step 2 of 11
Select the trip you were on when the crash happened
2:51pm
uberX
1455 Market St.
360 Hayes St.
Choose a different trip
Date
Wednesday, July 12, 2017
Time of crash
2:50 pm

Challenge: employment law

CONFIDENTIAL UBER000234394

P-01339.00035

**Slide 30**

**6** The next two slides, we can always combine into one slide:
- Preventive measures (before) and intervention (after) for savings

Deleted user, 10/23/2018



Safety Vision
Prevent Insurance Spend
Introduce measures to proactively prevent crashes
How:
Enforce driver deactivation policies based of dangerous driving patterns
Introduce driver training and behavioral feedback throughout lifecycle
Enable safer routing in navigation, e.g. left turns
Double-down on "Eyes on the Road" with phone mounting prompts, voice control, dashcam
Build awareness of vulnerable road users, e.g. bike lanes alerts / dutch reach education
ePUDO
Challenges:
Employment law restricts our ability to coach and train drivers

Challenge: employment law

CONFIDENTIAL UBER000234396

P-01339.00037