**Sachin Weekly One Pager**

TL;DR  *Provided some of the PM:Eng ratios we discussed and want to kick off the additional HC under Dharmin and start the process of vetting Dave Weber for the role. Mobility MBR Project Flo and latest TfL verification backfill are two top of mind topics. Planning on taking some time off the week of Christmas and NYE, but will have my laptop with me for critical projects like TfL.*

Top of Mind for Dec 10
- Top Topics
  - For PM : Eng headcount it flows out like this over time
    - Today: 40 eng (plus 12 TBH) to 7 PMs (including Dharmin) = 5.71:1 ratio (7.42:1 with TBHs)
    - When we hire 1 Road Safety PM: I would include DS because there is a lot of PM/product work that is DS heavy. 40 eng (plus 12 TBH) + 3 Road Safety DS to 8 PMs = 5.37:1 ratio (6.88:1 with TBHs)
    - If we hire 1 Safety Signal Store PM: I would also include DS for similar reasons. 40 eng (plus 12 TBH) + 3 Road Safety DS + 2 Safety Data DS (1 TBH) to 9 PMs = 5.00:1 ratio (6.44:1 with TBHs)
    - I didn't count any DS asks (4 across all teams)
    - **So if we approve a position in Dharmin's team that Dave Weber may apply for, the resulting ratio will be between 5:1 and 6.44:1 depending on pace of hiring.**
  - **Time Off: Planning to take some time off over the holiday period, but will have my laptop with me for critical things like TfL.**
- Road Safety / US&C Mobility MBR:
  - The biggest topic is around managing insurance cost and incident reduction. The slide deck for Project Flo is here.
  - From a tech perspective, I'm thinking along these lines:
    - Trip Risk Pricing will be our biggest bet based on confidence that we will shift the mix of trips (more low risk, fewer high risk) given the impact demonstrated by Variable Booking Fee.
    - Removing risky drivers is another big intervention and with DACT 3.0, we could contemplate either a different trigger rate (> 1%) and telematics signals as model features (legal pushback previously).
    - There is a new project being added between Maps and Safety, which is to run an XP to adjust left turn penalization. The key difference compared to other contentious route risk work is that we would use the left turn reduction as the KPI instead of experimentally measuring crash frequency. We would then need to model the resulting savings.
    - Changing driver behavior has the lowest certainty.  Even if we are seeing good results from DDN in speeding and DD tickets, we haven't proven crash reduction. If I think about how insurance companies work, they don't take every customer and make them safer. Instead they price risk and may seek to remove the riskiest cohort completely. So the big bet will be to get a driver risk assessment that is normalized for route risk (else we proxy where you drive not how risky you are), then we run some incentive XP to see if we can change your riskiness according to the segmentation. The most severe incentive IMO is still tied to earnings, so I think that's where we may end up (variable driver fee in the form of incentives).

> **Commented [1]:** That sounds good Mike. Just make sure Dave Weber can do a data job
>
> **Commented [2]:** Will do
>
> **Commented [3]:** Sounds great. Where are you traveling?
>
> **Commented [4]:** Have a ticket booked to Bogota, Colombia. Have always wanted to go and travel is open there. COVID risk is the same as western Europe. It's all on points so could just cancel or adjust as needed. It'll be the first time doing non-business solo travel so kind of interested in how that feels. It's like an XP. :)
>
> **Commented [5]:** This is a great list.

Trial Exhibit No.
**P-01363**

- Insurance
  - David Chen, Ike Yararbas: David leaving is mainly a risk to senior tech architecture work, but since the team is fairly senior, I think the impact will be minimal. So far, Ike has been engaging in ways that David and Sumanth did not. For example, he is leaning into the TfL project and meeting with some of the insurance partner tech leaders. That seems like a very good sign to me.
  - UK Verification: One hiccup in this project. There is a disconnect between our positioning to the TfL that a manually uploaded insurance doc will trigger a digital verification by Jan 1, versus every manually uploaded doc will be digitally verified by Jan 1. The latter requires that verification is **backfilled** even if the existing policy is already in place prior to the Verify API service going live. The team is working through how we get this done ASAP. Finish line is in sight but significant fatigue in the team.
  - MX Own Damage: This may turn into a blanket program based on negotiations which may net us the ~$3M in savings without dealing with enrollment. If that's the case, we'll shift gears to other projects for affinity.
- Safety Data
  - DACT 3.0 launch is the big news! Jose has done a great job getting to this point.
  - S-RAD will continue through the holiday period. Team is preparing for how to best deal with holiday over-triggering concerns that show up with abnormal activity that don't conform to what looks normal for week over week comparisons.
- Privacy
  - Only topic of concern is PM bandwidth for Ads and Personalization. The Ads project is funded and accelerating, but will likely take on more than Rachel's part time attention. There is one PM head in Zack's ask. Will layer in the same PM/Eng ratio check.

**Commented [6]:** is tfl expecting the latter and we need to deliver that?

**Commented [7]:** Not explicitly called out but there is enough stated in our communication that talks about Instadoc supporting continuous verification (i.e. we get notified of a cancelation) that they could reasonably expect policies in force before Instadoc 3.0 integration to be covered as well. We have a proposed plan between tech, BPO, risk and are working through execution now.

**Commented [8]:** Sounds good. lets make sure all of Zach's asks have appropriate amount of PM work

**Commented [9]:** Will do

---

TL;DR Getting PM help for Dharmin is top of mind for me and our top ask in 2022 planning. I feel like our Road Safety vision is becoming clearer and anxious to get it underway. In Insurance, TfL progress is trending well and we are looking forward to the US launch on Monday. No flags to report in Safety Data or Privacy.

Top of Mind for Nov 12

- Top Topics
  - PM help for Dharmin: Biggest ask from me is to see if there is a next step we can take on converting Dave Weber and/or Lais to PM. Both are doing well according to Dharmin and in particular I'm looking to up-level Dharmin's role to bootstrap safety signals for Road Safety, help with Insurance Data related to dynamic insurance pricing and coach the DACT 3.0 and Deactivation programs in his team. To do that I think we need to shift things off of his plate as an individual contributor which Dave and/or Lais can support.
- Road Safety
  - Recruiting update: Couple of good TPS's this week moving to jam.
    - Two good TPS's this week. SOBO is adding some candidates to funnel.
      - Bailey comes from Turo. Most of safety there is actually similar to our insurance programs (reporting, claims outcome optimization), but some overlap into safety. Moving to jam. Wish we found her during the insurance recruiting phase in Q1/2021.

**Commented [10]:** Is the Road safety PM your only backfill/TBH or did you have another one as well?

Are the Brazil PMs fully utilized and could we possibly leverage them as well?

**Commented [11]:** Road Safety PM is the only open TBH.  I think Dani is stretched (claims tooling, crash report optimizations, insurance hub, some affinity, insurance API). I think I can't distract Rafael from TfL work + MX OD. I can some concerns about his capacity but really need to get through the TfL fires which I think will continue through the renewal in March.

**Commented [12]:** Who would you convert between the two? I am not sure if Lais would be able to handle a data role. Thoughts?

**Commented [13]:** Chatted with Dharmin about this. I think Dave is the more urgent conversion if Andy can support that because we can probably use him on the trip risk pricing acceleration in addition to safety signal store. He would be a more natural fit for a data heavy role compared to Lais. Lais is also getting pulled in to Motumbo emergencies with Zorzo leaving,  so probably not able to come over very soon.

- ■ Good TPS with Natasha. Background in AVs at Baidu. Moving to jam.
- ■ Rohit TPS next week
- ■ Pass / Not moving ahead:
  - ■ Siva moved on another opportunity before getting to panel.
  - ■ Yiwei is a great candidate but just not ready to interview.
  - ■ Rakshith pass from BPS
- ○ The category of dynamic insurance pricing is our biggest bet for 2022, though I think the geographic scope will be very US centric. Utilizing the Driving Insights and Nav surfaces areas for new and visible interventions will also be a big deal, but the path to realizing more velocity will be dependent on getting the signal store going in Dharmin's team and the 2nd PM in Road Safety hired. To support our global geo stakeholders in H1, we will focus on expansion of Driving Insights and intersection alerts, but think broader incident reduction will come from the confluence of stronger signal development and broader deployment of surface areas to deliver interventions (DDN, Pre-DACT, Driving Insights, Nav nudges) and perhaps some learnings from behavior incentives.

**Commented [14]:** I would love to get a clearer picture of signal development when we talk next time.

**Commented [15]:** I have this as a key topic in our 2022 session today as well but happy to review 1:1 as well.

- Insurance
  - ○ Kosuke: Want to get Kosuke on a track to manage PMs directly by mid-2022. Working on impact improvements with Dani and Rafa is a great opportunity for Kosuke to extend his influence across all of insurance, and get into the details of our compliance and claims tooling initiatives.
  - ○ Insurance reliability: We're seeing some outages in insurance tech that is affecting claim ops KPIs. Having Kosuke spend some time on how we objectively measure this else it will show up in claim ops frustration in performance reports to Gus, and also in reluctance to depend on tech efficiency related to staffing. Another way I plan to address this is to apply more pressure to engineering leadership to own reliability and dependencies (e.g. CO).

**Commented [16]:** Totally. Outages are inexcusable. Let me know if I can help

**Commented [17]:** Will do.

  - ○ TfL / UK Verification: This program is starting to look much better. We will send out a weekly newsletter on it leading up to end of the year. Major integrations are done and the error triage for the largest carriers are looking much better. We have an approach to fleet rental verification without creating new APIs. We also have better alignment and participation across CommOps, Risk and Tech. There are a few more things to tackle but on a better trajectory now.
  - ○ Rafael: I feel good about him making headway in UK verification. I have some concerns about his capacity and am moving some projects around accordingly. For now, I will have him focused on UK verification, MX own-damage and supporting US verification (Thomas has been a great PM partner here).
  - ○ Dani: I continue to feel good about Dani. Kosuke has some reservations about her tech depth but I think she has a lot of promise and tenacity. I've put quite a lot on her plate (claims tooling, crash report optimizations, insurance hub, some affinity, insurance API) and will need to review those priorities.
  - ○ US Verification: Looking forward to the launch on Monday!
- Safety Data
  - ○ S-RAD (Dharmin), Deactivations (Mia) and DACT 3.0 (Jose) are continuing to move along.  At some point, I think we should do a review of DACT for you and Sundeep. We have a monthly S-RAD review with Gus, but since that program is such a long term bet, not much to update on outside of the monthly MTR cadence.

**Commented [18]:** Lets start with me and then can bring to SJ

**Commented [19]:** Great. Will do.

- Privacy
  - ○ Overall like how the team is coming together under Zach and it hasn't needed much direction from me. I've mostly been looking for ways to improve visibility of the team's

work. Rachel is a very strong PM and Zach continues to drive high visibility initiatives. I thought Gus' point of privacy related to M&A was interesting and maybe that work needs some visibility as well (also seems top of mind for Ruby alongside overall privacy compliance). Measuring privacy impact outside of compliance has been a topic of discussion lately. At some point, I'd like to think more about how growth and promo fits in the Privacy space given it is relatively siloed, but there is no near term consideration there given the team is very new.

> **Commented [20]:** completely agree

---

TL;DR Some progress on Road Safety hiring pipeline but no strong offer candidate yet. Overall positive on planning and meaty areas for 2022. Good progress on insurance verification, but focus and resourcing on TfL is high to make sure we hit our goals there.

Top of Mind for Oct 15
- Road Safety
  - Hiring
    - Kavya: Pass. Soft yes for L4 on jam. Think it's too soon to consider L4.
    - 3 BPS this week. Another for next week.
      - Sivapriya: BPS. Would like to move to jam. No direct safety domain knowledge but feels like a solid PM and genuine interest in mobility (through last mile delivery exposure). Would like to see how this type of candidate does in a Road Safety jam.
      - Himankini Shah: BPS. Some Amazon warehouse safety experience and seems like solid data-led product background. Want to move to jam.
      - Surbi Gupta: BPS. At Tesla but in a CRM product role. Good passion but not strong on data. Pass.
- Planning. Overall going well and looking forward to the jam on Tuesday.
  - Kosuke driving insurance roadmap. Cost savings and verification plans are shaping up. Want to get Kosuke more involved in verification and insurance marketplace to help lead the team.
  - Very excited about Dharmin leading a set of initiatives around Data->S-RAD/DACT, Data-> Agent tooling, Data -> Earner Fairness/Transparency and proposed expansion of safety signal store. In addition to Road Safety, we can add more value to IPC signals as well.
  - Think we also have a good mix of projects in Road Safety. One area of the roadmap will be to launch and expand based on proven impact (more DDN variations, Driving Insights expansion, Intersection Alerts expansion). Another is to improve or prove impact of signals. We'll go into more details on Tuesday.
- Insurance
  - UK Verification: Progress on error rates. There are lots of issues due to retries that are skewing the error counts and feel better about getting to a resolution there. On rental fleets (about 12% of London supply), Rafael may have a good solution that would only require minor modifications to our existing APIs.
  - US Verification: We are on track on the eng front in insurance. Most of the complexity is in the driver growth scope.

- Other
  - Marcello Azambuja departure doesn't mean too much tactically for the team, but it means Rafael Pereira will be more stretched as the Brazil site lead. He was going to be the eng domain expert for insurance. It means that we may not have much tech presence in some external iniatives that are partner heavy (US/UK verification, US insurance integrations, insurance marketplace). This was an area that Lili participated heavily in that we haven't regained.

---

TL;DR Biggest thing on my mind wrt to planning is further investment on data/insights within Safety Data but adding Road Safety and Insurance use cases. Details below. Good progress on rollout of InstaDoc 3.0 but still a lot of work ahead. Several updates from safety committee readouts.

Top of Mind for Oct 1 / Oct 8
- Road Safety
  - Hiring
    - Fiaz pass based on jam feedback.
    - Kavya Sambana - Jam done. Soft yes from Dharmin and Nadia. Will review next steps shortly.
    - Two more BPS scheduled this week.
  - Gus 1:1. Provided Gus some feedback on the Canopy / Trellis final pilot decision and where we are with auto fetch. Tolga at Canopy remains upset and had also reached out to Mac, but let Gus know that we gave Canopy every opportunity. No followup action, just gauging if there's any further action needed on the relationship front with Canopy.
  - APAC Safety Committee product overview - good feedback from Pradeep. Dom raised the topic of Voice Commands as an ongoing ask from the region but continually deferred. I pushed back on this a bit based on the results of previous Voice Command pilots in Australia and New York. Basically mixed user experience, no marketplace improvement (e.g. impact on cancel or accept rates), no measured safety benefit (tough to do for distraction). Also, this ask was a P1 and 27th on global priority list from the safety ops.

    > **Commented [21]:** makes sense to continue to pushback

  - US&C Safety Committee product overview. Thanks for the guide and prompting on this. Will look at how we push on legal objections a bit more.
  - Road Safety DS candidate - Dehui Yang: Great experience from Root. Thumbs up from the panel for L4 offer in Patrick's team.
  - Hertz/Telsa, Ford, Arrival opportunities:
    - Tesla: Pulled in Hertz/Telsa opportunity from Bob Rupp. Thinking about this from a Connected Car perspective. It may be how we make progress on consent because the vehicle owner is Hertz. Since the objective is also how to reduce insurance cost, it may be a great way to explore the overlap of Road Safety and Insurance savings.
    - Ford, Arrival: Continued early discussions.
- Insurance
  - Continued good results coming from Auto Submission.
  - Spending a lot of time with Rafael on UK Verification.
    - Instadoc 3.0 / Verify API. Think we are getting to a better place on getting the Verify API implemented with all 8 carriers and understanding the process changes needed to get API errors under control. The issues really come down to

data quality on both Uber and carrier and drivers onboard and purchase insurance. I think we will be in a good state by end of year.

- Rental Fleet support. This continues to be a risky area but have a good understanding of the problem. We are working on a way to potentially reuse the existing API for this use case. That would be a great win for Rafael. Otherwise, if we continue with creating a new vehicle-only validation API, we will attempt to pull in the carrier integrations to Q1 (from H1).

  ○ Next up, will be spending more time with Dani and Auto Resolution.
  ○ Overall, I want to continue to push on Kosuke to lead insurance product. I think that especially if we allocate more time in Safety Data to drive the data modeling and end work, he can drive faster insurance product velocity and really uplevel his impact.

- Privacy
  ○ Good sync with Tafarii. Very interesting perspective on accessibility and that by designing for the 20% (% of US with some type of disability), the 80% audience also benefits in some way. The example used in this space is sidewalk cuts. It was designed with wheelchair use in mind, but is greatly useful for people temporarily on crutches, or mail delivery people, etc.

| | |
|---|---|
| Commented [22]: strollers | |

- Safety Data
  ○ Org structure - safety data and intervention products: Thinking about a way to better organize how we approach development of models and data pipelines leading to product experiences. In Safety Data, there has been focused effort on data engineering and model/feature development leading to complex, long running projects like S-RAD, DACT and now deactivation data. In Road Safety, Harish focused for a long time on creating STIP that led to products like DDN but owning both the data and end user experience in parallel allows for too little focus. In Insurance, Kosuke spent significant time working on data analysis and modeling that led to Crash Report and Auto Submission, but the sequencing is very challenging in 6 month planning cycles. I'd like to work on a proposal to expand safety data development under Dharmin that will be tasked with building out the analysis and triggers which will power products in Road Safety and Insurance and think this may give us a much better chance of sustained and bigger impact. I think this is one area where we will see a significant return on investment.

---

TL;DR Recruiting and maps collaboration are top of mind this week in Road Safety. Think there has been good progress on both the UK and US verification programs as well. A few reviews in Safety Data (Nudge brainstorming) and Privacy (UXR planning). Cross functional ticket review in safety this week.

Top of Mind for Sep 24
- Road Safety
  ○ Maps collaboration v2: Jam session with Divya, Pushkar, Nadia, Vo and me. Think we're establishing more of a collaboration with Maps. I've been having 1:1s with Divya and am looking to align on a better approach. I'm excited about a few things:

| | |
|---|---|
| Commented [23]: good to hear about collaboration | |

  - Aligning on safety metrics and measurements. With Maps being so data driven, having this alignment on what KPIs and leading metrics is really important. We are most aligned on how to affect driver rating, DD reports and telematics signals which lead to incident reduction and road safety sentiment. Showing the correlation between rating and driving risk was new and interesting to Maps.

CONFIDENTIAL

- ■ Vo had an interesting experience of how he reported a left turn dangerous area in SF (blind turn due to parked cars obstructing view) to SFMTA and they actually responded to him (will mark the corner red no parking). That got us thinking about Maps UGC and safety, which may be another area we look at.
- ■ Online safety inferences. Looking at how we make some of our telematics inferences online which could be incorporated into nav UI.
  - ○ Recruiting: Two candidates going to jam.
    - ■ Ting Wu, at Ford autonomic.ai division. BPS done. Pass.
    - ■ Kavya Sambana. AV background. BPS done. Move to jam.
    - ■ Starting SOBO as next step.
  - ○ Participated in a cross functional ticket review that Katy setup. TL;DR is that there is a lot we don't know when the investigations are reported, but we might utilize some audit platform capabilities to be more organized around insights from ticket reviews.
- ● Insurance
  - ○ Rafa coaching: Feel like we've made good progress on PRD content quality. Spending time coaching him on expected tech depth and product leadership.
  - ○ US verification: Now that we've selected Trellis for the pilot, met with Canopy to ramp down the engagement for a few months. Hopefully, that helps close the loop with Gus as well. Reviewing the UX with Amy then will loop in Gus on the latest.
  - ○ UK verification: There was a good review with Jamie Heywood on InstaDoc 3.0 and Rental Policy coverage this week that I had Rafa present.
  - ○ Data driven planning: Kosuke made a good point about how we sequence UXR and data analysis ahead of planning. He's done a good job at pushing for this ahead of 2022 H1 planning. Think we should try to make similar efforts in other workstreams which would lead to ~April deliverables for H2 2022 planning. Will have a readout on insurance insights soon.
- ● Privacy
  - ○ Security and Privacy UXR: Sat in on the UXR plan review with Latha and Matt Olsen. Good to understand how they approach prioritization. They do seem interested in how customer perception of security and privacy affect sentiment.
- ● Safety Data
  - ○ S-RAD Nudges: Lais continues to make progress on this and presented in a peer review session.

---

TL;DR Funnel starting on Road Safety recruiting. Good progress on US and UK verification in insurance. S-RAD has another delay (details below). In Road Safety, I think I need to look at if there is something else for future commitments based on the SFS discussion.

Top of mind for Sep 17
- ● Road Safety Recruiting:
  - ○ One interesting candidate, Fiaz, from Amazon Last Mile. Moving to jam.
  - ○ Wilson Wang from Coupang. More trust and safety oriented. Pass.
  - ○ Ting Wu, at Ford autonomic.ai division. TPS on Monday
  - ○ Kavya Sambana. AV background. TPS to be scheduled
- ● Insurance

**Commented [24]:** thats great - i have always wondered.

UBER_JCCP_MDL_002624263

- ○ UK verification. Good progress with Rafa on digging into a rental policy verification approach. UK leadership sent a notice to the TfL outlining our approach to digital verification of the vehicle covered by the policy (driver is not on the policy). Mingwang has a proposed solution that is being vetted now.
- ○ US verification. Good progress on the tech side of the solution to fetch data from Trellis. We are moving the tech to Rafael Pereira with David consulting.
- Road Safety
  - ○ Road Safety newsletter went out consolidating the update of our work in this area. Good to have Vo, but really need a 2nd PM
  - ○ Very interesting perspective from Patrick based on his analysis of pre-COVID claims to now. What we have seen anecdotally around uncontrolled circumstances (e.g. wrong way drives) may be playing out in the data as well. That is no fault incidents are rising which is also indicated by increases in UM/UIM costs. That may mean that improving our own driver behavior may have less of an impact if the bigger risk is the mix of other drivers on the road. That may push us toward marketplace interventions like trip risk pricing.
  - ○ From the SFS review, will follow up with Emilie on what a possible future commitment might be if we pushed more on Driving Insights in the future.
- Data
  - ○ S-RAD delay based on triggering rate. Deck for the monthly Gus update is here. After the MTR update, we saw another issue that will delay us 2 more weeks. The monitoring tools the team created are showing an additional triggering concern. Just getting more familiar with the issues but it seems that fundamentally, we have an issue with measuring marketplace impact every two weeks because of the imbalance between treatment and control that is absorbed by S-RAD to accommodate the parallel XP. That means we have balance in the long term, but short term analysis is challenging.
- Privacy
  - ○ Zach and team are doing well and focused on Jessie and Tafarii ramp up.

---

TL;DR This week I'm spending most of my time getting closer to UK verification and think we're making some good progress there. Next up, digging into MTR prep and US verification given the various meetings this week. Going to ask Kosuke to also partner more closely with Rafa and Dani so we get more leadership exposure for Kosuke and more acceleration for Rafa/Dani on a number of key insurance products we need to land in H2. In Privacy, I'm excited about some potential impact in how privacy regulations are being weaponized and linked in the deck below. In Road Safety, happy with expansion of telematics DDN for speeding and looking forward to the design review for Driving Insights. In Safety Data, continued progress on DACT 3.0 and S-RAD and Dharmin is getting more coaching experience bringing on Lais and Dave part time.

Top of Mind for Sep 10
- General
  - ○ Road Safety recruiting: Still in the sourcing phase. A few TPS interviews in process.
- Insurance
  - ○ Kosuke is driving cost savings and auto submission to a good result. Planning to have Kosuke spend more time guiding new insurance PMs. The goal is to uplevel Kosuke's

**Commented [25]:** That is very interesting Mike. we need to show this and followup as we dont want our efforts to be perceived as low yield if most of the problems are 3rd parties.

**Commented [26]:** Totally agree. Will have a read out as part of our prework for 2022 planning.

contribution to more than his individual projects, and to accelerate progress across more insurance products. In particular:

- UK Verification: I think we're getting more clarity here. We have better participation from UK ops with Eoghen leading the reconciliation effort to ensure data is clean for the Verify API project. We also have unblocked some tech issues regarding how drivers are identified in document services which needs to be adjusted for rental/fleet policies where the vehicle owner meta data is no longer the driver. For rental/fleet policies, think we are getting alignment with the business/legal teams that we can guide the TfL to agree a rental policy digital verification will apply to the vehicle (for an any-driver policy), not the driver.
- US Verification: Thomas and Rafa N held a review with Trellis on Friday. We should be making progress on the POC. Will focus on this for the Sundeep review.
- Farmers Deductible Buy-Down. Kosuke did some great funnel analysis [here](#). The initial problem to tackle is the cadence of marketing. However, as we get into details of the funnel, there are further problems to address. One opportunity is better data passed to prefill information about the driver. Another will be using earnings deductions rather than a credit card. Both of these will probably require more work on both the partner and Uber sides, but will be needed to get adoption up. In parallel, we will need to scrutinize if the issue really is the value prop of a lower deductible. We are also due to get funnel data from Sure. Once we have that, we can update the analysis to determine which tech measure is appropriate.
- Auto Inquiry Resolution: This is an area where I am going to pair Kosuke with Dani to accelerate the process. We have too few eligible inquiries coming through, so are looking at how to broaden the definition while keeping accuracy high.

- Privacy:
  - This is the Privacy and Cybersecurity [deck](#) that was presented this week. Slides 7-21 are really interesting and Pein painted an interesting picture of how to think about privacy from both a compliance and a litigation perspective.
- Safety Data:
  - Good progress continues on both S-RAD (Dharmin has a plan for monitoring XPs) and DACT 3.0 (Jose continues to make good progress getting stakeholders comfortable with an ML approach. We also held a joint review of DACT and DDN to look more holistically at certain projects.
- Road Safety:
  - Biggest news from Road Safety is the overall progress on Telematics DDN. We've hit 80% trip coverage for Mobility. While we continue to see good progress on reducing DD reports, we don't see a reduction in crashes, which makes some sense that speed impacts severity more than frequency.
  - Driving Insights design review is coming up this week. Peer review held on Friday and think some good insights are coming out of driver reviews.

---

TL;DR Starting screens for Harish backfill soon. Lots of good projects are underway. UK and US verification are heating up, so spending some time there. There is an ask from Frank to accelerate some

UBER_JCCP_MDL_002624265

foundation deactivation work, and pulling in Natalia to see about some ProdOps support for Mia. Jose is making good progress on DACT 3.0 and Kosuke on Auto Submission. There is some push from SafeWork on weekly driving limits, and we are working on analysis that may allow us to push back. DHL daily limits seem to be working well to prevent weekly fatigue.

Top of Mind for Aug 27:
- General
  - Jose: Working on a remote work process with Dharmin. He seems re-engaged. Doing some good work driving DACT 3.0.
  - Harish backfill: Pushing Aparna and Tina Muiruri (sourcer) on sourcing. Starting to fill the funnel.
  - Mia promo: Well deserved and received!
- Insurance
  - US verification: Sent a note on latest path forward with Trellis and rationale. Trellis fee waived and moving on tech integration reviews. Trellis was originally our third priority after Jerry.ai and Canopy, so we are behind on this part with them.
  - UK verification: Pushing team to be more rigorous in how we measure "near 100% digital real time verification" leading up to end 2021 so we are aligned with the statements that Ash/Ryan are conveying to TfL. Continue to push for the rental/fleet purchased policy verification to be a separate scope since it is based on how the insurance and rental companies interact.
  - Insurance Marketplace: Several projects will be in progress this half: US verification, Safeguard modularization, Insurance API v2. These will lead to new insurance programs like France Motor with Aon, MX Own Damage with Axa and expansion of the Optional Lower Deductible program. Main issue I'm focusing on is how to make enrollment successful which has always been a challenge without dedicated marketing. Kosuke has done some funnel analysis here for the deductible pilot.
  - Cost Savings:  Here's where we are on the insurance tech modeled cost savings contribution. In Q1 we presented $4.9M out of $30.7 driven by tech. In Q2, it's $12.1 out of $15.8. So totalling to $17M out of about $46.5M on a $100M combined program and modeled savings goal so far. This doesn't include contributions from Safety for incident reduction.
- Safety Data
  - S-RAD - Dharmin working with new LatAm regional POCs on Brazil XP progress. Some continued sensitivity to any marketplace impact, so being careful.
    - Lais is interested in product work - Spending time on S-RAD nudges
  - DACT 3.0 - Good progress with legal and ops review. May need to think about a telematics / non-telematics version following a Frank review.
  - Appeals: Frank is a huge Mia fan. Asking for more accelerated PM attention around leading the deactivation and appeals program. Proposing Mia lead but incorporate some ProdOps support. Working with Natalia on the program management piece.
  - Safety Signal Store: This is a project Dave Weber will start to work on as a PM.
- Road Safety
  - First weekly newsletter coming out shortly. That will be a good way for us to roll up a lot of on-going activity with BSC, MSC, DDN,
  - DHL analysis - ANZ weekly limits is the continued ask from SafeWork. Since there is not a specific ask around number of hours/days of work triggering a certain amount of rest, we are looking into AU data to see if there is a safety benefit. TL;DR so far is that the general DHL policy of 12 hours followed by 6 hours of rest seems to be working. When

**Commented [27]:** Thats awesome. You think we are on track with our goal?

**Commented [28]:** Basically tracking to about $30M for the year with further upside if we can show incident frequency reduction. That feels like a reasonable contribution from tech, based on how the last insurance QBR was positioned. Providing incident reduction flowing through to insurance cost continues to be tough.

**Commented [29]:** What is Safety Signal store?

**Commented [30]:** The idea is to have a common store and schema of leading safety signals so we can potentially action across products. An example might be that RideCheck uses a different threshold for a high S-RAD scored trip. Added the working PRD link.

looking at cumulative hours over a week there is no obvious heightened safety risk after many consecutive days working
- ○ Cross team dangerous driving review. Start some initial peer reviews across teams. DD DACT 3.0 and DDN is our first topic.
- ● Visibility
    - ○ Insurance QBR: Presented this insurance tech update to Mac, Sarfraz, Dennis, etal
    - ○ Sundeep PMU: Privacy and DDN update. (slides)


Top of Mind for Aug 20:
- ● General
    - ○ Jose: Working on remote work process
    - ○ Harish backfill:
- ● Appeals
- ● TfL plan - rentals - met with Ash
- ● Safety Vision - review tomorrow - setup readout next
- ● Insurance QBR slides
- ● Sundeep - driving safety + insurance
- ● Road safety task force - increase push


Top of Mind for Aug 13:
- ● General
    - ○ Hiring - Jessie, Tafarii - accepted - one privacy role left
    - ○ Opened RS in scout
    - ○ Dharmin has
    - ○ Vo back
- ● Road Safety
    - ○ Task force - Vo
    - ○ Driving Insights
    - ○ Hiring
- ● Safety Data
    - ○ ML DACT - Jose
    - ○ SRAD
    - ○ Appeals
- ● Insurance
    - ○ Auto sub/resolution - OK
    - ○ TfL - performance
        - ■ Analytics - rentals
    - ○ US verification - BD - Buck
    - ○ Affinity
- ● Privacy
    - ○ Hiring
    - ○ Privacy in MTR
- ● Visibility / Visible Leadership
    - ○ Sundeep
    - ○ Gus

CONFIDENTIAL

UBER_JCCP_MDL_002624267

Top of Mind for Jul 23:

- General
  - PTO in July. 3 PTO days week of Jul 12. 1 PTO day for routine medical procedure Jul 23.
  - Dave Weber: We talked about giving him some PM oriented projects to make a transition to PM more viable. No promises. Will align with Andy Parr.
  - Working on Nadia (directly) and Mia (through Dharmin) promos
- Road Safety
  - [Road Safety Kickoff](#): Thanks for your help kicking this off. Heard from Natalia it was well received. One area I'd like to connect the dots is between our Road Safety narratives and how GMs talk about road safety in their markets. I think this will align well with the road safety vision work we are working on with Amy. Asking Natalia to kickoff the cadence of reviews, etc.
  - Connected Car: Reallocating mobile dev to audio seat belt reminders. Will work on a possible employee participation approach to end to end test of Toyota API
  - Ford: Early road [safety input](#) into purpose built EV. Rebecca provided input for personal safety.
  - Switchboard / [Job Board](#): Provided some feedback to Soni. Basically since it's a P1 experience and small pilot we don't have an incident or DD guardrail to propose. Instead we will propose a driver survey and look at metrics around more than a single job being surfaced at speed. In parallel, looped Amy is so that we can think about safety design (awareness vs interaction at speed) and will have better guidance for future products as we get through a distraction study in H2.
  - Safety Report and Road Safety: Have been meeting with Katy and Kristin. A few themes are emerging. One theme is around many severe incidents are due to uncontrollable circumstances; police chases, 3rd party wrong way driving. Another is around Uber drivers/riders having better seat restraint compliance. Another may be around level of drunk driving is attributed to 3rd party not Uber driver.
  - A few other ideas:
    - All auto crash rate: Based on data from the Safety KPI readout, it seems likely we will hit the 5% reduction regardless of what we do in Road Safety. It does seem to me that we will need to shift gears to make a difference in 2022 and will need some opportunity analysis mid H2. I think the approach will be based on outcomes of the stitched routes work RSDS is working on that will start to include P2 crashes since many lower severity crashes are happening around Pickup.
    - Mandatory Road Safety education. Think this is another area of exploration similar to SA/SM and might be paired with DACT 3.0 or Driving Insights signal.
    - Global Expansion: Beyond Speeding DDN, will be starting to look at how we think about Uncontrolled Intersection Alerts and Driving Insights expansion. We now have a few products beyond DHL and Speed Limit Alerts that we can expand.
- Insurance
  - Auto Submission: Just launched the first auto submission milestone. As we talked about, Crash Detection is playing a major role in establishing confidence in the details of the ticket as it comes in and tends to predict that there are very few changes made by an advocate before submission to a carrier. This is causing us to think about more investment in CD. We have an intern project underway to retrain the model and potentially extending to Eats.

- - Auto Inquiry Resolution: This is the other program that is starting to go live. We are targeting about 17% of inquiries that result in "driver not on platform all day" response. Going through continued.
    - Impact of auto sub/resolve: In addition to driving cost savings by moving high submission SLA and faster first contact, staffing projection were reduced by 5 FTEs on (a team size in the mid 20s)
    - TfL / Verification: We are getting a better idea of the "fleet" problem. The TL;DR is that the way fleets are defined is when more than one vehicle is owned by an entity. The biggest difference is that the policy is purchased by the entity not the driver and the biggest "fleets" are rental companies. Rafa is defining a [solution](#) that we'll review in the next few weeks.
  - Privacy
    - Zach: Good news on health. Will sync up with him 1:1 Tue
    - Good interview with a candidate, Jessie. Excited to see if we can get her for the consumer Privacy role.
  - Safety Data
    -

---

TL;DR  Mostly consumed with the Connected Car ELT readout and finishing up H2 planning. Starting to get back to mid-year promo as well.

Top of Mind for Jun 25:
- General
  - Mid-Cycle Promos: In addition to Mia, I'd like to re-consider Nadia. At the end of 2020 we only had TfL and CRC to point to, but with the addition of 2W Road Safety, taking on Road Safety overall since May and continuing to push on US verification and TfL phase 2 in her spare time, think we should look at it again. Starting to think about [overall org leveling](#) as well.

  > **Commented [31]:** sounds good - lets chat

- Insurance
  - Insurance Affinity Programs: Starting to form MX Own Damage spec and push for faster decision on insurance API v2 and what data elements we will include. India Rider insurance is likely a 2022 project. I've reached out to the Rider team to understand how optional product might be surfaced in the ride request flow.
  - TfL: Mostly looking at how we will close off the fleet insurance gap. In this case, the insurance company doesn't own a driver list. They insure the fleet and any driver authorized by the fleet but don't maintain a list. Today there isn't a fleet management solution in the UK (there is in places like Brazil apparently), so the driver must collect the authorization to drive and submit it manually along with other docs. We will propose a solution to this use case soon and socialize with UKI stakeholders.
- Road Safety
  - RS Data Science: I think there is good participation from Wayne driving how we get more impact from DS. He's been driving the analysis direction more and I think it is resulting in faster insights, like the compound turns work. Going to draw up a workstream plan to visualize how we will pipeline analysis and product implementation work.

CONFIDENTIAL

UBER_JCCP_MDL_002624269

- RS Policy: Good review session with Joe and Hannah. They were very complementary of Nadia's work in the insights space that led to intervention for comms distractions and DxGy guardrails. One thing we will start looking at is how to form a policy roadmap where we might start with policy gaps that can lead to some combination of tech or research planning.
  - Connected Car: There a few new privacy related issues that came up this week with Toyota around how consent is collected and how we are confident that the vehicle owner is the one providing consent.
- Safety Data
  - S-RAD: Think H2 can be an amazing period for S-RAD teeing up bigger expansion in 2022. I want to make S-RAD more comprehensible to those outside of the immediate team. Truly getting to scaled 15-20% SA/SM reductions with market neutral impact is quite an amazing north star that I think we should be louder about.

> Commented [32]: thank you! that would be great

- Privacy
  - Focused on hiring with Zach and providing feedback on candidates.
  - MTR: As we get through H2 planning, I want to start thinking about a Privacy topic for a future MTR or deep dive. Maybe an intro topic similar to insurance and data last year.

---

TL;DR - H2 planning, Connected Cars took up a lot of cycles this week. A reset in the US Verification approach but moving to our Plan B. Other minor updates below.

Top of Mind for Jun 19:
- General
  - Continued H2 planning. Main tradeoffs
    - Insurance
      - Flowtype deprecation is costly (24 weeks). Want to look at how much we can actually do in H2 (does all 24 weeks fit), or can we make room for other things.
      - Make room for MX affinity
      - Make room for some MVP progress in  international claims, litigation use cases, fraud
    - Road Safety
      - More MVP of Eats expansion and international incident reduction to pick up a few more things for US Mobility incidents
      - Some resource constraints Gaurav is working on. Need to make sure we get Uncontrolled Intersection Expansion, Compound Turns and Driver Bike Lane Alerts above the line.
    - Data
      - S-RAD geo expansion vs experimentation surface (MX) and intervention improvement
- Insurance
  - US Verification: Restarted Canopy Connect work. It's a good thing we kept this warm in case Jerry.ai went sideways.
- Road Safety
  - Driving Insights: Next milestone will be a design review. Target July.
  - Connected Cars: Continued work on deck for Wed

- Privacy
  - Focus on recruiting support and leveling of Rakesh S (L4, L5A)
- Data
  - Outside of S-RAD and H2 planning, how to think about bigger role for Appeals is top of mind

---

Top of Mind for Jun 11:
- General
  - H2 Planning
- Insurance
  - Jerry.ai: We have run into a problem with Jerry.ai. They have come back with a hard requirement that in order to provide verification for a driver, the notice to the driver must lead with an insurance quote. The notification is palatable to us now because the copy leads with verification of your insurance, and in addition you will receive an offer. Think they are realizing they are at higher risk of their terms of use with Nexis Lexis. We will probably need to accelerate the project with Canopy Connect again (though we still have friction with username/password, so less compelling), who we've been keeping on hold based on the outcome with Jerry.
- Road Safety:
  - Working on portfolio update following review on Friday.
  - Continued work on the Connected Car presentation.
  - Sat in on the Ford sync and provided some perspective on the Road Safety / Insurance feature use cases.
  - Reviewed Switchboard with Soni Mehra and others from Driving Experience. Little worried that the speed inhibitor has been raised from 5-10MPH to 30MPH and expressed that concern. Suggest that we bring in Road Safety DS/DA to be part of XP design to see if there are safety guardrails we can apply. It is a very engaging UX to be managing at speed.
- Data: Gus pushed back on MX/ANZ S-RAD expansion, though it was an ask from the regions. Roger was in the room during the Gus discussion and Dharmin followed up with Roger after. Roger is OK on holding on expansion in MX/ANZ and we'll continue to focus on US and S-RAD improvements.
- Privacy:
  - It appears that the SA/SM advocacy review went fine on Wed, so we are moving ahead with the Survivor Consent project.
  - Thanks for providing feedback on research budget issue in the separate thread.

---

Top of Mind for Jun 4:
- General
  - H2 Planning
- Insurance

- The big shift remains moving from claim handling efficiency to claim automation. In total, we have about $23M in savings opportunities based on projects starting to ship in H1. Only a small fraction is proven in XP, but the pipeline is there and growing in H2.
- With more PM bandwidth, looking forward to accelerating cost savings, US verification POC, and some foundations for insurance marketplace.
- In Insurance Marketplace, there are three interesting things
    - Simplify / modularize our service that power OIP, VIC, OccAcc. Every addition has cost us significant time and resources to implement. The next program to onboard is US deductible buydown and there will be a similar ask in Canada.
    - Gus has shown support for further insurance purchase experience in-app. The opportunity is to sell a driver opt-in Own Damage coverage that we talked about.
    - Whenever the project is driver based, we'll only be selling to an audience of several million earners. There is a potential to explore doing a rider insurance cover like Ola provides in India. There is an ask from the business that we will take a look at.
- Still keeping an eye on morale. Per Kosuke's observations, want to make sure that Moid/Wei/Demontie/Piera feel the impact they are making and are highly engaged.

> **Commented [33]:** thats encouraging
>
> **Commented [34]:** how is Kosuke doing?
>
> **Commented [35]:** I think Kosuke is doing well. I've been having him drive a lot of product direction in insurance instead of just executing on his own products and think he is enjoying that increase in leadership.

- Road Safety
    - Putting together the outline for the Connected Car deck here. Gus content review on 6/11 and pre-read is due 6/18. Roughly, the outline is
        - Connected car landscape
        - What data is available, what are the use cases
        - What is the market size within Uber, what might it be in 2-3 years
        - What are we doing in the Toyota POC
        - What are we looking at in the Otonomo data
    - Planning to push on a telematics based DD policy for speeding. I think this is going to be the angle by which Driving Insights becomes much more powerful than Delphina. Interesting conversation with VisionZero that Kristin setup that sparked some possible product ideas (injury network based alerts and low speed DDN).
    - Some additional Maps collaborations coming to light. Have been investing time with Divya and recently Pushkar. We are aligned on Uncontrolled Intersection Alert expansion assuming the SF pilot is successful. Have been spending time with Patrick/Wayne. In addition to focused work on route stitching that will hopefully lead to a breakthrough in the Route Risk Model, their top collaboration project is called Compound Turns which is fixing dangerous U turns being treated as two left hand turns. With Maps, this should also help with re-route rates.
    - Promos - I spoke to Gus about a potential Nadia promo after we talked back in ~April. He's perspective is that he hasn't had much direct experience with her, so no direct feedback (working on that exposure), however, said that I should make sure that the separation of levels within my team are rational (is nearly everyone really "Sr"?). His feedback on Mia was very positive, so no issues with that one. No action here, just on my mind as mid-year promo approach.
- Privacy
    - Met with Nishant this week. Really like him. Main take-away for me is to work on how we provide better awareness of privacy in MTR. The benefit to privacy goals is that privacy adoption is a key to success. Also looking to find ways to demonstrate success in privacy that is compatible with how Ruby and Simon see management of risk.

- - Survivor consent is still a political issue between LE objectives and supporting survivors. Rachel has a followup with survivor advocats based on changes recommended in the SAB and may suggest we stop the project if we are putting RAINN support at risk.
  - Data
    - S-RAD is the top ask from Rogers team, so focused on that. I think there are also intervention expansion ideas from Dharmin that I think are great. Will explore in the H2 planning sessions.
    - Within this workstream, working on how we talk about the breadth of projects we touch. Think that framework will help illustrate impact.

Top of Mind for May 28:
- General
  - Mostly focused on H2 planning and any upcoming exec materials (e.g. Connected Car)
  - With added scope, I'm finding I need to be more selective with where I engage. Working on the right balance to maximize impact.
- Insurance
  - Good progress on Auto Submission. Pushing the team to launch v1 in June.
  - Sumanth's last day was May 31. Little concerned with the continued changes in management in the Eng org. No flight risks yet but nervous.
- Road Safety
  - Thought the SFS readout on DDN went fine. Pushing the team to get the rollout accelerated. This is one area where we are lacking sufficient product ops support.
- Privacy
  - Joined the 3YP alignment call. Good to see where Ruby and Simon focus. Ruby's interested in championing privacy as everyone's responsibility, so cautious of any statement that we're "leading" in this area. Simon is sensitive to privacy compliance risk and exposure of that over time as our DPO. It was good to hear Nishant talk about user experience as a privacy pillar.
- Data
  - There is some really great work being done in this team but it's a little hard to digest for people outside of the specific projects. Gender neutral S-RAD to expand into the US and other markets in a big deal. Creating a transparent and faster appeals process is a big deal for earner trust. Same with the mileage source of truth, breaking ML feature silos with safety signal store, etc. In addition, the combination of projects within the team spanning ML data, tools, S-RAD, deactivations, etc make it tough to talk about the problem space thematically. Working on how we frame our north star and impact.

Top of Mind for May 21:
- General
  - Rafael N and Dani B started this week. Just working on ramping up.
- Privacy

> **Commented [36]:** congrats. amazing

UBER_JCCP_MDL_002624273

- ○ Survivor Consent: Very interesting dynamic here. Basically there is a conflict between anchoring on advocacy for survivors and driving some sentiment improvement with LE. Gus' perspective was that we should either abandon it (he said he would suggest that to Tony) or that we should broaden the scope to include any pre-consent to LE for things like stolen property and not focus on SA. Feedback from SAB was aligned to that where survivors interaction with LE was not often positive.
- Road Safety
  - ○ SFS - DDN, 2 wheeler update: Got your message on funnel friction of Bike Safety Checklist. Will get aligned with Sunny and Nadia. I do not think we were able to run an A/B but I do recall that complicated discussion with Harish during a design review. I'll work on where we are and what narrative to propose wrt friction concerns.
  - ○ ELT offsite - connected cars: Sent you a separate note on this.
  - ○ Maps collaboration: Been working on establishing a relationship with Divya. May have some new ideas coming out of that for H2. Working with Pushkar on details.
  - ○ UK DDN: Some interesting enthusiasm from the UK business team to push for telematics speeding DDN. There are concerns on employment just like in the US, but really glad the business is embracing some of these projects.
- Insurance
  - Jerry.ai - US verification onboarding flow: Nadia sent over the flows where we are collaborating with the driver onboarding team. You already commented on the design. Working on final scoping / timing now.
  - ○ TfL audit update: There is an audit by TfL and Nadia presented a summary of our 2020 implementation at a very high level, following a prep with the UK team. Think it went fine and allows the auditor to check the box that we are doing what we said we would do.
  - ○ Affinity: Some renewed interest by Gus to push on affinity. The work is based on the evolution of the Verification APIs and Insurance APIs. Alongside the Aon project, next explorations are new use cases with Inshur, and starting to think about an affinity "Own Damage" (collision) insurance in MX. This could eventually lead to a similar collision product in the US.

Commented [37]: great updates overall

Commented [38]: cool. lets do a design review when design is further ahead

---

Top of Mind for May 7:

- Safety Advisory Board: Several team members presenting. Nadia (2 wheeler), Zach (General privacy and survivor consent), Mia (appeals), Dharmin (S-RAD)
- Onboarding prep for new PMs: Starting prep and project transition
- US Onboarding: We plan to review flows shortly once we have alignment with the driver team. Gus has an interest in reviewing as well. Targeting this week.
- Auto Submission is the biggest cost savings opportunity in insurance right now. We are getting great support from Olivia in Sunny's team. We will roll up some revised opportunity estimates soon.
- Road Safety: Thinking about the task force view that you mentioned. I think we should take stock of our next deliverables, both sentiment and incident reduction and then do a kick off. I think if you can spare a few minutes to reinforce the tone, that will be really helpful. I can work with Cam on possible times.

Top of Mind for Apr 30: Smaller incremental update this week.
- General
  - No big fires.
  - Safety Advisory Board coming up. Two wheeler, Appeals, Survivor Consent and short S-RAD update is on the agenda.
- Safety Data
  - No big updates this week. With Jose becoming official looks like we are fully staffed now.
  - Went through product deep dives. Main next step is to get to a north star goal for major project areas, then have Dharmin drive to that with the team across data, tooling and S-RAD.
- Privacy
  - Mainly getting a better feel for stakeholders to put the products into context. It's definitely an interesting mix of factors. Also thinking about how does a privacy team or PM grow. Zach has interesting thoughts on leveraging the platform given that Privacy's horizontal nature.
- Road Safety
  - Focused on transition of Road Safety PM leadership to Nadia, now that Harish is out. Continued focus on how we get to 5% incident reduction, and finish off 2 wheeler phase 2 plan. There were some recent fatalities in APAC again, so expect that will continue to be a hot topic for that region.
  - I've kicked off a Connected Car POC and am working on how to incentivize participation.
- Insurance
  - Focus is on-boarding plans for Marcello and Dani. Also want to improve cross functional input into H2 planning and start to expand beyond claims and into litigation and actuary use cases. Cost savings is, of course, still our top priority.
  - US verification + LexisNexis + Deductible Buy-Down: There is a potentially interesting way for us to leverage a combination of these projects. For US verification we have a plan with Jerry.ai, but it does require some aspect of surfacing an insurance quote in order to use the service for verification. We have an idea to consider using Farmers in a similar way for the purpose of determining eligibility of the deductible buy-down but will also get coverage verification. Just in ideation at the moment.

Top of Mind for Apr 26:
- Safety Data
  - Coming up to speed on projects. A few deep dives last week and more this week.
  - Also mindful of Mia L4 -> L5 promo track
  - Looks like we are close to moving on Jose. Looks promising though I guess we are causing some problems for Ricky.
- Privacy
  - Still going through material Zach provided. Will be getting into deep dives shortly.
- Road Safety

- o Last week for Harish before paternity leave. Sure there will be some minor fallout as we transition to Nadia before we can bring on Rafael and Dani in Brazil, so just trying to prioritize during May.
- o Nadia - I do want to think about if an L5 discussion should happen mid-year. I'd like to see how a few things play out over the next 2 months, namely, two wheeler phase 2 and overall incident reduction execution plan by region.
- o One topic that Gus is staying close to is the Maps safe routing collaboration. The XP will take longer to get to than expected and probably not start until Q3. I'm working with Wayne to make sure we tighten how we convey this to Maps DS. After the RSDS review with Gus last Wed, Wayne and Patrick brough the Maps DS team up to speed and I think we're in decent shape.

- Insurance
  - o We've moved some of the Farmers affinity work to Kosuke and also trying to use Victoria and EMs for things that are already well defined (UK verification and CRC)
  - o In PM, I will be asking Rafael to take on API oriented things like UK verification and some of our affinity integrations. I will be asking Dani to take on UX oriented things like Crash Reporting, Insurance Hub and Claims Tooling
  - o One project Gus is interested in keeping close to in Insurance is US verification. He referred a company, Canopy Connect, to us. We are proposing prioritizing a different approach with another company, Jerry.ai, which doesn't require a user login. It does require some sort of insurance offer. We think we can make this work by separating out the offer to a later point and a small subset of drivers. There is also an approach Gus raised about Uber being a broker for comprehensive and collision coverage which may overcome the Lexis Nexis contributory barrier. We plan to have a readout on both of these to Gus in the next two weeks.
  - o I may also ask one of the Brazil PMs to take on Connected Car work. The first project should be pretty simple where we are looking to adapt the dashcam opt-in and integration. I've wanted to work on this myself but have less and less time to really dedicate to it.

---

Top of Mind for Mar 12:
- Recruiting
  - o Screen->Jam: Henrique L4 and Danielle L3 moved to jam. Not moving ahead with Nilton.
  - o Jam->Onsite: Marcelo L4 and Rafael moving to onsite. Not moving ahead with Gui L5, Frederico, or Luis L4.
  - o Debriefs: Aline L3 debrief tomorrow.
  - o Other: Simplifying jam. The events jam is very ops oriented and very broad, so I think candidates at L4 don't spend enough time on the details of their presentation to look for gaps. We are moving to a Female Safety prompt (which I now need to think through…!)
- Road Safety
  - o Phase 2 two-wheeler plan starting to take shape as you are starting to see in MTR deck
  - o Working on connecting the dots between the Safety KPI readouts -> our 5% reduction plan -> any positioning in Safety Committee reviews needed to support expansion. We are planning to also work on getting Roger Kaiser as a strong advocate. Our first test is pitching [Speeding DDN expansion](#).

- ■ Generally feeling good about Harish driving this expansion push
- Insurance
    - ○ Provided a Modeled Savings update to S&I Eng All Hands. Some good visibility within eng.
    - ○ Generally feeling on-track. Saw Gus' perf feedback around getting closer to costs. Totally agree and will figure out how we do this. Particularly interested in the comment about figuring out what pieces of info allow us to win cases.
    - ○ TfL: We had a breach (driver without insurance) that is largely due to the gap of manual uploads. Once we have that in place we will be in a better position, however, it will take time for the panel to get the tech in place. Gus has some reservations that we continue to leverage InstaDoc which was never meant to be a compliance product but is aligned with our tactical approach to this problem (solve for verification on manual upload and close panel).
    - ○ MVRs: Some potential collaboration with driver access (Leon Zetti and Chris Butorac) on the use of motor vehicle records for Road Safety and Insurance purposes. Looping in Sunny and Patrick.
- Eats Safety
    - ○ Starting to come up to speed on Ricardo's programs starting with Guest Rides. Interesting problem space and learning a little more about IPCs.

---

Top of Mind for Mar 5:
- Recruiting
    - ○ Think you saw the update from Sher. Two PM HCs open
    - ○ For Vo coverage, Ricky is going to ask Pedro (Brazil) to help cover for Road Safety. Victoria will help with Insurance renewals
- Perf Promo Comp
    - ○ Kosuke: Good conversation. Very happy with promo. Seems very motivated. On sabbatical now.
    - ○ Nadia: Good conversation. Good with outcomes and think she knows TfL went great with claims tooling adoption stumbling a little and improving with more recent launches. She is very excited about Road Safety and now just need to get her more time to spend on it. It'll be a great high visibility role and also a good way to stretch into L5 performance.
    - ○ Harish: Reasonable conversation. He expected a "meeting expectations" kind of review so nothing surprising. There continues to be a disconnect in how we demonstrate impact in a way that aligns with a company goal (e.g. 5% crash), so for now, just pushing progress by engaging more directly in working teams to bring focus on our goals. Harish's quality, tech depth, credibility continues to be very high, with just this conflict between championing a company goal and alignment to his worldview that hold him back in perf reviews.
- Road Safety
    - ○ Speeding DDN is the next thing we will be focusing on. Harish brought up a great point which is that unlike harsh braking which drivers may not have a clear understanding of what is good/bad, excessive speeding is more intuitive.
    - ○ First peer review on Driving Insights this week as well, and will be pushing for a broader product review.

> **Commented [39]:** great!

> **Commented [40]:** cool. lets make sure she knows it will need impact and visibility to get L5

> **Commented [41]:** I am a big fan of his qualities. We should also mentor him that his world view needs work and this will be a factor in his success in his PM career not just at Uber but anywhere

- Insurance
  - 3/1 renewal went fine - no drama
  - Surfacing Crash Report in Driver Safety Toolkit is producing good results. It is an untapped channel to increase capturing better data which is showing up in faster contact in prelim data.

  > **Commented [42]:** That is great to hear

  - Some really good work recently from Olivia and Jheel on insurance (Sunny's team). Olivia is doing great work looking at impact and opportunities in insurance. Jheel created an insurance product dashboard we've needed for some time now and we are moving to it in our product health reviews. Generally, DA activity in insurance has been much higher these last few months.

  > **Commented [43]:** awesome

  - Some very interesting feedback from Progressive where Lyft has an operation in Poland that runs 24/7 and sends FNOL in 2-3 hours. Team is debating if this type of workflow is better since less info is captured and qualified by that point. We have a similar approach in MX. Speaking with Frank, we may think about an experiment here to see what cost savings could be realized using this approach.
  - Russell Corbould-Warren is leaving Uber. That really sucks for UK insurance programs, especially as we are ramping up the next TfL initiatives.

---

Top of Mind for Feb 26:
- Recruiting

  > **Commented [44]:** sounds good on all fronts

  - Danielle kicking off the budget change to open two PM reqs in SP
  - Starting to let folks know about Nadia shift in focus
  - Getting engaged with Brazil Eats recruiting to calibrate with hiring pool
  - There is some possibility that Harish will move back his leave to May 1 but still planning for April 5
  - As discussed will push on the recruiting effort: compress TPS to debrief cycle, other possible approaches to "batch" recruiting
- Perf Promo Comp
  - Will set up perf/promo/comp reviews this week. Kosuke is on Wed. Is there an announcement going out on promos?

  > **Commented [45]:** Still thinking about it

- Road Safety
  - One consideration on my mind is that our new goals will focus on all road safety incidents, not just serious
  - The safety committee meetings are a good way to anchor on what regions are focused on. So far joined just APAC and LatAm
    - APAC: My focus is on
      - ANZ: auto + bicycles
      - TW: motorcycle
      - JP: bicycle
      - India: moto and auto
    - LatAm - IPC remains focus, but I think there is a change that road safety issues will rise as volume rises, and the region just isn't anticipating that yet
    - US&C: Thanks for adding me. Looking forward to it.
- Insurance
  - 3/1 renewal lined up

CONFIDENTIAL

- For 2021, about $18-20M savings opportunity identified in insurance and another $17-20M in road safety. New ideas still need to be factored in and there is a big shift depending on routing.
- Eats
  - Start more regular reviews with Mariana and will start one with Ricardo. Mariana wants to make sure we keep him engaged. Seems like his focus will be on Guest Rides and continuation of two-wheeler safety projects. Some thoughts on getting him into training. One other thought is that between Ricardo, Eats and Insurance PM recruiting, we will have an L4 heavy PM team. Will be better when Mariana returns but just something to keep in mind.

> **Commented [46]:** Will we have an itemized list for this somewhere and then tracking from there on on?

> **Commented [47]:** It's still work in progress both from backlog, measurement definition and review (Frank) perspective but here is the list from slides 9-16: https://docs.google.com/presentation/d/1vqHuiViVxF_NvXCGh2IUD7Wz0-dm6hO3kM8PX1wxaYo/edit#slide=id.gb4473f3cf4_7_0

Top of Mind for Feb 19:
- Recruiting
  - Anindita: Still a thumbs up for me but don't think it will pass the debrief. Rebecca and Aarti were soft-no and no. Gaurav is also concerned about tech depth.
  - **Nadia - Unless something pans out with Anindita, I think we should move Nadia to Road Safety and restart insurance recruiting in Brazil. Can we recruit more than 1 PM in Brazil versus 1 in SF? Only ~5 weeks to Harish/Vo leave.**
    - **I've been mapping out what PM capabilities for Road Safety vs Insurance and think this is going to be the best approach to keep the momentum going in Q2/Q3.**
  - TPS pipeline: Need to go through the next round of outreach selection. SOBO setup.
  - Mariana pipeline: I'm on the interview panel now. We spoke about possible insurance PM coverage and the scenario where the second PM hire for Eats Safety has some insurance responsibility but really think the staffing solution is the Nadia transition to Road Safety then moving some insurance PM to Brazil. In addition to taking over tooling projects so Nadia can focus on Road Safety, I think we will need to work on more insurance cost savings ideas in parallel to hit our cost savings goals.
  - Alison Tarwater: Referral from Asha. Possible screen.
  - ~~David Frances: Not ready. Aspiration fit.~~
  - ~~Harsha Rao: Held TPS. Not a fit.~~
- Road Safety
  - Getting to 5%:
    - US&C: Decent plan coming together.
      - Routing: Still a high risk of getting to 5% effect size. Going to lean on Patrick and Wayne more on this especially with Harish out soon
      - REDACTED - PRIVILEGED Gus would be supportive of US wide expansion if we can show a 1% claims effect. Before we do that, we are going to propose something in the 38 states that have lower employment risk according to the assessment done for dashcams.
    - APAC/India:
      - The idea is to get regional plans together once we have some direction set for US&C

> **Commented [48]:** sounds good to me, and yes - we can convert 1 to 2 in SP.

> **Commented [49]:** that sounds great Mike! great framework

> **Commented [50]:** sounds good.

> **Commented [51]:** how long would it take for us to see that in the three states?

> **Commented [52]:** Still working on that. We've ended the current XP in CA, TX, FL and are gearing up for another iteration between braking/speeding, 3 vs 38 states and possibly adjusting the trigger rate.

- From the APAC Safety KPI review, think our target markets are India, Taiwan and Japan with a combination of our two-wheeler plan and global speeding DDN.
  - EMEA, LatAm: Will review once we go through next safety KPI reviews.
  - Explorations:
    - Motor Vehicle Records - Met with the team responsible for these checks. Going to work with Sunny on how we might use this in our modeling
    - Maps: Started a sync with Divya about a month ago. Beyond the projects in progress, there are a few others that may be interesting.
  - Two wheeler plan: Think we are in decent shape. Will keep focus on remaining things to finish to ship the first phase.

> **Commented [53]:** The comms plan is a lot more subdued now with one interview. I added you to the debrief with the media team.

- Insurance
  - Launches: Claims auto assignment launched and team working on training. This is the beginning of tech for auto submission.
  - ZenDesk: With Frank owning claims, he is much less concerned about the CommOps ZenDesk deprecation plan. We are going to remove this from our roadmap and accelerate Inquiry Response Resolution instead.
  - Savings: We have about $15-18M of savings opportunity identified so far. In Q1, we'll launch a few things but it'll be too early to show results. We are also layering on Road Safety cost savings (routing and DDN). Frank seems good with this approach (modeled savings coming from multiple sources), so we are pulling Patrick and Harish into our modeled savings reviews.

---

Top of Mind for Feb 12:
- Recruiting
  - Anindita: Going through on-site Tue 2/16
  - David Frances: Sachin call 2/12
  - Harsha Rao: Held TPS. Not a fit.
  - Alison Tarwater: Referral from Asha. Possible screen.
  - TPS pipeline: Nothing on my calendar. Jessica setting up a SOBO outreach.
  - Mariana pipeline: On first panel next week. We spoke about possible insurance PM coverage. Biggest gap to fill is Apr - Aug, so it would be mostly her V2 (2nd hire) scenario not post maternity leave
  - Nadia - Unless something pans out with Anindita or one of the other near term candidates from other screens, I think we should move Nadia to Road Safety and restart insurance recruiting in Brazil. Only ~6 weeks to Harish/Vo leave.
- Road Safety
  - With Vo's help we are spending more focused time on our 5% incident reduction jams. I think the key issue to solve is this sequence:
    - Reinforce the goal. I think the 2020 ELT goal of 5% fatality was too far removed for day to day work and progress is too hard to see. In 2021, the big difference to me is both the 2 wheeler fire and the 5% regional goal of all dangerous driving incidents
    - Focused jam time on product ideas and priority given the more tangible goal. I think our progress is too siloed, so taking a page from the 2 wheeler playbook

and having Vo setup the meeting structure bringing in Nadia to expand Insights to al Road Safety. Also, pulling Guarav and Patrick in together in these sessions.

- DS/DA backlog feedback Eng backlog: The more we look into it, the more we need a crisp analysis backlog that will allow us to measure headroom and prioritize. This may reveal we are still short on DS/DA staffing. Patrick and his team of 2 plus 1 backfill are heavily tied up in routing model and now trip risk pricing model work.  Both of those are critical, but we need to somehow find the time to work on driver behavior insights which will then drive BE/FE eng work. Similar for Sunny's team. We are getting more attention from them these days but they have also just lost Emma.

- Feeding Eng backlog: Right now our user facing experiences are lagging the analysis and insight work. I think this is where we just didn't have enough PM bandwidth to keep eng at full capacity. In the short term, the plan is:
  - Have Harish finish an MVP of Driving Insights before his leave
  - Pull Nadia in more for insights right now, but likely on other RS products as well. If we take this route, I would have her drive a 5% reduction plan (a big L5ish goal)

- Insurance
  - Will be asking Kosuke to put together an insurance cost savings readout for Q1. In this first quarter, it'll mainly be a set of products that are launching and updated savings levers. We won't have data to back any savings claims yet.
  - There are a few projects on Gus' radar to make sure we keep on track:
    - Deductible buy-down pilot
    - US insurance verification proof of concept
    - Possible deprecation of /partners/me/trips API for insurance companies. This will drive the question of if the insurance API can support uses cases served by getting individual trip data
  - Crisp Focus: Claims tooling is a pretty well defined area now and want to pull Nadia away from new work in this area. If we switch gears to Insurance PM recruitment, it's where I would have that person take over, getting Nadia to focus more clearly on 5% Road Safety reduction and Kosuke on insurance savings growth.

---

Top of Mind for Feb 5:
- Recruiting
  - Anindita: Going through on-site
  - David Frances: Will keep close over next few weeks. Aligning with his motivation is a concern.
  - Harsha Rao: New TPS being set up
  - ~~Bansi: Pass. Concerned about enthusiasm for safety / interest level.~~
  - ~~Cynthia Louie: Keep on recall list.~~
  - ~~Timothe Adeline: Level fit.~~
  - ~~Hitesh Solanki Not a fit.~~
- Vo Pat Leave

UBER_JCCP_MDL_002624281



- ○ Continuing to push for faster recruiting. Between backfill for Bill, Natasha 50% and Jose possibly moving, new hire is likely only solution for Vo's position.
- Harish Leave
  - ○ I am going to use this as an opportunity to drive Road Safety differently and be more goal oriented around the 5% reduction and two-wheeler objectives. Will be leaning on Kosuke more in Insurance and will have to borrow Nadia more for Road Safety.
- Road Safety:
  - ○ Think we covered many of the top things in last 1:1.
    - ■ Explore how we expand DDN harsh brakes to solve for incident reduction and not just reduction in inferences and tickets.
    - ■ Look at how to use Motor Vehicle Records in GLM or other places.
    - ■ Interesting Connected Car opportunity. Looking at what we did in dashcams and how we might leverage work there (APIs, consent).
  - ○ One new thought from the weekend is how we can tie our GLM and DACT work more closely with Road Safety initiatives. GLM is a link between features we might influence and frequency reduction (albeit a US only model). DACT 3.0 will be an ML model that is a link between features we influence (DD rates) and driver segmentation.
- Insurance
  - ○ Tactical focus on 3/1, Deductible Buy-Down (likely moving to 4/1 based on Farmers schedule) and Insurance Verification work. All of these are driven by Vo and Nadia so wanting to get clear of them before we gap fill for Vo/Harish.
  - ○ Insurance Savings: First products we ship will be some CRC work in Q1 for claims efficiency and the dev work for Rider CR which will start measuring time to contact compression.
  - ○ Gus has an interesting idea related to our litigation jam. It's an idea for a dashboard that takes Crash Detection and other signals and highlights the most likely high cost claims in the last 24 hours. This might trigger high severity teams to launch investigations proactively (get to video recordings before they are erased).
  - ○ Frank had some feedback on claims architecture work. It was really a Lili driven project that they didn't want to interfere with from a motivation point of view but think there is duplication of work with Safety Data. There is also some friction between Frank and David Chen I need to keep an eye on not that David is leading this effort. I am going to see if Kosuke, Dharmin and David can drive a more unified vision that incorporates the two long term plans.

---

Top of Mind for Jan 29:
- Recruiting
  - ○ Timothe: Gut feel is that we won't qualify him for 5A but would fit into L4. Honestly, I think he has a lot of potential as a PM, but having him be the main replacement for Harish in April seems like too big a role for the first DS to PM transition. Also, according to Aparna, L4 PM comp won't match L5 DS comp, so it won't be attractive enough financially. Patrick is extending DS L5 offer, so best outcome to me is going to be having Timothe go to Road Safety DS and having giving him some PM opportunities, to the extent Patrick is comfortable.
  - ○ Anindita: Sill like her. Also reached out to Divya and very positive signal there from her Map screening.

UBER_JCCP_MDL_002624282

- Bansi: One other TPS from Friday which may be promising.
- David Frances: Spoke on Friday. There is some interest there. We are setting up a followup this week.

> **Commented [54]:** awesome.

- Cynthia Louie: We are going to catch up early this week.
- Thanks for posting the JD on LinkedIn.

- PM Capacity:
  - I'm happy that we have some path to getting ahead of Harish's paternity leave, however, that will only keep us at a steady state April to August, which still makes me nervous about our 2021 goals. **Is there any other path to reopening an Insurance PM role in Brazil?** I'd like to be able to use Nadia more in Road Safety to build our backlog and also have Kosuke spend more time figuring out modeled savings opportunities. Having even 50% of a L3/L4 PM in Brazil working on products that have a clear path can greatly improve the effectiveness of both Kosuke and Nadia freeing them to figure out where we get to savings and incident reduction.

> **Commented [55]:** Yes. work with Mariana. She is hiring 2. we should be able to use 50% of one of them on insurance

- Incident Reduction:
  - One big thing on my mind for Road Safety incident reduction is headroom. I think behavior change alone will not happen at scale fast enough to contribute meaningfully to a 5% reduction. The other approach is to segment our earner population better which may already be done through DACT and safety policy work over the last 3 years, leaving little headroom. I think that risk segmentation and linking the detection of driver risk to DACT and safety policy is the bigger opportunity. Harish's perspective is that the way we measure incidents has so much noise that we can't solve for it, therefore he focuses on measurable interventions, but IMO those are currently way too small. **So I have one broad question of how literally we should take the 5% reduction plan. I would like to think we can make it happen in pockets (e.g. we have employment risk appetite, high quality sensor data, appetite of safety relative to marketplace risk), even if globally it may not be possible in one year.**

> **Commented [56]:** we should def take seriously. perhaps we do a brainstorm with Gus and Frank

---

Top of Mind for Jan 22:
- General
  - Generally nervous about pace of recruiting

> **Commented [57]:** good :) we all are but thats good to be nervous about

- Insurance
  - Continued focus on products launching on 3/1: renewal, state changes, deductible buydown, FNOL changes for VS
    - We need some mobile dev help to get a deeplink to Insurance Hub. In retrospect, we could have used it for Prop 22 to drive much higher traffic there. Deductible buy-down and other renewal comms is another opportunity but need some help outside of Insurance Eng. Sumanth is chatting with Shimul.
  - Good progress with Kosuke driving insurance savings plans. We are working through some estimated insurance savings coefficients to guide our product priorities rather than predict individual project impact and then work them into the modeled savings. Based on an early look, we will need to shift up some time to contact projects to start adding up impact for 2021. Next week is our jam on claims tooling and litigation team efficiency. Late reporting (we are noticed by a carrier or third party instead of through our flows) is the next coefficient Shivanie will work on. This is a new area to explore where we need to

either get better at detecting crashes and solve for people contacting Uber before an attorney (similar to under reporting issue in Road Safety).

- Road Safety
  - Safety Moment: Think we have a better understanding of Comms approach to this. Was thinking it's purely driven by the two wheeler fires, but Joe found that it's really broader than that. Apparently, it's to reinforce our commitment to safety beyond Rides and into the Courier space. This broader view allows us to talk about all our safety initiatives that are applicable to couriers. Two wheeler safety stuff will be one component of that.
  - Two Wheeler Safety: Some attention needed on specific configs for our key markets. Next things to pursue are ideas from the insights track, and dive into details in the Bike Safety Workflow. Also thinking about how we frame up the story for MTD and StandForSafety reviews coming up.
  - Safety Report: Starting to think about how we collaborate more closely with Katy's team on this
  - Road Safety Framing: How we scale to get to 5% reduction is top of mind. Thinking about our next Driving Insights product, I have two conflicting views. One is that changing behavior is hard to do at scale and that we should focus on better detection of the worst driving offenders to have an impact on high severity incidents. REDACTED - PRIVILEGED REDACTED - PRIVILEGED The other view is that there is evidence that one intervention that has worked in the broader world of road safety are speed cameras and radar speed signs. This gives me some optimism that Driving Insights for Speeding combined with some enforcement policy that isn't bound by a customer complaint is a path to scale.
  - Road Safety DS and Trip Risk Pricing: Gus spent a few minutes in the RSDS meeting outlining his thinking in this area which is really interesting. Basically, if we can build a model that allocates the right insurance cost to a trip in Road Safety, we can compare how insurance costs are accounted for (Actuarial) with how we cover that cost in pricing (booking fee in Marketplace). If we balance cost and risk better, price elasticity will take care of reducing higher insurance cost trips. The next DS activity is going to be working on this Trip Risk Pricing model once we get through Route Risk Model to run the next Maps XP.

---

Top of Mind for Jan 15:
- General
  - Recruiting
    - Anindita and then Timothy (internal DS) are the two so far who are interesting, otherwise going through LinkedIn profiles with Jessica
- Insurance
  - 3/1
    - A couple things will happen on 3/1. Carrier renewals will have some state changes, the deductible will change and the Farmer's deductible buy-down pilot should launch. We are also adding a small project to include the VS indicator in FNOL which is tied to the deductible change (claims with our VS partners will stay at $1K deductible)

> **Commented [58]:** what does this mean?

> **Commented [59]:** Amy is starting a program with Farmers where a driver can enroll in an optional buy-down program. The pilot will be in 3 states, cost somewhere around $10/month and brings the deductible from the new $2500 back to $1000. Eventually, it can cover any state, not just Farmers. I hope it will also extend to lower deductible below $1000 as I think for many drivers $1000 is equally unaffordable.

- Separate but not related to tech at this point is an issue with solvency of NYC insurers other than Inshur. Many have been undercharging rates and now as drivers can't pay premiums, claims can't be covered. Not sure if Inshur could absorb business leading to potential supply issues.
  - ○ Postmates
    - Sat in on an integration review that Danielle runs. No action on tech from my perspective.
  - ○ Frank 1:1s
    - Started these as well. Good alignment on focus areas and jamming on hot topics (e.g. thinking about influencing city response to two-wheelers given commercial bike traffic data we have)

> **Commented [60]:** thats great to hear!

- Road Safety
  - ○ Helmet Detection: Not sure what to make of Thomas' feedback but think he will push on Daniel next. One quote I found after all the emails was this from NSW: "About 15 per cent of bike riders killed or seriously injured on NSW roads were not wearing a helmet. You must always wear an approved bicycle helmet that is securely fitted and fastened." (site)

> **Commented [61]:** oh wow that is huge. Let see where Thomas goes next...we will handle

  - ○ Narrative and Incident Rates for Two Wheelers: Still think we need to strengthen our portfolio. One possible project emerging is this concept of a training radius where the hypothesis is that cycling safety experience doesn't equate to delivery safety and if we could get you comfortable with delivery where you know the neighborhood, we can ramp up safely. This is where we are looking to see if incident rates are higher earlier in courier tenure.
  - ○ Safety Report:
    - I like that Katy is getting focused on insight generation and forming narratives in the safety KPI working sessions, and we are now doing more with FARS data. Think there is much more collaboration to be leading up to this year's Safety Report.
  - ○ Mariana 1:1s
    - Started these as well. Interesting perspective on courier personal safety. I actually think that since our courie safety response may be limited when it comes to collision protection, we should be thinking holistically about courier safety which will strengthen our narrative as well.

> **Commented [62]:** you mean for ANZ and 2 wheelers?

> **Commented [63]:** Yes for 2 wheelers, though I think personal safety like theft or robbery isn't pronunced in ANZ. Getting routed into more dangerous areas is feedback I've heard in LatAm. Even in "safer" areas couriers still need to worry about their bike getting stolen, or generally having safe spaces to rest during their day.

Top of Mind for Jan 8:
- General
  - ○ Perf
    - Gus is supportive of Kosuke's promo. His main feedback for development was Kosuke's getting overly focused on some things (e.g. RTP) and would like him to see the bigger picture since Product is a "connector" role. Confirmed Frank and Shivanie endorsement. Kosuke wil chase down IRT endorsement for cross-team. Also got Nandu's and Lili's endorsement.
    - Gus feedback on Nadia was that the impact was high but adoption of CRC should have been smoother. In my opinion, we do need to improve in this area and be the overall owner. In practice I think it boiled down to not having a

process owner in claims ops (I think Manan will be managed out and Brenton under Frank will drive process) to fully manage an end to end rollout (manual process, change management, audit updates) and instead relied too much on what leads were saying, which relies too much on user feedback. Secondly, even I didn't realize how advocate bonuses were tied to audits which needed to change to get alignment on changes due to tech.

- Gus feedback on Harish was that he thinks there is something about his approach that may not overcome problems quickly (e.g. maps collaboration). On Harish we spent only a few seconds since it's not a promo conversation.

**Commented [64]:** thats a good point - we will need to work with harish on this

- Leave coverage
  - Harish is still planned starting early-April. Will be focused on PM hire to try to get ahead of this. Will try to use this as an opportunity to be more directly involved.
  - Vo's leave is also planned for late-April. I'm going to work with Vo on inventorying his responsibilities and see how Ricky will support some interim transition
  - Kosuke was originally going to take sabbatical in April but this may move to March due to the timing of his brother's wedding in Japan. March is better since it won't collide with Harish and Vo.
  - This is also forcing better roadmap planning by PM/EM pairing, so we can work around these leaves. More on that shortly.
- Insurance (Insurance SteerCo doc)
  - There is a legacy driver API that provides things like ratings and trips. We have a new insurance oriented API (blueprint) that Gus said he'd like to move to. Will be looking into the performance of our first launch with Zego and look at some next steps.
  - For insurance savings, we've kicked off a weekly review of modeled savings. Goal is to have a framework on savings by end Jan of levers for each of the main areas I talked about: reduce attorney rep rate, improve rep'd cases, apply claims efficiency to staffing costs, Road Safety incident reduction to savings.
  - Two projects that will get more attention soon in Q1
    - Proof of concept for automatic fetching of insurance docs in the US
    - Deductible buy-down pilot
- Road Safety
  - Continued progress on two-wheeler program
  - Kicking of a relationship with Divya in Maps and will look to uplevel our collaboration
  - Some good insights from Gus into connected car data. I have been thinking about how we might partner with Avis/Hertz to get consent to car data at a faster pace. Gus' view was that if we are looking for training data (e.g. make our harsh turning inference better), we should look at Beacon data first. Will follow up with Wayne on that. If we are looking to experiment with interventions (similar to dashcam pilot), VS partnerships may be a good way to do that. Need to think about use cases here.
  - Kicking off some discussions with Kristin Smith. I didn't realize she was part of the SFMTA and also the SF Bicycle Coalition in the past. I'm actually wondering if there was some Flywheel interaction with her at SFMTA at one point. Anyway, I dig deeper into how we deal with both regulators and advocacy groups as part of our bike safety approach. For example, it may turn out that bike lanes are in the wrong place, or are unreliable (e.g. double parked cars) with regard to where courier routes and incidents are. New or protected bike lanes may be the solution, and how we participate in those conversations is through our data. The insight Kristin offered is that Uber may have better data than cities now on bicycle traffic because delivery by bike has probably far exceeded bike commuting data that cities previously used for infrastructure planning. Or, now that we



- have Prop 22 and injury protection for couriers in CA, perhaps how we talk to advocacy groups changes. Just kicking around some ideas outside of pure tech interventions that better frame Uber's support of two wheelers.
  - ○ Recruiting kickoff done with Aparna. One internal referral today. Will be spending more time on this.

---

Top of Mind for Dec 18:
- Insurance
  - ○ With Prop 22 out the door, we are pretty much wrapped up on the insurance front for 2020 projects. We will start a weekly series focused on the plan starting Jan. At a high level the framework I'm thinking about is:
    - ■ The real lever all our projects are focused on is attorney rep rate. Claims efficiency, FNOL in 24 hours, auto submission/resolution, time to contact all really roll up to this main attorney rep rate lever. We will apply some assumptions of 2021 miles against a target to improve on rep rate which will have some ceiling. New programs like late reporting still fall into this category.
    - ■ We will then layer on Frank's thinking about how we can influence rep'd outcomes. Still not clear how big this is which is the work we need to do but I like that it's an up-leveled, rep'd vs non-rep'd breakdown of cost savings opportunities.
    - ■ Then we will layer on Road Safety savings, so we need to get Shavanie and Patrick more aligned. As we extend the reach of interventions like telematics only DDN, hopefully, we will see bigger savings opportunities.
    - ■ Finally, we will consider what we can do in H2, both to hit a 2021 number and prepare for a bigger impact in 2022.
- Road Safety
  - ○ No big changes. Looking at how we can engage the broader Road Safety team on both the two-wheeler objectives, as well as, build enthusiasm around extending our reach with things like telematics only DDN.
  - ○ With Prop 22 launched, I can also get going on the Connected Car next steps.
  - ○ In two-wheeler safety, I'm anxious to get some other projects tee'd up in the backlog and these will be driven by insights, as well as what Mariana uncovers in incentives and workflow. For example, some couriers "pick their spot" to focus on. I think there is something interesting about concentrating deliveries in an area that a courier gets to know really well which I think will greatly reduce influence of distractions and dependence on nav.
  - ○ On the Nav front, the "break-through" was a Maps insight into a very low cost way to disable in-app nav (basically just disable the Maps SDK and overlay a message), which brought the work down from 10 weeks to 5 weeks. The remaining work is not very Maps specific which is what Safety Eng is taking on. I did push for this direction, which was not a win in terms of getting Maps to participate more but makes our 2 wheeler plan more predictable. Maps plans for a more complete solution is still to create a framework for

CONFIDENTIAL

UBER_JCCP_MDL_002624287



these out of app experiences, and that is what they have sequenced for end H1/early H2. However, I think they may revisit this based on Doordash competitive pressure.

- On the systemic change that Joe/Jodie are looking for, I have an idea that we could extend some of the TfL/LOMC thinking to the two-wheeler/regulatory problem, where we apply some "materiality" evaluation to PRDs. Not sure how to introduce this idea but if we need to incorporate two-wheeler regulatory change into our day to day thinking, we have done it before with TfL and the PRD process.

- I am planning on recharging these next two weeks. Will use the time to keep tabs on 2 wheeler safety, work on perf and catch up on a few things in Road Safety, but otherwise try to disconnect a bit while most of Uber is away.

CONFIDENTIAL

UBER_JCCP_MDL_002624288