# UBER_JCCP_MDL_003274193

## Metadata

| | | |
|---|---|---|
| **#Author** | mike.akamine@uber.com | SEMANTIC |
| **#Date Modified** | 07/12/2024 | SEMANTIC |
| **#DateCreated** | 08/02/2021 | SEMANTIC |
| **#Title** | [ACP] S-RAD - Leadership Reviews | SEMANTIC |
| **Account** | mike.akamine@uber.com; | SEMANTIC |
| **All Custodians** | Akamine, Mike;Brown, Greg;Chang, Frank;Freivogel, Cory;Fuldner, Gus;Hasbun, Andrew;Kaiser, Roger;Kansal, Sachin;Kawada Page, Jodi;McDonald, Katy;Muehrcke, Susan; | SEMANTIC |
| **All Paths** | Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_11.zip; Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_11.zip; Brown, Greg: \REFRESH_Drive_Set3\REFRESH_Drive_Set3____14.zip; Brown, Greg: \REFRESH_Drive_Set3\REFRESH_Drive_Set3____14.zip; Chang, Frank: \REFRESH_Drive_Set4\REFRESH_Drive_Set4__19.zip; Chang, Frank: \REFRESH_Drive_Set4\REFRESH_Drive_Set4__19.zip; Freivogel, Cory: \REFRESH_Drive_Set7\REFRESH_Drive_Set7_4.zip; Freivogel, Cory: \REFRESH_Drive_Set7\REFRESH_Drive_Set7_4.zip; Fuldner, Gus: \REFRESH_Drive_Set8\REFRESH_Drive_Set8_54.zip; Fuldner, Gus: \REFRESH_Drive_Set8\REFRESH_Drive_Set8_54.zip; Hasbun, Andrew: \REFRESH_Drive_Set11\REFRESH_Drive_Set11_4.zip; Hasbun, Andrew: \REFRESH_Drive_Set11\REFRESH_Drive_Set11_4.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_20.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_20.zip; Kansal, Sachin: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_20.zip; Kansal, Sachin: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_20.zip; Kawada Page, Jodi: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_11.zip; Kawada Page, Jodi: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_11.zip; McDonald, Katy: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_19.zip; McDonald, Katy: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_19.zip; Muehrcke, Susan: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_19.zip; Muehrcke, Susan: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_19.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003274193 | SEMANTIC |
| **Collaborators** | sperryman@uber.com; margalit@uber.com; sameer.kapoor@uber.com; felipe.dos.santos@uber.com; dweber@uber.com; lfernandez@uber.com; gorkem@uber.com; eboman@uber.com; dsvirsky@uber.com; gus@uber.com; palak.shah@uber.com; dharmin@uber.com; mauricio.vieira@uber.com; sejal.shah@uber.com; mingxuan@uber.com; vbentley@uber.com; celeste.lazzerini@uber.com; rodrigo.kleinert@uber.com; youngjae@uber.com; rafael.rubia@uber.com; andrew.hasbun@uber.com; ksengupta@uber.com; gabriel.saca@uber.com; apokorny@uber.com; kmcdonald@uber.com; pmuh@uber.com; natalia.galvez@uber.com; alagomarsino@uber.com; sunny.wong@uber.com; bmarchi@uber.com; rebecca.payne@uber.com; arda@uber.com; rafael.thosi@uber.com; gferreira@uber.com; lilian.alencar@uber.com; zoe.pu@uber.com; vo@uber.com; rafaelp@uber.com; mariane.romildo@uber.com; anapaulapt@uber.com; poncho.ro@uber.com; jakeatlas@uber.com; jsevart@uber.com; joao.reis@uber.com; jennifera@uber.com; cameron.clarke@uber.com; mariana.esteves@uber.com; dkolta@uber.com; lfant@ext.uber.com; sachin.kansal@uber.com; roosmarijn@uber.com; kvanleeuwen@uber.com; aldo.parramolina@uber.com; rachael.smith@uber.com; alex.madsen@uber.com; gaurav.nanda@uber.com; douglas.cohen@uber.com; ramsin@uber.com; liza@uber.com; usivaram@uber.com; amy.lemillieretinney@uber.com; handley@uber.com; srosenstock@uber.com; gbrown@uber.com; danielle.mccarthy@uber.com; pcohen@uber.com; shahd@uber.com; srad-ds-reviewers@uber.com; srad-working-group@uber.com; srad-stakeholder-group@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 08/02/2021 7:36 pm | SEMANTIC |
| **Date Modified** | 07/12/2024 11:15 pm | SEMANTIC |
| **DocID** | 16AUIQf2Bej1ztnbwx6v9yu4hoESV67aTzdqii537Puk | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003274847 | SEMANTIC |
| **File Path** | \REFRESH_Drive_Set1\REFRESH_Drive_Set1_11.zip | SEMANTIC |
| **File Size** | 42225636 | SEMANTIC |
| **Filename** | -ACP- S-RAD - Leadership Reviews_16AUIQf2Bej1ztnbwx6v9yu4hoESV67aTzdqii537Puk.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | 77622a93e6e69f02190ef3716ac1c3b3 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |

Trial Exhibit No.

**P-01366_slip**

| ILS All Bates | UBER_JCCP_MDL_003274193;UBER_JCCP_MDL_003274194;UBER_JCCP_MDL_0 03274195;UBER_JCCP_MDL_003274196;UBER_JCCP_MDL_003274197;UBER_JC CP_MDL_003274198;UBER_JCCP_MDL_003274199;UBER_JCCP_MDL_003274200 ;UBER_JCCP_MDL_003274201;UBER_JCCP_MDL_003274202;UBER_JCCP_MDL_ 003274203;UBER_JCCP_MDL_003274204;UBER_JCCP_MDL_003274205;UBER_J CCP_MDL_003274206;UBER_JCCP_MDL_003274207;UBER_JCCP_MDL_0032742 08;UBER_JCCP_MDL_003274209;UBER_JCCP_MDL_003274210;UBER_JCCP_MD L_003274211;UBER_JCCP_MDL_003274212;UBER_JCCP_MDL_003274213;UBER_ JCCP_MDL_003274214;UBER_JCCP_MDL_003274215;UBER_JCCP_MDL_0032742 16;UBER_JCCP_MDL_003274217;UBER_JCCP_MDL_003274218;UBER_JCCP_MD L_003274219;UBER_JCCP_MDL_003274220;UBER_JCCP_MDL_003274221;UBER_ JCCP_MDL_003274222;UBER_JCCP_MDL_003274223;UBER_JCCP_MDL_0032742 24;UBER_JCCP_MDL_003274225;UBER_JCCP_MDL_003274226;UBER_JCCP_MD L_003274227;UBER_JCCP_MDL_003274228;UBER_JCCP_MDL_003274229;UBER_ JCCP_MDL_003274230;UBER_JCCP_MDL_003274231;UBER_JCCP_MDL_0032742 32;UBER_JCCP_MDL_003274233;UBER_JCCP_MDL_003274234;UBER_JCCP_MD L_003274235;UBER_JCCP_MDL_003274236;UBER_JCCP_MDL_003274237;UBER_ JCCP_MDL_003274238;UBER_JCCP_MDL_003274239;UBER_JCCP_MDL_0032742 40;UBER_JCCP_MDL_003274241;UBER_JCCP_MDL_003274242;UBER_JCCP_MD L_003274243;UBER_JCCP_MDL_003274244;UBER_JCCP_MDL_003274245;UBER_ JCCP_MDL_003274246;UBER_JCCP_MDL_003274247;UBER_JCCP_MDL_0032742 48;UBER_JCCP_MDL_003274249;UBER_JCCP_MDL_003274250;UBER_JCCP_MD L_003274251;UBER_JCCP_MDL_003274252;UBER_JCCP_MDL_003274253;UBER_ JCCP_MDL_003274254;UBER_JCCP_MDL_003274255;UBER_JCCP_MDL_0032742 56;UBER_JCCP_MDL_003274257;UBER_JCCP_MDL_003274258;UBER_JCCP_MD L_003274260;UBER_JCCP_MDL_003274260;UBER_JCCP_MDL_003274261;UBER_ JCCP_MDL_003274262;UBER_JCCP_MDL_003274263;UBER_JCCP_MDL_0032742 64;UBER_JCCP_MDL_003274265;UBER_JCCP_MDL_003274266;UBER_JCCP_MD L_003274267;UBER_JCCP_MDL_003274268;UBER_JCCP_MDL_003274269;UBER_ JCCP_MDL_003274270;UBER_JCCP_MDL_003274271;UBER_JCCP_MDL_0032742 72;UBER_JCCP_MDL_003274273;UBER_JCCP_MDL_003274274;UBER_JCCP_MD L_003274275;UBER_JCCP_MDL_003274276;UBER_JCCP_MDL_003274277;UBER_ JCCP_MDL_003274278;UBER_JCCP_MDL_003274279;UBER_JCCP_MDL_0032742 80;UBER_JCCP_MDL_003274281;UBER_JCCP_MDL_003274282;UBER_JCCP_MD L_003274283;UBER_JCCP_MDL_003274284;UBER_JCCP_MDL_003274285;UBER_ JCCP_MDL_003274286;UBER_JCCP_MDL_003274287;UBER_JCCP_MDL_0032742 88;UBER_JCCP_MDL_003274289;UBER_JCCP_MDL_003274290;UBER_JCCP_MD L_003274291;UBER_JCCP_MDL_003274292;UBER_JCCP_MDL_003274293;UBER_ JCCP_MDL_003274294;UBER_JCCP_MDL_003274295;UBER_JCCP_MDL_0032742 96;UBER_JCCP_MDL_003274297;UBER_JCCP_MDL_003274298;UBER_JCCP_MD L_003274299;UBER_JCCP_MDL_003274300;UBER_JCCP_MDL_003274301;UBER_ JCCP_MDL_003274303;UBER_JCCP_MDL_003274303;UBER_JCCP_MDL_0032743 04;UBER_JCCP_MDL_003274305;UBER_JCCP_MDL_003274306;UBER_JCCP_MD L_003274307;UBER_JCCP_MDL_003274308;UBER_JCCP_MDL_003274309;UBER_ JCCP_MDL_003274310;UBER_JCCP_MDL_003274311;UBER_JCCP_MDL_0032743 12;UBER_JCCP_MDL_003274313;UBER_JCCP_MDL_003274314;UBER_JCCP_MD L_003274315;UBER_JCCP_MDL_003274316;UBER_JCCP_MDL_003274317;UBER_ JCCP_MDL_003274318;UBER_JCCP_MDL_003274319;UBER_JCCP_MDL_0032743 20;UBER_JCCP_MDL_003274321;UBER_JCCP_MDL_003274322;UBER_JCCP_MD L_003274323;UBER_JCCP_MDL_003274324;UBER_JCCP_MDL_003274325;UBER_ JCCP_MDL_003274326;UBER_JCCP_MDL_003274327;UBER_JCCP_MDL_0032743 28;UBER_JCCP_MDL_003274329;UBER_JCCP_MDL_003274330;UBER_JCCP_MD L_003274331;UBER_JCCP_MDL_003274332;UBER_JCCP_MDL_003274333;UBER_ JCCP_MDL_003274334;UBER_JCCP_MDL_003274335;UBER_JCCP_MDL_0032743 36;UBER_JCCP_MDL_003274337;UBER_JCCP_MDL_003274338;UBER_JCCP_MD L_003274339;UBER_JCCP_MDL_003274340;UBER_JCCP_MDL_003274341;UBER_ JCCP_MDL_003274342;UBER_JCCP_MDL_003274343;UBER_JCCP_MDL_0032743 44;UBER_JCCP_MDL_003274346;UBER_JCCP_MDL_003274346;UBER_JCCP_MD L_003274347;UBER_JCCP_MDL_003274348;UBER_JCCP_MDL_003274349;UBER_ JCCP_MDL_003274350;UBER_JCCP_MDL_003274351;UBER_JCCP_MDL_0032743 52;UBER_JCCP_MDL_003274353;UBER_JCCP_MDL_003274354;UBER_JCCP_MD L_003274355;UBER_JCCP_MDL_003274356;UBER_JCCP_MDL_003274357;UBER_ JCCP_MDL_003274358;UBER_JCCP_MDL_003274359;UBER_JCCP_MDL_0032743 60;UBER_JCCP_MDL_003274361;UBER_JCCP_MDL_003274362;UBER_JCCP_MD L_003274363;UBER_JCCP_MDL_003274364;UBER_JCCP_MDL_003274365;UBER_ JCCP_MDL_003274366;UBER_JCCP_MDL_003274367;UBER_JCCP_MDL_0032743 68;UBER_JCCP_MDL_003274369;UBER_JCCP_MDL_003274370;UBER_JCCP_MD L_003274371;UBER_JCCP_MDL_003274372;UBER_JCCP_MDL_003274373;UBER_ JCCP_MDL_003274374;UBER_JCCP_MDL_003274375;UBER_JCCP_MDL_0032743 76;UBER_JCCP_MDL_003274377;UBER_JCCP_MDL_003274378;UBER_JCCP_MD L_003274379;UBER_JCCP_MDL_003274380;UBER_JCCP_MDL_003274381;UBER_ JCCP_MDL_003274382;UBER_JCCP_MDL_003274383;UBER_JCCP_MDL_0032743 84;UBER_JCCP_MDL_003274385;UBER_JCCP_MDL_003274386;UBER_JCCP_MD L_003274387;UBER_JCCP_MDL_003274388;UBER_JCCP_MDL_003274389;UBER_ JCCP_MDL_003274390;UBER_JCCP_MDL_003274391;UBER_JCCP_MDL_0032743 92;UBER_JCCP_MDL_003274393;UBER_JCCP_MDL_003274394;UBER_JCCP_MD L_003274395;UBER_JCCP_MDL_003274396;UBER_JCCP_MDL_003274397;UBER_ JCCP_MDL_003274398;UBER_JCCP_MDL_003274399;UBER_JCCP_MDL_0032744 00;UBER_JCCP_MDL_003274401;UBER_JCCP_MDL_003274402;UBER_JCCP_MD L_003274403;UBER_JCCP_MDL_003274404;UBER_JCCP_MDL_003274405;UBER_ JCCP_MDL_003274406;UBER_JCCP_MDL_003274407;UBER_JCCP_MDL_0032744 08;UBER_JCCP_MDL_003274409;UBER_JCCP_MDL_003274410;UBER_JCCP_MD L_003274411;UBER_JCCP_MDL_003274412;UBER_JCCP_MDL_003274413;UBER_ JCCP_MDL_003274414;UBER_JCCP_MDL_003274415;UBER_JCCP_MDL_0032744 16;UBER_JCCP_MDL_003274417;UBER_JCCP_MDL_003274418;UBER_JCCP_MD L_003274419;UBER_JCCP_MDL_003274420;UBER_JCCP_MDL_003274421;UBER_ JCCP_MDL_003274422;UBER_JCCP_MDL_003274423;UBER_JCCP_MDL_0032744 24;UBER_JCCP_MDL_003274425;UBER_JCCP_MDL_003274426;UBER_JCCP_MD | SEMANTIC |

L_003274427;UBER_JCCP_MDL_003274428;UBER_JCCP_MDL_003274429;UBER_
JCCP_MDL_003274430;UBER_JCCP_MDL_003274431;UBER_JCCP_MDL_0032744
32;UBER_JCCP_MDL_003274433;UBER_JCCP_MDL_003274434;UBER_JCCP_MD
L_003274435;UBER_JCCP_MDL_003274436;UBER_JCCP_MDL_003274437;UBER_
JCCP_MDL_003274438;UBER_JCCP_MDL_003274439;UBER_JCCP_MDL_0032744
40;UBER_JCCP_MDL_003274441;UBER_JCCP_MDL_003274442;UBER_JCCP_MD
L_003274443;UBER_JCCP_MDL_003274444;UBER_JCCP_MDL_003274445;UBER_
JCCP_MDL_003274446;UBER_JCCP_MDL_003274447;UBER_JCCP_MDL_0032744
48;UBER_JCCP_MDL_003274449;UBER_JCCP_MDL_003274450;UBER_JCCP_MD
L_003274451;UBER_JCCP_MDL_003274452;UBER_JCCP_MDL_003274453;UBER_
JCCP_MDL_003274454;UBER_JCCP_MDL_003274455;UBER_JCCP_MDL_0032744
56;UBER_JCCP_MDL_003274457;UBER_JCCP_MDL_003274458;UBER_JCCP_MD
L_003274459;UBER_JCCP_MDL_003274460;UBER_JCCP_MDL_003274461;UBER_
JCCP_MDL_003274462;UBER_JCCP_MDL_003274463;UBER_JCCP_MDL_0032744
64;UBER_JCCP_MDL_003274465;UBER_JCCP_MDL_003274466;UBER_JCCP_MD
L_003274467;UBER_JCCP_MDL_003274468;UBER_JCCP_MDL_003274469;UBER_
JCCP_MDL_003274470;UBER_JCCP_MDL_003274471;UBER_JCCP_MDL_0032744
72;UBER_JCCP_MDL_003274473;UBER_JCCP_MDL_003274474;UBER_JCCP_MD
L_003274475;UBER_JCCP_MDL_003274476;UBER_JCCP_MDL_003274477;UBER_
JCCP_MDL_003274478;UBER_JCCP_MDL_003274479;UBER_JCCP_MDL_0032744
80;UBER_JCCP_MDL_003274481;UBER_JCCP_MDL_003274482;UBER_JCCP_MD
L_003274483;UBER_JCCP_MDL_003274484;UBER_JCCP_MDL_003274485;UBER_
JCCP_MDL_003274486;UBER_JCCP_MDL_003274487;UBER_JCCP_MDL_0032744
88;UBER_JCCP_MDL_003274489;UBER_JCCP_MDL_003274490;UBER_JCCP_MD
L_003274491;UBER_JCCP_MDL_003274492;UBER_JCCP_MDL_003274493;UBER_
JCCP_MDL_003274494;UBER_JCCP_MDL_003274495;UBER_JCCP_MDL_0032744
96;UBER_JCCP_MDL_003274497;UBER_JCCP_MDL_003274498;UBER_JCCP_MD
L_003274499;UBER_JCCP_MDL_003274500;UBER_JCCP_MDL_003274501;UBER_
JCCP_MDL_003274502;UBER_JCCP_MDL_003274503;UBER_JCCP_MDL_0032745
04;UBER_JCCP_MDL_003274505;UBER_JCCP_MDL_003274506;UBER_JCCP_MD
L_003274507;UBER_JCCP_MDL_003274508;UBER_JCCP_MDL_003274509;UBER_
JCCP_MDL_003274510;UBER_JCCP_MDL_003274511;UBER_JCCP_MDL_0032745
12;UBER_JCCP_MDL_003274513;UBER_JCCP_MDL_003274514;UBER_JCCP_MD
L_003274515;UBER_JCCP_MDL_003274516;UBER_JCCP_MDL_003274517;UBER_
JCCP_MDL_003274518;UBER_JCCP_MDL_003274519;UBER_JCCP_MDL_0032745
20;UBER_JCCP_MDL_003274521;UBER_JCCP_MDL_003274522;UBER_JCCP_MD
L_003274523;UBER_JCCP_MDL_003274524;UBER_JCCP_MDL_003274525;UBER_
JCCP_MDL_003274526;UBER_JCCP_MDL_003274527;UBER_JCCP_MDL_0032745
28;UBER_JCCP_MDL_003274529;UBER_JCCP_MDL_003274530;UBER_JCCP_MD
L_003274531;UBER_JCCP_MDL_003274532;UBER_JCCP_MDL_003274533;UBER_
JCCP_MDL_003274534;UBER_JCCP_MDL_003274535;UBER_JCCP_MDL_0032745
36;UBER_JCCP_MDL_003274537;UBER_JCCP_MDL_003274538;UBER_JCCP_MD
L_003274539;UBER_JCCP_MDL_003274540;UBER_JCCP_MDL_003274541;UBER_
JCCP_MDL_003274542;UBER_JCCP_MDL_003274543;UBER_JCCP_MDL_0032745
44;UBER_JCCP_MDL_003274545;UBER_JCCP_MDL_003274546;UBER_JCCP_MD
L_003274547;UBER_JCCP_MDL_003274548;UBER_JCCP_MDL_003274549;UBER_
JCCP_MDL_003274550;UBER_JCCP_MDL_003274551;UBER_JCCP_MDL_0032745
52;UBER_JCCP_MDL_003274553;UBER_JCCP_MDL_003274554;UBER_JCCP_MD
L_003274555;UBER_JCCP_MDL_003274556;UBER_JCCP_MDL_003274557;UBER_
JCCP_MDL_003274558;UBER_JCCP_MDL_003274559;UBER_JCCP_MDL_0032745
60;UBER_JCCP_MDL_003274561;UBER_JCCP_MDL_003274562;UBER_JCCP_MD
L_003274563;UBER_JCCP_MDL_003274564;UBER_JCCP_MDL_003274565;UBER_
JCCP_MDL_003274566;UBER_JCCP_MDL_003274567;UBER_JCCP_MDL_0032745
68;UBER_JCCP_MDL_003274569;UBER_JCCP_MDL_003274570;UBER_JCCP_MD
L_003274571;UBER_JCCP_MDL_003274572;UBER_JCCP_MDL_003274573;UBER_
JCCP_MDL_003274574;UBER_JCCP_MDL_003274575;UBER_JCCP_MDL_0032745
76;UBER_JCCP_MDL_003274577;UBER_JCCP_MDL_003274578;UBER_JCCP_MD
L_003274579;UBER_JCCP_MDL_003274580;UBER_JCCP_MDL_003274581;UBER_
JCCP_MDL_003274582;UBER_JCCP_MDL_003274583;UBER_JCCP_MDL_0032745
84;UBER_JCCP_MDL_003274585;UBER_JCCP_MDL_003274586;UBER_JCCP_MD
L_003274587;UBER_JCCP_MDL_003274588;UBER_JCCP_MDL_003274589;UBER_
JCCP_MDL_003274590;UBER_JCCP_MDL_003274591;UBER_JCCP_MDL_0032745
92;UBER_JCCP_MDL_003274593;UBER_JCCP_MDL_003274594;UBER_JCCP_MD
L_003274595;UBER_JCCP_MDL_003274596;UBER_JCCP_MDL_003274597;UBER_
JCCP_MDL_003274598;UBER_JCCP_MDL_003274599;UBER_JCCP_MDL_0032746
00;UBER_JCCP_MDL_003274601;UBER_JCCP_MDL_003274602;UBER_JCCP_MD
L_003274603;UBER_JCCP_MDL_003274604;UBER_JCCP_MDL_003274605;UBER_
JCCP_MDL_003274606;UBER_JCCP_MDL_003274607;UBER_JCCP_MDL_0032746
08;UBER_JCCP_MDL_003274609;UBER_JCCP_MDL_003274610;UBER_JCCP_MD
L_003274611;UBER_JCCP_MDL_003274612;UBER_JCCP_MDL_003274613;UBER_
JCCP_MDL_003274614;UBER_JCCP_MDL_003274615;UBER_JCCP_MDL_0032746
16;UBER_JCCP_MDL_003274617;UBER_JCCP_MDL_003274618;UBER_JCCP_MD
L_003274619;UBER_JCCP_MDL_003274620;UBER_JCCP_MDL_003274621;UBER_
JCCP_MDL_003274622;UBER_JCCP_MDL_003274623;UBER_JCCP_MDL_0032746
24;UBER_JCCP_MDL_003274625;UBER_JCCP_MDL_003274626;UBER_JCCP_MD
L_003274627;UBER_JCCP_MDL_003274628;UBER_JCCP_MDL_003274629;UBER_
JCCP_MDL_003274630;UBER_JCCP_MDL_003274631;UBER_JCCP_MDL_0032746
32;UBER_JCCP_MDL_003274633;UBER_JCCP_MDL_003274634;UBER_JCCP_MD
L_003274635;UBER_JCCP_MDL_003274636;UBER_JCCP_MDL_003274637;UBER_
JCCP_MDL_003274638;UBER_JCCP_MDL_003274639;UBER_JCCP_MDL_0032746
40;UBER_JCCP_MDL_003274641;UBER_JCCP_MDL_003274642;UBER_JCCP_MD
L_003274643;UBER_JCCP_MDL_003274644;UBER_JCCP_MDL_003274645;UBER_
JCCP_MDL_003274646;UBER_JCCP_MDL_003274647;UBER_JCCP_MDL_0032746
48;UBER_JCCP_MDL_003274649;UBER_JCCP_MDL_003274650;UBER_JCCP_MD
L_003274651;UBER_JCCP_MDL_003274652;UBER_JCCP_MDL_003274653;UBER_
JCCP_MDL_003274654;UBER_JCCP_MDL_003274655;UBER_JCCP_MDL_0032746
56;UBER_JCCP_MDL_003274657;UBER_JCCP_MDL_003274658;UBER_JCCP_MD
L_003274659;UBER_JCCP_MDL_003274660;UBER_JCCP_MDL_003274661;UBER_

| | | |
|---|---|---|
| | JCCP_MDL_003274662;UBER_JCCP_MDL_003274663;UBER_JCCP_MDL_0032746 64;UBER_JCCP_MDL_003274665;UBER_JCCP_MDL_003274666;UBER_JCCP_MD L_003274667;UBER_JCCP_MDL_003274668;UBER_JCCP_MDL_003274669;UBER_ JCCP_MDL_003274670;UBER_JCCP_MDL_003274671;UBER_JCCP_MDL_0032746 72;UBER_JCCP_MDL_003274673;UBER_JCCP_MDL_003274674;UBER_JCCP_MD L_003274675;UBER_JCCP_MDL_003274676;UBER_JCCP_MDL_003274677;UBER_ JCCP_MDL_003274678;UBER_JCCP_MDL_003274679;UBER_JCCP_MDL_0032746 80;UBER_JCCP_MDL_003274681;UBER_JCCP_MDL_003274682;UBER_JCCP_MD L_003274683;UBER_JCCP_MDL_003274684;UBER_JCCP_MDL_003274685;UBER_ JCCP_MDL_003274686;UBER_JCCP_MDL_003274687;UBER_JCCP_MDL_0032746 88;UBER_JCCP_MDL_003274689;UBER_JCCP_MDL_003274690;UBER_JCCP_MD L_003274691;UBER_JCCP_MDL_003274692;UBER_JCCP_MDL_003274693;UBER_ JCCP_MDL_003274694;UBER_JCCP_MDL_003274695;UBER_JCCP_MDL_0032746 96;UBER_JCCP_MDL_003274697;UBER_JCCP_MDL_003274698;UBER_JCCP_MD L_003274699;UBER_JCCP_MDL_003274700;UBER_JCCP_MDL_003274701;UBER_ JCCP_MDL_003274702;UBER_JCCP_MDL_003274703;UBER_JCCP_MDL_0032747 04;UBER_JCCP_MDL_003274705;UBER_JCCP_MDL_003274706;UBER_JCCP_MD L_003274707;UBER_JCCP_MDL_003274708;UBER_JCCP_MDL_003274709;UBER_ JCCP_MDL_003274710;UBER_JCCP_MDL_003274711;UBER_JCCP_MDL_0032747 12;UBER_JCCP_MDL_003274713;UBER_JCCP_MDL_003274714;UBER_JCCP_MD L_003274715;UBER_JCCP_MDL_003274716;UBER_JCCP_MDL_003274717;UBER_ JCCP_MDL_003274718;UBER_JCCP_MDL_003274719;UBER_JCCP_MDL_0032747 20;UBER_JCCP_MDL_003274721;UBER_JCCP_MDL_003274722;UBER_JCCP_MD L_003274723;UBER_JCCP_MDL_003274724;UBER_JCCP_MDL_003274725;UBER_ JCCP_MDL_003274726;UBER_JCCP_MDL_003274727;UBER_JCCP_MDL_0032747 28;UBER_JCCP_MDL_003274729;UBER_JCCP_MDL_003274730;UBER_JCCP_MD L_003274731;UBER_JCCP_MDL_003274732;UBER_JCCP_MDL_003274733;UBER_ JCCP_MDL_003274734;UBER_JCCP_MDL_003274735;UBER_JCCP_MDL_0032747 36;UBER_JCCP_MDL_003274737;UBER_JCCP_MDL_003274738;UBER_JCCP_MD L_003274739;UBER_JCCP_MDL_003274740;UBER_JCCP_MDL_003274741;UBER_ JCCP_MDL_003274742;UBER_JCCP_MDL_003274743;UBER_JCCP_MDL_0032747 44;UBER_JCCP_MDL_003274745;UBER_JCCP_MDL_003274746;UBER_JCCP_MD L_003274747;UBER_JCCP_MDL_003274748;UBER_JCCP_MDL_003274749;UBER_ JCCP_MDL_003274726;UBER_JCCP_MDL_003274751;UBER_JCCP_MDL_0032747 52;UBER_JCCP_MDL_003274753;UBER_JCCP_MDL_003274754;UBER_JCCP_MD L_003274755;UBER_JCCP_MDL_003274756;UBER_JCCP_MDL_003274757;UBER_ JCCP_MDL_003274758;UBER_JCCP_MDL_003274759;UBER_JCCP_MDL_0032747 60;UBER_JCCP_MDL_003274761;UBER_JCCP_MDL_003274762;UBER_JCCP_MD L_003274763;UBER_JCCP_MDL_003274764;UBER_JCCP_MDL_003274765;UBER_ JCCP_MDL_003274766;UBER_JCCP_MDL_003274767;UBER_JCCP_MDL_0032747 68;UBER_JCCP_MDL_003274769;UBER_JCCP_MDL_003274770;UBER_JCCP_MD L_003274771;UBER_JCCP_MDL_003274772;UBER_JCCP_MDL_003274773;UBER_ JCCP_MDL_003274774;UBER_JCCP_MDL_003274775;UBER_JCCP_MDL_0032747 76;UBER_JCCP_MDL_003274777;UBER_JCCP_MDL_003274778;UBER_JCCP_MD L_003274779;UBER_JCCP_MDL_003274780;UBER_JCCP_MDL_003274781;UBER_ JCCP_MDL_003274782;UBER_JCCP_MDL_003274783;UBER_JCCP_MDL_0032747 84;UBER_JCCP_MDL_003274785;UBER_JCCP_MDL_003274786;UBER_JCCP_MD L_003274787;UBER_JCCP_MDL_003274788;UBER_JCCP_MDL_003274789;UBER_ JCCP_MDL_003274790;UBER_JCCP_MDL_003274791;UBER_JCCP_MDL_0032747 92;UBER_JCCP_MDL_003274793;UBER_JCCP_MDL_003274794;UBER_JCCP_MD L_003274795;UBER_JCCP_MDL_003274796;UBER_JCCP_MDL_003274797;UBER_ JCCP_MDL_003274798;UBER_JCCP_MDL_003274799;UBER_JCCP_MDL_0032748 00;UBER_JCCP_MDL_003274801;UBER_JCCP_MDL_003274802;UBER_JCCP_MD L_003274803;UBER_JCCP_MDL_003274804;UBER_JCCP_MDL_003274805;UBER_ JCCP_MDL_003274806;UBER_JCCP_MDL_003274807;UBER_JCCP_MDL_0032748 08;UBER_JCCP_MDL_003274809;UBER_JCCP_MDL_003274810;UBER_JCCP_MD L_003274811;UBER_JCCP_MDL_003274812;UBER_JCCP_MDL_003274813;UBER_ JCCP_MDL_003274814;UBER_JCCP_MDL_003274815;UBER_JCCP_MDL_0032748 16;UBER_JCCP_MDL_003274817;UBER_JCCP_MDL_003274818;UBER_JCCP_MD L_003274819;UBER_JCCP_MDL_003274820;UBER_JCCP_MDL_003274821;UBER_ JCCP_MDL_003274822;UBER_JCCP_MDL_003274823;UBER_JCCP_MDL_0032748 24;UBER_JCCP_MDL_003274825;UBER_JCCP_MDL_003274826;UBER_JCCP_MD L_003274827;UBER_JCCP_MDL_003274828;UBER_JCCP_MDL_003274829;UBER_ JCCP_MDL_003274830;UBER_JCCP_MDL_003274831;UBER_JCCP_MDL_0032748 32;UBER_JCCP_MDL_003274833;UBER_JCCP_MDL_003274834;UBER_JCCP_MD L_003274835;UBER_JCCP_MDL_003274836;UBER_JCCP_MDL_003274837;UBER_ JCCP_MDL_003274838;UBER_JCCP_MDL_003274839;UBER_JCCP_MDL_0032748 40;UBER_JCCP_MDL_003274841;UBER_JCCP_MDL_003274842;UBER_JCCP_MD L_003274843;UBER_JCCP_MDL_003274844;UBER_JCCP_MDL_003274845;UBER_ JCCP_MDL_003274846;UBER_JCCP_MDL_003274847 | |
| **ILS Document Date** | 07/12/2024 | SEMANTIC |
| **ILS Prod Date** | 3/4/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL111 | SEMANTIC |
| **LINKSOURCEBEGBA TES** | UBER_JCCP_MDL_001576850; UBER_JCCP_MDL_002025554; UBER_JCCP_MDL_002025819; UBER_JCCP_MDL_002348483; UBER_JCCP_MDL_002422383; UBER_JCCP_MDL_003221270; UBER_JCCP_MDL_003505575; UBER_JCCP_MDL_003519616; UBER_JCCP_MDL_003519638; UBER_JCCP_MDL_003519646; UBER_JCCP_MDL_003519690; UBER_JCCP_MDL_003519707; UBER_JCCP_MDL_003684527; UBER_JCCP_MDL_003685322; UBER_JCCP_MDL_003691465; UBER_JCCP_MDL_003692375; UBER_JCCP_MDL_004525496; UBER_JCCP_MDL_004997153; UBER_JCCP_MDL_005009550; UBER_JCCP_MDL_005009819; UBER_JCCP_MDL_005009820; UBER_JCCP_MDL_005010069; UBER_JCCP_MDL_005010264; UBER_JCCP_MDL_005011099; UBER_JCCP_MDL_005039634; UBER_JCCP_MDL_005040206; | SEMANTIC |

| | UBER_JCCP_MDL_005352992; UBER_JCCP_MDL_005353536; UBER_JCCP_MDL_005354892 | |
|---|---|---|
| **Other Custodians** | Akamine, Mike;Brown, Greg;Freivogel, Cory;Fuldner, Gus;Kaiser, Roger;Kawada Page, Jodi;McDonald, Katy;Chang, Frank;Hasbun, Andrew;Kansal, Sachin;Muehrcke, Susan; | SEMANTIC |
| **Primary Date** | 08/02/2021 7:36 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL111; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 07/12/2024 11:15 pm | SEMANTIC |
| **SourceHash** | 6d34a98c8244f7f40ffa16e8d93b2149 | SEMANTIC |





# S-RAD

Old deck, please refer to the new deck for latest updates

# Leadership Update

Uber

CONFIDENTIAL

P-01366.00001

Trial Exhibit No.
**P-01366**

UBER_JCCP_MDL_003274193

# March 6

CONFIDENTIAL

UBER_JCCP_MDL_003274194

**Agenda**

# **01** S-RAD Product type issue & recommended next steps
# **02** Status update on S-RAD MEA expansion (pre-read)
# **03** H1 Roadmap + SDM Updates (pre-read)

**Goal for today:** Inform / Align
**Inform Gus on S-RAD progress and recent developments**

**Suggestion:** Move to quarterly cadence

Uber |

3

# **01** S-RAD Product type issu

ATTORNEY-CLIENT PRIVILE

4

UBER_JCCP_MDL_003274196

P-01366.00004

# Executive Summary

**Issue |**  S-RAD was found to be active beyond UberX trips, impacting other Mobility products (e.g. Moto, Mid-Tier, Black, UberXL, Flash) in all active markets (with 20% holdout).  This issue has existed since 2020 (since S-RAD 1st XP). S-RAD has been turned off for those non-UberX products on Jan 10th.

**Safety & Marketplace Impact |** The analysis indicates there was meaningful safety benefit with minimal marketplace impact for non-X Mobility products.
- Incident Rate Reduction is 11.8%; more specifically, 10.9% for UberX and 14.8% for Non-X products.
- Marketplace impact varies across regions, with most results being within the bounds of previously accepted marketplace impact (less than a 3% increase in ETAs and less than 1% decrease in C/R).

**Safety Tech Recommendation |** Current version of S-RAD has the potential to cover all Mobility products using the existing models and intervention. <u>We recommend re-launching S-RAD to non-X products</u>:
- Brazil, United States, and ANZ : without changes (including Moto).
- Rest of Latam and IN: Separate score threshold.

**Looking Forward |** Decision to not invest in a Moto-specific version of S-RAD now, but rather re-launch and then train a new Global Model that addresses all product types (including Moto) while adding new features possibly including guest rides, account sharing, and driver rating.    <span style="color:red">ATTORNEY-CLIENT PRIVILEGED</span>

CONFIDENTIAL

UBER_JCCP_MDL_003274197

# S-RAD was found to be active beyond UberX trips in all active markets since the 1st XP in 2020

**Why this happened?**

- S-RAD client code made an assumption - Only UberX traffic would be sent to it.

```
// Right now only UberX gets here. Let's figure out if we use cached value instead.
scarerPayload.addToFeatures(newStringFeature("global_product_name", "UberX"));
scarerPayload.addToFeatures(newDoubleFeature("city_id", requestContext.getCityID()));
// T2309685 this is not an uuid
scarerPayload.addToFeatures(
    newStringFeature("city_uuid", String.valueOf(requestContext.getCityID())));
```

- S-RAD data model also filtered out the data for all other product types so request data was limited to global_product_name = UberX.

- No real time metrics/alerts with product type data.

**How to avoid this in the future?**
- Real time metrics and alerts with product type data

- Creating a union of all S-RAD active regions and products in the data model alongside any

**S-RAD XP & Launches Timeline**

| Context | Region | Date |
|---|---|---|
| Experimentation Phase 1 (<10% trips compared to 2023) [Product Type Issue is introduced] | Brazil, US | January 2020 |
| Switchback Experiments (<50% trip volume in Brazil) (<5% trip volume in US) | Brazil, US | July 2021 |
| First Rollout | Brazil, US | July 2022 |
| S-RAD LATAM Rollout | LATAM (excluding Brazil) | February 2023 |
| S-RAD ANZ/IND Rollout | ANZ, IND | July 2023 |
| S-RAD MEA/CA Rollout | MEA, CA | December 2023 |
| Product Issue Identified | All Regions | December 23, 2023 |
| Product Issue Fixed | All Regions | January 10, 2024 |

EY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274198

## Slide 6 Notes

- Hardcoded global_product_name to UberX.
- The request was sent uScorer always with UberX as global_product_type.

CONFIDENTIAL

# S-RAD was effective at preventing Serious SA/SM in UberX and non-X while producing minimal marketplace impact.

- Incident Rate Reduction was larger for non-X trips despite relatively lower flagging rate and intervention efficiency when compared to UberX.

| | Baseline (IR Holdout) | Serious SA/SM Incident Rate Reduction | Downranking Efficiency | Flagging Rate |
|---|---|---|---|---|
| non-X | 6.40 | 14.8% | 71.7% | 0.93% |
| UberX | 5.87 | 10.9% | 78.4% | 1.04% |
| Overall | 5.98 | 11.8% | 77.0% | 1.01% |

- Marketplace impact is comparatively larger than UberX but within the pre-agreed ranges of previous SRAD XPs.

| Metric* | Brazil | | United States | | LatAm (excl. BR) | | India | | ANZ | | Success Criteria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Baseline | Rel. Effect (%) | Baseline | Rel. Effect (%) | Baseline | Rel. Effect (%) | Baseline | Rel. Effect (%) | Baseline | Rel. Effect (%) | |
| P95 Post dispatch ETA | 599.75 | 0.50% | 731.62 | - | 707.75 | 0.49% | 517.93 | 0.91% | 619.69 | 1.65% | < +3.0% |
| P99 Post dispatch ETA | 688.64 | 0.50% | 809.71 | - | 894.37 | 0.65% | 589.53 | 1.18% | 729.9 | 1.23% | < +3.0% |

Within pre-agreed ranges
-: No stat-sig impact
* No stat-sig impact on C/R and Avg Post dispatch ETA

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274200

## Slide 7 Notes

Scope: all active markets, excluding MEA and CA due to recent launch
Safety analysis period: Oct 2023 to Jan 2024
Marketplace analysis period: Oct 2023 to Nov 2023

CONFIDENTIAL

UBER_JCCP_MDL_003274201

P-01366.00009

# S-RAD is effective at preventing Serious SA/SM in Moto while producing minimal marketplace impact.

- Incident Rate Reduction was larger for Moto trips despite relatively lower intervention efficiency when compared to UberX.

| | Baseline (IR Holdout) | Serious SA/SM Incident Rate Reduction | Downranking Efficiency | Flagging Rate |
|---|---|---|---|---|
| Moto | 15.11 | 12.6% | 69.0% | 1.41% |
| UberX | 5.87 | 10.9% | 78.4% | 1.04% |

- Marketplace impact is comparatively larger than UberX but within the pre-agreed ranges of previous SRAD XPs.

| Metric | Brazil | | LatAm (excl. BR) | | India | | Success Criteria |
|---|---|---|---|---|---|---|---|
| | Baseline | Rel. Effect (%) | Baseline | Rel. Effect (%) | Baseline | Rel. Effect (%) | |
| P95 Post dispatch ETA | 685.77 | - | 776.5 | 1.23% | 434.87 | 1.23% | < +3.0% |
| P99 Post dispatch ETA | 786.86 | - | 885.41 | 1.10% | 548.56 | - | < +3.0% |

Within pre-agreed ranges
-: No stat-sig impact
* No stat-sig impact on C/R and Avg Post dispatch ETA

ATTORNEY-CLIENT PRIVILEGED

## Slide 8 Notes

Scope: all active markets, excluding MEA and CA due to recent launch
Safety analysis period: Oct 2023 to Jan 2024
Marketplace analysis period: Oct 2023 to Nov 2023

CONFIDENTIAL

UBER_JCCP_MDL_003274203

# Serious SA/SM Incident Rate Reduction by market

**UberX vs non-X comparison:**

| Metric | Brazil | | United States | | India | |
|---|---|---|---|---|---|---|
| | Baseline (IR) | Rel. Effect (%) | Baseline (IR) | Rel. Effect (%) | Baseline (IR) | Rel. Effect (%) |
| Incident Rate Reduction non-X | 11.24 | -12.7% | 7.14 | -33.2% | 3.19 | -6.7% |
| Incident Rate Reduction UberX | 4.38 | -10.2% | 8.56 | -10.4% | 2.78 | * |

*Low Serious SA/SM sample size in ANZ, LatAm (exc. BR) and India (UberX) in the analyzed period

| Metric | Brazil | | India | |
|---|---|---|---|---|
| | Baseline (IR) | Rel. Effect (%) | Baseline (IR) | Rel. Effect (%) |
| Incident Rate Reduction Moto | 20.4 | -15.0% | 10.5 | -11.6% |
| Incident Rate Reduction UberX | 4.38 | -10.2% | 2.78 | * |

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274204

## Slide 9 Notes

Scope: all active markets, excluding MEA and CA due to recent launch
Safety analysis period: Oct 2023 to Jan 2024
Marketplace analysis period: Oct 2023 to Nov 2023

CONFIDENTIAL

# Recommendation #1: Based on safety performance and marketplace impact results, we recommend rolling out S-RAD to non-X products in existing S-RAD markets.

## Launch set-up

- **Brazil, US, and ANZ :** re-launch S-RAD to non-X products without changes (including Moto).

- **Rest of LatAm + IND:** launch S-RAD to non-X products using a separate score threshold for better flagging rate management.

**Launch ETA**: TBD (pending Ops approvals)

## Monitoring plan:

- Using the existing holdout infrastructure, analyze marketplace metrics when the re-launch reaches 4 weeks to see if levels remain within expected range;

- If there are no unexpected results, keep monitoring every 4 weeks as we normally do for UberX;

- If unexpected results are observed, conduct a deep dive analysis and inform regional stakeholders of diagnostic and recommendations.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274206

# Recommendation #2: Repurpose resources from planned Moto-focused work to broader model performance improvement efforts

| Scope of effort would include: | |
| --- | --- |
| **1. Retrain Model with Fresher Data** | **2. Explore New Features** |
| The model was originally trained with primarily UberX and has shown to perform quite well on non-UberX. With fresher data that has a more representative mix of product types, we would expect better model performance. | The current production model has not had new features added since initial launch. Our plan is to explore new features guided by ticket reading with a focus on driver to rider SA risk signals such as guest rides, driver ratings, and account sharing. |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274207

# 2024 OKRs and goals were defined assuming that S-RAD was active for UberX-only

| OKR | Jan 2024 | | 2024 H1 goal |
|---|---|---|---|
| | Baseline*: UberX-only | Actual: UberX + Moto | |
| Global Estimated Prevented Incidents (UberX+Moto) (3mmw) | 3.3% | 4.3% | 5.5% |
| Moto Global Incident Coverage (1mmw) | 0% | 98.4% | 41.0% |

\* Projection

If S-RAD is fully rolled out to UberX and Moto (based on Jan data):
- **On track:** Moto Global Incident coverage goal
- **At risk:** Estimated Prevented Incidents goal - 1.2p.p. below target;
  - UberX expansion to MEA and Canada might have additional impact
  - **Dependency**: The enhancement of the global model (recommendation #2).

**ATTORNEY-CLIENT PRIVILEGED**

# **02** Status update on S-RAD MEA expansion
## @Margalit

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

13

P-01366.00017

# Feb '24 Progress in UberX Incident Coverage



**88.0%**

**Serious SA/SM Incident Coverage**
(Jul '23: 79.5%)

*Expansions use S-RAD Global model*

Dec'23 - CA Launch  (+2.5 p.p)

Dec'23 - Jan'24 - MEA Launch  (+4.5 p.p)





Live    Uncovered

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274210

P-01366.00018

# **03** H1 Roadmap + SDM Updates
@Mariana

ATTORNEY-CLIENT PRIVILEGED

15

CONFIDENTIAL

UBER_JCCP_MDL_003274211

P-01366.00019

# S-RAD H1 24 Roadmap



**Legend:** Launched | In-progress | Not started | Delayed

**Timeline:** Jan | Feb | Mar | Apr | May | Jun | H2'24

**Expansion**
- Downranking in MEA
- Launch S-RAD non-UberX
- Retrain SRAD (all product Types)
- Launch New S-RAD XP

**New Prod**
- Courier Eligibility for Alcohol Trips
- S-RAD Lite Delivery

**Model/Data**
- Global Model Switch
- New Features exploration
- New Features' Processing
- Slip-through deep dive
- Offending party prediction
- Flagging definition framework

Uber

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274212

# SDM H1 24 Roadmap

Case 3:23-md-03084-CRB   Document 5288-35   Filed 02/27/25   Page 26 of 332



Launched | In-progress | Not started | Delayed

Jan | Feb | Mar | Apr | May | Jun | H2'24

**Expansion**
- BR & MX non-cash launch (already in the sprint) V4
- SDM Everywhere XP

**New Prod**
- Delivery SDM Model
- Courier Protection Intervention
- SDM v5
- Delivery SDM XP & Production

**Model/Data**
- New features exploration - Dormant accounts ,multi-destination, connected payments and devices
- IPC type prediction
- Session level flagging
- Science Ex: SLA metrics
- Science Ex: New model evaluation plots

Uber

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

P-01366.00021

UBER_JCCP_MDL_003274213

ATTORNEY-CLIENT PRIVILEGED

# **S-RAD**

# Leadership Update

## 12.1.2023



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274214

**Agenda**

**01** S-RAD H2 '23 Progress

**02** H1 '24 Big Rock - S-RAD Moto

**03** H1 '24 Big Rock - New Model Features(pre-read)

**04** H1 '24 Big Rock - S-RAD Lite for Delivery

Uber |

19

CONFIDENTIAL

UBER_JCCP_MDL_003274215

# **01** S-RAD H2 '23 Progress
@zoe

ATTORNEY-CLIENT PRIVILEGED

20

CONFIDENTIAL

UBER_JCCP_MDL_003274216

# H2 '23 Progress in UberX Incident Coverage

## 83.9%

**Serious SA/SM Incident Coverage**
(Jan '23: 51%, H2 Goal at 81%)

*Expansions outside of LATAM use S-RAD Global model*

Mar '23 - SSL LATAM Launch (+18 p.p)

July '23 - ANZ Launch (+4.4 p.p)

July '23 - IND Launch (+2 p.p)

Dec'23 - CA Launch  (Est. +2.5 p.p)

Dec'23 - MEA Launch (Est. +4.5 p.p)

\* based on Oct '23 OKR





ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL



UBER_JCCP_MDL_003274217

# H2 '23 Progress in Safety

## 5.6%

% Prevented Incidents(Global)*
measured by 20% holdout

[Global view Dashboard]



— Estimated Prevented Incidents (3mmw)

1.4%   1.9%   3.7%   5.2%   5.4%   4.8%   5.6%

Due to Matching product changes, S-RAD Downranking efficiency dropped significantly. **Slip through** rates have been **increased from ~30% to ~55%.**

ANZ & IND Launch w **Global Model**

Starting in **July**, Enforced Downranking XP ran in 40 US & BR cities;
In **Sep**, Enforced Downranking rolled out to all active markets (exclude 40 cities in US & BR under Global Model XP)

Unexpected slip-throughs have been **eliminated** Downranking efficiency **increased by 20-40 p.p**

**Dec '23:**
**Switch to Global model in the US and BR**
Potential model performance improvements to further **increase Safety benefits**

Apr 2023   May 2023   Jun 2023   Jul 2023   Aug 2023   Sep 2023   Oct 2023

\* based on Oct '23 OKR, using 3 months window

ATTORNEY-CLIENT PRIVILEGED

# Dec'23: CA and MEA Expansion - XP Design

- XP is structured as a **standard 2-week switchbacks** with 96-min switches
  - <u>11 cities</u> selected in CA, XP ran from 10/23 to 11/6;
  - <u>15 cities</u> selected in MEA, XP ran from 10/9 to 10/23
- XP is using **Global S-RAD model**
- XP is using **<u>Enforced Downranking</u>** as the intervention

Offline Model Performance

| Region | Trigger rate | Global model recall |
|--------|--------------|---------------------|
| Canada | 1.25% | **19.8%** |
| EMEA - MEA | 1.25% | **17.0%** |
| US Baseline | 1.25% | 19.2% |

† Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid;  MEA uses data from  2022-11-01 to 2023-01-31; CA uses data from 2022-11-01 to 2023-02-28

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

# Dec'23: CA and MEA Expansion - Readout

- Marketplace impact is negligible in both regions and meets success criteria
  - Both Day and Night impacts are within expected range
- Fairness testing data is not available for these 2 regions
- Lower downranking efficiency observed in MEA, driven by higher % of "N-Least Risky" slip throughs. We still **recommend to launch S-RAD** for any fraction of  Safety benefits. Meanwhile, the team will re-evaluate "N-Least Risky" setting and flagging allocation in H1 '24

| Metric | Success Criteria | Canada | MEA |
|---|---|---|---|
| *Marketplace Metrics* | | | |
| C/R | < -1.0% | -0.005% | **-0.268%** |
| Average Post dispatch ETA | < +2.0% | -0.16% | **+0.739%** |
| P95 Post dispatch ETA | < +3.0% | +0.46% | **+1.198%** |
| P99 Post dispatch ETA | < +3.0% | +0.67% | +0.711% |
| *Intervention* | | | |
| Downranking Efficiency | > 60% | 79.9% | 56.7% |

Stat Significant
Positive or within expected range
Not within expected range

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274220

# Global Model Switch in US and BR

- Wave 1 XP shows negligible marketplace impact, when pairing with <span style="color:darkred">soft-filtering.</span> However, the Downranking <span style="color:darkred">efficiency is very low</span> (~20-30%)

- Wave 2 XP has been rolled out with <span style="color:green">Enforced Downranking</span> so S-RAD can function at its best. The team will re-do Marketplace analysis and Fairness tests

- Target to roll out Global model in **all US and BR cities in Dec '23**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274221

# Dec'23: Global Model Switch in US and LATAM

## **Public Policy update: we can evolve our research and external engagement strategy to account for global model in US.**

As the model changes, we intend to take the following steps to mitigate any impact to the credibility of external partner research:

- **Updating fairness impact assessment with ORCAA** [originally completed in 2020, update underway]
- **Update safety and fairness data used for replication / public-facing research** [not completed, underway. To consider whether we should delay until model switch?]
- **Ensure our narrative acknowledges how responsible AI and model development evolves**, and explain Uber's principles in this area [ongoing]

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274222

**02** H1 '24 Big Rock:
Moto S-RAD

@jake

ATTORNEY-CLIENT PRIVILEGED

27

CONFIDENTIAL

UBER_JCCP_MDL_003274223

P-01366.00031

# Establishing A Baseline for S-RAD Moto Performance

In H2 2024, we plan to launch a version of S-RAD for Moto trips in Brazil and India. As a preliminary step, we have applied the S-RAD Global Model to Moto data to establish a lower bound for the performance of our future S-RAD Moto model.





**Next Steps: (1)** Train a refreshed global model to increase # of Moto training records,  **(2)** Vary the Moto sample fraction in the training data, **(3)** Launch winning candidate in H1

Data computed using Moto trips from 2023-06-01 - 2023-11-01, source code <span style="color:red">ATTORNEY-CLIENT PRIVILEGED</span>
Recall = # serious SASM incidents flagged / # total serious SASM incidents

CONFIDENTIAL

UBER_JCCP_MDL_003274224

## Slide 28 Notes

Plots are described as "y vs x" eg "recall vs flag rate" has recall on y axis and flag rate on x axis

CONFIDENTIAL

UBER_JCCP_MDL_003274225

# 4-Wheeler Performance Exceeds 2-Wheeler Baseline

To derive a lower bound for S-RAD performance on Moto trips, we applied the global model to Moto dispatches which provides a **promising starting point for model improvement**

| Region | Time of Day | Approx. Flag Rate | Moto | | UberX | |
|--------|-------------|-------------------|------|------|-------|------|
| | | | Recall [†] | Precision* | Recall [†] | Precision* |
| **India** | Day | 0.8% | 7.4% | 0.59 bps | 5.8% | 0.17 bps |
| | Night | 3.5% | 14.5% | 0.77 bps | 21.5% | 0.93 bps |
| | Overall | 1.25% | **9.4%** | **0.49 bps** | **11.3%** | **0.21 bps** |
| **Brazil** | Day | 0.5% | 4.2% | 1.03 bps | 5.6% | 0.32 bps |
| | Night | 7.0% | 11.5% | 0.55 bps | 15.5% | 0.40 bps |
| | Overall | 1.1% | **5.8%** | **0.67 bps** | **9.8%** | **0.33 bps** |

Data computed using all non S-RAD actioned trips with valid driver_uuid from 2023-06-01 - 2023-11-01, source code

[†] Recall = # serious SASM incidents flagged / # total serious SASM incidents

*Precision = # serious SASM incidents flagged / # trips flagged

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274226

## Slide 29 Comments

1
Can we use bps instead of permyriad signs?
*Gus Fuldner,  12/1/2023 05:05 PM*

2
@jakeatlas@uber.com @arda@uber.com
*Sunny Wong,  12/1/2023 05:05 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003274227

# India Baseline: Global Model Applied to Moto Dispatch

To derive a lower bound for S-RAD performance on Moto trips, we applied the global model to Moto dispatches



The data shown above is capped at a trigger rate of 5.0%, from 2023-06-01 - 2023-11-01

ATTORNEY-CLIENT PRIVILEGED

## Slide 30 Notes

Plots are described as "y vs x" eg "recall vs flag rate" has recall on y axis and flag rate on x axis

CONFIDENTIAL

UBER_JCCP_MDL_003274229

# Brazil Baseline: Global Model Applied to Moto Dispatch

To derive a lower bound for S-RAD performance on Moto trips, we applied the global model to Moto dispatches



The data shown above is capped at a trigger rate of 5.0%, from 2023-06-01 - 2023-11-01

ATTORNEY-CLIENT PRIVILEGED

# 03 H1 '24 Big Rock: New Model Features

@jake

ATTORNEY-CLIENT PRIVILEGED

32

CONFIDENTIAL

UBER_JCCP_MDL_003274231

# New Features to Improve S-RAD Model Performance

In H1.2024, we will explore 3 new feature areas designed to improve the recall and precision of future iterations of S-RAD models:

## Guest Rides

From SA/SM ticket reading, guest rides continue to be a risk signal. We will explore use of features already in progress for SDM:

1) Distance between request device & pickup location
2) Distance between request device & destination
3) Distance between pickup and destination

## Safety Content Flagger

Leverage Safety Content Flagger data to observe whether there has been historical communication from any given user that is potentially concerning.

## Feedback Tags

Formulate features with lookback windows for relevant feedback tags, e.g. "wrong driver"

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274232

## Slide 33 Notes

Safety Content Flagger

- safety content flagger can "look" at many places to find safety content. It can come from 4 sources: tickets, the rider feedback text box, the eats help text box, and  chatbot text boxes
- there are also various "tools" that SCF uses to identify safety content. In earlier stages it was keywords only, but that has evolved to using models which are trained on urgent safety tickets and have a much higher precision than keywords

Guides Rides: Distances are spherical (not related to routing) and in KM.

CONFIDENTIAL

UBER_JCCP_MDL_003274233

**04** H1 '24 Big Rock:
Delivery SRAD-lite

@mariane

ATTORNEY-CLIENT PRIVILEGED

34

CONFIDENTIAL

UBER_JCCP_MDL_003274234

# 2024: Expand S-RAD for Serious SA/SM in Delivery

**Proposal**: Launch rule-based risk assessment with downranking as intervention to Delivery (Eats, Grocery, Direct, Connect/Flash)

**SA/SM context in Delivery:**

- After expansion to Moto, **S-RAD will cover ~90% Mobility Incidents**. Delivery is still not covered.
- Main opportunities:
  - Highest IR segments: Grocery (**2.9x overall delivery IR**) and Flash/Connect (**1.4x overall delivery IR**)
  - Orders with alcoholic items -> higher IR (**6.9x overall delivery IR**)
  - High IRs in Europe (1.8x overall delivery IR)
  - High incident volume in the United States (38% of incidents globally)

**SRAD-lite** is a rule-based version of S-RAD:

- Shorter time-to-market
- Higher interpretability compared to ML model could lower Legal risk in EU
- Holdout would allow for follow-up ML development

<span style="color:red">ATTORNEY-CLIENT PRIVILEGED</span>

Source: Delivery Opportunity Sizing analysis

35

# SRAD-lite: UK Mobility Exploration Demonstrates Promising Results with Rules-Based Approach

**SRAD-lite UK results:** Through our analysis, we were able to derive rule configurations that **performed close to ML-based\* S-RAD**, with an overall lift of 10.5x at similar trigger rates.

| Metrics | Rule-based (SRAD-lite) | ML-based (*SRAD US model) |
|---------|------------------------|---------------------------|
| Flagging Rate | **1.15%** | 1.19% |
| Recall | **12.1%** | 13.8% |
| Lift | **10.5** | 11.6 |

\* ML performance based off of model trained using US data and evaluated on UK

**Goal for Delivery SRAD-lite:**

- Rule-based to enable the safety benefit of S-RAD in the short-term and ML model in the long-term to maximize risk-assessment accuracy
- Explore a simple set of rules, starting with features defined for SRAD-lite UK Mobility and known risk factors for delivery:
  - Users: incident history, ratings, cancellations, tenure
  - Order context: hour, has alcoholic items

ATTORNEY-CLIENT PRIVILEGED

36

ATTORNEY-CLIENT PRIVILEGED

# **S-RAD**

# Leadership Update

## 9.1.2023



ATTORNEY-CLIENT PRIVILEGED

P-01366.00045

**Agenda**

**01** Executive Summary

**02** Enforced Downranking XP Readout

**03** Global Model Switch in US and Latam (pre-read)

**04** Global Expansion Updates (pre-read)

Uber | 

38

CONFIDENTIAL

UBER_JCCP_MDL_003274238

# **01** Executive Summary
@zoe

ATTORNEY-CLIENT PRIVILEGED

39

CONFIDENTIAL

UBER_JCCP_MDL_003274239

# Executive Summary

- **[Focus]Propose to roll out Enforced Downranking for all existing and new markets**
  - ○ [Issue Recap] Due to product changes on the Matching side, soft filtering **efficiency dropped significantly** and more S-RAD flagged plans got dispatched. **Slip through rates** have been **increased from ~30% to ~55%**.
  - ○ [Solution Recap] Switch from soft to **hard filtering** of supply plans directly following plan generation and **all supply plans flagged by S-RAD will not be available during the final solving step of matching** (except in n-least risky situations)
  - ○ [XP Results] The new intervention is proved to **eliminate slip throughs caused by Matching filters**. The downranking efficiency has been **improved by 20-40 p.p.**
    - ■ Observed **negligible marketplace impact** that meets success criteria
    - ■ No block to launch this new intervention from Fairness perspective; will follow up with more research on Brazilian demographics test and with local legal
- (Pre-read) XP of **switching to Global S-RAD model in US and LATAM** will start in week 9/4 and run for 4 weeks. Expecting improved recall performance(+5% to +35% lift in US, Latam) and no change in marketplace impact.
- (Pre-read) ANZ and IND expansions have been completed in July. **MEA and Canada expansions will start in Sep**, applying enforced downranking

ATTORNEY-CLIENT PRIVILEGED

40

## Slide 40 Notes

Global model marketpl xp for US & Latam
Use the holdout group to run marketplace xp for new global model in US/Latam.
80% new model, 20% no SRAD
Will use a couple of

(1)   80% enforced downranking, 20 % no srad
(2)   80% soft filtering new global model, 20% no srad

We can run this in parallel with enforced downranking marketplace xp.

Shadow mode(ANZ&IND): 5/2 -> turn on data model on the countries
 Enforced downranking testing: data logging issue -> by 5/8

CONFIDENTIAL

UBER_JCCP_MDL_003274241

# **02** Enforced Downranking XP Readout
@mariane @dan

ATTORNEY-CLIENT PRIVILEGED

41

CONFIDENTIAL

UBER_JCCP_MDL_003274242

P-01366.00050

# Late Issue worsen the slip-through

**Risk Assessment** → **Flagging** → **S-RAD Actioning** → **Matching Fast&Slow (MFS)** → **Matching**

*Assess risk of each plan*

***Plans* with scores *above threshold* are flagged**

*Soft-filtering: Objective Function(OF) Cost added to all flagged plans*

*Hard-filtering: Only consider plans with an ETA < threshold*

*Marketplace engine dispatches filtered plans based on OF to optimize overall market*



*7 day rolling total slip through rate (blue), Type 1 slip through rate (yellow), Type 2 slip through rate (red) for all active cities in **Brazil***

*7 day rolling total slip through in the **US***

ATTORNEY-CLIENT PRIVILEGED

A high score supply plan is part of the global optimum (i.e. MFS), despite there being supply plans that have scores below the S-RAD threshold. In this situation, **'Soft-filtering' is degraded and gives way to other matching algorithms**.
These trips are referred to as **Type 2 Slip through** trips.
More high safety risk plans got dispatched after MFS launch. Some of them can result in serious SA/SM incidents later.

42

CONFIDENTIAL

P-01366.00051

UBER_JCCP_MDL_003274243

## Slide 42 Notes

Based on historical data, Type 1 slip throughs tend to be stable while Type 2 slip throughs tend to be much less common. Concerningly, since mid Aug 2022, the proportion of Type 2 slip throughs had a sharp spike (red trace in below plots) and remained high, indicating 'Soft-filtering' intervention is less effective in 'downranking' and preventing the dispatch of high risk plans. This issue has been observed in both Brazil and the US.

a new Matching product favors a subset of supply plans for non-Safety purposes(i.e. Short ETA) without respecting S-RAD scores

CONFIDENTIAL

UBER_JCCP_MDL_003274244

P-01366.00052

Since MFS prunes supply plans, more high risk plans are dispatched after S-RAD flagging. In last 5 months, 273 serious SA/SM incidents in the US and 156 in BR happened after S-RAD flagged plans were dispatched.

| | Brazil | | United States | |
|---|---|---|---|---|
| | 50/50 Safety XP (09/21 - 04/22) | 80/20 Holdout (07/22 - 12/22) | 50/50 Safety XP (09/21 - 04/22) | 80/20 Holdout (07/22 - 12/22) |
| Number of requests S-RAD **active** | 521M | 796M | 220M | 429M |
| Number of requests S-RAD **inactive** | 520M | 204M | 221M | 109M |
| Trigger rate S-RAD **inactive** | 1.22% | 0.98% | 1.17% | 1.25% |
| Downranking efficiency | 76.0% | 52.9% | 66.6% | 55.4% |
| **# Flagged** serious SASM while S-RAD **active** | 54 | 156 | 84 | 273 |

ATTORNEY-CLIENT PRIVILEGED

43

CONFIDENTIAL

UBER_JCCP_MDL_003274245

## Slide 43 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

    (1)   Nudges cause more reporting
    (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

# Comparing to XP stage, S-RAD efficacy on reducing IR(Business Success Metric) dropped significantly as well. This drop is consistent with efficiency drop

| Safety Impact | | Time of Day | | |
|---|---|---|---|---|
| Country | Observation period | Overall | Day 6 AM - 11 PM | Night 11 PM - 6 AM |
| Brazil | 50/50 Safety XP (09/21 - 04/22) | -8.45%** (-12.2%, -4.74%) 5.13 → 4.71 | -6.23%** (-11.0%, -1.43%) 3.41 → 3.21 | -11.6%** (-17.5%, -5.76%) 27.5 → 24.4 |
| Brazil | 80/20 Holdout (07/22 - 12/22) | 2.28% (-3.32%, 7.89%) 4.12 → 4.25 | 1.15% (-5.78%, 8.09%) 2.84 → 2.90 | -4.70% (-13.4%, 4.00%) 21.1 → 19.9 |
| United States | 50/50 Safety XP (09/21 - 04/22) | -15.3%** (-19.6%, -11.0%) 7.09 → 6.03 | -18.2%** (-23.8%, -12.6%) 4.63 → 3.71 | -11.8%** (-18.5%, -5.05%) 21.0 → 19.2 |
| United States | 80/20 Holdout (07/22 - 12/22) | -2.61% (-7.60%, 2.38%) 8.39 → 8.16 | -3.56% (-10.2%, 3.12%) 5.40 → 5.21 | -3.81% (-11.2%, 3.54%) 26.1 → 24.8 |

**Statistically significant at 80% confidence level

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274247

## Slide 44 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

(1)    Nudges cause more reporting
(2)    Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_003274248

# Enforced Downranking

When a user requests a trip, S-RAD filters out the high-risk plans for safety purposes so that they aren't initially made available for dispatch. Most of the time, one of the unflagged plans is accepted -- a match is made and the trip happens. But sometimes, none of these offers gets accepted or all plans get flagged. When that happens, lowest risk flagged plans will be offered as potential options, until one is accepted [Doc]



**S-RAD Model and Flagging remain the same**

ATTORNEY-CLIENT PRIVILEGED

*No offer accepted->Matching unsuccessful*

45

CONFIDENTIAL

P-01366.00057

UBER_JCCP_MDL_003274249

# S-RAD Enforced Downranking Experiment Design

| | |
|---|---|
| **Experiment Design** | 288 min switchback with randomized active/inactive assignments and 80%/20% average balance |
| **Primary Success Metrics** | ● S-RAD downranking efficiency > 65% <br> ● C/R: < 1% relative decrease <br> ● Average post dispatch ETA: < 2.0% relative increase (or ~10 second) <br> ● p95 ETA post dispatch ETA: < 3% relative increase <br> ● p99 ETA post dispatch ETA: < 3% relative increase |
| **Secondary Success Metrics** | Driver Fairness (Earnings Per Hour, Ratings to Riders) <br> Rider Fairness (ETAs, Upfront Fare, Ratings to Drivers) |
| **Cities** | 20 cities in US,  20 cities in Brazil; List |
| **XP start date** | BR: July 5, 2023 (4 weeks), BR: July 18, 2023 (4 weeks), XP Plan |

**ATTORNEY-CLIENT PRIVILEGED**

46

CONFIDENTIAL

# Overall, the experiment showed mostly favorable results.

Increase in Downranking Efficiency, minimal to no impact on marketplace, and some impact on fairness outcomes

| Metric | Success Criteria | Observed Brazil | Observed United States |
|---|---|---|---|
| *Intervention* | | | |
| Downranking Efficiency | > 65% | 86.2% | 64.0% |
| *Marketplace Metrics* | | | |
| C/R | < -1.0% | -0.18% | -0.07% |
| Average Post dispatch ETA | < +2.0% | **+0.74%** | +0.03% |
| P95 Post dispatch ETA | < +3.0% | **+0.51%** | +0.29% |
| P99 Post dispatch ETA | < +3.0% | +0.11% | +0.05% |
| *Fairness: Cohort disparities* | | | |
| Overall earnings | No disparities | No disparities | No disparities |
| ETAs | No disparities | Small disparities | No disparities |

Metrics in **bold** are statistically significant at 90% confidence interval; No corrections for multiple comparisons
Positive or within expected range
Neutral or near expected range

ATTORNEY-CLIENT PRIVILEGED

47

CONFIDENTIAL

UBER_JCCP_MDL_003274251

P-01366.00059

# Enforced Downranking successfully increased Downranking Efficiency.

It prevents the majority of Type 2 Slip Throughs, i.e., flagged plans from being dispatched when other options are available.



Intervention metrics over time in Brazil

- Soft-filtering before marketplace matching changes
- Soft-filtering after marketplace matching changes
- Downranking Efficiency
- Type 2 Slip throughs
- Enforced Downranking XP results



Intervention metrics over time in the United States

- Soft-filtering before marketplace matching changes
- Soft-filtering after marketplace matching changes
- Downranking Efficiency
- Type 2 Slip throughs
- Enforced Downranking XP results

- Type 1 Slip Throughs (i.e., n-least risky cases) are not targeted in this XP. It will always exist since S-RAD does not block dispatch. During XP time, Type 1 Slip Through increased compared to previous months:
  - BR: from ~9% to 13%;
  - US: from ~30% to 35%.

Type 1 Slip Throughs: n-least risky, occur when all available plans are flagged; when this happens, the 25% least risk are released.
Type 2 Slip Throughs: despite the availability of unflagged plans, a flagged plan is dispatched.
**Downranking efficiency + Type 1&2 Slip Throughs = 100%**

Source: Soft-filter data from S-RAD Global View dashboard    48

CONFIDENTIAL

UBER_JCCP_MDL_003274252

# Deep-dive on Marketplace Metrics
Minimal marketplace impact; stat sig increase in Driver Ratings metrics in Brazil and the US.

| Metric Group | Metric | Brazil | | | United States | | |
|---|---|---|---|---|---|---|---|
| | | Baseline | Level Effect | Relative Effect | Baseline | Level Effect | Relative Effect |
| Post dispatch ETA | **Average** | 197 | **1.5** | **0.74%** | 330 | - | - |
| | **P95** | 477 | **2.4** | **0.51%** | 838 | - | - |
| | P99 | 579 | - | - | 1023 | - | - |
| Trip request | Completed/Requests | 82.80% | - | - | 91.03% | - | - |
| | Completed trips per hour | 5,446 | - | - | 1,489 | - | - |
| | Requests per hour | 6,592 | - | - | 1,636 | - | - |
| | Average Request to begin | 380 | - | - | 481 | - | - |
| | Unfulfilled rate | 4.01% | - | - | 0.64% | - | - |
| Cancellation | **Rider cancellation rate** | 11.58% | **0.17%** | **1.44%** | 7.00% | - | - |
| | Driver cancellation rate | 17.41% | - | - | 7.55% | - | - |
| Ratings | **Driver Star Ratings** | 4.89 | **0.001** | **0.01%** | 4.92 | **0.0011** | **0.02%** |
| | **% Driver Low Rating** | 2.20% | **-0.02%** | **-0.79%** | 1.37% | **-0.02%** | **-1.54%** |
| | Rider Star Ratings | 4.96 | - | - | 4.96 | - | - |
| | % Rider Low Rating | 0.72% | - | - | 0.85% | - | - |

Metrics in **bold** are statistically significant at 90% confidence interval; No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

49

CONFIDENTIAL

P-01366.00061

# Marketplace metrics in Brazil: time-of-day comparison

| Metric Group | Metric | Overall | | | Day | | | Night | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Baseline | Level Effect | Relative Effect | Baseline | Level Effect | Relative Effect% | Baseline | Level Effect | Relative Effect% |
| Post dispatch ETA | Average | 197 | **1.5** | **0.74%** | 193 | - | - | 236 | **4.48** | **1.90%** |
| | P95 | 477 | **2.4** | **0.51%** | 446 | - | - | 550 | **6.23** | **1.13%** |
| | P99 | 579 | - | - | 566 | - | - | 610 | - | - |
| Trip request | Completed/Requests | 82.77% | - | - | 84.13% | - | - | 68.58% | - | - |
| | Completed trips per hour | 5,446 | - | - | 7,220 | - | - | 1,303 | **-10.87** | **-0.83%** |
| | Requests per hour | 6,592 | - | - | 8,615 | - | - | 1,881 | - | - |
| | Average Request to begin | 380 | - | - | 374 | - | - | 439 | **3.34** | **0.76%** |
| | Unfulfilled rate | 4.01% | - | - | 3.45% | - | - | 9.97% | **-0.651%** | **-6.54%** |
| Cancellation | Rider cancellation rate | 11.58% | **0.17%** | **1.44%** | 10.84% | **0.11%** | **1.01%** | 19.16% | **0.98%** | **5.13%** |
| | Driver cancellation rate | 17.41% | - | - | 16.80% | - | - | 24.20% | - | - |
| Ratings | Driver Star Ratings | 4.89 | **0.001** | **0.01%** | 4.89 | - | - | 4.87 | **0.006** | **0.12%** |
| | % Driver Low Rating | 2.20% | **-0.02%** | **-0.79%** | 2.16% | - | - | 2.79% | **-0.16%** | **-5.62%** |
| | Rider Star Ratings | 4.96 | - | - | 4.96 | - | - | 4.96 | **0.0014** | **0.03%** |
| | % Rider Low Rating | 0.72% | - | - | 0.72% | - | - | 0.80% | **-0.041%** | **-5.16%** |

Metrics in **bold** are statistically significant at 90% confidence interval; No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

50

CONFIDENTIAL

UBER_JCCP_MDL_003274254

P-01366.00062

# Marketplace metrics in US: time-of-day comparison

| Metric Group | Metric | Overall | | | Day | | | Night | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Baseline | Level Effect | Relative Effect | Baseline | Level Effect | Relative Effect | Baseline | Level Effect | Relative Effect |
| Post dispatch ETA | Average | 330 | - | - | 326 | - | - | 359 | **6.95** | **1.94%** |
| | P95 | 838 | - | - | 811 | - | - | 898 | **11.02** | **1.23%** |
| | P99 | 1,023 | - | - | 1,012 | - | - | 1,048 | - | - |
| Trip request | Completed/Requests | 91.03% | - | - | 92.00% | - | - | 85.33% | - | - |
| | Completed trips per hour | 1,489 | - | - | 1,824 | - | - | 707 | - | - |
| | Requests per hour | 1,635 | - | - | 1,981 | - | - | 818 | - | - |
| | Average Request to begin | 481 | - | - | 474 | - | - | 522 | **6.82** | **1.31%** |
| | Unfulfilled rate | 0.64% | - | - | 0.47% | - | - | 1.74% | - | - |
| Cancellation | Rider cancellation rate | 7.00% | - | - | 6.34% | - | - | 10.94% | - | - |
| | Driver cancellation rate | 7.55% | - | - | 6.84% | - | - | 11.56% | **0.45%** | **3.92%** |
| Ratings | Driver Star Ratings | 4.92 | **0.001** | **0.02%** | 4.92 | **0.001** | **0.02%** | 4.90 | **0.004** | **0.08%** |
| | % Driver Low Rating | 1.37% | **-0.02%** | **-1.54%** | 1.30% | **-0.02%** | **-1.38%** | 1.77% | **-0.07%** | **-4.07%** |
| | Rider Star Ratings | 4.96 | - | - | 4.96 | - | - | 4.95 | - | - |
| | % Rider Low Rating | 0.85% | - | - | 0.84% | - | - | 0.91% | - | - |

Metrics in **bold** are statistically significant at 90% confidence interval; No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

51

# Fairness Results

1

No measurable fairness concerns in the US by…

- HUD-qualified census tracts, Race (inferred from census demographics of trip pickup)
- Race (inferred from name), Gender (using safety gender inference table)

Mixed results in Brazil. [Not a launch block]

- Statistically significant, but small (1% point) increases in upfront fares and ETAs (but not Weekend PM ETAs) in predominantly Black census tracts [New and First time testing this demographic]
- Otherwise no significant differences by Race (inferred from census demographics of trip pickup) and Gender (using safety gender inference table)

Recommendations

- Flag findings to local legal team
- Conduct follow-up research into geographic distribution and marketplace metrics for predominantly Black census tracts in Brazil

ATTORNEY-CLIENT PRIVILEGED

52

UBER_JCCP_MDL_003274256

P-01366.00064

## Slide 52 Comments

1        @dsvirsky@uber.com added a note (not a launch block)here per feedback. let me know if you have any concern. _Assigned to dsvirsky@uber.com_

*Zoe Pu,  8/31/2023 09:08 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003274257

P-01366.00065

# Fairness Outcomes: ETA & Weekend PM ETA



ATTORNEY-CLIENT PRIVILEGED

53

P-01366.00066

# Fairness Outcomes: Upfront Fare



ATTORNEY-CLIENT PRIVILEGED

54

CONFIDENTIAL

UBER_JCCP_MDL_003274259

# Fairness Outcomes: Earnings per Hour, Weekend PM Earnings per Hour



ATTORNEY-CLIENT PRIVILEGED

55

CONFIDENTIAL

UBER_JCCP_MDL_003274260

P-01366.00068

# Fairness Outcomes: Five-Star Ratings



ATTORNEY-CLIENT PRIVILEGED

56

CONFIDENTIAL

UBER_JCCP_MDL_003274261

**Recommendation:** Based on marketplace and fairness results, we recommend rolling out Enforced Downranking intervention to all existing and new markets.

Existing cities would be transitioned from soft to hard filtering and monitored using the existing holdout infrastructure. US, LATAM, ANZ and IND will be included in this transition.

**Launch ETA**: **Mid Sep** (after collecting approvals from Safety Ops and Policy/Legal/Comms); Plan to roll out by regions in 1 week

**Monitoring plan:**

- Using the existing holdout infrastructure, analyze the marketplace metrics 4 weeks after rollout and compare with XP data to see if levels remain similar;
- If there are no unexpected impacts, keep monitoring every 4 weeks as we normally do for soft filter;
- If unexpected impacts are observed, conduct a deep dive analysis and inform regional stakeholders of diagnostic and recommendations.

ATTORNEY-CLIENT PRIVILEGED

57

CONFIDENTIAL

UBER_JCCP_MDL_003274262

# **03** Global Model Switch in US and Latam
@jake @joao

ATTORNEY-CLIENT PRIVILEGED

58

XP Plan     Eng Design

# S-RAD Global Model Transition Experiment Overview

| | |
|---|---|
| **Context** | The S-RAD global model is live in India and ANZ. We want to continue to standardize by launching the global model in US and LatAm as well, replacing the market-specific models there. |
| **Goal** | The primary goal of this experiment is to establish a baseline for the marketplace impact and driver fairness of the S-RAD global model. |
| **Primary Success Metrics** | • S-RAD downranking efficiency > 65%<br>• C/R: < 1% relative decrease<br>• Average post dispatch ETA: < 2.0% relative increase (or ~10 second)<br>• p95 ETA post dispatch ETA: < 3% relative increase<br>• p99 ETA post dispatch ETA: < 3% relative increase |
| **Secondary Success Metrics** | Fairness<br>•Driver Fairness (Earnings Per Hour, Ratings to Riders)<br>•Rider Fairness (ETAs, Upfront Fare, Ratings to Drivers) |
| **Cities** | 20 cities in US,  20 cities in Brazil; list |
| **XP start date** | **September 5 (4 weeks), XP Plan** |



## Brazil - Overall Performance

1.1% Trigger rate

**17.3% global model recall vs 15.6% prod model recall**

## US - Overall Performance

1.25% Trigger rate

**19.2% global model recall vs 18.3% prod model recall**

Offline results from UberX S-RAD inactive trips: 2022/11/01 - 2023/01/31

ATTORNEY-CLIENT PRIVILEGED

59

# Avoiding Experiment Conflicts with Marketplace XPs

| Context | The S-RAD team uses the holdout architecture to conduct experimentation. This is inspired by switchbacks, but leverages a randomization mechanism to determine whether a city should be "on" or "off" at fixed time points throughout the day. |
|---|---|
| Problem | To use the holdout architecture, we have agreed with the MX team that we will:<br>1. Only perform holdout randomization at a set of specific fixed times throughout the day<br>2. Target XP launches for when primary rides switchbacks are not occurring<br>It has become very difficult to adhere to the second requirement due to the saturation of the MX calendar. |
| Proposed Solution | 1. The MX team will permit S-RAD XPs to launch (and conclude) during the monthly "burn-in period." When possible, S-RAD adjustments will come during the first burn-in period of the month (each month has 2).<br>2. Where possible, we will roll out at the the mega-region level, particularly if it is not possible to adhere to the guidelines in (1), above. This is particularly relevant in the instance of more urgent major changes.<br>3. Always communicate with XP owners – we won't always be able to adhere to guidelines. Should we ever reach a breakglass point, for example, we will inform the appropriate people. |

**ATTORNEY-CLIENT PRIVILEGED**

60

*Updated Engineering design to support multi-model scoring and improve the handling of model switch.*



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

61

P-01366.00074

UBER_JCCP_MDL_003274266

## Slide 61 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

   (1)   Nudges cause more reporting
   (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_003274267

# **04** Global Expansion Update
## @zoe

ATTORNEY-CLIENT PRIVILEGED

UBER_JCCP_MDL_003274268

62

P-01366.00076

A/C Privileged & Confidential

# S-RAD Expansion Update: we are on track of the roadmap

**Latam Launch**

*Mar 2023*

**CA PLC Assessment**

*Sep 2023*

**CA Marketplace XP**

*Oct -Nov 2023*

**CA Launch**

*Nov 2023*

Dependency: regional
approvals, negligible
marketplace impact



**ANZ & IND
Launch**

*July 2023*

**MEA Marketplace XP**

*Sep -Oct  2023*

**MEA Launch**

*Nov 2023*

Dependency: regional
approvals, negligible
marketplace impact

ATTORNEY-CLIENT PRIVILEGED

63

ATTORNEY-CLIENT PRIVILEGED

# **S-RAD**

# Leadership Update

5.5.2023



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274270

P-01366.00078

**Agenda**

**01** Executive Summary

**02** S-RAD Global Model Candidate

**03** Global Model Rollout Plans: ANZ, India, US, Latam

**04** Enforced Downranking XP timeline (pre-read)

**05** Appendix

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003274271

# 01 Executive Summary
@zoe

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274272

P-01366.00080

# Executive Summary

- We have developed a **global S-RAD model candidate with fewer features & comparable and/or better overall serious SASM recall**
  - We **excluded driver star ratings, cancellations** & **gender features**
  - **Maintained/improved performance** in existing markets (+5% to +35% lift in US, Latam) and achieved **robust performance in expansion markets** (~13% to 15% recall in ANZ, India)
- **Two recommendations from the team to this group:**
  - (1) Replace existing prod models with new global model given the performance
  - (2) Deploy this global model candidate in expansion markets (ANZ, India)
- **Review the updated roadmap.** No significant changes given the above recommendations.
- (Pre-Read) **Update on timeline to launch Enforced Downranking XP** in holdout cities. Start date: May 18

ATTORNEY-CLIENT PRIVILEGED

67

CONFIDENTIAL

UBER_JCCP_MDL_003274273

## Slide 67 Notes

Global model marketpl xp for US & Latam
Use the holdout group to run marketplace xp for new global model in US/Latam.
80% new model, 20% no SRAD
Will use a couple of

(1)    80% enforced downranking, 20 % no srad
(2)    80% soft filtering new global model, 20% no srad


We can run this in parallel with enforced downranking marketplace xp.

Shadow mode(ANZ&IND): 5/2 -> turn on data model on the countries
 Enforced downranking testing: data logging issue -> by 5/8

CONFIDENTIAL

P-01366.00082

UBER_JCCP_MDL_003274274

# **02** Global Model Performance
## @ben

ATTORNEY-CLIENT PRIVILEGED

68

CONFIDENTIAL

UBER_JCCP_MDL_003274275

P-01366.00083

# We removed potentially sensitive features in order to achieve a robust model feature set that satisfies global regulatory requirements

## Keep

- **Trip context features**
  - Time of day
  - Day of week
  - City specific incident rates
- **Rider features**
  - Historic trip characteristics (cancel rate, weekend rate, etc.)
  - Star rating feedback
  - Incident rates
- **Driver features**
  - Historic trip characteristics (Trip count, weekend rate, etc.)
  - Incident rates

## Remove

- **Gender for Rider/Driver**
- **Driver Cancellation history**
  - Cancelled on rate
  - Cancellation rate
- **Driver Ratings**
  - 1/2 star ratings given
  - 1/2 star ratings received

Source

ATTORNEY-CLIENT PRIVILEGED

69

CONFIDENTIAL

UBER_JCCP_MDL_003274276

# Using the current trigger rates, the global model candidate provides a +5% lift in US as compared to prod model and a +11% lift in Brazil.



Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

Source

ATTORNEY-CLIENT PRIVILEGED

70

CONFIDENTIAL

UBER_JCCP_MDL_003274277

**Similarly, in expansion markets, we also observe a lift in recall in global model as compared to prod model: +40% in ANZ and +36% in India**



ANZ - Overall Performance

India - Overall Performance

15.1% global model recall vs 10.8% prod model recall

13.8% global model recall vs 10.1% prod model recall

Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

Source

ATTORNEY-CLIENT PRIVILEGED

71

CONFIDENTIAL

UBER_JCCP_MDL_003274278

# Although we need to collect more evidence of sustained offline performance through time, initial analysis looks promising

## US

Consistent and similar performance



## Brazil

Consistent and improved performance



Source

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274279

P-01366.00087

# 2 Recommendations: (1) Replace existing prod models with new global model; and
# (2) Deploy this global model candidate in expansion markets

**Consistent performance over time (so far) plus better overall performance meets product performance criteria for rollout.**
**>>>>>>**

| Region | Trigger rate | Prod. recall[†] | Global cand. recall[§] | % difference |
|--------|--------------|-----------------|------------------------|--------------|
| United States* | 1.25% | 18.3% | 19.2% | 5.1% |
| Brazil** | 1.10% | 15.6% | 17.3% | 11.0% |
| ANZ | 1.25% | 10.8% | 15.1% | 40.1% |
| India*× | 1.25% | 10.1% | 13.8% | 35.7% |

[§]Some variance is expected in these measurements. Reproducing these results is prevented by an ongoing incident on Michelangelo

*US production model used for comparison
**LatAm production model used for comparison
×Includes India, Bangladesh, and Sri Lanka
[†]Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274280

# Fewer available driver features may impact our ability to maximize safety impact in some markets, but overall global model is comparable or outperforms.

| Region | Eval trigger rate | Prod recall | Global model recall | | | |
|---|---|---|---|---|---|---|
| | | | ☆Model Candidate | Driver cancel vars | Driver star rating vars | Driver cancel + star rating vars |
| United States | 1.25% | 18.3% | **19.2%** | 18.8% | 18.5% | 18.5% |
| Brazil | 1.10% | 15.6% | **17.3%** | 17.3% | 18.8% | 19.5% |
| ANZ | 1.25% | 10.8% | **15.1%** | 14.7% | 16.6% | 15.4% |
| United Kingdom | 1.25% | 16.5% | **14.7%** | 16.8% | 18.6% | 18.9% |
| India | 1.25% | 10.1% | **13.8%** | 11.6% | 14.5% | 13.0% |

Source

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274281

P-01366.00089

## Slide 74 Notes

Add this to skipped slide
We need to take time on tradeoffs
Figure out if we can mask/ unmask features

CONFIDENTIAL

# 03 Global Model Rollout Plans
## @zoe

ATTORNEY-CLIENT PRIVILEGED

75

CONFIDENTIAL

UBER_JCCP_MDL_003274283

P-01366.00091

# Global model roll out plans for 2023

 Started    Not started

**?** *New ruling in the Netherlands on automated decisions makes EU + UK very high risk (RL3-4)*

**Global Model Development**

*Dec-Apr*

**Marketplace xps**

*May 11 ANZ*
*May 16 India*
*US & Latam tbc*

**Launch**

*June 30*
*ANZ, India, US, Latam*

**?** **UK, Poland Rollout**

*H2 2023*
*UK Re...*

**Shadow Mode Testing**

*May 3*
*Shadow mode testing in ANZ & India for ~1 week*

**Fairness testing**

*Early June*
*US & Latam*

**MEA Rollout**

*July 1*

**?** **EU  Rollout**

*TBD*

<span style="color:red">**ATTORNEY-CLIENT PRIVILEGED**</span>

CONFIDENTIAL

UBER_JCCP_MDL_003274284

P-01366.00092

Case 3:23-md-03084-CRB    Document 5255-35    Filed 02/17/26    Page 98 of 332

# **04** Enforced Downranking XP (pre-read)
## @ben

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274285

P-01366.00093

# S-RAD Enforced Downranking Experiment Overview

| | |
|---|---|
| **Context** | S-RAD Soft-filtering efficiency has been lower than experiment phase (since July/August 2022). |
| **Problem** | We identified a new Matching product favors a subset of supply plans (i.e. Short ETA) without respecting S-RAD scores. However, the current 'Soft-filtering' intervention has limited control over this conflict of interests and can not stop slip throughs. |
| **Solution** | New S-RAD intervention will switch from soft to hard filtering of supply plans directly following plan generation and all supply plans identified by S-RAD will not be available during the final solving step of matching (except in n-least risky situations) |
| **Primary Success Metrics** | ●< 1% relative increase in overall C/R  ●Overall S-RAD downranking efficiency > 65%  ●< ~10 second (or < 2.0% relative) increase in overall average post dispatch ETA          ●< 3%  relative increase in overall p95 ETA  ●< 3%  relative increase in overall p99 ETA |
| **Secondary Success Metrics** | Driver Fairness (Earnings Per Hour, Ratings to Riders)  Rider Fairness (ETAs, Upfront Fare, Ratings to Drivers) |
| **Cities** | 20 cities in US,  20 cities in Brazil |
| **XP start date** | **May 18, 2023 (4 weeks),** [XP Plan](XP Plan) |



PRIVILEGED

CONFIDENTIAL

P-01366.00094

UBER_JCCP_MDL_003274286

**05** Appendix

ATTORNEY-CLIENT PRIVILEGED

79

CONFIDENTIAL

UBER_JCCP_MDL_003274287

P-01366.00095

# As a result, we see a slight shift in model feature importance towards rider features and safety incident rates compared to current production model

## Global Model Features Importance



Source

*Total gain is only one of many methods to measure feature importance
Full list of features and descriptions can be found here.

## Observations

- **Trip_hour_local** is the **#1 feature** because it explains **~15%** of a given **S-RAD risk score** (similar to prod model)

- Top **Rider features collectively contribute to ~40% of risk score** (vs ~25/40% in LatAm/US production models)

- **Bliss contact rates** remain important features for both riders/drivers, but **sexual incident rates appear to contribute more** to scores compared to production models.

ATTORNEY-CLIENT PRIVILEGED

80

## Slide 80 Notes

- We rank each of the features based on their average contribution to the final S-RAD score computed for a specific driver-rider pair
  - Fewer available driver features may hurt overall performance, as well as impact the swapability of plans

CONFIDENTIAL

# Candidate model feature importance



*Total gain is only one of many methods to measure feature importance

ATTORNEY-CLIENT PRIVILEGED

81

CONFIDENTIAL

UBER_JCCP_MDL_003274290

## Slide 81 Notes

On average, how much does each feature contribute to the risk score?
Overall measure of utilization of the feature and its contribution to the score.

CONFIDENTIAL

UBER_JCCP_MDL_003274291

# Production models feature importances



*Total gain is only one of many methods to
measure feature importance

CONFIDENTIAL

ATTORNEY-CLIENT PRIVILEGED

82

UBER_JCCP_MDL_003274292

P-01366.00100

ATTORNEY-CLIENT PRIVILEGED

# **S-RAD**
# Leadership Update

## 3.3.2023



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274293

**Agenda**

**01** Executive Summary

**02** S-RAD LATAM Expansion

**03** Intervention Iteration: Enforced Downranking

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003274294

P-01366.00102

# **01** Executive Summary
@zoe

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274295

P-01366.00103

# Executive Summary

- **S-RAD Downranking** has been launched to whole **LatAm**, which will cover additional **18pp of Global Serious SASM incidents**

- **S-RAD<>Marketplace Matching**: S-RAD intervention **efficiency dropped** and **more flagged high risk plans got dispatched** after Matching team launched an <u>ETA based Hard-filtering product</u>. After deep diving with Matching team, we recognize:
  - **Soft-filtering is no longer as effective** when working together with Matching products
  - **Slip-through rate has increased by +130%**(0.23% -> 0.53% of all trips). And 273 serious SA/SM incidents in the US and 156 in BR happened after slip-throughs(July-Dec 2022)

- **Next steps: Iterate the intervention to "Enforced Downranking"**
  - Build Tech solutions
  - Design XPs to validate its impact on Marketplace and Fairness

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274296

P-01366.00104

# **02** S-RAD LATAM Expansion
## @zoe

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274297

87

# S-RAD LatAm expansion

- Earlier this week, we rolled out S-RAD to the rest of LATAM:
  - XP results show **negligible marketplace impact**
  - Fairness testing shows **no disparities** in **earnings** or **one-star** trips and **small disparities** in **ETAs** and **trips per driver** (to be monitored after launch)
- Expansion includes Chile: aligned with the local team that the new IC+ legislation does not pose material, incremental risks
- S-RAD is maintaining 20% holdout. Team will review marketplace metrics across the region in ~4 weeks

**Expansion facts and estimates:**
Live in ACAC, SoCo and MX
  - 16 new countries
  - 135 new cities
Expected increase in S-RAD Global Incident Coverage: 18pp (based on last 3 months)
Expected increase in Trip Coverage: 13pp (based on last 3 months)

Uber  I  Marketplace Safety

88

CONFIDENTIAL

UBER_JCCP_MDL_003274298

# LaTam Marketplace XP: Overall impact

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 17.8M | 15.0M | 2.89M |
| Treatment | 17.8M | 15.0M | 2.87M |
| Treatment % | 50.0% | 50.0% | 49.8% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Control) | 1.13% | 0.55% | 4.12% |
| Slip through (Treatment) | 0.48% | 0.22% | 1.83% |
| Downranking efficiency | 57.7% | 60.5% | 55.4% |

| ACAC/SoCo/Mexico (74 cities*) Metric | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 377.1 | - | 375.5 | 6.0 | 384.6 |
| P90 post dispatch ETA | 3.1 | 686.3 | - | 662.1 | 13.6 | 748.9 |
| P95 post dispatch ETA | 3.4 | 793.1 | - | 771.6 | 11.5 | 848.4 |
| P99 post dispatch ETA | - | 960.1 | - | 954.0 | 6.5 | 975.5 |
| Avg request to begin | - | 556.6 | - | 553.4 | 4.8 | 572.4 |
| Completed/Requests | - | 74.82% | - | 76.93% | -0.72% | 63.75% |
| Unfulfilled/Requests | - | 4.94% | - | 3.82% | 0.40% | 11.15% |
| Overall rider cancel % | - | 18.87% | - | 18.16% | - | 22.60% |
| Pre-dispatch rider cancel % | - | 1.97% | - | 1.80% | - | 2.71% |
| Driver cancel % | - | 15.95% | -0.04% | 15.06% | 0.13% | 21.01% |
| Rider given 1/2 star % | - | 1.24% | - | 1.24% | - | 1.28% |
| Driver given 1/2 star % | -0.02% | 2.90% | -0.01% | 2.85% | -0.06% | 3.27% |

- Overall trigger rate near 1.1% target
- Day time trigger rate ~15% greater than recently observed in BR
- Night time trigger rate ~30% less than recently observed in BR
- Downranking efficiency slightly up compared to BR/US
- Minimal All Day and Day time impacts
- Some moderate Night time impacts
  - P95 ETA impacts ~50% greater on relative basis
  - Meaningful C/R and Unfulfilled impacts

-: p value < 0.10; Level effect: Absolute difference in metric value;
*: city_id in (1049,1165,1420,1424,1453,1469,1786,1795,1873,1892,1893,1977,2228,2265,2297) excluded due to data issues; Note: No corrections for multiple

89

CONFIDENTIAL

UBER_JCCP_MDL_003274299

# No stat sig disparities in Driver Earnings

10/18/22 - 11/15/22, LatAm Cities

**Driver Earnings**



ATTORNEY-CLIENT PRIVILEGED

90

CONFIDENTIAL

UBER_JCCP_MDL_003274300

## Slide 90 Notes

11:01

Still not statsig under a range of specifications (min_trips = {25, 50, 100}; fe_se = {0 | 0, city_woy + city_how + city_woy + city_how}

85 cities ran between 10/18/22 and 11/01/22: Santiago, Mexico City, San Jose PR, Lima

4 cities are currently running (11/01/22 to 11/15/22): **Buenos Aires (805), Bogota, Guadalajara, Monterrey,**

Sample size here is defined as the number of switchback periods * city * demographic group, which is in the hundreds of thousands for all tests.

CONFIDENTIAL

UBER_JCCP_MDL_003274301

# No stat sig disparities in 1-star trips (to drivers)

10/18/22 - 11/15/22, LatAm Cities

**One-Star Trips**

**(to drivers)**



CONFIDENTIAL

UBER_JCCP_MDL_003274302

## Slide 91 Notes

Asian (trips)
Technically it's good — people inferred as Asian by this method experience a drop in one-star trips. I wouldn't read too much into it because if we do 20 or 30 comparisons like this, a few are bound to be stat sig by chance

# Stat sig disparities in trips per driver
10/18/22 - 11/15/22, LatAm Cities

**Completed Trips**



CONFIDENTIAL

UBER_JCCP_MDL_003274304

P-01366.00112

## Slide 92 Notes

These are very small - the difference between ~1.66 and 1.67 trips per driver (within each 48-minute switchback period)
These differences are less robust than for earnings. They depend more on how you define the data set – do you use all switchback periods for men, even if the associated female switchback period was dropped because there were so few women driving then? The answer changes based on this decision.

CONFIDENTIAL

# Stat sig disparities in ETAs

10/18/22 - 11/15/22, LatAm Cities

**ETAs**



CONFIDENTIAL

P-01366.00114

UBER_JCCP_MDL_003274306

## Slide 93 Notes

Pooled across regions, it's stat sig
Still stat sig if you filter out periods with fewer or more trips (25 or 50 or 100)
Still stag sig with different specifications (changing fixed effects and standard errors)
Average ETA ~ 360 seconds

CONFIDENTIAL

P-01366.00115

# 03 Intervention Iteration: Enforced Downranking
@zoe @gabriel @ben

ATTORNEY-CLIENT PRIVILEGED

94

UBER_JCCP_MDL_003274308

P-01366.00116

# Gap in S-RAD Intervention



**Risk Assessment** → **Flagging** → **Actioning** → **Matching**

Assess risk of each plan

*Plans* with scores *above threshold* are flagged

*Soft-filtering:* Objective Function(OF) Cost added to all flagged plans

Marketplace engine dispatches plans based on OF to optimize overall market

*Least-N intervention:* When all plans on a request are flagged, No cost added to least 25% risky plans

Due to the circumstances of the trip, all possible supply plans have scores above the actioning threshold. In these situations, a subset consisting of the lowest n% of supply plans can be dispatched.
These trips are referred to as **Type 1 Slip through** trips. They are inevitable as long as S-RAD does not block dispatches.

ATTORNEY-CLIENT PRIVILEGED

95

CONFIDENTIAL

P-01366.00117

UBER_JCCP_MDL_003274309

## Slide 95 Notes

(either its location, time of day, or some other combination of risk factors

UBER_JCCP_MDL_003274310

P-01366.00118

| Issue Statement | Safety Impact | Proposed Solution | Eng Design | XP Plan |

# Late Issue worsen the slip-through



**Risk Assessment** ➡️ **Flagging** ➡️ **S-RAD Actioning** ➡️ **Matching Fast&Slow (MFS)** ➡️ **Matching**

*Assess risk of each plan*

***Plans** with scores **above threshold** are flagged*

***Soft-filtering:*** *Objective Function(OF) Cost added to all flagged plans*

***Hard-filtering:*** *Only consider plans with an ETA < threshold*

*Marketplace engine dispatches filtered plans based on OF to optimize overall market*

*7 day rolling total slip through rate (blue), Type 1 slip through rate (yellow), Type 2 slip through rate (red) for all active cities in **Brazil***

*7 day rolling total slip through  in the **US***

ATTORNEY-CLIENT PRIVILEGED

A high score supply plan is part of the global optimum (i.e. MFS), despite there being supply plans that have scores below the S-RAD threshold. In this situation, **'Soft-filtering' is degraded and gives way to other matching algorithms**.
These trips are referred to as **Type 2 Slip through** trips.
More high safety risk plans got dispatched after MFS launch. Some of them can result in serious SA/SM incidents later.

96

CONFIDENTIAL

UBER_JCCP_MDL_003274311

## Slide 96 Notes

Based on historical data, Type 1 slip throughs tend to be stable while Type 2 slip throughs tend to be much less common. Concerningly, since mid Aug 2022, the proportion of Type 2 slip throughs had a sharp spike (red trace in below plots) and remained high, indicating 'Soft-filtering' intervention is less effective in 'downranking' and preventing the dispatch of high risk plans. This issue has been observed in both Brazil and the US.
a new Matching product favors a subset of supply plans for non-Safety purposes(i.e. Short ETA) without respecting S-RAD scores

CONFIDENTIAL

UBER_JCCP_MDL_003274312

# Example

| Supply Plan | Objective Function | ETA | With S-RAD Plan 2/3/5 can be dispatched before 1/4 | | With MFS Only Plan 2 can be dispatched before 1 | |
|---|---|---|---|---|---|---|
| | | | SRAD Score | Adjusted Objective | ETA <600 | Adjusted Objective |
| 1 | 60 | 440 | 0.95 | 1498.56 | 440 | 1498.56 |
| 2 | 100 | 537 | 0.1 | 100 | 537 | 100 |
| 3 | 300 | 603 | 0.2 | 300 | 603 | 300 |
| 4 | 800 | 635 | 0.92 | 1499.3 | 635 | 1499.3 |
| 5 | 1400 | 812 | 0.2 | 1400 | 812 | 1400 |

Numbers are for illustrative purposes only

■ Plan is actioned by S-RAD    ■ Plan is filtered by MFS

- S-RAD scores all supply plans
- Action if score is high
- Adjust OF with added cost for actioned plans
- MFS hard filter on ETA thresholds
- Remaining plans will be dispatched by OF

Happy Path -> Plan 2 is accepted and dispatched

Unhappy Path -> Plan 2 is rejected/canceled. Then Plan 1 will be dispatched regardless of S-RAD flag.

ATTORNEY-CLIENT PRIVILEGED

Case 3:23-md-03084-CRB   Document 5255-35   Filed 02/18/25   Page ...

| Issue Statement | Safety Impact | Proposed Solution | Eng Design | XP Plan |

# S-RAD Intervention Efficiency Drop

Efficiency is defined as, of the population of jobs that S-RAD would like to prevent from dispatching high risk pairs via downranking, how many did it actually intervene



## Slide 98 Notes

**pre MFS**: a SRAD plan wouldn't be filtered before OF AT ALL

**MFS pre Aug (OF filtering)**: a SRAD plan would be filtered by MFS when its OF value is high which is **almost all the time**

    We set the SRAD OF value as 1450, hard filter OF value is 1499, so it is **almost always filtered**

**MFS post Aug (ETA filtering)**: a SRAD plan is only sometimes filtered by MFS when the flagged plan has high ETA. **Efficiency drops represent the amount of low ETA that MP could have fulfilled but didn't in pre-Aug time**

CONFIDENTIAL

Case 3:23-md-03084-CRB   Document 525S-35   Filed 02/... Page...

| Issue Statement | **Safety Impact** | Proposed Solution | Eng Design | XP Plan |

Since MFS prunes supply plans, more high risk plans are dispatched after S-RAD flagging. In last 5 months, 273 serious SA/SM incidents in the US and 156 in BR happened after S-RAD flagged plans were dispatched.

| | Brazil | | United States | |
|---|---|---|---|---|
| | **50/50 Safety XP (09/21 - 04/22)** | **80/20 Holdout (07/22 - 12/22)** | **50/50 Safety XP (09/21 - 04/22)** | **80/20 Holdout (07/22 - 12/22)** |
| Number of requests S-RAD **active** | 521M | 796M | 220M | 429M |
| Number of requests S-RAD **inactive** | 520M | 204M | 221M | 109M |
| Trigger rate S-RAD **inactive** | 1.22% | 0.98% | 1.17% | 1.25% |
| Downranking efficiency | 76.0% | 52.9% | 66.6% | 55.4% |
| **# Flagged** serious SASM while S-RAD **active** | 54 | 156 | 84 | 273 |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274316

P-01366.00124

## Slide 99 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

   (1)   Nudges cause more reporting
   (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_003274317

Case 3:23-md-03084-CRB   Document 5255-35   Filed 02/... Page ... of ...

| Issue Statement | **Safety Impact** | Proposed Solution | Eng Design | XP Plan |

# Comparing to XP stage, S-RAD efficacy on reducing IR(Business Success Metric) dropped significantly as well. This drop is consistent with efficiency drop

| Safety Impact | | Time of Day | | |
|---|---|---|---|---|
| **Country** | **Observation period** | **Overall** | **Day** 6 AM - 11 PM | **Night** 11 PM - 6 AM |
| Brazil | 50/50 Safety XP (09/21 – 04/22) | -8.45%** (-12.2%, -4.74%) 5.13 → 4.71 | -6.23%** (-11.0%, -1.43%) 3.41 → 3.21 | -11.6%** (-17.5%, -5.76%) 27.5 → 24.4 |
| | 80/20 Holdout (07/22 - 12/22) | 2.28% (-3.32%, 7.89%) 4.12 → 4.25 | 1.15% (-5.78%, 8.09%) 2.84 → 2.90 | -4.70% (-13.4%, 4.00%) 21.1 → 19.9 |
| United States | 50/50 Safety XP (09/21 – 04/22) | -15.3%** (-19.6%, -11.0%) 7.09 → 6.03 | -18.2%** (-23.8%, -12.6%) 4.63 → 3.71 | -11.8%** (-18.5%, -5.05%) 21.0 → 19.2 |
| | 80/20 Holdout (07/22 - 12/22) | -2.61% (-7.60%, 2.38%) 8.39 → 8.16 | -3.56% (-10.2%, 3.12%) 5.40 → 5.21 | -3.81% (-11.2%, 3.54%) 26.1 → 24.8 |

**Statistically significant at 80% confidence level

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274318

## Slide 100 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

    (1)   Nudges cause more reporting
    (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_003274319

# Enforced Downranking

When a user requests a trip, S-RAD filters out the high-risk plans for safety purposes so that they aren't initially made available for dispatch. Most of the time, one of the unflagged plans is accepted -- a match is made and the trip happens. But sometimes, none of these offers gets accepted or all plans get flagged. When that happens, lowest risk flagged plans will be offered as potential options, until one is accepted [Doc]



*All* available plans flagged

**Least-N**

*Unflag* plans with *lowest 25%* of SRAD scores

Matching optimization rules start and *further filter on plans*. Marketplace engine *offers remaining plans based on OF*

**Risk Assessment**

**Flagging**

**Check if *all plans* flagged**

At least one unflagged plan

**Enforced Downrank**

**Matching**

**Trip Dispatched**

Assess risk of each plan

*Plans* with scores *above threshold* are flagged

*Filter out S-RAD flagged plans* and only keep unflagged ones

***S-RAD Model and Flagging remain the same***

ATTORNEY-CLIENT PRIVILEGED

***No offer accepted->Matching unsuccessful***

101

CONFIDENTIAL

P-01366.00128

UBER_JCCP_MDL_003274320

Case 3:23-md-03084-CRB   Document 5255-35   Filed 02/17/26   Page 134 of 332

*Engineering design will not create any new services and will rely on the already used marketplace matching stack. The main changes will be made within multileg service*



The new intervention will be applied within matching context inside the multileg service

All experiments for assessing the new intervention will be configured within MX platform and will be stored as Flipr configurations that will be read by multileg service

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

102

UBER_JCCP_MDL_003274321

P-01366.00129

## Slide 102 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

    (1)   Nudges cause more reporting
    (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_003274322

- To assess any potential impacts of the enhanced downranking intervention, a marketplace XP will be conducted monitoring both marketplace impacts and driver fairness outcomes
- The current XP plan involves using the **existing holdout infra**, reducing scheduling lag and guaranteeing city availability
  - Subject to approvals by MX and Matching teams
- Non-XP cities will maintain S-RAD actioning using the existing soft filtering intervention
- Assuming no unexpected marketplace or fairness outcomes, all holdout cities will be transitioned to enhanced downranking post XP

**Late March 2023**
Remove subset of cities from holdout and transition to enhanced downranking

**Late April 2023**
4 weeks post XP start, roll back enhanced downranking in XP cities to analyze marketplace and fairness

ATTORNEY-CLIENT PRIVILEGED

**Early May 2023**
Assuming XP successful, roll out enhanced downranking to all holdout cities (US, BR, and LatAm)

103

## Slide 103 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

(1)    Nudges cause more reporting
(2)    Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_003274324

ATTORNEY-CLIENT PRIVILEGED

# S-RAD
# Leadership Update

## 1.27.2023



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274325

**Agenda**

**01** Intro

**02** S-RAD LATAM Downranking Expansion(pre-read)

**03** S-RAD Global Expansion Updates (pre-read)

**04** Persistently Actioned User-Driver

Uber |

105

P-01366.00134

UBER_JCCP_MDL_003274326

# **01** Intro

@zoe

ATTORNEY-CLIENT PRIVILEGED

106

CONFIDENTIAL

UBER_JCCP_MDL_003274327

P-01366.00135

# Intro

2

- [Pre-read] S-RAD **Latam Marketplace XP** completed in Q4 2022 (89 cities, 2 standard 2 week switchbacks)
  - XP results show **negligible marketplace impact**, supporting expansion launch.
  - Fairness test (by gender) shows **no disparities** in **Earnings** or **One-star** trips and **small disparities** in **ETAs** and **trips per driver**
  - Overall, the XP outcome **meets launch criteria** and S-RAD team is ready for roll-out. Regional approvals are expected to be completed by 2/3/2023.
    - **Chile:** Working team is evaluating the risks of a new IC+ regulation forbids all discrimination when offering trip requests to drivers and also may trigger transparency requirements.
- [Pre-read] S-RAD Global expansion is **on track**
  - S-RAD update to the UK board in Dec went well. No change in plans and still looking for **end of 2023** expansion in the **EU**. In response to the challenging regulatory environment, Legal and Policy team are working with EU stakeholders for full assessment in H1.
  - The team tested Prod models on historical data of expansion regions in order to understand model efficacy and scoring. The results (model recall) are promising. In next step of Global model development, the features marked risky by Legal while having minimal impact on performance will be excluded.
- [Late Issue update]S-RAD<>Marketplace Matching**:** Downranking efficiency dropped and more S-RAD flagged plans got dispatched after Matching team launched an ETA based Hard-filtering product. The team is working with Matching team on short and long term solution of this issue.
- **[Focus]Persistently Actioned User (PAU) - Driver**: Definition, Impact and Risk

ATTORNEY-CLIENT PRIVILEGED

107

CONFIDENTIAL

UBER_JCCP_MDL_003274328

## Slide 107 Notes

Re: feature usage: This is further supported by trend in increased usage at the driver & rider level for Audio Recording as number of nudges delivered increases.

Re: US/BR downranking: We are currently investigating potential  low liquidity in market, new marketplace product launches, and ongoing marketplace/surge XPs.

## Slide 107 Comments

1    @gorkem@uber.com @bmarchi@uber.com @lfernandez@uber.com
     @gferreira@uber.com
     Added this for leadership visibility. let me know if you have any concern.
     _Reassigned to gorkem@uber.com_
     *Zoe Pu,  1/27/2023 07:27 AM*

2    LGTM
     *Gorkem Ozkaya,  1/27/2023 07:27 AM*

CONFIDENTIAL

UBER_JCCP_MDL_003274329

Case 3:23-md-03084-CRB    Document 5255-35    Filed 02/17/25    Page 143 of 332

# 02 S-RAD LATAM Downranking Expansion
@ben @dan

ATTORNEY-CLIENT PRIVILEGED

108

CONFIDENTIAL

UBER_JCCP_MDL_003274330

P-01366.00138

Pre-read

# XP summary

- XP was structured as **2 standard 2 week switchbacks** with 96 min switches with all results combined for analyses
- 89 cities were included in the XP
  - **33 from Mexico**
    - 3 XL, 13 L, 8 M, 9 S
  - **30 from ACAC**
    - 4 XL, 10 L, 7 M, 9 S
  - **26 from SoCo**
    - 2 XL, 3 L, 8 M, 13 S
- XPs ran from **10/18/22 to 11/01/22** and **11/01/22 to 11/15/22**
- Links to XP
  - [Part 1](#) (85 cities)
  - [Part 2](#) (4 cities)

Uber  |  Marketplace Safety

109

UBER_JCCP_MDL_003274331

P-01366.00139

# Overall impact

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 17.8M | 15.0M | 2.89M |
| Treatment | 17.8M | 15.0M | 2.87M |
| Treatment % | 50.0% | 50.0% | 49.8% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Control) | 1.13% | 0.55% | 4.12% |
| Slip through (Treatment) | 0.48% | 0.22% | 1.83% |
| Downranking efficiency | 57.7% | 60.5% | 55.4% |

| ACAC/SoCo/Mexico (74 cities*) Metric | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 377.1 | - | 375.5 | 6.0 | 384.6 |
| P90 post dispatch ETA | 3.1 | 686.3 | - | 662.1 | 13.6 | 748.9 |
| P95 post dispatch ETA | 3.4 | 793.1 | - | 771.6 | 11.5 | 848.4 |
| P99 post dispatch ETA | - | 960.1 | - | 954.0 | 6.5 | 975.5 |
| Avg request to begin | - | 556.6 | - | 553.4 | 4.8 | 572.4 |
| Completed/Requests | - | 74.82% | - | 76.93% | -0.72% | 63.75% |
| Unfulfilled/Requests | - | 4.94% | - | 3.82% | 0.40% | 11.15% |
| Overall rider cancel % | - | 18.87% | - | 18.16% | - | 22.60% |
| Pre-dispatch rider cancel % | - | 1.97% | - | 1.80% | - | 2.71% |
| Driver cancel % | - | 15.95% | -0.04% | 15.06% | 0.13% | 21.01% |
| Rider given 1/2 star % | - | 1.24% | - | 1.24% | - | 1.28% |
| Driver given 1/2 star % | -0.02% | 2.90% | -0.01% | 2.85% | -0.06% | 3.27% |

- Overall trigger rate near 1.1% target
- Day time trigger rate ~15% greater than recently observed in BR
- Night time trigger rate ~30% less than recently observed in BR
- Downranking efficiency slightly up compared to BR/US
- Minimal All Day and Day time impacts
- Some moderate Night time impacts
  - P95 ETA impacts ~50% greater on relative basis
  - Meaningful C/R and Unfulfilled impacts

-: p value < 0.10; Level effect: Absolute difference in metric value;
*: city_id in (1049,1165,1420,1424,1453,1469,1786,1795,1873,1892,1893,1977,2228,2265,2297) excluded due to data issues; Note: No corrections for multiple

110

CONFIDENTIAL

UBER_JCCP_MDL_003274332

# Mexico region impact

| Trip Distribution | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 8.22M | 7.00M | 1.22M |
| Treatment | 8.20M | 7.02M | 1.18M |
| Treatment % | 49.9% | 50.1% | 49.3% |

| Intervention Metrics | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Control) | 1.14% | 0.49% | 4.89% |
| Slip through (Treatment) | 0.51% | 0.20% | 2.34% |
| Downranking efficiency | 55.4% | 59.4% | 52.1% |

| Mexico Cities (27 cities) Metric | All Day Level effect | All Day Baseline | Day Time Level effect | Day Time Baseline | Night Time Level effect | Night Time Baseline |
|---|---|---|---|---|---|---|
| Avg post dispatch ETA | - | 457.0 | - | 455.7 | **10.7** | 463.3 |
| P90 post dispatch ETA | **4.3** | 829.7 | - | 796.8 | **20.3** | 912.7 |
| P95 post dispatch ETA | **4.6** | 942.2 | - | 912.7 | **16.2** | 1016.0 |
| P99 post dispatch ETA | - | 1112.3 | - | 1100.0 | - | 1143.3 |
| Avg request to begin | - | 632.2 | - | 629.8 | **9.2** | 646.4 |
| Completed/Requests | - | 76.95% | - | 78.09% | **-0.73%** | 70.07% |
| Unfulfilled/Requests | - | 3.20% | - | 2.41% | **0.27%** | 7.81% |
| Overall rider cancel % | - | 18.82% | - | 18.50% | **0.49%** | 20.69% |
| Pre-dispatch rider cancel % | - | 1.67% | - | 1.73% | - | 1.36% |
| Driver cancel % | - | 13.96% | - | 13.25% | **0.15%** | 18.24% |
| Rider given 1/2 star % | - | 1.35% | - | 1.35% | **0.05%** | 1.33% |
| Driver given 1/2 star % | **-0.03%** | 4.01% | **-0.02%** | 3.91% | **-0.08%** | 4.68% |

- Overall trigger rate in line with 1.1% target
- Day time trigger rate comparable to recent BR data
- Night time trigger rate ~10% less than recently observed in BR
- Downranking efficiency up compared to BR
- Compared to BR, Baseline avg ETAs up ~100% and C/R down ~5% on related basis
- Minimal All Day and Day time impacts
  - Some P90+ ETA impacts from Night time
- Some moderate Night time impacts
  - P90 ETA impacts ~90% greater on relative basis
  - Meaningful C/R and Unfulfilled impacts

-: p value < 0.10; Level effect: Absolute difference in metric value;
city_id = (1424, 1453, 1469, 2228, 2265, 2297) excluded due to data issues; Note: No corrections for multiple comparisons

11

UBER_JCCP_MDL_003274333

# ACAC region impact

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 5.44M | 4.76M | 680k |
| Treatment | 5.43M | 4.75M | 678k |
| Treatment % | 49.9% | 49.9% | 49.9% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimate TR (Control) | 1.17% | 0.62% | 5.06% |
| Slip through (Treatment) | 0.43% | 0.22% | 1.86% |
| Downranking efficiency | 63.6% | 63.9% | 63.3% |

| ACAC Cities (27 cities) Metric | All Day | | Day Time | | Night Time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 313.7 | -1.2 | 313.0 | 5.3 | 318.0 |
| P90 post dispatch ETA | 3.9 | 600.8 | - | 592.3 | 17.1 | 623.3 |
| P95 post dispatch ETA | 4.5 | 702.3 | - | 696.6 | 15.8 | 717.0 |
| P99 post dispatch ETA | 4.9 | 857.8 | - | 864.8 | 13.2 | 838.2 |
| Avg request to begin | - | 505.7 | - | 502.9 | 5.6 | 523.8 |
| Completed/Requests | - | 74.92% | - | 76.26% | -0.66% | 65.48% |
| Unfulfilled/Requests | - | 5.15% | - | 4.46% | 0.29% | 10.03% |
| Overall rider cancel % | - | 18.48% | - | 17.97% | - | 22.10% |
| Pre-dispatch rider cancel % | - | 1.85% | - | 1.87% | - | 1.67% |
| Driver cancel % | - | 20.78% | - | 19.74% | - | 28.03% |
| Rider given 1/2 star % | - | 1.18% | - | 1.17% | -0.09% | 1.27% |
| Driver given 1/2 star % | - | 2.29% | - | 2.26% | - | 2.53% |

- Overall trigger rate in line with 1.1% target
- Day time trigger rate ~20% greater than recently observed in BR
- Night time trigger rate ~10% less than recently observed in BR
- Downranking efficiency up ~75% during Night compared to BR
- Compared to BR, Baseline avg ETAs up ~25% and C/R down ~10% on related basis
- Minimal All Day and Daytime impacts
  - Some P90+ ETA impacts from Night time
- Some moderate Night time impacts
  - P90 ETA impacts ~1.3x greater on relative basis
  - Meaningful C/R and Unfulfilled impacts

-: p value < 0.10; Level effect: Absolute difference in metric value;
city_id = (1049, 1420, 1977) excluded due to data issues; Note: No corrections for multiple comparisons

CONFIDENTIAL

12

UBER_JCCP_MDL_003274334

# SoCo region impact

| Trip Distribution | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 4.19M | 3.19M | 992k |
| Treatment | 4.21M | 3.21M | 1.00M |
| Treatment % | 50.2% | 50.1% | 50.3% |

| Intervention Metrics | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Control) | 1.07% | 0.62% | 2.52% |
| Slip through (Treatment) | 0.49% | 0.26% | 1.22% |
| Downranking efficiency | 54.0% | 57.2% | 51.6% |

| SoCo Cities (20 cities) Metric | All Day | | Day Time | | Night Time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | **1.5** | 306.5 | **1.3** | 296.5 | - | 338.0 |
| P90 post dispatch ETA | - | 604.3 | - | 572.7 | - | 684.1 |
| P95 post dispatch ETA | - | 711.1 | - | 680.2 | - | 787.9 |
| P99 post dispatch ETA | - | 887.6 | - | 875.2 | - | 918.7 |
| Avg request to begin | **1.6** | 479.3 | **1.7** | 465.4 | - | 523.3 |
| Completed/Requests | - | 70.75% | - | 75.46% | **-0.75%** | 55.73% |
| Unfulfilled/Requests | - | 8.18% | - | 5.86% | **0.98%** | 16.53% |
| Overall rider cancel % | - | 19.42% | - | 17.71% | **-1.11%** | 24.91% |
| Pre-dispatch rider cancel % | - | 2.64% | - | 1.86% | - | 4.76% |
| Driver cancel % | - | 13.39% | - | 11.99% | - | 18.93% |
| Rider given 1/2 star % | - | 1.10% | - | 1.07% | - | 1.21% |
| Driver given 1/2 star % | - | 1.39% | - | 1.31% | - | 1.72% |

- Overall trigger rate in line with 1.1% target
- Day time trigger rate ~30% greater than recently observed in BR
- Night time trigger rate ~60% less than recently observed in BR
- Downranking efficiency up compared to BR
- Compared to BR, Baseline avg ETAs up ~25% and C/R down ~10% on related basis
- Minimal All Day and Day time impacts
  - Marginal avg ETA increase
- Some moderate Night time impacts
  - Large C/R and Unfulfilled impacts compared to no recent impacts in BR, especially given relatively low night time trigger rate

-: p value < 0.10; Level effect: Absolute difference in metric value;
city_id = (1165, 1786, 1795, 1873, 1892, 1893) excluded due to data issues; Note: No corrections for multiple comparisons

CONFIDENTIAL

UBER_JCCP_MDL_003274335

# S-RAD LatAm expansion recommendations

- Based on the results of the Wave 2 marketplace experiments, we recommend rolling out S-RAD to the rest of LatAm using **1.1% as the overall target trigger rate**
- Non-BR LatAm cities would be onboarded to the **existing 80/20 holdout infra** for actioning and **monitored the same as BR/US**
- Given the slightly elevated night time impacts, especially with respect to ETA, C/R, and unfulfilled rate, we recommend
  - Comparing with first 4 weeks of holdout data to see if levels remain high
  - If so, we recommend **adjusting down the proportion** of the target flagging budget allocated to the night time

114

CONFIDENTIAL

UBER_JCCP_MDL_003274336

# Fairness Testing Results

- Assess impact of S-RAD by gender
- Look at earnings, trips per driver, ETAs, and 1-star trips
- Mixed results
  - No disparities in earnings or one-star trips
  - But we do see small disparities in ETAs and trips per driver
- **Recommend**: because differences are small and not robust (e.g., difference in trips per driver, but not earnings), we recommend rollout with continued monitoring

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274337

P-01366.00145

Case 3:23-md-03084-CRB    Document 5255-35    Filed 02/17/25    Page 151 of 332

# No stat sig disparities in Driver Earnings

## 10/18/22 - 11/15/22, LatAm Cities

**Driver Earnings**



CONFIDENTIAL

UBER_JCCP_MDL_003274338

P-01366.00146

## Slide 116 Notes

<u>11:01</u>

Still not statsig under a range of specifications (min_trips = {25, 50, 100}; fe_se = {0 | 0, city_woy + city_how + city_woy + city_how}

85 cities ran between 10/18/22 and 11/01/22: Santiago, Mexico City, San Jose PR, Lima

4 cities are currently running (11/01/22 to 11/15/22): **Buenos Aires (805), Bogota, Guadalajara, Monterrey,**

Sample size here is defined as the number of switchback periods * city * demographic group, which is in the hundreds of thousands for all tests.

CONFIDENTIAL

UBER_JCCP_MDL_003274339

# Stat sig disparities in trips per driver

10/18/22 - 11/15/22, LatAm Cities

**Completed Trips**



CONFIDENTIAL

UBER_JCCP_MDL_003274340

P-01366.00148

## Slide 117 Notes

These are very small - the difference between ~1.66 and 1.67 trips per driver (within each 48-minute switchback period)
These differences are less robust than for earnings. They depend more on how you define the data set – do you use all switchback periods for men, even if the associated female switchback period was dropped because there were so few women driving then? The answer changes based on this decision.

CONFIDENTIAL

UBER_JCCP_MDL_003274341

# Stat sig disparities in ETAs

10/18/22 - 11/15/22, LatAm Cities

**ETAs**



CONFIDENTIAL

P-01366.00150

UBER_JCCP_MDL_003274342

118

## Slide 118 Notes

Pooled across regions, it's stat sig
Still stat sig if you filter out periods with fewer or more trips (25 or 50 or 100)
Still stag sig with different specifications (changing fixed effects and standard errors)
Average ETA ~ 360 seconds

CONFIDENTIAL

UBER_JCCP_MDL_003274343

P-01366.00151

# No stat sig disparities in 1-star trips to riders

10/18/22 - 11/15/22, LatAm Cities

## One-Star Trips

## (to Riders)



CONFIDENTIAL

# No stat sig disparities in 1-star trips (to drivers)

10/18/22 - 11/15/22, LatAm Cities

**One-Star Trips**

**(to drivers)**



CONFIDENTIAL

UBER_JCCP_MDL_003274345

## Slide 120 Notes

Asian (trips)
Technically it's good — people inferred as Asian by this method experience a drop in one-star trips. I wouldn't read too much into it because if we do 20 or 30 comparisons like this, a few are bound to be stat sig by chance

Case 3:23-md-03084-CRB   Document 5255-35   Filed 02/17/25   Page 160 of 332

# 03 S-RAD Global Expansion Update
@zoe @ben

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274347

P-01366.00155

# From model development to an XP

**In Progress**

## Model Development (Phase 1)          Product Design Tuning (Phase 2)          Deployment (XP to full launch)

**Opportunity analysis:**
- Checking existing model performance
- Testing trip/driver/rider characteristics that might help predict incidents
- Assessing the practicality of the downranking intervention

**Actioning strategy:** Experimentation to find optimal model and actioning methodologies with different feature sets
- Thresholds based on time/geography
- Handling supply/demand liquidity (e.g. least-N risky in S-rad)
- Handling slip-throughs (with nudges, etc.)
- Region-based masking of features with policy/legal/comms concerns

**Marketplace XP** to evaluate impact on metrics such as ETAs, rider/driver cancellation, etc in XP market (two weeks)

**Fairness test** to evaluate disparity in earnings, ETAs and other key metrics by gender or ethnicity

**Building the baseline global model:**
- Use regional data, including trip, user, incident and geo location data to train model
- Build new data models/pipelines for expansion

**H1 2023**

**Evaluation** of model performance in active markets by

**H2 2023**

marketplace impact and no fairness issues. Revisit Phase 2 if criteria not met.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

P-01366.00156

A/C Privileged & Confidential
UBER_JCCP_MDL_003274348

# Global Model Development

- UKI Board Update:
  - In December 2022, the team provided an overview of S-RAD to the UK Board. The aim was to provide the Board an understanding of how the product features work and the extra requirements and considerations that have to be made before deploying to a market such as the UK.
  - The Board was engaged throughout the presentation, understood the development process and  the challenging policy/regulatory environment in the UK, and was aligned with our H2 timelines (pending full legal/policy assessment in H1)
- Global Model Development / Global expansion:
  - The team tested production models on historical data in expansion regions in order to understand model efficacy and scoring. The results (model recall) are promising and will serve as a baseline when the team builds the global model.
  - **REDACTED - PRIVILEGED**

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274349

# Production S-RAD model performance in select expansion markets

- Production US model outperforms production LatAm consistently
  - This may be due to
    - LatAm model generalizing to new regions worse compared to US model
    - Lack of gender data globally
- 

# REDACTED - PRIVILEGED

- Monthly recall data shows US prod model relatively stable through time
- Next step
  - Train baseline model using all global trips and readily available features from the US model not marked as potentially problematic by regional PLC teams[124]

ACTIONS PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274350

# Offline performance data considerations

- Data range
  - 2022-01-01 - 2022-09-30
- Feature masking
  - Null imputation for features flagged by expansion markets' regional PLC teams
    - Driver_canceled_on_count_total:driver_uuid* †
    - Driver_lifetime_trip_count:driver_uuid* †
    - Trip_duration_seconds_sum_total:driver_uuid* †
    - Driver_1star_count_total:driver_uuid* †
    - Driver_2star_count_total:driver_uuid* †
    - Driver_inferred_gender:driver_uuid*
    - Rider_inferred_gender:client_uuid*
  - Feature used in LatAm* or US † production model

ATTORNEY-CLIENT PRIVILEGED

125

# S-RAD prod model recall

| Markets | Serious SASM IR (per MM) | Flagging Rate | Recall* | | | |
|---------|--------------------------|---------------|---------|---------|---------|---------|
| | | | US model - All features | US model - Masked features | Latam model - All features | Latam model - Masked features |
| **US (Prod)** | 6.99 | 1.25% | 19.1% | - | - | - |
| **BR (Prod)** | 4.22 | 1.1% | - | - | 15.9% | - |
| **AUS** | 8.22 | 1.1% | 11.0% | 7.1% | 6.4% | 5.9% |
| | | 1.25% | 11.6% | 7.7% | 7.5% | 6.4% |
| **NZ** | 7.08 | 1.1% | 15.8% | 6.3% | 11.6% | 7.4% |
| | | 1.25% | 17.9% | 11.6% | 11.6% | 8.4% |
| **IND** | 2.38 | 1.1% | 6.2% | - | 5.7% | - |
| | | 1.25% | 7.7% | - | 6.4% | - |
| **EMEA** | 4.32 | 1.1% | 10.2% | 7.1% | 7.9% | 4.4% |
| | | 1.25% | 11.1% | 7.5% | 8.6% | 5.4% |

*Estimated model recall. Not expected to reflect real incident rate change. Does not include time of day thresholds or how periodic threshold adjustments may impact actual online recall

126

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

Pre-read

# S-RAD prod model recall - EMEA

| Markets | Serious SASM IR (per MM) | Flagging Rate | Recall* | | | |
|---|---|---|---|---|---|---|
| | | | US model - All features | US model - Masked features | Latam model - All features | Latam model - Masked features |
| **US (Prod)** | 6.99 | 1.25% | 19.1% | - | - | - |
| **BR (Prod)** | 4.22 | 1.1% | - | - | 15.9% | - |
| **EMEA - MEA** | 4.15 | 1.1% | 8.5% | 6.3% | 8.3% | 5.3% |
| | | 1.25% | 9.2% | 7.0% | 8.9% | 6.1% |
| **EMEA - NEE** | 4.32 | 1.1% | 11.9% | 7.7% | 8.1% | 4.6% |
| | | 1.25% | 13.1% | 8.7% | 8.8% | 5.3% |
| **EMEA - WSE** | 4.64 | 1.1% | 9.2% | 5.8% | 6.2% | 4.2% |
| | | 1.25% | 10.4% | 6.6% | 7.6% | 5.0% |
| **UK\*\*** | 3.74 | 1.1% | 12.2% | 8.7% | 7.0% | 5.6% |
| | | 1.25% | 12.9% | 10.1% | 8.0% | 7.3% |

*Estimated model recall. Not expected to reflect real incident rate change. Does not include time of day thresholds or how periodic threshold adjustments may impact actual online recall
**UK belongs to EMEA - NEE region

ATTORNEY-CLIENT PRIVILEGED

127

**04** Persistently
Actioned User-Driver
@alex

ATTORNEY-CLIE

128

UBER_JCCP_MDL_003274354

P-01366.00162

# Persistently Actioned Drivers - Background



Deep dive after escalations: 3 Drivers(BR) are complaining that they are getting fewer dispatches

- S-RAD did flag more on these drivers but most  trips did not get downranked
- Drivers have IPC reported against them and some got banned after complaint

This leads to more general questions:

-Does a 'Persistently Actioned User'-Driver(PAU) group exist, who are part of pairings being persistently flagged and down ranked?

-What do we know about this group?

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274355

# Persistently Actioned Drivers - Definition

- Drivers who are above p99.5 flagging rate during holdout periods*
  [The treatment effect is at aggregated level]



*Using Aug-Sep 2022 data.
**Chart shown is based on US data.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274356

# Persistently Actioned Drivers - Impact

| Market | Group | # Drivers | # Completed Trips per Hour** | | $ Earnings per Hour** | |
|---|---|---|---|---|---|---|
| | | | Baseline* | SRAD Rel. Eff.* | Baseline* | SRAD Rel. Eff.* |
| Brazil | Persistently Actioned | 4,041 | 1.20 | -12.61% | $4.48 | -13.05% |
| United States | Persistently Actioned | 1,621 | 1.36 | -6.68% | $19.11 | -6.15% |

*Using Aug-Sup 2022 data.
**Hours are estimates of driver in-app hours based around hourly aggregations split around SRAD status changes.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274357

## Slide 131 Notes

In absolute terms: PADs in the US make about $17.93 per hour instead of $19.11

CONFIDENTIAL

UBER_JCCP_MDL_003274358

# How Persistent are PAUs?



BR Drivers, Aug - Nov 2022

Aug-Sep P.A.    Oct-Nov P.A.

0.21%    0.23%    0.25%



US Drivers, Aug - Nov 2022

Aug-Sep P.A.    Oct-Nov P.A.

0.22%    0.19%    0.24%

| Market | Group | Churn: % Aug-Sep Drivers who didn't drive during Oct-Nov | % Aug-Sep Drivers who are P.A. during Oct+Nov |
|---|---|---|---|
| Brazil | PA Drivers | 26.58% | 39.75% |
| | Population | 18.07% | – |
| United States | PA Drivers | 36.83% | 26.86% |
| | Population | 23.86% | – |

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274359

## Slide 132 Comments

1    @apokorny@uber.com Determine % of churn due to (eventual) driver deactivation
_Reassigned to apokorny@uber.com_
*Ben Marchi,  1/27/2023 06:00 PM*

2    can we also talk to DACT DS to see how many PA-driver also flagged by them?
*Zoe Pu,  1/27/2023 05:39 PM*

3    I'm on it
*Alex Space,  1/27/2023 06:00 PM*

CONFIDENTIAL

P-01366.00168

UBER_JCCP_MDL_003274360

# Persistently Actioned Drivers - Characteristics

**Persistently-actioned drivers are:**

[On explainability]
- Much more likely to have a SASM incident reported against them
- Much more likely to have an IPC incident reported against them
- Much more likely to be driving at night
- Much less tenured on average (in terms of lifetime completed trips)

[On fairness]
- Slightly more likely to be male
- More likely to be inferred as white or Asian
- Spread across many cities, not restricted to any particular city size

| Brazil<br><br>Driver Group | % Drivers with reported-against SASM incident | % Drivers with reported-against IPC incident |
|---|---|---|
| Not Persistently Actioned | 5.28% | 15.95% |
| Persistently Actioned | 30.64% | 55.06% |

**REDACTED - PRIVILEGED**

Full Analysis Readout

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274361

## Slide 133 Comments

1           @dkolta@uber.com  REDACTED - PRIVILEGED
            *Dan Svirsky,  1/25/2023 06:28 PM*

# Persistently Actioned Drivers – Policy Comms Risks & Legal Guidance

5

**REDACTED - PRIVILEGED**

**REDACTED - PRIVILEGED**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

P-01366.00171

UBER_JCCP_MDL_003274363

## Slide 134 Comments

**1**   @dkolta@uber.com    **REDACTED - PRIVILEGED**
_Reassigned to dkolta@uber.com_
*Zoe Pu,  1/26/2023 05:04 PM*

**2**   **REDACTED - PRIVILEGED**
*Dan Svirsky,  1/25/2023 06:33 PM*

**3**   **REDACTED - PRIVILEGED**
*Emilie Boman,  1/25/2023 11:02 PM*

**4**   **REDACTED - PRIVILEGED**
*Dan Svirsky,  1/26/2023 05:04 PM*

**5**   **REDACTED - PRIVILEGED**
*Dan Svirsky,  1/26/2023 05:04 PM*

P-01366.00172

ATTORNEY-CLIENT PRIVILEGED

# S-RAD
# Leadership Update

11.04.2022



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274365

**Agenda**

**01** Executive Summary

**02** S-RAD Nudges XP Recap (preread)

**03** S-RAD Nudges XP Readout

**04** Next steps for S-RAD Nudges

**05** S-RAD US & BR Downranking Updates (preread)

**06** S-RAD Global Expansion Updates (preread)

Uber |

136

CONFIDENTIAL

UBER_JCCP_MDL_003274366

P-01366.00174

**01** Executive summary @zoe

ATTORNEY-CLIE

137

UBER_JCCP_MDL_003274367

P-01366.00175

# Executive Summary

- **S-RAD Nudges xp results** show **no stat sig impact in overall IPC incident rate** and **+10% reported serious IPC incident rate**, stat sig, rel. confidence interval (1.6%, 18.9%).
- However,  **we do not believe nudges cause an increase in the true IPC incident rate.**
  - **No significant impact in marketplace metrics observed.**
  - We do see **slight directional increase** in **Feature usage** (ie Audio Recording and Follow My Ride).
- **Next Steps: Design new interventions to target top 5% risky trips and suggest not to expand S-RAD Nudges.**
- (pre-read) **S-RAD Downranking in US & BR marketplace metrics were w/in guardrails Aug & Sep**
  - **80/20 holdout** has increased exp. **variation of the metrics** (i.e. slip-thru, downranking efficiency)
  - Currently tracking and investigating a **decrease** in the ability of S-RAD to **successfully soft filter flagged supply plans**
- (pre-read) **S-RAD global expansion is on track with Latam expansion efforts** (stretch goal to launch in December).
- (pre-read) **Global model development efforts are underway as we collect feedback on feature requirements from regions.**

ATTORNEY-CLIENT PRIVILEGED

138

CONFIDENTIAL

UBER_JCCP_MDL_003274368

## Slide 138 Notes

Re: feature usage: This is further supported by trend in increased usage at the driver & rider level for Audio Recording as number of nudges delivered increases.

Re: US/BR downranking: We are currently investigating potential  low liquidity in market, new marketplace product launches, and ongoing marketplace/surge XPs.

Case 3:23-md-03084-CRB   Document 5284-14   Filed 03/12/25   Page 184 of 332

**02** S-RAD Nudges
XP Recap

ATTORNEY-CLIE

139

# S-RAD Nudges Experiment Overview

| | |
|---|---|
| **Context** | S-RAD has the potential to reduce serious SA/SM incidents on the platform, while being MP neutral |
| **Problem** | Top 5% high score trips represent ~35% of Serious SASM incidents in Mexico while Downranking only applies to top ~1% |
| **Solution** | Send just-in-time interventions or nudges to earners/riders on trips with high risk scores (PRD)<br><br>Rotate through **5 messages** (**Message Copy doc**) |
| **Primary Success Metrics** | • Overall IPC incident rate [primary metric for XP]: **-5%**<br>• Serious IPC incident rate [primary metric for XP]: **directional decrease** |
| **Secondary Success Metrics** | Directional increase in Audio Recording CTR, Follow My Ride CTR, RideCheck CTR (Impressions, CTR, Setup, Usage) |
| **Guardrails** | Driver Completed Trips, Driver Supply Hours, Driver Trip cancel rate, Push notifications opt-out rate, Safety Ticket Rate |
| **XP end date** | October 15, 2022 |

## Nudges UX



Riders & Drivers will rotate through a set of 5 messages on flagged trips

**ATTORNEY-CLIENT PRIVILEGED**

140

**03** S-RAD Nudges
XP Readout
@zoe @alex @jenny

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_003274372

**Nudges 360 Recap: Safety impact metrics were not met but we saw positive stat sig impact in feature usage, safety sentiment and funnel metrics.**



**Xp results**

**No stat sig impact**
*Overall reported IPC IR*

**+10%** *reported serious IPC IR*

**No marketplace impact**

**Funnel metrics**

**Overall CTR: 5.8%**
Driver CTR: 10.7%
Rider CTR: 4.3%
*Click-thru rate*

**Xp design**

**Driver A/B**
*Business constraint (<6 month xp) led to 2-cell design with Flow*

**Safety Sentiment**

**+9.1%**
*Relative increase in drivers who responded "Always" feel safer driving with Uber*

**Feature usage**

**Directional increase**
*In feature usage (Audio Recording, Follow My Ride)*

*Example Nudge to Driver/Rider*

ATTORNEY-CLIENT PRIVILEGED

142

## Slide 142 Notes

**Nudges 360 view: Safety impact metrics were not met but we saw positive stat sig impact in feature usage, safety sentiment and engagement metrics.**

- The **Nudges experiment plan was created under certain constraints**, compromising integrity of the design
- The xp results show **no stat sig impact in overall IPC incident rate** and **+10% increase in *reported* serious IPC incident rate**, stat sig. However, **we do not believe nudges cause an increase in the true IPC incident rate.**
- **No significant impact in marketplace metrics observed.**
- We do see **slight directional increase** in **Feature usage** (ie Audio Recording and Follow My Ride).
  - This is further supported by trend in increased usage at the driver & rider level for Audio Recording as number of nudges delivered increases.
- We observe **9.1% relative increase in drivers who responded that they "Always" feel safe driving with Uber.**

Overall CTR: 6.19%

Driver CTR: 11.15%

Rider CTR: 4.65%

https://querybuilder-ea.uberinternal.com/r/zRMxan2Pz

CONFIDENTIAL

UBER_JCCP_MDL_003274374

# Slide 142 Notes (Continued)

CONFIDENTIAL

UBER_JCCP_MDL_003274375

# We faced some difficulties in both the experiment design and implementation which restricts our ability to rigorously measure the treatment effect.

| Situation | Issues | | Impact |
|---|---|---|---|
| **Driver A/B xp design was built in order to meet a specific time constraint (<6 months)** | **Experimental Design** | Rider contamination | ~60k trips in which Rider receives nudges while driver is in control |
| | | One-sided test conducted when two-sided test would have been better | |
| | **Flow Implementation** | Nudges sent despite cancellations | ~37k trips that were below the threshold to be flagged had nudges sent Nudges buffered for ~2 months |
| | | Buffering | |
| | | Premature Flow Campaign End | |
| **Created a "hacky" solution in Flow in operationalize the Driver A/B design** | **Citrus Implementation** | Driver start time provided by citrus is both before and after the treatment driver receives their first nudge. | Created an inferred start time for drivers in treatment & control |
| | **Difference in S-RAD Score** | Treatment group has higher S-RAD score than control group | 0.27% flat increase in flagging rates in the treatment group. |

<span style="color:red">ATTORNEY-CLIENT PRIVILEGED</span>

143

CONFIDENTIAL

P-01366.00184

UBER_JCCP_MDL_003274376

**No stat sig impact in overall IPC incident rate and +10% increase in reported serious IPC incident rate, stat sig. However, <u>we do not believe nudges cause an increase in the true IPC incident rate.</u>**

## Summary

| **215** | **198K** | **1.06M** | **3.55M** |
|:---:|:---:|:---:|:---:|
| Days in xp | Drivers in XP | Nudges sent to Drivers | Nudges sent to Riders |

## Primary Success Metrics

| Reported Metric | Control (per Million) | Treatment (per Million) | Level Difference | Lev. 95% C.I. | Relative Difference | Rel. 95% C.I. | p value |
|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| IPC | 131.882 | 133.525 | 1.644 | (-1.633, 4.921) | 1.2% | (-1.2%, 3.7%) | 0.3252 |
| **Serious IPC** | **11.343** | **12.506** | **1.163** | **(0.179, 2.146)** | **10.2%** | **(1.6%, 18.9%)** | **0.0204** |

Readout

ATTORNEY-CLIENT PRIVILEGED

144

## Slide 144 Notes

1. Why do we think this happened?
   a. Hypothesis:  Awareness may lead people to report more
   b. Key: UNSEEN events
   c. Nudges drive people to engage with safety products more
   d. And if we believe products are net positives, eventually we should see
   e. If we give everyone nudges, then in the long run, we observe safety impact. But data does not support this. Baseline right might be higher than it was and may continue to be this way.
   f. Medium term cost: IPC incidents reported,  going up
2. Do we know if any comms or feature awareness have increased reported IR?
   a. This will tell us that awareness product will have this impact on reporting
3. We do not know if awareness is causing more reporting?
4. Is SRAD-triggered notification causing more reporting?
5. Why is IPC negative? And Serious IPC stat sig?
6. Were you tracking this? Why was the xp not stopped sooner?
   a. We were tracking this.
   b. Given rare events, we needed enough time to get confidence on measurement and make sure it is not noise to avoid stopping prematurely.
7. Get incident count
   a. Num Serious IPC:
   b. Control 1130, 90MM trips
   c. Treatment 1135, 100MM trips

CONFIDENTIAL

UBER_JCCP_MDL_003274378

**We explored possible reasons behind the increase in serious IPC IR and observed that the statistical significance goes away when we conduct segmented analysis.**

| Analysis | Takeaways |
|---|---|

**Removing Top 1% Scoring Trips**

- Assuming the top 0-1% of risky trips would be within scope of downranking intervention, we looked at top 1-5% trips. We observe that stat sig increase in serious IPC IR goes away, and there is a very small, directional decrease in overall IPC.

**Segmenting by Incident Type**

- No stat sig impact on Serious SASM (which S-RAD targets).

**Segmenting by Reporter Type**

- Interestingly, rider-reported IPC is directionally down, while driver-reported IPC is directionally up.

**Time Elapsed between Trip started and Incident Reported**

- We see no stat-sig difference between treatment and control incident reporting times. Therefore, nudges do not have significant impact on reporting lag.

Readout

ATTORNEY-CLIENT PRIVILEGED

145

CONFIDENTIAL

UBER_JCCP_MDL_003274379

## Slide 145 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

    (1)   Nudges cause more reporting
    (2)   Nudges cause more incidents

Inspired Crash detection xp....they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

# Removing Top 1% Scoring Trips

| Reported Metric | Control (per Million) | Treatment (per Million) | Level Difference | Lev. 95% C.I. | Relative Difference | Rel. 95% C.I. | p value |
|---|---|---|---|---|---|---|---|
| IPC | 125.158 | 125.028 | -0.130 | (-3.329, 3.069) | -0.1% | (-0.027, 0.025) | 0.937166 |
| Serious IPC | 10.524 | 11.378 | 0.854 | (-0.093, 1.802) | 8.1% | (-0.009, 0.171) | 0.076967 |

## Observations

- The stat sig increase in serious IPC IR goes away, and there is a very small, directional decrease in overall IPC.

Readout

ATTORNEY-CLIENT PRIVILEGED

146

CONFIDENTIAL

UBER_JCCP_MDL_003274381

P-01366.00189

## Slide 146 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

(1)   Nudges cause more reporting
(2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_003274382

# Segmenting by Incident Type

| Reported Metric | Control (per Million) | Treatment (per Million) | Level Difference | Lev. 95% C.I. | Relative Difference | Rel. 95% C.I. | p value |
|---|---|---|---|---|---|---|---|
| SASM | 20.298 | 20.519 | 0.221 | (-1.065, 1.506) | 1.1% | (-5.2%, 7.4%) | 0.7354 |
| Serious SASM | 6.396 | 6.994 | 0.598 | (-0.139, 1.335) | 9.4% | (-2.2%, 20.9%) | 0.1111 |
| non-SASM IPC | 111.584 | 113.007 | 1.423 | (-1.592, 4.438) | 1.3% | (-1.4%, 4.0%) | 0.3545 |
| Serious Non-SASM IPC | 4.947 | 5.511 | 0.564 | (-0.087, 1.216) | 11.4% | (-1.8%, 24.6%) | 0.0891 |

## Observations

- S-RAD downranking is proven to reduce IPC incidents in general, but it is trained specifically to target serious SASM incidents.
- No stat sig impact on Serious SASM observed.
- SASM incidents are more rare than general IPC incidents, especially those of a serious nature. Hence, the confidence intervals for these metrics are very wide.

Readout

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274383

P-01366.00191

## Slide 147 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

    (1)   Nudges cause more reporting
    (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_003274384

# Segmenting by Reporter Type

| Reported Metric | Control (per Million) | Treatment (per Million) | Level Difference | Lev. 95% C.I. | Relative Difference | Rel. 95% C.I. | p value |
|---|---|---|---|---|---|---|---|
| Driver Reported IPC | 53.588 | 54.926 | 1.338 | (-0.758, 3.434) | 2.5% | (-1.4%, 6.4%) | 0.2104 |
| Driver Reported Serious IPC | 7.286 | 7.957 | 0.672 | (-0.115, 1.458) | 9.2% | (-1.6%, 2.0%) | 0.0937 |
| Rider Reported IPC | 50.790 | 49.028 | -1.762 | (-3.771, 0.246) | -3.5% | (-7.4%, 0.5%) | 0.0857 |
| Rider Reported Serious IPC | 3.928 | 4.372 | 0.444 | (-0.136, 1.024) | 11.3% | (-3.5%, 26.1%) | 0.1333 |

## Observations

- Reported incidents lose statistical significance when we segment by reporter type.
- Rider-reported IPC is directionally down, while driver-reported IPC is directionally up.

Readout

ATTORNEY-CLIENT PRIVILEGED

148

CONFIDENTIAL

UBER_JCCP_MDL_003274385

P-01366.00193

## Slide 148 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

    (1)   Nudges cause more reporting
    (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_003274386

Case 3:23-md-03084-CRB   Document 5255-35   Filed 02/... Page ...

Safety Impact | **Feature Usage** | Guardrail | Safety Sentiment | Funnel metrics

**We observe directional increase in driver feature usage and higher CTR on push notifications than regional average for both riders and drivers.**

**Secondary Success Metrics**

| Feature | Driver Control Usage* | Driver Treatment Usage* | Level Difference |
|---|---|---|---|
| **Audio Recording** | 0.17% | +0.24 | +0.07% |
| **Follow My Ride** | 0.69% | 0.88% | +0.19% |
| **RideCheck**\*\* | 1.71% | 1.73% | +0.02% |

| Push notification Feature | Driver Treatment CTR | Latam Earner CTR avg* | Rider CTR | Latam Rider CTR avg* |
|---|---|---|---|---|
| **Audio Recording** | 4.22% | ~4% | 4.11% | ~0.95% |
| **Follow My Ride** | 4.96% | | 3.68% | |
| **RideCheck** | 9.53% | | 5.63% | |

*Usage is based on % of trips driver (rider) used feature Mar 31 - Oct 15, 2022 (source)
\*\*RideCheck usage is actually based on triggering by the app (not the user) when the driver goes off route.
Readout

**ATTORNEY-CLIENT PRIVILEGED**

149

# No significant impact in marketplace metrics observed.

**Guardrail Metrics**

| Metric | Control group value | Treatment group value | Absolute difference | Relative difference | p value* |
|---|---|---|---|---|---|
| **Completed trips per XP day** | **7.205** | **7.280** | **0.075** | **1.036%** | **0.006** |
| Supply minutes online per XP day | 239.4 | 239.2 | -0.174 | -0.073% | 0.806 |
| Driver cancel over accept rate | 0.1281 | 0.1280 | -0.0002 | -0.118% | 0.833 |
| **Bliss ticket rate per XP day** | **0.2061** | **0.2006** | **-0.0056** | **-2.693%** | **0.015** |
| Safety ticket rate per XP day | 0.0062 | 0.0060 | -0.0002 | -3.201% | 0.098 |

Note: Marketplace impact analysis data contained all trips from Nudge XP drivers from 2022-03-28 through 2022-05-29
* p values estimated via bootstrapping. No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274388

P-01366.00196

# Overall results from Mexico Nudges experiment do not show safety impact and are marketplace neutral.

| Category | Target | Results |
|---|---|---|

**Safety Impact (primary metrics)**

- Overall IPC incident rate: -5%
- Serious IPC incident rate: directional decrease

- No impact in overall IPC incident rate
- +10% reported Serious IPC incident rate, stat sig

**Feature usage (secondary metrics)**

- Directional increase in:
  - Audio Recording usage
  - Follow My Ride usage
  - RideCheck usage

- Audio Recording usage
  - +0.02pp for driver t vs c
  - +0.001pp for rider t vs c
- Follow My Ride usage:
  - +0.01pp for driver t vs c
  - -0.014pp for rider t vs c

- RideCheck usage
  - +0.007pp for driver t vs c
  - +0.003pp for rider t vs c

**Guardrail metrics**

- No change +/- 1% in
  - Driver Completed Trips
  - Driver Supply Hours
  - Driver Trip cancel rate
  - Push notifications opt-out rate
  - Safety Ticket Rate

- No significant impact observed.
- No significant impact observed.
- No significant impact observed.
- Per Uber app settings, Drivers cannot opt out of push notifications.
- -2.4%, stat sig (number of safety tickets per day directionally consistent with the drop in Bliss tickets per day)

**ATTORNEY-CLIENT PRIVILEGED**

151

CONFIDENTIAL

UBER_JCCP_MDL_003274389

## Slide 151 Notes

- In terms of **Safety Sentiment**, **treatment Drivers respond they feel safe "always" ~9% more often** than control Drivers.

- In terms of **Awareness**, **treatment Drivers respond ~2.5% more often that they are "aware" of the Audio Recording feature** than control drivers. This is key since it is the first nudge we send.

CONFIDENTIAL

UBER_JCCP_MDL_003274390

P-01366.00198

**We observe directional increase in post-launch Sentiment survey to Drivers in terms of "feeling safe" and feature awareness.**

In terms of **Safety Sentiment, treatment Drivers respond they feel safe "always" ~9% more often** than control Drivers.

In terms of **Awareness, treatment Drivers respond ~2.5% more often that they are "aware" of the Audio Recording feature** than control drivers. They also **remember** this one the most.

**No difference between treatment & control drivers in feeling safer with** the following features - **Follow my Ride, RideCheck, Safety Toolkit**

**Treatment Drivers do not feel** that certain **rider-specific features make them feel safer**.

ATTORNEY-CLIENT PRIVILEGED

152

CONFIDENTIAL

UBER_JCCP_MDL_003274391

P-01366.00199

Case 3:23-md-03084-CRB    Document 5255-35    Filed 02/17/26    Page 205 of 332

**Directionally satisfactory driver funnel metrics. Reach of Nudges in Mexico user base during the XP: ~38%* of all active drivers and 13%* of all active riders received at least 1 nudge.**

**10.7%**
Driver Click-Thru Rate
from Sent

**4.3%**
Rider Click-Thru Rate
from Sent



**~38%**
(+102k drivers)
<u>sent</u> at least 1 nudge

**~37%**
(+101k drivers)
<u>received</u> at least 1 nudge

**~15%**
(+40k drivers)
<u>clicked</u> on at least 1 nudge

**~13%**
(+1.9M riders)
<u>sent</u> at least 1 nudge

**~12%**
(+1.8M riders)
<u>received</u> at least 1 nudge

**~1%**
(+136k riders)
<u>clicked</u> on at least 1 nudge

Data from March 31 to Oct 14, 2022
*Note: % share of active drivers to receive at least 1 nudge = # drivers that got 1 nudge during the xp)/(# of all active drivers). Today, this number reflects the drivers in treatment group (50%).

ATTORNEY-CLIENT PRIVILEGED

153

UBER_JCCP_MDL_003274392

P-01366.00200

**04** Next Steps for S-RAD Nudges

@zoe

ATTORNEY-CLIE

154

CONFIDENTIAL

UBER_JCCP_MDL_003274393

# We still believe there is an opportunity to target top 5% risky trips using S-RAD signal



**Mexico Serious SASM Recall/ Trigger rate curve**

**Top 5% high score trips represent ~35% of Serious SASM incidents (Mexico)**

Recall

Trigger rate

— All IPC    — Serious SASM

ATTORNEY-CLIENT PRIVILEGED *SASM recall in Mexico shadow mode data

155

CONFIDENTIAL

P-01366.00202

UBER_JCCP_MDL_003274394

## Slide 155 Notes

5% was based on power analysis. So we flag more trips above 5% but the # of incidents per trip goes down. the # of incidents is less concentrated beyond 5%.
Source: https://docs.google.com/presentation/d/1abl-GNK-223Hz0oSPE11JSFwjUEOdOtFGCz_naLLarA/edit#slide=id.gf771375934_0_7
Source: https://docs.google.com/presentation/d/1abl-GNK-223Hz0oSPE11JSFwjUEOdOtFGCz_naLLarA/edit#slide=id.g100e68c8735_0_15

CONFIDENTIAL

UBER_JCCP_MDL_003274395

# Recommendation: For the 1-5% risky trips, we recommend to not expand Nudges and to instead redesign the S-RAD interventions with an IPC reduction focus.

**Context:** Top 5% high score trips represent ~35% of Serious SASM incidents or ~25% of IPC incidents in Mexico.

**Rationale:** Nudges XP results show a risk of increasing SIPC incident rate, our topline metric.

**Type of interventions:**

1. Dynamic Threshold:
   - Increase Downranking actioning % in particular periods/areas
2. Harder Interventions:
   - Full Screen TakeOver (FSTO), Pop-up Audio Recording, RideCheck, Safe Mode etc.

**Next steps:** Rollout S-RAD downranking in Mexico to target top 1% (part of Latam expansion)



**Types of Interventions for Top 5% Risk**

ATTORNEY-CLIENT PRIVILEGED

156

CONFIDENTIAL

UBER_JCCP_MDL_003274396

P-01366.00204

## Slide 156 Notes

3. Do we want to keep safety benefit from nudges? This would go to another team (Rebecca)

Decouple SRAD from Downranking

Additional analysis?

Deep dive on tickets and see if nudges are driving people to report. Signal would be that the feature was used, or mentioned comms.

S-RAD product has great potentials to bring Safety benefits to top 5% risky trips.

Future of nudgesFor next steps,

In MX, we will prioritize and deploy Downranking solution as part of Latam expansion by Jan 2023, which should address the top 1% risky trips first.

For the 1-5% risky trips, we recommend to redesign the interventions with a IPC reduction focus. There are two options under considerations

CONFIDENTIAL

UBER_JCCP_MDL_003274397

## Slide 156 Notes (Continued)

CONFIDENTIAL

Case 3:23-md-03084-CRB    Document 5284-14    Filed 01/12/26    Page 164 of 145

**05** S-RAD US & BR Downranking Updates

ATTORNEY-CLIE

157

UBER_JCCP_MDL_003274399

P-01366.00207

# Overall Brazil Marketplace Impact Summary

Dates: 8/4/22 - 8/31/22

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Holdout | 33.2M | 30.5M | 2.64M |
| Enabled | 135M | 123M | 12.0M |
| Enabled % | 80.3% | 80.1% | 81.9% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Holdout) | 0.98% | 0.46% | 6.98% |
| Slip through (Enabled) | 0.34% | 0.13% | 2.42% |
| Downranking efficiency | 65.6% | 70.8% | 65.3% |

## BR (116 cities)

| Metric | All Day Level effect | All Day Baseline | Day Time Level effect | Day Time Baseline | Night time Level effect | Night time Baseline |
|---|---|---|---|---|---|---|
| Avg post dispatch ETA | - | 209.0 | - | 204.6 | 4.0 | 254.5 |
| P90 post dispatch ETA | - | 512.7 | - | 493.7 | - | 568.5 |
| P95 post dispatch ETA | - | 595.8 | - | 579.0 | - | 644.5 |
| P99 post dispatch ETA | - | 734.5 | - | 730.2 | - | 745.9 |
| Avg request to begin | - | 375.7 | - | 369.6 | 3.8 | 438.1 |
| Completed/Requests | - | 81.76% | - | 83.19% | - | 66.88% |
| Unfulfilled/Requests | - | 3.95% | - | 3.36% | - | 10.14% |
| Overall rider cancel % | - | 12.56% | - | 11.82% | 0.30% | 20.42% |
| Pre-dispatch rider cancel % | - | 1.88% | - | 1.76% | - | 2.61% |
| Driver cancel % | - | 20.44% | - | 19.40% | - | 31.56% |
| Rider given 1/2 star % | - | 0.78% | - | 0.77% | - | 0.85% |
| Driver given 1/2 star % | -0.01% | 2.19% | - | 2.14% | -0.09% | 2.81% |

**Observations**

- Overall trigger rate is 0.98% (target 1.1%)
- Slip-thru rate is in line with safety XP data (0.34%)
- Downranking efficiency is lower than previous month (85% in July), with significant drops in M & S cities
- p95 ETA, C/R and overall rider cancel % are within guardrails
- Continue to observe stat sig decrease in driver given 1/2 star rating %

-: p value < 0.10; Level effect: Absolute difference in metric value; No corrections for multiple comparisons

ATTORNEY'S EYES ONLY PRIVILEGE

CONFIDENTIAL

158

UBER_JCCP_MDL_003274400

## Slide 158 Notes

○ BR marketplace is not very healthy (~50% cancellations from Rider or Driver) at night from S cities.

CONFIDENTIAL

UBER_JCCP_MDL_003274401

P-01366.00209

# BR S-RAD holdout

| Trip Distribution | XL Cities (15 cities) | | | L Cities (30 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Holdout | 23.7M | 21.7M | 1.94M | 7.67M | 7.11M | 567k |
| Enabled | 98.2M | 89.1M | 9.12M | 29.7M | 27.4M | 2.31M |
| Enabled % | 80.6% | 80.4% | 82.5% | 79.5% | 79.4% | 80.3% |

| Intervention Metrics | XL Cities (15 cities) | | | L Cities (30 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Estimated TR (Holdout) | 0.98% | 0.46% | 6.81% | 0.95% | 0.45% | 7.22% |
| Slip through (Enabled) | 0.28% | 0.11% | 1.93% | 0.41% | 0.16% | 3.29% |
| Downranking efficiency | 71.0% | 75.0% | 71.6% | 57.4% | 63.9% | 54.5% |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274402

P-01366.00210

# BR S-RAD holdout

| BR (116 cities) | XL Cities (15 cities) | | | | | | L Cities (30 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 201.1 | - | 196.9 | - | 242.4 | **1.2** | 220.7 | **1.0** | 215.3 | **4.7** | 284.8 |
| P90 post dispatch ETA | **2.0** | 387.6 | - | 358.0 | **8.4** | 461.0 | **3.7** | 444.8 | - | 397.4 | **11.5** | 562.7 |
| P95 post dispatch ETA | - | 451.3 | - | 421.7 | - | 525.5 | **2.8** | 526.5 | - | 476.6 | **9.4** | 649.6 |
| P99 post dispatch ETA | - | 582.0 | - | 557.2 | - | 643.0 | **4.0** | 690.4 | - | 653.4 | **10.3** | 778.4 |
| Avg request to begin | - | 371.9 | - | 365.8 | - | 430.3 | **1.4** | 378.8 | **1.2** | 372.1 | - | 456.8 |
| Completed/Requests | - | 82.14% | - | 83.60% | - | 67.64% | - | 84.42% | - | 85.64% | - | 69.95% |
| Unfulfilled/Requests | - | 3.85% | - | 3.19% | - | 10.40% | - | 2.76% | - | 2.37% | - | 7.58% |
| Overall rider cancel % | - | 12.25% | - | 11.55% | - | 19.35% | **0.09%** | 11.24% | **0.09%** | 10.51% | - | 20.09% |
| Pre-dispatch rider cancel % | - | 2.07% | - | 1.96% | - | 2.76% | - | 1.70% | - | 1.55% | - | 2.56% |
| Driver cancel % | - | 20.68% | - | 19.57% | - | 31.88% | - | 18.63% | **0.08%** | 17.80% | - | 28.71% |
| Rider given 1/2 star % | - | 0.77% | - | 0.76% | - | 0.84% | - | 0.80% | - | 0.79% | - | 0.88% |
| Driver given 1/2 star % | - | 2.26% | - | 2.21% | **-0.07%** | 2.89% | - | 1.98% | - | 1.94% | **-0.12%** | 2.47% |

-: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

160

CONFIDENTIAL

UBER_JCCP_MDL_003274403

# BR S-RAD holdout

| Trip Distribution | M Cities (30 cities) | | | S Cities (41 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Holdout | 1.61M | 1.49M | 118k | 217k | 200k | 16.9k |
| Enabled | 6.49M | 6.01M | 479k | 804k | 740k | 63.5k |
| Enabled % | 80.2% | 80.2% | 80.2% | 78.7% | 78.7% | 78.9% |

| Intervention Metrics | M Cities (30 cities) | | | S Cities (41 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Estimated TR (Holdout) | 1.07% | 0.48% | 8.50% | 1.16% | 0.59% | 7.85% |
| Slip through (Enabled) | 0.71% | 0.24% | 6.67% | 1.13% | 0.51% | 8.34% |
| Downranking efficiency | 33.2% | 50.0% | 21.6% | 2.0% | 12.8% | -6.2% |

ATTORNEY-CLIENT PRIVILEGED

161

CONFIDENTIAL

UBER_JCCP_MDL_003274404

P-01366.00212

# BR S-RAD holdout

| BR (116 cities) | M Cities (30 cities) | | | | | | S Cities (41 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 259.4 | - | 254.2 | 8.9 | 324.8 | - | 338.4 | - | 335.5 | - | 376.0 |
| P90 post dispatch ETA | 4.6 | 558.6 | - | 536.1 | 23.4 | 619.0 | - | 636.4 | - | 643.4 | -24.1 | 603.4 |
| P95 post dispatch ETA | - | 651.7 | - | 634.2 | 16.5 | 698.5 | - | 721.1 | - | 733.9 | - | 657.9 |
| P99 post dispatch ETA | - | 794.5 | - | 797.1 | 17.5 | 784.7 | - | 826.5 | - | 850.9 | - | 705.2 |
| Avg request to begin | - | 407.6 | - | 401.4 | - | 489.9 | - | 481.5 | - | 478.4 | - | 516.7 |
| Completed/Requests | - | 67.75% | - | 69.72% | - | 42.86% | 0.58% | 48.36% | 0.64% | 50.45% | - | 23.02% |
| Unfulfilled/Requests | 0.16% | 10.04% | 0.18% | 9.53% | - | 16.68% | - | 11.90% | - | 11.51% | - | 16.66% |
| Overall rider cancel % | - | 20.32% | - | 18.98% | - | 37.41% | -0.44% | 37.68% | -0.56% | 36.10% | - | 56.99% |
| Pre-dispatch rider cancel % | - | 0.79% | - | 0.71% | - | 1.31% | - | 0.93% | - | 0.87% | - | 1.28% |
| Driver cancel % | 0.23% | 24.67% | 0.24% | 23.62% | - | 40.59% | - | 31.38% | - | 30.46% | - | 46.92% |
| Rider given 1/2 star % | - | 0.85% | - | 0.85% | - | 0.92% | 0.12% | 0.87% | 0.12% | 0.89% | 0.56% | 0.24% |
| Driver given 1/2 star % | - | 1.98% | - | 1.95% | -0.35% | 2.68% | - | 1.44% | - | 1.44% | - | 1.55% |

-: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274405

# Overall US Marketplace Impact Summary

Dates: 8/4/22 - 8/31/22

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Holdout | 17.2M | 14.6M | 2.65M |
| Enabled | 64.5M | 54.3M | 10.24M |
| Enabled % | 79.0% | 78.9% | 79.5% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Holdout) | 1.31% | 0.81% | 4.10% |
| Slip through (Enabled) | 0.53% | 0.40% | 1.22% |
| Downranking efficiency | 59.5% | 50.1% | 70.2% |

| US (196 cities) Metric | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | **1.9** | 375.9 | **1.2** | 367.7 | **6.4** | 419.3 |
| P90 post dispatch ETA | **4.3** | 849.3 | - | 822.1 | **10.2** | 915.9 |
| P95 post dispatch ETA | **4.5** | 958.0 | - | 936.4 | **12.5** | 1010.7 |
| P99 post dispatch ETA | **4.0** | 1120.6 | - | 1116.1 | **9.8** | 1131.1 |
| Avg request to begin | **1.4** | 522.7 | - | 513.3 | **5.0** | 572.6 |
| Completed/Requests | **-0.09%** | 89.63% | - | 90.59% | **-0.25%** | 84.23% |
| Unfulfilled/Requests | - | 0.64% | - | 0.51% | - | 1.42% |
| Overall rider cancel % | **0.07%** | 8.19% | **0.05%** | 7.54% | **0.21%** | 11.81% |
| Pre-dispatch rider cancel % | - | 4.75% | - | 4.42% | **0.31%** | 5.89% |
| Driver cancel % | **0.07%** | 8.59% | **0.06%** | 7.75% | **0.14%** | 13.04% |
| Rider given 1/2 star % | - | 0.90% | - | 0.89% | - | 0.96% |
| Driver given 1/2 star % | **-0.02%** | 1.61% | **-0.01%** | 1.52% | **-0.04%** | 2.10% |

## Observations

- Overall trigger rate is 1.31% (target 1.25%)
- Slip-thru rate is slightly higher this month vs previous month (0.4% in July) and slightly higher than seen during the safety XP. Slip-through degradation is similarly poor in M/S cities
- p95 ETA, C/R and overall rider cancel % are within guardrails
- Continue to observe stat sig decrease in driver given 1/2 star rating %

-: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

ATTORNEY COUNT PRIVILEGED

163

# US S-RAD holdout

| Trip Distribution | XL Cities (27 cities) | | | L Cities (52 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Holdout | 13.3M | 11.33M | 1.95M | 2.81M | 2.33M | 487k |
| Enabled | 49.2M | 41.5M | 7.69M | 11.0M | 9.28M | 1.75M |
| Enabled % | 78.7% | 78.6% | 79.7% | 79.7% | 80.0% | 78.2% |

| Intervention Metrics | XL Cities (27 cities) | | | L Cities (52 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Estimated TR (Holdout) | 1.31% | 0.79% | 4.32% | 1.31% | 0.86% | 3.45% |
| Slip through (Enabled) | 0.49% | 0.38% | 1.12% | 0.66% | 0.50% | 1.49% |
| Downranking efficiency | 62.6% | 52.6% | 74.2% | 49.6% | 41.4% | 57.0% |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274407

P-01366.00215

# US S-RAD holdout

| US (196 cities) | XL Cities (27 cities) | | | | | | L Cities (52 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | **2.1** | 334.5 | - | 326.8 | **6.5** | 375.9 | - | 509.1 | - | 499.4 | **6.7** | 558.0 |
| P90 post dispatch ETA | **3.2** | 706.8 | **-** | 658.1 | - | 822.4 | **9.4** | 916.2 | **7.3** | 871.0 | **16.3** | 1021.9 |
| P95 post dispatch ETA | **4.4** | 827.4 | **-** | 778.0 | **8.7** | 944.0 | **8.6** | 1040.0 | **6.2** | 1001.1 | **16.5** | 1130.5 |
| P99 post dispatch ETA | **3.4** | 1051.2 | **-** | 1019.3 | **6.9** | 1125.7 | **4.8** | 1234.8 | - | 1217.9 | **10.7** | 1273.3 |
| Avg request to begin | **1.6** | 479.2 | - | 470.8 | **5.6** | 524.9 | - | 666.4 | - | 654.3 | - | 727.9 |
| Completed/Requests | - | 90.59% | - | 91.42% | - | 85.76% | **-0.19%** | 87.05% | - | 88.33% | **-0.64%** | 80.35% |
| Unfulfilled/Requests | - | 0.46% | - | 0.35% | - | 1.09% | - | 1.09% | - | 0.88% | - | 2.23% |
| Overall rider cancel % | - | 7.42% | - | 6.85% | - | 10.71% | **0.14%** | 10.29% | - | 9.44% | **0.42%** | 14.75% |
| Pre-dispatch rider cancel % | - | 3.91% | - | 3.61% | - | 4.90% | - | 5.38% | **0.22%** | 5.12% | - | 6.10% |
| Driver cancel % | **0.07%** | 8.41% | **0.07%** | 7.60% | - | 12.84% | - | 9.92% | - | 8.92% | - | 15.06% |
| Rider given 1/2 star % | - | 0.90% | - | 0.89% | - | 0.97% | - | 0.91% | - | 0.90% | - | 0.96% |
| Driver given 1/2 star % | **-0.01%** | 1.81% | **-0.01%** | 1.71% | **-0.04%** | 2.40% | **-0.02%** | 0.95% | - | 0.90% | - | 1.23% |

**-**: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

165

# US S-RAD holdout

| Trip Distribution | M Cities (52 cities) | | | S Cities (65 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Holdout | 753k | 609k | 144k | 345k | 282k | 62.4k |
| Enabled | 2.92M | 2.37M | 547k | 1.38M | 1.12M | 258k |
| Enabled % | 79.5% | 79.6% | 79.1% | 80.0% | 79.9% | 80.5% |

| Intervention Metrics | M Cities (52 cities) | | | S Cities (65 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Estimated TR (Holdout) | 1.39% | 0.88% | 3.52% | 1.27% | 0.81% | 3.38% |
| Slip through (Enabled) | 0.69% | 0.47% | 1.66% | 0.64% | 0.44% | 1.52% |
| Downranking efficiency | 50.1% | 47.0% | 52.7% | 49.5% | 45.4% | 55.0% |

ATTORNEY-CLIENT PRIVILEGED

166

CONFIDENTIAL

UBER_JCCP_MDL_003274409

Pre-read

# US S-RAD holdout

| US (196 cities) | M Cities (52 cities) | | | | | | S Cities (65 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 534.3 | - | 532.6 | - | 539.0 | - | 467.1 | - | 464.4 | - | 478.9 |
| P90 post dispatch ETA | 5.8 | 909.1 | - | 891.3 | 13.1 | 951.1 | - | 804.7 | - | 795.2 | - | 829.5 |
| P95 post dispatch ETA | 5.9 | 1009.7 | - | 996.9 | 13.5 | 1039.7 | - | 902.5 | - | 901.2 | - | 905.0 |
| P99 post dispatch ETA | 5.4 | 1157.4 | - | 1160.7 | - | 1149.2 | - | 1024.5 | - | 1038.5 | - | 985.5 |
| Avg request to begin | - | 674.6 | - | 669.4 | - | 697.3 | - | 618.4 | - | 612.7 | - | 645.2 |
| Completed/Requests | -0.34% | 84.70% | -0.20% | 86.15% | -0.90% | 78.29% | 0.31% | 86.36% | 0.38% | 87.88% | - | 79.30% |
| Unfulfilled/Requests | - | 1.61% | - | 1.38% | - | 2.70% | - | 1.45% | - | 1.22% | - | 2.56% |
| Overall rider cancel % | 0.25% | 12.11% | - | 11.22% | 0.73% | 15.97% | -0.21% | 10.58% | -0.32% | 9.70% | - | 14.65% |
| Pre-dispatch rider cancel % | - | 9.78% | - | 9.47% | 1.28% | 11.20% | - | 10.41% | - | 9.34% | - | 13.66% |
| Driver cancel % | 0.14% | 7.69% | - | 6.96% | - | 11.06% | - | 5.96% | -0.14% | 5.41% | - | 8.66% |
| Rider given 1/2 star % | - | 0.80% | - | 0.80% | - | 0.81% | - | 0.80% | - | 0.79% | -0.13% | 0.89% |
| Driver given 1/2 star % | - | 0.70% | - | 0.69% | - | 0.78% | - | 0.51% | - | 0.50% | - | 0.53% |

-: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274410

P-01366.00218

Case 3:23-md-03084-CRB   Document 5284-14   Filed 01/10/26   Page 224 of 332

# **06** S-RAD Global Expansion Updates

ATTORNEY-CLIE

168

UBER_JCCP_MDL_003274411

P-01366.00219

A/C Privileged & Confidential

# S-RAD Expansion Update: we are on track of the roadmap



**Today**

**Code Freeze**
Dec 8

**Latam Marketplace xps**

*Aug 22-Nov 15*

*Wave 2 marketplace xp ongoing until Nov 15th*

**Latam Fairness Testing**

*w/c Nov 21*

*Dependency: conclusion of marketplace*

**Tech  readiness**

*Q1 2023*

Global model development, gender inference data (India)

**EU + UK***

*TBD*

Dependency: Full Legal Assessment, PC Strategy, Academic paper

**SRAD model Offline Analysis**

*w/c Nov 7*

Dependency: Legal approval to begin offline analysis of existing S-RAD model in other regions for global expansion

**Latam SRAD Launch**

*December (stretch goal)*

Dependency: approvals, no disparate impact in marketplace or fairness testing results

**India, ANZ, MEA***

*Q2 2023*

Dependency: Legal considerations, e.g.  use of gender

ATTORNEY CLIENT PRIVILEGED

169

ATTORNEY-CLIENT PRIVILEGED

# **S-RAD**
# Leadership Update

## 08.26.2022



ATTORNEY-CLIENT PRIVILEGED

**Agenda**

**01** Executive Summary (5 min)

**02** Downranking Expansion (15 min)

**03** S-RAD Nudges Data & Next Steps (10 min)

**04** US & Brazil Downranking (pre-read)

**05** S-RAD Academic Paper Partnership (pre-read)

CONFIDENTIAL

UBER_JCCP_MDL_003274414

P-01366.00222

# Executive summary
@zoe

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_003274415

P-01366.00223

# Executive Summary

***Downranking expansion has begun in SSL Latam region, followed by ROW***
- In Latam, we will have 2 waves of marketplace xps prior to launch in January (stretch goal: Dec.)
- <u>To expand SRAD beyond Latam in a fast and efficient manner, it requires both tech readiness and PLC alignment.  We would like to discuss the roadmap today.</u>

***S-RAD nudges (push notifications) show positive lift in safety sentiment/awareness, with no marketplace impact (expected to run till Oct 15th)***
- High Click-Thru-Rates and other funnel metrics confirm engagement metrics.
- Next steps: launch a Nudges Survey for drivers & riders and Roundtable for drivers to further understand safety sentiment.

***(Pre-Read) US & Brazil downranking performance is within expectations. However, 20% holdout group raises the level for minimal detectable effect (MDE).***
- We have been running @80/20 for ~7 weeks, without any alarms. We recommend setting guardrails at 2x MDE; pending socialization with Ops.

***(Pre-Read) Currently debating the Data Use Agreement (DUA) for academic partnership***
- The goal of the academic partnership is to validate S-RAD safety and fairness findings.

**ATTORNEY-CLIENT PRIVILEGED**

## S-RAD Downranking & Nudges

CONFIDENTIAL

P-01366.00224

UBER_JCCP_MDL_003274416

# Downranking
# Expansion
@zoe

ATTORNEY-CLIE

UBER_JCCP_MDL_003274417

# Our strategy for S-RAD Downranking Global Expansion is based on 3 pillars

**Pillar 1**

**Scope**

- **Target:**
  - Serious SA/SM incident prevention

- **Business:**
  - Mobility only

- **Geos:**
  - Global

**Out of scope:**
- Delivery
- All IPC
- Serious Physical Assault

**Pillar 2**

**Product Readiness**

- **Model readiness:**
  - Global Model training & recall performance

- **PLC alignment:**
  - Conduct feasibility and risks assessment
  - Privacy requirements
  - Academic paper

**Pillar 3**

**Business/Safety Impact**

- **Business impact:**
  - No significant negative marketplace impact

- **Safety Impact:**
  - Meet a target recall level

- **Fairness Testing:**
  - No negative impacts on Earnings, Completed trips , Utilization, Ratings to riders/drivers, ETAs

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274418

P-01366.00226

## Slide 175 Notes

1.  If we take a faster path and skip a step, what would we lose?
    a.    We lose confidence in safety impact
2.  Do we really believe the global model will work for all?
    a.    We believe we can replicate SDM experience, with certain countries as exceptions
    b.    We can evaluate global model on each country
3.  Do we feel comfortable with holdout or need to run safety xp?
4.  Fairness testing
    a.    Do we need to look at ethnicity in Europe?

CONFIDENTIAL

UBER_JCCP_MDL_003274419

A/C Privileged & Confidential

# SRAD Expansion Roadmap in next 12 months with Challenges
*Scope: Mobility, Serious SA/SM incidents Prevention*

Local regional models may shrink dev time; but will be very challenging to maintain & improve. We recommend a **global model strategy.**

# REDACTED - PRIVILEGED

## Latam Expansion

Q3-Q4 2022
*(December: stretch goal)*

## Tech readiness

Q1 2023

## India, ANZ, MEA*

Q2 2023

**REDACTED - PRIVILEGED**

Dependencies: Marketplace xp re...

Global model development, gender in...ence data (India)

Dependency: Legal considerations, e.g. use of gender

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274420

P-01366.00228

## Slide 176 Notes

Why would we need to build a global model and then train locally?

Could we look into accelerating the roadmap? India/ANZ/MEA in H1..

Essentially anything that legal/policy framework allows and we see good recall, we launch marketplace XPs in H1.


Should we assume that we are not going to have a safety xp in rest of world?
Can we assume retrained models will work and just use holdout for model performance?

Do TL;DR
Talk about risks alongside the timeline

1.    Show this schedule today.
2.    Opportunity to compress timeline
      a.    Show risks
      b.    Show tradeoffs where we can compress
      c.    Call out EU transparency - pushing up comms plan (ie academic paper)

## Slide 176 Comments

CONFIDENTIAL

UBER_JCCP_MDL_003274421

## Slide 176 Comments (Continued)

1   **REDACTED - PRIVILEGED**

*Roger Kaiser,   8/29/2022 05:23 PM*

2   @dkolta@uber.com @eboman@uber.com   **REDACTED - PRIVILEGED**

*Jennifer Arias,   8/29/2022 05:23 PM*

A/C Privileged & Confidential

# Long term sustainability of a global model drives our decision to develop a global model over regional model.

| | Pros | Cons |
|---|---|---|
| **Regional Model** <br><br> Separate models for each regions (US, LatAm, EMEA, etc) | • Features: have more flexibility to add/remove features <br><br> • Performance: easier and faster to achieve good performance <br><br> • Data: local data set is less complex | • Maintenance: high costs for maintaining each separate regional model <br><br> • Sustainability: not sustainable to have multiple regional models running at the same time |
| **Global Model** <br><br> Single universal model trained on global data | • Maintenance: Low effort <br><br> • Sustainability: more sustainable in the long term | • Features: Need to design how to mask out sensitive features (ie gender) for certain markets <br><br> • Performance: requires more fine tuning, model training, iterations, and time to achieve satisfactory performance <br> • Data: global data set preparation is more complex |

**ATTORNEY-CLIENT PRIVILEGED**

## Slide 177 Notes

XP Feasiblity, Scalability (1) are the same


Scalability - how much resources you need from an Eng perspective
For regional vs global, we are only scoring 1 supply plan
If one model uses a lot more features than the other,

For safety impact, we can still combine analysis if either its a separate model or single model

CONFIDENTIAL

A/C Privileged & Confidential

# EU Expansion Raises Significant PLC Challenges

Context:
- UberFiles a created more challenging PLC environment to navigate.
- GDPR raises transparency requirements

**Prerequisites for rollout (legal)**

- Legal review for EU as a whole, and country-specific
- EU-focused fairness testing

**Prerequisites for rollout (policy)**

- Move up timeline for academic paper; be ready to rely on the results or point to the existence of the partnership
- Work with third-party groups and start to build support

**Prerequisites for rollout (comms)**

- Prepare a proactive comms plan
- Prepare to discuss SRAD publicly

**ATTORNEY-CLIENT PRIVILEGED**

**As previously agreed by leadership, a safety xp is not required for Latam expansion. We will only run a marketplace xp and if we see no significant negative impact, we will launch.**

## Marketplace XP Design

**Hypothesis**: S-RAD will have minimal marketplace impact in LatAm sub-regions

**High-Level Success Criteria**: No negative stat sig impact in marketplace metrics

**Scope:**
- Trigger Rate: 1.1%
- Products Affected:  Rides product - UberX
- Cities*:
  - Wave 1 (8/22-9/05):  28 cities from ACAC, SoCo*
  - Wave 2 (10/16-10/30): 45 cities from ACAC, Mexico, SoCo

*Due to some misconfigs, we had to push out wave 1 by 5 days and missed 3 cities (Valparaiso, Concepcion, Montevideo), which may impact ability to reach power for wave 1. We have accounted for these cities in Wave 2.

## XP Metrics

**XP Metrics:**
- P95 ETA
- Overall completed/requests
- Overall rider cancellation rate

**Fairness:**
- Earnings
- Completed trips
- Utilization
- Ratings to riders/drivers
- ETAs

CONFIDENTIAL

UBER_JCCP_MDL_003274426

## Slide 179 Notes

1. How do we choose the cities?
2. When will you share the final list?
3. Can we set guardrails for the marketplace xp?
   a. This is the xp to set or understand the impact of SRAD on these metrics.
4. Why are we setting at 1.1% trigger rate for the whole region?
5. Can we change the trigger rate at subregional level?
6. What does trigger rate mean?

CONFIDENTIAL

UBER_JCCP_MDL_003274427

# S-RAD Nudges
# Data & Next Steps
@jenny @alex

ATTORNEY-CLIE

## Slide 180 Notes

We want feedback on expansion strategy.

CONFIDENTIAL

# Opportunity to improve S-RAD's impact via new interventions, such as nudges

**Top 5% high score trips** represent ~35% of Serious SASM incidents **(Mexico)**



*SASM recall in Mexico shadow mode data

Experimentation Plan

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274430

# Hypothesis: If we send safety related nudges to users on high score trips, we may be able to prevent IPC incidents (including SASM) on the platform



~*5x* Drivers click thru nudges 4&5 vs nudges 1-3

**Audio recording, just in case**
Riders and drivers can record their trips within the app and send to Uber Support if anything goes wrong. Get started.

**Let them know you're on your way**
Riders and drivers can share trip status with their loved ones anytime. Turn it on now.

**Keeping you on track**
We contact riders and drivers when a trip is disrupted or goes off route. Learn more.

**Treating riders with respect**
Thanks for treating riders with respect and helping them get to their destinations safely.

**Treating drivers with respect**
Thanks for treating your driver and their car with respect.

**Want a 5-star rating?**
✔ Be respectful
✔ Keep conversations casual and friendly
✔ Be mindful of personal space and privacy

| **Audio Recording** | **Follow My Ride** | **RideCheck\*** <br>*Cycle through twice* | **Safety Tip on Respect** <br>*Behavioral prescription: Provide clear set of guidelines.* | **5-Star Rating** |
|---|---|---|---|---|
| *Priming: Emphasize idea of being watched.* | | | | *Reciprocity bias: Reinforce positive actions.* |

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274431

## Slide 182 Notes

These message are dedicated for Nudges.

We have to check if other products or notifications send similar information.

CONFIDENTIAL

UBER_JCCP_MDL_003274432

# If we do not see Safety Impact by the end of xp, can we roll out Nudges based on lift in Safety Sentiment in Mexico?



**Considerations**

**Description**

**Current Status**

**Marketplace Impact**

- Not hurting the marketplace

- No significant impact observed in marketplace metrics.

OR

**Safety Impact**

- Reduce serious SASM incidents

- Under XP until Oct 15.
  - Targets:
    - -5% IPC incident rate
    - Directional decrease in Serious SASM

**Safety Sentiment**

- Improve user awareness and sentiment in Uber's safety efforts

- Overlap analysis with existing Safety Sentiment Survey completed
  - Treatment Drivers respond they **feel safe "always" ~9% more** often than control Drivers.
  - Treatment Drivers respond **~2.5% more often that they are "aware"** of the Audio Recording feature than control drivers
- Nudges Survey & Driver Roundtable pending

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274433

## Slide 183 Notes

- In terms of **Safety Sentiment**, **treatment Drivers respond they feel safe "always" ~9% more often** than control Drivers.

- In terms of **Awareness**, **treatment Drivers respond ~2.5% more often that they are "aware" of the Audio Recording feature** than control drivers. This is key since it is the first nudge we send.

# No significant impact observed in marketplace metrics. And it is still to early to look into safety impact.

| Metric | Control group value | Treatment group value | Absolute difference | Relative difference | p value* |
|---|---|---|---|---|---|
| **Completed trips per XP day** | **7.205** | **7.280** | **0.075** | **1.036%** | **0.006** |
| Supply minutes online per XP day | 239.4 | 239.2 | -0.174 | -0.073% | 0.806 |
| Driver cancel over accept rate | 0.1281 | 0.1280 | -0.0002 | -0.118% | 0.833 |
| **Bliss ticket rate per XP day** | **0.2061** | **0.2006** | **-0.0056** | **-2.693%** | **0.015** |
| Safety ticket rate per XP day | 0.0062 | 0.0060 | -0.0002 | -3.201% | 0.098 |

Note: Marketplace impact analysis data contained all trips from Nudge XP drivers from 2022-03-28 through 2022-05-29
* p values estimated via bootstrapping. No corrections for multiple comparisons

Source

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274435

# Nudges xp results so far show directionally satisfactory driver engagement metrics





Data from June 1- 30, 2022
*Note: % share of active drivers to receive at least 1 nudge = # drivers that got 1 nudge in the last month)/(# of all active drivers). Today, this number reflects the drivers in treatment group (50%).

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274436

## Slide 185 Notes

**Sent:**
Drivers with nudge sent in June: 51,248
Riders with nudge sent in June: 490,200
% of drivers sent nudges in June in all of Mexico: ~30.9%
% of riders sent nudges in June: ~8.1%
**Delivered:**
Drivers who received a nudge (delivered) in June: 50,099
Riders who received a nudge (delivered) in June: 463,189
% of drivers receiving nudges in June: ~30.2%
% of riders receiving nudges in June: ~7.6%
**Clicked:**
Drivers who clicked on nudges in June: 13,111
Riders who clicked on nudges in June: 25,527
% of drivers who clicked on nudges in June: ~7.9%
% of riders who clicked on nudges in June: ~0.4%

CONFIDENTIAL

UBER_JCCP_MDL_003274437

# Reach of Nudges in Mexico user base in June '22: ~30% of all active drivers and 8% of all active riders received at least 1 nudge*.

## Dashboard

Driver nudge interaction distribution | Rider nudge interaction distribution



Click Thru Rate by User Type



*Data from June 1- 30, 2022. Note: % share of active drivers to receive at least 1 nudge = # drivers that got 1 nudge in the last month)/(# of all active drivers). Today, this number reflects the drivers in treatment group (50%).

Dashboard

## Observations

- Driver Nudge Interaction: 50% of drivers have cycled through all nudges at least once since we began the xp

- Rider Nudge interaction: Riders cycle through far less nudges because they do not take as many trips as drivers.
  - ~70% of riders received only 1 nudge

- In terms of engagement, June '22 driver click-thru-rate (CTR) is around 11-12%, while rider CTR is around 5%, outperforming the regional average (Spenders: 1.1%. Earners:4%).

- Lowlight: We inadvertently missed extending the flow campaigns for nudges, resulting in nudges being off for 10 days. However, we turned on the flows quickly without polluting the treatment/control driver pools.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274438

## Slide 186 Notes

**Sent:**
Drivers with nudge sent in June: 51,248
Riders with nudge sent in June: 490,200
% of drivers sent nudges in June in all of Mexico: ~30.9%
% of riders sent nudges in June: ~8.1%
**Delivered:**
Drivers who received a nudge (delivered) in June: 50,099
Riders who received a nudge (delivered) in June: 463,189
% of drivers receiving nudges in June: ~30.2%
% of riders receiving nudges in June: ~7.6%
**Clicked:**
Drivers who clicked on nudges in June: 13,111
Riders who clicked on nudges in June: 25,527
% of drivers who clicked on nudges in June: ~7.9%
% of riders who clicked on nudges in June: ~0.4%

CONFIDENTIAL

UBER_JCCP_MDL_003274439

# We designed a Nudges Safety Sentiment Survey to complement the existing Safety Survey and get nudges-specific measure on users' perception of the app and the quality of their experience.

**Goals**

**Safety Sentiment**

- In your experience using Uber, how much do you agree or disagree with each of the following statement: "Uber is committed to safety" ?

----------------------------------------------------------------------------------

**Awareness**

- In relation to these push notifications, which of the following statements do you agree with?

----------------------------------------------------------------------------------

**Perception**

- What makes those notifications interesting to you?
- Why do these notifications make you feel uncomfortable?

Nudges Sentiment Survey

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274440

# We will send a survey to users who have participated in the nudges xp.

## Survey Design

**Context**: The SRAD Nudges experiment running in Mexico affects the user experience of the drivers and riders who participate.

**Goal:** We would like to create and send a sentiment survey to participants to measure their perception of the app and the quality of their experience.

**High-Level Success Criteria**: No degradation in users' safety sentiment, Uber's commitment to safety, or feeling uncomfortable

**Channel:** E-mail

**Will we use a 3rd Party Partner:** Yes

**Scope:**

Drivers
- Control: drivers who have been on a flagged trip within 1 week's time, and who have spent more than 1 month in control group.
- Treatment: drivers who have received a nudge within 1 week's time, and who have spent more than 1 month in treatment group.

Riders
- Control: Riders who have been on a flagged trip within 1 week's time, and who have never received a nudge in their lifetime.
- Treatment: Riders who have received a nudge within 1 week's time.

Nudges Sentiment Survey

ATTORNEY-CLIENT PRIVILEGED

# Overlap analysis with existing Safety Survey revealed key insights.

**From the existing Monthly Safety Sentiment Survey[1]**

**...we were able to extract key takeaways[2]**

1. Please select the word that best fills in the blank and completes the sentence.
   I _____ feel safe driving with Uber (Randomize Always to Never vs Never to Always)
   - Always
   - Usually
   - Sometimes
   - Seldom
   - Never

2. Please select the word that best fills in the blank and completes the sentence.
   I _____ feel safe driving with Uber at night (Randomize Always to Never vs Never to Always)
   - Always
   - Usually
   - Sometimes
   - Seldom
   - Never

5. Which, if any, of the following features do you think are valuable in helping you feel safe when driving with Uber?

   RANDOMIZE

   - Emergency Contacts, Phone number anonymization, Audio Recording, Emergency Assistance, RideCheck, Safety Toolkit, Insurance, Face covering policy, Community Guidelines, Live help from a Safety Agent, Dashcam registration, Speed limit alerts, New rider verification, Follow my ride , Driving hour limits

   Answer choices for each
   - I am not aware that Uber has this
   - I assume Uber has this, but am not certain
   - I know Uber has this

6. Which, if any, of the following rider specific features do you think are valuable in helping you feel safe when driving with Uber?

   - Verify Your Ride (PIN), Share trip, Guest Rides

- In terms of **Safety Sentiment, treatment Drivers respond they feel safe "always" ~9% more often** than control Drivers.

- In terms of **Awareness, treatment Drivers respond ~2.5% more often that they are "aware" of the Audio Recording feature** than control drivers. This is key since it is the first nudge we send.

- **No difference between treatment & control drivers in feeling safer with** the following features - **Follow my Ride, RideCheck, Safety Toolkit**

- **Treatment Drivers do not feel** that certain **rider-specific features make them feel safer**.

1 Driver Safety Survey Questions
2 Overlap Analysis.  Note: Treatment: Drivers that took the survey within 2 weeks of receiving any nudge. Control: Drivers that took the survey within 2 weeks of being on a flagged trip.

## Slide 189 Notes

We should make a caveat that we calculated a lot of (over 20 with 5% significance) p-values here, so we would expect to see at least one false positive significant result.

CONFIDENTIAL

UBER_JCCP_MDL_003274443

P-01366.00251

# US & BR
# Downranking
@zoe @alex

CONFIDENTIAL

ATTORNEY-CLIE

UBER_JCCP_MDL_003274444

# S-RAD in US & Brazil is running without issues

- Our alerts are working properly, having sent already a few warnings for a few cities but no cause for concern.
- We have calculated new guardrail metrics of US & Brazil for overall and day/night based on new MDE.
  - The MDE estimates of the 20% holdout schedule are ~2x the MDEs from a 50% switchback holdout
- Key Metrics:
  - **[P0 OKR] Trip Coverage:** 37.9% (July); expecting to hit 48.5% in August.
  - **[P1 OKR] Safety metrics:** TBD % prevented Serious SASMs (rolling 3 months) at country level
    - We expect to have Safety metrics by [October 15, 2022]
- Model Excellence requirements:
  - **[Model Freshness]**: Model refresh will be reconsidered in Q4.

Data as of last completed month: July.
Source:  OKR Scorecard, Dashboard

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

# New guardrail metrics for US reflect changes in MDEs due to holdout design

| | Metrics & Thresholds (Level Difference) | Actions |
|---|---|---|
| **Overall — Warn** | Δ Overall completed/requests > -0.3%<br><br>Δ Overall rider cancellation rate > 0.2%<br><br>Δ p95 ETA  > 15s | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| **Overall — Critical** | Δ Overall completed/requests > -0.6%<br><br>Δ Rider cancellation rate > 0.4%<br><br>Δ p95 ETA >  30s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |
| **Grouped by XL/L/M/S city sizes — Warn** | Δ Night time completed/requests > -1%<br><br>Δ Night time rider cancellation rate > +0.5%<br><br>Δ Unfulfilled rate > +1%<br><br>Δ p95 Night time ETA > 20s | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| **Grouped by XL/L/M/S city sizes — Critical** | Δ Night time completed/requests > -2%<br><br>Δ Night time rider cancellation rate > +1%<br><br>Δ Unfulfilled rate > +2%<br><br>Δ p95 Night time ETA > 40s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

### Observations

---

- Small increases to some thresholds including:
  - Overall completed/requests
  - Overall rider cancellation rate
  - Unfulfilled rate

- Next steps: meet with US ops team to get approvals

ATTORNEY-CLIENT PRIVILEGED

# New guardrail metrics for Brazil reflect changes in MDEs due to holdout design

| | | Metrics & Thresholds (Level Difference) | Actions |
|---|---|---|---|
| **Overall** | **Warn** | Δ Overall completed/requests > -0.5%<br><br>Δ Overall rider cancellation rate > 0.3%<br><br>Δ p95 ETA > 15s | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| | **Critical** | Δ Overall completed/requests > -1%<br><br>Δ Rider cancellation rate > 0.6%<br><br>Δ p95 ETA > 30s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |
| **Grouped by XL/L/M/S city sizes** | **Warn** | Δ Night time completed/requests > -2%<br><br>Δ Night time rider cancellation rate > +1%<br><br>Δ p95 Night time ETA > 60s | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| | **Critical** | Δ Night time completed/requests > -4%<br><br>Δ Night time rider cancellation rate > +2%<br><br>Δ p95 Night time ETA > 90s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

## Observations

- Small increases to some thresholds including:
  - Overall completed/requests
  - Overall rider cancellation rate

- Next steps: meet with Brazil ops team to get approvals

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274447

# S-RAD Academic Partnership Paper

@dan svirsky

ATTORNEY-CLIE

# An academic project will help provide transparency and external validation, while maintaining some level of decision-making on format, timing and audience.

## Goals for Uber

**De-Risk S-RAD**
Academic paper allows us to go public in a careful, controlled way

**Show commitment to transparency**
We believe in peer-reviewed research to validate the impact of our work

**Demonstrate Safety Impact, Fairness Approach**
S-RAD is one example of how machine learning can help predict incidents, without impacting fairness

## Risks/considerations

- *What happens if the product gets leaked before paper is released?*

- *What happens if the paper has negative results?*

- *Can we find a partner who is ready for the public scrutiny?*

- *Should partners have access to underlying data? If so, how can we set up a safe, transparent mechanism to accomplish this?*

- *Do expansion plans for EU mean we should accelerate our timeline?*

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274449

## Slide 195 Notes

-    What questions will the academic be asking?
-    How will we frame/guide the research.
-    focus on Risks - and then mitigations. Come with a recommendation for how we will mitigate each of the risks.


On setting up a safe mechanism to share data with 3rd party, we could consider working with Gaurav Paul's team if we want to provide a constrained data infrastructure to the academic partner

CONFIDENTIAL

UBER_JCCP_MDL_003274450

P-01366.00258

Pre-read

# Timeline

Today

**Setting scope, conducting data analysis, outlining the results**

*Q2 2023*

**Vetting and submission**

*Q2 2024*

**Finalizing Data Use Agreement (DUA) & academic candidates***

*Q4 2022*

**Drafting paper, review of findings**

*Q4 2023*

\* The 2 candidates are: Shamus Khan (expert in sexual assault statistics) from Columbia University and Jennifer Doleac (expert in data science on public safety and bias) from Justice Tech Lab at Texas A&M

This timeline can be recalibrated per the transparency and comms requirements when expanding to other markets.

Request for Academic Research Data Use Agreement (DUA)

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274451

## Slide 196 Notes

Provide background on candidates we were testing….
New def vs Old def

CONFIDENTIAL

UBER_JCCP_MDL_003274452

ATTORNEY-CLIENT PRIVILEGED

# **S-RAD**
# Leadership Update

## 06.17.2022



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274453

**Agenda**

**01** Executive Summary (5 min)

**02** Holdout Validation (5 min)

**03** Model Candidates & Model Excellence (5 min)

**04** Rollout & Monitoring Plan (10 min)

**05** Next steps (5 min)

CONFIDENTIAL

# Executive summary
**@jenny, @dharmin**

ATTORNEY-CLIE

# Executive Summary

### S-RAD US/BR Launch Plan

### *Aligned with MX on 80/20 randomized holdout strategy*
- Holdout validation test shows no stat sig impact on parallel switchback xps

### *Planned rollout in US & Brazil on July 6th to all Uber X trips. Selected model candidates*
- Launching retrained model in Brazil. +1.5pp lift in recall compared to prod model
- Launching retrained model in the US. Similar perf compared to prod model

### *Aligned with Uber AI team on Model Excellence SLA requirements*
- Will meet key model excellence requirements by launch date

### *Aligning with US & Brazil regional teams on rollout plan*
- Aligned with US Ops. Guardrail metrics TBD after we see initial data post launch
- Working with Brazil Ops team to get sign off from Silvia Penna

### *Finalizing monitoring plan*
- Finalized metrics to be monitored
- Monitoring & alerting process to be refreshed and finalized

**ATTORNEY-CLIENT PRIVILEGED**

# Holdout
# Validation
## @gorkem

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_003274457

# MX team aligned on rolling out SRAD with 20% randomized holdout

## Conclusion of holdout validation: No stat sig impact on parallel switchbacks

**Differences across treated and control cities**

| Metric | Differences across treated/control cities | | |
|---|---|---|---|
| | **5% FPR** | **10% FPR** | **MDE** |
| **mean_eta_post_request** | -0.28 pp (0.67) | -0.53 pp (0.64) | -0.50% (0.85) |
| **requests_completed_rate** | 1.43 pp (0.31) | 2.26 pp (0.24) | 4.04% (0.14) |
| **completed_trips** | 0.05 pp (0.96) | -1.81 pp (0.29) | 3.75%* (0.07) |
| **unique_session_count_bb8_hp** | -0.72 pp (0.55) | -1.02 pp (0.59) | 4.32%** (0.04) |
| **eyeball_eta** | 0.40 pp (0.75) | 0.72 pp (0.71) | 0.16% (0.94) |
| **supply_hours** | 0.02 pp (0.99) | -0.45 pp (0.81) | 6.03%*** (0.01) |
| **zero_rate** | -0.67 pp (0.38) | -0.57 pp (0.66) | 0.56% (0.84) |

Note: Impact on false positive rates are expressed in percentage points and in percent for MDE. Number of A/A XPs (observations) considered are 30,400. Standard errors are clustered at the city level and p-values are shown in brackets. ***, **, * indicates statistical significance at the 1%, 5%, and 1% level respectively. All regressions consider city-pairs fixed effects and regression that study impacts on MDE also controls for metric-city-level mean MDE in previous month.

## Experiment Summary

**Background**
- We ran the experiment from 5/10 - 6/7 in 152 US cities
- 50/50 split in treatment and control

**Main findings of xp**
- No stat sig differences in FPR across Marketplace metrics. 5% false positive rate = % of AA tests whose p-value < 5%
- No evidence that S-RAD affects internal validity of primary switchbacks run in those cities
- SRAD increasing MDE on primary switchback xps, but impact is sufficiently small to not be a blocker
- SRAD treatment intervals are random and uncorrelated with primary switchback treatment

**Final Decision: Go ahead from MX team!**
- S-RAD holdouts can operate on 288-minute switch frequency and starts at a set of allowed times (5 options) without affecting primary switchback xps.

Sources: S-RAD Holdout Configuration Backend |
Block-level randomization for S-RAD holdout - 1 pager |
S-RAD Parallel Switcback Design

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274458

## Slide 202 Notes

- Solving for: *would primary switchback xps be affected if S-RAD is run in the background?*

The state of S-RAD for each time interval would be randomly assigned such that the overall time S-RAD is inactive matches the target holdout group percentage, uniformly distributed across all cities and times of day. More specifically, for each city and time interval, the state of S-RAD would be defined such that **Probability(S-RAD inactive) = holdout%**.
S-RAD holdouts can only operate on **288-minute** switch frequency and starts at a set of allowed times (<u>5 options</u>)

152 cities with SRAD
50% in t and 50% c
Would primary switchbacks would have been affected if SRAD was run in background ?

Are you more likely to find a difference?
Do we find a diff in false positive rates…
No stat sig results across Marketplace metrics

False positive rates means:

No evidence that sdrad affects internal validity of parallel switchbacks run in those cities

Is SRAD increasing MDE on primary switchback xps? Is sufficiently small for this to be a blocker

Average MDE across metrics is 3.4% and average impact on MDEs is 2.6%, so this would mean that instead of an MDE of 3.4%, our MDEs would

CONFIDENTIAL

## Slide 202 Notes (Continued)

be 3.5%.

Why would MDE increase?
SRAD is random shock, uncorrelated with primary switchback treatment.
It increases volatility, so increases MDE of primary switchback

**nfra:**
Backend configs will support randomization in holdout assignment, allowing  changing the holdout% at city-level while being able to reproduce schedules with the same holdout assignments.

https://docs.google.com/document/d/1LiwgVMaXhhl8B6g6OlC1pwxL4gWTVXwd8Tz5ckbWjKU/edit

zero_rate: percent eyeballs with zero cars available

CONFIDENTIAL

P-01366.00268

UBER_JCCP_MDL_003274460

# Model Candidates & Model Excellence

**@mingxuan, @gorkem**

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_003274461

# Brazil model retrained with new serious SASM definition

Launch candidate has higher perf than current prod model



**Features:**
46 Features (same as old model)

**New:** definition of Serious SASM incidents includes Physical stalking

**Training period:**
4 years (2018-01-01 to 2022-01-31, xp treatment group trips excluded)

**Trigger Rate:**
1.1%

**Result(recall Serious SASM):**
16.9% vs. 16.2% vs. 15.4%

ATTORNEY-CLIENT PRIVILEGED

Sources: SRAD Brazil Model 2022.06

*new definition includes Physical Stalking
CONFIDENTIAL

UBER_JCCP_MDL_003274462

## Slide 204 Notes

Provide background on candidates we were testing….
New def vs Old def

CONFIDENTIAL

UBER_JCCP_MDL_003274463

P-01366.00271

# US model retrained with new serious SASM definition

Launch candidate has same perf as current prod model



**Features:**
49 Features (same as old model)

**New:** definition of Serious SASM incidents includes Physical stalking

**Training period:**
3 years ( 2018-01-01 to 2020-12-31)

**Trigger Rate:**
1.25%

**Result(recall Serious SASM):**
18.75% vs. 18.5% vs. 17.9%

Sources: US SRAD 2022.06

<p style="color:red">ATTORNEY-CLIENT PRIVILEGED</p>

*new definition includes Physical Stalking
CONFIDENTIAL

P-01366.00272

UBER_JCCP_MDL_003274464

## Slide 205 Notes

Mingxuan: I think we should go with Prod Model. Major reason is we don't see benefit/lift on recall of re-training with latest data. We will keep iterating new models offline in H2 and upgrade the model whenever we feel confident that new model is better.

CONFIDENTIAL

# We will meet key model excellence requirements by launch date

| | Description | What we will meet | Timeline to meet SLA |
|---|---|---|---|
| **Model Accuracy** | *Average of accuracy of deployed models on test data.* | MVP metric: AUC | Early July |
| **Prediction Performance** | *Weighted average of online prediction accuracy of deployed models.* | MVP metric: AUC | Early July |
| **Training Feature Quality** | *Aggregate of Freshness, Duplicates, XDC Consistency & Missing Partitions for datasets used in the model.* | Meets DQ requirements, barring MA UI issue | Dependency on MA team to fix UI issue |
| **Model Freshness** | *Maximum of days between today and the training date of deployed models.* | Target days to refresh: 365 (previously 720 days) | Early July |
| **Training Dataset Tiering** | *Project Tier = avg(model data tier) for deployed models with production traffic.* | Tier 1 | Early July |
| Monorepo Adoption | *Percentage of models defined in the monorepo.* | Will not meet at launch | H2 |
| Automation | *Percentage of the total trained models that are automated in a given project.* | Will not meet. Retraining models does not necessarily improve SRAD's performance. So current plan is to manually retrain model once a year | Revisit once we build a global model |
| Training Reliability | *Success rate of ALL training jobs in your project (includes trained and deployed models).* | Will not meet. Not relevant since training is not automated. | Post automation |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274466

## Slide 206 Notes

1. **Model accuracy** and
2. **prediction performance**
   a.   we can meet before July 6 launch
   b.   For all the holdout periods, we have to accumulate
   c.   Currently we have not turned it on, but once in shadow mode we can provide prediction performance. We will launch at 80/20 and shadow mode at 50/50.
   d.   The actual metric to the threshold will take some time.
   e.   Is AUC the right metric? The team can choose.
      i.   Will it be problematic if we change the metric over time? No. It can be updated in a few months. We can also backfill the AUC.
   f.   SRAD team will share AUC next week (week of June 20)
3. **Training Feature Quality**
   a.   Databook was fixed. Model excellence team will support if its not green.
   b.   Michelangelo feature store has partition check is not correct for SRAD bc there is no partition table
   c.   FYI: We will move to new model for Brazil, but may or may not move to the new model for US (TBD).
4. **Model Freshness**
   a.   We want to target 365.
   b.   But if new model does not perform better, we will leave at 720.
5. **Training dataset quality**
   a.   If we do not deploy the new model in US, we may have an issue.
6. **Automation** - systemic approach, retraining pipeline on recent data, train model and compare with production model. Doesnt mean we need to deploy. Humans are engaged in early stages of the model. Deployment is decision by the team.
   a.   We do not automate. But we will build global model in H2 and see if it makes
   b.   The requirement - prepare all the systems to retrain the production model.
      i.   Dedicated retraining pool - for canvas

CONFIDENTIAL

UBER_JCCP_MDL_003274467

## Slide 206 Notes (Continued)

      1.    Use a dedicated production pool for your xp
    ii.    Dedicated ad hoc pool - for canvas
      1.    Tool exists

7.   **Canvas**
    a.    H2 goal is to have all tier 1 models onboarded onto Canvas 100%

8.   **Training reliability** - how reliable are the retraining jobs; Definition: Successful re-training job over retrainings?
    a.    Once the team decides how often we are retraining, we will be monitoring the training reliability.

Any other metrics to be concerned about? They look good.

CONFIDENTIAL

UBER_JCCP_MDL_003274468

# Rollout & Monitoring Plan
## @dharmin, @jenny

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_003274469

# Rollout Plan



Today

**Training & identifying model candidates**
*June 14*

**Holdout Strategy Validation**
*June 15*

**Final Stakeholder approval**
*June 20*

**Moving Brazil model to shadow mode**
*June 20 - July 1*

**Online/Offline Analysis**
*July 5*

**Monitoring & alerting for metrics finalized**
*July 5*

**Launch to al UberX trips**
*July 6*

ATTORNEY-CLIENT PRIVILEGED

## Slide 208 Notes

Provide background on candidates we were testing….
New def vs Old def

CONFIDENTIAL

UBER_JCCP_MDL_003274471

P-01366.00279

# Monitoring: Metrics

| Input Metrics | | Output Metrics | |
|---|---|---|---|
| **ML Product Health** *(reported monthly)* | • Trip Trigger Rate<br>• Recall Rate<br>• Scores distribution | **Safety Metrics** *(reported monthly)* | • % prevented Serious SASMs (rolling X months) |
| **Infra Health** *(Tracking & alerting)* | • Multileg<br>  ○ Failure rate<br>  ○ Latencies<br>• uScorer<br>  ○ Checkpoint failure rate<br>  ○ Latencies<br>• Michelangelo<br>  ○ Failure rate<br>  ○ Latencies<br>  ○ Feature availability<br>  ○ Score availability | **Marketplace Metrics** *(reported monthly)* | • Trip coverage<br>• Slip thru rate<br>• Impact on Overall P95 ETA, rider cancellation rate, Driver cancellation rate and C/R |
| | | **Fairness** *(reported bi-annually)* | • Driver supply hours<br>• Driver earnings<br>• Gender impact<br>• Ethnicity impact |

**ATTORNEY-CLIENT PRIVILEGED**

Source
CONFIDENTIAL

UBER_JCCP_MDL_003274472

## Slide 209 Notes

Output metrics:
Business health + fairness

Input metrics:
ML and Infra

CONFIDENTIAL

UBER_JCCP_MDL_003274473

# Alerting & Actioning framework

| | Metric(s) | Alerts & Actions |
|---|---|---|
| **Near Real Time** | • Trigger Rate (hourly) | • If hourly moving average of Peak flagging rate above 75% sustained over 15 minutes<br>  ○ Pause triggering in the city<br>  ○ DS to review within 24 hrs and re-configure thresholds<br>  ○ ProdOps to inform stakeholder group |
| **Daily** | • Trigger Rate (daily) | • If over or under triggering<br>  ○ DS to re-configure thresholds<br>  ○ ProdOps to inform stakeholder group<br>**Note**: Existing thresholds are for 50/50 XPs and need to be revisited post 80/20 rollout |
| **Monthly** | • Marketplace metrics<br>  ○ Impact on Overall P95 actual ETA, rider cancellation rate, Driver cancellation rate and C/R | • If breaching guardrails<br>  ○ Call RAPID team meeting to evaluate lowering trigger rate in one or more cities<br>**Note**: Guardrails will be established w/ Ops post launch |

ATTORNEY-CLIENT PRIVILEGED

Source
CONFIDENTIAL

UBER_JCCP_MDL_003274474

## Slide 210 Notes

On calculating thresholds:
2 options:

1.    Come up with a less stat rigorous way to compute thresholds
2.    Need more data due to holdout in order to compute these thresholds on reliable estimates
    a.    May need 1-3 months
    b.    We should be able to monitor trigger rates with more granularity
    c.    Marketplace numbers can be a little fuzzy early on
    d.    We have shown that when we stay within our target trigger rates, the marketplace works out.

CONFIDENTIAL

UBER_JCCP_MDL_003274475

Final thresholds to be defined post launch

# Guardrail Metrics (Overall impact)

These thresholds will be revisited after rolling out and updated in coordination with Ops teams.

| | Metrics & Thresholds | Actions |
|---|---|---|
| 🟨 | Δ Overall completed/requests > -0.2%<br><br>Δ Overall rider cancellation rate > 0.1%<br><br>Δ p95 ETA  > 15s | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| 🟥 | Δ Overall completed/requests > -0.4%<br><br>Δ Rider cancellation rate > 0.2%<br><br>Δ p95 ETA >  30s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

ATTORNEY-CLIENT PRIVILEGED

**Final thresholds to be defined post launch**

# Guardrail Metrics for XL/L city groups (Brazil)

These thresholds will be revisited after rolling out and updated in coordination with Ops teams.

| | Metrics & Thresholds (grouped by XL/L/M/S city sizes) | Actions |
|---|---|---|
| 🟨 | Δ Night time completed/requests > -7%<br><br>Δ Night time rider cancellation rate > +8%<br><br>Δ p95 Night time ETA > 7% (approx 60 sec for XL) | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| 🟥 | Δ Night time completed/requests > -10%<br><br>Δ Night time rider cancellation rate > +15%<br><br>Δ p95 Night time ETA > 10% (approx 90 sec for XL) | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_003274477

Final thresholds to be defined post launch

# Guardrail Metrics (US)

These thresholds will be revisited after rolling out and updated in coordination with Ops teams.

| Metrics & Thresholds (grouped by XL/L/M/S city sizes) | | Actions |
|---|---|---|
| 🟨 | Δ Night time completed/requests > -5% <br><br> Δ Night time rider cancellation rate > +5% <br><br> Δ Unfulfilled rate > +3% <br><br> Δ p95 Night time ETA > 5% | • Email stakeholders <br> • DS/DA Investigation <br> • Determine next steps |
| 🟥 | Δ Night time completed/requests > -10% <br><br> Δ Night time rider cancellation rate > +10% <br><br> Δ Unfulfilled rate > +5% <br><br> Δ p95 Night time ETA > 10% | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

ATTORNEY-CLIENT PRIVILEGED

# S-RAD RAPID (will be primarily used for decision to turn off/on safety net)

| Process | Monitoring for Brazil | Monitoring for US |
|---------|----------------------|-------------------|
| **R**ecommend | Leandro & Gorkem | Leandro & Gorkem |
| **A**gree | Dharmin | Dharmin |
| **P**erform | S-RAD Team | S-RAD Team |
| **I**nput | S-RAD, Brazil Safety/Marketplace & Legal Teams | S-RAD, US Safety/Marketplace & Legal Teams |
| **D**ecide | Gus & George | Gus & Danielle |

**A/C Privileged & Confidential**

CONFIDENTIAL

UBER_JCCP_MDL_003274479

# Alerting & Monitoring (Eng runbook)

Because S-RAD was designed to fail open (i.e., in case of errors, let the rider X driver pair be matched), the following metrics aren't very concerning for the on-call:

- trigger count low
- trigger error high
- error rate high
- Kafka topic is being throttled

The real change of impact to the Marketplace is when **<span style="color:red">S-RAD over-triggering</span>**. That's the only scenario when we want to be cautious and **disable S-RAD**

- *during business hours:* adjust the threshold to a high value (ie 2)
- **outside business hours or during holidays:**
  - If a critical alert occurs in a given city, it will likely auto resolve within ~30 minutes itself when the XP switches to control. So do not take any action on the first alert.
  - If a critical alert occurs in a given city twice within a 3 hour period, then shut the product off in that city. Email srad-working-group@uber.com to inform them of the actions taken.

Source

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274480

P-01366.00288

# Next Steps
## @jenny

ATTORNEY-CLIE

# Next Steps

- Finalize monitoring plan
  - Monitoring & alerting process to be refreshed and finalized
- Meet with Brazil GM for final sign-off
- Policy meeting with external stakeholders

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

P-01366.00290

UBER_JCCP_MDL_003274482

# Rollout Plan (PLC)

Today

**Meeting with NYU (Fairness)**

*June 21*

**Meeting with CDT (Privacy)**

*June 24*

**Internal presentation to calibrate and receive feedback**

**Meeting with NNEDV (women safety)**

*June 22*

**Launch**

ATTORNEY-CLIENT PRIVILEGED

## Slide 218 Notes

Provide background on candidates we were testing….
New def vs Old def

CONFIDENTIAL

UBER_JCCP_MDL_003274484

ATTORNEY-CLIENT PRIVILEGED

# **S-RAD**
# Leadership Update

05.06.2022



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274485

# Summary

- Final safety impact readout (5 min)

- Comms plan (5 min)

- Policy plan (5 min)

- Holdout strategy (5 min)

- Roadmap

- [Marketplace / Fairness impact - for offline reading]

**ATTORNEY-CLIENT PRIVILEGED**

220

CONFIDENTIAL

UBER_JCCP_MDL_003274486

P-01366.00294

# XP: Final Safety Impact Readout
## @ben
## [5 min]

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_003274487

P-01366.00295

# S-RAD safety XP impact readout results summary

- All/Serious SASM and serious IPC incident rate reductions in line with interim analyses
  - Slightly more differentiation between day/night results, especially for the US

- IR reduction estimates are more precise (i.e., comparatively smaller CIs)

- Still seeing lackluster BR nighttime performance (in comparison to recall)

- All IPC IR estimates most different compared to previous analyses due to changes in the definition for all IPC
  - Change made to align with updated Safety Standard Taxonomy
  - New definition translates to approximately 3x more IPCs compared to old definition
  - Minimal changes to SASM incident counts

ATTORNEY-CLIENT PRIVILEGED

222

CONFIDENTIAL

UBER_JCCP_MDL_003274488

P-01366.00296

# Final readout from 180 days

>1.5 billion trip requests



| US | Brazil |
|---|---|
| 196 active cities | 110 active cities |
| 223M requests in treatment | 528M requests in treatment |
| 53B plans scored | 128B plans scored |
| 1.18% trigger rate* | 1.22% trigger rate* |

| | US | Brazil |
|---|---|---|
| Overall serious SASM recall (control) | 15.2% | 15.3% |
| % of treatment request with scores > threshold | 0.39% | 0.30% |
| Control SASM rate per 1M completed trips* (#) | 42.5 (8393) | 21.0 (8649) |
| Control serious SASM rate per 1M completed trips* (#) | 7.09 (1401) | 5.13 (2118) |
| Control IPC rate per 1M completed trips* | 206 (40768)[1] | 89.9 (37081)[1] |
| Control serious IPC rate per 1M completed trips(#) | 9.10 (1796) | 7.09 (2925) |

[1]Note: Definitions changed for both SASM and IPC. We see very small difference for SASM (new definition includes some stalking cases previously excluded); almost no difference for serious IPCs. New definition translates to approximately 3x more IPCs compared to old definition
*Data as of: 4/30/2022
SOURCE: Ongoing SRAD Parallel Switchback XP Marketplace impact

ATTORNEY-CLIENT PRIVILEGED

223

CONFIDENTIAL

UBER_JCCP_MDL_003274489

# Strong safety impact trend in the U.S.

Confidence intervals are smaller, meaning more precise IR reduction estimates

## US safety impact summary
XP dates: 09/21 - 04/22; Incident data as of 04/30/22

| Request Distribution | Control | Treatment |
|---|---|---|
| Day (6 AM - 11 PM) | 187M | 187M |
| Night (11 PM - 6 AM) | 36.1M | 36.0M |

| Safety Impact | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day 6 AM - 11 PM | Night 11 PM - 6 AM |
| Overall SASM rate (per 1M requests) | -3.71%** (-5.64%, -1.77%) 42.5 → 40.9 | -2.71%** (-5.00%, -0.42%) 35.9 → 34.5 | -6.37%** (-9.96%, -2.77%) 79.7 → 76.7 |
| Serious SASM rate (per 1M requests) | -15.3%** (-19.6%, -11.0%) 7.09 → 6.03 | -18.2%** (-23.8%, -12.6%) 4.63 → 3.71 | -11.8%** (-18.5%, -5.05%) 21.0 → 19.2 |
| Overall IPC rate*** (per 1M requests) | -3.56%** (-4.44%, -2.68%) 206 → 199 | -2.33%** (-3.35%, -1.31%) 182 → 177 | -7.39%** (-9.12%, -5.67%) 343 → 321 |
| Serious IPC rate*** (per 1M requests) | -12.7%** (-16.6%, -8.82%) 9.10 → 7.96 | -15.1%** (-20.1%, -10.0%) 6.00 → 5.02 | -9.71%** (-15.8%, -3.64%) 26.6 → 24.6 |

**Statistically significant at 80% confidence level
***IPC definition changed to match new Safety Data standard

SOURCE: Ongoing SRAD Parallel Switchback XP Marketplace impact

## Observations

- All/Serious SASM incident rate reductions in line with interim analyses
- Daytime US serious SASM IR reduction is outpacing model recall (~13%), though the recall is still within the CI
- Serious IPC impact shows consistently weaker performance compared to serious SASM
  - Looking to expand target incident types in future S-RAD iterations
- IPC estimates tend to be more precise compared to SASM estimates

**\*Notes**
- No corrections for multiple comparisons
- Short term spillovers appear to have minimal impact on estimated IRs, but long term spillovers may exist and are unquantified

ATTORNEY-CLIENT PRIVILEGED

224

UBER_JCCP_MDL_003274490

P-01366.00298

# Robust safety impact in Brazil

**Brazil safety impact summary**
XP dates: 09/21 - 04/22; Incident data as of 04/30/22

| Request Distribution | Control | Treatment |
|---|---|---|
| Day (6 AM - 11 PM) | 479M | 479M |
| Night (11 PM - 6 AM) | 48.5M | 48.9M |

| Safety Impact | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day 6 AM - 11 PM | Night 11 PM - 6 AM |
| Overall SASM rate (per 1M requests) | -6.09%** (-7.96%, -4.22%) 21.0 → 19.7 | -4.29%** (-6.52%, -2.06%) 16.2 → 15.6 | -10.3%** (-13.8%, -6.91%) 82.6 → 73.3 |
| Serious SASM rate (per 1M requests) | -8.45%** (-12.2%, -4.74%) 5.13 → 4.71 | -6.23%** (-11.0%, -1.43%) 3.41 → 3.21 | -11.6%** (-17.5%, -5.76%) 27.5 → 24.4 |
| Overall IPC rate*** (per 1M requests) | -2.72%** (-3.65%, -1.79%) 89.9 → 87.3 | -1.03% (-2.09%, 0.03%) 76.4 → 75.5 | -8.78%** (-10.7%, -6.83%) 266 → 242 |
| Serious IPC rate*** (per 1M requests) | -8.21%** (-11.4%, -5.04%) 7.09 → 6.51 | -5.72%** (-9.75%, -1.68%) 4.81 → 4.58 | -12.2%** (-17.3%, -7.08%) 36.7 → 31.9 |

**Statistically significant at 80% confidence level
***IPC definition changed to match new Safety Data standard

**Observations**

- All/Serious SASM and serious IPC IR reductions in line with interim analyses

- BR serious SASM nighttime performance has improved compared to the previous peek
  - Gap to offline model recall (28%) still present. Investigation wip.

- The difference in IPC IR estimate is due to change in IPC definition, so this change is not unexpected
  - ~2x jump in IPC incident volume compared to previous analyses

**\*Notes**
- No corrections for multiple comparisons
- Short term spillovers appear to have minimal impact on estimated IRs, but long term spillovers may exist and are unquantified

ATTORNEY-CLIENT PRIVILEGED

SOURCE: Ongoing SRAD Parallel Switchback XP Marketplace impact

# Comms plan
## @andrew
## [5 min]

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_003274492

# Comms Strategy: *No Proactive PR*

We recommend a "breadcrumb" strategy and finding the right venue to discuss SRAD *after* a full launch while being prepared for a whistleblower style leak



| Why no proactive PR? | "Breadcrumb" strategy? | Reacting to "full leak" |
|---|---|---|
| <ul><li>There is no outlet or reporter we would trust to write a balanced story on SRAD right now</li><li>Sharing testing results would mean we admit groups were not part of SRAD and could have been exposed to increased risk</li><li>Fear of a leak is not a justification for exposing ourselves to significant scrutiny.</li><li>What exactly would a leak reveal?</li></ul> | <ul><li>Weave in more bold language alluding to SRAD in blogs, speeches, etc.</li><li>Think 3x marketplace site language - *"Uber may also modify pairings of drivers and riders in certain instances to help maintain a safe platform"*</li><li>Identify opportunities to touch on SRAD (Marketplace Risk, Ai/ML events, academic journals)</li><li>If a leak happens, we can't be accused of hiding the basic principles of SRAD</li></ul> | <ul><li>We'll have a BLOG POST ready to publish in case needed.</li><li>Language in blog will serve as a guide for how we talk about SRAD in the "breadcrumb" strategy</li><li>General theme should lean into *better matches* vs. *safer matches* and using data to create more pleasant experience for riders and drivers.</li><li>We want to avoid *"Uber's Rape Prevention Tool"* type stories.</li></ul> |



ATTORNEY-CLIENT PRIVILEGED

227

# Policy Strategy
**@dan @ana paula**
**[5 min]**

ATTORNEY-CLIE

CONFIDENTIAL

P-01366.00302

UBER_JCCP_MDL_003274494

# Recommend a conservative approach to briefing third parties prior to SRAD roll-out

**Objectives**:
- Reinforce our commitment to safety and the responsible development of AI.
- Protect Uber's ability to launch/use SRAD and mitigate regulatory risks.

| Options | Details | Pros & Cons |
|---|---|---|
| **Conservative [RECOMMENDED]** | **Engagement:** Brief small group of advocates we engaged with on SRAD previously.<br>- Present update on product<br>- Gather feedback <u>only</u> on fairness testing/ongoing monitoring<br><br>**Comms:**  reactive, if leaked. | + Retain third party support<br>+ Retain ability to collect more data and make stronger public case for SRAD at a later date.<br><br>- If leaked, risk of regulatory scrutiny and blowback from privacy/transparency advocates. |
| **Aggressive** | **Engagement:** Brief larger list of advocates, and engage with select regulators + AGs<br><br>**Comms:**  reactive, if leaked. | + Wider base of third party support<br>+ Greater control of narrative with regulators, AGs, third parties<br><br>- Increased risk of leaks<br>- Risk of delays given additional feedback/input from wider group of third parties. (Or we ignore the feedback, threatening the relationship).<br>- Risk of holding SRAD rollout if regulators/AGs ask us to. |

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

## Slide 229 Notes

Recommended third party targets: NYU Law, Upturn, NNEDV, CDT and Leadership

# Holdout Strategy
## @ben
## [5 min]

ATTORNEY-CLIE

230

# Holdout Strategy summary & next steps

## Holdout Framework

**SRAD**
- Randomly turn on/off SRAD every 288 minutes
- 80/20 split (configurable)
- Can only start during specific times of the day (3 slots)

**Primary Rides Switchback**
- Minimal impact for end MX users
- Switching periods can be 96 or 288 minutes
- Reduces the number of potential XP start times by half

## Holdout Testing

- Conduct A/A test for a month
  - May 10th - June 9th
  - 154 cities

- Make sure that SRAD does not affect primary SB's: 1) internal validity, 2) power

- Quantify potential carryover effects to inform necessary corrections for primary switchback XPs

231

CONFIDENTIAL

UBER_JCCP_MDL_003274498

P-01366.00306

# Roadmap

ATTORNEY-CLIE

232

CONFIDENTIAL

# Path to full rollout in US & Brazil



Ongoing
Complete
Planned
Developing

May    Jun    Jul

**PLC + M + Priv**

- Draft Blog
- Reactive Comms Plan
- Finalize Reactive Blog
- Internal Messaging for Marketing
- Privacy Requirements
- External Facing - Future of Safety positioning
- Fairness Testing
- Stakeholder list
- Other Stakeholder engagement
- Prezo to Civil Rights advocates
- Memo from ORCAA
- Safety Advisory Board meeting

**Eng + DS + Prod**

- Holdout Strategy Framework
- Holdout Testing
- Safety impact readout
- Marketplace impact readout
- Product Launch & Monitoring plan
- Retrain Model Recompute Thresholds
- Launch US & BR

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_003274500

P-01366.00308

# Soft-Filtering Roadmap (till EOY)



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

P-01366.00309

UBER_JCCP_MDL_003274501

# Safety XP:
# Marketplace impact
# 03-07-22 - 04-03-22

ATTORNEY-CLIE

CONFIDENTIAL

P-01366.00310

UBER_JCCP_MDL_003274502

# BR parallel safety XP

- Overall TR: 1.07%
- Day TR: 0.51%
- Night TR: 6.94%
- 7 day rolling TR as of 2022-03-20: 1.07%
- # abnormal days: 0

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|
| Control | 76.7M | 7.29M |
| Treatment | 76.6M | 7.37M |

| BR (110 cities) | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | **1.6** | 257.9 | **0.6** | 253.0 | **14.1** | 308.8 |
| p95_post_dispatch_eta | **5.1** | 700.4 | - | 665.5 | **16.6** | 805.2 |
| p99_post_dispatch_eta | **3.9** | 904.4 | - | 875.7 | **10.9** | 988.5 |
| request_to_begin_sec_avg | **1.8** | 422.8 | **1.0** | 417.3 | **12.1** | 478.8 |
| completed/requests | **-0.07%** | 78.56% | - | 80.08% | **-0.72%** | 62.73% |
| unfulfilled/requests | - | 6.34% | - | 5.60% | - | 14.19% |
| rider_cancellation_perc | **0.09%** | 13.23% | **0.04%** | 12.56% | **0.62%** | 20.24% |
| driver_cancellation_perc | - | 23.91% | - | 22.66% | **0.36%** | 36.70% |

- : Not Stat-sig
Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_003274503

# BR parallel safety XP

| Trip Distribution | XL Cities | | L Cities | |
|---|---|---|---|---|
| | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Control | 54.5M | 5.41M | 17.4M | 1.50M |
| Treatment | 54.4M | 5.49M | 17.5M | 1.49M |

| BR (110 cities) | XL Cities (15 cities) | | | | | | L Cities (30 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 1.6 | 246.3 | - | 241.3 | 14.6 | 294.2 | 1.9 | 282.0 | 0.8 | 276.0 | 15.3 | 351.6 |
| p95_post_dispatch_eta | 13.8 | 567.5 | 2.9 | 507.7 | 41.8 | 713.7 | 10.0 | 688.1 | 1.9 | 610.9 | 30.5 | 876.6 |
| p99_post_dispatch_eta | 11.6 | 801.2 | 4.5 | 721.5 | 29.6 | 991.3 | 6.3 | 947.0 | 2.4 | 877.4 | 16.1 | 1114.0 |
| request_to_begin_sec_avg | 2.1 | 416.2 | 1.2 | 410.5 | 12.4 | 471.0 | 1.6 | 436.3 | 0.6 | 430.4 | 12.9 | 504.8 |
| completed/requests | -0.09% | 81.18% | - | 82.63% | -0.78% | 66.82% | - | 76.33% | - | 78.08% | -0.69% | 56.03% |
| unfulfilled/requests | - | 4.58% | - | 3.87% | - | 11.75% | - | 8.71% | - | 7.78% | - | 19.55% |
| rider_cancellation_perc | 0.11% | 12.33% | 0.06% | 11.71% | 0.67% | 18.54% | 0.08% | 13.23% | - | 12.49% | 0.58% | 21.91% |
| driver_cancellation_perc | - | 24.15% | - | 22.79% | 0.38% | 37.02% | - | 21.72% | - | 20.79% | 0.36% | 33.72% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_003274504

# BR parallel safety XP

| Trip Distribution | M Cities | | S Cities | |
|---|---|---|---|---|
| | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Control | 4.27M | 345k | 477k | 35.9k |
| Treatment | 4.26M | 345k | 474k | 36.5k |

| BR (110 cities) | M Cities (30 cities) | | | | | | S Cities (35 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 1.3 | 300.0 | 0.8 | 296.3 | 7.7 | 348.3 | - | 364.1 | -1.9 | 362.3 | - | 392.6 |
| p95_post_dispatch_eta | 5.2 | 722.8 | 3.9 | 692.9 | 8.9 | 808.1 | - | 787.2 | - | 798.7 | -20.1 | 721.4 |
| p99_post_dispatch_eta | 4.8 | 926.2 | 3.1 | 922.9 | 9.8 | 935.4 | - | 887.0 | - | 912.0 | -17.2 | 745.7 |
| request_to_begin_sec_avg | 0.7 | 443.5 | - | 440.2 | 7.3 | 486.7 | - | 510.9 | - | 508.7 | - | 551.6 |
| completed/requests | - | 57.53% | 0.11% | 59.61% | -0.31% | 31.31% | - | 43.70% | - | 45.40% | - | 19.61% |
| unfulfilled/requests | -0.09% | 18.62% | -0.11% | 17.78% | - | 29.38% | - | 13.33% | - | 13.08% | - | 17.01% |
| rider_cancellation_perc | - | 21.89% | - | 20.74% | 0.37% | 36.68% | - | 40.83% | -0.25% | 39.48% | - | 60.15% |
| driver_cancellation_perc | - | 29.62% | - | 28.66% | - | 45.68% | - | 33.75% | - | 33.21% | - | 46.19% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_003274505

# US parallel safety XP

- Overall TR: 1.13%
- Day TR: 0.73%
- Night TR: 3.25%
- 7 day rolling TR as of 2022-03-20: 1.11%
- # abnormal days: 0

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|
| Control | 33.0M | 6.14M |
| Treatment | 32.9M | 6.21M |

| US (196 cities) | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | **1.6** | 410.7 | **1.2** | 404.6 | **3.9** | 444.2 |
| p95_post_dispatch_eta | **2.4** | 1131.6 | **1.9** | 1107.4 | **3.9** | 1195.5 |
| p99_post_dispatch_eta | **2.3** | 1347.4 | **2.4** | 1338.3 | - | 1371.5 |
| request_to_begin_sec_avg | **1.3** | 539.3 | **1.0** | 534.5 | **3.4** | 565.9 |
| completed/requests | **-0.04%** | 89.04% | - | 89.94% | **-0.10%** | 84.07% |
| unfulfilled/requests | - | 0.49% | - | 0.40% | - | 1.01% |
| rider_cancellation_perc | **0.05%** | 8.74% | **0.03%** | 8.17% | **0.13%** | 11.90% |
| driver_cancellation_perc | - | 7.96% | - | 7.26% | - | 11.87% |

- : Not Stat-sig
Level Effect: Absolute Difference

CONFIDENTIAL

P-01366.00314

UBER_JCCP_MDL_003274506

# US parallel safety XP

| Trip Distribution | XL Cities | | L Cities | |
|---|---|---|---|---|
| | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Control | 25.7M | 4.59M | 5.28M | 1.05M |
| Treatment | 25.6M | 4.67M | 5.28M | 1.05M |

| US (196 cities) | XL Cities (27 cities) | | | | | | L Cities (52 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 1.6 | 355.8 | 1.3 | 349.8 | 4.1 | 389.4 | - | 616.5 | - | 610.1 | 3.7 | 649.4 |
| p95_post_dispatch_eta | 5.1 | 931.5 | 4.0 | 870.1 | 7.9 | 1081.8 | - | 1240.3 | - | 1197.1 | 7.7 | 1347.6 |
| p99_post_dispatch_eta | 4.5 | 1219.1 | 2.8 | 1159.7 | 8.9 | 1367.8 | - | 1521.1 | - | 1478.7 | - | 1627.5 |
| request_to_begin_sec_avg | 1.5 | 486.5 | 1.1 | 481.8 | 3.8 | 512.8 | - | 742.1 | - | 737.2 | - | 767.3 |
| completed/requests | -0.05% | 90.63% | - | 91.38% | -0.15% | 86.43% | - | 84.14% | - | 85.50% | - | 76.91% |
| unfulfilled/requests | - | 0.16% | - | 0.12% | - | 0.39% | - | 1.35% | - | 1.11% | -0.10% | 2.66% |
| rider_cancellation_perc | 0.06% | 7.52% | - | 7.03% | 0.16% | 10.28% | - | 12.67% | - | 11.82% | - | 17.10% |
| driver_cancellation_perc | - | 7.54% | - | 6.87% | - | 11.40% | - | 10.00% | - | 9.15% | - | 14.54% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_003274507

# US parallel safety XP

| Trip Distribution | M Cities | | S Cities | |
|---|---|---|---|---|
| | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Control | 1.38M | 336k | 637k | 155k |
| Treatment | 1.38M | 335k | 636k | 155k |

| US (196 cities) | M Cities (52 cities) | | | | | | S Cities (65 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | - | 594.4 | - | 603.7 | - | 553.9 | - | 545.9 | - | 552.0 | - | 517.3 |
| p95_post_dispatch_eta | - | 1189.0 | - | 1173.3 | - | 1228.9 | - | 1080.6 | - | 1085.3 | - | 1066.4 |
| p99_post_dispatch_eta | - | 1427.7 | - | 1453.7 | - | 1363.0 | **5.3** | 1181.1 | **5.5** | 1203.9 | - | 1112.9 |
| request_to_begin_sec_avg | - | 698.6 | - | 707.7 | - | 659.0 | - | 668.2 | - | 671.9 | - | 650.1 |
| completed/requests | - | 80.94% | - | 82.16% | - | 75.61% | - | 82.69% | - | 84.08% | **-0.45%** | 76.33% |
| unfulfilled/requests | - | 2.58% | - | 2.28% | - | 3.95% | - | 2.30% | - | 2.08% | - | 3.36% |
| rider_cancellation_perc | - | 14.59% | - | 14.04% | - | 16.94% | - | 13.14% | - | 12.39% | **0.39%** | 16.54% |
| driver_cancellation_perc | - | 8.75% | - | 8.19% | - | 11.24% | - | 6.53% | - | 5.96% | - | 9.25% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_003274508

# Fairness testing results
## @dan

ATTORNEY-CLIE⬛

CONFIDENTIAL

UBER_JCCP_MDL_003274509

P-01366.00317

# Fairness Testing Results

- No concerning disparities by gender
- No concerning disparities by ethnicity, using several different inference methods
- No concerning disparities across geography between HUD-qualified and non-qualified census tracts.
- No concerning disparities between non-binary or transgender drivers and other drivers.
- Sample size is (mostly) big enough to reject disparities that have practical meaning
  - Less true for transgender and non-binary cohorts
- Worked with civil rights NGOs on developing best practices for ethnicity inferences.
  - Broadly, the best strategy is to use different inference approaches and see what they say directionally, taken together.

ATTORNEY-CLIENT PRIVILEGED

243

CONFIDENTIAL

UBER_JCCP_MDL_003274510

P-01366.00318

## Slide 243 Notes

Sample size here is defined as the number of switchback periods * city * demographic group, which is in the hundreds of thousands for all tests. For transgender and non-binary drivers, the number of such drivers is so small (roughly 10,000 across the whole country in this time period) that there are lots of switchback periods with no trips with a non-binary or transgender driver. In general, we have to make a choice about what to do with periods with very few observations. For all analyses here, I require there to be 50 trips in a 48-minute period, though the results don't depend on this threshold – they hold if you require 100 trips or 0 trips.

CONFIDENTIAL

UBER_JCCP_MDL_003274511

# No stat sig disparities in Driver Earnings

Jan 4 - Apr 3, US Cities

## Driver Earnings

- BIFSG and Ethn refer to two different ethnicity inference methods
- Transgender or Non-Binary refers to drivers who self-report as transgender or whose driver's license lists gender as X



244

CONFIDENTIAL

UBER_JCCP_MDL_003274512

## Slide 244 Notes

Ethn relies on the order of letters in a full name. BIFSG performs a Bayesian combination based on a user's census tract demographics, first name, and surname

CONFIDENTIAL

UBER_JCCP_MDL_003274513

# No stat sig disparities in Driver Earnings

Jan 4 - Apr 3, US Cities

**Driver Earnings**

**Weekend Nights**



245

CONFIDENTIAL

UBER_JCCP_MDL_003274514

P-01366.00322

# No stat sig disparities in Completed Trips

Jan 4 - Apr 3, US Cities

## Completed Trips



246

CONFIDENTIAL

P-01366.00323

UBER_JCCP_MDL_003274515

# No stat sig disparities in Utilization

Jan 4 - Apr 3, US Cities

**Utilization**



CONFIDENTIAL

P-01366.00324

UBER_JCCP_MDL_003274516

# No stat sig disparities in 1-star trips

Jan 4 - Apr 3, US Cities

**One-Star Trips**

**(to Riders)**



248

CONFIDENTIAL

UBER_JCCP_MDL_003274517

# No stat sig disparities in p90 ETAs

Mar 1 - Mar 15, US Cities

**P90 ETAs**



249

CONFIDENTIAL

UBER_JCCP_MDL_003274518

# No stat sig disparities in ETAs

Mar 1 - Mar 15, US Cities

**ETAs**



CONFIDENTIAL

P-01366.00327

UBER_JCCP_MDL_003274519