[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | No. 3:23-md-03084-CRB<br><br>**JOINT NOTICE OF FILING ADMITTED TRIAL EXHIBITS (PART 4 OF 8)**<br><br>Judge: Honorable Charles R. Breyer |

Pursuant to Civil Local Rule 5-1(g), the Parties hereby submit this Joint Notice of Admitted Trial Exhibits, Part 4. Having met and conferred, the Parties agree the documents shown in tabular form as Attachment A and B, which were attached to the Joint Notice of Admitted Trial Exhibits, Part 1 at ECF 5250, are true and correct copies of all Trial exhibits and Court exhibits admitted during the Jaylynn Dean v. Uber trial held from January 13 through February 3, 2026. The Court exhibits were previously filed on the docket at ECF Nos. 5007, 5056, 5103, 5113, 5145, and 5168.

The Trial exhibits on Attachment A will be filed in the following parts:

| | |
|---|---|
| Exhibits P-00007 to P-00320 | Notice - Part 1 (ECF 5250) |
| Exhibits P-00321 to P-00801 | Notice - Part 2 (ECF 5251) |
| Exhibits P-00802 to P-01474 | Notice - Part 3 (ECF 5255) |
| Exhibits P-01475 to P-01873 | Notice – Part 4 (this Notice) |
| Exhibits P-01875 to P-03371 | Notice – Part 5 |

| Exhibits P-03373 to 3879 | Notice – Part 6 |
|---|---|
| Exhibits 3908 to P-04545 | Notice – Part 7 |
| Exhibits P-04547 to P-05002 | Notice – Part 8 |

Exhibits unsupported by CM/ECF (such as video and audio files, native spreadsheets, or PDFs over 30MB in size) will be filed with the Clerk's Office for the Northern District of California. These digitally stored exhibits are represented as slipsheet attachments to the Notices and may be accessed for a fee at https://www.pay.gov/public/form/start/1613196802.

Dated: February 17, 2026    Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Christopher D. Cox (Admitted *Pro Hac Vice*)
Jessica Davidson (Admitted Pro Hac Vice)

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

### **FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: February 17, 2026                         By:     */s/Roopal P. Luhana*