# UBER_JCCP_MDL_003375025

## Metadata

| | | |
|---|---|---|
| Account | andrew.hasbun@uber.com; | SEMANTIC |
| All Custodians | Hasbun, Andrew; | SEMANTIC |
| All Paths | Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003375025 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/11/2022 4:23 pm | SEMANTIC |
| Date Modified | 10/11/2022 4:23 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_003375032 | SEMANTIC |
| File Path | \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox | SEMANTIC |
| File Size | 92305 | SEMANTIC |
| Hash Value | 75d49b337aea0320fef7555d015021bd | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_003375025;UBER_JCCP_MDL_003375026;UBER_JCCP_MDL_003375027;UBER_JCCP_MDL_003375028;UBER_JCCP_MDL_003375029;UBER_JCCP_MDL_003375030;UBER_JCCP_MDL_003375031;UBER_JCCP_MDL_003375032 | SEMANTIC |
| ILS Document Date | 10/11/2022 | SEMANTIC |
| ILS Prod Date | 3/10/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL134 | SEMANTIC |
| Other Custodians | Hasbun, Andrew; | SEMANTIC |
| Primary Date | 10/11/2022 4:24 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL134; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date | 10/11/2022 4:23 pm | SEMANTIC |

P-01475.00001



Trial Exhibit No. P-01475

Message

| | |
|---|---|
| From: | Andrew Hasbun [andrew.hasbun@uber.com] |
| Sent: | 10/11/2022 4:23:54 PM |
| To: | Andrew Remis [aremis@uber.com]; Elise Maiolino [maiolino@uber.com]; Emilie Boman [eboman@uber.com] |
| CC: | Daniel Kolta [dkolta@uber.com]; Rebecca Payne [rebecca.payne@uber.com]; Cammie Jensen [cammie@uber.com]; Liza Winship [liza@uber.com]; Srishti Bajaj [bajaj@uber.com]; Victor Brailoiu [victor.brailoiu@uber.com] |
| Subject: | Re: Women Rider Preference - US Context |

We were in a good spot with advocacy groups, especially the LGBT+ orgs.
+Emilie Boman +Elise Maiolino can provide more detail on the discussions but I believe we met with NCTE multiple times. They weighed in on the feature, and it is designed to be trans inclusive.
If we get serious about pushing for this feature, it would be good to refresh those conversations to ensure their continued support/buy-in and keep the updated on any changes to the feature.

On Tue, Oct 11, 2022 at 6:01 AM Andrew Remis <aremis@uber.com> wrote:

**REDACTED - PRIVILEGED**

REDACTED - PRIVILEGED   @Daniel Kolta   REDACTED - PRIVILEGED

# REDACTED - PRIVILEGED

@Andrew Hasbun can you refresh me on where we stand with advocacy groups - or point me in the right direction? I believe we'd obtained buy-in from some women's advocates but we may need to refresh those discussions considering the new product will be available to all genders. Also - had we made meaningful progress with LGBTQ+ orgs? We should be mindful of how this will be received by the LGBTQ+ community and build this inclusively.

Best,
Andrew


On Oct 8, 2022, at 2:09 PM, Andrew Remis <aremis@uber.com> wrote:


ACP

Thanks Daniel, super helpful.

I left a few thoughts/questions in reply to your bulleted points below in purple. Looking forward to discussing further on Monday.


On Oct 7, 2022, at 7:03 PM, Daniel Kolta <dkolta@uber.com> wrote:


ACP/AWP

**REDACTED - PRIVILEGED**

On Tue, Oct 4, 2022 at 9:09 PM Rebecca Payne <rebecca.payne@uber.com> wrote:
ACP

Pasting in some previous back and forth I've had with Daniel on this when I asked the same question - Daniel, feel free to adjust given this is from two years ago, just thought I'd save you from writing it again.

**REDACTED - PRIVILEGED**



Daniel Kolta

# REDACTED - PRIVILEGED

Rebecca Payne
Aug 21, 2020
Fair enough, that argument makes sense to me.



Amos Davis
Mar 17, 2021
*Marked as resolved*



Emily Smith

Mar 17, 2021
*Re-opened*

## REDACTED - PRIVILEGED

ACP

## REDACTED - PRIVILEGED

On Fri, Mar 26, 2021 at 12:21 PM Rebecca Payne <rebecca.payne@uber.com> wrote:
Someone shared this with me today: https://www.airbnb.com/help/article/1807/can-i-choose-to-only-host-people-of-my-own-gender and that caused me to look back at your reasoning here. I guess Airbnb would fall within the category of a place where someone would be unclothed, so maybe that's how they are allowed to do this. But wanted to double check.

On Tue, Oct 4, 2022 at 10:09 PM Andrew Remis <aremis@uber.com> wrote:
ACP

## REDACTED - PRIVILEGED

Best,
Remis

On Tue, Oct 4, 2022 at 3:41 PM Daniel Kolta <dkolta@uber.com> wrote:
ACP/AWP/Confidential

## REDACTED - PRIVILEGED

> **REDACTED - PRIVILEGED**

On Thu, Sep 29, 2022 at 3:55 PM Andrew Hasbun <andrew.hasbun@uber.com> wrote:
Thanks Rebecca,

I'll let Daniel chime in on the legal details but, for additional context, the conversations around this feature happened in spring/summer 2021 which was a very different time at Uber - we were still in the middle of the pandemic, business health was a serious concern, and we were dealing with significant legal blowback from the Eats lawsuits.   When it came down to it, the business (Dara, Mac, Tony, etc.) didn't have much of an appetite for risk at the time.  Although some of the legal challenges remain, we are in a very different position today and, 1.5 years later, it is worth revisiting the plan to pilot this feature in low risk cities/states in the US.

Also, since we had that 2021 discussion we have seen a significant increase in violence against drivers and female drivers have been victims in some very high profile cases and just this month ABC News did a lengthy piece on the safety of female drivers.

> On Thu, Sep 29, 2022 at 3:37 PM Cammie Jensen <cammie@uber.com> wrote:
> Thanks for the context. We will review the BR performance and legal analyses and connect on the Ops side to jointly follow up with Srishti and Daniel with any additional questions.
>
> I appreciate you pulling these threads together and hope we can find a path forward for this product in the US!
>
>> On Thu, Sep 29, 2022 at 4:30 PM Rebecca Payne <rebecca.payne@uber.com> wrote:
>> Just converging threads, +Andrew Hasbun as I believe you've been talking to Camiel as well, and I assume Cammie's request is coming from the same place.
>>
>>> On Wed, Sep 28, 2022 at 6:09 PM Srishti Bajaj <bajaj@uber.com> wrote:
>>> + Victor from US Mobility strategy.
>>>
>>>> On Wed, Sep 28, 2022 at 1:56 PM Rebecca Payne <rebecca.payne@uber.com> wrote:
>>>> *Attorney-Client Privileged and Confidential*
>>>>
>>>> +Daniel Kolta - adding legal so I can share the analysis they put together for this, and +Srishti Bajaj who will be taking over the WRP product from me
>>>>
>>>> Hi Cammie - my favorite topic!
>>>>
>>>> As a quick summary:
>>>> - I personally would love to launch WRP globally - it's a product I'm super passionate about and from the tech perspective this is a mature product that is pretty easy for us to flip on in any new markets (as we continue to do whenever we get legal approval in a new market). We recently launched our first western market: Australia. But they have a government process in place for requesting legal exemptions to anti-discrimination laws, and they don't have a litiguous culture quite like the US.
>>>> - The product has performed well in other regions, particularly LatAm. It gives women drivers a gateway to the platform when they may otherwise feel too initimidated to start driving, or too scared to drive at certain times. Wherever we have launched, we have not seen any negative marketplace

impacts, women drivers using the preference get the same amount of trips as drivers not using the preference (and a segment of women drivers who use the preference the most end up driving more), and the WRP trips have a lower safety incident rate than non-WRP trips. In some countries, it is only used by a small % of drivers, but in Brazil, for example, where safety is a top concern and the product has been live for a few years, 19% of all women driver trips are done with WRP. Small summary of BR performance here.

# REDACTED - PRIVILEGED

Summarized legal analysis here, more dense analysis here.

Feel free to set up time with Srishti and I if you have any other specific questions I can help answer - again I would love to launch this in the US if we could figure out a way to do it.

Thanks,
Rebecca

On Wed, Sep 28, 2022 at 3:30 PM Cammie Jensen <cammie@uber.com> wrote:
Hi Rebecca,

Women Rider Preference has been a frequent topic of conversation among US&C Ops as we discuss opportunities for driver growth and how to meet the needs of underrepresented groups to drive platform engagement. REDACTED - PRIVILEGED REDACTED - PRIVILEGED legal concerns.

It would be great to connect with you (or the appropriate person/s on your team) to understand the historic context, hear Product's POV on the opportunity to expand in the US, and understand high-level learnings from other regions.

Please let me know if you have documents that cover the above and if a quick connect would be more appropriate. Thanks in advance!

-Cammie
--



Cammie Jensen (she/her)
US & Canada Central Operations - Driver Experience
cammie@uber.com

--

**Srishti Bajaj**
Product Manager | Safety Experience
bajaj@uber.com

--

Sent from an Uber

--
Andrew Hasbun
Head of Safety Communications
andrew.hasbun@uber.com

--
Daniel Kolta (He/Him)
Legal Director, Global Safety
San Francisco, CA
dkolta@uber.com

--



**Andrew Remis**
US&C Driver Growth
201-248-0157 | aremis@uber.com

--
Daniel Kolta (He/Him)
Legal Director, Global Safety
San Francisco, CA
dkolta@uber.com



--
Andrew Hasbun
Head of Safety Communications
andrew.hasbun@uber.com

CONFIDENTIAL

UBER_JCCP_MDL_003375032