# UBER_JCCP_MDL_003918074

## Metadata

| | | |
|---|---|---|
| Account | gbrown@uber.com; | SEMANTIC |
| All Custodians | Brown, Greg;Freivogel, Cory;Hasbun, Andrew; | SEMANTIC |
| All Paths | Brown, Greg: \Multi Custodian Gmail\EDISCO-23472_Gmail-75.zip\EDISCO-23472_Gmail--gbrown@uber.com-dinm_O.mbox; Brown, Greg: \Multi Custodian Gmail\EDISCO-23472_Gmail-75.zip\EDISCO-23472_Gmail--gbrown@uber.com-dinm_O.mbox; Freivogel, Cory: \Multi Custodian Gmail\EDISCO-23472_Gmail-114.zip\EDISCO-23472_Gmail--cory.freivogel@uber.com-HnMJv0.mbox; Freivogel, Cory: \Multi Custodian Gmail\EDISCO-23472_Gmail-114.zip\EDISCO-23472_Gmail--cory.freivogel@uber.com-HnMJv0.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003918074 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 12/10/2022 1:02 am | SEMANTIC |
| Date Modified | 12/10/2022 1:02 am | SEMANTIC |
| End Family | UBER_JCCP_MDL_003918077 | SEMANTIC |
| File Path | \Multi Custodian Gmail\EDISCO-23472_Gmail-75.zip\EDISCO-23472_Gmail--gbrown@uber.com-dinm_O.mbox | SEMANTIC |
| File Size | 75678 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_003918074;UBER_JCCP_MDL_003918075;UBER_JCCP_MDL_003918076;UBER_JCCP_MDL_003918077 | SEMANTIC |
| ILS Document Date | 12/10/2022 | SEMANTIC |
| ILS Prod Date | 5/2/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL223 | SEMANTIC |
| Other Custodians | Brown, Greg;Freivogel, Cory;Hasbun, Andrew; | SEMANTIC |
| Primary Date | 12/10/2022 1:02 am | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL112;JCCP_MDL223; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date | 12/10/2022 1:02 am | SEMANTIC |

P-01476.00001



Trial Exhibit No.
P-01476

Message

| | |
|---|---|
| From: | Michael van Hemmen [mvh@uber.com] |
| Sent: | 12/10/2022 1:02:34 AM |
| To: | Jenna Tonino [jenna.tonino@uber.com]; Joanne Wong [joannewong@uber.com]; Keith Cochrane [cochrane@uber.com] |
| CC: | Camiel Irving [camiel@uber.com]; Alex Madsen [alex.madsen@uber.com]; Andrew Hasbun [andrew.hasbun@uber.com]; Andrew Remis [aremis@uber.com]; Cammie Jensen [cammie@uber.com]; Cory Freivogel [cory.freivogel@uber.com]; Daniel Kolta [dkolta@uber.com]; Emilie Boman [eboman@uber.com]; Elise Maiolino [maiolino@uber.com]; Greg Brown [gbrown@uber.com]; Liza Winship [liza@uber.com]; Natalia Galvez [natalia.galvez@uber.com]; Natasha Weaser [nweaser@uber.com]; Randall Haimovici [rhaimovici@uber.com]; Rebecca Payne [rebecca.payne@uber.com]; Scott Binnings [binnings@uber.com]; Srishti Bajaj [bajaj@uber.com] |
| Subject: | Re: [A/C Privilege] Women Rider Preferred - US Decision |

+Joanne Wong +Keith Cochrane *for visibility.*

On Fri, Dec 9, 2022 at 3:48 PM Jenna Tonino <jenna.tonino@uber.com> wrote:
*Attorney-Client Privilege*

Camiel,

Thanks for your time today - notes and next steps from our call are below and linked here.

Best,
Jenna

---

**WRP US Decision - Meeting Notes**
Date: Friday, 12/9/2022
Slides

**Conclusion: Proceed with seeking ELT approval, understanding that the pilot doesn't solve the problem but allows us to gather more data and learn; the end goal is to do the right thing**
- Need to prove business impact given that the legal impact is undeniably material
- Should not launch in high risk states until we get favorable legislation, which could be several years
- Before seeking ELT approval (Mac, Tony, Gus, Jill as optional), clearly define the business impact:
  - Long Term Vision: what it is and where we'd like to go
  - Success Criteria: expected gain from a comms, safety and supply perspective
  - Safety Appendix: execution plan and the impact we could have on the safety report

| Topic | Detail |
|---|---|
| Safety | **Do we collect gender data from our customers, and how?**<br>*Rebecca*<br>• Drivers: pull the information from drivers licenses<br>• Riders: Infer from the rider's first name; there's a settings page where they can correct if our inference is wrong, not perfect but allows us to get as much information as possible (instead of providing that friction at onboarding or having riders have to go in and update their account information)<br>• Done to mitigate two challenges - onboarding & having as many riders with gender info as possible (to ensure we have a large pool of female riders to match with WRP drivers)<br><br>**How good are we at inferring a rider's gender? How often do women earners using WRP get a man, and what avenues do they have to report it?**<br>*Rebecca*<br>• Vetting done by manual audits; accuracy is in the high 90%s in most cases |

CONFIDENTIAL

P-01476.00002

UBER_JCCP_MDL_003918074

|  | |
|---|---|
|  | • Someone going in and changing their gender doesn't necessarily mean that the inference was wrong - may be same sex or non-binary<br>• WRP is a hard setting, not a filter; we use the inferred data, unless the rider has corrected - then we use their corrected data<br>• Have seen cancellation rates be quite low and there is a specific cancellation reason tailored for this situation<br>• If a rider gets canceled on for this cancellation reason twice, we remove them from being matched with WRP drivers; although we have very low rates of riders who get 2x<br>• What's more difficult to account for is women riders who are calling a ride for a partner or male family member<br><br>**What do our metrics and criteria for success look like? How long will we need to run the pilot?**<br>*Rebecca*<br>• If we're dependent on knowing the supply and safety benefit, it'll take at least a year<br>• The question is whether we should play the long game or if we should play in sentiment<br>• We need to run a power analysis to determine what the actual length needed is - will share that when estimated |
| **Legal** | **REDACTED - PRIVILEGED** |

| Policy | From a Comms standpoint, are there benefits that we could get even if we only do a partial launch?<br>*Andrew*<br>• Doing a pilot first can let us showcase all of the progress we've made - will create some really great buzz<br>• We'll need to use feedback from the pilot to pave the way in trickier states<br>• If there's a real safety benefit that we're seeing, that creates a very compelling case<br>*Emilie*<br>• At the moment we don't have a strong case for why WRP is good and why we want it to be expanded to higher risk parts of the US - the pilot could really bolster this storytelling<br>• In some states we might find that this makes the path to regulator approval AG approval or we might find that it's not worth it<br><br>**What are the impacts related to our broader efforts to bring women drivers onto the platform?**<br>*Andrew*<br>• In San Jose currently working through a case - clip of a woman earner saying "Why can't these rideshare companies just let women select women riders"<br>• Can be seen not just as getting people on the platform, but as a differentiator between us and Lyft<br>• Will definitely be seen and heard in earner communities<br><br>**Should we be aware that this may end up on a political agenda?**<br>*Andrew*<br>• If we get the go-ahead on the pilot we can start doing the work and get a clear signal so we can know what we're getting ourselves into<br>• If we get a bad signal in Florida, we can scrap Florida, for example<br>  ○ *AI: Remis/Daniel to connect on alt low-risk states*<br>*Emilie*<br>• We'd want to test the messages that resonate most, could play into the paternalism aspect<br>• In Brazil we hosted a set of Brazilian parliament members<br>• Important to note that there are landmines on both sides of the aisle<br><br>**What is our risk of a culture war? How does this impact other ongoing issues like Prop 22, NYC regs, etc.**<br>*Emilie*<br>• Agree there is a risk  - as we expand, we'll create a groundswell of support which will give us a better lobbying path<br>• It's a long term strategy overall, but we need to start with low-risk expansion<br>• Right now think there's a real focus on anything that's good for drivers, and we can lean on the narrative that we're expanding flexible work to women who need it<br>• Do think we'll need to take a state by state approach - for example, CDA might say they can't take this on; hard to say with a broad brush<br>• Also benefits to putting the culture war aside - this is something Uber would be getting to first at scale, so would have benefits from a  brand perspective |

--
Jenna Tonino
Manager



--

Michael van Hemmen
mvh@uber.com

778-863-9906

CONFIDENTIAL

UBER_JCCP_MDL_003918077

P-01476.00005