# UBER_JCCP_MDL_001858327

## Metadata

| | | |
|---|---|---|
| #Author | jenna.tonino@uber.com | SEMANTIC |
| #Date Modified | 01/24/2023 | SEMANTIC |
| #DateCreated | 12/19/2022 | SEMANTIC |
| #Title | [ACP & Confidential] Women Rider Preferred - ELT US Decision | SEMANTIC |
| Account | gbrown@uber.com; | SEMANTIC |
| All Custodians | Brown, Greg;Freivogel, Cory;Hasbun, Andrew; | SEMANTIC |
| All Paths | Brown, Greg: \Drive_003_002_Drive003_001\JCCP_Drive003_001\JCCP_Drive003_001_11.zip; Brown, Greg: \Drive_003_002_Drive003_001\JCCP_Drive003_001\JCCP_Drive003_001_11.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_5\JCCP-EDISCO-23800_2022_5_8.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_5\JCCP-EDISCO-23800_2022_5_8.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_16.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_16.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001858327 | SEMANTIC |
| Collaborators | liza@uber.com; cory.freivogel@uber.com; andrew.hasbun@uber.com; jianjin.wang@uber.com; maiolino@uber.com; rebecca.payne@uber.com; dkolta@uber.com; aremis@uber.com; bajaj@uber.com; gbrown@uber.com; eboman@uber.com; mary.yao@uber.com; joannewong@uber.com; camiel@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 12/19/2022 5:55 pm | SEMANTIC |
| Date Modified | 01/24/2023 9:33 pm | SEMANTIC |
| DocID | 1aKzCr7orIIXZQfhP0krQphiBOY2d00KpDRD_47AWa_s | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_001858331 | SEMANTIC |
| File Path | \Drive_003_002_Drive003_001\JCCP_Drive003_001\JCCP_Drive003_001_11.zip | SEMANTIC |
| File Size | 15437 | SEMANTIC |
| Filename | -ACP & Confidential- Women Rider Preferred - ELT US _1aKzCr7orIIXZQfhP0krQphiBOY2d00KpDRD_47AWa_s.docx | SEMANTIC |
| GoogleDocumentType | DOCUMENT | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_001858327;UBER_JCCP_MDL_001858328;UBER_JCCP_MDL_001858329;UBER_JCCP_MDL_001858330;UBER_JCCP_MDL_001858331 | SEMANTIC |
| ILS Document Date | 01/24/2023 | SEMANTIC |
| ILS Prod Date | 12/31/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL052 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_000787446; UBER_JCCP_MDL_002031928; UBER_JCCP_MDL_002294345; UBER_JCCP_MDL_003922059 | SEMANTIC |
| Other Custodians | Brown, Greg;Freivogel, Cory;Hasbun, Andrew; | SEMANTIC |
| Primary Date | 12/19/2022 5:55 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL052; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date | 01/24/2023 9:33 pm | SEMANTIC |
| SourceHash | c43a3473e35608f21e028bbaaed5c7eb | SEMANTIC |

P-01479.00001


Trial Exhibit No.
P-01479

**[ACP & Confidential] Women Rider Preferred - ELT US Decision**
Date: Monday, 12/19/2022
Slides

**Conclusion:** Consider legal cost associated with WRP as R&D to acquire and maximize supply benefit from women earners; meet back mid-February with a tighter view on legal and policy risk, safety and supply benefit; then reassess the go-forward decision.

**POVs**

REDACTED - PRIVILEGED

- **Gus**: Need a sharper picture on safety benefit (vet for trip mix), especially given that the supply benefit is unproven at this point; want to remain aware that this is a solution that may not be able to be expanded to a significant part of the country
- **Mac**: Agree that Gus's caveats (safety, supply) are the right ones REDACTED - PRIVILEGED lay out options for achieving the same goals at zero or very low risk with express sign off by states; can make a decision based on that answer. Specifically concerned about the chance of having to close the gap on long tail financial risks, Reinforced that the question of Women Earners has a multi-year solution.

**AIs:**

REDACTED - PRIVILEGED

- **Comms, Policy:** Feel out local regulators, advocacy work to get signal on the policy / political environment in low risk states
- REDACTED - PRIVILEGED
- **Safety, Ops**: Vet safety data for trip mix; determine go forward path timeline-wise if we need to exclude high risk cities in low risk states or choose another state entirely
- **Ops:** Create WRP project plan; circulate

**Notes**

| Topic | Detail |
|---|---|
| REDACTED - PRIVILEGED | |

Commented [1] Is t REDACTED - PRIVILEGED

REDACTED - PRIVILEGED

Commented [2]: REDACTED - PRIVILEGED

REDACTED - PRIVILEGED

cc: @andrew.hasbun@uber.com
@eboman@uber.com @maiolino@uber.co REDACTED - PRIVILEGED
REDACTED - PRIVILEGED

Commented [3] REDACTED - PRIVILEGED
REDACTED - PRIVILEGED

Commented [4]: REDACTED - PRIVILEGED

**REDACTED - PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_001858328

P-01479.00003

# REDACTED - PRIVILEGED

| Comms | How does WRP differ from Black-Owned Restaurants, branding-wise, from a Comms perspective? |
|---|---|
|  | *Brooke* <br> • Whereas BOR was seen as quick / fast / political, WRP is part of a broader comprehensive strategy <br> • Feel confident that we can land this in a way that doesn't get us caught up in "woke wars" <br> • [Caution from Tony] Altruism of intentions is not going to be the question - the focus is going to be on making points |

**Commented [5]:** @andrew.hasbun@uber.com hi Andrew! notes from yesterday's meeting - can you review this section and the recap / AIs above and flag if there are adjustments needed? thanks!

**Why do we think that WRP will have strengths as a Comms play?**
*Brooke*
- Provocative - why the Comms team is excited about it; " have to have a thought to be a thought leader"
- Strong business case - need more drivers in general, need more women drivers good buzz on the safety and transparency front

**How much time does the Comms team need to assess a signal?**
*Andrew*
- Need 2- 3 month to do background work - includes both refining positioning and feeling out local regulators, AGs, etc.;
- If we get a bad read in FL for example, can pull out of FL and go somewhere else

**What work do we need to do with Earners and internal / external partners to gauge sentiment and keep them informed? What should we be aware of?**
*Matt/ Andrew*
- Brief earners through Crew, reach out to law enforcement, public safety groups
- Reach out to civil liberties organizations

*Tony*
- Leverage our ERG groups (Women@, Price@)

*Elise*
- Will need to mitigate is skepticism among groups that segregation is not the right approach, can manage, but a risk
- Clear that we can successfully land a small pilot, but for potential expansion would need to see results from pilot before expanding - strong data, storytelling on WE benefits; Policy sees WRP as more of a long term, multiyear effort

**What's the expected benefit from a Comms perspective?**
*Andrew*
- We've never had a negative story about WRP, think this is a fight we would want to be on the side of
- Expect a 100% positive PR win at launch, what happens after that is a bit of a mystery
- High severe safety incident rates on the platform post-COVID
- Safety incidents against women get outsize coverage
- "No one should be denied the opportunity to earn during the best possible times for earnings because they don't want to drive at night"
- Less about safety, more about women having access to the best times to earn

| Safety & Supply | How confident are we in the safety and supply data?<br>*Gus*<br>● This isn't the same type of data we look at in tech reviews, want to be aware that there are a number of conflating factors<br>● Will need to cut our differences that can be attribute in trip mix<br><br>**Is there additional tech work required to launch?**<br>*Rebecca*<br>● No / minimal |
|---|---|

**Commented [6]:** @bajaj@uber.com hi Srishti! notes from yesterday's meeting - can you review this section and the recap / AIs above and flag if there are adjustments needed? thanks!

**Commented [7]:** Looks good to me. @rebecca.payne@uber.com Is there anything you wanted to add?

**Commented [8]:** This works for me in terms of what was discussed in the meeting. I think in terms of AI's, we can also get more crisp on the other solutions that would attract more women drivers to the platform (of which I think WRP is the best solution in terms of product readiness & impact, balanced with operational cost and legal risk). This is somewhat shown in an appendix slide, but we obviously didn't chat about that in the meeting. I had put some of my editorial on these programs in a doc I made for Sachin for the meeting - we can figure out how to get this information out to ELT as well. https://docs.google.com/document/d/1XEy1phJIDU4L9mA45noV14tC1bZgY2mAmlOINDZ6zAA/edit

**Commented [9]:** great call - TY! requested access

CONFIDENTIAL
UBER_JCCP_MDL_001858331