# UBER_JCCP_MDL_003374988

## Metadata

| | | |
|---|---|---|
| Account | andrew.hasbun@uber.com; | SEMANTIC |
| All Custodians | Hasbun, Andrew; | SEMANTIC |
| All Paths | Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003374988 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 03/14/2023 3:42 pm | SEMANTIC |
| Date Modified | 03/14/2023 3:42 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_003374995 | SEMANTIC |
| File Path | \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox | SEMANTIC |
| File Size | 72759 | SEMANTIC |
| Hash Value | 253a2682787f41076d9ac3b002e7c474 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_003374988;UBER_JCCP_MDL_003374989;UBER_JCCP_MDL_003374990;UBER_JCCP_MDL_003374991;UBER_JCCP_MDL_003374992;UBER_JCCP_MDL_003374993;UBER_JCCP_MDL_003374994;UBER_JCCP_MDL_003374995 | SEMANTIC |
| ILS Document Date | 03/14/2023 | SEMANTIC |
| ILS Prod Date | 5/2/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL223 | SEMANTIC |
| Other Custodians | Hasbun, Andrew; | SEMANTIC |
| Primary Date | 03/14/2023 3:42 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL134;JCCP_MDL223; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date | 03/14/2023 3:42 pm | SEMANTIC |

P-01480.00001

Trial Exhibit No.
P-01480

Message

| | |
|---|---|
| **From**: | Elise Maiolino [maiolino@uber.com] |
| **Sent**: | 3/14/2023 3:42:44 PM |
| **To**: | Javi Correoso [jcorreoso@uber.com] |
| **CC**: | Emilie Boman [eboman@uber.com]; Andrew Hasbun [andrew.hasbun@uber.com]; Daniel Kolta [dkolta@uber.com]; Michele Blackwell [mblackwell@uber.com]; Harry Hartfield [harryh@uber.com]; Giovanni Castro [giovanni.castro@uber.com]; Adam Blinick [blinick@uber.com] |
| **Subject**: | Re: Women rider preferred |

Thanks for this, Javi. I will update our doc accordingly.

Keep you posted if we need anything further from you on this in the future.

Elise

On Tue, Mar 14, 2023 at 7:41 AM Javi Correoso <jcorreoso@uber.com> wrote:
Our Tennessee consultant called me this morning and sent me this article. The debate in the Senate was pretty contentious and he now thinks if we were to launch this product in Nashville, we could be thrown into the middle of the debate on this legislation. My recommendation is now to remove Nashville from the list.

On Thu, Jan 26, 2023 at 5:32 PM Javi Correoso <jcorreoso@uber.com> wrote:
Added my feedback to the doc. My rec if we are going to pilot is to explore in Arizona, North Carolina, and Tennessee. Political risk in the other states should subside once we get through the legislative sessions in Spring.

On Mon, Jan 9, 2023 at 6:31 PM Emilie Boman <eboman@uber.com> wrote:
+Daniel K

**REDACTED - PRIVILEGED**

On Mon, Jan 9, 2023 at 12:38 PM Andrew Hasbun <andrew.hasbun@uber.com> wrote:
Defer to you all on level/depth of briefing but @Elise Maiolino please keep me honest.

We need to come back with a path to launch, so ideally we need to be able to say something like "we spoke XX in state X and they said XXX which makes us comfortable launching in this state"

If you think we can get that signal with a light touch/inquiry, all good. If you think you need something more in depth, we can assist.

Just keep in mind that if we get a green light, it will be assumed that we will launch in the recommended states. So we will need to be pretty confident that opinions won't change.

On Mon, Jan 9, 2023 at 1:23 PM Michele Blackwell <mblackwell@uber.com> wrote:
@Harry Hartfield Feel free to ping me if you need help with the NV AG!

@Andrew Hasbun @Elise Maiolino I see that it was asked that we speak with political actors by the end of the month. Is the expectation that we brief the AGs in our states by the end of the month on the program? Or do a light touch/inquiry into their thoughts on this?

CONFIDENTIAL

P-01480.00002

UBER_JCCP_MDL_003374988

Michele Blackwell
Public Policy Manager, Mid-Atlantic
mblackwell@uber.com

On Mon, Jan 9, 2023 at 3:15 PM Andrew Hasbun <andrew.hasbun@uber.com> wrote:
Hey Harry,

That should be fine.  Just add the reasoning for TX in the doc so we can have it when we bring a plan back to ELT/Camiel.
I think we can still achieve our comms goals with the alternate states.

I also reached out to product and legal about the alternate states and they seem to be good with it.  Smaller populations = less $$ if there is legal action.  But we will still need to get full data and legal analysis on the alternate states.

On Mon, Jan 9, 2023 at 1:06 PM Harry Hartfield <harryh@uber.com> wrote:
Hey all - given our conversation on Friday I think I'd like to prioritize AZ and NV in my region and deprioritize TX. If TX is P0 for some reason we can engage the AG on it, but Paxton is very unpredictable and I think some of the issues we discussed around trans drivers could be problematic for their office.

I just talked to our NV lobbyist and they thought the Gov's Office would like this idea and didn't seem to think the AG would have a lot of concerns. We're going to work to find time with the AG's Office (@Michele I may ping you to help there). Will have more insight on AZ later this week.

On Mon, Jan 9, 2023 at 12:03 PM Elise Maiolino <maiolino@uber.com> wrote:
Hi All,

Thank you for meeting with us last week. Following up on our conversation, we have tagged you in a document where you can track feedback you receive on a potential WRP product. When you have completed outreach we will summarize everything and come up with a recommended path forward to share with Camiel and ELT for a decision.

We are asking that you meet with political actors strategically and provide feedback by **January 30, 2023.**

In addition to the three states we discussed - TX, FL, GA - we'd like to expand the options to some of the other states we brainstormed about including AZ, VA, TN, and NV.  We've also added North Carolina to the list.

If you need any support, or have any questions on the product, we are on standby.

Thanks,

Elise

On Wed, Jan 4, 2023 at 9:14 PM Elise Maiolino <maiolino@uber.com> wrote:
Hi All,

We have pulled together some WRP material into this deck. We can walk through it live on our call.

Looking forward to chatting tomorrow.

Elise

On Wed, Jan 4, 2023 at 12:40 PM Javi Correoso <jcorreoso@uber.com> wrote:
We have a great relationship with AG Moody in FL too. My only feedback for consideration would be to wait for these three states to finish their legislative sessions before launching. That gives us time to meet with key stakeholders and also avoid any political pitfalls that can impact our insurance priorities in the coming weeks.

On Wed, Jan 4, 2023 at 3:33 PM Harry Hartfield <harryh@uber.com> wrote:
We have a decent relationship with Paxton's Office. It doesn't mean he'll like the idea, but feel confident that we can at least sit down with them and gauge their reaction if TX is a priority for us. Looking forward to talking about it more tomorrow!

Harry

On Wed, Jan 4, 2023 at 1:27 PM Michele Blackwell <mblackwell@uber.com> wrote:
Fantastic! I'm looking forward to chatting.

Michele

Michele Blackwell
Public Policy Manager, Mid-Atlantic
mblackwell@uber.com

On Wed, Jan 4, 2023 at 2:25 PM Emilie Boman <eboman@uber.com> wrote:
Fab - thank you! Elise is consolidating collateral now and will share before the meeting.

On Wed, Jan 4, 2023 at 11:19 AM Michele Blackwell <mblackwell@uber.com> wrote:
Hi Adam,

Off the top of my head, the only AG that I have initial concerns about is Ken Paxton in Texas; however, as you noted, I need to learn more about the product. I'm more than happy to chat with Safety and think through this a bit more.

Michele

Michele Blackwell
Public Policy Manager, Mid-Atlantic
mblackwell@uber.com

On Wed, Jan 4, 2023 at 12:59 PM Adam Blinick <blinick@uber.com> wrote:
Thanks, Andrew.

**REDACTED - PRIVILEGED**

**REDACTED - PRIVILEGED**

Legal of AG action on the

@Michele - I ask you in particular to broaden the aperture of the discussion from a market basis; as you learn more about the product itself, if you think there's a particular Democrat AG (or another Republican one), let's put that on the table. I could see both Rs and Ds actually being supportive of a measure that's meant to increase earning opportunities for women who may have safety concerns.

@Yvette Willis-Duff - mind finding time for this group? I'm optional, as I likely have to be in Sacramento mid-Thursday/Friday. If I can't attend, I'll speak with Javi in advance so he has my thoughts.

@Safety team - mind sharing collateral in advance so the team can have a chance to get a little familiar beforehand?

Thanks!

AB

On Wed, Dec 21, 2022 at 4:54 PM Andrew Hasbun <andrew.hasbun@uber.com> wrote:
> Hey Adam,
>
> Know you are out but wanted to get this on your radar for January.
>
> This week we/Camiel met with some ELT including Tony to discuss a pilot of women rider preferred in Texas, Georgia, and Florida. While there wasn't a formal go/no go decision, Tony and others requested that we do our due diligence with electeds, advocates, and anyone else who may have an opinion on women rider preferred.
>
> Essentially, we are looking for some insight into whether they would support the feature, be silent/not care, or create an issue for us. Ideally, Tony would like some signal from AG's. The legal team is very fearful of lawsuits.
>
> We may want to get some time in early January to discuss next steps as your team will need to play a significant role in this. I'll set something up and you can invite whoever should be included.
>
> As of now, Camiel plans to reconvene in February and this input will be key to a decision.
>
> Thanks.
> --
> Andrew Hasbun
> Head of Safety Communications
> andrew.hasbun@uber.com



--

**Emilie Boman**
Director, Global Public Policy - Safety
she/her
eboman@uber.com | +1 415 650 7871

--

Javier Correoso
Public Affairs

--

**Elise Maiolino**
Head of Women's Safety Policy
she/her
maiolino@uber.com

--
**Elise Maiolino**
Head of Women's Safety Policy
she/her
maiolino@uber.com

--
Andrew Hasbun
Head of Safety Communications
andrew.hasbun@uber.com

--
Andrew Hasbun
Head of Safety Communications
andrew.hasbun@uber.com

--
**Emilie Boman**
Director, Global Public Policy - Safety
she/her
eboman@uber.com | +1 415 650 7871



--
Javier Correoso
Public Affairs

--
Javier Correoso
Public Affairs

--
**Elise Maiolino**
Head of Women's Safety Policy
she/her
maiolino@uber.com

CONFIDENTIAL

P-01480.00009

UBER_JCCP_MDL_003374995