# UBER_JCCP_MDL_001462106

## Metadata

| | | |
|---|---|---|
| **Account** | brooke.anderson@uber.com; | SEMANTIC |
| **All Custodians** | Anderson, Brooke;Hasbun, Andrew;Uber Technologies, Inc.; | SEMANTIC |
| **All Paths** | Anderson, Brooke: \20240905\Anderson, Brooke\gChat\EDISCO-25643_gChat-1.zip\EDISCO-25643_gChat_0.mbox.zip\EDISCO-25643_gChat_0.mbox; Anderson, Brooke: \20240905\Anderson, Brooke\gChat\EDISCO-25643_gChat-1.zip\EDISCO-25643_gChat_0.mbox.zip\EDISCO-25643_gChat_0.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Attachment Names** | IMG_3444.png; IMG_3444.png; Image_20230908_170017_948.png; Image_20230908_170017_948.png; Image_20230908_170537_817.png; Image_20230908_170537_817.png | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001462106 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 09/08/2023 8:52 pm | SEMANTIC |
| **Date Modified** | 09/08/2023 8:52 pm | SEMANTIC |
| **DocID** | ACD7onquK0bJ4dhMaNitXjp1mNGi7X1oaHyFGGWhgIsIjX9K4rjlMcSrWLnKOvjxzlc+mdmNggKzbJj+MzXwGGz0J44hJTSgYpxEENXBzubKJcXglVbMOaTi2ozvDO6aQUTovlszKNNCL5PEJQR5WPN8Tg2qZlS0XkuOiPqBeMGhnPLT2gZ8DNKkukOFSZfgqqpt3l1h6ll7yA3ochb61WBCcmsA/IbRKSH42oKipZy1qXXZDWqVo+WTi7wQbYYMlp4+bPvyJz5HODdX4IEn1pZ7rnzVyyoA7GSU0lhRt89eQHMpsY+MxpHafkeqjwrHG939mC09hIFYazludEJ8s4BM16/BPs1o3o7LeKkA1iHcNxULkKY9kMRk56UZsqs/MCKixbwinWZaEDuiZVRSiYvAR/xRM3meSxYpli38efzL1jdR/XX7mLJrgKx9fJ6GsKxi5qvujoIjdDvCPdJe4qiw/qC53/XILvQl432RuBl2Uq3kWSvGRVnq4AYxDlFt05/VxY6nAeIvWzAJoxuW1Y0L6Jcf8hGiBBY/RBRI/Jr+FRNXLc2xcKTxKX+Rw90rERhGF/5+6+T+LhBrX9O5URv8CBVuJxOh2AJohsJ31wEN7rErMDe9uzgkrJhoEn/sJ5+ixtNhhMK3myMzLZSVKVyiANgFVJ/WDwqPo0MynEV0hITCFvslqNGVIYSXfy/n+fZq0mnMpqCgO6NS3iG3TMoVO83nZep/20FhPyNkdEJjxTpN4onugbd+lVSrgoMLItDAbmmSfNSXq/GQi+GqWVrHhf+YUjKCfCgrJPHlt5/w/NOicy8YWEBiLYB0uL8YMWSkWX9pqLEc | SEMANTIC |
| **Document Type** | Email | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001462121 | SEMANTIC |
| **File Path** | \20240905\Anderson, Brooke\gChat\EDISCO-25643_gChat-1.zip\EDISCO-25643_gChat_0.mbox.zip\EDISCO-25643_gChat_0.mbox | SEMANTIC |
| **File Size** | 75441 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_001462106;UBER_JCCP_MDL_001462107;UBER_JCCP_MDL_001462108;UBER_JCCP_MDL_001462109;UBER_JCCP_MDL_001462110;UBER_JCCP_MDL_001462111;UBER_JCCP_MDL_001462112;UBER_JCCP_MDL_001462113;UBER_JCCP_MDL_001462114;UBER_JCCP_MDL_001462115 | SEMANTIC |
| **ILS Document Date** | 09/08/2023 | SEMANTIC |
| **ILS Prod Date** | 11/26/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL039 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.;Anderson, Brooke;Hasbun, Andrew; | SEMANTIC |
| **Primary Date** | 09/08/2023 8:52 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL039; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 09/08/2023 8:52 pm | SEMANTIC |

P-01482.00001



Trial Exhibit No. P-01482

Message

| | |
|---|---|
| **From:** | lexilevin@uber.com [lexilevin@uber.com] |
| **Sent:** | 9/8/2023 8:52:08 PM |
| **To:** | lexilevin@uber.com; andrew.hasbun@uber.com; conor.ferguson@uber.com; brooke.anderson@uber.com |
| **Subject:** | AAAAO88FdKo-MBI-FLAT:2023-09-08T01:52:28.939193 |
| **Attachments:** | IMG_3444.png; IMG_3444.png; Image_20230908_170017_948.png; Image_20230908_170017_948.png; Image_20230908_170537_817.png; Image_20230908_170537_817.png |

**lexilevin@uber.com** September 8, 2023 at 8:52:08 PM UTC
Updated room membership.

**Deleted on** December 7, 2023 at 8:52:08 PM UTC
Updated room membership.

**lexilevin@uber.com** September 8, 2023 at 8:52:28 PM UTC
lyft's big news that they wanted to fly their ceo out for a popsugar deskside is..... women DRIVER preferred

**Deleted on** December 7, 2023 at 8:52:28 PM UTC
lyft's big news that they wanted to fly their ceo out for a popsugar deskside is..... women DRIVER preferred

**andrew.hasbun@uber.com** September 8, 2023 at 8:52:52 PM UTC
Rider pick women drivers?

**Updated on** September 8, 2023 at 8:52:58 PM UTC
Riders pick women drivers?

**Deleted on** December 7, 2023 at 8:52:52 PM UTC
Riders pick women drivers?

**lexilevin@uber.com** September 8, 2023 at 8:53:02 PM UTC
correct

**Deleted on** December 7, 2023 at 8:53:02 PM UTC
correct

**andrew.hasbun@uber.com** September 8, 2023 at 8:53:06 PM UTC
Wow

**Deleted on** December 7, 2023 at 8:53:06 PM UTC
Wow


**conor.ferguson@uber.com** September 8, 2023 at 8:53:46 PM UTC
Lex tipped me off to something yesterday and I messaged Camiel. I guessed it would be this, so she's in the know. Thank you Alex!


**Updated on** September 8, 2023 at 8:53:52 PM UTC
Lex tipped me off to something yesterday and I messaged Camiel. I guessed it would be this, so she's in the know. Thank you Lex!


**Deleted on** December 7, 2023 at 8:53:46 PM UTC
Lex tipped me off to something yesterday and I messaged Camiel. I guessed it would be this, so she's in the know. Thank you Lex!


**lexilevin@uber.com** September 8, 2023 at 8:55:12 PM UTC
oh yes, for the group:


**Deleted on** December 7, 2023 at 8:55:12 PM UTC
oh yes, for the group:


**lexilevin@uber.com** September 8, 2023 at 8:59:15 PM UTC
IMG_3444.png


**Deleted on** December 7, 2023 at 8:59:15 PM UTC
IMG_3444.png


**conor.ferguson@uber.com** September 8, 2023 at 9:00:13 PM UTC
>From Camiel FYI -


**Deleted on** December 7, 2023 at 9:00:13 PM UTC
From Camiel FYI -


**conor.ferguson@uber.com** September 8, 2023 at 9:00:21 PM UTC
Image_20230908_170017_948.png


**Deleted on** December 7, 2023 at 9:00:21 PM UTC
Image_20230908_170017_948.png

**conor.ferguson@uber.com** September 8, 2023 at 9:00:51 PM UTC
Lol @ Uber being broke

**Deleted on** December 7, 2023 at 9:00:51 PM UTC
Lol @ Uber being broke

**lexilevin@uber.com** September 8, 2023 at 9:01:07 PM UTC
she is right lol

**Deleted on** December 7, 2023 at 9:01:07 PM UTC
she is right lol

**lexilevin@uber.com** September 8, 2023 at 9:05:39 PM UTC
Image_20230908_170537_817.png

**Deleted on** December 7, 2023 at 9:05:39 PM UTC
Image_20230908_170537_817.png

**brooke.anderson@uber.com** September 8, 2023 at 10:03:02 PM UTC
i am really annoyed

**Deleted on** December 7, 2023 at 10:03:02 PM UTC
i am really annoyed

**brooke.anderson@uber.com** September 8, 2023 at 10:03:08 PM UTC
it's not perfect camiel

**Deleted on** December 7, 2023 at 10:03:08 PM UTC
it's not perfect camiel

**brooke.anderson@uber.com** September 8, 2023 at 10:03:11 PM UTC
we are slow and anti-risk

**Deleted on** December 7, 2023 at 10:03:11 PM UTC
we are slow and anti-risk

**andrew.hasbun@uber.com** September 8, 2023 at 10:03:17 PM UTC

100%

**Deleted on** December 7, 2023 at 10:03:17 PM UTC
100%

**andrew.hasbun@uber.com** September 8, 2023 at 10:03:29 PM UTC
And yes, we should be doing more things based off the credit we will get

**Deleted on** December 7, 2023 at 10:03:29 PM UTC
And yes, we should be doing more things based off the credit we will get

**andrew.hasbun@uber.com** September 8, 2023 at 10:03:32 PM UTC
Sentiment plays matter

**Deleted on** December 7, 2023 at 10:03:32 PM UTC
Sentiment plays matter

**brooke.anderson@uber.com** September 8, 2023 at 10:05:33 PM UTC
it's pathetic to be a follower on something bold and innovative that could bolster our reputation

**Deleted on** December 7, 2023 at 10:05:33 PM UTC
it's pathetic to be a follower on something bold and innovative that could bolster our reputation

**brooke.anderson@uber.com** September 8, 2023 at 10:06:05 PM UTC
esp when you're sitting on the idea for 3 years. We've got to stop acting like a utility and be the innovators we really are!

**Deleted on** December 7, 2023 at 10:06:05 PM UTC
esp when you're sitting on the idea for 3 years. We've got to stop acting like a utility and be the innovators we really are!

**lexilevin@uber.com** September 8, 2023 at 10:21:51 PM UTC
Was the decision not to move forward purely financial?

**Deleted on** December 7, 2023 at 10:21:51 PM UTC
Was the decision not to move forward purely financial?

**andrew.hasbun@uber.com** September 8, 2023 at 10:22:06 PM UTC
the alleged threat of lawsuits.

**Deleted on** December 7, 2023 at 10:22:06 PM UTC
the alleged threat of lawsuits.

**andrew.hasbun@uber.com** September 8, 2023 at 10:22:11 PM UTC
fear

**Deleted on** December 7, 2023 at 10:22:11 PM UTC
fear

**lexilevin@uber.com** September 8, 2023 at 10:23:33 PM UTC
Ugh.

**Deleted on** December 7, 2023 at 10:23:33 PM UTC
Ugh.

**brooke.anderson@uber.com** September 8, 2023 at 10:24:28 PM UTC
thank you for the tip, Lexi

**Deleted on** December 7, 2023 at 10:24:28 PM UTC
thank you for the tip, Lexi

**brooke.anderson@uber.com** September 8, 2023 at 10:24:30 PM UTC
matt already sent to dk

**Deleted on** December 7, 2023 at 10:24:30 PM UTC
matt already sent to dk

**brooke.anderson@uber.com** September 8, 2023 at 10:24:41 PM UTC
great intel

**Deleted on** December 7, 2023 at 10:24:41 PM UTC
great intel

**lexilevin@uber.com** September 8, 2023 at 10:25:55 PM UTC

Excellent

**Deleted on** December 7, 2023 at 10:25:55 PM UTC
Excellent

**lexilevin@uber.com** September 8, 2023 at 10:26:02 PM UTC
Friends >

**Deleted on** December 7, 2023 at 10:26:02 PM UTC
Friends >

**conor.ferguson@uber.com** September 9, 2023 at 5:48:35 PM UTC
Hey hey - Camiel is stressing about this announcement. She asked if I could give her a call tomorrow.

**Deleted on** December 8, 2023 at 5:48:35 PM UTC
Hey hey - Camiel is stressing about this announcement. She asked if I could give her a call tomorrow.

**conor.ferguson@uber.com** September 9, 2023 at 5:48:39 PM UTC
Do we have a response plan?

**Deleted on** December 8, 2023 at 5:48:39 PM UTC
Do we have a response plan?

**conor.ferguson@uber.com** September 9, 2023 at 5:48:45 PM UTC
Anything you want me to push her on?

**Deleted on** December 8, 2023 at 5:48:45 PM UTC
Anything you want me to push her on?

**brooke.anderson@uber.com** September 9, 2023 at 5:49:54 PM UTC
I can't talk now but will call you later today

**Deleted on** December 8, 2023 at 5:49:54 PM UTC
I can't talk now but will call you later today

**conor.ferguson@uber.com** September 9, 2023 at 5:50:02 PM UTC

Sounds good

**Deleted on** December 8, 2023 at 5:50:02 PM UTC
Sounds good

**brooke.anderson@uber.com** September 9, 2023 at 5:50:02 PM UTC
I think you can just hear her out

**Deleted on** December 8, 2023 at 5:50:02 PM UTC
I think you can just hear her out

**brooke.anderson@uber.com** September 9, 2023 at 5:50:30 PM UTC
Andrew and I have been chatting a Matt about response but I think we can really sort kondau

**Deleted on** December 8, 2023 at 5:50:30 PM UTC
Andrew and I have been chatting a Matt about response but I think we can really sort kondau

**brooke.anderson@uber.com** September 9, 2023 at 5:50:32 PM UTC
Monday

**Deleted on** December 8, 2023 at 5:50:32 PM UTC
Monday

**conor.ferguson@uber.com** September 9, 2023 at 5:50:34 PM UTC
I'm heading to a party so if I don't pickup, please feel free to send some thoughts here or I can give you a call tomorrow morning!

**Deleted on** December 8, 2023 at 5:50:34 PM UTC
I'm heading to a party so if I don't pickup, please feel free to send some thoughts here or I can give you a call tomorrow morning!

**conor.ferguson@uber.com** September 9, 2023 at 5:50:41 PM UTC
Chatting with her at 1p est

**Deleted on** December 8, 2023 at 5:50:41 PM UTC
Chatting with her at 1p est

**conor.ferguson@uber.com** September 9, 2023 at 5:54:22 PM UTC
Will send you notes after our convo - told her that you and Andrew would be leading with response

**Deleted on** December 8, 2023 at 5:54:22 PM UTC
Will send you notes after our convo - told her that you and Andrew would be leading with response

**brooke.anderson@uber.com** September 10, 2023 at 5:18:44 PM UTC
Thank you! Btw I read this too fast- was thinking they were gonna launch women rider preferred ☺

**Deleted on** December 9, 2023 at 5:18:44 PM UTC
Thank you! Btw I read this too fast- was thinking they were gonna launch women rider preferred ☺

**brooke.anderson@uber.com** September 10, 2023 at 5:19:46 PM UTC
Changes the calculation a bit but all good. Spoke with Andrew earlier and fully support our direction. Super interesting of them to push, but they are in Hail Mary territory. Fun times ahead!b

**Deleted on** December 9, 2023 at 5:19:46 PM UTC
Changes the calculation a bit but all good. Spoke with Andrew earlier and fully support our direction. Super interesting of them to push, but they are in Hail Mary territory. Fun times ahead!b

**conor.ferguson@uber.com** September 10, 2023 at 5:20:25 PM UTC
Hi - Just connected briefly with Camiel - some notes from our convo below: - Camiel spoke with a few folks yesterday on the tech and legal side and they are going to re-evaluate women rider preferred. She doesn't think the answer right now is to launch. We should see if there is backlash.  - If we decide to launch women rider preferred, she thinks it's good that it's slightly different - allows us to keep drivers front and center.  - As for response, she thinks we should talk about our material safety innovation and how we have launched this product globally already and continue to explore here in the US.   - Also thinks part of our response should be going hard on the driver side, reminding them of all the things we do to help keep them safe.

**Updated on** September 10, 2023 at 5:21:21 PM UTC
Hi - Just connected briefly with Camiel - some notes from our convo below: - Camiel spoke with a few folks yesterday on the tech and legal side and they are going to re-evaluate women rider preferred. She doesn't think the answer right now is to launch. We should see if there is backlash. Also will take a bit for legal assessment. - If we decide to launch women rider preferred, she thinks it's good that it's slightly different - allows us to keep drivers front and center.  - As for response, she thinks we should talk about our material safety innovation and how we have launched this product globally already and continue to explore here in the US.   - Also thinks part of our response should be going hard on the driver side, reminding them of all the things we do to help keep them safe.

**Deleted on** December 9, 2023 at 5:20:25 PM UTC

Hi - Just connected briefly with Camiel - some notes from our convo below: - Camiel spoke with a few folks yesterday on the tech and legal side and they are going to re-evaluate women rider preferred. She doesn't think the answer right now is to launch. We should see if there is backlash. Also will take a bit for legal assessment. - If we decide to launch women rider preferred, she thinks it's good that it's slightly different - allows us to keep drivers front and center.  - As for response, she thinks we should talk about our material safety innovation and how we have launched this product globally already and continue to explore here in the US.   - Also thinks part of our response should be going hard on the driver side, reminding them of all the things we do to help keep them safe.

**andrew.hasbun@uber.com** September 10, 2023 at 5:21:48 PM UTC
But this is women riders picking women drivers. No?

**Deleted on** December 9, 2023 at 5:21:48 PM UTC
But this is women riders picking women drivers. No?

**conor.ferguson@uber.com** September 10, 2023 at 5:21:56 PM UTC
yes

**Deleted on** December 9, 2023 at 5:21:56 PM UTC
yes

**conor.ferguson@uber.com** September 10, 2023 at 5:22:06 PM UTC
that's how i understood it from what lex said

**Deleted on** December 9, 2023 at 5:22:06 PM UTC
that's how i understood it from what lex said

**andrew.hasbun@uber.com** September 10, 2023 at 5:22:51 PM UTC
So women drivers picking women riders is not the same and we'd look stupid launching a feature that isn't letting riders make the choice, I think

**Deleted on** December 9, 2023 at 5:22:51 PM UTC
So women drivers picking women riders is not the same and we'd look stupid launching a feature that isn't letting riders make the choice, I think

**lexilevin@uber.com** September 10, 2023 at 5:27:52 PM UTC
I totally agree

**Deleted on** December 9, 2023 at 5:27:52 PM UTC
I totally agree


**lexilevin@uber.com** September 10, 2023 at 5:28:15 PM UTC
Im assuming the reporter understands it and communicated it accurately


**Deleted on** December 9, 2023 at 5:28:15 PM UTC
Im assuming the reporter understands it and communicated it accurately


**brooke.anderson@uber.com** September 10, 2023 at 5:29:59 PM UTC
100- we'd look nuts launching women driver after they launch women rider. The only boss move would be to come out and launch both


**Deleted on** December 9, 2023 at 5:29:59 PM UTC
100- we'd look nuts launching women driver after they launch women rider. The only boss move would be to come out and launch both


**conor.ferguson@uber.com** September 10, 2023 at 5:30:34 PM UTC
That would be great


**Deleted on** December 9, 2023 at 5:30:34 PM UTC
That would be great