# UBER_JCCP_MDL_003382219

## Metadata

| | | |
|---|---|---|
| **Account** | andrew.hasbun@uber.com; | SEMANTIC |
| **All Custodians** | Hasbun, Andrew;Silver, Nick; | SEMANTIC |
| **All Paths** | Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-6.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-6pwe42.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-6.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-6pwe42.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox; Silver, Nick: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-4.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-HvXZe8.mbox; Silver, Nick: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-4.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-HvXZe8.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003382219 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 09/13/2023 10:57 pm | SEMANTIC |
| **Date Modified** | 09/13/2023 10:57 pm | SEMANTIC |
| **Document Type** | Email | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003382232 | SEMANTIC |
| **File Path** | \Multi Custodian Gmail\EDISCO-23472_Gmail-112.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-L0zvAV.mbox | SEMANTIC |
| **File Size** | 142261 | SEMANTIC |
| **Hash Value** | 8308c5ed2dda5d479da78dc75d413cf9 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_003382219;UBER_JCCP_MDL_003382220;UBER_JCCP_MDL_003382221;UBER_JCCP_MDL_003382222;UBER_JCCP_MDL_003382223;UBER_JCCP_MDL_003382224;UBER_JCCP_MDL_003382225;UBER_JCCP_MDL_003382226;UBER_JCCP_MDL_003382227;UBER_JCCP_MDL_003382228;UBER_JCCP_MDL_003382229;UBER_JCCP_MDL_003382230;UBER_JCCP_MDL_003382231;UBER_JCCP_MDL_003382232 | SEMANTIC |
| **ILS Document Date** | 09/13/2023 | SEMANTIC |
| **ILS Prod Date** | 5/2/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL223 | SEMANTIC |
| **Other Custodians** | Silver, Nick;Hasbun, Andrew; | SEMANTIC |
| **Primary Date** | 09/13/2023 10:57 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL134;JCCP_MDL223; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 09/13/2023 10:57 pm | SEMANTIC |



Message

| | |
|---|---|
| **From:** | Andrew Hasbun [andrew.hasbun@uber.com] |
| **Sent:** | 9/13/2023 10:57:20 PM |
| **To:** | Nick Silver [nick.silver@uber.com] |
| **Subject:** | Fwd: ACP - Lyft announcement heads up |

---------- Forwarded message ---------
From: **Andrew Hasbun** <andrew.hasbun@uber.com>
Date: Wed, Sep 13, 2023 at 2:37 PM
Subject: Re: ACP - Lyft announcement heads up
To: Camiel Irving <camiel@uber.com>
CC: Scott Binnings <binnings@uber.com>, Sachin Kansal <sachin.kansal@uber.com>, Mike Akamine <mike.akamine@uber.com>, Liza Winship <liza@uber.com>, Jenna Tonino <jenna.tonino@uber.com>, Matt Kallman <kallman@uber.com>, Brooke Anderson <brooke.anderson@uber.com>, Daniel Kolta <dkolta@uber.com>, Emilie Boman <eboman@uber.com>, Greg Brown <gbrown@uber.com>, Gus Fuldner <gus@uber.com>, Jennifer Handley <handley@uber.com>, Roger Kaiser <roger@uber.com>, Mariana Esteves <mariana.esteves@uber.com>, Srishti Bajaj <bajaj@uber.com>, Zach Singleton <zsingleton@uber.com>

Hi,

Sharing a summary of the coverage from Lyft's announcement yesterday.

Overall, they received generally positive coverage in all the major national outlets.  It is worth pointing out that The New York Times typically does not cover stand alone product news, which speaks to this feature's relevance. The last time they wrote about Uber product news was Go-Get 2022.

We were able to get some early stories (NYT, Bloomberg and more) to include our background and statement on WRP which helped set the tone for subsequent stories.

On social media, the conversation began ticking up as more news stories posted. A few key highlights from the social listening report from 9/12:

- conversation was higher than Uber Teen's announcement last week but remains lower than Go-Get 2023.
- Reactions were more negative (16%) than positive (3%), with users calling it out for being sexist and discriminatory.
- Uber is mentioned in the conversation (231 mentions of 1,181 total mentions); mostly focused on news and media outlets sharing safety statistics about both rideshare companies and also sharing what Uber has done to increase safety practices.

FWIW, I tried the feature today, setting my gender to non-binary and turning on Women+. I got matched with a man who was 1 min away from MB2.  Screen recording HERE if interested.

**National Coverage (ad value equivalency of ~$5m)**
- New York Times: New Lyft Feature Allows Women to Match Rides With Other Women
- TODAY Show: Lyft's new feature lets women and nonbinary riders request drivers of the same gender

- Bloomberg: <u>Lyft to Pair Women Riders to Women Drivers in Safety Feature</u>
- CNN: <u>Lyft's new feature lets women and non-binary riders request their driver's gender</u>
- Fast Company: <u>Lyft wants more women and nonbinary drivers (and Lyft riders want that, too)</u>
- USA Today: <u>Lyft's new feature allows women, nonbinary riders and drivers to match in app</u>
- Axios: <u>Lyft's new feature connects women and nonbinary drivers and passengers</u>
- The Hill: <u>Lyft rolling out feature matching women, nonbinary drivers and riders</u>
- The Verge: <u>Lyft now lets drivers prioritize matches with women and nonbinary riders</u>
- Tech Crunch: <u>Lyft's newest feature could convince more women to drive for the ride-hailing app</u>
- Gizmodo: <u>Lyft Can Now Connect Women and Nonbinary Passengers With Drivers of the Same Gender</u>
- Engadget: <u>Lyft aims to match women and nonbinary riders and drivers with each other more often</u>
- Women's Health: <u>A New Lyft Feature Matches Women Riders To Drivers</u>
- HerCampus: <u>Lyft's New Women+ Connect Feature is Here to Make Your Rideshare Experience Feel Safer</u>
- Rideshare Guy: <u>Lyft's New Women+ Connect Feature Puts Drivers in Control</u>
- Entrepreneur Magazine: <u>Lyft Is Introducing a New Feature to Make Women Feel Safer Riding In and Driving Its Cars</u>
- Scary Mommy: <u>A New Lyft Feature Matches Women Riders To Women Drivers</u>
- Mashable: <u>New Lyft feature matches women and nonbinary drivers and riders</u>
- NY Daily News: <u>Lyft launches feature to make it easier for women, nonbinary riders to match with drivers of same gender</u>

**Launch Markets**
- **Chicago, IL**
  - **Chicago Tribune: <u>New ride-share feature to match women, nonbinary drivers and riders</u>**
  - **WGN Chicago: <u>Lyft rolling out feature matching women, nonbinary drivers and riders</u>**
  - **Crain's Chicago Business: <u>New Lyft safety feature will pair women riders with women drivers</u>**
- **Phoenix, AZ**
  - **ABC Phoenix: <u>Lyft launches program that connects drivers and riders of same gender</u>**
- **San Diego, CA**
  - **FOX San Diego: <u>Lyft rolling out feature matching women, nonbinary drivers and riders</u>**
- **San Francisco, CA**
  - **San Francisco Chronicle: <u>New Lyft safety feature allows women and nonbinary drivers to chose riders</u>**
  - **CBS San Francisco: <u>Lyft debuts feature for women, nonbinary drivers and riders to match with each other</u>**
  - **FOX San Francisco: <u>Lyft is rolling out a new feature matching women, nonbinary drivers and riders</u>**
  - **Telemundo: <u>9/12 Clip</u>**

On Tue, Sep 12, 2023 at 1:17 PM Camiel Irving <<u>camiel@uber.com</u>> wrote:
  Thank you Scott!

  This quick summary is very helpful, and I'll look forward to the detailed risk assessment.

CONFIDENTIAL

UBER_JCCP_MDL_003382220

As a heads up, I've added this as a deep dive topic for US&C MBR in a couple weeks. Would like to have updates from all relevant teams reflected in that touchpoint for Mac. Jenna is leading on content.

Let me know if that doesn't work for anyone.

On Tue, Sep 12, 2023 at 3:59 PM Scott Binnings <binnings@uber.com> wrote:
A/C PRIVILEGED

# REDACTED - PRIVILEGED

Thanks,
Scott

On Tue, Sep 12, 2023 at 8:35 AM Sachin Kansal <sachin.kansal@uber.com> wrote:

Thanks folks. I think our threads crossed. This is actually much closer to our product than I feared – which is a good thing. Jenna/Liza – it will be great to see those details – which can then help determine what it takes for us to launch something 'not worse' than Lyft and hopefully better.

I *think* their rider side is probably based on name based gender inference like ours. Whoever they determine to be female, they will present the preference to 'Count me in'. We have something similar but is positioned to self-attest that you are a female rider rather than express a preference for matching with women drivers.

Sachin.

**From:** Mike Akamine <mike.akamine@uber.com>
**Date:** Tuesday, September 12, 2023 at 8:10 AM
**To:** Liza Winship <liza@uber.com>
**Cc:** Andrew Hasbun <andrew.hasbun@uber.com>, Camiel Irving <camiel@uber.com>, Jenna Tonino <jenna.tonino@uber.com>, Scott Binnings <binnings@uber.com>, Sachin Kansal <sachin.kansal@uber.com>, Matt Kallman <kallman@uber.com>, Brooke Anderson

<brooke.anderson@uber.com>, Daniel Kolta <dkolta@uber.com>, Emilie Boman <eboman@uber.com>, Greg Brown <gbrown@uber.com>, Gus Fuldner <gus@uber.com>, Jennifer Handley <handley@uber.com>, Roger Kaiser <roger@uber.com>, Mariana Esteves <mariana.esteves@uber.com>, Srishti Bajaj <bajaj@uber.com>, Zach Singleton <zsingleton@uber.com>
**Subject:** Re: ACP - Lyft announcement heads up

+ Srishti, Mariana, and Zach who are drafting the mini-PRD


On Tue, Sep 12, 2023 at 6:52 AM Liza Winship <liza@uber.com> wrote:

Jenna is taking the lead on pulling together a full summary of what has been announced and how it compares to our global offerings, in addition to open questions about L's execution (i.e., how does Rider verification work, will gender be included on offer card (likely not)).


We will work folks on this thread and members of your teams to put together the assessment of the announcement, experience, and response.


On Tue, Sep 12, 2023 at 9:49 AM Andrew Hasbun <andrew.hasbun@uber.com> wrote:

One more point on legality...  the launch cities include many that we identified as high risk: **Chicago, Phoenix, San Diego, San Francisco, and San Jose**


On Tue, Sep 12, 2023 at 6:23 AM Camiel Irving <camiel@uber.com> wrote:

+Liza Winship +Jenna Tonino


Thanks Andrew!


In case folks haven't seen the coverage, here's the clip from the today show, NYT, and Lyft's blog.


Three important points I gathered from the coverage:

1.      The feature allows BOTH drivers and riders to express preference

2.      The preference enables prioritizations in matching, but isn't a guarantee. This is how they hedge on reliability. I also wonder if this could help with defensibility.

3.      The Today show coverage quotes Uber and Lyft's safety incidences for two year periods. While the periods aren't an exact match, the data suggests that Lyft's incident rate is *materially* worse than Uber's.

+Scott Binnings See the quote below, I'd love to understand if this execution changes the risk,


Women+ Connect puts women and nonbinary people in the driver's seat — literally — by letting them choose to match with *more* women and nonbinary riders. The feature offers the option to turn on a preference in the Lyft app to prioritize matches with other nearby women and nonbinary riders. If no women or nonbinary riders are nearby, drivers with the preference on will still be matched with men as Women+ Connect is a preference feature, not a guarantee.

On Mon, Sep 11, 2023 at 10:56 PM Andrew Hasbun <andrew.hasbun@uber.com> wrote:

A/C PRIVILEGED

Hi,

We are expecting the announcement from Lyft as soon as tomorrow.

You can see our proposed response HERE.  We plan to mention the future pilots of a WDP option (women riders choosing women drivers) in Latam that may launch in the next few weeks.  This will help us stay part of the conversation without having to make any spur of the moment commitments/decisions. We are a global company so it is very defensible for us to pilot a feature like this outside the US.

This is the current response based on what we know.  Once we see the details, we may have to adjust accordingly.

Scott/Jen/Daniel have all reviewed.

On Sun, Sep 10, 2023 at 2:03 PM Scott Binnings <binnings@uber.com> wrote:

# REDACTED - PRIVILEGED

If we need something sooner, we can make that work. We have a lot of prior analysis on the relevant issues and have started to pull together an assessment. We just may not have the benefit of an outside expert, which I'd certainly prefer to have here.

On Sun, Sep 10, 2023 at 1:37 PM Sachin Kansal <sachin.kansal@uber.com> wrote:

A/C PRIVILEGED

Adding @Mike Akamine so we can start a mini-PRD. Scott – what would be the timeframe for a legal assessment?

Sachin

---

**From:** Andrew Hasbun <andrew.hasbun@uber.com>
**Date:** Sunday, September 10, 2023 at 10:41 AM
**To:** Scott Binnings <binnings@uber.com>, Matt Kallman <kallman@uber.com>, Brooke Anderson <brooke.anderson@uber.com>
**Cc:** Camiel Irving <camiel@uber.com>, Sachin Kansal <sachin.kansal@uber.com>, Daniel Kolta <dkolta@uber.com>, Emilie Boman <eboman@uber.com>, Greg Brown <gbrown@uber.com>, Gus Fuldner <gus@uber.com>, Jennifer Handley <handley@uber.com>, Roger Kaiser <roger@uber.com>
**Subject:** Re: ACP - Lyft announcement heads up

+Matt Kallman +Brooke Anderson

For the media response, think we really have to see the details first.

We have done a lot for women on the platform and WRP in many countries is a great proof point which we can lean on in our response.  But allowing women riders to select women drivers would be a first for a major company, and we expect it will generate a lot of attention at a time when they are looking for wins.  This is also a frequently requested feature from consumers.

There have been a lot of small companies pop up catering to women riders/drivers and they get a lot of attention locally.  A national player will up the ante.

I don't think using a legal argument as cover for us not doing a women rider picking women driver feature will be a strong response given the amount of companies who are willing to take the risk, possibly including Lyft now.  And saying that supply issues would make for a bad rider experience could imply that Lyft is doing better keeping women drivers on their platform.

On the flip side, this could come off as a desperate attempt by Lyft to drum up business. And they may be making an empty promise (announcement with no timeline for launch, for example).

All this being said, we may need to make some in-the-moment decisions based on the reception they receive and we should all stay pretty close as this develops.

On Sun, Sep 10, 2023 at 9:12 AM Scott Binnings <binnings@uber.com> wrote:

> # REDACTED - PRIVILEGED

> On Sun, Sep 10, 2023 at 8:34 AM Camiel Irving <camiel@uber.com> wrote:
>
>> Thanks Sachin,
>>
>> I agree whole heartedly. In addition to the mini-PRD, I'd like to have a fresh look at the legal risk with the level of fidelity at which we evaluated WRP. Scott, can you take the lead on that?
>>
>> Andrew, do you have a POV on our initial media response to L's announcement?
>>
>>> On Sun, Sep 10, 2023 at 7:17 AM Sachin Kansal <sachin.kansal@uber.com> wrote:
>>>
>>> A/C PRIVILEGED
>>>
>>> Thanks Andrew for sharing. I think this is a very big deal, if it happens. Its interesting to know that this is a lower legal risk than the driver facing option, though I understand its still quite challenging. From a user perspective, I think this is a huge value add (from a women safety perspective), and they would definitely get uptake on this. Even if this means there is a longer wait or if its Reserve only (or Reserve led), it would still be a big value add. The % of women earners in the US definitely makes it a viable option. It can also create a flywheel effect, where more women may drive as they will have a higher chance of getting a woman rider.
>>>
>>> While we may not need to be a first mover here, I do think we should investigate this asap and write a mini-PRD. L would need to think about rider side verification – it will likely require a doc scan initially and selfie checks at requests, etc. We do have a lot of these underlying components already. If they do launch, I think we would want to follow quickly from our side.
>>>
>>> This may also be something they could enable for teens/kids i.e. allowing teens with DoB proof to request a female driver.
>>>
>>> Thoughts from others?

UBER_JCCP_MDL_003382225

-Sachin


**From:** Scott Binnings <binnings@uber.com>
**Date:** Friday, September 8, 2023 at 4:31 PM
**To:** Greg Brown <gbrown@uber.com>
**Cc:** Andrew Hasbun <andrew.hasbun@uber.com>, Camiel Irving <camiel@uber.com>, Gus Fuldner <gus@uber.com>, Roger Kaiser <roger@uber.com>, Sachin Kansal <sachin.kansal@uber.com>, Daniel Kolta <dkolta@uber.com>, Jennifer Handley <handley@uber.com>, Emilie Boman <eboman@uber.com>
**Subject:** Re: ACP - Lyft announcement heads up

# REDACTED - PRIVILEGED

On Fri, Sep 8, 2023 at 4:05 PM Scott Binnings <binnings@uber.com> wrote:

A/C PRIVILEGED


Hi all -


# REDACTED - PRIVILEGED

UBER_JCCP_MDL_003382226

# REDACTED - PRIVILEGED

Scott

On Fri, Sep 8, 2023 at 2:48 PM Greg Brown <gbrown@uber.com> wrote:
*Attorney-Client Privileged and Confidential*

Adding @Camiel Irving for visibility.

On Fri, Sep 8, 2023 at 5:38 PM Andrew Hasbun <andrew.hasbun@uber.com> wrote:
*Attorney-Client Privileged and Confidential*


Gus/Roger/Sachin,

We got a tip today that Lyft is planning to announce a *women driver preferred* option as soon as next week.  This would be women riders able to select women drivers.

This came to us from a reporter who was offered a meeting with Lyft's new female president next week in NYC.  Appears the new president is going on a media tour with female focused publications and one of those reporters told us about it.

We don't have a lot info, and these things could always change or have been miscommunicated to us.  But wanted to let this group know ASAP in case it is true and the announcement comes next week.

I'll be very curios to hear their legal arguments in support of this and have given Jen/Scott/Daniel a heads up as well.


--
Andrew Hasbun
Head of Safety Communications
andrew.hasbun@uber.com



--

**Greg Brown**
Director of Safety, US&C
gbrown@uber.com | +1 267-337-0556

--

Andrew Hasbun
Head of Safety Communications
andrew.hasbun@uber.com

--

Andrew Hasbun
Head of Safety Communications
andrew.hasbun@uber.com

--

Camiel Irving  *she/hers*

VP, RGM of US & Canada Mobility

camiel@uber.com | 202.300.6927



--

Andrew Hasbun
Head of Safety Communications
andrew.hasbun@uber.com



--

Camiel Irving *she/hers*
VP, RGM of US & Canada Mobility
camiel@uber.com | 202.300.6927



--

Andrew Hasbun
Head of Safety Communications
andrew.hasbun@uber.com



CONFIDENTIAL

UBER_JCCP_MDL_003382231

CONFIDENTIAL

UBER_JCCP_MDL_003382232