**Channel: dm-mike.akamine--gbrown**

**Channel Type: DM**

**Start Date: 2023-09-25 18:01:00 UTC  End date: 2023-09-25 19:57:10 UTC**

 **Mike Akamine** at 2023-09-25 18:01:00

Hey Greg - Sorry I was out last week on PTO and just getting back to this topic. Reading the deck on Women Rider Pref. The legal risk slides make sense to me but slide 10 feels like we're saying the product isn't needed and doesn't work. Any context on biz position?

deleted: 2023-12-24 18:29:35

 **Mike Akamine** at 2023-09-25 18:01:00

Hey Greg - Sorry I was out last week on PTO and just getting back to this topic. Reading the deck on Women Rider Pref. The legal risk slides make sense to me but slide 10 feels like we're saying the product isn't needed and doesn't work. Any context on biz position? https://docs.google.com/presentation/d/1C71eGph9qMzCQriaT5ktsMPXS6X7mDyiJ3xmpk67q4U/edit#slide=id.g1e809b4133f_8_136

**Greg Brown** at 2023-09-25 19:29:51

hey Mike - I hadnt seen this revamped slide until just now, so reading through it. the context I have on the business POV comes from Jenna last week, where she said, Camiel has limited appetite to fast follow Lyft. Her rec is to not launch, continue to execute on the US women earner roadmap, and keep monitoring Lyft / existing WRP for signal on 1) material impact (supply, consideration) 2) legal implications

deleted: 2023-12-25 19:47:56

 **Greg Brown** at 2023-09-25 19:29:51

hey Mike - I hadn't seen this revamped slide until just now, so reading through it. the context I have on the business' POV comes from Jenna last week, where she said, "Camiel has limited appetite to fast follow Lyft. Her rec is to not launch, continue to execute on the US women earner roadmap, and keep monitoring Lyft / existing WRP for signal on 1) material impact (supply, consideration) 2) legal implications

**Trial Exhibit No.**
**P-01484**

**Greg Brown** at 2023-09-25 19:31:52

I think it boils down to this not being a _proven_ supply lever, and even though Lyft made this move, viewing them as a bellwether seems to be her position

deleted: 2023-12-25 19:47:56

 **Greg Brown** at 2023-09-25 19:31:52

I think it boils down to this not being a *proven* supply lever, and even though Lyft made this move, viewing them as a bellwether seems to be her position

**Greg Brown** at 2023-09-25 19:32:07

I think policy and comms are going to push back vehemently

deleted: 2023-12-25 19:47:56

 **Greg Brown** at 2023-09-25 19:32:07

I think policy and comms are going to push back vehemently

**Greg Brown** at 2023-09-25 19:32:27

I am a bit more neutral personally, but I would obviously support proceeding from a safety perspective

deleted: 2023-12-25 19:47:56

 **Greg Brown** at 2023-09-25 19:32:27

I am a bit more neutral personally, but I would obviously support proceeding from a safety perspective

 **Mike Akamine** at 2023-09-25 19:54:50

Got it. OK makes sense. No proven marketplace impact vs legal risk feels like a reasonable decision to make. I think it make intuitive sense that higher % of women rider trips should produce lower incident rate as least for SA/SM, but understand it's not just a safety dimension.

deleted: 2023-12-25 19:47:56



**Mike Akamine** at 2023-09-25 19:54:50

Got it. OK makes sense. No proven marketplace impact vs legal risk feels like a reasonable decision to make. I think it make intuitive sense that higher % of women rider trips should produce lower incident rate as least for SA/SM, but understand it's not just a safety dimension.

**Greg Brown** at 2023-09-25 19:57:10

yeah for sure. I mean from my personal perspective, giving women the tools to manage their own risk seems like a positive thing to be adding to the marketplace, but it doesnt come without potential downside cost

deleted: 2023-12-25 19:47:56



**Greg Brown** at 2023-09-25 19:57:10

yeah for sure. I mean from my personal perspective, giving women the tools to manage their own risk seems like a positive thing to be adding to the marketplace, but it doesn't come without potential downside cost

UBER_JCCP_MDL_001683398