## UBER_JCCP_MDL_003045480

## Metadata

| | | |
|---|---|---|
| **#Author** | mariana.esteves@uber.com | SEMANTIC |
| **#Date Modified** | 08/16/2024 | SEMANTIC |
| **#DateCreated** | 05/15/2024 | SEMANTIC |
| **#Title** | [ACP] Women Preferences (ELT discussion) | SEMANTIC |
| **Account** | mike.akamine@uber.com; | |
| **All Custodians** | Akamine, Mike;Anderson, Brooke;Brown, Greg;Chang, Frank;Fuldner, Gus;Hasbun, Andrew;Kaiser, Roger;Kansal, Sachin;Khosrowshahi, Dara;McDonald, Katy; | SEMANTIC |
| **All Paths** | Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_10.zip; Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_10.zip; Anderson, Brooke: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_10.zip; Brown, Greg: \REFRESH_Drive_Set3\REFRESH_Drive_Set3___13.zip; Brown, Greg: \REFRESH_Drive_Set3\REFRESH_Drive_Set3___13.zip; Chang, Frank: \REFRESH_Drive_Set4\REFRESH_Drive_Set4__17.zip; Chang, Frank: \REFRESH_Drive_Set4\REFRESH_Drive_Set4__17.zip; Fuldner, Gus: \REFRESH_Drive_Set8\REFRESH_Drive_Set8_46.zip; Fuldner, Gus: \REFRESH_Drive_Set8\REFRESH_Drive_Set8_46.zip; Hasbun, Andrew: \REFRESH_Drive_Set11\REFRESH_Drive_Set11_3.zip; Hasbun, Andrew: \REFRESH_Drive_Set11\REFRESH_Drive_Set11_3.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_19.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_19.zip; Kansal, Sachin: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_19.zip; Kansal, Sachin: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_19.zip; Khosrowshahi, Dara: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_10.zip; Khosrowshahi, Dara: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_10.zip; McDonald, Katy: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_18.zip; McDonald, Katy: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_18.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003045480 | SEMANTIC |
| **Collaborators** | bajaj@uber.com; anoosha@uber.com; natalia.galvez@uber.com; ccazes@uber.com; xindeling@uber.com; bick@uber.com; sachin.kansal@uber.com; \REFRESH_JC christian.lacerda@uber.com; loren@uber.com; rhaimovici@uber.com; frank@uber.com; nilles@uber.com; eboman@uber.com; alessandro.arajo@uber.com; brooke.anderson@uber.com; gus@uber.com; dk@uber.com; yasi@uber.com; alavin@uber.com; binnings@uber.com; yin.zhang@uber.com; apetrides@uber.com; saakshig@uber.com; camiel@uber.com; kallman@uber.com; mac@uber.com; baylin@uber.com; bradyk@uber.com; liza@uber.com; spectoro@uber.com; andrew.hasbun@uber.com; lizzie.ross@uber.com; jlberg@uber.com; maiolino@uber.com; cammie@uber.com; colin.lynch@uber.com; james.stewart@uber.com; handley@uber.com; shappo@uber.com; joann@uber.com; kmcdonald@uber.com; kwaitzman@uber.com; ec@uber.com; lucyr@uber.com; jlunsford@uber.com; sunny.wong@uber.com; lapray@uber.com; rebecca.payne@uber.com; gbrown@uber.com; shoffp@uber.com; jonathan.wang@uber.com; kaiser@uber.com; blinick@uber.com; nitib@uber.com; zasgari@uber.com; rafaelp@uber.com; millerd@uber.com; cgreaves@uber.com; mike.akamine@uber.com; twest@uber.com; varunh@uber.com; jianjin.wang@uber.com; dkolta@uber.com; uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 05/15/2024 5:22 pm | SEMANTIC |
| **Date Modified** | 08/16/2024 7:46 pm | SEMANTIC |
| **DocID** | 1JBSoyR7GnH8Gj8kPHygDkWTkeKHW5QAkaIPBGfcigP0 | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003045547 | SEMANTIC |
| **File Path** | \REFRESH_Drive_Set1\REFRESH_Drive_Set1_10.zip | SEMANTIC |
| **File Size** | 58894727 | SEMANTIC |
| **Filename** | -ACP- Women Preferences (ELT discussion)_1JBSoyR7GnH8Gj8kPHygDkWTkeKHW5QAkaIPBGfcigP0.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | |
| **e** | | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_003045480;UBER_JCCP_MDL_003045481;UBER_JCCP_MDL_003045482;UBER_JCCP_MDL_003045483;UBER_JCCP_MDL_003045484;UBER_JCCP_MDL_003045485;UBER_JCCP_MDL_003045486;UBER_JCCP_MDL_003045487;UBER_JCCP_MDL_003045488;UBER_JCCP_MDL_003045489;UBER_JCCP_MDL_003045490;UBER_JCCP_MDL_003045491;UBER_JCCP_MDL_003045492;UBER_JCCP_MDL_003045493;UBER_JCCP_MDL_003045494;UBER_JCCP_MDL_003045495;UBER_JCCP_MDL_003045496;UBER_JCCP_MDL_003045497;UBER_JCCP_MDL_003045498;UBER_JCCP_MDL_003045499;UBER_JCCP_MDL_003045500;UBER_JCCP_MDL_003045501;UBER_JCCP_MDL_003045502;UBER_JCCP_MDL_0030455 | SEMANTIC |

Trial Exhibit No.
**P-01486**

| | 03;UBER_JCCP_MDL_003045504;UBER_JCCP_MDL_003045505;UBER_JCCP_MDL_003045506;UBER_JCCP_MDL_003045507;UBER_JCCP_MDL_003045508;UBER_JCCP_MDL_003045509;UBER_JCCP_MDL_003045510;UBER_JCCP_MDL_003045511;UBER_JCCP_MDL_003045512;UBER_JCCP_MDL_003045513;UBER_JCCP_MDL_003045514;UBER_JCCP_MDL_003045515;UBER_JCCP_MDL_003045516;UBER_JCCP_MDL_003045517;UBER_JCCP_MDL_003045518;UBER_JCCP_MDL_003045519;UBER_JCCP_MDL_003045520;UBER_JCCP_MDL_003045521;UBER_JCCP_MDL_003045522;UBER_JCCP_MDL_003045523;UBER_JCCP_MDL_003045524;UBER_JCCP_MDL_003045525;UBER_JCCP_MDL_003045526;UBER_JCCP_MDL_003045527;UBER_JCCP_MDL_003045528;UBER_JCCP_MDL_003045529;UBER_JCCP_MDL_003045530;UBER_JCCP_MDL_003045531;UBER_JCCP_MDL_003045532;UBER_JCCP_MDL_003045533;UBER_JCCP_MDL_003045534;UBER_JCCP_MDL_003045535;UBER_JCCP_MDL_003045536;UBER_JCCP_MDL_003045537;UBER_JCCP_MDL_003045538;UBER_JCCP_MDL_003045539;UBER_JCCP_MDL_003045540;UBER_JCCP_MDL_003045541;UBER_JCCP_MDL_003045542;UBER_JCCP_MDL_003045543;UBER_JCCP_MDL_003045544;UBER_JCCP_MDL_003045545;UBER_JCCP_MDL_003045546;UBER_JCCP_MDL_003045547 | |
| **ILS Document Date** | 08/16/2024 | SEMANTIC |
| **ILS Prod Date** | 02/24/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL101 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_003052557; UBER_JCCP_MDL_003054462; UBER_JCCP_MDL_003168977; UBER_JCCP_MDL_003168985; UBER_JCCP_MDL_003168989; UBER_JCCP_MDL_003169578; UBER_JCCP_MDL_003169579; UBER_JCCP_MDL_003187525; UBER_JCCP_MDL_003187530; UBER_JCCP_MDL_003278958; UBER_JCCP_MDL_003278960; UBER_JCCP_MDL_003278961; UBER_JCCP_MDL_003278963; UBER_JCCP_MDL_003281878; UBER_JCCP_MDL_003287582; UBER_JCCP_MDL_003287584; UBER_JCCP_MDL_003287612; UBER_JCCP_MDL_003288954; UBER_JCCP_MDL_003288956; UBER_JCCP_MDL_003288957; UBER_JCCP_MDL_003323524; UBER_JCCP_MDL_003323539; UBER_JCCP_MDL_003324730; UBER_JCCP_MDL_003560101; UBER_JCCP_MDL_003562161; UBER_JCCP_MDL_003562166; UBER_JCCP_MDL_003562185; UBER_JCCP_MDL_003562187; UBER_JCCP_MDL_003562188; UBER_JCCP_MDL_003562189; UBER_JCCP_MDL_003562193; UBER_JCCP_MDL_003562211; UBER_JCCP_MDL_003562213; UBER_JCCP_MDL_003562409; UBER_JCCP_MDL_003580720; UBER_JCCP_MDL_003580725; UBER_JCCP_MDL_003580728; UBER_JCCP_MDL_003580732; UBER_JCCP_MDL_003580733; UBER_JCCP_MDL_003580735; UBER_JCCP_MDL_003580736; UBER_JCCP_MDL_003580737; UBER_JCCP_MDL_003580738; UBER_JCCP_MDL_003580739; UBER_JCCP_MDL_003580741; UBER_JCCP_MDL_003580742; UBER_JCCP_MDL_003580744; UBER_JCCP_MDL_003580745; UBER_JCCP_MDL_003580746; UBER_JCCP_MDL_003580758; UBER_JCCP_MDL_003651190; UBER_JCCP_MDL_003651206; UBER_JCCP_MDL_003651211; UBER_JCCP_MDL_003654225; UBER_JCCP_MDL_003654241; UBER_JCCP_MDL_003654255; UBER_JCCP_MDL_003655797; UBER_JCCP_MDL_003655798 | SEMANTIC |
| **Other Custodians** | Akamine, Mike;Brown, Greg;Fuldner, Gus;Kaiser, Roger;Khosrowshahi, Dara;McDonald, Katy;Anderson, Brooke;Chang, Frank;Hasbun, Andrew;Kansal, Sachin; | SEMANTIC |
| **Primary Date** | 05/15/2024 5:22 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL101; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 08/16/2024 7:46 pm | SEMANTIC |
| **SourceHash** | 4b9e32ce81abecb8c74a40370c67dd27 | SEMANTIC |



# Women Preferences
## June 20, 2024



A/C Privileged
CONFIDENTIAL

P-01486.00003

UBER_JCCP_MDL_003045480

# Story on a slide

➔ Women's Safety sentiment in ridesharing is still a big challenge

➔ Ask for woman-woman matching has remained consistent and loud over the years

➔ We decided to not launch driver-facing feature in the US, due to legal concerns

➔ Lyft launched both a rider and driver facing feature: while incomplete, it has generated positive reception and no legal challenges so far

➔ Updated Legal and Policy analysis

➔ Today we would like to discuss:
   ◆ Driver-side product approaches
   ◆ Rider-side product approaches
   ◆ **Approval for a US pilot**

2

## Slide 2 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

# Story on a slide

➔ Women's Safety sentiment in ridesharing is still a big challenge

➔ Ask for woman-woman matching has remained consistent and loud over the years

➔ We decided to not launch driver-facing feature in the US, due to legal concerns

➔ Lyft launched both a rider and driver facing feature: while incomplete, it has generated positive reception and no legal challenges so far

➔ Updated Legal and Policy analysis

➔ Today we would like to discuss:
  ◆ Driver-side product approaches
  ◆ Rider-side product approaches
  ◆ **Approval for a US pilot**

3

UBER_JCCP_MDL_003045483

P-01486.00006

## Slide 3 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

# Driver options

CONFIDENTIAL

UBER_JCCP_MDL_003045485

P-01486.00008

A/C Privileged & Confidential

**Driver experience**

# We recommend launching the <u>Hard filter</u> for the pilot





## Hard filter

1

**Existing Product:** Have built this tech already and launched

**Safety:** High impact - drivers asking for a 'guaranteed' match

**Marketplace:** Low impact as 50% riders are women

**Earnings:** Possibly lower earnings but we will be transparent

**Lyft:** Differentiated from Lyft

## Soft filter

**Marketplace:** Impact would depend on how much we want to uprank women supply plans

- More marketplace flexibility from Uber's perspective
- Higher opt-in and 'constant' MP boosting could be challenging

✕ **Safety:** Lower impact - no guarantee of a match

✕ **Lyft:** Similar to Lyft

5

CONFIDENTIAL

UBER_JCCP_MDL_003045486

P-01486.00009

## Slide 5 Comments

1      This feels soft.  Earnings impact is large without boosting.  We know this # from brazil
       *Gus Fuldner,  6/20/2024 09:22 PM*

A/C Privileged & Confidential

**Driver experience**

# Ideas to make Hard filter and Soft filter a better experience

 







**Hard filter** **Soft filter**

**Hard filter** **Soft filter**

**Hard filter**

**All options combined**

Show **tags on offers** and **enroute** screen that match their preference

Signal WRP offer on the Trip Radar and include trips that are **out of preferences**

Prompt drivers if they have **waited for > 10 mins**

Give drivers the option to choose between hard/soft/ no filter - calling out the **earnings tradeoffs**

6

P-01486.00011

A/C Privileged & Confidential

# For drivers, Hard filter directly addresses safety concerns, turned on when needed. Soft filter has perceived lower impact on earnings.

**Lyft drivers | Unmet user need lies in offering both soft filters and hard filters**



*Question : "Choose the option you would prefer to use"*

**Drivers felt that a hard filter provided more safety guarantees use without the ambiguity of the soft filter**

**17%** would have it most of the times.

**80%** drivers would turn the feature on when needed

**Soft filter would be used more often due to Earnings sensitivity**

**40%** drivers would have soft filter on all the time

**60%** would turn it on/off

Surveyed Lyft Woman Driver
- *"It's a must have! Men riders are 80% of the time asking for a number or giving me inappropriate comments and **that's why I do mostly Uber eats and do riders with Lyft**"*

Surveyed Uber Woman Driver
- *"Sometimes it's a recent passenger. Sometimes it's all in my head. But the **option to just pick up women would be great. I could just turn it on and off."***
- *"It makes me feel safer as a driver and my female riders feel safer. **I could drive at night if I was guaranteed female riders**"*
- *"We should **have had this option years ago** to keep our women safe. As a female driver who has been affected by unwanted male attention I applaud you looking into this.!"*

7

CONFIDENTIAL

UBER_JCCP_MDL_003045489

A/C Privileged & Confidential

# Rider options

CONFIDENTIAL

UBER_JCCP_MDL_003045490

P-01486.00013

**Rider experience**

# An ideal solution offers options for all scenarios

**1. On-demand hard filter:**
Find a woman driver now

**2. Reserve:**
Book a women driver trip for later

**3. Soft filter:**
Increase chances of matching with a woman driver



Home



Option 1: Extra wait time and <u>no extra fee</u>

Option 2: Extra wait time and <u>extra fee</u>



First time education



Settings page

Only **launched where supply is favorable**. Confirm extra wait time and possible additional Fee.

Reserve option **can be always available**, allowing rider to book up to 30 mins in advance. Same pricing as reserve.

Preference setting that can be always on. **Uprank women supply plans** in existing matching logic.

9

A/C Privileged & Confidential

**Rider experience** (Hard filter) On-demand walkthrough

| Entry point | Success match | Fallback scenarios | Driver UX |
|---|---|---|---|









**Option 1:** Product selector with Woman driver only filter

**Option 2:** Product selector with a separate VVID

Up-ranking women drivers in regular supply plans

**Scenario 1:** Confirm extra wait time

**Scenario 2:** Confirm extra wait and extra fee

**Uber by Women** + added P2 earnings tags

10

A/C Privileged & Confidential



Rider experience

# (Reserve) High success rate but costs more with a higher ETA

| Entry points | Booking flow |
|---|---|

      

Option 1: Reserve traditional entry points

Option 2: Reserve entry through on-demand flow

First-time education

Date/time picker

Woman driver only toggle for Reserve

Get fallback preference

11

UBER_JCCP_MDL_003045493

A/C Privileged & Confidential

**Rider experience**

# (Soft filter) On-demand walkthrough

| Settings - Turn on WDP for selected trips | Booking flow |
|---|---|



Toggle on/off WDP



Product Selector



"Searching for women drivers nearby"



Success Match:
Up-ranking women drivers in regular supply plans

12

A/C Privileged & Confidential



# (Reserve) High success rate but costs more with a higher ETA

| Entry points | Booking flow |
|---|---|

     

Option 1: Reserve traditional entry points

Option 2: Reserve entry through on-demand flow

First-time education

Date/time picker

Get fallback preference

13

A/C Privileged & Confidential

# Rider UXR | Hard filter vs Soft filter

**Lyft riders | Unmet user need lies in offering both soft filters and hard filters**



**For riders, <u>hard filter</u> addresses the safety concern around interactions with male drivers**

**Late night (87%), dark evenings (74%), unknown areas (72%)** are the most common use cases for hard filter

**72%** riders are willing to wait extra minutes for a woman driver match

**52%** rider are willing to pay more for a guaranteed woman driver

**Uber Teens:** Parents are willing to wait and pay more for their teenage daughters to have women drivers.

**For riders, <u>soft filter</u> would be always "on"; expectation of increased matching is > 1 in 3 trips**

It is seen as an improvement on current matching, no expected additional wait time or fee

When riders are more concerned about their surroundings they want fast matching, they don't want to wait for a woman.

**Lyft Rider, US - Reddit**
- *"Ever since I had a male driver tell me "I knew you'd be hot from your picture but wow, you look even better in person, I have **wanted a female-only option.**"*

**Surveyed Lyft Woman Rider**
- *"I was assaulted by a male driver,  I can't be guaranteed a female or nonbinary driver,  so **I don't use this service anymore."***
- *"I have **only used Lyft when I've been by myself** since they have released their feature."*

**Surveyed Uber Woman Rider**

14

UBER_JCCP_MDL_003045496

P-01486.00019

# Recommendation

CONFIDENTIAL

UBER_JCCP_MDL_003045497

P-01486.00020

# We recommend piloting Hard filter for drivers and Hard+Soft+Reserve for riders

For drivers, we recommend going for an improved and differentiated product from Lyft

**Rationale**

➔ Given it is a pilot, we could have a more bold safety-forward product. If it does not work out, we could adjust it to a soft filter.

➔ Addresses core drivers safety concerns.

➔ Lower marketplace impact vs soft filter.

➔ Lower time to market (already built)

For riders, we need to be mindful of women drivers supply levels

## US Cities by Women Demand/Supply Ratio

| Group 1 cities 50% of US trips | Group 2 cities 35% of US trips | Group 3 cities 15% of US trips |
|---|---|---|
| Supply is favorable | Supply is lower | Supply is unfavorable |
| Atlanta, Houston, Phoenix, Dallas, LV, Miami | San Francisco, Boston, Philadelphia, Seattle, DC | NYC + long tail cities |

| Product Viability | Group 1 cities | Group 2 cities | Group 3 cities |
|---|---|---|---|
| On-demand hard filter | Yes | Probably yes | Probably No |
| Reserve hard filter | Yes | Yes | Yes |
| Soft filter | Yes | Yes | Yes |

16

P-01486.00021

UBER_JCCP_MDL_003045498

A/C Privileged & Confidential

# Pilot plan | Start with cities that optimize for Legal & Policy, and with good women driver supply

**Phase 1** - **Hard filter** for **drivers** only

- **Goal:** Measure marketplace impact of driver hard filter only

- **Cities**: few treatment cities + comparable cities for synthetic control

**Phase 2** - **Hard filer** for **drivers**; **Hard+ Soft+Reserve** for riders

- **Goal:** Strong launch from safety perspective as well as measure overall marketplace impact of all products together

- **Cities**: Few cities with high women driver supply + comparable cities for synthetic control

**Questions to be answered**

- **User experience and marketplace impact**
  ETA, C/R, Driver AR and Rider CR, VC margins

- Test the product perception and Safety sentiment impact.

- Test reception regarding gender inclusivity policies.

- Test the waters on Policy and Legal risk.

Attorney Client Privileged and Confidential

17

P-01486.00022

UBER_JCCP_MDL_003045499

**Slide 17 Notes**

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

# Next steps

A/C Privileged & Confidential

01 **Product development**

- Define user flows & requirements
- User test on product flows
- Start building

02 **Get alignment on marketplace/matching approach**

03 **Gender identification for product access**

04 **Build comms / policy strategy**

18

P-01486.00024

UBER_JCCP_MDL_003045501

# June 11th slides

CONFIDENTIAL

P-01486.00025

UBER_JCCP_MDL_003045502

A/C Privileged & Confidential

# Story on a Slide

➔ Women Safety sentiment in ridesharing still a big challenge

➔ Ask for woman-woman matching has remained consistent and loud over the years

➔ We decided to not launch driver-facing feature in the US, due to legal concerns

➔ Lyft launched both a rider and driver facing feature: while incomplete, it has generated positive reception and no legal challenges so far

➔ Today we would like to discuss:
  ◆ Updated legal and policy analysis
  ◆ Multiple product approaches
  ◆ **Ask for approval for a US pilot**

20

Slide 20 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

A/C Privileged & Confidential

**Agenda**

# **01** Women's Safety Challenges
# **02** What Lyft and competitors are doing
# **03** What we learned from User Insights
# **04** Risks
# **05** Pilot Proposal for discussion & next steps

21



We launched multiple safety features over the years

A/C Privileged & Confidential

Slide 22 Notes

Changes still to be made
- Himer to animate as P2

UBER_JCCP_MDL_003045507

P-01486.00030

A/C Privileged & Confidential

# Despite significant efforts, women safety user sentiment remains a challenge

**Current Drivers, US**

*"He said; 'Do you want to have sex with me?' And I said 'No, I don't want to have sex with you.' Luckily, he got out of my car and I didn't have any issues, but **what if he had not taken no for an answer?'"***

***"Driving at night in bad neighborhoods is scary** in itself then **picking up a man** and being a woman driver **is even scarier"***

**Current Riders, US**

*"The number of probing questions I have gotten as a woman by men often makes me **not want to set my home as a destination**. Instead I **often set a place nearby**, just in case."*

*"I'm much more hypersensitive of who my driver is. **My gut instinct is like, 'I hope that he's actually taking me where he says he's taking me.'"***

User Research 2022

23

Slide 23 Notes

https://www.tiktok.com/@legendhouck/video/7179830794192571694?_r=1&_t=8n5wPdTYr8x

UBER_JCCP_MDL_003045509

P-01486.00032

A/C Privileged & Confidential

# Despite significant efforts, women safety user sentiment remains a challenge

# …As a result, women are taking safety into their own hands

**Current Drivers, US**

*"He said; 'Do you want to have sex with me?' And I said 'No, I don't want to have sex with you.' Luckily, he got out of my car and I didn't have any issues, but* **what if he had not taken no for an answer?'"**

**"Driving at night in bad neighborhoods is scary** *in itself then* **picking up a man and being a woman driver is even scarier"**

**Current Riders, US**

*"The number of probing questions I have gotten as a woman by men often makes me* **not want to set my home as a destination**. *Instead I* **often set a place nearby**, *just in case."*

*"I'm much more hypersensitive of who my driver is.* **My gut instinct is like, 'I hope that he's actually taking me where he says he's taking me.'"**

Woman Leaving "Hair and Fingerprints" in every Uber trend sparks Safety Debate



Users have created fake phone calls to help women in sketchy Ubers



User Research 2022

24

P-01486.00033

UBER_JCCP_MDL_003045510

Slide 24 Notes

https://www.tiktok.com/@legendhouck/video/7179830794192571694?_r=1&_t=8n5wPdTYr8x

CONFIDENTIAL

UBER_JCCP_MDL_003045511

A/C Privileged & Confidential

# Interactions with Rider / Drivers continues to be a key concern on women's minds

## Prospective Women Drivers Concerns

For prospective Women Drivers (US), 4 out of 5 top concerns are related to riders, in particular being sexually/physically harassed

| Q. When driving with ridesharing services, how concerned are you/ would you be about the following? | Women | Delta vs men 95% conf |
|---|---|---|
| Riders not being thoroughly verified | 80% | |
| Being sexually assaulted | 75% | +43pp |
| The rider making me feel unsafe | 74% | +17pp |
| Being physically assaulted or threatened | 73% | +19pp |
| Being sexually harassed | 72% | +43pp |
| Experiencing a theft or robbery | 71% | |
| Lack of support from ridesharing service | 67% | |
| Being verbally harassed | 64% | +19pp |

User Research 2022

## Women Riders Concerns

Women Riders are more likely than men to be concerned about driver's behavior, in particular being sexually/physically harassed

| Q. When taking a trip with Uber, how concerned are you about the following? | Women n=7104 | Delta vs men 95% conf |
|---|---|---|
| Discomfort from behavior of the driver | 53% | +5pp |
| Lack of support from ride sharing platforms | 52% | |
| Drivers driving dangerously | 50% | |
| Being sexually harassed | 50% | +20pp |
| Insufficiently screened or dangerous drivers | 43% | +4pp |
| Being physically assaulted | 43% | +10pp |
| Getting into a car accident | 42% | |
| Being verbally harassed | 41% | +9pp |

CONFIDENTIAL

UBER_JCCP_MDL_003045512

P-01486.00035

A/C Privileged & Confidential

# Nearly all Riders and Drivers we spoke with strongly desire a women-only feature.

**90% of Women** Riders and Drivers said they want a feature that allows them to select or prefer a woman match

**85%** agree that the feature has the potential to make them **feel safer using rideshare** and signal that a company is **committed to safety**

User Research April 2024



I would **feel so much safer**, I would do more rides I would be able to **drive all night.**

Woman Driver, US

It would **make me feel better** especially when it comes to **sexual harassment**

Prospective Woman Driver, US

If it was late at night, I felt a little scared, I live at home alone**... it would make me feel safer to have a woman take me home,** I would like that option.

Current Rider, US

Ever since I had a male driver tell me "I knew you'd be hot from your picture but wow, you look even better in person, **I have wanted a female-only option.**

26

A/C Privileged & Confidential

# Uber Internal anecdotes

*"I won't do employee driving as a woman, I would if I could only drive women"*
Uber Employee, Safety Ops

*"My sister just told me she is now using Lyft because of the new Women Preference"*
Niti, Earner Product

*"I would want a woman driver for my teenage daughter to use Uber Teens"*
Multiple Parents, during PTA convention in California.

27

A/C Privileged & Confidential

# Safety incident rates are higher on trips where women are paired with men. Women are more likely to be the victim.

**Serious Sexual Assault women reports are ~4x higher\* when matched with men**
Women reported Serious Sexual Assault Incident Rate (L12M - US only)

**Women are 81%** of the victims of Critical Sexual Assaults at Uber
Critical SA Victims split by gender (2019-20 US only\*)





15.0%

81.0%

- Women
- Men
- Unkown

\*Observational analysis without controlling for covariates. It is not possible to guarantee causality and the effect mentioned

\*2019-20 US Safety Report

28

UBER_JCCP_MDL_003045515

P-01486.00038

## Slide 28 Notes

Stat source: RAINN: https://rainn.org/statistics/scope-problem

CONFIDENTIAL

A/C Privileged & Confidential

**Agenda**

**01** Women's Safety Challenges
**02** What Lyft and competitors are doing
**03** What we learned from User Insights
**04** Risks
**05** Pilot Proposal for discussion & next steps

29

P-01486.00040

A/C Privileged & Confidential

# Since Uber entered this problem space back in 2018, all the biggest competitors in each  mega-region have made a move into this space

**Hard Filter - Drivers**
Latam, CAN, AUS, IN, EMEA





**Hard Filter - Drivers**
Latam, AUS



**Hard Filter - Riders & Drivers**
Poland, Romania, SA*



**Soft Preference - Drivers and Riders**
Live in the US



Uber



CONFIDENTIAL

P-01486.00041

UBER_JCCP_MDL_003045518

A/C Privileged & Confidential

# Lyft | Women + Connect consists of a Soft Preference. Is default ON for new Riders; needs to be toggled on for Drivers.

**Rider-facing feature**

**Driver-facing feature**





| Signup Flow | Women + Connect | Booking Flow |
|---|---|---|
| Gender gets collected at account creation flow as a **mandatory step for new users** | **Default ON** for new Women and NB Riders. Gender can be changed in settings | No change, no mention to Women or higher ETAs |

Preference needs to be manually turned on, and will keep on until toggled off, gender inferred from license

31

A/C Privileged & Confidential

# Lyft | Reception has been positive, with some raising concerns with gender discrimination or trans inclusion

**High amount of media coverage**
Including Today Show,, with 33% of online mentions occurring on news & media sites

**Positive sentiment, with some reservations**
Women expressed enthusiasm, though some raised concerns with the lack of gender verification controls. Other detractors viewed it as discriminatory or paternalistic.

**Backlash over trans/non-binary driver campaign**
Negative backlash when Lyft partnered with trans/non-binary driver for a social campaign



*Today Show*

*Nytimes*
New Lyft Feature Allows Women to Match Rides With Other Women
The company said it hoped to improve safety and encourage more female drivers.

*Forbes*
Lyft Expands Feature That Pairs Women And Non-Binary Riders And Drivers



*Women's Social Media reaction was positive*



*Backlash over trans-woman partnership*

32

UBER_JCCP_MDL_003045520

A/C Privileged & Confidential

# Lyft | On Earnings calls and CEO Letter, Lyft is anchoring on the benefit for Earners rather than Riders

**Q1 2024 Earning Call & CEO Letter**

- **24% of new driver applicants are women**, higher than in the past;

- Women and non-binary driver **activations increased by ~ 24%** ;

- **20K new Women+ Connect drivers** just in the last couple of months.;

- One of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft.

- Almost **50% of eligible drivers** and **"majority" of eligible riders** are opted in.

- **8%** of drivers that tried the feature opted-out ; **0.2%** of riders did the same.

Source links: CEO Letter ; Earning Call Transcript



33

A/C Privileged & Confidential

# Lyft Users | Sentiment is positive, however awareness & usage are relatively low, which can indicate a lower perceived impact.

**Lyft's User Positive Perception**
Positive Perception is higher amongst Riders



**Awareness & Usage is relative low, which can indicate lower perceived impact**



Methodology: 600 Women Lyft Drivers & 600 Lyft Women Riders survey responses. All declared they do *not use* Uber (Including dual app).

CONFIDENTIAL

UBER_JCCP_MDL_003045522

P-01486.00045

A/C Privileged & Confidential

# Lyft Users | There is still unmet need in getting a guarantee woman match. Users are willing to use Uber if options are available.

**Unmet user need lies in offering both soft filters and hard filters**



*"I was  assaulted by a male driver,  I can't be guaranteed a female or nonbinary driver,  so I don't use this service anymore." - Surveyed Lyft Woman Rider*

**Over 60% users would be willing to use Uber if we had this feature**

Would you use Uber if it offered a Women Matching preference?



*"I use Lyft solely for this purpose, I feel safer knowing my driver is a woman.  If Uber does this as well I would choose that option when using an Uber, I use Lyft because they have that option and Uber does not" - Surveyed Lyft Woman Rider*

Methodology: 600 Women Lyft Drivers & 600 Lyft Women Riders survey responses. All declared they do _not use_ Uber (Including dual app).

35

A/C Privileged & Confidential

**Agenda**

**01** Women's Safety Challenges
**02** What Lyft and competitors are doing
**03** What we learned from User Insights
**04** Risks
**05** Pilot Proposal for discussion & next steps

36

UBER_JCCP_MDL_003045524

P-01486.00047

A/C Privileged & Confidential

# There are multiple ways to approach it on rider side

|  | Soft Preference | Hard Filter On-demand | Hard Filter through Reserve |
|---|---|---|---|
| **How it works** | Try to match women with other women when "possible"; if not, match with any gender. | Will force a guaranteed match or provide other options | Get a guarantee match, by booking in advance and paying the Reserve fee. |
| **Pros** | ☑ Lower ETA impact (TBD)<br>☑ Same price<br>☑ Scalable (launch broadly) | ☑ Safety<br>☑ Clear user ask<br>☑ Comms Impact | ☑ Safety<br>☑ Comms Impact<br>☑ Scalable (launch broadly) |
| **Cons** | ▢ Safety<br>▢ Same as Lyft | ▢ Higher ETA; lower C/R<br>▢ Pricing ?<br>▢ Scalability (not everywhere) | ▢ Price: Expensive option<br>▢ ETA: Not on-demand |

37

# On-Demand Hard Filter | Only available in cities where supply is favorable.

**Select Women Driver**



**Success Match by up-ranking Women Drivers in regular Supply Plans**





**If drivers are outside of the supply plans or they don't accept a trip, give option to wait more, or wait & pay more**





**Option 1**
Confirm extra wait time

**Option 2**
Confirm extra Fee

CONFIDENTIAL

P-01486.00049

UBER_JCCP_MDL_003045526

# Reserve Hard Filter and Soft Preference | Available for all cities & across times

A/C Privileged & Confidential

**Reserve Hard-filter |** Reserve can be always available, allowing to book up to 30-45 min in advance. Same Reserve pricing.

**Soft Preference |** Preference setting that can be always on. Uprank women driver supply plans in existing matching logic.

Entrypoint in Product Selector to capture user intent

User Ride Preferences





39

P-01486.00050

UBER_JCCP_MDL_003045527

A/C Privileged & Confidential

User Research Insights - Women Riders
US

# For Riders, Hard filter addresses the Safety Concern around interactions with male drivers

**Late nights, dark evenings & unknown areas**

Late Night (87%),

Dark Evenings (74%)

Unknown areas (72%)

Weekend Trips (37%)

Airport (36%)

**Most riders (72%) are willing to wait extra minutes for a Woman Driver Match**

How much more are you willing to wait for a Woman Driver Match?



**Fewer riders (52%) are willing to pay more for a guaranteed Woman Driver, with lower price elasticity**

How much more are you willing to pay for a Woman Driver Match?



Uber | User Research Insights Research: 1720 Uber Riders survey / 1780 Uber Drivers survey, 116 interviews and usability tests

40
40

CONFIDENTIAL                                                                                    UBER_JCCP_MDL_003045528

P-01486.00051

A/C Privileged & Confidential

User Research Insights - Women Riders
US

# For Riders, Soft Preference would be always "on"; expectation of increased matching is > 1 in 3 trips

There's still demand for Soft Preference among Riders



Most Riders said they would expect an W2W **match rate of higher than 30%** of their total trips (our current avg is 13%).



**Why is Soft Preference valuable?**

"Always On": It is seen as an **improvement on current matching,** no expected additional wait time or fee;

When Riders are more concerned about the surroundings they want **fast matching**, don't want to wait for a Woman.

Uber | User Research Insights    Research: 1720 Uber Riders survey / 1780 Uber Drivers survey, 116 interviews and usability tests    41

CONFIDENTIAL      UBER_JCCP_MDL_003045529

P-01486.00052

A/C Privileged & Confidential

User Research Insights - Women Drivers US

# For Drivers, Hard Filter directly addresses Safety Concerns, turned on when needed. Soft Preference has perceived lower impact on earnings.

**Drivers felt that a <u>hard filter</u> provided more safety guarantees use without the ambiguity of the soft filter**

**17%** would have it most of the times.

**80%** drivers would turn the feature on when needed

*"It makes me feel safer as a driver and my female riders feel safer. I could drive at night if I was guaranteed female riders"*

*Surveyed Uber Woman Driver, May 2024*

*"There are many points in time when I question my safety. Sometimes it's an area that provokes this, sometimes it's a recent passenger. The option to just pick up women would be great. I could just turn it on and off."*

*Surveyed Uber Woman Driver, May 2024*

**<u>Soft Preference</u> would be used more often due to Earnings sensitivity**

**40%** drivers would have Soft Preference on all the time

**60%** would turn it on/off

Uber | User Research Insights Research: 1720 Uber Riders survey / 1780 Uber Drivers survey, 116 interviews and usability tests

42

42

UBER_JCCP_MDL_003045530

P-01486.00053

A/C Privileged & Confidential

**Agenda**

**01** Women's Safety Challenges
**02** What Lyft and competitors are doing
**03** What we learned from User Insights
**04** Risks
**05** Pilot Proposal for discussion & next steps

43

P-01486.00054

A/C Privileged & Confidential

Legal

**REDACTED - PRIVILEGED**

# REDACTED - PRIVILEGED

44

A/C Privileged & Confidential

# Policy & Comms | Risks are real but manageable with right product solutions, strategic pilot cities, and partnerships

| Key Risk | Possible Outcomes | Mitigations |
|---|---|---|
| **Low**<br>Trans & non-binary inclusion and male exclusion could prompt "culture wars" leading to political blowback | ➔ Political opposition could lead to retaliatory actions jeopardizing legislation<br>➔ Despite Lyft leaning into the inclusive nature of their feature, conservative political and chattering class may treat Uber differently<br>➔ Executive Rulemaking/Legislation requiring TNCs to match drivers/riders based on sex assigned at birth | ➔ Carefully select politically friendly pilot cities for hard filters (reserve)<br>➔ Anchor messaging in user feedback and tailor CRM/comms to local market sensitivities<br>➔ Mobilize existing partners (NCTE) and explore new partnerships (GLAAD)<br>➔ Lean on the pilot and opt-in nature of the feature to deflect criticism |
| **High** (If we charge women riders more)<br><br>"Pink tax" risk due to perception of increased $$ for women's safety | ➔ Screenshot risk. Extra charges or long wait times for riders wanting women drivers could spark backlash that women have to "pay for safety" or that the product doesn't work.<br>➔ Any blowback from women will take away from our efforts.<br>➔ Potential criticism from male drivers that women earn more and raise pay issues | ➔ Ensure in-app language clearly explains the "why" behind the price or wait time, if there is a difference<br>➔ Develop public facing language for press and social teams to explain any $$ or wait time variations.<br>➔ *(recommendation)* do not charge riders more for women drivers on demand |

45

A/C Privileged & Confidential

**Agenda**

**01** Women's Safety Challenges

**02** What Lyft and competitors are doing

**03** What we learned from User Insights

**04** Risks

**05** Pilot Proposal for discussion & next steps

46

UBER_JCCP_MDL_003045534

P-01486.00057

A/C Privileged & Confidential

# For Earners, we recommend piloting the existing Hard Filter option

For Drivers, Pilot Women Rider Preference



**Rationale**

☑  Addresses Core Drivers Safety Concerns for guarantee match when in uncomfortable situations;

☑ Lower marketplace impact vs soft filter due to adoption in specific situations;

☑ No-Fault Safety Cancellation for gender mismatch or Guest Rider;

☑ Time to market; Already built;

☑ Better solution than Lyft's, from a Safety Perspective.

47

A/C Privileged & Confidential

# For Riders, uneven women driver supply distribution makes it difficult to build a single solution that scales

**Women Supply** Varies by city and time of day and is highly correlated with our ability to fulfill trips (C/R)

| US Cities | % Trips by Women Drivers |
|---|---|
| Atlanta | 25% |
| Houston | 19% |
| Phoenix | 17% |
| Dallas | 16% |
| Las Vegas | 18% |
| Miami | 14% |
| Philadelphia | 12% |
| San Francisco | 9% |
| Boston | 9% |
| NYC | 4% |

## US Cities by Women Demand/Supply Ratio

| Group 1 50% of US Trip | Group 2 35% of US Trips | Group 3 15% of US trips |
|---|---|---|
| Supply is favorable | Supply is lower | Supply is unfavorable |
| Atlanta, Houston, Phoenix, Dallas, LV, Miami | San Francisco, Boston, Philadelphia, Seattle, DC | NYC + long tail cities |
| ☑ Soft Preference | ☑ Soft Preference | ☑ Soft Preference |
| ☑ Hard Filter Reserve | ☑ Hard Filter Reserve | ☑ Hard Filter Reserve |
| ☑ Hard Filter On Demand | ❓ Hard Filter On Demand | ✕ Hard Filter On Demand |

48

CONFIDENTIAL

UBER_JCCP_MDL_003045536

Slide 48 Notes
_____

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

# On-Demand Hard Filter | Only available in cities where supply is favorable.

Select Women
Driver

Success Match by up-ranking Women
Drivers in regular Supply Plans

If drivers are outside of the supply plans or they don't
accept a trip, give option to wait more, or wait & pay more











**Option 1**
Confirm extra wait time

**Option 2**
Confirm extra Fee

49

P-01486.00061

# Reserve Hard Filter and Soft Preference | Available for all cities at all times

A/C Privileged & Confidential

**Reserve Hard-filter |** Reserve can be always available, allowing to book up to 30-45 min in advance. Same Reserve pricing.

**Soft Preference |** Preference setting that can be always on. Uprank women driver supply plans in existing matching logic.

Entrypoint in Product Selector to capture user intent

User Ride Preferences





50

P-01486.00062

UBER_JCCP_MDL_003045539

A/C Privileged & Confidential

# Pilot Approach | Start with cities that optimize for Legal / Policy / Comms considerations and with good women demand / supply ratios

**Pilot Cities:** Choose within Group 1

Atlanta, Las Vegas, Houston, Phoenix, Dallas, Miami.

## Questions to be answered

- **User experience** and **marketplace impact** (ETA, C/R, Driver AR and Rider CR, VC margins)

- Test the product approach and Safety sentiment impact.

- Test reception regarding gender inclusivity policies.

- Test the waters on Policy and Legal risk.

**Hard Filter On demand** marketplace **simulation\***, for 5% Women Trips adoption

| City | % Women Driver | P50 ETA (seconds) for 5% Women Trips Adoption | | | | AVG C/R for 5% Women Trips Adoption | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ETA Baseline | WDP abs diff | WDP % diff | All Trips abs diff | C/R Baseline | WDP abs diff | WDP % diff | All Trips abs diff |
| 1. Atlanta | 20% | 457 | +234s | +51% | +4s | 90% | -4% | -4% | -0.1% |
| 2. Las Vegas | 17% | 316 | +229s | +72% | +4s | 92% | -4% | -4% | -0.1% |
| 3. Houston | 16% | 392 | +262s | +67% | +4s | 94% | -4% | -4% | -0.1% |
| 4. Phoenix | 15% | 405 | +297s | +73% | +3s | 88% | -4% | -4% | -0.3% |
| 5. Dallas | 14% | 388 | +345s | +89% | +6s | 91% | -4% | -5% | 0.0% |
| 6. Miami | 11% | 265 | +351s | +132% | +2s | 95% | -5% | -5% | -0.2% |

\* 8pm-9pm ; 12am-1am  / Fridays and Saturday Nights
**The simulation results *should be trusted only for directional signals*.** The magnitude of changes may differ. An experiment should be conducted to measure actual impact.

51

UBER_JCCP_MDL_003045540

Slide 51 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

A/C Privileged & Confidential

# Next Steps

➔ **Product Development**
- ◆ Define user flows & requirements
- ◆ User Test on product flows
- ◆ Start Building

➔ Get alignment on Matching approach

➔ Gender identification for product access

➔ Build Comms / Policy strategy

52

**Slide 52 Notes**

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

CONFIDENTIAL

UBER_JCCP_MDL_003045543

# Appendix

CONFIDENTIAL

UBER_JCCP_MDL_003045544

P-01486.00067

# Our experience with <u>hard filter</u> in other markets

2-22% of women driver trips are with WRP turned

| WRP Adoption (Apr'24) | BR | MX | CA | AU |
|---|---|---|---|---|
| % of Active Drivers are Women | 6% | 6% | 3% | 5% |
| % of Women Drivers Used WRP in the month | 34% | 35% | 12% | 4% |
| % Women Drivers who used WRP have it on for 90+% of trips | 55% | 51% | 32% | 30% |
| % of Women Driver Trips | 5% | 5% | 3% | 3% |
| % of Women Driver Trips with WRP on | 22% | 20% | 4% | 2% |

Higher usage of the WRP feature with earners that are starting their journey with Uber



Tenure

## Directionally, no MP impact

Synthetic control xp in Brazil showed WRP had no directional negative marketplace impact*

MP impact due to higher **adoption** is unknown and we need to run XPs to measure that

\* XP cut short due to COVID

> "I love this feature. I only drive with WRP for safety reasons. Previously I drove all the users but I had to cancel several trips. I felt very exposed and vulnerable driving men."
> LatAm Women Driver

> "I started to work for Uber when you had this service. It is the best of Uber. I work for having this excellent benefit."
> LatAm Women Driver

## +7.9%

Increase in Trip Rate for Churned Women Drivers, after WRP Comms*

\* Stat-sig XP Result in markets where WRP is live (30 markets in total) XP Readout

Uber |

CONFIDENTIAL

54

P-01486.00068

UBER_JCCP_MDL_003045545

A/C Privileged & Confidential

# Rider Hard filter marketplace simulations

**Assuming 5% WDP adoption, Hard Filter On-Demand would:**

- Increase P50 eta by 3-6 mins for WDP trips and 2-6 secs for all trips

- Reduce C/R by 4-5% for WDP trips and 0.0-0.3% for all trips

| City | % Women Driver | P50 ETA (seconds) for 5% Women Trips Adoption | | | | AVG C/R for 5% Women Trips Adoption | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ETA Baseline | WDP abs diff | WDP % diff | All Trips abs diff | C/R Baseline | WDP abs diff | WDP % diff | All Trips abs diff |
| **Atlanta** | 20% | 457 | +234s | +51% | +4s | 90% | -4% | -4% | -0.1% |
| **Las Vegas** | 17% | 316 | +229s | +72% | +4s | 92% | -4% | -4% | -0.1% |
| **Houston** | 16% | 392 | +262s | +67% | +4s | 94% | -4% | -4% | -0.1% |
| **Phoenix** | 15% | 405 | +297s | +73% | +3s | 88% | -4% | -4% | -0.3% |
| **Dallas** | 14% | 388 | +345s | +89% | +6s | 91% | -4% | -5% | 0.0% |
| **Miami** | 11% | 265 | +351s | +132% | +2s | 95% | -5% | -5% | -0.2% |

**Rider Hard Filter On demand** marketplace **simulation\***, for 5% Women Trips adoption

\* 8pm-9pm ; 12am-1am  / Fridays and Saturday Nights
**The simulation results *should be trusted only for directional signals*.** The magnitude of changes may differ. An experiment should be conducted to measure actual impact.

55

**Slide 55 Notes**

---

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

CONFIDENTIAL

UBER_JCCP_MDL_003045547