ACP

# Women Preferences | Product internal

CONFIDENTIAL

Trial Exhibit No.
**P-01492**

Uber

P-01492.00001

UBER_JCCP_MDL_003040649

# Context

CONFIDENTIAL

UBER_JCCP_MDL_003040650

**Project goal**

# We aim to create an <span style="color:purple">equitable and safe</span> experience for women and non-binary riders, by giving them the option to match with <span style="color:purple">women or non-binary drivers.</span>

Women/Nonbinary Driver Preference

Where are we in the process?

# Project Timeline

### Preliminary research

In Q1 we conducted **6 research studies** in Australia and Brazil , US and Canada that revealed a positive sentiment towards the same gender preference feature. And partnered with market insights to get initial signal on Lyft's similar offering: Women+ Connect.

### CP1

We aligned with leadership on the opportunity during Checkpoint 1 and have started defining product requirements. In preparation for ELT review, we ran an addition 6 separate surveys among Uber and Lyft users to evaluate pervasiveness of use cases and gauge market readiness.

### ELT Alignment

On Jun 20, we reviewed the product proposal with Dara and ELT, and they gave us the green light to launch the pilot for both drivers and riders.

### Design exploration
Design iteration & alignment

Uber  |  Women/Nonbinary Driver Preference

4

CONFIDENTIAL

UBER_JCCP_MDL_003040652

**Where are we in the process?**

# Project Timeline

**Onboarding UXR**

We conducted 2 rounds of Onboarding UXR during the week of Aug 9 and Aug 22

**CP2**

On Sept 6, we reviewed some early design explorations

**CP3 - Rider Booking**

On Sept 19 & 23, we reviewed the latest Booking experience and aligned with our cross-functional partners

**CP2 - Rider Onboarding**

On Sept 27, based on UXR insights, we iterated our Onboarding design to ensure that riders understand who has access to the product

Uber  |  Women/Nonbinary Driver Preference

5

CONFIDENTIAL

UBER_JCCP_MDL_003040653

P-01492.00005

Where are we in the process?

# Project Timeline



### DLT
On Oct 22, we reviewed the design solutions with cross-functional teams

### CP3 - Onboarding
On Oct, Design refinements

### Onboarding UXR
In the coming days, we'll launch another round of UXR to ensure our onboarding experience is intuitive and inclusive.

### Pilot launch (rider experience)
Apr, 2025

Uber  |  Women/Nonbinary Driver Preference

CONFIDENTIAL

UBER_JCCP_MDL_003040654

Goals for the Oct 22 DLT Review

1. **Review the latest rider-side product design**

2. **Flag critical issues for the pilot launch**



Uber | Women/Nonbinary Driver Preference

7

CONFIDENTIAL

UBER_JCCP_MDL_003040655

Why are we doing this?

# **Safety remains a top concern for women riders**, when alone, in unfamiliar areas, or in a compromised state



### User problem

Women and nonbinary riders experience  some safety concerns that can be linked encounters with men drivers, particularly at night and when in comprised states (alcohol).



### Business impact

Women riders up almost 50% of Uber riders  By addressing this common source of concern we can increase first trips and repeat trip usage.



### UXR insights

We've conducted 7 rider studies, including interviews to explore the need, usability tests to understand UX, and surveys 70% of woman and nonbinary riders say that this product will increase their opinion of Uber.



### Our opportunity

Allowing women and nonbinary riders a safer option to take an Uber, particularly at night,  will increase Uber's reputation, increase booking, and provide a necessary service for less served communities..

## Slide 8 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
-  (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
  - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/  CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/  CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

UBER_JCCP_MDL_003040657

Terminology

# Gem

The name for the overall suite of products that enable women and non-binary **riders** to request a woman or non-binary **driver**, and vice versa

# UberGem (new product vvid - Hard filter)

A new ride type in the product selector — an UberX ride with a woman or nonbinary driver **only**

# Gem ride preferences (Soft preference)

Women and nonbinary **riders** can toggle on this preference to increase their chances of being matched with women and non-binary drivers **when available**, applies to any ride

# Self-reported gender

A ride can select their gender identity in Account setting

# Inferred gender

Riders' gender identity that is **inferred** by Uber using ML

CONFIDENTIAL

## Slide 9 Notes

Why

CONFIDENTIAL

Overview

# Three services in one release

### {UberGem}
**Guaranteed\* matched with women & non-binary drivers**

**On-demand**     **Reserve**

### Gender Preference
**Preferred matching setting for all trips**

**Soft preference**

CONFIDENTIAL

UBER_JCCP_MDL_003040660

P-01492.00012

## Slide 10 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
    - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

UBER_JCCP_MDL_003040661

## Target users











**Real gender**



**Inferred gender**

| # Alex | # Blaire | # Carol | # Devin | # Noor |
|---|---|---|---|---|
| Woman | Non-binary | Woman | Non-binary | Woman |
| Verified | Unverified | Verified | Verified | Unverified |
| Unknown | Woman | Woman | Man | Unknown |

Alex is at a restaurant and feels a little tipsy after having a few drinks

Blaire just walked out from a bar that just closed

Carol is in a neighborhood that she's not familiar with, and feels uncomfortable

Devin is excited to see more women and nonbinary drivers on the platform

Due to religious beliefs, Noor can't ride with a man

Uber  |  Women/Nonbinary Driver Preference

11

CONFIDENTIAL

UBER_JCCP_MDL_003040662

P-01492.00014

Onboarding design challenges:

01    Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)

02    We want to introduce both account-level soft preferences and trip-level hard preferences together to highlight the value of the entire bundle

03    We want to prioritize trip level {UberGem} because that's our differentiator product

04    We believe most will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences and there is an impact on wait time.

CONFIDENTIAL

UBER_JCCP_MDL_003040663

## Slide 12 Notes

Onboarding design challenges:
- Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)
- We want to introduce both Account level soft preference and Trip level hard preference at the same time.
- We want to prioritize Trip level hard preference because that's our differentiator product
- Turn-on soft preference the moment when riders completed and passed the eligibility form will positive Uber has a company who cares for their safety and we believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

CONFIDENTIAL

UBER_JCCP_MDL_003040664

P-01492.00016

Case 3:17-md-02834-JRK   Document 2230-38   Filed 8/21/20   Page 11 of 402

# Some numbers

CONFIDENTIAL

UBER_JCCP_MDL_003040665

# Rider Product Access

**Only verified riders who are women (inferred or self-declared) or non-binary (self-declared) would get access to the product**

| Low Risk | Medium Risk | High Risk |

| **Inferred/ Self-declared Gender →** | **Woman or Non-binary** | **Unknown (Gender neutral/Unisex)** | **Man** |
|---|---|---|---|
| **Verified** | Can get access by:<br>● Gender confirmation | Can get access by:<br>● Self-declaring gender as woman/non-bin +<br>● In-app legal gender confirmation | No default access. Can get access by:<br>● Self-declaring gender as woman/non-bin +<br>● In-app legal gender confirmation |
| **Not verified** | Can get access by:<br>● Gender confirmation +<br>● Identity Verification (DocScan) | Can get access by:<br>● Self-declaring gender as woman/non-bin +<br>● In-app legal gender confirmation +<br>● Identity Verification (DocScan) | No default access. Can get access by:<br>● Gender self-declaration +<br>● In-app legal gender confirmation +<br>● Identity Verification (DocScan) |

CONFIDENTIAL

UBER_JCCP_MDL_003040666

P-01492.00018

# Rider Product Access

**Only verified riders who are women (inferred or self-declared) or non-binary (self-declared) would get access to the product**



CONFIDENTIAL

UBER_JCCP_MDL_003040667

## PS ranking

**1st place**          **3rd place**

<span style="color:purple">**Ranking TBD**</span>




CONFIDENTIAL

16

UBER_JCCP_MDL_003040668

# Gender <> Verification Distribution

| Gender | Pilot Cities* | | | US wide | | |
|---|---|---|---|---|---|---|
| | **% of specific gender verified** | **% of active riders** | **# of active riders** | **% of specific gender verified** | **% of active riders** | **# of active riders** |
| Women | 62% | 43% | 1.3 MM | 36% | 44% | 4 MM |
| Men | 63% | 51% | 1.6 MM | 36% | 51% | 4.7 MM |
| Unknown | 37% | 6% | 180 K | 22% | 6% | 550K |
| Non-binary | 48% | 0.01% | 302 | 25% | 0.01% | 814 |

* Pilot cities link

CONFIDENTIAL

UBER_JCCP_MDL_003040669

# Gender <> Verification Distribution





* Pilot cities
Data source

CONFIDENTIAL

UBER_JCCP_MDL_003040670

P-01492.00022

# Thanks!

CONFIDENTIAL

UBER_JCCP_MDL_003040671

Onboarding design challenges:

01  Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)

02  We want to introduce both account-level soft preferences and trip-level hard preferences together to highlight the value of the entire program, but UXR has shown that this tends to confuse people.

03  We want to prioritize Trip level hard preference because that's our differentiator product

04  We believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

CONFIDENTIAL

UBER_JCCP_MDL_003040672

## Slide 20 Notes

Onboarding design challenges:
- Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)
- We want to introduce both Account level soft preference and Trip level hard preference at the same time.
- We want to prioritize Trip level hard preference because that's our differentiator product
- Turn-on soft preference the moment when riders completed and passed the eligibility form will positive Uber has a company who cares for their safety and we believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

CONFIDENTIAL

UBER_JCCP_MDL_003040673

# Thanks!

CONFIDENTIAL

UBER_JCCP_MDL_003040674

# Design timeline for rider-facing pilot



**We're here**

**Sep**

**Sep 19**

**Sep 27**

**Oct 18**

**Oct 24**

**Nov 11**

**Nov 20**

**Rider Onboarding CP2**
Version 1

**Rider Booking CP3**

**Rider Onboarding CP2**
Version 2

**Rider Onboarding CP2.5**

**Finalize PRD**

**Finalize Product name**

**Rider Onboarding CP3 with final content**

Uber | Women/Nonbinary Driver Preference

22

CONFIDENTIAL

UBER_JCCP_MDL_003040675

Feedback from last meeting that we will address in this meeting

- Focus on highlighting UberGem in the onboarding flow (combining the previous program and approach)

- We added the UX for the 'UberGem' Product Selector entry point for verified women and nonbinary riders only

- Instead of having the toggle on by default, it will be off and riders have to toggle it on to opt in to the soft preference

CONFIDENTIAL

UBER_JCCP_MDL_003040676

## Slide 23 Notes

Onboarding design challenges:
- Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)
- We want to introduce both Account level soft preference and Trip level hard preference at the same time.
- We want to prioritize Trip level hard preference because that's our differentiator product
- Turn-on soft preference the moment when riders completed and passed the eligibility form will positive Uber has a company who cares for their safety and we believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

CONFIDENTIAL

Other feedback we've acted on

✓ We reworded the language when introducing the soft preference
so it no longer promises 'no impact on wait time'

✓ We consulted with designers working on the new EV preference,
and added a nudge to turn on the soft preference if user tries UberGem,
similar to EV pattern

✓ On the gender identity eligibility form, we changed the 'none of the
above' option to be 'my gender isn't listed' to be more gender-affirming

✓ Added blue 'verified' check to reinforce rider ID verification requirement

✓ Eligibility form is now one step instead of two

CONFIDENTIAL

UBER_JCCP_MDL_003040678

## Slide 24 Notes

Onboarding design challenges:
- Eligibility form required (Riders need to be verified and confirm their gender as woman or non-binary)
- We want to introduce both Account level soft preference and Trip level hard preference at the same time.
- We want to prioritize Trip level hard preference because that's our differentiator product
- Turn-on soft preference the moment when riders completed and passed the eligibility form will positive Uber has a company who cares for their safety and we believe most of them will prefer to turn it on all the time. However we have some marketplace concerns if everyone opted in to Soft preferences.

CONFIDENTIAL

UBER_JCCP_MDL_003040679

Disclaimers: CP2.5

1. **Some content is still being finalized**

2. **Visuals & icon are currently TBD**
   Brand team has our requests

3. **UberGem / Gem is a placeholder name for on-demand until we get final name direction from Marketing**
   Date is TBD
   {UberGem} is short for Uber Gender Match.

Uber | Women/Nonbinary Driver Preference

25

P-01492.00032

UBER_JCCP_MDL_003040680

Terminology

# Gem

The name for the overall suite of products that enable women and non-binary **riders** to request a woman or non-binary **driver**, and vice versa

# UberGem (new product vvid - Hard filter)

A new ride type in the product selector — an UberX ride with a woman or nonbinary driver **only**

# Gem ride preferences (Soft preference)

Women and nonbinary **riders** can toggle on this preference to increase their chances of being matched with women and non-binary drivers **when available**, applies to any ride

# Self-reported gender

A ride can select their gender identity in Account setting

# Inferred gender

Riders' gender identity that is **inferred** by Uber using ML

CONFIDENTIAL

## Slide 26 Notes

Why

UBER_JCCP_MDL_003040682

Agenda

## Entry Points

## Product access/onboarding

- **Verified riders**
    - **Women**
    - **Gender neutral**
    - **Men**
- **Unverified riders**
    - **Women**
    - **Gender neutral**
    - **Men**



CONFIDENTIAL

P-01492.00035

UBER_JCCP_MDL_003040683

Relevant surfaces



Today's focus

## Rider

Onboarding: varying user gender

Gender setting

WDP Preferences

Booking: On-demand

Booking: Reserve

Dispatch

Trip experience: cancel

Comms

## Earner

Onboarding

Gender setting

Offer card: On-demand

Opportunity center

Services access

Comms/Education

Uber | Women Driver Preferences

28

CONFIDENTIAL

UBER_JCCP_MDL_003040684

# Entry points

# Onboarding flow

CONFIDENTIAL

UBER_JCCP_MDL_003040685

## Main entry points

**FTUX**                **PS**                **Setting or ID Hub**

**Verified women/nb riders only**



# Onboarding flow

# Verified riders

CONFIDENTIAL

UBER_JCCP_MDL_003040687



☐ ☐**How to read:**

**Name**
Actual gender

Inferred gender

ID Verified

# Inferred gender - Woman; Self-reported - W/NB



**Carol**
Woman

Woman



**Kate**
Non-binary

Woman

CONFIDENTIAL

UBER_JCCP_MDL_003040688

# Inferred gender - Woman; Self-reported - W/NB

 ID Verified    Inferred  gender

**Carol**
Woman

Woman

**Kate**
Non-binary

Woman

Receive Comms/
Access
preference from
Settings

FTUX

Select Gender

W/NB
selected

**Access to {Gem}**

I choose
not share
selected

Exist onboarding flow.
**Inform riders that they
can change share gender
anytime in Setting**

# FTUX onboarding

UBER_JCCP_MDL_003040690

# **Carol's** onboarding (Core flow)

Carol lands on {Gem} FTUX from a marketing email



Since we inferred her gender correctly and it's pre-selected, she just taps Submit



She learns about UberGem rides and the w/nb driver preference



Carol opts in to w/nb driver preference and taps Done



Carol has completed onboarding and can now book UberGem rides



| FTUX | Select gender | Access to {Gem} |
|---|---|---|

CONFIDENTIAL

UBER_JCCP_MDL_003040691

**Carol**'s Onboarding

# 1: Intro to {Gem}

Carol lands on FTUX from comms like email/push notifications

## 2: Select gender

## 3: Gain access

Inform Carol she already meets the ID verification requirement



If Carol closes it, she can always access this info again from Settings

Carol learns that this program is designed for people like her

She is one step away from accessing the product

Carol can choose to let us remind her again

CONFIDENTIAL

UBER_JCCP_MDL_003040692

**Carol**'s Onboarding

# 1: Intro to {Gem}

Carol lands on FTUX from comms like email/push notifications

## 2: Select gender

## 3: Gain access





**☐ ☐ Making the first icon blue makes people think that's their current position in the process, which distracts them from what they should be focusing on—the second step.**



CONFIDENTIAL

P-01492.00045

UBER_JCCP_MDL_003040693

# <span style="color:purple">Carol</span>'s Onboarding

## 1: Intro to {Gem}

## 2: Select gender

Carol filled out the eligibility form and feels that Uber is prioritizing her safety

## 3: Gain access

**Carol's inferred gender is pre-selected for her**



CONFIDENTIAL

UBER_JCCP_MDL_003040694

**Carol**'s Onboarding

## 1: Intro to {Gem}

## 2: Select gender

## 3: Gain access

Carol can now book a {UberGem} ride and she can choose to let Uber always prioritize matching her with women and non-binary drivers first.

**Introducing UberGem**



**Carol can decide if she would like Uber to apply her preferences to all ride types**

**Verified women and non-binary riders only**

# Product selector onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040696

P-01492.00048

# **Carol's** onboarding

Carol is in the process of requesting a ride and sees a new ride type {UberGem}

She is excited to ride with a woman or nonbinary driver, so she taps 'Choose UberGem' and sees the FTUX screen

(inferred gender pre-selected)
Carol confirms her gender

Now she has access to UberGem rides

She returns to PS and UberGem is pre-selected for her







| PUDO | FTUX | Select gender | Access to {Gem} |
|------|------|---------------|-----------------|

CONFIDENTIAL

UBER_JCCP_MDL_003040697

**Women & non-binary riders only**

TBD

# Setting/Account onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040698

# Carol's onboarding (Core flow)

 □ □TBD



Carol discovers a new Ride preferences in Settings

She taps on it and lands on the Gem FTUX

(inferred gender pre-selected)
Carol is interested and fills out the eligibility form

Now she can book UberGem rides and opt in to the w/nb driver preference

She saves her preferences



□ □TBD









| PUDO | FTUX | Select gender | Access to {Gem} |

CONFIDENTIAL

# Carol's onboarding (Core flow)

☐TBD



Carol receives a confirmation toast



She can change her preference anytime



Visiting app later down the line



Carol will receive UberGem promos in various channels



| Preference Saved | Setting | UberGem nudge |
| --- | --- | --- |

CONFIDENTIAL

UBER_JCCP_MDL_003040700

**Women & non-binary riders only**

# When the rider doesn't turn on Soft Preference during onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040701

# **Carol's** onboarding (Ring banner at dispatch)

1/2

In case she didn't turn on soft preference during onboarding

Carol arrives at the home page

She enters her pick-up / drop-off location

Carol requests an UberGem ride

She confirms her pick-up location

Carol sees reminders about the w/nb driver preference







| Home | Booking a ride | Dispatch |
| --- | --- | --- |

CONFIDENTIAL

UBER_JCCP_MDL_003040702

# Carol's onboarding (Ring banner on-trip)
2/2

In case she didn't turn on soft preference during onboarding

| A success toast lets Carol know she's been matched | Carol taps on the Preference setting Message card | The toggle is off by default, and she turns it on | Carol saves her preference | Carol's preference will be applied to all future trips |
|---|---|---|---|---|

    

| Enroute | Ride preference opt-in (On Trip) |
|---|---|

CONFIDENTIAL

UBER_JCCP_MDL_003040703



**How to read:**

Name
Actual gender

Inferred gender

ID Verified

# Inferred gender - Unknown; Self-reported - Null



**Alex**
Woman

Unknown



**Alex**
Man

Unknown

CONFIDENTIAL

UBER_JCCP_MDL_003040704

# Inferred gender - Unknown

 ID Verified          Inferred gender



Alex
**Woman**
Unknown

Receive Comms → FTUX → **Select Gender** → W/NB selected? → **Confirm gender** → **Access to {Gem}**



Alex
**Man**
Unknown

Receive Comms → FTUX → **Select Gender** → W/NB **Not** selected → Exit onboarding flow. **Inform riders that this feature is for w/nb riders only**

Hopefully the majority of men will drop here

P-01492.00057

# Alex's onboarding (Core flow)



Woman
Unknown

Alex lands on {Gem} FTUX from a marketing email



Since our gender inference is 'unknown,' nothing is pre-selected



She selects her gender identity and submits the form



We ask her to confirm her gender identity



Alex checks the box and taps 'Confirm'



FTUX

Select gender & Confirm gender

CONFIDENTIAL

UBER_JCCP_MDL_003040706

# **Alex's** onboarding (Core flow)

Woman
Unknown



Now Alex can book UberGem rides  and set her preference



She decides to opt into the w/nb driver preference



Alex has completed {Gem} onboarding



Riders like Alex will start seeing promos for {UberGem} and {w/nb driver preferences} at various moments when she interacts with the Uber app

**Access to {Gem}**

CONFIDENTIAL

**Alex**'s Onboarding

## 1: Intro to {Gem}

## 2: Select gender

## 3: Confirm gender

Alex needs to confirm her gender

## 4: Gain access





**This confirmation step is required for anyone who is not inferred as 'woman' or who didn't self-report as w/nb before the product launch**

UBER_JCCP_MDL_003040708

# **Alex's** onboarding



Man
Unknown

Alex lands on {Gem} FTUX
from a marketing email



He fills out the eligibility form



They select "Man", "I prefer not to share", or "My gender is not listed"

They tap submit.

They return to home and see a toast

We let him know it's not available for him right now



And he returns to the home screen



| FTUX | Select gender | Return to starting point |
|------|---------------|--------------------------|

**How to read:** 

ID Verified

**Name**
Actual gender

Inferred gender

# Inferred gender - Man; Self-reported - Null



**Devin**
Non-binary

Man



**Jake**
Man

Man

CONFIDENTIAL

UBER_JCCP_MDL_003040710

# Inferred gender - Man

ID Verified    Inferred gender



**Devin**
Non-binary

Man

Change gender in Setting → W/NB selected? → **Confirm gender** → a few hours/days later → **Receive Comms/ Access {WDP} from Preferences**

FTUX → **Select Gender** → W/NB selected? → **Access to {Gem}**



**Jake**
Man

Man

Change gender in Setting → Man selected? → **Exist onboarding flow.** **Inform riders that this feature is for w/nb riders only**

CONFIDENTIAL

UBER_JCCP_MDL_003040711

# **Devin's** pre-onboarding

Nonbinary
Inferred: Man

Devin can change their inferred or self-reported gender in Settings



On the Gender ID screen, they select 'non-binary'





We ask Devin o confirm their gender identity



Devin checks the box and taps 'Confirm'



**FTUX**

**Select gender & Confirm gender**

CONFIDENTIAL

UBER_JCCP_MDL_003040712

# **Devin's** pre-onboarding



Nonbinary
Inferred: Man

Devin will now receive Comms
for Gem

Devin receives Comms about
{Gem}



A few days later





| Gender saved | Receive Comms |
|---|---|

CONFIDENTIAL

UBER_JCCP_MDL_003040713

# Unverified riders

CONFIDENTIAL

UBER_JCCP_MDL_003040714



**How to read:**

**Name**
Actual gender

Inferred gender

ID Unverified

# Inferred gender - Woman; Self-reported - Null



**Blaire**
Non-binary

Woman



**Anna**
Woman

Woman

CONFIDENTIAL

UBER_JCCP_MDL_003040715

# Inferred gender - Woman; Self-reported - Non-binary

 ID Unverified          Inferred gender

**Blaire**
Non-binary

Woman

**Anna**
Woman

Woman

Receive Comms/
Access {WDP}
from Preferences

FTUX

Active verification

ID
approved?

Select Gender

W/NB
selected?

Access to {Gem}

# Blaire's onboarding (abbreviated)



Nonbinary
Inferred: Woman

*(6 steps involved)*

Blaire lands on {Gem} FTUX from a marketing email

She continues and enters the Rider ID flow

Blaire submits her ID and completes ID verification

She's been verified and continues the flow







*Link to the existing Rider ID flow*



| FTUX | Rider ID |
|---|---|

CONFIDENTIAL

UBER_JCCP_MDL_003040717

# **Blaire's** onboarding (abbreviated)



Nonbinary

Inferred: Woman

(inferred gender pre-selected)
Blaire fills out the eligibility form

She changes her gender to Non-binary

Now Blaire can book UberGem and can set her preference

She decides to opt in to the w/nb driver preference

Blaire has completed {Gem} onboarding











| Select gender | Access to {Gem} |
|---|---|

CONFIDENTIAL

UBER_JCCP_MDL_003040718

# **Blaire's** onboarding (full flow)

1/3

Nonbinary
Inferred: Woman



Blaire lands on {Gem} FTUX from a marketing email

Blaire sees the FTUX for Active verification

Rider ID step 1

Rider ID step 2

Rider ID step 3











| FTUX | Rider ID |
|---|---|

CONFIDENTIAL

UBER_JCCP_MDL_003040719

# **Blaire's** onboarding (full flow)



Nonbinary

Inferred: Woman

(inferred gender pre-selected)

Rider ID step 4

Rider ID step 5

Rider ID step 6

Blaire's been verified and continues the flow

She changes her gender to non-binary





**Please wait...**

○ Processing photos...

**You've been verified**

Now you have a verified badge. You're only one step away from accessing [UberGem]

Continue



## Choose your gender

Choose the option that best represents your gender identity.

Woman ●

Non-binary ○

Man ○

I prefer not to share ○

My gender is not listed ○

**How we use your gender data**

Your gender information will not be shared with drivers, and may be used for safety features, personalization of ads and marketing, and user experience research, which can be managed in Account settings.

Submit

**Rider ID**

**Select gender**

CONFIDENTIAL

UBER_JCCP_MDL_003040720

# **Blaire's** onboarding (full fl___) 3/3



Nonbinary
Inferred: Woman

Blaire submits the form



Now Blaire can book UberGem and can set her preference



She decides to opt in to the w/nb driver preference



Blaire has completed {Gem} onboarding



| Select gender | Access to {Gem} |
|---|---|



🔲 🔲**How to read:**

**Name**
Actual gender

Inferred gender

ID Unverified

# Inferred gender - Unknown



**Noor**
Woman

Unknown



**Noor**
Man

Unknown

CONFIDENTIAL

UBER_JCCP_MDL_003040722

P-01492.00074

# Inferred gender - Unknown





# **Noor's** pre-onboarding (abbreviated)

Woman
Unknown

Noor will receives more Comms about Rider ID

She continues and enters the Rider ID flow during a trip

*(6 steps involved)*
Noor submits her ID and completes ID verification

She's been verified and clicks 'Close' to go back to her ride

A few days later, Noor receives Comms about {Gem}







Link to the existing Rider ID flow





| OnTrip | Rider ID | Receive Comms |

CONFIDENTIAL

UBER_JCCP_MDL_003040724

**How to read:**



# Inferred gender - Man



**Jake**
Man

Man



**Sam**
Woman

Man

CONFIDENTIAL

# Inferred gender - Man

 ID Unverified        [ Inferred  gender ]



**Jake**
Man
[ Man ]

Change gender in Setting → Man selected? → Inform riders that his gender identity is updated



**Sam**
Woman
[ Man ]

Change gender in Setting → W/NB selected? → **Confirm gender** → a few hours/days later → Receive Rider ID Comms

Active verification → ID approved? → a few hours/days after the approval → Receive Comms

FTUX → Select Gender → W/NB selected? → Access to {Gem}

CONFIDENTIAL

UBER_JCCP_MDL_003040726

# **Jake's** gender setting



Man

Man

Jake can view their gender in Gender Identity



He reviews and save his gender identity as Man



His gender identity is saved



| FTUX | Select gender |
|------|---------------|

CONFIDENTIAL

UBER_JCCP_MDL_003040727

# Thanks!

CONFIDENTIAL

UBER_JCCP_MDL_003040728

# Rider ID flow



Step 1



Step 2



Step 3



Step 4



Step 5



Rider ID

# **Rider ID** flow



Step 6

Step 7

Step 8

Step 9

Step 10









Rider ID

CONFIDENTIAL

UBER_JCCP_MDL_003040730

**Carol**'s Onboarding

# 1: Intro to {UberGem}

Carol lands on FTUX from comms like email/push notifications

## 2: Select gender

## 3: Gain Access

## 4: Review setting



**If Carol closes it, she can always access this from Setting**

**Inform Carol that she has been verified and approved**

**Carol learns that this program is designed exclusively for people like her**

**Carol can choose to let us remind her again**

*[Phone mockup:]*

9:41

Rides    Delivery

**Introducing Gem**

Now you can match with women & non-binary drivers.

You're verified! Only verified riders can use Gem. How we verify

Provide your gender information. Gem is for women and non-binary riders.

Request UberGem rides with women & non-binary drivers only.

**Get started**

Maybe later

CONFIDENTIAL

Carol's Onboarding

## 1: Intro to {UberGem}

# 2: Select gender

Carol filled out the eligibility form and feels that Uber is prioritizing her safety

## 3: Gain Access

## 4: Review setting



Woman

Carol's inferred gender is pre-selected for her



CONFIDENTIAL

UBER_JCCP_MDL_003040732

# <span style="color:purple">Carol</span>'s Onboarding

## 1: Intro to {UberGem}

## 2: Select gender

## 3: Gain access

Carol can book {UberGem} now or later

## 4: Review setting



Woman

**9:41**

💜 Only on Uber

# Ride with women & non-binary drivers

You can now select UberGem trips during booking to get matched with women and non-binary drivers

📍 Available in select locations

⏳ Get matched with women drivers within 15 minutes

🕐 If no women drivers are available, book ahead through Reserve

**Request a ride**

**Maybe later**

**This will take Carol to PuDo and start booking**

**This will take Carol back to where she started and turn on {WNB} preferences for her**

# Carol's Onboarding

## 1: Intro to {UberGem}

## 2: Select gender

## 3: Gain access

## 4: Review setting

Carol's {WNB} driver preferences is automatically turned on



Woman

**Introducing Gem ride preferences**

We'll try to match you with women and non-binary drivers even when you don't book an UberGem ride. If drivers are unavailable, we'll find you the closest driver of any gender.

Match me with the closest woman or non-binary drivers
No impact on wait time

**Things to know**

🕐 No impact on your wait time

⇄ You can opt-in/out anytime

◆ If you need a guaranteed ride, please select {UberGem}

**Save**

**Not now**

9:41    Rides    Delivery

9:41

You've also gained access to the Gem ride preferences.    Edit

Q Where to?    🕐 Now ⌄

Uber Mission Bay
1655 3rd St

Home
659 32nd Ave

Suggestions    See all

Promo    Ride    Transit    Promo Explore    Rental Cars

**More ways to plan with Uber**

Choose {Uber Moon} →
Women & non-binary drivers

Safety Toolkit →
On-trip help with s...

Ride sustainably

Carol can edit her preferences in settings anytime

CONFIDENTIAL

P-01492.00086

UBER_JCCP_MDL_003040734

**Carol**'s Onboarding

# 1: Intro to {UberGem}

Carol lands on FTUX from comms like email/push notifications

## 2: Select gender

## 3: Gain Access

## 4: Soft filter Opt-in



**Introducing Gem**

Now you can match with women & non-binary drivers.

You're verified! Only verified riders can use Gem. How we verify

Provide your gender information. Gem is for women and non-binary riders.

Request UberGem rides with women & non-binary drivers only.

**Get started**

Maybe later

If Carol closes it, she can always access this from Setting

Inform Carol that she has been verified and approved

Carol learns that this program is designed exclusively for people like her

Carol can choose to let us remind her again

CONFIDENTIAL

UBER_JCCP_MDL_003040735

# <span style="color:purple">Carol</span>'s Onboarding

## 1: Intro to {UberGem}

## 2: Select gender

Carol filled out the eligibility form and feels that Uber is prioritizing her safety

## 3: Gain Access

## 4: Soft filter Opt-in



Woman

**Carol's inferred gender is pre-selected for her**



**Carol**'s Onboarding

## 1: Intro to {UberGem}

## 2: Select gender

## 3: Gain access

Carol can book {UberGem} now or later

## 4: Soft filter Opt-in



Woman

---

9:41

← 

Only on Uber

# Ride with women & non-binary drivers

You can now select UberGem trips during booking to get matched with women and non-binary drivers

📍 Available in select locations

⏳ Get matched with women drivers within 15 minutes

🕐 If no women drivers are available, book ahead through Reserve

**Request a ride**

Maybe later

---

This will take Carol to PuDo and start booking

This will take Carol back to where she started and turn on {WNB} preferences for her

**Carol**'s Onboarding

1: Intro to
{UberGem}

2: Select gender

3: Gain access

## 4: Soft filter opt-in

Carol's {WNB} driver preferences is
automatically turned on



Woman



CONFIDENTIAL

UBER_JCCP_MDL_003040738

# **Carol's** onboarding  ([program approach->](#))



Carol lands on {Gem} FTUX
from a marketing email

(2 step flow)
She fills out the eligibility form

She is now enrolled to {Gem}
and can start booking

(FTUX)
She select {UberGem} and
learns about it

Carol books her first
{UberGem} ride







| FTUX | Select gender | Access to {Gem} |
| --- | --- | --- |

CONFIDENTIAL

UBER_JCCP_MDL_003040739

# 2 onboarding approaches

## Decoupled approach

Riders will be onboarded to Soft Preferences or {UberGem}, depending on the entry point



**SETTING**　　　　**RIDE PREFERENCE**

🔲 🔲**Pros:**

- Similar to UberGreen, more scalable
- Low cognitive load
- Lower impact on Marketplace

🔲 🔲**Cons::**

- Low visibility (soft preferences)
- A slightly different path required depending on the entry point

## Program approach

Riders will get onboarded to both Soft preference and {UberGem} at the same time



**ID HUB**　　　　**{GEM} PROGRAM**

🔲 🔲**Pros:**

- High visibility
- Unified onboarding across all entry points
- Easier to market a suite of benefits

🔲 🔲**Cons::**

- High cognitive load for riders
- Less scalable once we launched the new Portfolio architecture

CONFIDENTIAL

UBER_JCCP_MDL_003040740

CP2 discussion goal

# Review solutions, and align on the <u>rider booking flow</u>.

01 **Feedback on booking experience:**
- **Hard Filter**
- **Reserve**
- **Soft Preference**
- **TripX**



CONFIDENTIAL

UBER_JCCP_MDL_003040741

Why are we doing this?

# Safety remains a top concern for women, and we must do more to prove Uber's true commitment to it.



### User problem

Many women doubt Uber's safety commitment 🗓 🗓 Nearly every woman has had an uncomfortable or dangerous rideshare experience 🗓 🗓

### Business impact

Women make up 40-50% of Uber's riders, so it's crucial to show our commitment to a safe, inclusive community. **#standforsafety** 🗓 🗓 🗓 🗓

🗓 🗓

### UXR insights

We've conducted 12 studies, including interviews to explore the need, usability tests to understand UX, and surveys to assess the prevalence of need and confidence in generalizability 🗓 🗓

### Our opportunity

.....

CONFIDENTIAL

UBER_JCCP_MDL_003040742

## Slide 86 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
-  (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
    - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

UBER_JCCP_MDL_003040743

Design principles

## 1. Prioritize safety and trust

Build with safety top of mind by gating access to verified riders and using the inference model to identify women riders. Maintain continuous monitoring for when the product might get abused.

## 2. Allow self-identification and user choice

Allow users to self-identify their gender. Clearly communicate how we might use people's gender data and give users choice. Provide control to users when sharing gender data and give them the ability to edit or remove their information as needed.

## 3.  Create equitable onboarding + support

Provide effective and equitable gender verification for both riders and drivers and create specialized support for reporting fraud or discrimination.

## 4. Build with gender inclusion

Use affirming and inclusive language, addressing the diverse needs of marginalized genders especially those that are non-binary or trans. Incorporate educational moments to explain gender-related terminology and safe behaviors.

Uber  |  Women Driver Preferences

87

UBER_JCCP_MDL_003040744

The core team

# Design

**Amy Bickerton**  Design

**Anoosha Sajjad**  Design

**John Lunsford**  Research

**Loren Ruffin**  Content

**Xindeling Pan**  Design

In partnership with rider, earner and equity design 🔲 🔲

# Product

**Mariana Esteves**  Product

**Srishti Bajaj**  Product

# Ops

**Alex Madsen** Interpersonal

**Celeste Lazzerini** Safety Ops

**Emily Mitchell**  Rider Ops

**Liza Winship** Earner Ops

**Natalia Galvez**  Product Ops

**Celeste Lazzerini** Product Ops

# Eng

**André Faria**  Eng

**Christian Lacerda**  Eng

**Cristian Dean**  Eng

**William Ikedo**  Eng

# DS

**Jianjin Wang**  DS

**Varun Harchekar** DS

# Marketing

**Cande Cazes**  PMM

**Lizzie Ross**  PMM

# Legal

**Daniel Kolta**  Legal

**We are here**

| Problem definition | Solution definition | Design | Development | XP/Pilot | Launch | Monitor & Insights |

CONFIDENTIAL

UBER_JCCP_MDL_003040745

P-01492.00097

Disclaimers: CP2

1.  **The content is not final**
    a.   **We will have a separate meeting to review content after CP3**

2.  **Visuals & icon are currently TBD**
    a.   **Brand team is will review our submission requests later in Sept**

3.  **{Uber Moon} is a placeholder name for on-demand until we get direction from Marketing**
    a.   **Date is TBD**

Uber | Women Driver Preferences

89

Agenda

01    **Background & context**

02    **Rider UX**

      a.   **Booking**

      b.   **Trip experience**

      c.   **Gender settings**

03    **Earner UX**

04    **Next steps**



CONFIDENTIAL

P-01492.00099

UBER_JCCP_MDL_003040747

# Background & context

CONFIDENTIAL

UBER_JCCP_MDL_003040748

**Project goal**

# Allow women and non-binary riders to define their own experience on the Uber app, by giving them the option to choose women or non-binary drivers whenever needed.

Women Driver Preferences

CONFIDENTIAL

P-01492.00101

UBER_JCCP_MDL_003040749

Why are we doing this?

# **Safety remains a top concern for women, and we must do more to prove Uber's true commitment to it.**



## User problem

Many women doubt Uber's safety commitment ☐ ☐ Nearly every woman has had an uncomfortable or dangerous rideshare experience ☐ ☐

## Business impact

☐ ☐

Women make up 40-50% of Uber's riders, so it's crucial to show our commitment to a safe, inclusive community. **#standforsafety** ☐ ☐ ☐ ☐

☐ ☐

## UXR insights

☐ ☐

We've conducted 12 studies, including interviews to explore the need, usability tests to understand UX, and surveys to assess the prevalence of need and confidence in generalizability ☐ ☐

## Our opportunity

☐ ☐

…..

CONFIDENTIAL

UBER_JCCP_MDL_003040750

## Slide 93 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
-  (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
  - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/  CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/  CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

## Design principles

☐ ☐

# 1. Prioritize safety and trust

Build with safety top of mind by gating access to verified riders and using the inference model to identify women riders. Maintain continuous monitoring for when the product might get abused.

☐ ☐

# 2. Allow self-identification and user choice

Allow users to self-identify their gender. Clearly communicate how we might use people's gender data and give users choice. Provide control to users when sharing gender data and give them the ability to edit or remove their information as needed.

☐ ☐

# 3.  Create equitable onboarding + support

Provide effective and equitable gender verification for both riders and drivers and create specialized support for reporting fraud or discrimination.

☐ ☐

# 4. Build with gender inclusion

Use affirming and inclusive language, addressing the diverse needs of marginalized genders especially those that are non-binary or trans. Incorporate educational moments to explain gender-related terminology and safe behaviors.

Uber  I  WRP Design Review

94

CONFIDENTIAL

UBER_JCCP_MDL_003040752

Lyft's experience | Rider-facing feature

# Women + Connect is default on for new Woman and NB Riders

| Signup Flow | Menu | Profile | Women + Connect | Booking Flow |
|---|---|---|---|---|









Gender gets collected at account creation flow as a **mandatory step for new users**

Feature is not actively prompted for new users (no pop-up screen or notifications); it does not live under Safety, but under account settings

**Default ON** for Women and NB Riders. Gender can be changed anytime

No change, no mention to Women or higher ETAs

95

CONFIDENTIAL

UBER_JCCP_MDL_003040753

Relevant surfaces

## Rider

Onboarding: varying user gender

Gender setting

WDP Preferences

Booking: On-demand     Booking: Reserve

Dispatch

Trip experience: cancel

Comms

## Earner

Onboarding

Gender setting

Offer card: On-demand     Opportunity center

Services access

Comms/Education

Uber | Women Driver Preferences

96

UBER_JCCP_MDL_003040754

Relevant surfaces



## Rider

Onboarding: varying user gender

Gender setting

WDP Preferences

Booking: On-demand     Booking: Reserve

Dispatch

Trip experience: cancel

Comms

## Earner

Onboarding

Gender setting

Offer card: On-demand     Opportunity center

Services access

Comms/Education

Uber | Women Driver Preferences

97

CONFIDENTIAL

UBER_JCCP_MDL_003040755

# Rider surfaces (Zoom In)



| Onboarding | **Settings** | **Product selector** | **Dispatch** | On-trip |
| --- | --- | --- | --- | --- |
| Focus today | Focus, work in progress | Focus today | Focus, work in progress | Not in scope today |

Uber | Women Driver Preferences

98

CONFIDENTIAL

UBER_JCCP_MDL_003040756

Overview

# Three services in one release

**{UberGem}**
**Guaranteed\* matched with women & non-binary drivers**

**On-demand**   **Reserve**

**Gender Preference**
**Preferred matching setting for all trips**

**Soft preference**

UBER_JCCP_MDL_003040757

## Slide 99 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
    - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

# Soft Preference

Uber | Women Preferences

CONFIDENTIAL

UBER_JCCP_MDL_003040759

# Soft preference

## Settings - Turn on WDP for selected trips

## Booking flow



New entry in settings



Toggle on/off WDP



Same UX as today



Same UX as today



Dispatch screen



Success messaging. Up-ranking women drivers in regular supply plans

# Soft preference

| Primary offer | Trip radar |
|:---:|:---:|
|  |  |
| Showcase WDP in ranking as a tag. *We're still deciding on the use of the Spotlight tag. | Showcase the WDP tag for trip radar offers |

CONFIDENTIAL

UBER_JCCP_MDL_003040761

# {UberGem}

CONFIDENTIAL

UBER_JCCP_MDL_003040762

# {UberGem} - Happy Path

Rider experience

| FTUX | Booking | Dispatch | Pick-up |
|---|---|---|---|











Up-ranking Uber Moon first time

Uprank Uber Moon in the product selector

In some cases we may suggest it first

Notify that we're searching for women drivers

Uber by Women + added P2 earnings tags

CONFIDENTIAL

UBER_JCCP_MDL_003040763

# Uber Moon

Rider experience

| Fallback scenario 1 | Fallback scenario 2 | Cancel after fallback |
|---|---|---|







Confirm extra wait time

Confirm extra wait and extra fee

If rider gets canceled after fallback, we can provide offer

Fallback experience

# Option 1: Extra wait time

If women drivers are far away, we can ask riders if they'd like to switch to a driver of another gender

---

## Option 2: Extra wait *and* fee

---

## Backup: Cancel trip



Ask rider if they'd like to switch with new ETA

Option to stick with preference

# Fallback experience

## Option 1: Extra wait time

## Option 2: Extra wait *and* fee

Nudge rider to pay more since the supply
for women drivers has dropped
considerably

## Backup: Cancel trip



Let riders know we're looking for drivers from much further away due to supply

New price + time

Rider can choose to accept in a certain amount of time

CONFIDENTIAL

UBER_JCCP_MDL_003040766

P-01492.00118

# Fallback experience

## Option 1: Extra wait time

## Option 2: Extra wait *and* fee

## Backup: Cancel trip

If rider gets canceled after fallback, we can provide them the option to cancel a trip or match with another rider

Inform what happened



# Uber Moon

<span style="background:green">Earner experience</span>

| Primary offers | Navigate to Pick up | Pick-up |
|---|---|---|







{Uber Moon} tag        Extra earning for long ETA        Alternate between rider name + WDP tag        Alternate between rider name + WDP tag        WDP tag

CONFIDENTIAL

UBER_JCCP_MDL_003040768

# Reserve

CONFIDENTIAL

UBER_JCCP_MDL_003040769

Reserve

# On-demand

CONFIDENTIAL

UBER_JCCP_MDL_003040770

# Uber Moon Reserve (on-demand)

## Booking



Entry through typical on-demand booking experience



PUDO



Option 1:
Uber Moon shows Reserve info in secondary copy



Option 2:
Different section for on-demand reserve trips



FTUX
Iinfo on Uber Moon Reserve and how it works



Choose a time with info on how long it takes to Reserve women drivers

CONFIDENTIAL

UBER_JCCP_MDL_003040771

# Uber Moon Reserve (on-demand) - cntd

## Booking



Pickup refinement



Backup preference



Confirmation screen

## Confirmation details



Confirmation details (top)



Confirmation details (bottom)
New entry for backup plan



Backup plan modal

CONFIDENTIAL

UBER_JCCP_MDL_003040772

# Uber Moon Reserve (on-demand) - cntd

## If rider books much further away

If a rider books much further away there may be a fare change. In that case we would need to prompt them with a confirmation screen that showcases the new fare



Confirmation screen



PUDO



Option 1:
Uber Moon shows Reserve info in secondary copy

Reserve

# Traditional Reserve

CONFIDENTIAL

UBER_JCCP_MDL_003040774

# Uber Moon Reserve

Rider experience

## Booking



Reserve Nava tile entry



PUDO



Product selector



Choose time



Pickup refinement



Backup preference

Reserve

# Backup preference

CONFIDENTIAL

UBER_JCCP_MDL_003040776

# Driver backup preference

Rider experience

| WDP Rematch | Uber Black rematch |
|---|---|



Backup plan for women drivers



Backup plan for non-premium rematch with ride preferences

CONFIDENTIAL

UBER_JCCP_MDL_003040777

Reserve

# Cancellations

CONFIDENTIAL

UBER_JCCP_MDL_003040778

# 1 hour before

Rider experience

## Dispatch - <u>High</u> fulfillment - Match with <u>anyone</u>





Match with anyone

Inform riders they'll still get matched

## Dispatch - <u>High</u> fulfillment - Match with <u>only women</u>





Match with only women

Let them know we're finding another Moon driver

CONFIDENTIAL

UBER_JCCP_MDL_003040779

# 1 hour before

Rider experience

## Dispatch - <u>Low</u> fulfillment - Match with <u>anyone</u>

Same as previous slide

## Dispatch - <u>Low</u> fulfillment - Match with <u>only women</u>



Match with only women



Let them know they should consider making other arrangements

# On-demand

## Dispatch - <u>High</u> fulfillment - Match with <u>anyone</u>

 

Match with anyone

Messaging to say they're getting matched still

## Dispatch - <u>High</u> fulfillment - Match with <u>only women</u>

 

Match with only women

Let them know we're finding another Moon driver

CONFIDENTIAL

UBER_JCCP_MDL_003040781

# On-demand

Rider experience

| Dispatch - Low fulfillment - Match with anyone | Dispatch - Low fulfillment - Match with only women |
|---|---|
| Same as previous slide |    |

Match with only women          Let them know they should consider making other arrangements          Pair together with push

CONFIDENTIAL

UBER_JCCP_MDL_003040782

Product access/onboarding

# Settings

CONFIDENTIAL

UBER_JCCP_MDL_003040783

# Key entry points





Uber | Women Driver Preference

125

# Key entry points



Uber  |  Women Driver Preference

126

CONFIDENTIAL

UBER_JCCP_MDL_003040785

# Product access

CONFIDENTIAL

# Rider Product Access

**Only verified riders who are women or non-binary would get access to the product.**

| | Low Risk | Medium Risk | High Risk |

| **Inferred/ Self-declared Gender →** | **Woman or Non-binary** | **Unknown (Unisex)** | **Man** |
|---|---|---|---|
| **Passively Verified** | Can get access by:<br>• Gender confirmation | Can get access by:<br>• Gender self-declaration along with<br>• Signing Docusign form if gender is woman/NB | No default access. Can get access by:<br>• Self-declaring gender as woman/non-bin and<br>• Signing Docusign form |
| **Not verified** | Can get access by:<br>• Gender confirmation and<br>• Active Name Verification (DocScan) | Can get access by:<br>• Gender self-declaration along with<br>• Signing Docusign form if gender is woman/NB and<br>• Active Name Verification (DocScan) | No default access. Can get access by:<br>• Self-declaring gender as woman/non-bin and<br>• Signing Docusign form<br>• Active Name Verification (DocScan) |

CONFIDENTIAL

UBER_JCCP_MDL_003040787

# Rider Product Access

**Only verified riders who are women (inferred or self-declared) or non-binary (self-declared) would get access to the product**



CONFIDENTIAL

UBER_JCCP_MDL_003040788

# Matching Flow

Uber | Women Rides Options

CONFIDENTIAL

UBER_JCCP_MDL_003040789

# Soft Preference Matching | Rider side of the product



**Label offer cards with WDP**

### Primary (1:1)

**Offered to Women drivers within supply plan - NO BOOSTING**

**Woman rider turns on Soft Preference in Settings (one-time)**

**Requests Uber X**

### Trip Radar

**Offered to Women drivers FURTHER AWAY (within x mins eta)**

**Label offer cards with WDP**

**Offered to Men drivers within supply plans**

**Driver accepts within x mins?**

Yes

No

**Primary 1:1 (Woman driver) - Always auto-assigned**

**Offer assigned in following priority:**
1. **Trip Radar - Closest Woman driver**
2. **Trip Radar - Closest Man driver**

**Unfulfilled**

**Driver prices for TR will be set by DOP\* Pay4ETA**

\*DOP  - Driver offer pricing - only for trip radar

CONFIDENTIAL

P-01492.00142

UBER_JCCP_MDL_003040790

# Hard Filter Matching | Rider side of the product



CONFIDENTIAL

UBER_JCCP_MDL_003040791

P-01492.00143

# Hard Filter Matching | Rider side of the product

**Includes Driver Cancellation**



Uber |

CONFIDENTIAL

P-01492.00144

UBER_JCCP_MDL_003040792

Uber

CONFIDENTIAL

UBER_JCCP_MDL_003040793

# What's next on the earner side

1. **Reserve experience in Opportunity center**

2. **Connect with the PM leading Preferences and Access/Gigs to figure out the business logic on whether {Uber Gem}, as a new VVID, should be a filter like Teens or a new service like Uber Pet**

3. **Earner onboarding**

CONFIDENTIAL

# Sept 6th CP2 Review

CONFIDENTIAL

UBER_JCCP_MDL_003040795

CP2 discussion goal

# Review solutions, and align on the <u>rider onboarding</u> for verified and unverified women rider

01   **Feedback on granting product access & onboarding flow**



CONFIDENTIAL

UBER_JCCP_MDL_003040796

# The core team

## Design

**Amy Bickerton**  Design

**Anoosha Sajjad**  Design

**John Lunsford**  Research

**Loren Ruffin**  Content

**Xindeling Pan**  Design

In partnership with rider, earner and equity design ☐ ☐

## Product

**Mariana Esteves**  Product

**Srishti Bajaj**  Product

## Ops

**Alex Madsen**  Interpersonal

**Celeste Lazzerini**  Safety Ops

**Emily Mitchell**  Rider Ops

**Liza Winship**  Earner Ops

**Natalia Galvez**  Product Ops

**Celeste Lazzerini**  Product Ops

## Eng

**André Faria**  Eng

**Christian Lacerda**  Eng

**Cristian Dean**  Eng

**William Ikedo**  Eng

## DS

**Jianjin Wang**  DS

**Varun Harchekar**  DS

## Marketing

**Cande Cazes**  PMM

**Lizzie Ross**  PMM

## Legal

**Daniel Kolta**  Legal

**We are here**

| Problem definition | Solution definition | Design | Development | XP/Pilot | Launch | Monitor & Insights |

Disclaimers: CP2

1. **The content is not final**
   a. **We will have a separate meeting to review content after CP3**

2. **Visuals & icon are currently TBD**
   a. **Brand team is will review our submission requests later in Sept**

3. **{Uber Gem} is a placeholder name for on-demand until we get direction from Marketing**
   a. **Date is TBD**

Uber | Women Driver Preferences

139

UBER_JCCP_MDL_003040798

P-01492.00150

Agenda

01 **Product access**

    a.  **Use cases breakdown**

02 **Rider UX**

    a.  **Product access/onboarding**
- **Verified women riders**
- **Unverified women riders**



CONFIDENTIAL

P-01492.00151

UBER_JCCP_MDL_003040799

# Product access | Use cases breakdown

CONFIDENTIAL

UBER_JCCP_MDL_003040800

# Rider Product Access

**Only verified riders who are women (inferred or self-declared) or non-binary (self-declared) would get access to the product**



CONFIDENTIAL

UBER_JCCP_MDL_003040801

# Design

CONFIDENTIAL

UBER_JCCP_MDL_003040802

Product access/onboarding

# Verified women & non-binary riders

CONFIDENTIAL

UBER_JCCP_MDL_003040803

# Verified Women&NB | Send comms for onboarding, allow to confirm gender, give product access



CONFIDENTIAL

UBER_JCCP_MDL_003040804

# Onboarding usability tests

**Scenario**: A verified woman/non-binary rider opens the Uber app after getting **a marketing email**

## Option 1: Standard FTUX →

Introducing Soft preference, On-demand, Reserve as individual product



## Option 2: Standard FTUX shorter →

Introducing Soft preference, and On-demand & Reserve as a bundle

## Option 3: Intent based FTUX→

Introducing Soft preference first, and On-demand & Reserve when we have high-confidence knowing riders have booking intent



CONFIDENTIAL

UBER_JCCP_MDL_003040805

# Dynamic FTUX landing page

**1:** **Women** + **Verified**  1 / 2

Verified women + non-binary riders are
shown the feature offerings in the FTUX

**2: Unknown + Verified**

**3: Men**



FTUX pop-up is
prompted to women
& non-binary riders

Call out all 3 offerings

# Option 1 - **Long Version**

[Prototype]

## Onboarding experience



Rider home



Introduce product (FTUX)



Share your gender



Share your gender cntd



Learn more about how we verify

CONFIDENTIAL

UBER_JCCP_MDL_003040807

# Option 1 - Long Version

Prototype

## Onboarding experience



**Connect with women & non-binary drivers**

You can set a preference to automatically connect with women and non-binary drivers for all your rides when available.

If no drivers are nearby, we'll match you with the closest driver of any gender

Opt in and continue

Maybe later

Introduce soft pref



**Ride with women & non-binary drivers only**

Get exclusive gender matching with women and non-binary drivers for every single ride when you select UberGem at booking.

- Available in select locations
- Get matched with women drivers within 15 minutes

Continue

Introduce on-demand



**Reserve an UberGem 30+ min in advance**

Reserve rides with women and non-binary drivers to ensure you'll be connected with a driver.

- Drivers need to be reserved at least 30 min ahead of time.
- Cancel at no charge up to 60 minutes in advance

Try UberGem

Finish onboarding

Introduce reserve



Completion toast

# Option 2 - **Shorter Version**

Prototype

## Onboarding experience











| Rider home | Introduce product (FTUX) | Share your gender (simple) | Share your gender cntd | Learn more about how we verify |

CONFIDENTIAL

UBER_JCCP_MDL_003040809

# Option 2 - **Shorter Version**

Prototype

## Onboarding experience







Rider home

Introduce product (FTUX)

Share your gender

CONFIDENTIAL

UBER_JCCP_MDL_003040810

# Option 3 - **Intent Based Settings Version**

Prototype

## Onboarding experience (1/2)











| Rider home | Introduce product (FTUX) | Share your gender (simple) | Soft pref settings | Toast screen that can take them back to settings |

# Option 3 - **Intent Based Settings Version**

 Prototype

| **High** booking intent | **Low** booking intent |
|---|---|








Introduce both on-demand + reserve **immediately** after filling out the forms

CTA's can take them directly to booking screen

Introduce both on-demand and reserve options the **next time** they open the app or express booking intent

Use other comm channels like Emails, Push, Rings to promote {UberGem}

CONFIDENTIAL

UBER_JCCP_MDL_003040812

# Usability Test | Results

Long onboarding test
Women n=12, Nonbinary n=6

Short onboarding test
Women n=12, Nonbinary n=6

Gender notes:
NB participants (11/12) more interested in gender identification compared with women (12/24). Only women were concerned with misrepresentation.



- Overall very good reception of the product idea.
- Onboarding length did not impact expect use (Long v short)
- Short onboarding (no reserve) had more confusion around on-demand.

Top hits:
1) Option flexibility needed (video)
2) Improved sense of safety
3) Reserve for NB very popular (6/6)
4) Uber knowing gender is expected.

Top concerns:
1) Availability of drivers
2) Reliability of wait time
3) Identification of women and NB

Top confusions:
1) 31/36 thought soft pref would increase match time
2) 20/36 thought hard filter was also a preference
3) 13/24 women thought everyone was eligible

CONFIDENTIAL

UBER_JCCP_MDL_003040813

Product access/onboarding

# Unverified women & non-binary riders

# Unverified Women&NB | Send comms for onboarding, allow to confirm gender, prompt for DocScan for rider verification, give product access



# Dynamic FTUX landing page

**1: Women + Unverified** 2 / 2

Unverified women + non-binary riders see the FTUX with info on how to gain access.

**2: Unknown + Verified**

**3: Men**



Information that you would need to validate your ID

# Unverified women riders

## Onboarding experience



Rider home



Introduce product (FTUX)



Share your gender



Verify your ID with updated content



Choose ID

CONFIDENTIAL

UBER_JCCP_MDL_003040817

# Unverified women riders

## Onboarding experience



Take photo



Info how to capture



Take photo



Review



Chose back of ID

CONFIDENTIAL

UBER_JCCP_MDL_003040818

# Unverified women riders

## Onboarding experience



Rider takes photo of back of ID



Back of ID review



Uploading



Uploading



Uploading

CONFIDENTIAL

UBER_JCCP_MDL_003040819

**Unverified riders**

Optional step

Required step

**Scenario**: A unverified woman/non-binary rider opens the Uber app after getting **a marketing email**

# Option 1: Short FTUX →

See a high level overview of the individual features



# Option 2: Long FTUX →

Push a user to go through each individual feature



# Option 3: Settings FTUX→

Link directly to settings for user to modify



161

CONFIDENTIAL

UBER_JCCP_MDL_003040820

# Unverified women riders - Success - Option 1

## Onboarding experience











Success screen with high level info on features. Optional click in to feature detail

Optional
Soft pref info and opt-in

Optional
On demand info

Optional
Rserve info

After clicking "Finish" button

CONFIDENTIAL

UBER_JCCP_MDL_003040821

# Unverified women riders - Success - Option 2

## Onboarding experience











Success screen with high level info on features. Optional click in to feature detail

Optional
Soft pref info and opt-in

Optional
On demand info

Optional
Rserve info

After clicking "Finish" button

CONFIDENTIAL

UBER_JCCP_MDL_003040822

# Unverified women riders - Success - Option 3

## Onboarding experience











Success screen with high level info on features. Optional click in to feature detail

Optional
Soft pref settings

Optional
On demand info

Optional
Reserve WDP FTUX screen

After clicking "Finish" button

CONFIDENTIAL

UBER_JCCP_MDL_003040823

# Design placeholder

# Options being explored, highlight the ones we like better, talk about uxr

CONFIDENTIAL

UBER_JCCP_MDL_003040824

P-01492.00176

## Slide 165 Notes

Significant impact vs Population impact

Product access/onboarding

# Verified gender unknown

CONFIDENTIAL

UBER_JCCP_MDL_003040826

High level flow pre-onboarding



CONFIDENTIAL

Uber | Women Driver Preference

167

UBER_JCCP_MDL_003040827

# Design placeholder

CONFIDENTIAL

UBER_JCCP_MDL_003040828

P-01492.00180

## Slide 168 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040829

Product access/onboarding

# Unverified women & non-binary riders

CONFIDENTIAL

UBER_JCCP_MDL_003040830

# Design placeholder

Uber | Women Driver Preference

CONFIDENTIAL

UBER_JCCP_MDL_003040831

P-01492.00183

## Slide 170 Notes

Significant impact vs Population impact

CONFIDENTIAL

# Design placeholder

CONFIDENTIAL

UBER_JCCP_MDL_003040833

P-01492.00185

## Slide 171 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040834

Product access/onboarding

# Men & Unverified unknown gender riders

CONFIDENTIAL

UBER_JCCP_MDL_003040835

# Losing Product Access User flow (women to men)

# Comms WIP

CONFIDENTIAL

# Key entry points



**In-app FTUX**



**Ride Preference Settings**



**Account info**



**Email**



**Product selector**

Uber | Women Driver Preference

174

# Uber Moon Reserve


Earner experience

| Primary offers | Navigate to Pick up | Pick-up |
|---|---|---|

CONFIDENTIAL

UBER_JCCP_MDL_003040838

Uber

CONFIDENTIAL

UBER_JCCP_MDL_003040839

# Gender Inference Model

CONFIDENTIAL

UBER_JCCP_MDL_003040840

# Gender Inference Framework | How it works today

Gender inference uses a multi-stage approach. At each stage, we check to see if the name is male or female. If the name isn't found, we move to the next step. The ML model is only used on names that are entirely novel. **This framework exclusively identifies names as male or female, not unisex.**

| Manual Audit (0.4% of US riders) | Frequency Mapping from Uber driver gender from documents (85% of US riders) | Harvard Dataverse Lookup (3% of US riders) | Manual Lookup in Deprecated LatAm Operations List (<1% of US riders) | Manual Lookup in Static Table Combining Carnegie Mellon and R Gender Package Data (<1% of US riders) | Use ML model (12% of US riders) |
|---|---|---|---|---|---|
| Randomly selected 1000 names for each country manually audited by Operations and identified as male or female; example. | Assess whether the name is more commonly a male or female name among drivers in their country.<br><br>Look globally instead if name not represented at country level. | Assess whether the name is more commonly a male or female name according to the Harvard Dataverse. | LatAm Operations used to curate a list to map names to a particular sex. This list was largely used to support the UberWoman project in LatAm. | CMU ML repository has a static list of "Male, Female, and Pet names" manually compiled.<br><br>The R gender package details a variety of names and gender mappings associated with particular time periods in the past. | If the first name has never been seen before, a ML model forecasts whether it is male or not. The model uses features: last character, second to last character, length of name, term frequency for 1-grams and 2-grams |

Attorney-Client Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_003040841

# Gender Inference Framework | Proposal

## Audit Process (Precision/Recall Calculation)

**Frequency Mapping from Uber driver gender from documents**

**(~85% of US riders)**

→

**Apply ML/LLM model**

**(~15% of US riders)**

→

**Inferred Gender:** Male/ Female/ Unknown

- Prevalent names will all be identifiable in pre-existing documentation

- Compare P(male | name) to P(female | name) to understand the degree to which a name is more likely to be male or female

- ML can distinguish whether a name is inherently male or female versus unisex, even if the name is uncommon in driver documentation

- No high-latency requirements enables use of LLM or in-house model

**Benefits of this approach:**

- **Inclusive:** Ability to classify Unisex, Non-Binary and multiple country origin names.

- **Defensible:** Ability to defend/explain to internal and third parties.

- **Measurable:** Ability to measure effectiveness and accuracy with Precision/Recall.

- **Scalable:** Ability to scale to other products (Ads) and geographies.

CONFIDENTIAL

UBER_JCCP_MDL_003040842

# Thanks!

Uber | Women Preferences

CONFIDENTIAL

UBER_JCCP_MDL_003040843

#  XX

- **XX**

1

CONFIDENTIAL

UBER_JCCP_MDL_003040844

# Onboarding for Non-verified Riders with Women inferred names | Email

# Onboarding for Verified Riders with Unisex inferred names | Email

CONFIDENTIAL

UBER_JCCP_MDL_003040846

# Onboarding for Non-verified Riders with Unisex inferred names | Email

CONFIDENTIAL

UBER_JCCP_MDL_003040847

# Other Entry points

Uber | Women Preferences

CONFIDENTIAL

UBER_JCCP_MDL_003040848

# Onboarding Entry Points | Launch month

CONFIDENTIAL

# **Reserve |** Rider Experience - Backup Flow

CONFIDENTIAL

UBER_JCCP_MDL_003040850

P-01492.00202

# Reserve | Driver Experience

## Matching - xx

## Matching - xx

xx

xx

CONFIDENTIAL

P-01492.00203

UBER_JCCP_MDL_003040851

# Agenda

- Onboarding

- Entry Points

- Products to improve driver earnings when filter is turned on

- Cancellation Flow

- Gender Settings

- Changes to WRP from how it works today

CONFIDENTIAL                                                                          UBER_JCCP_MDL_003040852

P-01492.00204

# Disclaimer

- Content is TBD

- Marketing working on landing a product name

    - Timeline for product name - xx

    - Finalize content - xx

    - Timeline for iconography and illustrations - xx

Uber | Women Preferences

190

CONFIDENTIAL

UBER_JCCP_MDL_003040853

P-01492.00205



User Impact

Feel safe
(men drivers)

Hard filter impact

Soft filter impact

C
"Please get me out
of here ASAP"

D
"I like to support
women drivers!"

Feel unsafe
(environment)

Feel safe
(environment)

Anna

Blaire

Carol

Daisy

B
"I want to leave
now and prefer a
women driver"

A
"I'm willing to wait
a bit longer"

Feel unsafe
(men drivers)

Uber | Women Driver Preference

191

CONFIDENTIAL

UBER_JCCP_MDL_003040854

## Slide 191 Notes

Significant impact vs Population impact

3 features in one suite of options

# {Uber Moon}
**Guaranteed\* matched with women & non-binary drivers**

<span style="color:blue">On-demand</span> **+** <span style="color:purple">Reserve</span>

 

# Soft preference
**Preferred matching setting**

<span style="color:green">All trip types</span>



CONFIDENTIAL

P-01492.00208

UBER_JCCP_MDL_003040856

## Slide 192 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
  - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

Use cases

# Blaire she/they

**Blaire just walked out late at night from a bar that just closed**

↗ Power rider

🛡 Feels unsafe in their environment

⚠ Cautious about travelling alone at night with a man

👤 Presentation of gender identity:

"I want a woman driver,  especially at night, but I don't want to wait too long"



CONFIDENTIAL

UBER_JCCP_MDL_003040858

Use cases

# Eman she/her

## Eman would only use rideshare if her driver was a woman



Not an uber user

TBD

Only wants a women driver

Presentation of gender identity:

"Because of my religion, no men in the car while driving"

CONFIDENTIAL

UBER_JCCP_MDL_003040859

Use cases

# Carol she/her

**Carol is in a an environment that makes her feel afraid**



⤵ Infrequent rider

🛡 Feels unsafe in her environment

⚠ Comfortable riding with a driver of any gender

👤 Presentation of gender identity:

"I just want the fastest ride out of there"

CONFIDENTIAL

UBER_JCCP_MDL_003040860

# User flow (high-level)



CONFIDENTIAL

UBER_JCCP_MDL_003040861

## Slide 196 Notes

Significant impact vs Population impact

CONFIDENTIAL

Use cases

# Anna she/her

**Anna feels tipsy after 3 drinks at a restaurant. She wants to get matched to a woman driver and feels safe to wait here.**

Infrequent rider

Feels safe in her environment

Cautious about travelling alone at night with a man

Presentation of gender identity:



"I would absolutely feel 100% safer with a female driver. Especially coming home from a bar where I have consumed alcohol."

CONFIDENTIAL

UBER_JCCP_MDL_003040863

Use cases

# Daisy they/them

**Daisy is excited to see more women drivers on the platform**



→  Occasional user

🛡  Feels safe in their environment

⚠  Comfortable riding with a driver of any gender

👤  Presentation of gender identity:

"I think making it fun and empowering rather than babying....Making sure that the release of something like this isn't like 'it's a dangerous world, protect yourself' like everybody's a predator except for female drivers. Instead, make it more a celebration of empowerment and making choices."

CONFIDENTIAL

P-01492.00216

UBER_JCCP_MDL_003040864

# Who will have access

## Near term

Only **verified riders** who identified their gender as **woman** or **non-binary**

## Long-term

Only **verified** or **low-risk riders (TBD)** who identified their gender as **woman** or **non-binary**

**Riders can be either passively or actively verified:**

**Passive -> No user action required**

Use available data such as name matching and phone ownership signals to passively verify riders. Although perceived as creepy, **passive verification will allow us to verify >60% of current riders from day one.**

**Active -> User provide an ID**

For users that couldn't be passively verified, nudge to active verification using a valid government-issued ID. Verification is still optional for non-risky users.

CONFIDENTIAL

UBER_JCCP_MDL_003040865

## Slide 199 Notes

Passive: Use available data such as name matching and phone ownership signals to passively verify riders. Although perceived as creepy, **passive verification will allow us to verify >60% of current riders from day one.**

Active:
For users that couldn't be passively verified, nudge to active verification using a valid government-issued ID. Verification is still optional for non-risky users.

CONFIDENTIAL

UBER_JCCP_MDL_003040866

# User flow



## Slide 200 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040868

# User flow (high-level)







**FTUX**

Introduce the suite of
products

**Eligibility form**

Confirm gender
identity

**Soft preference Opt-in**

Opt-in to Soft
preference

Uber | Women Driver Preference

201

CONFIDENTIAL

UBER_JCCP_MDL_003040869

## Slide 201 Notes

Significant impact vs Population impact

# Rider Product Access

Uber | Women Preferences

CONFIDENTIAL

UBER_JCCP_MDL_003040871

P-01492.00223

Rider product access

# Leverage the Rider ID workstream for product access for women & non-binary riders

☐ ☐

## Passively verified

Use available data such as name matching and phone ownership signals to passively verify riders. Although perceived as creepy, passive verification will allow us to verify >60% of current riders from day one.

☐ ☐

## Actively verified

For users that couldn't be passively verified, nudge to active verification using a valid government-issued ID. Verification is still optional for non-risky users.

# Rider Product Access

**Only verified riders who are women or non-binary would get access to the product.**

| | Low Risk | Medium Risk | High Risk |

| **Inferred/ Self-declared Gender →** | **Woman or Non-binary** | **Unknown (Unisex)** | **Man** |
|---|---|---|---|
| **Passively Verified** | Can get access by:<br>• Gender confirmation | Can get access by:<br>• Gender self-declaration along with<br>• Signing Docusign form if gender is woman/NB | No default access. Can get access by:<br>• Self-declaring gender as woman/non-bin and<br>• Signing Docusign form |
| **Not verified** | Can get access by:<br>• Gender confirmation and<br>• Active Name Verification (DocScan) | Can get access by:<br>• Gender self-declaration along with<br>• Signing Docusign form if gender is woman/NB and<br>• Active Name Verification (DocScan) | No default access. Can get access by:<br>• Self-declaring gender as woman/non-bin and<br>• Signing Docusign form<br>• Active Name Verification (DocScan) |

CONFIDENTIAL

UBER_JCCP_MDL_003040873

# Rider Onboarding

CONFIDENTIAL

UBER_JCCP_MDL_003040874

# Matching Flow

Uber | Women Rides Options

CONFIDENTIAL

UBER_JCCP_MDL_003040875

P-01492.00227

# Who will receive comms to opt-in



CONFIDENTIAL

UBER_JCCP_MDL_003040876

## Slide 207 Notes

Significant impact vs Population impact

CONFIDENTIAL

UBER_JCCP_MDL_003040877

# Dynamic FTUX landing page

## 1: **Women**  **Verified**

Verified women & non-binary riders are
shown the feature offerings in the FTUX

## 2: Unverified + Women

## 3: Verified + No gender

## 4: Unverified + No gender

## 5: Men



FTUX pop-up is prompted to women & non-binary riders

Call out all 3 offerings

CONFIDENTIAL

UBER_JCCP_MDL_003040878

# Dynamic FTUX landing page

1: Verified + Women `Verified`

## 2: **Unverified** + **Women**
Unverified women & non-binary riders are told about the feature + how to get access

## 3: Verified + No gender

## 4: Unverified + No gender

## 5: Men



Incentivize rider by giving a brief summary of the feature they could unlock

Quick and easy

Riders are shown all the steps involved to get access

CONFIDENTIAL

UBER_JCCP_MDL_003040879

# Dynamic FTUX landing page

**1: Verified + Women**

**2: Unverified + Women**

## 3: **Verified** + **Unknown gender**

Same as above

**4: Unverified + No gender**

**5: Men**



Quick and easy

Incentivize rider by giving a brief summary of the feature they could unlock

Riders are shown all the steps involved to get access

CONFIDENTIAL

UBER_JCCP_MDL_003040880

# Dynamic FTUX landing page

## 1: Verified + Women

## 2: Unverified + Women

## 3: Verified + No gender

## 4: **Unverified** + **Unknown gender**

Would apply mainly to unisex names.
Encourage these riders to get verified and
call out the benefits of verification.

## 5: Men



Focus primarily on the
benefits of verification

Short mention of
Uber Moon

CONFIDENTIAL

UBER_JCCP_MDL_003040881

# Dynamic FTUX landing page

## 1: Verified + Women

## 2: Unverified + Women

## 3: Verified + No gender

## 4: Unverified + No gender

## 5: Men

No product access or in-app promos for this feature



# Soft Preference | Rider Experience

## Similar experience

- No changes during the booking experience.

- At pick-up the rider will be notified that there is a woman driver

  

**Same UX as today**

No impact on booking experience



**Pick-up**

Success toast when match with preference

CONFIDENTIAL

UBER_JCCP_MDL_003040883

# Soft Preference | Rider Experience

## Settings

- Within settings rider can change their preference to get matched with woman driver



**New entrypoint**

New entrypoint within ride preferences



**Settings details**

Toggle for rider to turn feature on or off

CONFIDENTIAL

UBER_JCCP_MDL_003040884

# Soft Preference | Earner Experience

## Incoming trips

- Highlight rider with WDP preference in incoming trip



**Primary offers**

Showcase WDP in ranking as a tag



**Trip radar**

Showcase the WDP tag for trip radar offers

CONFIDENTIAL

UBER_JCCP_MDL_003040885

CP2 discussion goal

# Review solution concept, and align on the Rider onboarding and booking flow

Feedback on **product access & onboarding flows** – the logic, information, flow & navigation – *not* finals visuals or content

Feedback on **booking (Hard Filter, Reserve & Soft Preference) & TripX** – the flow, design & content

Following this discussion we will have CP3s for more refined design & content



CONFIDENTIAL

UBER_JCCP_MDL_003040886

# Key use cases

| Inferred gender/self-identified in setting |

☑ **ID Verified**     ❓ **Unverified**

## What's the % of each use case?

**RIDER GENDER:**

**1. Women**

| ☑ Women | ☑ Non-binary | ☑ Unknown | ☑ Men |
| ❓ Women | ❓ Non-binary | ❓ Unknown | ❓ Men |

**2. Non-binary**

| ☑ Women | ☑ Non-binary | ☑ Unknown | ☑ Men |
| ❓ Women | ❓ Non-binary | ❓ Unknown | ❓ Men |

**3. Unknown**

| ☑ Women | ☑ Non-binary | ☑ Unknown | ☑ Men |
| ❓ Women | ❓ Non-binary | ❓ Unknown | ❓ Men |

**4. Man**

| ☑ Women | ☑ Non-binary | ☑ Unknown | ☑ Men |
| ❓ Women | ❓ Non-binary | ❓ Unknown | ❓ Men |

Uber Women Driver Preference

217

CONFIDENTIAL

UBER_JCCP_MDL_003040887

Why are we doing this?

# **<span style="color:purple">Safety remains a top concern for women</span>, and we must do more to prove Uber's true commitment to it.**



## User problem

Many women doubt Uber's safety commitment 􀀀 􀀀 Nearly every woman has had an uncomfortable or dangerous rideshare experience 􀀀 􀀀

## Business impact

Women make up 40-50% of Uber's riders, so it's crucial to show our commitment to a safe, inclusive community. **#standforsafety** 􀀀 􀀀 􀀀 􀀀

## UXR insights

We've conducted 12 studies, including interviews to explore the need, usability tests to understand UX, and surveys to assess the prevalence of need and confidence in generalizability 􀀀 􀀀

## Our opportunity

…..

CONFIDENTIAL

UBER_JCCP_MDL_003040888

## Slide 218 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
  - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

## Design principles

### 1. Prioritize safety and trust

Build with safety top of mind by gating access to verified riders and using the inference model to identify women riders. Maintain continuous monitoring for when the product might get abused.

### 2. Allow self-identification and user choice

Allow users to self-identify their gender. Clearly communicate how we might use people's gender data and give users choice. Provide control to users when sharing gender data and give them the ability to edit or remove their information as needed.

### 3.  Create equitable onboarding + support

Provide effective and equitable gender verification for both riders and drivers and create specialized support for reporting fraud or discrimination.

### 4. Build with gender inclusion

Use affirming and inclusive language, addressing the diverse needs of marginalized genders especially those that are non-binary or trans. Incorporate educational moments to explain gender-related terminology and safe behaviors.

Uber  |  WRP Design Review

219

CONFIDENTIAL

UBER_JCCP_MDL_003040890

# Dynamic FTUX landing page

**1: Women + Unverified**

**2: Unknown + Verified** 1 / 2

Riders of unknown gender see a FTUX that focuses more on the steps to come.

**3: Men**

Info on how to gain access



CONFIDENTIAL

UBER_JCCP_MDL_003040891

# Dynamic FTUX landing page

**1: Women + Unverified**

**2: Unknown + Unverified**  2 / 2

Unverified riders of unknown gender are
encouraged to get verified instead

**3: Men**



Focus primarily on the
benefits of verification

Short mention of
Uber Moon but not
the focus of the modal

CONFIDENTIAL

UBER_JCCP_MDL_003040892

# Dynamic FTUX landing page

## 1: Women + Verified

## 2: Unknown + Verified

## 3: Men

We will not promote women preferences in-app for those we determine are men. We will leverage DocuScan later on for men who change their gender to woman or non-binary



Same UX as today

CONFIDENTIAL

UBER_JCCP_MDL_003040893

# Rider Product Access

**Only verified riders who are women or non-binary would get access to the product.**



CONFIDENTIAL

P-01492.00246

UBER_JCCP_MDL_003040894

# Product access/onboarding

UBER_JCCP_MDL_003040895

P-01492.00247

# Key use cases



## Alex
She/her

Verified

Unknown

Alex is at a restaurant and feels a little tipsy after 3 drinks



## Blaire
She/they

Unverified

Woman

Blaire just walked out from a bar that just closed.



## Carol
She/her

Verified

Woman

Carol is at a neighborhood that she feel threatened.



## Daisy
They/them

Unverified

Non-binary

Daisy is excited to see more women drivers on the platform



## Noor
She/her

Unverified

Unknown

Due to religious beliefs, Noor would only use rideshare if her driver was a woman

Uber  |  Women Driver Preference

225

CONFIDENTIAL

UBER_JCCP_MDL_003040896

Agenda

**01**  # Background & context

**02**  # Rider UX

    a.  **Product access/onboarding**

    b.  **Booking**

    c.  **Trip experience**

    d.  **Gender settings**

**03**  # Earner UX

**04**  # Next steps



CONFIDENTIAL

P-01492.00249

UBER_JCCP_MDL_003040897

# Background & context

CONFIDENTIAL
UBER_JCCP_MDL_003040898

**Project goal**

# Allow women and non-binary riders to <span style="color:purple">define their own experience on the Uber app</span>, by giving them the option to choose <span style="color:purple">women or non-binary drivers</span> whenever needed.

Women Driver Preferences

CONFIDENTIAL

UBER_JCCP_MDL_003040899

Overview

# Three services in one release

**{Uber Moon}**
**Guaranteed\* matched with women & non-binary drivers**

**On-demand**          **Reserve**

**Gender Preference**
**Preferred matching setting for all trips**

**Soft preference**

## Slide 229 Notes

Time constraints safety primary limitations.

- Fewer available hours (day during school & night) due to caretaking responsibilities
- Safety is a key barrier for new drivers and limits willingness to drive at night
- (other attempts to increase competency and comfort like Virtual companions)
- Night time perceived to be more dangerous, risky rides.
- Risk is also why many women couriers don't drive, even though women make up almost ½ of courier deliveries
- Risk in the evening is high because they fear physical abuse particularly from men,
    - Risk not just to themselves but also if they are injured they can't fulfill caretaking responsibilities.

The research program for Women Driver and Rider included 12 studies including interviews to explore the need, usability tests to understand how and when to present and surveys to test for pervasiveness of need and confidence in generalizability.

- Driver Surveys (Uber n=600, Lyft only n=600)
- Women Driver Usability Tests (US / UK/ CA / Anz) n= 24 participants
- NB Driver Usability Tests (US / UK/ CA / Anz) n= 8 participants
- Women Driver US Prototype tests (gender declarations) n = 1

CONFIDENTIAL

UBER_JCCP_MDL_003040901

Relevant surfaces



**Rider**

**Earner**

## Onboarding

## Settings

## Booking/offers

**Varying use of access dependent on gender and Rider ID verification**

**Gender setting available to all users**

**WDP Preferences, booking on-demand, booking reserve, dispatch**

**Given to all women & non-binary drivers**

**Gender setting available to all users**

**Offer card on-demand, opportunity center**

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003040902

# Rider surfaces (Zoom In)



| Onboarding | Settings | Product selector | Dispatch | On-trip |
|---|---|---|---|---|
| Focus today | Focus, work in progress | Focus today | Focus, work in progress | Not in scope today |

Uber | Women Driver Preferences

231

UBER_JCCP_MDL_003040903

P-01492.00255

# Safety design + product team



**Xindeling Pan**
Designer



**Anoosha Sajjad**
Designer



**Loren Ruffin**
Content Designer



**John Lunsford**
UX Researcher



**Srishti Bajaj**
Product Manager



**Mariana Esteves**
Product Manager



**Amy Bickerton**
Design Manager

CONFIDENTIAL

UBER_JCCP_MDL_003040904

# Soft Preference increases general ambient safety



**Uber Riders**   **Lyft Riders**

- Both Hard and Soft: 44%
- Soft only: 31%
- Hard only: 17%
- Chepear option: 8%
- Neither: 2%

Methodology: 50 Riders US - Survey / Audio responses

Uber | User Research Insights

## Soft filter addresses a safety concern

When situational safety is a concern & riders can't wait additional time, the possibility (not promise) of a woman match **raises perception platform safety.**

Encourages more rides by allowing women rider to feel like they are **supporting women earners.**

Soft filter match expectation decreases from 33% to ~10% when paired with hard filter.

## Lyft and Uber research reveals soft filter as needed enhancement to existing matching and hard filter as an unmet need.

Offering hard without soft filter doesn't differentiate Uber enough. We'd be seen as different, not better.

If Lyft answers with their own hard filter it will be perceived as a more complete option.

CONFIDENTIAL

UBER_JCCP_MDL_003040905

# Jul 5th Sync

CONFIDENTIAL

UBER_JCCP_MDL_003040906

# Driver design crit - Feedback

CONFIDENTIAL

UBER_JCCP_MDL_003040907

# Equity design crit - Feedback

CONFIDENTIAL

UBER_JCCP_MDL_003040908

# Engg Timelines

CONFIDENTIAL

UBER_JCCP_MDL_003040909

# XP Plan Proposal - Pros and Cons

| ? | Sep 15 | Nov 15 | Jan 7 |
|---|---|---|---|
| Prod | | | |
| PCM | | | |
| DS | ▲ ▲ ▲ | ◇ ◇ ◇ | ▲ ▲ ▲ |

UBER_JCCP_MDL_003040910

P-01492.00262

# Pilot Plan (Draft)

- **Group A - Hard filter for drivers only**
  - **Goal:** Measure marketplace impact of driver hard filter only
  - Cities: 2-3 cities + Comparable cities for synthetic control

- **Group B - Hard for drivers; Hard+ Soft+Reserve for riders**
  - **Goal:** Have a *bang* from comms perspective as well as measure overall marketplace impact of all products together
  - Cities: some cities with high women driver supply + Comparable cities for synthetic control

- **Group C - Hard filter for riders only +Reserve**
  - **Goal:** Measure marketplace impact of rider hard filter only
  - Cities: 2-3 cities + Comparable cities for synthetic control

- **Group D - Soft filter for riders only +Reserve**
  - **Goal:** Measure marketplace impact of rider soft filter only
  - Cities: 2-3 cities + Comparable cities for synthetic control

- **Soft + Reserve - Hard to come (coming soon)**
  - We have high confidence that Reserve wi work, no proof that soft is working/not-wor
  - Soft + Reserve will be feasible across US true for Hard

Uber |

CONFIDENTIAL

239

Attorney Client Privileged and Confidential

UBER_JCCP_MDL_003040911

P-01492.00263

## Slide 239 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

A/C Privileged & Confidential

# Rider Hard filter marketplace simulations

**Assuming 5% WDP adoption, Hard Filter On-Demand would:**

- Increase P50 eta by 3-6 mins for WDP trips and 2-6 secs for all trips

- Reduce C/R by 4-5% for WDP trips and 0.0-0.3% for all trips

| City | % Women Driver | P50 ETA (seconds) for 5% Women Trips Adoption | | | | AVG C/R for 5% Women Trips Adoption | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ETA Baseline | WDP abs diff | WDP % diff | All Trips abs diff | C/R Baseline | WDP abs diff | WDP % diff | All Trips abs diff |
| **Atlanta** | 20% | 457 | +234s | +51% | +4s | 90% | -4% | -4% | -0.1% |
| **Las Vegas** | 17% | 316 | +229s | +72% | +4s | 92% | -4% | -4% | -0.1% |
| **Houston** | 16% | 392 | +262s | +67% | +4s | 94% | -4% | -4% | -0.1% |
| **Phoenix** | 15% | 405 | +297s | +73% | +3s | 88% | -4% | -4% | -0.3% |
| **Dallas** | 14% | 388 | +345s | +89% | +6s | 91% | -4% | -5% | 0.0% |
| **Miami** | 11% | 265 | +351s | +132% | +2s | 95% | -5% | -5% | -0.2% |

**Rider Hard Filter On demand** marketplace **simulation\***, for 5% Women Trips adoption

\* 8pm-9pm ; 12am-1am  / Fridays and Saturday Nights
**The simulation results *should be trusted only for directional signals*.** The magnitude of changes may differ. An experiment should be conducted to measure actual impact.

## Slide 240 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

# June 13th Sync

CONFIDENTIAL

UBER_JCCP_MDL_003040915

# [Dara Preso Draft link](#)

CONFIDENTIAL

# Enhanced soft filter Option 1 | Don't book until I decide







**Option 1**          **Option 2**

CONFIDENTIAL

UBER_JCCP_MDL_003040917

# Set it and forget it in Settings









CONFIDENTIAL

P-01492.00270

UBER_JCCP_MDL_003040918

CONFIDENTIAL

UBER_JCCP_MDL_003040919

# Pool with Women Driver - Men riders would be eligible







CONFIDENTIAL

UBER_JCCP_MDL_003040920

## Use cases









# Anna

"I can wait for 15 min as long as I get matched to a woman driver"

Anna is at a restaurant and feel a little tipsy after 3 drinks

# Blaire

"I want a woman driver, but I don't feel safe to wait long"

Blaire just walked out from a bar that just closed.

# Carol

"Please get me got of here ASAP"

Carol is at a neighborhood that she feel threatened.

# Daisy

"I like to support women drivers!"

Daisy is excited to see more women drivers on the platform

Uber | Women Driver Preference

CONFIDENTIAL

UBER_JCCP_MDL_003040921

# Enhanced soft filter Option 2 | Book while we look







CONFIDENTIAL

UBER_JCCP_MDL_003040922

# Enhanced soft filter Option 2 | Book while we look







CONFIDENTIAL

UBER_JCCP_MDL_003040923

# Reserve Option 1 | Go soon







CONFIDENTIAL

UBER_JCCP_MDL_003040924

## Slide 250 Comments

1        Hey @sachin.kansal@uber.com, since we didn't get to this slide I just want to provide further context. "Go soon" is a feature the Rider UX team is working on similar to what we've been calling "on-demand Reserve." It'll allow riders to book a ride in advance but a little bit sooner than a typical Reserve ride that is 45mins-days+ ahead of time. Their team is exploring adding the "Now" pill into the product selector and even into each product. Here I've shifted it into our feature and directed users to select a time in the near future. This would give us more time on the backend to find them a match.
Food for thought! I think this is a better fit for us than traditional Reserve, but we'll need to talk to their team about timelines as they're still early in their work!
*Loren Ruffin,  6/13/2024 11:16 PM*

CONFIDENTIAL

UBER_JCCP_MDL_003040925

# Reserve Option 2 | Allowing to book up to 30-45 min in advance.

A




# Hybrid | Both Hard and Soft together

**A**



CONFIDENTIAL

UBER_JCCP_MDL_003040927

# On-Demand Hard filter

Select Women Driver



Success Match by up-ranking Women Drivers in regular Supply Plans




If drivers are outside of the supply plans or they don't accept a trip, give option to wait more, or wait & pay more



**Option 1**
Confirm extra wait time



**Option 2**
Confirm extra Fee

CONFIDENTIAL

UBER_JCCP_MDL_003040928

# June 12th Sync

Uber | Women Rides Options

CONFIDENTIAL

UBER_JCCP_MDL_003040929

# Enhanced soft filter Option 1 | Don't book until I decide

CONFIDENTIAL

UBER_JCCP_MDL_003040930

# Enhanced soft filter Option 1 | Don't book until I decide





**Compare product**

When there is a woman-driver nearby



**Fall back – Option 1**

2 minutes after waiting



**Fall back – Option 2**

2 minutes after waiting



**Enroute**

Woman driver is on her way

CONFIDENTIAL

UBER_JCCP_MDL_003040931

# Option 1: Hard and Soft filter together

**Allow earners to decide how frequent they want to be matched to women**

**Option 1:** Hard vs soft vs no filter

**Option 2:** Let drivers chose the level of filtering they want




CONFIDENTIAL

UBER_JCCP_MDL_003040932

## Slide 257 Comments

1           Remove
            *Anoosha Sajjad,  6/13/2024 12:08 AM*

CONFIDENTIAL

UBER_JCCP_MDL_003040933

# …contd

Inform drivers that their match was due to their Soft/Hard preferences, reinforcing their positive view of the product



CONFIDENTIAL

UBER_JCCP_MDL_003040934

# Option 2: Trip Radar prioritization of women matches

Showcase Uber's commitment to Safety by offering soft preferences to all women drivers by default



Auto opt-in

CONFIDENTIAL

UBER_JCCP_MDL_003040935

# Option 2: Trip Radar prioritization of women matches

Zero effort for easy adoption





Highlight the effort on the Uber side

CONFIDENTIAL

UBER_JCCP_MDL_003040936

# ELT Preso old slides

CONFIDENTIAL

UBER_JCCP_MDL_003040937

# Graveyard

CONFIDENTIAL

UBER_JCCP_MDL_003040938

# Marketplace Impact of Reserve - Hard Filter will have est. reliability above 95%

| City | Monthly Demand* | Reserve WDO est. reliability ** | Avg. Reserve Price Premium | |
|---|---|---|---|---|
| | | | Airport trips | Non-airport trips |
| Atlanta | 10,076 | >95% | 30% | 47% |
| Miami | 13,460 | >95% | 42% | 73% |
| Las Vegas | 8,165 | >95% | 48% | 58% |
| Phoenix | 9,473 | >95% | 20% | 42% |
| Houston | 11,072 | >95% | 17% | 73% |
| Dallas | 11,478 | >95% | 30% | 101% |

* Demand estimation is based on below assumptions:
1. 20% of current reserve women riders opt-in WDP-Reserve
2. 0.2% of on demand rides requested by women shift to use WDP-Reserve
3. Women riders who have never used Uber use WDP-Reserve as their first Uber platform trip after launch

** Reliability estimation is based on the demand/supply ratio and reliability relationship for the spectrum of reserve products

Uber | Source

263

CONFIDENTIAL

UBER_JCCP_MDL_003040939

scenarios

## 1. Increase chances of matching with a Woman Driver

<span style="color:green">Group 1</span>  <span style="color:orange">Group 2</span>  <span style="color:red">Group 3</span>

Preference setting that can be **always on**. Uprank Women supply plans in existing matching logic.



## 2. Reserve a Women Driver Trip for Later

<span style="color:green">Group 1</span>  <span style="color:orange">Group 2</span>  <span style="color:red">Group 3</span>

Reserve option **can be always available**, allowing to book up to 30 min in advance. Same Reserve Pricing.



## 3. Find a Woman Driver now

<span style="color:green">Group 1</span>  <span style="color:orange">Group 2?</span>

Only **available when supply is favorable**. Confirm extra wait time and possible additional Fee.




CONFIDENTIAL

UBER_JCCP_MDL_003040940

CONFIDENTIAL

UBER_JCCP_MDL_003040941

P-01492.00293

CONFIDENTIAL

UBER_JCCP_MDL_003040942

CONFIDENTIAL

UBER_JCCP_MDL_003040943

P-01492.00295

CONFIDENTIAL

UBER_JCCP_MDL_003040944

CONFIDENTIAL

UBER_JCCP_MDL_003040945

CONFIDENTIAL

UBER_JCCP_MDL_003040946

# Marketplace Impact of Soft Preference and Hard Filter - On Demand

**Assuming 5% WDP adoption, Soft preference would:**
- Increase P50 eta by 3-6 mins for WDP trips and 3-6 secs for all trips
- Reduce C/R by 2-3% for WDP trips and 0.1-0.4% for all trips

**Assuming 5% WDP adoption, Hard filter - On Demand would:**
- Increase P50 eta by 3-6 mins for WDP trips and 2-6 secs for all trips
- Reduce C/R by 4-5% for WDP trips and 0.1-0.3% for all trips

| City | % Women Driver | Soft Preference Simulations * | | | | | | | | Hard Filter - On Demand Simulations * | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P50 ETA (seconds) for 5% Women Trips Adoption | | | | C/R for 5% Women Trips Adoption | | | | P50 ETA (seconds) for 5% Women Trips Adoption | | | | C/R for 5% Women Trips Adoption | | | |
| | | ETA Baseline | WDP abs diff | WDP % diff | All Trips abs diff | C/R Baseline | WDP abs diff | WDP % diff | All Trips abs diff | ETA Baseline | WDP abs diff | WDP % diff | All Trips abs diff | C/R Baseline | WDP abs diff | WDP % diff | All Trips abs diff |
| **Atlanta** | 20% | 457 | +231s | +51% | +5s | 90% | -2% | -3% | -0.1% | 457 | +234s | +51% | +4s | 90% | -4% | -4% | -0.1% |
| **Vegas** | 17% | 316 | +217s | +69% | +3s | 92% | -3% | -3% | -0.4% | 316 | +229s | +72% | +4s | 92% | -4% | -4% | -0.1% |
| **Houston** | 16% | 392 | +256s | +65% | +4s | 94% | -2% | -2% | -0.1% | 392 | +262s | +67% | +4s | 94% | -4% | -4% | -0.1% |
| **Phoenix** | 15% | 405 | +273s | +67% | +5s | 88% | -3% | -4% | 0.0% | 405 | +297s | +73% | +3s | 88% | -4% | -4% | -0.3% |
| **Dallas** | 14% | 388 | +304s | +78% | +6s | 91% | -2% | -2% | -0.1% | 388 | +345s | +89% | +6s | 91% | -4% | -5% | 0.0% |
| **Miami** | 11% | 265 | +320s | +121% | +3s | 95% | -3% | -3% | -0.1% | 265 | +351s | +132% | +2s | 95% | -5% | -5% | -0.2% |

*** The simulation results *should be trusted only for directional signals*. The magnitude of changes may differ. An experiment should be conducted to measure actual impact.**

Attorney Client Privileged and Confidential

## Slide 271 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

UBER_JCCP_MDL_003040948

# Pilot Approach | Start with cities that optimize for Legal / Policy / Comms considerations and with good women demand / supply ratios

**Pilot Cities:** Choose within Group 1

Atlanta, Las Vegas, Houston, Phoenix, Dallas, Miami.

## Questions to be answered

- What is the real **marketplace viability and impact** (C/R, ETA, Driver AR and Rider CR, VC margins)?

- Test the product approach and Safety sentiment impact.

- Test reception regarding gender inclusivity policies.

- Test the waters on Policy and Legal risk.

**Soft Preference** marketplace **simulation***, for 5% Women Trips adoption

| City | % Women Driver | P50 ETA (seconds) for 5% Women Trips Adoption | | | | C/R for 5% Women Trips Adoption | | | |
|------|------|------|------|------|------|------|------|------|------|
| | | ETA Baseline | WDP abs diff | WDP % diff | All Trips abs diff | C/R Baseline | WDP abs diff | WDP % diff | All Trips abs diff |
| 1. Atlanta | 20% | 457 | +231s | +51% | +5s | 90% | -2% | -3% | -0.1% |
| 2. Las Vegas | 17% | 316 | +217s | +69% | +3s | 92% | -3% | -3% | -0.4% |
| 3. Houston | 16% | 392 | +256s | +65% | +4s | 94% | -2% | -2% | -0.1% |
| 4. Phoenix | 15% | 405 | +273s | +67% | +5s | 88% | -3% | -4% | 0.0% |
| 5. Dallas | 14% | 388 | +304s | +78% | +6s | 91% | -2% | -2% | -0.1% |
| 6. Miami | 11% | 265 | +320s | +121% | +3s | 95% | -3% | -3% | -0.1% |

\* **The simulation results *should be trusted only for directional signals*.** The magnitude of changes may differ. An experiment should be conducted to measure actual impact.

Uber |

CONFIDENTIAL

272

Attorney Client Privileged and Confidential

UBER_JCCP_MDL_003040949

## Slide 272 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

CONFIDENTIAL

UBER_JCCP_MDL_003040950

P-01492.00302

# For Riders, uneven Women supply distribution makes it difficult to build a single solution that scales

**Demand / Supply ratio**

Varies by city and time of day and is highly correlated with our ability to fulfill trips (C/R)

## US Cities by Women Demand/Supply Ratio

**Group 1**
**50% of US Trip**

Demand/Supply ratio is favorable

Atlanta, Houston, Phoenix, Dallas, LV, Miami

☑ Soft Preference
☑ Hard Filter Reserve
☑ Hard Filter On Demand

**Group 2**
**35% of US Trips**

Demand / Supply ratio is challenging

San Francisco, Boston, Philadelphia, Seattle, DC

☑ Soft Preference
☑ Hard Filter Reserve
❓ Hard Filter On Demand

**Group 3**
**15% of US trips**

Demand / Supply ratio is unfavorable

NYC + long tail cities

☑ Soft Preference
☑ Hard Filter Reserve
✖ Hard Filter On Demand

Demand / Supply Ratio considering 5% Women Rider Trips migrate to using Filters, concentrated at night time trips.

| US Cities | % Trips by Women Drivers | Women Demand / Supply Ratio at night < 1.5 |
|-----------|--------------------------|---------------------------------------------|
| Atlanta | 25% | 0.5 |
| Houston | 19% | 0.7 |
| Phoenix | 17% | 0.8 |
| Dallas | 16% | 0.8 |
| Las Vegas | 18% | 1.1 |
| Miami | 14% | 1.2 |
| San Francisco | 9% | 2.0 |
| Philadelphia | 12% | 2.1 |
| Boston | 9% | 2.8 |
| NYC | 4% | 10.6 |

Uber |

273

Attorney Client Privileged and Confidential

UBER_JCCP_MDL_003040951

P-01492.00303

## Slide 273 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

# Pilot Approach | Start with cities that optimize for Legal / Policy / Comms considerations and with good women demand / supply ratios

## Questions to be answered

- What is the real **marketplace viability and impact** (C/R, ETA, Driver AR and Rider CR, VC margins)?

- Test the product approach and Safety sentiment impact.

- Test reception regarding gender inclusivity policies.

Uber

**REDACTED - PRIVILEGED CLAWBACK**

CONFIDENTIAL

## Pilot Plan

- **Pilot Cities**
  Choose within Group 1: Atlanta, Las Vegas, Houston, Phoenix, Dallas, Miami.

- **Timeline**
  Q1, 2025

- **UX**
  For drivers - Test Hard filter in 2 cities.
  For riders - Test On-demand Hard filter and Reserve Hard filter in 2 cities and Soft Preference and Reserve Hard filter in 2 cities.

- **Success criteria**
  <u>Adoption and Engagement</u> - ↑Signups, ↑Usage frequency, ↑Retention rate
  <u>Safety</u> - ↑Sentiment, ↑Perception, ↓Incident rates
  <u>Marketplace</u> - ETA, C/R, Earnings impact within thresholds

**REDACTED - PRIVILEGED CLAWBACK**

Attorney Client Privileged and Confidential

UBER_JCCP_MDL_003040953

P-01492.00305

## Slide 274 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

CONFIDENTIAL

UBER_JCCP_MDL_003040954

# Marketplace Impact of Soft Preference and Hard Filter - On Demand

**Assuming 5% WDP adoption, both Soft preference and Hard Filter On-Demand would:**

- Increase P50 eta by 3-6 mins for WDP trips and 2-6 secs for all trips
- Reduce C/R by 2-5% for WDP trips and 0.1-0.4% for all trips

| City | % Women Driver | Soft Preference Simulations * | | | | | | | | Hard Filter - On Demand Simulations * | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P50 ETA (seconds) for 5% Women Trips Adoption | | | | C/R for 5% Women Trips Adoption | | | | P50 ETA (seconds) for 5% Women Trips Adoption | | | | C/R for 5% Women Trips Adoption | | | |
| | | ETA Baseline | WDP abs diff | WDP % diff | All Trips abs diff | C/R Baseline | WDP abs diff | WDP % diff | All Trips abs diff | ETA Baseline | WDP abs diff | WDP % diff | All Trips abs diff | C/R Baseline | WDP abs diff | WDP % diff | All Trips abs diff |
| Atlanta | 20% | 457 | +231s | +51% | +5s | 90% | -2% | -3% | -0.1% | 457 | +234s | +51% | +4s | 90% | -4% | -4% | -0.1% |
| Vegas | 17% | 316 | +217s | +69% | +3s | 92% | -3% | -3% | -0.4% | 316 | +229s | +72% | +4s | 92% | -4% | -4% | -0.1% |
| Houston | 16% | 392 | +256s | +65% | +4s | 94% | -2% | -2% | -0.1% | 392 | +262s | +67% | +4s | 94% | -4% | -4% | -0.1% |
| Phoenix | 15% | 405 | +273s | +67% | +5s | 88% | -3% | -4% | 0.0% | 405 | +297s | +73% | +3s | 88% | -4% | -4% | -0.3% |
| Dallas | 14% | 388 | +304s | +78% | +6s | 91% | -2% | -2% | -0.1% | 388 | +345s | +89% | +6s | 91% | -4% | -5% | 0.0% |
| Miami | 11% | 265 | +320s | +121% | +3s | 95% | -3% | -3% | -0.1% | 265 | +351s | +132% | +2s | 95% | -5% | -5% | -0.2% |

**\* The simulation results *should be trusted only for directional signals*. The magnitude of changes may differ. An experiment should be conducted to measure actual impact.**

Uber |

Attorney Client Privileged and Confidential

275

CONFIDENTIAL

UBER_JCCP_MDL_003040955

## Slide 275 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

CONFIDENTIAL

UBER_JCCP_MDL_003040956

## Eats+Rides Intent Signups

| query | | Rides+Eats | | | Rides | | | Eats | | |
|---|---|---|---|---|---|---|---|---|---|---|
| country_name | signup_month | total_signups | women_signups | men_signups | total_signups_rides_intent | women_signups_rides_intent | men_signups_rides_intent | total_signups_eats_intent | women_signups_eats_intent | men_signups_eats_intent |
| United States | 7/1/2022 | 535,994 | 248,820 | 283,325 | 187,298 | 77,446 | 107,939 | 435,811 | 204,077 | 228,620 |
| United States | 8/1/2022 | 541,293 | 249,014 | 287,693 | 204,354 | 85,154 | 116,577 | 445,792 | 208,218 | 233,840 |
| United States | 9/1/2022 | 499,756 | 228,213 | 266,982 | 208,839 | 87,101 | 119,002 | 436,853 | 204,643 | 228,356 |
| United States | 10/1/2022 | 510,378 | 228,846 | 276,611 | 221,789 | 92,178 | 126,583 | 446,305 | 205,300 | 236,822 |
| United States | 11/1/2022 | 482,957 | 214,529 | 263,724 | 211,300 | 85,476 | 122,767 | 423,058 | 192,748 | 226,401 |
| United States | 12/1/2022 | 506,915 | 221,852 | 279,994 | 210,774 | 82,827 | 124,777 | 436,793 | 196,019 | 236,596 |
| United States | 1/1/2023 | 592,940 | 260,290 | 327,060 | 232,205 | 91,206 | 137,840 | 529,270 | 238,174 | 286,279 |
| United States | 2/1/2023 | 507,323 | 217,944 | 284,146 | 215,488 | 86,272 | 125,994 | 447,317 | 195,881 | 246,918 |
| United States | 3/1/2023 | 630,014 | 280,576 | 343,079 | 261,762 | 107,570 | 150,159 | 543,190 | 246,894 | 291,016 |
| United States | 4/1/2023 | 650,700 | 295,705 | 348,532 | 268,085 | 112,397 | 151,519 | 577,550 | 267,314 | 304,720 |
| United States | 5/1/2023 | 746,433 | 338,622 | 399,348 | 289,743 | 121,713 | 163,505 | 667,245 | 308,320 | 352,811 |
| United States | 6/1/2023 | 783,582 | 366,012 | 407,501 | 289,965 | 125,673 | 159,962 | 702,295 | 333,857 | 362,326 |
| United States | 7/1/2023 | 767,118 | 358,669 | 400,920 | 292,272 | 125,347 | 162,449 | 687,100 | 326,617 | 354,237 |
| United States | 8/1/2023 | 750,489 | 348,202 | 394,577 | 289,801 | 123,363 | 161,649 | 670,934 | 316,516 | 348,116 |
| United States | 9/1/2023 | 731,482 | 347,865 | 376,299 | 269,394 | 114,876 | 149,902 | 656,552 | 317,691 | 332,793 |
| United States | 10/1/2023 | 787,936 | 368,489 | 403,195 | 278,440 | 117,300 | 156,716 | 698,025 | 337,576 | 354,587 |
| United States | 11/1/2023 | 776,399 | 368,733 | 400,180 | 264,128 | 109,378 | 150,613 | 703,580 | 341,030 | 356,941 |
| United States | 12/1/2023 | 763,864 | 348,756 | 407,451 | 253,820 | 101,725 | 147,966 | 690,491 | 321,640 | 362,707 |
| United States | 1/1/2024 | 687,824 | 295,732 | 383,137 | 266,606 | 105,773 | 156,426 | 602,513 | 264,201 | 332,153 |
| United States | 2/1/2024 | 524,777 | 216,280 | 301,735 | 227,004 | 90,133 | 132,945 | 435,057 | 181,118 | 248,985 |
| United States | 3/1/2024 | 562,107 | 238,190 | 312,374 | 260,279 | 109,309 | 145,765 | 483,812 | 208,463 | 269,048 |

CONFIDENTIAL

UBER_JCCP_MDL_003040957

# For Riders, uneven Women supply distribution makes it difficult to build a single solution that scales

## Demand / Supply ratio

Varies by city and time of day and is highly correlated with our ability to fulfill trips (C/R)

### US Cities by Women Demand/Supply Ratio

| Group 1 50% of US Trip | Group 2 35% of US Trips | Group 3 15% of US trips |
|---|---|---|
| Demand/Supply ratio is favorable | Demand / Supply ratio is challenging | Demand / Supply ratio is unfavorable |
| Atlanta, Houston, Phoenix, Dallas, LV, Miami | San Francisco, Boston, Philadelphia, Seattle, DC | NYC + long tail cities |

### Product Viability

| | | | |
|---|---|---|---|
| On-Demand Hard Filter | Yes | Probably Yes | Probably No |
| Reserve  Hard Filter | Yes | Yes | Yes |
| Soft Preference | Yes | Yes | Yes |

Uber |

Demand / Supply Ratio considering 5% Women Rider Trips migrate to using Filters, concentrated at night time trips.

| US Cities | % of Uber Trips | % trips by women Drivers | Women Demand / Supply Ratio at night  < 1.5 |
|---|---|---|---|
| Atlanta | 2% | 25% | 0.5 |
| Houston | 2.4% | 19% | 0.7 |
| Phoenix | 1.4% | 17% | 0.8 |
| Dallas | 2.4% | 16% | 0.8 |
| Las Vegas | 2% | 18% | 1.1 |
| Miami | 5.6% | 14% | 1.2 |
| San Francisco | 3.6% | 9% | 2.0 |
| Philadelphia | 3% | 12% | 2.1 |
| Boston | 2.8% | 9% | 2.8 |
| NYC | 14% | 4% | 10.6 |

Attorney Client Privileged and Confidential

CONFIDENTIAL

UBER_JCCP_MDL_003040958

## Slide 277 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

CONFIDENTIAL

UBER_JCCP_MDL_003040959

# There are multiple ways to approach the problem

## Riders

**A Soft Preference**

Will try to match women with other women when "possible"; if not, match with any driver. No wait time or price trade-off. Can be always on.

**A Hard Filter On-demand**

Available for Women Riders to choose a Ride with a Women Driver just in time. ETA and Price could vary due to supply.

**A Hard Filter through Reserve**

Women Riders can book a trip with a Woman driver in advance; longer ETA and additional fees apply.

## Earners

**A Soft Preference**

Will try to match women with other women when "possible"; if not, match with any rider. No wait time trade-off. Can be always on.

**A Hard Filter On-demand (WRP Product)**

Women Drivers can choose to only receive requests from Women Riders. Lower volume of trips dispatched.

CONFIDENTIAL

UBER_JCCP_MDL_003040960

User Research Insights - Women Riders
US

# **Soft Preference** would be always "on"; expectation of increased matching is 1 in 3 trips

## A Soft Preference would be used as regular setup, but expectation of matching is high (~1 in 3)

Most Women Riders said they would expect an increased match with Women Drivers of higher than 30% of their total trips (our current avg is 13%).

## Expectation is that wait time won't be higher

They would rely on the preference to match "when possible" but would not want to wait more.

Women also see this option as a way to "support women earners".

## Overall, getting matched with women drivers makes women riders feel more comfortable

Supporting more women drivers on the platform.

Ideally, Women Riders want both options, given they support different types of concerns

Methodology: 50 Riders US - Survey / Audio responses

Uber | User Research Insights

279

CONFIDENTIAL

UBER_JCCP_MDL_003040961

User Research Insights - Women Riders
US

# **<span style="color:blue">Hard filter</span>** would be used mostly at night and women riders are willing to wait extra minutes

## Late nights, dark evenings & unknown areas

Late Night (87%),

Dark Evenings (74%)

Unknown areas (72%)

Weekend Trips (37%)

Airport (36%)

### Most riders (72%) are willing to wait extra minutes for a Woman Driver Match

How much more are you willing to wait for a Woman Driver Match?



### Fewer riders (52%) are willing to pay more for a guaranteed Woman Driver, with lower price elasticity

How much more are you willing to pay for a Woman Driver Match?



Uber  |  User Research Insights Methodology: 1720 Uber Riders survey / 1780 Uber Drivers survey, 116 interviews and usability tests

280

CONFIDENTIAL

UBER_JCCP_MDL_003040962

User Research Insights - Women Drivers
US

# For Soft Filter, 63% drivers expect a very high women rider match rate of at least 1 of 2 trips

**Drivers had very high expectations to prove success of the soft filter**

63% women drivers expect a match rate of 1 of 2 trips (our current avg is ~ 1 of 10 trips)

And 80% women drivers expect a match rate of 1 of 3 trips.

**Only 40% drivers would have it on all the time**

UXR indicates that 60% of drivers don't think of it as a set and forget tool, they would like to turn it on and off.

Uber  |  User Research Insights

281

CONFIDENTIAL

UBER_JCCP_MDL_003040963

User Research Insights - Women Drivers US

# **Hard filter** is valuable for vulnerable situations; both options can drive frequency.

### Drivers want a guarantee woman match for vulnerable situations

Women drivers would like to have the women-only option in times of increased vulnerability, such as late night (100%), early morning trips (41%), or unknown areas (58%).

### Soft preference would be used more frequently, however perceived of lower Safety Value

Soft filter's infrequent or unpredictable nature is less valuable than hard filter + wait time.

### Both options have the potential to increase driving frequency

75% drivers mentioned that Hard filter would change how frequently you drive with Uber

88% drivers mentioned that Soft filter would change how frequently you drive with Uber

Uber | User Research Insights

282

CONFIDENTIAL

UBER_JCCP_MDL_003040964

User Research Insights - Women Drivers
US

# Drivers are willing to wait more for a guaranteed match and value the clear expectation of Hard Filter

**83% drivers would wait at least an extra 10 min to get a woman rider**

54% would wait extra 15 mins more to get a woman rider

**Drivers felt that a hard filter provided more flexible use without the ambiguity of the soft filter**

80% drivers would turn the feature on when needed; only 17% would have it on all the time.

Uber | User Research Insights

283

CONFIDENTIAL

UBER_JCCP_MDL_003040965

# Research and data explorations signal <u>hard filters</u> as the best option for our users and Uber

**Women prefer hard filters**
(guaranteed match)

➔ Rider use case: Night out, concern over driver

➔ Driver use cases: Late night or trips to unknown locations

➔ Rider-facing filter: Longer ETAs leading to lower reliability (Reserve would be a mitigator).

➔ Driver-facing filter: Higher AR, but no impact marketplace due to low % of women drivers.

➔ **REDACTED - PRIVILEGED CLAWBACK**

**Soft filters are less preferable**

➔ User value proposition: They do not address the core safety needs (concerns with driver/rider), seen as improved matching preference.

➔ Marketplace impact: Soft filters would have greater marketplace implications due to an expected higher adoption.

➔ Feasibility: We would not be able to fulfill user expectations of frequency of matches on the rider side (they expect to be matched at least once every 3 trips with a women driver)

**Uber** | Women Rider/Driver Preference US Launch discussion

284

UBER_JCCP_MDL_003040966

# Uber Riders | A Women Driver Option's value extends beyonds regular Rides, to new segments



**Uber Teens: Parents want this option for their teenage daughters**

Parents are willing to wait and pay more as girls are treated with higher sensitivity when it comes to access to ride hailing services

**Younger Kids, Families, Special Assistance & Caregivers**

Value extends to men Riders that would like to have the option to request for their family members – wife, sister, grandma, family member with specific needs.

CONFIDENTIAL

User Research Insights Summary | Women Rider  US

# Riders prefer a guarantee match when driver behavior is the concern, especially for late night / bar trips

When concerned about **Driver interaction**, riders favor Hard Filter and are **ok with additional wait times (up to 10min)**.  **90%** of women riders would use it for late night/weekend trips - which is ~<1% of all trips.

When **situational safety** concerns are higher, Riders want **fast matching**.

**Soft filter** is seen as an improvement on current matching ; **Hard filter** is a new product to be weighed against other offerings.

Soft Filter **matching expectations are high**: 1 in 3 trips, and Riders would like to leave it **always on**.

Reserve use case has the lowest adoption.



Uber | User Research Insights

286

CONFIDENTIAL

UBER_JCCP_MDL_003040968

# Uber Earners | Safety #1 barrier for prospective Women Earners in the US;  75% drivers said option would make them drive more



### Drivers want a guarantee woman match for vulnerable situations

Late night (100%), early morning (41%) and unknown areas (58%).



### Having an option would incentivize Earners to drive more because they can manage the risk

75% mentioned that having this options would increase how much they would drive for Uber



### Women Drivers are aware and willing to wait more to get matched with Women Rider

83% of Women Drivers said they'd be willing to wait longer, on top of the regular waiting time for a match



CONFIDENTIAL

UBER_JCCP_MDL_003040969

User Research Insights Summary | Women Drivers US

# Drivers prefer a guarantee match for vulnerable situations but a Soft preference would be used more often.

Drivers felt that a hard filter provided **more flexible use** without the ambiguity of the soft filter.

When **in vulnerable situations,** drivers want a guarantee match; **Soft filter** is seen as a lever for increased ambient safety.

Soft Filter **matching expectations are very high**: 1 in 2 trips, and drivers would **not leave it always on**.

Both options have the potential to **increase driving frequency.**



**Uber** | User Research Insights

288

# Uber Users | Positive reception could be higher compared to Lyft users. Soft has higher preference and would be used more often.

**Positive reception is higher amongst Uber Earners compared to Lyft**

80.60%  13.90%  5.50%

58.90%  34.50%  6.60%

74.70%  23.00%  2.50%

**Soft vs Hard Filter Use Cases (qualitative)**

**Riders:**

Want a guarantee women match when the **concern is about the Driver;**

Soft preference is seen as an improved matching for Uber, **and would be always on.**

**Drivers**

Want a guarantee woman match for **vulnerable situations;**

Soft Filter **might be used as "hard filter"** because of the ambiguity of how it works & concerns about earnings

**Soft vs Hard Filter preference (quantitative)**



Methodology: 1720 Uber Riders survey / 1780 Uber Drivers survey, 116 interviews and usability tests

CONFIDENTIAL

P-01492.00323

UBER_JCCP_MDL_003040971

# Uber Riders | Rider's willingness to wait is greater than appetite to pay more for a woman driver. Requesting for friends/family is desired.

**Most riders (72%) are willing to wait extra minutes for a Woman Driver Match**

How much more are you willing to wait for a Woman Driver Match?



**Fewer riders (52%) are willing to pay more for a guaranteed Woman Driver, with lower price elasticity**

How much more are you willing to pay for a Woman Driver Match?



When this feature would be used?

**Late Night (87%),
Dark Evenings (74%)
Unknown areas (72%)**
Weekend Trips (37%)
Airport (36%)

**75%**
of Riders said they would use it to request a Woman Driver for **someone else** (Guest Rider)

Methodology: 1720 Uber Riders survey / 1780 Uber Drivers survey, 116 interviews and usability tests

CONFIDENTIAL

UBER_JCCP_MDL_003040972

## Slide 290 Notes

**Long-waited feature:**
But it has always been a challenge from a supply and Legal perspective.

**Willing to wait & pay:** Women Riders want to use it in specific times of day, are ok with waiting more and paying more

# Safety continues to be a key issue on women's minds, and we still have work to do to showcase that Uber is truly committed to women's safety

Nearly **every woman** had an <span style="color:salmon">uncomfortable or dangerous situation</span> that she had experienced using rideshare or delivery.

## Drivers

For prospective Women Drivers (US), 4 out of 5 top concerns are related to riders, in particular being sexually/physically harassed

| Q. When driving with ridesharing services, how concerned are you/ would you be about the following? | Women | Delta vs men 95% conf |
|---|---|---|
| Riders not being thoroughly verified | 80% | |
| Being sexually assaulted | 75% | +43pp |
| The rider making me feel unsafe | 74% | +17pp |
| Being physically assaulted or threatened | 73% | +19pp |
| Being sexually harassed | 72% | +43pp |
| Experiencing a theft or robbery | 71% | |
| Lack of support from ridesharing service | 70% | |
| Being verbally harassed | 70% | +19pp |

*"I started doing more deliveries. The promotions horrible [compared to driving]. There are financial incentives to drive at night, **but as a woman, you feel less safe.**"*

**Woman Driver, US**

## Riders

Women Riders are more likely than men to be concerned about driver's behavior, in particular being sexually/physically harassed

| Q. When taking a trip with Uber, how concerned are you about the following? | Women n=7104 | Delta vs men 95% conf |
|---|---|---|
| Discomfort from behavior of the driver | 53% | +5pp |
| Lack of support from ride sharing platforms | 52% | |
| Drivers driving dangerously | 50% | |
| Being sexually harassed | 50% | +20pp |
| Insufficiently screened or dangerous drivers | 43% | +4pp |
| Being physically assaulted | 43% | +10pp |
| Getting into a car accident | 42% | |
| Being verbally harassed | 41% | +9pp |

*"If we're on a sketchy road or we seem like we're in a weird area, **my gut instinct is like, 'I hope that he's actually taking me where he says he's taking me.'** So then, I'm much more hypersensitive of who my driver is."*

**Current Rider, US**

CONFIDENTIAL

UBER_JCCP_MDL_003040974



Driving limit reached

You've driven for the maximum amount of time allowed on the Uber App. Your app will now be offline until 12:30 AM.

Ok

Safety toolkit

Recording 0:03
Recording will stop 20 seconds after the trip ends.
Preview

Follow My Ride

911 assistance

Follow my ride

Aniket George
(907) 123-4567
Shared

Stop all sharing

Share your link
Send your status link via text or another app.

We launched multiple safety features... ...

Emergency contact

Uber can call them if we can't reach you in a car or emergency.

All contact information will be kept confidential. We'll only call for emergency purposes. Learn more

Make sure your emergency contacts are ok with Uber using their information.

Preferences

Filtering trips based on preferences

Accept Cash

Women Riders
By turning this on, you will only be matched with female riders. If a male rider arrives for the trip, you may cancel using the 'I selected trips with women riders' reason.

Rider Rating
Set a minimum rider rating for trip requests.

| "Uber is commitment to safety" Q1 '21 -> Q1 '24 | Rider | Driver |
|---|---|---|
| Women | 41%->44% (+3pp) | 48 -> 41% (-7pp) |
| Men | 30% -> 40% (+10pp) | 39 -> 38% (-1pp) |

4.8 mi
Alandele Ave

Do you need help?
Seems your ride ended away from destination

I'm OK, thanks

911 Assistance

Call Uber Safety Line

Report a crash

Enter Jenny's PIN

1  2  3  4

PIN sent wirelessly

Rider can't find PIN



Live Help from a Safety Agent

A live safety agent can help you now. They'll see your trip and contact details.

If you need immediate emergency help, contact 911.

At Uber, we're committed to changing the... the world moves for the better. But to do... need your help.

- Treat others with respect
  Everyone deserves dignity—regardless... race, sexual orientation, economic background, gender, ability, religion, culture.

- Report if anything's wrong
  If you're harassed or you experience harassment or discrimination of any k... while using Uber, report it in the app so... can take action.

- Help us hold everyone accountable
  Give accurate feedback on trips. Rider...



9:41

Verify ID

Capture the front of the ID

- Position the ID in the frame
- Make sure all text is clear and read...
- Avoid glare in the photo

CONFIDENTIAL

UBER_JCCP_MDL_003040975

## Slide 292 Notes

Changes still to be made
- Himer to animate as P2

CONFIDENTIAL

UBER_JCCP_MDL_003040976

# There are few women safety-specific tools that we developed over the years, however, they are more likely to engage with safety features than men





**S-RAD, SDM**



**RideCheck**



**Live Agent, Share Trip, 911**



**Record My Ride, Audio Recording**



**Safety Prefs**

CONFIDENTIAL

UBER_JCCP_MDL_003040977

## Slide 293 Notes

From Q3 global safety deep dive: Safety measures that keep bad actors off the platform (screening and deactivation), monitor trips in real time (Share My Trip, RideCheck, Follow My Ride/Delivery) or enhance privacy (phone number anonymization, Leave at Door) remain our most impactful features.

PIN verification
Audio recording
RideCheck
Share My Trip
Follow My Ride
Safety Prefs

CONFIDENTIAL

UBER_JCCP_MDL_003040978

# Uber Earners | In LatAm where WRP is live, +34% M highest usage in ELC women drivers

In LatAm, adoption amongst women drivers is over 30%.

Most Women Earners who use this filter in Latam use for 90% of their trips in a monthly basis.

| WRP Adoption | BR | MX | CAN | AUS |
|---|---|---|---|---|
| Ever tried the feature | 68% | 69% | 42% | 14% |
| Used it in a month (Apr/24) | 34% | 35% | 12% | 4% |
| % have it on for 90% of trips (Apr/24) | 55% | 51% | 32% | 30% |

Higher usage of the WRP feature in Earners that are starting their journey with Uber



% of Brazil Women Rider Prefered Trips in drivers tenure cohorts



25.8%  28.8%  27.2%  18.6%

<15 trips    15-250    250 - 1k    1k+

Tenure

**Needs update**
**Add sentiment fee**
**Quant results in te**
**engagement, safe**
**growth**

**+7.9%**
Increase in Trip Rate for Churned Women Drivers, after WRP Comms*

\* Stat-sig XP Result in Mexico
\*\* BR, MX, CAN, AUS, L12M IR

CONFIDENTIAL

UBER_JCCP_MDL_003040979

## Safety is on par or even more important than earnings potential for women drivers



▲ Indicates higher vs. men driver

CONFIDENTIAL

UBER_JCCP_MDL_003040980

# Safety is a key priority for women drivers – on par or even more important than earnings potential

**Importance of factors to women drivers when deciding whether to drive with ridesharing services**
*Showing % women drivers who consider each factor "very important"*



Safety

Earnings Potential





**Current Women Drivers (US)**

**Prospective Women Drivers (US)**

▲ 8pp

Q11b How important are the following factors in making your decision to drive with ridesharing services?

CONFIDENTIAL

P-01492.00333



**I've had bad dreams about being one of the people in the news that gets murdered [in an Uber]** or disappears and gets sexually assaulted. **That is my biggest fear.**
Prospective Women Driver, US

When there's a stranger in your car **you can never feel completely safe**
Prospective Woman Driver, US

I started **doing more deliveries**. The **promotions horrible [compared to driving]**. There are **financial incentives to drive at night, but as a woman, you feel less safe**.
Woman Driver, US

UBER_JCCP_MDL_003040981

# Although womens' safety concerns are widespread, women are significantly <u>more concerned than men about inappropriate rider behavior</u>

## Prospective Women Drivers (US)

**2 out of 5 top concerns are related to sexual harassment & assault,** and all leading concerns are related to concerns about riders

| Issue | % Concerned | |
|---|---|---|
| Riders not being thoroughly verified | 80% | ▲ 16pp |
| Being sexually assaulted | 75% | ▲ 43pp |
| The rider making me feel unsafe | 74% | ▲ 17pp |
| Being physically assaulted or threatened | 73% | ▲ 19pp |
| Being sexually harassed | 72% | ▲ 43pp |
| Experiencing a theft or robbery | 71% | |
| Lack of support from ridesharing service | 67% | |
| Being verbally harassed | 64% | ▲ 19pp |
| Having to drive intoxicated riders | 58% | |
| Dangerous driving by others on the road | 56% | |
| Getting into a car accident | 53% | |
| Experiencing terrorism or external threats | 46% | |
| Being discriminated against | 38% | |

## Current Women Drivers (US)

**The top concerns among current women drivers is insufficient rider verification,** followed by **road safety,** perceived **lack of support** from Uber and fears of **interpersonal issues like theft and assault**

| Issue | % Concerned | |
|---|---|---|
| Riders not being thoroughly verified | 67% | |
| Dangerous driving by others on the road | 57% | |
| Lack of support from the ridesharing service | 55% | |
| Experiencing a theft or robbery | 54% | ▲ 12pp |
| Being physically assaulted or threatened | 54% | |
| The rider making me feel unsafe | 50% | |
| Having to drive intoxicated riders | 49% | ▲ 25pp |
| Being sexually assaulted | 48% | ▲ 24pp |
| Being sexually harassed | 47% | ▲ 12pp |
| Being verbally harassed | 47% | |
| Getting into a car accident | 45% | |
| Being discriminated against | 31% | |
| Experiencing terrorism or external threats | 28% | |

When driving with ridesharing services, how concerned are you/ would you be about the following? Green highlight and ▲ Indicates Sig. higher vs. Male Prospective Drivers

CONFIDENTIAL

UBER_JCCP_MDL_003040982

# This is consistent with past research where women prospective drivers mentioned safety concerns as the #1 barrier for driving

**Reasons for Not Driving from prospective drivers**
Q: What are your main reasons for not currently driving with ride-sharing services?
(Among "Very" or "Somewhat" Interested to Drive)



**What aspect of safety concerns you the most?**
Women Safety US&C 2019 Study



Source: Women Safety US&C '19 study

Uber | Best Platform for Women Earners

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

Context

# Women Riders
# safety concerns

CONFIDENTIAL

UBER_JCCP_MDL_003040984

**Safety Concerns** | Rider Spotlight

# Women riders are more likely than men to be concerned about driver's behavior, in particular being sexually or physically harassed

| Q21. When taking a trip with Uber, how concerned are you about the following? Women n=7104 | Women | Delta vs men 95% confidence |
|---|---|---|
| **Discomfort from behavior of the driver** | 53% | **+5pp** |
| Lack of support from ride sharing platforms | 52% 50% | |
| Drivers driving dangerously | 50% | |
| **Being sexually harassed** | 43% 43% | **+20pp** |
| Insufficiently screened or dangerous drivers | 42% | +4pp |
| **Being physically assaulted** | 41% 36% | **+10pp** |
| Getting into a car accident | 32% | |
| **Being verbally harassed** | 30% 30% | **+9pp** |
| Experiencing a theft or robbery | | |
| Contracting a disease | | -3pp |

*"There might be times where I get a ride to avoid being out in the street to feel safer. But then the driver might look at you differently, they might make some jokes that you don't like. **You might feel uncomfortable. We realize that we're not safe, even when you're getting in an Uber**."*

**Current Rider, Brazil**

*"They'll ask me what perfume I'm wearing and they'll be like, you look really nice tonight, and **[that] kind of crosses the line. … An Uber ride should be transactional**."*

**Current Rider, US**

*"If we're on a sketchy road or we seem like we're in a weird area, **my gut instinct is like, 'I hope that he's actually taking me where he says he's taking me.'** So then, I'm much more hypersensitive of who my driver is."*

**Current Rider, US**

CONFIDENTIAL

UBER_JCCP_MDL_003040985

# Both Drivers and Riders express feeling relief when matched with a woman.

## Drivers

Women Drivers ultimately feel safer with women passengers, as they perceive them as less of a threat.

This is especially true at night when they feel their safety is most at risk. Drivers see male passengers who are intoxicated and coming home from a night out as the most likely to be belligerent or lewd. Picking up a woman feels like they've avoid this risk for the duration of the trip.

## Riders

Women Riders' experiences mirror those of women Drivers when it comes to being matched with a woman. They feel more comfortable and safer with the expectation that a woman Driver is less likely to try to flirt with them or be otherwise inappropriate.

**Enable Autonomy and Reinforce a Sense of Control** ①

*"**Women only if you could**. [Would you would you want something where you could filter out and only accept requests from women riders?] Yes... use that option maybe at night till 2-3 in the morning."*

**Current Driver, US**

*"If it was late at night, I felt a little scared, I live at home alone, I'm going home alone... **it would make me feel safer to have a woman take me home**, I would like that option."*
*"I **feel safer when I pick up women passengers.** I feel safer in my car."*

**Current Rider, US**

*"If I wanted to go to a club, and I were wearing something **I would feel more uncomfortable while being alone in a car with a man** rather than a woman… "*

**Current Rider, Brazil**
**Current Driver, Brazil**

CONFIDENTIAL

UBER_JCCP_MDL_003040986

# Women feel a women-only feature would need to <u>guarantee</u> a women match

A woman pairing <u>preference</u> would less attractive

## Drivers

A woman only rider feature is the top feature Drivers asked for, but they are concerned about how the app would guarantee a woman rider, given that the person who orders the Uber isn't always the person who rides.

Most women Drivers don't mind driving men passengers, but would like to have the option in times of increased vulnerability, such as at night.

For this reason, Drivers prefer a feature that can guarantee a woman passenger with the flexibility to turn on or off as desired.

## Riders

Riders, similarly, want a hypothetical women-only setting to guarantee they'll be matched with a woman (rather than a setting a preference that may or may not be catered to).

Women Riders are willing to wait a little longer for a woman Driver and expect to be told what the additional wait time is, but most are not willing to pay more. In fact, Riders see a higher price tag as a "pink tax" that goes against a proclaimed commitment to women's safety.

*"I seriously would be interested in a just women platform. [Women only filter?] Yes. Well, you know, my best tippers are men. So maybe [I would filter only] at night time."*
**Current Driver, US**

*"So I'm anticipating that you've filtered out that it's going to be nothing but women, but then Susan gets in a car with two other passengers that are men... Your whole purpose for filtering is so Susan doesn't catch the ride for Jeff."*
**Current Driver, US**

*"Being able to choose if you want a woman or a male driver, [...] and if you want a woman, it might be 30 minutes longer wait. Then, you would be able to decide."*

**Current Rider, US**

*"I think from an Uber standpoint, they should not [charge additional for women drivers]. It should be the same rate as male drivers. Because if they care about women's*

UBER_JCCP_MDL_003040987

# Most women drivers in the US agree that <u>WRP would help alleviate their safety concerns associated with inappropriate rider behavior</u>

| % of US current & prospective women drivers who agree WRP would… | Current Women Drivers | Prospective Women Drivers |
|---|---|---|
| **Lessen concerns about sexual assault** | 79% | 73% |
| Make me **feel like I have more control** over my trips | 75% | 82% |
| Make me **more likely to recommend driving with Uber** to women in my life | 71% | 81% |
| **Differentiate** Uber from other providers when it comes to women's safety | 66% | 81% |
| Make me **feel more confident driving** with Uber | 64% | 82% |
| Make me **drive with Uber more often** / more likely to drive with Uber | 60% | 78% |



It would **make me feel better especially when it comes to sexual harassment**
Prospective Woman Driver, US

I love this idea! There are times I haven't felt safe in certain areas and **would've preferred only female riders**.
Woman Driver, US

I **would feel so much safer**, I would do more rides I **would be able to drive all night**"
Woman Driver, US

**I'd have more control** about of who gets in my car
Woman Driver, US

CONFIDENTIAL

UBER_JCCP_MDL_003040988

## Slide 303 Notes

**We asked women for their thoughts on a Women Rider Preference tool:**

"Uber could consider offering a Women Rider Preference feature that would allow women and non-binary drivers to have the option to only receive requests from women riders. This could be a feature that drivers could turn off or on at any time."

# Lyft | Reception has been positive, with some raising concerns with gender discrimination or trans inclusion

**Lyft Q1 2024 Earnings Call**
- 24% of new driver applicants are women *(Uber ~43%)*
- Women and non-binary driver **activations increased by ~ 24%** *(Uber XX%)*
- **20K new Women drivers** *(Uber 63k)*
- One of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft

**High amount of media coverage**
Including Today Show,, with 33% of online mentions occurring on news & media sites

**Positive sentiment, with some reservations**
Women expressed enthusiasm, though some raised concerns with the lack of gender verification controls. Other detractors viewed it as discriminatory or paternalistic.

**Backlash over trans/non-binary driver campaign**
Negative backlash when Lyft partnered with trans/non-binary driver for a social campaign


*Today Show*

*Nytimes*
New Lyft Feature Allows Women to Match Rides With Other Women
The company said it hoped to improve safety and encourage more female drivers.

*Forbes*
Lyft Expands Feature That Pairs Women And Non-Binary Riders And Drivers

*Women's Social Media reaction was positive*


DatSlaps
@iLuvVisa

FINALLY we can choose women drivers 👏 😩 #Lyft #rideshare


Allons-y
@Journie_H

The Lyft women connect is my fav! The only time I truly feel safe whenever in using them

*Backlash over trans-woman partnership*


Lyft is under-fire after partnering with a trans-identified male driver to promote their new "Women+ Connect" safety feature.

Davis Felton, who only recently began identifying as a woman, is a former mail Santa who would ask children about their pronouns.



CONFIDENTIAL

UBER_JCCP_MDL_003040990

P-01492.00342

# Lyft Users | +60%  Lyft Drivers and Riders would drive / ride with Uber with a similar feature. Hard filter is still an unmet need.

## There is potential to unlock Women Earner & Rider Growth

Over 60% of Lyft Riders and Drivers said they would start using Uber if a Women preference was available



Would you use Uber if it offered a Women Matching preference?

## Unmet user need lies in offering both soft filters and hard filters

Riders have slight higher preference for hard filters while Drivers for soft filter.

Drivers are sensitive to Earnings and Riders are less sensitive to pricing.



Methodology: 600 Women Lyft Drivers survey respondents / 600 Lyft Women Riders. All declared to *not use* Uber.

CONFIDENTIAL

UBER_JCCP_MDL_003040991

# Product solution considerations

## Research Insights

**Lyft's solution is not efficient**

Good reception, but there's still unmet Rider/Driver needs to get a Guaranteed Woman match.

**Riders are willing to wait**

There's willingness to wait on the Rider side, that opens up possibilities to exploring Hard Filters. Usage would be concentrated at evening/late night.

## Uber's positioning

**Solve for women's concerns**

We want to build a solution that solves for user needs, and provide solid foundation for women empowerment efforts.

**Careful on pricing**

Avoid "pink tax" perception, for increased $$ for women's safety

## Reliability Challenges

**ETA / Price trade-offs**

Women driver supply is generally lower. To guarantee a match, there are ETA and price trade-offs.

**Need for adaptable product**

Based on demand/supply ratio, we need a product solution that adapts to different scenarios.

CONFIDENTIAL

# Diverse women supply landscape and expected adoption requires a adaptable approach

**Simulation Exercise**
C/R based on women demand / supply ratio and 5% WDP adoption

**50% of US Trips**
Atlanta, LV,
Houston, Miami,
Dallas

**35% of US Trips**
Denver, Chicago,
DC, SF, Boston,
Seattle,

**15% of US Trips**
NYC



C/R 80%

Completion over-request

**Demand / Supply Ratio**
(Women Riders / Women Drivers)

*Lower*                    *Higher*

P2
5

**Demand / Supply ratio**

Varies by city and time of day and is highly correlated with our ability to fulfill trips

**Filter Opt-in / Rider usage**

We expect filter usage to be concentrated in night time and adoption to be less than 5%.

**Proposed Pilot Cities**

Atlanta, Miami, Houston, Dallas, LA, Las Vegas

CONFIDENTIAL

UBER_JCCP_MDL_003040993

# Refined Design / Copy by Monday

## 1. Enhanced Soft Preference
If Women supply is favorable, we can show the preference option, with no increase price and option to wait more

## 2. Reserve a Women Driver for Later
If supply is low, we give an option to book a woman driver for later (30 min).

Preference toggle

Success Match by up-ranking Women Drivers in regular Supply Plans

If drivers are outside of the supply plans, give option to wait more

Show the option to book for later in the on demand flow






CONFIDENTIAL

UBER_JCCP_MDL_003040994

# Uber Riders | **Option to select Women Drivers have been an old request from Women Riders, 90% say they want it**



### A guarantee women match is favoured when the concern is about the Driver

When there are concerns related to interactions with the driver, riders prefer a guaranteed match with a woman driver.



### Late night social events, late night after work & bars

Opting for a Women Driver would be mostly used in these situations when Women Riders might feel more vulnerable.



### 72% would wait extra up to +10 min more to get a Women Driver

38% said they would wait at least 15 extra minutes for a Women Driver.

CONFIDENTIAL

UBER_JCCP_MDL_003040995

P-01492.00347

## Slide 309 Notes

**Long-waited feature:**
But it has always been a challenge from a supply and Legal perspective.

**Willing to wait & pay:** Women Riders want to use it in specific times of day, are ok with waiting more and paying more

# For Earners, we recommend launching the existing Hard Filter option

For Drivers, launch Women Rider Preference



Why?
-    Serves for the need
-    Lower marketplace impact vs soft filter due to lower adoption
-    Speed to market; Already built
-    Better than Lyft

CONFIDENTIAL

UBER_JCCP_MDL_003040997

# Pilot Approach | Start with cities with positive Legal / Policy / Comms perspective and good Women Demand / Supply Ratios

## Initial list of proposed pilot cities

| US Cities | % of Uber Trips | % trips by women Drivers | Women Demand / Supply Ratio < 4 | | Legal | Policy | Comms |
|---|---|---|---|---|---|---|---|
| | | | 5% adoption | 30% adoption | | | |
| Atlanta | 2% | 25% | 0.5 | 3.2 | | ☑ | ☑ |
| Las Vegas | 2% | 18% | 1.1 | 6.6 | | ☑ | ☑ |
| Houston | 2.4% | 19% | 0.7 | 4.4 | | ☑ | ☑ Slightly riskier given political climate |
| Phoenix | 1.4% | 17% | 0.8 | 4.9 | | ☑ | ☑ |
| Dallas | 2.4% | 16% | 0.8 | 4.9 | REDACTED - PRIVILEGED CLAWBACK | ☑ | ☑ Slightly riskier given political climate |
| Miami | 5.6% | 14% | 1.2 | 7.5 | | ☑ | ☑ |
| LA <>Orange County | 5.5% | 12% | 1.2 | 7.0 | | ☑ | ☑ |
| Philadelphia | 3% | 12% | 1.8 | 10.6 | | ☑ | ☑ |

## Pilot Goals

- Help validate marketplace viability and impact (C/R, ETA, Driver AR and Rider CR)

- Test the product approach and Safety sentiment impact

- Test reception regarding gender inclusivity policies

- Test the waters on Policy and Legal risk

311

Attorney Client Privileged and Confidential

CONFIDENTIAL

UBER_JCCP_MDL_003040998

P-01492.00350

## Slide 311 Notes

Source: https://docs.google.com/spreadsheets/d/1SwtpM-IMmzjW9fah3XoyEq4XxErBktR8q9VV0XmHiFk/edit#gid=0

# **Women are 81%** of the victims of Non-Consensual Sexual Penetration at Uber



Non-Consensual Penetration Victims split by gender (2019-20 US only*)

CONFIDENTIAL

UBER_JCCP_MDL_003041000

# Lyft | On Earnings calls, Lyft is anchoring on the benefit for Earners rather than Riders

**Q1 2024 Earning Call**

- Women and non-binary driver **activations increased by ~ 24%** ;

- **24% of new driver applicants are women**, higher than in the past;

- **20K new Women+ Connect drivers** just in the last couple of months.;

- One of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft.

**Q4 2023 Earning Call**

- **67% of eligible drivers** (~15% of their total supply) have opted in;

- Drivers using it **keep the feature on 99% of the time.**

**Uber's US Women Earner data**

Uber's Women Drivers' sign ups increased by **26% in Q4** but **only 7% in Q1 (YOY)**

**~43%** of Uber Driver sign-ups were Women in April/24

Sign-up to Activations increased 46% in Q4 but only **1% in Q1.**

**Uber's Canada WRP data**

**24%** of women and non-binary drivers have used WRP at least once.

Of drivers who used WRP this week, **54%** of drivers had it turned on more than 90% of the time.

CONFIDENTIAL

UBER_JCCP_MDL_003041001

ative

# Despite significant efforts, women's safety sentiment remains a big challenge

*Woman Leaving "Hair and Fingerprints" in every Uber trend sparks Safety Debate*

*Users on Tik Tok have created fake phone calls to help women in sketchy Ubers*

  

# And  we don't have to look far…

**"I won't do employee driving as a woman, I would if I could only drive women"**
Uber Employee, Ops

**"I want to choose a woman driver for my teenage daughter"**
Parent, during Sachin's PTA convention in California.

**"My sister just told me she is now using Lyft because of the new Women Preference"**
Niti Bashambu, Product Director

CONFIDENTIAL

P-01492.00354

Attorney Client Privileged and Confidential

# Pilot feature options

| | REDACTED - PRIVILEGED CLAWBACK | | Product Recommendations | |
|---|---|---|---|---|
| **Drivers** | **Option 1** Lyft<br>Soft Preference | **Option 2**<br>Hard filters | **Option 3**<br>Hard filters | **Option 4**<br>Hard filters |
| **Riders** | Soft Preference | Reserve only for Riders | Soft Preference + Reserve | Reserve + On demand for Riders (pricing control) |
| **Legal Risk & Cost** | **REDACTED - PRIVILEGED CLAWBACK** | | | |
| **Comms Impact** | **Low**<br>Will be perceived as a lyft copycat. Some benefit but not much | **Positive**<br>Great driver story and will be on par with Lyft.  Gives uber a slight edge | **Positive ++**<br>Meets and beats Lyft. Will provide solid foundation for women empowerment efforts. | **Positive +**<br>Meets and beats Lyft. Solid foundation for empowerment efforts but **O/D availability will be crucial** |
| Right thing for Safety | **Low**<br>We won't be able to offer a guarantee match for when Women feel unsafe. | **Medium**<br>Reserve resolves Women's Safety concerns, but it will come at a premium cost. | **Positive**<br>Reserve is Premium, but we will have a zero cost option for all Women (more on the Sentiment side). | **Positive ++**<br>Reserve at premium and a match at on demand flow (with pricing control).. |
| Marketplace | **Medium**<br>Soft filters will downrank non- | **Medium**<br>Reserve fulfillment flow helps | **Medium**<br>Reserve fulfillment flow helps | **Low**<br>XP is required to understand how |

15

## Slide 315 Notes

**REDACTED - PRIVILEGED CLAWBACK**

**Context**

# We'd like to review the opportunity and overall direction of the WDP work

## Preliminary UXR

In Q1, we launched in Australia and Brazil. They've shown us a positive sentiment towards the Same Gender Preference feature. Also we've audited Lyft's similar offering: Women+ Connect.

## Discover & explore

In-depth User Research, design explorations, assess legal risk, data simulations.

## Today

Review project direction



Uber | Women Preferences

316

CONFIDENTIAL

UBER_JCCP_MDL_003041005

P-01492.00357

# Principles?

**1** **Hard Filter - Women want a guarantee match**
Women riders and drivers prefer a guarantee match in **specific** situations like late-night weekend or dark early morning trips.

**2** **Soft Filter is also valuable**
Overall, women riders and drivers are safer when matched with women and soft filter would be used more often.

**3** **Reliability - There are tradeoffs to be made**
Women driver supply is generally lower. To guarantee a match, there are **price<>eta** tradeoffs.
Based on demand/supply ratio, we would need different product versions to ensure high fulfillment.

**4** **No Pink Tax**
We want the product to be affordable for all women and minimize charging more as much as possible. For increased reliability, we let riders know that the additional

**4** **We have the opportunity to offer a better product than Lyft's**
Having both the filters unlocks a vulnerable user base and makes our existing users feel more comfortable during vulnerable times

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041006

# Diverse women supply landscape and expected adoption requires a adaptable approach

Expected C/R based on women demand / supply ratio



**Demand / Supply ratio**

Varies by city and time of day and is highly correlated with our ability to fulfill trips

**Filter Opt-in / Rider usage**

We expect filter usage to be concentrated in night time. The adoption of the product will be key in

**Proposed Pilot Cities**

Atlanta, Miami, Houston, Dallas, LA, Las Vegas

CONFIDENTIAL

UBER_JCCP_MDL_003041007

# A pilot approach is recommended

**User Insights**
Hard Filter and Soft Preferences are valuable, each for specific purposes.

**Pilot Plan**
Validate product viability & reposition Uber

**Ideal Final Scenario**
Launch both options for Riders & Drivers

Variables & Unknowns
- Effort & Time to Market
- User Adoption
- Supply behavior
- Marketplace impact
- Legal risk
- Reception

Uber |

319

CONFIDENTIAL

UBER_JCCP_MDL_003041008

P-01492.00360

# Demand: We recommend to have a suite of filters depending on demand:supply ratio in a given moment

| Low Demand/Supply ratio | Medium Demand/Supply ratio | High Demand/Supply ratio |
|---|---|---|



Designs will be updated EOD with wireframes, refined for Monday

**New ride option**
**Faster pickup available**
Demand for Women Driver is now. Keep waiting, or switch **from any gender** now for a lower price.

**Hard filter**

**Price:** Same as UberX
**Wait time:** Similar to UberX

**Hard filter + wait time**

**Price:** Same as UberX
**Wait time:** Higher than UberX

**Mini-Reserve / Book a women driver for later**

**Price:** Low-premium Reserve pricing
**Wait time:** More than 30 mins wait

CONFIDENTIAL

UBER_JCCP_MDL_003041009

# A pilot approach is recommended

## User insights

Hard Filter and Soft Preferences are valuable, each for specific purposes

**Ideal final scenario (2025+)**
**Launch both options for both riders and drivers**

**Variables & unknowns**

- Effort & time to market
- User adoption
- Supply behavior
- Marketplace impact
- Legal risk
- Reception

**Pilot plan (H2)**
**Validate product viability & reposition Uber**

Help understand and explore all variables

# One solution will not fit all; diverse supply landscape and expected usage require a segmente

Key considerations

**Supply:Demand ratio**

Varies by geo and time of day and is highly correlated with our ability to fulfill trips

**Filter Opt-in**

We expect filter usage to be concentrated in night time

Expected completio
women demand to s



# Demand: We recommend to have a suite of filters depending on demand:supply ratio in a given moment/geo

Srishti

| Low ratio | Medium ratio | High ratio |
| --- | --- | --- |









Hard filter          Hard filter + wait time          Enhanced Soft filter    or  Mini-Reserve

CONFIDENTIAL

UBER_JCCP_MDL_003041012

Legal | **REDACTED - PRIVILEGED CLAWBACK**

# REDACTED - PRIVILEGED CLAWBACK

Attorney Client Privileged and Confidential

CONFIDENTIAL

UBER_JCCP_MDL_003041013

## Slide 324 Comments

1
REDACTED - PRIVILEGED

Daniel Kolta,  4/24/2024 07:56 PM

UBER_JCCP_MDL_003041014

P-01492.00366

Legal | **REDACTED - PRIVILEGED**

# REDACTED - PRIVILEGED

Attorney Client Privileged and Confidential

CONFIDENTIAL

P-01492.00367

UBER_JCCP_MDL_003041015

# Lyft Users | Awareness & usage is higher for Lyft Riders. Majority of Riders say they have been matched with a women 1 out of 3 trips

**Women + Connect Awareness (Lyft Users )**
Usage appear higher among Riders, and much lower on Earners



**Lyft's User Perception**
Positive Perception is also higher amongst Riders





**Women matching frequency**
In recent surveys 18 (3%) of 605 Lyft drivers, and 83 (13.7%) of 608 Lyft riders reported being matched through Women+ Connect.



Methodology: 600 Women Lyft Drivers & 600 Lyft Women Riders survey responses. All declared they do *not use* Uber (Including dual app).

CONFIDENTIAL

UBER_JCCP_MDL_003041016

# Lyft | Reception has been positive, with some detractors on gender discrimination and trans-phobic episode

**Lyft Earnings call**
They mentioned positive gains but comparing stats to Uber internal data our metrics look better

**High amount of media coverage**
Including Today Show, with 33% of online mentions occurring on news & media sites

**Positive sentiment, with some reservations**
Women expressed enthusiasm, though some raised concerns with the lack of gender verification controls. Other detractors viewed it as discriminatory or paternalistic.

**Backlash over trans/non-binary driver campaign**
Negative backlash when Lyft partnered with trans/non-binary driver for a social campaign.


Today Show

*New Lyft Feature Allows Women to Match Rides With Other Women*
Nytimes
The company said it hoped to improve safety and encourage more female drivers.

Lyft Expands Feature That Pairs Women And Non-Binary Riders And Drivers
*Forbes*

Women's Social Media reaction was positive


DatSlaps
@iLuvVisa

FINALLY we can choose women drivers #Lyft #rideshare


Allons-y
@Journie_H

The Lyft women connect is my fav! The only time I truly feel safe whenever in using them

*Backlash over trans-woman partnership*



# Lyft | Women + Connect is default on for new Woman and NB Riders

## Rider-facing feature

| Signup Flow | Menu | Profile | Women + Connect | Booking Flow |
|---|---|---|---|---|









Gender gets collected at account creation flow as a **mandatory step for new users**

Feature is not actively prompted for new users (no pop-up screen or notifications); it does not live under Safety, but under account settings

**Default ON** for Women and NB Riders. Gender can be changed anytime

No change, no mention to Women or higher ETAs

CONFIDENTIAL

UBER_JCCP_MDL_003041018

# Lyft | On the Driver Side, preference needs to be manually turned on, and will keep on until toggled off

## Driver-facing feature




**Gender Settings & Access Control**

- *"Access to Women+ Connect is based on the gender noted in the app.*
- *For drivers we import the gender marker from your driver's license on file.*
- *Both riders and drivers have the option to update their gender to reflect their gender identity."*

**Cancel Without Penalty**

- *If you believe your rider doesn't match their profile when you arrive, you may be able to cancel the ride without a penalty.*

CONFIDENTIAL

UBER_JCCP_MDL_003041019



% of trips

Higher

50%*    35%    15%

*Pilot Cities: Miami, Houston, Dallas, LA, Las Vegas

Completion over-request

San Diego, Denver, Chicago, Portland, San Francisco, Upstate NY, Philadelphia, Boston, Seattle, DC

NYC

Lower

Lower    Supply Demand Ratio (Women Riders / Women Drivers)    Higher

CONFIDENTIAL

UBER_JCCP_MDL_003041020

Scenario 2a
# Woman driver available, higher price than UberX

**Product selector**
Discover women driver only option

**Product selector**
Compare products and select Women driver only option

**Pickup refinement**
Confirm pickup spot

**Dispatch**
Wait to be matched to a woman driver

**Enroute**
A woman driver is on her way to pickup spot

**Arriving**
Women driver arrives at the pickup location



FTUX









CONFIDENTIAL

UBER_JCCP_MDL_003041021

# Option 2 | Pilot Hard Filter for Drivers, with Reserve only for Riders

For Drivers, launch Women Rider Preference



For Riders, Reserve only option




Estimated Reserve Reliability & Price for Women / Women Requests

| Cities | Estimated Reliability 20% Reserve opt-in + 0.2% migration from on demand | AVG Premium Airport trips | AVG Premium Non-airport |
|---|---|---|---|
| Atlanta | 99.1% | +30% | +47% |
| Miami | 99.0% | +42% | **+73%** |
| Las Vegas | 99.2% | +48% | +58% |
| Phoenix | 99.2% | +20% | +42% |
| Houston | 99.1% | +17% | **+73%** |
| Dallas | 99.1% | +30% | **+101%** |

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041022

# Option 3 | Launch Soft Preference for Riders and Hard Filter for Drivers

For Riders, launch Soft Preference + Reserve




**How Soft Filter could work for Riders**

- **Prioritize a woman driver** if any one of the possible dispatch plans is a woman driver.
- **Down ranks all non-women matches** without making them unavailable.
- If no women driver is available, **no downranking will happen**.
- **Risk: High adoption** for Women Riders having this on 100% of the time

| City | % Women Drivers | Women Demand/ Supply | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network |
|------|------|------|------|------|------|------|
| Atlanta | | | | | | |
| Houston | | | | | | |
| Dallas | | | | | | |
| Las Vegas | | | | | | |
| Updates delayed | | | | | | |

Uber |

333

CONFIDENTIAL

UBER_JCCP_MDL_003041023

P-01492.00375

# Option 4 | Launch On Demand Flow + Reserve for Riders

**On demand Flow for Riders**

Immediate dispatch with same price as UberX if a Woman Match is possible

 

**Reserve Flow for Riders**

If ETAs are higher than 30 min then the Reserve Flow is triggered

 

|  |  |  |  |
|---|---|---|---|
| Option 1: Product selector toggle | Option 2: New product | Trip config | Select backup option |

334

CONFIDENTIAL

UBER_JCCP_MDL_003041024

# Option 4 | On Demand marketplace

Simulated Marketplace impact for On Demand option

| City | Time of Day | % Women Drivers | Women Demand/ Supply | 5% Rider adoption | | | | 30% Rider adoption | | | |
|------|-------------|-----------------|----------------------|-------------------|--|--|--|--------------------|--|--|--|
| | | | | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network |
| Atlanta | 8-9PM | 21% | 2.0 | +199s (+33%) | +3s (+0.5%) | -4% | 0% | +274s (+46%) | +28s (+5%) | -6% | -1% |
| | 0-1AM | 17% | 2.3 | +265s (+51%) | +6s (+1.1%) | -3% | 0% | +333s (+64%) | +31s (+6%) | -8% | -1% |
| Miami | 8-9PM | 12% | 3.3 | +319s (+85%) | +6s (+1.6%) | -4% | 0% | +424s (+113%) | +29s (+8%) | -13% | -2% |
| | 0-1AM | 9% | 3.9 | +377s (+115%) | +5s (+1.5%) | -7% | 0% | +471s (+144%) | +27% (+8%) | -14% | -2% |

Uber |

335

CONFIDENTIAL

UBER_JCCP_MDL_003041025

# Hard filtering Simulations

## Add methodology for this simulation

| P50 ETA (seconds) | | | 5% adoption | | |
|---|---|---|---|---|---|
| City | % Women Driver | Baseline | WDP abs diff | WDP % diff | overall abs diff |
| 1. Atlanta | 20% | 457 | +234 | +51% | +4 |
| 2. Las Vegas | 17% | 316 | +229 | +72% | +4 |
| 3. Houston | 16% | 392 | +262 | +67% | +4 |
| 4. Phoenix | 15% | 405 | +297 | +73% | +3 |
| 5. Dallas | 14% | 388 | +345 | +89% | +6 |
| 6. Miami | 11% | 265 | +351 | +132% | +2 |
| 7. Philadelphia | 9% | 285 | +353 | +124% | +3 |

| C/R | | | 5% adoption | | |
|---|---|---|---|---|---|
| City | % Women Driver | Baseline | WDP abs diff | WDP % diff | overall abs diff |
| 1. Atlanta | 20% | 90% | -4% | -4% | -0.1% |
| 2. Las Vegas | 17% | 92% | -4% | -4% | -0.1% |
| 3. Houston | 16% | 94% | -4% | -4% | -0.1% |
| 4. Phoenix | 15% | 88% | -4% | -4% | -0.3% |
| 5. Dallas | 14% | 91% | -4% | -5% | 0.0% |
| 6. Miami | 11% | 95% | -5% | -5% | -0.2% |
| 7. Philadelphia | 9% | 94% | -10% | -11% | -0.3% |

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_003041026

P-01492.00378

# Discussion: Gender validation and Product access policies for Riders

## Product access

- **Who:** Product will be available to both women and non-binary riders.
- **How:** We will run gender inference model to identify women riders for Riders with Passive ID verified (name matching)
- **For riders with:**
  - Incorrectly inferred gender or
  - Who identify with a different gender

  can get access by signing a gender self declaration form.

## Gender Inference Model - details

- We infer gender based on a rider's first name.
- It's **woman inference model** and assigns gender based on probability:
  - Probability >50% - woman
  - Probability <5% - men

|  | **Precision** | **Recall** |
|---|---|---|
| **Women names** | 98.2% | 92.2% |
| **Men names** | 92.8% | 98.3% |

Uber | l

337

CONFIDENTIAL

# Range of C/R / **vs** Demand / Supply Ratio



- D
  o'
- S

CONFIDENTIAL

UBER_JCCP_MDL_003041028

# Pilot cities

|  | Legal | Policy | Comms |
|---|---|---|---|
| **Atlanta** | | | ☑ |
| **Miami** | | | ☑ |
| **Las Vegas** | | | ☑ |
| **Phoenix** | | | ☑ |
| **Philadelphia** | REDACTED - PRIVILEGED | | ☑ |
| **Houston** | | | ☑ Slightly riskier given political climate |
| **Dallas** | | | ☑ Slightly riskier given political climate |
| **LA <>Orange County** | | | ☑ |

Uber | 

339

Attorney Client Privileged and Confidential

# Pilot feature options

| | **REDACTED - PRIVILEGED** | | **Product Recommendations** | |
|---|---|---|---|---|
| **Drivers** | **Option 0** Lyft<br>Soft Filters for Drivers | **Option 1**<br>Hard filters for Drivers | **Option 2**<br>Hard filters for Drivers | **Option 3**<br>Hard filters for Drivers |
| **Riders** | Soft Filters for Riders | Soft Filters for Riders | Reserve only for Riders | Reserve + On demand for Riders |
| Safety Impact for Riders & Drivers | **Low** Same solution as Lyft, does not address main Safety Concern | **Low / Positive** Slightly better option given Hard Filter for drivers, increased probability of matching will be low. | **Positive** Significant better option with Reserve for a guarantee match | **Positive ++** Offers Reserve plus regular price Uberx match. |
| Comms Impact | **Low** Will be perceived as a lyft copycat. Some benefit but not much | **Positive** Great driver story and will be on par with Lyft. Gives uber a slight edge | **Positive +** Great driver story and still offers more than Lyft for riders. | **Positive +/-** Meets and beats Lyft. Solid foundation for empowerment efforts but **O/D availability will be crucial** |
| Time to Market for Pilot | **Long** Need to build solution and logic from scratch | **Medium** Soft Filter for Riders still needs to be built | **Medium** Reserve option still needs to be built | **Medium - Long** Reserve and On-demand option still needs to be built |
| Marketplace Impact | **Low** We won't be able to meaningfully change matching rate or marketplace could be damaged | **Low** We won't be able to meaningfully change matching rate or marketplace could be damaged | **Medium** Reserve reliability is generally better, but women supply will be a constraint | **High** Reserve reliability is generally better, but women supply will be a constraint |
| Legal Risk | **REDACTED - PRIVILEGED** | | | |

Uber

CONFIDENTIAL

40

# Pilot options

| | | Comms recommendations |
|---|---|---|
| **Drivers** | | **Option 5**<br>Hard filters for Drivers |
| **Riders** | | Soft + Reserve ( in 5-10 cities) |
| Safety Impact | | **Positive ++**<br>Offers Reserve plus regular price Uber X match. |
| Comms Impact | | **Positive**<br>Meets and beats Lyft. Will provide solid foundation for women empowerment efforts. |
| Time to Market | | **Medium - Long**<br>Reserve and On-demand option still needs to be built |
| Marketplace Impact | | **High**<br>Reserve reliability is generally better, but women supply will be a constraint |
| Legal Risk | | **High**<br>xx |
| Policy POV | | **Neutral / Positive**<br>xx |

Uber

341

UBER_JCCP_MDL_003041031

# Option 1: Launch Soft Preference for Riders and Hard Filter for Drivers

For Drivers, launch
Women Rider
Preferences





## Overall matching process

- Matching is done in discrete batches.
- For each batch, a graph is created with all **potential matches.**
- Cost is assigned to each match using an objective function (OF).
- The graph is solved to minimize total cost and actual matches for dispatch are shortlisted.
- The matches are then offered to drivers using either Primary matching (1:1) method or the Trip radar method.

## Soft Filter

- The way soft filter works today is that it would match a woman driver to a woman rider if any one of the possible plans is a woman driver.
- Soft filter down ranks all non-women matches without making them unavailable.

342

CONFIDENTIAL

Uber |

UBER_JCCP_MDL_003041032

# Option 1: Simulated Marketplace impact

## Eligible Cities for 1st Pilot & Simulated Marketplace impact

| City | % Women Drivers | Women Demand/ Supply | Soft filter impact | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5% adoption | | | | 30% adoption | | | |
| | | | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network |
| Atlanta | | | | | | | | | | |
| Houston | | | | | | | | | | |
| Dallas | | | | | | | | | | |
| Las | | | Updates delayed - ETA Wed EOD | | | | | | | |
| Miami | | | | | | | | | | |
| Phoenix | | | | | | | | | | |

Uber |

343

CONFIDENTIAL

UBER_JCCP_MDL_003041033

# Option 2: Pilot Hard Filter for Drivers, with Reserve only for Riders

For Riders, Reserve only option

 

For Drivers, launch Women Rider Preference



Uber |

344

CONFIDENTIAL

UBER_JCCP_MDL_003041034

# Option 2: Reserve reliability & pricing

| | Reserve reliability | Avg. Reserve premium Price increase | |
|---|---|---|---|
| | 20% Reserve opt-in + 1% on-demand | Airport trips | Non-airport trips |
| **Atlanta** | 99.1% | +30% | +47% |
| **Miami** | 99.0% | +42% | +73% |
| **Las Vegas** | 99.2% | +48% | +58% |
| **Phoenix** | 99.2% | +20% | +42% |
| **Houston** | 99.1% | +17% | +73% |
| **Dallas** | 99.1% | +30% | +101% |

Updates coming Wed EOD

source

345

CONFIDENTIAL

P-01492.00387

UBER_JCCP_MDL_003041035

# Option 3: Pilot Hard Filter product for Riders + Drivers

**On demand Flow for Riders**
Immediate dispatch with same price as UberX if a Driver is available

**Reserve Flow for Riders**

If ETAs are higher than 30 min then the Reserve Flow is triggered






Option 1: Product selector toggle

Option 2: New product

Trip config

Select backup option

346

CONFIDENTIAL

UBER_JCCP_MDL_003041036

# Option 3: Pilot Hard Filter product for Riders and Drivers

## Eligible Cities for 1st Pilot & Simulated Marketplace impact

| City | Time | % Women Drivers | Women Demand/ Supply | Hard filter impact | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 5% adoption | | | | 30% adoption | | | |
| | | | | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network |
| Atlanta | 8-9PM | 21% | 2.0 | +199s (+33%) | +3s (+0.5%) | -4% | 0% | +274s (+46%) | +28s (+5%) | -6% | -1% |
| | 0-1AM | 17% | 2.3 | +265s (+51%) | +6s (+1.1%) | -3% | 0% | +333s (+64%) | +31s (+6%) | -8% | -1% |
| Miami | 8-9PM | 12% | 3.3 | +319s (+85%) | +6s (+1.6%) | -4% | 0% | +424s (+113%) | +29s (+8%) | -13% | -2% |
| | 0-1AM | 9% | 3.9 | +377s (+115%) | +5s (+1.5%) | -7% | 0% | +471s (+144%) | +27% (+8%) | -14% | -2% |

**Uber**

Updates delayed - ETA Wed EOD

347

# Option 3: Pilot Hard Filter product for Riders and Drivers

## Eligible Cities for 1st Pilot & Simulated Marketplace impact

| City | % Women Drivers | Women Demand/ Supply | Hard filter impact | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5% adoption | | | | 30% adoption | | | |
| | | | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network | ETA impact for WDP trips | ETA impact for the network | C2R impact for WDP trips | C2R impact for the network |
| Atlanta | | | | | | | | | | |
| Houston | | | | | | | | | | |
| Dallas | | | | | | | | | | |
| Las Vegas | | | | | | | | | | |
| Miami | | | | | | | | | | |
| Phoe... | | | | | | | | | | |

Updates delayed - ETA Wed EOD

348

CONFIDENTIAL

UBER_JCCP_MDL_003041038

# Lyft's Q1,2024 Earnings - Transcript

- Following our nationwide rollout of Women+ Connect in the first quarter, women and nonbinary driver activations increased by nearly 24% year over year. This has continued to be one of Lyft's highest-graded features and most drivers do tell us -- who use it tell us they feel safer when driving, which is super important, one of our key objectives. As a result of all of these moves, Lyft had more drivers use our platform in Q1 than we've had in about four years, and driver hours have returned to 2019 levels. And I can tell you, in addition, that over these past few weeks, driver hours have reached new all-time highs.

- So, these will be familiar because I've talked about them before, but Women+ Connect is incredibly important to us, incredibly important to us. We have -- one of the stories I heard recently was a woman saying, "I can now finally take a nap in the Lyft." A nap in a Lyft, something that men have enjoyed for years and women haven't so much. And we can see what that does both on the rider side but also at the driver side, something like 24% of our new -- I think we've got about 20,000 new Women+ Connect drivers just in the last couple of months. And it's some of 24%, maybe even 26% of a meaningful percentage of our new applicants to be drivers are women higher than we've seen in the past.

CONFIDENTIAL

UBER_JCCP_MDL_003041039

# Uber Riders | **Option to select Women Drivers have been an old request from Women Riders, 90% say they want it**



**A guarantee women match is favoured when the concern is about the Driver**

When there are concerns related to interactions with the driver, riders prefer a guaranteed match with a woman driver.



**Late night social events, late night after work & bars**

Opting for a Women Driver would be mostly used in these situations when Women Riders might feel more vulnerable.



**72% would wait extra up to +10 min more to get a Women Driver**

38% said they would wait at least 15 extra minutes for a Women Driver.

CONFIDENTIAL

## Slide 350 Notes

**Long-waited feature:**
But it has always been a challenge from a supply and Legal perspective.

**Willing to wait & pay:** Women Riders want to use it in specific times of day, are ok with waiting more and paying more

# Uber Riders | A Women Driver Option's value extends beyonds regular Rides, to new segments



### Uber Teens: Parents want this option for their teenage daughters

Parents are willing to wait and pay more as girls are treated with higher sensitivity when it comes to access to ride hailing services

### Younger Kids, Families, Special Assistance & Caregivers

Value extends to men Riders that would like to have the option to request for their family members – wife, sister, grandma, family member with specific needs.

CONFIDENTIAL

UBER_JCCP_MDL_003041042

# Uber Earners | Safety #1 barrier for prospective Women Earners in the US;  75% drivers said option would make them drive more



**Drivers want a guarantee woman match for vulnerable situations**

Late night (100%), early morning (41%) and unknown areas (58%).



**Having an option would incentivize Earners to drive more because they can manage the risk**

75% mentioned that having this options would increase how much they would drive for Uber



**Women Drivers are aware and willing to wait more to get matched with Women Rider**

83% of Women Drivers said they'd be willing to wait longer, on top of the regular waiting time for a match



CONFIDENTIAL

UBER_JCCP_MDL_003041043

# Research goals and methodology

**Questions to be answered**

**What users want & when**
Understand different use cases and adoption for Hard vs Soft Preference

**Willingness to wait & pay**
Are Women willing to wait more or pay more for a Women match?

**Potential for usage increase**
How this would make them use Uber more / drive more vs competitors?

**Potential for rider / earner growth**
Would this attract new customers and new women drivers?

**Feedback from men**
How do men feel about an option like this?

**Gender inclusivity**
Non-binary and gender inclusivity measures feedback, how to determine and verify gender

**Methodology**

600 Uber Riders

600 Uber Drivers

1800 Non-uber Riders, Drivers , Couriers

Markets: US only

CONFIDENTIAL

UBER_JCCP_MDL_003041044

# Option 3: Pilot Hard Filter product for Riders and Drivers

## Eligible Cities for 1st Pilot & Simulated Marketplace impact

| City | % Women Drivers | Women Demand/Supply | Hard filter impact | | | | Soft filter impact | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5% adoption | | 30% adoption | | 5% adoption | | 30% adoption | |
| | | | ETA impact for WDP trips | ETA impact for the network | ETA impact for WDP trips | ETA impact for the network | ETA impact for WDP trips | ETA impact for the network | ETA impact for WDP trips | ETA impact for the network |
| Atlanta | | | | | | | | | | |
| Houston | | | | | | | | | | |
| Dallas | | | | | | | | | | |
| Las Vegas | | | | | | | | | | |
| Miami | | | | | | | | | | |
| Uber | | | | | | | | | | |
| Los | | | | | | | | | | |

**Updates coming monday EOD**

354

CONFIDENTIAL

UBER_JCCP_MDL_003041045

# Scenarios discussion

Ideal solution should optimize for

### High Safety & Comms Impact

We want to have a stronger product in the US Market that addresses core Women concerns - Riders & Drivers.

### Fast Time to market

We'd like to respond fast, as we're late to the game in the US market

### Good Marketplace reliability

In the US only 20% of active drivers are women. What kind of product could work at scale?

REDACTED - PRIVILEGED

Uber |

355

# Reception has been positive in the media, and Lyft is anchoring on the benefit for Earners rather than Riders

## Earnings Calls mentions

One of Lyft's highest-rated features, and most drivers who use it tell us they feel safer while driving with Lyft.

- Women and non-binary driver **activations increased by ~ 24%** ; 20K new Women+ Connect drivers just in the last couple of months.

- **24% of new driver applicants are women**, higher than in the past.

- **67% of eligible drivers** (~15% of their total supply) have opted in

- Drivers using it **keep the feature on 99% of the time**





## Reception

High amount of **media coverage,** including Today Show,, with 33% of online mentions occurring on news & media sites

Main sentiment **was positive**, with some detractors (mainly men) regarding discrimination, and how gender is (not) verified.

Initial launch media reach and social volume was **higher than Teen Accounts** launch and just behind Go/Get 2023

Since Women+ national launch in Feb 2024:

- Generally positive reaction (79% positive/neutral) in traditional and social media with users posting about their experience
- Negative backlash when Lyft partnered with trans/non-binary driver for a social campaign



CONFIDENTIAL

UBER_JCCP_MDL_003041047

# Despite significant efforts, Women's Safety Sentiment remains a big challenge







**Woman Leaving 'Hair and Fingerprints' in Every Uber Sparks Safety Debate**

**Teens On TikTok Have Created Fake Phone Calls To Help Women In Sketchy Ubers**

CONFIDENTIAL

UBER_JCCP_MDL_003041048

# And we don't have to look far

*"I won't do employee driving as a woman, I would if I could only drive women"*
Uber Employee, Ops

*"We want to choose a woman driver for our teenage daughter"*
Parent, during Sachin's PTA convention in California.

*"My sister just told me she is now using Lyft because of the new Women Preference"*
Niti Bashambu, Product Director

**90% of Women** Riders and Drivers said they want a feature that allows them to select or prefer a woman match
**85%** agree that the feature has the potential to make them **feel safer using rideshare** and Signal that a company is **committed to safety**

Research Details & Source

CONFIDENTIAL

UBER_JCCP_MDL_003041049

# Earner Insights | **In Latam where Women Rider Preference is live, 35% MaD use it; highest usage in ELC women drivers**

In Latam, adoption amongst women drivers is over 30%.

Most Women Earners who use this filter in Latam use for 90% of their trips in a monthly basis.

| WRP Adoption | BR | MX | CAN | AUS |
|---|---|---|---|---|
| Ever tried the feature | 60% | 62% | 40% | 12% |
| Used it in a month (Apr/24) | 34% | 35% | 12% | 4% |
| % have it on for 90% of trips (Apr/24) | 55% | 51% | 32% | 30% |

Higher usage of the WRP feature in Earners that are starting their journey with Uber

% of Brazil Women Rider Prefered Trips in drivers tenure cohorts



Women Earners who use the filter have stayed longer in the Platform

% of Drivers sliced by tenure on the platform



CONFIDENTIAL

UBER_JCCP_MDL_003041050