# UBER_JCCP_MDL_002348245

## Metadata

| Field | Value | Type |
|---|---|---|
| Account | andrew.hasbun@uber.com; | SEMANTIC |
| All Custodians | Hasbun, Andrew; | SEMANTIC |
| Application | Slack Channel | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_002348245 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/25/2024 12:00 am | SEMANTIC |
| Date Modified | 10/25/2024 12:00 am | SEMANTIC |
| Document Type | Messaging Application | SEMANTIC |
| End Family | UBER_JCCP_MDL_002348249 | SEMANTIC |
| Hash Value | c6fe6eb251de3d9a804e425949ef6d19b99130fda134312f4d3d5049567bd027 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_002348245;UBER_JCCP_MDL_002348246;UBER_JCCP_MDL_002348247;UBER_JCCP_MDL_002348248;UBER_JCCP_MDL_002348249 | SEMANTIC |
| ILS Document Date | 10/25/2024 | SEMANTIC |
| ILS Prod Date | 1/23/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL064 | SEMANTIC |
| Other Custodians | Hasbun, Andrew; | SEMANTIC |
| Primary Date | 10/25/2024 12:00 am | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL064; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 04/06/2021 1:39 am | SEMANTIC |



Trial Exhibit No.
P-01506

P-01506.00001

**Channel: dm-eboman--andrew.hasbun**

**Channel Type: DM**

**Start Date: 2021-04-06 01:39:25 UTC End date: 2021-04-06 21:48:52 UTC**

**Emilie Boman** at 2021-04-06 01:39:25

it looks so dark where you are

**Andrew Hasbun** at 2021-04-06 01:39:37

Haha.

**Emilie Boman** at 2021-04-06 01:39:39

or is it just a state of mind

**Andrew Hasbun** at 2021-04-06 01:40:06

The sun is setting and the light here is awful. It's either surgical bright LED or sunlight through the window

**Emilie Boman** at 2021-04-06 19:42:37

Hey

**Emilie Boman** at 2021-04-06 19:42:43

I'm debriefing w/ Brittany on ELT discussion

**Emilie Boman** at 2021-04-06 19:42:48

Added you as optional if you want to join

**Andrew Hasbun** at 2021-04-06 19:42:52

yes

Emilie Boman at 2021-04-06 19:43:09

cool sent for later today

Andrew Hasbun at 2021-04-06 19:43:22

Thanks. Meeting with Matt just before so may be a little late

Andrew Hasbun at 2021-04-06 19:43:54

so it is… let australia go, see what happens, maybe US later.

Emilie Boman at 2021-04-06 19:48:01

Yep

Emilie Boman at 2021-04-06 19:48:22

Look at safety impact, and supply impact. Do proper marketing around it to attract women drivers

Emilie Boman at 2021-04-06 19:48:35

And then revisit trade-off in US.... supply impact vs legal cost

Andrew Hasbun at 2021-04-06 19:49:26

I can't believe they actually believed the legal costs

Andrew Hasbun at 2021-04-06 19:50:28

So can we just make up numbers too based on something totally off base? We should get in the habit of doing that to get our way. "If we do this, we will have 150 negative stories based off the news of travis dancing in the back of the car"

Emilie Boman at 2021-04-06 20:13:00

Yeah... I think the $ amount hit Dara, Nelson &amp; Mac hard


**Emilie Boman** at 2021-04-06 20:13:29

And Jill/Gus were pretty silent on it


**Andrew Hasbun** at 2021-04-06 20:14:27

Well, it will come back to bite us. And I certainly won't be there to help cover for a bad decisions

(Edited)

at 2021-04-06 20:14:46


**Andrew Hasbun** at 2021-04-06 20:14:27

Well, it will come back to bite us. And I certainly won't be there to help cover for our bad decisions


**Andrew Hasbun** at 2021-04-06 20:14:27

Well, it will come back to bite us. And I certainly won't be there to help cover for a bad decisions

Well, it will come back to bite us. And I certainly won't be there to help cover for our bad decisions (Edited)

at 2021-04-06 20:14:46


**Emilie Boman** at 2021-04-06 20:15:30

yeah, I think that's the good part of having exec ownership of the decision


**Emilie Boman** at 2021-04-06 21:48:38

We're going to kick off


**Andrew Hasbun** at 2021-04-06 21:48:48

go ahead

 **Andrew Hasbun** at 2021-04-06 21:48:52

I may not make it.

CONFIDENTIAL

P-01506.00005

UBER_JCCP_MDL_002348248

CONFIDENTIAL

UBER_JCCP_MDL_002348249