## UBER_JCCP_MDL_002289722

## Metadata

| | | |
|---|---|---|
| **#Author** | alex.madsen@uber.com | SEMANTIC |
| **#Date Modified** | 08/08/2024 | SEMANTIC |
| **#DateCreated** | 09/08/2022 | SEMANTIC |
| **#Title** | [2023 Planning] Fact Base Deck | SEMANTIC |
| **Account** | mike.akamine@uber.com; | SEMANTIC |
| **All Custodians** | Akamine, Mike;Brown, Greg;Freivogel, Cory; Gibbons, Catherine;Hasbun, Andrew;Kaiser, Roger;Luu, Jenny;McDonald, Katy;Muehrcke, Susan;Patel, Niraj; | SEMANTIC |
| **All Paths** | Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_11.zip; Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_11.zip; Brown, Greg: \REFRESH_Drive_Set3\REFRESH_Drive_Set3___13.zip; Brown, Greg: \REFRESH_Drive_Set3\REFRESH_Drive_Set3___13.zip; Freivogel, Cory: \REFRESH_Drive_Set7\REFRESH_Drive_Set7_4.zip; Freivogel, Cory: \REFRESH_Drive_Set7\REFRESH_Drive_Set7_4.zip; Gibbons, Catherine: \REFRESH_Drive_Set9\REFRESH_Drive_Set9_4.zip; Gibbons, Catherine: \REFRESH_Drive_Set9\REFRESH_Drive_Set9_4.zip; Hasbun, Andrew: \REFRESH_Drive_Set11\REFRESH_Drive_Set11_3.zip; Hasbun, Andrew: \REFRESH_Drive_Set11\REFRESH_Drive_Set11_3.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_19.zip; Kaiser, Roger: \REFRESH_Drive_Set12\REFRESH_Drive_Set12_19.zip; Luu, Jenny: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_10.zip; Luu, Jenny: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_10.zip; McDonald, Katy: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_18.zip; McDonald, Katy: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_18.zip; Patel, Niraj: \REFRESH_Drive_Set15\REFRESH_Drive_Set15__19.zip; Patel, Niraj: \REFRESH_Drive_Set15\REFRESH_Drive_Set15__19.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_002289722 | SEMANTIC |
| **Collaborators** | atucker@uber.com; sameer.kapoor@uber.com; ashleys@uber.com; shyrose.razwani@uber.com; joseph.tawney@uber.com; nilles@uber.com; butorac@uber.com; eboman@uber.com; kavery@uber.com; sooraj.nair@uber.com; urvish.shah@uber.com; june.tai@uber.com; ksengupta@uber.com; akennedy@uber.com; mateo.valla@uber.com; yosra@uber.com; natalia.galvez@uber.com; meng.xu@uber.com; y@uber.com; natalief@uber.com; daniel.copeland@uber.com; blixt@uber.com; aarti@uber.com; akankshu@uber.com; zoe.pu@uber.com; veronica.wright@uber.com; babbs@uber.com; amritesh.palani@uber.com; livia@uber.com; yoon.lee@uber.com; zamaan@uber.com; joshl@uber.com; varunh@uber.com; honeyg@uber.com; ana.lara@uber.com; esra.ozturk@uber.com; diego.lascano@uber.com; bick@uber.com; sameera.tata@uber.com; sunny.wong-all-staff@uber.com; uber.com | SEMANTIC |
| **Confidentiality** | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY | SEMANTIC |
| **Date Created** | 09/08/2022 12:20 am | SEMANTIC |
| **Date Modified** | 08/08/2024 4:22 pm | SEMANTIC |
| **DocID** | 1PeCqNfkOJYtdpmwhuuVAs8mkGm4WBslZboI2q4ebNoM | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_002289722 | SEMANTIC |
| **File Path** | \REFRESH_Drive_Set1\REFRESH_Drive_Set1_11.zip | SEMANTIC |
| **File Size** | 15419731 | SEMANTIC |
| **Filename** | -2023 Planning- Fact Base Deck _1PeCqNfkOJYtdpmwhuuVAs8mkGm4WBslZboI2q4ebNoM.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_002289722;UBER_JCCP_MDL_002289722.0001;UBER_JCCP_ MDL_002289722.0002;UBER_JCCP_MDL_002289722.0003;UBER_JCCP_MDL_002 289722.0004;UBER_JCCP_MDL_002289722.0005;UBER_JCCP_MDL_002289722.0 006;UBER_JCCP_MDL_002289722.0007;UBER_JCCP_MDL_002289722.0008;UBE R_JCCP_MDL_002289722.0009;UBER_JCCP_MDL_002289722.0010;UBER_JCCP_ MDL_002289722.0011;UBER_JCCP_MDL_002289722.0012;UBER_JCCP_MDL_002 289722.0013;UBER_JCCP_MDL_002289722.0014;UBER_JCCP_MDL_002289722.0 015;UBER_JCCP_MDL_002289722.0016;UBER_JCCP_MDL_002289722.0017;UBE R_JCCP_MDL_002289722.0018;UBER_JCCP_MDL_002289722.0019;UBER_JCCP_ MDL_002289722.0020;UBER_JCCP_MDL_002289722.0021;UBER_JCCP_MDL_002 289722.0022;UBER_JCCP_MDL_002289722.0023;UBER_JCCP_MDL_002289722.0 024;UBER_JCCP_MDL_002289722.0025;UBER_JCCP_MDL_002289722.0026;UBE R_JCCP_MDL_002289722.0027;UBER_JCCP_MDL_002289722.0028;UBER_JCCP_ MDL_002289722.0029;UBER_JCCP_MDL_002289722.0030;UBER_JCCP_MDL_002 289722.0031;UBER_JCCP_MDL_002289722.0032;UBER_JCCP_MDL_002289722.0 033;UBER_JCCP_MDL_002289722.0034;UBER_JCCP_MDL_002289722.0035;UBE R_JCCP_MDL_002289722.0036;UBER_JCCP_MDL_002289722.0037;UBER_JCCP_ | SEMANTIC |

Trial Exhibit No.

P-01528

MDL_002289722.0038;UBER_JCCP_MDL_002289722.0039;UBER_JCCP_MDL_002
289722.0040;UBER_JCCP_MDL_002289722.0041;UBER_JCCP_MDL_002289722.0
042;UBER_JCCP_MDL_002289722.0043;UBER_JCCP_MDL_002289722.0044;UBE
R_JCCP_MDL_002289722.0045;UBER_JCCP_MDL_002289722.0046;UBER_JCCP_
MDL_002289722.0047;UBER_JCCP_MDL_002289722.0048;UBER_JCCP_MDL_002
289722.0049;UBER_JCCP_MDL_002289722.0050;UBER_JCCP_MDL_002289722.0
051;UBER_JCCP_MDL_002289722.0052;UBER_JCCP_MDL_002289722.0053;UBE
R_JCCP_MDL_002289722.0054;UBER_JCCP_MDL_002289722.0055;UBER_JCCP_
MDL_002289722.0056;UBER_JCCP_MDL_002289722.0057;UBER_JCCP_MDL_002
289722.0058;UBER_JCCP_MDL_002289722.0059;UBER_JCCP_MDL_002289722.0
060;UBER_JCCP_MDL_002289722.0061;UBER_JCCP_MDL_002289722.0062;UBE
R_JCCP_MDL_002289722.0063;UBER_JCCP_MDL_002289722.0064;UBER_JCCP_
MDL_002289722.0065;UBER_JCCP_MDL_002289722.0066;UBER_JCCP_MDL_002
289722.0067;UBER_JCCP_MDL_002289722.0068;UBER_JCCP_MDL_002289722.0
069;UBER_JCCP_MDL_002289722.0070;UBER_JCCP_MDL_002289722.0071;UBE
R_JCCP_MDL_002289722.0072;UBER_JCCP_MDL_002289722.0073;UBER_JCCP_
MDL_002289722.0074;UBER_JCCP_MDL_002289722.0075;UBER_JCCP_MDL_002
289722.0076;UBER_JCCP_MDL_002289722.0077;UBER_JCCP_MDL_002289722.0
078;UBER_JCCP_MDL_002289722.0079;UBER_JCCP_MDL_002289722.0080;UBE
R_JCCP_MDL_002289722.0081;UBER_JCCP_MDL_002289722.0082;UBER_JCCP_
MDL_002289722.0083;UBER_JCCP_MDL_002289722.0084;UBER_JCCP_MDL_002
289722.0085;UBER_JCCP_MDL_002289722.0086;UBER_JCCP_MDL_002289722.0
087;UBER_JCCP_MDL_002289722.0088;UBER_JCCP_MDL_002289722.0089;UBE
R_JCCP_MDL_002289722.0090;UBER_JCCP_MDL_002289722.0091;UBER_JCCP_
MDL_002289722.0092;UBER_JCCP_MDL_002289722.0093;UBER_JCCP_MDL_002
289722.0094;UBER_JCCP_MDL_002289722.0095;UBER_JCCP_MDL_002289722.0
096;UBER_JCCP_MDL_002289722.0097;UBER_JCCP_MDL_002289722.0098;UBE
R_JCCP_MDL_002289722.0099;UBER_JCCP_MDL_002289722.0100;UBER_JCCP_
MDL_002289722.0101;UBER_JCCP_MDL_002289722.0102;UBER_JCCP_MDL_002
289722.0103;UBER_JCCP_MDL_002289722.0104;UBER_JCCP_MDL_002289722.0
105;UBER_JCCP_MDL_002289722.0106;UBER_JCCP_MDL_002289722.0107;UBE
R_JCCP_MDL_002289722.0108;UBER_JCCP_MDL_002289722.0109;UBER_JCCP_
MDL_002289722.0110;UBER_JCCP_MDL_002289722.0111;UBER_JCCP_MDL_002
289722.0112;UBER_JCCP_MDL_002289722.0113;UBER_JCCP_MDL_002289722.0
114;UBER_JCCP_MDL_002289722.0115;UBER_JCCP_MDL_002289722.0116;UBE
R_JCCP_MDL_002289722.0117;UBER_JCCP_MDL_002289722.0118;UBER_JCCP_
MDL_002289722.0119;UBER_JCCP_MDL_002289722.0120;UBER_JCCP_MDL_002
289722.0121;UBER_JCCP_MDL_002289722.0122;UBER_JCCP_MDL_002289722.0
123;UBER_JCCP_MDL_002289722.0124;UBER_JCCP_MDL_002289722.0125;UBE
R_JCCP_MDL_002289722.0126;UBER_JCCP_MDL_002289722.0127;UBER_JCCP_
MDL_002289722.0128;UBER_JCCP_MDL_002289722.0129;UBER_JCCP_MDL_002
289722.0130;UBER_JCCP_MDL_002289722.0131;UBER_JCCP_MDL_002289722.0
132;UBER_JCCP_MDL_002289722.0133;UBER_JCCP_MDL_002289722.0134;UBE
R_JCCP_MDL_002289722.0135;UBER_JCCP_MDL_002289722.0136;UBER_JCCP_
MDL_002289722.0137;UBER_JCCP_MDL_002289722.0138;UBER_JCCP_MDL_002
289722.0139;UBER_JCCP_MDL_002289722.0140;UBER_JCCP_MDL_002289722.0
141;UBER_JCCP_MDL_002289722.0142;UBER_JCCP_MDL_002289722.0143;UBE
R_JCCP_MDL_002289722.0144;UBER_JCCP_MDL_002289722.0145;UBER_JCCP_
MDL_002289722.0146;UBER_JCCP_MDL_002289722.0147;UBER_JCCP_MDL_002
289722.0148;UBER_JCCP_MDL_002289722.0149;UBER_JCCP_MDL_002289722.0
150;UBER_JCCP_MDL_002289722.0151;UBER_JCCP_MDL_002289722.0152;UBE
R_JCCP_MDL_002289722.0153;UBER_JCCP_MDL_002289722.0154;UBER_JCCP_
MDL_002289722.0155;UBER_JCCP_MDL_002289722.0156;UBER_JCCP_MDL_002
289722.0157;UBER_JCCP_MDL_002289722.0158;UBER_JCCP_MDL_002289722.0
159;UBER_JCCP_MDL_002289722.0160;UBER_JCCP_MDL_002289722.0161;UBE
R_JCCP_MDL_002289722.0162;UBER_JCCP_MDL_002289722.0163;UBER_JCCP_
MDL_002289722.0164;UBER_JCCP_MDL_002289722.0165;UBER_JCCP_MDL_002
289722.0166;UBER_JCCP_MDL_002289722.0167;UBER_JCCP_MDL_002289722.0
168;UBER_JCCP_MDL_002289722.0169;UBER_JCCP_MDL_002289722.0170;UBE
R_JCCP_MDL_002289722.0171;UBER_JCCP_MDL_002289722.0172;UBER_JCCP_
MDL_002289722.0173;UBER_JCCP_MDL_002289722.0174;UBER_JCCP_MDL_002
289722.0175;UBER_JCCP_MDL_002289722.0176;UBER_JCCP_MDL_002289722.0
177;UBER_JCCP_MDL_002289722.0178;UBER_JCCP_MDL_002289722.0179;UBE
R_JCCP_MDL_002289722.0180;UBER_JCCP_MDL_002289722.0181;UBER_JCCP_
MDL_002289722.0182;UBER_JCCP_MDL_002289722.0183;UBER_JCCP_MDL_002
289722.0184;UBER_JCCP_MDL_002289722.0185;UBER_JCCP_MDL_002289722.0
186;UBER_JCCP_MDL_002289722.0187;UBER_JCCP_MDL_002289722.0188;UBE
R_JCCP_MDL_002289722.0189;UBER_JCCP_MDL_002289722.0190;UBER_JCCP_
MDL_002289722.0191;UBER_JCCP_MDL_002289722.0192;UBER_JCCP_MDL_002
289722.0193;UBER_JCCP_MDL_002289722.0194;UBER_JCCP_MDL_002289722.0
195;UBER_JCCP_MDL_002289722.0196;UBER_JCCP_MDL_002289722.0197;UBE
R_JCCP_MDL_002289722.0198;UBER_JCCP_MDL_002289722.0199;UBER_JCCP_
MDL_002289722.0200;UBER_JCCP_MDL_002289722.0201;UBER_JCCP_MDL_002
289722.0202;UBER_JCCP_MDL_002289722.0203;UBER_JCCP_MDL_002289722.0
204;UBER_JCCP_MDL_002289722.0205;UBER_JCCP_MDL_002289722.0206;UBE
R_JCCP_MDL_002289722.0207;UBER_JCCP_MDL_002289722.0208;UBER_JCCP_
MDL_002289722.0209;UBER_JCCP_MDL_002289722.0210;UBER_JCCP_MDL_002
289722.0211;UBER_JCCP_MDL_002289722.0212;UBER_JCCP_MDL_002289722.0
213;UBER_JCCP_MDL_002289722.0214;UBER_JCCP_MDL_002289722.0215;UBE
R_JCCP_MDL_002289722.0216;UBER_JCCP_MDL_002289722.0217;UBER_JCCP_
MDL_002289722.0218;UBER_JCCP_MDL_002289722.0219;UBER_JCCP_MDL_002
289722.0220;UBER_JCCP_MDL_002289722.0221;UBER_JCCP_MDL_002289722.0
222;UBER_JCCP_MDL_002289722.0223;UBER_JCCP_MDL_002289722.0224;UBE
R_JCCP_MDL_002289722.0225;UBER_JCCP_MDL_002289722.0226;UBER_JCCP_
MDL_002289722.0227;UBER_JCCP_MDL_002289722.0228;UBER_JCCP_MDL_002
289722.0229;UBER_JCCP_MDL_002289722.0230;UBER_JCCP_MDL_002289722.0
231;UBER_JCCP_MDL_002289722.0232;UBER_JCCP_MDL_002289722.0233;UBE
R_JCCP_MDL_002289722.0234;UBER_JCCP_MDL_002289722.0235;UBER_JCCP_

MDL_002289722.0236;UBER_JCCP_MDL_002289722.0237;UBER_JCCP_MDL_002
289722.0238;UBER_JCCP_MDL_002289722.0239;UBER_JCCP_MDL_002289722.0
240;UBER_JCCP_MDL_002289722.0241;UBER_JCCP_MDL_002289722.0242;UBE
R_JCCP_MDL_002289722.0243;UBER_JCCP_MDL_002289722.0244;UBER_JCCP_
MDL_002289722.0245;UBER_JCCP_MDL_002289722.0246;UBER_JCCP_MDL_002
289722.0247;UBER_JCCP_MDL_002289722.0248;UBER_JCCP_MDL_002289722.0
249;UBER_JCCP_MDL_002289722.0250;UBER_JCCP_MDL_002289722.0251;UBE
R_JCCP_MDL_002289722.0252;UBER_JCCP_MDL_002289722.0253;UBER_JCCP_
MDL_002289722.0254;UBER_JCCP_MDL_002289722.0255;UBER_JCCP_MDL_002
289722.0256;UBER_JCCP_MDL_002289722.0257;UBER_JCCP_MDL_002289722.0
258;UBER_JCCP_MDL_002289722.0259;UBER_JCCP_MDL_002289722.0260;UBE
R_JCCP_MDL_002289722.0261;UBER_JCCP_MDL_002289722.0262;UBER_JCCP_
MDL_002289722.0263;UBER_JCCP_MDL_002289722.0264;UBER_JCCP_MDL_002
289722.0265;UBER_JCCP_MDL_002289722.0266;UBER_JCCP_MDL_002289722.0
267;UBER_JCCP_MDL_002289722.0268;UBER_JCCP_MDL_002289722.0269;UBE
R_JCCP_MDL_002289722.0270;UBER_JCCP_MDL_002289722.0271;UBER_JCCP_
MDL_002289722.0272;UBER_JCCP_MDL_002289722.0273;UBER_JCCP_MDL_002
289722.0274;UBER_JCCP_MDL_002289722.0275;UBER_JCCP_MDL_002289722.0
276;UBER_JCCP_MDL_002289722.0277;UBER_JCCP_MDL_002289722.0278;UBE
R_JCCP_MDL_002289722.0279;UBER_JCCP_MDL_002289722.0280;UBER_JCCP_
MDL_002289722.0281;UBER_JCCP_MDL_002289722.0282;UBER_JCCP_MDL_002
289722.0283;UBER_JCCP_MDL_002289722.0284;UBER_JCCP_MDL_002289722.0
285;UBER_JCCP_MDL_002289722.0286;UBER_JCCP_MDL_002289722.0287;UBE
R_JCCP_MDL_002289722.0288;UBER_JCCP_MDL_002289722.0289;UBER_JCCP_
MDL_002289722.0290;UBER_JCCP_MDL_002289722.0291;UBER_JCCP_MDL_002
289722.0292;UBER_JCCP_MDL_002289722.0293;UBER_JCCP_MDL_002289722.0
294;UBER_JCCP_MDL_002289722.0295;UBER_JCCP_MDL_002289722.0296;UBE
R_JCCP_MDL_002289722.0297;UBER_JCCP_MDL_002289722.0298;UBER_JCCP_
MDL_002289722.0299;UBER_JCCP_MDL_002289722.0300;UBER_JCCP_MDL_002
289722.0301;UBER_JCCP_MDL_002289722.0302;UBER_JCCP_MDL_002289722.0
303;UBER_JCCP_MDL_002289722.0304;UBER_JCCP_MDL_002289722.0305;UBE
R_JCCP_MDL_002289722.0306;UBER_JCCP_MDL_002289722.0307;UBER_JCCP_
MDL_002289722.0308;UBER_JCCP_MDL_002289722.0309;UBER_JCCP_MDL_002
289722.0310;UBER_JCCP_MDL_002289722.0311;UBER_JCCP_MDL_002289722.0
312;UBER_JCCP_MDL_002289722.0313;UBER_JCCP_MDL_002289722.0314;UBE
R_JCCP_MDL_002289722.0315;UBER_JCCP_MDL_002289722.0316;UBER_JCCP_
MDL_002289722.0317;UBER_JCCP_MDL_002289722.0318;UBER_JCCP_MDL_002
289722.0319;UBER_JCCP_MDL_002289722.0320;UBER_JCCP_MDL_002289722.0
321;UBER_JCCP_MDL_002289722.0322;UBER_JCCP_MDL_002289722.0323;UBE
R_JCCP_MDL_002289722.0324;UBER_JCCP_MDL_002289722.0325;UBER_JCCP_
MDL_002289722.0326;UBER_JCCP_MDL_002289722.0327;UBER_JCCP_MDL_002
289722.0328;UBER_JCCP_MDL_002289722.0329;UBER_JCCP_MDL_002289722.0
330;UBER_JCCP_MDL_002289722.0331;UBER_JCCP_MDL_002289722.0332;UBE
R_JCCP_MDL_002289722.0333;UBER_JCCP_MDL_002289722.0334;UBER_JCCP_
MDL_002289722.0335;UBER_JCCP_MDL_002289722.0336;UBER_JCCP_MDL_002
289722.0337;UBER_JCCP_MDL_002289722.0338;UBER_JCCP_MDL_002289722.0
339;UBER_JCCP_MDL_002289722.0340;UBER_JCCP_MDL_002289722.0341;UBE
R_JCCP_MDL_002289722.0342;UBER_JCCP_MDL_002289722.0343;UBER_JCCP_
MDL_002289722.0344;UBER_JCCP_MDL_002289722.0345;UBER_JCCP_MDL_002
289722.0346;UBER_JCCP_MDL_002289722.0347;UBER_JCCP_MDL_002289722.0
348;UBER_JCCP_MDL_002289722.0349;UBER_JCCP_MDL_002289722.0350;UBE
R_JCCP_MDL_002289722.0351;UBER_JCCP_MDL_002289722.0352;UBER_JCCP_
MDL_002289722.0353;UBER_JCCP_MDL_002289722.0354;UBER_JCCP_MDL_002
289722.0355;UBER_JCCP_MDL_002289722.0356;UBER_JCCP_MDL_002289722.0
357;UBER_JCCP_MDL_002289722.0358;UBER_JCCP_MDL_002289722.0359;UBE
R_JCCP_MDL_002289722.0360;UBER_JCCP_MDL_002289722.0361;UBER_JCCP_
MDL_002289722.0362;UBER_JCCP_MDL_002289722.0363;UBER_JCCP_MDL_002
289722.0364;UBER_JCCP_MDL_002289722.0365;UBER_JCCP_MDL_002289722.0
366;UBER_JCCP_MDL_002289722.0367;UBER_JCCP_MDL_002289722.0368;UBE
R_JCCP_MDL_002289722.0369;UBER_JCCP_MDL_002289722.0370;UBER_JCCP_
MDL_002289722.0371;UBER_JCCP_MDL_002289722.0372;UBER_JCCP_MDL_002
289722.0373;UBER_JCCP_MDL_002289722.0374;UBER_JCCP_MDL_002289722.0
375;UBER_JCCP_MDL_002289722.0376;UBER_JCCP_MDL_002289722.0377;UBE
R_JCCP_MDL_002289722.0378;UBER_JCCP_MDL_002289722.0379;UBER_JCCP_
MDL_002289722.0380;UBER_JCCP_MDL_002289722.0381;UBER_JCCP_MDL_002
289722.0382;UBER_JCCP_MDL_002289722.0383;UBER_JCCP_MDL_002289722.0
384;UBER_JCCP_MDL_002289722.0385;UBER_JCCP_MDL_002289722.0386;UBE
R_JCCP_MDL_002289722.0387;UBER_JCCP_MDL_002289722.0388;UBER_JCCP_
MDL_002289722.0389;UBER_JCCP_MDL_002289722.0390;UBER_JCCP_MDL_002
289722.0391;UBER_JCCP_MDL_002289722.0392;UBER_JCCP_MDL_002289722.0
393;UBER_JCCP_MDL_002289722.0394;UBER_JCCP_MDL_002289722.0395;UBE
R_JCCP_MDL_002289722.0396;UBER_JCCP_MDL_002289722.0397;UBER_JCCP_
MDL_002289722.0398;UBER_JCCP_MDL_002289722.0399;UBER_JCCP_MDL_002
289722.0400;UBER_JCCP_MDL_002289722.0401;UBER_JCCP_MDL_002289722.0
402;UBER_JCCP_MDL_002289722.0403;UBER_JCCP_MDL_002289722.0404;UBE
R_JCCP_MDL_002289722.0405;UBER_JCCP_MDL_002289722.0406;UBER_JCCP_
MDL_002289722.0407;UBER_JCCP_MDL_002289722.0408;UBER_JCCP_MDL_002
289722.0409;UBER_JCCP_MDL_002289722.0410;UBER_JCCP_MDL_002289722.0
411;UBER_JCCP_MDL_002289722.0412;UBER_JCCP_MDL_002289722.0413;UBE
R_JCCP_MDL_002289722.0414;UBER_JCCP_MDL_002289722.0415;UBER_JCCP_
MDL_002289722.0416;UBER_JCCP_MDL_002289722.0417;UBER_JCCP_MDL_002
289722.0418;UBER_JCCP_MDL_002289722.0419;UBER_JCCP_MDL_002289722.0
420;UBER_JCCP_MDL_002289722.0421;UBER_JCCP_MDL_002289722.0422;UBE
R_JCCP_MDL_002289722.0423;UBER_JCCP_MDL_002289722.0424;UBER_JCCP_
MDL_002289722.0425;UBER_JCCP_MDL_002289722.0426;UBER_JCCP_MDL_002
289722.0427;UBER_JCCP_MDL_002289722.0428;UBER_JCCP_MDL_002289722.0
429;UBER_JCCP_MDL_002289722.0430;UBER_JCCP_MDL_002289722.0431;UBE
R_JCCP_MDL_002289722.0432;UBER_JCCP_MDL_002289722.0433;UBER_JCCP_

| | | |
|---|---|---|
| | MDL_002289722.0434;UBER_JCCP_MDL_002289722.0435;UBER_JCCP_MDL_002 289722.0436;UBER_JCCP_MDL_002289722.0437;UBER_JCCP_MDL_002289722.0 438;UBER_JCCP_MDL_002289722.0439;UBER_JCCP_MDL_002289722.0440;UBE R_JCCP_MDL_002289722.0441;UBER_JCCP_MDL_002289722.0442;UBER_JCCP_ MDL_002289722.0443;UBER_JCCP_MDL_002289722.0444;UBER_JCCP_MDL_002 289722.0445;UBER_JCCP_MDL_002289722.0446;UBER_JCCP_MDL_002289722.0 447;UBER_JCCP_MDL_002289722.0448;UBER_JCCP_MDL_002289722.0449;UBE R_JCCP_MDL_002289722.0450;UBER_JCCP_MDL_002289722.0451;UBER_JCCP_ MDL_002289722.0452;UBER_JCCP_MDL_002289722.0453;UBER_JCCP_MDL_002 289722.0454;UBER_JCCP_MDL_002289722.0455;UBER_JCCP_MDL_002289722.0 456;UBER_JCCP_MDL_002289722.0457;UBER_JCCP_MDL_002289722.0458;UBE R_JCCP_MDL_002289722.0459;UBER_JCCP_MDL_002289722.0460;UBER_JCCP_ MDL_002289722.0461;UBER_JCCP_MDL_002289722.0462;UBER_JCCP_MDL_002 289722.0463;UBER_JCCP_MDL_002289722.0464;UBER_JCCP_MDL_002289722.0 465;UBER_JCCP_MDL_002289722.0466;UBER_JCCP_MDL_002289722.0467;UBE R_JCCP_MDL_002289722.0468;UBER_JCCP_MDL_002289722.0469;UBER_JCCP_ MDL_002289722.0470;UBER_JCCP_MDL_002289722.0471;UBER_JCCP_MDL_002 289722.0472;UBER_JCCP_MDL_002289722.0473;UBER_JCCP_MDL_002289722.0 474;UBER_JCCP_MDL_002289722.0475;UBER_JCCP_MDL_002289722.0476;UBE R_JCCP_MDL_002289722.0477;UBER_JCCP_MDL_002289722.0478;UBER_JCCP_ MDL_002289722.0479;UBER_JCCP_MDL_002289722.0480;UBER_JCCP_MDL_002 289722.0481;UBER_JCCP_MDL_002289722.0482;UBER_JCCP_MDL_002289722.0 483;UBER_JCCP_MDL_002289722.0484;UBER_JCCP_MDL_002289722.0485;UBE R_JCCP_MDL_002289722.0486;UBER_JCCP_MDL_002289722.0487;UBER_JCCP_ MDL_002289722.0488;UBER_JCCP_MDL_002289722.0489;UBER_JCCP_MDL_002 289722.0490;UBER_JCCP_MDL_002289722.0491;UBER_JCCP_MDL_002289722.0 492;UBER_JCCP_MDL_002289722.0493;UBER_JCCP_MDL_002289722.0494;UBE R_JCCP_MDL_002289722.0495;UBER_JCCP_MDL_002289722.0496;UBER_JCCP_ MDL_002289722.0497;UBER_JCCP_MDL_002289722.0498;UBER_JCCP_MDL_002 289722.0499;UBER_JCCP_MDL_002289722.0500;UBER_JCCP_MDL_002289722.0 501;UBER_JCCP_MDL_002289722.0502;UBER_JCCP_MDL_002289722.0503;UBE R_JCCP_MDL_002289722.0504;UBER_JCCP_MDL_002289722.0505;UBER_JCCP_ MDL_002289722.0506;UBER_JCCP_MDL_002289722.0507;UBER_JCCP_MDL_002 289722.0508;UBER_JCCP_MDL_002289722.0509;UBER_JCCP_MDL_002289722.0 510;UBER_JCCP_MDL_002289722.0511;UBER_JCCP_MDL_002289722.0512;UBE R_JCCP_MDL_002289722.0513;UBER_JCCP_MDL_002289722.0514;UBER_JCCP_ MDL_002289722.0515;UBER_JCCP_MDL_002289722.0516;UBER_JCCP_MDL_002 289722.0517;UBER_JCCP_MDL_002289722.0518;UBER_JCCP_MDL_002289722.0 519;UBER_JCCP_MDL_002289722.0520;UBER_JCCP_MDL_002289722.0521;UBE R_JCCP_MDL_002289722.0522;UBER_JCCP_MDL_002289722.0523;UBER_JCCP_ MDL_002289722.0524 | |
| **ILS Prod Date** | 1/21/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL063 | SEMANTIC |
| **LINKSOURCEBEGBA TES** | UBER_JCCP_MDL_000040851; UBER_JCCP_MDL_000434193; UBER_JCCP_MDL_002337304; UBER_JCCP_MDL_002337306; UBER_JCCP_MDL_002406046; UBER_JCCP_MDL_002424068; UBER_JCCP_MDL_002425047; UBER_JCCP_MDL_002437419; UBER_JCCP_MDL_002463164; UBER_JCCP_MDL_002470245; UBER_JCCP_MDL_002648266; UBER_JCCP_MDL_003479573; UBER_JCCP_MDL_004039858; UBER_JCCP_MDL_004039862; UBER_JCCP_MDL_004039864; UBER_JCCP_MDL_004044658; UBER_JCCP_MDL_004044663; UBER_JCCP_MDL_004044665; UBER_JCCP_MDL_004064911; UBER_JCCP_MDL_004064916; UBER_JCCP_MDL_004064918; UBER_JCCP_MDL_004085742; UBER_JCCP_MDL_004086371; UBER_JCCP_MDL_004181507; UBER_JCCP_MDL_004181510; UBER_JCCP_MDL_004181512; UBER_JCCP_MDL_004194849; UBER_JCCP_MDL_004212668; UBER_JCCP_MDL_004244292; UBER_JCCP_MDL_004997265; UBER_JCCP_MDL_005012400; UBER_JCCP_MDL_005247456; UBER_JCCP_MDL_005247478; UBER_JCCP_MDL_005458109 | SEMANTIC |
| **Other Custodians** | Akamine, Mike;Brown, Greg;Freivogel, Cory;Kaiser, Roger;McDonald, Katy;Gibbons, Catherine;Hasbun, Andrew;Luu, Jenny;Muerhcke, Susan;Patel, Niraj; | SEMANTIC |
| **Primary Date** | 09/08/2022 12:20 am | DOC_TYP E_ALIAS |
| **Production Volume** | JCCP_MDL063;JCCP_MDL148; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 08/08/2024 4:22 pm | SEMANTIC |
| **SourceHash** | 215b1f88485aac6a8e18876da634e38d | SEMANTIC |

# Exec Summary of Top 2 Causal Factors, by Risk Area

| Risk Area | Top 1 Causal Factor | Top 2 Causal Factor |
| --- | --- | --- |
| Personal Safety | Alcohol | Spender Identity |
| Personal Safety | Close Proximity | Fare |
| Restricted & Prohibited Items | Merchant wants to add alcohol/tobacco | Earner does not complete delivery compliantly |
| Food Safety | Breakdown of communication between merchant <> spender | Catalog Quality |
| Item Handling & Delivery Management | Earner engages in unsafe handling practices | Earner is dispatched an order they cannot handle |
| Road Safety - 4W | Lack of Earner driving experience (general & Uber app) | Technology-based Earner distraction (Uber app & other apps) |
| Road Safety 2W | Route includes high-risk situations / intersections | Lack of / wrong personal protective equipment (PPE) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722

**Slide 1 Comments**

1    We may need different versions of some road safety modules depending on market. Otherwise, we should try to create content that applies globally.
    *Shea Hoffpauer,  3/8/2023 04:20 AM*

2    Driving experience with Uber or entire driving history? Were we able to directly connect crashes, etc. to lack of experience?
    *Shea Hoffpauer,  3/8/2023 04:16 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY    UBER_JCCP_MDL_002289722.0001

P-01528.00006

# Fact Base Deck

1. Personal Safety
2. Catalog Safety
3. Road Safety
4. Controls Insights

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0002

P-01528.00007

# Fact Base Deck

## Personal Safety



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0003

# Table of Contents

1. Fishbone(s)
2. Top Causal Factors
3. Deep Dive: Causal Factor #1 Alcohol
    a. Data Science/Product Information
    b. Policy, Communications & Marketing Information
    c. CommOps information
    d. UXR Information
    e. Regional Context (APAC, EMEA, LATAM, US/C)
    f. Global Narrative & Insights
    g. Controls Bowtie + Gap Analysis
        i. Current Controls and Industry Research
        ii. Review of Key Factors and Controls
        iii. Bowtie and Gap Summaries
4. Deep Dive: Causal Factor #2 Spender Identity
    a. Data Science/Product Information
    b. Policy, Communications & Marketing Information
    c. CommOps information
    d. UXR Information
    e. Regional Context (APAC, EMEA, LATAM, US/C)
    f. Global Narrative & Insights
    g. Controls Bowtie + Gap Analysis
        i. Current Controls and Industry Research
        ii. Review of Key Factors and Controls
        iii. Bowtie and Gap Summaries

5. Deep Dive: Causal Factor #3 (specific to SA) Close Proximity
    a. Data Science/Product Information
    b. Policy, Communications & Marketing Information
    c. CommOps information
    d. UXR Information
    e. Regional Context (APAC, EMEA, LATAM, US/C)
    f. Global Narrative & Insights
    g. Controls Bowtie + Gap Analysis
        i. Current Controls and Industry Research
        ii. Review of Key Factors and Controls
        iii. Bowtie and Gap Summaries
6. Deep Dive: Causal Factor #4 (specific to PA) Fare Issue
    a. Data Science/Product Information
    b. Policy, Communications & Marketing Information
    c. CommOps information
    d. UXR Information
    e. Regional Context (APAC, EMEA, LATAM, US/C)
    f. Global Narrative & Insights
    g. Controls Bowtie + Gap Analysis
        i. Current Controls and Industry Research
        ii. Review of Key Factors and Controls
        iii. Bowtie and Gap Summaries

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0004

# Fishbones

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0005



P-01528.00010

# Fishbones

## SA/SM



## TRPA



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0006

P-01528.00011



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0007



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0009



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0010



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0011



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0012

# Causal Factors

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0013

# Deep Dive: Causal Factor #1 ALCOHOL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0014

# Causal Factor #1: Alcohol

For RIDES:

1. Intoxicated Spender
   a. Vomiting, Sleeping, Policy Violators, Groups, Invasive, Sexual intercourse between riders, Rider Suggested Route (unreasonable stops, change destination), Hangry (add stop and get food/alcohol)
2. Trips to/from bar areas (possibility more nights and weekends)

For DELIVERY:

1. Intoxicated Spender
   a. Eater already engaged in sexual behavior when courier drops food (ex. masturbation), eater greets courier naked
2. Create Intimacy
   a. Assumed party scene at delivery, inviting to party, asking personal questions through DL verification

*Important to consider that **baskets with alcohol** increase these risks

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0015

2023 DS Insights

# DS/Product Information on Causal Factor #1: Alcohol

1
2

1. Does the data support this being a top causal factor?
   a. [Delivery] August 2022 MBR Readout Link
      i. In EMEA, alcohol deliveries account for 2% of all deliveries, but contribute to 12% of SSA incidents.
      ii. IR in deliveries with alcohol is 8x more than IR for deliveries without alcohol.
   b. [Mobility] July 2022 - Monthly Incident Rate KPI Link
      i. Sexual assault incidents involving intoxicated riders. These incidents materialize in two ways:
         1. Rider on driver - indecent exposure
         2. Driver on rider - non-consensual touching/kissing incidents (taking advantage of drunk riders)
2. What is missing from the data we have on this causal factor?
   a. Opportunity Analysis [Charter] was recently launched and within the scope of opportunity analysis are questions surrounding eater/rider intoxication. Link
   b. While there is limited data currently with OA as it was just recently launched, there is potential to leverage this dataset to identify serious incidents related to alcohol.
3. When can we add intoxicated riders to the toolkit?
   a. Adding intoxicated riders to the toolkit will be evaluated at a later time.
4. Do we have data of incidents to/from bar areas?
   a. We have clear signal on a bar (concern if someone order a few feet away), but before we run a correlation we want to be more precise and define a "bar area". Currently there is no clear signal that defines a bar area.
      i. There is exploration work being done on this currently to look into Point Of Interest data to identify pickups/drop offs from places categorized as bars
   b. Opportunity Analysis questions cover trip purpose with "Bar/Club" as a possible answer, this can potentially drive future analysis on serious incidents
5. There has been mention of telematics for intoxication, what's the update on that?
   a. Years back, there was mention of a model that another team built, but it's not something that we've explored.
6. Do we have any evidence that dashcams work as a deterrent for inappropriate behavior?
   a. US VIP: stat sig reduction in combined IPC (SA/SM and Non-SA/SM)
   b. US BYOD: directional reduction in verbal and physical IPC
   c. US Nauto Pilot: stat sig reduction in verbal IPC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0016

P-01528.00021

**Slide 16 Comments**

1    For drivers?
     *Shea Hoffpauer,  3/8/2023 04:25 AM*

2    Some restaurants have busy bars too
     *Shea Hoffpauer,  3/8/2023 04:27 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0017

# Policy/Comms/Marketing Information on Causal Factor #1: Alcohol

1.  Do we have any current partnerships that focus on alcohol (excluding drunk driving)? Not specifically.
    a.  Building off of NO MORE's and Uber's Stand Up, Don't Stand By campaign, Uber partnered with NO MORE to create a sexual assault training for nightlife staff. This has not yet been rolled out. This would also accompany a relaunch of the campaign's website (in part related to alcohol).
2.  What campaigns have we run in this space?
    a.  Stand Up, Don't Stand By Campaign - focused on stopping sexual assault before it happens, including things like not leaving friends alone in cars if they are overly intoxicated
        i.   https://dontstandby.org/
        ii.  https://nomore.org/stand-up-dont-stand-by-campaign-expands-across-the-u-s/
        iii. https://abc7.com/dont-stand-by-campaign-uber-sex-assault-sexual/5138012/
    b.  Upcoming Driver Information Center
        i.   Top 5 scenarios (sleeping rider)
    c.  Press tips (given directly to press, but not documented anywhere)
    d.  Uber.com Public Facing Tips (Link)
3.  What comms have we sent out globally for Earners/Spenders? None outside of dui. Alcohol is a primary use case for Uber (don't drink and drive, etc.) so telling people not to drink too much is not really our place and goes against our business.
4.  Is there any pressure from regulators in relation to alcohol (excluding drunk driving)? No

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0018

## Slide 17 Notes

- Alcohol on campus tricky?

## Slide 17 Comments

1       We've partnered with RAINN on SA/SM in the past
        *Shea Hoffpauer,  3/8/2023 04:31 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0019

P-01528.00024

# CommOps Information on Causal Factor #1: Alcohol

**What have agents identified about this causal factor?**
- **No C360s or reports** from agents about alcohol related issues. Only C360 was courier asking how to get assigned to alcohol delivery trips (to make more money).
- **Agents are advised NOT to proactively ask about intoxication** during the course of the investigation, but do collect it when it is incidentally provided.

**How can we better capture in the tickets if a spender is intoxicated?**
- The primary way of capturing reports of intoxicated riders is through data collection in OA. Additional data collection could occur if findings from OA indicate that there is a need for faster/more immediate data collection.
- OA analysis of **170 SASM incidents** (largely in Brazil) identified that **~20% of Non-Consensual Touching cases involved an intoxicated rider**. Reports of intoxicated riders came through in 4 main ways.
  - **Driver RP reports intoxicated Rider RAP** (NCT)
  - **Rider RP self-reports intoxication as a vulnerability (Sev1)**
  - Driver RP reports SA between intoxicated riders
  - Driver RAP reports Rider RP intoxication as a means of invalidating the rider's report
- Last pass audits for Sev 1 asks whether someone was intoxicated and who - but appears we're not using this data.
  - Anecdotally - ¾ of NCSP/ANCSP alcohol involved

- There has been OA analysis of **TRPA incidents**, of 146 incidents 28% involve intoxication in EN-speaking countries
- **Anecdotally, t**here seems to be a large correlation between intoxication and PA.
  - Reports largely come from Driver RP who indicates that the Rider RAP(s) were intoxicated.
  - Many of these incidents involve altercations relating to number of seats in the car, unscheduled stops, changing destination, etc.
  - Riders more easily escalate and other co-riders may be less likely to intervene.

**Do we believe there is high cleaning fee abuse?**
- Unfamiliar with any reports of cleaning fee abuse, but would not be considered a safety incident.
- Frequently see earner frustration over amount of cleaning fee because it may cover cleaning cost but not lost pay from not being able to drive the remainder of the day/night.

**Is there a hotline user can call to get real-time advice?**
- In some regions there are open incident reporting lines, but generally these lines are intended to report safety issues not for the purposes of providing advice.
- In general, these agents are not able to provide advice.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0020

Slide 18 Notes

1. What have agents identified about this causal factor?

2. How can we better capture in the tickets if a spender is intoxicated?
3. Do we believe there is high cleaning fee abuse (e.g. DPs fraudulently reporting, RDs denying it was their vomit)
4. Is there a hotline where users can call to get real-time advice (e.g. someone just vomited in my card, RD asleep)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0021

# UXR Information on Causal Factor #1: Alcohol

1. What best practices are there for dealing/reasoning with an intoxicated person. Or getting them to abstain from a specific behavior (e.g. smoking in car)?
    a. Strategies for getting riders to abstain from a behavior: (notification not effective or not noticed.)
        i. Leveraging institutional authority - it's against Uber's rules, TOS, etc
            1. Also includes if you make a mess Uber will charge you
        ii. Leveraging personal authority - Not in my car, respect my property
        iii. Leveraging personal preference - (I have xyz medical condition, I have a date later, I just got the car detailed)
    b. Dealing with an intoxicated passenger gets more difficult:
        i. Proactively : (just get through it)
            1. Purchase vomit bags, be aware of places to pull of to throw up, track back for alcohol containers, bring coffee/water
        ii. Reactively
            1. Warn riders uber charges if you throw up in-car. Have bags in easy to reach locations, prepare to stop in case of sickness.

2. What best practices are there for waking up an intoxicated person, while avoiding contact?
    a. This is a top concern among eaners [Shareout]
        i. Common techniques include.
            1. Playing music loudly, trying to talk to them directly (conversation), and near them indirectly (phone call), making noise (clapping etc), getting out of the car and opening the door. Asking a 3rd party in the car to help.
            2. Last resorts: asking for help from person at destination, moving the rider themselves, calling police/EMS
        ii. Common concerns for earners include
            1. Confrontation/ escalation by intoxicated person
            2. Wrongful claim of impropriety by intoxicated person
            3. Confrontation/escalation by 3rd party (friend or family member)
            4. Wrongful claim of impropriety by 3rd party

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0022

**Slide 19 Notes**

Addl note: mindset of earner that is expected to return to work normally after a sa/sm

We don't know the impact on design on intoxication perception (opportunities for escalation/d- escalation). New research line starting in December on intoxication

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0023

# APAC Specific Information on Causal Factor #1: Alcohol

## Mobility

1. Intoxicated Riders
   a. Sexual incidents, physical assaults, and verbal abuse often involve intoxicated riders during a trip.
   b. SPA: Common traits - "behaved rudely", "more aggressive", "foul language", "rude", "refused to leave vehicle"
   c. SSA: "I was so drunk and barely knew what was happening", "I believe he thought i was so drunk that i would have no memory of this"
   d. **Route issues/disputes** with riders who are intoxicated (INSA SPA Example 1, Example 2)
   e. **Fare issues, refusal to pay the fare** with riders who are intoxicated (INSA SPA Example 1, Example 2)

2. Intoxicated Drivers
   a. Reports where drivers were drunk (INSA SSA Example 1, Example 2)

3. Trips to/from bar areas (possibility more nights and weekends)

## Delivery

1. Intoxicated Spenders/Alcohol Delivery
   a. Eater engaging in sexual behavior/inappropriate comments when courier drops food (ex. masturbation), eater greets courier naked
   b. Intoxicated eaters **sending inappropriate messages** in the Uber eats app to DPs (JP Example 1)
   c. ANZ - IPC incident because of **ID dispute** in an Alcohol delivery.
   d. ANZ Incident rate for alcohol deliveries are
      i. SPA: 3x OFD IR
      ii. SSA: 4x OFD IR

2. Intoxicated Third Party
   a. SPA incidents with **intoxicated TP** on-route delivery (ANZ Example 1, JP Example 1)

UBER_JCCP_MDL_002289722.0024

P-01528.00029

# EMEA Specific Information on Causal Factor #1: Alcohol

## Mobility

Alcohol is an important risk factor in European markets, SSA markets have around 10% of incidents involving alcohol and middle Eastern markets are even lower.

1. Intoxicated Rider(s) (as aggressor)
   a. **Verbal/physical disputes** - foul language, threats, sensitive topics, escalation, descrimination (example 1, example 2, example 3, example 4)
   b. **Trip related issues** - more riders than allowed and route changes / multiple stops, escalation, riders throwing up during the trip. (example 1, example 2, example 3, example 4)
   c. **Non-trip related issues** - requesting sexual relations from driver, riders fighting each other, riders having sex on the backseat (notable in UK) (example 1, example 2, example 3)
   d. **Personal belongs:** Riders trying to tamper driver's personal belongings (Example)
2. Intoxicated Rider(s) (as victim)
   a. **Opportunistic behavior** - requesting passenger to sit at the front, grab their hand, escort them to their house (example1, example 2) ; and taking them out of the car when the passenger does not comply (example)
   b. Assaulting intoxicated riders (Example 1, Example 2, example 3)
3. External factors
   a. High concentration of incidents during party hours in Europe.
   b. Direct impact of big events in the increase of incidents (Music festivals, Eurocup, World Cup etc).
4. Gaps
   a. We have not conducted analyses of trips to/from bar areas (possibility more nights and weekends)
   b. We have not created specific products / communications flagging whether it is allowed to carry / consume alcohol in-vehicle

## Delivery

1. Intoxicated Eater(s)
   a. **Verbal disputes** - foul language, threats, increasingly aggressive to delivery people in the event of delays, wrong orders, etc
   b. **ID verification** - intoxicated eaters can become quickly aggressive about ID verifications and PODs. If ID verification fails, eaters can try to snatch the package off the DP, or DPs can try to push past the eater to get the package back (example, example, example, example)
   c. **Opportunistic behaviour by bad actors** - bad actors can take advantage of intoxicated eaters. This can include asking to be invited in, making inappropriate comments / unwanted physical contact (example)
   d. Eater already engaged in sexual behavior when courier drops food (ex. masturbation), eater greets courier naked (example,

   Please note: baskets for restricted items (esp alcohol and tobacco) increase the above risks.

UBER_JCCP_MDL_002289722.0025

# LATAM Specific Information on Causal Factor #1: Alcohol

According to the extant literature and several pieces of research, alcohol consumption can be a major contributor to the occurrence of sexual and physical assaults, **often exacerbating other existing risk factors**.

Frequently observed situations derived from exposure to contributor factor

1. Serious Sexual Assualt (Serious Sexual Assualt / Misconduct)
    a. Rider on Driver - Mobility
        i. Non consensual touching: Riders touching Driver without consent either on sexual or non-sexual body parts. Mainly reported against male riders. Non-consensual touching facilitated due to close proximity (front seat usage required to local regulations) and cash exchange.
        ii. Masturbation and Self Touching/Indecent Exposure events: Riders engaging in sexual intercourse or masturbating (mostly male riders).
    b. Driver on Rider - Mobility
        i. Non consensual touching: Drivers taking advantage of settings where alcohol was consumed with vulnerable individuals (mainly female riders)
2. Serious Physical Assault (Serious Physical Altercations)
    a. Rider on Driver - Mobility
        i. Altercations escalating due to riders being intoxicated: Alcohol consumption is associated with aggressive behavior, leading to physical altercations in setting where there is a dispute over fares and/or payment methods, disputes over destination/drop-off point or route, and disputes over riders' insensate asks (e.g. forbidden turns, exceeding vehicle's passenger capacity).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0026

# US/C Specific Information on Causal Factor #1: Alcohol

## Mobility

1. Intoxicated Riders
   a. The Serious IPC (Non-SA/SM) rate for incidents reported against riders is 0.7 p/mil trips during the day and 4.2 p/mil trips at night. Night trips aren't a perfect measure of intoxication but are a useful stat in the absence of a more appropriate incident category.
   b. A ticket review of SA/SM and IPC incidents where the Rider was the reported against party showed that Riders were under the influence of alcohol in 48% of SA/SM reports and 23% of IPC reports.
   c. There have been ~30k reports of open container / use of alcohol on trip by riders this year. Looking at the L3Ms vs the prior 3 months, open possession complaints against riders increased 14%. Through audits in the intoxicated riders working group, we discovered that open containers were a key factor leading to more serious altercations.
   d. Lyft is facing a lawsuit from more than a dozen drivers and riders regarding their alleged failure to protect users from violent, intoxicated users.

2. Trips to/from bar areas
   a. While the research is a bit dated at this point (2019), we have found that nearly half of all sexual assaults in the US&C started from within 50 meters of a bar.

## Delivery

1. Intoxicated Spenders/Alcohol Delivery
   a. The Serious IPC rate (non-SA/SM) on trips with alcohol is 0.56 p/mil trips vs. 0.18 p/mil trips for orders without alcohol. That said, the total number of incidents is quite low and has decreased considerably from last year. It's difficult to draw meaningful conclusions from this finding.
   b. Issues at the ID Check step of the drop off lead to PA if there is a rejection or delay in completing the ID check. This is an increasing issue with our partner GoPuff. Example 1
   c. Intoxicated Eaters experience SA/SM but intoxicated Eaters also engage in SA/SM against the delivery partner example 1

# Global Narrative & Insights on Causal Factor #1: Alcohol

## Intoxicated Rider Working Group Preliminary Results

1. **Lack of structured data**, for both knowing when a user is intoxicated and making this a queryable data point, and for how we define and identify bar areas. (deactivation standard)
2. Lack of **messaging** to both earners and spenders, including tips on how to handle these situations (they don't know how and don't know where to find this info)
3. No **deactivation policy for intoxication** (there are open container CTs and passed out rider CTs used for spender substance abuse policies live in a few countries)
4. Delivery is often not included in policies and conversations on intoxication, especially when it comes to ID check.
   Call outs:
   a) Intoxicated people are hard to reach, how can we ensure we get our messages?
   b) We need to be very careful with victim blaming when it comes to SA/SM incidents - although intoxication is a contributing factor, intoxication is the reason why users are being assaulted.
   c) Intoxication can be used to counter a SA/SM allegation - it may be claimed that the RP doesn't recall the interaction or wasn't able to interpret it correctly due to them being intoxicated.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0028

# Global Narrative & Insights on Causal Factor #1: Alcohol

## Summary

We see alcohol as a top contributing factor for SPA and SSAs.

1. In the **Rides** space that can look like:
   a. Intoxicated Spender
      i. Vomiting, Sleeping, Policy Violators, Groups, Invasive, Sexual intercourse between riders, Rider Suggested Unreasonable Route, Additional Food/Bvg stops
   b. Trips to/from bar areas (possibility more nights and weekends)

2. In the **Delivery** space that can look like:
   a. Intoxicated Spender
      i. Eater already engaged in sexual behavior when courier drops food (ex. masturbation), eater greets courier naked
   b. Create Intimacy
      i. Assumed party scene at delivery, inviting to party, asking personal questions through DL verification

## Top Insights

1. Opportunity Analysis is beginning to collect structured data, we see that nearly 30% of SPAs include Spender Intoxication
2. Intoxication is a confounding factor for other top causal factors
3. We've only had partnerships with No More on the intersection btw SA/SM and intoxication
4. We're proactively asking agent NOT to ask about intoxication, particularly in cases of SA/SM due to possible misconception of victim blaming
5. This is a top contributing factor in EMEA, APAC, LATAM and US&C

## Top Gaps

1. **Lack of structured data**, for both knowing when a user is intoxicated and making this a queryable data point, and for how we define and identify bar areas. (deactivation standard)
2. **Lack of messaging** to both earners and spenders, including tips on how to handle these situations (they don't know how and don't know where to find this info)
3. No **open container deactivation policy** (there are open container CTs and passed out rider CTs used for spender substance abuse policies live in a few countries)
4. **Delivery is often not included** in policies and conversations on intoxication, especially when it comes to ID check.

Call outs:
5. Intoxicated people are hard to reach, how can we ensure we get our messages?
6. We need to be very careful with victim blaming when it comes to SA/SM incidents - although intoxication is a contributing factor, intoxication is the reason why users are being assaulted.
7. Intoxication can be used to counter a SA/SM allegation - it may be claimed that the RP doesn't recall the interaction or wasn't able to interpret it correctly due to them being intoxicated.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0029

**Slide 25 Notes**

1. Structured Data
   a. None Partial Complete
2. Frequency and Severity
3. Validated Hypotheses
4. Track this Hazard
5. Sufficient Controls

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Controls Bowtie + Gap Analysis

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0031



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0032

## Slide 27 Notes

1, What is a contributing factor?
2. What is a consequence?
3. What do we do with trip characteristics?

## Slide 27 Comments

1    @alirorab@uber.com @analorena.vigil@uber.com just want to make sure the little grey dots here mean "Potential key factor or control, but lack evidence". I think it would be best if you took most of these away and just focused on the most salient factors that could reduce the risk.
*Daniel Copeland,  10/7/2022 10:04 PM*

2    @jlacinak@uber.com to check
*Daniel Copeland,  10/8/2022 02:48 PM*

3    @cory.freivogel@uber.com / @smuehrcke@uber.com  - Are you familiar with an overcapacity policy?
*Ali Rorabaugh,  10/6/2022 10:26 PM*

4    That currently exists? Not that I'm aware of. I'm not even share exactly how drivers report riders who try to enter with too many people. I think we have a cancellation option that speaks to this.
*Cory Freivogel,  10/7/2022 02:13 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0033

**Slide 27 Comments (Continued)**

5    @jlacinak@uber.com to confirm
     *Daniel Copeland,  10/8/2022 02:48 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Ideal Bowtie

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0035



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0036

## Slide 29 Notes

1, What is a contributing factor?
2. What is a consequence?
3. What do we do with trip characteristics?

## Slide 29 Comments

1    @alirorab@uber.com no new controls noted for Alcohol in last week's session.

     https://docs.google.com/spreadsheets/d/1f1_du2tvZBqYF7z-wDaZt9tHjtgkGnh1QjrEYq0Up1w/edit?pli=1#gid=0

     @alex.madsen@uber.com for vis.
     *Daniel Copeland,  10/17/2022 06:51 AM*

2    @jlacinak@uber.com to check
     *Daniel Copeland,  10/8/2022 02:48 PM*

3    @cory.freivogel@uber.com / @smuehrcke@uber.com  - Are you familiar with an overcapacity policy?
     *Ali Rorabaugh,  10/6/2022 10:26 PM*

4    That currently exists? Not that I'm aware of. I'm not even share exactly how drivers report riders who try to enter with too many people.
     I think we have a cancellation option that speaks to this.
     *Cory Freivogel,  10/7/2022 02:13 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0037

## Slide 29 Comments (Continued)

5          @jlacinak@uber.com to confirm
           *Daniel Copeland,  10/8/2022 02:48 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0038

# Deep Dive: Causal Factor #2

# SPENDER IDENTITY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0039

# Causal Factor #2: Spender Identity

This includes:

1. Spenders creating multiple rider accounts to commit: Thefts, Rider Non-Payment of Fare, SA/SM
2. Anonymous forms of payment (Cash, gift card, etc)
3. Guest riders w/o AH

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0040

# DS/Product Information on Causal Factor #2: Spender Identity

## DS Response

1. What analyses have we done to attribute lack of spender ID to increase IRs?
2. What info do we have from SDM on successful forms of friction?
3. What data points do we obtain from GR Flow?
4. Do we have data to show GRs have higher IRs than AHs?
5. Guest Rider flow - what information do we request for GR? How are we identifying guest riders that are not using this product?
6. Have we considered voice recognition, biometrics, scrolling behavior?
7. Which identity product has shown a great impact?

Gaps

8. What is definition of GR

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0041

# DS/Product Information on Causal Factor #2: Spender Identity

2

1. **What analyses have we done to attribute the lack of spender ID to increase IRs?**
   a. When DocScan deduping stopped working, the incident rate post DocScan increased. The DocScan deep-dive analysis showed that riders who submitted the same document as others have over 14x IR than others (60x in ARG, 33x in Colombia, and 14x in Mexico). Spender ID enables rider deduping.
   b. Previous experiment results show the IRs among riders who passed different verifications are different. DocScan has a better safety impact than Social Connect.
      i. Chile DocScan vs SC Readout
         1. Safety: The IR post-DocScan verification is 40% lower than the IR post-SC verification.
         2. Funnel: The SUFT rate decreased by around 8% in the treatment group.
      ii. Small LatAm country DocScan vs SC readout
         1. Safety: The IR post-DocScan verification is 37% lower than the IR post-SC verification.
         2. Funnel: The SUFT rate decreased by around 10% in the treatment group.
      iii. LatAm country Selfie vs SC impact check:
         1. Safety: The IR post selfie verification is 51% higher than the IR post-SC verification.
         2. Funnel: The SUFT increased by around 20% in the treatment group.
      iv. South Africa Selfie vs SC impact check:
         1. Safety: The IR post selfie verification is 47% higher than the IR post-SC verification.
         2. Funnel: The SUFT rate increased by 21% in the treatment group.
   c. According to the Incident Rate Analysis, cash trips in LatAm still show a higher Serious Physical Assault incident rate and L3/4 Theft or Robbery incident rate. By focusing on anonymous payment profile riders in LatAm, spender ID can help to prevent bad users from coming back to the platform and reduce incident rates.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0042

## Slide 33 Comments

1    @natalief@uber.com this is all related to specific product rollouts- do we have data more general than this around anonymity of spender and overall IR?
*Hannah Nilles,  11/10/2022 03:05 PM*

2    @sunny.wong@uber.com as well
*Hannah Nilles,  11/10/2022 03:05 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0043

# DS/Product Information on Causal Factor #2: Spender Identity

2. **What info do we have from SDM on successful forms of friction?**
   Intervention Power: Proportion of serious IPCs that interventions can prevent among flagged trips.
   a.   Overall: 76.3%

   Conversion Rate: the proportion of successfully bypassed trip request sessions among all flagged trip request sessions.
   a.   DocScan AND Selfie
       i.   Overall: 32.5%
       ii.  Mexico non-cash: 34.6%
       iii. Chile cash: 30.2%
   b.   Credit Card
       i.   Brazil Cash First-Trip: 15.8%
   c.   Credit Card OR CPF (Brazil only)
       i.   Brazil Cash non First-Trip: 43.7%
   d.   Credit Card Switch Payment OR Biometrics (iOS only)
       i.   Mexico Cash: 15.6%

3. **What data points do we obtain from GR Flow?**
   a.   We get Guest's name and phone number (neither are verified)
4. **Guest Rider flow - what information do we request for GR? How are we identifying guest riders that are not using this product?**

   Should be same as previous question

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0044

# DS/Product Information on Causal Factor #2: Spender Identity

1

5. **Do we have data to show GRs have higher IRs than AHs?**
    a. Chicago DocScan analysis shows that in Chicago,
        i. Full bounce trips have 2x IR than other trips.
        ii. After combining the bounce feature with other features, we can generate a rule to trigger ~6% trips and ~50% L3/4 theft and robbery incidents.
    b. Correlational data in Brazil and Mexico. THoR is higher. Other incident types are also higher, but likely confounded with trip time (eg nights and weekends). Link

6. **Have we considered voice recognition, biometrics, scrolling behavior?**
    a. **Biometrics:** We tested Biometrics as an SDM bypass method in Argentina and Mexico.
        i. However, the Android Biometrics Readout shows that the IR post verification is too high and Biometrics can not effectively bypass good users.
        ii. The IOS Biometrics Readout shows there is no incident after Biometrics verification. The bypass method has been fully rolled out.
        iii. We can test the intervention methods in other lower-risk regions.
    b. We deprioritized voice recognition, biometrics, and scrolling behavior because they can only help to know whether the rider who requests trips is the rider who creates the accounts, but we have no idea whether the rider is good or bad.
    c. We could potentially consider using them to do rider dedupe.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0045

**Slide 35 Comments**

1     @natalief@uber.com what does all this mean?
      *Hannah Nilles,  11/10/2022 03:04 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# DS/Product Information on Causal Factor #2: Spender Identity

7. **Which identity product has shown a great impact?**
   a. DocScan has an excellent safety impact but is bad to funnel.
      i. Chile DocScan vs SC Readout
         1. Safety: The IR post-DocScan verification is 40% lower than the IR post-SC verification.
         2. Funnel: The SUFT rate decreased by around 8% in the treatment group.
      ii. Small LatAm country DocScan vs SC readout
         1. Safety: The IR post-DocScan verification is 37% lower than the IR post-SC verification.
         2. Funnel: The SUFT rate decreased by around 10% in the treatment group.
   b. Risk-based verification can achieve the highest efficiency. It can best balance safety and marketplace impact. There are opportunities to make a bigger impact using the design, too. (e.g. risk-based onboarding verification experience).
      i. [Under Review] Mexico's Risk-based verification readout
         1. Safety: RBV design can directionally decrease the serious IPC incident rate.
         2. Funnel: The SUFT rate decreased by around 1%.
      ii. The Argentina DocScan readout is WIP, but from the previous Morpheus Argentina IR analysis and the current XP monitoring dashboard, the RBD design can increase the SUFT rate with no harm to safety.

Note:
1. The incident definition is L3/4 Theft or Robbery incident and serious IPC incident unless specially specified.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0047

# DS/Product Information on Causal Factor #2: Spender Identity

2

8. **Rider Transparent Dispatch XP in LatAm**

We conducted XPs to measure drivers' sentiment and the marketplace impact towards the feature of showing "Rider ID Badge" on drivers' offer cards.

   a. In the XP in H1 2022 (readout), we show Rider ID badges according to the actual verification method the rider went thru (complex badges). The feature was tested in Argentina, Brazil, Colombia, Mexico and Peru.

      i. The sentiment impact was good in all the countries and the marketplace impact was good in Argentina, Colombia and Peru. The feature was rolled out to these countries.

      ii. The marketplace impact was negative in Mexico and Brazil

   b. In H2 2022 (readout), we tested simplified badges for Brazil and Mexico and complex badges for Chile and ACAC countries like El Salvador, Dominican Republic and Ecaudor.

      i. The sentiment impact and marketplace impact were good in Chile and ACAC countries, we decided to roll out the feature.

      ii. Due to significant marketplace degradation in Brazil, we decided to roll back the feature.

      iii. Mexico shows a mixed sentiment impact and a slightly positive marketplace impact. The local team is diving deeper into the survey result of Mexico.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0048

## Slide 37 Comments

1    @natalief@uber.com @sunny.wong@uber.com why was there marketplace degradation here? drivers declining trips for riders without badge?
*Hannah Nilles, 11/14/2022 06:35 AM*

2    Drivers were actually declining trips on folks with badge. Dispatch pos-cancel acceptance rate, dispatch acceptance rate, and dispatch completion rate all had a negative relative change to the control group (no badge). The driver sentiment was positive but given marketplace impact, we needed to rollback.

Brazil is a tricky market with tough competition from Didi/99. But we are trying a different badge design for our most valuable riders ("UIP") aimed at increasing driver sentiment and supply.
*Natalie Flecklin, 11/14/2022 06:35 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0049

# Policy/Comms/Marketing Information on Causal Factor #2: Spender Identity

1

1. Have we ever done a campaign encouraging sharing name/photo/DL/Natl ID? We have been public about DocScan (In LATAM only) but i wouldn't say we have ever encouraged anything related to rider ID anywhere.
   a. Also check your ride
2. What have we done to recommend the official GR flow? Nothing. It is much needed.
3. What comms have we sent out globally for Earners/Spenders? Nothing beyond docscan in the US and other efforts in Brazil.
   a. In H1 2022 we have done a rider verification campaign targeting earners, but owned channels only.

We need to regularly communicate with drivers about what we do help ensure/verify the person getting into their car. There is a lot of rumor and speculation in the driver community and very little facts.

Upcoming

4. Cory leading fake name purge, pot room for Prod to allow reporting flow (H1)

Opportunity

5. Share GR Product publicly. Campaign coming up 10/27 (NY IAVR Pilot, discussing Road Safety, and space Rider ID)
6. Could share more about Doc Scan to Earners

Ex Pittsburgh Fatality

UBER_JCCP_MDL_002289722.0050

## Slide 38 Comments

1    @natalief@uber.com this is a very important point to highlight in our one pager preso and strategy
     *Hannah Nilles,  11/10/2022 03:07 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# CommOps Information on Causal Factor #2: Spender ID

**What have agents identified about this causal factor?**
- **No C360s or reports** from agents about spender ID related incidents.

**How do we collect data about this now?**
- Agents **do need to determine** if the rider is a guest rider or the account holder as it impacts the investigation process, however incidents involving account holder riders and guest holder riders are both recorded as "Rider" in the *reported by* and *reported against* fields.
- There are some limited questions in the OA data set about whether the involved party was an AH or GR but there seem to be no conclusive findings front the limited data set yet.

**How are Guest Riders identified now?**
- Situations involving guest riders are generally reported to Uber in two main ways:
  - Guest Rider RP
    - Incidents can be reported initially by AH but agents are instructed to obtain contact details in order to speak directly with guest rider in order to obtain a direct statement of experience.
    - In cases where the AH indicates a GR does not wish to communicate with Uber it may not be possible to obtain a SOE.
  - Guest Rider RAP
    - Agents will contact AH in order to obtain contact information for the GR. Depending on investigative details, notations can be made against AH account, GR account (if one is identified), or both.
    - If AH will not provide GR contact information, account notations will be made against the AH account for the incident.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0052

## Slide 39 Notes

1. What have agents identified about this causal factor?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0053

# UXR Information on Causal Factor #2: Spender Identity

3

1. How have other companies approached solving for identity?
    a. Lyft requires rider ID
    b. HopskipRide uses a secret codeword
    c. 3rd party services e.g. Nametag caters to holding rider identity, Life360 tracking safety tools
    d. Is identity something Uber can be responsible with (public discourse question).
2. What do people want:
    a. Earners want rider identity all the time (also UXR)
        i. Service concern
        ii. Safety concern
        iii. Predictable tensions around prejudice
    b. Riders want identification only under high trust circumstances (also in UXR)
        i. Rider ID requested by parents for Teens as a safety precaution (only under the condition that it is available to a pool of 'teen verified drivers'. They dont trust it to gen pop earners.
        ii. Threshold & tension of risk v/s safety.
        iii. Concerns about targeting by race/gender/ethnicity/age.
        iv. Adults/Guardians ok with friction, but not as much for teen (Birth certificate too much, name/date too little)
3. Tension with the limits of identity verification vs surveillance .

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0054

**Slide 40 Comments**

1    @cory.freivogel@uber.com it seems like a large competitive gap if Lyft is requiring ID - do we know if they are doing this for all riders? https://help.lyft.com/hc/en/all/articles/115012926958-id-submission
*Shauna Theel, 10/4/2022 06:20 PM*

2    Adding @shyrose.razwani@uber.com @francisco.gabitan@uber.com who probably know better.

I read their description as Lyft "may" require an ID so it's likely conditional but I don't know for sure. In general though, it does seem like there is a competitive gap here.
*Cory Freivogel, 10/4/2022 04:34 PM*

3    +1 on Cory's comment. As much as I know, they do not require id at sign up for rider account and it may vary based on some conditions. Similar to how we ask id for anon payment methods etc. Also they require this at trip request - different from sign up.

They mention that they collect this information for Fraud purposes. Based on the bypass they list down of adding bank information, I assume this is more on financial fraud side.
*Shyrose Razwani, 10/4/2022 06:20 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0055

5

# APAC Specific Information on Causal Factor #2: Spender Identity

- ANZ Mobility: anonymous guest rider representation in incidents are increasing MoM, increasing the difficulty of SYD COE investigation and action on the correct user/driver account. (example 1 // example 2)
  - Solo guest riders + intoxicated = more vulnerable t
  - Suggestion: Guest Rider Implementation
- Otherwise, not a major causal factor in APAC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0056

**Slide 41 Comments**

1   @elinor@uber.com @alison.iared@uber.com @sooraj.nair@uber.com @ankur.mohan@uber.com Don't think this is a major causal
    factor for APAC. Kindly input here.
    *Rie Shaw,  9/30/2022 01:01 AM*

2   @elinor@uber.com could you take a look at this please?
    *Alison Stefan Iared,  9/28/2022 06:36 AM*

3   @nickolas.tan@uber.com to chime in
    *Natalie Flecklin,  9/29/2022 12:54 AM*

4   @rieshaw@uber.com Agreed, it is not major causal factor.
    *Ankur Mohan,  9/29/2022 09:03 AM*

5   Just added one here :) Thks team.
    *Alison Stefan Iared,  9/30/2022 01:01 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY                                    UBER_JCCP_MDL_002289722.0057

# EMEA Specific Information on Causal Factor #2: Spender Identity

## Mobility

1. Third party stranger entering vehicle and assaulting passengers (offenders / victims) - (Example)
2. Driver taking wrong person or leaving AH alone and vulnerable (Example)
3. Account holder and third party getting into verbal / physical fights, and driver getting involved to 'protect' the victim from the unknown ID of the other party (example, example)
4. Rider assaulting and stealing driver's belongings
   a. Example, Example, example, example
5. Guest rider / Third party assaulting driver
   a. Example, Example, Example

Gaps: We do not have Third Party / Guest rider related products (UK) (appears that APAC does)

## Delivery

1. SPA: ID Verification process/tech can cause frustration/friction between Eaters and DPs. Example 1.
2. SSA: ID Verification process at the moment of the delivery provides a window of opportunity to create intimacy between the Eater and DP
3. ThoR cases where eaters steal the couriers belongings, threatened physically or with a weapon Example 1 , 2,

*Different categories of third parties: Guest riders accompanied by account holder; guest riders without account holder; third party stranger. Policy on third parties - if we identify them then we can apply notations to them as relevant*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0058

# EMEA Specific Information on Causal Factor #2: Spender Identity

Percentage of incidents reported against driver or rider



Markets excluded in this graph:

Markets available on the dashboard but no information available for this time frame: Hungary and Slovenia.

Markets with no L3 sexual assault or physicial assault reported: Ireland, Israel, Lithuania and Malta.

- Markets with no L3 sexual assault or physicial assault reported against the spender: Austria, Cote d'Ivoire, Croatia and Slovakia.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0059

# EMEA Specific Information on Causal Factor #2: Spender Identity

- Where are more incidents reported against the spender than the earner? Estonia, Greece, Spain, United Kingdom, Portugal, Czech Republic, Belgium, Italy and South Africa.

- If we want to implement solutions to reduce the amount of incidents reported against the spenders, in which markets should we start? United Kingdom, South Africa, Czech Republic, Spain, (Portugal) and Belgium.

- Cash creates anonymity, as riders cannot be indisputably identified and permanently banned:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0060

P-01528.00065

# ATAM Specific Information on Causal Factor #2: Spender Identity

Users and malicious actors taking advantage of limitations to determine the identity of an account and bound it to a subject

Frequently observed situations derived from exposure to contributor factor

1. **Serious Sexual Assualt** (Serious Sexual Assualt / Misconduct)
   a. Rider on Driver - Mobility
      i. Anonymity's feeling in conjunction with other risk factors (e.g. alcohol consumption) likely to strengthen inappropriate behavior leading to incidents of sexual nature (frequently observed with guest riders in bounced trips).
2. **Serious Physical Assault** (Serious Theft or Robbery)
   a. Rider on Driver - Mobility
      i. Carjacking and robberies: Riders' identity is the main risk factor for the occurrence of robberies on firsts trips as malicious actors are used to create multiple accounts and re-enter the platform, even bypassing our verification systems (DocScan, Selfies, switch of payment method, etc) to commit robberies.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0061

## Slide 45 Comments

1    tag in marcio de mayo
*Ali Rorabaugh,  9/30/2022 07:18 PM*

2    @alexruiz@uber.com @aldo.parramolina@uber.com -  - Friendly reminder for this slide too.
*Ali Rorabaugh,  9/30/2022 06:00 PM*

3    @renanj@uber.com to chime in
*Natalie Flecklin,  9/30/2022 03:44 PM*

4    Thanks, Nat!

@alexruiz@uber.com , @aldo.parramolina@uber.com do you have a plan/guidance to fill this?

@honeyg@uber.com for vis
*Renan Jacomassi,  9/30/2022 06:00 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0062

**4**

# US/C Specific Information on Causal Factor #2: Spender Identity

Uber collects limited information on spenders` and doesn't verify the majority of information collected, which enables spender anonymity

**Safety:** Anonymity increases opportunities for fraud and safety incidents since there are limited repercussions for spenders

- New spenders with anon payments are highly correlated with carjackers (source)
- Riders account for 45% of accused parties across the 5 most serious sexual assault categories (source)
- Guest Riders / Bounce trips have proven to show higher likelihood in safety incidents (source)

**Earner Sentiment:** Earners have expressed concerns that Uber prioritizes rider safety over driver safety. Uber also has a robust and mature screening process for earners, but not spenders``

- In Dec 2020, only 28% of drivers felt that Uber sufficiently screened and monitored bad or unsafe rider behavior, -8% points gap to Lyft (source)
- Four of the top six safety concerns for couriers could also be addressed by reducing spender anonymity (source)
- Fake rider names have proven to be a significant issue on the platform which undermine earner trust in how seriously Uber takes rider verification and safety (source). Names also are the 3rd most important rider characteristic that drivers want Uber to verify and share at pickup
- Photos are the 2nd most important rider characteristic that drivers want Uber to verify and share at pickup

The blocking of fake rider names was a global change on 3/22/21.

- Invalid Spender Names Strategy
- Rider Names | Overview and strategy ideas

## Slide 46 Comments

1  @rob.lam@uber.com - Can you share a high level overview of your findings here too?

   cc @shyrose.razwani@uber.com
   *Ali Rorabaugh,  10/4/2022 08:48 PM*

2  Updated the bullet on anon payments to reflect the new research/controls put in place for carjackings done in 2022..

   Bounce trips would be our next target
   *Robert Lam,  10/4/2022 06:59 PM*

3  @francisco.gabitan@uber.com anything else?
   *Robert Lam,  10/4/2022 07:04 PM*

4  @alirorab@uber.com do you mind clarifying what message/narrative we're trying to cover in this slide?
   *Francisco Gabitan,  10/4/2022 08:48 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0064

# Global Narrative & Insights on Causal Factor #2: Spender Identity

## Summary

2

We see Spender Identity contributing to SIPC most commonly in these scenarios:

1. Spenders creating multiple rider accounts to commit: Thefts, Rider Non-Payment of Fare, SA/SM
2. Anonymous forms of payment (Cash, gift card, etc)
3. Guest riders w/o AH

## Top Insights

1. Top controls in the area are DocScan, Selfie, Social Connect, Credit Card, etc. In some markets these have shown up to **40% reduction** in IR post-friction
2. DS believes with the right intervention in a market we **can prevent more than 75% of SIPC incidents**
3. Full Bounce has an IR **2x** that of normal trips
4. We **haven't had significant policy/comms/marketing** in this space, only exception is in BR for DocScan
5. **Earners continue to request Spender ID** for general safety sentiment; however we need to balance with the amount of info RDs feel comfortable disclosing (privacy concerns)
6. INSA, EMEA, LATAM, and US&C consider this a top causal factor

## Top Gaps

1

1. **Lack of trusted information on GR**. We collect names and phone numbers via the formal flow (some regions don't have this), but this information isn't validated or cross-referenced to verify if GR has an Uber account (this would be useful to action on the correct account and, could we flag accounts or have been deactivated previously?)
2. We need **trusted signals** for verifying spenders - What is the definition of a trusted spender? What are all the controls?
3. Clear and valid **dedupe processes** and confidence in definitions on what accounts for a dupe account - Are all dupe accounts a risk or only those created after a deactivation or to avoid further verification? What's the minimum threshold? (already a project for 2023)
4. Improve **communications** to earners to increase the use of proper GR flow, on ID check for alcohol deliveries, and on rider verification.
5. **Confusion of ownership** (especially on the product side)

Call out

a. We need to be very wary of possible discrimination issues that may arise with spender ID, which could increase cancellation rates.
b. ID verification vs surveillance. The more personal the information we request, the more friction this

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0065

**Slide 47 Comments**

1     @dweber@uber.com for viz
      cc: @joseph.tawney@uber.com
      _Assigned to dweber@uber.com_
      *Jennifer Arias,  10/12/2022 06:42 PM*

2     @natalief@uber.com these are our 3 use cases
      *Hannah Nilles,  11/10/2022 03:13 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0066

# Controls Bowtie + Gap Analysis

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0067



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0068

## Slide 49 Notes

1. If AH is anonymous
2. If GR is anonymous but has an account a) anonymous account b) validated account
3. If GR is anonymous but doesn't have an account

## Slide 49 Comments

1    I found no "new controls" related to Spender ID (https://docs.google.com/spreadsheets/d/1f1_du2tvZBqYF7z-wDaZt9tHjtgkGnh1QjrEYq0Up1w/edit#gid=0&fvid=404764213) so this should be the final version of the bow-tie.
*Joseph Tawney,  10/14/2022 08:00 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0069

# Ideal Bowtie

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0070

# Deep Dive: Causal Factor #3

# CLOSE PROXIMITY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0071

P-01528.00076

# Causal Factor #3: Close Proximity

This includes for MOBILITY:

1. Platform
   a. Cash exchange, moto trip - Hard or quick stops, lack of handle bars, rider sitting in front seat, intercom messaging (non-physical close proximity)
2. Opportunity
   a. Attempting to help move rider belongings, helping someone who needs physical assistance, attempting to help move belongings, offering to bring belongings into the home

This includes for DELIVERY:

1. Platform
   a. Deliver to me (food exchange, DP-eater / DP- rest staff / rest staff-DP), ID or pin check - uses ID check as opportunity to make personal comments/asks personal questions and/our touch the other person, cash exchange, intercom messaging (non-physical close proximity)
2. Opportunity
   a. Courier asks to use bathroom or have glass of water, offering help to bring in the items if the delivery has a lot of bags

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0072

# DS/Product Information on Causal Factor #3: Close Proximity

1. Does the data support this being a top causal factor?
   a. DTM vs LAD IR - Higher incidents on DTM vs LAD
   b. Alcohol Delivery vs All Deliveries IR (caveats: likely confounding factors - night trips, etc)
      i. ID Scan on Alcohol Delivery: [Being Peer Reviewed] Higher IPC IR of manual verification compared to tech (bar code, DocScan)
2. What is missing from the data we have on this causal factor?
   a. Front Seat usage
   b. Driver going near or into account holder's home
   c. Interaction time of DTM/ID Scan
3. Do we have data regarding an earner entering a spender's home? Are these cases related to SA/SM incidents?
   a. Probably not at high volumes outside of OA
4. Can we add front seat to the toolkit?
   a. Will be a function of when front seat question is operationalized.
5. Are we considering any way of blocking inappropriate messages in the app?
   a. In Brazil, we have monitoring of Intercom through Safety Content Flagger (SCF Jose PM) and have deactivation policies in places. PRD, 2019 Overview Deck
   b. Opportunity to review policy, look at volumes, review delivery messages, higher IR if intercom message is present

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0073

## Slide 53 Notes

- Has IR increased in the US since launching DocScan for Delivery?
- SCF can we block messages? Re-dispatch? Can we use this signal more? Can we detect increase in familiarity with an increase in messaging and a correlation with SA/SM?
- Sending photos via delivery -  has anyone looked into this risk and evaluate/tag inappropriate photos?

Main Close Proximity Situations
- Rider in Front Seat
- 2W Rides
- Eats - DTM
- Eats - ID Scan on Alcohol Delivery
- Bathroom use
- Drunk riders

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0074

P-01528.00079

# Policy/Comms/Marketing Information on Causal Factor #3: Close Proximity

1. Do we have any current partnerships around respecting personal space? Intimacy? - NO
2. What campaigns have we run in this space? - outside of COVID, very few. We mention this here are there in safety tips but formal guidance is non- exsistent.
3. What comms have we sent out globally for Earners/Spenders? - outside of covid, nothing significant.
4. Is there any pressure from regulators in any of this spaces? NO - this issue is mainly internal knowledge of front seat issues. Rarely does it get reported that someone sat in the front seat.

Opportunity

5. Should do more in this space (passive edu)

Esca -

6. Eater complained DP "blew up bathroom"
7. Amazon Driver escalation
8. Can't prohibit RPs from denying DPs bathrooms (LA times)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0075

**Slide 54 Notes**

1. Newsroom post (natl)
2. Local Press release
3. Individual story pitching (pitch 1 outlet about Back to school Safety)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0076

P-01528.00081

# CommOps Info on Causal Factor #3: Close Proximity

**What have agents identified about this causal factor?**
- There are a handful of C360s from agents relating to use of the front seat as a source of tension/concern.
  - Driver requests to change their vehicle capacity to indicate that the front seat cannot be used.
  - Rider indicating that they were charged fees for canceling a trip b/c driver reports refused front seat use or that they had to order additional Uber b/c driver refused front seat use.
    - Some of this also appears to be related to confusion about changing policies during Covid.

**How do we collect data about this now?**
- Currently the only method of collecting information about whether a rider sat in the front seat is through OA. Data is collected only if offered proactively as agents are not advised to ask questions about whether or not the rider sat in the front seat.
  - 170 **SASM incidents** were reviewed by OA agents.
    - About **7% of these SASM i**ncidents involved a **rider seated in the front seat**. The vast majority of these were non-consensual touching incidents (though this is the majority of all SA incidents).
    - In these 12 incidents, the impacted party was the driver in 5 incidents, the rider in 5 incidents, and a guest rider in 2 incidents.
- Other forms of close proximity, such as meeting courier at door in Delivery incidents are not collected in a structured way and the data and are less well understood.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0077

**Slide 55 Notes**

1. What have agents identified about this causal factor?
2. Are there policy gaps flagged in C360?

# UXR Information on Causal Factor #3: Close Proximity

1. Pandemic proximity: From value prop to vulnerability
   a. Proximity was a value prop - the informality of a friend driving you
   b. Proximity as source of viral transmission
   c. Proximity as opportunity of political confrontation
   d. Proximity as a demonstration of the presence or absence of care (both from rider+earner, but also Uber+earner, Uber+rider).
2. Pandemic impacted behavior : Misunderstanding
   a. Earners report that increasing rider misbehavior (feeling/sentiment, self report rider misb. not surveyed) .
   b. Riders report that earner are weird.
   c. Masks blocked facial expression - major signal for nonverbal communication.
   d. Tolerable proximity / thresholds more sensitive for both riders and earner.
   e. A solution- clear behavior guidance that is easily accessible <u>and</u> re-accessible.
3. Behavioral Strategies:
   a. social distancing, not being able to touch the rider, I believe we have also have formal provisions that ask riders not to touch drivers (but are there penalties?).
      seatbelts,Seating best practices: asking people to not sit up front, and in the back diagonal to the driver (not directly behind) are all provisions against proximity.
   b. There are ad hoc innovations drivers deploy too-  makeshift partitions, vaccine cards, signs asking not to be touched, to observe masks and keep distances, stuff piled in the front seat to make it seem occupied.
   c. Riders will hold bags or suitcases in their lap or in front of them, be on earphones and pretend not to hear, try not to make eye contact with drivers.
   d. Both riders and driver deploy the -talk to someone on the phone - trick for security also to communicate that they are not available for physical interruption.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0079

# APAC Specific Information on Causal Factor #3: Close Proximity

## Mobility

1. Front-Seat Riders (4W) SSA
   a. INSA - Nearly 20% of SA/SM incidents are reported where primary reason is close proximity - major reason is physical contact while **changing gears**. (Example1, Example 2)
   b. ANZ - Pattern of DPs asking solo, intoxicated riders to sit in the front and then escalating to sexual misconduct / assault incidents (example)

2. Front-Seat Riders (4W) SPA
   a. ANZ - When COVID restrictions were still in place verbal / physical altercations arose from riders sitting in the front seat (against policy). With COVID govt restrictions easing this has reduced.

3. Moto (2W) Flow (INSA)
   a. Root cause analysis of SA/SM incidents attribute nearly 50% of such incidents to close proximity. This magnifies the impact of acts such as hard braking, hitting a speed bump into SM acts. (Example1, Example 2)
   b. Due to the close proximity it becomes difficult to decide whether the act was intentional or otherwise.

## Delivery

1. Deliver to me/Deliver to door option
   a. Eater engaging in sexual behavior/inappropriate comments when courier drops food (ex. masturbation), eater greets courier naked (Example 1, Example 2)
   b. More physical interaction at hand off due to shift away from leave at door, such as DP/Eaters trying to hug the other person (example)
   c. Greater access to a "private space" whereby the DP enters the home (instigated by both DPs or Eaters) (example)
   d. Push in JP to encourage more female DPs to join our service - specific features for eg option to only do leave at door

2. Cash Trips (NA)
   a. Opportunity to touch the other person (Example 1)

3. ID Verification
   a. SSA: Increased physical interaction during ID scanning process provides an opportunity to build intimacy (flirt etc.) (example)
   b. SPA: Close proximity at hand-off results in SPA when service is denied.

UBER_JCCP_MDL_002289722.0080

# EMEA Specific Information on Causal Factor #3: Close Proximity

**Mobility**

1. **Front Seat Usage**
   a. **Opportunistic behavior (driver as aggressor)** - touching rider sitting in front seat under the guise of picking up fallen phone / asking them to sit at the front, grabbing their hand, opening the door, helping with the luggages/trunk l (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11). For Europe, cases of close proximity have a correlation with intoxication. In MENAP, cases of close proximity are driven by women as victims in situations where they are riding alone (power imbalance issues).
   b. **Opportunistic behavior (rider as aggressor)** - Rider non-consensual touching the driver inappropriately (1, 2, 3, 4)

2. **Fare exchange**
   a. **Non Consensual Touching:** Drivers grabbing riders hand/ touching them while collecting cash. Examples 1, 2, 3,

1. **Moto**
   a. **Issue types of** non consensual touching and soliciting sexual acts for both rider on driver and rider on driver recorded on the category in MENAP. Examples 1, 2, 3, 4

**Gaps:**

- Do not have controls preventing riders sitting at the front; we have only issued one-off comms suggesting passengers to sit at the back + drivers to not ask passengers to sit at the front

**Note for Europe:** Cases in close proximity also have alcohol as a causal factor, but we are excluding from close proximity to avoid duplication

## Delivery

1. **ID/Code verification/ Photo Requirements:** the incident happens when the DP asks the Eater for their ID, to input their DOB in the app, or check the code. Examples 1, 2, 3
2. **Refusal to respond to advances:** the incidents arise as an escalation from a lower level incident, such as flirting or making comments that make the RaP uncomfortable (true for courier on eater and vice versa, courier on restaurant staff etc). Example 1, 2, 3
3. **Frustration/Confusion during greeting or order handoff:** Can lead to increased aggression by both DP and eater. Example 1, 2, 3, 4, 5
4. **Apartment buildings/ Complicated delivery locations:** DPs can get into altercations with security guards / lobby staff / eaters about whether or not they should or can come up to the eater's door. Example 1
5. **Deliveries with multiple DPs / wrong DPs:** DP 'brings a friend' on a delivery, altercations escalate faster. Example 1
6. **DP entering eaters home** to use the bathroom etc. Examples 1, 2, 3
7. **Cash:** Majority Theft or Robbery incidents on delivery observed on Cash trips. Correlation between cash payments and ThoR incidents on Delivery in South Africa (+106% increase L12M vs P12M ;60% of overall sPA on delivery in SA are ThoR ).

**Gaps:**

8. Clear visibility to existing Safety controls available for the Delivery LoB. For example, product controls available and live across markets.

# LATAM Specific Information on Causal Factor #3: Close Proximity

Short distances between users facilitating non-consensual touching.

Frequently observed situations derived from exposure to contributor factor

1. Serious Sexual Assualt (Serious Sexual Assualt / Misconduct)
    a. Rider on Driver & Driver on Rider- Mobility
        i. Front seat usage: In LatAm, front seat usage is required in some markets due to local regulations, which reduces distance and facilitates non-consensual between Riders and Drivers.
    b. Eater on Courier & Courier on Eater - Delivery
        i. Meet at door: Cash exchange during order delivery leading to inappropriate or suggestive physical contact.
        ii. Indecent exposure: Eaters receiving their order without clothes.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0082

# US/C Specific Information on Causal Factor #3: Close Proximity

## Mobility

- Non consensual touching of sexual and non sexual body parts are the leading incident types for a spike in SA in L3M. Non consensual touching of a non sexual body part makes up 56% of the sexual assault reports which indicates close proximity gives opportunity to touching incidents.
  - Examples of Non consensual touching of non sexual body parts are if a party touches someone on the shoulder or other part while engaging in inappropriate conversation as well as more overt behavior such as hugs.
  - Hugs are also used as an "entry point" for non consensual touching of sexual body parts. Example
  - Examples of front seat non-consensual touching: Example 1, Example 2
  - 

## Delivery

- Non-consensual touching of non-sexual and sexual body parts are also the leading incident types for a spike in SA in L3M. 40% of all SA are non consensual touching of a non sexual body part. These incidents include drivers making contact with Eaters or Restaurant staff at the point of food hand off, including hand touching/holding, hugs, touching an arm or other body part. This also happens Eater to Driver but because Drivers engage with both restaurant and eaters there's a slightly higher instance of reports against Drivers Example 1, Example 2, Example 3
- Sexual Assault and Sexual Misconduct - Indecent Exposure/Self touching incidents tend to occur on Meet at Door deliveries. A trending concern is incidents where the Eater receives the order naked or in inappropriate clothing and may additionally make contact with the driver. Example 1, Example 2, Example 3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0083

## Summary

We see Close Proximity contributing to Serious Sexual Assault most commonly in these scenarios:

1. In the **Rides** space that can look like:
   a. Platform
      i. Cash exchange, moto trip - Hard or quick stops, lack of handle bars, rider sitting in front seat, intercom messaging (non-physical close proximity)
   b. Opportunity
      i. Attempting to help move rider belongings, helping someone who needs physical assistance, attempting to help move belongings, offering to bring belongings into the home

2. In the **Delivery** space that can look like:
   a. Platform
      i. Deliver to me (food exchange, DP-eater / DP- rest staff / rest staff-DP), ID or pin check - uses ID check as opportunity to make personal comments/asks personal questions and/our touch the other person, cash exchange, intercom messaging (non-physical close proximity)
   b. Opportunity
      i. Courier asks to use bathroom or have glass of water, offering help to bring ~~belongings into the home~~ ... has a lot of bags

## Top Insights

1. Alcohol deliveries 4-5x IR.
2. Cash trips also has higher IRs roughly 2-3x
3. SCF for intercom flags keywords and creates a ticket for IIT - there is interest from regions to expand this
4. Through OA, 7% of tickets found Rider sat in front seat. RAP was equal RD/DP
5. People believe there is a threshold of acceptable abuse before reporting to Uber
6. DPs have difficulty telling rider to get out of front seat without escalating the situation, so sometimes they just avoid conflict

## Top Gaps

1. **Structured data** to help generate insights. We are currently looking at front seat in OA, however, there is more to close proximity than front seat, and even when it comes to front seat, there's still data missing - ex. is there a correlation between riders seating in the front seat and being intoxicated? Why/when are riders being asked to sit in the front seat or choosing to do it?
2. Clear **communications** of policy changes, our guidelines, and on what to report, as well considering clear guidance of vehicle capacity on app.
3. **Taxonomy** - Ensuring agents correctly classify incidents, particularly when it comes to discrimination, and ensure that SA/SM incidents have a sexual nature.

Call out
   a) Can we trigger comms/safety tools when an earner "lingers" at destination point? (Maybe an iteration of ride check/courier long stop?)
   b) For SCF, can we expand to other regions and add functionalities such as blocking aggressive messages? Important to consider that if we block these messages, the spender and earner might still have to share a ride/meet for delivery.
   c) When addressing an earner entering a spender's home, we need to be careful with possible misinterpretation of denying the use of bathrooms or disencouraging helping

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0084

# Controls Bowtie + Gap Analysis

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0085

# Current Controls and Industry Research

Attorney-Client Privileged & Confidential

# Countermeasures to reduce Close Proximity - UXR

Current community guidelines:

- Drivers are not allowed to touch the rider; Riders are asked not to touch drivers
- Believe we have punitive measures for drivers touching passengers

Ad-hoc

- Drivers: Create makeshift partitions, asking passengers to sit in the back
- Drivers and riders use headphones/being on a call to reduce interaction
- Riders: hold bags in front of them, sit in the back of the vehicle

Contact for more information: John Lunsford

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0087

# Current controls in place in relation to Close Proximity



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0088

**Slide 65 Comments**

1         IPC DACT not on for delivery - major gap?
          *Alex Madsen,  10/7/2022 10:23 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Ideal Bowtie

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0090

# Deep Dive: Causal Factor #4

# FARE ISSUES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0091

# Causal Factor #4: Fare Issues

This includes:

1. Rider enters car without fare (intentional, accidental, intent to pay at destination/stop at atm)
2. DP request extra fare (use of AC, extra time/distance, extra passengers)
3. Service Quality (wrong turn, wrong pickup/destination)
4. Upfront/Final Pricing Disconnect



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0092

# DS/Product Information on Causal Factor #4: Fare Issues

1. Does the data support this being a top causal factor?
2. What is missing from the data we have on this causal factor?
3. How frequently is there a disconnect between upfront and final fare in cash markets?
4. What product has shown the greatest impact deterring this scenario?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0093

# DS/Product Information on Causal Factor #4: Fare Issues

*Topic:* *Driver Partner requested extra fare due to: air conditioner use, extra time, extra distance, passengers, luggage:*

- **Does the data support this being a top causal factor?**
  Partially. Some of those signals can be obtained for **India**\*:
  - 3% SPA Incidents had asks for extra fare
  - 8% SPA Incidents had riders refusing to pay
- **What is missing from the data we have on this causal factor?**
  Currently there is no structured global data for those events.
  Opportunity analysis can be utilized to enrich the data with the events

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0094

Slide 70 Notes

*Observations and Caveats:
- **Signals**: India has a standard labels for their SAFE jira. Utilizing those categories as signal..
- **Scope:** India Jira Labels information, Serious Physical Altercation without Theft Robbery, Date range from 2022-06-01 to 2022-07-31
- **Caveats**: There is the limitation that information won't exist on trips that the event of requesting extra fare occurred and Rider accepted the request and did not complain.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

2023 DS Insights

# DS/Product Information on Causal Factor #4: Fare Issues

**Topic:** *Issues with Service Quality. Wrong Pickup/Destination/Detour*

- **Does the data support this being a top causal factor?**
  Partially. Some of those signals can be obtained for **India**\*:
  - ○ 20% SPA Incidents had issues of Pickup/Drop Off
- **What is missing from the data we have on this causal factor?**
  Structured Data is available to detect Drop Off / Pick Up / Detour events. (via telematics, fare team )
  Opportunity analysis can be utilized to enrich the data detecting if the incident was caused by, caused or was not connected with the event.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0096

P-01528.00101

Slide 71 Notes

*Observations and Caveats:
- **Signals**: India has a standard labels for their SAFE jira. Utilizing those categories as signal..
- **Scope:** India Jira Labels information, Serious Physical Altercation without Theft Robbery, Date range from 2022-06-01 to 2022-07-31
  - **Incident Example**: https://jira.uberinternal.com/browse/SAFE-3231826
- **Caveats**: Keep in mind that drop-off and pick-up problem can have a causal relation with incidents on both directions. A drop-off issue can lead to an altercation, but an altercation can lead to a drop-off issue.
- **Observe:** An ongoing analysis on the subject is occurring for a global level including non-serious incidents. Data is available to execute the correlation analysis: https://t3.uberinternal.com/browse/OPSDATA-89

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0097

2023 DS Insights

# DS/Product Information on Causal Factor #4: Fare Issues

**Topic:** *How frequently is there a disconnect between upfront and final fare in cash markets?*

- **Does the data support this being a top causal factor?**
  Partially. Some of those signals can be obtained for **India***:
    - 3% SPA incidents had issues of UPF/Final Fare Disconnect
- **What is missing from the data we have on this causal factor?**
  Data is available to detect fare price disconnect events.
  Opportunity analysis can be utilized to enrich the data detecting if the incident was caused by, caused or was not connected with the event.

| Final Fare vs UPF* | Brazil | | India | | Mexico | |
|---|---|---|---|---|---|---|
| | non-Cash | Cash | non-Cash | Cash | non-Cash | Cash |
| Fare -100% to -50% | 0.1% | 0.2% | 0.3% | 0.8% | 0.2% | 0.3% |
| Fare - 50% to -20% | 0.2% | 0.5% | 0.6% | 1.0% | 0.3% | 0.5% |
| Fare - 20% to - 0% | 0.3% | 0.6% | 3.1% | 2.5% | 0.5% | 0.5% |
| upfront honored | 97.9% | 96.9% | 88.1% | 87.1% | 95.2% | 95.8% |
| Fare 0% to 20% | 0.5% | 0.7% | 5.4% | 6.1% | 1.1% | 0.7% |
| Fare 20% to 50% | 0.5% | 0.6% | 2.0% | 2.0% | 1.4% | 1.1% |
| Fare 50% to 100% | 0.2% | 0.3% | 0.3% | 0.4% | 0.7% | 0.7% |
| Fare 100% to more | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.2% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0098

Slide 72 Notes

*Observations and Caveats:
- **Caveats**: Fare Prices disconnects and changes on the trip directions are significantly correlated.
- **Scope**: completed trips with prior destination from 2022-07-01 to 2022-08-31
- **Table Source**: https://docs.google.com/spreadsheets/d/18uwZ1PiEv6FSHq7_PO8oadJn1F22rwl4m2m91yNneFg/edit#gid=515290719

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0099

# Policy/Comms/Marketing Information on Causal Factor #4: Fare Issues

1. Have we sent out any marketing/comms in relation to this issue?
2. Do we have any partnerships in this space?

No information here

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# CommOps Information on Causal Factor #4: Fare Issues

**What have agents identified about this causal factor?**

- There are a number of C360s relating to fare related concerns from drivers and riders. The majority of these are unrelated to safety incidents specifically.
  - Earners indicating that the offer card was mismatched to their trip because of city name, estimated time, etc.
  - Rider indicating that their account wrongly reflect money due because their driver requested cash payment on a non-cash trip.

**How do we collect data about this now?**

- There is no data formally collected at this time about fare related disputes.
- Anecdotally:
  - In India, PayTM requires that riders provide the driver with their contact information so there is frequently inappropriate post-trip contact between riders and drivers related to fare-based issues. In limited cases these escalate to physical stalking situations.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0101

**Slide 74 Notes**

1. What have agents identified about this causal factor?
2. Are there policy gaps flagged in C360?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# UXR Information on Causal Factor #4: Fare Issues

1. Fare issues What are best practices other companies use to help deter bad actors like this?
   a. Taxi apps (curb, arrow, metrocab) display the fare dynamically as it changes
   b. Prominent display of taximeter or similar device in the front central part of the taxi / rideshare car to display fare (though these are NOT tamper proof)
   c. City and company flat rate charges disputes
   d. Printing of additional charges place on the seat and window (union mandate for taxi drivers, but a sheet of other fees for rideshare has circulated too)
   e. Still a problem of driver extortion (sexual favors, jewelry, extra money)
   f. Still a problem of passenger bad behavior/ bad intent/ theft/extortion , particularly in cash markets. Money team recently workshopped this for cash markets (* Might be worth sync'ing with them on what worked)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0103

**Slide 75 Notes**

There's a tension between practices to deter misunderstanding, opportunity bad actions, and planned (or premeditated) bad activity.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0104

# APAC Specific Information on Causal Factor #4: Fare Issues

**Mobility**

1. Fare issues, refusal to pay with riders who are **intoxicated** (INSA SPA Example 1, Example 2)
2. **Cash trip** riders refusing to pay post trip
3. Drivers **demanding extra cash** or not returning change (INSA Example 1, Example 2)
4. **Mode of payment** is a pain point as drivers prefer cash payment (INSA Example 1)
5. Fare fallbacks leading major differences between UFP and actual fare payable (Example 1, 2, 3, 4)
6. It has been observed that payment in cash (through Gpay, etc) led to sharing of phone number leading to **Post-Trip Contact** (INSA Example 1, Example 2)

**Delivery**

1. Not a major causal factor in APAC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0105

# EMEA Specific Information on Causal Factor #4: Fare Issues

**Mobility:**

1. **No fare**: Cases of rider did not have fare, did not pay/refused to pay fare, wanted to pay the next day, wanted to stop at ATM, left abruptly without paying fare. Examples 1 , 2 , 3 , 4
2. **Mode of payment:** Driver preference for cash trip leading to altercations. Cases of drivers demanding cash trips, demanding payment in cash . Examples 1 , 2 , 3 , 4
3. **Extra Fare:** Drivers demanding extra cash (to pay for gas or longer route, fare kept increasing as driver looked for change or not returning change. Examples 1 , 2 , 3 , 4
4. **Additional Stops:** Riders adding extra stops but taking longer than policy, riders adding multiple extra stops but driver not wanting to make that many stops, can often request additional stops verbally, without adding in app, or waiting before entering the vehicle / making long stops. Drivers refusing this request can lead to physical altercations Examples 1 , 2 , 3 , 4
5. **Fare related issues escalating to NCT:** Signals in SSA where a verbal altercation around fare has led to (or reported as) non consensual touching of NSBP/SBP Examples 1, 2 , 3

**Gaps**
- No effort on rider education on additional stops etc. has been made so far.
- Marketplace stakeholder education on correlation with IR.

**Delivery:**

- Eaters can take up Wrong Order, Delivery Delay, or Missing Items concerns with DPs. Can lead to altercations (example)

**Gaps**

1. Clear visibility to existing Safety controls available for the Delivery LoB. For example, product controls available and live across markets.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0106

# LATAM Specific Information on Causal Factor #4: Fare Issues

Issues related to fares and payment methods can potentially lead to an altercation of different levels, from verbal up to a serious physical altercation, that could be exacerbated by other contributing factors.

Frequently observed situations derived from exposure to contributor factor

1. Serious Physical Assault (Serious Physical Altercations)
    a. Rider on Driver & Driver on Rider- Mobility
        i. Users engaging in physical altercations due to issues in trip fares and payment methods (mostly in cash trips) can occur due to:
            1. Fare discrepancies. Trip fares at the end of the trip being higher than upfront fares during trip requests
            2. Drivers' cash preference. Drivers asking/demanding Riders to pay in cash or asking for higher fares than those indicated by the application.
            3. Fare payment denied. Riders denying partial or full payment result from feeling dissatisfied with some aspect of the trip
            4. Lack of cash: Conflicts for the payment of the trip due to lack of cash
    b. Eater on Courier & Courier on Eater - Delivery
        i. Fare payment denied. Eaters denying partial or full payment of order result from confusion with payment methods
        ii. Lack of cash: Conflicts for the payment of the order due to lack of cash

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# [Not Relevant] US/C Specific Information on Causal Factor #4: Fare Issues

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0108

# Global Narrative & Insights on Causal Factor #4: Fare Issues

## Summary

We see Fare Issues contributing to Serious Physical Altercations most commonly in these scenarios:

1. Rider enters car without fare (intentional, accidental, intent to pay at destination/stop at atm)
2. DP request extra fare (use of AC, extra time/distance, extra passengers)
3. Service Quality (wrong turn, wrong pickup/destination)
4. Upfront/Final Pricing Disconnect

## Top Insights

1. This is a top contributing factor in MEA, INSA, and LATAM
2. ~8% of trips in INSA don't honor Upfront Pricing
3. We see CommOps tickets asking for RD refund as they switched to cash on trip (likely due to DP request)
4. Taxi apps and traditional cabs show fare as it dynamically changes. Also seen reports of RD extortion

## Top Gaps

1. Internal Understanding of how Fare/Arrear Process works for Safety Team and a greater partnership with marketplace teams to include SPA IR as a guardrail metric as upstream changes/bugs can impact SPA IR
2. Communication/education to Users on expectations and unacceptable behavior (e.g. requesting extra fare)
3. Partnering with risk and compliance to better understand current practice for deactivating users in arrears
4. Expand OA analysis to be global and include additional questions to understand what contributes to a fare issues and potential to request more correlations to understand how changes to trip, impacts fare, and could contribute to disputes

Call out

a) There used to be a "handshake" feature (or one was proposed) for riders to agree on the amount they'd paid the drivers and the arrears this would generate.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Controls Bowtie + Gap Analysis

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0110



Attorney-Client Privileged & Confidential

## Slide 82 Comments

1   @joseph.tawney@uber.com i don't remember from our discussion where these actually go, unless you do best to leave to the side for now.
    *Daniel Copeland,  10/8/2022 06:53 PM*

2   I don't either and they don't seem familiar. Should leave to the side
    *Joseph Tawney,  10/8/2022 06:53 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0112

# Ideal Bowtie

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0113

# Catalog Safety Fact Base Deck (2023 Planning)

**Prohibited & Restricted Items** - Joe Navin
**Food Safety** - Akhila Vasan
**Item Handling & Delivery Hazards** - Midra Arshed

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Table of Contents

1. Fishbone Analysis
2. Top Causal Factors for Each Subcategory
3. PI / RI Deep Dive: Top Causal Factors
   a. XF input (Product, Data Science, Policy &  Comms, CommOps)
   b. Regional Safety / Ops input  (APAC, EMEA, LATAM, US/C)
   c. Global Narrative & Insights
   d. Controls Bowtie + Gap Analysis
4. Food Allergens Deep Dive: Top Causal Factors
   a. XF input (Product, Data Science, Policy &  Comms, CommOps)
   b. Regional Safety / Ops input  (APAC, EMEA, LATAM, US/C)
   c. Global Narrative & Insights
   d. Controls Bowtie + Gap Analysis
5. Item Handling / Delivery Hazards Deep Dive: Top Causal Factors
   a. XF input (Data Science, Policy &  Comms, CommOps
   b. Regional Safety / Ops input  (APAC, EMEA, LATAM, US/C)
   c. Global Narrative & Insights
   d. Controls Bowtie + Gap Analysis

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0115

# Fishbones

Source Deck with comments

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0116

Storefront

**Merchant Behavior**
- Authorized merchant fails to tag alcohol
- Unauthorized merchant attempts to maliciously list non-compliant alcohol
- Merchant unaware of requirements to sell alcohol
- Non-compliant merchant submits inadequate alcohol license (fraudulent / incomplete / invalid / expired)

**Menu / Catalog Mgmt**
- Merchant alcohol tagging UI is unclear
- POS Integrations can override manually tagged alcohol
- POS integrations bypass origin keyword detection

This visual maps causal factors that might lead to a regulated items being delivered out of compliance with local law

**Earner Competency**

2
- Earner awareness - - unaware of alcohol delivery expectations
- Earner rushing / apathy - disregard for alcohol delivery expectations
- Earner Bad intentions - Keeping "NRO" alcohol
- Earner failing to complete return trip

**Earner Behavior**

- Delivery flow offers earner the ability to bypass ID verification
- Age verification does not trigger for earner
- Absence of a productized "returns flow"

**Platform & App**

- Intoxicated Spender attempts to receive delivery
- Underage spender attempts to receive delivery
- Of age spender attempt to receive alcohol on behalf of underage spender
- Spender pushes for contactless delivery
- Spender <> Earner Collusion

**Spender Behavior**

Non-Compliant Delivery

Fulfillment

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0117

## Slide 87 Notes

https://www.juliantalbot.com/post/risk-bow-tie-method

## Slide 87 Comments

| 1 | What does NRO mean? |
|---|---|
| | *Marcelo Calbucci,  9/29/2022 09:36 PM* |

| 2 | Not received order |
|---|---|
| | *Karina Sengupta,  9/29/2022 09:36 PM* |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0118

# Prohibited and Restricted Items | Fishbone Analysis (Spender Injury)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0119

## Slide 88 Notes

https://www.juliantalbot.com/post/risk-bow-tie-method

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0120



**Spender Contributing Factors**

❏ Spender does not know they have an allergy
❏ Spender does not know dietary requirements of guests
❏ Spender fails to disclose allergens
❏ Spender unable to disclose allergens
❏ Spender unable to communicate with Shopper
❏ Spender unable to choose replacements
❏ Spender is careless

**Merchant Contributing Factors**

❏ Merchant unable to support Spender modifications
❏ Merchant does not receive allergen information
❏ Merchant unable to contact Spender to clarify information
❏ Poor food handling and prep practices by merchant
❏ Lack of labeling and poor packaging by merchant
❏ Merchant receives allergen information but does not action on it
❏ Merchant identity - Bad actor

**Catalog Contributing Factors**

❏ Allergens not listed in the catalog/ catalog is not accurate
❏ Product images do not capture ingredient information

**Spender has an allergic reaction (hosp/ death)**

❏ Courier cross contamination during delivery
❏ Orders mistched during pickup from merchant
❏ Orders mismatched during delivery - batched orders
❏ Courier identity - Bad actor
❏ Right of Substitution markets - unknown courier completing delivery

❏ Shopper replaces customer selected product with allergenic product
❏ Cross contamination due to batch shopping
❏ Shopper unfamiliar with reading labels and identifying allergens requirements
❏ Cross contamination from handling of bulk products - gloves, scoops, etc.
❏ Shopper Identity and ability to manage a complex process (incl. RoS)

❏ Breakdown of communication between parties interacting with platform
❏ Spender unable to disclose allergens
❏ No segmentation of products - dark grocery
❏ Cross contact from dark grocery operations

**Courier Contributing Factors**

**Shopper Contributing Factors**

**Platform Contributing Factors**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0121

**Slide 89 Notes**

Spender - Also referred to as Eater
Merchant - Grocery Store/convenience store/restaurant, dark restaurants
Courier - person who delivers food
Shopper - person who shops for food, could be the courier or the merchant representative who shops
Catalog - also referred to as menu in restaurant flow
Platform - UE platform, and entities we own such as dark grocery stores

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0122



## Catalog Quality

❏ Product with missing/incorrect weight/volume/hazard information

❏ Product with special handling requirements

❏ Custom products enabling cx to add heavy/bulky/hazardous items adhoc

❏ Selling products heavier than recommended individual handling guidelines

## Manual Handling

❏ Overestimating personal physical capacity

❏ Lifting and carrying loads in an awkward/unsafe manner

❏ Not using appropriate tools: grocery carts, delivery bags, paper bags

❏ Orders take longer to shop and organize

## Poor Packaging

❏ Products organized/packed poorly i.e; bottled beverages being carried individually, paper bags for heavy items

❏ Over stuffing bags

❏ Not securing loose products

❏ Packing awkwardly shaped items: stuffed animals, cleaning tools, home & garden

❏ Large volume items packed together

**Pick & Pack**

## Earner Fatigue

❏ Frequency of heavy item delivery

❏ Extended/lengthy time online

❏ Frequency of trips from car to cx

❏ Extended length of time carrying weight in backpack

❏ Batching

## External Conditions

❏ Dark or dimly lit pathways

❏ Weather: rain, snow, ice increasing difficulty of lifting or delivering items

❏ Irregular pavement

❏ Complicated delivery address: Stairs, parking, long driveways

❏ Store hazards: poor infrastructure, wet floors, poor merchandising

## Physical Factors

❏ Reduced/optimal ability in carrying/delivering heavy item

❏ Lifting products heavier than recommended individual limit

❏ Individual load handling limit varies by age, gender, fitness and able bodiedness

**Delivery on Destination**

**Personal Injury**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0123



## Platform/App

❏ Custom product offering ( cx agency to add off catalog heavy items real time)

❏ Products dispatched to inappropriate vehicle type

❏ Penalizing Earners for rejecting heavy orders (psychological pressure)

❏ Batching orders

❏ Earner does not have control over the maximum weight they feel capable to deliver

❏ Volume information from merchants is not available

**Product**

**Auto crash**

### Weather/Road Conditions

❏ Weather conditions: rain, snow, ice increasing the risk of crashes when delivering items

❏ Leveraging inadequate smaller modalities: i.e; fishing rods for 2Ws

❏ Irregular pavement

❏ Prolonged periods due to heavy traffic

❏ Longer routes

❏ Reduced/obscured visibility

### Earner Fatigue

❏ Frequency of heavy item delivery

❏ Lengthy connection periods

❏ Individual load handling limit varies by age, gender, fitness, able bodiedness

### Earner Distraction

❏ Diverted attention due to products management
❏ Obscured Vision

### Earner Behaviour

❏ Weaving through traffic

❏ Items placed in car/moto/bike an awkward manner

❏ Lack of or incorrect usage of PPE (delivery bags, helmets or knee pads)

❏ Earners registered as car shoppers switching modalities to 2Ws (dispatch quality)

**Delivery on the way**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0124

# Causal Factors

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0125

# Catalog Safety -Top Global Causal Factors

| Subcategory | Central Safety POC | Top 2 Primary Causal Factors | Contributing Factor examples |
|---|---|---|---|
| Restricted and Prohibited Items | Joe Navin | Merchant wants to add alcohol / tobacco | • Authorized merchant fails to properly tag alcohol / tobacco<br>• Merchant unaware of requirements to sell alcohol / tobacco<br>• Unauthorized merchant attempts to list a prohibited item maliciously |
| | | Earner does not complete delivery compliantly | • Earner awareness of delivery expectations for alcohol/tobacco<br>• Earner rushing / apathy for delivery requirements |
| Food Safety | Akhila Vasan | Breakdown of communication between merchant <> spender | • Communication between spender and merchant sub-optimal<br>• POS integration issues cause lack of efficient flow of communication |
| | | Catalog Quality | • Incomplete and inaccurate menu and catalog<br>• Lack of clear information useful for spender - multiple images, zoomed in on ingredient statements, etc.<br>• Disclaimers or ability for merchants to support substitutions on platform |
| Item Handling & Delivery Management | Midra Arshed | Earner engages in unsafe handling practices | • Earner does not use appropriate delivery equipment: bags, grocery carts<br>• Lifting/carrying loads in an awkward, unsafe manner<br>• Rushing to complete orders |
| | | Earner is dispatched an order they cannot handle | • Batched Orders<br>• Larger items are dispatched to smaller modalities: i.e; fishing rods for 2Ws<br>• Items have missing/incorrect weight/volume/hazard information |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0126

# PI/RI Top Causal Factors Deep Dive

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0127

**Slide 94 Comments**

1   @midra@uber.com @akhilav@uber.com - Feel free to use this framework to structure your subcategories:

cc @nic@uber.com @alex.madsen@uber.com @alirorab@uber.com @analorena.vigil@uber.com @nilles@uber.com
*Joe Navin,  9/23/2022 06:13 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0128

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL



# Cross Functional Inputs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0129

**Slide 95 Comments**

1    @cpataki@uber.com @michael.kalish@uber.com @eleazar.mora@uber.com - I dont have a specific section for compliance but would appreciate sharing any relevant insights that could help shape the narrative / feed into product planning. Thanks!
*Joe Navin,  9/23/2022 10:16 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0130

## [DS / Product]  Merchant wants to add alcohol / tobacco

*Does the data support this being a top risk factor (i.e., past data analyses, XP results)?*
- **Merchants that sold untagged items in the US&C:**
  - January 22 (Pre-CAP): Alcohol **3K** (55% of alcohol-selling merchants) **70% ineligible.** Tobacco: **184**
  - August 22:  Alcohol: **1.5K (19%** of alcohol-selling merchants)  **62% ineligible.** Tobacco: **147**
- **Non-compliant orders identified in the US&C | Rate of non-compliant orders:**
  - January 22 : Alcohol: **30,718 | 412 ;**  Tobacco:  **7,558 | 101.4**
  - August 22: Alcohol: **8,928 | 124.3 ;**  Tobacco:  **5,399 | 75.1**
- **Items not scanned by CAP yet:**
  - **41% (140M)** of items in the US&C were not scanned because they were added or last-changed before launch (backfill will be done soon)
  - **56% (190M)** of items in the US&C were not scanned because they are from exempt merchants (not scanned by CAP)
  - Only the US&C catalogs are covered by CAP (expanding to UK&I and ANZ in 2022)

*What is missing from the data we have on this risk factor (i.e., information from Ops or other teams, external data)? Where do we need more signal?*
- **Untagged alcoholic items from whitelisted merchants**
- **ML model evaluation of Tobacco and Vape items in the catalog (model being built in 2022)**
- **Which uncovered regions have more risk related to non-compliant orders?**
  - **Don't have data for markets outside of US&C as they have their own review and tagging processes**
- **How items from new companies  (Drizzly, Cornershop) are being processed/handled in Uber Eats.**
- **Merchant license status / duration. Modified docs?**

*In an ideal world, what else would we like to know and / or what data do we need?*
- **SKU availability for all products (GTIN % dash) / Alcohol flag + content**

*Reference and summarize any relevant 2023 DS Insights on this slide.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0131

## [DS / Product] Earner does not complete delivery compliantly

- *Does the data support this being a top risk factor (i.e., past data analyses, XP results)?*
  - *Missing ID verification data: we are seeing roughly 0.07% of completed alcohol trips with empty verification data. It's unknown what verification was actually done on such trips*
  - *Manual verification only: we are seeing roughly 13% of alcohol trips had only manual flow triggered. This is currently being investigated by eng.*
  - *High rate of use of manual: we are seeing small portion of couriers that have a very high rate of using manual verification methods on alcohol trips (some with over 95%, one courier had all 82 alcohol trips in the analysis period with manual verification). It's possible some couriers are experiencing tech issues.*
  - *[Being Peer Reviewed] Higher IPC Rates on Manual: we are seeing higher IPC rate on manual verification alcohol trips compared to tech.*
- *What is missing from the data we have on this risk factor (i.e., information from Ops or other teams, external data)? Where do we need more signal?*
  - *DocScan submissions: we need more time to examine doc submissions for failures especially for manual verification outliers. Are they even attempting to scan a doc?*
  - *Returning undeliverable alcohol: our understanding is that there isn't a good flow for failed verification trips to return alcohol. Ideally, there would a flow for couriers and merchants (confirm receipt)*
- *In an ideal world, what else would we like to know and / or what data do we need?*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## [Policy & Comms]  Alcohol and tobacco deliveries

**Overview: The TPDS industry faces ongoing scrutiny and regulations governing our age verification technology, perceived lack of education/onboarding requirements for couriers, and concerns about non-compliant merchants selling unlicensed alcohol and tobacco products.**

Policymaker / regulator perception of this issue + external landscape

- Regulators, NGOs, and media are acutely aware of the  safety challenges related to alcohol and tobacco delivery, specifically deliveries to minors. There is a general assumption that we can and should be doing more, both to protect minors, and to protect couriers from unknowingly violating laws.
    - *Note that in the US/C we do NOT allow tobacco sales to be facilitated via the Eats marketplace. However, there is ongoing work to be done to prevent merchants from listing tobacco items outside of our policies—as these listings can be highly visible to media and policymakers, and the resulting deliveries (especially to minors) are problematic. \*\*We do allow merchants to sell tobacco via Uber Direct, in which orders are placed via the merchant's own app or website and Uber couriers facilitate the delivery.*

Partnering with third-party experts

- The Central and Regional Policy teams partner with global and regional experts to develop education materials for couriers, and guide age verification products and customer removal policies.
- We partner with the International Alliance for Responsible Drinking (global), Responsibility.org (US), DrinkWise. (AUS) and others.

Policy/Comms alcohol safety issue resources [INTERNAL]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0133

## [CommOps]  Merchant wants to add alcohol / tobacco

**Merchant frustration about Alcohol onboard SLA and inconsistency process**: - Below is  feedback from the merchant appeals process

- "I created the menu in PAUSED MODE after ASKING PERMISSION from the RESTAURANT MANAGER CHAT ASSOCIATE to do so. I am awaiting the liquor license from the Owner. Have a real person get back to me IMMEDIATELY. Like right this instant. 647-686-6425 "

- We were pre-approved by Chat Associate, then I pre-made the menu, then we got a non-compliance, I appealed it, I submitted our Licened, we got Approved, and now nothing is working. Kindly resolve this quickly as we would like to begin selling.

- I have been in touch with Support through chat. Originally, I used an unsupported POS integration(KitchenHub), after speaking with support and seeing that Otter is a supported POS integration, I switched companies and use Otter so that I am compliant with UberEats policies on alcohol. Alcohol to go has been legal in NYS since May, I have been back & forth with support and gotten nowhere. There isnt a reason why I cannot sell on Uber but am able to sell on GrubHub & DoorDash

## [CommOps] Earner does not complete delivery compliantly

- *Examples* showing negative business impact of triggering id scan for an order does not contain alcohol
  - Earners are confused when asked to scan the spender's ID when delivering non-alcoholic items
  - Orders sometimes end up getting marked as canceled

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0134

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

# Regional Ops Inputs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0135

## [US/C] Merchant wants to add alcohol / tobacco

- Merchant communication is becoming a larger issue as we begin deactivating merchants due to PI/RI violations. Many of these email addresses are incorrect and merchants are claiming they aren't receiving warnings.
- Additionally, inability to link merchants to accurate AM info is causing issues with the business
- Lack of Duplication Controls - Merchants that have been deactivated for PI/RI violations are creating new accounts / onboarded with minimal frictions
- We currently have limited safety measures to audit/track how merchant were onboarded for alcohol. E.g. where the licenses were stored, passed expiration date, who added the enablement tag etc
- CommOps Agents follow a KB that delete non-compliant items. There's opportunity there to streamline the process.
- Currently facing a backlog of unreviewed items and whitelisted large ENT merchant over item modifiers.

## [US/C] Earner does not complete delivery compliantly

- We see patterns where Couriers enter dummy names during manual input and select the id has no expiration date.
- 20%+ of the trips completed using manual input have "no ID expiration date" marked

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0136

Slide 101 Notes

- *Is this a key causal factor in your region? Why or why not (i.e., what insights have you gathered from ticket audits, IR data, data analyses, regulatory scrutiny, business defensibility)? Please link to any sources.*
- *What have we already done / what are we doing to learn about this risk space? What have we learned?*
- *What are the regional nuances that surround this causal factor in your region?*
- *How do we account for your regional nuances in a global narrative?*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0137

## [EMEA] Merchant wants to add alcohol / tobacco

- **Specs for authorised alc/tob sales in UKI are confusing:** [Alc] all merchants and retailers are authorised to sell alcohol in UKI if they have a liquor licence. [Tob] Only certain ENT partners are authorised to sell Vapes (due to compliance difficulties); all merchants are authorised to sell tobacco if they sign relevant docs. *Callout:* the distinctions and rationales here are confusing. Would be interested to see what more we could do re: transparent merchant communication. Similarly, would be keen to understand how we could leverage CAP for Tobacco to optimise/streamline our Tobacco audit tools & build robust comms
- **Confusing duplication / ownership of relevant systems:** it's unclear who owns relevant audit tools, and seems like alot of teams (UKI Merchant, UKI NV, EMEA Central NV, EMEA Central Merchant) own audit tools that play in this space. Would be good if Global could align with Merchant/NV/RI teams on ownership here
- **Preventative controls for non-permitted/prohibited item additions** - Currently, these are removed via audits with product blocks to prevent merchants from adding items containing certain keywords. We see this driving 1) merchants purposely misspelling items making it harder to detect via keyword audit resulting in us blocking menu maker access (non-efficient) and 2) items are available until detected by audits vs blocked immediately

## [EMEA] Earner does not complete delivery compliantly

- **Earners entering dummy date of birth (**e.g. 01 01 2000) for all / high volume of deliveries
- UKI:
  - (a) IARD rolling out safe delivery education, with key competitors launching their own versions (article here); (b) with handshake launching, we expect for there to be some compliance implications. Keen to understand a bit more about how we can reduce friction in POD processes without stripping systems back too far
  - (b) *DPs may shortcut compliance processes in order to minimise friction (and their reduce risk of injury). It seems generally known in DP circles that alcohol / tobacco deliveries are less safe than other kinds of delivery*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0138

## [APAC] Merchant wants to add alcohol / tobacco

- **Regardless of merchant education on requirements, merchants are still adding RI without licensing**
  - Licence Requirement <> RI Linkage + in-app blockers/comms
- **RI Licence verification either not in place or inadequate with manual intervention and low precision**
  -Automated Licence Requirement Verification (Fraud, Completeness, Validity, Expiry)
- **Manual PI/RI detection required especially for non-English language items listed in TW and JP**
  - Train ML model for CAP for non-English keywords
- **POS menu integration leading to repeated violations of merchants listing alcohol/tobacco**
  - POS Integration Amendment and/or Merchant outreach/education

## [APAC] Earner does not complete delivery compliantly

- TW/SL: Alc is prohibited so not in scope
- JP + ANZ (NSW) : Recent implementation of Trip-Level Eater-Side DOB Collection
  -JP - no other flow currently and Leave at Door is also possible for alc pdts - not in scope
  -NSW - Flag issues if any from courier ID scan process

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0139

[Latam / CS]  Merchant wants to add alcohol / tobacco

- **Merchants add RI to their catalogs without licensing.**
  - Communication channels to identify and manage the issue and correct tagging of RI in the catalog to remove them fast.
  - Needed: reinforce licence requirement in the merchant/location onboarding process.
- **Sporadic hour restrictions to sell RI items.**
  - Communication channels to align plans of actions and features to manage these restrictions
  - Needed: a tool to actually use the feature without tech help.
- **Merchants add RI with mislabeled by mistake or intentionally**
  - Correct labeling with reports received.

[Latam / CS] Earner does not complete delivery compliantly

- *Anecdotally we've seen Earners not requesting IDs when delivering alcohol/tobacco products.*
- *Spenders will often request to 'Leave at door' when ordering alcohol/Tobacco products.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0140

Slide 104 Notes

*Guiding questions to answer on this slide:*

- *Is this a key causal factor in your region? Why or why not (i.e., what insights have you gathered from ticket audits, IR data, data analyses, regulatory scrutiny, business defensibility)? Please link to any sources.*
- *What have we already done / what are we doing to learn about this risk space? What have we learned?*
- *What are the regional nuances that surround this causal factor in your region?*
- *How do we account for your regional nuances in a global narrative?*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0141

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

# PI/RI Global Narrative




HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0142

### [Global Narrative ]  Merchant wants to add alcohol / tobacco

In US/C alone, we've identified over 1.7M alcoholic items that were not classified as such. Over 80% of these items came from merchants that had authorization to sell alcohol , suggesting that most of  behavior is not malicious in nature.

While we should continue investing in automated detection / correction models to ensure compliance, further investment upstream is required to ensure that merchants understand our RI/PI policies and are offered clear direction on how to adhere to them

### [Global Narrative] Earner does not complete delivery compliantly

We currently have tech enabled ID verification flows (ID / barcode scan) in US, CAN, and AUS. When successful, this verification option provides us with a high level of confidence that the earner completed their responsibilities.

We are beginning to see risk signals emerge suggesting that Earners may not always be verifying Spender ID when the manual DOB verification option is used. This is done by entering "dummy" information to complete the in-app flow. Earners might engage in this behavior to complete deliveries quicker or avoid conflict.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0143

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL



# PI/RI Bowtie and Gap Analysis

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Control Mapping

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0145

# Prohibited and Restricted Items | High Level Risk and Control Mapping V2



Slide 109 Notes

- ○ **Setting Expectations** (Merchants clearly understand what they can and cannot sell
- ○ **Identification** (all merchant types, not just NV / qualified and unqualified merchants + consistent efficacy metrics)
- ○ **Adjudication** (unified queue for manual review with consistent quality metrics)
- ○ **Education / Feedback** (merchants are notified when we reclassify on their behalf)
- ○ **Standards for mgmt of non-compliance** (disengaging with merchants that are habitually creating risk)
- ○ **Appeals** (promptly addressing false positives / providing recourse for true positives)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0147

# Current controls in place in relation to Merchant wants to add alcohol / tobacco



Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0148



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0149

Attorney-Client Privileged & Confidential

# Ideal Bowtie

# Ideal controls in relation to Merchant wants to add alcohol / tobacco



Attorney-Client Privileged & Confidential

## Slide 113 Comments

1    @joe.navin@uber.com ideal controls for "Merchant wants to add alcohol / tobacco" as per this spreadsheet:

https://docs.google.com/spreadsheets/d/1f1_du2tvZBqYF7z-wDaZt9tHjtgkGnh1QjrEYq0Up1w/edit?pli=1#gid=0

If there are more new controls that came out of the discussion we can add to the bowtie.
*Daniel Copeland,  10/17/2022 07:00 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0152

# Food Safety
# Top Causal Factors
# Deep Dive:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0153



# Cross Functional Inputs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0154

**Slide 115 Comments**

1    @garvie@uber.com does your team have any insights into eats safety that you'd like to represent in safety planning?
    *Tamsyn Edwards,  10/6/2022 08:13 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0155

P-01528.00160

**[DS / Product/UXR]  Breakdown of communication between Spender <> Merchant + Catalog Quality issues leads to allergic reaction**

1

*To be filled out by Sep 30 by DS / Product  - Example questions to answer on this slide:*

- *Does the data support this being a top risk factor (i.e., past data analyses, XP results)?*
  - ~1500 critical food incidents related to Food Allergens or Intolerance in 2022. This is 13% more than compared to the same period from 2021. Variation is led by EMEA where we have spikes in many countries like UK (17%) and Ireland (+21%). In the US&C we see an opposite trends, with 7% decrease, and Australia, 9% decrease.
- *What is missing from the data we have on this risk factor?  Where do we need more signal?*
  - POS Integrated merchants that have in-app features enabled (order and item instructions,) but do not receive this (PRD*)
  - Breakdown of incidents by food safety issues (merchant negligence vs. communication breakdown)
  - % of merchants who actively use Tuna and any stats from therein (eater's data on the interactions per visit, - allergy friendly flow's pageviews, flow average time (on the flow and for each page), bounce rate, %Exit (and in which pages users leave). Analytics funnel study can on the Merchants side to measure engagement, awareness about the feature and from which pages Merchants are leaving the adoption flow.
  - How often and effective is out of app communication (eg. call restaurant)
- *In an ideal world, what else would we like to know and / or what data do we need?*
  - Exactly which orders have allergy or intolerances requests/instructions,
  - Track if eater has been able to communicate with the merchant appropriately (in-app or out)
  - Exactly which of these requests have been fulfilled or not
  - On unfulfilled allergy/intolerance requests: a) reason for lack of fulfillment; b) outcome of the order (was it delivered anyway, or was it cancelled by eater or by merchant)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

**Slide 116 Comments**

1    (1) Pain points on the Eaters' journey while choosing good restaurants and/or food options that support their allergies/intolerance.
(2) Pain points on the Merchants' journey when addressing food delivery services' allergies/intolerance requests (back-office), any strategies they have to support customers and/or to avoid severe cases of allergies.
(3) Support team data on allergies/intolerance: cases/complaints.
*Alexandre de Lima, 10/3/2022 12:42 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0157

**[Policy & Comms]  Breakdown of communication between Spender <> Merchant + catalog quality issues leads to allergic reaction**

Policymaker / regulator perception of this issue + external landscape
- While allergens are not a primary focus for regulators globally, it has come up as an issue in select markets, including the UK, and in some states in the US. A lack of understanding about our processes and how we communicate with restaurants and customers to ensure allergen information is clearly conveyed/incorporated has led to concerns from some food safety experts and advocacy groups.
- In the UK, for example, a high profile allergen incident with Deliveroo, means regulators are now developing policies to regulate how allergens are displayed, including written information. Failure to take proactive measures could see punitive regulations applied to Uber Eats and even risk reclassification as an FBO.

Partnering with third-party experts
- We partner with third-party food safety and allergen experts in regions where food safety and allergens are a high priority for policymakers and NGOs. This includes the Partnership for Food Safety Education and Conference for Food Protection (US), and the Natasha Allergy Research Foundation in the UK.

Policy/Comms allergen safety issue resources **[INTERNAL]**
- Global Food Safety Policy Framework

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0158

**[CommOps] Breakdown of communication between Spender <> Merchant + Catalog Quality issues leads to allergic reaction**

- Eaters seem to believe that they have communicated a dietary restriction, but have not (alternatively, they could just be lying)
    - Food Safety Insights program tickets marked as "eater error"
- This didn't result in a reaction, but the eater gave general dietary restrictions ("gluten and dairy allergy") and saw mayonnaise and wasn't certain what it was
- Not sure where this fits, but eaters are expected to engage with restaurants' menus differently to do the same thing - sometimes not checking boxes to remove ingredients, and sometimes checking them to remove ingredients (e.g., "no thousand island dressing"). Alternatively, sometimes ingredients are pre-checked and have to be un-checked to be removed.
- Restaurant ingredient lists are too general (e.g., "seafood" instead of "shrimp and scallops")
    - FSI-4938
    - Bliss contact

# Food Safety Regional Inputs



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0160

## [US/C] Breakdown of communication between merchant <> spender

Kat: Missed Special Instructions or customizations by the restaurant are a major source of allergic reaction incidents. The cooks miss the special instructions on the order or don't receive it from the restaurant staff. Also some POS integrated restaurants aren't able to receive SIs on their end.

Some restaurants have special instructions turned off and Eaters cannot communicate their allergies to the restaurant.

Eaters sometimes do not proactively disclose their allergies, especially if the menu doesn't list an ingredient that they are allergic.

## [US/C] Catalog Quality issues leads to allergic reaction

Kat: Incomplete descriptions on the menu lead to allergic reactions. If Eaters aren't aware that a menu item has an allergen they need to avoid, they won't provide Special instructions to disclose their allergy.

Cross contamination also leads to allergic reaction- Either utensil contamination in the cooking process or a piece of food that an Eater is allergic to can end up in the food ordered.

Gap - There aren't any minimum requirements to allow a restaurant to have the Allergy Friendly tag. This requires additional analysis but this gap puts Eater trust and health at risk.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0161

# Food Safety Casual Factor Deep Dives | **LATAM/Cornershop Inputs**

## [LATAM/CS] Breakdown of communication between Spender <> Merchant + Catalog Quality issues leads to allergic reaction

**Spender <> Catalog**

- Catalog does not have full ingredient specifications
- Wrongly tagged causing product to be displayed in a wrong section
- Not matching product with correct ingredient list or specifications

**Spender <> Earner**

- Shopper delivered wrong item or not requested item with food allergens

**Spender <> Merchant**

- Merchant has in-house made products without full ingredient disclosure listed e.g local bakery, local chocolate shop.
- Merchant in-house made products have been contaminated with food allergens in the process that are not disclosed in the ingredient list
- Misleading Store Advertising/ Perception

Latam ticket review on allergy reports are mostly related to spenders getting delivered products by accident that can cause them an allergic reaction. Also, there was an incident reported of a spender having to go to the hospital due to lactose intolerance by consuming milk that was wrongly picked by the earner.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0162

Slide 121 Notes

*Guiding questions to answer on this slide:*

- *Is this a key causal factor in your region? Why or why not (i.e., what insights have you gathered from ticket audits, IR data, data analyses, regulatory scrutiny, business defensibility)? Please link to any sources.*
- *What have we already done / what are we doing to learn about this risk space? What have we learned?*
- *What are the regional nuances that surround this causal factor in your region?*
- *How do we account for your regional nuances in a global narrative?*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0163

## [EMEA] Breakdown of communication between merchant <> spender

- **Eater allergen notes in order are ignored or prepared wrongly by merchants**
  - **Special Notes positioning in order screen / Confirmation of requirement**
  - **Tuna's activation for FR**
- UKI: Biggest drivers here are (1) merchants receiving, but not noticing / missing allergy notices, and (2) eaters don't tend to proactively say "I have an allergy", even though this is best practice.
  - I think a big part of this is encouraging eaters to proactively notifying restaurants of their allergy, even if they're ordering 'safe' items. Worth noting that all other barcode-ordering apps / websites, and many bars / pubs / restaurants have in-app and in-store signage saying "if you have an allergy, please order directly from a member of staff and let us know". We seem to be very behind the rest of industry here.
  - It's also crucial that we have merchant-wide disclaimers in place (e.g. 'all items may have traces of peanuts(?)') / a process for merchants/eaters to cancel an order if the merchant can't fulfil allergy requirements.
  - There is no in-app option for eaters to call their merchants directly. Both main competitors in the UK do this - this is also vital for ensuring that, short of a 100% accurate catalog, eaters can easily contact merchants to ask them questions about food prep

## [EMEA] Catalog Quality issues leads to allergic reaction

- UK: Biggest drivers here are (1) menu items not having clear disclaimers when they contain major allergens, (2) eaters assuming that menu items don't contain their allergen, or (3) lack of catalog signposting leads to eater complacency re: where they assume that the items listed don't have the allergen in them
  - Key priority - launching Metadata product in UK (or globally). Note - got insights from POS Integration team that work needs to be done to make the allergen field dynamic (ie so when there are customisations / add-ons, the allergen field changes)
- Wonder whether we should create a 'Global min requirements' list so that we're providing clear signposting of all major allergens across the world (ie beyond locally required allergens)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0164

## [APAC] Breakdown of communication between merchant <> spender

- Eater allergen notes in order are ignored or prepared wrongly by merchants
  - Special Notes positioning in order screen / Confirmation of requirement
  - Tuna's activation
- Difference in understanding of allergen item
  - Improving communication channels/education or prompts to remind Eater to be specific
- Lack of customised food safety education for local market earners
  - Localisation + learning module
- "Regulatory" Audit requirements for online platform food safety (TW FDA/JP CAA)
- TW : Annual TW FDA audits on food safety handling by online food platform earners
- JP : Consumer Affair Agency "encourages" online food/delivery merchants to label allergens and expiry dates for items sold online
- Fraud users asking for refund after complain about a food allergen (ie. tomato sauce, but ordering a spaghetti bolognese)

## [APAC] Catalog Quality issues leads to allergic reaction

- Full ingredient List/Known Allergens not stated
  - Ability to filter by allergen + save preference to inform other choices (such as not batching)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0165

# Food Safety Global Narrative



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0166

## [Global Narrative} Breakdown of communication between merchant <> spender + catalog quality

Insights:

Critical need for product solutions to support scalable and robust communications between Spenders and Merchants on the platform. Failure to do could result in classification as FBO/increased regulatory scrutiny on TPDS. In addition, critical to ensure we have catalog metadata to support product substitutions.

Overall:

A better UI with more ways to facilitate communication between Spenders and Merchants.

Gops:
1. Data - Need for data support on sizing the problem. Also need for data support on understanding impact of current features, what's working and what's missing.
2. Eater order experience - pop up reminding them to reach out to merchant for allergen needs; Add a call merchant feature; save eater allergen preference to profile incl. Uber family/group orders; easy to use process to list out global regulated allergens
3. Merchants - Disclaimer on menus (optional) - food prepared on surfaces with other (name them) allergens and there is a potential for cross contact.; merchant receives allergy info conspicuously; reach out to customer if they cannot accommodate request; merchant acknowledges they have completed the order with allergen request; package order with allergens separately from non-allergenic items if multiple items in order; labels order with allergens so eater is not having to guess; standardized allergen flow for menus/catalog
4. Food safety/allergen handling global policy; global business standards (to support allergen management internally); merchant best practices on allergen management
5. Earners - product substitutions, what's in the catalog, how do earners identify allergens in the catalog; double checks the correct order has been picked up especially if there are dietary restrictions
6. Long term - work with NARF, NRA/ServSafe, FARE etc on allergen resources for merchants
7. When we 'buy' catalogs, what metadata are we collecting?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0167

# Food Safety Bowtie and Gap Analysis



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0168

# Control Mapping

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0169



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0170

## Slide 128 Comments

1    @akhilav@uber.com do we have one of these for temperature risks already built somewhere?
     _Reassigned to akhilav@uber.com_
     *Elinor Birmingham,  4/9/2024 12:50 PM*

2    Yes we do. This slide is not current - https://docs.google.com/document/d/1mbCFOF8oAC9tkVhtxjI0-
     f9DPMuSi9JFiXGgSgZ5fJs/edit?usp=sharing
     *Akhila Vasan,  4/9/2024 01:02 AM*

3    Is that the right doc? Not seeing a bowtie on this one
     *Elinor Birmingham,  4/9/2024 12:38 PM*

4    Oooh did not realize you are looking for a bowtie. I thought you were looking for the temp guidance.
     *Akhila Vasan,  4/9/2024 12:50 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0171

# Current controls in place in relation to Breakdown of Communication Between Merchant and Spender



* scoped, not launched

Attorney-Client Privileged & Confidential

Attorney-Client Privileged & Confidential

# Ideal Bowtie

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Ideal controls in relation to Catalog Quality



| **Contributory Factors** | **Preventative Controls** | | | **Reactive Controls** | **Consequences** |
|---|---|---|---|---|---|

**Contributory Factors:**

Catalog/menu does not list allergens at the item level

Catalog lists allergens information but it is inaccurate or incomplete

Allergen statement and nutritional information is not captured or shown in grocery product images

Product images cannot be zoomed into to look at the 6pt font details on ingredient statements

**Preventative Controls:**

Product Details Page Menu data PRD

Metadata to improve item accuracy and Quality - PRD

Merchant Onboarding Resources

AI Model to build catalogs

Gamify/Incentivize merchant engagement to catalog quality

Global Requirements for Metadata Collection

Catalog Quality

**Reactive Controls:**

Food Safety Insights Program

**Consequences:**

Hospitalization/fatalities

Regulatory/Legal/Financial consequences

Loss of trust

**Legend for Controls:**

- Eliminate
- PPE
- Reduce
- Reactive
- Admin
- ● Key factor or control
- ● Potential key factor or control, but lack evidence

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0174

# Item Handling & Delivery Hazards (IH&DH)

# Top Causal Factors Deep Dive

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0175

# Ideal controls in relation to Breakdown of Communication Between Merchant and Spender



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0176

Slide 133 Comments

1     @akhilav@uber.com @joe.navin@uber.com New controls for "Breakdown of Communication Between Merchant and Spender". I didn't know against what contributory factors these three new controls mapped but this can be adjusted. If there is anything else to add to this bowtie please let me know (I got the relevant info from here:

https://docs.google.com/spreadsheets/d/1f1_du2tvZBqYF7z-wDaZt9tHjtgkGnh1QjrEYq0Up1w/edit?pli=1#gid=0

Thanks!
*Daniel Copeland,  10/17/2022 07:34 PM*

2     Looks good Dan - I made a couple of small edits
*Joe Navin,  10/17/2022 07:34 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0177

ATTORNEY CLIENT PRIVILEGED &
CONFIDENTIAL

# Cross Functional Inputs



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0178

**[DS / Product]  Earner Engages in Unsafe Handling Practices**

- Data Limitations
  - Current Uber data has limitation on getting the item level metadata in our catalog, which means data is currently not stored or queryable, so item handling capacity is hard to define.
  - At the merchant level, we do not know which merchants are using tamper proof packaging
  - Data quality issues related to fraud (example serious alleged food tampering submitted by spenders with high or blocked appeasement tags: ticket 1, ticket 2)

**[DS / Product] Earner is dispatched an order they cannot handle**

- Item-Aware Dispatch product is built with strict and clear usage rules. However, the item-level metadata is unavailable, so it cannot calculate order size or carrying capacity.
- Since weight and dimension data are currently not stored or queryable, nor are standard GTIN/UPCs, bulky items are hard to define. This blocks us from knowing whether an order is handleable.
- All SKUs will have cleaned up GTINs, and weight data are expected to be automatically enriched via API in INCA in Q4.
- Once all weight data is available and queryable, we will better identify and tag SKUs for item-aware dispatch.
- # of SKUs: Analysis conducted for Taiwan Two-Wheelers showed the number of SKUs correlated with higher crash rates, but further research is needed to account for weight and dimension data

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0179

1

## [Policy & Comms] Earner Engages in Unsafe Handling Practices

- **Increased attention and regulatory interest:** Regulations or government guidance are being discussed to improve courier handling and delivery safety (i.e. proposed weight restrictions on rapid delivery in NYC). There may be vehicle (esp 2-wheels) specific weight restrictions.
- **Limitation**
    - **Lack of control** - imposing restrictions on delivery bags, handling methods can increase employment risks
    - **Enforceability** - As mentioned in others' feedback
- **Position**
    - **Industry-wide solution** to level the playing field, either through regulation or self-regulation.

## [Policy & Comms] Earner is dispatched an order they cannot handle

*To be filled out by Sep 30 by policy, comms & marketing*

*Example questions to answer on this slide:*

- *What is the external landscape/policy/research telling us about this causal factor?*
- *What is policymaker / regulator perception of this issue?*
- *Have external experts identified best practices around these causal factors?*
- *Is there opportunity to partner with external experts in this risk space?*
- *Do we currently have an external-facing position on this risk space? If so, what do we say?*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0180

## Slide 136 Comments

1    @smithk@uber.com @rchou@uber.com can you please have this completed by 9/30? thanks!
     _Assigned to smithk@uber.com_
     *Midra Arshed,  9/26/2022 02:49 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0181

## [CommOps] Earner Engages in Unsafe Handling Practices

**Cornershop:**

- Currently, we do not have a way of knowing if an Earner is having Unsafe Handling Practices unless it is reported through a Support Agent.
- Occasionally, we receive store reports on some Earner misbehaviors that are escalated to Earner Quality.
- Other case that is not that common is when an Earner reports another Earner involved in an Unsafe Handling Practice, but we don't have it documented.
- From an Unsafe Handling perspective, when a customer receives an order that was not well packaged, can be identified as a misbehavior from the Earner (e.g. mixing cleaning products with produce).

## [CommOps] Earner is dispatched an order they cannot handle

- This situation is extremely rare, we have not encountered a report yet of this, but rather drivers cancelling due to this reason.
- We are looking to update our taxonomy to fit this use case into a taxonomy category.

**Cornershop:**

- Earners are able to escalate to SOMs if they are dispatched an order against their handling capacities
- Reports are logged through the CM dashboard that are fed back to manual catalog audits

UBER_JCCP_MDL_002289722.0182

**Slide 137 Comments**

1    @augusto.vaz@uber.com
     _Assigned to old-augusto.vaz@uber.com_
     *Midra Arshed,  9/27/2022 09:28 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

# Regional Ops Inputs



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0184

### [US/C] Earner Engages in Unsafe Handling Practices

- Uber has opportunities to improve on our data quantitatively. Currently there are limitations on getting the item-level metadata of the various SKUs in our catalog, meaning certain data (i.e. weight) are currently not stored or queryable. These limitations make initiatives on tackling issues such as 'item handling capacity' hard to define.

### [US/C] Earner is dispatched an order they cannot handle

- Currently, if a courier is unable to accept the trip for whatever reason (i.e. too heavy), we let them decline the order or cancel at merchant pick-up without penalty. We have opportunities here to optimize the assigning of orders to couriers with the capabilities of fulfilling orders, as well as incentivizing the accepting of such orders.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0185

## [EMEA] Earner Engages in Unsafe Handling Practices

3

*Earners engaging in unsafe handling practices are the leading cause for personal injury. Incident audit* <u>data</u> *reveals the following causes as the top causal factors:* Shopper unaware of safe transportation practices, Shopper in a rush to purchase and deliver, Shopper unaware of the weight/volume prior to accepting the job, Shopper unaware of ergonomic restrictions, Shopper not aware of risk assessing the condition of the product to deliver

Incident data reveals that Total Weight (TW) is not entirely indicative of the level of injury; rather injuries can occur on orders weighing as less as 1KG up to 167kg with the leading cause of injury being due to the Shopper engaging in unsafe handling practices such as those highlighted above

From UKI:
- Merchants are not siloed by item type (ie liquor store v tobacco store v grocery store etc). This means that orders can contain combinations of differently shaped / weighted SKUs, and can be difficult to pack
- DPs are not currently provided with PPE (including insulated backpacks / carrying gear), so it is unclear how DPs are carrying loads up stairs or on their vehicles
- DPs are currently paid based on UEP. This means that they are not paid for extra time taken to do extra trips at drop off and pick up, and are arguably incentivised to rush

## [EMEA] Earner is dispatched an order they cannot handle

1

*There are clear gaps in process that contribute to earners sustaining personal injuries or auto-crashes due to an error in dispatch related to weight/volume data or lack thereof. The following* <u>root causes</u> *reveal these process and feature gaps:*
- Lack of a process to ensure shopper is aware of or instructed on how to shop or transport products in a safe way (education)
- Lack of a process to ensure shoppers are resourced with appropriate and certified equipment to ensure safety transportation (PPE, delivery tools)
- Lack of a process to ensure the order is distributed by products/weight and the Shopper is aware (dispatch rules)
- Lack of a process to ensure the shopper is aware of the delivery environment (stairs, floors, etc.) prior to accept and instructed (transparency, identifiers)

From UKI:
- Item Aware Dispatch - big priority re: restricting heavy dispatches to 2W couriers. **Is there a mechanism we can/should be building to cap heavy orders from being placed and/or being dispatched to 4W couriers**
- Focus in 2023 on education for couriers on how to recognise when an order is too heavy for (a) them to carry/lift by themselves, or (b) them to safely take on their vehicle.

**Slide 140 Comments**

1

2

3

# REDACTED - PRIVILEGED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0187

## Earner Engages in Unsafe Handling Practices

- Couriers advised to call in and reject on safety grounds when they are not comfortable with size of order
- Courier claims injury due to heavy order - how to objectively determine if a order is too heavy and has directly led to courier injury?

## Earner is dispatched an order they cannot handle

- Item aware dispatch is not fully used across regions - in scope to push in TW/JP in 2023
- For now - couriers are asked to call in and a second courier will be dispatched for the same order
- High 2W supply requires right sizing of dispatch orders given focus on NV growth in TW/JP

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## Slide 141 Comments

1   @he.yuan.tan@uber.com @shin.otake@uber.com @vivian.yang@uber.com @dianna.tk.kuan@uber.com  can you please have this completed by 9/30? thanks!
    *Midra Arshed,  9/30/2022 01:01 AM*

2   @alison.iared@uber.com @rieshaw@uber.com
    *Edmund Tan,  9/27/2022 08:33 AM*

3   @serenader@uber.com do u have anything to add here?
    *Alison Stefan Iared,  9/30/2022 01:01 AM*

4   @nisanth.segar@uber.com @enosh@uber.com @vishnavan@uber.com Hey SL team - gathering apac inputs on catalog safety issues - do add if you have specific callouts/challenges for the SL market regarding Item handling and delivery hazards such as earner not handling raw food items/separating food items properly during delivery/pickup , and earners being disptatched orders which are too large or voluminous or cannot be handled properly etc

    @rieshaw@uber.com
    *Edmund Tan,  9/30/2022 08:27 AM*

5   To be filled out by Sep 30 by APAC risk POC
    Guiding questions to answer on this slide:
    Is this a key causal factor in your region? Why or why not (i.e., what insights have you gathered from ticket audits, IR data, data analyses, regulatory scrutiny, business defensibility)? Please link to any sources.
    What have we already done / what are we doing to learn about this risk space? What have we learned?
    What are the regional nuances that surround this causal factor in your region?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0189

**Slide 141 Comments (Continued)**

5        How do we account for your regional nuances in a global narrative?
*Edmund Tan,  9/27/2022 08:32 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## [Latam] Earner Engages in Unsafe Handling Practices

- Poor product handling (loss of cold chain, cross contamination, mishandling hazardous chemicals resulting in leakage and exposure to these, mishandling fragile or sharp products resulting in injury)
- Poor product picking (spoiled produce, expired, product safety seal broken, expired, with pests or mold)
- Not following spender packing or delivery instructions leading to potential consumption of toxic products by pets or children

From latam ticket reviews related to food reports, reported incidents are related to:  Distinctly Rotten/Spoiled, Packaging Issues, Bad Condition/ Damaged, Expiration Date, loss of cold chain,  pests

Actions taken: Mandatory onboarding training and 24/7 available resources on product handling, picking and packing available for earners to access in the Shopper Center. Onboarding training also emphasizes being alert to spender instructions/requests in the chat. Dynamic notification instructions for "Baby Shoppers". For Hazardous Products an appropriate tag will be assigned to inform the shopper the type of product being handled  and a Product Consideration "For safety reasons, this product should be handled with care" will also be available to inform a more cautious treatment.

## [Latam] Earner is dispatched an order they cannot handle

- 2-wheeler order weight limits are defined to prevent the assignation of heavy orders
- Shoppers can request an order weight limit to prevent being assigned heavy orders.
- If a shopper is assigned an order they can not handle for safety reasons, there will be no penalty applied.
- To prevent this, Catalog local teams have been creating every new item with weight and fixing the legacy (82% of all active products in LatAm has the weight attribute populated). Both of these attributes are used by the dispatcher in order assignment.
- Also, tags definitions were created and Catalog local teams are using them in the creation of new products and also reviewing the legacy, so tags such as Big Size are assigned correctly.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0191

## Slide 142 Comments

1    @nicolasm@uber.com @matias.echeverria@uber.com  can you please have this completed by 9/30? thanks!
     _Assigned to old-nicolasm@uber.com_
     *Midra Arshed,  9/26/2022 02:55 PM*

2    @stefanie.stevenson@uber.com @marcos.herrera@uber.com @alexruiz@uber.com  can you please have this completed by 9/30?
     thanks!
     _Assigned to old-stefanie.stevenson@uber.com_
     *Midra Arshed,  9/26/2022 02:55 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

# IH&DH Global Narrative



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0193

## [Global Narrative ]  Earner Engages in Unsafe Handling Practices

*Insights:*

- Earners are

*Gaps:*

## [Global Narrative] Earner is dispatched an order they cannot handle

*Insights:*

- Our weight/volume data exists but is not feeding our control mechanisms in a resourceful manner
- Increased 2W incident rates: obscured visibility,  lack of delivery equipment, distracted driving due to load management

*Gaps:*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0194

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL



# IH&DH Bowtie
# +
# Gap Analysis

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY



UBER_JCCP_MDL_002289722.0195

**Slide 145 Comments**

1          to be completed the week of 10/3
           *Midra Arshed,  9/23/2022 08:04 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Control Mapping

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0197

# Current controls in place in relation to earner dispatched an order they cannot handle



| Contributory Factors | Preventative Controls | Reactive Controls | Consequences |
|---|---|---|---|

**Contributory Factors**
- Customer product offering
- Penalizing earners for rejecting heavy orders
- Dispatching multiple orders (batching)
- Large items are dispatched to smaller modalities
- Merchants and storefronts sell products heavier than recommended for individual handling
- Volume information from merchants is not available
- Products have missing/incorrect weight/volume/hazard information
- Individual physical abilities vary
- Customer products enabling cx to add heavy/bulk/hazardous items
- Products with special handling instructions are sold

**Preventative Controls**
- Item Aware Dispatch
- Offer Card Info*
- High Risk Delivery Batching
- Dispatch Multi Courier
- Menu Audit Team

**Reactive Controls**
- Earner dispatched order they can't handle
- Safety as a cancellation

**Consequences**
- Courier Hospitalization/Fatalities
- Litigation
- Brand/Reputational Harm
- Loss of Courier Trust
- Degraded Courier Experience
- High Cancellation Rates

**Legend for Controls:**
- Eliminate
- Reduce
- Admin
- PPE
- Reactive
- ● Key factor or control
- ○ Potential key factor or control, but lack evidence

*Control Under Development

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0198

# Current controls in place in relation to Earner Engages in Unsafe Handling Practices



| Contributory Factors | Preventative Controls | Reactive Controls | Consequences |
|---|---|---|---|
| Weaving through traffic | | | Courier Musculoskeletal Injuries |
| Lifting and carrying loads in an awkward/unsafe manner | | | Courier Hospitalization/ Fatalities |
| Attention is diverted due to managing products in vehicle | | | |
| CPP - Products organized/packed poorly i.e; bottled beverages being carried individually, paper bags for heavy items | | | Damaged Products |
| Too many products are stuffed into bags with potential to rip and drop | | | Brand/Reputational Harm |
| Loose products are not secured | Opt in/ out of heavy/ bulky orders¹ / Delivery Safety Education | | Degraded Customer Experience |
| Not using appropriate tools: grocery carts, delivery bags, paper bags | | | |
| Packing awkwardly shaped items: stuffed animals, cleaning tools, home & garden | | | |
| Large volume items are packed together | | | |
| Overestimating personal physical capacity | Safety as a cancellation | | |
| Orders take longer to shop and deliver creating an urgency to move faster | | | |

Earner engages in unsafe handling practices

Education

**Legend for Controls:**

- Eliminate
- Reduce
- Admin
- PPE
- Reactive

- Key factor or control
- Potential key factor or control, but lack evidence

Attorney-Client Privileged & Confidential
UBER_JCCP_MDL_002289722.0199

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

# Ideal Bowtie

# Ideal controls in relation to earner dispatched an order they cannot handle



# Ideal controls in relation to Earner Engages in Unsafe Handling Practices

| Contributory Factors | Preventative Controls | | | Reactive Controls | Consequences |
|---|---|---|---|---|---|



**Contributory Factors**

Weaving through traffic

Lifting and carrying loads in an awkward/unsafe manner

Attention is diverted due to managing products in vehicle

CPP - Products organized/packed poorly i.e; bottled beverages being carried individually, paper bags for heavy items

Too many products are stuffed into bags with potential to rip and drop

Loose products are not secured

Not using appropriate tools: grocery carts, delivery bags, paper bags

Packing awkwardly shaped items: stuffed animals, cleaning tools, home & garden

Large volume items are packed together

Overestimating personal physical capacity

Orders take longer to shop and deliver creating an urgency to move faster

**Preventative Controls**

Opt in/ out of heavy/ bulky orders'

Delivery Safety Education

"Make PPE Cool Again"

Safety as a cancellation

**Reactive Controls**

Earner engages in unsafe handling practices

Education

**Consequences**

Courier Musculoskeletal Injuries

Courier Hospitalization/ Fatalities

Damaged Products

Brand/Reputational Harm

Degraded Customer Experience

**Legend for Controls:**

- Eliminate
- PPE
- Reduce
- Reactive
- Admin

- Key factor or control
- Potential key factor or control, but lack evidence

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0202

**Slide 151 Comments**

1      @midra@uber.com I added the new controls for "Earner Engages in Unsafe Handling Practices" based on this sheet

https://docs.google.com/spreadsheets/d/1f1_du2tvZBqYF7z-wDaZt9tHjtgkGnh1QjrEYq0Up1w/edit?pli=1#gid=0

If there is anything else to add let me know and we can update this ideal bowtie. Thanks!
*Daniel Copeland,  10/17/2022 07:10 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0203

Attorney-Client Privileged & Confidential

# **Fact Base Deck**

## Road Safety

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0204



P-01528.00209

# Table of Contents

1.  Fishbone
2.  Top Causal Factors
    a.  4-wheel (4W) Causal Factor #1: Lack of Earner driving experience (general & Uber app)
    b.  4W Causal Factor #2: Technology-based Earner distraction (Uber app & other apps)
    c.  2-wheel (2W) Causal Factor #1: Route includes high-risk situations / intersections
    d.  2W Causal Factor #2: Lack of / wrong personal protective equipment (PPE)
3.  Deep Dive: Lack of Earner driving experience (general & Uber app)
    a.  Data Science Information
    b.  Policy, Communications & Marketing Information
    c.  CommOps information
    d.  UXR information
    e.  Regional Context  (APAC, EMEA, LATAM, US/C)
    f.  Global Narrative & Insights
    g.  Controls Bowtie + Gap Analysis
        i.    Current Controls and Industry Research
        ii.   Review of Key Factors and Controls
        iii.  Bowtie and Gap Summaries
4.  Deep Dive: Technology-based Earner distraction (Uber app & other apps)
    a.  Data Science Information
    b.  Policy, Communications & Marketing Information
    c.  Regional Context  (APAC, EMEA, LATAM, US/C)
    d.  CommOps information
    e.  UXR information
    f.  Global Narrative & Insights
    g.  Controls Bowtie + Gap Analysis
        i.    Current Controls and Industry Research
        ii.   Review of Key Factors and Controls
        iii.  Bowtie and Gap Summaries

5.  Deep Dive: Route includes high-risk situations / intersections
    a.  Data Science Information
    b.  Policy, Communications & Marketing Information
    c.  CommOps information
    d.  UXR information
    e.  Regional Context  (APAC, EMEA, LATAM, US/C)
    f.  Global Narrative & Insights
    g.  Controls Bowtie + Gap Analysis
        i.    Current Controls and Industry Research
        ii.   Review of Key Factors and Controls
        iii.  Bowtie and Gap Summaries

6.  Deep Dive: Lack of / wrong personal protective equipment (PPE)
    a.  Data Science Information
    b.  Policy, Communications & Marketing Information
    c.  CommOps information
    d.  UXR information
    e.  Regional Context  (APAC, EMEA, LATAM, US/C)
    f.  Global Narrative & Insights
    g.  Controls Bowtie + Gap Analysis
        i.    Current Controls and Industry Research
        ii.   Review of Key Factors and Controls
        iii.  Bowtie and Gap Summaries

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

# Fishbone

Attorney-Client Privileged & Confidential

# Global Road Safety Fishbone



Global Road Safety Fishbone

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0207

# Causal Factors

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0208



P-01528.00213

Attorney-Client Privileged & Confidential

# Top Global Causal Factors



1. 4W Causal Factor #1: Lack of Earner driving experience (general & Uber app)
2. 4W Causal Factor #2: Technology-based Earner distraction (Uber app & other apps)
3. 2W Causal Factor #1: Route includes high-risk situations / intersections
4. 2W Causal Factor #2: Lack of / wrong personal protective equipment (PPE)

These priorities were identified by the Central and Regional Safety Operations Road Safety leads with XFN input, by taking into consideration the 4 pillars of Uber's 3-year Safety Strategy: Keep our Customers Safe (incident rate), Inspire Trust (sentiment), Best in Class SMS (defensibility), and Platformization & Efficiency (scalability / cost). The four top causal factors choices were informed by, e.g., past JIRA ticket audits, incident rate metrics, data analyses, regulatory landscape, and safety sentiment.

Global Road Safety Fishbone

UBER_JCCP_MDL_002289722.0209

Attorney-Client Privileged & Confidential

# Deep Dive:
# Lack of Earner Driving Experience
# (General & Uber app)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0210

Attorney-Client Privileged & Confidential

# 4W Causal Factor #1: Lack of Earner Driving Experience (General & Uber app)

**Definition:** An Earner's lack of driving experience is suspected to have resulted in a fatal crash on the Uber platform.

**Scope:** Includes one or more key contributing factors:

1. Lack of experience driving with the Uber app
2. Lack of general driving experience
3. Lack of experience with delivery / rideshare
4. Lack of experience with vehicle form-factor (e.g., Earner is new to riding motorbikes)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0211

Attorney-Client Privileged & Confidential

# Data Science / Product Information: Lack of Earner Driving Experience (General & Uber app)

### Data trend

- US: Earners within their first 50 trips have a 57% higher insurance claim rate compared to an average Earner on Uber Mobility platform.
- US: Young Earners under 23 years old have a 66% higher insurance claim rate than an average Earner on Uber Mobility platform.

### Data challenges

- Factors potentially confounded with driver tenure, eg. Driver churn pattern/driver lifetime expectancy, etc.

### Data analyses

- 2022 Earner Age & Tenure SAC Analyses: Mexico & Brazil Rides
- 2021 Road Safety Impact Analysis of Relaxing Driver Age: ANZ Rides

Attorney-Client Privileged & Confidential

# Policy/Comms/Marketing Information: Lack of Earner Driving Experience (General & Uber app)

## Perception

**Driver age and experience are issues that the road safety community cares about, but they don't usually rise to the top of the list of concerns.**

- Road safety advocates care a lot about teen driver safety. Focus is on distraction, seat belts, speeding, and alcohol.
- Insurance companies care about older and newer driver correlation with insurance costs.
- Policymakers rarely mention the issue.



Image from CDC "Keep Teen Drivers Safe" content

## P/C/M team feedback

- Not a top priority – No known legislation, regulation around age/experience
- Reducing driver age could draw policymaker attention around work issues
- Gen pop risk higher on mobility than delivery

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0213

Attorney-Client Privileged & Confidential

# Policy/Comms/Marketing Information: Lack of Earner Driving Experience (General & Uber app)

## External research is clear that younger and less experienced drivers are more prone to crashes.

**Teen drivers:**

In the US  (source)

- Fatal crash rate per mile driven for 16-17 year-olds is 3 x the rate for drivers 20 +
- Overall crash rate for 16-19 year-olds is nearly 4 x  the rate for drivers 20 +

**Novice drivers:** (source)

- Nationwide, 43 % of first-year drivers and 37% of second-year drivers are involved in car crashes.
- Younger novice drivers have higher crash rates than older novice drivers

**Older drivers:**

- Compared with younger drivers, senior drivers are more likely to be involved in certain types of collisions — angle crashes, overtaking or merging crashes, and especially

## Drivers In Fatal Motor Vehicle Crashes By Age, 2020

| | Licensed drivers | | Drivers in fatal crashes | |
|---|---|---|---|---|
| Age group | Number | Percent of total drivers | Number | Involvement rate (1) |
| 16 to 20 | 11,526,490 | 5.1% | 4,440 | 38.52 |
| 21 to 24 | 14,041,261 | 6.2 | 4,884 | 34.78 |
| 25 to 34 | 39,900,499 | 17.6 | 11,933 | 29.91 |
| 35 to 44 | 38,208,444 | 16.6 | 8,896 | 23.28 |
| 45 to 54 | 37,372,539 | 16.7 | 7,731 | 20.69 |
| 55 to 64 | 39,417,228 | 17.4 | 7,294 | 18.5 |
| 65 to 74 | 29,871,852 | 12.7 | 4,116 | 13.78 |
| Over 74 | 17,795,854 | 7.6 | 2,810 | 15.79 |
| Total | 228,195,802 | 100.0% | 53,890 (2) | 23.62 |

(1) Per 100,000 licensed drivers in each age group.
(2) Includes drivers under the age of 16 and of unknown age.

Source: U.S. Department of Transportation, National Highway Traffic Safety Administration, Federal Highway Administration.



Source

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0214

Attorney-Client Privileged & Confidential

# CommOps Information: Lack of Earner Driving Experience (General & Uber app)

## How we collect data

- "I was involved in an accident" help node
  - Asks "how did the accident occur?"
- Opportunity Analysis
  - Scaled audits of incident data
  - Kicked off first set of jobs in Aug -> raw data will be available end of Oct
- Agents are advised to not ask about causal factors during an investigation
- Driver tenure and age are not captured in the accident details

## Audit of 45 Motor Vehicle crashes for Eats deliveries



Incidents vs. # of Eats Trips (Earner Tenure)

Attorney-Client Privileged & Confidential

# UXR Information: Lack of Earner Driving Experience (General & Uber app)

1

**Internal research:**

- Early lifecycle earners: We count on earners to patiently learn important features on their own before they decide stay or drop. Yet, they are not as certain to learn or don't know where and how to discover the features they care about to start with (Source)
- Early lifecycle earners do not receive safety training - training just launched in US (except CA) to share education with drivers after their first ten trips, topics focused on Intersections/Left Turns, Distracted Driving, and Speeding (contact Meng-Fei Shen)
  - So far 10% of drivers who receive this training complete all parts of the course, and out of those who have completed the course, 99% found this helpful. More efforts in place to think about how to better attract drivers to complete the education.

**Current gaps:**

- Relationship between driving experience in general and with Uber in association with driving performance (telematic data and bliss tickets)
- Compounded Impact of age and experience on driving performance
- Compounded Impact of experience and different road types on driving performance
- Impact of uber app familiarization period (early lifecycle) on driving performance for drivers who are experienced vs inexperienced in total amount of driving hours and frequency, as measured by driving performance and self reported experience with Uber
- Impact of incentives and motivation on driving performance for drivers with different levels of experience in general and in uber
- Exploration of driving experience in other countries prior to US and comparison to the same level of experience within the US
- Exploration of risk perception (associated with incidents) and driving experience

**External research:**

- Less experienced drivers are more susceptible to distraction and decline in driving performance when conducting secondary tasks (e.g. interacting with uber app, riders)
- Learning new tools can negatively impact driving performance
- Drivers with both minimal experience, plus 'expert' experience are at similar levels of risk of driving performance error and decline, with new drivers more susceptible to cognitive overload and associated consequences such as drop in vigilance, and very experienced drivers experiencing underload which is associated with boredom, complacency and reduced vigilance

UBER_JCCP_MDL_002289722.0216

**Slide 164 Comments**

1    **REDACTED - PRIVILEGED**

*Nic Benincasa,  10/6/2022 07:46 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0217

P-01528.00222

Attorney-Client Privileged & Confidential

# APAC Specific Information: Lack of Earner Driving Experience (General & Uber app)

This is one of the top causal factor in APAC and not limited to just 4W drivers. We hypothesized that compared to other groups of drivers, young and newly licensed drivers are more likely to experience an incident because they may lack experience behind the wheel and may not be able to recognize or adapt to dangerous situations.

- From ticket reading of L4 incidents, I observed that there was a lack of general driving skills and experience. There has been an incident in INSA, where a new driver got into a fatal incident on his first Uber trip after getting his license less than a month earlier.
- An analysis of 2021 incident data in Taiwan delivery (generally 2Ws), we found that newly onboarded DPs (<150 trips) and those who are young (>30 years) have a higher chance of getting into a crash.
- An analysis of 2021 incident data in Australia delivery found that younger DPs had a 1.78x higher road safety incident rate than older DPs.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0218

Attorney-Client Privileged & Confidential

# EMEA Specific Information: Lack of Earner Driving Experience (General & Uber app)

3

- Unable to identify as key causal factor for crashes leading to fatality.
- However, came across a few high risk markets/products that may not have drivers licence as mandate which adds on to the risk of inexperienced drivers.
- Suggests to plan deep-dives to look for links between timestamps within platform right before the crash event/near misses and also look for links with novice/early lifecycle drivers familiarisation and driving incidents.
- In South Africa, the largest proportion of road fatalities account within the age group 25 to 39 totalling 41,6% of all fatalities (Source) and SA is leading in Uber EMEA road fatalities both for Mobility & Delivery.
- Regulatory Scrutiny - Across EU, **Graduated licensing** implemented - where aspirant drivers first gain experience in safe conditions before they are allowed to drive in more demanding traffic situations.
- In the EU, Ireland has recently implemented a graduated driver licence system.
- Some EU member states (Austria, Finland, Sweden, Slovenia, Estonia, and Lithuania) have included a mandatory second phase driver education program in their driving licence system.
- Leverage Early Life-Cycle Road Safety Education to EMEA.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Slide 166 Comments

1

2

3

# REDACTED - PRIVILEGED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0220

Attorney-Client Privileged & Confidential

# LATAM Specific Information: Lack of Earner Driving Experience (General & Uber app)

2

- This is a key causal factor for LATAM. The start of the pandemic led to LatAm's lowest levels of supply hours. During late 2021, the Supply team undertook significant new earner acquisition efforts, and this was reflected on a change in trip count distribution (ex MX +19%) based on Earner's Uber experience and SAC relativity provided by DS analysis and Jira sample analysis ( +100% yoy inc). In Mexico, SAC incidents involving Earners that have been using the Uber app for <9 months increased ~266% YoY (H1 2021 v. H2 2022). (Source)
- We have launched local Early lifecycle education, adding road safety tips to supply campaigns and about to launch a global ELC campaign.
- Supply Acquisition continues to be a priority for the region, to grow our business and create a safe experience for drivers focused on retention to drive in the platform.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0221

**Slide 167 Comments**

1

2     **REDACTED - PRIVILEGED**     https://docs.google.com/document/d/1c9RpfB-
                                     haring

*Nic Benincasa, 2/3/2023 11:30 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0222

Attorney-Client Privileged & Confidential

# US/C Specific Information: Lack of Earner Driving Experience (General & Uber app)

- This is a key causal factor in the US&C. Previous analysis showed around 25% of crashes in the US in the first quarter of 2022 were drivers who have been on platform for less than a year. (Source)

- DS previously looked at DD rate and saw blue tier drivers (least tenured) had a rate of 1.4x of plat/diamond. An Uber Study has shown that the dangerous driving ticket rate is higher when a partner has completed 100 or fewer trips vs. when a partner has completed over 100 trips

- We have recently launched early lifecycle education (drivers with 10 trips). Modules include intersection/left turn, speeding, distraction. Launch is nationwide excluding California where training is mandatory per Prop 22.

- Supply continues to be a concern in most US markets. As we continue to look for more supply, there will be a steady flow of this cohort onboarding. This narrative can be seen in other mega-regions (LatAm).

- Recent user interviews have also shown that drivers are more likely to follow through training and education early on in their driving careers as they are less familiar to the platform and more open to feedback compared to a tenured driver who understands the Uber experience.

Length of Service on Platform



Q1 '22 Serious and Critical VCC in US

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0223

Attorney-Client Privileged & Confidential

# Global Narrative & Insights on 4W Lack of Earner Driving Experience (General & Uber app)

## Risk Summary

**Business context**

- Aggressive supply acquisition campaigns, as a result of supply constraints across all mega-regions, are leading to an increase in Earners with less experience using the Uber app.

**Data & internal research insights**

- [US] Earners within their first 50 trips have a 57% higher insurance claim rate compared to an average Earner on Uber Mobility platform.
- [US] DD rates for Blue (newer) Earners are 1.4x DD rates for Platinum and Diamond (more tenured) Earners.
- [US] Young Earners under 23 years old have a 66% higher insurance claim rate than an average Earner on Uber Mobility platform.

**External research & guidance**

- Younger and less experienced drivers are more prone to crashes.
- Less-experienced drivers are more susceptible to distraction and decline in driving performance when conducting secondary tasks (e.g., interacting with the Uber app, engaging with riders).
  - Ex) [US] Overall crash rate for 16-19 year olds is nearly 4x the rate for drivers 20+ years old. (Source)
  - Ex) [US] 43 % of first-year drivers and 37% of second-year drivers are involved in car crashes. (Source)
- Less-experienced drivers are more susceptible to distraction and decline in driving performance when conducting secondary tasks (e.g., interacting with the Uber app, engaging with riders).
- Learning new tools can negatively impact driving performance.

**Regional incident spotlights**

- [APAC: New Delhi, May 2022]: Earner got into a fatal crash on his first Uber trip, after receiving his license <1 month earlier.
- [Mexico, H1 2021 v. H2 2022]: Following increased supply acquisition efforts as a result of the pandemic, SAC incidents involving Earners that have been using the Uber app for <9 months increased ~266% YoY (H1 2021 v. H2 2022).
- [South Africa]: The largest proportion of road fatalities account within the age group Earners aged 25 - 39 years old account for ~42% of all EMEA fatalities; South Africa has the most road fatalities in EMEA for Mobility & Delivery. (Source)
- [US] ~25% of crashes in Q1 2022 involved Earners who have been on platform for <1 year. (Source)

## Top Insights*

**Top existing controls**

- **Dangerous Driving Notifications (DDN):** Targeted feedback based on telematics data for drivers, delivered in-app, with an educational CTA.

**Control effectiveness**

- **DDN:** Not specifically targeted at lack of driving experience. Triggers (rider report, feedback tags, and telematics only) vary and available telematics data (speeding, harsh braking/turning, phone handling) vary by region.
- **ELC road safety and Uber app education:**
  - We need ELC education to be interactive and include scenario-based simulations: based on decades of neuroscience research, we know that live scenario-based education is most impactful. No retention/follow-up education. Static content doesn't lead to behavioral change.
  - We have an opportunity to tie ELC road safety and Uber app education to incentives / earnings.

## Top Gaps*

**Investigating potential contributory factors**

- Need to collect more structured data and better model around Earner tenure and engagement in-app.
- Need better crash reconstruction and indicators regarding what happened in the lead-up to the incident.
- Earner tenure and age are not captured in CommOps incident details.

**Understanding risk perception**

- Less experienced drivers have less risk perception, but we don't currently understand new Earners' level of risk perception and aren't focusing our controls based on that knowledge.
- Learning how Earners that are new to the platform engage with the Uber app can be useful information for both Safety and general Product Designers to leverage.
- In some markets, we include an Earner onboarding questionnaire in uSights that may capture some signal here, but need to further investigate.

**Earner licensing and onboarding requirements**

- Need to have tight control measures (e.g., QA, ongoing monitoring, proper deviation protocols) for licensing and onboarding requirements
  - Ex) We're not collecting any license in Uganda, we're not collecting commercial licenses in Pakistan.
  - Ex) Teams file Project Leaf requests to remove licensing requirement because license is "implied" in other parts of the onboarding process.

**ELC education**

- Need more investment in both ELC road safety / defensive driving and Uber app education (see "control effectiveness: notes)

*These are preliminary insights and gaps; new information may be added during the week of October 10.

UBER_JCCP_MDL_002289722.0224

Attorney-Client Privileged & Confidential

# Controls Bowtie + Gap Analysis: Lack of Earner Driving Experience (General & Uber app)

Attorney-Client Privileged & Confidential

# Current Controls and Industry Research

Attorney-Client Privileged & Confidential

Attorney-Client Privileged & Confidential

# Countermeasures to reduce Lack of Earner Driving Experience (General & Uber app)

## Existing

- Training just launched in US (except CA) to share education with drivers after their first ten trips, topics focused on Intersections/Left Turns, Distracted Driving, and Speeding (contact Meng-Fei Shen)
  - So far 10% of drivers who receive this training complete all parts of the course, and out of those who have completed the course, 99% found this helpful. More efforts in place to think about how to better attract drivers to complete the education.

## Research-supported future considerations
### Driver:

- Defensive driving training - Reduces crashes, claims & insurance premiums.
- Hazard identification training - novice drivers being less likely to anticipate hazards or maintain attention to the forward roadway and as a result failing to mitigate hazards by slowing adequately
- Training on hidden obstacles, roadside hazards, no escape route, closing with no option to pass, curves, and traffic signals was shown to make many more anticipatory glances, slowed to target speed more often and selected safer lane positions than did the placebo trained drivers.

### Tech:

- Routing to avoid hazardous situations that novice drivers may not notice
- More restrictions to the Uber app to reduce distractions

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0227

# Current controls in place in relation to Lack of Earner Driving Experience (4W)

More details on control coverage and effectiveness



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0228

Slide 173 Notes

DACT and PreDACT notifications are only useful insofar as lack of driving experience etc. leads to platform incidents.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0229

Attorney-Client Privileged & Confidential

# Ideal Bowtie

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Ideal controls in relation to Lack of Earlier Driving Experience (4W)

More details on control coverage and effectiveness



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0231

Attorney-Client Privileged & Confidential

**Slide 175 Notes**

DACT and PreDACT notifications are only useful insofar as lack of driving experience etc. leads to platform incidents.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0232

Attorney-Client Privileged & Confidential

# Deep Dive: Technology-Based Earner Distraction (Uber App & Other Apps)

Attorney-Client Privileged & Confidential

# 4W Causal Factor #2: Technology-Based Earner Distraction (Uber App & Other Apps)

**Definition:** An Earner's technology-based distraction is suspected to have resulted in a fatal crash on the Uber platform.

**Scope:** Includes one or more key contributing factors:

Uber app

1. On-trip alerts / pop-ups
2. Uber navigation routing accuracy
3. Navigation on-screen instructions & audio volume
4. General dispatch notifications
5. Forward dispatch / trip radar/ batching notifications
6. Customer communication (in-app)
7. Customer communication (phone call)

Other apps

8. Using other non-navigation apps (e.g., cameras, messages, videos)
9. 3P navigation app routing accuracy
10. 3P navigation on-screen instructions & audio volume



UBER_JCCP_MDL_002289722.0234

Attorney-Client Privileged & Confidential

# Data Science / Product Information on Technology-Based Earner Distraction (Uber App & Other Apps)

## Data trend on Uber platform

- Historically, we have not had a great signal on the types of in app workflow distractions that may present elevated risk. [Tapping, App distraction]
- Phone mounting [Analysis]
  - 55.8% reduction in likelihood of a distracted driving ticket
  - 14.5% reduction in likelihood of a dangerous driving incident
- Don't Type and Drive - Reduction of average speed when responding to intercom messages and overall reduction in messages while moving (unsafe)

## Data challenges

- Censored data on the platform: out-of-app distraction information is not available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0235

P-01528.00240

**Slide 178 Notes**

Page 212 in master deck.

<u>Tapping</u>: More tapping alone doesn't seem to be predictive of higher accident frequency.
<u>App distraction explorations</u>: Historically, we have not had a great signal on the types of in app workflow distractions that may present elevated risk.
<u>Velocity Gating</u>:
<u>Phone handling analysis</u>

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0236

# Distraction Impacts and Trends

The leading cause of distraction is cell phone use which represents significant risk to Uber due to the inherent nature of drivers needing to interact with our App.

There is additional risk due to the high number of nonoccupants involved in crashes involving distracted drivers. Pedestrians and bicyclists, while may represent a lower percentage of claims, are typically more severe and therefore higher risk.

**Distracted Driving US Deaths**

## 3,142

Number of People Killed by Distracted Driving in the US in 2020

**Percentage of Deaths Due to Distraction**

## 8.1%

Percentage of all fatalities in 2020 in the US due to Distraction

**Distracted Driving Injuries**

## 324,652

Number of people injured in a crash involving distracted drivers

**Nonoccupants Killed by Distracted Drivers**

## 587

Number of pedestrians and bicyclists killed by distracted drivers in 2020 (19%)

**Crashes Globally Due to Distraction**

## 2,500,000

Number of car crashes involving distracted drivers globally

**Time of Distraction to double chance of crash**

## 2 sec

Length of glance away from forward road to double chance of rear collision

Uber | Distraction UXR

Source : NHTSA MV Crashes Overview
uDoT Traffic Safety Facts 2020

179

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

P-01528.00242

UBER_JCCP_MDL_002289722.0237

## Slide 179 Notes

Uber data points as well

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

P-01528.00243

UBER_JCCP_MDL_002289722.0238

# Ticket Based Key Insights



UPDATED CONTACT STATUS TO OPEN

**AP** Andrew Pascual
a month ago

i refuse to pay for a ride where my driver is WATCHING TV WHILE IT RAINS?? this is absolutely insane.

**Please provide specific details to describe what the driver did that made this trip feel unsafe or may have violated rules of the road.** : My driver tried to run over me with her car and also ran red lights and drove dangerously I would like a refund please

**Please provide specific details to describe what the driver did that made this trip feel unsafe or may have violated rules of the road.** : The driver kept using his phone while i was riding. 2 cars were coming from both sides and his uber kept not working. He made a 'U-Turn' in the middle of a busy road. I told my mom and she said i should report it. The driver pressured me to leave 5 stars and a good tip and i

## Watching TV on Device

Drivers watching TV or other entertainment on their phone has been more common than anticipated. This manifests either as picture in picture on their main device or via an additional device in the car.

## Time of Day

It was difficult to draw a solid insight from time of day other than the likelihood of an interpersonal element for overnight rides. Any signal would likely need to come from a full qualitative analysis on when trips take place that report distraction.

## Driver Ratings

It isn't a surprise that riders are giving a one star ratings consistently when reporting distraction or dangerous driving. The only higher ratings claimed pressure from the driver. May still be worth benchmarking against other report types to strengthen any efforts to influence drivers.

180

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0239

# Ticket Based Key Insights

I had one of the passenger today ask me to make a wrong turns and also ask

me to speed it up because he's getting late I told him no safety first I

told him no I said sorry then he said thank you I know he's

not happy i

it he's goin

nobody I d

wanna put

anything a

Thank you



**UPDATED CONTACT STATUS TO OPEN**

Cheim Klot
2 months ago

That person is lying obviously

**UPDATED CONTACT STATUS TO OPEN**

Cheim Klot
2 months ago

I have a dash cam and I am more happy to submit you videos

**Please provide specific details to describe what the driver did that made this trip feel unsafe or may have violated rules of the road.**

: THIS DRIVER WAS DRIVING SO FAST! He had his phone in his hand while on highway, got lost! Couldn't work the gps and he did a reverse on the highway cause he missed our exit to my home. Almost crashed.

## Retribution Frequency

Many of the General Phone Use tickets that did not give details were disputed by the driver and in many cases, they figured who reported it based on an interpersonal conflict that they felt was instigated by the rider.

## Signals

For the initial reading, the signals of distraction field was freeform but there were repetitive signals as described by riders. These included (in order of frequency) speeding, running traffic signals, lane departure, harsh braking, illegal maneuvers, and near accidents.

**Uber** | Presentation name

181

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0240

Attorney-Client Privileged & Confidential

# Policy/Comms/Marketing Information on Technology-Based Earner Distraction (Uber App & Other Apps)

**This is one of the key issues regulators, policymakers and advocates focus on globally and in terms of Uber.**

- Ongoing legislation focused on distraction that could impact our ability to operate. (Policy doc)
- Perception that Uber app adds distraction. Continuous education of KOLs on our work to reduce distraction.
- One negative moment for a rider can impact our safety reputation

**External research is clear that distraction is a factor in crashes**

- Cognitive and physiological capabilities diminishes with age, in studies related to the use of navigation systems reported that older drivers had difficulty with the dual task of following a route guidance system while driving. Distraction caused by such systems may thus differentially affect older drivers negatively. (Source) (Source)

**P/C/M team feedback**

- Top priority! This is a risk for us in legislation and reputation.
  - Biggest risk in US and EU
- New features that add earner transparency also risk adding more distraction.
- Need clear distraction mitigation guidelines for products
- Need a clear narrative on how we mitigate distraction, especially  telematics
- We have external partners already, and likely do  not need more.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

# CommOps Information on Technology-Based Earner Distraction (Uber App & Other Apps)

**1**

### How we collect data

- "My driver drove dangerously" help node -> "Was your driver distracted by their phone?"
  - Largely captures "near hits"
  - Data is not completely reliable due to support abusers and misuse of help form
- "I was involved in an accident" help node
  - Asks "how did the accident occur?"
- Opportunity Analysis
  - Scaled audits of incident data
  - Kicked off first set of jobs in Aug -> raw data will be available end of Oct
- Agents are typically advised to not ask about causal factors during an investigation



### Notable rider reports

- Rider called to say that driver was **distracted by the noise of people requesting Uber's.** The passenger stated that she also found the noise distracting and annoying. Rider states that **driver was attempting to dismiss the alerts and rear-ended another vehicle.** Rider states that she thinks that uber might want to rework the alert system if this is a common problem (JIRA)
- Was staring at his phone a **large fare flagged up** and nearly hit the car in front (JIRA)
- The driver was on his way and then he was **distracting with the car radio** and he suddenly went towards 2 people who were crossing the road (JIRA)

UBER_JCCP_MDL_002289722.0242

## Slide 183 Notes

*To be filled out by Sep 30 by CommOps*

*Example questions to answer on this slide:*

- *What have agents identified about this causal factor?*
- *Have we seen increased / decreased engagement about this causal factor at certain times (e.g., day of week, time of day, at one point in a user's lifecycle)?*
- *Are there any notable JIRA tickets / incidents to flag?*

## Slide 183 Comments

1      Confirm which markets this help node is visible in
       *Chanel Kan,  10/3/2022 05:51 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

# UXR Information on Technology-Based Earner Distraction (Uber App & Other Apps)

**Internal research:**

- Earner: Increased stress with more secondary task interactions with uber app while driving in a simulator. (Research)
- Familiarity with app interaction/task flows reduces distraction caused by Uber app compared to new usage. (Research)
- 55% bike couriers and 40% motorcycle couriers in Brazil, Mexico and France felt the need to answer messages and calls while driving. 50% of two wheeled couriers feel the need to respond to provide a good experience, of these 50%, 86% respond when driving. (Research)
- Quality of the design and implementation of the voice user interface have a substantial influence on the potentials for increasing the driver safety by using voice interaction instead of visual manual interaction methods. Source: Peissner, M., Doebler, V., & Metze, F. (2011). Can voice interaction help reducing the level of distraction and prevent accidents. Meta-Study Driver Distraction Voice Interaction, 24(5).
- Sounds communicating urgency  have often have characteristics that can also be perceived as annoying. Careful selection of warning sounds can reduce the perceived annoyance while supporting the driver's needs by presenting an appropriate level of urgency. (source)
- " Increase in the preferred number of visual or visual-manual interaction steps during a single in-car glance (e.g., pressing one button vs. typing one word) increased the duration of the in-car glance and its visual distraction potential." (Source: Grahn, H., & Kujala, T. (2020). Impacts of touch screen size, user interface design, and subtask boundaries on in-car task's visual demand and driver distraction. International Journal of Human-Computer Studies, 142, 102467.)

**Gaps:**

- What are the components of the Uber app that can distract drivers
- To what extent is the app distracting, and with what impact?
- Is the app differentially distracting to different cohorts such as drivers' ages, experience, dominant road types
- What are riders' experiences with distracted drivers and how does it influence perception of safety and refuse of Uber services
- What are drivers' experiences of distraction with the uber app, and what do they consider to be distracting?
- Baseline distraction from Uber technologies

**External research:**

- *Distraction is an outcome of one of three main causal categories: human, environment, technology*
- *Mitigations/controls therefore need to address the root cause of distraction to be effective*
- *Distraction impact is modified based on age, driving experience (general years and driving with Uber)*
- *Distraction is consistently found to be involved in a majority of vehicle incidents/crashes*
- *Elements of technology can differentially affect distraction and distraction impact on performance decline, such as alerting, interaction demands, information modality*

UBER_JCCP_MDL_002289722.0244

Attorney-Client Privileged & Confidential

# APAC Specific Information on Technology-Based Earner Distraction (Uber App & Other Apps)

This is a key causal factor in APAC. Limiting in-app distractions is a causal factor that Uber can easily influence or control. Distraction is a main causes of road crashes, accounting for approximately 1 in 4 vehicle crashes [source]. From ANZ listening sessions held in 2021, in-app distractions identified by delivery people included receiving multiple successive messages from customers while in motion and in-app notifications such as forward dispatch or auto-reply pop-ups blocking navigation while travelling. In a JP and ANZ special audit conducted in Q3 2020, of the 517 incidents, 13 (2.5%) of them the 2-wheeler courier was interacting or distracted by the Uber App at the time of the serious incident.

- **DTAD/Hold:** We are currently rolling out this product in APAC for 2Ws. However, drivers can still receive eater phone calls while on-trip or choose to bypass DTAD alerts.
- **Dispatch Notifications:** Auto dispatch is optional and on an opt in basis. We are hypothesising that drivers are reluctant to opt in for auto dispatch as they may prefer to choose their trips. Could we consider voice acceptance or setting guardrails on dispatch (acceptance time limits or displaying dispatches only under certain speed thresholds).
- **Routing accuracy:** We do not have this issue with 4Ws but we are hearing feedbacks from drivers in JP and TW (from driver focus group sessions) that there has been instances where moto driver are routed through tunnels or expressways where they are not allowed. There have been 4-5 cases of drivers flagged by traffic police for being on highways illegally every month in JP. Due to distractions and pressure to meet ETA, this increases safety risks.
- **Pop-up at drop offs:** When delivery people are near the drop-off location, a pop-up appears on the screen blocking navigation asking them to select an automatic response to share with the consumer. Delivery people have raised this as a distraction in the app through our Advisory Forums & Listening Sessions in ANZ and say that it inhibits their ability to safely navigate to the consumer at drop-off. In general, we should not be encouraging delivery people to send a message to consumers while riding / driving as this is against Australian road rules (in addition to it being a distraction while navigating, causing a DP to have to touch their phone to get back to nav).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0245

Attorney-Client Privileged & Confidential

# EMEA Specific Information on Technology-Based Earner Distraction (Uber App & Other Apps)

- Possible key causal factor for crashes leading to fatality.
- Suggests to plan deep-dives to understand links between timestamps within platform before the crash event/near misses.

Table 1 Crash risk of secondary activities among car drivers based on naturalistic driving research data (95 % confidence interval) and % driving time spent on the activity.

| Activity | Odds ratio (95% CI) | % driving time |
|---|---|---|
| **Grouped activities** | | |
| All activities* [1] | **2.0** (1.8-2.4) | 51.93 % |
| All primarily cognitive activities [2] | **1.25** (1.01-1.54) | 20.0 % |
| All hand-held phone activities* [3] | **3.6** (2.9-4.5) | 6.40 % |
| Combination of hand-held texting, browsing and dialling | **2.56** (1.68-3.88) | 1.8 % |
| All activities related to in-vehicle devices* | **2.5** (1.8-3.4) | 3.53 % |
| **Primarily cognitive activities** | | |
| Hand-held phoning (talking/listening) | 1.27 (0.79-2.04) | 2.7 % |
| Hands-free phoning (talking/listening) | 0.4 (0.10-1.63) | 0.9 % |
| Talking/singing alone | 1.44 (0.99-2.08) | 4.2 % |
| Interacting with passengers | 1.26 (0.98-1.62) | 12.2 % |

European Commission Road Safety Observatory - Distracted Driving - March 2022

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0246

Attorney-Client Privileged & Confidential

# LATAM Specific Information on Technology-Based Earner Distraction (Uber App & Other Apps)

- According to external data, around 30% of road accidents are related to the use of distractors. (Source)
- Currently in our Jiras we do not have enough information to qualify a driver distraction as a top causal factor, however we do see an increase on drivers with DD (+48% avg yoy) and anecdotal evidence shows that this is related to the use of the cellphone while driving.
- Currently we encourage drivers to prevent distractions while riding in road safety blogs and a one-shot CRM campaigns in some countries.

**JIRA example distractions:**

He indicates that the partner was looking at the cell phone because he was going to run out of battery.

SAFE-3179321

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0247

Attorney-Client Privileged & Confidential

# US/C Specific Information on Technology-Based Earner Distraction (Uber App & Other Apps)

- In 2019, the National Highway Traffic Safety Administration (NHTSA) released figures that In the United States, over 3,100 people were killed and about 424,000 were injured in crashes involving a distracted driver. Source
- Distracted Driver ticket reading deep dive was completed. Key takeaways include:
  - Drivers watching TV or other entertainment on their phone has been more common than anticipated.
  - It was difficult to draw a solid insight from time of day
  - Riders requested a refund less than 20% of the time as part of their complaint on distraction although credits and full refunds were typically always given.
- Many states in the US require hands free use of phone.
- Phone mounts offered at a discount by Uber have seen a decline in sales over the last few years.



Figure 1b
**Distracted Drivers and Percentage of Distracted Drivers Involved in Fatal Crashes Who Were Using Cell Phones, by Age Group, 2019**

Source: FARS 2019 ARF

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0248

Attorney-Client Privileged & Confidential

# Global Narrative & Insights on 4W Technology-Based Earner Distraction (Uber App & Other Apps)

## Risk Summary

**Business context**

- The Uber app exists to support Earners in their primary task of driving. Distraction while driving covers any activity that diverts a person's attention away from the primary task of operating their vehicle.
- Distraction is a top Policy priority; major risk of legislation (especially in US, EU, Australia).
- New features that increase Earner transparency (e.g., Trip Radar) also risk adding more distraction.

**Data & internal research insights**

- Earners experience increased stress with more secondary task interactions with Uber app while driving in a simulator. (Research)
- Familiarity with app interaction / task flows reduces distraction caused by Uber app compared to new usage. (Research)
- [US] From Distraction UXR JIRA ticket reading exercise, 2 of 50 JIRA tickets involved watching TV on device (this is an optics / business defensibility issue). (Research)

**External research & guidance**

- Distraction accounts for approximately 1 in 4 vehicle crashes. (Source)
- [US] ~8% of all fatalities in 2020 were due to distraction. (Source)
- Eye glances away from the forward roadway 2 seconds or longer double the risk of a crash or near crash. (Source)
- A feature should be disabled while driving if: it would display more than 30 characters, it requires glances away from the road of more than two seconds, and/or it requires a total glance time away from the road of more than 12 seconds. (Source)
- Cognitive and physiological capabilities diminishes with age; in studies related to the use of navigation systems reported that older drivers had difficulty with the dual task of following a route guidance system while driving. (Source)
- [US] Drivers 21-24 years old make up the smallest portion of distracted drivers but the highest % of all distracted drivers who were using cell phones. (Source)

**Regional incident spotlights**

- [US&C: NYC, May 2022]: Rider called to say that Earner was distracted by the noise of people requesting Uber trips. Rider stated that she also found the noise distracting and annoying, and that Earner was attempting to dismiss the alerts and rear-ended another vehicle. Rider stated that she thinks that Uber might want to rework the alert system if this is a common problem.
- [EMEA, London, August 2022]: Earner was staring at his phone when a large fare flagged up, and the Earner nearly hit the car in front.
- [EMEA: Egypt, April 2022]: Earnerwas on his way and then he was distracting with the car radio and he suddenly went towards 2 people who were crossing the road.
- [LatAm: Mexico, May 2022]: SAC occurred after Earner was looking at phone because the battery was running out.

## Top Insights*

**Top existing controls**

- **DACT + Pre-DACT Notifications:** Substantively effective, with some potential gaps. Examples:
  - Agents sometimes don't counts of Earner being distracted by phone call if it was unclear whether the Earner was using a phone mount
  - Phone-based distraction reports are ripe for R&A abuse
- **Dangerous Driving Notifications (DDNs):** DDN depends on specific triggers (rider reports, telematics, and feedback tags) related to dangerous driving, including distraction (e.g., phone handling).

**Control effectiveness**

- **Don't type and drive (DTAD):** Drivers can still receive eater phone calls while on-trip or choose to bypass DTAD alerts.
- **Distraction education:** We need distraction education to be interactive and include scenario-based simulations: based on decades of neuroscience research, we know that live scenario-based education is most impactful. Our current education has no retention/follow-up education; it is static content that doesn't lead to behavioral change.

## Top Gaps*

**Understanding distraction**

- Ongoing Distraction UXR project is helping Uber team to better understand distraction, but gaps still exist, including:
  - What are the components of the Uber app that can distract drivers?
  - To what extent is the app distracting, and with what impact?
  - Is the app differentially distracting to different cohorts such as Earners' ages, experience, dominant road types?

**Investigating potential contributory factors**

- Need to collect more structured data and better model around Earner distraction and engagement in-app.
- Need better crash reconstruction and indicators regarding what happened in the lead-up to the incident.
- How are we identifying signals of distraction, if we don't have rider reports? Can we look at how often we see re-routes, missed turns, and other indicators of distraction?
- Need to focus on / invest in existing data signals (e.g., capturing mobile events) and new data signals
- Need to better understand distraction-related Help Nodes and support paths, and ensure that distraction-related questions are included in global JIRA ticket content (while also accounting for R&A abuse)
  - Ex) "Was your driver distracted by their phone?" Y/N is currently only in US and EMEA

**Distraction design principles**

- Need to develop distraction design principles so both Safety and general Product Designers to be designing new app features in ways that minimize distraction from the primary task
  - Ex) Best interactions are swiping left / right, or tapping a button that's big enough to easily access
  - Ex) Alert sounds can be very distracting
- Need to create a baseline for the Uber app so that any new features can be measured for distraction

*These are preliminary insights and gaps; new information may be added during the week of October 10.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0249

Attorney-Client Privileged & Confidential

# Controls Bowtie + Gap Analysis: Technology-Based Earner Distraction (Uber App & Other Apps)

Attorney-Client Privileged & Confidential

# Current Controls and Industry Research

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0251

Attorney-Client Privileged & Confidential

# Countermeasures to reduce Technology-Based Earner Distraction (Uber App & Other Apps) - UXR

Existing internal controls

- Unclear - UXR is in the process of identifying controls for future use

Controls suggested from external research

Tech:

- Provide critical safety information well ahead of time (navigation)
- Interface screens should NOT add distractions during intersections or other complex traffic situations
- Design with color and other proxies to reduce the need to read information
- Reduce cognitive load at safety critical times

Driver

- Raising awareness of distracting behaviors
- Raising awareness of consequences- including safety and monetary e.g. reduced tips

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Current controls in place in relation to Technology-Based Earner Distraction (Uber App & Other Apps)

More details on control coverage and effectiveness



Attorney-Client Privileged & Confidential

Attorney-Client Privileged & Confidential

# Ideal Bowtie

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0254

Attorney-Client Privileged & Confidential

# Deep Dive: Route Includes High-Risk Situations / Intersections

Attorney-Client Privileged & Confidential

# 2W Causal Factor #1: Route Includes High-Risk Situations/ Intersections

**Definition:** High-risk situations / intersections along a route are suspected to have resulted in a fatal crash on the Uber platform.

**Scope:** Includes one or more key contributing factors:

1. Unprotected left / right turns (depending on the locality)
2. U-turns
3. Pedestrian crosswalks
4. School zones
5. Bike lane inaccuracy





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0256

Attorney-Client Privileged & Confidential

# Data Science / Product Information on Route Includes High-Risk Situations/ Intersections

Product context

- Bicycles are routed out of app (typically Google Maps)
- Motos currently use the same navigation as cars
- Earners can choose alternative navigation options

Data challenges

- Improve data quality and data coverage for existing road furnitures
  - Stop signs are only available in US, blocker for uncontrolled intersection alerts global rollout.
  - More accurate road furniture data helps improve routing algorithm and map interface (Traffic lights coverage ~80%; stop sign precision 87%, only cover 4-way junctions).
- More roadway information
  - Pedestrian zone, school zone (pedestrian-involved incidents are ~ 4 times more expensive than single-vehicle crashes for bodily Injury coverage [Analysis])
  - Sharp curves, steep hills.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0257

# Routing interventions

**H1 2021**

**H2 2021**

**Q1 2022**

**Q2 2022**

## Reduce Difficult Lane Changes

Eliminate maneuvers in which drivers must quickly cross multiple lanes of traffic to complete a turn



Reduced DLCs by 98%

## Intersection Alerts

Increase a driver's attention to high risk situations like two way stops when cross traffic has right of way

**101%** higher safety incident rate at uncontrolled intersection than all-way stop intersections. [Analysis, table 2.13]



↓**2%** in Dangerous Driving Tickets
↑**1%** in Stop Rate

## Reduce Left Turns

Reduce the frequency of all left turns suggested in routes to reduce the frequency of actual left turns attempted by drivers

**38%** higher safety incident rate than right turns.

**2.5** times higher insurance cost than a right turn., [Analysis]



↓**1.51%** in left turns per KM per trip
↓**0.57%** in projected insurance cost
↓**6.16%** in auto crash per mil miles

## Reduce Unprotected Left Turns

Further reduce specific types of left turns like unprotected lefts from suggested routes



↓**13.2%** in UPLT per KM per trip
↓**0.37%** in projected insurance cost

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0258

Slide 198 Notes

The left turn is one of the most dangerous behaviors on the road. Approximately 61% of crashes at intersections are left turn related (<u>NHTSA 2010</u>). On our platform, we have the advantage to collect data from multiple sources: crash information from insurance carrier, telematics and trip traces information, and navigation information on the platform. This enables us evaluate the risk and cost of left turns in-depth.  We observed a consistent trend that left turns are more (x38% times) risky and (2.5 times) costly than right turns. See <u>headroom analysis</u>,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

# Policy/Comms/Marketing Information on Route Includes High-Risk Situations/ Intersections

## Routing:

- Routing is policy and media risk for us, especially for bike and moto. Lots of articles/photos of couriers riding in tunnels, highways, onramps.
- Critical to focus on moto routing; not all motorbikes are highway legal

## Intersections:
- Not a policy priority or risk
- If we have success in improving intersection safety, this can be a proof point for our benefits to cities.
- Further evidence of how our tech can make roads safer for everyone

UBER_JCCP_MDL_002289722.0260

Attorney-Client Privileged & Confidential

# CommOps Information on Route Includes High-Risk Situations/ Intersections

### How we collect data

- "I was involved in an accident" help node
- Opportunity Analysis
  - Scaled audits of incident data
  - Kicked off first set of jobs in Aug -> raw data will be available end of Oct
  - In a prelim audit of 30 2-Wheel crashes (Moto and bicycle) during Eats deliveries, three mentioned an intersection and none mentioned a left turn



### Notable reports

- I had an accident yesterday at the **roundabout**,there is some **oil on the road** and then i loss control at the same time there is **heavy raining** (JIRA)
- **Intersection for bicycle lanes**, the other driver did not give priority, **road was wet** and the bike slipped while I pressed the brakes trying to avoid collision (JIRA)
- I was trying to **turn my vehicle at an intersection** near forestville and my bike skid and I lose the control over bike. The **excessive sand on the road** made the motorbike skid (JIRA)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0261

Attorney-Client Privileged & Confidential

# UXR Information on Route Includes High-Risk Situations/ Intersections

1
6
7

Internal

- Uber's routing is not dynamic and doesn't always consider local circumstances. Can present challenges for riders and drivers, such as asking drivers to cross multiple lanes of traffic Research

- 71% of moto didn't report falls in EMEA and LATAM

- Couriers may have to to wait anything from 4 to 20 minutes. result . Waiting is the leading reason for speed, stress and fatigue potentially increasing high risk situations Research

- In a survey of 2831 2-wheel couriers (Moto and bicycle) across Brazil, Mexico, France, UK and Japan (Research), 71% of couriers didn't report falls and 35% didn't report accidents, so high risk situations could be more pervasive than we realize

  - Personal safety perception is the leading reason for perceiving a safe route

  - Road conditions are a primary factor in falls and accidents (figure) (includes weather and physical condition)

- Slide 21 and 22 in this research outlines key road and traffic condition risks for two wheelers

- Left turns are 38% more likely to end up in a claim.
- Time pressure increases unsafe driving behavior (e.g. meeting incentives)
- Helium (shared rides) rider research has signals on earners as well around PUDO locations (e.g., Earners don't feel safe blocking traffic because of being unable to pull over in a safe location or at a busy intersection) (Source)
- Driving insights dashboard has foundational findings (e.g., Earners reporting a perceived increase in running red lights, not yielding, dangerous driving at ro(Source)

**Gaps**

- Navigation for moto: Show routes for bikes, consider bad neighborhoods, road conditions, weather, dynamic to account for road conditions



| | Bicycle | Motorcycle |
|---|---|---|
| I was tired | 9.1 | 2.6 |
| I was looking at my phone | 3.6 | 1.3 |
| I wasn't familiar with my surroundings | 5.5 | 0 |
| I was trying to finalize a delivery on time | 11 | 14 |
| I was weaving in traffic | 1.8 | 0 |
| The weather impacted | 18 | 13 |
| A car or pedestrian behaved unexpectedly | 67 | 53 |
| Vehicles around me were moving fast | 20 | 13 |
| It was a complex intersection | 9.1 | 7.7 |
| The road was very busy | 16 | 5.1 |
| The road conditions were poor (pothole, etc) | 22 | 27 |
| Other (please, specify) | 16 | 22 |

I got into an accident or dangerous event

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0262

**Slide 201 Comments**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0263

P-01528.00268

Slide 201 Comments (Continued)

6

# REDACTED - PRIVILEGED

7

*Nic Benincasa,  10/6/2022 10:12 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0264

Attorney-Client Privileged & Confidential

# APAC Specific Information on Route Includes High-Risk Situations/ Intersections

This is a key causal factor for APAC.

Ticket readings in APAC (Source) and external studies (Source) revealed that the most severe and fatal injuries often occurred at intersections and roundabouts, where other vehicles and road users are likely to be involved. The risk is even higher for 2W Moto and bicycle drivers without vehicle protection.

However, it is important to caveat that road safety incidents are usually the result of a combination of several factors, and we do not always have access to police investigation reports determining which factors contributed significantly to these incidents.

Problem spaces/ opportunities:

- **An inherent road safety risk** - as such, may have difficulty influencing this risk.
- **There is no standardised way of capturing the location of incidents,** making it difficult to analyze trends. Ticket reading is also highly manual and difficult to support trends with low volumes of tickets read. There is an opportunity to work with the maps team or IRT team to develop a process to capture more data when documenting incidents.
- **Could consider** to limit in-app distractions, influence routing to reduce high risk and dangerous maneuvers, limit bicycles to low speed or bicycle friendly routes, work with external companies to improve third party navigations for 2W (OOA navigations), or block complex workflows (batching, peak hours, velocity gating) for ELC drivers.

Attorney-Client Privileged & Confidential

# EMEA Specific Information on Route Includes High-Risk Situations/ Intersections

- One of the key causal factor for fatal incidents for L12M. Majority of Delivery fatalities occurred within 300 meters of intersection/conflict points/at merging-diverging lanes (insights based on fatal crashes, Delivery L12M tickets + WBR insights) (e.g.: 2W not yielding right of way on unsignalised intersections example-1; speeding example-2  night road fatalities had stretches with no streetlights and sharp turns. There are also 4W fatalities with pedestrian/entering/exiting from vehicle. These are also high risk conflict points).

- Poor road infrastructures in certain regions like South Africa is also a factor.

- Although some drivers are within the speed limits, appropriate speed/judgement at the traffic situation also leads to be the cause.

- Suggests to plan deep-dives to identify further causal factors leading to crashes at intersections and also look for any hot-spots within critical markets.

- **Regulatory scrutiny** - As per the Traffic Accident Causation in Europe, intersections represent 43% of Europe's injury accidents and 21% of fatalities. Compared with total road fatalities, the **proportion of cyclist fatalities is lower on road stretches and considerably higher at intersections.** (Source) The share of road deaths on urban intersections is higher than that on intersections outside the urban area.

- Leverage existing Bike lane alerts along with Defensive Driver Training.

- Leveraging Driver behaviour analysis to studying specific driver behaviors, at which intersections they cluster and under what conditions therefore provides actionable insights into how to modify each and avoid new intersection crashes plugging with Defensive driver piece.



Figure 8: Distribution of road accidents following their location at or out of intersection in EU27 (year 2004, Source: CARE, IRF, IRTAD, TRACE and National Statistics Databanks)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0266

Attorney-Client Privileged & Confidential

# LATAM Specific Information on Route Includes High-Risk Situations/ Intersections

- From a LATAM Jira reading the mention of incidents on risk intersections for third party (like pedestrians).(Source)
- This is a key causal factor for 2W products, because they share roads with larger vehicles, and during our LATAM Mobility SAC analysis, we found an increment on collisions between 4W and 2W Moto. (Source)
- We currently do not have a navigation system specific for 2W Moto and they see the same routing map as a 4W
- According to our BR Insurance partner, "Pedestrian" is the most frequent 2W Moto claim category in Q2 (Source)

**JIRA example:**

3035848



UBER_JCCP_MDL_002289722.0267

Attorney-Client Privileged & Confidential

# US/C Specific Information on Route Includes High-Risk Situations/ Intersections

- The Federal Highway Association states more than 50 percent of the combined total of fatal and injury crashes occur at or near intersections. Source

- Small sample ticket reading of L4 crashes indicated that most of them took place at an intersection or on the highway. Link to tickets

- XP on reducing left turns has concluded and reducing compound maneuvers XP is planned for mid to late October.

- The Federal Highway Association has proven countermeasures when it comes to intersections. (Source) Several of these countermeasure include:
  - Reduced left-turn conflict
  - Roundabouts
  - Corridor Access Management: Access management refers to the design, application, and control of entry and exit points along a roadway.
  - Dedicated left and right turn lanes

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0268

Attorney-Client Privileged & Confidential

# Global Narrative & Insights on 2W Route Includes High-Risk Situations / Intersections

## Risk Summary

**Business context**

- Routes involving high-risk situations / intersections are largely an environmental risk, but Uber is developing products to help reduce exposure to such risky situations.
- Uber Mobility is expanding its product portfolio with lower-cost products that could help unlock specific markets. Moto is a l-Reliables product that offers earning opportunities for Earners and affordable rides for Riders, but there are unique safety concerns with Moto, leading to higher crash rates.

**Data & internal research insights**

- The left turn is one of the most dangerous behaviors on the road. Approximately 81% of crashes at intersections are left turn related (Source). We've observed that left turns are 2.5x more expensive than right turns; left turns 38% more likely to end up in a claim. (Source)
- Uber's routing is not dynamic and doesn't always consider local circumstances (e.g. it doesn't reflect real-time road closures), unless Google Maps captures it. Can present challenges for riders and drivers, such as asking drivers to cross multiple lanes of traffic. (Research)
- Pedestrian zone, school zone (pedestrian-involved incidents) are ~ 4 times more expensive than single-vehicle crashes for bodily injury coverage. (Analysis)
- The first wave of our Opportunity Analysis (OA) asked questions about Earners ignoring traffic signage, intersection, and left turns. Need to await results.
- [LatAm] According to our Brazil insurance partner, 'Pedestrian' was the most frequent 2W Moto claim category in Q2 2022. (Source)
- [APAC] Ticket readings (Source) and external studies (Source) revealed that the most severe and fatal injuries often occurred at intersections and roundabouts, where other vehicles and road users are likely to be involved.

**External research & guidance**

- Older drivers are more likely to crash at intersections and other complex traffic situations.
- Drivers need a way to anticipate the route, to diminish distraction.
- [EMEA] intersections represent 43% of Europe's injury accidents and 21% of fatalities. Compared with total road fatalities, the proportion of cyclist fatalities is lower on road stretches and considerably higher at intersections. (Source)
- [US] More than 50% of combined total of fatal and injury crashes occur at or near intersections. (Source)

**Regional incident spotlights**

- [APAC: Australia, July 2022] Earner crashed at a roundabout; there was oil on the road and then Earner lost control while it was raining heavily.
- [EMEA: Netherlands, August 2022] Intersection for bicycle lanes, the other driver did not give priority, road was wet and the bike slipped while Earner pressed the brakes trying to avoid collision.
- [APAC: Australia, June 2022] Earner was trying to turn vehicle at an intersection near forest/hill and bike skid and he lost control over bike. The excessive sand on the road made the motorbike skid.
- [EMEA: France, July 2022] 2W didn't yield right of way on unsignalised intersection.
- [EMEA: Spain, August 2022] Night road fatality, during stretches of road with no streetlights and sharp turns.
- [US&C: Maryland, May 2022] Of 2 US&C 2W fatalities in 2022, 1 occurred at an intersection.

## Top Insights*

**Top existing controls**

- **Left turns penalty:** Reducing the number of left turns suggested by our navigation.
- **Uncontrolled intersection alerts:** Alert drivers of stop signs where cross traffic does not stop.

**Control effectiveness**

- **2W road safety education:** We need 2W road safety education education to be interactive and include scenario-based simulations: based on decades of neuroscience research, we know that live scenario-based education is most impactful. Our current education has no retention/follow-up education; it is static content that doesn't lead to behavioral change.
- **Left turns penalty:** Coverage limited to the US and does not eliminate all left turns.
- **Uncontrolled intersection alerts:** Coverage limited to the US and, while it does alert Earners in our XP, an alert does not eliminate the risk associated with all uncontrolled intersection.
- **DACT:** Though DACT doesn't directly address contributory factors related to routes that include high-risk situations / intersections, it does capture reports of dangerous driving behaviors that Earners may have exhibited during such situations. We should consider stricter Dangerous Driving policies for Moto/2W given higher serious crash rate.
  - For example, Moto previously made up 1% of all SAC in LatAm, and is now 22% of all SAC (L12M v. P12M), even though Moto only constitutes 2% of LatAm's trips; Moto is ~13x riskier than UberX (Moto's current SAC IR is 24.5, while UberX's current SAC IR is 1.9).
  - In Brazil, based on a regression analysis conducted in Brazil using SAC data from 2021-2022, the overall 2W Mobility DACT average is around 0.13, and ~12% of trips are completed by drivers with higher prior ticket history. (Source)
  - Example [EMEA: France, July 2022]: Earner not abiding traffic laws / right of way at intersection; resulted in alleged life-altering injuries.

## Top Gaps*

**Navigation controls and data coverage**

- Navigation is a huge risk factor: Earners don't perceive themselves as being safe on the road.
- **2W Moto Earners are currently pushed to Uber's 4W Mobility nav.** We don't currently auto-detect Moto and require them to use 3P navigation: anecdotally, 2W Moto Earners are using Waze (e.g., some routes/highways/speedways not allowed for Moto in Sao Paulo, 2nd floor highways not allowed for Moto in Mexico); Google is currently developing Moto nav. Waze has Moto nav (not sure about coverage).
- **2W bike Earners are currently pushed to 3P nav (Google Maps)**. If 2W bike Earners are reporting about road furniture issues / inaccuracies for bike routes, it's sent directly to Google Maps.
- **Current routing intervention products are still in XP, only cover the US, and are 4W-focused.** Need to improve data quality and data coverage for existing road furnitures for 2W moto (Uber is using TomTom, and sometimes acquires data open source sets). This is impacting our Product rollouts (ex. stop signs are only available in US; blocker for uncontrolled intersection alerts global rollout).

**Investigating potential contributory factors**

- Need to collect more structured data and better model around high-risk situations / intersections.
- Need better crash reconstruction and indicators regarding what happened in the lead-up to the incident.
- There is no standardized way of capturing the location of incidents, making it difficult to analyze trends and capture key contributing factors to incidents at high-risk route situations / intersections.
- Ticket reading is highly manual and difficult to support trends with low volumes of tickets read.
- There is an opportunity to work with the Maps team or IRT team to develop a process to capture more data when documenting incidents (currently, the India GSS team labels crash data for US, but this is manual and very labor-intensive; should figure out how to expand globally).
- **High risk situations could be more pervasive than we realize:** In a survey of 2831 2-wheel couriers (Moto and bicycle) across Brazil, Mexico, France, UK and Japan, 71% of couriers didn't report falls and 35% didn't report crashes. (Research)

**Environmental hazards**

- Since routes involving high-risk situations / intersections are largely an environmental risk, how can we work with localities / policymakers on improving road design / infrastructure? What could we offer, beyond data? How to tie into our broader vision zero commitments?

*These are preliminary insights and gaps; new information may be added during the week of October 10.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confiden

# Controls Bowtie + Gap Analysis: Route Includes High-Risk Situations / Intersections

Slide 207 Comments

1

# REDACTED - PRIVILEGED

Nic Benincasa,  9/22/2022 07:22 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0271

Attorney-Client Privileged & Confidential

# Current Controls and Industry Research

Attorney-Client Privileged & Confidential

P-01528.00277

Attorney-Client Privileged & Confidential

# Countermeasures to reduce Route Includes High-Risk Situations/ Intersections - UXR

## Existing internal (vehicles, all limited to US)

**Reduce Difficult Lane Changes** - Eliminate maneuvers in which drivers must quickly cross multiple lanes of traffic to complete a turn

**Intersection Alerts** Increase a driver's attention to high risk situations like two way stops when cross traffic has right of way

**Reduce Left Turns** - Reduce the frequency of all left turns suggested in routes to reduce the frequency of actual left turns attempted by drivers

**Reduce Unprotected Left Turns** - Further reduce specific types of left turns like unprotected lefts from suggested routes

## Considerations: based on internal and external research

Tech:

Examine routing around dangerous areas and road conditions

Specific navigation for 2 wheelers

Reduce need for phone handling

Driver:

Examine preparing drivers for handling dangerous situations

Specific 2 wheeler training

Environment:
Policy makers to focus on infrastructure for 2 wheelers

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Current controls in place in relation to Route includes High-Risk Situations / Intersections

More details on control coverage and effectiveness



Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0274

Attorney-Client Privileged & Confidential

# Ideal Bowtie

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Ideal controls in relation to Route Includes High-Risk Situations / Intersections

More details on control coverage and effectiveness



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0276

Attorney-Client Privileged & Confidential

# Deep Dive: Lack of / Wrong Personal Protective Equipment (PPE)

Attorney-Client Privileged & Confidential

# 2W Causal Factor #2: Lack of / Wrong Personal Protective Equipment (PPE)

**Definition:** Lack of / wrong personal protective equipment (PPE) is suspected to have resulted in a fatal crash on the Uber platform.

**Scope:** Includes one or more key contributing factors:

1. Lack of helmet (Earner / rider)
2. Helmet lacks safety feature(s) (Earner / rider)
3. Lack of reflective gear / Earner visibility
4. Reflective gear lacks safety feature(s)
5. Lack of other PPE
6. Other PPE lacks safety feature(s)





UBER_JCCP_MDL_002289722.0278

Attorney-Client Privileged & Confidential

# Data Science / Product Information on Lack of / Wrong PPE

Data trend on the platform

- Bike safety checklist + moto safety checklist: No statistically significant impact on crash rates given the extremely low volume of crashes (XP results: bicycle + moto)

Data challenges

- On the delivery LOB, we do not track driver dangerous driving rates (i.e. no rider to provide a report)

Trend in the industry

- Motorcyclists are about 28 times more likely than passenger vehicle occupants to die in a motor vehicle crash and are 4 times more likely to be injured. (NHTSA)
- In states without universal helmet laws, 57% of motorcyclists killed in 2020 were not wearing helmets, as compared to 11% in States with universal helmet laws. (NHTSA)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0279

**Slide 215 Notes**

Page 256 in master deck.

Bike safety checklist deck: https://docs.google.com/presentation/d/1JHhebnF4lnt-TeyTN4Mjwmvr5H-0eEMme_joSLALJJk/edit#slide=id.g96a8a051c9_3_936

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

P-01528.00285

UBER_JCCP_MDL_002289722.0280

Attorney-Client Privileged & Confidential

# Policy/Comms/Marketing Information on Lack of / Wrong PPE

- This is a Policy priority!
- Lack of PPE is very visible to policymakers, regulators, and the media
- Not providing PPE to earners draws negative attention to the safety risks for ICs and negatively impacts our safety reputation.
- Access to safe and affordable helmets is a top priority for road safety advocates.
- Having PPE stores in every market with quality and affordable gear would be a big win
- Marketing stunts to provide safer helmets for earners and gen pop or kids would help Uber's reputation with WHO and UN

## UBER EATS JOINS THE FIA SAFE AND AFFORDABLE HELMET PROGRAMME TO PROMOTE ROAD SAFETY IN MEXICO

04.11.21





https://www.fia.com/news/new-step-forward-fia-safe-affordable-helmet-programme-mexico

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0281

Attorney-Client Privileged & Confidential

# CommOps Information on Lack of / Wrong PPE

**How we collect data**

- "I was involved in an accident" help node
- Opportunity Analysis
    - Scaled audits of incident data
- PPE usage is not explicitly asked about during an investigation
- PPE usage is captured in the accident details if it's included in the customer's report



**Notable reports**

- DP's mother reports that her son was involved in an accident where the side-mirror of a 4-ton truck hit the DP's face (JIRA)
- Earner **did not offer helmet to Rider** at the start of the trip and collided with a vehicle (JIRA)
- DP reports an accident with a TP where the TP ran a stop sign and struck DP on a bicycle; DP was not wearing a helmet (JIRA)
- Rider was not given a helmet and **sustained a head injury** after the Earner suddenly braked and lost control of the motorbike (JIRA)

Attorney-Client Privileged & Confidential

# UXR Information on Lack of / Wrong PPE

## Internal:

- In general, survey findings suggest lack of PPE is still a significant risk for 2 wheel couriers
- Weather and night related equipment are contextual but should be available. Helmet use and phone handling are critical safety concerns.
- Helmet use as an issue differs between regions, e.g. usage in Brazil remains low.
- 41%+ of bicycle couriers in Mexico and Brazil don't own helmets Research
- Couriers tend to disagree with mandatory helmet use

## Gaps

- Incentivizing behavior change to use PPE
- Understanding barriers to PPE - attitude or cost related?

## External

- Key risk for safety
- Require minimum PPE at a specific standard
- Poor PPE can be as ineffective as no PPE



In the past 15 days, which of the following did you have with you while delivering? Select all that apply. (N=2447)

Research

Attorney-Client Privileged & Confidential

2

# APAC Specific Information on Lack of / Wrong PPE

Increasing accessibility and usage of PPE has been a huge focus for APAC in 2022. There is no doubt that PPE saves lives, which is why regulators are increasingly trying to mandate certain activities, including issuing PPE and conducting training on its proper usage. Some markets in APAC, however, still lack clear regulations on PPE. The lack of clear regulations and aversion among the general public to PPE (because it may not be trendy or comfortable) makes its adoption challenging. Helmets are required by law for motorist in all applicable APAC markets but not required by law for cyclist in any APAC markets.

In a safety survey conducted for JP Eats in 2021, 69% of bicycle couriers in JP don't use a helmet every time. On reasons for not wearing a helmet everytime about 27.9% of bicycle couriers in Japan said they don't own a helmet. Majority of couriers are also opposed to helmets being mandatory.

The Employment Legal risk of requiring PPE beyond what is required in the regulations has made it difficult for us to enforce the use of PPE. Marketplace supply and cost are also factors that need to be considered in addition to employment legal risk.

### *What are we currently doing in APAC:*
- **[ANZ]** NSW regulators mandating platforms undertake certain activities - PPE, training etc. (Source)
  - Safety checklist including helmet detection
  - Mandatory and optional road safety trainings
  - Free bicycle safety kits (including bicycle lights, phone holder, warning bell), high visibility vests and delivery bags
- **[JP]** Our Helmet project was launched to educate people on the importance of safety PPE, debunk the myth that PPEs aren't cool, promote helmet accessibility through cost subsidies, seamless access to PPE stores, and reward helmet users through incentives
- **[SL]** We issue certain PPEs to 2W DPs at onboarding and we are looking to implement 2W safety checklist that includes helmet detection

UBER_JCCP_MDL_002289722.0284

## Slide 219 Notes

In JP: We understand from our external partners in Government and Law Enforcement that in the recent parliament session in April 2022, new addendums to the Road Traffic Law were discussed. One of the key changes is that helmets will become "mandatory, by best effort (努力義務)" for all cyclists of all ages (currently, no penalties or fines). LE/Gov across japan have been implementing ordinances making helmets "Mandatory, by best effort" for all ages and have called on OFD players to enforce this as much as possible. National mandate (by best effort) expected to come into effect in parliament session in April 2023.

## Slide 219 Comments

1       @june.tai@uber.com are there any metrics/stats you can share in the first paragraph here? This slide is currently focused on control efforts, which we'll cover in the controls section. It's okay for you to keep them here, but if you can add more context on the risk space, please do!
        _Reassigned to june.tai@uber.com_
        *Nic Benincasa,  10/3/2022 03:05 AM*

2       We do not actively track PPE usage and cannot use RTID Mutombo submissions (verifies ID rather than PPE wear) to draw conclusions on whether a driver involved in an incident was wearing a helmet since we do not have Helmet Mutombo live for cyclists in APAC. I have added some context regarding the regulatory space we operate in and some data from the safety survey we conducted for JP.
        *June Tai,  10/3/2022 03:05 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0285

Attorney-Client Privileged & Confidential

# EMEA Specific Information on Lack of / Wrong PPE

- One of the key causal factors for fatal incidents for Delivery 2W (fatalities L12M vs. P12M). Majority of fatal crashes in Delivery occurred on Motorcycles.
  - 5/7 2W crashes lead to fatality due to severe head injuries (uncovered cases where driver did not have helmets with Mutombo example-1, example-2)
- Low protective gear use, lack of regulation and weak traffic law enforcement contribute to crashes in SSA.
- Suggests to plan deep-dives to identify critical markets with crashes leading to severe injuries due to lack of safety gears (specially helmets/seatbelts, etc.) According to CDC, helmets reduce the risk of head injury by 69%.
- Leverage Bike Safety Checklist to promote importance to wearing helmets and integrate not only as part of screening/onboarding process but also before trip start.
- Moto Safety checklist has been ranked most impactful "as feels a lot safer" product by the Couriers.



Critical Motor Fatality vs. Vehicle Type

Attorney-Client Privileged & Confidential

# LATAM Specific Information on Lack of / Wrong PPE

- This is a key causal factor for LATAM. The launch of 2W products in the region has come with an increase on SAC IR; while the product represents 3% of total trips, the incidents represent 30% of total SAC in the last 3 months.

- SAC relativity provided by DS analysis and Jira sample analysis show that the risk of a SAC of 2W at night is 56% higher, and also jiras with 2W involve, mention "not being visible to the collider" as a key causal of impact.

- Currently we have a ELC campaign (E&R), moto-checklist (E) and pre-request blocking page (R) enforcing the use of helmet.

**JIRA example distractions:**

Partner reports accident in which he ran over a motorcyclist and he died. He didn't see it since it was very dark. Both the user and he were not injured.

SAFE-3143509

UBER_JCCP_MDL_002289722.0287

# US/C Specific Information on Lack of / Wrong PPE

3
6

- Moto is not a key factor in the US&C due to the limited use of the product. Currently, 2 wheel is only used for delivery.
- 2W makes up around 10% of all crashes in US&C delivery.
- Only 18 states and the District of Columbia have universal motorcycle helmet laws that require all riders to wear helmets.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0288

Slide 222 Comments



1

2

3

4

5

6

*Nic Benincasa, 10/6/2022 10:50 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0289

Attorney-Client Privileged & Confidential

# Global Narrative & Insights on 2W Lack of / Wrong PPE

## Risk Summary

**Business context**

- Having sufficient helmets that meet minimum safety standards won't reduce incident rates; reducing the severity of incidents is the goal here ("Helmets don't prevent you from getting into a crash, they just protect you"). Having sufficient reflective gear that increases Earner visibility may help reduce incident rates.
- This is a top Policy priority; policymakers and opinion elites say, "If you care about safety, why aren't you providing users access to PPE?"

**Data & internal research insights**

- [EMEA] Lack of / wrong PPE is one of the key causal factors for fatal incidents for Delivery 2W (fatalities L12M vs. P12M). Majority of fatal crashes in Delivery occurred on Motorcycles. 5 of 7 2W crashes lead to fatality due to severe head injuries.
- We don't currently have enough 2W incident data to measure what we're paying out in insurance claims when Earners weren't wearing a helmet.

**External research & guidance**

- [US] Motorcyclists are about 28 times more likely than passenger vehicle occupants to die in a motor vehicle crash and are 4 times more likely to be injured. (NHTSA)
- [US] In states without universal helmet laws, 57% of motorcyclists killed in 2020 were not wearing helmets, as compared to 11% in States with universal helmet laws. (NHTSA)

**Regional incident spotlights**

- [APAC: India, September 2022]: Earner did not offer helmet to Rider at the start of the trip and collided with a vehicle.
- [APAC: India, July 2022]: Rider was not given a helmet and sustained a head injury after the Earner suddenly braked and lost control of the motorbike.
- [EMEA: SSA, November 2021]: Earner didn't have helmet during Mutombo; crash resulted in fatality.
- [APAC: Japan, January 2020]: Earner's mother reports that her son was involved in an accident where the side-mirror of a 4-ton truck hit the Earner's face.
- [US: NYC, September 2021]: Third party ran a stop sign and struck Earner on a bicycle while Earner wasn't wearing a helmet.
- [LatAm: Mexico, May 2022]: Earner ran over a third party motorist because it was dark and Earner did not see him. Third party motorist died.

## Top Insights*

**Top existing controls**

- **Bike / Moto safety checklists:** Go-online checklist with bike/and moto safety tips. Configurations depend by region.
  - Ranked by 2W Earners as most impactful, "as feels a lot safer." (Source)
- **Helmet verification:** Paired with the bike/moto safety checklist, verifies helmet compliance.

**Control effectiveness**

- **Bike / moto safety checklist:** Checklists are a self-attestation tool. Beyond helmet verification, we do not verify whether drivers have taken any of the precautions tips listed on the checklist.
- **2W PPE education:** We need 2W PPE education education to be interactive and include scenario-based simulations: based on decades of neuroscience research, we know that live scenario-based education is most impactful. Our current education has no retention/follow-up education; it is static content that doesn't lead to behavioral change.

**Control coverage**

- **Moto Rider helmets:** Moto Riders expect drivers to supply helmets, but that's tough to enforce. Ideally, Earners provide two helmets. Ideal way to enforce helmet use:
  - **Earners:** Trigger helmet verification on a daily (or at least a weekly) basis, via Moto safety checklist
  - **Riders:** Trigger a pre-request blocking page on every trip (future state: helmet verification product)

## Top Gaps*

**Investigating potential contributory factors**

- Need to collect more structured data and better model around lack of / insufficient PPE.
- Need better crash reconstruction and indicators regarding what happened in the lead-up to the incident.
- We don't currently ask about PPE in investigations; can we?
- **Lack of / wrong PPE could be more pervasive than we realize:** In a survey of 2831 2-wheel couriers (Moto and bicycle) across Brazil, Mexico, France, UK and Japan, 71% of couriers didn't report falls and 35% didn't report crashes. (Research)

**Control coverage challenges**

- Barriers to PPE may be cultural / attitude-based and / or cost-related.
- Challenge with getting affordable and safe PPE to Earners; ideally, we have PPE stores in every star market.
- Moto Riders expect drivers to supply helmets, but that's tough to enforce. **Should we prioritize rider helmet verification product?**
- Earners typically don't want helmets to be mandatory unless required by law.
- 41%+ of bicycle couriers in Mexico and Brazil don't own helmets. (Research); ~28% of bicycle couriers in Japan said they don't own a helmet. (Research)

**Control effectiveness metrics**

- **Bike safety checklist & moto safety checklist:** No statistically significant impact on crash rates given the extremely low volume of crashes. (XP results: bicycle + moto)

**Reflective gear**

- Having sufficient reflective gear that increases Earner visibility may help reduce incident rates. We haven't invested as much time / attention to reflective gear as we have helmets.
- Should we prioritize reflect gear verification product?

*These are preliminary insights and gaps; new information may be added during the week of October 10.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0290

Attorney-Client Privileged & Confidential

# Controls Bowtie + Gap Analysis: Lack of / Wrong PPE

UBER_JCCP_MDL_002289722.0291

# Current controls in place in relation to Lack of / Wrong PPE



More details on control coverage and effectiveness

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0292

Attorney-Client Privileged & Confidential

# Ideal Bowtie

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0293

# Controls Insights

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0294

# Screenings Insights

Table of Contents

- EMEA
- Data Science
- CommOps
- Latam
- APAC
- US&C
- Central
- Legal, Policy, Comms, Marketing

**Links**: Strategy Session, Tech Asks Session, Product Asks, 1-Page Strategy

Attorney-Client Privileged & Confidential

# Top 5 product asks - EMEA

| Key insight / problem | Product ask | Impact |
|---|---|---|
| KSA: ELM issues \| There are several issues with the ELM integration - such as submission logic and internal rejection representation - which result in both decrease in conversion and increase in operational burden | Bug / issue fixes | • 87K Drivers currently facing remediable BGC rejections (2.5x active driver base)<br>• -0.43 Marketplace balance, indicating a severely undersupplied market*<br>• 42% of total EMEA driver docs and BGC tickets are from KSA<br>• Fines for trips by non-compliant drivers or vehicles. As of May 2022, we've paid $200k in fines to date. For each trip by a non-compliant driver the regulator has the ability to fine us between SAR 2,000 and SAR 5,000 (USD 0.5k - USD 1.3k), and fines can also be applied for the same driver multiple times.<br>• Custom and incomplete product with automated driver and vehicle deactivation<br>• No automated resubmissions or reactivations<br>• Complex ops "hacks" to solve for product limitations<br>• Large backlog of screening eng tickets |
| UK Delivery: Current interaction between UberEats & Sterling is enabled through two automations, both of which take up to 12 hours to update records due to the volume of screenings taking place at any given time.<br><br>Onboarding challenges: increased processing time; increased reliability and breakage issues; high level of complexity given various moving parts (GSheets, SQLite on workbench, etc); limited memory and records of workbench sessions struggle to handle massive logs (which we often need to delete when we should be logging everything). | integration | • **Operational capacity**: API integration would allow us to process a higher number of applicants at a faster rate without risks related to automation/workbench overloading<br>• **Conversion:** Expected annualised savings in 2022: $4.3M<br>• **Safety**: With the integration, Uber will be able to track all documents uploaded and ensure they all match the identity of the applicant; these same documents will be passed to Sterling for the background check<br>• **P&L Savings**: the higher conversion rates and seamless experience will have an impact on the cost per DfT and the cost of tickets (detailed analysis here)<br>• **Safety issues**: Today, when a courier signs up as John Smith and uploads their ID and profile picture we see if they're the same person and Mutombo will make sure they're the ones delivering. However, since we send an email to an external portal to complete their BGC, there aren't a lot of ways to make sure that John Smith is the one doing this check. On the Sterling portal, couriers can provide any personal details. |
| South Africa Mobility & Delivery: In line with growth targets, we're looking to remove as much funnel friction as possible to reduce onboarding TAT. Opportunity for BGC integration exists. | integration | • Improved TAT (currently 2 days)<br>• Reducing manual processes and ops hours<br>• Improved conversion and streamlined onboarding<br>• Reducing opportunities for human error<br>• We currently rely on the earner to upload the BGC doc obtained from the vendor: the doc can |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

## Coverage

2

- Are the markets we believe to be IIL *actually* IIL?
  - Ongoing exercise indicates some markets assumed to be IIL may not have a BGC as part of the licensing process and would therefore be in violation of the screenings standard
- Privacy regulations
  - Some markets have/will have no screenings whatsoever (Spain, Lithuania, France, etc)
  - GDPR rollback: EEA markets where BGC will be rolled back to comply with privacy regulations will be in violation of the screenings standard. Long-term solutions (policy advocacy for local legal exceptions; alternative screening methods that comply with privacy regs)
- BYOC / 3P / RoS expansion = more unscreened couriers; screening policies and standards need to be developed. Framework for operational expansion of these models needed

## Effectiveness

Country-specific insights that will be relevant to the region
- KSA: ELM integration outages, bugs, and issues
- Pakistan: Third party vendor audit framework to ensure payment & invoicing accuracy, adherence to the screening methodology & SLAs, status of vendor-promised tech deliverables, and revision(s) before renewal of contract
- SSA: uSights effectiveness measurement challenges given low trip volume and incident rate
- Higher BGC contact rates due to unclear doc/vehicle rejection reasons (KSA) or status (UK delivery: for every BGC we get 0.66 tickets, i.e. 66% of all BGCs result in a related ticket)

## Cost

- For the majority of BGCs in EMEA, earners bear the cost
- Indirect cost analysis here. The majority of the indirect cost in EMEA is the support agent cost.
- No exact number available, but significant Ops headcount hours are dedicated to manual processes pertaining to BGCs in Pakistan (Mobility), Saudi Arabia (Mobility), and UK (Delivery). Integration would help move the needle, - integration delays.

## Health

- BGCs add to funnel friction. We have seen deviation requests seeking to relax / delay documents & requirements in order to increase supply or streamline funnel
- Priority: work with Policy on long-term solutions for local legal exceptions to privacy regulations (GDPR in EEA markets)
- TAT improvement opportunities
  - South Africa: 24-48 hours to release the report
  - UK: 10-15 days

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0297

## Slide 230 Comments

1.   @yosra@uber.com the updated screening standard awaiting signoff by leadership has this language:

"In models where an earner does not directly contract with Uber but will be interacting with Uber users as a result of a contractual agreement with an intermediate entity, Uber shall include language in that contract with the direct contracting entity to require adequate screening by the direct contracting entity. Contractual language should be reviewed and approved by appropriate Legal POCs."

https://docs.google.com/document/d/1TvZ_EZlCERFunjXWTVvYhdnNZuvSqAuQ9CDGvlCPF88/edit#

This would cover the BYOC and 3P use case. We also have a separate 3P policy that has a screenings component.

https://docs.google.com/document/d/1zZwJ2kPwnNcxuvxdq36gz9NAz6ZMFCmuYpme2RVVgLY/edit

Any new policies for new verticals should have a callout both in the updated global screening standard and/or have a separate policy for that new vertical where screenings is one of several components.

So when you say screening policies need to be developed, can you help me understand what the gap here is?
*Daniel Copeland,  10/26/2022 03:04 PM*

2.   Thanks Dan for sharing - let me review these and get back to you regarding whether they cover the considerations we had in mind. cc @mateo.valla@uber.com
*Yosra Salaheldin,  10/26/2022 03:04 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0298

| DS | | | |
|---|---|---|---|
| Control Analyzed | Analysis Title | Findings Summary | DS POC |
| MVR | Can Vehicular Legal Violations Predict MVR on Uber's Platform? | Drivers who are ultimately flagged by a DACT DD policy are 25.0% more likely to have at least 1 violation on their most recent BGC compared to drivers who are not flagged, while the flagged drivers are 32.0% more likely to have 2 or more violations than their non-flagged counterparts. Further, flagged drivers are 31.5% more likely to have been in an accident that appears on their most recent MVR BCG than those who have not been flagged. Given that this clear association exists, there are potential road safety benefits to investigating MVR signals - both violation and accident histories. However, we caution against the use of all MVR history for active drivers, as the signal does not exist when considering a driver's full history across all BCGs. | Jake; Zewei |
| BGC | Measuring the Impact of Background Check Removal in Spain | The Earners from the screened cohort had a lower incident rate for Non-Serious IPC, Serious IPC, and Serious Auto Crashes while the unscreened cohort of Earners only had a lower incident rate in Non-Serious Auto Crashes. No results are statistically significant due to volume constraints and relative incident rarity. | Adam Rodriguez |
| Delivery Adjudication Criteria | Eats Adjudication Criteria Background Check Analysis | Eats data from FCA couriers not as concerning as Rides data from Prop 47 drivers; sample too small to detect anything but big safety disparities; Minimal impact on supply – there are very few of these earners | Dan Svirsky |

UBER_JCCP_MDL_002289722.0299

## Slide 231 Comments

1    @zheng.chen@uber.com can you confirm that you will be presenting these insights on Thursday? Thank you.
     *Daniel Copeland,  10/11/2022 11:42 PM*

2    @zheng.chen@uber.com Are there any other studies we can point to? Any other screenings insights from DS (apart from the dashboard?)? Thank you!
     *Daniel Copeland,  10/9/2022 08:14 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0300

## Coverage

- We do not currently oversee screenings adjudication QA outside of US&C. As a result, we are unable to develop a global metric for how many earners are incorrectly allowed onto the platform with a passed BGC
- The BGC S4 automation currently in development will cover US&C, LatAm, and KSA should be live by the end of year

## Effectiveness

- BGC support policy is highly variable between markets/regions, this is partially a result of utilizing third-party vendors. We may be able to achieve a more consistent earner experience across markets by developing a set of best practices for frontline & vendor support
- There are a number of misalignments to the global adjudication criteria standard for non-regulatory reasons

## Cost

- There is limited visibility for earners in the screening process. BGC Processing contact types account for ~50-60% of global BGC ticket volume. If we can proactively keep earners aware of their BGC status (including any delays), we likely could reduce support costs
- BGC costs to the earner vary across markets: in some markets earners are charged for BGCs while it is free in others

## Health

- We do not have finalized queries for APAC & EMEA in the BGC Contacts per BGC Consented/Submitted dash, as a result, it is difficult to accurately compare across regions
- US&C has improved to ~30% Contacts per BGC Consented/ Submitted: volumes remain steady while the inflows of drivers through BGC has increased
- 1-Emoji CSAT for BGC continues to improve: Global 1-Emoji rate in August was under 15%, the lowest it's been all year

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0301

Attorney-Client Privileged & Confidential

## Coverage

1
2

- Usights strategy missing, what are the benefits in safety, how to expand / reduce
- Do we want to keep criminal letters as screenings? - DATA (Bolivia, ARG, Chile, Uruguay, Paraguay)
- Grace period if criminal letter
- Currently no Reruns for Delivery are being performed
- More clarity on one earner efforts and timelines are needed
- Expansion of Appeals for LatAm
- Integration of appeal information (how does multi vendor strategy fit in user experience )

## Effectiveness

- All vendors integrated to achieve more data consistency, volume control and improve on TAT
- With 2W, OneEarner becomes a bigger necessity once we have different accounts registration for the national ID. This mainly happens because its not possible to have two different Flows in the Uber Account (e.g. Moto and P2P)
- DEDUPE - how it works?, actioning correctly on accounts?, effectiveness preventing Dupe accounts?

## Cost

- Measurement of direct and indirect costs
- Alignment on billing by UUID or Country ID
- Appeal portal BR billing method
- Earner needs more visibility in process stage to avoid contacts to commops

## Health

- Incident Management with Vendors
- Start tracking document metrics (globally)
- Standardization on dashboards and data

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0302

**Slide 233 Comments**

1   @honeyg@uber.com can this be rephrased please? To include running an XP to determine effectiveness vs. supply tradeoff.

In addition, we have an entire playbook for how to expand and reduce.
*Daniel Copeland,  10/9/2022 08:17 PM*

2   @claire.chen@uber.com would you be able to add @honeyg@uber.com @camilla@uber.com to your bi-weekly ops updates? Thank you!
*Daniel Copeland,  10/9/2022 08:19 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0303

*\*We do not use BGC status for ANZ and other North Asia markets, where screenings are largely done via document collection or ILL*

## Coverage

**Unscreened Trip:**
- Effectively 0 in markets where we enforce mandatory screening doc collection
- SL: 1% and 2% of total APAC mobility and delivery trips respectively
- JP: we screen courier partners within 30 days from FT

**Markets with no Screening:** Japan Mobility, Bangladesh, Sri Lanka both LOB (collect Police Clearance Certificates but not mandatory)

## Effectiveness

## Cost

**Cost per market:**
- TW: USD 4
- HK: Name Search USD 7, Additional TCR: About USD 8, Additional DAR: USD 80
- ANZ: USD 24.50 for third party screening via NCC
- JP: USD 1

**Cost borne by driver partners**: TW, ANZ
**Cost borne by Uber:** HK, JP

## Health

**For markets where we collect screening documents:**
- Document processing is generally within 24 hours SLA (P90) upon driver submission
- However, It is hard to measure TAT and health performance as majority of the time spent to obtain screening documents from government agencies or regulators happen off the Uber app and dependent on external parties.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0304

Attorney-Client Privileged & Confidential

1

## Coverage

- There is 100% Pre-FT Screening for all the flows.
- The screening is re-run at a frequency of 1 year for all the active DPs on the platform.
- The average count of Pre-FT Screenings is ~150k/month and ~25k/month for the re-run.
- The BGC Re-run process is currently manual - hence misses/delays can occur

## Effectiveness

- We are operating at p90 SLA of 3 hours for the pre-FT Screenings.
- Flow/City info not included in the outbound information package - so can't prioritise or have differential processes for certain flows/cities if required
- 3P cross audit is conducted to measure the effectiveness of the Pre-FT Screenings
  - Type 1 error - 2.13%
  - Type 2 error - 1.60%

## Cost

- The current cost per unit Screening is about 1 USD and is borne by Uber. This is quite expensive considering the volume of FTDs which we have on the platform.
- It has been proposed to build a public API which will allow us to onboard multiple vendors.
- On-boarding multiple vendors will help to increase efficiencies and reduce costs.

## Health

- In the last week of July, automatic BGC submissions errored out for a period of 12 hours. The issue got auto-resolved but we have still not been able to figure out the cause.
- BGC triggers stopped for a section of drivers who had made submissions in a combined slot for both front and back faces of ID document. (Generally the submissions are done in different slots)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0305

**Slide 235 Comments**

1        @sooraj.nair@uber.com This is only for India, please call out Bangladesh and Sri Lanka as well in your voice over. Thank you!
*Daniel Copeland,  10/12/2022 04:54 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

## Cost

- There are many opportunities to reduce total background check costs:
  - YTD (Jan-Sep'22), $95.95M on background check cost for earners that did not take a trip within 28-days from report completion → ~53% of total background check direct cost

## Effectiveness

- There are still many leaks within our BGC process:
  - JIRAs increased 165% since January, mainly due to 'all docs approved, no submission' issue type
- We lack the proper data to build effective controls
- We need to continue investing on Eng Excellence:
  - YTD we had 16 tech incidents
- We lack processes to define our program requirements
- We need more reliable documentation and SSOTs
- We need to generate more actionable insights

## Earner Experience

- Earners lack transparency/understanding over BGCs:
  - 54% of BGC related contacts are earners asking about why their background check is stalled or when it will be completed
- We lack the proper tools to solve earners' issues:
  - YTD 21.4% of BGC contacts required an escalation for resolution
- Support is sometimes not effective in resolving issues:
  - ~21% of earners that opened a JIRA this year in the US opened between 2-5 tickets
  - 29% of earners who reached out to support to request their ISB or Triton consent/trigger link reached out more than once

## Operational Challenges

- Screenings is heavily vendor dependent and hard to scale:
  - US internal systems, SOPs, dashboards, and processes are very Checkr-centric
- Screenings is not set up for the OneEarner vision yet:
  - Portability
  - Multi-adjudication
  - MOB expansion in Canada
- Screenings is often an important Compliance lever:
  - BGC chargebacks in Canada
  - MA MSMVR
  - Secondary enrollments (EPN, LENS, CORI)

# Screenings Insights, US&C

## Cost



## There are many opportunities to reduce total direct background check costs

1. For Eats, a full BGC is ordered after standard one completes, but ~45% of users never end up taking a trip. If we delay the full package to post first trip → **$12M/yr in savings**
2. All users with passed BGC are enrolled in continuous monitoring, but ~45% never end up taking a trip → **$3.8M/yr in wasted spend**
3. Reruns have a 99-year lookback for certain regulated P2P geos. If all reruns had a standard lookback period of 7 years → **$4-10M/yr in savings**
4. We run two MVRs (1R/1E) if a user does not pass the Rides criteria while going through MOB. Samba can apply multiple criteria to the same report → **$6M/yr in savings**
5. YTD, 465.5K MVR reports were suspended and 72% were because of ILH. We have to pay for suspended reports even if they don't meet our criteria → **$3.6M/yr in wasted spend**
6. YTD, 280.5k criminal reports were suspended → **$4.1M in wasted spend**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0308

**Slide 237 Notes**

US Cost per active funnel user down 2.6% to $83.34, pace of report growth (25.4%) is outpacing cost growth (23%)
US&C BGC Cost Breakdown

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Screenings Insights, US&C

## Earner Experience

### 1. Earners lack transparency/ understanding over BGCs
(status, steps, expiration date, etc)

- In the US, 54% of BGC related contacts are earners asking about why their background check is stalled or when it will be completed.
- The pending BGC UX which launched in April saw 72% of Earners in the treatment group viewed the pending screen (-1.14% in support tickets). However, Pending BGC remains Top 3 contact time in US&C.
- Reruns are required at least once a year in the US. But, earners do not know (1) when their existing BGC will expire and when a rerun was ordered, (2) what the rerun status is and (3) why they cannot access the platform if the rerun did not complete in time.

### 2. We lack the proper tools to solve earners' issues

- YTD 21.4% of BGC contacts required an escalation for resolution. This is often the result of additional action needed from the COE team to progress a background check due to limited capability of the frontline team.
- Idempotency Override to re-send links in case of de-dupe. Between end of April and end of September, 21.7k Earners reached out to support to request that their ISB or Triton consent/trigger link be resent. Of those 21.7k, 6.2k (29%) reached out more than once to have the link resent.

### 3. Support is sometimes not effective in resolving issues

- ~21% of earners that opened a JIRA this year in the US opened between 2-5 tickets, indicating that we didn't solve their problem right away. 'California DMV Review', and 'CORI' are the issue types with the higher 2-5 tickets rate.

Attorney-Client Privileged & Confidential

**Slide 238 Notes**

US Cost per active funnel user down 2.6% to $83.34, pace of report growth (25.4%) is outpacing cost growth (23%)

<u>US&C BGC Cost Breakdown</u>

# Screenings Insights, US&C

## Effectiveness (Tech)

### 1. There are still many leaks within our BGC process

- Despite Code Red, BGC escalations (JIRAs) increased 165% since January, mainly due to 'all docs approved, no submission' issue type.
- Since launch, the number of escalations related to CA EPN and NY LENS has been increasing. These issue types represent 6% of YTD escalation volume.
- Users who are submitted with invalid PII have no productized path to resolving this error and do not know where they are in the BGC process. Invalid PII can happen from a document transcription error, a typo when the user is self entering PII, or an invalid email address.

### 2. We lack the proper data to build effective controls

- Lack of certain data points:
a. no data point to link the submission with the following report and results
b. no data logging to distinguish among new submission, ftc switches and re-run submission.
- We can't easily tie events together. No indication that event A happened because of event B, which makes it harder to track.
- Background check data is unreliable as there is missing, incorrect, and duplicative logs.
- Report-level data is not ingested in a queryable table (eg: counties searches, charges, etc).
- Lack of data to properly check enrollments (continuous monitoring, ISSP, EPN, LENS, CORI, etc).

### 3. We need to continue investing on Eng Excellence

- We don't have a mirror of the screenings production environment for testing. Eng, Ops, and CommOps cannot test new features before turning on production which creates additional operational risk and time to launch any new products.
- We have a difficult time identifying where systems are breaking. This leads to speculation and a heavy burden on Engineering to determine if an issue is net new or an ongoing issue.
- YTD we had 16 tech incidents. We should have a process to proactively detect and fix tech vulnerabilities before they become an issue.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0312

## Slide 239 Notes

P90 TAT is decreasing, mostly because of Brazil (average of 10 days in May), down to 6 in July.

**India**
1 we have a submission bug ( cases just stop flowing to the vendor for days this happened twice ) rca still unknown
2 we have high volumes ( 40 ^ higher than the project ftv and ftd )
3 ecourt database which is used to get criminal record had been not reliable lately

**<u>USA</u>**
E2E is composed by multiple things:
First Submission (proxy for MVR)
Crim BGC
Adjudication
Status update

Crim BGC usually is what takes the longest to complete
Crim submission has gone up from 3.97 to 4.44 (increase of 11%)
This is explained MOSTLY by the submission spike we saw back in May
We've gone through most of the backlog (we still have somewhere around 56K reports pending for more than 4 days which is lower than where we were back 28 days ago 64k)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0313

# Screenings Insights, US&C

## Effectiveness (Program)

### 1. We lack processes to define our program requirements

- Canada delivery has been utilizing a zero tolerance adjudication criteria, despite having a different regulatory landscape than Mobility.
- We need to revisit our QA program to better define targets, risk tolerance by market, and evaluate how well our current partnership with Global QA meets both compliance and agent performance use cases.
- There is no process to request, approve, implement, and document changes to internal adjudication criteria. It is challenging to identify why certain criteria exist and it is easy to miss critical implementation steps which creates compliance risks.

### 2. We need more reliable documentation and SSOTs

1

- Many dashboards owned by different teams that pull BGC metrics, but no alignment on the definition of the metrics and the methodology to pull them.
- No clear documentation of processes and definitions of BGC categorizations. For example, how the tech stack determines a re-run vs a resurrection vs a funnel submission.
- We don't know how each vendor handles various exceptions. A mapping should exist of exception scenarios and how each vendor remediates them.
- Lack of a repository of all BGC related projects and process updates (ie BGC encyclopedia & BGC Google Drive Folder).

### 3. We need to generate more actionable insights

- Our current process to identify insights and share across teams is not standardized and often crosses multiple communication channels (weekly meetings; email; slack; JIRA/T3 board). This makes it challenging to share insights and track identified/known issues to resolution.
- JIRA issue types are not accurate and there are often multiple underlying issues associated with each category. For example, "All Docs Approved/Not Submitted" represents ~40% of monthly escalations but can be caused by issues in various different underlying technical processes.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0314

## Slide 240 Comments

1    @zheng.chen@uber.com FYI for our discussion on Thursday as this is our goal for the screenings space. I think there is still additional work to be done here.
*Daniel Copeland,  10/11/2022 11:38 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0315

# Screenings Insights, US&C

## Operational Challenges

### 1. Screenings is heavily vendor dependent and hard to scale

- Canada uses the same vendors in each market except for in BC where Rides uses Triton and Eats uses ISB. Eats in BC should switch to Triton as well due to better overall experience as well as simplifying the logic for MOB launch in the province.
- Certn in Canada promised faster TaT than our current vendors. If pilot is successful, we'll be looking to integrate in 2023.
- Our internal systems, SOPs, dashboards, and processes are very Checkr-centric, with the launch of Samba and HireRight into production we will need to adapt and identify opportunities to scale across all three vendors.

### 2. Screenings is not set up for the OneEarner vision yet

- We're currently blocked on launching MOB in Canada due to incremental work required from Screenings.
- As Uber expands to new verticals, it becomes more challenging to adjust the BGC operations to meet all requirements with the current tooling and infrastructure that we have.
- If we could port the BGC results, it would not only improve the driver experience and unlock growth, it'll save $3M in annualized redundant BGC costs. We estimate that we lose about 1M SH per year due to earners having to temporarily wait for their new BGC to complete after flow/city switching. This incremental SH represents between $21M - $31M in additional GB.

### 3. Screenings is often an important Compliance lever

- BGC chargebacks support our IC+ argument in Canada. But currently, Ops needs to run a heavily manual process to enforce it for Mobility and Eats doesn't have a process implemented yet.
- Our current way of complying with MA MVR requirements causes MA to have 50% worse conversion than the rest of the US.
- We currently do not have any automated or manual process to unenroll users from EPN and LENS. This opens us up to a compliance impact and additional wasted cost on monitoring MVRs for users who are not active on the platform.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0316

**Slide 241 Notes**

1. For successful dispute rate, earners who submit their own BGC are probably less likely to dispute its contents, whereas earners in markets with dedicated dispute processes like the US may find it easier to dispute, hence the higher rate.
2. For markets that do not have dispute data, we use the following proxy: Total # support contact type "Disagreed with results of background check" AND have Earner BGC status as Pass / Total # support contact type "Disagreed with results of background check". That could account for some of the difference in rates between regions because the calculation is simply not the same.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0317

Attorney-Client Privileged & Confidential

## Coverage

3

*Unscreened Trip Rate - Does not include APAC and EMEA*
- Unscreened trip rate is very low in markets where metrics are available, but we need more APAC and EMEA data.
- **US:** Functionally 0
- **Latam:** 0.0003% for Delivery and 0.0005% for Mobility (759k trips)

*Screening Processes Documented - Docs are missing*
- 71% of Mobility and 90% of Delivery processes are documented, largest share of missing docs is in EMEA and Latam.

*Markets with No Screening - These need to be covered*
- 6% of Mobility markets and 19% of Delivery markets have no screening in place, mostly in EMEA and APAC.

*Data coverage is the biggest challenge for better understanding regional trends in APAC and EMEA. Metrics like TAT, unscreened trips, BGC contact per earner through BGC, and wasted spend - are not reliably tracked in many non-integrated markets, especially in EMEA and APAC.*

*Some key markets like Bangladesh and Sri Lanka should have a screening in place and GDPR markets remain highly complex from a screenings standpoint.*

## Effectiveness

*uSights - prove out supply vs effectiveness tradeoff*
- uSights conversion and effectiveness rates vary widely depending on the market. The test is most effective in Argentina and least effective in SSA, but only an XP can say for certain.
- All conversion rates are better than break-glass metric of <60%, but markets should have reminder comms in place (not all do).
- Mexico XP to assess tradeoff between conversion and incidents prevented.

*BGC Contact Rate*
- ~33% globally, but differs substantially between regions (27% in APAC and 37% in EMEA, for example).
- US&C comprises ~60% of all contacts globally

*Successful Disputes*
- Successful dispute rates are lower in 2022 than in 2021 (avg. -5%)

*Despite improvements to TAT, fixing outages, improving observability, exiting code red etc. we are not seeing improvements in the BGC contact rate (per earner through BGC). This is potentially a lagging indicator for whether we are solving earner issues quickly enough but we are not seeing global movement here.*

## Cost

- While costs are up in 2022 compared to 2021 due to increased BGC submissions, cost per trip is decreasing over the long term.
- At least 54% of global BGC spend is wasted.

*US cost reduction must continue to receive intensive focus, with an emphasis on reducing wasted spend across the board.*

## Health

- TAT increased in August across P50, P75 and P90 globally (for integrated markets)

*Integrations are a proven way to drive down TAT. But we need to ensure that TAT is accurate and markets set targets for TAT.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## Slide 242 Comments

1    @daniel.copeland@uber.com can you please provide us the query used to extract this data, please? @ana.lara@uber.com
@honeyg@uber.com
_Reassigned to daniel.copeland@uber.com_
*Camilla Mezzavilla,  10/17/2022 08:22 PM*

2    https://querybuilder-ea.uberinternal.com/r/of2f7nuNz/run/fZY3l4Gzb
*Daniel Copeland,  10/14/2022 10:37 PM*

3    @ana.lara@uber.com aninha here.
*Camilla Mezzavilla,  10/17/2022 08:22 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0319

# Screenings Insights,

## Effectiveness

| Region | BGC Contact Rate (Jan-Aug) | Ticket Volume (Total volume Jan-Sep) | % 1* CSAT (Jan-Aug avg.) | Successful Dispute Rate (Jan-Aug) | Adjud. QA % (link) |
|--------|------|------|------|------|------|
| US&C | 38% | 2,662,700 | 15% | 40% | 98.9% |
| Latam | DS Support Needed | 513,000 | 19% | 5.6% | n/a |
| APAC | DS Support Needed | 265,000 | 12% | 12.7% | n/a |
| EMEA | DS Support | 256,000 | 19% | No data | n/a |

### KEY INSIGHTS

- BGC contact rates is flat, and "processing or stalled" questions comprising 67% of contacts
- The global successful dispute rate is lower compared to the previous year, driven by both successful and total dispute volume.





### Global BGC Contacts Per Earner Through BGC

~33%

Global BGC contacts per Earner through BGC (data)

**BGC Contact Per Earner Through BGC**
# of BGC Contacts / # of earners that went through BGC*
*Includes consented and submitted drivers during the time period

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0320

## Slide 243 Notes

1. For successful dispute rate, earners who submit their own BGC are probably less likely to dispute its contents, whereas earners in markets with dedicated dispute processes like the US may find it easier to dispute, hence the higher rate.
2. For markets that do not have dispute data, we use the following proxy: Total # support contact type "Disagreed with results of background check" AND have Earner BGC status as Pass / Total # support contact type "Disagreed with results of background check". That could account for some of the difference in rates between regions because the calculation is simply not the same.

## Slide 243 Comments

1       @daniel.copeland@uber.com FYI this is total volume and not average
        _Assigned to daniel.copeland@uber.com_
        *Deneisha Gayle Tieng,  11/10/2022 09:47 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0321

P-01528.00326

# Screenings Insights,

## Coverage

| Region | Unscreened Trip Rate* Jan-August '22 | Screening Process Documented | Markets with no screening |
|--------|--------------------------------------|------------------------------|---------------------------|
| US | M: Functionally 0 D: 0* | M: 3/3 D: 3/3 | M: 0/3 D: 0/3 |
| Latam | M: 0.0005% D: 0.0003% | M: 17/17 D: 9/9 | M: 0/17 D: 0/9 |
| APAC | TBD | M: 6/9 D: 4/5 | M: 2/9 D: 1/5 |
| EMEA | TBD | M: 24/41 D: 12/14 | M: 2/41 D: 5/14 |
| Overall | TBD | M: 50/70 (71%) D: 28/31 (90%) | M: 4/70 (6%) D: 6/31 (19%) |

# 0.0003%

Unscreened trip rate in the US and Latam (integrated markets only)

## KEY INSIGHTS

- Unscreened trip rates in the US and Latam are very low. Raw numbers are more interesting.

**Unscreened Trip Rate**
# trips where…
driver BGC status is null
where document is not uploaded
AND
Sum of (Trips taken in markets
where we do not have a
screening in place)
/
Global total trips across all
markets

* Couriers are required to have a basic BGC completed before joining the platform, but a more extensive search is completed after the basic. Full BGC results can be available before or after onboarding.

Visualization

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0322

Slide 244 Notes

**Mobility Markets with no screening**
EMEA (2): Ukraine; Spain
APAC (2): Bangladesh, Sri Lanka

**Delivery Markets with no screening**
EMEA (5): Germany, Kenya, Netherlands, Poland, Spain
APAC (1): Sri Lanka

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0323

# Screenings Insights, Central

## Cost

| Region | Cost per Trip YTD | Total Cost Jan-Aug 2022 | Wasted Spend YTD, 56D |
|--------|-------------------|-------------------------|------------------------|
| US&C | $0.141 | $194.8M | $91.16M |
| Latam | $0.006 | $8.99M | DS Support Needed |
| APAC | $0.001 | $1.02M | DS Support Needed |
| EMEA | $0.002 | $2.15M | DS Support Needed |



**Cost Per Trip**

### KEY INSIGHTS

- While costs are up in 2022 compared to 2021 due to increased BGC submissions, *cost per trip is decreasing over the long term*.
- At least 54% of global BGC spend is wasted.

# 169M

Global BGC Costs YTD

**Wasted Spend**
Earners with BGC pass and no first trip within 56 days.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0324

**Slide 245 Notes**

US Cost per active funnel user down 2.6% to $83.34, pace of report growth (25.4%) is outpacing cost growth (23%)
US&C BGC Cost Breakdown

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## uSights

| Market | uSights Conversion* YTD (Drivers failed) | Overall IR Ratio Top 2% to Bottom 98% | DD Ratio Top 2% to Bottom 98% | IPC Ratio Top 2% to Bottom 98% |
|---|---|---|---|---|
| Mexico | 76% (2439) | 1.17 | 1.12 | 1.41 |
| Argentina | 89% (121) | 2.55 | 2.55 | 3.32 |
| Peru | 84% (322) | 1.05 | 0.88 | 0.80 |
| DR | 86% (1021) | 1.31 | 0.83 | 1.43 |
| Nigeria | 82% (165) | 0.95 | 0.96 | 1.24 |
| Ghana | 82% (140) | 0.95 | 1.3 | 0.90 |

*uSights Conversion Rate
Total passed / total drivers who started the assessment

FN: Omitted Kenya, Tanzania and Côte d'Ivoire because sample sizes are too low for analysis.

### KEY INSIGHTS

- uSights is effective in most Latam markets but struggling in SSA, partially due to lower driver volume.

- Conversion rates are better than break-glass metric of <60%, but all markets should have reminder comms in place

- Current Mexico holdout XP to validate effectiveness.

### OPERATIONAL IMPROVEMENTS

- Run parallel test - short version w/ intent to take a first trip
- Analyze correlation between SUFT and uSights score

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0326

**Slide 246 Notes**

SUFT improvement
- Add a question: will you take a first trip after this assessment? Indicator to get a sense of higher intent.
    - Move uSIghts to first in the funnel, do not kick off BGC for those who signal low intent, above a certain uSights score.
    - Run two models at once, testing only 5 questions and an intent question.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0327

# Screenings Insights,

## Operational Health

| Market | P90 TAT Days July (% change from May) | P50 TAT Days July (% change from May) | Submission / Consent Rate July |
|---|---|---|---|
| US | 8.84 (+32%) | 1.4 (+55%) | 79% |
| Brazil | 6.03 (-40%) | 1.94 (-65%) | n/a |
| India | 6.08 hours (+690%) | 2.56 hours (-10%) | n/a |

### KEY INSIGHTS
- Global P90 TAT is trending lower, but P50 is increasing
- US is likely cause of P50 increase, while Brazil is cause of the P90 decrease



**BGC TAT, Integrated Markets***

# 6.3   2.95   1.26

Global P90 TAT (days, July)  Global P75 TAT (days, July)  Global P50 TAT (days, July)

* includes US, UK, Saudi Arabia, India, Canada, & Brazil. Eng request pending for incorporation of other integrated markets

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0328

P-01528.00333

Slide 247 Notes

P90 TAT is decreasing, mostly because of Brazil (average of 10 days in May), down to 6 in July.

**India**
1 we have a submission bug ( cases just stop flowing to the vendor for days this happened twice ) rca still unknown
2 we have high volumes ( 40 ^ higher than the project ftv and ftd )
3 ecourt database which is used to get criminal record had been not reliable lately

**USA**
E2E is composed by multiple things:
First Submission (proxy for MVR)
Crim BGC
Adjudication
Status update

Crim BGC usually is what takes the longest to complete
Crim submission has gone up from 3.97 to 4.44 (increase of 11%)
This is explained MOSTLY by the submission spike we saw back in May
We've gone through most of the backlog (we still have somewhere around 56K reports pending for more than 4 days which is lower than where we were back 28 days ago 64k)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0329

Case 3:23-md-03084-CRB   Document 5256-18   Filed 02/17/26   Page 335 of 529



## Legal

3

## Policy

- We need to keep focusing on staving off fingerprinting regulations. Especially, when Uber Teens launches
- We will need to keep working on ways to incorporate screenings in the EU.
- There may continue to be some concern around the trade offs between privacy and BGC (i.e., LA county)
- Growing concern around lookback periods and redemption/fair chance.
  - We still haven't determined an internal position, regulations and fairness partners want to move towards inclusion, whilst background checks organizations are against redemption.

## Comms

1

## Marketing

2

UBER_JCCP_MDL_002289722.0330

P-01528.00335

**Slide 248 Comments**

1      @andrew.hasbun@uber.com any screenings comms insights that you want to raise here? Thanks! (discussion is thursday morning)
*Daniel Copeland,  10/11/2022 11:29 PM*

2      @ccazes@uber.com any insights here on marketing irt screenings?
*Daniel Copeland,  10/11/2022 11:28 PM*

3      ┌─────────────────────────────────────────────────────────┐
       │            **REDACTED - PRIVILEGED**                     │
       └─────────────────────────────────────────────────────────┘
*Daniel Copeland,  10/11/2022 11:28 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0331

# Earner Identity Insights (WIP)

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0332

# Table of Contents - Earner Identity

1. Regional Insights
   a. APAC
   b. EMEA
   c. LatAm
   d. US&C
2. Insights from Cross-Functional Stakeholders
3. Summary of relevant Data Science Analyses
4. Identity Scorecard Summary
5. Manual Profile Photo Review Metrics
   a. Metrics
   b. Profile Photo Rejection Deeper Dive
   c. Profile Photo Accuracy Rate Deeper Dive
6. Manual ID Doc Review Metrics
   a. Metrics
   b. ID Doc Rejection Deeper Dive

7. Mutombo (Tech)
   a. Metrics
8. Mutombo (HITL)
   a. Metrics
   b. HITL Accuracy Deeper Dive
9. Mutombo (Tech + HITL)
   a. Metrics
   b. Mutombo Reactivation Rate Deeper Dive
10. Wrong Driver/Wrong Courier
    a. Metrics
    b. Wrong Driver Deeper Dive
    c. Wrong Courier Deeper Dive
11. uFace
    a. Metrics
12. Template Detection
    a. Metrics
13. EXIF
    a. Metrics

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0333

# Regional Insights

*APAC*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0334

# Stakeholder Insights

## *APAC*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

P-01528.00340

UBER_JCCP_MDL_002289722.0335

## Slide 252 Notes

APAC Doc

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

| Primary Hazard | Known MOs | Current Control Overview | Gaps |
|---|---|---|---|
| **Fraudulent Account Creation**<br><br>Drivers onboard using fake/forged identity | 1. Photoshopping or Forging IDs to create fraudulent documents [ANZ, Japan, India]<br><br>2. Fraud rings create accounts in bulk to sell them on blackmarket or via social media groups [ANZ, Japan, India]<br><br>3. Public Portals misused to steal identity of other drivers [ANZ, India] | - Profile Photo Review (Docapprover)<br>- Mona Lisa (Template Detection)<br>- Identity Document Review (Docapprover)<br>- Document Audit | Difficult to tell photoshopped/altered documents<br><br>Agent errors from approving PP with ID docs<br><br>No way to validate National ID/DL numbers accurately |
| **Duplicate Account Creation**<br><br>Previously deactivated drivers who return to platform or drivers creating duplicate accounts | 1. Account deletion request abuse to create brand new account to game NDIs [ANZ]<br><br>2. ID Switching - Switching their identity by submitting another ID document | -Duplicate Account Onboarding (same email/phone #)<br>-uFace (same profile photo)<br>-Mastermind Risk Rule: GoOnline Block (same ID/DL) | Onboarding Dupe<br>-Mastermind Risk Rule: Bank Sharing Rule (shared bank account)<br>-Mastermind Risk Rule: Device Sharing Rule (shared device)<br>-uSim multi-dimensional (same cluster signup)<br>-Pre-FT Dedupe/Proactive Dedupe (ANZ, INSA)<br>-Blacklist/Ongoing Review 'Curator' Model (ANZ)<br>-PAN Dedupe (INSA)<br>-Driver Accreditation Dedupe (ANZ)<br>-NA Logic Based Dedupe (Same Name+DOB, Same Device, Same Payment Profile)<br>-Shared Device Linkage Review<br>-Vehicle Dedupe (INSA) | Heavy operational lift on running dedupe locally<br><br>Manual review on dedupe takes time<br><br>Uface relatively low hits in NA markets<br><br>Profile photo not re-triggered when new ID is submitted<br><br>Vehicle dedupe still left open globally<br><br>Whitelisting can be abused |
| **Account Sharing** | 1. Photo of a Photo (PoaP) of original driver to bypass real time identification [Japan, India]<br><br>2. Modded Apps to do gallery uploads of pictures | -Mutombo (Real-Time ID SH TTL)*<br>-Mutombo (Bounce & Extreme Bounce)*<br>-Mutombo (POAP Model)*<br>-Mutombo (Bank Update)*<br>-Mutombo Liveliness (JP Eats iOS)* | Gallery upload via modded apps<br><br>Mutombo trigger easy to game and predict |

UBER_JCCP_MDL_002289722.0337

## Slide 253 Comments

1    @nickolas.tan@uber.com

Is this a coverage gap (i.e. controls aren't live) or they aren't working effectively?
*Joseph Tawney,  10/12/2022 02:02 AM*

2    coverage gap we dont have exif live to let agents know in docapprover if a docc has been altered
*Nickolas Tan,  10/12/2022 02:02 AM*

3    @nickolas.tan@uber.com

We will be rolling this out globally soon. Timeline is TBD
*Joseph Tawney,  10/11/2022 03:28 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0338

Attorney-Client Privileged & Confidential

## ANZ

- Dedupe is operational heavy on local ops and manual review takes time to action on drivers with fast TAT in onboarding - dupe drivers can go online do trips before getting actioned on

- There has been a few high profile cases with dedupe controls failing to catch blacklisted drivers either from failed ingestion from pipelines or missing blacklist tags

- Modded Apps with gallery uploads still seen in ANZ

- Seeing very high level of doc altering from certain fraud groups using photoshopped passports

## NA

- uFace doesn't necessarily catch well in NA markets relatively low volumes

- Japan seeing fraudulent account creation mainly from foreigners pretending to be nationals usually with altered national IDs / Local Bank ATM validation now bypassed with fake ATM cards

- TW spoofing appearing to be more prominent vs other regions seeing higher levels of bounce triggers (also appears to have more false positives)

- Agent error in processing faces from profile photo (ethnic bias)

- Limited or none government/ trusted 3rd party database to verify doc authenticity

## INSA

- Modded Apps with gallery uploads relatively higher in India >1.2K accounts found

- Agent error in processing faces from profile photo or failed mutombo passes

- Unsure if extreme bounce is correctly triggering in India to catch more drivers or drivers have found a way to circumvent the mutombo trigger

- Various controls act in silo, i.e Mutombo deactivation threshold does not take into account other actioning from dedupe or WD

## CommOps/Legal/Policy/Privacy

- Agents have a hard time telling if a document is photoshopped/altered and need to manage SLAs

- We don't restrigger a new profile photo when a new ID is submitted, so agents might not know if the person has indeed changed

- No way to see account ban/ flag history/ sharing linkage to support doc review judgement (viz for doc agents or maybe integrate with DA; auto reject if enough evidence for fraud)

- Previous doc rejections and reasons for the rejections are not visible to doc agents on DocApprover to support approval/ rejection decisions (ie. fraud docs won't be accidentally approved if previous rejection details were presented)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0339

Slide 254 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0340

Attorney-Client Privileged & Confidential

## Coverage

- [Product] Current product **coverage on par** with most global markets with exception of uface in ANZ and EXIF (expected to be launched by H2'22). **Variations in thresholds and standards** with stricter regulation or higher risks (i.e. ANZ Rides/Eats & JP Eats on 1 strike mutombo, rest on 2)

- [Region] Operational processes differ within region mainly based on the type of MOs apparent in country or due to legacy. Opportunity to **unify** certain processes where scalable (i.e dedupe)

- [Country] Known gaps prevalent in markets where controls currently are unable to detect them easily (i.e **Modded Apps, Gallery Uploads, Photoshopped Docs, POAP, Vehicle Dedupe**)

## Effectiveness

- [Product] Product related deactivations account for ~**58% of all deactivations** in APAC (majority from India) but with opportunity to improve on specific detection(modded apps/gallery uploads ~1.2K accounts from manual review in India alone) and increase effectiveness for NA products (uface not as effective in NA, only ~12 MoM deactivations)

- [Central] **Profile photo reviews** need improvement with a number of high profile related case misses with incorrectly approved photos either from Mutombo or ID docs x-comparison. [HK | INSA]

## Cost

- [Region] Difficult to measure actual cost and ROI of each control but without these controls running effectively it can lead to more bad actors coming into platform that can result in repeated serious incidents (most prominently repeated sexual assault cases), wasted driver spend (from NDIs to onboarding costs) and further litigation or regulation (legal case fees and fines, increased operational burden)

## Health

- [Region] Local dedupe processes not operating at best efficiency today with old pipelines and **outdated thresholds** that requires constant maintenance together with added dependency on manual review teams to complete reviews with **fast TAT** due to seamless virtual onboarding today (1 hr TAT in India).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0341

**Slide 255 Notes**

1) Coverage (are there gaps in control coverage that we need to address)
2) Effectiveness (A measurement of whether the control is performing as intended)
3) Cost (A measurement of the direct and indirect control costs and an evaluation of the control's ROI.)
4) Operational Health (A measurement of how the control impacts individual users like SLA, TAT, Waitlist Period, etc. and a measurement of collective user impact to the business like Supply Hours, Conversion, FTR, Deactivation Rate, etc).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# KPI/OKR Insights

## *APAC*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0343

# Effectiveness | Unsure if WD/WC tickets is a good reflection of actual risk

## Account Sharing (AS) Rate | Wrong Driver/Courier Tickets per Million Trips





## Key Takeaways



- **INSA** continues to be higher risk market with account sharing rate one of the highest at ~41 (US&C ~23 / EMEA ~17 / LATAM ~16)
- **ANZ** showed improvement from Jan at 11.9 now down ~35% at 7.8 with various efforts from global and local team
- **NA** relatively lower risk under fleet and taxi model with lowest account sharing rate between 3 - 5

- **ANZ** delivery showing higher level of risk for account sharing within the region (US&C ~80 / EMEA ~38 / LATAM ~28)
- **TW** moderately risky with highest peak YTD in Jan at 15.2
- **JP** rates hovering between 4-8; improvement versus 2021 H1 range at 10-27
- **SL** remains relatively small in terms of WC reports but fluctuates with low trip volume

**ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0344

## Slide 257 Notes

Now looking at the scale of problem we look to account sharing rate which is the number of wrong driver tickets per million trips and is one of the primary metrics we have to gauge identity risk level from Safety POV; accuracy of the data is could be overstated with ticket misclassification or duplicated reports and also potentially understated with users not reporting such cases. Basing the scale of problem from relative sense we see certain markets with inherently higher risk. For mobility, India is one of the highest AS rates even with other regions but we also believe the problem could be overstated with riders trying to abuse support using WD node to get attention of support quickly. ANZ had shown improvement when it was at 13.8 in Jan but has been reduced to 8.8 with various efforts by global and local teams when the issue was raised by ops on increased fraud cases found early in the year. NA risk remain low with fleet model ranging between 2-8 WD report per mil

On the delivery side, ANZ seems to suffer from higher level of AS reports, TW follows in 2nd with highest peak observed in June YTD at 19 WC reports per mil trip. JP rates continue be stable with the various efforts we launched towards end of the year against the litigaton case between 6-8 WC tickets vs 10-27 in earlier half of 2021. SL rates fluctuate with small volume and trip levels

## Slide 257 Comments

1          @nickolas.tan@uber.com

           INSA is significantly higher - any clue why so much higher compared to other markets?
           *Joseph Tawney,  10/12/2022 02:01 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0345

## Slide 257 Comments (Continued)

2         yea we asked for the queries to be able to ticket read some of these still pending from DS, my hypothesis is still probably support abuse

@nengjun.zhao@uber.com can you share the queries for AS tickets as requested thanks!
*Nickolas Tan,  10/12/2022 02:01 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Effectiveness | Constantly blocking attempts by bad actors to access the platform; control efficacy difficult to measure however

| Actioning Volume (deactivations)* | Jan | Feb | Mar | Apr | May | June | % Deacto |
|---|---|---|---|---|---|---|---|
| **Global Risk Rules** (Mastermind, Uface, Template Detection) | 32,528 | **54,326** (1) | 41,653 | 23,799 | 26,456 | 24,601 | ~52.7% |
| **Local Dedupe** (Pre-FT, Curator, Logic Based Dedupe) | 3636 | 3861 | **23,743** (2) | 3549 | 4030 | **6033** | ~11.6% |
| **Mutombo** | 2963 | 2495 | 2836 | 2907 | 3064 | **3768** (3) | ~4.7% |
| **Fraud Document** | 295 | 258 | 415 | 218 | 140 | **849** (4) | ~0.6% |

*Note: Deactivation numbers here may not fully translate to actual individual drivers as drivers can create as many accounts with just a phone number and email*

*Source of data taken from several sources and is best effort pull of current controls may not be actual representation if these were unique drivers actioned on*

## Callouts

1. uSIM risk model launched in India in Feb that hit 19K backlog drivers
2. Local PAN dedupe process launched in INSA to tackle PAN number abuse
3. In line with higher account sharing rates seen in June across the region, we also see higher deactivation levels coming from Mutombo and local dedupe processes in June
4. Spike in document deactivations in June mainly from INSA bulk actioning on repeated fraudsters reuploading same documents

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0347

Slide 258 Notes

We continue to see high volume of actioning MoM with majority of actioning from India indicating that we have constant attempts at duplicate or fake account creation. Global risk rules provides the highest coverage and account for almost more than half of the deactivation volume in the region. In further slides we will deep dive into these various control in abit more detail but overall spikes usually occur when new risk rules or controls are launched. Note also that actual deactivation numbers do not translate to individual driver lost as a driver ccan create as many accounts as possible as long as they have email and phone number.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0348

# Operational Health | Volumes predominately from India



## Global Risk Rules (Jan'22-Jun'22)

Legend: uFace/Template Model, Device/Vault Sharing, Onboarding Dupe (Rej account during onboarding if same or blacklisted DL/ID), Other, uSIM Model



| Actioning Volume | Avg MoM Actioning | Avg MoM Precision |
|---|---|---|
| ANZ | ~589 | 98% |
| INSA | ~33,034 | 98% |
| NA | ~269 | 99% |



## Mutombo (Jan'22-Jun'22)

Legend: Supply Hour, WD Report, Other, Mandatory, Bounce

| Deactivation Volume | Avg MoM Deactivations | Avg MoM Appeal | Avg MoM Overturn | Avg MoM Precision |
|---|---|---|---|---|
| ANZ | 356 | 250 | 74 | 76% |
| INSA | 2422 | 533 | 33 | 99% |
| NA | 228 | 138 | 32 | 83% |



## Local Processes/Fraud Docs (Jan'22-Jun'22)

ANZ Deactivations 8K — Avg ~1.4K MoM

INSA Deactivations 28K — Avg ~4.7K MoM

NA Deactivations 7K — ~Avg 1.2K MoM

| Region (APAC) | Docs rejected for fraud | Processed docs | % of Docs Rejected |
|---|---|---|---|
| NA | 3,839 | 2,556,532 | 0.15% |
| ANZ | 1,583 | 3,021,896 | 0.05% |
| India SA | 182,100 | 10,711,095 | 1.70% |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0349

Slide 259 Notes

In terms of metrics for global risk rules, we do see very high actioning MoM mostly from india with the recent launches of new rules uSIM, uface, template detection but precision remains relatively strong collectively. This is because there is a largely dependency on manual review team from GFPS and GSS being able to support the reviews and volume hits.

For ANZ and NA bulk of the actioning comes from onboarding dupe rules which is rejecting drivers during onboarding if they use the same or blacklisted ID/DL, caveat being this control is largely dependent on having the meta data correctly transcribed or configured on the backend. However these documents are also usually easily altered based

Global Risk Rules prioritise high precision / low number of false positives to enable for automated actioning etc. Meaning that we set higher thresholds to achieve this eg. 10+ accounts must be linked to bank account that has a previous deactivated account. The tradeoff is that we therefore don't cast as wide a net and won't be catching certain bad actors / fraudsters (risk is regulated / high compliance markets where the regulators expectation is that there are zero unauthorised DPs on the platform) this requires us to establish local dedupe / identity rules that have lower precision and have greater reliance on manual reviews

We have seen cases of misuse of whitelist tags that ops somtimes misuse as a way to quickly bypass the controls when drivers write into support

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

P-01528.00355

# One-Page Strategy

*APAC*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0351

Key focus for 2023 will be to close out current known detection gaps and improve current
control effectiveness whilst providing better visibility of controls to stakeholders

| Context & Insights | | | OKR | Baseline <timeframe> | Target <timeframe> | |
|---|---|---|---|---|---|---|
| • Identity problems have evolved over the years and we need to be able to adapt to new challenges quickly (i.e gallery uploads, photoshopped docs, POAP)<br>• Current controls account for more than 58% of all account deactivations in APAC but we still see certain misses that have led to high profile cases (HK, India)<br>• High dependency on local ops to run local dedupe processes that are outdated and inefficient with faster onboarding times in funnel (1hr TAT in India)<br>• Lack of proper visibility in how controls are doing overall | | | Reduce WD/WC Reports (AS Rate) | TBD | TBD | |
| | | | # of misses from current controls | TBD | TBD | |
| | | | Establish reporting metrics for | N/A | TBD | |

| Priority #1 | Priority #2 | Priority #3 | Key Operational Projects | Timeline | Accountable |
|---|---|---|---|---|---|
| Close out all known identity gaps we currently lack detection/control coverage in | Improve effectiveness and operational health of current controls in particular | Create better visibility in how well our controls are doing on a regular cadence | Unify all local dedupe process in APAC for better precision and SLA [Carry Over from 2022] | Q1 | Safety |
| | | | Establishing dashboards and metrics for MBRs | H1 | Analytics |
| • Modded Apps/Gallery Uploads | • Profile photo/RTID approval accuracy<br>• Mutombo Triggers | • Fine tuning metrics<br>• Building Dashboards<br>• Integrated metrics tracking into MBRs/WBRs | Scale Vehicle Dedupe across APAC | Q2 | Ops |
| • Photoshopped Documents<br>• POAP misses from tech/human review<br>• Vehicle Dedupe | • Uface detection in NA markets<br>• Local Dedupe precision and faster SLAs | | Key Tech Products | | |
| | | | Modded App/Photoshop Docs Model detection | Q1 | Risk |
| | | | Improve uFace detection for NA markets | Q2 | Risk |
| | | | Explore and refine Mutombo Triggers | Q1 | Safety |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0352

# **Regional Insights**

## *LatAm*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0353

Attorney-Client Privileged & Confidential

| Primary Hazard | Known MOs | Current Control Overview | Gaps |
|---|---|---|---|
| **Fraudulent Account Creation**<br><br>Drivers onboard using fake/forged identity | 1. Photoshopping or Forging IDs (templated) to create fraudulent documents [Argentina, Chile, Mexico, Bolivia]<br><br>2. Fraud rings create accounts in bulk to get referral bonus or trip promotions by uploading PP with filters so mutombo check can be bypass [Mexico]<br><br>3. Fake accounts created with gallery uploads of a similar looking person to the PP so mutombo check has similar score and can be bypass [Brazil] | - Profile Photo Review (Doc approver)<br>- Mona Lisa (Template Detection)<br>- Identity Document Review (Doc approver)<br>- Document Audit<br>-uFace (same profile photo)<br>-Mutombo (Real-Time ID SH TTL)<br>-EXIF | Difficult to tell photoshopped/altered documents<br><br>Agent errors from approving PP with ID docs<br><br>No way to validate Profile Pictures accurately with public information<br><br>Mutombo giving different people with enough similarities a pass. |
| **Duplicate Account Creation**<br><br>Previously deactivated drivers who return to platform or drivers creating duplicate accounts | 1. New accounts created with PP using accessories like hats or glasses that seem to bypass the uFace process. [Argentina, Paraguay, Chile]<br><br>2. ID Switching - Switching their identity by submitting another ID document [Mexico] | -Duplicate Account Onboarding (same email/phone #)<br>-uFace (same profile photo)<br>-Mastermind Risk Rule: GoOnline Block (same ID/DL) | Onboarding Dupe<br>-uSim multi-dimensional (same cluster signup)<br>-Device rules<br>-Shared Device Linkage Review | Uface relatively low hits in LatAm markets<br><br>Profile photo not re-triggered when new ID is submitted<br><br>Vehicle dedupe still left open globally |
| **Account Sharing**<br><br>Drivers using other driver accounts | 1. Photo of a Photo (PoaP) of original driver to bypass Mutombo [Brazil, Mexico, D.R.]<br><br>2. Photo using a Mask (usually paper) of original driver to bypass Mutombo [Brazil, Mexico]<br><br>3. Modded Apps to do gallery uploads of pictures [Mexico, | -Mutombo (Real-Time ID SH TTL)<br>-Mutombo (Bounce & Extreme Bounce)<br>-Mutombo (POAP Model)<br>-Mutombo (Bank Update)<br>-EXIF<br>-IPS Model<br>-DACT | Gallery upload via modded apps<br><br>Mutombo trigger easy to game and predict<br><br>Mutombo not detecting Photos or Masks |

UBER_JCCP_MDL_002289722.0354

Attorney-Client Privileged & Confidential

## Brazil

- **Provide and standardize appeals process**, currently under different methods and new identity tools without proper earner facing appeal.
- Set a time for driver to take the photo for mutombo, the majority of frauds is from drivers usually taking more than hours to take this photo.
- Detect **profiles that use the same photo**, most cases abandon the account before we can detect the fraud.
- **Gallery uploads** for PP tied to fraud account creation.
- Identified issues or MOs with Mutombo:
  - Liveliness presented for Brazil and never launched
  - Use of Paper masks to bypass the check
  - Upload of selfie using Modified Apps

## Mexico

- **Visibly fake ID documents** (Driver License and National ID) being approved by human review and bypassing automated processes.
- uFace not detecting multiple accounts with very similar or even the exact same Profile Picture, even if the Drivers belong to the same Flow.
- We have cases with the same photo in different driver profiles, we don't have a way to discover when we already have an account with the same photo or not.
- **Earners passing Mutombo** using the same photo every time and even the same photo for different profiles.
- Earners not being failed after a Mutombo trigger after **HITL approved the selfie that isn't a match to the Earner**.

## South Cone / Andean, Central America & Caribe

- **uFace vulnerability:** fraudulent earners are able to bypass by taking a picture with glasses, a hat, or not taking a full picture of their faces. (Example available from a group of fraudulent drivers using the same license template and using personal accessories).
- **Templates still being an issue:** we're still seeing many templates passing our controls and accounts being activated. We need to find productized solutions to stop agents from approving these document.
- **Fraudulent docs still accepted by agents:** we're still finding fraudulent docs accepted. Fraudsters are using another person's license who looks a bit like them to create an account. We need to find ways to validate data to ensure it's not just an agent's criteria based on a KB what determines what's good to accept and not.

## CommOps/Legal/Policy/Privacy

- Exact same images of docs that were already flagged as fraudulent continue to be approved in new accounts. Is there a way to block or flag for additional review with some image matching tech? I understand we are starting to test something similar for profile photos.
- Can we apply some extra/manual verification for submissions with suspicious elements: a vehicle previously involved with a fraudulent scheme or repeatedly being used in several accounts.
- Modified apps: Is there a way to flagg and block them from being used at onboarding and Mutombo?
- Recent episodes of drivers using masks to bypass real-time ID verification reached media, and that of course harms tech messaging around safety.
- Fraud/account sharing is still top of mind: stories were criminals are using another driver's account or "buy" fake accounts still generate negative coverage putting our ability to confirm driver's ID on the spot.

Slide 264 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0356

Attorney-Client Privileged & Confidential

## Coverage

- [Product] Some countries in the LatAm region are not on par with the rest in products live. Additionally, in Brazil it was announced the use of Liveliness, a control that has yet to launch in the country or region.

- [Region] LatAm has the same Rejection Policy for all Mutombo deactivations, this is giving bad actors the opportunity to correct or abandon a flagged account when specific Fraud MOs are identified.

- [Country] Known gaps prevalent in markets where controls currently are unable to detect them easily (i.e **Modded Apps, Gallery Uploads, Photoshopped Docs & PP, Mask during RTID**)

## Effectiveness

- [Product] **HITL** currently has limitations that prevent them from reviewing past photos, this allows IPS to continue being a big issue in markets with heavy Modified Apps use.

- [Country] **Review Center** currently is active in 3 countries helping us both provide a fair appealing process for partners and comply with regulations.

- [Central] **Profile Photo Re-Review** needs to expand outside of just Argentina, in addition to expanding it, it should also include to include previous photo and document comparisons.

## Cost

- [Region] Its difficult to measure actual cost and ROI of each control but without these controls running effectively it can lead to more bad actors coming into platform that can result in repeated serious incidents (like Argentina L4 Incident), wasted driver spend (audit in Brazil showed us a total spent of $786,892 in a 12 weeks period) and further litigation or regulation (legal case fees and fines like Uruguay and Brazil that partners can proceed legally against the company)

## Health

- [Region] The uFace process is not operating at its best efficiency, after conducting a uFace on-off clustering in Argentina, 30% off flagged earners with different thresholds were deactivated. Currently we continue to see partners bypass uFace by using accessories on their face like glasses or hats in some LatAm regions.
- [Region] Mutombo has both legacy and new issues that are preventing it from being an accurate tool to measure Identity accuracy, MOs related to Modified Apps, POAP, Masks to name a few are becoming more prevalent in Fraud detected.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0357

**Slide 265 Notes**

1) Coverage (are there gaps in control coverage that we need to address)
2) Effectiveness (A measurement of whether the control is performing as intended)
3) Cost (A measurement of the direct and indirect control costs and an evaluation of the control's ROI.)
4) Operational Health (A measurement of how the control impacts individual users like SLA, TAT, Waitlist Period, etc. and a measurement of collective user impact to the business like Supply Hours, Conversion, FTR, Deactivation Rate, etc).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

P-01528.00363

UBER_JCCP_MDL_002289722.0358

# Identity Strategy

Attorney-Client Privileged & Confidential

Key focus for 2023 will be to close the gaps on existing controls, improve current control effectiveness, revisit existing policies & criteria, and provide visibility and metrics of controls to local stakeholders.

| Context & Insights |
| --- |
| • Long identified issues with tools like Mutombo continue to present a risk to the platform, recently issues like Masks made it to local news in Brazil.<br>• New Identity problems are appearing like gallery uploads/modified apps, photoshop documents and profile pictures and our controls aren't adapting fast enough to the new MOs.<br>• Regulatory requirements indicate that we need to provide proper and fair appeals to deactivations, not all Identity issues have this or provide enough visibility on their process.<br>• Increase in fake/modified docs that cannot be validated or continue to bypass the onboarding process.<br>• Lack of proper visibility in how controls are doing overall, success metrics, audit results or changes in the process. |

| OKR | Baseline <timeframe> | Target <timeframe> |
| --- | --- | --- |
| Reduce WD/WC Reports (AS Rate) | TBD | TBD |
| # of misses from current controls (uFace/RTID/HITL) | TBD | TBD |

| Priority #1 | Priority #2 | Priority #3 |
| --- | --- | --- |
| Close out all known identity gaps we currently lack detection/control coverage in<br><br>• Modded Apps/Gallery Uploads<br>• POAP & Mask bypass on mutombo<br>• Photoshopped Documents<br>• Misses during mutombo & Human review<br>• General Strike policy (2 strikes for all incidents) | Improve effectiveness and operational health of current controls in particular<br><br>• Profile photo/RTID approval/HITL accuracy<br>• Document approvals/Autofetch integration<br>• Mutombo Triggers<br>• uFace flagging and deactivation in LatAm Markets | Create better visibility in how well our controls are doing on a regular cadence<br><br>• Fine tuning metrics<br>• Building Dashboards<br>• Visibility to all main POCs across the region<br>• Processes documentation |

| Key Operational Projects | Timeline | Accountable |
| --- | --- | --- |
| uFace declostering for markets with high fraud rate | H1 | Risk |
| Changing Strike policy to accommodate different MOs | H1 | Safety |
| IPS/EXIF Audits to reduce identified fraud | H1 | Ops |

| Key Tech Products | | |
| --- | --- | --- |
| Modded App/Photoshop Docs Model detection | Q1 | Safety/Risk |
| Expand Mutombo Features (Liveliness, POAP/Mask Detection) | H1 | Safety |
| Improve uFace detection | Q1 | Risk |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0359

1

# **Stakeholder Insights**

## *EMEA*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

P-01528.00365

UBER_JCCP_MDL_002289722.0360

## Slide 267 Notes

APAC Doc

## Slide 267 Comments

1           @mateo.valla@uber.com @joseph.tawney@uber.com for vis
            _Assigned to mateo.valla@uber.com_
            *Milan Dragojević,  10/10/2022 02:03 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0361

| Primary Hazard | Known MOs | Current Control Overview | Gaps |
|---|---|---|---|
| **Fraudulent Account Creation**<br><br>Drivers onboard using fake/forged identity | 1. Photoshopping or Forging IDs to create fraudulent documents [Poland, France, Netherlands, and many more]<br><br>2. Fraud rings offer account creation services to prospective and previously rejected earners. It usually includes creation of earner accounts en masse using a common sign-up device, common IP (often anonymised via VPN or proxy), and electronically altered documents (not necessarily a physical fake). This method has enabled rejected earners to return to the platform often posing a safety risk.<br><br>3. Among signals that enable fraudulent earner sign-ups and should be remediated are:<br>Ineffective deduplication processes; e.g. fraudsters often change document numbers but keep the individual's first name, DoB, signature and photograph. Thus, dedupe process focused solely on tracking the same document numbers is insufficient.<br><br>4. Fraudsters creating multiple accounts with small variations to test our controls and identify gaps. We've seen cases of brute force in France with thousands of account creation requests coming from the same device/region.<br><br>5. Earners updating profile pictures with an image of a different person after the activation of the account to circumvent account sharing controls. | - Profile Photo Review (Docapprover)<br>- Mona Lisa (Template Detection)<br>- Identity Document Review (Docapprover)<br>- Document Audit | Difficult to tell photoshopped/altered documents as in insufficient resources and tools for BPO agents reviewing documents. e.g. GI investigations revealed that documents are reviewed in isolation, without being able to view document's exif information (e.g. a simple Chrome extension could show agents exif details, including presence of Photoshop), checking upload history (e.g. we've seen fraudulent earners uploading the same document template with altered details several times) and earner relations (e.g. active earners that have 100+ links by devices).<br><br>Incomplete identity KBs and training on individual countries' ID and DL requirements<br>e.g. a UK investigation conducted this year revealed that no attention is given to the required sequence of the UK DL that should match individual's name, gender and DOB. Insufficient resources for local document review; e.g. some markets have a high number of earners using foreign ID and DL documents (e.g. Poland). KBs and training should include details about such documents, i.e. issue length, document number structure, etc.<br><br>No actioning based on anon VPN sign-ups (setting up a process, Legal/Privacy approvals needed)<br><br>Lack of GSS & CommOps support and capacity increases complexity to launch products (such as EXIF)<br><br>Identity verification is based on photos instead of videos. Photos are easier to fraud. |

Attorney-Client Privileged & Confidential

| Primary Hazard | Known MOs | Current Control Overview | Gaps |
|---|---|---|---|
| **Duplicate Account Creation**<br><br>Previously deactivated drivers who return to platform or drivers creating duplicate accounts | 1. ID Switching - Switching their identity by submitting another ID document [Poland, France, Netherlands, etc.]<br><br>2. Physical copies of fraudulent documents [e.g.: Netherlands]<br><br>3. Flags from various audits/investigations that there are non-compliant earners active on our platform. Our product solutions are not up to date. [Poland, France, Netherlands, Belgium, etc.]<br><br>4. Several accounts with fraudulent documents using the same vehicle. | -Duplicate Account Onboarding<br>-uFace (same profile photo) and uFace in DocApprover<br>-uSim multi-dimensional (same cluster signup) - to be launched soon<br>-Device rules - to be launched soon<br>-Shared Device Linkage Review<br>-Vault sharing | Manual review on dedupe takes time and resources; deactivation cannot take place without human review<br><br>Ineffective deduplication processes<br><br>Absence of technological solutions for identity verification that are available in other markets but are currently blocked from implementation in EU (uFace)<br><br>Lack of capacity to support identity controls resulted in rollback of Mona Lisa and uFace in Pakistan |
| **Account Sharing**<br><br>Drivers using other driver accounts | 1. Photo of a Photo (PoaP) of original driver to bypass real time identification<br><br>2. Modded Apps to do gallery uploads of pictures [Pakistan]<br><br>3. Unsure if WD/WC tickets is a good reflection of actual risk<br><br>4. Delayed HRTID submissions related to account sharing [inspection in the Netherlands uncovered several cases] | -Mutombo (Real-Time ID SH TTL)<br>-Mutombo (Bounce)<br>-Mutombo (POAP Model)<br>-Mutombo <> EXIF<br>-IPS audit<br>-DACT<br>-Wrong Driver/Courier Reports | Gallery upload via modded apps<br><br>Mutombo configuration is often to generic and not market-tailored, Mutombo trigger easy to game and predict<br><br>Agent error from approving tech failed photos, Due to similarities between people and/or low quality photos, agents are incorrectly classifying two different faces as a match.<br><br>There's no limit for taking a selfie, fraudster can take time and go to the account holder for a successful Mutombo check<br><br>Lack of resources to support IPS audit |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0363

## Legal/Privacy/CommOps

**Legal**: Fraud and Identity may be conflated for quality rules which should be avoided. This can lead to issues with misclassification/monitoring as Uber is seen as controlling who has access to the platform based on internal and opaque rules. Predictive technology based on identity/fraud behaviour practices is concerning. Transparency in how identity and fraud tools are used as it relates to user experience on the app.

**Privacy**: Use of biometric data (eg Mutombo, uFace) will become more problematic across the entire region, not just EEA. Not a safe bet! Waitlisting, or any action that affects earnings, cannot be executed on an automated basis. Human review must take place, or preferably we give a strong warning vs waitlisting as a punitive measure.In general, we must be willing to be transparent to earners what we use their data for. Are we, for all Safety products? We cannot collect all (meta) data from (ID) documents. We need to find a tech solution to mask certain data on device before collecting.

**CommOps**: Along with Transparency and Effectiveness of each model, we also need to define a robust structure, and R&Rs of manual reviews and appeals. With 3rd party integrations coming into the picture (especially delivery), we need to ensure that flows are consistent across markets, so as to derive the best value from these integrations. Also how do we take into consideration our products, their audits and their effectiveness into the picture. For non-EU countries, deploy auto-actioning where possible taking into account necessary factors (effectiveness, size of the market, volume of tickets generated etc)

## Safety POCs - Mobility

**UK**: In the UK there is massive focus on Identity, given the license condition with TfL and the need to maintain the highest standards around how we validate earners entering the platform on an on-going basis. Team has been notified by TfL about the status of our PoaP 2-strike policy and the need to change from 2-strike to 1-strike. Therefore, UK team would like to have a Product solution to move towards a PoaP 1-strike policy. Ex: Breach case where AI of the need for 1-strike policy is clear. On the topic of consecutive go-online events, team have been seeking support from product to answer on how we can make it clear to the user in order to avoid accidental go-online events when bounce/extreme-bounce signals are detected. Team is also keen to review the HRTID match thresholds, as currently the UK is set at the highest 0.9 as opposed to other markets where it is 0.6.

**NEE + Ireland:** Few cases in the past months (e.g. cases shared with Milan: here and here) where we had the feeling it concerned account sharing but couldn't prove it with the use of Mutombo because of the time the drivers took to upload the selfie. Would be great if we can get more grip on those cases (e.g. trends on upload times / track location of upload) that we use to proof our concerns.

**CE:** Focus on Poland with incidents on the rise in Romania as well (monitor further developments). Launches already on the roadmap: uFace in Poland, uSim, EXIF, SRAD in the whole region. Team would like to launch new solutions such as: documents QR code scanning by BPO (major unlock) & metafield with document's nationality.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Slide 270 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0365

Attorney-Client Privileged & Confidential

## Safety POCs - Delivery

**South Africa**: Since are unable to verify courier documents, we see a high number of fraudulent documents. Since updating our fraud repository with multiple examples of fraudulent documents and markers, we have seen an increase in our rejection rate which we are trying to tackle

**Netherlands:** One of the issues is that couriers have an unlimited amount of time to complete their Mutombo check when triggered. Effectively, the feature allows them to travel to the account holder to do the check, thus de facto bypassing Mutombo. Eats is now looking at a solution to manually close this loophole in NL (and France). We have indications that drivers on Rides might have also found this loophole.

**France:** Team is focused on the courier identity compliance, still observing a lot of fraudulent couriers being onboarded on the platform and an important number of legit couriers being wrongly rejected for fraudulent documents.

To tackle the issue of fraudulent couriers being activated:
- need to double down to integrate a third party specialized fraud partner in our OB funnel to make our marketplaces safer

To tackle the issue of fraudulent couriers being wrongly rejected:
- need to work with the Commops team to significantly improve the accuracy rate of doc validation agents

In addition, team observes an important number of couriers being activated despite a clear mismatch between the profile picture and the picture visible on the ID. They recommend working with the product team to leverage our tech to support BPO agents in the identification of PP<>ID mismatch (potentially making use of a video as is done by Ubble for IDs).

## Safety POCs - Delivery

**Belgium**: Courier ID document audit kick-off beginning of October (Ubble) + pilot for 3rd party document verification in onboarding (Ubble). This tackles increasing identity compliance focus of the BE government (via politics + people on the ground doing identity verification of our couriers). This audit will also help us better understand the different types of ID fraud.

Team discovered additional checks that can be done on the National Registration Number present on BE IDs and Residence Permits. The last 2 digits are calculated based on the first 9 digits via a fixed formula. This allows us to target (photoshop) fraud more actively. Similar control numbers are present on bank card IBAN number and VAT Numbers.

**UK + Ireland:** With the new implementation of unfettered Right of Substitution (RoS), would love to understand what alternatives to conventional Identity / Screenings look like. In particular, team is keen to understand how we could leverage existing products (eg Mutombo) to mitigate relevant safety risks.

- With the new RoS regime, we are looking at processes that more actively detect previously deactivated earners on the platform (i.e. deactivated device detection, utilisation of uFace).
- Greater BPO resources to be able to detect fraudulent ID documents from other countries (Passports / Residency permits). Potentially outsourcing this or integrating with a 3rd party.
- We do not currently have a systematic means of reviewing courier documents with expiry dates or that become void after a certain time period (e.g. right to work / specific insurance documents).

UBER_JCCP_MDL_002289722.0366

Slide 271 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0367

# KPI/OKR Insights

## *EMEA*

Attorney-Client Privileged & Confidential

P-01528.00373

# Fraudulent documents

**Some highlights**
- Of the top six document types *>90% of fraudulent documents in EMEA Mobility), only two (~33%) are covered by global fraud document detection products
- On average, 7% of these documents are identified as fraudulent after being approved
- In Poland and South Africa, >15% of documents are identified as fraudulent after being approved, leading to high friction local processes such as in-person activations

**Ongoing initiatives**
- Increased coverage of EMEA markets (WIP - led by Zehra (CommOps) and Milan (Safety Ops) for identity products (EXIF, Template detection)

**Additional Safety Ops support needed**
- Including additional document types (Vehicle registration, criminal record)
- Review of fraudulent document identification policies and changes to acceptable document types
- Increased technology investment (video verifications)
- Identifying and implementing automation opportunities (Example: scaling the Pakistan rejection pilot)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0369

# Fraud doc rejections - By Doc Type

*Only 2 out of the top 5 documents rejected for fraud are in the scope of the EXIF project

| Document Type | Volume | % of total fraud rejections | % rejected after approval | Unique accounts |
|---|---|---|---|---|
| Profile Photo | 16.6 k | 22.2% | 15.8% | 10.5 k |
| Vehicle Registration | 14.1 k | 18.8% | 3.7% | 5.9 k |
| Driver's License* | 13.4 k | 18.0% | 4.7% | 7.9 k |
| National ID* | 11.5 k | 15.4% | 4.3% | 5.1 k |
| Criminal record | 9.8 k | 13.1% | 2.1% | 5.7 k |
| Vehicle insurance | 4.2 k | 5.7% | 6.3% | 2.1 k |
| **Sub-total** | **69.8 k** | **93.4%** | **6.8%** | **37.1 k** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0370

Slide 274 Notes

https://docs.google.com/spreadsheets/d/1H8YFsGjOGteDXHDcVQxoYmtEXKypoitjoX4zierg6eg/edit?usp=sharing

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0371

# Fraud doc rejections - By country of upload

*In KSA, Kenya, Poland and South Africa, ~10%+ of the fraudulent document were previously approved*

| Document Type | Volume | % of total fraud rejections | % rejected after approval | Unique accounts |
|---|---|---|---|---|
| Egypt | 20.9 k | 28.0% | 2.5% | 10.5 k |
| Qatar | 10.7 k | 14.3% | 4.5% | 5.9 k |
| Saudi Arabia | 10.1 k | 13.6% | 9.8% | 7.9 k |
| Kenya | 4.8 k | 6.5% | 9.0% | 5.1 k |
| Poland | 3.0 k | 4.0% | 19.2% | 5.7 k |
| South Africa | 3.7 k | 4.9% | 16.3% | 2.1 k |
| **Grand Total** | **74.8 k** | **100%** | **7.2%** | **40.0 k** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0372

# One-Page Strategy

## EMEA

Attorney-Client Privileged & Confidential

P-01528.00378

2023 will focus on **building strong foundation for internal models** like uFace, EXIF, device similarity and uSim and **creating an ID audit process for EMEA** to get 'ahead of the curve' and establish internal overall compliance score. Additionally, we will support **3p integrations with vendors** to improve our fake ID and document detection.

| Context & Insights | | | Key Operational Projects | Timeline | Accountable |
|---|---|---|---|---|---|
| • Identity problems have evolved over the years and we need to be able to adapt to new challenges quickly (i.e gallery uploads, photoshopped docs, POAP) <br>• Lack of proper visibility in how controls are doing overall <br>• Product launches being blocked due legal/privacy blockers such as GDPR (uFace) <br>• Product launches being blocked due to lack of appropriate ops resources (EXIF) <br>• Deactivation cannot find place without a "meaningful review" which means that each Identity product/model needs to have a human review process in place with adequate comms | | | ID doc audit process for EMEA | Q1 | Safety |
| | | | Establishing dashboards and metrics for MBRs | H1 | Analytics |
| **Priority #1** | **Priority #2** | **Priority #3** | Leverage fraud signals in onboarding (DocApprover) | Q2 | Ops |
| Close out all known identity gaps we currently lack detection/control coverage in | Improve effectiveness and operational health of current controls in particular | Create better visibility in how well our controls are doing on a regular cadence | **Key Tech Products** | | |
| • Modded Apps/Gallery Uploads <br>• Photoshopped Documents, EXIF not live in EMEA <br>• Tech fail - Human Pass errors <br>• uFace, or an GDPR-friendly alternative in EU <br>• Expand Template Detection to other doc types | • Profile photo/HRTID approval accuracy <br>• Mutombo Triggers, Bounce, Extreme Bounce <br>• Video verification model for documents, 3p integrations with vendors to improve out fake ID and document detection <br>• ID doc audit process for EMEA <br>• uSim (pipeline & multidimensional) <br>• Device rules | • Fine tuning metrics <br>• Building Dashboards <br>• Integrated metrics tracking into MBRs/WBRs <br>• Improved communication and alignment between EMEA Safety and the business owners and other key stakeholders.. | EXIF | Q1 | Identity |
| | | | uFace or a GDPR-friendly alternative for EU | Q2 | Identity |
| | | | Mutombo for RoS model | Q1 | Safety |
| | | | Expand Template Detection to other doc types | Q2 | Safety |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0374

# One-Page Strategy

## *US&C*

Attorney-Client Privileged & Confidential

Attorney-Client Privileged & Confidential

Key focus for 2023 will be to streamline the Safety Identity program for US&C ops team to have a holistic view of earner controls and its operating effectiveness.

## Context & Insights

- The US&C earner identity program has multiple controls owned by different product and R&C teams. Given that the metrics, data and scope has been spread across solutions, there is a gap in viewing the holistic earner control pass/fail rate
- Rider ID is the least explored area in US&C. There is an increase in IR (+26%) and increased count of rider initiated incidents (+36%) on 2022. There are legal and regulatory limitations on rolling SDM models. To account for increased incident rates, the team is working on launching existing and approved controls by understanding the correlations between certain factors
- Document verification is a strong control in US where a federal credible agency issues these documents. The document verification process is both automated and manual where data is not shared across the teams.

| OKR | Baseline <timeframe> | Target <timeframe> | |
|-----|----------------------|--------------------|--|
| Reduce WD/WC Reports (AS Rate) | TBD | TBD | |
| SSN Dedupe | H1/H2 | 100% | |
| Earner Failure by control | TBD | TBD | |

| Priority #1 | Priority #2 | Priority #3 | Key Operational Projects | Timeline | Accountable |
|-------------|-------------|-------------|--------------------------|----------|-------------|
| Rider ID - Expansion of Rider Verification Controls in the US&C<br><br>• Expand doc Scan Rider verification control to US&C (DocScan +Selfie)<br>• Expand rider verification analysis to include SSA/SSM correlations<br>• Sanitize Profile Pictures and profile picture collection initiative for Safety Sentiment<br>• Support Rider verification controls dashboard and online mode | Improve effectiveness and coverage of earner identity controls and processes<br>• Limiting gallery uploads for both earner and rider accounts to lower IDtheft<br>• Work with R&C to explore all the deactivations and appeal reactivations to enhance the automated and manual controls<br>• Close out SSN backfill<br>• Move SSN verification to pre-BGC<br>• Support EXIF and Template Detection queue expansion to online mode | Earner Risk analysis based on identity controls<br>• Alignment of deduping automated controls and manual queues for a comprehensive view<br>• Account sharing - Complete view of all earner controls, owned both by identity and safety product teams by control failure/pass rate<br>• L28 Document Review queues metrics alignment with Identity Product | Rider Control Expansion in US&C | H1/H2 | Safety |
| | | | Document Manual Queues metric and scope revamp (L28) | H1 | Ops |
| | | | Understanding the risk profile of US Earners by virtue of control failures | H1 | Ops |
| | | | **Key Tech Products** | | |
| | | | Moving Sovos SSN verification pre-BGC ($1.3 Million Savings) | Q1 | Identity |
| | | | SSN Validation Backfill Tech Support | Q1 | Identity |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0376

# US&C Insights and Tech Asks

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0377

Attorney-Client Privileged & Confidential

| Insight | LOB | Region | Objective | Proposed Solution (Prod/DS/ENG dependency) |
|---|---|---|---|---|
| **Thor (Carjackings)**<br>-upward trend in IR (+26%) and incident count in 2022 (+36%); when looking at May-July vs Feb-April<br>-YoY vs 2021 IR (-4%) but incident count (+44%) | Rides | US | R2D SIPC reduction | The following items are in case of spillover i.e. uncompleted by EOY '22<br>-DocScan expansion beyond CHI and dashboards for metric tracking<br>-launch off other signals projected to have strong incident reduction e.g. bounce, time of day, etc.<br>-name mismatch<br>-comprehensive banning |
| **SSA**<br>-upward trend in IR (+42%) and incident count in 2022 (+60%); when looking at May-July vs Feb-April<br>-YoY vs 2021 IR (-16%) but incident count (+54%) | Rides | US | R2D SIPC reduction | Trigger DocScan akin to Carjacking response, off common perpetrator characteristics (as an additional yet separate control in parallel to SRAD) |
| **SSM**<br>-upward trend in IR (+30%) and incident count in 2022 (+39%); when looking at May-July vs Feb-April<br>-YoY vs 2021 IR (-13%) but incident count (+35%) | Rides | US | R2D SIPC reduction | Trigger DocScan akin to Carjacking response, off common perpetrator characteristics (as an additional yet separate control in parallel to SRAD) |
| **Profile photos**<br>-Photos are the 2nd most important rider characteristic that drivers want Uber to verify and share at pickup<br>-20% of US riders have a profile photo but unclear how many are "good/clean" photos<br>-unclear what % of riders in a given geo need to have a "good/clean" photo to run an XP i.e. show it to drivers and measure sentiment | Rides | US | Earner sentiment improvement | -Apply Machine Learning scraping to current cohort of photos to determine which ones are "good/clean"<br>-Work with DS to estimate what % of riders need to have a photo to run an XP<br>-collection (to expand % of users that have a profile photo) |
| **Names**<br>-Names are the 3rd most important rider characteristic that drivers want Uber to verify and share at pickup<br>-The name field is very customizable which allows users to input profanity, among other dubious names that erode earner trust | Rides | US | Earner sentiment improvement | -Create feedback pipeline for earners to report questionable names<br>-Create actioning framework e.g. ban app until name has been updated<br>-Update "blocklist" with newly discovered terms |
| **SDM**<br>-US currently relies on Correlation Analyses to identify risky actors via user characteristics, but having a product such as SDM can help scale safety projects | Rides | US | R2D SIPC reduction | -Work with Product in creating a viable SDM model for the US |
| **Dashboard**<br>-There's currently no centralized dashboard which reflects metrics for the various current/upcoming Spender ID projects | All | US | Oversight | -Work with DS to build a centralized dashboard that incorporates all current/upcoming Spender ID projects (example from Identity Product) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0378

Slide 281 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

P-01528.00384

Case 3:23-md-03084-CRB    Document 5256-13    Filed 02/17/26    Page 385 of 529

| Insight | LOB | Region | Objective | Proposed Solution |
|---------|-----|--------|-----------|-------------------|
| **SSN Validation Backfill** is a very manual process that's run every 1-2 months, requiring significant manual effort from the Identity Ops team and Tax Ops team i.e. querying cohort, cleaning up the data to prepare for IRS Validation, cleaning up the results, analyzing the results, etc. The frequency of executing this work also entails that there's a lag b/w when an existing earner becomes Active and when they're Name/SSN is validated | Mobility/Delivery | US | Identity verification | - with Identity Product to automate SSN Validations with the IRS using Sovos for newly 'Active' earners (in case of spillover from 2022) |
| **Sovos to LexisNexis**: Sovos' only capability is Name/SSN Validation whereas LN can do this while also having other identity verification features | Mobility/Delivery | US | Identity verification | Work with Identity Product to scope replacing Sovos with LexisNexis |
| **Move IRS Validation to Pre-BGC:** Post-BGC Sovos verification failures or rejections lead to approximately 1.3 million in unnecessary spending for BGC runs in the US. Approximately 6.2% of drivers are rejected/fail and ultimately deactivated after BGC run due to Sovos SSN failure. | Mobility/Delivery | US | Identity verification | Restructuring the order of operations for SSN Sovos Trigger to pre-BGC leads to leaner processing of earners who are eligible. |
| **Automated BGC off updated SSNs:** currently, earners with updated SSNs (via SSN Verification) get their BGCs rerun via a manual process (cohort is pulled via query, and then run through a BGC tool). As this process is ran 1x/mo due to small volume, there's often a lag b/w when an earner's SSN is updated and when they get a new BGC | Mobility/Delivery | US | Identity verification | Work with Screenings Product to automate BGC reruns for earners whose SSNs are updated |
| **BGC Identity Mismatch:**<br>We've seen 70+ accounts that have a BGC with a different name from what's listed on the account and documentation provided during the Uber onboard. For context, our Risk & Compliance team does a comprehensive fraud detection, looking at the SSN numbers and name matching across all documentation. | Mobility/Delivery | US | Identity verification | Support needed from Identity Product and Screenings Product to understand the root cause and data tables that can be used to identify the anomaly |
| **Dedupe Consolidation Support:**<br>Currently DL dedupe and SSN dedupe is automated as a product solution by the Identity Product team. There are manual reviews for document fraud that does not feed into the DL dedupe metric | Mobility/Delivery | US | Identity verification | Standardized reporting and feedback loop where the DL deputing impact takes into account more than DL licence number. There is an increased trend of fraudulent documents with other metadata fields. |

Slide 282 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0381

Attorney-Client Privileged & Confidential
Case 3:23-md-03084-CRB    Document 5256-13    Filed 02/17/26    Page 387 of 529

| Insight | LOB | Region | Objective | Proposed Solution (Prod/DS/ENG dependency) |
|---|---|---|---|---|
| **Gallery Uploads**<br>The ability to upload photos from gallery or files opens up the opportunity for ID Theft, identity mismatch, account sharing, account renting, and account takeover<br>Gathering insights to determine the correlation between gallery uploads, fraudulent documentation, and incidents. | Mobility/ Delivery | US/Global | Identity Verification | Work with product to close loopholes in abilities to defraud or generate falsified accounts with stolen identities, account sharing, renting, and takeovers. |
| **Fairness**<br>Public scrutiny of Real-Time ID (RTID) has increased. The concern over facial verification is that drivers with dark complexions are unfairly flagged for review more often, which at best wastes their time and at worst represents a racist process which blocks them from earning. | Mobility/ Delivery | US&C/Glob al | Analyze Facial Matching Fairness | RTID Fairness Testing We want to know whether error rates increase for people with darker complexions. At the same time, linking users with their ethnicity at an individual level (potentially with automated methods) raises legal and ethical concerns, especially in the UK and EU. Hence, we want an approach that lets us test for racial bias while respecting users' privacy. The approach below attempts to reconcile these interests by conducting an analysis that is applied only to those users who have opted-in to biometric processing, and conducting the statistical analysis in such a way that a person's ethnicity is *never* individually linked to them. |
| **Rejection Reasonings - Review Center**<br>RTID data parity between manual processing and Review Center needs alignment | Mobility/ Delivery | US&C | Data Parity between processes | Work with Comm Ops and product to align individualized processes to be cohesive and aligned with reasonings, breakdown and metrics. |
| **Triple Check Selfie:PP:Doc**<br>Cross-checking identity selfies between documents and profile photos exist within uFace product and facial matching occurs between Profile photos and Selfies within Mutombo. It would be substantially more significant in validating identities if facial matching occurred across all three for a singular identity matching score or risk identification. | Mobility/ Delivery | US&C | Increase confidence in Identity | Work with product to utilize uFace or existing facial matching to compare all 3 photos for additional matching score. Comparison between 3 photos strengthens the confidence in overall account identity avoiding the potential of a transitioned account takeover like we have seen in certain examples. |
| **Historical Submissions for HITL**<br>When reviewing Mutombo Selfie submissions, agents are only able to view the current submission and are required to make a determination of identity based on the submission and base photo they currently view. With the ability to view historical submissions (ie. last 3 submissions) the agent can make a better determination | Mobility/ Delivery | US&C | Minimize Human error and reduce false positives/nega tives | Work with product to implement ability to view 3 most recent submissions in order to make an educated decision on matching scores. Enhance review agent's scope of understanding by providing historical context to make accurate determinations |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0382

Slide 283 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0383

Attorney-Client Privileged & Confidential

| Insight | LOB | Region | Objective | Proposed Solution (Prod/DS/ENG dependency) |
|---|---|---|---|---|
| **Ongoing Manual Queues:** Manual ongoing queues that are conducted by R&C agents to track fraud metrics, such as Encrypted domain, ILH, InvalidSSN, MA OOS, Shared VINs + Policy Number, Previous Doc Fraud, etc. | Mobility/ Delivery | US | Doc Fraud accuracy | Work with Identity Product to implement mastermind rules on the queues that are 100% fraud in order to utilize R&C agent time more effectively. |
| **EXIF & Template Detection to DocApprover:** EXIF models for catching docs with image alterations like photoshop etc. and template detection models to identify docs that have being falsely created/edited are live in multiple markets but we need to create separate queues and have different agents manually review the docs. | Mobility/ Delivery | US | Doc Fraud verification | Work with Product to add the EXIF and template detection fraud signals to DocApprover which will allow agents to check document for fraud at the time of processing. |
| **L28 Analysis:** Audit conducted on a quarterly basis, capturing 'active' earners who have taken a trip in the last 28 days. We are wanting to work with product to expand the scope of this audit. | Mobility/ Delivery | US | Document Fraud analysis | Work with Product and DS to come up with a more targeted analysis for the L28 document fraud analysis. |
| **Risk-based score for Doc Fraud:** We currently have several controls that indicate whether a document is fraudulent or not, which in turn help us understand if the user is fraudulent. Agents have to manually go through and asses whether user are fraudulent. | Mobility/ Delivery | US | Doc Fraud Efficiency | Generate results from an analysis of combined automated doc fraud controls (EXIF, Template Detection, device linkages, uFace, Profile Photo & ID Facial Match, Shared DL, etc) to create a risk based fraud score for users during Upload Document phase.<br><br>Utilize this score to cut down time for agents manually deciding whether user is fraudulent. |

UBER_JCCP_MDL_002289722.0384

Slide 284 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0385

# US&C Partner Insights and Tech Asks

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0386

Case 3:23-md-03084-CRB  Document 5256-13  Filed 02/17/26

| Insight | LOB | Region | Objective | Proposed Solution (Prod/DS/ENG dependency) |
|---------|-----|--------|-----------|---------------------------------------------|
| **Sherlock**<br>Has the tendency to be buggy - for example: CSV uploads not working, buttons may glitch | Comm Ops | US | Improve tooling | Consider moving away from Sherlock to a new tool or get engineering help in making more reliable |
| **uReview**<br>'Snoozing' a case shelves it until a manager or TL moves it back into the queue. This can lead to delayed progress and potential black holes. | Comm Ops | US | Improve tooling | Ask is to remove or make it a skip button |
| **Improved Doc Taxonomy**<br>Certain high-level taxonomy rejections are not enough detail to give agents or Earners a clear understanding of what's required | Comm Ops | US | Account Transparency | Provide another level of granularity for certain rejection types. Ex. Missing name, vehicle ineligible, wrong document type. |
| **Queue Automation Prompts for Product/Ops**<br>It's not clear when we should be considering a queue stable enough to automate | Comm Ops | US | Increase Efficiency | Automate queue fraud rates to operations and product to prompt rule development/automation, moving away from manual review and freeing up agent bandwidth |
| **Doc Rejection Regardless of Freshness**<br>Only the newest document uploaded for a certain field can be rejected, removing our ability to reject all docs appropriately found in SPOT review | Comm Ops | US | Data Accuracy | Allow for all docs to be rejected regardless of whether it is the newest upload |
| **Shadow Box Tool for Docs**<br>Doc review can be subjective and there is no way for agents to communicate specifics of their review that led to their decision | Comm Ops | US | Improve tooling | Shadow box tool would allow for QA/appeals to see what the agent identified as a fraud flag (ex. Fuzzy line, odd number in DD, etc.) |
| **Remove BPO Agents Access to Reject Docs for Fraud**<br>BPO agents should not be rejecting documents for the US&C except profile photos | Comm Ops | US | Improve tooling | Remove their ability to reject for fraud |
| **Risk Tool Implementation in DocApprover for BPO Use**<br>BPO doc review is completely manual while tools like EXIF and template detection are owned by specialized teams | Comm Ops | US | Improve tooling | Build top-of-funnel products for the BPO to improve their accuracy and remove errors - for example, EXIF |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0387

Slide 286 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0388

# Global Insights

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Stakeholder Insights

*Global*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0390

**Slide 288 Notes**

<u>APAC</u> Doc

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0391

Attorney-Client Privileged & Confidential

## Legal

- Increasing biometric and privacy regulations are complicating the ability to draw on tech to conduct identity checks, including through tools like uFace, RTID, and fraud detection models.
- Similarly, restrictions on automated decision-making are slowing actioning, creating windows of time for bad actors.
- Fraudsters continue to be endlessly creative (PoaP, masks, fake IDs, etc.), often forcing us to be reactive in our tech responses. This begs the questions: how can we be more proactive? Can we create more dynamic tools for identity? How can we reduce the incentives fraudsters have to commit fraud on our platform?

## Policy

- We want to demonstrate a responsible approach to identity verification that balances the need to keep the platform safe with the chance that the costs of our approaches are borne by historically disfavored groups. As much as possible, we want to build fairness testing into our identity products and models.
- People understand the need for ID checks, but checking identity in new contexts and with new technologies can make users uncomfortable.
- We will need to keep working on controls to avoid bad actors from gaming our ID mechanisms.
- Account sharing remains top of mind (challenge to balance with fairness and access to the platform, i.e., right of substitution)
- Need to keep working to demonstrate our commitment to fairness and bias reduction, while maintaining safety controls.

## Comms

No comments provided

## Marketing

No comments provided

Slide 289 Notes

**GUIDANCE FOR INPUT PROVIDERS**

- Have you noticed trends across markets where identity is butting up against concerns in your area?
- Where are the emerging risks in your SME space that we should be aware of as we think about tech asks, project roadmaps, etc?
- Or just what is top of mind for you on issues that overlap with identity and your SME space.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0393

## DS

| Primary Hazard | Control(s) | Analysis Title | Description | Findings Summary | DS POC |
|---|---|---|---|---|---|
| Fraudulent Account Creation | Doc Fraud Process/Product | Fraud Doc Diagnostics | This study gives a current state analysis of what happens to users who submit fraudulent documents. | Compared to users who have not submitted a fraudulent doc, users who have submitted a fraudulent doc who later become active are more likely to:<br>(1) Have a Permanent Safety Locks,<br>(2) Be rejected by Mutombo<br>(3) Be actioned by Risk*<br>(4) Have flagged fares and invalid trips<br>(5) Urgent Safety reports against them.<br>* Shortlisted to actions where bucket is Go Online/Earnings Severity 4, or action on checkpoint driver_incentive_payout | Deneisha Gayle Tieng |
| Fraudulent Account Creation | Doc Fraud Process/Product | Non-BPO Access Standard | This analysis aimed to understand where documents were being processed (BPO VS non-BPOs) and the potential business risks associated with doc approvals from non-BPOs. | The % of earners with Urgent Safety contacts is greater for GLH/GLS approvals compared to BPOs approvals. Further, most documents processed outside the BPOs were not part of the active audit. | Deneisha Gayle Tieng |
| Fraudulent Account Creation | Doc Fraud Process/Product | Cost of Error Analysis | The goal of this analysis is to estimate the impact of incorrect activations and rejections, and if they have an impact to the business. | **Incorrectly Accepted**<br>An incorrectly accepted fraudulent document directionally has risk implications<br>**Incorrectly Rejected**<br>1. 75% of users resubmit after an incorrect rejection<br>2. For every earner with incorrect rejection, we estimate an impact of $1.6k lost lifetime GB | Deneisha Gayle Tieng |
| Fraudulent Account Creation | Doc Fraud Process/Product | (WIP) Fraud Doc Dashboard | The purpose of the dashboard is to be able to track metrics relating to fraudulent documents, and use the dashboard to measure the effectiveness of initiatives and projects relating to fraud docs | - % of earners waitlisted for fraud that contacted support and got reactivated is ~25%. This indicates that we are potentially incorrectly rejecting docs for fraud.<br>- ~4% of our completed trips are from users who have had a fraud doc at some point | Deneisha Gayle Tieng |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0394

**Slide 290 Notes**

This slide is a collection of insights gathered from GSI A&I. The main takeaway is that there is a correlation between fraud and safety/risk.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## DS Continued

| Primary Hazard | Control(s) | Analysis Title | Description | Findings Summary | DS POC |
|---|---|---|---|---|---|
| Account Sharing | Mutombo WD/WC | Mutombo - Wrong Driver/Courier Analysis | Qualitative analysis of tickets to identify trends, MOs and new insights for product improvement | 1) 44% of accounts with bounce submissions show "strong signals of account sharing" 2) 18% of wrong driver tickets are misclassified as such 3) Incorrect human review of failed tech submissions 4) Pakistan - concentration of bad actors leveraging POAP/Photoshop 5) US - Support abuse identified | Alessandro, Nengjun, Varun |
| Account Sharing | N/A | Account Sharing safety impact analysis | To understand the impact of account sharing on safety. | The serious IPC reported against drivers is significantly higher in the high account sharing risk group than the low account sharing risk group. | Nengjun Zhao |
| Account Sharing | Mutombo Tech + HITL and QA processes | HITL Quality Check | Accuracy of human audit including batch audit and real-time audit are not reliable. | We need a reliable source of truth so that we can accurately measure Mutombo Tech and HITL performance. | Nengjun Zhao |
| Account Sharing | Mutombo HITL | Deactivation Reactivation Rate | Analysis of reactivation rate after a Mutombo deactivation | The reactivation rate in the manual mutombo earner group is extremely high. | Nengjun Zhao |
| Account Sharing | All | Mutombo Deep Dive | To understand if we are catching account sharers before they get a wrong drive ticket | Our precision/recall is poor (i.e. our signals are not doing a good enough job indicating to use who the account sharers are). For instance, only 9% of drivers with a WD had a prior Mutombo fail. | Nengjun Zhao |

**Slide 291 Notes**

This slide is a collection of insights gathered from DS. The main takeaway is that there are improvements that we should make to our account sharing program. Further, there is evidence to suggest that a relationship exists between account sharing and safety.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

## Coverage

In addition to expanding our control coverage into eligible markets, we should prioritize building a unified dashboard that brings together all identity-related controls across Earner, Safety, and Identity product teams (this will be a tech ask for 2023). There have been multiple impacts to not having this information in one place and up-to-date:

1) Hampered safety investigations and less than 100% confidence that we know what controls are live even after digging;
2) Slower than ideal root-cause analysis when we identify an issue (i.e. the August 2022 increase in profile photo rejections);
3) A disorganized appearance to the business.

## Effectiveness

We have over-relied on humans to identify fraud and manually process thousands of documents correctly, which has resulted in less than ideal scrutiny of our tech. In 2023, we should work with tech to adopt robust QA processes, establish and report out their QA metrics, and work collaboratively across teams to help design controls that a) perform at their highest level possible and b) set agents up for success.

## Cost

An evolved program is mindful of its operational costs and should make strides to ensure a meaningful ROI. Currently, the identity program as a whole operates in unknowns. We could start by simply measuring the cost of our controls, the potential costs of not having our controls, and the cost-savings we achieve by preventing fraudulent actors from operating on the platform.

## Health

The goal for 2023 should be to provide more programmatic support for teams that manage identity-related. In 2022 we were shown without doubt there are interdependencies and impacts across teams/controls; we should now do something with this information. One option for our focus is:

1) Conducting failure mode effect analyses to understand funnel fail points, how our controls interact with one another, and what problems our controls are intended to address;
2) Reaching a state of operational consistency (i.e. absent internal/external changes, the % of earners that we impact MoM should be consistent);
3) Quantify baseline operational health data points (i.e. how many profile photos SHOULD we reject MoM).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0398

# Manual Profile Photo Review

## *Metrics + Deep Dives*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0399

# Profile Photo Metrics



**Primary Hazard Area:**
Account Creation

Deeper Dive in subsequent slide

## Key Insights

## Operational Health

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **Profile Photo** Rejection Rate | 16.3% | 17.6% | 19.9% | 17.8% | 19.3% | 20.5% | 21.7% | 21.9% |

**Slight increase over the year** due to SOP clarifications/alignment between program and Safety team

## Control Effectiveness

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **Profile Photo** Review Accuracy Rate | N/A | N/A | N/A | N/A | N/A | N/A | 97.6% | 97.2% |
| **Profile Photo** Precision (Fraud Doc) | N/A | N/A | N/A | N/A | N/A | N/A | 94.6% | 93.6% |
| **Profile Photo** Recall (Fraud Doc) | N/A | N/A | N/A | N/A | N/A | N/A | 92.6% | 86.9% |

We need more MoM data here to determine the upper limit of human performance.

## Cost

| Metric | Region | April | May | June | July | August |
|---|---|---|---|---|---|---|
| **Profile Photo Reviews** *(Metric only includes approved profile photos)* | Global | $132,242 | $170,348 | $140,713 | $173,883 | Data not available yet |

Attorney-Client Privileged & Confidential

**Slide 294 Notes**

<u>Data Source for PP Control Effectiveness Rates</u>

<u>Source for Precision/Recall</u>

<u>Cost Data</u> (August 2022)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0401

# Profile Photo Rejections

**Primary Hazard Area:** Account Creation

## Top 5 Rejection Reasons (Jan - Aug 2022)



## Key Insights

**Explanation for the high FNCV Volume**
- FNCV is currently a "catch-all" for numerous rejection definitions
- GSI identified a bug that disallowed rotation of profile photos to their correct orientation

**Solutions**
- Catch-All Definition
  - GSI + Central Safety have prepared a new and refreshed rejection taxonomy
  - **The taxonomy will begin an XP late October/early November**
- Incorrect Orientation Bug
  - A fix will be deployed the first week of October. The team will monitor.
  - In the near future, an XP will kick off that enables agents to auto-rotate profile photos in DocApprover

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0402

**Slide 295 Notes**

**Data Source**: https://datastudio.google.com/u/0/reporting/510fb29a-675f-4174-9ab7-3a30fc121392/page/mZ0YB
**Graph Source**: https://docs.google.com/spreadsheets/d/1AejZXrZYBUdiS6m7t4gyhRcRHygMsHmt9RvLcJ6bjZ8/edit#gid=0&range=D15

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0403

# Profile Photo Accuracy Rate

**Primary Hazard Area:** Account Creation

## Precision and Recall for Fraud Profile Photos (July - Aug 2022)

| Breakdown | Precision | Recall |
|-----------|-----------|--------|
| Global | 93.6% | 84.5% |

## Breakdown by Audit Fail Reason (July - Aug 2022)

| Audit Fail Reason | % of failed docs | Active Audit Complete |
|-------------------|------------------|-----------------------|
| **Falsely Accepted** | 52% | 1,191 |
| **Falsely Rejected** | 33% | 746 |
| **Wrong Rejection Reason** | 14% | 309 |

## Key Insights

**Explanation for Current Rates**

Agents are only provided immediate photo and ID document at time of review; no historical context is provided. Further, we do not currently limit profile photo resubmissions, enabling Earners to get their profile photos approved by "brute force"

**Solutions**

- GSI with Global Safety Ops support will rollout a new rejection taxonomy that enables DS analyses; upon completion of these studies, we will make a decision on limiting profile photo submissions.
- We will continue to push product teams to launch improvements that impact the agent experience.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0404

Slide 296 Notes

**Data Source for Precision + Recall:**
https://tableau.uberinternal.com/#/site/GlobalSafetyRiskSupport/views/Frauddocsdashboard_16596464983300/PrecisionVSRecallViews?:iid=1

**Data Source for Breakdown**: https://tableau.uberinternal.com/#/site/GlobalSafetyRiskSupport/views/GlobalIdentityDashboard-VetOurCustomers/IdentityAccuracyRateErrorDeepDive?:iid=1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0405

# Manual ID Doc Review

## *Metrics + Deep Dives*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0406

# ID Doc Manual Review Metrics

Deeper Dive in subsequent slide

## Operational Health

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **ID Document** Rejection Rate | 34.1% | 32.9% | 35.0% | 34.7% | 34.4% | 35.0% | 34.0% | 34.1% |

## Control Effectiveness

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **ID Doc** Review Accuracy Rate | N/A | N/A | N/A | N/A | N/A | N/A | 97.7% | 98.1% |
| **ID Doc** Precision (Fraud Doc) | N/A | N/A | N/A | N/A | N/A | N/A | 97.3% | 96.5% |
| **ID Doc** Recall (Fraud Doc) | N/A | N/A | N/A | N/A | N/A | N/A | 86% | 81.3% |

## Cost

| Metric | Region | April | May | June | July | August |
|---|---|---|---|---|---|---|
| **Document Reviews** (Metric includes all approved documents) | Global | $2,982,284 | $3,693,378 | $3,014,045 | $2,872,427 | Data not available yet |

## Key Insights

**CommOps** seeks to integrate more with product in order to:
- Save costs associated with manual reviews;
- Increase overall integrity of the ID document review control

Projects include:
- IDF
- Granular Rejection Reasons
- Conditional Ingestion
- Auto-Adjudication

**From Central Safety Perspective**, stability MoM is an indication that this control is operating consistently and reliably. Further, I would caution against over or under correcting the rejection rate until we have a better understanding of the total population of documents on the platform.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0407

Slide 298 Notes

**Source for Control Effectiveness**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0408

**Primary Hazard Area:**
Fraud: Account Creation

## Top 10 Rejection Reasons (Jan - Aug 2022)



## Key Insights

The team continues to focus on decreasing non-fraud rejection rates by leveraging tech:

- **Need Supporting Doc**
  - *Conditional ingestion* is the solution i.e. we would ingest the document for processing only when the supporting document is available so we don't end up rejecting the original doc for this reason.
- **Name Mismatch**
  - We have a rule automation to flag errors to the processing agent and also have a matrix listing combinations of first and last name that we should approve and not always reject for minor differences against the profile name.
- **Wrong Doc / Blurred Doc / Irrelevant Image**
  - IDF would automate and provide a quicker resolution for Earners
- **Multiple Rejection Reasons**
  - Granular rejection reasons will provide more clarity to earners about some of these reasons, especially unacceptable doc type which is being broken down into different market specific use cases as part of the project.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

**Slide 299 Notes**

**Data Source:** https://datastudio.google.com/u/0/reporting/510fb29a-675f-4174-9ab7-3a30fc121392/page/mZ0YB
**Graph Source**: https://docs.google.com/spreadsheets/d/1AejZXrZYBUdiS6m7t4gyhRcRHygMsHmt9RvLcJ6bjZ8/edit#gid=1009663773

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0410

# ID Doc Accuracy Rate

## Precision + Recall for Fraud Docs (July - Aug 2022)

| Breakdown | Precision | Recall |
|-----------|-----------|--------|
| APAC | 99% | 91% |
| EMEA | 99% | 94% |
| LatAm | 98% | 94% |
| US&C | 92% | 54% |

## Breakdown by Audit Fail Reason (July - Aug 2022)

| Audit Fail Reason | % of failed docs | Active Audit Complete |
|-------------------|------------------|------------------------|
| False Accepted | 20% | 1,359 |
| Falsely Rejected | 15% | 1,038 |
| Wrong Rejection Reason | 53% | 3,574 |
| Null | 12% | 794 |

## Key Insights

**US&C Precision / Recall**
- Processing agents should not reject for fraud; they will escalate potential fraud docs for a 2-layer review by the SPOT team;
- WIPRO (the audit team), however, audits the processing agent data and not the 2-layer escalation review;
  - Processing agents are still rejecting for fraud (54% recall)
  - **IMPROVEMENT opportunity:** WIPRO audits should include both processing agents and the 2-layer review

**Global Precision / Recall**
- The Global Fraud Doc Standard will help standardize and improve accuracy of our fraud adjudication processes globally, some key initiatives include:
  - Secondary review by specialized agent before doc is rejected for fraud;
  - Restricting resubmissions after X fraud rejections so our precision/recall isn't skewed by the resubmissions;
  - Image quality standard implementation;
  - Fraud signal (EXIF, template detection, linked device, etc.) integration within DocApprover so agent can make an informed decision.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0411

**Slide 300 Notes**

**Data Source for Precision + Recall:**
https://tableau.uberinternal.com/#/site/GlobalSafetyRiskSupport/views/Frauddocsdashboard_16596464983300/PrecisionVSRecallViews?:iid=1

**Data Source for Breakdown of Audit Fail Reason**:
https://tableau.uberinternal.com/#/site/GlobalSafetyRiskSupport/views/GlobalIdentityDashboard-VetOurCustomers/IdentityAccuracyRateErrorDeepDive?:iid=1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0412

# Mutombo (Tech)

## *Metrics + Deep Dives*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0413

# Mutombo (Tech) Metrics

Account Sharing Control

Deeper Dive in subsequent slide

## Operational Health

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **Mutombo** Selection Rate for UberX (out of x of drivers who went online, on a day level, what % were asked to verify) | 22.2% | 21.8% | 22.5% | 22.2% | 22.2% | 22.0% | 19.6% | 16.5% |
| **Mutombo** Selection Rate for Eats (out of x of drivers who went online, on a day level, what % were asked to verify) | 30.7% | 30.2% | 30.0% | 30.0% | 30.0% | 30.1% | 28.7% | 27.2% |
| **Mutombo** Pass Rate (Tech) Passed / Selected | 99.3% | 98.9% | 98.9% | 98.9% | 98.9% | 99.4% | 98.9% | 99.1% |

## Control Effectiveness

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| % of Earners who completed their first trip without RTID Check *Metric currently excludes ROS/Mutombo-exclude tagged users and US earners whose FT is for Eats; It is unclear how to exclude Earners who took advantage of the 14-day grace period *Months refer to the Earner sign-up date | .79% | .84% | .95% | .98% | .89% | 1.02% | .74% | .78% |

## Key Insights

**Improving Monitoring**
- In 2023, we should prioritize establishing robust QA processes and performance evaluation metrics for Mutombo Tech.

**Incident:** From Wednesday 2022-06-29 16:49 to Wednesday 2022-09-07 17:51 (70d 1h 2m), 20 - 50% of drivers experienced less frequent real time ID check (ie: selfie verification) at the go-online phase (See incident).

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0414

Slide 302 Notes

Selection Rate

Mutombo Pass Rate

**Data for Mutombo** Complete First Trip without RTID Check

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0415

# Mutombo (HITL)

## *Metrics + Deep Dives*

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0416

# Mutombo (HITL) Metrics

Account Sharing

Deeper Dive in subsequent slide

## Operational Health

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| HITL SLA | N/A | N/A | N/A | N/A | 94% | 98% | 98.1% | 98.5% |

## Control Effectiveness

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| HITL - Accuracy Rate | N/A | N/A | N/A | N/A | 84% | 90.1% | 86.3% | 87.2% |
| HITL - Alignment Rate | N/A | N/A | N/A | N/A | 84.6% | 87.5% | 87.4% | 83.2% |
| HITL - Precision (based on QA) | N/A | N/A | N/A | N/A | N/A | 90% | 91.2% | 89.8% |
| HITL - Recall (based on QA) | N/A | N/A | N/A | N/A | N/A | 76.9% | 64.4% | 75.8% |

## Key Insights

**Improving Monitoring**
- We can do a better job monitoring key metrics related to Mutombo tech. This is an effort we will prioritize in 2023.

**Independent QA launch in July led to drop in accuracy scores**
- Focus over last two months has been on increasing alignment score to 98% (currently at 93% and on track to hit 95% in early Oct

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0417

**Slide 304 Notes**

**HITL SLA**
- <u>May</u>
- <u>June</u>
- <u>July - August</u>

**HITL -** Accuracy Rate
- <u>May</u>
- <u>June</u>
- <u>July - August</u>

**<u>HITL - Precision/Recall</u>**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0418

## HITL Accuracy

### Challenges

1) Our original understanding was that minimizing what we show to agents will improve their accuracy. We have since learned that without some additional context, we are hampering agents' abilities to make the correct decisions;
2) There has been an over-reliance on real-time review agents to serve as BOTH real-time decision makers and data collectors;
3) There has also been an over-reliance on real-time agents to make decisions (in the absence of necessary context and under tight SLAs) that even tech could not;
4) We have over-indexed on changing the HITL process (i.e. adding new questions to uTask, adjusting KBs), likely because this is relatively low lift compared to putting more pressure on tech;
5) It's one of the only safety deactivations that does not do any re-review of the account prior to deactivation.

Attorney-Client Privileged & Confidential

# Mutombo (Tech + HITL)

## *Metrics + Deep Dives*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0420

# Mutombo (Tech + HITL) Metrics

Account Sharing

Deeper Dive in subsequent slide

## Operational Health

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **Mutombo** Tech Fail Human Pass ([Dashboard](#))<br>• *This is a shared metric with HITL* | 64.3% | 80.4% | 80.8% | 79.6% | 79.43% | 80.39% | 76.82% | 67.39% |

## Control Effectiveness

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **Mutombo** - Reactivation Rate (Rates based on month of deactivation, not month of reactivation. Therefore, monthly figures are subject to change)<br>*March - May: US&C Only*<br>*June/July: India (6/22), Mexico (6/30), Chile (7/6), Brazil (7/20), ANZ (7/27)* | N/A | N/A | N/A | 5.0% | 9.2% | 7.5% | 4.6% | 6.7% |

## Key Insights

**Tech Fail Human Pass (TFHP)** rates are an indication of misalignment between tech and human review. Currently, we do not know what the ideal TFHP rate should be. Some reasons for the TFHP rates are:

1) POAP - Mutombo tech sends even low confidence POAP submissions to agents for review; the current HITL UX makes it extremely challenging for agents to detect POAP.
2) Agent error - there is room to improve the agent accuracy and HITL alignment
3) Uncertainty in Mutombo tech precision / recall. We do not currently have a trustworthy QA process for tech; It is possible that some of the submissions sent to agents should be overturned.

**Reactivation Rate** - Improving Mutombo's accuracy is dependent on:

1) Improving HITL accuracy
2) Better understanding Mutombo tech performance
3) Quality Requirements for Profile Photos
4) Empowering agents with system identified information in Safety Lens

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0421

Slide 307 Notes

**Mutombo Reactivation Rate** - Variances likely result of expanding into new markets - appeal rates in new markets are likely lower than markets like US&C where the product has been available for longer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Mutombo Reactivation Rate

Account Sharing

## Include reason breakdown + outdated profile photo analysis



**Reactivations by Approval Reason**

One Strike in Two Strike
17
1.0%

Inaccurate Human Review
356
21.5%

Outdated Profile Photo
843
51.0%

Eligible Exception
381
23.1%

Error in Handling
22
1.3%

**Outdated Profile Photo Analysis** (courtesy of Yuman Lin)

1) There is a positive correlation between the Mutombo failure rates and earner profile photos tenure. **Earners are more likely to fail Mutombo checks when their profile photos are outdated.**
2) Compared with MSFT algorithm failures, human audits easily misjudged outdated photos. The failure rate of the MSFT is fairly stable, however, the failure rate of human audits is increasing as the profile photos are outdated.
3) Based on our analysis, **we recommend that earners update their profile pictures after 3 years of onboarding with Uber.** We can consider an XP as the following step.

**Next Steps**

We will explore the possibility of an XP.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0423

Slide 308 Notes

**IMPORTANT NOTE:** The data suggests that 51% of reactivations are NOT actually because of "outdated profile photo". Nonetheless, this is a gap we can close to improve safety and the Earner experience.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Use of mutombo_exclude tag

## Mega Region Breakdown

| Mega Region | Total # of Earners | # of Active Earners | # of earners where LT >= 60 days |
|---|---|---|---|
| APAC | 97,002 | 90,669 | 17,702 |
| EMEA | 548 | 457 | 208 |
| LatAm | 31 | 15 | 1 |
| US&C | 909 | 532 | 395 |

## Key Insights

**On the mutombo_exclude tag**
- While many of these earners are subject to approved Mutombo exceptions (Taxi in South Korea), we should monitor the use of the mutombo_exclude tag to understand the size of the Earner base who is not subject to our Mutombo control

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0425

Slide 309 Notes

**Total #**
**Active Earners**
**LT >= 60d**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0426

# Wrong Driver/Wrong Courier

## *Metrics + Deep Dives*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0427

**Account Sharing**

🟠 Deeper Dive in subsequent slide

## Operational Health

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|--------|-----|-----|-----|-----|-----|-----|------|-----|
| 🟠 Wrong Courier Ticket - Trips per million (Dashboard) | 47.1 | 35.9 | 38.6 | 57.5 | 61.9 | 65.9 | 71.7 | 70.8 |
| Wrong Courier Eater Tag - Trips per million | 294.7 | 297.3 | 292.4 | 296.8 | 298.2 | 304.1 | 311.0 | 302.3 |
| Wrong Courier Restaurant Tag - Trips per million | 39.6 | 38.2 | 34.4 | 35.3 | 35.5 | 35.8 | 33.9 | 32.7 |
| DACT Wrong Courier - Deactivation Rate | 80.1% (of 298) | 73.3% (of 249) | 78.6% (of 279) | 75.1% (of 296) | 71.8% (of 290) | 76.0% (of 299) | 76.1% (of 307) | 83.6% (of 307) |
| 🟠 Wrong Driver Ticket - Trips per million | 17.3 | 18.2 | 18.4 | 19.6 | 19.6 | 21.8 | 23.9 | 23.7 |
| Wrong Driver Tag - Trips per million | 80.7 | 85.3 | 111.5 | 115.8 | 118.3 | 119.1 | 121.0 | 102.1 |
| DACT Wrong Driver - Deactivation Rate | 67.0% (of 234) | 61.3% (of 250) | 69.4% (of 342) | 68.0% (of 350) | 71.1% (of 373) | 72.9% (of 430) | 75.5% (of 444) | 76.1% (of 403) |

## Control Effectiveness

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|--------|-----|-----|-----|-----|-----|-----|------|-----|
| Wrong Driver - Appeal (Reactivation Rate) | 1 | 1 (100%) | 1 (0%) | 2 (100%) | 1 (0%) | 1 (100%) | 1 (0%) | 0 (N/A) |
| Wrong Courier - Appeal (Reactivation Rate) | 0 (N/A) | 0 (N/A) | 2 (0%) | 0 (N/A) | 2 (0%) | 3 (0%) | 1 (0%) | 1 (0%) |

### Key Insights

**Wrong Driver/ Courier tickets** currently serve as our top-line proxy metric for account sharing. In 2023, we should determine if this metric is for purpose and if we determine that it is, prioritize improving the integrity of this data. This means addressing support abuse, duplicate reports from a single entity, ticket misclassification, etc.

**Wrong Driver deactivation rate** has increased steadily this year, and we see a more generous uptick after April. One hypothesis is that the increase is a result of covid recovery, but we have not done a full analysis to understand. We will monitor these rates for the rest of the year and launch a more thorough review if they do not stabilize.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0428

Slide 311 Notes

**WC Ticket**
**WC Eater Tag**
**WC Restaurant Tag**
**WD Ticket**
**WD Tag**

**DACT Dashboard for Wrong Driver / Wrong Courier Deactivation Rates**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0429

## Rejection Breakdown



### Wrong Courier (WC) Account Sharing Rate By Mega Region
Metric: (WC Ticket Count *1,000,000 / Eats Order Count)

Mega Region
Mega Region | ■ EMEA | ■ LatAm | ■ US & Canada

| Jan 01'22 | Feb 01'22 | Mar 01'22 | Apr 01'22 | May 01'22 | Jun 01'22 | Jul 01'22 | Aug 01'22 | Sep 01'22 |

## Key Insights

Currently, the **Wrong Courier Ticket Rate** is our proxy for account sharing. It is critical that we ensure the integrity of this data point if we want to combat account sharing in a meaningful way. The known limitations for this metric include:

1) Our Proxy metric is not exhaustive because it does not include wrong courier tags. There is a lack of credibility for tags and we cannot confidently dedupe tags and tickets submitted by the same individual/entity.
2) Some wrong courier tickets are not true reports of account sharing but instead a result of support abuse on behalf of the eater/restaurant.
3) We have observed high rates of misclassification of wrong driver tickets and we should not be surprised if this trend exists for wrong courier tickets as well.

**Insight**

In the absence of a Central POC to help manage wrong courier reporting, Regional Safety Ops should consider assuming a more active role in this space.

Attorney-Client Privileged & Confidential

# Wrong Driver Tickets

**Account Sharing**

## Rejection Breakdown



### Wrong Driver (WD) Account Sharing Rate By Mega Region
Metric: (WD Ticket Count*1,000,000 / Rides Trip Count)

31.88
30.65
29.75
31.29
26.45    27.07
24.80                              25.62
23.40                  24.73
21.76    24.25    21.33    22.98    23.70    25.95    23.42
20.29              19.51    16.89    20.14    21.67
18.09                      18.20    15.79    15.37
16.22    14.06    14.97
12.82    13.98    14.66                          13.24

Mega Region
■ EMEA    ■ LatAm    ■ US & Canada

Jan 01' 22   Feb 01' 22   Mar 01' 22   Apr 01' 22   May 01' 22   Jun 01' 22   Jul 01' 22   Aug 01' 22   Sep 01' 22

## Key Insights

Currently, the **Wrong Driver Ticket Rate** is our proxy for account sharing. It is critical that we ensure the integrity of this data point if we want to combat account sharing in a meaningful way. The known limitations for this metric include:

1) Our Proxy metric is not exhaustive because it does not include wrong driver tags. There is a lack of credibility for tags and we cannot confidently dedupe tags and tickets submitted by the same individual/entity.
2) Some wrong driver tickets are not true reports of account sharing but instead a result of support abuse on behalf of the rider.
3) We have observed high rates of misclassification of wrong driver tickets (approximately 18%)

**Insight**
In the absence of a Central POC to help manage wrong driver reporting, Regional Safety Ops should consider assuming a more active role in this space.

**Attorney-Client Privileged & Confidential**

# uFace

## *Metrics + Deep Dives*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0432

# uFace Metrics

Fraudulent Account Creation/Dedupe Control

## Operational Health

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|--------|-----|-----|-----|-----|-----|-----|------|-----|
| uFace Flagging Rate (Manual Review) (Dashboard) | 1.08% | .94% | .90% | 0.59% | 0.56% | 0.50% | 0.43% | .38% |
| uFace Rejection Rate (Manual Review) (Dashboard) | 73.2% | 70.7% | 67.7% | 69.9% | 77.5% | 59.1% | 65.3% | 76.5% |
| uFace Flagging Rate (DocApprover Integration) | 3.1% | 2.5% | 2.3% | 1.7% | 1.4% | 1.3% | 1.2% | 1.3% |
| uFace Rejection Rate (DocApprover Integration) | 46.6% | 63.3% | 83.3% | 76.8% | 72.0% | 66.9% | 60.4% | 64.0% |

## Control Effectiveness

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|--------|-----|-----|-----|-----|-----|-----|------|-----|
| uFace Adoption Rate (DocApprover Integration) | 46.6% | 63.2% | 83.3% | 76.7% | 71.9% | 66.6% | 60.1% | 61.2% |

## Key Insights

uFace is a critical control in the identity and safety space, yet we lack a global programmatic infrastructure to unite this and other key controls. This will be our focus for 2023.

In 2022, the Marketplace Fairness Research team discovered concerning evidence that suggested uFace model training gaps that increased the risk of a disparate impact. The model has been retrained, but these findings reinforce the need to consistently push product and tech teams to prioritize fairness as a metric when they develop new models.

There are opportunities to leverage and grow the use of uFace. For instance, uFace could be used to compare RTID selfies against the database of bad actors' profile photos.

Our team is not presenting the precision/recall of this model from the Trusted Identity Dashboard because we believe that the accuracy of this data should be improved with more robust and consistent QA processes. This continues to be a tech ask from 2022.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0433

Slide 315 Notes

**Data <u>Source</u> for uFace Actioning Rate**

- **Agent Actioning Rate** = Number of actions taken by agents / Number if signals viewed by agents.

**<u>uFace Flagging / Rejection Rate</u>**

**<u>uFace Adoption Rate Source</u>**

- Adoption Rate = Number of signals viewed by agents / Number of signals showed to them.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0434

P-01528.00439

# Template Detection

## *Metrics + Deep Dives*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0435

# Template Detection Metrics

Fraudulent Account Creation Control

● Deeper Dive in subsequent slide

## Operational Health

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **Template Detection** Flagging Rate (Dashboard) | N/A | N/A | N/A | 4.6% | 4.7% | 4.7% | 4.8% | 4.8% |
| **Template Detection** Rejection Rate (Dashboard) | 52.3% | 31.8% | 40.5% | 36.5% | 24.2% | 11.42% | 30.27% | 42.9% |

## Key Insights

Template Detection is a critical control in the identity and safety space, yet we lack a global programmatic infrastructure to unite this and other key controls. This will be our focus for 2023.

Our team is not presenting the precision/recall of this model from the Trusted Identity Dashboard because we believe that the accuracy of this data should be improved with more robust and consistent QA processes. This continues to be a tech ask from 2022.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0436

Slide 317 Notes

**Data <u>Source</u> for uFace Actioning Rate**

- **Agent Actioning Rate =** Number of actions taken by agents / Number if signals viewed by agents.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# EXIF

## *Metrics + Deep Dives*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0438

# EXIF Metrics

Fraudulent Account Creation Control

● Deeper Dive in subsequent slide

## Operational Health

| Metric | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **EXIF** Flagging Rate | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| **EXIF** Rejection Rate | 35.7% | 39.1% | 51.4% | 30.7% | 23.6% | 3.74% | 15.5% | 16.9% |

## Key Insights

The volatility is due to the outage on EXIF features. A package migration that was done in late May by documents team in the way they process for EXIF has observed an outage. This continues to affect our metrics and there are tickets with the Documents team to triage this and get to the bottom of it.

Our team is not presenting the precision/recall of this model from the Trusted Identity Dashboard because we believe that the accuracy of this data can be improved with more robust and consistent QA processes. This continues to be a tech ask from 2022.

EXIF is a critical control in the identity and safety space, yet we lack a global programmatic infrastructure to unite this and other key controls. This will be our focus for 2023.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0439

**Data Source for uFace Actioning Rate**

- **Agent Actioning Rate =** Number of actions taken by agents / Number if signals viewed by agents.

UBER_JCCP_MDL_002289722.0440

# Coverage Metrics

## *Fraudulent Account Creation*

## *Account Sharing*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0441

# Control Coverage

## Non-Dedupe Controls

| Controls | % Coverage by Live Geos | % Coverage by Live Flow and Geo Combination |
|---|---|---|
| Auto-Expiring Profile Photos | 1.37% | 0.95% |
| Auto-Fetch Earner Documents | 4.11% | 1.90% |
| Earner Doc Transcriptions | 2.74% | 3.81% |
| EXIF Manual Review | 2.74% | 3.81% |
| EXIF Model V0 | 100.00% | 3.81% |
| Fraud Document Index Search - Manual Review | 63.01% | 78.10% |
| IDF - Image Quality Model | 21.92% | 25.71% |
| IDF - Irrelevant Images | 87.67% | 86.67% |
| RTID - Liveliness Checks | 1.37% | 1.90% |
| Manual Profile Photo Review | 100.00% | 100.00% |
| Photo Quality Model | 100.00% | 100.00% |
| Profile Photo Multi-Agent Reviews | 26.03% | 18.10% |
| Profile Photo Re-Review after ID-Document Resubmission | 61.64% | 56.19% |
| RTID McWait | 4.11% | 2.86% |
| RTID Right of Substitution | 6.85% | 4.76% |
| Template Detection - Manual Review | 90.41% | 97.14% |
| Auto-Adjudication of Earner Documents | 1.37% | 1.90% |

**Regional Teams** and ProductOps are working hard to expand coverage of our controls where they are eligible. In 2023, we should come together as teams to build a truly unified dashboard that where our products are live (This will be a tech ask for Earner Growth, Eligibility, Identity, and Safety product).

**Earner Identity Control Coverage**

**Control Coverage Dashboard**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0442

# One-Page Strategy

## *Earner Identity*

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0443

# 2023 Earner Identity Strategy

**Identity:** Have and maintain full conviction in the human identity of the digital profile that Uber engages with across the platform

PM POCs
Nick Tan (APAC)
Milan Dragojevic (EMEA)
Manuel Osuna (LatAm)
Phil De Coning(US&C)

Comm/ops POCs
Emily Eason (Photos)
Damini Naidu (Docs)
Allison Kennedy (Docs)

PM POCs
Rashi Singh (Identity)
Thomas Luz (Earner)
Munawwar Tayob (PP)
Snikitha Penmetsa
(Docs)

ProdOps POCs
Natalie Flecklin (Safety)
Armani Beckitt (Identity)

X-Functional
Ana Paula Penalva
(Policy)
Daniel Kolta (Legal)

DS
Nengjun Zhao
Siddhesh Patil
Zheng Chen
Yuman Lin
Meng Xu
Tiffany Lee
Charith Reddy Motla

## Context & Insights

The scope of the identity program is far-reaching; legal, policy, and other cross-functional teams have expressed how important it is that we are mindful of external risks outside of safety, product performance, etc. Additionally, there is a lot of work to be done to build a stronger foundation for the program as a whole, but this will require programmatic support and agreement among all of the relevant teams that there are opportunities that we can glean from coming together in a more meaningful way.

| Priority #1 | Priority #2 | Priority #3 |
|---|---|---|
| **Work towards building a cross-functional Identity program**<br>• Include all relevant teams into monthly Earner Identity forum;<br>• Establish governance frameworks across identity program;<br>• Stronger data sharing / collaboration among teams;<br>• Align on shared metrics across teams;<br>• Demonstrate the value of programmatic collaboration via the Account Sharing program | **Maximize the potential of our identity controls**<br>• Stand up and maintain regular audit processes for all controls;<br>• Cross-functional alignment on projects to enhance control effectiveness;<br>• Increase visibility on effectiveness and coverage of controls;<br>• Leverage data to create smarter policies and controls. | **Leverage data to design controls and drive cross-functional collaboration**<br>• Align on and monitor shared metrics across teams;<br>• Leverage data to inform control launches and make risk-based decisions;<br>• Understand incident rates in relation to identity signals;<br>• Use data to continuously monitor identity trends and control performance. |

| Safety Theme | KPIs |
|---|---|
| Keep Our Customers Safe | • Number of trips completed by Earners who submitted a fraudulent document (TaR)<br>• Account Sharing Rates (WD/WC Tickets) |
| Inspire Trust | • Precision and recall of our controls independently and as a collective<br>• Rate of appeals and reactivations |
| Best in Class SMS | • % of products/controls with the proper level of documentation (PRD, RFC, RAPID)<br>• % of standards/policies with 100% sign off and the number of deviations |
| Platform & Optim. | • Control SLA (Tech + Human + Combined)<br>• Control coverage based on eligibility<br>• Cost per tech and manual review |

| Key Projects | Timeline | Accountable |
|---|---|---|
| Improve the precision and recall of all identity controls | TBD | Control Owner |
| Create a unified account sharing deactivation policy and integrate into SIPC | TBD | Joseph T |
| Build a unified dashboard that details control coverage and performance | TBD | Joseph T |
| Expand the Review Center to cover all of identity | TBD | TBD |
| Improve tech-oriented identity controls at onboarding | TBD | TBD |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0444

Slide 323 Notes

THIS NEEDS TO BE UPDATED IN TWO PLACES

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0445

# Education and Awareness Insights

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0446

**Slide 324 Comments**

1    @esra.ozturk@uber.com here's the potential slides for Thursday
     *Meredith Moore,  10/12/2022 12:18 AM*

P-01528.00452

UBER_JCCP_MDL_002289722.0447

Attorney-Client Privileged & Confidential

## Coverage

**Globally,** we have **60** countries with road safety education, **66** countries with personal safety education, **3** countries with catalog safety education.

Coverage maps by risk area and megaregion are available via the Global Safety Education Repository.

**Trends:** We have good global coverage for personal safety and road safety education, yet we still have many content gaps.

## Effectiveness

**Completion Rate**
94.78% of active users completing mandatory education, where required
**Non-Compliance Rate**
0.006% of users taking trips without mandatory education
**Safety Incident Impact**
SA/SM rates 28-days after drivers takes SA/SM education. Mandatory 33.55 per million trips vs. Optional 34.28 per million trips
Crash Rate (per Million trip) 28-day after drivers takes mandatory road safety education 143.08 per million trips vs. 127.20 per million trips in markets where education is optional.
**Trends:** Completion rates where education is mandatory remains high. Fluctuating rates for SA/SM and Crashes show education is having a minimal impact in incident rates, yet there are multiple factors contributing to fluctuating incident rates.

## Cost

Third party partnerships: $ 56,200
Creative production: $ 716,959
Platforms to surface education: $ 1,350,000 (billed to date EduMe cost for unlimited usage for earners)

# TOTAL: $2,123,159.00

*Additional costs: Human Centered Design $110,000*

**Trends:** The bulk of costs for education come from the use of our third party platform, EduMe. Otherwise, education is a cost effective control.

## Health

- **5.68%** of users saw a hardblocker because they didn't complete mandatory education (only in required markets)
- Average time to complete **29.55 days** (from notification)

**Trends**: % of blocker drivers are falling, average time to complete, holding steady.

**Safety Education Dashboard**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0448

Slide 325 Notes

COVERAGE

Overall Uber operates in 73 countries.

Major road safety programs include DDNs, Pre-DACT notifications, a suite of programs in ANZ, Prop 22, Chicago Driver Training, Bike Safety Checklist and comprehensive road safety for couriers in Japan and Taiwan.

Major personal safety programs include, Pre-DACT IPC notification, Sexual assault and Sexual Misconduct, COVID 19 and women's safety campaigns in LATAM.

Catalog safety education only in ANZ and US (Prop 22, which only covers California) and includes:

-Alcohol delivery compliance & safety

- Manual handling

- Delivering Pharmaceuticals 101

- Food safety

- Prop 22

- Alcohol delivery safety

-Email communications for pick and pack grocery delivery persons affiliated with Albertsons supermarkets.

EFFECTIVENESS

Overall completion rate for mandatory education is rising, 90.4% in april, 90.59% in May, 95.87% in June and 96.49% in July with a slight fall to 94.78 in August. Big drivers of these changes were the community guidelines recommitment hard blocker.

Non compliance rates are also falling, from %0.03 in June to 0.008% in July and even further in August at 0.006%, again primarily due to community guidelines recommit.

In all markets with mandatory education vs. optional education 28 days later. Month of July. We see a 41% higher SA/SM rate in markets with mandatory (US&C, EMEA) education yet there are many factors contributing to this. We'll continue to examine markets where education is not live, over longer periods and more deep dive comparative analysis.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0449

Slide 325 Notes (Continued)

COSTS

Costs  (last MBR total was $1,502,000)
- $50,000 for third party Manas to deliver daily gender sensitivity education for drivers in India.
- $6,200 for LGBT content endorsement in Mexico.
- Creative production includes $40K for ANZ videos, $50K for Japan road safety video production, $190K for production, media and agency fees for LATAM SA/SM education in ACAC and SOCO countries, $290,000 for BR LGBT Campaign (note some of these production costs where shared with MX, BR which launched in 2021). UKI De-escalation education $146,959.68
- EduMe costs in 2022 $1,350,000 (note this isn't just for safety education, I'm still not clear if S&I gets money back from other business units that use EduMe).

OPERATIONAL HEALTH

Percentage of drivers who saw a hardblocker fell from 8.31% in June to 5.79% in July, mainly due to about 40K UK drivers who didn't complete the community guidelines recommitment. Over 95.5% completed it eventually.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0450

Attorney-Client Privileged & Confidential

## Legal

- A top priority for 2023 should be ensuring UCraft is compliant with global standards for accessibility to avoid legal risk. The Project L/Earner team will work with Product Equity for guidance, however a third party audit is recommended.
- Uber is in the process of negotiating a wind down agreement with our education partner EduMe. More details are forthcoming, but please refrain from creating content in UCraft until we receive the content from EduMe.

## Policy

- We have strengthened our third party relationships with ASIRT as we have expanded road safety education, the Partnership for Food Safety Education and Responsibility.org for the development of our alcohol delivery safety education in the United States, and The Crisis Prevention Institute to develop the de-escalation education in the UK.

## Comms

- The Human Centered Design Principle Playbook for Safety and Risk Communications can help us rethink communications from a tone and messaging standpoint. Specifically, Saved Replies can benefit from the analysis and suggestions on more specific language for non-urgent incidents.
- Global Safety CommOps is working towards improving the warning experience, partnering with Safety Ops and Product to review all existing pre deactivation notification experiences, impact on incident rate / prevention, and adjust SRs based on data, the Human Centered Design and taking an education first approach.

**2**

## Marketing

- Marketing, education and product has been working to fully align efforts and map the entire communications and education lifecycle to better streamline and target messages for earners.
- Tips for earners have been added to the Learning Center and via the Courier Safety Toolkit.
- The Human Centered Design Principle Playbook for Safety and Risk Communications can help us rethink communications from a tone and messaging standpoint.

**Slide 326 Comments**

1    @ccazes@uber.com we're listing 2022 education initiatives and focus areas for 2023 here. Anything you'd like to ad, highlight or expand on?
     _Reassigned to ccazes@uber.com_
     *Meredith Moore,  11/4/2022 10:42 PM*

2    Hi! Sorry I know I'm answering extremely late, but I don't think I have anything else to add. @lizzie.ross@uber.com for vis
     *Cande Cazes,  11/4/2022 10:42 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0452

# Scorecard - Education 2022 Summary

## Mandatory Education Completion & Block Rates



🟢 % of active users completing mandatory education (in required markets)
🔴 % of users blocked because they didn't complete mandatory education

### KEY INSIGHTS

- Mandatory completion rates have increased steadily and have remained high.
- Few users receive a hardblocker. Of those that do, 94% eventually complete the education and remove the blocker.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0453

# Scorecard - Education 2022 Summary

## SA/SM Rates in Mandatory vs. Optional Markets (Per Million Trips)



**KEY INSIGHTS**
- SA/SM rates are highest in the US.
- SA/SM rates in the US are nearly identical for mandatory and optional markets; Education does not have a measurable impact on incident rates.
- A retention strategy and more skill-based application education could potentially increase effectiveness.

- EMEA (optional)
- US & Canada (optional)
- EMEA (mandatory)
- US & Canada (mandatory)
- APAC (not live)
- LatAm (not live)

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0454

# Scorecard - Education 2022 Summary

## SA/SM rates where SA/SM education is mandatory



**KEY INSIGHTS**

- SA/SM rates are highest in the US.
- SA/SM rates in the US are nearly identical for mandatory and optional markets; Education does not have a measurable impact on incident rates.
- A retention strategy and more skill-based application education could potentially increase effectiveness.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0455

# Scorecard - Education 2022 Summary



DD Rates 28 days post-education completion (Per M Trips)

Crash Rates 28 days post-education completion (Per M Trips)

● mandatory   ● optional

## KEY INSIGHTS

- DD and crash rates fluctuate based on several confounding factors.
- Mandatory/optional education do not have a measurable impact on DD and crash rates.
- A retention strategy and more skill-based application education could potentially increase effectiveness.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0456

# Scorecard - Education 2022 Summary

DD rates 28 days after drivers take mandatory road safety education (US&C)



**KEY INSIGHTS**
- DD and crash rates fluctuate based on several confounding factors.
- Education does not have a measurable impact on DD and crash rates.
- A retention strategy and more skill-based application education could potentially increase effectiveness.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0457

# Scorecard - Education 2022 Summary



## Number of Trips & Drivers without mandatory education

🟠 # of monthly active drivers taking trips without mandatory education
🔴 # of trips by drivers taking trips without mandatory education

**KEY INSIGHTS**
- A smaller number of drivers are still operating despite non-compliance: only 121.
- This is primarily due to the resubscription of drivers to extend grace periods and some mismatched accounts in the queries.

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0458

# Personal Safety Education Coverage Map



## KEY INSIGHTS

- There are 199 personal safety education materials launched globally or launching soon, with the majority (122) launched in 2022.
- India has the highest number of launched personal safety education with 12 in total, followed by the US with nine and Mexico and Brazil with eight

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0459

# Road Safety Education Coverage Map



**KEY INSIGHTS**
- There are 266 road safety education materials launched countrywide or launching soon, with 123 launched in 2022
- Australia has the highest number of launched road safety education with 12 in total, followed by the US with 11

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0460

P-01528.00465

Attorney-Client Privileged & Confidential

## Coverage

- Across US&C we offered multiple educational resources including road safety, dangerous driving notifications, pre-dact communications, and Covid health and safety education.
- Canada - Has mandatory SA/SM education for all drivers
- United States - Has mandatory SA/SM education, California Prop 22 education, and Chicago safety training.
- Optional ELC road safety education, anti-racism education.
- Upcoming launches include: Delivery safety education for US couriers and CPUC gender identity education for California drivers.

## Effectiveness

- Overall education completion rate is 51.7%
- Mandatory education has strong completion rate of 56.48% across all mandatory education including: SA/SM, Chicago safety training, Prop 22, Community Guidelines, and Covid health and safety education.
- Optional education has much lower rates of engagement and completion. In the US states where the SA/SM education is optional we see 74% completion rate. 10% completed the optional ELC road safety education since it launched in September.
- Despite low completion rates, 99% of drivers who completed the ELC road safety education found the training helpful.

## Cost

1

- Overall cost $5.08M
- CPUC education - $52,500
- Anti-racism education - $3,008,000
- SA/SM - $638,725
- Prop 22 - $232,000
- Road safety - $500,000

## Health

- On average it takes 36 days to complete mandatory education including: SA/SM, Chicago safety training, Prop 22, Community Guidelines, and Covid health and safety education.
- On average it takes 58.95 days for drivers to complete optional education.
- 71,995 drivers are blocked as of September across all mandatory education.

UBER_JCCP_MDL_002289722.0461

**Slide 335 Comments**

1    @katherineg@uber.com wasn't this cost last year in 2021?
     *Meredith Moore,  10/12/2022 12:06 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY                    UBER_JCCP_MDL_002289722.0462

Attorney-Client Privileged & Confidential

## Coverage

- APAC has a number of educational courses mainly on road safety across most major markets, focus will be to continue to close on education gaps
- ANZ Delivery has the most number of live education courses ranging from bicycle to food handling. Rides has a couple of mandatory driver courses on fatigue & impairment
- JP recently launched new bicycle road safety education and is looking to expand to other modalities
- TW has mandatory education set by authorities for couriers
- INSA has a variety of personal safety related courses from SA/SM education to gender sensitization (non-mandatory)

## Effectiveness

- Relatively strong completion rates given mandatory requirements of most educational courses
- Difficult to measure correlation with incident rates will likely start to track IRs between duration where education was launched before and after
- There is opportunity to start looking at refresher courses in all markets either for DPs who have completed it awhile ago or have gotten into a recent incident. This is a requirement for some markets for annual refreshers (ANZ, TW)
- INSA has started a survey for the Gender Sensitisation Education to assess the effectiveness of the course

## Cost

3

- Approx 170K USD spent on education courses with 3P vendors
- Edume contract extension to help with migration to uCraft will likely cost extra but will overall help to save annual fees

## Health

- Most courses being mandatory did see a number of drivers being blocked from go online but that % is much lower compared to other blockers
- Courses in TW though mandated by regulation is particularly long ~3-4 hours of content. Ops has to rely on consistent reminders to help get DPs to finish this before they are blocked at go online after end of grace period

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0463

## Slide 336 Comments

1    @serenader@uber.com @smacdonald@uber.com by any chance would you guys happen to know to how much we spent on ANZ delivery education so far? tracker here: https://docs.google.com/spreadsheets/d/10oQfYnztdiJktfhwRlj9zO1mU7p6ZxCgCIXD-WGIF5k/edit#gid=2115671008
     *Nickolas Tan,  10/17/2022 02:43 AM*

2    do you want me to add it to the sheet? i can get some of the figures.
     *Sarah Nader,  10/17/2022 12:30 AM*

3    yeap if you can could you update the google sheet thanks!
     *Nickolas Tan,  10/17/2022 02:43 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0464

Attorney-Client Privileged & Confidential

## Coverage

- [REGION] specific insight using quant / qual data, add additional slides w/ graphs to support as necessary

## Effectiveness

- [REGION] specific insight using quant / qual data, add additional slides w/ graphs to support as necessary

## Cost

- [REGION] specific insight using quant / qual data, add additional slides w/ graphs to support as necessary

## Health

- [REGION] specific insight using quant / qual data, add additional slides w/ graphs to support as necessary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0465

**Slide 337 Comments**

1    @abhishweta@uber.com add anything you see as relevant for the upcoming planning session to this slide. Feel free to use another format if this one doesn't work. Thank you!
_Assigned to abhishweta@uber.com_

*Meredith Moore,  10/9/2022 11:07 AM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0466

Attorney-Client Privileged & Confidential

## Coverage

- [REGION] specific insight using quant / qual data, add additional slides w/ graphs to support as necessary

## Effectiveness

- Uber Pro point had a positive effect on BR, would be great to have an automated way of doing it. More info

## Cost

- There is a need for more dynamic content and not just written stuff.

## Health

- [REGION] specific insight using quant / qual data, add additional slides w/ graphs to support as necessary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0467

## Slide 338 Comments

1   @natalia.giardini@uber.com I know Cel is out but if you're able add anything you see as relevant for the upcoming planning session to this slide. Feel free to use another format if this one doesn't work. Thank you!
_Reassigned to natalia.giardini@uber.com_
*Meredith Moore,  10/10/2022 06:23 PM*

2   @poncho.ro@uber.com
_Reassigned to poncho.ro@uber.com_
*Natalia Giardini,  10/10/2022 06:23 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0468

# Safety Deactivations Insights

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0469

Attorney-Client Privileged & Confidential

## 9 - 10:15 am: Control Insights Review
- Recap Risk-Agnostic Insights (Safety Deactivations starts at slide 360)
- Discuss relevant takeaways from Risk sessions (Tues-Wed)

## 10:15 - 11:45 am: Tech asks (Led by @Vo)
- Go through Tech Asks sheet and review asks, cross-referencing with list of control improvements / new controls & reprioritization if needed based on insights and strategy discussion
- Refine the list of asks -> edit description to make the ask more robust and align on prioritization
- Additional asks: Discuss/jam on gaps not addressed and add additional asks

## 11:45 - 12:45 pm: Lunch break

## 12:45 - 4 pm Co-Create 1 pager
- Jam on project ideas; group together similar ideas into priority themes
- Then jam on for KPIs for priority areas

## 4 - 5:15  Each control team will share out their one-pager
- 5 mins to share, 5 mins for feedback from LT

## 5:15-5:30 End of summit wrap by Roger

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0470

## Coverage

- Current State of DACT policy configuration has brought coverage of global policies by country from 83% to 89%
    - **Primary remaining gap: Courier IPC** due to DS resourcing required for dynamic threshold
    - **Secondary gap: Unaccompanied Minor** due to need to update policy for UberTeens
- Coverage gaps remain for areas where we lack global policies:
    - **P0 gap: Substance Abuse (Driver)**
    - P1 gaps: Suspected Drug Dealing, Extra Passenger, Street Hail or Touting, Substance Abuse (Rider)
- In addition, Product gaps on specifying coverage by Flow remain

## Effectiveness

- Review Center
    - **SIPC (DACT) reactivation rate remains high (~17%)** with causes including continuing misclassification of Asking Personal Qs + miscalculation of complex notation scheme with 13 deviations
    - Mutombo reactivations are significantly different between US&C and global, potentially due to differences in process
- DACT
    - Lack of clarity for how to use effectiveness metrics to estimate prevention of incidents or use for business decisions such as threshold setting

## Cost

1
3

- **Deactivation Rate** could be increased from less than 40% average to 62%, primarily by addressing these 3 top roadblocks:
    - #WrongUser (Product gap for Reporting vs. RAP party)
    - Verbal Altercation standard to distinguish from professionalism
    - Too vague of reports (ask for more detail)
- Cost of current Deactivation Rate is **~$420K annually** given average agent cost per DACT JIRA is $4.90
- US&C deep-dive on DD Deactivation Rate found key reasons were:
    - Multi-incident reports within same ticket
    - No outreach - altered saved replies
    - Support abuse - incorrect exclusions
- WARN costs $8.89 per ticket in EMEA vs. 0 cost Pre-DACT

## Operational Health

- **Review Center SLA faces misalignment on targets**
    - Appeals Standard originally set forth a 7-10 business day SLA, but there was a push from Dara to get to 3 day SLA
    - SLA is measured based on time from request submission to resolution in DS dashboard -- with an average of 178.4 hours or 7.4 days
    - Most of time is spent in backlog (245 hours) or waiting for regional approval (55 hours) vs. time to resolution (12 hrs)
- **DACT SLA is meeting targets**
- **Support Abuse** leads to unreliable data and a lack of a global standard leads to inconsistent actioning across regions and LOBs
- **Reduced escalation time** to completion from over 5 weeks to ~1 week average

UBER_JCCP_MDL_002289722.0471

## Slide 341 Notes

Prioritization of policy gaps based on how many countries have such a policy live + legal risk

DACT cost is rough estimate based on 60% of the number of DACTs generated globally last month, times the cost per JIRA of $4.9. The cost per JIRA was based on LatAms handle time figures and a global average of agent cost per hour.

LatAm feedback on cost: Review Center net benefit-cost analysis - could we ever in the future determine some have such low FPs that we wouldn't review

Pre-DACT would meet EMEA legal requirements -- does not need to be a phone call

## Slide 341 Comments

1       @cory.freivogel@uber.com I included the US&C DD deactivation rate deep dive in the summary for our Oct 13 session here. LMK if there are any other particular US&C insights you want to highlight in this session.
        *Shauna Theel,  9/28/2022 04:59 PM*

2       @sooraj.nair@uber.com EMEA is doing an analysis to consider whether Pre-DACT could replace WARN in some markets. It could be helpful if India provided cost metrics for the live IPC WARN policy in India (only other region to have WARN)
        *Shauna Theel,  9/26/2022 01:13 PM*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0472

**Slide 341 Comments (Continued)**

3    @mayank.rajput@uber.com could you please help out with the numbers here?
*Sooraj Nair,  9/26/2022 01:13 PM*

Attorney-Client Privileged & Confidential

## Legal

- **Safety Litigation:** We face risk of litigation when users with serious safety incidents who had a past history of safety reports were not deactivated
- **Employment Legal Risks:** Simultaneously, we face employment legal risk if deactivations are interpreted as exerting control
  - Some Verbal Altercations-Verbal Disputes tickets provide a less compelling argument for deactivation on a safety basis; they seem to fall more in line with customer service or driver professionalism issues, posing employment legal risks
- **NL Legal** facing issues deactivating when warning and deactivation occur for "the same incident" -- division of tasks for different agents (BPO or IRT vs. DACT) pose difficulties in resolving w/o automating SRs
- **Limitations in Safety Lens** pose difficulties for Litigation, leading to ongoing escalations

## Policy

- **Review Center** opportunities: 1) Explore process integrity review -- given reviews are 100% Uber-operated can lead regulators and labor advocates to question its fairness; 2) Rationalize required 3rd party processes
- **Pre-Deactivation Notification:** In markets with new/upcoming regs (Seattle, Japan, Canada, Uruguay) pre-deactivation notification requirements -- sometimes up to 30D in advance -- are becoming commonplace
- **Human In The Loop:** Difficult to describe our approach to algorithmic fairness given not every deactivation has a HITL
- **Earner Fairness Concerns:** Compared to Earner deactivations, Spender deactivations have not received significant policy scrutiny -- any scrutiny has generally focused on safety (vs. fairness) to date

## Comms / Global Earners

- Global Earners Principles Assessment found the following gaps in Safety policies, which could prevent future communication of these principles:
  - Many Lifetime strike policies (DACT 1.0) remain, potentially penalizing HVEs or High Lifetime Trip earners
  - Floors of 2 for IPC could punish new earners given 3 strikes for more serious offenses
  - Waitlists for non-investigative purposes without exclusions for support abusers are live in many markets
  - SIPC (DACT) and Health/Self-Harm reactivation rates indicate high FP rates

## Marketing

- **Market Safety Deactivations to increase Feature Awareness:** Driver Screenings is ranked the most important Safety feature by riders globally, indicating there may be more opportunities to market Safety Deactivations as a control. **Only 40%** of riders, **35% of drivers** and 39% of couriers agree that 'Uber takes appropriate actions when someone is reported against'

- **Marketing of Review Center to Earners will require further expansion** beyond Safety 'Deactivation Category'
  - Fixing Duplicate Account issues to launch Review Center may be a requirement to get sufficient coverage to be able to market the Review Center
  - Increasing Feature Awareness of the Review Center will help

UBER_JCCP_MDL_002289722.0474

Slide 342 Notes

**Build Confidence in the Review Process:** The Review Center provides a pathway for earners to dispute a deactivation decision. Yet, the review process is 100% operated by Uber, which can invite regulators or labor advocates to question its fairness. This doesn't mean we should invite third-party stakeholders into the process immediately, but we might want to explore mechanisms that help us ensure the Review Center & review process integrity, as the Review Center experience matures.

**Rationalizing Third-party Processes:** In many markets, we are bound by either regulations or agreements with unions to offer a review process involving third parties. Today, the Review Center experience exists in parallel to these external third-party processes. As the Review Center expands its coverage, it's also timely to consider how we work with third parties to funnel more requests back to the Review Center. How do we share information with approved third parties (that are representing earners) about the earners' appeal request history and how the decisions were made? How do earners seek support from third parties after failed attempt with the Review Center?

**Pre-deactivation Notification:** In markets where there are new regulations being drafted (Seattle, Japan, Canada, Uruguay), pre-deactivation notification is becoming commonplace. Some even requires a 30-day notification. While policy and legal teams work on pushing back these requests, what are some steps we can take to improve notification?

**Algorithmic fairness:** Similarly, we're also seeing increasing pressure on platforms to disclose algorithms that were used to determine account access. Internally, we find it hard to point to a single-source-of-truth on the "Human in the loop (HILT)" approach. The statement "all deactivation decisions are reviewed by humans" isn't applicable in all deactivations.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0475

# DACT Control Coverage

| Global Policies | Subject Role | June | July | August |
|---|---|---|---|---|
| Dangerous Driving | Driver | 98.6% | 100% | 100% |
| Interpersonal Conflict | Driver | 97.1% | 100% | 100% |
| Interpersonal Conflict | Rider | 97.1% | 100% | 100% |
| Wrong Driver | Driver | 94.2% | 97.1% | 100% |
| Wrong Vehicle Rides | Driver | 88.4% | 94.4% | 100% |
| Serious IPC | Earner | 87.5% | 94.4% | 100% |
| Serious IPC | Spender | 87.5% | 91.3% | 100% |
| Wrong Courier | Courier | 68.6% | 68.6% | 74.3% |
| Unaccompanied Minor | Rider | 63.8% | 63.8% | 73.9% |
| Courier Interpersonal Conflict | Courier | 5.7% | 5.7% | 5.7% |
| | Total Country Coverage | 83.4% | 86.5% | 90.4% |

## KEY INSIGHTS

- Increased global coverage of policies from **83% to 90%** through launching **20 policies across 6 countries**

- Future anticipated launches include Wrong Courier for gaps in EMEA.

- Documented exceptions include:
  - IRT processes in N. Asia
  - RoS for Wrong Courier
  - Partner Review Committee for WD, WV for UKI

- Remaining gaps are limited to: 1) **Unaccompanied Minor** on hold due to **need to revisit standard w/ Uber Teens**; 2) Courier IPC launch dependent on DS resourcing, exploring interim lookback policy

- Assessment allowed new launch of Malta without any gaps (not included in figures)

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0476

P-01528.00481

Slide 343 Notes

This visual shows the global coverage of each policy. The coverage percent is determined by the amount of countries with the policy live or has a documented exception/process for the policy. The calculation for each policy was "the number of countries with the policy live or have a documented exception / all countries expected to have this policy live".

Current State of DACT Policy Configuration - https://docs.google.com/spreadsheets/d/1TOXEKUXS9k9Brwe4_B-YtyyKjjyPzypDDdDO5wCy7Z0/edit#gid=0

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0477

# Deactivations Gaps in Global Standards

| Owner | Standard | Missing or Needs Update | Subject Role | DACT Coverage |
|---|---|---|---|---|
| Personal Safety | Unauthorized Guest | Missing | Driver | 89.9% |
| | Discriminatory Remarks | Missing | All Roles | 0% |
| | Verbal Altercation | Missing | All Roles | NA - Urgent process |
| | SIPC | 12 deviations | All Roles | 100% |
| | Substance Abuse | Missing | Rider | 7.2% |
| Personal and/or Road Safety | Substance Abuse | Missing | Driver | 98.6% |
| Road Safety | Vehicle Safety Issue | Missing | Earner | 42.0% |
| Catalog Safety | Wrong Vehicle (Eats) | Missing | Courier | 5.7% |
| Deactivations | Support Abuse | Missing (Underway) | Spender | 5.7% |
| Unclear | Street Hail or Touting | Missing | Driver | 82.6% |

- **Substance abuse for Riders** currently covers Illegal Drug or Open Alcohol Possession + Unconscious Intoxicated Rider -- relevant to top 2 causal factors for Personal Safety

- **Reputational Risk to not having Discriminatory Remarks** standards as anti-racist company

- **Lack of clarification of Verbal Altercations** - employment legal risk if deactivation due to unprofessionalism vs. safety + Parameter Refresh pushback in EMEA

- **Wrong Vehicle Eats** - standard not finalized given **VFB** discussions

- **Vehicle Safety Issue in some regions leads to deactivation of vehicle** rather than driver

- **SIPC has 12 deviations** - more than any other standard - and DACT SIPC has a reactivation rate of 17% in Review Center

Attorney-Client Privileged & Confidential

**Slide 344 Notes**

These gaps were identified by the Current State of DACT policy Assessment, the Global Tracker project on Deviations, or the Deactivations SOT

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Scorecard - DACT: Operational Health





**Deactivation Rate (SIPS)  Definition**
# of DACT JIRAs that ended with a deactivation /
# of DACT JIRAs SIPS flagged for deactivation

- **Deactivation Rate** could be increased from **37%** average to 62%, primarily by addressing these 3 top roadblocks:
  - #WrongUser (Product gap for Reporting vs. RAP party)
  - Verbal Altercation standard to distinguish from professionalism
  - Too vague of reports (ask for more detail)

- Cost of current Deactivation Rate is **~$35K per month** (~$420K annually) given average agent cost per DACT JIRA is $4.90 (based on global agent avg + LatAm handle time)

- **Agent SLAs are meeting goal of 90% in 24 hours** Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0480

**Slide 345 Notes**

DACT cost is rough estimate based on 60% of the number of DACTs generated globally last month, times the cost per JIRA of $4.9. The cost per JIRA was based on LatAms handle time figures and a global average of agent cost per hour.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Scorecard - Review Center: Control Effectiveness



**Definitions**
**Review Request Rate:** # of submitted reviews / # of eligible deactivations
**Reactivation Rate:** # of earners reactivated / # of requests resolved
[All limited to deactivations where Review Center is available]

Dashboard

*Notes: Numbers can change for past months in the future as dates are based on when earner was deactivated and they can choose to dispute in future; Data includes Safety + Mutombo deactivations*

## KEY INSIGHTS

**US&C** seeing a **8.5% reactivation rate**, while recent launches in **LatAm and APAC** seeing lower reactivation rates (**4%** and **1.3%**, respectively) driven by differences in **Mutombo reactivation (9.5% reactivation in US&C**, but only **5.1% in LatAm and 1.1% in APAC**). In US&C, Mutombo reviews are completed by MFI COE with additional checks on top of facial comparison, while ComplianceOps agents are utilizing regional deactivation processes to confirm the validity of deactivation outside of US&C. GSI is currently working with the US&C team to **harmonize** documentation standards and definitions to ensure accuracy.

⚠ *Low volume and subject to change!* ⚠

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0482

**Slide 346 Notes**

%s reflect activity from the entire month

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0483

# Scorecard - SIPS: Control Effectiveness (1)





---

**DACTed Incident Rate Multiple Definition**

**Flagged:** IR of flagged users / all active drivers IR

**Deactivated:** IR of deactivated users / all active driver IR

---

### KEY INSIGHTS

- **Deactivated users tend to have higher incident rates than flagged users** -- indicating DACT agent review is capturing the riskiest users

- Averages above **goal of >10**

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0484

Slide 347 Notes

Let us know if you want us to report on both going forward or switch to just deactivated or just flagged

**Previous notes:**

High level - this metric is penalized by the number of people flagged. The more drivers flagged the lower the value of the average IR.

— breakdown below —
When a new/refreshed model rollout, a higher-than-normal volume of drivers would be flagged (retrospective flag effects).

Retrospective flags are drivers that should have been flagged for deactivation but were not picked up by the older model versions before new launches. Those drivers meet the condition (1) have incidents in the past 28-days of the evaluation date, (2) are risky enough to pass the new model threshold, and (3) have at least regional minimum numbers of incidents in their lifetime.

Since we have allowed those retrospective flagged drivers with more trips on the platform, those trips, which mostly are non-incident trips, drive down their average IR. Thus the overall average of flagged driver IR drops, yet is still >10X higher than the regional average.

In March, DACT3.0 launched in LatAm (cause of drops in DD) and DACT2.0 refreshed in USC and LatAm (cause of drops in IPC)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0485

# Scorecard - SIPS: Control Effectiveness (2)





---

### IR Reduction on Next 1% - Definition

# of correctly identified incidents on next 1% below policy threshold / total incidents (weighted average across regions)

Correctly identified = theoretical number of incidents on trips we could have blocked if we had deactivated the users

---

### CAVEAT

- Relies on assumption that users who are in the next 1% below policy threshold properly reflect those that were deactivated (where we cannot observe their future behavior)

Attorney-Client Privileged & Confidential

**Slide 348 Notes**

This may be underestimate bc we deactivate the riskiest

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0487

# Scorecard - Control Effectiveness (DACT + SIPC)

## Deactivation Accuracy % (DACT + SIPC)



**Deactivation Accuracy %**
# of correctly actioned adjudications /
total adjudications reviewed

### KEY INSIGHTS

- **SIPC - 99.06% accuracy** in August
  - KB updated to clarify re: a Documented Deviation in LATAM for PA > No Injury, where the Reported Against Party was not be taken offline during the investigation, driving 32.5% of Total Errors in July (There is a pilot wherein the reverse action happens and agents were confusing the two processes.)
- **DACT - IPC Leads in Errors**
  - Verbal Altercation poses issues for consistency in applying definition -- an emerging focus for cross-functional teams:
    - DACT Deactivation Rate Working Group
    - Data Integrity Roadmap - Non Urgent focus '23
  - Dashboard outage preventing pulling separate non-Urgent accuracy %

Dashboard

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0488

P-01528.00493

# DACT Policy Escalations





## KEY INSIGHTS

- Created and launched an Asana project in March 2022 for stakeholders to submit escalations regarding DACT policies or general inquiries regarding DACT.

- Completed 37 total escalations, including **clearing a large backlog** from before the Asana was created.

- **Reduced time to completion from over 5 weeks to ~1 week average**

- Through updating documentation in order to promote stakeholder self-resolution and future duplicate escalations, we have reached a more manageable steady state.

- Assisted Legal with 21 escalations regarding a user's deactivation status in anticipation of litigation.

Asana

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0489

# Documentation Insights

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0490

Attorney-Client Privileged & Confidential

## Coverage

**safety risks.** The majority of existing global safety policies and standards are designed to mitigate personal safety risks.

- Uber's **new verticals, Freight, U4B, HCV, and others are not appropriately covered** under our current global safety standards.

- There are **business policies** that directly **address top causal factors** identified by the Risk leads. Global safety standards do not have coverage here.

- Regional safety ops teams are **unable to quickly determine if a global standard is implemented** in any given country or

## Effectiveness

- Central Safety **lacks clear effectiveness and success metrics** for global safety standards.

- Central Safety lacks a clear mechanism to **track and enforce internal compliance** with global safety standards.

- Central Safety does consistently identify and track the performance of **individual policy requirements** in each global standard.

- **Deviations**: Central Safety does not offer appropriate guardrails or limits on deviations. Standards with a high # of deviations indicates low effectiveness or a design failure.

## Cost

Central Safety will implement Uber's Policy and Document Repository (uDoc) to store and manage the workflow for safety documentation. uDoc is an enterprise-wide document management system that will come at **no cost** to Global Safety Operations.

## Health

- Central Safety **does not have an up-to-date framework for managing global standards**. The lack of clear requirements, R&Rs and timelines for managing global safety standards are a barrier to measuring operational health.

- **Stakeholders are unaware** of current document management processes.

## Legal

- Safety Legal **cannot quickly access reliable historical versions** of global standards. This makes it difficult to adequately respond to litigation and regulatory inquest.

- Global standards have not consistently followed the necessary steps to **preserve attorney-client privilege**. We need to **limit access to global standards** to those with a legitimate business need for access in order to preserve that privilege

## Policy

The main ask would be to **maintain documents that lead to a decision**, whether a safety deactivation or denial to onboard.

## Comms

Central Safety does not have a **standardized global template for sharing information** or copies of global safety policies and standards externally.

## CommOps

- **Standard version tracking** has been difficult in the past (when changes occur, etc) but your structure helps this a ton

- **Gap** between knowing that a standard was updated and knowing that it has been updated in appropriate KBs

- How do we monitor **change management of all KBs** against standards (this is a commops issue)

- **Communication:** Knowing which standards have been developed and rolled out vs which have just been developed

# Documentation

**Example**

## Coverage

**Definition:** Scope of global safety policies and standards

### # of Documents by Risk and Control Area

| Risk/Control Area | # of Standards | # of Policies | # of Guidelines | TOTALS |
|---|---|---|---|---|
| Catalog Safety | 0 | 0 | 0 | 0 |
| Deactivations & Appeals | 1 | 0 | 1 | 2 |
| Education | 0 | 0 | 0 | 0 |
| Identity | 16 | 6 | 1 | 23 |
| Personal & Health Safety | 12 | 9 | 1 | 22 |
| Road Safety | 1 | 1 | 0 | 2 |
| Screenings | 2 | 2 | 0 | 4 |
| **TOTALS** | 32 | 18 | 3 | |

### # of Deviations by Region

| Mega-Region | # of Deviations |
|---|---|
| APAC | 22 |
| EMEA | 25 |
| LatAm | 7 |
| US&C | 9 |
| **TOTALS** | 63 |

## Key Insights

Upcoming changes control coverage:

- **SIPC** (*modification*) - Alex M, Ali R & Ana Lorena

- **Wrong Driver - Rides** (*new*) - Joseph T & Joseph L

- **Global Human Exploitation** (*modification*) - Joseph L & Ana Lorena

- **Global Onboarding Requirement Changes** (*modification*) - Joseph T & Joseph L

- **DXGY** (*new*) - Joe

- **3P** (*new*)

Attorney-Client Privileged & Confidential
UBER_JCCP_MDL_002289722.0493

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

## **Effectiveness**

**Definition**: Measurement of how policies and standards are being implemented

### # of Documented Deviations Per Standard

| Standards | # of Deviations |
|---|---|
| Serious Interpersonal Conflict | 12 |
| Dangerous Driving and Vehicle Crash or Claim | 7 |
| Missing or Misused Face Covering | 6 |
| Wrong Driver | 6 |
| Real-Time ID | 5 |
| Self-Harm | 4 |
| Screening Method | 2 |
| Interpersonal Conflict | 2 |
| Health | 2 |
| Unaccompanied Minors | 2 |
| Wrong Vehicle Eats | 1 |
| Wrong Delivery Person | 1 |
| Deactivation Appeals | 1 |

### # of Documents Reviewed in L12

| | Policies | Standards | Guidelines | TOTALS |
|---|---|---|---|---|
| Reviewed in L12: | 2 | 4 | 0 | 6 |
| Not reviewed in L12: | 16 | 25 | 3 | 44 |
| Total # of docs: | 18 | 29 | 3 | 50 |

### # of Documents with Incomplete Sign-offs

| Document Type | # Docs w/ Completed Sign-offs | # Docs w/ Incomplete Sign-offs |
|---|---|---|
| Policies | 5 | 13 |
| Standards | 12 | 3 |
| Guidelines | 1 | 2 |

### **Key Insights**

- Our annual review requirement has not been enforced in the last 2 years

- Only six documents have been reviewed by Global Safety Operations in the last 12 months

- Missing sign-offs and unclear document ownership can lead to **higher safety, reputational and regulatory risk**

Attorney-Client Privileged & Confidential

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0494

P-01528.00499

# Scaled Controls Strategy

Move these 1-pagers here after summit

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0495

Attorney-Client Privileged & Confidential

# Appendix

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0496

Attorney-Client Privileged & Confidential

# Risk Improvement Summary

| Key Risk-Owned Lever | Improvement / Development Details | Analysis Required (DS or UXR?) |
|---|---|---|
| **Policy Development** | E.g., **Substance Abuse Standard** must be developed, does not currently exist | None |
| | | |
| | | |
| | | |
| | | |

UBER_JCCP_MDL_002289722.0497

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0498

# Controls Bowtie for Causal Factor 1



ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

Attorney-Client Privileged & Confidential

UBER_JCCP_MDL_002289722.0499

# Project Buckle-Up: Enhancing Rear Seatbelt Usage

- **Death of a major industrialist brought the issue to the fore**
- **Assessing availability** of functional rear seatbelts in our vehicles
    - Dipstick survey (Results: 82 - Functional, 16 - Hidden, 2- Damaged/Absent)
    - Sending out comms to DPs to ensure availability of functional rear seatbelts
    - Conducting Rider Side Survey
- **Verification of availability**
    - GL-led video based inspection being explored
    - Docs hub modified to allow DPs to upload photos
- **Awareness**:
    - Second set of comms to drivers - Including IVR recordings, videos from DAC members, posters and standees at GL Center.
    - Sending out comms to riders once a threshold availability has been reached
    - Deploying audio seatbelt reminder product with localized content
- **Support**: FAQs on both rider and driver side, separate node for reporting missing seatbelts, formalisation of SOP to deal with such complaints.
- **Partnership with authorities** : Awareness campaign with the Ministry

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0500

Attorney-Client Privileged & Confidential

# Review of Key Hazard Mitigation/s

| Key Factor | Impact | Mitigating Controls | | | | Potential Controls | | Control Effectiveness | | Review |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Current | Improved | |
| Time of day that the delivery takes place (circadian rhythms) [1.10] | High | Fatigue & Impairment Education [1] | | | | At-Risk Fatigue Alerts | | Low | Med | Recommending the implementation of an additional control in the form of a real-time alert. More details on following slides. |
| Consecutive days spent online [1.04] | High | Fatigue & Impairment Education [1] | Business Model (Flexi Hours) [2] | Consecutive Days Alert [4] | Incentive Guardrails [7] | At-Risk Fatigue Alerts | | Med | Med | As above + existing controls are currently effective at mitigating impact of hazard. |
| Online hours since last period of sleep [1.07] | High | Fatigue & Impairment Education [1] | Business Model (Flexi Hours) [2] | Driving Hours Limit Feature [5] | Incentive Guardrails [7] | At-Risk Fatigue Alerts | | Med | Med | As first row. |
| Length and quality of last sleep [1.05] | High | Fatigue & Impairment Education [1] | Business Model (Flexi Hours) [2] | Driving Hours Limit Feature [5] | | At-Risk Fatigue Alerts | | Med | Med | As first row. |
| Rest / breaks in hours prior to going online and while online [1.04] | High | Fatigue & Impairment Education [1] | Business Model (Flexi Hours) [2] | 7 Hrs Online Reminder [6] | | At-Risk Fatigue Alerts | Rest Breaks / Locations | Med | Med | As first row.. Recommendation to add in additional control in the form of a nudge for a break every 2 hours, possible partnerships with enterprise partners to provide refreshments and information on where to access restroom facilities. |
| Use of drugs / alcohol or medications [2.01] | High | Fatigue & Impairment Education [1] | Zero Drug & Alcohol Policy [3] | | | At-Risk Fatigue Alerts | | Low | Low | As first row. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0501

Attorney-Client Privileged & Confidential

# Review of Key Controls

| Key Control | Function | Type | Coverage & Effectiveness Gaps | Rating | Priority to close gaps |
|---|---|---|---|---|---|
| Driving Hour Limits (DHL) | An in-app feature that prevents delivery people from using the app for long periods (set time limit applies) without taking a break (set time limit applies). | Hard Blocker | A review in March 2022 found that DHL effectively prevents trips from occurring after the Driver-Partners allowed online hours has been completed. 0.07% of trips end post the DHL limit as riders change their destination or route after the trip has been dispatched. Recommended that these limits and controls are reviewed by a fatigue SME from the perspective of a two wheel delivery person. | Review by SME | P0 |
| 7 Hrs Online Reminder | An alert sent to delivery people once they've reached 7 hours of online time as a reminder about fatigue & the DHL limit. | Real Time Alert | N/A | Adequate | N/A |
| Consecutive Days Notification | An alert sent to delivery people who go online for one hour or more each day for six or more consecutive days. | Real Time Alert | The new consecutive days worked alert appears to be effective in changing this behaviour in Driver-Partners. Further ratification is required once more data is available. | Adequate | N/A |
| Fatigue & Impairment Education | Annual & required education consisting of short videos and knowledge checks on the impact of impairment and fatigue, including due to medications and medical conditions. | Education & Information | The fatigue & impairment education needs to be reviewed from the experience of a rider and adjusted to include any additional information. | Needs Improvement | P0 |
| Incentive Guardrails | Policies and guardrails put in place to ensure that launched incentives are built with safety in mind (reducing pressures and not incentivising risky behaviour). | Standards | N/A | Adequate | N/A |
| Business Model (Flexible Hours) | The business model allows delivery people to go online when they feel physically fit to do so. | Hard Blocker | N/A | Adequate | N/A |
| Zero Drug & Alcohol Policy | Uber has a zero tolerance policy for drugs and alcohol, communicated through the Community | Policies | N/A | Adequate | N/A |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY
UBER_JCCP_MDL_002289722.0502

Attorney-Client Privileged & Confidential

# Potential Controls

| Key Control | Function | Type | Hypothesis | Impact* | Effort** | Priority |
|---|---|---|---|---|---|---|
| 2 Hour Rest Nudge | Nudges to take breaks every two hours. | Real time alerts | A 15 minute rest is recommended for every two hours of work, according to fatigue best practice and is also shared with delivery people in the education modules. | Low | Low | P1 |
| Break Partnerships | Partnership with enterprise partners for delivery people to claim free coffee / drink. | Partnerships | Delivery people will more likely take a break if they are able to claim a complimentary refreshment. This would also help with the delivery person + enterprise partner relationship. | Low | Med | P1 |
| Rest Locations | Information on where breaks can be taken. | Education & Information | Accessible spaces to take breaks and locations of restroom facilities are not readily available. Providing this information to delivery people will allow them to more easily plan their online time and breaks. | Low | Low | P1 |
| At-Risk Tailored Messaging + Declarations | Develop and implement an escalating pathway for messaging & fit-to-ride declarations from delivery people, based on individual risk signals. | Alerts | | High | Med | P0 |
| Rest Hubs | Conveniently located hubs where delivery people are able to: 1) Rest / break facilities, 2) toilets / end of trip facilities, 3) self-serve bicycle servicing equipment, and 4) space to connect with other delivery people. | Other | This control will provide positive impacts to fatigue, mental wellbeing factors (stress, sense of community), and their relationship with Uber. | High | High | P2 |

*Impact on mitigating the identified hazard.
**Effort required to implement (resources required).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0503

Attorney-Client Privileged & Confidential

# Control Improvement Summary

| Key Control | Effectiveness or Coverage Improvement | Analysis Required |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

# Personal Safety Gap #1:

Anonymous Spender (not including Guest rider)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0505

# Personal Safety Gap #2:

Dashcam /Audio Coverage

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0506

# Personal Safety Gap #3:

Unconscious / sleeping rider

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0507

# Personal Safety Gap #4:

Alcohol delivery

- ID Check
- Limiting contact on delivery

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0508

P-01528.00513

# Personal Safety Gap #5:

## Guest Riders

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0509

# Personal Safety Gap #6:

User Experience (fare changes)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0510

# **Personal Safety Gap #7:**

Safety Content Flagger (SCF)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0511

# Personal Safety Gap #8:

## SA/SM Education

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0512

# Catalog Safety Gap #1:

Lack of reliable metadata (Direct/ CPP)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0513

# Catalog Safety Gap #2:

Lack of order content transparency for courier

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0514

# Catalog Safety Gap #3:

Inadequate position of allergy friendly program

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0515

# Catalog Safety Gap #4:

- Poor catalog quality metadata/ vague menus

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0516

# Catalog Safety Gap #5:

Spender unable to communicate allergy requests to merchant or courier

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0517

# Catalog Safety Gap #6:

PI/RI policy awareness during merchant onboarding

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0518

# Catalog Safety Gap #7:

Robust item detection and classification

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0519

P-01528.00524

# Road Safety Gap #1:

New driver lifecycle

- Education not effective
- Insufficient policy - location/ form factor/ DL egs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0520

# Road Safety Gap #2:

Road safety education

- coverage/ effectiveness and interactivity

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0521

P-01528.00526

# Road Safety Gap #3:

Design principles and
standards regarding
distractions

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0522

# **Road Safety Gap #4:**

2w navigation

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0523

# Road Safety Gap #5:

Personal protective equipment provision

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER_JCCP_MDL_002289722.0524