# UBER_JCCP_MDL_000509298

## Metadata

| | | |
|---|---|---|
| **#Author** | valerie.shuping@uber.com | SEMANTIC |
| **#Date Modified** | 06/19/2018 | SEMANTIC |
| **#DateCreated** | 06/12/2018 | SEMANTIC |
| **#Title** | Personal Safety | H2 2018 Planning | Safety & Standards | SEMANTIC |
| **Account** | dportugal@uber.com | SEMANTIC |
| **All Custodians** | Sheridan, Danielle;Shuping, Valerie | SEMANTIC |
| **All Paths** | Sheridan, Danielle: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_102.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_102.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_15.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_15.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000509298 | SEMANTIC |
| **Collaborators** | bmora@uber.com; dportugal@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 06/12/2018 6:21 pm | SEMANTIC |
| **Date Modified** | 06/19/2018 9:57 pm | SEMANTIC |
| **DocID** | 1xhtpkCul3v6pa2q_OmWhhqDiUnJc4mGSfMdi8j52z9s | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000509329 | SEMANTIC |
| **File Path** | \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_102.zip | SEMANTIC |
| **File Size** | 18458805 | SEMANTIC |
| **Filename** | Personal Safety - H2 2018 Planning - Safety &_1xhtpkCul3v6pa2q_OmWhhqDiUnJc4mGSfMdi8j52z9s.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | 9abd43bddbf7fe5a8aac20fc1d8a994d4 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000509298;UBER_JCCP_MDL_000509299;UBER_JCCP_MDL_000509300;UBER_JCCP_MDL_000509301;UBER_JCCP_MDL_000509302;UBER_JCCP_MDL_000509303;UBER_JCCP_MDL_000509304;UBER_JCCP_MDL_000509305;UBER_JCCP_MDL_000509306;UBER_JCCP_MDL_000509307;UBER_JCCP_MDL_000509308;UBER_JCCP_MDL_000509309;UBER_JCCP_MDL_000509310;UBER_JCCP_MDL_000509311;UBER_JCCP_MDL_000509312;UBER_JCCP_MDL_000509313;UBER_JCCP_MDL_000509314;UBER_JCCP_MDL_000509315;UBER_JCCP_MDL_000509316;UBER_JCCP_MDL_000509317;UBER_JCCP_MDL_000509318;UBER_JCCP_MDL_000509319;UBER_JCCP_MDL_000509320;UBER_JCCP_MDL_000509321;UBER_JCCP_MDL_000509322;UBER_JCCP_MDL_000509323;UBER_JCCP_MDL_000509324;UBER_JCCP_MDL_000509325;UBER_JCCP_MDL_000509326;UBER_JCCP_MDL_000509327;UBER_JCCP_MDL_000509328;UBER_JCCP_MDL_000509329 | SEMANTIC |
| **ILS Document Date** | 06/19/2018 | SEMANTIC |
| **ILS Prod Date** | 9/22/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL008 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000267981; UBER_JCCP_MDL_001509852; UBER_JCCP_MDL_004883755 | SEMANTIC |
| **Other Custodians** | Sheridan, Danielle;Shuping, Valarie | SEMANTIC |
| **Primary Date** | 06/12/2018 6:21 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL008; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 06/19/2018 9:57 pm | SEMANTIC |
| **SourceHash** | 5ade828b4be7604a77783ce3dbd180e8 | SEMANTIC |

Trial Exhibit No.

P-01875_slip



# H2 Planning

Standards & Safety - Personal Safety
US & CAN Central Ops

Trial Exhibit No.
**P-01875**



Insights

CONFIDENTIAL

UBER_JCCP_MDL_000509299

P-01875.00002

## Accidents and incidents can have a devastating impact on the lives of our customers

**Uber Driver Killed, Passenger Critically Injured in 2-Car Hit-And-Run-Crash in South Los Angeles; Driver Identified**

Woman sexually assaulted by Uber driver, police say

**Madison woman says she was sexually assaulted, battered by Uber driver, police say**

## Uber driver, passengers among 4 killed in Maui crash

CONFIDENTIAL

UBER

http://www.hawaiinewsnow.com/story/36493892/four-reported-dead-in-kaanapali-vehicle-crash
http://ktla.com/2017/01/14/uber-driver-killed-passenger-critically-injured-in-2-car-hit-and-run-crash-in-south-los-angeles/

**Slide 3**

1      Included in combined roadmap
       Danielle Sheridan, 6/19/2018

CONFIDENTIAL

P-01875.00004

UBER_JCCP_MDL_000509301

## Feedback tags represent a new avenue for incident prevention

- **Driver Correlates:** Work with the Data Science team has uncovered feedback tags as a strong predictor of an eventual Sexual Misconduct or Physical Altercation report



| Lifetime prior to incident | SA/SM trips | VA/PA trips | Safe trips |
|---|---|---|---|
| 1. At least 2 "professionalism" tags from female riders<br>2. At least 4 "driving" tags from male riders | 12.1% | 16.7% | 0.4% |

CONFIDENTIAL

P-01875.00005

UBER_JCCP_MDL_000509302

**Slide 4**

2     Wouldn't recommend including this until it's in a more finalized state.
      Danielle Sheridan, 6/19/2018

CONFIDENTIAL

UBER_JCCP_MDL_000509303

Top Rider Insights

## However, riders and drivers are unaware of safety procedures and features we do have

- **Lack of awareness:** Many of our higher activity (dual-app users) Riders and Drivers are not aware of existing safety features we offer such as
  - Background screening
  - Insurance
  - Customer Support
  - Community guidelines

- **Commitment:** Only 55% Riders and 62% Drivers agree ('strongly'/'somewhat') that Uber is "committed to safety"

CONFIDENTIAL

| % of dual-app Riders who are aware of ... | |
|---|---|
| Criminal screening | 54% |
| Driving screening | 41% |
| Driver selfie | 34% |
| Driving feedback | 11% |
| Rider insurance | 12% |
| 24/7 customer support | 41% |
| Share my ETA | 60% |
| Community guidelines | 33% |
| Phone anonymization | 43% |

| % of dual-app Drivers who are aware of ... | |
|---|---|
| Liability insurance | 55% |
| 24/7 Customer support | 69% |
| Driver share trip | 58% |
| Community guidelines | 48% |
| Driver injury protection | 52% |

From Stand for Safety deck

https://docs.google.com/presentation/d/1jLZt1_6-Ri18iyCrltjV3hCVermzb2pTWaeU0rKhb0s/edit#slide=id.g2d34e8ca4a_0_636

UBER_JCCP_MDL_000509304

**Slide 5**

3          Didn't put this exact slide in here, but I put in a lot from next slide, which I think gets at the same thing
           Danielle Sheridan, 6/19/2018

CONFIDENTIAL

UBER_JCCP_MDL_000509305



**2018 First Class Top Rider Insights**

## This is further compounded by the fact that safety can unlock opportunities for growth

- "**Perception of Safety** is a barrier to use for new and existing users" is the #1 First Class insight in US, Can, Mexico, Brazil, India, Australia, and UK

- **Rider Forward:** Safety ranked at the top of the list of important features as part of the Rider Forward research

- **Growth limit**: There are occasions or situations where safety concerns limit Uber for some riders (**20%**) and drivers (**45%**) in the US and this is likely higher outside of the US and developed markets [US Driver Market Research, US Rider Market Research]

- **Common occasions:** some of these occasions are late at night, in selective areas or neighborhoods, and with impaired riders.

CONFIDENTIAL

From Stand for Safety deck

https://docs.google.com/presentation/d/1jLZt1_6-Ri18iyCrItjV3hCVermzb2pTWaeU0rKhb0s/edit#slide=id.g2d34e8ca4a_0_636

**Slide 6**

4      Put most of this in master deck
        Danielle Sheridan, 6/19/2018

CONFIDENTIAL

UBER_JCCP_MDL_000509307



## Specifically, female riders/drivers are more sensitive to safety concerns

- **Limiting usage:** Female riders limited usage in the past month at a higher rate (23%) than male riders (16%) due to safety concerns

- **Sexual assault**: Current and prospective U.S. women drivers are twice as likely to be concerned about being sexually assaulted or harassed compared to men drivers

- **Report issues:** Female Riders in the U.S. reported that when feeling uncomfortable during a trip they were equally concerned about escalating the situation and keeping the offending co-Rider or Driver from feeling uncomfortable.

CONFIDENTIAL

From Stand for Safety deck

https://docs.google.com/presentation/d/1jLZt1_6-Ri18iyCrltjV3hCVermzb2pTWaeU0rKhb0s/edit#slide=id.g2d34e8ca4a_0_636

**Slide 7**

5        Put some of this in master deck
         Danielle Sheridan, 6/19/2018

UBER_JCCP_MDL_000509309

P-01875.00012

## Plus, drivers do not feel that riders are held as accountable

**WIP**

- **Incident rate:** Driver-as-accused L4 incidents are much higher that rider-as-accused L4 incidents on a volume basis. However, the incident rate for rider-as-accused L4 incidents is higher.

- **Rider quality**: Drivers feel that Uber does not screen riders during onboarding and does not act to remove poor quality riders, even though drivers are included in a robust ratings process and standards through which they can get deactivated immediately

CONFIDENTIAL

Rider quality point from Stand for Safety deck

https://docs.google.com/presentation/d/1jLZt1_6-Ri18iyCrItjV3hCVermzb2pTWaeU0rKhb0s/edit#slide=id.g2d34e8ca4a_0_636

UBER_JCCP_MDL_000509310

**Slide 8**

6 As I really think about our strategy, as tempting as rider ratings is as a project, I really think that we need to focus on what really matters to the US & CAN business, which is sexual misconduct.

Although this insight is interesting, ultimately I don't think it should drive a P0 priority. So, not including it for now. Open to debate, though, if you disagree
Danielle Sheridan, 6/19/2018



H2 Strategy

UBER_JCCP_MDL_000509312

P-01875.00015

# Pivots to Strategy

- Prioritize projects based on concrete insights
- Update education priority to "education & awareness" and specifically state that it's a "supporting role"
- Update rider ratings to a P0 project
- Assume most of the standard updates will be taken care of the refresh. Demoting other standard updates to P1/P2

CONFIDENTIAL

UBER_JCCP_MDL_000509313

**Slide 10**

1       Yes I think that makes sense.

        For rider ratings, I do think it's important and think it could get "promoted" to a P0 given more
        information (e.g. if we see that there's a compelling link between low rated riders and sexual assaults).
        Right now, it's hard to compare it to a more clear insight like feedback tags (assuming that ends up as
        expected) so I'm OK with a P1 designation
        Valerie Shuping, 6/19/2018

7       Thanks!

        A few thoughts:
         - In thinking about it more, I don't think I agree that rider ratings should be P0. Yes - it has traction, and
        should likely be tackled in H2. But, I wouldn't prioritize it against our P0 initiatives.

        I think that this should be a P1 priority, and we should prioritize it honestly against everything else.
        Hopefully we get to it - but don't think i'd force it given some of the other stuff we have planned.

        Finally, I agree that safety education is supporting for you; but, it's not for our team. So, I added this back
        into the master plan

        Let me know if this all makes sense
        Danielle Sheridan, 6/19/2018

8       Yeah fair. I guess I don't feel comfortable upgrading it to a P0 today
        until we have clearer data. But this could potentially move up the priority
        list depending on what we find.
        Danielle Sheridan, 6/19/2018

CONFIDENTIAL

UBER_JCCP_MDL_000509314

# Strategy Statement & Objectives

## Strategy Statement

- Reduce crashes and personal safety incidents on the platform by launching operational initiatives, partnering with product on new technologies, and surfacing safety insights across the organization

## Mission

- Make Uber the safest ridesharing platform in the US/CAN by focusing on non-driving incident reduction and response.

## Key Objectives

- Reduce the personal safety incident rate across US & Canada
- Strengthen our response to personal safety incidents by owning and iterating on standards
- Increase awareness of our safety features and standards among users

CONFIDENTIAL

UBER_JCCP_MDL_000509315

**Slide 11**

9        Included broader strategy statement for entire US/CAN Safety Ops in master deck
         Danielle Sheridan, 6/19/2018

CONFIDENTIAL

UBER_JCCP_MDL_000509316

# Goals & KPIs

| Goal | Key Metrics to Track |
|------|----------------------|
| Reduce the personal safety incident rate across US & Canada | 5% reduction in Serious IPC rate from 2018H1 to 2018H2 |
| Launch impactful initiatives to prevent serious IPC incidents | Roll out 3 cross functional initiatives |
| Own all personal safety standards for the US & Canada | Complete refresh for all 25 Personal Safety standards |

CONFIDENTIAL

P-01875.00020

UBER_JCCP_MDL_000509317

## Slide 12

10      As a general comment, I'd like to stay away from absolute project goals (e.g. 3 cross-functional initiatives)

I like the others, though. I broadened these to include all of Safety Ops and added to master deck
Danielle Sheridan, 6/19/2018

CONFIDENTIAL

UBER_JCCP_MDL_000509318

# Big Rocks

| Prevention | Standards | Education & Awareness |
|---|---|---|
| Identify anomalous behavior at the trip-level and the user-level to block pairings or deactivate users. | When incidents do happen, ensure we have strong standards in place to make the app safer while also showing empathy to our users. | Make users aware of our community guidelines and incident response process with the aim of reducing incidents.<br><br>This Big Rock is primarily a supporting role to the work of the HQ Safety & Insurance team |

CONFIDENTIAL

UBER_JCCP_MDL_000509319

# P0 Projects

| Project Name | Big Rock | Associated "Stand for Safety" Big Rock | Key Partners | Timeline | Description & Rationale |
|---|---|---|---|---|---|
| Response to Feedback Tags | Prevention | Trip Experience | Data Science, CommOps, Product - specifically, the need for feedback tags to be built into Flow | Beginning 7/1 | Of all the SA/SM reports over a year, over 10% of them included drivers with >= 4 "professionalism" feedback tags from females and >= 2 "driving feedback tags. We currently do not intervene, warn, or take any action based on these tags |
| Relationship between Ratings and Incidents (Rider and Driver) | Prevention | Trip Experience | Data Science | Beginning 9/1 | We intend to work on several ratings related projects, but we first need to conclude that negative ratings (on either the driver or rider side) are in fact related to the likelihood of a safety report |
| Rider Ratings | Prevention | Trip Experience | Safety & Insurance, Product, Legal, Policy/Comms, Marketing | Beginning 9/15 | We currently have a robust driver quality process, but we do not have a corresponding program for riders. Research has shown that drivers feel we don't hold riders as accountable |
| Driver Ratings - Short Term Volatility | Prevention | Trip Experience | Data Science, Product - Automations | Beginning 10/15 | If a driver's ratings are much lower than normal over a short time period (e.g. 24 hours), is that predictive of an impending safety incident? |

CONFIDENTIAL

UBER_JCCP_MDL_000509320

**Slide 14**

11       Thanks for pulling these together +valerie.shuping@uber.com !

I added all of these to the master plan (I think). Take a look and let me know what you think.

Biggest feedback overall (which I added to the master deck) is:
- We should have specific projects from the opportunity analysis that we have planned in H2. e.g. rather than just writing "OA follow-up," we should scope what those projects actually are going to look like
- Let's really clean up the language here and make sure it's concise. I think there's opportunity to cut down - esp. given the audience (e.g. Gus, Billy, Eric)
- I get a little nervous committing to feedback tags for driver correlates since that's still being finalized. Instead, in the master deck, I just refer to driver correlates follow up work and reference that tags will likely be the main action we take

Danielle Sheridan, 6/19/2018

UBER_JCCP_MDL_000509321

# P0 Projects

| Project Name | Big Rock | Associated "Stand for Safety" Big Rock | Key Partners | Timeline | Description & Rationale |
|---|---|---|---|---|---|
| OA follow up - intoxicated riders | | Trip Experience | | Beginning 8/1 | |
| OA follow up - insight # 2 | | Trip Experience | | Beginning 8/1 | |
| Sexual Misconduct Model (supporting) | Prevention | Trip Experience | Safety & Insurance (owners) | Ongoing | The Data Science team has been working on a model to block pairings which may present more risk. Ops will assist with the rollout of this model. |

CONFIDENTIAL

UBER_JCCP_MDL_000509322

# P0 Projects

| Project Name | Big Rock | Associated "Stand for Safety" Big Rock | Key Partners | Timeline | Description & Rationale |
|---|---|---|---|---|---|
| Personal Safety Standards Refresh | Standards | Protections & Response | Business Standards, CommOps | 14 semi-annual standards 7/1 - 7/31<br><br>11 annual standards 9/1 - 10/31 | The Business Standards team has asked for each standard to be refreshed on a 6 month or a year cadence |
| Apply Recommendations from Sexual Misconduct Standards Audit | Standards | Protections & Response | Business Standards, CommOps, Legal | Beginning 8/15 | In H1, I will have come up with recommendations on how to strengthen our sexual misconduct standards. In H2, I will plan to implement those recommendations |
| Community Guidelines Acknowledgement (supporting) | Education & Awareness | Safety Commitment | Safety & Insurance Brand (owners) | Ongoing | Kate Parker and team are working on an in-app acknowledgement of our Community Guidelines. I will be the Ops POC on that project |

CONFIDENTIAL

P-01875.00026

UBER_JCCP_MDL_000509323

# P1/P2 Projects

| Project Name | Big Rock | Associated "Stand for Safety" Big Rock (if relevant) | Key Partners | Timeline | Description & Rationale |
|---|---|---|---|---|---|
| Other OA Insights | Prevention | Trip Experience | Data Science, Product, Ops | | |
| Driver Ratings - Identifying bad actors immediately | Prevention | Trip Experience | Data Science | | We have an expedited quality process, but we have not done any analysis into whether we can reliably identify drivers who sign up specifically to act inappropriately |
| One off standards management | Standards | Protections & Response | Business Standards, CommOps | | Each of the standards will be reviewed in H2 during the refresh (P0). Other questions will come up, but they will be less of a priority to the extent that |
| Individualized incident messaging | Education & Awareness | Protections & Response | Safety & Insurance, CommOps, Product | | Send more targeted emails or communications to drivers by incident type (e.g. "appropriate conversation topics" for discriminatory comments) |

CONFIDENTIAL

UBER_JCCP_MDL_000509324

# H2 Detailed Roadmap

- Please link to your more detailed H2 roadmap (would suggest updating spreadsheet)

CONFIDENTIAL

UBER_JCCP_MDL_000509325



Additional Notes / Thoughts

CONFIDENTIAL

UBER_JCCP_MDL_000509326

# Additional Notes / Thoughts

- Safety Ops will need to update this template; let's hold on filling this out until we've aligned on the actual projects

CONFIDENTIAL

UBER_JCCP_MDL_000509327



Appendix

CONFIDENTIAL

UBER_JCCP_MDL_000509328

# Helpful Resources for Insights

**Business Standards:**
- H1 2018 Business Standards Planning
- Biz Standards Dash
- Driver Loyalty Overview 2018

**Safety Ops:**
- H1 2018 Safety Operations Planning
  - Personal Safety Strategy (came later in the year)
  - 2018 Safety Strategy (led by marketing)
- Personal Safety Dash; Driving Safety Dash
- 2018 Stand for Safety Doc
- 2018 Product Strategy Doc
- 2018 Sexual Assault Prevention Strategy Doc
- Global 2018 Planning - Safety Ops

**Both Teams:**
- 2018 US/CAN Tech Asks
- 2018 Driver Strategy
- 2018 Rider Strategy

CONFIDENTIAL

UBER_JCCP_MDL_000509329