

Date: November 16, 2023

To: Jaylynn Dean

███████████

Muskogee, OK 74403

Due to your tragic incident on November 14, 2023, we are concerned about your well being. We want to ensure that you are fit for duty both physically and mentally. At this time, it has been decided that you will not graduate with your class on November 16, 2023. We will return you home to your family and encourage you to take care of your well being. Per our conversation, our EAP program is available to you at this time. Please keep in touch with us and we will converse in the near future.

Respectfully,

*P. Patway*

Priyanka Patwary
HR Generalist

410 North 44ᵗʰ Street • Suite 700 • Phoenix, Arizona 85008-7608

BW-DEAN_JAYLYNN_000015

Trial Exhibit No.
P-01907

P-01907.00001