1:49





**rolling loud california lineup!**  3m ago

Uber    Show less   



**TIME SENSITIVE**    1h ago
**RideCheck**
Your ride ended earlier than expected. Is everything ok?

Leave on Time Sensitive notifications from Uber? This allows Uber to deliver important notifications immediately.

Leave On    Turn Off



**TIME SENSITIVE**    1h ago
**Rate your trip**
Thanks for riding with Hassan! Please rate your trip, and you can also add a tip.





**M A Z ‖ L A N A**    34m ago
I love u so much omg, is this real? @AnneMarie





**Trial Exhibit No. P-01915**



BW-DEAN_JAYLYNN_000083

P-01915.00001



BW-DEAN_JAYLYNN_000084





BW-DEAN_JAYLYNN_000085

P-01915.00003