1

2

3

4

5

6              TRANSCRIPT OF VIDEO-RECORDED

7               FOOTAGE IN THE MATTER OF

8                        UBER

9                  NO. MDL NO. 3084


11        "BW-DEAN_JAYLYNN_000376 (native)"

12

13

14

15

16

17

18

19

20

21

22        Veritext Order Number:  7819259

23

24

25



Trial Exhibit No.

**P-01922_tr**

```
 1                   P R O C E E D I N G S
 2        OFF. MALE1:  Hello.
 3        MS. DEAN:  Hi.
 4        OFF. MALE1:  Hi. Jaylynn?
 5        MS. DEAN:  Yes. I'm Jaylynn.
 6        OFF. MALE1:  Hi. Officer [inaudible]
 7        MS. DEAN:  I'm sorry. I'm really drunk. I don't
 8   want to get in trouble.
 9        OFF. MALE1:  No. You're not in trouble. We're
10   here to talk to you, okay?
11        OFF. MALE2:  Why would you be in trouble?
12        MS. DEAN:  I don't want you to -- because I'm
13   underage.
14        OFF. MALE2:  We -- you're what?
15        MS. DEAN:  I'm underage. I'm 19.
16        OFF. MALE2:  We don't care about that. That's
17   not -- that's not what we're concerned about, so --
18        MS. DEAN:  This is like my best friend, so --
19        OFF. MALE2:  -- you can -- you can -- you can
20   throw that out the window, so you don't have to
21   worry about that.
22        MS. DEAN:  I'm not gonna get arrested? I'm
23   sorry.
24   [talking over each other]
25        OFF. MALE1:  We're here for you, okay?
```

```
1          OFF. MALE2:  We are not arresting you for --
2    are you -- are you -- did you murder somebody that
3    you wanted to murder?
4          MS. DEAN:  Promise I didn't.
5          OFF. MALE2:  Okay. Then we're not gonna arrest
6    you. Do you want to sit down somewhere?
7          MS. DEAN:  Yes, please.
8          OFF. MALE2:  Wherever you're -- wherever you're
9    comfortable --
10         MS. DEAN:  Here, I'm gonna get my phone because
11   I [inaudible]
12   [talking over each other]
13         OFF. MALE1:  Let me ask, do you want her to be
14   here?
15         MS. DEAN:  Yes. This is like one of my best
16   friends. It's completely fine. She makes me feel
17   comfortable --
18   [talking over each other]
19         MR. K. BAGBY:  [inaudible] she said, she knew
20   [inaudible] so if she doesn't know anything, she sat
21   here enough [inaudible] if you need anything, I can
22   try to fill you in the best I can, okay? Also
23   [inaudible]
24         OFF. MALE2:  We got to -- we got to get it from
25   her.
```

1      MR. K. BAGBY:  -- if you look at the map on the

2  -- you can tell the way he detoured [inaudible] he

3  did.

4      OFF. MALE2:  Okay.

5      MR. K. BAGBY:  [inaudible]

6      MS. DEAN:  Yes.

7      OFF. MALE1:  All right, Jaylynn?

8      MS. DEAN:  Hi.

9      OFF. MALE1:  [inaudible] what happened?

10     MS. DEAN:  Okay. So my name's Jaylynn. Uh, I

11  was -- I was hanging out with one of my guy friends.

12  Um, we ended up sleeping with each other. But,

13  afterwards I --

14     OFF. MALE2:  Hold on. You had -- you had --

15     MS. DEAN:  Yes. But not with my Uber driver. It

16  was not consensual at all --

17     OFF. MALE2:  No, no, no. But that's -- that's

18  one of the questions that -- that -- that we always

19  ask.

20     MS. PETERSEN:  It's, uh, something she's done -

21  - it's like I know [inaudible] already like he --

22  he's fine.

23  [talking over each other]

24     MS. DEAN:  Yes. I've hung out with him a couple

25  times, yes. Like he didn't do anything. But then

1    afterwards I was like throwing up like all over --
2        OFF. MALE1:  And this happened today?
3        MS. DEAN:  Yes. It happened today. This
4    happened like within the past hour. So I hung out --
5        OFF. MALE1:  [inaudible]
6        MS. DEAN:  Uh, I hung out with him. I don't
7    want to get him involved though, because he's like a
8    medical student. I don't want to get him like in
9    trouble. But hung out with him. And then I was like
10   throwing up all over his house. I'm underage. I
11   don't know how to handle my alcohol.
12       And I went and I called an Uber. And it was
13   this man. And I was like, uh, I got in the car and I
14   told him about like how I was like drunk and stuff,
15   like how like everything that happened. I remember
16   like he pulled over on the side of the road and then
17   like assaulted me.
18       Like I [inaudible] about 12:30. And I didn't
19   get here until like 1:00 maybe. So it was like 30
20   minutes of like time was unaccounted for. And I
21   remember like -- I don't remember much, but I
22   remember when I -- I looked on -- because his GPS
23   was like on the front of the car, told me I was two
24   minutes away from the hotel.
25       And he told me, he was like, Uber is still

1   gonna charge you for this, because like I think it
2   was like still on the clock. And I remember he
3   didn't -- like he didn't use a condom or anything. I
4   remember he was like kissing me, like all the stuff,
5   like I 100 percent did -- did not consent to any of
6   it.
7       Um, I already called my parents and told them
8   about it. They told me to call the cops.
9       OFF. MALE1:  So if I'm -- I'm understanding
10  you, you have this friend you have, did you have,
11  uh, sexual intercourse.
12      MS. DEAN:  Yes.
13      OFF. MALE2:  Where is that?
14  [redacted]
15      OFF. MALE2:  So Scottsdale Road and
16  Continental? Or McKellips in Tempe?
17      MS. DEAN:  I -- I'm -- sir, I'm not sure. I'm
18  here for flight attendant training, so I don't know
19  the town.
20      OFF. MALE1:  Do you know the full address?
21      MS. DEAN:  Um, it was next to --
22  [redacted]
23      MS. DEAN:  I'm so sorry. I'm trying to --
24      MS. PETERSEN:  Uh, look in your Uber receipts.
25      MS. DEAN:  North Scottsdale Road. It was next

```
1    to that restaurant, the Zu Izakaya?
2         OFF. MALE1:  So that's --
3    [redacted]
4         MS. DEAN:  Uh, he didn't drop me off until like
5    1:08. So that's 30 minutes like unaccounted for. And
6    then you can see like on my Life 360, he like was
7    like going around like in loops when he could've
8    just gone --
9         MS. PETERSEN:  Yeah. Like [inaudible] --
10        OFF. MALE1:  Hold on. Let me just talk to her,
11   then I'll talk to you. Okay? Okay.
12        MS. DEAN:  I'm sorry. I'm trying to like sober
13   up.
14        OFF. MALE1:  No. You're fine.
15        MS. DEAN:  I'm so sorry. I don't want to get in
16   trouble.
17        OFF. MALE1:  You're not going to get in
18   trouble, okay? So the Uber came and picked you up
19   from right here.
20        MS. DEAN:  Yes.
21        OFF. MALE1:  Okay. Now walk me through what
22   happened after you got picked up.
23        MS. DEAN:  Okay. I remember I told him like --
24   he was like, oh, like you've had an interesting
25   night. Because I came in the car like giggling
```

1    because I was intoxicated. And for some reason, I

2    don't know why, I told him like I slept with a guy.

3    He was like, oh, at least he got to sleep with you.

4         And then I remember he just like pulled me over

5    like outside the road. He's like, I'm looking for

6    somewhere like for us to like do stuff. And I like

7    wasn't in the right --

8         OFF. MALE1:  Where was that at? Do you

9    remember?

10        MS. DEAN:  I -- I don't remember. I remember it

11   was like in a neighborhood. Like it felt like -- I'm

12   pretty sure there was like houses around us. But I

13   remember he pulled me over. And he like went and

14   raped me. And then he was like, oh, just letting you

15   know like -- like, uh, you're still gonna get

16   charged for this.

17        I was like, like I wasn't thinking straight,

18   and I was like, oh [inaudible] laughing. But --

19        OFF. MALE1:  Okay. [inaudible] but walk me

20   through [inaudible]

21        MS. DEAN:  Um, he got on top of me. I -- I

22   really don't remember much. I remember he like --

23   there was like penetration. That's all I remember. I

24   don't know like if there was oral. Like I -- I

25   really don't remember anything. But I remember there

1    was penetration, like vaginally.

2        OFF. MALE1:  Okay. So he pulled [inaudible]

3    side road and stopped?

4        MS. DEAN:  Yes. He -- I remember he was like

5    circling like for a little bit. And I like couldn't

6    think straight because like I had been drinking like

7    for hours [inaudible]

8        MS. PETERSEN:  She left --

9        MS. DEAN:  Yeah. I left --

10        MS. PETERSEN:  -- maybe 9 --

11        MS. DEAN:  I don't know. I like -- it was like

12    -- it was like 8:30 --

13    [talking over each other]

14        MS. PETERSEN:  8:30 or 9:00 --

15        MS. DEAN:  So I had been like -- I had been

16    drinking like --

17    [talking over each other]

18        MS. PETERSEN:  I said goodbye to her --

19        MS. DEAN:  Like throughout -- like throughout

20    those four hours. And so like since I wasn't in the

21    right state of mind, I remember like he was like

22    circling and stuff. And then he pulled me over on

23    the side of the road. And then I remember --

24        OFF. MALE1:  Where were you seated at inside

25    the car?

```
1         MS. DEAN:  I was in the back seat. And I
2    remember he like got on top of me like in the back
3    seat. And I remember like -- I remember, like I
4    said, there was no condom. I'm not really sure like
5    -- I don't know if there was oral. I don't remember
6    like if he put his lips on me. But I remember like
7    there was a vaginal penetration.
8         OFF. MALE1:  Okay. So he came in -- I'm
9    guessing he opened the door --
10        MS. DEAN:  Yes. He came -- he came -- he was in
11   the driver's seat and he came to the back seat. And
12   he like got on top of me and like pinned me down.
13        OFF. MALE1:  Okay. Did you scream for help or
14   anything?
15        MS. DEAN:  Um, I remembered, I was like kind of
16   like pushing him off me. Because like I was -- I was
17   like, pretty much like limp. Because I'm also on
18   like antidepressants, so it makes me like -- makes
19   my tolerance really, really low. And so I was kind
20   of just like drugged out, I guess.
21        But I remember like he was like on top of me.
22   And I was like kind of like pushing him off, but.
23        OFF. MALE1:  Okay. How long was that?
24        MS. DEAN:  It was maybe like 15 minutes like --
25        OFF. MALE1:  15 minutes?
```

1       MS. DEAN:  Yes. Like 15 minutes. Like I said,
2   he didn't use a condom, like none of that. I still
3   haven't showered, so I know like all of that is
4   still like there.
5       OFF. MALE1:  Okay. Okay. And what happened
6   after that?
7       MS. DEAN:  I remember he was like, well I gotta
8   take you back to -- to your hotel because like I
9   have like my shift to get back to. So he just took
10  me back here, dropped me off, told me bye. And then
11  I went and saw Kenny. I told him. Kenny was like,
12  well like how was your night. And I told him all
13  like everything.
14      And he was -- he went and sat me down. I called
15  my parents, told them [inaudible] call the cops.
16      OFF. MALE1:  Do you remember [inaudible]
17      MS. DEAN:  I have his --
18      OFF. MALE1:  -- information [inaudible] --
19      MS. DEAN:  Yes. I have his license plate and I
20  have his --
21      OFF. MALE1:  Okay.
22      MR. K. BAGBY:  Screenshot of his profile. And
23  if you look on the map, instead of coming straight
24  down, uh --
25  [talking over each other]

```
1        MS. DEAN:  He like -- he -- he circled around -

2   -

3        OFF. MALE2:  Yeah. I saw that --

4        MR. K. BAGBY:  -- straight right here, you can

5   see [inaudible] and I was looking at the map. You

6   could see he's in a parking lot and he's looking for

7   somewhere to do it. [inaudible] the map we see him

8   go to this like street location [inaudible] track

9   info, and you could tell [inaudible] it looked like

10  he was there for a while and took off.

11       I screen shotted it on her phone. She has that

12  too on there.

13       OFF. MALE1:  So the Uber [inaudible] allow you

14  to show you guys stopped somewhere [inaudible]

15       MS. DEAN:  It will on his end, but not my end.

16       OFF. MALE1:  Not your end? Okay.

17       MS. DEAN:  Yes. I -- I remember he told me, he

18  was like, Uber is still gonna charge you for this.

19  But I was like out of it. And I --

20       OFF. MALE2:  So take a -- take a picture of

21  that with your --

22       MS. DEAN:  And it has his license plate too,

23  like if I go back it will show his license plate and

24  his car type.

25       OFF. MALE1:  Okay.
```

```
1          MS. DEAN:  It was a Toyota Camry [inaudible]
2          OFF. MALE2:  Okay. The picture that -- is that
3     -- is that the person?
4          MS. DEAN:  Yes. It is.
5          OFF. MALE2:  You're for sure?
6          MS. DEAN:  Yes. 100 percent sure. I'm getting
7     my water.
8     [talking over each other]
9          MS. DEAN:  Thank you.
10         OFF. MALE2:  I'm good. Thank you.
11         OFF. MALE1:  Thank you. Now let me ask, are you
12    willing to [inaudible] SANE exam?
13         MS. DEAN:  Yes.
14         OFF. MALE1:  Okay.
15         MS. DEAN:  Sorry [inaudible] bother you.
16         MS. PETERSEN:  I was already up.
17         MS. DEAN:  I tried to call [inaudible]
18         MS. PETERSEN:  You know what, I was sitting in
19    the stairwell.
20    [talking over each other]
21         OFF. MALE1:  I know you don't want to get your
22    friend involved, but I [inaudible] because you did
23    have sexual relations [inaudible]
24         MS. DEAN:  I called him. He didn't answer. I
25    tried [inaudible]. I texted him at --
```

```
1          OFF. MALE1:  What's his -- what's his name?
2          MS. DEAN:  Scott McLaughlin.
3          OFF. MALE1:  How do you spell -- how do you
4     spell that, Laughlin?
5          MS. DEAN:  It's just M-c-l-a-u-g-h-l-i-n?
6          OFF. MALE1:  Do you know his date of birth by
7     any change? Uh, what's his telephone number?
8          MS. DEAN:  Um, wait, sorry.
9          OFF. MALE2:  What's -- what's his apartment
10    number? You know how to get there; right?
11    [talking over each other]
12         MS. DEAN:  [inaudible]
13         OFF. MALE1:  [inaudible]
14         OFF. MALE2:  Oh no. Yeah. Well and you got your
15    whole -- as much as you're gonna get from her
16    interview?
17         OFF. MALE1:  No. I'm -- I'm going to keep
18    talking [inaudible]
19         OFF. MALE2:  Just ask -- ask for care seven
20    [ph] for -- to go for a SANE exam or have them come
21    out right now.
22         OFF. MALE1:  [inaudible]
23         OFF. MALE2:  So on your phone, let's call the
24    same people. Because -- because it takes a good
25    amount of time. So let's --
```

1           OFF. MALE1:  To get [inaudible]

2           OFF. MALE2:  Pull out your phone. Look up your

3     SANE should already be in there. So contacts and

4     then SANE.

5     [talking over each other]

6           OFF. MALE2:  Okay. They're not gonna -- they're

7     not gonna allow her to ride in the -- in the --

8     we're gonna call the care seven people. They're

9     volunteers through the fire department. They help

10    with all kinds of traumatic situations. It is our

11    protocol that that -- that those people take you to

12    the SANE exam while we follow.

13          They're not going to allow your friend to ride

14    in the van with you. She can follow --

15          MS. DEAN:  Can I -- can I get her --

16          OFF. MALE2:  If you want to take an Uber,

17    that's fine.

18          MS. DEAN:  I -- I just don't want to go alone.

19          OFF. MALE2:  No, no, no. She could -- she just

20    can't ride in the van.

21          MS. DEAN:  Okay.

22          MS. PETERSEN:  [inaudible]

23          OFF. MALE2:  Yeah, yeah. Absolutely.

24    [talking over each other]

25          OFF. MALE2:  Okay. So when you -- did you --

```
1    did you use this -- okay. When you call it, it's
2    gonna --
3         OFF. MALE1:  [inaudible]
4         OFF. MALE2:  Okay. When you call it, it's gonna
5    say -- it's gonna have this weird beep, beep, beep,
6    beep. And then you punch in your city cell number.
7    They will call you back.
8         OFF. MALE1:  Okay.
9         OFF. MALE2:  And they'll ask you which one you
10   want to go to.
11        OFF. MALE1:  Got you.
12        OFF. MALE2:  Doesn't matter [inaudible]
13        MS. DEAN:  [inaudible] calling my mom
14   [inaudible]
15        OFF. MALE2:  Sure. Sure.
16        MS. DEAN:  I'm getting an examination.
17        OFF. MALE2:  If -- if that -- if you're willing
18   to do that --
19        MS. DEAN:  Yes. Yes.
20        OFF. MALE2:  -- that -- we would -- we would
21   like to take you for that examination. Yes.
22        MS. DEAN:  Yes [inaudible]. I'm going -- I'm
23   with the police officers right now. I'm going to get
24   an examination. I just wanted to let you know, okay?
25   Okay. I'm going with my friend, Jade. She is getting
```

1    an Uber. She can't ride in the same car as me, uh,

2    protocol. But she's coming with me, so I'm not gonna

3    be alone.

4        But I just wanted to let you know what's

5    happening, okay? Okay. I'll keep updating you, okay?

6    Bye.

7        MR. K. BAGBY:  If you look on the map

8    [inaudible] on her phone, the, uh, this is my --

9    this is the map.

10        OFF. MALE1:  Yeah.

11        MR. K. BAGBY:  The driver was coming down here.

12   But he took a opposite left and he went straight

13   into these little area right here.

14        OFF. MALE1:  Okay.

15        MR. K. BAGBY:  And you could see him circling

16   this part right here, like looking for empty cars.

17   And then when he didn't find like a sport where an

18   empty car was, he came down the right here where a

19   trash can was, it was like right here. And then he

20   shot up out of here, swung around, where like I

21   said, he could've came straight down into the hotel.

22   He took a opposite detour.

23        OFF. MALE1:  Okay.

24        MR. K. BAGBY:  So where he had all the time in

25   the world to do what he did and then shoot back.

```
1          MS. DEAN:  Like I said, it was a 30 minute
2    drive when it should've been only 10 minutes. So
3    like there's plenty that's unaccounted for.
4          MR. K. BAGBY:  But like I said, if she shows
5    you the map, you could see [inaudible]
6          OFF. MALE1:  Okay. No problem. Let me just
7    finishing talking with her. And I'll -- I'll talk to
8    you later, all right?
9          MS. DEAN:  Thank you, Kenny.
10          MR. K. BAGBY:  No problem. I just wanted to get
11    that out [inaudible]
12          OFF. MALE1:  Perfect. Thank you. Hey Jaylynn,
13    how much did you have -- how much did you drink
14    today?
15          MS. DEAN:  I'm sorry. I just really don't want
16    to get in trouble.
17          OFF. MALE2:  Jaylynn -- Jaylynn --
18          OFF. MALE1:  You're not in trouble.
19          MS. DEAN:  I'm so scared.
20          OFF. MALE2:  You don't need to be sorry. We
21    just -- we're not -- what -- what --
22          MS. DEAN:  I know. I don't really drink. Like
23    it was like the first --
24    [talking over each other]
25          OFF. MALE2:  When Officer [inaudible] asks you
```

1   that question, it's not --

2       MS. DEAN:  Okay. I --

3       OFF. MALE2:  -- it's not a judgment. It's just

4   a question to put [inaudible] report --

5       MS. DEAN:  Okay. I can -- I can tell you all

6   exactly how much I had. Okay. So I was here. It was

7   like 8:30. I had a Truly.

8       OFF. MALE1:  8:30 at night.

9       MS. DEAN:  Yes. It was 8:30 at night. I had a

10  Truly, like half a can of Truly. I was chugging it

11  to show them how much [inaudible]. A half can of

12  Truly. And then I got to Scott's place and I had,

13  uh, I was drinking straight out of the bottle from

14  Malibu, maybe like five shots.

15      OFF. MALE2:  Rum?

16      MS. DEAN:  And then, um, I had [inaudible]. And

17  I maybe had like three shots. And then I had a can

18  of Malibu, um, it was like pina colada. I had a can

19  and a half of that. And then I had like a quarter of

20  beer. That's it.

21      OFF. MALE2:  Jaylynn, did you black out at any

22  point?

23      MS. DEAN:  Um, sort of. I puked all over

24  Scott's place, the guy I was with --

25      OFF. MALE2:  No, no. The -- during the --

1    during the -- the Uber ride.

2        MS. DEAN:  Sort of. I remember I was out of it.

3    And I was like super like giggly and like -- like I

4    said, I'm on Lexapro, so it makes my tolerance

5    really low. And I remember like I was like kind of

6    like drugged out. I'm like kind of like falling

7    asleep in the back.

8        And I told like my Uber driver that. I was

9    like, like I'm super tired, like I just need to go

10   back to my hotel. I was like, I don't know, also

11   like I had way too much to drink. And I just

12   remember like he pulled over and like got like on

13   top --

14       OFF. MALE1:  Now on that Uber app, you should

15   have his number, right [inaudible]

16       MS. DEAN:  I -- I did call him.

17       OFF. MALE1:  Can I get that number?

18       MS. DEAN:  Yeah. Because I was lost. It is -- I

19   believe this is the number? Wait.

20       OFF. MALE1:  It should be on the app too;

21   right?

22       MS. DEAN:  Wait. Okay. That actually might not

23   be the number. Let me look. Wait. Sorry. Uber. I'm

24   sorry. I'm trying to like -- um. [inaudible]

25       [inaudible] not too sure where to go.

1    OFF. MALE1:  [inaudible]

2    MS. DEAN:  Yes. Anything. I'm sorry. I'm not in

3    the right state of mind. And I know --

4    OFF. MALE2:  Jay- -- Jaylynn, how did you get

5    the license plate number of the --

6    MS. DEAN:  Because it -- it showed it on here.

7    OFF. MALE2:  Oh, it comes up on your --

8    MS. DEAN:  Yes.

9    OFF. MALE2:  -- on the -- the Uber app.

10   MS. DEAN:  Yes. It shows his car type, the

11   color, and his license plate.

12   OFF. MALE2:  We -- we're gonna want to take a

13   picture of that.

14   MS. DEAN:  It said it was a black Toyota Camry.

15   And it had his license plate on --

16   OFF. MALE1:  Yeah. I see it.

17   OFF. MALE2:  So Jaylynn, once we're done

18   talking to you, and we talk to the -- they call it a

19   SANE exam, a sexual assault nurse examiner exam.

20   MS. DEAN:  Yeah.

21   OFF. MALE2:  Once we get a call back from them

22   and we figure out which -- which family advocacy

23   center that -- that they want to meet us at and the

24   care seven person is here, we'll go over there.

25   We'll be there -- they'll do the same. Officer

1    [inaudible] will write up his report while we're

2    doing that.

3        Then we'll bring you back here. We'll give you

4    a victim's rights form so you have the report number

5    and everything.

6        MS. DEAN:  Okay.

7        OFF. MALE2:  And answer any questions that we

8    can. The care seven will -- will offer you different

9    services and stuff. But that's about it.

10       MS. DEAN:  Okay. Thank you.

11       OFF. MALE1:  Yeah. I don't know where to find

12   his number. You said -- but you did call him?

13       MS. DEAN:  I -- I believe I did. But I'm not

14   sure if that's his number. Oh wait, right here. Oh,

15   it doesn't have his number though. It says Uber

16   [inaudible]

17       OFF. MALE1:  Okay.

18       MS. DEAN:  Um --

19       OFF. MALE1:  Did he text you? Did you text him?

20       MS. DEAN:  No. But --

21       OFF. MALE1:  Because I know sometimes Uber does

22   not --

23       MS. DEAN:  Wait. Not that I see.

24       OFF. MALE1:  I don't know. I see, it could just

25   [inaudible] how would you describe him?

```
 1          MS. DEAN:  Huh?
 2          OFF. MALE1:  How would you describe him?
 3          OFF. MALE2:  The driver.
 4          OFF. MALE1:  The driver.
 5          MS. DEAN:  He was African American. Had a like
 6     really thick accent. Um, I believe --
 7          MS. PETERSEN:  Um, okay. Where should I order
 8     the Uber to?
 9          OFF. MALE2:  Uh, we'll get their info to you in
10     a minute.
11          OFF. MALE1:  [inaudible]
12          MS. DEAN:  Um, he had a accent. Um, he had
13     glasses. I remember his hair was like -- it wasn't
14     long at all. Um --
15          OFF. MALE1:  It wasn't long. Was it like --
16     like my hair?
17          MS. DEAN:  It was -- yes. Yes.
18          OFF. MALE1:  Okay. It was short like mine?
19          MS. DEAN:  Yes.
20          OFF. MALE1:  Okay.
21          MS. DEAN:  Um, like I said, I don't remember
22     very much. I remember he had like a pretty thick
23     accent.
24          OFF. MALE1:  Okay.
25          MS. DEAN:  Thick accent. African American.
```

```
 1          OFF. MALE1:  Yeah. [inaudible]
 2          OFF. MALE2:  What do you think his accent was
 3    from?
 4          MS. DEAN:  I cannot tell you.
 5          MS. PETERSEN:  [inaudible]
 6          MS. DEAN:  I just remember it was thick?
 7          OFF. MALE2:  Were you there?
 8          MS. PETERSEN:  Sierra Leone.
 9          OFF. MALE2:  Were you -- were you there?
10          MS. PETERSEN:  No. I wasn't.
11          OFF. MALE2:  Okay.
12          OFF. MALE1:  Yeah. Just on the Uber app it says
13    [inaudible]
14          MS. DEAN:  Um, yes. I -- I couldn't tell you.
15    I'm not --
16          OFF. MALE2:  No, no, no. I'm -- I was just
17    curious if you -- if you had a -- if you had a --
18          OFF. MALE1:  What about as far as frame though?
19    Big, heavy build, big?
20          MS. DEAN:  I -- I don't remember. I remember I
21    was in the back seat. And like I said, I was drunk,
22    so I like started to fall asleep like in the back.
23    And I remember he came in from the driver to the
24    back. So I couldn't really see him.
25          He was like -- he was average. He wasn't big.
```

1    He wasn't like super skinny. He was just average.

2         OFF. MALE1:  Okay. And I'm sorry, I'm gonna

3    ask, I've gotta ask, in, uh -- you guys -- you said

4    you guys -- he was going, raping 15 minutes. Did he

5    finish on you?

6         MS. DEAN:  I -- I believe so.

7         OFF. MALE1:  Okay. Where?

8         MS. DEAN:  I think -- I think like on me, like

9    vaginally.

10        OFF. MALE1:  Okay.

11        OFF. MALE2:  Though -- so just so you know, the

12   -- the nurse is probably gonna take all of your

13   clothes.

14        MS. DEAN:  Okay.

15        OFF. MALE2:  That stuff will be packaged up and

16   -- and --

17        MS. DEAN:  Okay.

18        OFF. MALE2:  -- sent in as evidence later on --

19        MS. DEAN:  Like I said, I -- I did sleep with

20   the guy who I was with. So would that affect

21   anything?

22        OFF. MALE2:  No. No. It just -- it's -- we need

23   to note that.

24        MS. DEAN:  Okay.

25        OFF. MALE2:  That -- that there may be --

```
 1          MS. DEAN:  I just want to make sure he doesn't
 2    get in trouble. Because I 100 percent consented to
 3    that. But I did not [inaudible]
 4          OFF. MALE2:  No. There -- there -- there may be
 5    biolog- -- biological evidence of him on you --
 6          MS. DEAN:  Okay. Okay.
 7          OFF. MALE2:  -- that they're gonna find.
 8          MS. DEAN:  Yes.
 9          OFF. MALE2:  But it's good that you tell us.
10    We're gonna -- we're gonna document it in our report
11    that you told us that you had sexual -- sex with
12    that person --
13          MS. DEAN:  Yes. [inaudible] 100 percent
14    consensual. I told you about it too --
15          OFF. MALE2:  Yeah.
16          MS. DEAN:  Like I -- yes. But with my Uber
17    driver, 100 percent not.
18          OFF. MALE2:  Sure.
19          OFF. MALE1:  Was Scott -- was he there with you
20    when the Uber driver picked you up? Or was he
21    [inaudible]
22          MS. DEAN:  He -- he walked me out to my Uber
23    driver, but he did not see him.
24          OFF. MALE1:  He did not see him?
25          MS. DEAN:  Yes. He walked me out. Because like
```

```
1    I said, I was like super out of it. And like I said,
2    I had been like puking all over his house. It's just
3    really embarrassing. But he went and walked me out
4    to make sure I got to my Uber. And he didn't see him
5    though.
6         OFF. MALE1:  He didn't see him?
7         MS. DEAN:  Yes. He just made sure I got there
8    safe.
9
10
```