```
 1
 2
 3
 4
 5
 6              TRANSCRIPT OF VIDEO-RECORDED
 7              FOOTAGE IN THE MATTER OF
 8                        UBER
 9                   NO. MDL NO. 3084
10
11        "BW-DEAN_JAYLYNN_000377 (native)"
12
13
14
15
16
17
18
19
20
21
22         Veritext Order Number:   7819259
23
24
25
```


Trial Exhibit No. P-01923_Tr

```
 1                P R O C E E D I N G S
 2          OFF. MALE1:  Okay. So what did she tell you
 3    when she first [inaudible]
 4          KENNY:  Uh, she got out --
 5    [talking over each other]
 6          KENNY:  Yeah. So she got out, um, she got out
 7    around 12:30 [inaudible]. Came through here. Um, sat
 8    down. She was like, she was holding her head first.
 9    And I was like, hey, you okay? I gave her a water
10    and Tylenol, like you got a headache?
11          OFF. MALE1:  Mmm.
12          KENNY:  She sat down, hey, I -- I've been
13    raped. And I was like, oh shit, oh shit. So I gave
14    her a chair, we sat, and we talked. She called her
15    parents --
16          OFF. MALE1:  Mm-hmm.
17          KENNY:  -- did the whole thing. She let me know
18    that -- that she was driving, she looked at the GPS,
19    it said two minutes away. Next thing you know she
20    got pulled over and things happened from there. She
21    was very here and there with me. She was like, I was
22    intoxicated, so she didn't give me the best of
23    information.
24          OFF. MALE1:  Yeah, yeah.
25          KENNY:  So she gave me what she could. And then
```

```
1    we got a screenshot of her driver from the app. And
2    then she showed me her 360 app. That's the only way
3    I even knew about how direction she was coming --
4         OFF. MALE1:  Mm-hmm.
5         KENNY:  -- just to see if he took any left or
6    right turns, and took the biggest fuckin' detour --
7         OFF. MALE1:  Okay.
8         KENNY:  -- where it was -- excuse my language -
9    -
10        OFF. MALE1:  No. You're good.
11        KENNY:  But instead of coming straight down
12   where he could've like --
13        OFF. MALE1:  Did -- now did you take the
14   pictures? Did she take the pictures?
15        KENNY:  She did. She took the screenshot. But
16   like I said -- so we're here.
17        OFF. MALE1:  Yeah.
18        KENNY:  This is literally right there. He came
19   down from right here and then he just took a instant
20   left and went all the way into this little apartment
21   area right here or, uh, business area right here.
22        OFF. MALE1:  Okay.
23        KENNY:  Swung in, he swung around the parking
24   lot, kind of looked around to make sure like there
25   wasn't any cars or not.
```

```
 1         OFF. MALE1:  Mm-hmm.
 2         KENNY:  Did it -- I guess he saw some cars, so
 3  he swung over to this one right here. Parked right
 4  here for a minute and then shot straight out. If you
 5  look at that, yeah.
 6         OFF. MALE1:  So they came down Priest.
 7         KENNY:  Yeah. They came down Priest, took a
 8  random left and ended up in this little area here --
 9         OFF. MALE1:  Into Rio Salado Parkway --
10         KENNY:  Yes, sir.
11         OFF. MALE1:  And then ended up --
12         KENNY:  This little corner right here where the
13  trash cans --
14         OFF. MALE1:  What's that address -- I'm just
15  gonna click on it real quick.
16         KENNY:  No. You're fine. So if you took -- and
17  you could change it to 2D, this is [inaudible]
18         OFF. MALE1:  [inaudible]. Okay. She parked in
19  that back --
20         KENNY:  That's why I was like, I told her to
21  screenshot it because like of course, letting you
22  know where he could've took off. Because she said
23  she was intoxicated.
24         I made sure, I asked her, I said, hey, were you
25  falling asleep in the car? She was like, yes. I
```

```
 1   said, okay.
 2           And then she told me also that she had
 3   intercourse with one of her male friends that she
 4   knew. They'd done it before.
 5           OFF. MALE1:  Mm-hmm.
 6           KENNY:  So I let them know, I said, please let
 7   the cops know that because then we don't need to
 8   getting the wrong guy.
 9           OFF. MALE1:  Yeah.
10           KENNY:  It's not the same type. She was like,
11   yes, that was consent. And then she told me that the
12   Uber driver -- she remembers waking up and seeing
13   the Uber driver on top of her.
14           OFF. MALE1:  Okay.
15           KENNY:  And then she was like, there was
16   definitely penetration. And I was just like, well we
17   gotta do what we gotta do. And she called her mom.
18   Her mom and her stepdad told her, get the cops ASAP.
19           OFF. MALE1:  Mm-hmm.
20           KENNY:  Got you guys down here and then this is
21   where we are now.
22           OFF. MALE1:  Okay.
23           KENNY:  But that's definitely, like I said,
24   where she was like, I don't know where. I said, let
25   me see your app. And then the app just showed the
```

```
1    big detour. And I was like, well I know this street
2    isn't blocked off because I know most of the Uber
3    drivers go straight down there. For him to take that
4    left was --
5         OFF. MALE1:  Out of the --
6         KENNY:  -- definitely -- exactly. Definitely a
7    way to get -- to do something in that time.
8         OFF. MALE1:  Okay.
9         KENNY:  Then he told her that, oh, this is
10   gonna charge too, like oh, you being in the car
11   extra is gonna charge to your Uber or whatever.
12   That's what she was telling me. And I was like --
13        OFF. MALE1:  And now she -- you said she got
14   the screenshots of where --
15        KENNY:  [inaudible]
16        OFF. MALE1:  -- on the 360 app. And then also -
17   -
18        KENNY:  On her -- the -- the Uber driver --
19        OFF. MALE1:  -- the Uber driver to show who was
20   actually driving her.
21        KENNY:  Exactly.
22        OFF. MALE1:  Okay.
23        KENNY:  And then like I said, I made sure of
24   that, because she showed me it, was like, here. And
25   I screen shotted it for her. And then I also screen
```

```
1    shotted the location of, like I said, where I'm
2    showing you where it could've possibly went down.
3         OFF. MALE1:  Okay. Cool.
4         KENNY:  I just wanted to make sure she had all
5    her, you know, stacked up just in case you guys had
6    these questions, and she was too intoxicated, she
7    couldn't do it or anything like that, or she
8    couldn't remember. So you guys have that for you.
9         OFF. MALE1:  Oh, absolutely. I appreciate that,
10   man.
11        KENNY:  First time this happened, got --
12        OFF. MALE2:  First time --
13        KENNY:  Hey, I'm try -- I tried. I'm trying to
14   do the best, like, you got anger, you got sadness,
15   you got a lot of emotions going on, because you
16   think about what if this was so and so of your life,
17   you know what I mean? So you got a thousand things
18   going through your head.
19        OFF. MALE2:  So it's the person [inaudible] we
20   appreciate [inaudible] thank you --
21        KENNY:  I was trying to make it as easiest for
22   you because I can -- I can tell when she was talking
23   to me, it was going to be a little slurry, a little
24   blurry. And I was like, I'm not gonna let the
25   officers have to try to like pick it up, try to give
```

```
1    as much as I can to you guys.
2         OFF. MALE1:  All right. Perfect. You can keep
3    that. So we -- so she came in here around 11 -- or
4    at 12:30.
5         KENNY:  Like so rough-ish, like 12:50, 12 --
6    like -- like she said, she got in the Uber by 12:30.
7         OFF. MALE1:  Oh, okay.
8         KENNY:  Making her way back --
9         OFF. MALE1:  So she made her way --
10        KENNY:  [inaudible] she made her way back here
11   around like 12:30. But she got in here and she sat
12   down on the floor. And it was like 1:00 when she sat
13   on the floor and we got into a conversation.
14        And then I didn't get to see the driver's face
15   --
16        OFF. MALE1:  And --
17        KENNY:  [inaudible] the vehicle [inaudible]
18
19
20
21
22
23
24
25
```

```
 1
 2
 3        I, Chris Naaden, a transcriber, hereby declare
 4   under penalty of perjury that to the best of my
 5   ability the above 8 pages contain a full, true and
 6   correct transcription of the tape-recording that I
 7   received regarding the event listed on the caption
 8   on page 1.
 9
10        I further declare that I have no interest in
11   the event of the action.
12
13        January 22, 2026
14        Chris Naaden
15
16
17
18
19
20   (7819259, BW-DEAN_JAYLYNN_000377 (native))
21
22
23
24
25
```