1

2

3

4

5

6                  TRANSCRIPT OF VIDEO-RECORDED

7                  FOOTAGE IN THE MATTER OF

8                           UBER

9                   NO. MDL NO. 3084

10

11           "BW-DEAN_JAYLYNN_000382 (native)"

12

13

14

15

16

17

18

19

20

21

22           Veritext Order Number:  7819259

23

24

25



Trial Exhibit No.

P-01927_tr

```
 1                P R O C E E D I N G S
 2        DET. OSCAR:  I know, and I totally understand.
 3    That's why -- that's why [inaudible] make it very
 4    clear that, you know, we -- we can do it later also,
 5    if it's just -- it's up to you. Just want to give
 6    you that option, uh, whichever way you want to go.
 7    So, yeah. I understand you've been up for a while,
 8    you've had some drinks and stuff like that.
 9        MS. DEAN:  Yes.
10        DET. OSCAR:  Um, and you've already been --
11    you've already participated in the -- the nurse
12    examination.
13        MS. DEAN:  Yes.
14        DET. OSCAR:  Um, so, you know, before we talk
15    about what happened and stuff like that, um, I like
16    to get to know people a little bit better, just so
17    that we kind of know each other a little bit. Um,
18    what are like some things that you like to do?
19        MS. DEAN:  Um, not a lot at the moment. Um, I
20    was going to college in Oklahoma and then I didn't
21    really like college, so now I'm here doing flight
22    attendant school. Really like it, not too sure
23    what's going to happen next. Um, I love being with
24    my family. I have a lot of pets. I have pugs, I have
25    flat faced cats, I have turtles.
```

1    So I like being with my pets and my family. Um
2   -- um, whenever I'm with my grandparents, they live
3   on the beach, so I like being with my grandparents
4   because it's really relaxing, and I love being by
5   the water and that whole vibe. But yeah.
6       DET. OSCAR:  Okay. Well, thanks for telling me
7   that. Um, so you mentioned you were going to a
8   flight school, uh, flight attendant school. Tell me
9   about that.
10      MS. DEAN:  It's been good. Um, I finished my
11  final yesterday, which is why I had a few drinks. I
12  was celebrating, but, um, I passed, so I guess that
13  means I officially get my wings and like graduate
14  Thursday. So I'm excited for that. It's been three
15  and a half weeks, exhausting five.
16      It's been like, okay, we have to wake up at
17  5:00 and class starts at 7:00 and we don't get off
18  until 6:00. So it's like -- like over 12 hours
19  pretty much of like school and like being awake and
20  then studying. It's a whole nother thing. We have
21  like 100-page study guides, like every single night.
22      Like, it's -- it seems tiring, but yeah. And
23  there was only one person who got sent home. We had
24  like a class of 24 and now we're 23, but so far
25  everyone, they're graduating. But yeah, it's been

```
1    good.
2        DET. OSCAR:  Is it one of those like
3    accelerated courses? Is that why it's so much? Or is
4    it --
5        MS. DEAN:  I -- I don't know. Like our training
6    is really crammed. Like I said, it's three and a
7    half weeks, but it's really fast paced. Like the
8    thing about it is like if -- like you have to be
9    there. Like if someone raises their hand, wants to
10   go to the bathroom, we have to stop class, like all
11   together. Like we have to wait like until they come
12   back. Like it's a lot.
13       DET. OSCAR:  I see. What made you want to get
14   into that?
15       MS. DEAN:  Um, I don't know. I kind of just
16   started watching videos. I started like seeing like
17   people talking about it and like seeing like news
18   stories and clips and I kind of -- I don't know, it
19   seemed fun. So interviewed, got hired and now -- now
20   I'm here.
21       DET. OSCAR:  Oh, okay. So you've already, uh,
22   like put in for the position, been kind of hired?
23       MS. DEAN:  Okay. So whenever we do our
24   training, we have, um, a conditional job offer. So
25   as long as we pass our training and like pass all of
```

1    our exams, we're like already hired. So we're

2    already guaranteed a job as long as we pass all of

3    our stuff. Like I'm already -- I already got my

4    base. I'm based in Denver. So once I graduate

5    Thursday, then I -- I'm going to Denver.

6        DET. OSCAR:  Oh, okay. Well, that's exciting.

7        MS. DEAN:  Yeah.

8        DET. OSCAR:  So tell me about your turtles.

9    What's going to happen with them?

10       MS. DEAN:  I don't know. They're with my mom

11   right now.

12       DET. OSCAR:  Oh, okay. Good. She's going to

13   adopt them.

14       MS. DEAN:  Yeah.

15       DET. OSCAR:  Well, what kind of turtles do you

16   have?

17       MS. DEAN:  Box turtles. I found them, um,

18   because we live in Oklahoma and I was driving on the

19   road and I -- there -- it was two different

20   occurrences and I saw them crossing the street and I

21   stopped my car and I got them. So I kind of -- I

22   kind of kidnapped them off the side of the road but

23   they're happy. They look -- they look --

24       DET. OSCAR:  Yeah. To take care of them.

25       MS. DEAN:  Yeah.

```
 1         DET. OSCAR:  Well, that's good.
 2         DET. OSCAR:  Okay. Well, um, thank you for
 3    sharing that with me. Um, while we're talking, I
 4    want to go over a couple guidelines to -- to keep in
 5    mind. Uh, the first one is if -- if I repeat myself,
 6    it just means that I may have forgotten what you
 7    said or maybe just didn't hear it.
 8         Um, if I ask a question and you don't
 9    understand the question, just say, hey, Oscar, I
10    don't -- I don't understand, um, and I'll -- I'll
11    rephrase it. Um, if, uh, if -- if I make a mistake
12    and say the wrong thing, just feel free to correct
13    me and say that's not what I said or not what I
14    meant.
15         Um, and if I ask you a question, and if you
16    don't know the answer to it, just say, I don't know.
17    And the last thing is also very important. It's
18    important to only tell the truth. Do you promise to
19    tell the truth?
20         MS. DEAN:  Yes.
21         DET. OSCAR:  Okay. So tell me about what
22    happened today.
23         MS. DEAN:  Okay. So like I said, it was my last
24    exam. My final, um, I'm underage so I know I
25    shouldn't have been drinking, but, um, I went and I
```

1    hung out with this guy, Scott, and we hung out

2    another time before everything was good, hung out.

3    Um, like I said, I was becoming like really

4    intoxicated and I knew like my situational awareness

5    wasn't the best.

6        And so I was like, maybe it's not good for me

7    to be drunk alone with a guy. And so I went and I

8    called a Uber myself. And like I said, I trust him,

9    like we're friends.

10       Like we did have intercourse this like past

11   night but like I said, I just like knew I was

12   getting drunk and so I still like wanted to go home.

13   I didn't want to be like in a situation where I was

14   just alone with him.

15       So I went and I called an Uber. Um, I was like

16   puking and stuff. And so I knew, I was like, yeah, I

17   need to go home. Scott walked me to the Uber. Um,

18   and it was okay. So I go and I sit down and like I

19   said, I was like falling like in and out of

20   consciousness because I'm on antidepressants and I

21   know like it makes like my tolerance like really,

22   really low.

23       Like, it, like completely like alters like how

24   I am. Like whenever I'm not like on my

25   antidepressants and I'm drinking, like, it just like

1    made everything feel so woozy. And so I remember I

2    was like falling in out of consciousness and like I

3    remember instead of like sitting like straight up I

4    like laid down like in the backseat.

5        And I remember my Uber driver, he started

6    talking to me. He started asking like how my night

7    was. And for some reason I was really drunk. And so

8    I told -- I started telling him about like -- I was

9    hanging out with the guy and like how I slept with

10   him, like all -- I don't know why, but I was drunk.

11       And I remember that the Uber driver, he was

12   like, he's like, oh, he's like -- he's like I have

13   to stop the car. And I was like, okay. Like I like

14   didn't know what was happening. He was like, I'm

15   just letting you know, he's like, I'm stopping the

16   car. He is like, Uber's going to charge you for

17   this. And I was like, okay. Like I didn't know what

18   was happening.

19       He stops the car and I remember like, he was

20   like circling around like for a little bit. Um,

21   circling around and he was like, he's like, I'm

22   trying to find a spot. And like, I like didn't know.

23   I was like, okay. Like I -- like I said, I was

24   drunk, didn't know what was happening. And

25   eventually he parks, um, parks the car.

```
 1          I remember, like I said, I was falling in and
 2     out of consciousness. I remember he opens the door,
 3     comes to the back seat and he like got on top of me,
 4     pinned me down and then he raped me and assaulted
 5     me. Um, I remember that I looked up, um, because
 6     there was a big screen in the car and it had like
 7     how far away we were from the hotel.
 8          It said two minutes, um, two minutes away from
 9     the hotel. So we were really close. I'm not sure
10     where we were. And then on my Uber app, um, it tells
11     you like how much your fare was. I had originally
12     paid like $15 to get back and it only charged me for
13     $5 and I also got a notification saying that he had
14     ended my fare early.
15          So he ended it early, I guess, to do that. Um,
16     and then, like I said, I like didn't really know
17     like what had happened. Like I said, I was only two
18     minutes away from the hotel, so everything was like
19     really fast. I didn't have time to like process
20     anything. And so he like sped off to the hotel.
21          I remember I stumbled in and the front desk
22     guy, his name's Kenny and me and like, my like
23     friends, like, we kind of like befriended him I
24     guess. Like we all talked to him, like we -- we love
25     Kenny. And so, um, Kenny was like, oh, he is like,
```

1    you've had an interesting night. And I was like,

2    Kenny, I was like -- I was like I was just raped.

3         And so he like came and he like sat me down,

4    gave me water, gave me, um, headache medicine. Um,

5    he like was helping me like figure out like my Uber

6    thing because I, like I said, I was still like very,

7    very drunk at the time. I didn't really know like

8    what was happening. So he helped me pull up my Uber

9    app.

10        Um, he helped me get like my driver's name, his

11   license plate. He helped me like call the cops

12   because I didn't know what I was doing. He was kind

13   of like guiding me through everything. And then I

14   told him, I was like, I need to tell my parents. And

15   so he helped me like call my mom, call my dad, kind

16   of let them know like what was happening.

17        They of course told me to get the police

18   involved. Um, yeah, that's pretty much what

19   happened. Um, like I said got picked up. That

20   happened like everything was really fast. He picked

21   me up at 12:30. I didn't get home or I didn't get to

22   the hotel until about like 1:08-ish, so it was like

23   30 minutes like unaccounted for. My ride was only

24   supposed to be like 10-ish minutes. So it was like

25   all that time, like, yeah.

```
 1          DET. OSCAR:  Okay. Thanks for telling me that.

 2     So I'm going to go back to the hotel where you said

 3     Scott walked you.

 4          MS. DEAN:  No. Okay. I -- I was at his

 5     apartment. I was at his apartment. Um, his room, he

 6     lives alone. It was a apartment. Um, yeah. Like I

 7     said, I was like throwing up and so he walked me to

 8     my Uber because it was like parked right outside,

 9     took me, and then my -- from his apartment, my Uber

10     took me to the hotel.

11          DET. OSCAR:  Okay. Did Scott meet the driver?

12          MS. DEAN:  No. He just made sure I got to my

13     car safe and he told me bye. But yeah, he didn't

14     meet him.

15          DET. OSCAR:  Okay. Was he able to see him

16     through the window?

17          MS. DEAN:  I don't believe so.

18          DET. OSCAR:  Okay. Um, okay. So he walks you to

19     the car, you get in and you're driving back to your

20     hotel.

21          MS. DEAN:  Yes.

22          DET. OSCAR:  So he asked -- you said that you

23     laid down and then he asked you how your night --

24     your night was going?

25          MS. DEAN:  Yes.
```

```
1        DET. OSCAR:  Okay. And, um, tell me all about
2    the con- -- what you remember from that
3    conversation.
4        MS. DEAN:  I don't really remember much. I
5    remember I told him, I was like, oh, like I'm -- I'm
6    celebrating. I was like -- I was like I hung out
7    with my friend and I -- for some reason I remember I
8    told -- I remember I told him we slept together, me
9    and -- me and Scott. I remember I told my Uber
10   driver that.
11       And then he was like, oh, well, like at least
12   he got to like sleep with you, like blah, blah,
13   blah. And I was like, okay. And then I remember
14   like, he started like saying like -- like weird
15   stuff about like -- he started making like sexual
16   comments and stuff. And so he -- he just kept
17   saying, he's like, oh, like he's lucky he got to
18   sleep with you.
19       Like at least he got to sleep with you. Just
20   like all this stuff, like over and over again. And
21   so I was just like, okay. And then I remember how he
22   was like, oh, like I have to stop the car. He is
23   like -- he's like just so you know, like, Uber's
24   going to charge you for this and I was like, okay.
25       Like I didn't really know what was happening
```

1    and then that. But yeah, in our conversa- -- in our

2    conversation, I pretty much just told him like I was

3    celebrating how I passed my exam and then how I was

4    with Scott, I guess.

5         DET. OSCAR:  Okay. And you mentioned he made

6    sexual comments. Do you remember exactly what those

7    were?

8         MS. DEAN:  It was just saying like how he was

9    like, like how Scott was so lucky and how he wishes

10   like it could have been him and how like at least

11   like Scott got to like sleep with me. Like all just

12   like stuff like that.

13        DET. OSCAR:  Okay. And what did you say to

14   that? How did -- what was your response to that?

15        MS. DEAN:  Nothing. I just didn't reply to it.

16   I just like wasn't engaging in it. I was just kind

17   of like in the backseat. Like I said, I was falling

18   in out of consciousness, so I wasn't really like

19   responding. I was just like laying in the back.

20        DET. OSCAR:  Okay. And so you were still laying

21   back the whole time?

22        MS. DEAN:  Yes. Pretty -- pretty much the whole

23   time I was laying across. Like my whole body was

24   like laid -- laid across.

25        DET. OSCAR:  Okay. Okay. Um, now when he --

1    when he said like I have to pull the car over, I
2    have to find a spot, did he say why?
3        MS. DEAN:  No. He was just like, he's like, I
4    need to pull over. He's like, I'm just letting you
5    know Uber's going to charge you for this. And I was
6    like, okay. Like I didn't really know like what for?
7    I didn't really question it. I guess I wasn't really
8    aware, I guess, but he just like said that.
9        He's like, yeah, he is like, he's guy, I got to
10   find a spot. And even like on my phone, it shows
11   like my location he was like going like in circles.
12   I guess like trying to find a spot. But like I said,
13   at the time I wasn't like thinking, I was like,
14   okay. Like I -- I didn't know.
15       DET. OSCAR:  Okay. Did you say okay or just
16   kind of thinking it is what you were saying?
17       MS. DEAN:  Yeah. I was just kind of like
18   thinking. I was just like -- like I didn't really
19   respond to him. He just said that and I just like
20   stayed quiet.
21       DET. OSCAR:  Okay. And when you say you were in
22   and out of consciousness, um --
23       MS. DEAN:  It was like what I can rem- -- like
24   remember like I -- I don't know. Like I can't really
25   remember much, but I remember like I was like

1    becoming aware and then just like not aware, like if

2    that makes sense. Like I don't really know how to

3    explain it, but --

4        DET. OSCAR:  Was itm um, like you were falling

5    asleep or just like because of the intoxication?

6        MS. DEAN:  Intoxication.

7        DET. OSCAR:  Okay. Do you know if you were --

8    if you were falling asleep as well?

9        MS. DEAN:  I -- I believe I was. Yeah. Because

10   I kept telling him, I was like, I'm so tired. I was

11   like, I just need to go to my hotel. Because I

12   remember whenever he said he has to pull over, I was

13   like, okay. I was like -- I was like, well, like I -

14   - I was like I'm tired. I remember I said like I had

15   class at like 5:00 a.m. and so I like remember I

16   kept telling him like how tired I was, like how

17   exhausted I was.

18       DET. OSCAR:  Okay. And so he's just saying, um,

19   I got to find a spot, pull over and that you're

20   going to be charged for that?

21       MS. DEAN:  Yes. He told me that Uber was going

22   to charge me for it, but I didn't really question it

23   because I didn't, like I said, I wasn't really in

24   the right state of mind, so I -- I didn't question

25   it, but I remember he did tell me that.

```
1        DET. OSCAR:  Okay. All right. And then you

2   mentioned that he -- he raped you, he sexually

3   assaulted you. Can you tell me, um, what exactly you

4   mean by that?

5        MS. DEAN:  Um, I remember he stopped the car.

6   He parked eventually and then he got in the back

7   seat and he got on top of me, kind of like pinned me

8   down. Like said I wasn't really able to fight back

9   because I was like super weak and intoxicated. I

10  remember he got on top of me, penetrated me

11  vaginally.

12       Um, he tried to like have oral sex like on me

13  and like I said, I remember like I couldn't fight

14  back. I don't think he like made me give him oral

15  sex, but I know like he kept trying to like do it to

16  me and then that's it, I guess. He pretty much just

17  like was on top of me and forced himself on me.

18       DET. OSCAR:  Okay. Did, um -- what made it

19  stop?

20       MS. DEAN:  Him finishing.

21       DET. OSCAR:  Okay. And --

22       MS. DEAN:  And he --

23       DET. OSCAR: -- do you know -- go ahead.

24       MS. DEAN:  He, I remember he was just like I

25  have to -- he's like I have to get back to my -- to
```

1    my job. Remember he just got on -- like got off of

2    me and then went to the front seat and acted like

3    nothing happened, then he sped off to the hotel.

4        DET. OSCAR:  Okay. Did he say anything else on

5    the way back?

6        MS. DEAN:  No. He stayed quiet and then I got

7    to the hotel and he just told me bye.

8        DET. OSCAR:  Okay. Did you guys exchange

9    contact information at all or anything?

10       MS. DEAN:  No. No. We did not. I did -- I

11   looked on my contact list. I called him before

12   because I couldn't, like I couldn't find him at

13   first. Like I called him before he picked me up but

14   that was -- that was it. But afterwards I didn't

15   talk to him, I didn't text him like any of that.

16       DET. OSCAR:  Okay.

17       MS. DEAN:  I called him from the Uber app. So

18   it wasn't even his phone number, it was like through

19   the Uber app itself.

20       DET. OSCAR:  Right. Okay. Now, um, you

21   mentioned you -- you ordered -- you ordered the, um,

22   the Uber yourself. You said you called for one. Do

23   you actually call or is it like a --

24       MS. DEAN:  It's -- it's an app.

25       DET. OSCAR:  Okay. And so on the app you just

1    like pushed up button to --

2        MS. DEAN:  Yes. Yes. You push like where and

3    to, so like where to pick you up and then where to.

4        DET. OSCAR:  Okay. And you mentioned that at

5    that point you were intoxicated. Um, tell me like

6    how much you had to drink.

7        MS. DEAN:  I had quite a bit, um, before I

8    left. Sorry, I feel sick. Um, I had a truly, and

9    then I had two Malibu cans. Um, I had like a bottle

10   of Malibu that I was drinking on and off. I had

11   [inaudible] that I was drinking on and off. Scott

12   had beer that I was like drinking, but mainly it was

13   Malibu that I was drinking. Malibu and vodka.

14       DET. OSCAR:  Okay. Were -- were you able to

15   walk fine or --

16       MS. DEAN:  Not -- not really. I was like

17   stumbling. Even in the hotel I was like stumbling

18   and I remember I -- I threw up like everywhere.

19       DET. OSCAR:  At any time did the Uber driver

20   see you throw up?

21       MS. DEAN:  No.

22       DET. OSCAR:  Did he ever see you stumbling,

23   like to the car?

24       MS. DEAN:  Yes. Like I said, right before I got

25   in the car, I told him like how I was drunk. I told

1    him how I was intoxicated. I was like -- I was like,

2    oh. I was like, I'm really, really drunk, but yeah.

3        DET. OSCAR:  Okay. And um, how do you know that

4    he saw you stumbling?

5        MS. DEAN:  Whenever I like walked out, I'm

6    pretty sure he did like see me because he told me

7    like to have good night and I was like in clear view

8    of him.

9        DET. OSCAR:  Okay. Do -- do you remember if his

10   window was rolled down or if he got out of the

11   vehicle, his car?

12       MS. DEAN:  Um, I don't remember.

13       DET. OSCAR:  Okay. All right. Did he make a

14   comment about it?

15       MS. DEAN:  Mm-hmm. I'm pretty sure he did see

16   me.

17       DET. OSCAR:  Okay.

18       MS. DEAN:  And then another thing, um, my

19   underwear, I was wearing underwear whenever I left

20   and I -- whenever I was getting my examination I

21   realized I didn't have them. So I'm pretty sure

22   they're in his car.

23       DET. OSCAR:  Okay. And you definitely had them

24   on before you left Scott's apartment?

25       MS. DEAN:  Yes. 100 percent.

```
 1              DET. OSCAR:  Okay.
 2          MS. DEAN:  And my skirt was also on backwards
 3     too.
 4          DET. OSCAR:  Okay. So this is not what you were
 5     wearing?
 6          MS. DEAN:  Yes. Um, she took my clothes.
 7          DET. OSCAR:  Okay. Okay. Um, so your skirt was
 8     on backwards. And at what point did you realize the
 9     skirt was on backwards?
10          MS. DEAN:  Whenever -- I'm sorry, I'm so tired.
11     Whenever I was at the police station and I like
12     noticed like how it was -- it felt short in the back
13     and I looked and it was on backwards.
14          DET. OSCAR:  Okay. Okay. And, um, the -- on the
15     Uber app itself, um, does it -- does it have like a
16     name and --
17          MS. DEAN:  It has his name and his picture and
18     his license plate.
19          DET. OSCAR:  Okay. Um, so tell me about, what
20     does he look like?
21          MS. DEAN:  He was African American. I -- like I
22     said, I don't really remember much because it was
23     dark. Um, I know he was African American. I know he
24     had a really, really thick accent. Um, I like
25     couldn't really understand him. Um, I'm not sure
```

1    where he was from, but I just know he's African
2    American.
3        He had a really thick accent. He had like
4    pretty short hair, um, I think he had glasses. He
5    wasn't fat, wasn't like super skinny. He was just
6    average. Um, couldn't tell you if he was taller,
7    short because obviously I was laying down. But I do
8    remember -- that's all I can remember. But I -- his
9    Uber app does have a picture of him and it is the
10   same man.
11       DET. OSCAR:  Okay. Any, uh, like unique
12   characteristics about him that makes him stand out
13   at all?
14       MS. DEAN:  No. Not that I could see, because
15   like I said, it was really dark.
16       DET. OSCAR:  Uh, where was that picture
17   displayed? Was it --
18       MS. DEAN:  On the Uber app.
19       DET. OSCAR:  On the app itself. Nothing like
20   inside the ve- -- the car?
21       MS. DEAN:  No. No. It was on the app.
22       DET. OSCAR:  Okay. And, uh, when you remember
23   seeing his face and being able to say that it
24   matches the -- the picture on the app, at what point
25   did you see like a clear, um, view of him?

```
 1          MS. DEAN:  Whenever he was like on top of me.
 2          DET. OSCAR:  Okay. And what was the lighting
 3     like?
 4          MS. DEAN:  It was pretty dark. I -- like I
 5     said, I don't know where he parked, but I know it
 6     was like two minutes away from the hotel. So it was
 7     like, I don't know, it was like in the middle of
 8     nowhere, kind of like. It wasn't, I don't really
 9     remember. It was like some random parking lot I
10     think.
11          DET. OSCAR:  Okay.
12          MS. DEAN:  Because like I said, it was pretty
13     dark the whole time, but I remember whenever he was
14     on top of me, like whenever he opened the door, the
15     car like lit up, like the inside lights lit up and
16     so I was able to see him then.
17          DET. OSCAR:  Okay. So the lights did turn on.
18     It was dark in the parking lot, but when he opened
19     the door light the --
20          MS. DEAN:  Yes. Yes. Like the car lit up, if
21     that makes sense?
22          DET. OSCAR:  Okay. And that's when you were
23     able to see his face?
24          MS. DEAN:  Yes.
25          DET. OSCAR:  Okay. All right. And when you say
```

1   he was pinning -- he pinned you down?

2       MS. DEAN:  Yeah. He kind of just got on top of

3   me. Like I said, I wasn't really able to fight

4   myself, to fight him off because I -- I felt so

5   weak, but he was like on top of me and kind of just

6   like -- like put all his weight on me, I guess, if

7   that makes sense.

8       DET. OSCAR:  Okay. Um, did he -- tell me about

9   his clothes?

10      MS. DEAN:  I -- I couldn't tell you. I don't

11  remember.

12      DET. OSCAR:  Okay. Any idea how old he was?

13      MS. DEAN:  Maybe like 40, like late 40s.

14      DET. OSCAR:  Okay. And, um, any facial hair?

15      MS. DEAN:  No. I don't think so. I don't think

16  so.

17      DET. OSCAR:  Has he ever picked you up as an

18  Uber?

19      MS. DEAN:  No. I've -- I've driven a lot of

20  Ubers, a lot of Lyfts while being here. I've never

21  had him.

22      DET. OSCAR:  Okay. Um, okay. Uh, did he -- on

23  the way, on the drive back, um, you mentioned that

24  he had canceled. Did he -- did he happen to say why

25  he was canceling the ride?

1      MS. DEAN:  Canceling what? Like stopping our --
2  our drive?
3      DET. OSCAR:  Yeah.
4      MS. DEAN:  No. No. He didn't. He was like --
5  he's, okay. He just pulled over and then stopped it.
6      DET. OSCAR:  Okay. But that -- and that was
7  after the incident?
8      MS. DEAN:  Yeah. Well no, it was -- it was
9  before.
10      DET. OSCAR:  Before the incident?
11      MS. DEAN:  Yes. Before. Before he went and he
12  stopped it, he was like, oh, I guess it was so Uber
13  couldn't track him, I guess, because I guess it's on
14  a route that shows him. He was like -- he's like,
15  oh, he's going to have to stop it. He's like, Uber's
16  going to charge you for this. He's like, I'm just
17  letting you know that. And I like didn't say
18  anything. But then, yeah, I looked on the app and it
19  said I was only charged $5 and it should have been
20  like $15 for my whole way.
21      DET. OSCAR:  Okay. When you told him that you
22  were drunk, did you mention how much you had to
23  drink?
24      MS. DEAN:  I just said, I was like -- I was
25  like -- I was like, I'm really drunk. I kept telling

1    him how I was so tired. I was like, I need to go

2    back to my hotel. I kept telling him like how I was

3    exhausted.

4        DET. OSCAR:  Okay. All right. Um, and then tell

5    me about when he dropped you off.

6        MS. DEAN:  Nothing really. I kind of just

7    opened the door and went inside. He just told me

8    bye. That was it.

9        DET. OSCAR:  Okay. And yet you told the clerk

10   the one you kind of became friends with?

11       MS. DEAN:  Yes.

12       DET. OSCAR:  Okay. Is he the first person that

13   saw you?

14       MS. DEAN:  Yes. He was the very first person

15   who saw me. And he saw me like stumble in, he asked

16   how my night went and I like told him and he came

17   and he sat me down.

18       DET. OSCAR:  Okay. Did -- did you immediately

19   tell him what happened?

20       MS. DEAN:  Yes. I told him everything.

21       DET. OSCAR:  Okay. That's when you told him I

22   was just raped.

23       MS. DEAN:  Yes.

24       DET. OSCAR:  Okay. And you told him who it was?

25       MS. DEAN:  Yes. I told him, I was like, my Uber

1   driver just raped me.

2       DET. OSCAR:  Okay. And you said you stumbled

3   out?

4       MS. DEAN:  Yes. I -- I like stumbled inside and

5   he sat me in a chair, gave me water, gave me

6   headache medicine, and then helped me call the

7   police and help me call my parents and he helped me

8   like pull up the Uber app and like get everything

9   situated. Ok

10      DET. OSCAR:  All right. So, um, you mentioned

11   there's a, like some app on your phone that --

12      MS. DEAN:  Uber?

13      DET. OSCAR:  Is there another app?

14      MS. DEAN:  Lyft?

15      DET. OSCAR:  Um, it was like life.

16      MS. DEAN:  Oh, Life 360, yes.

17      DET. OSCAR:  Life 360. Okay.

18      MS. DEAN:  Yes. I have it.

19      DET. OSCAR:  Does -- was that running or did it

20   capture like all your --

21      MS. DEAN:  Yes. Um, I can show you it. Let's

22   see. Okay. So let me pull it up. Sorry. It's my

23   family. Okay. So, um, okay. So I was at Scott's two

24   hours, 49 minutes, and this was 34 minutes where I

25   was on the road with my driver.

1    So he picked me up, [inaudible] me over here

2  and then I guess that was, sorry, I guess that was

3  like a traffic light and then goes, goes, goes I

4  guess another traffic light, so stop. And then he

5  kind of just goes over here and then it was like a

6  big circle that he was doing and then he took me

7  back. But yeah, it was over here in this area.

8    DET. OSCAR:  Okay. Did we get pictures of this

9  already?

10    MS. DEAN:  Um, I don't know.

11    DET. OSCAR:  Okay. So, um, here's -- here's

12  something that I wanted to talk to you about as well

13  as far as, uh, your cell phone and like that app and

14  stuff like that. So one of the things that we could

15  do, um, is -- is do a download of your phone, um, if

16  that's okay with you. It'd have to be something you

17  consent to?

18    Um, we -- I would give the phone to our

19  computer forensics detectives and they basically

20  plug it in and do a download of the phone. It could

21  take a little while. It could take like hours. Just

22  depends on how much data is on there. Is -- is that

23  something that, that you would be willing to do?

24    MS. DEAN:  Yes. I would be, but later today.

25    DET. OSCAR:  Later today?

```
 1          MS. DEAN:  Yes. Because I'm exhausted, but yes,
 2     I would be open to it.
 3          DET. OSCAR:  I mean, one of the things you do
 4     if -- if you wanted to, I just wanted to make sure
 5     you knew all the options.
 6          MS. DEAN:  Yes. Yes. I'd be --
 7          DET. OSCAR:  If you -- if you left it here and
 8     we downloaded it and then we like called your friend
 9     to let you know when it was ready.
10          MS. DEAN:  I would prefer to have it with me
11     just so I can like stay in contact with my family,
12     but I'd be willing to leave it whenever y'all do
13     want to do the download. But I do just want to go
14     back and, yeah.
15          So because I also need to stay in contact with
16     my instructors and like my family, like all of that.
17     Like it's -- I'm sorry, like I --
18          DET. OSCAR:  No. That's okay. Completely
19     optional. Is it okay in the meantime if I like do a
20     video or record like what you just showed me just
21     showed me yourself?
22          MS. DEAN:  Yes. Yes. Of course.
23          DET. OSCAR:  Okay. Okay. I'll do -- I'll do
24     that. Um --
25          MS. DEAN:  And then I also have -- I think they
```

1    already got pictures of like my Uber, like his

2    information, but I have that too if you need that.

3        DET. OSCAR:  By chance, is there any way that

4    your phone recorded, like on a Snapchat account or

5    like any of your other apps? Okay.

6        MS. DEAN:  Mm-mm.

7        DET. OSCAR:  All right. Um, and then you also

8    have the Uber?

9        MS. DEAN:  Yes. Um, right here.

10       DET. OSCAR:  So that your Uber app shows the --

11       MS. DEAN:  It shows a picture of him.

12       DET. OSCAR:  Okay. Let me -- yeah. Let me take

13   a picture of that because I think the one we got

14   earlier was not very clear

15       MS. DEAN:  And then you couldn't -- sorry, all

16   my classmates are texting me, freaking out. And then

17   let me see. I don't know if I need to report it to

18   Uber. Uh --

19       DET. OSCAR:  Yeah. So not yet because I'll do

20   that. I'll do that part.

21       MS. DEAN:  Okay. Um, let me see.

22       DET. OSCAR:  Does it have like a --

23       MS. DEAN:  And then right here how it said your

24   ride ended earlier than expected.

25       DET. OSCAR:  Oh, okay. So Uber sent you that?

1      MS. DEAN:  Yes. Because it -- he went off

2  route.

3      DET. OSCAR:  Okay.

4      MS. DEAN:  Let me see. Okay. And then -- then

5  right here. So there. And then --

6      MS. DEAN:  And it has the time. It was 34

7  minutes and it should have only been 10.

8      DET. OSCAR:  Oh, and then the -- and that was

9  Life 360, right? That part.

10      MS. DEAN:  Yeah. Yes.

11      DET. OSCAR:  And then if you can pull up the

12  Uber app, uh, where it shows the same tracking,

13      MS. DEAN:  Um, it doesn't have it. It would

14  only click on it. It just has that right there.

15      DET. OSCAR:  Oh, it just shows that?

16      MS. DEAN:  Yeah. It just has a picture and it

17  shows it stopped and it just has,

18      DET. OSCAR:  Does this show like a, um --

19  sorry, can you go back to the map?

20      MS. DEAN:  Yeah.

21      DET. OSCAR:  And then --

22      MS. DEAN:  It won't let me click on it. It has

23  his license plate, I believe.

24      DET. OSCAR:  Okay. Does it --

25      MS. DEAN:  Wait. Okay. So it tells me right

1    there where he like stopped. Where he stopped drive,

2    I believe

3        DET. OSCAR:  Preston, Sky Harbor.

4        MS. DEAN:  Yeah.

5        DET. OSCAR:  Okay. Yes. And then does it show

6    any other personal info, like Uber type information

7    on his profile?

8        MS. DEAN:  Mm-mm.

9        DET. OSCAR:  No numbers or anything like that?

10       MS. DEAN:  Mm-mm.

11       DET. OSCAR:  All right. If you saw him again,

12   would you be able to identify him?

13       MS. DEAN:  Yes.

14       DET. OSCAR:  Okay. And you're -- I mean, that's

15   a pretty good picture that you have of him.

16       MS. DEAN:  Yes. It's a clear picture. Yes.

17       DET. OSCAR:  Did -- was he wearing the glasses?

18       MS. DEAN:  I believe he was. Okay.

19       DET. OSCAR:  Okay. Um, anything else you can

20   think of that you think is important that you

21   haven't mentioned yet?

22       MS. DEAN:  I've got everything.

23       DET. OSCAR:  Okay. Um, what time do you think

24   about you'll be bringing the phone?

25       MS. DEAN:  Maybe like 3:00.

1    DET. OSCAR:  3:00? Okay. I'll give you my card

2    so you can call me. Um, I'll be here and I'll --

3    I'll let the detective know. Like I said, it could -

4    - it could be like, I mean, it could be like two

5    hours, could be like four hours. It just kind of

6    depends.

7    MS. DEAN:  Okay. It -- it really just depends

8    because I don't know if I'm going to need to talk to

9    my instructors because I do have graduation

10   tomorrow, so if I'm missing today, they're probably

11   going to need to talk to me about that and I just

12   like, I'm not sure when I'll be available, but I'm

13   guessing around like 3:00.

14   DET. OSCAR:  Okay. Do you have any injuries

15   anywhere from --

16   MS. DEAN:  Um, she did a kit and I had like --

17   like, not like scratches, but it was like a scrape

18   on my back and that was the only one. And I had

19   bruises on my legs, but I think I've had the

20   bruises, but I haven't had the scrape.

21   DET. OSCAR:  Okay. Okay. Um, all right. And,

22   okay. And you can't think of anything else?

23   MS. DEAN:  Mm-mm.

24   MS. DEAN:  Okay. All right. So I'll -- I'll um,

25   follow up with you or, you know, just give me a

```
 1   call. Um, do you want to call me at 3:00 or you
 2   think you could be here at 3:00?
 3        MS. DEAN:  I'll probably be here at 3:00.
 4        DET. OSCAR:  You'll be here at 3:00? Okay.
 5        MS. DEAN:  Yes.
 6        DET. OSCAR:  Yeah. Yeah. Just call me ahead of
 7   time just to make sure.
 8        MS. DEAN:  Okay.
 9        DET. OSCAR:  All right. Do you have any
10   questions for me?
11        MS. DEAN:  I don't think so.
12        DET. OSCAR:  No?
13        MS. DEAN:  No.
14        DET. OSCAR:  Okay. Um, so the only other -- the
15   only other thought I had, um, and I'll have to --
16   we'll discuss it with the team and stuff like that,
17   just potentially, um, calling the guy. I know
18   there's that number.
19        I'm not sure if it's going to go through or
20   not. Just to -- to talk to him and confront him sort
21   of thing. Is that something you would be willing to
22   do?
23        MS. DEAN:  I would be. Yes.
24        DET. OSCAR:  Okay. Um, all right. And that's
25   optional as well.
```

1     MS. DEAN:  Yes. No, I would 100 percent be
2   willing to.
3     DET. OSCAR:  Yeah. And -- and I'll work on, see
4   if we can do in that. The only reason why I
5   mentioned that is because if he's an Uber driver and
6   he's a -- he's a -- he's not a known person to you,
7   he's a stranger, but it's like we potentially know
8   his identity. And so if you could be, like, if you
9   are -- if you did talk to him prior --
10     MS. DEAN:  No.
11     DET. OSCAR:  -- you know, it wouldn't be like
12   100 percent weird to do that.
13     MS. DEAN:  Yes. No, I've never talked to him.
14   Yes. I would be willing to.
15     DET. OSCAR:  So, okay. Okay. Um, yeah. So I'll
16   -- I'll talk to the team about that and see if
17   that's something and then just so you know, we'll
18   probably also talk to Scott, um, to establish like
19   how intoxicated you were because if -- if, you know,
20   you're so intoxicated, stumbling, all of that, like
21   this guy should have known.
22     If he saw all that, he should have known how
23   intoxicated you were. Um, and so that's kind of --
24   that's -- that's like my position on it. Especially
25   even if he's like, yeah, well she was like saying

1    things to me back or whatever.

2         Like, um, and the fact that you're like in and

3    out of consciousness, like you mentioned. So could

4    you see each other through the rear view mirror?

5         MS. DEAN:  Through the rear view mirror? Um, I

6    was laying down so I like wasn't looking at him

7    directly. But like I was laying so I could see him

8    in the driver's seat, if that makes sense.

9         DET. OSCAR:  Yeah. Okay. So -- and we'll talk

10   some more about that. You know, get some rest.

11        MS. DEAN:  Yeah. Like I said, I'm really tired.

12        DET. OSCAR:  Yeah. Get some rest and, um, you

13   know, maybe you'll think of something else by the

14   time we meet up again.

15        Um, but I'll give you my card, I'll give you,

16   um, a form and then I'll give your friend her phone

17   back and then we should be -- we should be good for

18   now and then we will, again, we'll touch base later.

19   Okay?

20        MS. DEAN:  Okay. Thank you so much.

21        DET. OSCAR:  You're welcome.

22

23

24

25

1

2

3          I, Chris Naaden, a transcriber, hereby declare

4     under penalty of perjury that to the best of my

5     ability the above 35 pages contain a full, true and

6     correct transcription of the tape-recording that I

7     received regarding the event listed on the caption

8     on page 1.

9

10          I further declare that I have no interest in

11     the event of the action.

12

13          January 2, 2026

14          Chris Naaden

15

16

17

18

19

20     (7819259, BW-DEAN_JAYLYNN_000382 (native))

21

22

23

24

25