P-01934

Hotel Camera 9 Main Lobby Entry Doors and Carport +

audio, 2023.11.15 (21min5s)

BW-DEAN_JAYLYNN_000398 DOCUMENT

PRODUCED IN NATIVE

(Extraction_1.1)_23-132207-9.1.mpg



P-01934.00001