```
 1
 2
 3
 4
 5
 6            TRANSCRIPT OF VIDEO-RECORDED
 7             FOOTAGE IN THE MATTER OF
 8                      UBER
 9                NO. MDL NO. 3084
10
11           "BW-DEAN_JAYLYNN_000400"
12
13
14
15
16
17
18
19
20
21
22        Veritext Order Number:   7847885
23
24
25
```



```
 1                  P R O C E E D I N G S
 2        DET. 1:  Okay. Hey man, I just got a couple
 3   quick other questions for you. So when, uh, she got
 4   dropped off, you said she was right here, right?
 5        MALE 1:  Right. Right.
 6        DET. 1:  When she was getting out, how was she
 7   getting out? Was she like stumbling out of the car?
 8   Was she like running out of haste?
 9        MALE 1:  Stumbling. Stumbling, more stumbling
10   and then when she got to these double doors and I
11   let her in she just started holding her head up like
12   fuck, like damn this just happened, pretty much.
13        DET. 1:  Okay. Was she run- -- like how was she
14   kind of acting when she got out? Was it just
15   stumbling or was like she looking in distress? Was
16   she like sprint- --
17        MALE 1:  Distress, yes.
18        DET. 1:  -- kind of sprinting out the car?
19        MALE 1:  Not sprinting. More like a -- more
20   like -- like -- like she kind of got out. I didn't
21   see when she dialed the vehicle, I just let her in.
22   So I saw her come through the door, but when she
23   came out of the, like through there, it kind of
24   looked, like I said, I saw her come through the
25   double door, kind of a little stumble, but then when
```

```
 1    I opened the door, kind of like up here, distressed,
 2    kind of like wobbling in.
 3         DET. 1:  But she -- it was under this area?
 4         MALE 1:  Yes.
 5         DET. 1:  Um, and then didn't see her exactly
 6    exit the car but let her in and when she did, she
 7    kind of was stumbling. Okay.
 8         MALE 1:  Yeah. Stumbling in, like distressed
 9    look on her face. Definitely like, oh shit, like
10    this just happened to me.
11         DET. 1:  And then, um, how long has she been
12    staying here?
13         MALE 1:  Staying here? She's been here for the
14    last three weeks. She's part of, uh, flight
15    attending crew that are the new members and she's
16    been here for about three weeks. I can double check
17    that for you.
18         DET. 1:  Okay. And have you like seen her a
19    lot?
20         MALE 1:  Yeah. Like I would say like, uh, over
21    the weeks me and her became friends because I'm up
22    here and like I said, they stop and talked to me
23    about things. And so definitely when she came in and
24    I noticed it was her I was like, oh, okay, how you
25    doing? And immediately her energy was off. Like she
```

```
1    -- you could tell she -- something was happening.
2    But they've been here since October 23rd.
3         DET. 1:  Okay. Um, and how is she usually, like
4    your guys' interactions?
5         MALE 1:  She's usually lighthearted, funny,
6    like what's going about, like really energetic and
7    stuff like that. But today you could tell like she
8    sat down immediately.
9         She was like, I'm not having it. Like something
10   like you could tell like her demeanor was like
11   something's wrong. And I was like, I asked her, I
12   was like, are you okay? And she was like, no, I'm
13   not. Like, she was like, I'm okay but she was like
14   she knows something, like she's not okay.
15        DET. 1:  Okay. And you said October 31st?
16        MALE 1:  October 31st, sorry.
17        DET. 1:  31st?
18        MALE 1:  Uh, 23rd. 23rd.
19        DET. 1:  23rd. My fault. I did not hear that
20   right.
21        DET. 2:  Almost a month then.
22        DET. 1:  Yeah. And you kind of gotten to know
23   her. You know, you --
24        MALE 1:  Yes. I got to know her.
25        DET. 1:  -- described her personality and it
```

```
1    was just you could tell something was off.
2         MALE 1:  The energy was definitely off. And
3    like I said, there's like, what? So they're --
4    they're, like they're young so they joke about
5    things, but of course that's something you don't
6    joke about. So I -- I noticed her demeanor change
7    and her energy was like not there. I was like, oh
8    shit. I was like, okay.
9         And then she tried to like crack a little joke
10   to like make herself laugh and it was just like,
11   that's, you know what I'm saying, like I was like,
12   that's all you can do right now? But definitely it
13   was a totally different energy from how she usually
14   is.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3        I, Chris Naaden, a transcriber, hereby declare
 4   under penalty of perjury that to the best of my
 5   ability the above 5 pages contain a full, true and
 6   correct transcription of the tape-recording that I
 7   received regarding the event listed on the caption
 8   on page 1.
 9
10        I further declare that I have no interest in
11   the event of the action.
12
13        January 22, 2026
14        Chris Naaden
15
16
17
18
19
20   (7819259, BW-DEAN_JAYLYNN_000400)
21
22
23
24
25
```