**#3036480 Hassan, Thank you for calling Checkr today**

| | |
|---|---|
| **Submitted** | **Received via** |
| December 22, 2016 at 08:09 | Telephony Integration: Phone call (inbound) |
| **Requester** | |
| Hassan Ibrahim Turay <hassanturay730@gmail.com> | |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | Question | Low | Support | Tiffany |

| Client | Total time spent (sec) | Time spent last update (sec) | Contact Reason |
|---|---|---|---|
| Uber | 1 | 1 | Driver license::Status |

**Hassan Ibrahim Turay**   December 22, 2016 at 08:09                                            Internal note

Call started

**Tiffany**   December 22, 2016 at 08:15                                                          Internal note

Call from +16024877447 started at 08:09:19, ended at 08:15:00, duration is 05:41.
Click here to listen to the call recording.

Support Software by **Zendesk**

Highly Confidential – Attorneys' Eyes Only

Trial Exhibit No.
P-01959

CHECKR000894

P-01959.00001