## Facebook

Account Information:

Display Name: Jaylynn Dean
Username: Jaylynn.dean.2025

URL: https://www.facebook.com/jaylynn.dean.2025/



CONFIDENTIAL-BW-DEAN_JAYLYNN_S.M._000249

P-02026.00001

**2023: 8/13/23 - 8/19/23; 11/13/23 - 11/19/23; 12/13/23 - 12/19/23**

Facebook – Photos:



Music genre
Electronic & Dance Music, Dance & Club Music, Electronica Music

Device ID
2C261A4A-94CD-4E7A-B11B-55D95D0FC5DC

Camera position
unknown

Source type
feed_reshare

Has Camera Metadata

May 19, 2025 6:43 pm



CONFIDENTIAL-BW-DEAN_JAYLYNN_S.M._000764

P-02026.00516



| | | |
|---|---|---|
| 2024-05-08 20:52:17 UTC | CHAT | "Jet-setter with a heart for adventure! As a flight attendant, I'm always on the move, discovering new destinations and cultures. I'm passionate about connecting with people who have a love for travel and the stories it brings. Looking for a partner who values the excitement of a shared journey and the quiet moments in between. Let's see where the skies can take us!" How does that feel for your 'About Me'? ✈️ 🧳 |
| 2024-05-08 20:52:11 UTC | CHAT | what's a good about me for a sugar baby profile for someone who is a flight attendant |
| 2024-05-08 20:51:12 UTC | CHAT | "Vibrant spirit with a zest for life! I love exploring new cuisines, traveling to unseen places, and engaging in meaningful conversations. I'm looking for someone who appreciates the finer things in life and enjoys the thrill of new experiences. Let's create unforgettable memories together!" How's that sound? 😊 Remember to personalize it to reflect you! |
| 2024-05-08 20:51:07 UTC | CHAT | what's a good about me for a sugar baby profile |
| 2024-05-08 20:50:30 UTC | CHAT | "Adventure Awaits: Seeking Someone Exceptional" – It's intriguing and opens the door for conversation! What do you think? |
| 2024-05-08 20:50:27 UTC | CHAT | What is a good profile headline for my sugar baby profile |
| 2024-05-08 20:50:14 UTC | CHAT | Sure thing! Just remember to be yourself – authenticity is key. Highlight your interests, what you're passionate about, and what you're looking for. Keep it positive and honest! If you need more tips, just let me know! |
| 2024-05-08 20:50:09 UTC | CHAT | Can you help me with a sugar baby profile |
| 2024-05-08 19:20:27 UTC | CHAT | Hey! What's up? 😊 |

Snapchat AI Message: 5/6

CONFIDENTIAL-BW-DEAN_JAYLYNN_S.M._000820

P-02026.00572