# STATE OF ARIZONA SEXUAL ASSAULT EXAMINATION REPORT

Agency Name: Tempe
Agency Report #: 23-132207
Medical Record #: 20232054
Patient Name: Dean, Jaylynn
Date of Birth: 7/20 04 Date of Exam: 11/15/23

## AUTHORIZATION:

I authorize J Weaver, (Name of Examiner) to perform a medical forensic examination, provide treatment, collect evidence, and photograph injuries. I also give permission to release copies of the complete report to law enforcement for purposes of continuing an investigation.

11/15/23 Date — Jaylynn Dean Signature of Patient, Parent or Guardian — J Weaver Signature of Witness

If patient is a child, who accompanied child for exam? ______ Name / ______ Relationship/Title/Agency

## HISTORY AND PHYSICAL EXAMINATION:

Exam beginning time: ______

### A. Medical History:

Spoken Language if other than English: ______ Translator's Name: ______

Past Medical History/Surgeries: ______

Current Medications: ______

Medication Allergies: ______

Last Tetanus: ______ Hepatitis B Vaccination Series? ☐ Yes ☐ No ☐ Unknown

Date of Last Menses (mm/dd/yy): ______ ☐ Menstruating at time of exam. (Collect tampon or pad as evidence.)

Does patient use ☐ tampons? ☐ pads? ☐ other? ______

### B. Assault History:

As stated by: ☐ Patient ☐ Guardian ☐ Other (name): ______

Description of Assault: Date of Assault: Time of Assault:

See Attached

Did the penetrate: ☐ Vulva ☐ Anus ☐ Not Known ☐ No

Was there digital penetration? ☐ Vulva ☐ Anus ☐ Not Known ☐ No

Was penetration attempted, but unsuccessful?? ☐ Vulva ☐ Anus ☐ Not Known ☐ No

Was there oral-genital/anal contact? ☐ Fellatio ☐ Cunnilingus ☐ Anilingus ☐ Not Known ☐ No

Was there use of foreign object? ☐ No ☐ Not Known ☐ Yes, Describe: ______

Did the assailant(s) ejaculate? ☐ No ☐ Not Known ☐ Yes, Where: ______

Did the assailant(s) wear a condom? ☐ No ☐ Not Known ☐ Yes

Did the assailant(s) lick/kiss/suck/bite you? ☐ No ☐ Not Known ☐ Yes, Where: ______

Any form of contraception/lubrication used? ☐ No ☐ Not Known ☐ Yes, Describe: ______

Identifying features of assailant(s) genitalia? ☐ No ☐ Not Known ☐ Yes, Describe: ______
(Marks, sores, tattoos, piercing, size, shaved, circumcised?)

Was there any use of force? ☐ No ☐ Yes ☐ Describe: ______

Was there any use of threats? ☐ No ☐ Yes ☐ Describe: ______

Was there any use of intimidation? ☐ No ☐ Yes ☐ Describe: ______

Was a weapon used? ☐ No ☐ Yes ☐ Describe: ______

Number of assailant(s): ______ Sex of assailant(s): ______ Ethnicity of assailant(s): ______

Does patient know assailant(s)? ☐ No ☐ Yes If yes, how? ______

Examiner's Signature: J Weaver Title: RN

EXHIBIT 1

Distribution: White - Crime Lab Yellow - Law Enforcement Pink - Hospital/Facility AZ200:EXAM-1.1 3/15 Page 1 of 6

CONFIDENTIAL - ATTORNEYS EYES ONLY

BW-DEAN_JAYLYNN_000059

Trial Exhibit No. P-02036

# STATE OF ARIZONA

## SEXUAL ASSAULT EXAMINATION REPORT

Agency Name: *Tempe*
Agency Report #: *23-132207*
Medical Record #: *20232054*
Patient Name: *Dean, Jaylynn*
Date of Birth: *07/20/04* Date of Exam: *11/15/23*

**AUTHORIZATION** **I authorize, *Jessica Weaver RN*** (Name of Examiner)

to perform a medical forensic examination, provide treatment, collect evidence, and photograph injuries. I also give permission to release of copies of the complete report to law enforcement for purposes of continuing an investigation.

__/__/__ Date — See Attached — Signature of Patient, Parent, or Guardian — ____ Signature of Witness

If patient is child, who accompanied child for exam? *-/-*
Name — Relationship/Title/Agency

**HISTORY AND PHYSICAL EXAMINATION:** **Exam beginning time: *0321***

### A. Medical History:

Spoken language if other than English: Translators Name:

Past Medical History/Surgeries: ***Breast reduction 2021, depression, anxiety***

Current Medications: ***lexapro***

Medication Allergies: ***"just latex."***

Last Tetanus: ***"I don't know."*** Hepatitis B Vaccination series? ☐ Yes ☐ No ☒ Unknown

Date of last menses (mm/dd/yy): ***Last month the 18th*** ☐ Menstruating at time of exam (Collect tampon or pad as evidence.)

Does patient use ☒ tampons? ☐ pads? ☐ other?

### B. Assault History:

As stated by: ☒ Patient ☐ Guardian ☐ Other (Name):

Description Of Assault: Date of Assault: *11/15/2023* Time of Assault: *0020*

***I had left a guy friend's house, we did sleep together before I got into my uber. I was celebrating for passing my flight attendant school, I know I am underage, but I was drinking. I called a uber at midnight, my friend walked me to my uber. I don't know why but I told my uber driver I am really drunk. Also told him how my night went. He started making dirty comments, and just laughed it off. I remember falling asleep on and off. I remember him driving around, he pulled over, and stated uber is still going to charge you for me doing this. He parked. He got out of the driver seat and came to the back seat got on top of me. I was pulling away and he was holding me down. I don't remember much besides he did penetrate me with his penis ( in vagina). I looked up and I noticed I was 2 min away of the hotel and he sped off and I walked into the hotel.***

Did the penis penetrate: ☒ Vulva ☐ Anus ☐ Not Known ☐ No

Was there digital penetration? ☒ Vulva ☐ Anus ☐ Not Known ☐ No

Was penetration attempted, but unsuccessful? ☐ Vulva ☐ Anus ☐ Not Known ☒ No

Was there oral – genital/anal contact? ☐ Fellatio ☒ Cunnilingus ☐ Anilingus ☐ Not Known ☐ No

Was there use of foreign object? ☒ No ☐ Not Known ☐ Yes Describe:

Did the assailant(s) ejaculate? ☐ No ☐ Not Known ☒ Yes Where: ***see addendum***

Did the assailant(s) wear a condom? ☒ No ☐ Not Known ☐ Yes

Did the assailant(s) lick/kiss/suck/bite you? ☐ No ☐ Not Known ☒ Yes Where: ***"kiss my face and lips"***

Any form of contraception/lubricant used? ☐ No ☐ Not Known ☒ Yes Describe: ***"his spit."***

Identifying features of assailant(s) genitalia? ☐ No ☒ Not Known ☐ Yes Describe:
(Marks, sores, tattoos, piercing, size, shaved, circumcised?)

Was there any use of force? ☐ No ☒ Yes Describe: ***"on top of me holding me down."***

Was there any use of threats? ☒ No ☐ Yes Describe:

Was there any use of intimidation? ☐ No ☒ Yes Describe: ***Alcohol consumption***

Was a weapon used? ☒ No ☐ Yes Describe:

Number of assailant(s): ***1*** Sex of assailant(s): ***male*** Ethnicity of assailant(s): **"african american"**

Does patient know assailant(s)? ☒ No ☐ Yes If yes, how?

**Examiner's Signature:** [signature] **Title:** *BSN, RN*

CONFIDENTIAL - ATTORNEYS EYES ONLY

| Patient Name: ***Dean, Jaylynn*** | Agency Name: ***TEMPE*** |
|---|---|
| Date of Examination: ***11/15/23*** | Agency Report #: ***23-132207*** |

**Prior to exam/evidence collection has the patient:** (If exam is within 120 hours, indicate number of times for each.) ☐ **None Apply**

☒ Urinated *x2* ☐ Showered ☐ Wiped/washed ☐ Douched ☐ Brushed teeth / used mouthwash / flossed (circle)

☐ Defecated ☐ Bathed ☐ Changed clothes ☐ Vomited ☒ Had food / drank / chewed gum (circle) ***"water"***

**Condition of patient's clothing:** (Describe which article(s) of clothing and location of findings.) ☐ **None Apply**

☐ Wet/damp ☐ Debris (i.e. grass, leaves, dirt) ☒ Missing (explain): ***"underwear"***

☐ Stained/soiled ☐ Torn ☒ Other (explain): ***"noticed my skirt was on backwards"***

**Since the assault does the patient have complaints of:** (Describe complaints) ☒ **None Apply**

☐ Muscle pain ☐ Discharge ☐ Pelvic pain ☐ Painful urination ☐ Anorectal pain ☐ Genital pain

☐ Headache ☐ Bleeding ☐ Abdominal pain ☐ Other (explain):

**Other than the assault,** has the patient had other sexual contact in the past 120 hours (5 days)? ☐ No ☒ Yes

If Yes, indicate: Date: ***11/14/23*** Time: ***1030*** Form of contraception used: ***"one of times, the second no."***

Describe: ***Penile:Vaginal, Fellatio***

## C. Physical Examination and Evidence Collection:

Specimens are collected throughout the exam process.

BP: ***0/0*** P: ***82*** R: ***16*** T: ***97.6*** °F Height: ***5' 5'*** Weight: ***160*** ☒ lb. ☐ kg

**Airway:** ☒ Patent ☐ Other:

**Breathing:** ☒ Regular and Spontaneous Breath Sounds: ***Clear and equal bilaterally*** ☐ Other:

**Circulation:** Mucous Membrane Color: ***Pink*** Capillary refill: ***Less than 2 seconds***

Skin: ☒ Warm ☒ Dry ☐ Cool ☐ Moist ☐ Other:

**Neuro:** ☒ Alert ☒ Oriented ☐ Other: Pupils: ☒ PERL ☐ Unequal R: mm L: mm

| | | | |
|---|---|---|---|
| **Head/Face/Mouth:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Neck:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Chest/Breasts:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Abdomen:** | ☒ No Injury Noted | ☐ See Injury Log | ☒ Soft Bowel sounds: ☒ Present ☐ Absent |
| **Pelvis:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Upper Extremities:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |

**Fingernails:** *(Indicate general description, damage, length, edges, polishes, etc.)* ***clean, trimmed***

| | | | |
|---|---|---|---|
| **Lower Extremities:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Back/Buttocks:** | ☐ No Injury Noted | ☒ See Injury Log | ☐ Comment: |

| | | | |
|---|---|---|---|
| **Mons Pubis:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Labia Majora:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Labia Minora:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Clitoral Hood:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Posterior Fourchette:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Fossa Navicularis:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Clitoris:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Urethral meatus:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Hymen:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Vagina:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Cervix:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Perineal body:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Anus:** | ☒ No Injury Noted | ☐ See Injury Log | ☐ Comment: |
| **Penis:** | ☐ No Injury Noted | ☐ See Injury Log | ☒ Comment: ***Not applicable*** |
| **Scrotum:** | ☐ No Injury Noted | ☐ See Injury Log | ☒ Comment: ***Not applicable*** |

**Examiner's Signature:** [signature] **Title:** BSN, RN

CONFIDENTIAL - ATTORNEYS EYES ONLY

| Patient Name: ***Dean, Jaylynn*** | Agency Name: ***TEMPE*** |
|---|---|
| Date of Examination: ***11/15/23*** | Agency Report #: ***23-132207*** |

**Vaginal wet mount for sperm performed?** ☐ Yes ☒ No **Present?** ☐ Yes ☐ No **Motile?** ☐ Yes ☐ No

**Stage of Sexual Maturity (genital development):** ☐ I ☐ II ☐ III ☐ IV ☒ V

| **If indicated:** | **No** | **Yes** | **Type/Results/Comments, if indicated** |
|---|---|---|---|
| Alternate Light Source used? | ☒ | ☐ | Record fluorescent area(s) on ***Findings/Injury Log and Body Map(s)*** |
| ☒ Pregnancy test | ☐ | ☒ | ☐ Serum ☒ Urine ☒ Negative ☐ Positive |
| STI Cultures/Tests | ☒ | ☐ | ☐ Blood ☐ Cultures ☐ LCR ☐ |
| ☒ Drug Screen sample(s) collected | ☐ | ☒ | ☐ Blood ☒ Urine |
| Colposcope images taken: | ☒ | ☐ | |
| Photographs taken: | ☐ | ☒ | By: ***jweaver*** |

| **Treatment Given:** | **No** | **Yes** | **Explain** |
|---|---|---|---|
| STI Prophylaxis: | ☐ | ☒ | |
| | | | ***Ceftriaxone 500 mg IM*** |
| | | | |
| | | | ***Prescription given - see Standing Orders*** |
| Pregnancy Prophylaxis: | ☐ | ☒ | ***Prescription given - see Standing Orders*** |
| Other Medications: | ☒ | ☐ | |

**Discharge Instructions/Follow-up:**

☐ Referral to other Facility/Physician:

☒ Appointment in 2-4 weeks for recheck: ☒ Pregnancy ☒ STI Tests

☒ Other: ***Pt will follow-up with doc in Oklahoma***

**General appearance and behavior during exam :** ***calm and appropriate***

**Additional Notes:** ***1615 Medical Forensic Exam completed. STI education and aftercare instructions reviewed verbally and in writing; resource handouts and copies given, pt verbally understanding and all questions answered to pt satisfaction. Pt from Oklahoma and educated to follow-up with doctor for HIV prophylaxis, pt understanding.***

***Pt declined blood draw, pt stated, "he did not drug me."***
***Pt clothing obtained for evidence. Pt provided top, pants, bra and underwear.***

**Exam Ending Time (Discharge):** ***0345***

**Examiner's diagnosis:**
***Sexual assault by history***
***Minor physical injury by exam***
***Crime Lab Results Pending***

**Examiner's Signature:** [signature] **Title:** *BSN, RN*

Distribution: White - Crime Lab Yellow – Law Enforcement Pink – Hospital/facility

CONFIDENTIAL - ATTORNEYS EYES ONLY

| Patient Name: *Dean, Jaylynn* | Agency Name: *TEMPE* |
|---|---|
| Date of Examination: *11/15/23* | Agency Report #: *23-132207* |

**Findings/Injury Log – Use with the body map to document type, size, shape, and color of injuries. Describe any areas that fluoresce or body surface areas that were swabbed.**

**If additional space is needed to document injury, copy this sheet prior to use. All measurements should be in centimeters.**

| Injury/ Finding # | Type (see legend below) | Description |
|---|---|---|
| 1. | A | Red 4.0 cm x 5.0 cm, oval with dried blood present to right lower leg 2 cm below the patella (EXAMPLE) |
| *1* | *A* | *5 cm by 4 cm area red abrasion to right mid back area* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| A = Abrasion | E = Erythema | L = Laceration (tear) | S = Surface (body) swab |
| B = Burn | EC = Ecchymosis | O = Other | T = Tenderness |
| C = Cut (Incision) | ED = Edema | P = Petechiae/Purpura | |
| CN = Contusion | F = Fluorescent area | PW = Puncture wound | |

Copy hospital records documenting care received related to this event. These records are to accompany this report. Include nurses' notes and pre-hospital reports: ☒ Not applicable ☐ Done ☐ Not obtained

**Examiner's Name printed:** Jessica Weaver **Title:** BSN, RN

**Examiner's Signature:** [signature] **Title:** BSN, RN

Distribution: White - Crime Lab Yellow – Law Enforcement Pink – Hospital/facility

CONFIDENTIAL - ATTORNEYS EYES ONLY

Patient Name: ***Dean, Jaylynn***

Date of Examination: ***11/15/23***

Agency Name: ***TEMPE***

Agency Report #: ***23-132207***

**Body Map #1 Shade area of injury and assign number to each injury. Describe each injury on Findings/Injury Log.**

**If additional space is needed to document injury, copy this sheet prior to use.**

**Examiner's Signature:** [signature] **Title:** *BSN, RN*

Distribution: White - Crime Lab Yellow – Law Enforcement Pink – Hospital/facility

CONFIDENTIAL - ATTORNEYS EYES ONLY

| Patient Name: *Dean, Jaylynn* | Agency Name: *TEMPE* |
|---|---|
| Date of Examination: *11/15/23* | Agency Report #: *23-132207* |

**Body Map #2** **Shade area of injury and assign number to each injury. Describe each injury on Findings/Injury Log.**
**If additional space is needed to document injury, copy this sheet prior to use.**

Speculum In Place
Anus

**Examiner's Signature:** [signature] **Title:** BSN, RN

CONFIDENTIAL - ATTORNEYS EYES ONLY

| Patient Name: *Dean, Jaylynn* | Agency Name: Tempe |
|---|---|
| Date of Examination: 11/15/23 | Agency Report #: 23-132207 |

## Medical-Forensic Examination Report Addendum

Date: **11/15/23** Time: **0510**

Notes: Digital- "I believe yes vaginally and possibly the mouth as well."

Ejaculate- "I don't remember but I think it was inside of me."

Oral- "he orally went down on me."

JW (Initials)

Examiner's Signature: J Weaver *Jessica Weaver* Title: *RN*

CONFIDENTIAL - ATTORNEYS EYES ONLY

| HONORHEALTH | **Sexual Assault Physician's Standing Orders** | Patient Name: Dean, Jaylynn<br>Date: 11/15/2023 DOB: 07/20/2004<br>MR#: 20232054 |
|---|---|---|

| | | **TIME DONE/INITIALS** |
|---|---|---|
| ☑ **Initiate Sexual Assault Care Protocol** | | 0321 / jw |
| **1. Pregnancy Test** | ▣ Urine ☐ Serum<br>Results: ☐ Positive ▣ Negative | 04:18 / jw |
| **2. STI Testing** | ☐ Urogenital Culture site(s):<br>☐ GC Culture site(s):<br>☐ RPR ☐ Herpes ☐ HIV<br>☐ Chlamydia Culture site(s)<br>☐ Urine Culture | / |
| **3. Pregnancy Prophylaxis** | ☐ Levonorgestrel (Plan B®) 1.5mg PO now<br>*Presumptive prophylaxis is administered to post-pubescent patients only* | / |
| **4. STI Prophylaxis** | ▣ Ceftriaxone 500mg IM now<br>(for patients <150 kg)<br>(Contraindications: history of severe penicillin allergy) | 04:27 / jw |
| | ☐ Ceftriaxone 1GM IM now<br>(for patients >150 kg)<br>(Contraindications: history of severe penicillin allergy)<br>Site: Right deltoid | |
| | ☐ Azithromycin 1GM PO now<br>Use as an alternative to doxycycline for patient who are pregnant<br>Contraindications: allergies to erythromycin, macrolides. Patient taking amiodarone or seroquel | / |
| | ☐ Tinidazole 2GM PO now<br>(Contraindications: Pregnant, breastfeeding) | / |
| **5. Prescription** | Fill prescription and take medication as directed for: | |
| | ▣ Doxycycline 100mg PO BID x 7 days<br>Contraindications: Allergy to tetracycline, pregnancy | 04:28 / jw |
| | ▣ Metronidazole 500mg PO BID x 7 days<br>Contraindications: first trimester of pregnancy, or breastfeeding | 04:28 / jw |
| | ▣ Levonorgestrel (Plan B®) 1.5mg | 04:28 / jw |
| | ▣ NPEP Regimen:<br>Dolutegravir (Tivicay) 50 mg PO daily x 28 days<br>&<br>Emtricitabine/Tenofovir (Truvada) 200/300mg PO daily x 28 days<br>Must be initiated within 72 hours of time of assault<br>Contraindications: renal disease, liver disease | 04:28 / jw |

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| **6. Antiemetic** | ☐ Ondansetron ODT 4mg PO now PRN for nausea | | / |
| **7. Pain/Discomfort** | ☐ Acetaminophen 650mg PO x 1 PRN for pain | | / |
| **8. Tetanus** | ☐ Tdap 0.5cc IM NOW | | / |
| **9. Emergency Management** | ☐ NARCAN 4mg nasal spray NOW<br>Administer to patient with suspected opioid overdose. Call 9-1-1 for emergency medical help after administration. Repeat with additional dose as need every 2 – 3 minutes until emergency medical help arrives. | | / |
| **Behavioral Health Crisis Screening** | Yes | 03:45 | / jw |
| **Sexual Exploitation Screening** | Yes | 03:45 | / jw |
| **Discharge Plan** | Stable for discharge with aftercare instructions | 03:45 | / jw |
| **Diagnosis** | Sexual assault by history | 04:10 | / jw |

_______________ / Jessica Weaver [signature]

***Dr. Alison Foster-Goldman MD, FACEP***

CONFIDENTIAL - ATTORNEYS EYES ONLY

Date: 11/15/23
Patient Name: Jaylynn Dean
Date of Birth: 7/20/2004

HONORHEALTH®

| Rx | Directions | Refill |
| --- | --- | --- |
| ☒ Dolutegravir (Tivicay) 50 mg PO daily x 28 days | Start as soon as possible. Take daily for 28 days as directed. | Ø |
| ☒ Emtricitabine/Tenofovir (Truvada) 200 mg/300 mg PO daily x 28 days | | Ø |

Physician's Name:
Dr. Alison Foster-Goldman, MD, FACEP

Office Phone Number: 480-312-6340
7400 E. Osborn Rd. Scottsdale, AZ 85251

Physician's Signature: [signature]
(substitution permission)

30122 (09/21)

PP180761-02-23

RUB RED IMAGE

FADES WITH HEAT

BLUE BACKGROUND; REFLECTIVE WATERMARK ON BACK; SECURITY FEATURES LISTED ON BACK

Date: ~~11/15/23~~ AW 11/15/23
Patient Name: Jaylynn Dean
Date of Birth: 7/20/2004

HONORHEALTH®

| Rx | Directions | Refill |
| --- | --- | --- |
| ☒ Doxycycline Monohydrate 100mg PO BID x 7 days | Take with food and water. Do not take if pregnant. | Ø |
| ☒ Metronidazole 500mg PO BID x 7 Days | Do not take if pregnant or breastfeeding. | Ø |
| ☒ Levonorgestrel (Plan B®) 1.5mg PO x1 | Take as soon as possible with food. | Ø |

Physician's Name:
Dr. Alison Foster-Goldman, MD, FACEP

Office Phone Number: 480-312-6340
7400 E. Osborn Rd. Scottsdale, AZ 85251

Physician's Signature: [signature]
(substitution permission)

30122 (09/21)

PP178195-12-22

RUB RED IMAGE

FADES WITH HEAT

BLUE BACKGROUND; REFLECTIVE WATERMARK ON BACK; SECURITY FEATURES LISTED ON BACK

CONFIDENTIAL - ATTORNEYS EYES ONLY



# Sexual Assault Aftercare Instructions

Name: Dean, Jaylynn
Date of Exam: 11/15/2023
MR#: 20232054
DR#: 23-132207

Forensic Nurse Examiner: jw

Diagnosis: ☒ Sexual Assault ☐ Physical Assault ☐ Intimate Partner Violence ☐ Strangulation by history ☐ Other:

## Today's Examination:

**Examination:** A Medical-Forensic Examination was completed to identify and document areas of possible injury, provide care, and collect samples and clothing that may be examined as part of the investigation of your assault. Some of the care provided may include prevention for sexually transmitted diseases and pregnancy as well as recommendation for follow-up care as outlined below.

**Evidence Collection:** Samples and clothing **may** be examined for evidence. The detective assigned to your case will determine what testing may be required by the crime laboratory on the samples and clothing collected today. Any results of this testing will go directly to the detective assigned to your case and will become part of the legal record of this assault. Please contact the detective with any questions regarding this part of the process.

**Photographs:** Photographs may have been taken that show the visible injures to your body. If injuries become more visible in the next few days, notify the police department or your Case Detective to see if additional photographs taken are needed.

Your examination and treatment today was provided on an emergency basis only. This is not a substitute for, or an effort to provide complete medical care. You must follow up with your health care provider. Tell your health care provider about any new or lasting problems. It is impossible to recognize all injuries or illnesses that may result from a sexual and/or physical assault in a single examination. It is possible that no injuries are found.
Medical Director: Dr. Alison Foster-Goldman

If you have questions regarding your examination, please call 480-312-6340

**Pregnancy Testing:** Preventing pregnancy is often a major concern. The chance of getting pregnant from a single, unprotected intercourse varies. A pregnancy test was done today. The results were Negative

**Emergency Contraception :** Emergency Contraception, also known as "morning after pills", is a way to prevent pregnancy if you were sexually assaulted, had sex without using birth control or a condom, or if your birth control method failed. You can take emergency contraception up to 5 days after unprotected sex. The sooner you use emergency contraception, the more likely it is to prevent pregnancy. Emergency contraception does not interrupt an already established pregnancy, and studies show there are no lasting side effects.

**Human Immunodeficiency Virus (HIV):**

HIV (human immunodeficiency virus) is a virus that attacks the immune system, the body's natural defense system. Without a strong immune system, the body has trouble fighting off disease. Both the virus and the infection it causes are called HIV.

You may have been given a prescription for medicine to prevent HIV. The first dose must be taken within **72 hours** of the possible contact with HIV.

Take your prescription to one of these pharmacies as soon as possible.

**Walgreens Community Pharmacy**
602-313-2042
2302 N Central Ave., Phoenix, AZ 85004

**Walgreens 24/7 Pharmacy**
602-275-7507
3605 E Thomas Rd, Phoenix, AZ 85018

Your prescription is for the first 5 days of a 28-day plan. Someone from the **NOAH Clinic** will contact you to prescribe the rest of the medicine and schedule your follow-up appointments.
You can also call the **NOAH Clinic** at 480-882-4545 to schedule an appointment.

**Sexually Transmitted Infections (STIs):** You are at risk of getting any infections that are transferred through bodily secretions. Today's examination cannot tell if you had a sexually transmitted infection prior to the assault or as a result of the assault. Not all sexually transmitted infections can be prevented. Additional information is available for you to read in your packet. **It is recommended that you abstain from sex or use a condom until your follow-up exam.**

You Did Not have testing today for sexually transmitted diseases. If testing **was** done, call our office at 480-312-6340 for the results.

You may have received medications to attempt to prevent some STIs such as Gonorrhea, Chlamydia, Trichomonas, and the human immunodeficiency virus (HIV). Alcohol can cause severe reactions with some antibiotics and can make you very sick. Avoid drinking alcohol or using products that contain alcohol until you finish your prescription.

**Medications:**

***You received the following medications during your exam:***

- ☐ **Acetaminophen (Tylenol)** for pain
- ☐ **Ondansetron** for nausea
- ☐ **Tetanus Vaccine**
- ☒ **Ceftriaxone** to prevent Gonorrhea
- ☐ **Azithromycin** to prevent Chlamydia
- ☐ **Tinidazole** to prevent Trichomoniasis
- ☐ **Levonorgestrel (Plan B)** to prevent pregnancy

***You received a prescription today. Get the prescription filled as soon as possible. Take as directed.***
***Your prescription is for:***

- ☒ **Doxycycline** to prevent Chlamydia
- ☒ **Metronidazole** to prevent Trichomoniasis
- ☒ **Levonorgestrel (Plan B)** to prevent pregnancy
- ☒ **Dolutegravir & Emtricitabine** to prevent HIV

**Follow-up Care Recommendations:**

**Counseling:** Early counseling is recommended to help prevent lasting complications associated with this type of assault. Your discharge packet contains a list of counseling options for your consideration.

**Medical Follow-up:** Follow-up examination is recommended in the next 14-21 Days, sooner if problems develop

You should be re-evaluated for: Sexually Transmitted Infections. Pregnancy.

**Call as soon as possible to schedule an appointment with your doctor or at clinic for testing.**

**STI & HIV Testing and Prevention Treatment:** Follow up testing for Sexually Transmitted Infections and HIV is recommended. If you did not receive a prescription for medicine to prevent STI and HIV, you should schedule and appoint for testing as soon as possible. You may also need to be tested for HIV in 6 weeks, at 3 months and at 6 months for accurate results. You may see your own physician or contact:

**NOAH Clinic**
Phone: 480-882-4545
NOAHHELPS.org for an up-to-date list of Valley-wide locations
Services available at the NOAH Neighborhood Outreach Access to Health include:

- Complete STD testing and treatment
- HIV testing, prophylaxis and prevention
- Pregnancy testing
- Family Medicine
- Pediatric Services
- Prenatal Services
- Behavioral Health
- Psychiatric Services
- Dental Services
- Nutrition Services
- Community Resources

**The Maricopa County Public Health STD/HIV Services**
Phone: 602-506-6900
Services available at the Maricopa County Public Health STD/HIV Center include:

- Complete STD testing and treatment
- HIV testing and counseling
- Pregnancy testing

**Additional Instructions:**

**Lacerations, Cuts, Abrasions:**

☐ A ***laceration*** is an open skin wound that results from overstretching the skin or blunt force trauma (injury). There is no skin missing but it is separated and may be jagged or irregular. It will usually bleed.

☐ A ***cut*** is also a separation in the skin or tissue caused by a sharp object, such as a knife, piece of glass or razor blade. This type of injury will also bleed.

☑ An ***abrasion***, or scrape, occurs when the top few layers of skin are scraped off.

Care of lacerations, cuts, and abrasions:

- Wash hands before and after touching the area.
- Keep the wound clean by gently washing with mild soap and water 2 to 3 times each day to decrease chances of infection.
- If the area has a dressing or band-aid on it, keep it dressed or covered with a band-aid for at least the first two days. Change the dressing if it becomes wet or soiled
- Elevate the affected area if possible to increase healing.
- If bleeding starts again, apply pressure directly over the wound with a clean cloth or gauze.
- You may also use a thin layer of antibiotic ointment, such as Bacitracin ointment, on the wound.
- If your wound was closed using steri-strips, leave these in place for at least 5 to 7 days.

Call your doctor if you have: increased redness or swelling, red streaks coming from the wound, drainage that is not clear coming from the wound (yellow, white, or green), developed a fever or any new or severe symptoms.

☐ **Contusions (Bruises):** An injury caused by a blunt object or force. The force of the injury causes blood vessels under the skin to break, which may result in swelling or discoloration of the skin and pain. As it heals, the swelling will decrease and the color may change. Discoloration may not appear until a few days after the injury occurred.

Care of contusions:

- Apply ice packs for twenty minutes, four times per day for the first two-three days after the injury occurred. Cover the ice pack with a thin cloth to protect skin from cold and further injury.
- If possible, elevate the area where the contusion is above heart level to decrease swelling.

Call your doctor if you have: severe pain, excessive swelling, numbness or tingling below the injury, inability to move the injured part or new symptoms.

☐ **Genital / Anal Injuries:** May be very painful and may bleed for a day or two. The area heals quickly, usually in 2 or 3 days.

Care of genital and anal injuries:

- Keep the area clean and dry.
- Pat the area dry after urinating.
- Apply ice packs for twenty minutes, four times per day for the first 2 to 3 days after the injury occurred to decrease swelling. Cover the ice pack with a thin cloth to protect skin from cold and further injury.
- Take a sitz bath several times a day. Sit in a small amount of warm water for about 5 minutes and pat the area dry after the bath.
- Use acetaminophen (i.e. Tylenol) or ibuprofen as recommended for pain relief.

Call your doctor if you have: uncontrolled bleeding that is not your period, have pain or difficulty urinating, develop pain that becomes severe, or you develop a fever.

☐ **Head Injury (Concussion):** An injury to the brain caused by a blow to the head or a fall. It may result in headaches, dizziness, ringing in the ears, double vision, memory changes, personality changes, difficulty concentrating or fatigue. Symptoms may last from days to years.
It is not always easy to know if someone has a concussion. You don't have to pass out (lose consciousness) to have a concussion. If you received a blow to the head or think you may have a concussion, you may need to be seen by a doctor. If you were seen by a doctor, follow your doctor's instructions.

Care following a head injury:

- If possible, ask a friend or family member to stay with you for the next 24 - 48 hours to monitor and support you.
- Get plenty of sleep at night and take it easy during the day.
- Apply ice packs on any swelling for 10 to 20 minutes at a time. Put a thin cloth between the ice and your skin.
- Eat foods such as toast, rice, yogurt and tea if you have an upset stomach.
- Ask your doctor if you can take an over-the counter pain medicine such as acetaminophen (Tylenol), ibuprofen (Advil, Motrin), or naproxen (Aleve)

Call your doctor if you have: difficulty hearing, changes in your vision, a severe headache unrelieved by pain relievers, extreme drowsiness, lose memory of the event (amnesia), vomiting, confusion, trouble with your balance, or problems talking

☐ **Strangulation/Suffocation:** Is the disruption of a person's normal air and blood passage in the neck by hands or an object, such as a rope. Although there may be no visible signs of strangulation, there may be numerous effects from it. Strangulation may cause a sore throat, difficulty swallowing or breathing, dry cough, a raspy or hoarse voice, ringing of the ears, small broken blood vessels on the neck, face and scalp, reddened eyes, heartburn and feelings of "head rush". If pregnant, a miscarriage may occur. Memory problems, anxiety, insomnia, nightmares, and depression may also occur.

Care following strangulation:

- For comfort, drink extra water for hydration. Cool liquids may also help a sore throat.
- You may have small broken blood vessels on your neck or anywhere on your head. These should heal within a few days.
- If you are having anxiety, feeling depressed, having nightmares or insomnia as a result, please consider counseling to assist you with these feelings and to help prevent or decrease the chances of developing post- traumatic stress symptoms.

*Call your doctor as needed with any concerns.*

Symptoms of strangulation are very serious and may present, persist or even progress over the next several days.

Because you have reported being **"choked" or strangled**, we are providing you with the following instructions:

**Please report to the nearest ER or call 911 immediately if you notice:**

- Difficulty breathing or shortness of breath
- Loss of consciousness or "passing out"
- Changes in your voice or difficulty speaking
- Difficulty swallowing, lump in throat, or muscle spasms in throat or neck
- Tongue swelling
- Swelling to throat or neck
- Prolonged nose bleed (greater than ten minutes)
- Persistent cough or coughing up blood
- Persistent vomiting or vomiting up blood
- If pregnant, vaginal bleeding greater than 1 pad an hour
- Left or right-sided weakness, numbness, or tingling
- Headache not relieved by pain medication (Tylenol or Motrin as directed on bottle)
- Seizures
- Behavioral changes or memory loss
- Thoughts of harming self or others

**It is important that the above symptoms be evaluated by a physician. You may have reported one or more of these symptoms to your nurse. Your nurse may recommend that you be seen by a doctor at the ER.**

After evaluation, keep a log of any changes in symptoms for your physician and law enforcement. **If symptoms worsen, report to your physician or nearest ER.** You should follow-up with law enforcement regarding documentation of symptoms changes.

CONFIDENTIAL - ATTORNEYS EYES ONLY

**It is important that you have a follow-up medical screening in two weeks at the clinic or physician of your choice.** Make sure to bring your discharge instructions with you.

I understand the instructions written above and discussed by the Sexual Assault Nurse Examiner.
I have received all of my personal belongings, except those taken as evidence.

X Jaylynn Dean
Patient or Authorized Representative Signature

jw
Sexual Assault Nurse Initials

HONORHEALTH

Osborn Medical Center
7400 E. Osborn Road
Scottsdale, AZ 85251-6403
(480) 882-4000

Shea Medical Center
9003 E. Shea Boulevard
Scottsdale, AZ 85260-6709
(480) 323-3000

Thompson Peak Hospital
7400 E. Thompson Peak Pkwy
Scottsdale, AZ 85255
(480) 324-7000

Patient: Dean, Jaylynn
Collected by: J Weaver RN
Date: 11/15/23 Time: 0321
MR#20232054
DR#23-132207
JW

5. FINANCIAL RESPONSIBILITY:
I agree that in return for the services provided to the patient by the hospital or other health care providers, I will pay the account of the patient prior to discharge or make financial arrangements satisfactory to the hospital or any other providers for payment, at the rates and charges that the hospital has on file with the Arizona Department of Health Services. If an account is sent to an attorney for collection, I agree to pay collection expenses and reasonable attorney's fees as established by the court and not be a jury in any court action. A delinquent account may be charged interest at the legal rate. I request that payment of any authorized Medicare benefits be made on my behalf, I assign the benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare or any other insurer or third-party payor for payment, and I instruct and direct such payor to make payment directly to the physician or organization. Any benefits of any type under any policy of insurance insuring the patient, or any other party liabl to the patient, is hereby assigned to the hospital or to the provider group rendering service for application to patient's bil

6. Please read the packet of information given to you by the registration area when you arrived, and state whether you have accepted or declined

6 (a) Notice of Privacy Practices and Patient Rights: Accepted______ Declined______

The undersigned certifies that he/she has read the items on this form, receiving a copy thereof, and is the patient, or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

X Jaylynn Dean
Patient or Patient authorized agent

Relation To Patient

X JWeaver RN
Witness

11/15/23
Date

27310 (1/12) DTCOA

CONFIDENTIAL - ATTORNEYS EYES ONLY



Osborn Medical Center
7400 E. Osborn Road
Scottsdale, AZ 85251-6403
(480) 882-4000

Shea Medical Center
9003 E. Shea Boulevard
Scottsdale, AZ 85260-6709
(480) 323-3000

Thompson Peak Hospital
7400 E. Thompson Peak Pkwy
Scottsdale, AZ 85255
(480) 324-7000

Patient: Dean, Jaylynn
Collected by: J Weaver RN
Date: 11/15/23 Time: 0321
MR#20232054
DR#23-132207

JW

# CONDITIONS OF ADMISSION AND TREATMENT for SERIES OUTPATIENTS

1. MEDICAL AND SURGICAL CONSENT:
The patient's care is under the control of his attending physicians and the hospital shall not be held liable for following instructions of the physician. The UNDERSIGNED CONSENTS to any radiological examinations, laboratory procedures, anesthesia, medical or surgical treatment or hospital services rendered the patient under the general and special instructions of the physician. The UNDERSIGNED RECOGNIZES that all physicians furnishing services to the patient, including, but not limited to radiologists, pathologists, anesthesiologists and emergency physicians are independent contractors and not employees of the hospital.

2. RELEASE OF INFORMATION:
The patient agrees that the hospital may disclose all or any part of the patient's medical record and/or hospital charges (including information regarding ALCOHOL OR DRUG ABUSE, PSYCHIATRIC ILLNESS OR COMMUNICABLE DISEASE RELATED INFORMATION INCLUDING HIV) to any person or corporation (i) which is or may be liable or under contract to the hospital for reimbursement on this admission and/or hospital service, including but not limited to hospital/medical service companies, worker's compensation carriers, welfare funds, governmental agencies and (ii) any health care provider for continued patient care. The hospital may also disclose on an anonymous basis any information concerning my case, which is necessary or appropriate for the advancement of medical science, medical education, medical research, for the collection of statistical data or pursuant to State or Federal law, statute or regulation. Except, as above, the hospital will require the patient's written consent to release information about the patient. The patient agrees that in all instances, the original medical records (including x-rays and pathology slides) remain the property of the Hospital.

3. PATIENT RESPONSIBILITY FOR NON-COVERED SERVICES:
The hospital's contracts with health care service plans (i.e., HMO's) relate only to items and services, which are "covered" by the health care service plans. Accordingly, the undersigned accepts full financial responsibility for all items or services, which are determined by the health care service plans not to be covered. Examples of non-covered services include, but are not limited to, self-administered drugs under Medicare coverage,services not specified as being covered in the patient's contract with a health care service plan or in the benefit summary the health care service plan furnishes to the patient; hospital admissions or portions of hospital stays found not to be medically necessary; and admissions or services not authorized by the health care service plans. The undersigned agrees to cooperate with the hospital to obtain necessary health care service plan authorizations.

4. ASSIGNMENT OF INSURANCE BENEFITS:
In the event the patient, his/her authorized representative or the guarantor signing below is entitled to benefits of any type arising out of any policy of insurance insuring the patient or any other party liable to the patient, those benefits are hereby assigned to the facility for application against the patient's bill. Such payment shall discharge that insurance company of any obligation under the policy to the extent that payment has been made correctly according to the terms of the policy. The undersigned shall remain responsible for any and all charges not paid by the insurance company and/or not covered by this assignment. On select procedures, prepaid package arrangements may be available.

7310 (1/12)

Life Insurance Company | 200 Park Avenue | New York, NY 10166

HONORHEALTH

# Sexual Assault Aftercare Instructions

Name: Dean, Jaylynn
Date of Exam: 11/15/2023
MR#: 20232054
DR#: 23-132207

Forensic Nurse Examiner: jw

Diagnosis: ☒ Sexual Assault ☐ Physical Assault ☐ Intimate Partner Violence ☐ Strangulation by history ☐ Other:

## Today's Examination:

**Examination:** A Medical-Forensic Examination was completed to identify and document areas of possible injury, provide care, and collect samples and clothing that may be examined as part of the investigation of your assault. Some of the care provided may include prevention for sexually transmitted diseases and pregnancy as well as recommendation for follow-up care as outlined below.

**Evidence Collection:** Samples and clothing **may** be examined for evidence. The detective assigned to your case will determine what testing may be required by the crime laboratory on the samples and clothing collected today. Any results of this testing will go directly to the detective assigned to your case and will become part of the legal record of this assault. Please contact the detective with any questions regarding this part of the process.

**Photographs:** Photographs may have been taken that show the visible injures to your body. If injuries become more visible in the next few days, notify the police department or your Case Detective to see if additional photographs taken are needed.

Your examination and treatment today was provided on an emergency basis only. This is not a substitute for, or an effort to provide complete medical care. You must follow up with your health care provider. Tell your health care provider about any new or lasting problems. It is impossible to recognize all injuries or illnesses that may result from a sexual and/or physical assault in a single examination. It is possible that no injuries are found.
Medical Director: Dr. Alison Foster-Goldman

If you have questions regarding your examination, please call 480-312-6340

**Pregnancy Testing:** Preventing pregnancy is often a major concern. The chance of getting pregnant from a single, unprotected intercourse varies. A pregnancy test was done today. The results were Negative

**Emergency Contraception :** Emergency Contraception, also known as "morning after pills", is a way to prevent pregnancy if you were sexually assaulted, had sex without using birth control or a condom, or if your birth control method failed. You can take emergency contraception up to 5 days after unprotected sex. The sooner you use emergency contraception, the more likely it is to prevent pregnancy. Emergency contraception does not interrupt an already established pregnancy, and studies show there are no lasting side effects.

**Human Immunodeficiency Virus (HIV):**

HIV (human immunodeficiency virus) is a virus that attacks the immune system, the body's natural defense system. Without a strong immune system, the body has trouble fighting off disease. Both the virus and the infection it causes are called HIV.

You may have been given a prescription for medicine to prevent HIV. The first dose must be taken within **72 hours** of the possible contact with HIV.

Take your prescription to one of these pharmacies as soon as possible.

**Walgreens Community Pharmacy**
602-313-2042
2302 N Central Ave., Phoenix, AZ 85004

**Walgreens 24/7 Pharmacy**
602-275-7507
3605 E Thomas Rd, Phoenix, AZ 85018

Your prescription is for the first 5 days of a 28-day plan. Someone from the **NOAH Clinic** will contact you to prescribe the rest of the medicine and schedule your follow-up appointments.
You can also call the **NOAH Clinic** at 480-882-4545 to schedule an appointment.

SM
12/22

CONFIDENTIAL - ATTORNEYS' EYES ONLY

...Pharmacy
602-275-7507
3605 E Thomas Rd, Phoenix, AZ 85018

Your prescription is for the first 5 days of a 28-day plan. Someone from the **NOAH Clinic** will contact you to prescribe the rest of the medicine and schedule your follow-up appointments.
You can also call the **NOAH Clinic** at 480-882-4545 to schedule an appointment.

**Sexually Transmitted Infections (STIs):** You are at risk of getting any infections that are transferred through bodily secretions. Today's examination cannot tell if you had a sexually transmitted infection prior to the assault or as a result of the assault. Not all sexually transmitted infections can be prevented. Additional information is available for you to read in your packet. **It is recommended that you abstain from sex or use a condom until your follow-up exam.**

You Did Not have testing today for sexually transmitted diseases. If testing was done, call our office at 480-312-6340 for the results.

You may have received medications to attempt to prevent some STIs such as Gonorrhea, Chlamydia, Trichomonas, and the human immunodeficiency virus (HIV). Alcohol can cause severe reactions with some antibiotics and can make you very sick. Avoid drinking alcohol or using products that contain alcohol until you finish your prescription.

**Medications:**

***You received the following medications during your exam:***

- ☐ **Acetaminophen (Tylenol)** for pain
- ☒ **Ceftriaxone** to prevent Gonorrhea
- ☐ **Tinidazole** to prevent Trichomoniasis
- ☐ **Ondansetron** for nausea
- ☐ **Azithromycin** to prevent Chlamydia
- ☐ **Levonorgestrel (Plan B)** to prevent pregnancy
- ☐ **Tetanus Vaccine**

***You received a prescription today. Get the prescription filled as soon as possible. Take as directed. Your prescription is for:***

- ☒ **Doxycycline** to prevent Chlamydia
- ☒ **Levonorgestrel (Plan B)** to prevent pregnancy
- ☒ **Metronidazole** to prevent Trichomoniasis
- ☒ **Dolutegravir & Emtricitabine** to prevent HIV

**Follow-up Care Recommendations:**

**Counseling:** Early counseling is recommended to help prevent lasting complications associated with this type of assault. Your discharge packet contains a list of counseling options for your consideration.

**Medical Follow-up:** Follow-up examination is recommended in the next 14-21 Days, sooner if problems develop

You should be re-evaluated for: Sexually Transmitted Infections. Pregnancy.

**Call as soon as possible to schedule an appointment with your doctor or at clinic for testing.**

**STI & HIV Testing and Prevention Treatment:** Follow up testing for Sexually Transmitted Infections and HIV is recommended. If you did not receive a prescription for medicine to prevent STI and HIV, you should schedule and appoint for testing as soon as possible. You may also need to be tested for HIV in 6 weeks, at 3 months and at 6 months for accurate results. You may see your own physician or contact:

**NOAH Clinic**
Phone: 480-882-4545
NOAHHELPS.org for an up-to-date list of Valley-wide locations
Services available at the NOAH Neighborhood Outreach Access to Health include:

- Complete STD testing and treatment
- HIV testing, prophylaxis and prevention
- Pregnancy testing
- Family Medicine
- Pediatric Services
- Prenatal Services
- Behavioral Health
- Psychiatric Services
- Dental Services
- Nutrition Services
- Community Resources

**The Maricopa County Public Health STD/HIV Services**
Phone: 602-506-6900
Services available at the Maricopa County Public Health STD/HIV Center include:

- Complete STD testing and treatment
- HIV testing and counseling
- Pregnancy testing

**Additional Instructions:**

SM
12/22

CONFIDENTIAL - ATTORNEYS EYES ONLY

fied of all criminal proceed... to locate me from Defendant and/or ... m is incapac... er current ... waiver of ... he approp... Resources

**Lacerations, Cuts, Abrasions:**

☐ A ***laceration*** is an open skin wound that results from overstretching the skin or blunt force trauma (injury). There is no skin missing but it is separated and may be jagged or irregular. It will usually bleed.

☐ A ***cut*** is also a separation in the skin or tissue caused by a sharp object, such as a knife, piece of glass or razor blade. This type of injury will also bleed.

☑ An ***abrasion***, or scrape, occurs when the top few layers of skin are scraped off.

Care of lacerations, cuts, and abrasions:

- Wash hands before and after touching the area.
- Keep the wound clean by gently washing with mild soap and water 2 to 3 times each day to decrease chances of infection.
- If the area has a dressing or band-aid on it, keep it dressed or covered with a band-aid for at least the first two days. Change the dressing if it becomes wet or soiled
- Elevate the affected area if possible to increase healing.
- If bleeding starts again, apply pressure directly over the wound with a clean cloth or gauze.
- You may also use a thin layer of antibiotic ointment, such as Bacitracin ointment, on the wound.
- If your wound was closed using steri-strips, leave these in place for at least 5 to 7 days.

Call your doctor if you have: increased redness or swelling, red streaks coming from the wound, drainage that is not clear coming from the wound (yellow, white, or green), developed a fever or any new or severe symptoms.

☐ **Contusions (Bruises):** An injury caused by a blunt object or force. The force of the injury causes blood vessels under the skin to break, which may result in swelling or discoloration of the skin and pain. As it heals, the swelling will decrease and the color may change. Discoloration may not appear until a few days after the injury occurred.

Care of contusions:

- Apply ice packs for twenty minutes, four times per day for the first two-three days after the injury occurred. Cover the ice pack with a thin cloth to protect skin from cold and further injury.
- If possible, elevate the area where the contusion is above heart level to decrease swelling.

Call your doctor if you have: severe pain, excessive swelling, numbness or tingling below the injury, inability to move the injured part or new symptoms.

☐ **Genital / Anal Injuries:** May be very painful and may bleed for a day or two. The area heals quickly, usually in 2 or 3 days.

Care of genital and anal injuries:

- Keep the area clean and dry.
- Pat the area dry after urinating.
- Apply ice packs for twenty minutes, four times per day for the first 2 to 3 days after the injury occurred to decrease swelling. Cover the ice pack with a thin cloth to protect skin from cold and further injury.
- Take a sitz bath several times a day. Sit in a small amount of warm water for about 5 minutes and pat the area dry after the bath.
- Use acetaminophen (i.e. Tylenol) or ibuprofen as recommended for pain relief.

Call your doctor if you have: uncontrolled bleeding that is not your period, have pain or difficulty urinating, develop pain that becomes severe, or you develop a fever.

SM
12/22

CONFIDENTIAL - ATTORNEYS EYES ONLY

or a day or two. The area heals quickly, usually in 2 or 3 days.

rst 2 to 3 days after the injury occurred to
kin from cold and further injury.
rm water for about 5 minutes and pat the area

r pain relief.

e pain or difficulty urinating, develop pain th...

HONC

**It is important that you have a follow-up medical screening in two weeks at the clinic or physician of your choice.** Make sure to bring your discharge instructions with you.

I understand the instructions written above and discussed by the Sexual Assault Nurse Examiner.
I have received all of my personal belongings, except those taken as evidence.

X Jaylynn Dean
Patient or Authorized Representative Signature

jw
Sexual Assault Nurse Initials

SM
12/22

CONFIDENTIAL - ATTORNEYS EYES ONLY