

Join the #DONTSTANDBY movement
and together, we can help stop
sexual assault before it starts.

Stand up,
don't stand by.

# #DONTSTANDBY

Going out to a bar, club or party should be fun AND safe. That's why Uber and NO MORE joined forces to help stop sexual assault before it starts, encouraging friends to look out for each other and engaging the nightlife community and drivers to be part of the solution. Check out some general tips below on how you can help stand up to sexual assault and then learn more throughout the site on how to get further involved. #DontStandBy

# STAND TOGETHER

Preventing sexual assault starts with having each other's back. Here are some ways you can help keep your friends, customers, and riders safe on any given night. Share these tips to spread the word and help stop sexual assault before it happens.

## KEEP WATCH

Whether it's obvious unwanted advances or uncomfortable body language, it's up to all of us to watch for signs that something isn't right. Keep an eye out to make sure no one needs help.





## TRUST YOUR GUT

If it feels like something is off, it probably is. Don't brush it off, trust your instincts. If you don't help, who will?

## STEP IN

After you've decided to step in, it's important to follow through. Preventing sexual assault can be as simple as asking, "Are you okay?"





## CALL BACK UP

You don't have to stand alone. If you feel like you need help, you can grab a friend, bartender, or security staff to help address a potentially dangerous situation.

## CHECK YOUR RIDE

There are a lot of silver hybrids out there. Be sure the Uber you ordered is the one you get in. To do this, double-check the car's make and model, the license plate and the driver's photo.




SHARE TIPS

## I PLEDGE TO HELP STOP SEXUAL ASSAULT BEFORE IT STARTS

FIRST NAME | LAST NAME | EMAIL ADDRESS | PLEDGE

Read our privacy policy here | Learn more ways to take action here

Stand up,
don't stand by.

NATIONAL SEXUAL ASSAULT HOTLINE
1-800-656-4673
CHAT ONLINE: ONLINE.RAINN.ORG

CONTACT US
UBER'S DRIVING CHANGE INITIATIVE
PRIVACY POLICY

AN INITIATIVE BY
Uber + NO MORE

Trial Exhibit No.
P-02148

P-02148.00001

NO MORE

THE KNOW MORE BLOG

# Stand Up, Don't Stand By—Continuing to Drive Change with Uber

PUBLISHED
Feb 06, 2019

BY
NO MORE



P-02148.00002



## We know the past several years have brought some incredible change in how society addresses sexual assault and domestic violence, but there's always more we can do to keep pushing for a better, safer world for all of us. That's why the NO MORE community is continuing to take action where it counts.

That includes engagement with the companies and services we use every single day—which is why we're proud to partner with Uber, local law enforcement, service industry, and local rape crisis centers on a new campaign—"Stand up, Don't Stand By"— to promote safety and help prevent sexual assault before it starts.

Going out is supposed to be about friends and fun, but sometimes that's not the case. That's why we're working across all sectors to launch a coordinated effort to stop sexual assault before it starts by encouraging



P-02148.00003

friends and other bystanders to step in and intervene when they see something. The end goal is to ensure respect, safety, and fun are all a part of going out—from the club door to the car door to the front door.

The new campaign, which will appear inside bars and around metropolitan areas, is initially focused on two nightlife hubs—Las Vegas, Nevada and Los Angeles, California—and includes messages and educational tips for friends out on for a night on the town, nightlife staff, and Uber drivers as well as outdoor billboards rolling out in Las Vegas and Los Angeles next week. At the same time, participating bars have received a staff training, run by the local rape crisis centers, to help identify individuals in need or incidents that require intervention. ***Interested in participating? Request a training here.***



P-02148.00004