US | Jul 23, 2025

# Coming Soon: Women Preferences

—— Written by Camiel Irving, VP of Operations, US & Canada



At Uber, we believe that when we make our platform better for women, we make it better for everyone.

Across the US, women riders and drivers have told us they want the option to be matched with other women on trips. We've heard them—and now we're introducing new ways to give them even more control over how they ride and drive.

For the first time in the US, we're launching Women Preferences—features designed to give women riders and drivers more choice, more confidence, and more flexibility when they use Uber.

Pilots will begin in Los Angeles, San Francisco, and Detroit in the next few weeks.

Here's how it works:

## For Riders



Women riders will soon have more ways to choose rides with women drivers:

- Request on-demand: When requesting a trip on demand, women riders will see an option called Women Drivers. If the wait time is longer than anticipated, they can always opt for another ride with a faster pickup.
- Reserve in advance: For more planning and certainty, women riders can use Reserve to pre-book a trip with women drivers.
- Set a preference: Riders can set a preference for a woman driver in their app settings. While it's not guaranteed, turning on the Women preference increases your chances of being matched with a woman driver.



## For Drivers

Women drivers will soon have the option to request trips with women riders, including during peak earning hours like evenings. This means more opportunities to earn on their terms with flexibility and confidence.

Women drivers can simply toggle on the "Women Rider Preference" in their app settings. If they want to receive trip requests from all riders, they can turn the preference off at any time.

## A Feature Shaped by Real Feedback

When we first launched Women Rider Preference in Saudi Arabia in 2019 following a landmark law granting women the right to drive, the response was overwhelmingly positive. Since then the feature has expanded to 40 countries, completing over 100 million trips.




Of course, riders wanted the same choice. But making this work reliably—not just symbolically—required thoughtful design. Most drivers are men, so we've worked to ensure this feature was truly usable in different places around the world. We tested, listened, and refined it in markets like Germany and France, adapting the feature to real-world rider and driver behaviors. As a result, in a first for the industry, we're able to launch more reliable features that offer women riders multiple ways to be matched with a woman driver.

As we expand Women Preferences across the U.S., we'll continue improving the experience through education, partnerships, and features.

## The latest Uber news

US | Dec 22

How We Keep Our Platform Safe: Understanding Uber'…

Every ride begins with trust. Trust that your driver has been vetted, their identity verified, and that you have the tools to stay safe.



US | Dec 15

America's lunch orders, revealed: the trends that…



US | Dec 15

We can't spell Uber without 'U'!



US | Dec 11

Driving Change: Moving Forward Together

US | Dec 10

Uber Direct brings same-day delivery to Shopify

Uber Direct is now available to Shopify Plus merchants across the U.S., Canada, and France.



US | Dec 9

Help for the holidays

View more news >



Trial Exhibit No.

P-02158

© 2025 Uber Technologies Inc.



P-02158.00001