# Uber Newsroom

News    **Company info**    Leadership    Media assets

**2008**                                         2009

# Rides are rare on a snowy night

### December 2008

On a cold winter evening in Paris, Travis Kalanick and Garrett Camp couldn't get a ride. That's when the idea for Uber was born.



Trial Exhibit No.
P-02317

P-02317.00001

Uber Newsroom

News    Company info    Leadership    Media assets

2008                          **2009**                          2010

# Uber launches in San Francisco

## March 2009

The 2 entrepreneurs developed a smartphone app that let people tap a button and get a ride.



P-02317.00002

# Uber Newsroom

News    **Company info**    Leadership    Media assets

2009                              **2010**                              2011

## The first-ever Uber trip

### July 5, 2010

The first Uber rider requested a trip across San Francisco.



P-02317.00003

12/29/25, 2:19 PM    Our History | Uber - Uber's Timeline | Uber Newsroom

**Uber** Newsroom

News    **Company info**    Leadership    Media assets

2010    **2011**    2012

# Bonjour, Paris!

### December 2011

Uber launched internationally in the same city where the idea was born 3 years earlier.



P-02317.00004

**Uber** Newsroom          News    **Company info**    Leadership    Media assets

2011                              **2012**                              2013

# Bringing sweets to the streets

### July 2012

For the first time in Uber's history, riders could request on-demand ice cream delivery in 7 cities across the US.



P-02317.00005

Our History – Uber's Timeline | Uber Newsroom

Uber Newsroom                    News    **Company info**    Leadership    Media assets

2012                            **2013**                            2014

# The purrrfect partnership

### October 2013

Together with animal shelters across the US, we launched UberKITTENS. Riders requested 15 minutes of snuggle time with a furry friend, and all proceeds benefited local shelters.



P-02317.00006



2013                                April 2014                                2015

■  ○  ○  ○  ○  ○

# Connecting riders in 100 cities



P-02317.00007

Case 3:23-md-03084-CRB    Document 5257-17    Filed 02/17/26    Page 8 of 35

2013                                    **May 2014**                                    2015

○ ■ ○ ○ ○ ○

# Spreading goodwill

## May 2014

With #UberSpringCleaning, riders requested on-demand donation pickups and gave more than 5,000 pounds of clothes to Goodwill.



P-02317.00008

A History of Uber – Uber's Timeline | Uber Newsroom



P-02317.00009

# Uber Newsroom

News     **Company info**     Leadership     Media assets

2013                                    **June 2014**                                    2015

○  ○  ■  ○  ○  ○

## Love is love

### June 2014

On the one-year anniversary of marriage equality passing in California, UberWEDDING gave 8 couples the opportunity to say "I do." The ceremonies were a spontaneous celebration of love and just one way we show our support for Pride and the LGBTQ+ community.

[Watch the video  >](#)



P-02317.00010

News   Company info   Leadership   Media assets

# Uber Newsroom

2013                          **August 2014**                          2015

○  ○  ○  ■  ○  ○

## UberPool launches in San Francisco

### August 2014

Riders headed in the same direction were now able to share a ride and share the cost, an idea that could help streets become less congested and cities less polluted with every ride.

Read about it  >



P-02317.00011

## Uber Newsroom

News    Company info    Leadership    Media assets

2013                    **September 2014**                    2015

○  ○  ○  ○  ■  ○

# Saluting the US military

## September 2014

Former Secretary of Defense Dr. Robert Gates partnered with Uber to create UberMILITARY. Eighteen months later, more than 50,000 military personnel and their family members were earning money driving with Uber.



P-02317.00012

## Uber Newsroom

News    **Company info**    Leadership    Media assets

2013        **December 2014**        2015

○ ○ ○ ○ ■

# Feeding the needs of hungry kids

## December 2014

Uber partnered with No Kid Hungry, as well as drivers and riders across the country, to donate #5MillionMeals to children in need.

Watch the video  >



P-02317.00013

History | Uber's Timeline | Uber Newsroom

## Uber Newsroom

News    Company info    Leadership    Media assets

2014                    **January 2015**                    2016

■  ○  ○  ○  ○  ○

# Moving toward safer cities with MADD

## January 2015

To help reduce drunk-driving incidents around the US, we started a partnership with MADD that has remained in place for years.

See the reasons to ride  >



P-02317.00014

# Uber Newsroom

News    **Company info**    Leadership    Media assets

2014                        **March 2015**                        2016

○  ■  ○  ○  ○  ○

## On-the-way baby
**March 2015**

The first baby born during an Uber trip happened in New York City while on the way to the hospital.

Read about it  >



P-02317.00015

# Uber Newsroom

News     **Company info**     Leadership     Media assets

2014                 **April 2015**                 2016

## Moving into food delivery

### April 2015

Uber Eats made its debut in Chicago, LA, and New York City, letting people enjoy on-demand deliciousness.



P-02317.00016

Uber's Timeline | Uber Newsroom

# Uber Newsroom

News    **Company info**    Leadership    Media assets

2014                    **May 2015**                    2016

○ ○ ○ ■ ○ ○

# Expanding opportunities for deaf and hard-of-hearing drivers

**May 2015**

"Partnering with Uber gives me the financial independence to follow my dreams."

—Larry Cotten Jr., filmmaker and deaf driver

Read about it  >



P-02317.00017

# Uber Newsroom

News    Company info    Leadership    Media assets

2014                    **December 2015**                    2016

○ ○ ○ ○ ■ ○

# A historic vote in Saudi Arabia

## December 2015

For the first time in history, Saudi Arabian women were given the right to vote (and the option to request a free ride to the polls). But this was just the start of a new era of equality. Soon after, women were in the driver's seat exploring opportunities they never had before.

[See how they were welcomed  >](#)



P-02317.00018

## Uber Newsroom

News    **Company info**    Leadership    Media assets

2014    **December 2015**    2016

○ ○ ○ ○ ■

# 1 billion trips and counting

## December 30, 2015

Five and a half years after the first trip, Uber reached 1 billion.



P-02317.00019

12/29/25, 2:25 PM    Our History | Uber's Timeline | Uber Newsroom

## Uber Newsroom

News    **Company info**    Leadership    Media assets

2015                        **September 2016**                        2017

■  ○

# The first self-driving vehicle pilot

## September 2016

The self-driving pilot program launched in Pittsburgh. Now local riders could get a self-driving vehicle when they requested their next trip.



P-02317.00020

# Uber Newsroom

News    **Company info**    Leadership    Media assets

2015          **December 2016**          2017

## Connecting riders in 500 cities



P-02317.00021

## Uber Newsroom

News    **Company info**    Leadership    Media assets

2016                                    **May 2017**                                    2018

■ ○ ○ ○ ○

# In it for the long haul

## May 2017

Uber Freight launched to connect trucking companies and their drivers directly with shippers, which allowed carriers to make hassle-free bookings.

Learn more >



P-02317.00022

# Uber Newsroom

News    **Company info**    Leadership    Media assets

2016                              **May 2017**                              2018

○ ■ ○ ○ ○

# 5 billion trips and counting

## May 20, 2017

At the exact moment we reached this milestone, 156 trips were starting in more than 24 countries.



P-02317.00023

2016                          **June 2017**                          2018

○  ○  ■  ○  ○

# 180 Days of Change

## June 2017

We launched a 6-month initiative to improve the driver experience and incorporate new features they had requested, such as tipping.



P-02317.00024

12/29/25, 2:26 PM    Celebrating 5 years − Uber's Tribute | Uber Newsroom

## Uber Newsroom

News    **Company info**    Leadership    Media assets

2016                    **November 2017**                    2018

# $1 million for Meals on Wheels

### November 2017

To help deliver even more meals to seniors, we provided free rides to the volunteers who bring food and friendship, and we also made a donation directly to the Meals on Wheels America organization.



P-02317.00025

12/29/25, 2:26 PM    Uber History | Uber's Timeline | Uber Newsroom

## Uber Newsroom

News    Company info    Leadership    Media assets

2016    **December 2017**    2018

○ ○ ○ ○ ■

# Self-driving vehicles reach 2 million miles

### December 2017

In just 100 days, our fleet of self-driving vehicles went from 1 million autonomous miles to 2 million, driving an average of 80,000 miles per week.



P-02317.00026

# Uber Newsroom

News    **Company info**    Leadership    Media assets

2017                                                    **March 2018**                                                    2025

■  ○  ○  ○  ○  ○  ○

## Helping to remove a barrier to care

### March 2018

Every year, millions of Americans miss doctor appointments due to a lack of reliable transportation. Uber Health provides our healthcare partners with technology that lets them schedule rides for patients, caregivers, and staff.



P-02317.00027

# Uber Newsroom

News    **Company info**    Leadership    Media assets

2017            **June 2018**            2025

○ ■ ○ ○ ○ ○ ○

# To go forward, we must go together

## June 2018

Every day, we stand with the LGBTQ+ community on the journey to equality. During this Pride Month, our larger-than-life rainbow flag traveled from city to city, connecting our community across continents.



P-02317.00028

# Uber Newsroom

News    Company info    Leadership    Media assets

2017                    **June 2018**                    2025

○    ○    ■    ○    ○    ○    ○

# 10 billion trips and counting

### June 10, 2018

In more than 21 countries across 5 continents, 173 trips and deliveries started simultaneously. And the journey to our next 10 billion trips began.



P-02317.00029

# Uber Newsroom

2017                    **September 2018**                    2025

○ ○ ○ ■ ○ ○ ○

## We ignite opportunity by setting the world in motion

### September 2018

It's our mission to open the door to opportunity for millions of drivers and riders around the world. The idea of helping people get from A to B is the same, but with a new purpose, customer focus, and global identity.

Learn more  >



P-02317.00030

**Uber** Newsroom

News    **Company info**    Leadership    Media assets

2017    **September 2018**    2025

○  ○  ○  ○  ■  ○  ○

# Committed to sustainable cities

### September 2018

What does the movement of millions of drivers and riders through their cities today mean for tomorrow? Our Fund for Sustainable Mobility will contribute to ideas and campaign for policies that are future-focused, like congestion pricing, infrastructure for e-bikes, and better data for better design.



P-02317.00031

Uber History | Uber's Timeline | Uber Newsroom

# Uber Newsroom

News    **Company info**    Leadership    Media assets

2017    **October 2018**    2025

○ ○ ○ ○ ○ ■ ○

## Your right, your ride

### October 2018

With Election Day around the corner, we wanted to do our part to drive the vote. So we partnered with When We All Vote to provide drivers and riders with registration tools, as well as #VoteTogether and Democracy Works to offer free rides to the polls.



P-02317.00032



P-02317.00033

# Uber Newsroom

News    **Company info**    Leadership    Media assets

2017          **November 2018**          2025

○ ○ ○ ○ ○ ■

# Making destinations more accessible

## November 2018

A new partnership with MV Transportation brought its fleet of drivers and hundreds of wheelchair-accessible vehicles (WAVs) into the Uber app. That means riders in wheelchairs no longer have to wait more than about 15 minutes for rides in 6 major US and Canada cities.



P-02317.00034

2018                                          **2025**

# The journey continues

Thank you for following Uber as we help our cities move, work, and thrive.



P-02317.00035