# P-02340

Personal photos and/or videos of Plaintiff Jaylynn Dean



Trial Exhibit No.

**P-02340**









**Jaylynn Dean**
December 16, 2025 · 🌐

the barbie saga continues!!💗💗

from flight attendant ✈️ to 911 dispatcher 🚓 to now nursing student 🩺 and soon, a future nurse!! 🥼 after trying a few different paths, I can finally say I've found my passion. dispatching really showed me how much I love helping people, and now I get to take that to the next level. 🥺 this journey has been SO wild but SO worth it.

i am also so so grateful to share that I received a scholarship from saint francis hospitals in oklahoma, which means my tuition is FULLY covered and I have a guaranteed job with them upon graduation!! god is so so good y'all and his timing is beyond perfect.

big shoutout to my family, friends, and coworkers for all the love, support, and patience through prereqs, late nights, and all my school meltdowns lol... y'all are saints🫶🏼⚪

i officially start clinicals in january 🩺✨ and I'm so excited (and very proud) for this next chapter 🥹



















P-02340_.00015













Instagram Post: 1/2
Date: September 10, 2022



















P-02340_.00031



















# Saint Francis RN Scholarship

Inbox 

**Espino, Amand...**   4:15 PM    

to   ⌄

On behalf of the Saint Francis Scholarship Committee, it is with great pleasure that we inform you of your selection as a recipient of our RN Scholarship! Based on your current enrollment and anticipated graduation date, you are eligible for **4 semesters** of funding. Your participation in our scholarship program is contingent upon a background check, and you will receive a link from Universal background shortly. Here are a few guidelines to get the process started: