| | |
|---|---|
| **Message** | |
| **From**: | Mariana Esteves [mariana.esteves@uber.com] |
| **Sent**: | 3/13/2024 9:28:24 PM |
| **To**: | Chris Meschino [meschino@uber.com] |
| **CC**: | Sameer Kapoor [sameer.kapoor@uber.com]; Can Akçevin [canakcevin@uber.com]; Shimul Sachdeva [shimul@uber.com]; Gaurav Nanda [gaurav.nanda@uber.com]; Emre Demiralp [emre.demiralp@uber.com]; Natalia Galvez [nat@uber.com]; Sunny Wong [sunny.wong@uber.com]; Alfonso Amaya [alfonso.amaya@uber.com]; Dorna Bandari [dorna@uber.com]; Gabriel Saca [gabriel.saca@uber.com]; Arda Zuber [arda@uber.com]; Hannah Nilles [nilles@uber.com]; Mike Akamine [mike.akamine@uber.com]; Rafael Rubia [rafael.rubia@uber.com]; Margalit Kluger Tamir [margalit@uber.com]; Stacy Carlson [scarlson@uber.com]; Sahar Hemmati [sahar.hemmati@uber.com]; Lior Seeman [lseema@ext.uber.com]; Susan Muehrcke [smuehrcke@uber.com]; Mas-ud Hussain [mas-ud.hussain@uber.com]; Daniel Kolta [dkolta@uber.com]; Cory Freivogel [cory.freivogel@uber.com]; Greg Brown [gbrown@uber.com]; Mariane Romildo dos Santos [mariane.romildo@uber.com] |
| **Subject**: | Re: S-RAD Product Type Issue |

ACP

Hey Chris,

answering your questions but also open for @Sameer Kapoor @Sunny Wong @Daniel Kolta and @Gabriel Saca to jump in:

1. I'd say it's more than a matter of comms and notice.
Our teams need to consult each other on any major changes that could impact the other. We suggest to add Safety Team in the RAPIDs for product changes to the marketplace, and the marketplace should be in RAPIDs for major S-RAD changes (we already have peer-reviews and approvals within MP team, but we need to make sure we have the right POCs listed).

2. Changes we made to adapt S-RAD were significant. So simply rolling back isn't a straightforward exercise, specially from a Safety Impact (prevented Incidents) perspective.

We're not opposed to changing it back tho, we just need to re-evaluate and assess how that would be done and what would be the Safety impact trade-off.


On Wed, Mar 13, 2024 at 2:46 PM Chris Meschino <meschino@uber.com> wrote:
> Thanks all! Two open questions from me:

1.   Seems the main miss here was comms and guardrails? How are we addressing that?

2.   Also, I don't fully understand how, if we switched to a hard filter to handle holdoffs, we aren't switching back without holdoffs? This does not seem like a principled take?

CONFIDENTIAL

Trial Exhibit No.
P-02341

UBER_JCCP_MDL_003065941

P-02341.00001

On Tue, Mar 12, 2024 at 7:19 PM Mariana Esteves <mariana.esteves@uber.com> wrote:
Hello folks, thanks to everyone who joined the clarification call today between Safety and Marketplace teams.

Here are the key takeaways from the meetings and main AIs:

1.    SRAD now operates in a Hard Filter manner, a change that was made in March 2023, per recommendation of the Matching team, after the MFS launch. The change was made to recover SRAD's performance that was impacted by MFS (at the time, SRAD functioned as a Soft Filter);

2.    However, the Marketplace team rolled back MFS completely in October/23 and rolled back all other holdoff mechanisms in March 2024. Matching team is requesting that Safety reassess bringing SRAD back to Soft Filter approach, in order to reduce impact on Spinner Time and optimize impact in other marketplace metrics.

3.    We've aligned that we won't be making changes on how SRAD operates (hard filter) immediately, given the potential safety impact of that decision, but we've aligned on:

a.    **Marketplace Team's Request:** Asses if we could do a switchback / backtest the impact of hard filtering against soft filtering, focusing on key marketplace metrics and understanding what the safety impact would be. Safety team has committed to evaluating this in high priority

b.    **Safety Team's Request:** Because SRAD already keeps a holdout group for numerous months, MP and Safety AS/DS will analyze impact of SRAD on C/R and spinned time using the data from the existing holdout group.

Given the high priority, we agreed to regroup in 1 week to review AIs and finalize a recommendation.


On Tue, Mar 12, 2024 at 5:43 PM Sameer Kapoor <sameer.kapoor@uber.com> wrote:
+Shimul Sachdeva +Gaurav Nanda

On Tue, Mar 12, 2024 at 9:35 AM Can Akçevin <canakcevin@uber.com> wrote:
To clarify:

- Out of all the filtered plans for heldoff jobs, S-RAD accounts for **4-18%** depending on the city
- Out of all jobs, S-RAD filter rate ranges from **1-4%**
- It is likely this has an impact on spinner time. We are currently investigating S-RAD's impact on tail spinner jobs

You can find a more detailed summary here.

On Tue, Mar 12, 2024 at 12:02 PM Emre Demiralp <emre.demiralp@uber.com> wrote:
Thanks team. S-RAD holding off 4-18% jobs in matching scans is substantial and will definitely impact Arrow.

Just to be clear Can, what percent of the 4-18% holdoffs are coming from S-RAD ?

We will most likely need XP to reassess impact and rethink the integration as Can/Chris describes.

On a related note, question for the S-RAD team : In the 2022 XP we had aligned on
**Continuous monitoring: a weekly job that monitors S-RAD impact on the marketplace will be created.** as indicated in the Switchback doc.
Have we been monitoring as originally intended and if so is there a dashboard or logs we can see ?

On Tue, Mar 12, 2024 at 8:43 AM Natalia Galvez <nat@uber.com> wrote:
+Alfonso Amaya for vis

Natalia Galvez
Group Product Operations
415.260.3208 | nat@uber.com

On Tue, Mar 12, 2024 at 7:58 AM Sunny Wong <sunny.wong@uber.com> wrote:
The model's primary focus is on reducing serious sexual assault and sexual misconduct incidents on the platform so it's trained on relevant safety incident reports based on our safety taxonomy. The reason why the interventions are at the plan level as it needs to assess risk based on rider and driver pairing along with trip context (ToD - night time trips are generally riskier, location - bars/restaurants and safety incidents reported in area). For users, we're taking into account their trip and feedback history such as safety incidents reported against them.

CONFIDENTIAL

P-02341.00003

UBER_JCCP_MDL_003065943

Here's a doc that overviews the S-RAD Switchback design that we worked with Marketplace to validate a few years back.

Looking forward to chatting more with the group on their findings.

- Sunny

On Mon, Mar 11, 2024 at 6:07 PM Dorna Bandari <dorna@uber.com> wrote:
> I am missing some context here and the docs seem to be locked - why is there a risk filter on specific matching plans, rather than for example, on a driver or route? What kind of risk is it capturing, how is it trained, etc?
>
> On Mon, Mar 11, 2024 at 5:09 PM Can Akçevin <canakcevin@uber.com> wrote:
>> Hi everyone,
>>
>> We've identified the following potential issues with S-RAD:
>>
>> • S-RAD contributes significantly to the percentage of plans filtered in matching. The filter rate for jobs held off within a scan ranges from **4-18%** across multiple high volume cities. This may lead to an increase in P90 spinner time, which is currently under investigation.
>>
>> • Previous switchback designs for the S-RAD Hard Filter launch might not have allowed us to detect changes in C/R and Spinner Time. Additionally, standardized metrics in umetric were not used for measurement due to the XP design (80-20).
>>
>> Our proposed next steps are as follows:
>>
>> 1. Roll back the recent S-RAD Hard Filter launch and revert to the previous soft filter set up
>>
>> 2. Re-run the Hard Filter XP in a clean switchback (50-50) with sufficient power to measure changes in C/R and Spinner Time
>>
>> 3. Moving forward, adhere to marketplace standards for measuring impact on C/R. We can consider adding future XPs to PIMS XP reviews.
>>
>> Let's reconnect our teams, as there might have been a gap in communication resulting from attrition.
>>
>> For further details, please see our team's analysis here.
>>
>> Thanks,
>> Can
>>
>> On Mon, Mar 11, 2024 at 5:53 PM Chris Meschino <meschino@uber.com> wrote:
>>> +Can Akçevin who is leading a quick followup here
>>>
>>> On Mon, Mar 11, 2024 at 8:57 AM Sunny Wong <sunny.wong@uber.com> wrote:

CONFIDENTIAL

P-02341.00004

UBER_JCCP_MDL_003065944

On the data side, please include @Gabriel Saca and @Arda Zuber.

On Mon, Mar 11, 2024 at 8:51 AM Natalia Galvez <nat@uber.com> wrote:
+Hannah Nilles for vis

Natalia Galvez
Group Product Operations
415.260.3208 | nat@uber.com

On Mon, Mar 11, 2024 at 6:52 AM Mariana Esteves <mariana.esteves@uber.com> wrote:
POCs On the Product side:
@Rafael Rubia and myself.

On the Eng side: @Sameer Kapoor

On Mon, Mar 11, 2024 at 9:36 AM Mike Akamine <mike.akamine@uber.com> wrote:
As discussed with Chris on Friday, let's please find a time to meet today on the observations. We should be aligning between our teams not escalating independently before we even agree on what we're seeing. I would like us to be diligent here but not impact our current plans unless we have reasonable conviction in marketplace degradation caused by this so let's prioritize having the right leads closest to the data meet ASAP even if we're not able to find a slot for this large group to meet.

@Margalit Kluger Tamir  What's our current launch schedule?
@Sunny Wong @Mariana Esteves Can you share POCs Chris' team should work with?

On Sun, Mar 10, 2024 at 8:45 PM Chris Meschino <meschino@uber.com> wrote:
Hi Margalit - please pause on any rollout here until we've had a chance to review these changes at PIMS leadership level as we are seeing potential marketplace degradation - Mike can fill you in.

CONFIDENTIAL

P-02341.00005

UBER_JCCP_MDL_003065945

Thanks,

Chris

On Sun, Mar 10, 2024 at 7:17 PM Margalit Kluger Tamir <margalit@uber.com> wrote:
+Mike Akamine  +Natalia Galvez  +Mariana Esteves  +Sunny Wong

Hi Emre and team,

Wanted to provide some more context from the tech side. We are re-enabling S-RAD to all mobility non-UberX products. We have seen that Serious Sexual Assault / Sexual Misconduct Incident Rate Reduction is 11.8%; more specifically, 10.9% for UberX and 14.8% for Non-X products (globally, where live) so this will help drive towards better safety outcomes for our users. In addition, we do not observe a statistically significant impact in Avg Post-Depatch ETA and C/R for non-UberX trips in current S-RAD markets. In the few cases where there was impact to P95 or P99 Post-Dispatch ETA, it was well below previously accepted bounds (3%).

We presented this to Gus earlier this week and got his greenlight to re-enable asap, given the great safety benefit.

Please let us know if you have any questions,
Margalit

On Fri, Mar 8, 2024 at 1:07 AM Chris Meschino <meschino@uber.com> wrote:
+Stacy Carlson  +Sahar Hemmati  +Lior Seeman

On Thu, Mar 7, 2024 at 3:04 PM Emre Demiralp <emre.demiralp@uber.com> wrote:
+Chris Meschino  +Mas-ud Hussain
+Dorna Bandari

Thanks, Susan. Adding leads here.

On Thu, Feb 29, 2024 at 2:48 PM Susan Muehrcke <smuehrcke@uber.com> wrote:
**A/C Privilege**

Hi Emre,

The Product team recently discovered that S-RAD has been active for additional Mobility products rather than just UberX since January 2020.

CONFIDENTIAL

P-02341.00006

UBER_JCCP_MDL_003065946

I wanted to flag this <u>impact analysis</u> to you since your team should be informed and consulted for any marketplace considerations if we continue to trigger SRAD for non-X trips.

I imagine there are certain non-X products we should consider excluding for different demand reasons, and hoping you can work with the Product team on this.

Thanks,
Susan


--

**Susan Muehrcke**
Sr. Safety Operations Manager, Personal Safety | Uber Chicago


--

**Emre Demiralp Director of Product | Marketplace Mobility Matching & Driver Pricing**

--
Margalit Kluger Tamir



Senior Product Operations Manager | Safety

--
**Mariana Esteves**
Group Product Manager - Safety

--
**Emre Demiralp Director of Product | Marketplace Mobility Matching & Driver Pricing**

--
**Mariana Esteves**
Group Product Manager - Safety

--
**Mariana Esteves**
Group Product Manager - Safety

CONFIDENTIAL

P-02341.00008

UBER_JCCP_MDL_003065948