WSJ   Barron's   MarketWatch   IBD                                                                WSJ | Buy Side

ROBERT JOHNSON ▼

English Edition | Print Edition | Video | Audio | Latest Headlines | More

Latest | World | Business | U.S. | Politics | Economy | Tech | Markets & Finance | Opinion | Arts | Lifestyle | Real Estate | Personal Finance | Health | Style | Sports

QUOTES & COMPANIES

VIEW ALL COMPANIES

# Uber Technologies Inc.
UBER (U.S.: NYSE)

＋ ADD TO WATCHLIST

AT CLOSE 4:00 PM EDT 08/15/25
$**92.60** USD 1.20 1.31% ▲

AFTER HOURS 8:00 PM EDT 08/15/25
$**92.47** -0.13 -0.14% ▼
AFTER HOURS VOL 1,021,154

5D                                                                                                    $    %

Aug 11       Aug 12        Aug 13        Aug 14        Aug 15
Volume                                                65 Day Avg Vol
15,841,814                                            20,081,209

1 Day Range                                           52 Week Range
90.86 - 93.90                                         59.33 - 97.715
                                                      (12/17/24 - 07/09/25)

**OVERVIEW** | PROFILE | FINANCIALS ▼ | RESEARCH & RATINGS ▼ | ADVANCED CHARTING

## NEWS (UBER)

**07/17/25 Barron's**
Lucid Stock Jumps On Robo-Taxi Partnership With Uber

**05/07/25 Barron's**
Uber Stock Tumbles on First-Quarter Earnings. Here's Why.

**04/21/25 Barron's**
Uber Stock Falls as FTC Claims Uber One Misleads Customers

**03/12/25 Barron's**
Uber Will Get a Robo-Taxi Boost. Why It's Time to Buy the Stock.

KEY STOCK DATA    ?

P/E Ratio (TTM)
**15.71** (08/15/25)

EPS (TTM)
$**5.89**

Market Cap
$**193.11 B**

Shares Outstanding
**2.09 B**

Public Float
**2.00 B**

Yield
UBER is not currently paying a regular dividend.



COMPETITORS (UBER)

Company        Change        P/E (TTM)

Trial Exhibit No.
**P-02351**

| | | | |
|---|---|---|---|
| 02/14/25 The Wall Street Journal<br>Uber Sues DoorDash Over Food-Delivery Practices | | MBG<br>Mercedes-Benz Group AG | +0.73% | 7.73 |
| 02/07/25 Barron's<br>Uber Stock Surges as Ackman's Pershing Square Builds $2 Billion Stake in Ride-Hailing Company | | DASH<br>DoorDash Inc. | +0.23% | 137.98 |
| 02/05/25 Barron's<br>Uber Stock Is Falling After Earnings. Guidance Disappointed. | | DHER<br>Delivery Hero SE | -0.64% | - |
| 01/06/25 The Wall Street Journal<br>How Uber and Lyft Are Gearing Up for the Robotaxi Revolution | | NBIS<br>Nebius Group N.V. Cl A | +4.62% | - |
| | | LYFT<br>Lyft Inc. Cl A | +8.21% | 72.27 |
| 12/26/24 The Wall Street Journal<br>Taiwan Blocks Uber's $950 Million Takeover of Local Foodpanda Business | | TKWY<br>Just Eat Takeaway.com N.V. | -0.05% | - |
| 12/13/24 Barron's<br>Alphabet and 9 More Stocks to Buy for 2025 | | ROO<br>Deliveroo PLC | -0.23% | - |

**Latest Dividend**
N/A

**Ex-Dividend Date**
N/A

**SHORT INTEREST (07/31/25)** ?

Shares Sold Short
**42.82 M**

Change from Last
**-3.03%**

Percent of Float
**2.14%**

LOAD MORE→

RESEARCH & RATINGS (UBER)

PER-SHARE EARNINGS, ACTUALS AND ESTIMATES

Quarterly | Annual

UBER will report Q3 earnings on 10/30/2025

ACTUAL    ANALYST RANGE    CONSENSUS

4.00
3.00
2.00
1.00

Q3 2024 | Q4 | Q1 2025 | Q2 | Q3 | Q4

MORE→

FINANCIALS (UBER)

QUARTERLY | ANNUAL

Net Income

8B
6B

PROFILE (UBER)

Uber Technologies, Inc. is a technology platform, which engages in the development and operation of technology applications, networks, and product to power movement from point A to point B. The firm offers ride services and merchants delivery service providers for meal...

1725 3rd Street
San Francisco California 94158
United States

Email | Website | Map

Employees
31,100

Sector
Passenger Transport, Other

Sales or Revenue
43.98 B

Industry
Transportation/Logistics

1Y Sales Change
17.96%

Fiscal Year Ends
December 31

Download Reports

Andrew G Macdonald
President & Chief Operating Officer

Dara Khosrowshahi
Chief Executive Officer & Director

Latha Maripuri
Chief Information Security Officer

Gus Fuldner
Vice President-Safety & Core Services

MORE →



MORE →

OVERVIEW                                                                 NOTES & DATA PROVIDERS

BACK TO TOP

English Edition                                                                                    Sign Out

WSJ Membership         Customer Service        Tools & Features        Ads                          More
The Journal Collection Customer Center        Newsletters & Alerts    Advertise                     About Us
Subscription Options   Contact Us             Guides                  Commercial Real Estate Ads    Content Partnerships
Why Subscribe?         Cancel My Subscription Topics                  Place a Classified Ad         Corrections
Corporate Subscriptions                       My News                 Sell Your Business            Jobs at WSJ
WSJ Higher Education Program                  RSS Feeds               Sell Your Home                News Archive
WSJ High School Program                       Video Center            Recruitment & Career Ads      Register for Free
Public Library Program                        Watchlist               Digital Self Service          Reprints & Licensing
WSJ Live                                      Podcasts                                              Buy Issues
Commercial Partnerships                                                                             WSJ Shop
                                                                                                    Dow Jones Press Room
                                                                                                    Dow Jones Smart Money



Dow Jones Products    Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Risk & Compliance
                      WSJ | Buy Side | WSJ Pro | WSJ Video | WSJ Wine | The Times

Privacy Notice  |  Cookie Notice  |  Copyright Policy  |  Data Policy  |  Terms of Use  |  Your Ad Choices  |  Accessibility

Copyright ©2025 Dow Jones & Company, Inc. All Rights Reserved.