| Uber | Log in | Sign up | ☰ |



## Our commitment to safety

We want you to move freely, make the most of your time, and be connected to the people and places that matter most to you.

That's why we're committed to safety—from the creation of new standards to the development of technology with the aim of reducing incidents.



Play Video

## All drivers are background checked before their first trip

Before anyone can drive with Uber, they must undergo a multi-step safety screen, including being checked for impaired driving and violent offenses.[1] In addition, Uber rescreens drivers at


Trial Exhibit No. P-02384

least every year² and uses technology to look for issues in between.

How driver screening works



## There's emergency help if you need it

In an emergency, speed and accuracy are critical. If you call 911 from the Uber app, the app displays your live location and trip details, so you can share them with the emergency dispatcher. And in a growing number of US cities, this information is automatically provided to the authorities.

See how it works

P-02384.00002



## We've built technology to look out for you

We hope every trip is a smooth one, but things don't always go as planned—which is why we built RideCheck. By using sensors and GPS data, RideCheck can help detect if a trip goes unusually off-course or if a possible crash has occurred. If the app alerts us to anything out of the ordinary, we'll reach out to provide you with the resources you need to get help.

Learn more about RideCheck

P-02384.00003



## There's auto insurance to help protect you

Leading auto insurance providers help protect riders and drivers on the Uber app. Uber maintains commercial auto insurance in case of a covered accident, including at least $1 million in liability insurance on behalf of drivers and delivery people once a ride is accepted.

Learn more about insurance



## You have our support, whenever you need it

Uber support is available 24 hours a day, 7 days a week, and is handled by a team of trained safety agents. If you're in immediate danger, you should always contact authorities first. Law enforcement can request data through our online public safety portal.



## Your personal details stay private

We use technology to help keep your phone number private, so neither drivers nor riders will see each other's numbers when communicating through the Uber app. Once a trip is completed, the app also protects rider information by concealing specific pickup and dropoff addresses in a driver's trip history.

P-02384.00006

Driver will not see your number



## More about safety at Uber



Our Community Guidelines →

 Rider safety →

 Driver safety →

 Women's safety →

 Road safety →

 Courier Safety →

 Public safety portal →

Safety Advisory Board

 

¹Depending on applicable regulations, laws, and practices in the city where you want to drive, this background screening may include your entire adult history, beginning at the age of 18.

²Annual driving history reruns do not apply in NYC.

Screenshots may differ from your in-app experience. The material provided on this web page is intended for informational purposes only and may not be applicable in your country, region, or city. It is subject to change and may be updated without notice.

# Uber

Visit Help Center

Do not sell or share my personal information

Google Data Policy

## Company

About us

Our offerings

Newsroom

Investors

Blog

Careers

Uber One

## Products

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

Gift cards

Uber Health

## Global citizenship

Safety

Sustainability

## Travel

Reserve

Airports

Cities

English

San Francisco Bay Area

P-02384.00011

© 2025 Uber Technologies Inc.

P-02384.00012

Privacy

Accessibility

Terms