```
 1
 2
 3
 4
 5
 6             TRANSCRIPT OF VIDEO-RECORDED
 7              FOOTAGE IN THE MATTER OF
 8                        UBER
 9                  NO. MDL NO. 3084
10
11                      "P-02400"
12
13
14
15
16
17
18
19
20
21
22         Veritext Order Number:   7847885
23
24
25
```

Trial Exhibit No.
**P-02400_Tr**

```
 1                P R O C E E D I N G S
 2          AUTOMATED VOICE:  Thank you for calling Uber
 3   safety incident reporting line.
 4   For English, please press one. Para espanol, por
 5   favor -- if you require immediate medical or police
 6   attention, please hang up and dial 911.
 7          Please note that this line is reserved for
 8   users who require safety related assistance. If you
 9   do not have a safety concern, please visit us at
10   help.uber.com.
11          Please be aware that we are currently
12   experiencing higher than normal call volume
13   resulting in longer wait times. You can also reach
14   out to us through the help section of the Uber app.
15          We appreciate your patience. Please note this
16   call will be recorded for quality and training
17   purposes. If you are a driver, please press one. If
18   you are a rider, please press two.
19          Please select from one of the following
20   options. For safety issues, please press one. For
21   items left in an Uber, please press two. For all
22   other issues, please press three.
23          Please stay on the line and we'll connect you
24   to the next available team member.
25          OPERATOR:  Thank you for calling Uber safety
```

```
 1   line. My name is John. Can I ask who I'm speaking
 2   with?
 3        MS. DEAN:  Jaylynn.
 4        OPERATOR:  Hi, Jaylynn. And I don't see your
 5   phone number associated in your account -- and your
 6   last name?
 7        MS. DEAN:  Okay, my last name is Dean. And then
 8   my phone number is
 9        OPERATOR:  Okay. Thank you so much for those
10   informations. I'll be checking your account right
11   now, Jaylynn. How can I assist you?
12        MS. DEAN:  Okay. Um, I'm not sure, like, if I
13   should report this, but I've already talked to the
14   police. I've already, um -- I've already got
15   examined, but my Uber driver, um, raped me last
16   night, and so I just -- I just wanted to report it.
17   I just wanted to let you all know, um --
18        OPERATOR:  I'm not -- this is very concerning,
19   Jaylynn, that this driver, uh, doing, uh, something
20   to you, right?
21        MS. DEAN:  Yes.
22        OPERATOR:  So, uh, this is the last night,
23   correct?
24        MS. DEAN:  Yes.
25        [talking over each other]
```

```
 1         OPERATOR:  Um, and you already talked to the
 2   police, and you were already examined, right?
 3         MS. DEAN:  Yes.
 4         OPERATOR:  You are -- no worries. This is very
 5   concerning. You mentioned the driver raped you. Uh,
 6   uh, the driver raped you, right?
 7         MS. DEAN:  Yes.
 8         OPERATOR:  Okay. No worries. I'll be connecting
 9   you over to our appropriate safety team. Please hold
10   on a moment, okay?
11         MS. DEAN:  Okay.
12         OPERATOR:  Thank you. Please stay on the line.
13         MS. DEAN:  Okay.
14         [hold music]
15         OPERATOR:  Hi, Jaylynn. Thank you for patiently
16   waiting. I have here Edie from the safety team. I'll
17   be leaving the call and she will assist you further.
18   Thank you.
19         MS. DEAN:  Okay. Okay. Thank you.
20         SAFETY TEAM:  Thank you for calling the safety
21   incident reporting line. You've reached Edie from
22   the safety team. Can you tell me a bit about what's
23   going on? May I have a phone number and email to
24   locate your account?
25         MS. DEAN:  Yes. Of course. Okay, so the phone
```

```
1    number is                  And then the email is
2    going to be
3         OPERATOR:  Thank you. And would you like to
4    walk me through further details so I can get a
5    report going?
6         MS. DEAN:  Yes. Okay, so I told the man who I
7    just spoke to that I've already gotten examined.
8    I've already talked to the police station. But I
9    still wanted to call y'all just to reach out and let
10   y'all know about what happened.
11        Um, but -- so last night. Okay, so I'm -- I'll
12   start from the beginning. So I'm in flight attendant
13   training, and so I had a few drinks last night to
14   kind of celebrate, like passing my final basically
15   meaning I'm going to graduate. And I -- it was about
16   midnight, and I was with my friends and we were all
17   intoxicated.
18        And so I just called an Uber back. And I have
19   been in Phoenix for about a month, and I've taken
20   many Ubers, many Lyfts. I've been perfectly fine. So
21   I thought this would be another instance where I was
22   fine.
23        Um, I went and I got an Uber. Um, beforehand I
24   had called him because the apartment complex I was
25   in was like really confusing. So I called him
```

1  asking, like, where he was, and I got in the car.
2     I had my boyfriend walk me to his car and just
3  make sure that I got in there safely. Um, got in
4  there and then, um, I remember we started driving
5  and like I said, I was really drunk, and so I --
6  like he asked me like, how was your night?
7     And I told him I was like, oh, it was good. I
8  was like -- I was like, I'm really drunk. And he
9  kind of just, I guess he kind of laughed about it.
10 And then he started driving. And I remember he just
11 told me he was like, I have to pull over.
12    And I was like, I was drunk. I didn't really
13 question it. And he's like, I'm saying, you know,
14 he's like ahead of time. He's like, Uber's going to
15 charge you for this, I guess for like him pulling
16 over on the side of the road.
17    And I didn't know what he was doing. And like I
18 said, I was like falling like in and out of
19 consciousness and like, right whenever I got in the
20 car, I told him I was like, I'm drunk. Like I'm
21 tired, take me to my hotel.
22    I was like, I'll be taking you right now. Like
23 I'm just exhausted. Like, I've been up since 5 a.m.
24 and I remember I kept saying that many times. I kept
25 telling him, like how tired I was.

```
1          And like I said, he stopped the car. And I
2    remember I looked up on the GPS and it said I was
3    two minutes away from my hotel, but it said that he
4    had also stopped the ride early, like, on my Uber
5    app and like on my Live360 it showed like he was
6    like going in a loop, I guess, like circling, trying
7    to like, find a place.
8          But he stopped the car. I didn't really see his
9    face until like whenever he opened the car, the
10   lights in the car, like, flashed, like, it, like,
11   lit up.
12         And so he went and got in the back and just got
13   on top of me, raped me, took advantage of me. Um, I
14   another thing, whenever I was at the police station,
15   I had to use the restroom.
16         And whenever I left, I was wearing underwear.
17   But whenever I went to go use the restroom, my
18   underwear, I didn't have them. So I'm assuming
19   they're still in his car. Um, my skirt was on
20   backwards, like it was -- it was -- yeah, it was
21   flipped to the front.
22         It was on backwards. And, um, so he went, he
23   just. And I remember after he was done, he just went
24   to the hotel, um, sped off and then left.
25         And then whenever I walked in the front desk
```

1  guy, um, we're kind of friends, I guess. And so he
2  asked how my night went. I told him everything, and
3  I told him how I was under the influence, but I
4  wanted to make a report.
5      And so he kind of helped guide me through
6  everything. He helped me, um, like, call the police.
7  Um, he helped me, like, talk to the detective. He
8  made sure I called my parents.
9      He made sure I got, like, all of the
10 information. He told me to, like, take screenshots
11 of everything in my Live360. Um, and by the time I
12 got back, it was, like, about, like, one-ish, I
13 believe.
14     Um, it's about 1:00, and I -- um, went -- the
15 detectives came. I -- they took me to go get my rape
16 kit. I did that. I was there all night, and then I
17 had to go talk to a detective. Um, and I kind of,
18 like, told him the story.
19     He, like, got all my information down, but --
20 yeah, I just wanted to let you all know, I guess,
21 what had happened.
22     SAFETY TEAM:  I'm very sorry to hear about
23 this. I'm glad that you were able to get some
24 assistance after that. I'm sure that was very
25 troubling and frightening for you. I'm very glad to

1   hear you're okay now.
2       Um, so did -- did you go to a hospital by
3   ambulance at all or anything like that?
4       MS. DEAN:  No. They had -- whenever I called
5   the police, they had, um -- I guess like someone
6   here in Phoenix who, like, deals with, um, I guess,
7   like sexual assaults.
8       And he came and him and the police, like, they
9   all -- they all followed each other and they took me
10  to, I think it was like a police department, but
11  they also had, like, examination rooms, like, in
12  there.
13      And so, um, they took me there and a sexual
14  assault nurse, like, did my examination, like did my
15  kit, and she gave me, um, like, shots to prevent
16  STDs. Um, she took pictures. I had, like, bruises on
17  me.
18      And then I had, like, scratches, like, all over
19  my back. She photographed that. Um, gonna say --
20  yeah, I was there. And then that's whenever they
21  took me to like another -- like, they took me to
22  another place, like, to get interviewed by
23  detectives.
24      I was in Chandler, Arizona, I think, the first
25  time. And then they took me to Tempe -- to the Tempe

```
 1   Police Department after that.
 2        SAFETY TEAM:  Okay, I see. And, um, do you have
 3   a police report number I can include in here?
 4        MS. DEAN:  No, but I have the detective's name
 5   and his number, if you want that.
 6        SAFETY TEAM:  Yeah, I can go ahead and take
 7   that.
 8        MS. DEAN:  Let me see. Um, okay. His name is
 9   going to be Oscar Lopez. It's just, yeah, how you
10   would think it's spelled. And then his number is
11   ███████████
12        SAFETY TEAM:  And then, um, what was his, uh,
13   associated police department? I know you said you
14   moved cities out of --
15        MS. DEAN:  He's with the Tempe Police
16   Department.
17        SAFETY TEAM:  All right. And then this was your
18   trip at, uh -- you said around midnight?
19        MS. DEAN:  Yes.
20        SAFETY TEAM:  Okay. So I have this here. And,
21   of course, this was your only trip at midnight.
22   Correct?
23        MS. DEAN:  Yes.
24        SAFETY TEAM:  Okay. All right. So I have that
25   attached. We'll have that driver's account put under
```

```
 1   review. So any restrictive actions needed to be
 2   taken could be due so by the appropriate team.
 3         And then, uh, do have a request here for
 4   someone to reach out to you if there's any sort of
 5   next steps. So they should be doing that within the
 6   week.
 7         Is there anything else you'd like to include in
 8   here at all or feel comfortable including?
 9         MS. DEAN:  Um, not. I don't have anything else.
10   Thank you so much.
11         SAFETY TEAM:  Thank you so much for bringing
12   this to our attention. I'm very glad to hear that
13   you're okay for the most part, and I do hope you
14   have a speedy recovery.
15         MS. DEAN:  Thank you.
16         SAFETY TEAM:  Mm-hmm.
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3        I, Chris Naaden, a transcriber, hereby declare
 4   under penalty of perjury that to the best of my
 5   ability the above 11 pages contain a full, true and
 6   correct transcription of the tape-recording that I
 7   received regarding the event listed on the caption
 8   on page 1.
 9
10        I further declare that I have no interest in
11   the event of the action.
12
13        January 25, 2026
14        Chris Naaden
15
16
17
18
19
20   (7847885, P-02400)
21
22
23
24
25
```