# P-02421

## DOCUMENT IN NATIVE
TikTok from Uber

P-02421.00001

