# P-02436

## DOCUMENT IN NATIVE

Social media post from Uber - reasons to ride (MADD)



P-02436.00001