# P-02458

## DOCUMENT IN NATIVE
Social media post from Uber - ubering from bar

