# P-02468

# SLIPSHEET
## DOCUMENT IN NATIVE

Safety Incident Data (produced on 10/13/25 and 10/17/25 into the AWS secure workspace (BDO)



Trial Exhibit No.
P-02468

P-02468.00001