# UBER_JCCP_MDL_000199968

## Metadata

| | | |
|---|---|---|
| **#Author** | helen@uber.com | SEMANTIC |
| **#Date Modified** | 03/21/2019 | SEMANTIC |
| **#DateCreated** | 02/02/2018 | SEMANTIC |
| **#Title** | Uberversity 2019 - Stand for Safety [Sachin, March 2019] | SEMANTIC |
| **Account** | sachin.kansal@uber.com | SEMANTIC |
| **All Custodians** | Kansal, Sachin;Lake, Carley;Parker, Kate;Rikhye, Vaibhav;Sheridan, Danielle;Silver, Nick;Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_63.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_63.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_100.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_100.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_33.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_33.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_12.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_12.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_100.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_100.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip; Uber Technologies, Inc.: \JCCP-EDISCO-23800_2019JanMarch\JCCP-EDISCO-23800_2019JanMarch_7.zip; Uber Technologies, Inc.: \JCCP-EDISCO-23800_2019JanMarch\JCCP-EDISCO-23800_2019JanMarch_7.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000199968 | SEMANTIC |
| **Collaborators** | sarah.tobin@uber.com; andrew.moon@uber.com; binnings@uber.com; jgoodman@uber.com; eric.schroeder@uber.com; sachin.kansal@uber.com; gus@uber.com; nick.silver@uber.com; kateparker@uber.com; medhajha@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 02/02/2018 6:13 pm | SEMANTIC |
| **Date Modified** | 03/21/2019 7:22 pm | SEMANTIC |
| **DocID** | 1i4iBPdXs5xKW21UIVq4-x1xyuBLIRdzHwc5-QL0w3vo | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000200032 | SEMANTIC |
| **File Path** | \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_63.zip | SEMANTIC |
| **File Size** | 267999179 | SEMANTIC |
| **Filename** | Uberversity 2019 - Stand for Safety -Sachin, _1i4iBPdXs5xKW21UIVq4-x1xyuBLIRdzHwc5-QL0w3vo.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | c3f7703101642b74ec3f0386b2817217 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000199968;UBER_JCCP_MDL_000199969;UBER_JCCP_MDL_000199970;UBER_JCCP_MDL_000199971;UBER_JCCP_MDL_000199972;UBER_JCCP_MDL_000199973;UBER_JCCP_MDL_000199974;UBER_JCCP_MDL_000199975;UBER_JCCP_MDL_000199976;UBER_JCCP_MDL_000199977;UBER_JCCP_MDL_000199978;UBER_JCCP_MDL_000199979;UBER_JCCP_MDL_000199980;UBER_JCCP_MDL_000199981;UBER_JCCP_MDL_000199982;UBER_JCCP_MDL_000199983;UBER_JCCP_MDL_000199984;UBER_JCCP_MDL_000199985;UBER_JCCP_MDL_000199986;UBER_JCCP_MDL_000199987;UBER_JCCP_MDL_000199988;UBER_JCCP_MDL_000199989;UBER_JCCP_MDL_000199990;UBER_JCCP_MDL_000199991;UBER_JCCP_MDL_000199992;UBER_JCCP_MDL_000199993;UBER_JCCP_MDL_000199994;UBER_JCCP_MDL_000199995;UBER_JCCP_MDL_000199996;UBER_JCCP_MDL_000199997;UBER_JCCP_MDL_000199998;UBER_JCCP_MDL_000199999;UBER_JCCP_MDL_000200000;UBER_JCCP_MDL_000200001;UBER_JCCP_MDL_000200002;UBER_JCCP_MDL_000200003;UBER_JCCP_MDL_000200004;UBER_JCCP_MDL_000200005;UBER_JCCP_MDL_000200006;UBER_JCCP_MDL_000200007;UBER_JCCP_MDL_000200008;UBER_JCCP_MDL_000200009;UBER_JCCP_MDL_000200010;UBER_JCCP_MDL_000200011;UBER_JCCP_MDL_000200012;UBER_JCCP_MDL_000200013;UBER_JCCP_MDL_000200014;UBER_JCCP_MDL_000200015;UBER_JCCP_MDL_000200016;UBER_JCCP_MDL_000200017;UBER_JCCP_MDL_000200018;UBER_JCCP_MDL_000200019;UBER_JCCP_MDL_000200020;UBER_JCCP_MDL_000200021;UBER_JCCP_MDL_000200022;UBER_JCCP_MDL_000200023;UBER_JCCP_MDL_000200024;UBER_JCCP_MDL_000200025;UBER_JCCP_MDL_000200026;UBER_JCCP_MDL_000200027;UBER_JCCP_MDL_000200028;UBER_JCCP_MDL_000200029;UBER_JCCP_MDL_000200030;UBER_JCCP_MDL_000200031;UBER_JCCP_MDL_000200032 | SEMANTIC |
| **ILS Document Date** | 03/21/2019 | SEMANTIC |



Trial Exhibit No.

**P-02654_slip**

| ILS Prod Date | 8/26/2024 | SEMANTIC |
|---|---|---|
| ILS Prod Vol | Vol044 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_000162165; UBER_JCCP_MDL_002717324; UBER_JCCP_MDL_002729563; UBER_JCCP_MDL_002729598; UBER_JCCP_MDL_002729621; UBER_JCCP_MDL_002729642; UBER_JCCP_MDL_003703662; UBER_JCCP_MDL_004734949; UBER_JCCP_MDL_005238468; UBER_JCCP_MDL_005467336 | SEMANTIC |
| Other Custodians | Uber Technologies, Inc.;Lake, Carley;Parker, Kate;Sheridan, Danielle;Silver, Nick;Kansal, Sachin;Rikhye, Vhaibhav | SEMANTIC |
| Primary Date | 02/02/2018 6:13 pm | DOC_TYPE_ALIAS |
| Production Volume | UBER025;MDL_Scope_Overlay002; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date | 03/21/2019 7:22 pm | SEMANTIC |
| SourceHash | 13578601f2fe3f78becbd0fa5b3a2610 | SEMANTIC |



# Safety@Uber

March 2019

#standforsafety

Uber

CONFIDENTIAL



Trial Exhibit No.
**P-02654**

UBER000218485
UBER_JCCP_MDL_000199968



From the moral standpoint - the human element of what we do comes first and foremost.

- Maslow's famous hierarchy
- "Practically everything looks less important than safety"
- When you don't feel safe....you can't eat....you can't sleep.....you can't relate....you are often frozen in time.
- In the Uber context, Safety is basic expectation along with ETAs, price and convenience

Uber believes that all people have a right to safe movement
Because if you are safe to move freely it means progress. Power. Growth. Adventure. Happiness.
Because none of us ever got to where we are by standing still.

Ride hailing applications in Saudi Arabia are recruiting female drivers, after the Kingdom announced plans to lift the ban on women driving by June 2018.
The modern Indian woman enjoys more independence in her decisions and mobility than her mother did

Safety is made up of many micro-moments

CONFIDENTIAL



Unpacking "safest and the most trusted", there is a reciprocal relationship between safety and trust. We focus intentionally on both trust and safety because working together, they have a direct impact on rider and driver behavior.

'The more I trust you, the safer I feel.'
Trust is the stickiness that keeps riders and drivers connected to the brand as it evolves; or it can be a leaky sieve that causes them to stray.

'The safer I feel, the more I trust you.'
Perceived safety is the roadblock that keeps riders and drivers off the platform, or the motivator that gets them to try us.

EMPATHY and CARE: We must take responsibility and show empathy and care vs. being perceived as cold, robotic and transactional.

Trust is built through many small interactions

CONFIDENTIAL

UBER000218487
UBER_JCCP_MDL_000199970



Talking points: There is a quantifiable business impact today, tomorrow, and for years to come. Safety is critical to both short term gains and the long term health of the business. Delivering on Safety gives us permission to innovate.  Consumers with higher levels of Trust will be more open to new lines of business and more resistant to missteps. Particularly in developing countries, many users limit their usage due to safety concerns

CONFIDENTIAL

UBER000218488
UBER_JCCP_MDL_000199971



Source: Prospective Driver Deck 28June2017 - https://docs.google.com/presentation/d/19oTTCvu2dbI2j-oYFJbTJU-fNPrX8pvK17sKMofgoXc/edit#slide=id.p9

UBER000218489
UBER_JCCP_MDL_000199972



Source: Current Driver Deck Draft 15June2017 Updated - https://docs.google.com/presentation/d/14IH9QIOZEdfo-1sDqMSpx6iNWrEjqgqSgCA9KgzHfys/edit#slide=id.p9

CONFIDENTIAL

UBER000218490
UBER_JCCP_MDL_000199973



Source: Current Rider Deck 30June2017 Updated.pptx -
https://docs.google.com/presentation/d/1B3ShKhoAJ0m5nuZcVDlIjMbmJIvbF5lfPDwZTABIJTI/edit#slide=id.g23aa73f237_0_180

CONFIDENTIAL

UBER000218491
UBER_JCCP_MDL_000199974

# Key Challenges

CONFIDENTIAL

UBER000218492
UBER_JCCP_MDL_000199975

# UBER

## 1 in 4 women drivers and riders are concerned about sexual assault

- **Sexual assault**: Current and prospective U.S. women drivers are twice as likely to be concerned about being sexually assaulted or harassed compared to male drivers

- **Uber's perceived inaction** - mixed with sexual harassment claims and a 'bro' culture - fuels inaccurate belief that such incidents are on the rise and that Uber does not care about women's safety.



UBER000218493
UBER_JCCP_MDL_000199976

**UBER**

## Drivers concerned about risky rider behavior and lack of accountability

- **Rider Quality:** Drivers feel that Uber does not screen or act to remove poor-quality Riders

- **Cash trips:** Onboarding for cash sign-ups enabled Rider anonymity

- **Safety Trade-offs:** Drivers feel Uber forces them to make trade-offs between personal safety and earnings (e.g. accepting cash riders in bad areas after dark)



CONFIDENTIAL

UBER000218494
UBER_JCCP_MDL_000199977

**UBER**

## Riders and drivers are unaware of current safety & insurance offerings

- **Lack of awareness:** Many of our current Riders and Drivers are not aware of existing safety features we offer such as
  - Background screening
  - Insurance
  - Customer Support
  - Community guidelines

- **Commitment:** Only 55% Riders and 62% Drivers agree ('strongly'/'somewhat') that Uber is "committed to safety" *(Source: Q3 Global Reputation Surve*

Features in rank order by % saying "a lot safer"

| % of Current US Riders who are aware of ... | |
| --- | --- |
| Criminal screening | 56% |
| Driving screening | 40% |
| Driver / car information | 89% |
| Driver hour limits | 12% |
| Driver selfie | 36% |
| Rider Insurance | 12% |
| Driving feedback | 12% |
| 24/7 customer support | 40% |

| % of Current US Drivers who are aware of ... | |
| --- | --- |
| Phone anonymization | 87% |
| Driver Insurance | 52% |
| 24/7 customer support | 70% |
| Driver share trip | 56% |
| Long trip notification | 75% |
| Community guidelines | 51% |

CONFIDENTIAL

UBER000218495
UBER_JCCP_MDL_000199978



CONFIDENTIAL

UBER000218496
UBER_JCCP_MDL_000199979

## Getting serious about Safety



**While we've made efforts to be safe, we've also made tradeoffs ... Not anymore. It's crucial for our business and it's important for our brand, and I truly believe that we can set the bar for safety in the ridesharing industry."**



*- Dara Khosrowshahi, CEO*

CONFIDENTIAL

UBER000218497
UBER_JCCP_MDL_000199980



# Stand for Safety Objectives

**Get our Foundation Solid**; no compromise on table stakes

**Become an industry leader** on safety incident prevention & response

**Ensure users and the public feel** and see that Uber is deeply committed to safety

CONFIDENTIAL

## 1. Access Compliance

Background Checks
Documents
Photos

## 2. Trip Experience

Driving Safety
Personal Safety
Food Safety

## 3. Protections & Response

Insurance
Support
Deactivation

## 4. Safety Commitment

Safety Sentiment
Education
Community

Learn from the past - best practices and mistakes
Global scope and collaboration
Unified product roadmap
Shared definition and vision for what it means to stand or safety
Clear ownership and accountability

CONFIDENTIAL

UBER000218499
UBER_JCCP_MDL_000199982

P-02654.00015

# Innovating for Safety

CONFIDENTIAL

UBER000218500
UBER_JCCP_MDL_000199983



Approach
Lead with technology to build solutions that can solve problems at scale using tech forward approaches in machine learning, NLP, telematics, facial recognition, etc.
Think Globally - how we can solve common problems that apply to all markets and where we need to deep dive in specific cultural and environmental context
Start with the User - we are customer obsessed and try to build things that address user needs and feedback.

Research in Action - focus groups, industry forums and drive alongs to see how people react to our features when in motion driving at 60 mph.

CONFIDENTIAL

UBER000218501
UBER_JCCP_MDL_000199984



CONFIDENTIAL

UBER000218502
UBER_JCCP_MDL_000199985

# And we get very hands on...



My experiences driving for Uber

Sachin Kansal
June 13, 2017

Folks,

I joined Uber yesterday (June 12) after leaving my last company on May 19. I needed the 3 week break to take care of some personal matters, but I decided to use this time to also experience being an Uber driver.

Since my personal car has two car seats and a bunch of other crap, and is our main family car, it would have been impractical to use that as my Uber car. So I decided to rent a car from Hertz

CONFIDENTIAL

UBER000218503

UBER_JCCP_MDL_000199986



CONFIDENTIAL

UBER000218504
UBER_JCCP_MDL_000199987

P-02654.00020

# Driver Features

CONFIDENTIAL

UBER000218505
UBER_JCCP_MDL_000199988

Safety Case Study

CONFIDENTIAL

UBER000218506
UBER_JCCP_MDL_000199989

P-02654.00022

# Landscape in Brazil (non-Uber related)

**In 2015, Brazil had as many homicides as all the blue countries combined**



Source:http://metrocosm.com/homicides-brazil-vs-world/

CONFIDENTIAL

UBER000218507
UBER_JCCP_MDL_000199990

P-02654.00023



Key Safety Risks:
Increased Rider Anonymity
Drivers dispatched to non-urban area with higher crime rates

As a result....
Criminals Targeting Driver for Theft - "Driving ATMs" or Nice Cars
Interpersonal Conflict  - Cash Collection System and Discrepancies

CONFIDENTIAL

# Reducing Rider Anonymity (Cash markets)



CONFIDENTIAL

UBER000218509
UBER_JCCP_MDL_000199992

# Safe Dispatch Algorithm



- **Block Risky trips**
  - Use Machine Learning to predict risky trips and block them
  - Preventing >20% of incidents by blocking ~1% of trip requests in Latin America
  - Also launched in South Africa and looking at other countries
- **Managing Growth Impact**
  - Rider First Trip (RFT) Model is extending this impact by 40% while reducing blocking by ~30%.
  - Ask for credit card entry

CONFIDENTIAL

UBER000218510
UBER_JCCP_MDL_000199993

P-02654.00026

# Backend Deactivation Service

- Take action on users who:
  - Are in violation of Community Guidelines
  - Have high Prevalence of safety incidents (Driving, Behavior, ZTC)
- Ensure consistency in our account deactivation decisions
- Keep all riders and drivers safe on the Uber platform



CONFIDENTIAL

P-02654.00027

UBER000218511
UBER_JCCP_MDL_000199994

# Validating Driver Identity



Using facial recognition technology

Drivers take selfies to verify their identity

Prevent Account Sharing

CONFIDENTIAL

UBER000218512
UBER_JCCP_MDL_000199995

# Safety in the new driver app



**Speeding Indicator**



**Driving Hours**



**Driver Share Trip**

UBER000218513
UBER_JCCP_MDL_000199996

# Insurance Hub



CONFIDENTIAL

UBER000218514
UBER_JCCP_MDL_000199997

# Rider Features



CONFIDENTIAL

# Trusted Contacts

- Designate up to five family members or friends as Trusted Contacts

- Set smart alerts to remind you to share your trip, such as late night rides

- You're in control - trips will never be automatically shared with your trusted contacts



CONFIDENTIAL

UBER000218517
UBER_JCCP_MDL_000200000



Talking Points:
But there is still more that we can do:
In the age of cell phones, we know that location sharing is one area where even small improvements can make a big difference and save the lives of thousands of people in need.
We think this is one area where Uber is uniquely positioned to help
We have recently built an in-app 911 button, so now riders and soon drivers will be able to call 911 right from the app.
We'll surface their real-time location as well as the trip details like driver name, car make, model and license plate so that they can share this information with the 911 dispatcher or emergency call taker.
And, in select cities, we're taking this further with a new partnership with RapidSOS to pilot technology that can help people get the help they need even more quickly. When a rider calls 911 from the Uber app in Denver, D.C, Charleston, South Carolina and now right here in Nashville, the location and trip details will be shared automatically to the 911 dispatcher or emergency call taker, who will see this information on their dispatch screen, helping people get the help they need as quickly as possible.

CONFIDENTIAL

UBER000218518
UBER_JCCP_MDL_000200001



CONFIDENTIAL

UBER000218519
UBER_JCCP_MDL_000200002



CONFIDENTIAL

UBER000218520
UBER_JCCP_MDL_000200003

# Location & trip info passed to 911 dispatchers



GPS location

Trip details



Mobile App Example

CONFIDENTIAL

UBER000218522
UBER_JCCP_MDL_000200005



CONFIDENTIAL

UBER000218523
UBER_JCCP_MDL_000200006

# We still have big gaps...



**Rider identity**

We cannot always confirm the identity of who is in the car

**In-car**

We do not know what happens inside the car

**Matching**

We are not using our huge dataset to optimize matching

**Safe driving**

We can do a lot more to enable Safe Driving

**Proactive outreach**

We are mostly reactive and not reaching out to users proactively

**Education**

Our users do not know about the features we have already shipped

CONFIDENTIAL

UBER000218524
UBER_JCCP_MDL_000200007



CONFIDENTIAL

UBER000218525
UBER_JCCP_MDL_000200008

# Upcoming Product Opportunities

CONFIDENTIAL

UBER000218526
UBER_JCCP_MDL_000200009



Mobile App Example

CONFIDENTIAL

UBER000218527
UBER_JCCP_MDL_000200010



Mobile App Example

UBER000218528
UBER_JCCP_MDL_000200011



Mobile App Example

UBER000218529
UBER_JCCP_MDL_000200012

P-02654.00045

**REDACTED – NOT RIDESHARE**

Mobile App Example

CONFIDENTIAL



Mobile App Example

CONFIDENTIAL

UBER000218531
UBER_JCCP_MDL_000200014



Mobile App Example

CONFIDENTIAL



Mobile App Example

CONFIDENTIAL

UBER000218533
UBER_JCCP_MDL_000200016



Mobile App Example

CONFIDENTIAL

UBER000218534
UBER_JCCP_MDL_000200017

P-02654.00050



Mobile App Example

UBER000218535
UBER_JCCP_MDL_000200018

# Community Contribution

CONFIDENTIAL

UBER000218536
UBER_JCCP_MDL_000200019



# Advisors and Partnerships

Safety Advisory Board

Law Enforcement Outreach

Wichita police teaming up with Uber to combat drinking and driving
By KSN TV and John Asebes
Published: December 27, 2016, 11:03 am | Updated: December 28, 2016, 7:33 am
Wichita police teaming up with Uber to combat drinking and driving
3 minutes left
COMING UP
Uber Safe New Years
KSN
WICHITA, Kan. (KSNW) – The Wichita Police Department is thinking creatively to sway people from drinking and driving for the next several days by teaming up with Uber.

Driving Change in Women's Safety

NO MORE
TOGETHER WE CAN END DOMESTIC VIOLENCE & SEXUAL ASSAULT
HuffPost Women
November 6 at 11:40am
Uber is partnering with anti-sexual assault and domestic violence organizations.
UBER
Uber Pledges $5 Million To Prevent Sexual Assault And Domestic Violence
The funding will go towards prevention initiative programs, educational resources about sexual and domestic violence to drivers and riders, and implementing...
HUFFINGTONPOST.COM

CONFIDENTIAL

UBER000218538
UBER_JCCP_MDL_000200021

sachin.kansal@uber.com

safety-feedback@uber.com

CONFIDENTIAL

UBER000218539
UBER_JCCP_MDL_000200022



CONFIDENTIAL

UBER000218540
UBER_JCCP_MDL_000200023

# Women Drivers <> Riders (Saudi Arabia)

- Women driving ban lifted in KSA on June 24th
- Women drivers consider Safety to be a big issue esp around driving men
- Plan to experiment with **allowing women drivers to preferably get women riders**
- Announced June 24th; actual product in Q4



https://www.nytimes.com/2018/06/14/business/didi-women-late-night-safety.html "So when it relaunches the late-night version of the service this week after the shocking murder of a female passenger by a driver made headlines across China, it will include a rule designed to protect women: It won't let male drivers pick up female passengers in the after-hours."

We have a challenge with Safety Sentiment among female riders and drivers, resulting in difficulty in attracting women drivers to the platform, and reduced usage by women riders especially at certain hours of the day.
The idea of a product where we match women riders with women drivers has been discussed at Uber for a long time, and has also received positive feedback from women drivers and riders, however in Western markets, there are significant legal and policy risks pertaining to gender discrimination, gender identity handling, bad actors, segregation issues, and undermining current/future safety products - these challenges span across all global markets. These may be lower in developing countries (e.g., MX, SA, EG).

CONFIDENTIAL

UBER000218541
UBER_JCCP_MDL_000200024

# Dashcam Pilot

Pilot AI-powered dashcams in Florida to
prevent crashes and reduce insurance
costs.

- Realtime forward collision warnings
- Video evidence after a crash
- Post-trip behavior coaching



CONFIDENTIAL

UBER000218542
UBER_JCCP_MDL_000200025

# Crash Detection

Detect car crashes using telematics to provide white-glove support and reduce insurance costs.

- In pilot mode since Jan 2018. ~**100** post-crash contacts so far.
- Crashes detected within five minutes
- 24/7 proactive outreach
- Contextual information & tools (SOS, insurance support)
- Streamlined claims process



CONFIDENTIAL

UBER000218543
UBER_JCCP_MDL_000200026



CONFIDENTIAL

UBER000218544
UBER_JCCP_MDL_000200027

# Crash Detection - Tentative Flow



CONFIDENTIAL

UBER000218545
UBER_JCCP_MDL_000200028

# Trip anomaly detection



- Detect trip anomalies in real-time
  - Long Stops
  - Drop-off far away from destination
  - Long delays in drop-off
- Intervene with tools and support
  - Toolkit (911 assistance, share)
  - Call Critical Safety Line
  - "Get me in another Uber"
- Proactively call rider if no response
- Improve safety sentiment even if it's a false positive

Discussion points:
Opportunities/legal implications of notifying the driver as well?

CONFIDENTIAL

UBER000218546
UBER_JCCP_MDL_000200029



# Assisting at the scene of a crash

For Illustration Only

CONFIDENTIAL

UBER000218547
UBER_JCCP_MDL_000200030

# Reducing Distraction Using Voice Controls



For Illustration Only

CONFIDENTIAL

UBER000218548
UBER_JCCP_MDL_000200031

# Giving an easy way out



For Illustration Only

CONFIDENTIAL

UBER000218549
UBER_JCCP_MDL_000200032