**UBER_JCCP_MDL_000324845**

# Metadata

| | | |
|---|---|---|
| **#Author** | APAC Safety | SEMANTIC |
| **#Date Modified** | 10/03/2021 | SEMANTIC |
| **#DateCreated** | 08/23/2018 | SEMANTIC |
| **#Title** | Ride Check: Anomaly Deep Dive | SEMANTIC |
| **Account** | kaiser@uber.com; | SEMANTIC |
| **All Custodians** | Kaiser, Roger | SEMANTIC |
| **All Paths** | Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_64.zip; Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_64.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000324845 | SEMANTIC |
| **Collaborators** | dianna.tk.kuan@uber.com; alison.iared@uber.com; komal.hinduja@uber.com; rieshaw@uber.com; basrani@uber.com; takeshi@uber.com; serenader@uber.com; smacdonald@uber.com; kishore@uber.com; vivian.yang@uber.com; kfuti@uber.com; nicole.ashcroft@uber.com; jasmine.kwok@uber.com; kaiser@uber.com; adruy@uber.com; valeria.rigo@uber.com; elinor@uber.com; sooraj.nair@uber.com; nickolas.tan@uber.com; ksengupta@uber.com; he.yuan.tan@uber.com; ankur.mohan@uber.com; sean.mcintyre@uber.com; ollyg@uber.com; june.tai@uber.com; charlie.b@uber.com; shin.otake@uber.com; shatakshi@uber.com; jona.alday-finuliar@uber.com; jason.chua@uber.com; jlacinak@uber.com; nikhil.kumar@uber.com; uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 08/23/2018 4:20 pm | SEMANTIC |
| **Date Modified** | 10/03/2021 7:17 am | SEMANTIC |
| **DocID** | 1s5JUOoK2GLAA5VZ-iggj0-2CGlf4rHbDuOaaQS9Erd0 | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000324845 | SEMANTIC |
| **File Path** | \JCCP_DRIVE005\JCCP_Drive005_64.zip | SEMANTIC |
| **File Size** | 2195306 | SEMANTIC |
| **Filename** | Ride Check- Anomaly Deep Dive_1s5JUOoK2GLAA5VZ-iggj0-2CGlf4rHbDuOaaQS9Erd0.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | 35390c01e039a43251a298e7c3a8a241 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000324845;UBER_JCCP_MDL_000324845.0001;UBER_JCCP_MDL_000324845.0002;UBER_JCCP_MDL_000324845.0003;UBER_JCCP_MDL_000324845.0004;UBER_JCCP_MDL_000324845.0005;UBER_JCCP_MDL_000324845.0006;UBER_JCCP_MDL_000324845.0007;UBER_JCCP_MDL_000324845.0008;UBER_JCCP_MDL_000324845.0009;UBER_JCCP_MDL_000324845.0010;UBER_JCCP_MDL_000324845.0011;UBER_JCCP_MDL_000324845.0012;UBER_JCCP_MDL_000324845.0013;UBER_JCCP_MDL_000324845.0014;UBER_JCCP_MDL_000324845.0015;UBER_JCCP_MDL_000324845.0016;UBER_JCCP_MDL_000324845.0017;UBER_JCCP_MDL_000324845.0018;UBER_JCCP_MDL_000324845.0019;UBER_JCCP_MDL_000324845.0020;UBER_JCCP_MDL_000324845.0021;UBER_JCCP_MDL_000324845.0022;UBER_JCCP_MDL_000324845.0023;UBER_JCCP_MDL_000324845.0024 | SEMANTIC |
| **ILS Document Date** | 10/03/2021 | SEMANTIC |
| **ILS Prod Date** | 1/2/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL055 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000243378; UBER_JCCP_MDL_002207220; UBER_JCCP_MDL_002725292; UBER_JCCP_MDL_002725974; UBER_JCCP_MDL_002990625; UBER_JCCP_MDL_003241646; UBER_JCCP_MDL_003243941; UBER_JCCP_MDL_003282836; UBER_JCCP_MDL_003382853; UBER_JCCP_MDL_003382855; UBER_JCCP_MDL_003382866; UBER_JCCP_MDL_003382866; UBER_JCCP_MDL_003471477; UBER_JCCP_MDL_003472468; UBER_JCCP_MDL_003700083; UBER_JCCP_MDL_003898732; UBER_JCCP_MDL_003926069; UBER_JCCP_MDL_003927333; UBER_JCCP_MDL_003995982; UBER_JCCP_MDL_004517542; UBER_JCCP_MDL_004532750; UBER_JCCP_MDL_004584855; UBER_JCCP_MDL_004585931; UBER_JCCP_MDL_004624150; UBER_JCCP_MDL_004624471; UBER_JCCP_MDL_004723454; UBER_JCCP_MDL_004766106; UBER_JCCP_MDL_004798474; UBER_JCCP_MDL_004835297; UBER_JCCP_MDL_004836991; UBER_JCCP_MDL_004985026; UBER_JCCP_MDL_005023465; UBER_JCCP_MDL_005075474; UBER_JCCP_MDL_005189814; | SEMANTIC |

Trial Exhibit No.

**P-02694**

| | UBER_JCCP_MDL_005215800; UBER_JCCP_MDL_005315835;<br>UBER_JCCP_MDL_005358493; UBER_JCCP_MDL_005370402;<br>UBER_JCCP_MDL_005385352; UBER_JCCP_MDL_005532052;<br>UBER_JCCP_MDL_005575986; UBER_JCCP_MDL_005575997;<br>UBER_JCCP_MDL_005575999; UBER_JCCP_MDL_005578949;<br>UBER_JCCP_MDL_005581113; UBER_JCCP_MDL_005586880;<br>UBER_JCCP_MDL_005587026 | |
|---|---|---|
| **Other Custodians** | Kaiser, Roger; | SEMANTIC |
| **Primary Date** | 08/23/2018 4:20 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL001;JCCP_MDL055; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 10/03/2021 7:17 am | SEMANTIC |
| **SourceHash** | e5db768947992d249748e435644c4cb1 | SEMANTIC |

UBER



# Ride Check:
# Anomaly Deep Dive

@neil.chopra
@akankshu

08.23.18

Attorney Client Privileged & Confidential

CONFIDENTIAL

P-02694.00003

UBER_JCCP_MDL_000324845

Platform



Provide empathetic support to both riders and drivers and help them get back on the road.

-- Trigger rate: ~50 in 1M trips

-- 50% safety incidents, 50% recall of L3/L4 accidents

-- US focused, where 90% of insurance premium is spent

Improve safety sentiment on the Uber platform by checking in when trips deviate from expectations.

-- Trigger rate: ~2K in 1M trips

-- 99% non-safety incidents, but with heightened risk

-- International expansion in 2019, regional ops have already run their own pilots

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0001

Opportunity

Using existing GPS and telematics data from the driver's device, we can flag irregularities while a trip is in progress and **proactively** check in with riders and drivers to see if everything's alright.

We can be **transparent** by explaining why we're checking in, and **empower** them with tools to respond in a manner that's appropriate for them.



## Value Proposition

I trust my ride is safe because Uber is proactively looking out for me.

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0002

## Where We Started

The India Ops team ran their own <u>on-trip calling experiment</u> without telematics data before we even pitched this project (now a live program in 3 major cities). That fueled us to expedite our own learnings.





We focused on a manageable first heuristic (long stops) to conduct a similar experiment <u>targeting night-time trips in LA</u>. We had 350 conversations in the moment with riders.

In parallel, we designed a potential in-app experience and our UX researchers conducted in-depth <u>user interviews</u>.



CONFIDENTIAL

P-02694.00006

UBER_JCCP_MDL_000324845.0003

## Key Takeaways

<sup></sup>

- **We learned we can't prevent safety incidents in the moment.** The India team hypothesized they could, but that did not bear out in the data (16 out of 7K). They did however find positive reaction to the reachout.

- We expected there to be more privacy concerns in the US, but our LA riders were **mostly appreciative** (42% "thank you!") or neutral (40% "I'm fine").

- The vast majority of stops were **totally innocent**, but riders were still appreciative of us checking in.

- In our user interviews, some worried an app check-in might make them **unnecessarily anxious**, though most reacted positively and made them **feel Uber cares**.

- Our alert in the Trip Controls had **trouble drawing attention**. This re-affirms our plan post-MVP to work with the Rider team on their new on-trip notification framework.

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0004

## Slide 5 Comments

1      we may not be able to. I don't think we can say we can't.
*Akankshu Dhawan,  10/15/2018 06:20 PM*

2      might be too early for that. I would consider rewording this to something like "We are mindful of potential privacy concerns, and so far LA riders have told us they are largely appreciative."
*Akankshu Dhawan,  10/15/2018 06:21 PM*

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0005

## MVP Considerations



|  | Pros | Cons |
|---|---|---|
| **Long Stops** (built) | -- Easiest to determine<br><br>-- Allows us to test a new on-trip pipeline | -- Riders mostly stop for innocuous reasons |
| **Trips Ending Away from Destination** (not built) | -- Fraud team already flags these after the fact | -- Would not be a true on-trip pipeline |
| **Route Deviations** (not built) | -- Likely strongest evidence of a safety concern | -- Most difficult to determine<br><br>-- Expected variation with drivers using different navigation apps |

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0006

## App Experience

The Ride Check experience builds equity in our existing Safety Toolkit, surfacing additional options that remain for the duration of the flagged trip.



## Drivers get a similar experience in Carbon.



CONFIDENTIAL

UBER_JCCP_MDL_000324845.0008

## Slide 8 Comments

1       +neil.chopra@uber.com Can I use this screenshot in the screener survey to jog people's memories?

        E.g.
        In the past 4 months have you experienced a Ride Check, as pictured below? {picture}
        *Yuri Choi,  4/2/2019 04:56 AM*

2       Yes you can. We did send a one time survey blast out on Friday (Ride Check in last 5 days), we'll need to take those folks out of the
        screener.

        Drivers: https://docs.google.com/spreadsheets/d/1YRDkl3JbQ7KQ7HxT5h6-OgYJK-4unvrYQ8d_W-6KYdI/edit#gid=0

        Riders: https://docs.google.com/spreadsheets/d/1YRQg517QwLGrsFwQHMb0GrElTJ86MNrFOQDPR1bcDlY/edit#gid=0
        *Neil Chopra,  4/2/2019 04:56 AM*

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0009

**App Experience**

If the rider doesn't engage with the notification, and the stop continues for some time, we'll send out an automated call to get their attention. Same thing on the driver side.

> " Hello, this is a Ride Check from Uber.
>
> The app detected that your ride's been stopped for a while and we wanted to check in. If you need emergency assistance, please hang up and dial 911. If everything is okay, please press 1 or hang up. Otherwise, please press 0 or stay on the line to be connected to the Uber Safety Line.



Sample Audio

* FAQ - What if nobody notices the notification?

UBER_JCCP_MDL_000324845.0010

# How are we measuring success?

Both riders and drivers will have the option to opt-out of the experience. This is both a requirement from legal and how we want to position Ride Check.

We'll be tracking engagement with our notifications, inbounds to our Safety Line, and surveying users to get a sense of sentiment.

## App Engagement

**[>50%]** of notified riders are acknowledging the notification. Of the remaining who are robocalled, **[>50%]** are picking up.

## Opt-Out

Opt-out rate is **[<5%]** for both riders and drivers.

## Safety Line

Safety Line inbounds from anomalous trips are true positives **[>50%]** of the time. Current baseline of normal inbounds is [25%]. True positive means they are reporting an actual safety incident.

## Sentiment

Survey 10% of notified riders/drivers. Goal is positive response from **[>75%]**.

* See [full pilot evaluation](full pilot evaluation)

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0011

UBER

# FAQs

See full list [here](here)

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0012

FAQ - <u>How precise is this?</u>

We've identified four categories of increasing severity for anomalies and want to further target the bottom two as in the long run.

Safety incidents are incredibly rare on the Uber platform, and our primary goal with this experience is to improve sentiment.

The reality is long stops have **low** precision and recall against actual reported safety incidents (both ~1%), but they do indicate increased safety risk*.

**Changed Expectations**
(New destination, food stops)

**Innocuous Anomalies**
(Traffic jam, crash ahead)

**Anxious Situations**
(Late night freeway stops, car breakdowns)

**Safety Incidents**
(Altercations, crashes, assaults, misconduct)

* To see full odds ratio analysis, please reach out to neil.chopra@, as it contains sensitive safety incident data

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0013

P-02694.00016

FAQ - <u>How precise is this?</u>

4

We could filter out POIs, but the system didn't expect the stop, so it's reasonable to reach out

We can filter out traffic and we should, it wasn't the driver or rider's fault

**Changed Expectations**
(New destination, food stops)

**Innocuous Anomalies**
(Traffic jam, crash ahead)

**Anxious Situations**
(Late night freeway stops, car breakdowns)

**Safety Incidents**
(Altercations, crashes, assaults, misconduct)

Slide 13 Comments

1       Sorry, but what does filter out mean? Will we not be calling in cases where we can detect traffic on the road or around POIs?
        *Deleted user,  3/12/2019 06:09 AM*

2       +prasoon.jha@uber.com
        *Deleted user,  3/12/2019 04:51 AM*

3       We will be sending out notifications asking if all is okay with the trip. We will then engage only if the user then chooses to interact with us through the options available under safety tool kit.  +neil.chopra@uber.com
        *Deleted user,  3/12/2019 05:04 AM*

4       There won't be calling. We're choosing not to filter out POIs, but we are in the process of putting a system in place to filter out traffic.
        *Neil Chopra,  3/12/2019 06:09 AM*

FAQ - How noisy will it be?

Using our heuristic of 5+ minute stops in May 2018, **1-2%** of riders would have gotten any alert. **~99%** of those would have seen it **3 or less times** the entire month.

| | % Total Riders | 1 alert | 1-2 alerts | 1-3 alerts |
|---|---|---|---|---|
| **Austin** | 1.19% | 94.8% | 98.8% | 99.5% |
| **Chicago** | 1.11% | 94.3% | 98.8% | 99.6% |
| **New York** (7 min threshold*) | 1.41% | 95.8% | 99.3% | 99.8% |
| **Los Angeles** | 1.12% | 93.6% | 98.5% | 99.4% |
| **Small Markets (500K - 1M)** | 1.08% | 91.6% | 97.8% | 99.1% |
| **Small Markets (100K - 500K)** | 1.48% | 91.5% | 97.6% | 99.0% |
| **Small Markets (<100K)** | 1.72% | 90.5% | 97.3% | 98.9% |

* Our MVP will allow us to tune minute thresholds
* See full noise analysis

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0016

FAQ - What if an actual incident is happening in real-time?

Ultimately, if a safety incident is actively in progress, Uber is unable to act as emergency services. Our aim is to provide riders and drivers with clear tools, primarily directing them to 911 in the case of an emergency situation.



UBER

# Timeline + Roadmap

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0018

P-02694.00021

## Slide 16 Comments

1        +neil.chopra@uber.com we should add a slide with the following:

1. metrics we will be tracking..
2. Which one of these we have some early signal from the pilot
_Assigned to neil.chopra@uber.com_
*Akankshu Dhawan,  2/22/2019 01:09 PM*

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0019

Q1

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |

Q2

Q3

- Tech Debt
- Global Shadow Mode
- India Pilot
- Brazil Pilot
- Integrate Robocalls
- Sentiment Surveys
- Expand LA Pilot
- Add 5-6 US Markets
- Add 15-20 US Markets
- 50% US
- Build Traffic Filtering
- Safety Toolkit Framework
- Midway Drop-Off UX
- DS/DA Kick-Off
- Midway Pipeline
- Calling Exp.
- Final Heuristic

Legend: ▩ Long Stop  ▩ Next Anomalies

- **Global Shadow Mode:** As of 2/12/19, we are in shadow mode globally, clearing a key engineering hurdle to scaling our pilots. This allows us to analyze cities and fully understand trigger rates.

- **Traffic Integration:** Traffic integration has followed two different threads. One is using the Maps team's traffic data, which does not have the full coverage we were hoping for. Now that we are in shadow mode, we can start to look at our own long stop data against Uber's hexagon model to build our own picture of traffic hotspots. This would get us to a path of feeling more comfortable with larger cities in India that have very high trigger rates.

- **Sentiment Surveys:** If we want to actually get a statistically significant signal on safety sentiment improvement for pilot cities, we would need to issue a pre-survey, then issue a post-survey after two months. We are still able to push an interim post-survey earlier to more quickly get positive/negative feedback on the feature itself.

- **Midway Drop-Offs:** There are two tracks of work here: (1) the Safety Toolkit Framework which will clean up the very large tech debt accrued in the safety toolkit today, and (2) a BE heuristic coupled with a calling experiment similar to what we did for long stops. Since India is already testing a version of this, they will likely be the right candidate to undertake the calling experiment. Due to the Transparency Report and pending process rollouts, the US IRT team will likely have less bandwidth to take this on again.

Last Updated: 2/27/2019

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0021

**Q3**  **Q4**  **Q1**

| Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |

**Experience**

- Design
- Calling Experiment
- Public Demo
- Build MVP Mobile Experience [Crash + Anomaly]
- Testing
- Launch MVP in LA
- Success Criteria Evaluation
- Add 1-2 US Markets
- Dynamic Mobile Content
- Rider Team On-Trip Notification Framework

**Detection**

- Initial Heuristic
- Build MVP Notification Pipeline [Crash + Anomaly]
- Integrate Traffic Data [Estimate TBD]
- Research w/ Safety DS
- Midway Drop-Offs + Route Deviations
- Partner w/ S+P [Estimate TBD]

Legend: ■ Experience   ■ Detection

CONFIDENTIAL

P-02694.00025

UBER_JCCP_MDL_000324845.0022

## Key Dates

- **10/18/2018:** Round 2 of UX research; 5 riders and 5 drivers. Will test final designs and reaction to robocall.

- **10/23/2018:** Begin estimate for traffic integration. Will not be ready for MVP launch, but can fast follow without any mobile updates.

- **11/19/2018:** MVP Launch; 50% of LA with LAX exclusion; Simple 5+ minute heuristic.

- **11/19/2018:** Data science begins on features for **midway drop-offs** and **route deviation**.

- **Q1 2019:** Before we can wire up new anomalies to Ride Check, we'll need to invest in making the mobile content dynamic.

- **End of Q1 2019:** Halo on-trip messaging framework starts launching, which we will integrate with.

Last Updated: 10/12/2018

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0023

Team

# Product
PM/PMM/POps

**Neil Chopra** Product Manager
**Akankshu Dhawan** Product Manager
**Nick Silver** PMM
**Lizzie Ross** PMM

# Insight
Data Science/Research

**Paula Desmond** Lead UX Researcher
**Meghana Murthy** UX Researcher
**Yuri Choi** UX Researcher
**Jing Zhan** Data Scientist

# Design
Design /Content

**Blake Engel** Product Design Manager
**Racine Davis** Lead Product Design
**Eric Eisher** Product Design
**Haylee Jung** Product Design
**Emily Mark** Product Design
**Zoe Schiffer** Content Strategist

# Engineering
EM/FE/BE/Mobile

**Misha Bosin** Engineering Manager
**Jacob Sevart** Lead Engineer
**Da Fang** Engineer

CONFIDENTIAL

UBER_JCCP_MDL_000324845.0024