# UBER_JCCP_MDL_000514064

## Metadata

| Account | andi@uber.com | SEMANTIC |
|---|---|---|
| All Custodians | Pimentel, Andi | SEMANTIC |
| All Paths | Pimentel, Andi :\Multi Custodian Gmail\EDISCO-23472_Gmail-76.zip\EDISCO-23472_Gmail--andi@uber.com-aFWNeI.mbox; Pimentel, Andi :\Multi Custodian Gmail\EDISCO-23472_Gmail-76.zip\EDISCO-23472_Gmail--andi@uber.com-aFWNeI.mbox | SEMANTIC |
| Application | Portable Document Format | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000514062 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 02/13/2015 10:08 pm | SEMANTIC |
| Date Modified | 02/13/2015 10:08 pm | SEMANTIC |
| Document Type | Attachment | SEMANTIC |
| End Family | UBER_JCCP_MDL_000514090 | SEMANTIC |
| File Path | \Multi Custodian Gmail\EDISCO-23472_Gmail-76.zip\EDISCO-23472_Gmail--andi@uber.com-aFWNeI.mbox | SEMANTIC |
| File Size | 3253314 | SEMANTIC |
| Filename | ProjectXX FINAL.pdf | SEMANTIC |
| Hash Value | f5bd6956ab5ef300e7dc9af322ec7323 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000514064;UBER_JCCP_MDL_000514065;UBER_JCCP_MDL_000514066;UBER_JCCP_MDL_000514067;UBER_JCCP_MDL_000514068;UBER_JCCP_MDL_000514069;UBER_JCCP_MDL_000514070;UBER_JCCP_MDL_000514071;UBER_JCCP_MDL_000514072;UBER_JCCP_MDL_000514073;UBER_JCCP_MDL_000514074;UBER_JCCP_MDL_000514075;UBER_JCCP_MDL_000514076;UBER_JCCP_MDL_000514077;UBER_JCCP_MDL_000514078;UBER_JCCP_MDL_000514079;UBER_JCCP_MDL_000514080;UBER_JCCP_MDL_000514081;UBER_JCCP_MDL_000514082;UBER_JCCP_MDL_000514083;UBER_JCCP_MDL_000514084;UBER_JCCP_MDL_000514085;UBER_JCCP_MDL_000514086;UBER_JCCP_MDL_000514087;UBER_JCCP_MDL_000514088;UBER_JCCP_MDL_000514089;UBER_JCCP_MDL_000514090 | SEMANTIC |
| ILS Document Date | 02/13/2015 | SEMANTIC |
| ILS Prod Date | 9/22/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL008 | SEMANTIC |
| Other Custodians | Pimentel, Andi | SEMANTIC |
| Primary Date | 02/13/2015 10:08 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL008; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 02/13/2015 11:12 pm | SEMANTIC |

Trial Exhibit No.

**P-02764_slip**



# PROJECT XX

UBER

CONFIDENTIAL



Trial Exhibit No.

**P-02764**

UBER_JCCP_MDL_000514064

P-02764.00001

# WE ARE MISSING AN OPPORTUNITY

The future of Uber's growth, both of riders and drivers, is women. Trends in education, wealth and city populations all point to women as a growing and eventually leading force.

We need to explicitly state compelling reasons for women to trust Uber and recognize the value offered by our platform—**we are missing an opportunity**.

We need to build the road towards a **fully inclusive, trusted and empowering platform**.



PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

2

CONFIDENTIAL

UBER_JCCP_MDL_000514065

P-02764.00002

# WOMEN ARE BECOMING A LEADING ECONOMIC POWER



**EDUCATION**

College graduation rates for women are outpacing men **3 to 2**.

Women now earn **60%** of master's degrees, about **half of all** law and medical degrees, and **42%** of all MBAs.



**WEALTH**

Millennial women, despite the wage gap, have more earning potential and disposable income than any previous generation.



**HOME**

**40%** of American homes, women are the primary breadwinners. **24%** of women earn more than their husbands.



PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

3

UBER_JCCP_MDL_000514066

P-02764.00003

# WOMEN ARE A WORKFORCE POWER



**GLOBAL WORKFORCE**

Women are a growing part of the global labor force and **46.9%** of the US workforce.

**LOW WAGE WORKFORCE**

Women are **65.9%** of the low wage workforce—**13.1mm** people in the US.

**FINANCIALLY RESPONSIBLE**

Women are **7-10%** more likely to repay a loan on time and in full.

U B E R

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

4

CONFIDENTIAL

UBER_JCCP_MDL_000514067

P-02764.00004

# THE COMPETITION

  

We're better engaged with women than taxi, but not as strong as our ride-share competition.

**DRIVERS**

**30%** of Lyft drivers are female

**14%** of Uber drivers are female

**RIDERS**

**60%** of Lyft riders are female

**40-50%** of Uber riders are female

**EXECUTIVE MANAGEMENT**

**47%** of Lyft executives are female

(Director level and above)

"For Lyft in particular, where 60% of riders and 30% of drivers are female, gender diversity in decision making is critical to the company's experience-based growth strategy."

**"The Women Leaders Driving Lyft's Impressive Growth," FAST COMPANY, 1/22/15**

CONFIDENTIAL

UBER_JCCP_MDL_000514068

P-02764.00005

**MISSION STATEMENT**

Uber's mission for Project XX is to empower and support women by harnessing the power of the Uber platform by driving thought leadership and product innovation, specifically on women's safety and empowerment.

This means actively recruiting more female partners, engaging more female riders, and using the Uber platform to support populations both through economic opportunity and giving.

6

P-02764.00006

# PROJECT XX CAN BE LIFE CHANGING



**MOBILITY**

Low-cost ride products like UberPOOL & Commute offer life-changing transportation options. No longer waiting to take a 1.5 hour bus ride across LA, Uber means a better job, seeing her family, or pursuing her education by moving freely and expediently.



**ECONOMIC EMPOWERMENT**

Uber puts women in the driver's seat, offering a job that does not discriminate between applicants and has no wage gap. Driving with Uber offers economic independence and equality.



**SAFETY**

Offering the most accountable transportation option available, Uber can educate drivers to wait until a woman gets inside and offer no-cost late night rides through businesses & universities.



**WORKPLACE EQUALITY**

Be a Silicon Valley leader by evangelizing Uber's meritocracy where women employees are afforded equal pay and opportunity growth.

U B E R

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

CONFIDENTIAL

UBER_JCCP_MDL_000514070

P-02764.00007

# PROJECT XX GOALS

## INCREASE NUMBER OF FEMALES DRIVERS AND RIDERS ON THE PLATFORM

**BY THE THOUSANDS**

## IMPROVE PUBLIC SENTIMENT AND PERCEPTION

**BY MEASURING CAMPAIGN/INITIATIVE PERFORMANCE MORE RIGOROUSLY**

U B E R

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

8

CONFIDENTIAL

UBER_JCCP_MDL_000514071

P-02764.00008

# EXTERNAL INITIATIVES

CONFIDENTIAL

UBER_JCCP_MDL_000514072

P-02764.00009

# ADVISORY BOARD
## LEND TRUST & CREDIBILITY AND SOLICIT ADVISORY SERVICES

**LAURA LISWOOD**
- Former Managing Director and current Senior Advisor at Goldman Sachs; Major player in GS's 10,000 Women initiative
- Secretary General of the Council of Women World Leaders hosted by the United Nations

**NICHOLAS KRISTOF**
- New York Times op-ed columnist with emphasis on human rights, women's rights, health and global affairs
- Co-author of Half the Sky, which argues that the oppression of women worldwide is the paramount moral challenge of this era

**SAADIA ZAHIDI**
- Head of Women Leaders and Gender Parity Program at the World Economic Forum
- Creator and co-author of Global Gender Gap Reports series, which benchmarks countries' gender gaps on health, education, economic participation and political empowerment

**JACKSON KATZ**
- Ph.D., author, filmmaker; Recognized for his work in gender violence prevention education

**JOELLE EMERSON**
- Co-founder and CEO of Paradigm, a strategy firm that helps innovative companies build diverse workforces
- Former women's rights lawyer; Clerked on the 9th Circuit Court of Appeals; Skadden Fellow for Equal Rights Advocates; Stanford Law J.D.

    

U B E R

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

10

CONFIDENTIAL

UBER_JCCP_MDL_000514073

P-02764.00010

# GLOBAL & NATIONAL PARTNERS

## BUILD RELATIONSHIPS WITH CREDIBLE ORGANIZATIONS TO GIVE UBER THIRD PARTY VALIDATION









**UNWomen**

Uber sponsors a HeForShe campaign with UNWomen

**LEAN IN**

Partner with #leanintogether, a men's campaign launching in March

Encourage Uber team & partners to take gender bias training

**GLOBAL FUND FOR WOMEN**

"No Wage Gap" campaign launch partner

**AMERICAN ASSOCIATION OF UNIVERSITY WOMEN**

Uber hosts Campus Leadership Programs promoting campus safety (riders) and part-time opportunities (drivers)

CONFIDENTIAL

UBER_JCCP_MDL_000514074

P-02764.00011

# PARTNERSHIPS ON ECONOMIC EMPOWERMENT AND SAFETY

## DEVELOP INITIATIVES TO GROW FEMALE DRIVER AND RIDER BASE









**DRESS FOR SUCCESS**

**INTERNATIONAL RESCUE COMMITTEE**

**POLARIS PROJECT**

**NATIONAL NETWORK TO END DOMESTIC VIOLENCE**

Promote Uber as a career opportunity for disadvantaged women and refugees

Uber providing safe rides for organizations that focus on ending violence

UBER

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

12

CONFIDENTIAL

UBER_JCCP_MDL_000514075

P-02764.00012

# BECOME THE LEADER IN TECH

- Create a coalition of tech companies focused on women's empowerment
- Invite and encourage tech companies to share learnings and best practices relating to safety
  - Airbnb hosted ~120k international visitors for the World Cup and sent a monitoring message to all hosts. They had zero reported safety incidents
  - Dating sites/apps (Tinder, Hinge) run all people through a sex offenders database
  - Craigslist has a list of common sense precautions on its site
  - Include Lyft and Sidecar to demonstrate that Uber values safety above business competition

   

UBER

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

13

UBER_JCCP_MDL_000514076

P-02764.00013

# PROACTIVE MESSAGING - RIDERS & DRIVERS

**RIDERS**

APPROACH

- Highlight **mobility** through accessibility
  - Low-cost products allow for life-changing mobility (e.g. not be restricted to public transportation opens up new job opportunities)
- Emphasize **safety** through product and process innovation
  - Safety net feature allows riders to share trip details and location with up to five people
  - Best-in-class background check procedures, especially in countries that lack strong infrastructure

**DRIVERS**

APPROACH

- **No wage gap** through gender-blind platform
  - Uber platform offers equal opportunity for men & women
- Emphasize **flexibility** of the system
  - No scheduling allows drivers to balance work and family life
  - Part-timers are 21% female
- Overall **economic empowerment**
  - 61% of drivers say Uber boosts their income and financial security
  - 45% of parents use Uber income to pay for child-related expenses
  - 28% of people under 30 use Uber to pay student loans

U B E R

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

14

UBER_JCCP_MDL_000514077

P-02764.00014

# NEXT STEPS & TIMELINE

**Q1 2015**

**Advisory Board** by March Wk 1

- Create advocates & solicit advice

**National & Global Partnerships** by March Wk 4

- Build credibility & sponsor campaigns

**Proactive Messaging** by March Wk 4

- Drivers - No Wage Gap & flexibility campaign
- Riders - Mobility & empowerment campaign

**Q2 2015**

**Partnerships - Economic Empowerment** by April Wk 4

- Build initiatives with orgs focused on providing career opportunities for the underprivileged

**Partnerships - Safety** by May Wk 4

- Build initiatives to provide safe rides to prevent violence

UBER

SECTION LOREM IPSUM DOLOR
UBER KEYNOTE TEMPLATE

OCTOBER 1, 2014

15

CONFIDENTIAL

UBER_JCCP_MDL_000514078

P-02764.00015

# APPENDIX

CONFIDENTIAL

UBER_JCCP_MDL_000514079

P-02764.00016

# CHANGING THE NARRATIVE

"Exclusive: Uber Offered Woman Credit in Response to Sexual Harassment Allegation"

**NEWSWEEK, 12/10/14**

"Sexist French Uber Promotion Pairs Riders with "Hot Chick" Drivers"

**BUZZFEED, 10/21/14**

"Uber should be keeping women safe, but Uber has a woman problem"

**THE GUARDIAN, 11/18/14**



"Slow Your Roll, Bro: Uber Scandal Spotlights Tech's Dude Problems"

**THE TAKEAWAY, 11/20/14**

"Uber's Bro Culture has Run Its Course"

**THE BOLD ITALIC, 11/19/14**

"Should All Women Uninstall Uber?"

**THE BOLD ITALIC, 10/24/14**

Our public narrative inhibits us from capturing this market, and living up to the potential of our mission.

It's not only avoiding negative stories. **We must proactively change the story.** We need continuous and concerted initiatives to not just repair trust with women, but to become a leader in opportunity.

U B E R

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

17

CONFIDENTIAL

UBER_JCCP_MDL_000514080

P-02764.00017

# MARKETING TO WOMEN

CONFIDENTIAL

UBER_JCCP_MDL_000514081

P-02764.00018

# WHEN BRANDS MAKE MISTAKES
## MARKETING TO WOMEN WHERE THERE IS NO DIFFERENCE IN THE PRODUCT IS PANDERING



 amazon.com

" I'd really like to buy a pack of these pens; but I probably need my father's or husband's permission first. Like I do with all my financial decisions.

My husband says before long I'll be able to write my very own shopping lists and cake recipes!

We're all joking about this, naturally (a woman using a pen - ridiculous!), but this could have serious implications. What's next, ladies attending universities?

Oh. My. God. I've been doing it all wrong. There was me thinking I didn't need to worry about whether my writing implement sufficiently reflected my gender. Thank you so much Bic for showing me the error of my ways. Perhaps Bic will also bring out a new range of pink (or purple) feminine spanners, screwdrivers, electric drills and angle grinders so that I can carry out my job as a bicycle mechanic without further embarrassing myself?



U B E R

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

19

P-02764.00019

# WOMEN SPEAKING TO WOMEN
GROUND-BREAKING, HOWEVER OBJECTIFYING



UBER

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

20

CONFIDENTIAL

UBER_JCCP_MDL_000514083

P-02764.00020

# GENDER PARITY

## MARKETING THAT FOCUSES ON SKILLS, CREATIVITY & CONTRIBUTION





CONFIDENTIAL

UBER_JCCP_MDL_000514084

P-02764.00021

# HE FOR SHE CAMPAIGN

HEFORSHE INVOLVES MEN IN THE DISCUSSION TO CREATE SOLIDARITY AND FIND A SOLUTION.







U B E R

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

22

CONFIDENTIAL

UBER_JCCP_MDL_000514085

P-02764.00022

# VERIZON
## ELIMINATING STEREOTYPES





U B E R    PROJECT XX
PROPOSAL PRESENTATION

CONFIDENTIAL

UBER_JCCP_MDL_000514086

P-02764.00023

# LESSONS AND CORE TENANTS

**LESSONS**

1. Women want to be inspired, not pandered to.
2. Women will feel safe when they know we're trustworthy.
3. Women will have a conversation with us when they know we are listening.
4. Women will want to work here when they know this is a place they can grow.
5. Women will want to give us their business when we give them our respect.

**CORE TENANTS**

1. Authenticity
2. Uber is listening
3. Universal to all, through the lens of a woman
4. Male participation

U B E R

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

24

CONFIDENTIAL

UBER_JCCP_MDL_000514087

P-02764.00024

# WOMEN ON THE BOARD INCREASES PROFITABILITY



**Global performance: companies market cap >USD 10 billion**

Source: CSG 3000

■ No women on board    ■ 1 or more women on board

CONFIDENTIAL    UBER_JCCP_MDL_000514088

P-02764.00025

## Performance of companies tiered by female management participation

Source: CSG 3000



- 25%
- 33%
- 50%
- All companies

UBER

PROJECT XX
PROPOSAL PRESENTATION

FEBRUARY 10, 2015

26

CONFIDENTIAL

UBER_JCCP_MDL_000514089

P-02764.00026

# THANK YOU.

Adria Hou
Ana Heller
Andi Pimentel
Arielle Goren
Britt Williams
Catherine Ray
Karolina Sadocha
Kate Doyle
Matt Hearns

CONFIDENTIAL
UBER_JCCP_MDL_000514090

P-02764.00027