## UBER_JCCP_MDL_001461771

## Metadata

| #Author | zoe.pu@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 11/28/2023 | SEMANTIC |
| #DateCreated | 08/02/2021 | SEMANTIC |
| #Title | [ACP] S-RAD - Leadership Reviews | SEMANTIC |
| Account | mike.akamine@uber.com; | SEMANTIC |
| All Custodians | Akamine, Mike; | SEMANTIC |
| All Paths | Akamine, Mike: \Akamine, Mike\EDISCO-23471_mike.akamine@uber.com_9.zip; Akamine, Mike: \Akamine, Mike\EDISCO-23471_mike.akamine@uber.com_9.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001461771 | SEMANTIC |
| Collaborators | mauricio.vieira@uber.com; mingxuan@uber.com; gabriel.saca@uber.com; felipe.dos.santos@uber.com; vbentley@uber.com; celeste.lazzerini@uber.com; alex.madsen@uber.com; usivaram@uber.com; pcohen@uber.com; gus@uber.com; douglas.cohen@uber.com; amy.lemillieretinney@uber.com; pmuh@uber.com; apokorny@uber.com; aldo.parramolina@uber.com; eboman@uber.com; sachin.kansal@uber.com; jsevart@uber.com; lfernandez@uber.com; alagomarsino@uber.com; roosmarijn@uber.com; kmcdonald@uber.com; natalia.galvez@uber.com; rebecca.payne@uber.com; dharmin@uber.com; rachael.smith@uber.com; jakeatlas@uber.com; vo@uber.com; bmarchi@uber.com; gferreira@uber.com; jennifera@uber.com; rafael.thosi@uber.com; cameron.clarke@uber.com; ramsin@uber.com; anapaulapt@uber.com; sperryman@uber.com; lilian.alencar@uber.com; srosenstock@uber.com; mariane.romildo@uber.com; mike.akamine@uber.com; handley@uber.com; margalit@uber.com; youngjae@uber.com; dweber@uber.com; andrew.hasbun@uber.com; dsvirsky@uber.com; sunny.wong@uber.com; dkolta@uber.com; joao.reis@uber.com; arda@uber.com; gorkem@uber.com; rafaelp@uber.com; sejal.shah@uber.com; danielle.mccarthy@uber.com; srad-working-group@uber.com; srad-stakeholder-group@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 08/02/2021 7:36 pm | SEMANTIC |
| Date Modified | 11/28/2023 11:44 pm | SEMANTIC |
| DocID | 16AUIQf2Bej1ztnbwx6v9yu4hoESV67aTzdqii537Puk | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_001461771 | SEMANTIC |
| File Path | \Akamine, Mike\EDISCO-23471_mike.akamine@uber.com_9.zip | SEMANTIC |
| File Size | 40107769 | SEMANTIC |
| Filename | -ACP- S-RAD - Leadership Reviews_16AUIQf2Bej1ztnbwx6v9yu4hoESV67aTzdqii537Puk.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_001461771;UBER_JCCP_MDL_001461771.0001;UBER_JCCP_MDL_001461771.0002;UBER_JCCP_MDL_001461771.0003;UBER_JCCP_MDL_001461771.0004;UBER_JCCP_MDL_001461771.0005;UBER_JCCP_MDL_001461771.0006;UBER_JCCP_MDL_001461771.0007;UBER_JCCP_MDL_001461771.0008;UBER_JCCP_MDL_001461771.0009;UBER_JCCP_MDL_001461771.0010;UBER_JCCP_MDL_001461771.0011;UBER_JCCP_MDL_001461771.0012;UBER_JCCP_MDL_001461771.0013;UBER_JCCP_MDL_001461771.0014;UBER_JCCP_MDL_001461771.0015;UBER_JCCP_MDL_001461771.0016;UBER_JCCP_MDL_001461771.0017;UBER_JCCP_MDL_001461771.0018;UBER_JCCP_MDL_001461771.0019;UBER_JCCP_MDL_001461771.0020;UBER_JCCP_MDL_001461771.0021;UBER_JCCP_MDL_001461771.0022;UBER_JCCP_MDL_001461771.0023;UBER_JCCP_MDL_001461771.0024;UBER_JCCP_MDL_001461771.0025;UBER_JCCP_MDL_001461771.0026;UBER_JCCP_MDL_001461771.0027;UBER_JCCP_MDL_001461771.0028;UBER_JCCP_MDL_001461771.0029;UBER_JCCP_MDL_001461771.0030;UBER_JCCP_MDL_001461771.0031;UBER_JCCP_MDL_001461771.0032;UBER_JCCP_MDL_001461771.0033;UBER_JCCP_MDL_001461771.0034;UBER_JCCP_MDL_001461771.0035;UBER_JCCP_MDL_001461771.0036;UBER_JCCP_MDL_001461771.0037;UBER_JCCP_MDL_001461771.0038;UBER_JCCP_MDL_001461771.0039;UBER_JCCP_MDL_001461771.0040;UBER_JCCP_MDL_001461771.0041;UBER_JCCP_MDL_001461771.0042;UBER_JCCP_MDL_001461771.0043;UBER_JCCP_MDL_001461771.0044;UBER_JCCP_MDL_001461771.0045;UBER_JCCP_MDL_001461771.0046;UBER_JCCP_MDL_001461771.0047;UBER_JCCP_MDL_001461771.0048;UBER_JCCP_MDL_001461771.0049;UBER_JCCP_MDL_001461771.0050;UBER_JCCP_MDL_001461771.0051;UBER_JCCP_MDL_001461771.0052;UBER_JCCP_MDL_001461771.0053;UBER_JCCP_MDL_001461771.0054;UBER_JCCP_MDL_001461771.0055;UBER_JCCP_MDL_001461771.0056;UBER_JCCP_MDL_001461771.0057;UBER_JCCP_MDL_001461771.0058;UBER_JCCP_MDL_001461771.0059;UBER_JCCP_MDL_001461771.0060;UBER_JCCP_MDL_001461771.0061;UBER_JCCP_MDL_001461771.0062;UBE | SEMANTIC |

Trial Exhibit No.
P-02873

R_JCCP_MDL_001461771.0063;UBER_JCCP_MDL_001461771.0064;UBER_JCCP_
MDL_001461771.0065;UBER_JCCP_MDL_001461771.0066;UBER_JCCP_MDL_001
461771.0067;UBER_JCCP_MDL_001461771.0068;UBER_JCCP_MDL_001461771.0
069;UBER_JCCP_MDL_001461771.0070;UBER_JCCP_MDL_001461771.0071;UBE
R_JCCP_MDL_001461771.0072;UBER_JCCP_MDL_001461771.0073;UBER_JCCP_
MDL_001461771.0074;UBER_JCCP_MDL_001461771.0075;UBER_JCCP_MDL_001
461771.0076;UBER_JCCP_MDL_001461771.0077;UBER_JCCP_MDL_001461771.0
078;UBER_JCCP_MDL_001461771.0079;UBER_JCCP_MDL_001461771.0080;UBE
R_JCCP_MDL_001461771.0081;UBER_JCCP_MDL_001461771.0082;UBER_JCCP_
MDL_001461771.0083;UBER_JCCP_MDL_001461771.0084;UBER_JCCP_MDL_001
461771.0085;UBER_JCCP_MDL_001461771.0086;UBER_JCCP_MDL_001461771.0
087;UBER_JCCP_MDL_001461771.0088;UBER_JCCP_MDL_001461771.0089;UBE
R_JCCP_MDL_001461771.0090;UBER_JCCP_MDL_001461771.0091;UBER_JCCP_
MDL_001461771.0092;UBER_JCCP_MDL_001461771.0093;UBER_JCCP_MDL_001
461771.0094;UBER_JCCP_MDL_001461771.0095;UBER_JCCP_MDL_001461771.0
096;UBER_JCCP_MDL_001461771.0097;UBER_JCCP_MDL_001461771.0098;UBE
R_JCCP_MDL_001461771.0099;UBER_JCCP_MDL_001461771.0100;UBER_JCCP_
MDL_001461771.0101;UBER_JCCP_MDL_001461771.0102;UBER_JCCP_MDL_001
461771.0103;UBER_JCCP_MDL_001461771.0104;UBER_JCCP_MDL_001461771.0
105;UBER_JCCP_MDL_001461771.0106;UBER_JCCP_MDL_001461771.0107;UBE
R_JCCP_MDL_001461771.0108;UBER_JCCP_MDL_001461771.0109;UBER_JCCP_
MDL_001461771.0110;UBER_JCCP_MDL_001461771.0111;UBER_JCCP_MDL_001
461771.0112;UBER_JCCP_MDL_001461771.0113;UBER_JCCP_MDL_001461771.0
114;UBER_JCCP_MDL_001461771.0115;UBER_JCCP_MDL_001461771.0116;UBE
R_JCCP_MDL_001461771.0117;UBER_JCCP_MDL_001461771.0118;UBER_JCCP_
MDL_001461771.0119;UBER_JCCP_MDL_001461771.0120;UBER_JCCP_MDL_001
461771.0121;UBER_JCCP_MDL_001461771.0122;UBER_JCCP_MDL_001461771.0
123;UBER_JCCP_MDL_001461771.0124;UBER_JCCP_MDL_001461771.0125;UBE
R_JCCP_MDL_001461771.0126;UBER_JCCP_MDL_001461771.0127;UBER_JCCP_
MDL_001461771.0128;UBER_JCCP_MDL_001461771.0129;UBER_JCCP_MDL_001
461771.0130;UBER_JCCP_MDL_001461771.0131;UBER_JCCP_MDL_001461771.0
132;UBER_JCCP_MDL_001461771.0133;UBER_JCCP_MDL_001461771.0134;UBE
R_JCCP_MDL_001461771.0135;UBER_JCCP_MDL_001461771.0136;UBER_JCCP_
MDL_001461771.0137;UBER_JCCP_MDL_001461771.0138;UBER_JCCP_MDL_001
461771.0139;UBER_JCCP_MDL_001461771.0140;UBER_JCCP_MDL_001461771.0
141;UBER_JCCP_MDL_001461771.0142;UBER_JCCP_MDL_001461771.0143;UBE
R_JCCP_MDL_001461771.0144;UBER_JCCP_MDL_001461771.0145;UBER_JCCP_
MDL_001461771.0146;UBER_JCCP_MDL_001461771.0147;UBER_JCCP_MDL_001
461771.0148;UBER_JCCP_MDL_001461771.0149;UBER_JCCP_MDL_001461771.0
150;UBER_JCCP_MDL_001461771.0151;UBER_JCCP_MDL_001461771.0152;UBE
R_JCCP_MDL_001461771.0153;UBER_JCCP_MDL_001461771.0154;UBER_JCCP_
MDL_001461771.0155;UBER_JCCP_MDL_001461771.0156;UBER_JCCP_MDL_001
461771.0157;UBER_JCCP_MDL_001461771.0158;UBER_JCCP_MDL_001461771.0
159;UBER_JCCP_MDL_001461771.0160;UBER_JCCP_MDL_001461771.0161;UBE
R_JCCP_MDL_001461771.0162;UBER_JCCP_MDL_001461771.0163;UBER_JCCP_
MDL_001461771.0164;UBER_JCCP_MDL_001461771.0165;UBER_JCCP_MDL_001
461771.0166;UBER_JCCP_MDL_001461771.0167;UBER_JCCP_MDL_001461771.0
168;UBER_JCCP_MDL_001461771.0169;UBER_JCCP_MDL_001461771.0170;UBE
R_JCCP_MDL_001461771.0171;UBER_JCCP_MDL_001461771.0172;UBER_JCCP_
MDL_001461771.0173;UBER_JCCP_MDL_001461771.0174;UBER_JCCP_MDL_001
461771.0175;UBER_JCCP_MDL_001461771.0176;UBER_JCCP_MDL_001461771.0
177;UBER_JCCP_MDL_001461771.0178;UBER_JCCP_MDL_001461771.0179;UBE
R_JCCP_MDL_001461771.0180;UBER_JCCP_MDL_001461771.0181;UBER_JCCP_
MDL_001461771.0182;UBER_JCCP_MDL_001461771.0183;UBER_JCCP_MDL_001
461771.0184;UBER_JCCP_MDL_001461771.0185;UBER_JCCP_MDL_001461771.0
186;UBER_JCCP_MDL_001461771.0187;UBER_JCCP_MDL_001461771.0188;UBE
R_JCCP_MDL_001461771.0189;UBER_JCCP_MDL_001461771.0190;UBER_JCCP_
MDL_001461771.0191;UBER_JCCP_MDL_001461771.0192;UBER_JCCP_MDL_001
461771.0193;UBER_JCCP_MDL_001461771.0194;UBER_JCCP_MDL_001461771.0
195;UBER_JCCP_MDL_001461771.0196;UBER_JCCP_MDL_001461771.0197;UBE
R_JCCP_MDL_001461771.0198;UBER_JCCP_MDL_001461771.0199;UBER_JCCP_
MDL_001461771.0200;UBER_JCCP_MDL_001461771.0201;UBER_JCCP_MDL_001
461771.0202;UBER_JCCP_MDL_001461771.0203;UBER_JCCP_MDL_001461771.0
204;UBER_JCCP_MDL_001461771.0205;UBER_JCCP_MDL_001461771.0206;UBE
R_JCCP_MDL_001461771.0207;UBER_JCCP_MDL_001461771.0208;UBER_JCCP_
MDL_001461771.0209;UBER_JCCP_MDL_001461771.0210;UBER_JCCP_MDL_001
461771.0211;UBER_JCCP_MDL_001461771.0212;UBER_JCCP_MDL_001461771.0
213;UBER_JCCP_MDL_001461771.0214;UBER_JCCP_MDL_001461771.0215;UBE
R_JCCP_MDL_001461771.0216;UBER_JCCP_MDL_001461771.0217;UBER_JCCP_
MDL_001461771.0218;UBER_JCCP_MDL_001461771.0219;UBER_JCCP_MDL_001
461771.0220;UBER_JCCP_MDL_001461771.0221;UBER_JCCP_MDL_001461771.0
222;UBER_JCCP_MDL_001461771.0223;UBER_JCCP_MDL_001461771.0224;UBE
R_JCCP_MDL_001461771.0225;UBER_JCCP_MDL_001461771.0226;UBER_JCCP_
MDL_001461771.0227;UBER_JCCP_MDL_001461771.0228;UBER_JCCP_MDL_001
461771.0229;UBER_JCCP_MDL_001461771.0230;UBER_JCCP_MDL_001461771.0
231;UBER_JCCP_MDL_001461771.0232;UBER_JCCP_MDL_001461771.0233;UBE
R_JCCP_MDL_001461771.0234;UBER_JCCP_MDL_001461771.0235;UBER_JCCP_
MDL_001461771.0236;UBER_JCCP_MDL_001461771.0237;UBER_JCCP_MDL_001
461771.0238;UBER_JCCP_MDL_001461771.0239;UBER_JCCP_MDL_001461771.0
240;UBER_JCCP_MDL_001461771.0241;UBER_JCCP_MDL_001461771.0242;UBE
R_JCCP_MDL_001461771.0243;UBER_JCCP_MDL_001461771.0244;UBER_JCCP_
MDL_001461771.0245;UBER_JCCP_MDL_001461771.0246;UBER_JCCP_MDL_001
461771.0247;UBER_JCCP_MDL_001461771.0248;UBER_JCCP_MDL_001461771.0
249;UBER_JCCP_MDL_001461771.0250;UBER_JCCP_MDL_001461771.0251;UBE
R_JCCP_MDL_001461771.0252;UBER_JCCP_MDL_001461771.0253;UBER_JCCP_
MDL_001461771.0254;UBER_JCCP_MDL_001461771.0255;UBER_JCCP_MDL_001
461771.0256;UBER_JCCP_MDL_001461771.0257;UBER_JCCP_MDL_001461771.0
258;UBER_JCCP_MDL_001461771.0259;UBER_JCCP_MDL_001461771.0260;UBE

R_JCCP_MDL_001461771.0261;UBER_JCCP_MDL_001461771.0262;UBER_JCCP_
MDL_001461771.0263;UBER_JCCP_MDL_001461771.0264;UBER_JCCP_MDL_001
461771.0265;UBER_JCCP_MDL_001461771.0266;UBER_JCCP_MDL_001461771.0
267;UBER_JCCP_MDL_001461771.0268;UBER_JCCP_MDL_001461771.0269;UBE
R_JCCP_MDL_001461771.0270;UBER_JCCP_MDL_001461771.0271;UBER_JCCP_
MDL_001461771.0272;UBER_JCCP_MDL_001461771.0273;UBER_JCCP_MDL_001
461771.0274;UBER_JCCP_MDL_001461771.0275;UBER_JCCP_MDL_001461771.0
276;UBER_JCCP_MDL_001461771.0277;UBER_JCCP_MDL_001461771.0278;UBE
R_JCCP_MDL_001461771.0279;UBER_JCCP_MDL_001461771.0280;UBER_JCCP_
MDL_001461771.0281;UBER_JCCP_MDL_001461771.0282;UBER_JCCP_MDL_001
461771.0283;UBER_JCCP_MDL_001461771.0284;UBER_JCCP_MDL_001461771.0
285;UBER_JCCP_MDL_001461771.0286;UBER_JCCP_MDL_001461771.0287;UBE
R_JCCP_MDL_001461771.0288;UBER_JCCP_MDL_001461771.0289;UBER_JCCP_
MDL_001461771.0290;UBER_JCCP_MDL_001461771.0291;UBER_JCCP_MDL_001
461771.0292;UBER_JCCP_MDL_001461771.0293;UBER_JCCP_MDL_001461771.0
294;UBER_JCCP_MDL_001461771.0295;UBER_JCCP_MDL_001461771.0296;UBE
R_JCCP_MDL_001461771.0297;UBER_JCCP_MDL_001461771.0298;UBER_JCCP_
MDL_001461771.0299;UBER_JCCP_MDL_001461771.0300;UBER_JCCP_MDL_001
461771.0301;UBER_JCCP_MDL_001461771.0302;UBER_JCCP_MDL_001461771.0
303;UBER_JCCP_MDL_001461771.0304;UBER_JCCP_MDL_001461771.0305;UBE
R_JCCP_MDL_001461771.0306;UBER_JCCP_MDL_001461771.0307;UBER_JCCP_
MDL_001461771.0308;UBER_JCCP_MDL_001461771.0309;UBER_JCCP_MDL_001
461771.0310;UBER_JCCP_MDL_001461771.0311;UBER_JCCP_MDL_001461771.0
312;UBER_JCCP_MDL_001461771.0313;UBER_JCCP_MDL_001461771.0314;UBE
R_JCCP_MDL_001461771.0315;UBER_JCCP_MDL_001461771.0316;UBER_JCCP_
MDL_001461771.0317;UBER_JCCP_MDL_001461771.0318;UBER_JCCP_MDL_001
461771.0319;UBER_JCCP_MDL_001461771.0320;UBER_JCCP_MDL_001461771.0
321;UBER_JCCP_MDL_001461771.0322;UBER_JCCP_MDL_001461771.0323;UBE
R_JCCP_MDL_001461771.0324;UBER_JCCP_MDL_001461771.0325;UBER_JCCP_
MDL_001461771.0326;UBER_JCCP_MDL_001461771.0327;UBER_JCCP_MDL_001
461771.0328;UBER_JCCP_MDL_001461771.0329;UBER_JCCP_MDL_001461771.0
330;UBER_JCCP_MDL_001461771.0331;UBER_JCCP_MDL_001461771.0332;UBE
R_JCCP_MDL_001461771.0333;UBER_JCCP_MDL_001461771.0334;UBER_JCCP_
MDL_001461771.0335;UBER_JCCP_MDL_001461771.0336;UBER_JCCP_MDL_001
461771.0337;UBER_JCCP_MDL_001461771.0338;UBER_JCCP_MDL_001461771.0
339;UBER_JCCP_MDL_001461771.0340;UBER_JCCP_MDL_001461771.0341;UBE
R_JCCP_MDL_001461771.0342;UBER_JCCP_MDL_001461771.0343;UBER_JCCP_
MDL_001461771.0344;UBER_JCCP_MDL_001461771.0345;UBER_JCCP_MDL_001
461771.0346;UBER_JCCP_MDL_001461771.0347;UBER_JCCP_MDL_001461771.0
348;UBER_JCCP_MDL_001461771.0349;UBER_JCCP_MDL_001461771.0350;UBE
R_JCCP_MDL_001461771.0351;UBER_JCCP_MDL_001461771.0352;UBER_JCCP_
MDL_001461771.0353;UBER_JCCP_MDL_001461771.0354;UBER_JCCP_MDL_001
461771.0355;UBER_JCCP_MDL_001461771.0356;UBER_JCCP_MDL_001461771.0
357;UBER_JCCP_MDL_001461771.0358;UBER_JCCP_MDL_001461771.0359;UBE
R_JCCP_MDL_001461771.0360;UBER_JCCP_MDL_001461771.0361;UBER_JCCP_
MDL_001461771.0362;UBER_JCCP_MDL_001461771.0363;UBER_JCCP_MDL_001
461771.0364;UBER_JCCP_MDL_001461771.0365;UBER_JCCP_MDL_001461771.0
366;UBER_JCCP_MDL_001461771.0367;UBER_JCCP_MDL_001461771.0368;UBE
R_JCCP_MDL_001461771.0369;UBER_JCCP_MDL_001461771.0370;UBER_JCCP_
MDL_001461771.0371;UBER_JCCP_MDL_001461771.0372;UBER_JCCP_MDL_001
461771.0373;UBER_JCCP_MDL_001461771.0374;UBER_JCCP_MDL_001461771.0
375;UBER_JCCP_MDL_001461771.0376;UBER_JCCP_MDL_001461771.0377;UBE
R_JCCP_MDL_001461771.0378;UBER_JCCP_MDL_001461771.0379;UBER_JCCP_
MDL_001461771.0380;UBER_JCCP_MDL_001461771.0381;UBER_JCCP_MDL_001
461771.0382;UBER_JCCP_MDL_001461771.0383;UBER_JCCP_MDL_001461771.0
384;UBER_JCCP_MDL_001461771.0385;UBER_JCCP_MDL_001461771.0386;UBE
R_JCCP_MDL_001461771.0387;UBER_JCCP_MDL_001461771.0388;UBER_JCCP_
MDL_001461771.0389;UBER_JCCP_MDL_001461771.0390;UBER_JCCP_MDL_001
461771.0391;UBER_JCCP_MDL_001461771.0392;UBER_JCCP_MDL_001461771.0
393;UBER_JCCP_MDL_001461771.0394;UBER_JCCP_MDL_001461771.0395;UBE
R_JCCP_MDL_001461771.0396;UBER_JCCP_MDL_001461771.0397;UBER_JCCP_
MDL_001461771.0398;UBER_JCCP_MDL_001461771.0399;UBER_JCCP_MDL_001
461771.0400;UBER_JCCP_MDL_001461771.0401;UBER_JCCP_MDL_001461771.0
402;UBER_JCCP_MDL_001461771.0403;UBER_JCCP_MDL_001461771.0404;UBE
R_JCCP_MDL_001461771.0405;UBER_JCCP_MDL_001461771.0406;UBER_JCCP_
MDL_001461771.0407;UBER_JCCP_MDL_001461771.0408;UBER_JCCP_MDL_001
461771.0409;UBER_JCCP_MDL_001461771.0410;UBER_JCCP_MDL_001461771.0
411;UBER_JCCP_MDL_001461771.0412;UBER_JCCP_MDL_001461771.0413;UBE
R_JCCP_MDL_001461771.0414;UBER_JCCP_MDL_001461771.0415;UBER_JCCP_
MDL_001461771.0416;UBER_JCCP_MDL_001461771.0417;UBER_JCCP_MDL_001
461771.0418;UBER_JCCP_MDL_001461771.0419;UBER_JCCP_MDL_001461771.0
420;UBER_JCCP_MDL_001461771.0421;UBER_JCCP_MDL_001461771.0422;UBE
R_JCCP_MDL_001461771.0423;UBER_JCCP_MDL_001461771.0424;UBER_JCCP_
MDL_001461771.0425;UBER_JCCP_MDL_001461771.0426;UBER_JCCP_MDL_001
461771.0427;UBER_JCCP_MDL_001461771.0428;UBER_JCCP_MDL_001461771.0
429;UBER_JCCP_MDL_001461771.0430;UBER_JCCP_MDL_001461771.0431;UBE
R_JCCP_MDL_001461771.0432;UBER_JCCP_MDL_001461771.0433;UBER_JCCP_
MDL_001461771.0434;UBER_JCCP_MDL_001461771.0435;UBER_JCCP_MDL_001
461771.0436;UBER_JCCP_MDL_001461771.0437;UBER_JCCP_MDL_001461771.0
438;UBER_JCCP_MDL_001461771.0439;UBER_JCCP_MDL_001461771.0440;UBE
R_JCCP_MDL_001461771.0441;UBER_JCCP_MDL_001461771.0442;UBER_JCCP_
MDL_001461771.0443;UBER_JCCP_MDL_001461771.0444;UBER_JCCP_MDL_001
461771.0445;UBER_JCCP_MDL_001461771.0446;UBER_JCCP_MDL_001461771.0
447;UBER_JCCP_MDL_001461771.0448;UBER_JCCP_MDL_001461771.0449;UBE
R_JCCP_MDL_001461771.0450;UBER_JCCP_MDL_001461771.0451;UBER_JCCP_
MDL_001461771.0452;UBER_JCCP_MDL_001461771.0453;UBER_JCCP_MDL_001
461771.0454;UBER_JCCP_MDL_001461771.0455;UBER_JCCP_MDL_001461771.0
456;UBER_JCCP_MDL_001461771.0457;UBER_JCCP_MDL_001461771.0458;UBE

R_JCCP_MDL_001461771.0459;UBER_JCCP_MDL_001461771.0460;UBER_JCCP_
MDL_001461771.0461;UBER_JCCP_MDL_001461771.0462;UBER_JCCP_MDL_001
461771.0463;UBER_JCCP_MDL_001461771.0464;UBER_JCCP_MDL_001461771.0
465;UBER_JCCP_MDL_001461771.0466;UBER_JCCP_MDL_001461771.0467;UBE
R_JCCP_MDL_001461771.0468;UBER_JCCP_MDL_001461771.0469;UBER_JCCP_
MDL_001461771.0470;UBER_JCCP_MDL_001461771.0471;UBER_JCCP_MDL_001
461771.0472;UBER_JCCP_MDL_001461771.0473;UBER_JCCP_MDL_001461771.0
474;UBER_JCCP_MDL_001461771.0475;UBER_JCCP_MDL_001461771.0476;UBE
R_JCCP_MDL_001461771.0477;UBER_JCCP_MDL_001461771.0478;UBER_JCCP_
MDL_001461771.0479;UBER_JCCP_MDL_001461771.0480;UBER_JCCP_MDL_001
461771.0481;UBER_JCCP_MDL_001461771.0482;UBER_JCCP_MDL_001461771.0
483;UBER_JCCP_MDL_001461771.0484;UBER_JCCP_MDL_001461771.0485;UBE
R_JCCP_MDL_001461771.0486;UBER_JCCP_MDL_001461771.0487;UBER_JCCP_
MDL_001461771.0488;UBER_JCCP_MDL_001461771.0489;UBER_JCCP_MDL_001
461771.0490;UBER_JCCP_MDL_001461771.0491;UBER_JCCP_MDL_001461771.0
492;UBER_JCCP_MDL_001461771.0493;UBER_JCCP_MDL_001461771.0494;UBE
R_JCCP_MDL_001461771.0495;UBER_JCCP_MDL_001461771.0496;UBER_JCCP_
MDL_001461771.0497;UBER_JCCP_MDL_001461771.0498;UBER_JCCP_MDL_001
461771.0499;UBER_JCCP_MDL_001461771.0500;UBER_JCCP_MDL_001461771.0
501;UBER_JCCP_MDL_001461771.0502;UBER_JCCP_MDL_001461771.0503;UBE
R_JCCP_MDL_001461771.0504;UBER_JCCP_MDL_001461771.0505;UBER_JCCP_
MDL_001461771.0506;UBER_JCCP_MDL_001461771.0507;UBER_JCCP_MDL_001
461771.0508;UBER_JCCP_MDL_001461771.0509;UBER_JCCP_MDL_001461771.0
510;UBER_JCCP_MDL_001461771.0511;UBER_JCCP_MDL_001461771.0512;UBE
R_JCCP_MDL_001461771.0513;UBER_JCCP_MDL_001461771.0514;UBER_JCCP_
MDL_001461771.0515;UBER_JCCP_MDL_001461771.0516;UBER_JCCP_MDL_001
461771.0517;UBER_JCCP_MDL_001461771.0518;UBER_JCCP_MDL_001461771.0
519;UBER_JCCP_MDL_001461771.0520;UBER_JCCP_MDL_001461771.0521;UBE
R_JCCP_MDL_001461771.0522;UBER_JCCP_MDL_001461771.0523;UBER_JCCP_
MDL_001461771.0524;UBER_JCCP_MDL_001461771.0525;UBER_JCCP_MDL_001
461771.0526;UBER_JCCP_MDL_001461771.0527;UBER_JCCP_MDL_001461771.0
528;UBER_JCCP_MDL_001461771.0529;UBER_JCCP_MDL_001461771.0530;UBE
R_JCCP_MDL_001461771.0531;UBER_JCCP_MDL_001461771.0532;UBER_JCCP_
MDL_001461771.0533;UBER_JCCP_MDL_001461771.0534;UBER_JCCP_MDL_001
461771.0535;UBER_JCCP_MDL_001461771.0536;UBER_JCCP_MDL_001461771.0
537;UBER_JCCP_MDL_001461771.0538;UBER_JCCP_MDL_001461771.0539;UBE
R_JCCP_MDL_001461771.0540;UBER_JCCP_MDL_001461771.0541;UBER_JCCP_
MDL_001461771.0542;UBER_JCCP_MDL_001461771.0543;UBER_JCCP_MDL_001
461771.0544;UBER_JCCP_MDL_001461771.0545;UBER_JCCP_MDL_001461771.0
546;UBER_JCCP_MDL_001461771.0547;UBER_JCCP_MDL_001461771.0548;UBE
R_JCCP_MDL_001461771.0549;UBER_JCCP_MDL_001461771.0550;UBER_JCCP_
MDL_001461771.0551;UBER_JCCP_MDL_001461771.0552;UBER_JCCP_MDL_001
461771.0553;UBER_JCCP_MDL_001461771.0554;UBER_JCCP_MDL_001461771.0
555;UBER_JCCP_MDL_001461771.0556;UBER_JCCP_MDL_001461771.0557;UBE
R_JCCP_MDL_001461771.0558;UBER_JCCP_MDL_001461771.0559;UBER_JCCP_
MDL_001461771.0560;UBER_JCCP_MDL_001461771.0561;UBER_JCCP_MDL_001
461771.0562;UBER_JCCP_MDL_001461771.0563;UBER_JCCP_MDL_001461771.0
564;UBER_JCCP_MDL_001461771.0565;UBER_JCCP_MDL_001461771.0566;UBE
R_JCCP_MDL_001461771.0567;UBER_JCCP_MDL_001461771.0568;UBER_JCCP_
MDL_001461771.0569;UBER_JCCP_MDL_001461771.0570;UBER_JCCP_MDL_001
461771.0571;UBER_JCCP_MDL_001461771.0572;UBER_JCCP_MDL_001461771.0
573;UBER_JCCP_MDL_001461771.0574;UBER_JCCP_MDL_001461771.0575;UBE
R_JCCP_MDL_001461771.0576;UBER_JCCP_MDL_001461771.0577;UBER_JCCP_
MDL_001461771.0578;UBER_JCCP_MDL_001461771.0579;UBER_JCCP_MDL_001
461771.0580;UBER_JCCP_MDL_001461771.0581;UBER_JCCP_MDL_001461771.0
582;UBER_JCCP_MDL_001461771.0583;UBER_JCCP_MDL_001461771.0584;UBE
R_JCCP_MDL_001461771.0585;UBER_JCCP_MDL_001461771.0586;UBER_JCCP_
MDL_001461771.0587;UBER_JCCP_MDL_001461771.0588;UBER_JCCP_MDL_001
461771.0589;UBER_JCCP_MDL_001461771.0590;UBER_JCCP_MDL_001461771.0
591;UBER_JCCP_MDL_001461771.0592;UBER_JCCP_MDL_001461771.0593;UBE
R_JCCP_MDL_001461771.0594;UBER_JCCP_MDL_001461771.0595;UBER_JCCP_
MDL_001461771.0596;UBER_JCCP_MDL_001461771.0597;UBER_JCCP_MDL_001
461771.0598;UBER_JCCP_MDL_001461771.0599;UBER_JCCP_MDL_001461771.0
600;UBER_JCCP_MDL_001461771.0601;UBER_JCCP_MDL_001461771.0602;UBE
R_JCCP_MDL_001461771.0603;UBER_JCCP_MDL_001461771.0604;UBER_JCCP_
MDL_001461771.0605;UBER_JCCP_MDL_001461771.0606;UBER_JCCP_MDL_001
461771.0607;UBER_JCCP_MDL_001461771.0608;UBER_JCCP_MDL_001461771.0
609;UBER_JCCP_MDL_001461771.0610;UBER_JCCP_MDL_001461771.0611;UBE
R_JCCP_MDL_001461771.0612;UBER_JCCP_MDL_001461771.0613;UBER_JCCP_
MDL_001461771.0614;UBER_JCCP_MDL_001461771.0615;UBER_JCCP_MDL_001
461771.0616;UBER_JCCP_MDL_001461771.0617;UBER_JCCP_MDL_001461771.0
618;UBER_JCCP_MDL_001461771.0619;UBER_JCCP_MDL_001461771.0620;UBE
R_JCCP_MDL_001461771.0621;UBER_JCCP_MDL_001461771.0622;UBER_JCCP_
MDL_001461771.0623;UBER_JCCP_MDL_001461771.0624;UBER_JCCP_MDL_001
461771.0625;UBER_JCCP_MDL_001461771.0626;UBER_JCCP_MDL_001461771.0
627;UBER_JCCP_MDL_001461771.0628;UBER_JCCP_MDL_001461771.0629;UBE
R_JCCP_MDL_001461771.0630;UBER_JCCP_MDL_001461771.0631;UBER_JCCP_
MDL_001461771.0632;UBER_JCCP_MDL_001461771.0633;UBER_JCCP_MDL_001
461771.0634;UBER_JCCP_MDL_001461771.0635;UBER_JCCP_MDL_001461771.0
636;UBER_JCCP_MDL_001461771.0637;UBER_JCCP_MDL_001461771.0638

| | | |
|---|---|---|
| **ILS Document Date** | 11/28/2023 | SEMANTIC |
| **ILS Prod Date** | 3/10/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL130 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_001576850; UBER_JCCP_MDL_002025554; UBER_JCCP_MDL_002025819; UBER_JCCP_MDL_002348483; UBER_JCCP_MDL_002422383; UBER_JCCP_MDL_003221270; | SEMANTIC |

| | UBER_JCCP_MDL_003505575; UBER_JCCP_MDL_003519616;<br>UBER_JCCP_MDL_003519638; UBER_JCCP_MDL_003519646;<br>UBER_JCCP_MDL_003519690; UBER_JCCP_MDL_003519707;<br>UBER_JCCP_MDL_003684527; UBER_JCCP_MDL_003685322;<br>UBER_JCCP_MDL_003691465; UBER_JCCP_MDL_003692375;<br>UBER_JCCP_MDL_004525496; UBER_JCCP_MDL_004997153;<br>UBER_JCCP_MDL_005009550; UBER_JCCP_MDL_005009819;<br>UBER_JCCP_MDL_005009820; UBER_JCCP_MDL_005010069;<br>UBER_JCCP_MDL_005010264; UBER_JCCP_MDL_005011099;<br>UBER_JCCP_MDL_005039634; UBER_JCCP_MDL_005040206;<br>UBER_JCCP_MDL_005352992; UBER_JCCP_MDL_005353536;<br>UBER_JCCP_MDL_005354892 | |
|---|---|---|
| **Other Custodians** | Akamine, Mike; | SEMANTIC |
| **Primary Date** | 08/02/2021 7:36 pm | DOC_TYP E_ALIAS |
| **Production Volume** | JCCP_MDL039;JCCP_MDL130; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 11/28/2023 11:44 pm | SEMANTIC |
| **SourceHash** | 5722065cff1bea87a1f314669d9e69ca | SEMANTIC |

# S-RAD
# Leadership Update

## 12.1.2023

**Uber**

ATTORNEY CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771

**01** S-RAD H2 '23 Progress

**02** H1 '24 Big Rock - S-RAD Moto

**03** H1 '24 Big Rock - New Model Features

**04** H1 '24 Big Rock - S-RAD Lite for Delivery

Uber | 

2

UBER_JCCP_MDL_001461771.0001

P-02873.00007

# 01 S-RAD H2 '23 Progress
@zoe

ATTORNEY-CLIENT PRIVILEGED

3

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0002

P-02873.00008

# H2 '23 Progress in Incident Coverage

**83.9%**

**Serious SA/SM Incident Coverage**
(H2 Goal at 81%)

*All expansion use S-RAD Global model*

Mar '23 - SSL LATAM Launch (+18 p.p)

July '23 - ANZ Launch (+4.4 p.p)

July '23 - IND Launch (+2 p.p)

Dec'23 - CA Launch  (Est. +2.5 p.p)

Dec'23 - MEA Launch (Est. +4.5 p.p)

\* based on Oct '23 OKR

**ATTORNEY-CLIENT PRIVILEGED**



| Live | XP | Uncovered |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0003

# CA and MEA Marketplace XP

- XP is structured as a **standard 2-week switchbacks** with 96-min switches
  - 11 cities selected in CA, XP ran from 10/23 to 11/6;
  - 15 cities selected in MEA, XP ran from 10/9 to 10/23
- XP is using **Global S-RAD model**
- XP is using **Enforced Downranking** as the intervention

| Region | Trigger rate | Global model recall |
|---|---|---|
| Canada | 1.25% | **19.8%** |
| EMEA - MEA | 1.25% | **17.0%** |
| US Baseline | 1.25% | 19.2% |

†Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid;  MEA uses data from  2022-11-01 to 2023-01-31; CA uses data from 2022-11-01 to 2023-02-28

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0004

4

- Marketplace impact is negligible in both regions and meets success criteria
  - Both Day and Night impacts are within expected range
- Fairness testing data is not available for these 2 regions
- Slightly lower Downranking efficiency observed in MEA, driven by higher % of "N-Least Risky" slip throughs. We still **recommend to launch S-RAD** for any fraction of Safety benefits. Meanwhile, the team will re-evaluate "N-Least Risky" setting and flagging

| Metric | Success Criteria | Canada | MEA |
|---|---|---|---|
| *Marketplace Metrics* | | | |
| C/R | < -1.0% | -0.005% | **-0.268%** |
| Average Post dispatch ETA | < +2.0% | -0.16% | **+0.739%** |
| P95 Post dispatch ETA | < +3.0% | +0.46% | **+1.198%** |
| P99 Post dispatch ETA | < +3.0% | +0.67% | +0.711% |
| *Intervention* | | | |
| Downranking Efficiency | > 60% | 79.9% | 56.7% |

**Stat Significant**
Positive or within expected range
Not within expected range

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0005

## Slide 6 Comments

1    @mariane.romildo@uber.com @jakeatlas@uber.com please review this slide and keep me honest on the statements. Thanks!
*Zoe Pu,  11/28/2023 04:16 PM*

2    Yes, it's true that we don't have fairness testing. I'm not sure that it's because the data is unavailable - we'd need to check with Dan Svirsky for that. At the very least, we can say we did not conduct fairness testing for either region, per agreement.
*Jake Atlas,  11/27/2023 09:50 PM*

3    I checked with Dan when we were working on the XP plans: we don't have data to conduct fairness testing for these markets
*Mariane Romildo dos Santos,  11/27/2023 10:14 PM*

4    I've adjusted to say "Fairness testing data is not available"
*Jake Atlas,  11/28/2023 04:16 PM*

CONFIDENTIAL

# H2 '23 Progress in Safety

# 5.6%

% Prevented Incidents(Global)*
measured by 20% holdout

[Global view Dashboard]



— Estimated Prevented Incidents (3mmw)

6%

5.2%

5.4%

4.8%

5.6%

Due to Matching product
changes, S-RAD Downranking
efficiency dropped significantly.
**Slip through** rates have been
**increased from ~30% to ~55%.**

4%

3.7%

ANZ & IND Launch w
**Global Model**

Starting in **July**, Enforced Downranking XP ran in 40 US
& BR cities;
In **Sep**, Enforced Downranking rolled out to all active
markets (exclude 40 cities in US & BR under Global
Model XP)

Unexpected slip-throughs have been **eliminated**
Downranking efficiency **increased by 20-40 p.p**

**Dec '23:**
**Switch to**
**Global model**
**in the US and**
**BR**
Potential model
performance
improvements
to further
**increase**
**Safety benefits**

1.9%

2%

1.4%

0%

| Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 |

* based on Oct '23 OKR, using 3 months window

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0007

P-02873.00013

# Global Model Switch in US and BR

- Wave 1 XP shows negligible marketplace impact, when pairing with soft-filtering. However, the Downranking efficiency is very low (~20-30%)

- Wave 2 XP has been rolled out with Enforced Downranking so S-RAD can function at its best. The team will re-do Marketplace analysis and Fairness tests

- Target to roll out Global model in **all US and BR cities in Dec '23**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0008

P-02873.00014

# Public facing research should not be impacted by the new model rollout

**Policy Research will continue updating the data on safety and fairness for the paper to ensure that it is more relevant / fresh**

- The model switch in the US – and other important changes like enforced downranking – should move forward for their own sake.
  - Safety or efficiency improvements will generally outweigh the cost of the paper's data being different from more recent data.
- Product iterations (i.e. Model or intervention changes) are expected – it will be more important for any public-facing work to acknowledge this challenge and describe Uber's approach to such changes

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0009

## Slide 9 Comments

1    @dsvirsky@uber.com @eboman@uber.com took a stab at a different format, let me know what you think?
_Reassigned to Dan Svirsky_
*Ana Paula Penalva, 11/28/2023 10:35 PM*

2    looks good!
*Dan Svirsky, 11/28/2023 07:32 PM*

3    Thank you both!
*Zoe Pu, 11/28/2023 10:35 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0010

1

# 02 H1 '24 Big Rock: Moto S-RAD

@jake

ATTORNEY-CLIENT PRIVILEGED

10

CONFIDENTIAL

P-02873.00017

UBER_JCCP_MDL_001461771.0011

## Slide 10 Comments

1          @jakeatlas@uber.com to add details
           _Assigned to Jake Atlas_
           *Zoe Pu,  11/20/2023 08:57 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0012

# 4-Wheeler Performance Exceeds 2-Wheeler Baseline

To derive a lower bound for S-RAD performance on Moto trips, we applied the global model to Moto dispatches

| Region | Time of Day | Approx. Trigger Rate | Moto Recall [†] | UberX Recall [†] |
|---|---|---|---|---|
| India SA* | Day | 0.8% | 7.4% | 6.9% |
| | Night | 3.5% | 14.5% | 27.0% |
| | Overall | 1.25% | 9.4% | 13.8% |
| Brazil | Day | 0.5% | 4.2% | 11.7% |
| | Night | 7.0% | 11.5% | 31.5% |
| | Overall | 1.1% | 5.8% | 17.3% |

Next step: Train refreshed global model to maximize amount of Moto data available, as the current global model is trained on a minimal amount of Moto data.

*When assessing UberX dispatches, IndiaSA includes India, Bangladesh, and Sri Lanka; when assessing Moto dispatches, IndiaSA includes only India
[†] Recall = # serious SASM incidents flagged / # total serious SASM incidents
Moto Recall computed using all non S-RAD actioned Moto trips with valid driver_uuid from 2023-06-01 - 2023-11-01, source code
UberX Recall computed using all non S-RAD actioned (but otherwise eligible) UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0013

# 4-Wheeler Performance Exceeds 2-Wheeler Baseline

[2] To derive a lower bound for S-RAD performance on Moto trips, we applied the global model to Moto dispatches

| Region | Time of Day | Approx. Trigger Rate | Moto Recall [†] | UberX Recall [†] |
|---|---|---|---|---|
| India | Day | 0.8% | 7.4% | 5.8% |
| | Night | 3.5% | 14.5% | 21.5% |
| | Overall | 1.25% | 9.4% | 11.3% |
| Brazil | Day | 0.5% | 4.2% | 5.6% |
| | Night | 7.0% | 11.5% | 15.5% |
| | Overall | 1.1% | 5.8% | 9.8% |

Next step: Train refreshed global model to maximize amount of Moto data available, as the current global model is trained on a minimal amount of Moto data.

[†] Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned trips with valid driver_uuid from 2023-06-01 - 2023-11-01, source code

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0014

## Slide 12 Comments

1       WIP, please do not report using numbers present here
        *Jake Atlas,  11/28/2023 10:03 PM*

2       Thanks, Jake!
        *Arda Zuber,  11/28/2023 10:03 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0015

# India Baseline: Global Model Applied to Moto Dispatch

To derive a lower bound for S-RAD performance on Moto trips, we applied the global model to Moto dispatches



India Moto Evaluation: Overall

The data shown above is capped at a trigger rate of 5.0%, from 2023-06-01 - 2023-11-01

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0016

**Slide 13 Notes**

Plots are described as "y vs x" eg "recall vs flag rate" has recall on y axis and flag rate on x axis

CONFIDENTIAL

# Brazil Baseline: Global Model Applied to Moto Dispatch

To derive a lower bound for S-RAD performance on Moto trips, we applied the global model to Moto dispatches



Brazil Moto Evaluation: Overall

The data shown above is capped at a trigger rate of 5.0%, from 2023-06-01 - 2023-11-01

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0018

# 03 H1 '24 Big Rock: New Model Features

@jake

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0019

15

**Slide 15 Comments**

1               @jakeatlas@uber.com to add details
                _Assigned to Jake Atlas_
                *Zoe Pu,  11/20/2023 08:58 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0020

# New Features to Improve S-RAD Model Performance

In H1.2024, we will explore 3 new features designed to improve the recall and precision of future iterations of S-RAD models:

| **Feedback Tags** | **Guest Rides** | **Safety Content Flagger** |
|---|---|---|
| | 2 | 1 |
| Use user-reported information via feedback tags. This allows us to learn about whether particular users have a history of misrepresenting themselves or making people feel uncomfortable. | Leverage formal and informal-flow signals about guest riders:<br>• Formal flow: all types<br>• Informal flow: "come to me" | Leverage Safety Content Flagger data to observe whether there has been historical communication from any given user that is potentially concerning. |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0021

P-02873.00027

## Slide 16 Notes

Safety Content Flagger

- safety content flagger can "look" at many places to find safety content. It can come from 4 sources: tickets, the rider feedback text box, the eats help text box, and  chatbot text boxes

- there are also various "tools" that SCF uses to identify safety content. In earlier stages it was keywords only, but that has evolved to using models which are trained on urgent safety tickets and have a much higher precision than keywords

## Slide 16 Comments

1    @mariane.romildo@uber.com can you confirm that this is accurate? The engwiki on the safety content flagger doesn't give me great visibility into the sorts of communication issues that might be flagged / where the data is stored, but perhaps you've assessed this in the past.
_Assigned to Mariane Romildo dos Santos_
*Jake Atlas,  11/28/2023 10:48 PM*

2    @gabriel.saca@uber.com, does this align with the guest rides info that you're using for SDM? I'm confident that we'll need to have alignment due to DE resourcing restrictions, so I don't want to misrepresent
_Assigned to Gabriel Saca_
*Jake Atlas,  11/28/2023 10:46 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0022

1

# 04 H1 '24 Big Rock: Delivery SRAD-lite

@mariane

ATTORNEY-CLIENT PRIVILEGED

17

CONFIDENTIAL

## Slide 17 Comments

1    @mariane.romildo@uber.com to add details
     _Assigned to Mariane Romildo dos Santos_
     *Zoe Pu,  11/20/2023 08:58 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0024

WIP

**2024: Expand S-RAD for Serious SA/SM in Delivery**

Plan: keep Downranking as intervention but apply rule-based risk assessment

<sub>3</sub>
<sub>5</sub> **SA/SM context in Delivery:**

- After expansion to Moto, S-RAD will cover ~90% Mobility Incidents. Delivery is still not covered.
- Main opportunities:
  - Orders with alcoholic items -> higher IR (6.9x overall delivery IR)
  - Grocery has the highest IR (2.9x overall delivery IR)
  - High IRs in Europe (1.8x overall delivery IR)
  - High incident volume in the United States (38% of incidents globally)

**SRAD-lite** is a rule-based version of S-RAD:

- **REDACTED - PRIVILEGED**
- Holdout would allow for follow-up ML development
- Shorter time-to-market

ATTORNEY-CLIENT PRIVILEGED

Source: Delivery Opportunity Sizing analysis

18

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0025

P-02873.00031

## Slide 18 Comments

---

1    @mariane.romildo@uber.com if this is the context for Delivery, why mentioning the mobility here?
     _Reassigned to Mariane Romildo dos Santos_
     *Zoe Pu,  11/27/2023 10:04 PM*

2    @mariane.romildo@uber.com maybe rephrase to get your point across
     *Gabriel Saca,  11/27/2023 09:25 PM*

3    I rephrased it. What do you think?
     *Mariane Romildo dos Santos,  11/27/2023 10:04 PM*

4    @mariane.romildo@uber.com how about using this syntax to emphasize that this is still SRAD?
     *Gabriel Saca,  11/28/2023 01:06 PM*

5    Sure
     *Mariane Romildo dos Santos,  11/28/2023 01:06 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0026



# SRAD-lite: UK Mobility precedent for good performance with rule-based approach

We've achieve performance comparable to ML, with the benefit of being more interpretable

**SRAD-lite UK results:**

- Through our analysis, we were able to derive rule configurations that **performed close to ML-based\* S-RAD**, with an **overall lift of 10.5x** at similar trigger rates.

| Metrics | Rule-based (SRAD-lite) | ML-based (*SRAD US model) |
|---|---|---|
| Flagging Rate | 1.15% | 1.19% |
| Recall | 12.1% | 13.8% |
| Lift | 10.5 | 11.6 |

\* ML performance based off of model trained using US data and evaluated on UK

**Goal for Delivery SRAD-lite:**

- Explore a simple set of rules, starting with features defined for SRAD-lite UK Mobility and known risk factors for delivery:
  - Users: incident history, ratings, cancellations, tenure
  - Order context: hour, has alcoholic items

ATTORNEY-CLIENT PRIVILEGED

19

UBER_JCCP_MDL_001461771.0027

P-02873.00033

WIP

# S-RAD
## Leadership Update

9.1.2023

Uber

ATTORNEY CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0028

# 01 Executive Summary
# 02 Enforced Downranking XP Readout
# 03 Global Model Switch in US and Latam (pre-read)
# 04 Global Expansion Updates (pre-read)

CONFIDENTIAL                                                            UBER_JCCP_MDL_001461771.0029

P-02873.00035

# **01** Executive Summary

@zoe

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0030

P-02873.00036

# Executive Summary

- **[Focus]Propose to roll out Enforced Downranking for all existing and new markets**
  - ○ [Issue Recap] Due to product changes on the Matching side, soft filtering **efficiency dropped significantly** and more S-RAD flagged plans got dispatched. **Slip through rates** have been **increased from ~30% to ~55%**.
  - ○ [Solution Recap] Switch from soft to **hard filtering** of supply plans directly following plan generation and **all supply plans flagged by S-RAD will not be available during the final solving step of matching** (except in n-least risky situations)
  - ○ [XP Results] The new intervention is proved to **eliminate slip throughs caused by Matching filters**. The downranking efficiency has been **improved by 20-40 p.p.**
    - ■ Observed **negligible marketplace impact** that meets success criteria
    - ■ No block to launch this new intervention from Fairness perspective; will follow up with more research on Brazilian demographics test and with local legal
- (Pre-read) XP of **switching to Global S-RAD model in US and LATAM** will start in week 9/4 and run for 4 weeks. Expecting improved recall performance(+5% to +35% lift in US, Latam) and no change in marketplace impact.
- (Pre-read) ANZ and IND expansions have been completed in July. **MEA and Canada expansions will start in Sep**, applying enforced downranking

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0031

Slide 23 Notes

Global model marketpl xp for US & Latam
Use the holdout group to run marketplace xp for new global model in US/Latam.
80% new model, 20% no SRAD
Will use a couple of

(1)   80% enforced downranking, 20 % no srad
(2)   80% soft filtering new global model, 20% no srad


We can run this in parallel with enforced downranking marketplace xp.

Shadow mode(ANZ&IND): 5/2 -> turn on data model on the countries
 Enforced downranking testing: data logging issue -> by 5/8

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0032

# 02 Enforced Downranking XP Readout
@mariane @dan

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0033

P-02873.00039

# Late Issue worsen the slip-through



7 day rolling total slip through rate (blue), Type 1 slip through rate (yellow), Type 2 slip through rate (red) for all active cities in **Brazil**

7 day rolling total slip through in the **US**

A high score supply plan is part of the global optimum (i.e. MFS), despite there being supply plans that have scores below the S-RAD threshold. In this situation, **'Soft-filtering' is degraded and gives way to other matching algorithms**.
These trips are referred to as **Type 2 Slip through** trips.
More high safety risk plans got dispatched after MFS launch. Some of them can result in serious SA/SM incidents later.

ATTORNEY-CLIENT PRIVILEGED

25

P-02873.00040

Slide 25 Notes

Based on historical data, Type 1 slip throughs tend to be stable while Type 2 slip throughs tend to be much less common. Concerningly, since mid Aug 2022, the proportion of Type 2 slip throughs had a sharp spike (red trace in below plots) and remained high, indicating 'Soft-filtering' intervention is less effective in 'downranking' and preventing the dispatch of high risk plans. This issue has been observed in both Brazil and the US.

a new Matching product favors a subset of supply plans for non-Safety purposes(i.e. Short ETA) without respecting S-RAD scores

CONFIDENTIAL

Since MFS prunes supply plans, more high risk plans are dispatched after S-RAD flagging. In last 5 months, 273 serious SA/SM incidents in the US and 156 in BR happened after S-RAD flagged plans were dispatched.

|  | Brazil | | United States | |
|---|---|---|---|---|
|  | 50/50 Safety XP (09/21 - 04/22) | 80/20 Holdout (07/22 - 12/22) | 50/50 Safety XP (09/21 - 04/22) | 80/20 Holdout (07/22 - 12/22) |
| Number of requests S-RAD active | 521M | 796M | 220M | 429M |
| Number of requests S-RAD inactive | 520M | 204M | 221M | 109M |
| Trigger rate S-RAD inactive | 1.22% | 0.98% | 1.17% | 1.25% |
| Downranking efficiency | 76.0% | 52.9% | 66.6% | 55.4% |
| # Flagged serious SASM while S-RAD active | 54 | 156 | 84 | 273 |

ATTORNEY-CLIENT PRIVILEGED

26

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0036

## Slide 26 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

(1)  Nudges cause more reporting
(2)  Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0037

Comparing to XP stage, S-RAD efficacy on reducing IR(Business Success Metric) dropped significantly as well. This drop is consistent with efficiency drop

| *Safety Impact* | | Time of Day | | |
|---|---|---|---|---|
| Country | Observation period | Overall | Day<br>6 AM - 11 PM | Night<br>11 PM - 6 AM |
| Brazil | 50/50 Safety XP<br>(09/21 - 04/22) | -8.45%**<br>(-12.2%, -4.74%)<br>5.13 → 4.71 | -6.23%**<br>(-11.0%, -1.43%)<br>3.41 → 3.21 | -11.6%**<br>(-17.5%, -5.76%)<br>2.75 → 2.44 |
| | 80/20 Holdout<br>(07/22 - 12/22) | 2.28%<br>(-3.32%, 7.89%)<br>4.12 → 4.25 | 1.15%<br>(-5.78%, 8.09%)<br>2.84 → 2.90 | -4.70%<br>(-13.4%, 4.00%)<br>2.11 → 1.99 |
| United States | 50/50 Safety XP<br>(09/21 - 04/22) | -15.3%**<br>(-19.6%, -11.0%)<br>7.09 → 6.03 | -18.2%**<br>(-23.8%, -12.6%)<br>4.63 → 3.71 | -11.8%**<br>(-18.5%, -5.05%)<br>2.10 → 1.92 |
| | 80/20 Holdout<br>(07/22 - 12/22) | -2.61%<br>(-7.60%, 2.38%)<br>8.39 → 8.16 | -3.56%<br>(-10.2%, 3.12%)<br>5.40 → 5.21 | -3.81%<br>(-11.2%, 3.54%)<br>2.61 → 2.48 |

**Statistically significant at 80% confidence level

ATTORNEY-CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0038

Slide 27 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

   (1)   Nudges cause more reporting
   (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0039

# Enforced Downranking

When a user requests a trip, S-RAD filters out the high-risk plans for safety purposes so that they aren't initially made available for dispatch. Most of the time, one of the unflagged plans is accepted -- a match is made and the trip happens. But sometimes, none of these offers gets accepted or all plans get flagged. When that happens, lowest risk flagged plans will be offered as potential options, until one is accepted [Doc]



**S-RAD Model and Flagging remain the same**

ATTORNEY-CLIENT PRIVILEGED

*No offer accepted->Matching unsuccessful*

28

# S-RAD Enforced Downranking Experiment Design

| | |
|---|---|
| **Experiment Design** | 288 min switchback with randomized active/inactive assignments and 80%/20% average balance |
| **Primary Success Metrics** | • S-RAD downranking efficiency > 65%<br>• C/R: < 1% relative decrease<br>• Average post dispatch ETA: < 2.0% relative increase (or ~10 second)<br>• p95 ETA post dispatch ETA: < 3% relative increase<br>• p99 ETA post dispatch ETA: < 3% relative increase |
| **Secondary Success Metrics** | Driver Fairness (Earnings Per Hour, Ratings to Riders)<br>Rider Fairness (ETAs, Upfront Fare, Ratings to Drivers) |
| **Cities** | 20 cities in US, 20 cities in Brazil; List |
| **XP start date** | BR: July 5, 2023 (4 weeks), BR: July 18, 2023 (4 weeks), XP Plan |

ATTORNEY-CLIENT PRIVILEGED

29

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0041

P-02873.00047

## Overall, the experiment showed mostly favorable results.

Increase in Downranking Efficiency, minimal to no impact on marketplace, and some impact on fairness outcomes

| Metric | Success Criteria | Observed Brazil | Observed United States |
|---|---|---|---|
| *Intervention* | | | |
| Downranking Efficiency | > 65% | 86.2% | 64.0% |
| *Marketplace Metrics* | | | |
| C/R | < -1.0% | -0.18% | -0.07% |
| Average Post dispatch ETA | < +2.0% | **+0.74%** | +0.03% |
| P95 Post dispatch ETA | < +3.0% | **+0.51%** | +0.29% |
| P99 Post dispatch ETA | < +3.0% | +0.11% | +0.05% |
| *Fairness: Cohort disparities* | | | |
| Overall earnings | No disparities | No disparities | No disparities |
| ETAs | No disparities | Small disparities | No disparities |

Metrics in **bold** are statistically significant at 90% confidence interval; No corrections for multiple comparisons

Positive or within expected range

Neutral or near expected range

ATTORNEY-CLIENT PRIVILEGED

30

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0042

P-02873.00048

# Enforced Downranking successfully increased Downranking Efficiency.

It prevents the majority of Type 2 Slip Throughs, i.e., flagged plans from being dispatched when other options are available.



Intervention metrics over time in Brazil

- Soft-filtering before marketplace matching changes
- Soft-filtering after marketplace matching changes
- Downranking Efficiency
- Type 2 Slip throughs
- Enforced Downranking XP results



Intervention metrics over time in the United States

- Soft-filtering before marketplace matching changes
- Soft-filtering after marketplace matching changes
- Downranking Efficiency
- Type 2 Slip throughs
- Enforced Downranking XP results

- Type 1 Slip Throughs (i.e., n-least risky cases) are not targeted in this XP. It will always exist since S-RAD does not block dispatch. During XP time, Type 1 Slip Through increased compared to previous months:
  - BR: from ~9% to 13%;
  - US: from ~30% to 35%.

Type 1 Slip Throughs: n-least risky, occur when all available plans are flagged; when this happens, the 25% least risk are released.
Type 2 Slip Throughs: despite the availability of unflagged plans, a flagged plan is dispatched.
**Downranking efficiency + Type 1&2 Slip Throughs = 100%**

Source: Soft-filter data from S-RAD Global View dashboard    31

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0043

# Deep-dive on Marketplace Metrics

Minimal marketplace impact; stat sig increase in Driver Ratings metrics in Brazil and the US.

| Metric Group | Metric | Brazil | | | United States | | |
|---|---|---|---|---|---|---|---|
| | | Baseline | Level Effect | Relative Effect | Baseline | Level Effect | Relative Effect |
| Post dispatch ETA | Average | 197 | 1.5 | 0.74% | 330 | - | - |
| | P95 | 477 | 2.4 | 0.51% | 838 | - | - |
| | P99 | 579 | - | - | 1023 | - | - |
| Trip request | Completed/Requests | 82.80% | - | - | 91.03% | - | - |
| | Completed trips per hour | 5,446 | - | - | 1,489 | - | - |
| | Requests per hour | 6,592 | - | - | 1,636 | - | - |
| | Average Request to begin | 380 | - | - | 481 | - | - |
| | Unfulfilled rate | 4.01% | - | - | 0.64% | - | - |
| Cancellation | Rider cancellation rate | 11.58% | 0.17% | 1.44% | 7.00% | - | - |
| | Driver cancellation rate | 17.41% | - | - | 7.55% | - | - |
| Ratings | Driver Star Ratings | 4.89 | 0.001 | 0.01% | 4.92 | 0.0011 | 0.02% |
| | % Driver Low Rating | 2.20% | -0.02% | -0.79% | 1.37% | -0.02% | -1.54% |
| | Rider Star Ratings | 4.96 | - | - | 4.96 | - | - |
| | % Rider Low Rating | 0.72% | - | - | 0.85% | - | - |

Metrics in **bold** are statistically significant at 90% confidence interval; No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

P-02873.00050

# Marketplace metrics in Brazil: time-of-day comparison

| Metric Group | Metric | Overall | | | Day | | | Night | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Baseline | Level Effect | Relative Effect | Baseline | Level Effect | Relative Effect% | Baseline | Level Effect | Relative Effect% |
| Post dispatch ETA | Average | 197 | 1.5 | 0.74% | 193 | - | - | 236 | 4.48 | 1.90% |
| | P95 | 477 | 2.4 | 0.51% | 446 | - | - | 550 | 6.23 | 1.13% |
| | P99 | 579 | - | - | 566 | - | - | 610 | - | - |
| Trip request | Completed/Requests | 82.77% | - | - | 84.13% | - | - | 68.58% | - | - |
| | Completed trips per hour | 5,446 | - | - | 7,220 | - | - | 1,303 | -10.87 | -0.83% |
| | Requests per hour | 6,592 | - | - | 8,615 | - | - | 1,881 | - | - |
| | Average Request to begin | 380 | - | - | 374 | - | - | 439 | 3.34 | 0.76% |
| | Unfulfilled rate | 4.01% | - | - | 3.45% | - | - | 9.97% | -0.651% | -6.54% |
| Cancellation | Rider cancellation rate | 11.58% | 0.17% | 1.44% | 10.84% | 0.11% | 1.01% | 19.16% | 0.98% | 5.13% |
| | Driver cancellation rate | 17.41% | - | - | 16.80% | - | - | 24.20% | - | - |
| Ratings | Driver Star Ratings | 4.89 | 0.001 | 0.01% | 4.89 | - | - | 4.87 | 0.006 | 0.12% |
| | % Driver Low Rating | 2.20% | -0.02% | -0.79% | 2.16% | - | - | 2.79% | -0.16% | -5.62% |
| | Rider Star Ratings | 4.96 | - | - | 4.96 | - | - | 4.96 | 0.0014 | 0.03% |
| | % Rider Low Rating | 0.72% | - | - | 0.72% | - | - | 0.80% | -0.041% | -5.16% |

Metrics in **bold** are statistically significant at 90% confidence interval; No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

33

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0045

# Marketplace metrics in US: time-of-day comparison

| Metric Group | Metric | Overall | | | Day | | | Night | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Baseline | Level Effect | Relative Effect | Baseline | Level Effect | Relative Effect | Baseline | Level Effect | Relative Effect |
| Post dispatch ETA | Average | 330 | - | - | 326 | - | - | 359 | **6.95** | **1.94%** |
| | P95 | 838 | - | - | 811 | - | - | 898 | **11.02** | **1.23%** |
| | P99 | 1,023 | - | - | 1,012 | - | - | 1,048 | - | - |
| Trip request | Completed/Requests | 91.03% | - | - | 92.00% | - | - | 85.33% | - | - |
| | Completed trips per hour | 1,489 | - | - | 1,824 | - | - | 707 | - | - |
| | Requests per hour | 1,635 | - | - | 1,981 | - | - | 818 | - | - |
| | Average Request to begin | 481 | - | - | 474 | - | - | 522 | **6.82** | **1.31%** |
| | Unfulfilled rate | 0.64% | - | - | 0.47% | - | - | 1.74% | - | - |
| Cancellation | Rider cancellation rate | 7.00% | - | - | 6.34% | - | - | 10.94% | - | - |
| | Driver cancellation rate | 7.55% | - | - | 6.84% | - | - | 11.56% | **0.45%** | **3.92%** |
| Ratings | Driver Star Ratings | 4.92 | **0.001** | **0.02%** | 4.92 | **0.001** | **0.02%** | 4.90 | **0.004** | **0.08%** |
| | % Driver Low Rating | 1.37% | **-0.02%** | **-1.54%** | 1.30% | **-0.02%** | **-1.38%** | 1.77% | **-0.07%** | **-4.07%** |
| | Rider Star Ratings | 4.96 | - | - | 4.96 | - | - | 4.95 | - | - |
| | % Rider Low Rating | 0.85% | - | - | 0.84% | - | - | 0.91% | - | - |

Metrics in **bold** are statistically significant at 90% confidence interval; No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

34

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0046

# Fairness Results

1

No measurable fairness concerns in the US by…

- HUD-qualified census tracts, Race (inferred from census demographics of trip pickup)
- Race (inferred from name), Gender (using safety gender inference table)

Mixed results in Brazil. [Not a launch block]

- Statistically significant, but small (1% point) increases in upfront fares and ETAs (but not Weekend PM ETAs) in predominantly Black census tracts [New and First time testing this demographic]
- Otherwise no significant differences by Race (inferred from census demographics of trip pickup) and Gender (using safety gender inference table)

Recommendations

- Flag findings to local legal team
- Conduct follow-up research into geographic distribution and marketplace metrics for predominantly Black census tracts in Brazil

ATTORNEY-CLIENT PRIVILEGED

35

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0047

**Slide 35 Comments**

1      @dsvirsky@uber.com added a note (not a launch block)here per feedback. let me know if you have any concern.
_Assigned to Dan Svirsky_
*Zoe Pu,  8/31/2023 09:08 PM*

CONFIDENTIAL

P-02873.00054

UBER_JCCP_MDL_001461771.0048

# Fairness Outcomes: ETA & Weekend PM ETA



ATTORNEY-CLIENT PRIVILEGED

36

UBER_JCCP_MDL_001461771.0049

P-02873.00055

# Fairness Outcomes: Upfront Fare



ATTORNEY-CLIENT PRIVILEGED

37

CONFIDENTIAL

P-02873.00056

# Fairness Outcomes: Earnings per Hour, Weekend PM Earnings per Hour



ATTORNEY-CLIENT PRIVILEGED

38

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0051

P-02873.00057

# Fairness Outcomes: Five-Star Ratings



ATTORNEY-CLIENT PRIVILEGED

39

P-02873.00058

**Recommendation:** Based on marketplace and fairness results, we recommend rolling out Enforced Downranking intervention to all existing and new markets.

Existing cities would be transitioned from soft to hard filtering and monitored using the existing holdout infrastructure. US, LATAM, ANZ and IND will be included in this transition.

**Launch ETA**: **Mid Sep** (after collecting approvals from Safety Ops and Policy/Legal/Comms); Plan to roll out by regions in 1 week

## Monitoring plan:

- Using the existing holdout infrastructure, analyze the marketplace metrics 4 weeks after rollout and compare with XP data to see if levels remain similar;
- If there are no unexpected impacts, keep monitoring every 4 weeks as we normally do for soft filter;
- If unexpected impacts are observed, conduct a deep dive analysis and inform regional stakeholders of diagnostic and recommendations.

ATTORNEY-CLIENT PRIVILEGED

40

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0053

# 03 Global Model Switch in US and Latam
@jake @joao

ATTORNEY-CLIENT PRIVILEGED

41

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0054

P-02873.00060

# S-RAD Global Model Transition Experiment Overview

| | |
|---|---|
| **Context** | The S-RAD global model is live in India and ANZ. We want to continue to standardize by launching the global model in US and LatAm as well, replacing the market-specific models there. |
| **Goal** | The primary goal of this experiment is to establish a baseline for the marketplace impact and driver fairness of the S-RAD global model. |
| **Primary Success Metrics** | • S-RAD downranking efficiency > 65%<br>• C/R: < 1% relative decrease<br>• Average post dispatch ETA: < 2.0% relative increase (or ~10 second)<br>• p95 ETA post dispatch ETA: < 3% relative increase<br>• p99 ETA post dispatch ETA: < 3% relative increase |
| **Secondary Success Metrics** | Fairness<br>•Driver Fairness (Earnings Per Hour, Ratings to Riders)<br>•Rider Fairness (ETAs, Upfront Fare, Ratings to Drivers) |
| **Cities** | 20 cities in US, 20 cities in Brazil; list |
| **XP start date** | **September 5 (4 weeks),** XP Plan |



## Brazil - Overall Performance

17.3% global model recall
vs
15.6% prod model recall



## US - Overall Performance

1.25% Trigger rate

19.2% global model recall
vs
18.3% prod model recall

ATTORNEY-CLIENT PRIVILEGED

Offline results from UberX S-RAD inactive trips: 2022/11/01 - 2023/01/31

42

UBER_JCCP_MDL_001461771.0055

P-02873.00061

# Avoiding Experiment Conflicts with Marketplace XPs

| Context | The S-RAD team uses the holdout architecture to conduct experimentation. This is inspired by switchbacks, but leverages a randomization mechanism to determine whether a city should be "on" or "off" at fixed time points throughout the day. |
|---|---|
| Problem | To use the holdout architecture, we have agreed with the MX team that we will:<br>1. Only perform holdout randomization at a set of specific fixed times throughout the day<br>2. Target XP launches for when primary rides switchbacks are not occurring<br>It has become very difficult to adhere to the second requirement due to the saturation of the MX calendar. |
| Proposed Solution | 1. The MX team will permit S-RAD XPs to launch (and conclude) during the monthly "burn-in period." When possible, S-RAD adjustments will come during the first burn-in period of the month (each month has 2).<br>2. Where possible, we will roll out at the the mega-region level, particularly if it is not possible to adhere to the guidelines in (1), above. This is particularly relevant in the instance of more urgent<br>major changes.<br>3. Always communicate with XP owners – we won't always be able to adhere to guidelines. Should we ever reach a breakglass point, for example, we will inform the appropriate people. |

ATTORNEY-CLIENT PRIVILEGED

43

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0056

*Updated Engineering design to support multi-model scoring and improve the handling of model switch.*



S-RAD Configuration Definition:

- Active Model: Model Id used for Mastermind rules
- Shadow Models: List of model ids that are evaluated, but not used in actioning
- Action: Soft Filter, Hard Filter, Evaluate (no actioning, only scoring)

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0057

P-02873.00063

Slide 44 Notes
___

How do we measure the incidents we do not observe?


Other hypothesis beyond under-reporting?


By reporter type - findings does not support either situation:

(1)   Nudges cause more reporting
(2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

# 04 Global Expansion Update
@zoe

ATTORNEY-CLIENT PRIVILEGED

45

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0059

A/C Privileged & Confidential

## S-RAD Expansion Update: we are on track of the roadmap

**Latam Launch**

Mar 2023

**CA PLC Assessment**

Sep 2023

**CA Marketplace XP**

Oct -Nov 2023

**CA Launch**

Nov 2023

Dependency: regional
approvals, negligible
marketplace impact



**ANZ & IND
Launch**

July 2023

**MEA Marketplace XP**

Sep -Oct 2023

**MEA Launch**

Nov 2023

Dependency: regional
approvals, negligible
marketplace impact

ATTORNEY-CLIENT PRIVILEGED

46

UBER_JCCP_MDL_001461771.0060

P-02873.00066

# S-RAD
# Leadership Update

5.5.2023

Uber

ATTORNEY-CLIENT PRIVILEGED

**01** Executive Summary

**02** S-RAD Global Model Candidate

**03** Global Model Rollout Plans: ANZ, India, US, Latam

**04** Enforced Downranking XP timeline (pre-read)

**05** Appendix

CONFIDENTIAL

P-02873.00068

UBER_JCCP_MDL_001461771.0062

# 01 Executive Summary
@zoe

ATTORNEY-CLIENT PRIVILEGED

49

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0063

# Executive Summary

- We have developed a **global S-RAD model candidate with fewer features & comparable and/or better overall serious SASM recall**
    - We **excluded driver star ratings, cancellations** & **gender features**
    - **Maintained/improved performance** in existing markets (+5% to +35% lift in US, Latam) and achieved **robust performance in expansion markets** (~13% to 15% recall in ANZ, India)
- **Two recommendations from the team to this group:**
    - (1) Replace existing prod models with new global model given the performance
    - (2) Deploy this global model candidate in expansion markets (ANZ, India)
- **Review the updated roadmap.** No significant changes given the above recommendations.
- (Pre-Read) **Update on timeline to launch Enforced Downranking XP** in holdout cities. Start date: May 18

ATTORNEY-CLIENT PRIVILEGED

50

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0064

Slide 50 Notes

Global model marketpl xp for US & Latam
Use the holdout group to run marketplace xp for new global model in US/Latam.
80% new model, 20% no SRAD
Will use a couple of

(1)   80% enforced downranking, 20 % no srad
(2)   80% soft filtering new global model, 20% no srad

We can run this in parallel with enforced downranking marketplace xp.

Shadow mode(ANZ&IND): 5/2 -> turn on data model on the countries
 Enforced downranking testing: data logging issue -> by 5/8

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0065

# 02 Global Model
# Performance
@ben

ATTORNEY-CLIENT PRIVILEGED

51

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0066

# We removed potentially sensitive features in order to achieve a robust model feature set that satisfies global regulatory requirements

## Keep

- **Trip context features**
  - Time of day
  - Day of week
  - City specific incident rates
- **Rider features**
  - Historic trip characteristics (cancel rate, weekend rate, etc.)
  - Star rating feedback
  - Incident rates
- **Driver features**
  - Historic trip characteristics (Trip count, weekend rate, etc.)
  - Incident rates

## Remove

- **Gender for Rider/Driver**
- **Driver Cancellation history**
  - Cancelled on rate
  - Cancellation rate
- **Driver Ratings**
  - 1/2 star ratings given
  - 1/2 star ratings received

Source

ATTORNEY-CLIENT PRIVILEGED

52

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0067

P-02873.00073

# Using the current trigger rates, the global model candidate provides a +5% lift in US as compared to prod model and a +11% lift in Brazil.

## US - Overall Performance                    ## Brazil - Overall Performance



Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

Source

ATTORNEY-CLIENT PRIVILEGED

53

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0068

P-02873.00074

Similarly, in expansion markets, we also observe a lift in recall in global model as compared to prod model: **+40%** in ANZ and **+36%** in India

ANZ - Overall Performance                 India - Overall Performance



Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

Source

ATTORNEY-CLIENT PRIVILEGED

54

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0069

P-02873.00075

# Although we need to collect more evidence of sustained offline performance through time, initial analysis looks promising

## US

### Consistent and similar performance



## Brazil

### Consistent and improved performance



Source

ATTORNEY-CLIENT PRIVILEGED

55

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0070

P-02873.00076

# 2 Recommendations: (1) Replace existing prod models with new global model; and
# (2) Deploy this global model candidate in expansion markets

Consistent performance over time (so far) plus better
overall performance meets product performance criteria
for rollout.

>>>>>>

| Region | Trigger rate | Prod. recall[†] | Global cand. recall[§] | % difference |
|---|---|---|---|---|
| United States* | 1.25% | 18.3% | 19.2% | 5.1% |
| Brazil** | 1.10% | 15.6% | 17.3% | 11.0% |
| ANZ | 1.25% | 10.8% | 15.1% | 40.1% |
| India*× | 1.25% | 10.1% | 13.8% | 35.7% |

[§]Some variance is expected in these measurements. Reproducing
these results is prevented by an ongoing incident on Michelangelo

*US production model used for comparison
**LatAm production model used for comparison
×Includes India, Bangladesh, and Sri Lanka
[†]Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

56

CONFIDENTIAL

P-02873.00077

**Fewer available driver features may impact our ability to maximize safety impact in some markets, but overall global model is comparable or outperforms.**

| Region | Eval trigger rate | Prod recall | Global model recall | | | |
|---|---|---|---|---|---|---|
| | | | ☆Model Candidate | Driver cancel vars | Driver star rating vars | Driver cancel + star rating vars |
| United States | 1.25% | 18.3% | 19.2% | 18.8% | 18.5% | 18.5% |
| Brazil | 1.10% | 15.6% | 17.3% | 17.3% | 18.8% | 19.5% |
| ANZ | 1.25% | 10.8% | 15.1% | 14.7% | 16.6% | 15.4% |
| United Kingdom | 1.25% | 16.5% | 14.7% | 16.8% | 18.6% | 18.9% |
| India | 1.25% | 10.1% | 13.8% | 11.6% | 14.5% | 13.0% |

Source

ATTORNEY-CLIENT PRIVILEGED

57

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0072

P-02873.00078

**Slide 57 Notes**

Add this to skipped slide
We need to take time on tradeoffs
Figure out if we can mask/ unmask features

CONFIDENTIAL

P-02873.00079

# 03 Global Model Rollout Plans
@zoe

ATTORNEY-CLIENT PRIVILEGED

58

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0074

# Global model roll out plans for 2023



Started    Not started



*New ruling in the Netherlands on automated decisions makes EU + UK very high risk (RL3-4)*

## Global Model Development

*Dec-Apr*

## Marketplace xps

*May 11 ANZ*
*May 16 India*
*US & Latam tbc*

## Launch

*June 30*
*ANZ, India, US, Latam*

## ? UK, Poland Rollout

*H2 2023*
*UK, P...*



## Shadow Mode Testing

*May 3*
*Shadow mode testing in ANZ & India for ~1 week*

## Fairness testing

*Early June*
*US & Latam*

## MEA Rollout

*July 1*



## ? EU Rollout

*TBD*

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0075

# 04 Enforced Downranking XP (pre-read)
@ben

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

60

# S-RAD Enforced Downranking Experiment Overview

Case 3:23-md-03084-CRB   Document 5257-36   Filed 02/17/26   Page 83 of 644

| | | |
|---|---|---|
| **Context** | S-RAD Soft-filtering efficiency has been lower than experiment phase (since July/August 2022). | |
| **Problem** | We identified a new Matching product favors a subset of supply plans (i.e. Short ETA) without respecting S-RAD scores. However, the current 'Soft-filtering' intervention has limited control over this conflict of interests and can not stop slip throughs. | |
| **Solution** | New S-RAD intervention will switch from soft to hard filtering of supply plans directly following plan generation and all supply plans identified by S-RAD will not be available during the final solving step of matching (except in n-least risky situations) | |
| **Primary Success Metrics** | ●< 1% relative increase in overall C/R<br>●Overall S-RAD downranking efficiency > 65%<br>●< ~10 second (or < 2.0% relative) increase in overall average post dispatch ETA | ●< 3% relative increase in overall p95 ETA<br>●< 3% relative increase in overall p99 ETA |
| **Secondary Success Metrics** | Driver Fairness (Earnings Per Hour, Ratings to Riders) Rider Fairness (ETAs, Upfront Fare, Ratings to Drivers) | |
| **Cities** | 20 cities in US, 20 cities in Brazil | |
| **XP start date** | **May 18, 2023 (4 weeks),** XP Plan | |



PRIVILEGED

61

CONFIDENTIAL

P-02873.00083

UBER_JCCP_MDL_001461771.0077

**05** Appendix

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0078

# As a result, we see a slight shift in model feature importance towards rider features and safety incident rates compared to current production model

## Global Model Features Importance



## Observations

- **Trip_hour_local** is the **#1 feature** because it explains **~15%** of a given **S-RAD risk score** (similar to prod model)

- Top **Rider features collectively contribute to ~40% of risk score** (vs ~25/40% in LatAm/US production models)

- **Bliss contact rates** remain important features for both riders/drivers, but **sexual incident rates appear to contribute more** to scores compared to production models.

Source

*Total gain is only one of many methods to measure feature importance
Full list of features and descriptions can be found here.

ATTORNEY-CLIENT PRIVILEGED

63

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0079

**Slide 63 Notes**

- We rank each of the features based on their average contribution to the final S-RAD score computed for a specific driver-rider pair
  - Fewer available driver features may hurt overall performance, as well as impact the swapability of plans

# Candidate model feature importance



*Total gain is only one of many methods to
measure feature importance

ATTORNEY-CLIENT PRIVILEGED

64

CONFIDENTIAL

**Slide 64 Notes**

On average, how much does each feature contribute to the risk score?
Overall measure of utilization of the feature and its contribution to the score.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0082

P-02873.00088

# Production models feature importances



**United States**

**LatAm**

*Total gain is only one of many methods to measure feature importance

ATTORNEY-CLIENT PRIVILEGED

65

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0083

# S-RAD
# Leadership Update

## 3.3.2023

Uber

ATTORNEY CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0084

P-02873.00090

**01** Executive Summary

**02** S-RAD LATAM Expansion

**03** Intervention Iteration: Enforced Downranking

Uber I

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0085

P-02873.00091

# 01 Executive Summary
@zoe

ATTORNEY-CLIENT PRIVILEGED

68

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0086

# Executive Summary

- **S-RAD Downranking** has been launched to whole **LatAm**, which will cover additional **18pp of Global Serious SASM incidents**
- **S-RAD<>Marketplace Matching**: S-RAD intervention **efficiency dropped** and **more flagged high risk plans got dispatched** after Matching team launched an ETA based Hard-filtering product. After deep diving with Matching team, we recognize:
  - **Soft-filtering is no longer as effective** when working together with Matching products
  - **Slip-through rate has increased by +130%**(0.23% -> 0.53% of all trips). And 273 serious SA/SM incidents in the US and 156 in BR happened after slip-throughs(July-Dec 2022)
- **Next steps: Iterate the intervention to "Enforced Downranking"**
  - Build Tech solutions
  - Design XPs to validate its impact on Marketplace and Fairness

ATTORNEY-CLIENT PRIVILEGED

69

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0087

# 02 S-RAD LATAM
# Expansion
@zoe

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0088

# S-RAD LatAm expansion

- Earlier this week, we rolled out S-RAD to the rest of LATAM:
  - XP results show **negligible marketplace impact**
  - Fairness testing shows **no disparities** in **earnings** or **one-star** trips and **small disparities** in **ETAs** and **trips per driver** (to be monitored after launch)
- Expansion includes Chile: aligned with the local team that the new IC+ legislation does not pose material, incremental risks
- S-RAD is maintaining 20% holdout. Team will review marketplace metrics across the region in ~4 weeks

---

**Expansion facts and estimates:**
   Live in ACAC, SoCo and MX
- 16 new countries
- 135 new cities
Expected increase in S-RAD Global Incident Coverage: 18pp (based on last 3 months)
Expected increase in Trip Coverage: 13pp (based on last 3 months)

---

Uber | Marketplace Safety

71

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0089

# LaTam Marketplace XP: Overall Impact

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 17.8M | 15.0M | 2.89M |
| Treatment | 17.8M | 15.0M | 2.87M |
| Treatment % | 50.0% | 50.0% | 49.8% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Control) | 1.13% | 0.55% | 4.12% |
| Slip through (Treatment) | 0.48% | 0.22% | 1.83% |
| Downranking efficiency | 57.7% | 60.5% | 55.4% |

| ACAC/SoCo/Mexico (74 cities*) Metric | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 377.1 | - | 375.5 | 6.0 | 384.6 |
| P90 post dispatch ETA | 3.1 | 686.3 | - | 662.1 | 13.6 | 748.9 |
| P95 post dispatch ETA | 3.4 | 793.1 | - | 771.6 | 11.5 | 848.4 |
| P99 post dispatch ETA | - | 960.1 | - | 954.0 | 6.5 | 975.5 |
| Avg request to begin | - | 556.6 | - | 553.4 | 4.8 | 572.4 |
| Completed/Requests | - | 74.82% | - | 76.93% | -0.72% | 63.75% |
| Unfulfilled/Requests | - | 4.94% | - | 3.82% | 0.40% | 11.15% |
| Overall rider cancel % | - | 18.87% | - | 18.16% | - | 22.60% |
| Pre-dispatch rider cancel % | - | 1.97% | - | 1.80% | - | 2.71% |
| Driver cancel % | - | 15.95% | -0.04% | 15.06% | 0.13% | 21.01% |
| Rider given 1/2 star % | - | 1.24% | - | 1.24% | - | 1.28% |
| Driver given 1/2 star % | -0.02% | 2.90% | -0.01% | 2.85% | -0.06% | 3.27% |

- Overall trigger rate near 1.1% target
- Day time trigger rate ~15% greater than recently observed in BR
- Night time trigger rate ~30% less than recently observed in BR
- Downranking efficiency slightly up compared to BR/US
- Minimal All Day and Day time impacts
- Some moderate Night time impacts
  - P95 ETA impacts ~50% greater on relative basis
  - Meaningful C/R and Unfulfilled impacts

-: p value < 0.10; Level effect: Absolute difference in metric value;

*: city_id in (1049,1165,1420,1424,1453,1469,1786,1795,1873,1892,1893,1977,2228,2265,2297) excluded due to data issues; Note: No corrections for multiple

72

CONFIDENTIAL UBER_JCCP_MDL_001461771.0090

# No stat sig disparities in Driver Earnings

10/18/22 - 11/15/22, LatAm Cities

## Driver Earnings



73

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0091

**Slide 73 Notes**

11:01

Still not statsig under a range of specifications (min_trips = {25, 50, 100}; fe_se = {0 | 0, city_woy + city_how + city_woy + city_how}

85 cities ran between 10/18/22 and 11/01/22: Santiago, Mexico City, San Jose PR, Lima

4 cities are currently running (11/01/22 to 11/15/22): **Buenos Aires (805), Bogota, Guadalajara, Monterrey,**

Sample size here is defined as the number of switchback periods * city * demographic group, which is in the hundreds of thousands for all tests.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0092

# No stat sig disparities in 1-star trips (to drivers)

10/18/22 - 11/15/22, LatAm Cities

## One-Star Trips

## (to drivers)



UBER_JCCP_MDL_001461771.0093

P-02873.00099

**Slide 74 Notes**

Asian (trips)
Technically it's good — people inferred as Asian by this method experience a drop in one-star trips. I wouldn't read too much into it because if we do 20 or 30 comparisons like this, a few are bound to be stat sig by chance

CONFIDENTIAL

# Stat sig disparities in trips per driver

10/18/22 - 11/15/22, LatAm Cities

## Completed Trips



Change in Trips per Driver

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0095

P-02873.00101

**Slide 75 Notes**

These are very small - the difference between ~1.66 and 1.67 trips per driver (within each 48-minute switchback period)
These differences are less robust than for earnings. They depend more on how you define the data set – do you use all switchback periods for men, even if the associated female switchback period was dropped because there were so few women driving then? The answer changes based on this decision.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0096

# Stat sig disparities in ETAs

10/18/22 - 11/15/22, LatAm Cities

**ETAs**



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0097

**Slide 76 Notes**

Pooled across regions, it's stat sig
Still stat sig if you filter out periods with fewer or more trips (25 or 50 or 100)
Still stag sig with different specifications (changing fixed effects and standard errors)
Average ETA ~ 360 seconds

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0098

# 03 Intervention Iteration: Enforced Downranking

@zoe @gabriel @ben

ATTORNEY-CLIENT PRIVILEGED

77

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0099

# Gap in S-RAD Intervention



ATTORNEY-CLIENT PRIVILEGED

78

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0100

P-02873.00106

**Slide 78 Notes**

(either its location, time of day, or some other combination of risk factors

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0101



# Late Issue worsen the slip-through

7 day rolling total slip through rate (blue), Type 1 slip through rate (yellow), Type 2 slip through rate (red) for all active cities in **Brazil**

7 day rolling total slip through in the **US**

**ATTORNEY-CLIENT PRIVILEGED**

A high score supply plan is part of the global optimum (i.e. MFS), despite there being supply plans that have scores below the S-RAD threshold. In this situation, **'Soft-filtering' is degraded and gives way to other matching algorithms**.
These trips are referred to as **Type 2 Slip through** trips.
More high safety risk plans got dispatched after MFS launch. Some of them can result in serious SA/SM incidents later.

79

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0102

**Slide 79 Notes**

Based on historical data, Type 1 slip throughs tend to be stable while Type 2 slip throughs tend to be much less common. Concerningly, since mid Aug 2022, the proportion of Type 2 slip throughs had a sharp spike (red trace in below plots) and remained high, indicating 'Soft-filtering' intervention is less effective in 'downranking' and preventing the dispatch of high risk plans. This issue has been observed in both Brazil and the US.

a new Matching product favors a subset of supply plans for non-Safety purposes(i.e. Short ETA) without respecting S-RAD scores

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0103

# Example



| Supply Plan | Objective Function | ETA | With S-RAD Plan 2/3/5 can be dispatched before 1/4 | | With MFS Only Plan 2 can be dispatched before 1 | |
|---|---|---|---|---|---|---|
| | | | SRAD Score | Adjusted Objective | ETA <600 | Adjusted Objective |
| 1 | 60 | 440 | 0.95 | 1498.56 | 440 | 1498.56 |
| 2 | 100 | 537 | 0.1 | 100 | 537 | 100 |
| 3 | 300 | 603 | 0.2 | 300 | 603 | 300 |
| 4 | 800 | 635 | 0.92 | 1499.3 | 635 | 1499.3 |
| 5 | 1400 | 812 | 0.2 | 1400 | 812 | 1400 |

- S-RAD scores all supply plans
- Action if score is high
- Adjust OF with added cost for actioned plans
- MFS hard filter on ETA thresholds
- Remaining plans will be dispatched by OF

Happy Path -> Plan 2 is accepted and dispatched

Unhappy Path -> Plan 2 is rejected/canceled. Then Plan 1 will be dispatched regardless of S-RAD flag.

Numbers are for illustrative purposes only

■ Plan is actioned by S-RAD   ■ Plan is filtered by MFS

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0104

# S-RAD Intervention Efficiency Drop

Efficiency is defined as, of the population of jobs that S-RAD would like to prevent from dispatching high risk pairs via downranking, how many did it actually intervene



Slide 81 Notes

**pre MFS**: a SRAD plan wouldn't be filtered before OF AT ALL

**MFS pre Aug (OF filtering)**: a SRAD plan would be filtered by MFS when its OF value is high which is **almost all the time**

    We set the SRAD OF value as 1450, hard filter OF value is 1499, so it is **almost always filtered**

**MFS post Aug (ETA filtering)**: a SRAD plan is only sometimes filtered by MFS when the flagged plan has high ETA. **Efficiency drops represent the amount of low ETA that MP could have fulfilled but didn't in pre-Aug time**

CONFIDENTIAL

Since MFS prunes supply plans, more high risk plans are dispatched after S-RAD flagging. In last 5 months, 273 serious SA/SM incidents in the US and 156 in BR happened after S-RAD flagged plans were dispatched.

| | Brazil | | United States | |
|---|---|---|---|---|
| | 50/50 Safety XP (09/21 - 04/22) | 80/20 Holdout (07/22 - 12/22) | 50/50 Safety XP (09/21 - 04/22) | 80/20 Holdout (07/22 - 12/22) |
| Number of requests S-RAD active | 521M | 796M | 220M | 429M |
| Number of requests S-RAD inactive | 520M | 204M | 221M | 109M |
| Trigger rate S-RAD inactive | 1.22% | 0.98% | 1.17% | 1.25% |
| Downranking efficiency | 76.0% | 52.9% | 66.6% | 55.4% |
| # Flagged serious SASM while S-RAD active | 54 | 156 | 84 | 273 |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0107

P-02873.00113

**Slide 82 Notes**

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

    (1)    Nudges cause more reporting
    (2)    Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL
UBER_JCCP_MDL_001461771.0108

Comparing to XP stage, S-RAD efficacy on reducing IR(Business Success Metric) dropped significantly as well. This drop is consistent with efficiency drop

| *Safety Impact* | | Time of Day | | |
|---|---|---|---|---|
| Country | Observation period | Overall | Day<br>6 AM - 11 PM | Night<br>11 PM - 6 AM |
| Brazil | 50/50 Safety XP<br>(09/21 - 04/22) | -8.45%**<br>(-12.2%, -4.74%)<br>5.13 → 4.71 | -6.23%**<br>(-11.0%, -1.43%)<br>3.41 → 3.21 | -11.6%**<br>(-17.5%, -5.76%)<br>2.75 → 2.44 |
| | 80/20 Holdout<br>(07/22 - 12/22) | 2.28%<br>(-3.32%, 7.89%)<br>4.12 → 4.25 | 1.15%<br>(-5.78%, 8.09%)<br>2.84 → 2.90 | -4.70%<br>(-13.4%, 4.00%)<br>2.11 → 1.99 |
| United States | 50/50 Safety XP<br>(09/21 - 04/22) | -15.3%**<br>(-19.6%, -11.0%)<br>7.09 → 6.03 | -18.2%**<br>(-23.8%, -12.6%)<br>4.63 → 3.71 | -11.8%**<br>(-18.5%, -5.05%)<br>2.10 → 1.92 |
| | 80/20 Holdout<br>(07/22 - 12/22) | -2.61%<br>(-7.60%, 2.38%)<br>8.39 → 8.16 | -3.56%<br>(-10.2%, 3.12%)<br>5.40 → 5.21 | -3.81%<br>(-11.2%, 3.54%)<br>2.61 → 2.48 |

\*\*Statistically significant at 80% confidence level

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0109

Slide 83 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

(1)  Nudges cause more reporting
(2)  Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0110

Issue Statement     Safety Impact     **Proposed Solution**     Eng Design     XP Plan

# Enforced Downranking

When a user requests a trip, S-RAD filters out the high-risk plans for safety purposes so that they aren't initially made available for dispatch. Most of the time, one of the unflagged plans is accepted -- a match is made and the trip happens. But sometimes, none of these offers gets accepted or all plans get flagged. When that happens, lowest risk flagged plans will be offered as potential options, until one is accepted [Doc]



**S-RAD Model and Flagging remain the same**

ATTORNEY-CLIENT PRIVILEGED

*No offer accepted->Matching unsuccessful*

84

Engineering design will not create any new services and will rely on the already used marketplace matching stack. The main changes will be made within multileg service



The new intervention will be applied within matching context inside the multileg service

All experiments for assessing the new intervention will be configured within MX platform and will be stored as Flipr configurations that will be read by multileg service

ATTORNEY-CLIENT PRIVILEGED

85

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0112

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

   (1)   Nudges cause more reporting
   (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0113

- To assess any potential impacts of the enhanced downranking intervention, a marketplace XP will be conducted monitoring both marketplace impacts and driver fairness outcomes
- The current XP plan involves using the **existing holdout infra**, reducing scheduling lag and guaranteeing city availability
  - Subject to approvals by MX and Matching teams
- Non-XP cities will maintain S-RAD actioning using the existing soft filtering intervention
- Assuming no unexpected marketplace or fairness outcomes, all holdout cities will be transitioned to enhanced downranking post XP

  

**Late March 2023**
Remove subset of cities from holdout and transition to enhanced downranking

**Late April 2023**
4 weeks post XP start, roll back enhanced downranking in XP cities to analyze marketplace and fairness

ATTORNEY-CLIENT PRIVILEGED

**Early May 2023**
Assuming XP successful, roll out enhanced downranking to all holdout cities (US, BR, and LatAm)

86

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0114

Slide 86 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

   (1)   Nudges cause more reporting
   (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0115

# S-RAD
# Leadership Update

## 1.27.2023

**Uber**

ATTORNEY CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0116

**01** Intro

**02** S-RAD LATAM Downranking Expansion(pre-read)

**03** S-RAD Global Expansion Updates (pre-read)

**04** Persistently Actioned User-Driver

Uber |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0117

P-02873.00123

# 01 Intro
@zoe

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0118

- [Pre-read] S-RAD **Latam Marketplace XP** completed in Q4 2022 (89 cities, 2 standard 2 week switchbacks)
  - XP results show **negligible marketplace impact**, supporting expansion launch.
  - Fairness test (by gender) shows **no disparities** in **Earnings** or **One-star** trips and **small disparities** in **ETAs** and **trips per driver**
  - Overall, the XP outcome **meets launch criteria** and S-RAD team is ready for roll-out. Regional approvals are expected to be completed by 2/3/2023.
    - **Chile:** Working team is evaluating the risks of a new IC+ regulation forbids all discrimination when offering trip requests to drivers and also may trigger transparency requirements.
- [Pre-read] S-RAD Global expansion is **on track**
  - S-RAD update to the UK board in Dec went well. No change in plans and still looking for **end of 2023** expansion in the **EU**. **REDACTED - PRIVILEGED**
    **REDACTED - PRIVILEGED**
  - The team tested Prod models on historical data of expansion regions in order to understand model efficacy and scoring. The results (model recall) are promising. In next step of Global model development, the features marked risky by Legal while having minimal impact on performance will be excluded.
- [Late Issue update]S-RAD<>Marketplace Matching**:** Downranking efficiency dropped and more S-RAD flagged plans got dispatched after Matching team launched an ETA based Hard-filtering product. The team is working with Matching team on short and long term solution of this issue.
- **[Focus]Persistently Actioned User (PAU) - Driver**: Definition, Impact and Risk

ATTORNEY-CLIENT PRIVILEGED

90

CONFIDENTIAL

**Slide 90 Notes**

Re: feature usage: This is further supported by trend in increased usage at the driver & rider level for Audio Recording as number of nudges delivered increases.

Re: US/BR downranking: We are currently investigating potential low liquidity in market, new marketplace product launches, and ongoing marketplace/surge XPs.

**Slide 90 Comments**

1       @gorkem@uber.com @bmarchi@uber.com @lfernandez@uber.com
        @gferreira@uber.com
        Added this for leadership visibility. let me know if you have any concern.
        _Reassigned to Gorkem Ozkaya_
        *Zoe Pu,  1/27/2023 07:27 AM*

2       LGTM
        *Gorkem Ozkaya,  1/27/2023 07:27 AM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0120

# 02 S-RAD LATAM Downranking Expansion
@ben @dan

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0121

Pre-read

# XP summary

- XP was structured as **2 standard 2 week switchbacks** with 96 min switches with all results combined for analyses
- 89 cities were included in the XP
  - **33 from Mexico**
    - 3 XL, 13 L, 8 M, 9 S
  - **30 from ACAC**
    - 4 XL, 10 L, 7 M, 9 S
  - **26 from SoCo**
    - 2 XL, 3 L, 8 M, 13 S
- XPs ran from **10/18/22 to 11/01/22** and **11/01/22 to 11/15/22**
- Links to XP
  - Part 1 (85 cities)
  - Part 2 (4 cities)

Uber | Marketplace Safety

92

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0122

# Overall Impact

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 17.8M | 15.0M | 2.89M |
| Treatment | 17.8M | 15.0M | 2.87M |
| Treatment % | 50.0% | 50.0% | 49.8% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Control) | 1.13% | 0.55% | 4.12% |
| Slip through (Treatment) | 0.48% | 0.22% | 1.83% |
| Downranking efficiency | 57.7% | 60.5% | 55.4% |

| ACAC/SoCo/Mexico (74 cities*) Metric | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 377.1 | - | 375.5 | 6.0 | 384.6 |
| P90 post dispatch ETA | 3.1 | 686.3 | - | 662.1 | 13.6 | 748.9 |
| P95 post dispatch ETA | 3.4 | 793.1 | - | 771.6 | 11.5 | 848.4 |
| P99 post dispatch ETA | - | 960.1 | - | 954.0 | 6.5 | 975.5 |
| Avg request to begin | - | 556.6 | - | 553.4 | 4.8 | 572.4 |
| Completed/Requests | - | 74.82% | - | 76.93% | -0.72% | 63.75% |
| Unfulfilled/Requests | - | 4.94% | - | 3.82% | 0.40% | 11.15% |
| Overall rider cancel % | - | 18.87% | - | 18.16% | - | 22.60% |
| Pre-dispatch rider cancel % | - | 1.97% | - | 1.80% | - | 2.71% |
| Driver cancel % | - | 15.95% | -0.04% | 15.06% | 0.13% | 21.01% |
| Rider given 1/2 star % | - | 1.24% | - | 1.24% | - | 1.28% |
| Driver given 1/2 star % | -0.02% | 2.90% | -0.01% | 2.85% | -0.06% | 3.27% |

- Overall trigger rate near 1.1% target
- Day time trigger rate ~15% greater than recently observed in BR
- Night time trigger rate ~30% less than recently observed in BR
- Downranking efficiency slightly up compared to BR/US
- Minimal All Day and Day time impacts
- Some moderate Night time impacts
  - P95 ETA impacts ~50% greater on relative basis
  - Meaningful C/R and Unfulfilled impacts

-: p value < 0.10; Level effect: Absolute difference in metric value;

*: city_id in (1049,1165,1420,1424,1453,1469,1786,1795,1873,1892,1893,1977,2228,2265,2297) excluded due to data issues; Note: No corrections for multiple

CONFIDENTIAL

93

UBER_JCCP_MDL_001461771.0123

# Mexico region impact

| Trip Distribution | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 8.22M | 7.00M | 1.22M |
| Treatment | 8.20M | 7.02M | 1.18M |
| Treatment % | 49.9% | 50.1% | 49.3% |

| Intervention Metrics | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Control) | 1.14% | 0.49% | 4.89% |
| Slip through (Treatment) | 0.51% | 0.20% | 2.34% |
| Downranking efficiency | 55.4% | 59.4% | 52.1% |

| Mexico Cities (27 cities) Metric | All Day Level effect | All Day Baseline | Day Time Level effect | Day Time Baseline | Night Time Level effect | Night Time Baseline |
|---|---|---|---|---|---|---|
| Avg post dispatch ETA | - | 457.0 | - | 455.7 | 10.7 | 463.3 |
| P90 post dispatch ETA | 4.3 | 829.7 | - | 796.8 | 20.3 | 912.7 |
| P95 post dispatch ETA | 4.6 | 942.2 | - | 912.7 | 16.2 | 1016.0 |
| P99 post dispatch ETA | - | 1112.3 | - | 1100.0 | - | 1143.3 |
| Avg request to begin | - | 632.2 | - | 629.8 | 9.2 | 646.4 |
| Completed/Requests | - | 76.95% | - | 78.09% | -0.73% | 70.07% |
| Unfulfilled/Requests | - | 3.20% | - | 2.41% | 0.27% | 7.81% |
| Overall rider cancel % | - | 18.82% | - | 18.50% | 0.49% | 20.69% |
| Pre-dispatch rider cancel % | - | 1.67% | - | 1.73% | - | 1.36% |
| Driver cancel % | - | 13.96% | - | 13.25% | 0.15% | 18.24% |
| Rider given 1/2 star % | - | 1.35% | - | 1.35% | 0.05% | 1.33% |
| Driver given 1/2 star % | -0.03% | 4.01% | -0.02% | 3.91% | -0.08% | 4.68% |

- Overall trigger rate in line with 1.1% target
- Day time trigger rate comparable to recent BR data
- Night time trigger rate ~10% less than recently observed in BR
- Downranking efficiency up compared to BR
- Compared to BR, Baseline avg ETAs up ~100% and C/R down ~5% on related basis
- Minimal All Day and Day time impacts
  - Some P90+ ETA impacts from Night time
- Some moderate Night time impacts
  - P90 ETA impacts ~90% greater on relative basis
  - Meaningful C/R and Unfulfilled impacts

-: p value < 0.10; Level effect: Absolute difference in metric value;
city_id = (1424, 1453, 1469, 2228, 2265, 2297) excluded due to data issues; Note: No corrections for multiple comparisons
CONFIDENTIAL     UBER_JCCP_MDL_001461771.0124

# ACAC region impact

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 5.44M | 4.76M | 680k |
| Treatment | 5.43M | 4.75M | 678k |
| Treatment % | 49.9% | 49.9% | 49.9% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimate TR (Control) | 1.17% | 0.62% | 5.06% |
| Slip through (Treatment) | 0.43% | 0.22% | 1.86% |
| Downranking efficiency | 63.6% | 63.9% | 63.3% |

| ACAC Cities (27 cities) Metric | All Day | | Day Time | | Night Time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 313.7 | -1.2 | 313.0 | 5.3 | 318.0 |
| P90 post dispatch ETA | 3.9 | 600.8 | - | 592.3 | 17.1 | 623.3 |
| P95 post dispatch ETA | 4.5 | 702.3 | - | 696.6 | 15.8 | 717.0 |
| P99 post dispatch ETA | 4.9 | 857.8 | - | 864.8 | 13.2 | 838.2 |
| Avg request to begin | - | 505.7 | - | 502.9 | 5.6 | 523.8 |
| Completed/Requests | - | 74.92% | - | 76.26% | -0.66% | 65.48% |
| Unfulfilled/Requests | - | 5.15% | - | 4.46% | 0.29% | 10.03% |
| Overall rider cancel % | - | 18.48% | - | 17.97% | - | 22.10% |
| Pre-dispatch rider cancel % | - | 1.85% | - | 1.87% | - | 1.67% |
| Driver cancel % | - | 20.78% | - | 19.74% | - | 28.03% |
| Rider given 1/2 star % | - | 1.18% | - | 1.17% | -0.09% | 1.27% |
| Driver given 1/2 star % | - | 2.29% | - | 2.26% | - | 2.53% |

- Overall trigger rate in line with 1.1% target
- Day time trigger rate ~20% greater than recently observed in BR
- Night time trigger rate ~10% less than recently observed in BR
- Downranking efficiency up ~75% during Night compared to BR
- Compared to BR, Baseline avg ETAs up ~25% and C/R down ~10% on related basis
- Minimal All Day and Daytime impacts
  - Some P90+ ETA impacts from Night time
- Some moderate Night time impacts
  - P90 ETA impacts ~1.3x greater on relative[95] basis
  - Meaningful C/R and Unfulfilled impacts

-: p value < 0.10; Level effect: Absolute difference in metric value;

city_id = (1049, 1420, 1977) excluded due to data issues; Note: No corrections for multiple comparisons

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0125

Pre-read

# SoCo region impact

| Trip Distribution | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Control | 4.19M | 3.19M | 992k |
| Treatment | 4.21M | 3.21M | 1.00M |
| Treatment % | 50.2% | 50.1% | 50.3% |

| Intervention Metrics | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Control) | 1.07% | 0.62% | 2.52% |
| Slip through (Treatment) | 0.49% | 0.26% | 1.22% |
| Downranking efficiency | 54.0% | 57.2% | 51.6% |

| SoCo Cities (20 cities) Metric | All Day Level effect | All Day Baseline | Day Time Level effect | Day Time Baseline | Night Time Level effect | Night Time Baseline |
|---|---|---|---|---|---|---|
| Avg post dispatch ETA | 1.5 | 306.5 | 1.3 | 296.5 | - | 338.0 |
| P90 post dispatch ETA | - | 604.3 | - | 572.7 | - | 684.1 |
| P95 post dispatch ETA | - | 711.1 | - | 680.2 | - | 787.9 |
| P99 post dispatch ETA | - | 887.6 | - | 875.2 | - | 918.7 |
| Avg request to begin | 1.6 | 479.3 | 1.7 | 465.4 | - | 523.3 |
| Completed/Requests | - | 70.75% | - | 75.46% | -0.75% | 55.73% |
| Unfulfilled/Requests | - | 8.18% | - | 5.86% | 0.98% | 16.53% |
| Overall rider cancel % | - | 19.42% | - | 17.71% | -1.11% | 24.91% |
| Pre-dispatch rider cancel % | - | 2.64% | - | 1.86% | - | 4.76% |
| Driver cancel % | - | 13.39% | - | 11.99% | - | 18.93% |
| Rider given 1/2 star % | - | 1.10% | - | 1.07% | - | 1.21% |
| Driver given 1/2 star % | - | 1.39% | - | 1.31% | - | 1.72% |

- Overall trigger rate in line with 1.1% target
- Day time trigger rate ~30% greater than recently observed in BR
- Night time trigger rate ~60% less than recently observed in BR
- Downranking efficiency up compared to BR
- Compared to BR, Baseline avg ETAs up ~25% and C/R down ~10% on related basis
- Minimal All Day and Day time impacts
  - Marginal avg ETA increase
- Some moderate Night time impacts
  - Large C/R and Unfulfilled impacts compared to no recent impacts in BR, especially given relatively low night time trigger rate

-: p value < 0.10; Level effect: Absolute difference in metric value;
city_id = (1165, 1786, 1795, 1873, 1892, 1893) excluded due to data issues; Note: No corrections for multiple comparisons

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0126

P-02873.00132

# S-RAD LatAm expansion recommendations

- Based on the results of the Wave 2 marketplace experiments, we recommend rolling out S-RAD to the rest of LatAm using **1.1% as the overall target trigger rate**
- Non-BR LatAm cities would be onboarded to the **existing 80/20 holdout infra** for actioning and **monitored the same as BR/US**
- Given the slightly elevated night time impacts, especially with respect to ETA, C/R, and unfulfilled rate, we recommend
  - Comparing with first 4 weeks of holdout data to see if levels remain high
  - If so, we recommend **adjusting down the proportion** of the target flagging budget allocated to the night time

97

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0127

# Fairness Testing Results

- Assess impact of S-RAD by gender
- Look at earnings, trips per driver, ETAs, and 1-star trips
- Mixed results
  - No disparities in earnings or one-star trips
  - But we do see small disparities in ETAs and trips per driver
- **Recommend**: because differences are small and not robust (e.g., difference in trips per driver, but not earnings), we recommend rollout with continued monitoring

ATTORNEY-CLIENT PRIVILEGED

98

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0128

P-02873.00134

# No stat sig disparities in Driver Earnings

10/18/22 - 11/15/22, LatAm Cities

## Driver Earnings



Change in Earnings

ATTORNEY-CLIENT PRIVILEGED

99

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0129

**Slide 99 Notes**

11:01

Still not statsig under a range of specifications (min_trips = {25, 50, 100}; fe_se = {0 | 0, city_woy + city_how + city_woy + city_how}

85 cities ran between 10/18/22 and 11/01/22: Santiago, Mexico City, San Jose PR, Lima

4 cities are currently running (11/01/22 to 11/15/22): **Buenos Aires (805), Bogota, Guadalajara, Monterrey,**

Sample size here is defined as the number of switchback periods * city * demographic group, which is in the hundreds of thousands for all tests.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0130

# Stat sig disparities in trips per driver

10/18/22 - 11/15/22, LatAm Cities

## Completed Trips



Change in Trips per Driver

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0131

P-02873.00137

Slide 100 Notes

These are very small - the difference between ~1.66 and 1.67 trips per driver (within each 48-minute switchback period)
These differences are less robust than for earnings. They depend more on how you define the data set – do you use all switchback periods for men, even if the associated female switchback period was dropped because there were so few women driving then? The answer changes based on this decision.

CONFIDENTIAL

# Stat sig disparities in ETAs

10/18/22 - 11/15/22, LatAm Cities

**ETAs**



101

UBER_JCCP_MDL_001461771.0133

**Slide 101 Notes**

Pooled across regions, it's stat sig
Still stat sig if you filter out periods with fewer or more trips (25 or 50 or 100)
Still stag sig with different specifications (changing fixed effects and standard errors)
Average ETA ~ 360 seconds

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0134

# No stat sig disparities in 1-star trips to riders

10/18/22 - 11/15/22, LatAm Cities

## One-Star Trips
## (to Riders)



Change in Ratings to Riders

102

CONFIDENTIAL

Pre-read

# No stat sig disparities in 1-star trips (to drivers)

10/18/22 - 11/15/22, LatAm Cities

## One-Star Trips
## (to drivers)



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0136

P-02873.00142

**Slide 103 Notes**

Asian (trips)
Technically it's good — people inferred as Asian by this method experience a drop in one-star trips. I wouldn't read too much into it because if we do 20 or 30 comparisons like this, a few are bound to be stat sig by chance

CONFIDENTIAL

# 03 S-RAD Global Expansion Update
@zoe @ben

ATTORNEY-CLIENT PRIVILEGED

104

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0138

# From model development to an XP

**In Progress**

**Model Development (Phase 1)**    **Product Design Tuning (Phase 2)**    **Deployment (XP to full launch)**

**Opportunity analysis:**
- Checking existing model performance
- Testing trip/driver/rider characteristics that might help predict incidents
- Assessing the practicality of the downranking intervention

**Actioning strategy:** Experimentation to find optimal model and actioning methodologies with different feature sets
- Thresholds based on time/geography
- Handling supply/demand liquidity (e.g. least-N risky in S-rad)
- Handling slip-throughs (with nudges, etc.)
- Region-based masking of features with policy/legal/comms concerns

**Marketplace XP** to evaluate impact on metrics such as ETAs, rider/driver cancellation, etc in XP market (two weeks)

**Fairness test** to evaluate disparity in earnings, ETAs and other key metrics by gender or ethnicity

**Building the baseline global model:**
- Use regional data, including trip, user, incident and geo location data to train model
- Build new data models/pipelines for expansion

**H1 2023**

Evaluation of model performance in active markets by

**H2 2023**



marketplace impact and no fairness issues. Revisit Phase 2 if criteria not met.

ATTORNEY-CLIENT PRIVILEGED

A/C Privileged & Confidential
UBER_JCCP_MDL_001461771.0139

# Global Model Development

- UKI Board Update:
  - In December 2022, the team provided an overview of S-RAD to the UK Board. The aim was to provide the Board an understanding of how the product features work and the extra requirements and considerations that have to be made before deploying to a market such as the UK.
  - The Board was engaged throughout the presentation, understood the development process and the challenging policy/regulatory environment in the UK, and was aligned with our H2 timelines (pending full legal/policy assessment in H1)
- Global Model Development / Global expansion:
  - The team tested production models on historical data in expansion regions in order to understand model efficacy and scoring. The results (model recall) are promising and will serve as a baseline when the team builds the global model.
  - **REDACTED - PRIVILEGED**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

Pre-read

# Production S-RAD model performance in select expansion markets

- Production US model outperforms production LatAm consistently
  - This may be due to
    - LatAm model generalizing to new regions worse compared to US model
    - Lack of gender data globally
- Masking features (flagged by regional Legal) tends to reduce model recall
  - Masking features would require some backend technical lift
  - Masking features does not necessarily remove all residual effects from the model
- Monthly recall data shows US prod model relatively stable through time
- Next step
  - Train baseline model using all global trips and readily available features from the US model not marked as potentially problematic by regional PLC teams [107]

CONFIDENTIAL

# Offline performance data considerations

- Data range
  - 2022-01-01 - 2022-09-30
- Feature masking
  - Null imputation for features flagged by expansion markets' regional PLC teams
    - Driver_canceled_on_count_total:driver_uuid*[†]
    - Driver_lifetime_trip_count:driver_uuid*[†]
    - Trip_duration_seconds_sum_total:driver_uuid*[†]
    - Driver_1star_count_total:driver_uuid*[†]
    - Driver_2star_count_total:driver_uuid*[†]
    - Driver_inferred_gender:driver_uuid*
    - Rider_inferred_gender:client_uuid*
  - Feature used in LatAm* or US[†] production model

108

ATTORNEY-CLIENT PRIVILEGED

# S-RAD prod model recall

| Markets | Serious SASM IR (per MM) | Flagging Rate | Recall* | | | |
|---|---|---|---|---|---|---|
| | | | US model - All features | US model - Masked features | Latam model - All features | Latam model - Masked features |
| US (Prod) | 6.99 | 1.25% | 19.1% | - | - | - |
| BR (Prod) | 4.22 | 1.1% | - | - | 15.9% | - |
| AUS | 8.22 | 1.1% | 11.0% | 7.1% | 6.4% | 5.9% |
| | | 1.25% | 11.6% | 7.7% | 7.5% | 6.4% |
| NZ | 7.08 | 1.1% | 15.8% | 6.3% | 11.6% | 7.4% |
| | | 1.25% | 17.9% | 11.6% | 11.6% | 8.4% |
| IND | 2.38 | 1.1% | 6.2% | - | 5.7% | - |
| | | 1.25% | 7.7% | - | 6.4% | - |
| EMEA | 4.32 | 1.1% | 10.2% | 7.1% | 7.9% | 4.4% |
| | | 1.25% | 11.1% | 7.5% | 8.6% | 5.4% |

*Estimated model recall. Not expected to reflect real incident rate change. Does not include time of day thresholds or how periodic threshold adjustments may impact actual online recall

109

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0143

# S-RAD prod model recall - EMEA

| Markets | Serious SASM IR (per MM) | Flagging Rate | Recall* | | | |
|---|---|---|---|---|---|---|
| | | | US model - All features | US model - Masked features | Latam model - All features | Latam model - Masked features |
| US (Prod) | 6.99 | 1.25% | 19.1% | - | - | - |
| BR (Prod) | 4.22 | 1.1% | - | - | 15.9% | - |
| EMEA - MEA | 4.15 | 1.1% | 8.5% | 6.3% | 8.3% | 5.3% |
| | | 1.25% | 9.2% | 7.0% | 8.9% | 6.1% |
| EMEA - NEE | 4.32 | 1.1% | 11.9% | 7.7% | 8.1% | 4.6% |
| | | 1.25% | 13.1% | 8.7% | 8.8% | 5.3% |
| EMEA - WSE | 4.64 | 1.1% | 9.2% | 5.8% | 6.2% | 4.2% |
| | | 1.25% | 10.4% | 6.6% | 7.6% | 5.0% |
| UK** | 3.74 | 1.1% | 12.2% | 8.7% | 7.0% | 5.6% |
| | | 1.25% | 12.9% | 10.1% | 8.0% | 7.3% |

*Estimated model recall. Not expected to reflect real incident rate change. Does not include time of day thresholds or
how periodic threshold adjustments may impact actual online recall
**UK belongs to EMEA - NEE region

110

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0144

P-02873.00150

# 04 Persistently Actioned User-Driver

@alex

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0145



Deep dive after escalations: 3 Drivers(BR) are complaining that they are getting fewer dispatches

- S-RAD did flag more on these drivers but most trips did not get downranked
- Drivers have IPC reported against them and some got banned after complaint

This leads to more general questions:

-Does a 'Persistently Actioned User'-Driver(PAU) group exist, who are part of pairings being persistently flagged and down ranked?

-What do we know about this group?

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0146

# Persistently Actioned Drivers - Definition

- Drivers who are above p99.5 flagging rate during holdout periods*
  [The treatment effect is at aggregated level]



Driver flagging rate quantiles vs. SRAD treatment effect on % completed trips per supply hour online

*Using Aug-Sep 2022 data.
**Chart shown is based on US data.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0147

|  |  |  | # Completed Trips per Hour** | | $ Earnings per Hour** | |
|---|---|---|---|---|---|---|
| Market | Group | # Drivers | Baseline* | SRAD Rel. Eff.* | Baseline* | SRAD Rel. Eff.* |
| Brazil | Persistently Actioned | 4,041 | 1.20 | -12.61% | $4.48 | -13.05% |
| United States | Persistently Actioned | 1,621 | 1.36 | -6.68% | $19.11 | -6.15% |

*Using Aug-Sup 2022 data.
**Hours are estimates of driver in-app hours based around hourly aggregations split around SRAD status changes.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0148

Slide 114 Notes

In absolute terms: PADs in the US make about $17.93 per hour instead of $19.11

# How Persistent are PAUs?





| Market | Group | Churn: % Aug-Sep Drivers who didn't drive during Oct-Nov | % Aug-Sep Drivers who are P.A. during Oct+Nov |
|---|---|---|---|
| Brazil | PA Drivers | 26.58% | 39.75% |
| | Population | 18.07% | – |
| United States | PA Drivers | 36.83% | 26.86% |
| | Population | 23.86% | – |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0150

## Slide 115 Comments

1   @apokorny@uber.com Determine % of churn due to (eventual) driver deactivation
    _Reassigned to Alex Space_
    *Ben Marchi,  1/27/2023 06:00 PM*

2   can we also talk to DACT DS to see how many PA-driver also flagged by them?
    *Zoe Pu,  1/27/2023 05:39 PM*

3   I'm on it
    *Alex Space,  1/27/2023 06:00 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0151

# Persistently-Actioned Drivers - Characteristics

## Persistently-actioned drivers are:

[On explainability]
- Much more likely to have a SASM incident reported against them
- Much more likely to have an IPC incident reported against them
- Much more likely to be driving at night
- Much less tenured on average (in terms of lifetime completed trips)

[On fairness]
- Slightly more likely to be male
- More likely to be inferred as white or Asian
- Spread across many cities, not restricted to any particular city size

| Brazil<br><br>Driver Group | % Drivers with reported-against SASM incident | % Drivers with reported-against IPC incident |
|---|---|---|
| Not Persistently Actioned | 5.28% | 15.95% |
| Persistently Actioned | 30.64% | 55.06% |

| [1] US<br>Driver Group | Male | Inferred white | Inferred Asian | Inferred African American | Inferred Hispanic |
|---|---|---|---|---|---|
| Not Persistently Actioned | 83.58% | 48.5% | 13.8% | 11.9% | 25.7% |
| Persistently Actioned | 85.56% | 53.4% | 18.3% | 9.6% | 18.6% |

## Full Analysis Readout

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

## Slide 116 Comments

1    @dkolta@uber.com  **REDACTED - PRIVILEGED**
    *Dan Svirsky,  1/25/2023 06:28 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0153

# Persistently Actioned Drivers – Policy Comms Risks & Legal Guidance

5

- This issue raises multiple challenges:
  - Algorithmic management and 'shadow banning' issues, although we have a reasonable policy justification for flagging drivers with SASM more
  - Concerns about not deactivating PAUs, if they are regularly part of "risky matches"
  - Demographic results are nuanced, likely low risk

-

# REDACTED - PRIVILEGED

- As new AI transparency requirements are adopted (as we recently saw in Chile), we'll need to assess how the PAU issue could play out under these laws.

-

# REDACTED - PRIVILEGED

REDACTED - PRIVILEGED            Central policy will work with EU stakeholders to assess EU-specific
ATTORNEY-CLIENT PRIVILEGED
risks.

CONFIDENTIAL

## Slide 117 Comments

1    @dkolta@uber.com          REDACTED - PRIVILEGED
     _Reassigned to Daniel Kolta_
     *Zoe Pu,  1/26/2023 05:04 PM*

2    I added the top section on policy issues
     *Dan Svirsky,  1/25/2023 06:33 PM*

3    Do you mean in terms of public policy? Want us to weigh in? Or is this internal biz/safety policy?
     *Emilie Boman,  1/25/2023 11:02 PM*

4    public policy
     *Dan Svirsky,  1/26/2023 05:04 PM*

5    And yes, please weigh in if you'd like!
     *Dan Svirsky,  1/26/2023 05:04 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0155

# S-RAD
# Leadership Update

## 11.04.2022

## Uber

ATTORNEY CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0156

**01** Executive Summary

**02** S-RAD Nudges XP Recap (preread)

**03** S-RAD Nudges XP Readout

**04** Next steps for S-RAD Nudges

**05** S-RAD US & BR Downranking Updates (preread)

**06** S-RAD Global Expansion Updates (preread)

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0157

P-02873.00163

# 01 Executive summary
## @zoe

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0158

# Executive Summary

- **S-RAD Nudges xp results** show **no stat sig impact in overall IPC incident rate** and **+10% reported serious IPC incident rate**, stat sig, rel. confidence interval (1.6%, 18.9%).
- However, **we do not believe nudges cause an increase in the true IPC incident rate.**
    - **No significant impact in marketplace metrics observed.**
    - We do see **slight directional increase** in **Feature usage** (ie Audio Recording and Follow My Ride).
- **Next Steps: Design new interventions to target top 5% risky trips and suggest not to expand S-RAD Nudges.**
- **(pre-read) S-RAD Downranking in US & BR marketplace metrics were w/in guardrails Aug & Sep**
    - **80/20 holdout** has increased exp. **variation of the metrics** (i.e. slip-thru, downranking efficiency)
    - Currently tracking and investigating a **decrease** in the ability of S-RAD to **successfully soft filter flagged supply plans**
- **(pre-read) S-RAD global expansion is on track with Latam expansion efforts** (stretch goal to launch in December).
- **(pre-read) Global model development efforts are underway as we collect feedback on feature requirements from regions.**

ATTORNEY-CLIENT PRIVILEGED

121

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0159

**Slide 121 Notes**

Re: feature usage: This is further supported by trend in increased usage at the driver & rider level for Audio Recording as number of nudges delivered increases.

Re: US/BR downranking: We are currently investigating potential  low liquidity in market, new marketplace product launches, and ongoing marketplace/surge XPs.

CONFIDENTIAL

# 02 S-RAD Nudges XP Recap

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0161

# S-RAD Nudges Experiment Overview

| | |
|---|---|
| **Context** | S-RAD has the potential to reduce serious SA/SM incidents on the platform, while being MP neutral |
| **Problem** | Top 5% high score trips represent ~35% of Serious SASM incidents in Mexico while Downranking only applies to top ~1% |
| **Solution** | Send just-in-time interventions or nudges to earners/riders on trips with high risk scores (PRD)<br><br>Rotate through **5 messages** (**Message Copy doc**) |
| **Primary Success Metrics** | • Overall IPC incident rate [primary metric for XP]: **-5%**<br>• Serious IPC incident rate [primary metric for XP]: **directional decrease** |
| **Secondary Success Metrics** | Directional increase in Audio Recording CTR, Follow My Ride CTR, RideCheck CTR (Impressions, CTR, Setup, Usage) |
| **Guardrails** | Driver Completed Trips, Driver Supply Hours, Driver Trip cancel rate, Push notifications opt-out rate, Safety Ticket Rate |
| **XP end date** | October 15, 2022 |

## Nudges UX



Riders & Drivers will rotate through a set of 5 messages on flagged trips

ATTORNEY-CLIENT PRIVILEGED

123

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0162

**03** S-RAD Nudges
XP Readout
@zoe @alex @jenny

ATTORNEY-CLI

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0163

P-02873.00169

**Nudges 360 Recap: Safety impact metrics were not met but we saw positive stat sig impact in feature usage, safety sentiment and funnel metrics.**



Xp results

**No stat sig impact**
Overall reported IPC
IR

**+10%** reported serious IPC IR

**No marketplace impact**

Xp design

**Driver A/B**
Business constraint (<6 month xp) led to 2-cell design with Flow

Funnel metrics

**Overall CTR:**
**5.8%**
Driver CTR: 10.7%
Rider CTR: 4.3%
*Click-thru rate*

Safety Sentiment

**+9.1%**
*Relative increase in drivers who responded "Always" feel safer driving with Uber*

Example Nudge to Driver/Rider

Feature usage

**Directional increase**
*In feature usage (Audio Recording, Follow My Ride)*

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0164

Slide 125 Notes

**Nudges 360 view: Safety impact metrics were not met but we saw positive stat sig impact in feature usage, safety sentiment and engagement metrics.**

- The **Nudges experiment plan was created under certain constraints**, compromising integrity of the design
- The xp results show **no stat sig impact in overall IPC incident rate** and **+10% increase in *reported* serious IPC incident rate**, stat sig. However, **we do not believe nudges cause an increase in the true IPC incident rate.**
- **No significant impact in marketplace metrics observed.**
- We do see **slight directional increase** in **Feature usage** (ie Audio Recording and Follow My Ride).
  - This is further supported by trend in increased usage at the driver & rider level for Audio Recording as number of nudges delivered increases.
- We observe **9.1% relative increase in drivers who responded that they "Always" feel safe driving with Uber.**

Overall CTR: 6.19%

Driver CTR: 11.15%

Rider CTR: 4.65%

https://querybuilder-ea.uberinternal.com/r/zRMxan2Pz

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0165

Slide 125 Notes (Continued)

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0166

**We faced some difficulties in both the experiment design and implementation which restricts our ability to rigorously measure the treatment effect.**

| Situation | Issues | | Impact |
|---|---|---|---|
| Driver A/B xp design was built in order to meet a specific time constraint (<6 months) | **Experimental Design** | Rider contamination | ~60k trips in which Rider receives nudges while driver is in control |
| | | One-sided test conducted when two-sided test would have been better | |
| | **Flow Implementation** | Nudges sent despite cancellations | ~37k trips that were below the threshold to be flagged had nudges sent |
| | | Buffering | Nudges buffered for ~2 months |
| | | Premature Flow Campaign End | |
| Created a "hacky" solution in Flow in operationalize the Driver A/B design | **Citrus Implementation** | Driver start time provided by citrus is both before and after the treatment driver receives their first nudge. | Created an inferred start time for drivers in treatment & control |
| | **Difference in S-RAD Score** | Treatment group has higher S-RAD score than control group | 0.27% flat increase in flagging rates in the treatment group. |

ATTORNEY-CLIENT PRIVILEGED

126

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0167

No stat sig impact in overall IPC incident rate and +10% increase in reported serious IPC incident rate, stat sig. However, __we do not believe nudges cause an increase in the true IPC incident rate.__

**Summary**

| 215 Days in xp | 198K Drivers in XP | 1.06M Nudges sent to Drivers | 3.55M Nudges sent to Riders |
|---|---|---|---|

**Primary Success Metrics**

| Reported Metric | Control (per Million) | Treatment (per Million) | Level Difference | Lev. 95% C.I. | Relative Difference | Rel. 95% C.I. | p value |
|---|---|---|---|---|---|---|---|
| IPC | 131.882 | 133.525 | 1.644 | (-1.633, 4.921) | 1.2% | (-1.2%, 3.7%) | 0.3252 |
| Serious IPC | 11.343 | 12.506 | 1.163 | (0.179, 2.146) | 10.2% | (1.6%, 18.9%) | 0.0204 |

Readout                                   ATTORNEY-CLIENT PRIVILEGED

127

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0168

Slide 127 Notes

1. Why do we think this happened?
   a. Hypothesis: Awareness may lead people to report more
   b. Key: UNSEEN events
   c. Nudges drive people to engage with safety products more
   d. And if we believe products are net positives, eventually we should see
   e. If we give everyone nudges, then in the long run, we observe safety impact. But data does not support this. Baseline right might be higher than it was and may continue to be this way.
   f. Medium term cost: IPC incidents reported, going up
2. Do we know if any comms or feature awareness have increased reported IR?
   a. This will tell us that awareness product will have this impact on reporting
3. We do not know if awareness is causing more reporting?
4. Is SRAD-triggered notification causing more reporting?
5. Why is IPC negative? And Serious IPC stat sig?
6. Were you tracking this? Why was the xp not stopped sooner?
   a. We were tracking this.
   b. Given rare events, we needed enough time to get confidence on measurement and make sure it is not noise to avoid stopping prematurely.
7. Get incident count
   a. Num Serious IPC:
   b. Control 1130, 90MM trips
   c. Treatment 1135, 100MM trips

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0169

Safety Impact  Feature Usage  Guardrail  Safety Sentiment  Funnel metrics

**We explored possible reasons behind the increase in serious IPC IR and observed that the statistical significance goes away when we conduct segmented analysis.**

| Analysis | Takeaways |
|---|---|
| Removing Top 1% Scoring Trips | • Assuming the top 0-1% of risky trips would be within scope of downranking intervention, we looked at top 1-5% trips. We observe that stat sig increase in serious IPC IR goes away, and there is a very small, directional decrease in overall IPC. |
| Segmenting by Incident Type | • No stat sig impact on Serious SASM (which S-RAD targets). |
| Segmenting by Reporter Type | • Interestingly, rider-reported IPC is directionally down, while driver-reported IPC is directionally up. |
| Time Elapsed between Trip started and Incident Reported | • We see no stat-sig difference between treatment and control incident reporting times. Therefore, nudges do not have significant impact on reporting lag. |

Readout

ATTORNEY-CLIENT PRIVILEGED

128

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0170

P-02873.00176

Slide 128 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

   (1)   Nudges cause more reporting
   (2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0171

## Removing Top 1% Scoring Trips

### Observations

- The stat sig increase in serious IPC IR goes away, and there is a very small, directional decrease in overall IPC.

| Reported Metric | Control (per Million) | Treatment (per Million) | Level Difference | Lev. 95% C.I. | Relative Difference | Rel. 95% C.I. | p value |
|---|---|---|---|---|---|---|---|
| IPC | 125.158 | 125.028 | -0.130 | (-3.329, 3.069) | -0.1% | (-0.027, 0.025) | 0.937166 |
| Serious IPC | 10.524 | 11.378 | 0.854 | (-0.093, 1.802) | 8.1% | (-0.009, 0.171) | 0.076967 |

Readout

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0172

P-02873.00178

**Slide 129 Notes**

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

(1)   Nudges cause more reporting
(2)   Nudges cause more incidents

Inspired Crash detection xp....they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0173

P-02873.00179

## Segmenting by Incident Type

| Reported Metric | Control (per Million) | Treatment (per Million) | Level Difference | Lev. 95% C.I. | Relative Difference | Rel. 95% C.I. | p value |
|---|---|---|---|---|---|---|---|
| SASM | 20.298 | 20.519 | 0.221 | (-1.065, 1.506) | 1.1% | (-5.2%, 7.4%) | 0.7354 |
| Serious SASM | 6.396 | 6.994 | 0.598 | (-0.139, 1.335) | 9.4% | (-2.2%, 20.9%) | 0.1111 |
| non-SASM IPC | 111.584 | 113.007 | 1.423 | (-1.592, 4.438) | 1.3% | (-1.4%, 4.0%) | 0.3545 |
| Serious Non-SASM IPC | 4.947 | 5.511 | 0.564 | (-0.087, 1.216) | 11.4% | (-1.8%, 24.6%) | 0.0891 |

### Observations

- S-RAD downranking is proven to reduce IPC incidents in general, but it is trained specifically to target serious SASM incidents.
- No stat sig impact on Serious SASM observed.
- SASM incidents are more rare than general IPC incidents, especially those of a serious nature. Hence, the confidence intervals for these metrics are very wide.

Readout

ATTORNEY-CLIENT PRIVILEGED

130

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0174

P-02873.00180

Slide 130 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

(1)   Nudges cause more reporting
(2)   Nudges cause more incidents

Inspired Crash detection xp....they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0175

## Segmenting by Reporter Type

| Reported Metric | Control (per Million) | Treatment (per Million) | Level Difference | Lev. 95% C.I. | Relative Difference | Rel. 95% C.I. | p value |
|---|---|---|---|---|---|---|---|
| Driver Reported IPC | 53.588 | 54.926 | 1.338 | (-0.758, 3.434) | 2.5% | (-1.4%, 6.4%) | 0.2104 |
| Driver Reported Serious IPC | 7.286 | 7.957 | 0.672 | (-0.115, 1.458) | 9.2% | (-1.6%, 2.0%) | 0.0937 |
| Rider Reported IPC | 50.790 | 49.028 | -1.762 | (-3.771, 0.246) | -3.5% | (-7.4%, 0.5%) | 0.0857 |
| Rider Reported Serious IPC | 3.928 | 4.372 | 0.444 | (-0.136, 1.024) | 11.3% | (-3.5%, 26.1%) | 0.1333 |

### Observations

- Reported incidents lose statistical significance when we segment by reporter type.
- Rider-reported IPC is directionally down, while driver-reported IPC is directionally up.

Readout

ATTORNEY-CLIENT PRIVILEGED

131

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0176

P-02873.00182

Slide 131 Notes

How do we measure the incidents we do not observe?

Other hypothesis beyond under-reporting?

By reporter type - findings does not support either situation:

(1)   Nudges cause more reporting
(2)   Nudges cause more incidents

Inspired Crash detection xp….they reported sooner and more. So we conducted a similar analysis looking at the time elapsed between trip start and incident reported.

Lag - if we saw them reporting sooner, maybe they would report more. But we did not see that.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0177

We observe directional increase in driver feature usage and higher CTR on push notifications than regional average for both riders and drivers.

| Feature | Driver Control Usage* | Driver Treatment Usage* | Level Difference |
|---|---|---|---|
| Audio Recording | 0.17% | +0.24 | +0.07% |
| Follow My Ride | 0.69% | 0.88% | +0.19% |
| RideCheck** | 1.71% | 1.73% | +0.02% |

| Push notification Feature | Driver Treatment CTR | Latam Earner CTR avg* | Rider CTR | Latam Rider CTR avg* |
|---|---|---|---|---|
| Audio Recording | 4.22% | ~4% | 4.11% | ~0.95% |
| Follow My Ride | 4.96% | | 3.68% | |
| RideCheck | 9.53% | | 5.63% | |

*Usage is based on % of trips driver (rider) used feature Mar 31 - Oct 15, 2022 (source)
**RideCheck usage is actually based on triggering by the app (not the user) when the driver goes off route.
Readout                                    ATTORNEY-CLIENT PRIVILEGED

Secondary Success Metrics

132

CONFIDENTIAL                                    UBER_JCCP_MDL_001461771.0178

# No significant impact in marketplace metrics observed.

**Guardrail Metrics**

| Metric | Control group value | Treatment group value | Absolute difference | Relative difference | p value* |
|---|---|---|---|---|---|
| **Completed trips per XP day** | 7.205 | 7.280 | 0.075 | 1.036% | 0.006 |
| Supply minutes online per XP day | 239.4 | 239.2 | -0.174 | -0.073% | 0.806 |
| Driver cancel over accept rate | 0.1281 | 0.1280 | -0.0002 | -0.118% | 0.833 |
| **Bliss ticket rate per XP day** | 0.2061 | 0.2006 | -0.0056 | -2.693% | 0.015 |
| Safety ticket rate per XP day | 0.0062 | 0.0060 | -0.0002 | -3.201% | 0.098 |

Note: Marketplace impact analysis data contained all trips from Nudge XP drivers from 2022-03-28 through 2022-05-29
* p values estimated via bootstrapping. No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

133

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0179

P-02873.00185

# Overall results from Mexico Nudges experiment do not show safety impact and are marketplace neutral.

| Category | Target | Results |
|---|---|---|
| **Safety Impact (primary metrics)** | • Overall IPC incident rate: -5%<br>• Serious IPC incident rate: directional decrease | • No impact in overall IPC incident rate<br>• +10% reported Serious IPC incident rate, stat sig |
| **Feature usage (secondary metrics)** | • Directional increase in:<br>  ○ Audio Recording usage<br>  ○ Follow My Ride usage<br>  ○ RideCheck usage | • Audio Recording usage<br>  ○ +0.02pp for driver t vs c<br>  ○ +0.001pp for rider t vs c<br>• Follow My Ride usage:<br>  ○ +0.01pp for driver t vs c<br>  ○ -0.014pp for rider t vs c   • RideCheck usage<br>  ○ +0.007pp for driver t vs c<br>  ○ +0.003pp for rider t vs c |
| **Guardrail metrics** | • No change +/- 1% in<br>  ○ Driver Completed Trips<br>  ○ Driver Supply Hours<br>  ○ Driver Trip cancel rate<br>  ○ Push notifications opt-out rate<br>  ○ Safety Ticket Rate | • No significant impact observed.<br>• No significant impact observed.<br>• No significant impact observed.<br>• Per Uber app settings, Drivers cannot opt out of push notifications.<br>• -2.4%, stat sig (number of safety tickets per day directionally consistent with the drop in Bliss tickets per day) |

ATTORNEY-CLIENT PRIVILEGED

134

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0180

P-02873.00186

Slide 134 Notes

- In terms of **Safety Sentiment**, **treatment Drivers respond they feel safe "always" ~9% more often** than control Drivers.

- In terms of **Awareness**, **treatment Drivers respond ~2.5% more often that they are "aware" of the Audio Recording feature** than control drivers. This is key since it is the first nudge we send.

CONFIDENTIAL

We observe directional increase in post-launch Sentiment survey to Drivers in terms of "feeling safe" and feature awareness.

In terms of **Safety Sentiment**, treatment Drivers respond they feel safe "always" **~9% more often** than control Drivers.

In terms of **Awareness, treatment Drivers respond ~2.5% more often that they are "aware" of the Audio Recording feature** than control drivers. They also **remember** this one the most.

**No difference between treatment & control drivers in feeling safer with** the following features - **Follow my Ride, RideCheck, Safety Toolkit**

**Treatment Drivers do not feel** that certain **rider-specific features make them feel safer**.

ATTORNEY-CLIENT PRIVILEGED

135

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0182

P-02873.00188

## Directionally satisfactory driver funnel metrics. Reach of Nudges in Mexico user base during the XP: ~38%* of all active drivers and 13%* of all active riders received at least 1 nudge.

**10.7%**
Driver Click-Thru Rate from Sent

**4.3%**
Rider Click-Thru Rate from Sent

**~38%**
(+102k drivers)
**sent at least 1 nudge**

**~37%**
(+101k drivers)
**received at least 1 nudge**

**~15%**
(+40k drivers)
**clicked on at least 1 nudge**

**~13%**
(+1.9M riders)
**sent at least 1 nudge**

**~12%**
(+1.8M riders)
**received at least 1 nudge**

**~1%**
(+136k riders)
**clicked on at least 1 nudge**

Data from March 31 to Oct 14, 2022
*Note: % share of active drivers to receive at least 1 nudge = # drivers that got 1 nudge during the xp)/(# of all active drivers). Today, this number reflects the drivers in treatment group (50%).

ATTORNEY-CLIENT PRIVILEGED

# 04 Next Steps for S-RAD Nudges
@zoe

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0184

# We still believe there is an opportunity to target top 5% risky trips using S-RAD signal

Mexico Serious SASM Recall/ Trigger rate curve



ATTORNEY-CLIENT PRIVILEGED   *SASM recall in Mexico shadow mode data

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0185

P-02873.00191

Slide 138 Notes
_____

5% was based on power analysis. So we flag more trips above 5% but the # of incidents per trip goes down. the # of incidents is less concentrated beyond 5%.
Source: https://docs.google.com/presentation/d/1abl-GNK-223Hz0oSPE11JSFwjUEOdOtFGCz_naLLarA/edit#slide=id.gf771375934_0_7
Source: https://docs.google.com/presentation/d/1abl-GNK-223Hz0oSPE11JSFwjUEOdOtFGCz_naLLarA/edit#slide=id.g100e68c8735_0_15

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0186

# Recommendation: For the 1-5% risky trips, we recommend to not expand Nudges and to instead redesign the S-RAD interventions with an IPC reduction focus.

**Context:** Top 5% high score trips represent ~35% of Serious SASM incidents or ~25% of IPC incidents in Mexico.

**Rationale:** Nudges XP results show a risk of increasing SIPC incident rate, our topline metric.

**Type of interventions:**

1. Dynamic Threshold:
   - Increase Downranking actioning % in particular periods/areas
2. Harder Interventions:
   - Full Screen TakeOver (FSTO), Pop-up Audio Recording, RideCheck, Safe Mode etc.

**Next steps:** Rollout S-RAD downranking in Mexico to target top 1% (part of Latam expansion)



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0187

P-02873.00193

Slide 139 Notes

3. Do we want to keep safety benefit from nudges? This would go to another team (Rebecca)

Decouple SRAD from Downranking

Additional analysis?

Deep dive on tickets and see if nudges are driving people to report. Signal would be that the feature was used, or mentioned comms.

S-RAD product has great potentials to bring Safety benefits to top 5% risky trips.

Future of nudgesFor next steps,

In MX, we will prioritize and deploy Downranking solution as part of Latam expansion by Jan 2023, which should address the top 1% risky trips first.

For the 1-5% risky trips, we recommend to redesign the interventions with a IPC reduction focus. There are two options under considerations

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0188

Slide 139 Notes (Continued)

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0189

# 05 S-RAD US & BR Downranking Updates

ATTORNEY-CLIE

140

CONFIDENTIAL

Pre-read

# Overall Brazil Marketplace Impact Summary

Dates: 8/4/22 - 8/31/22

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Holdout | 33.2M | 30.5M | 2.64M |
| Enabled | 135M | 123M | 12.0M |
| Enabled % | 80.3% | 80.1% | 81.9% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Holdout) | 0.98% | 0.46% | 6.98% |
| Slip through (Enabled) | 0.34% | 0.13% | 2.42% |
| Downranking efficiency | 65.6% | 70.8% | 65.3% |

## BR (116 cities)

| Metric | All Day Level effect | All Day Baseline | Day Time Level effect | Day Time Baseline | Night time Level effect | Night time Baseline |
|---|---|---|---|---|---|---|
| Avg post dispatch ETA | - | 209.0 | - | 204.6 | 4.0 | 254.5 |
| P90 post dispatch ETA | - | 512.7 | - | 493.7 | - | 568.5 |
| P95 post dispatch ETA | - | 595.8 | - | 579.0 | - | 644.5 |
| P99 post dispatch ETA | - | 734.5 | - | 730.2 | - | 745.9 |
| Avg request to begin | - | 375.7 | - | 369.6 | 3.8 | 438.1 |
| Completed/Requests | - | 81.76% | - | 83.19% | - | 66.88% |
| Unfulfilled/Requests | - | 3.95% | - | 3.36% | - | 10.14% |
| Overall rider cancel % | - | 12.56% | - | 11.82% | 0.30% | 20.42% |
| Pre-dispatch rider cancel % | - | 1.88% | - | 1.76% | - | 2.61% |
| Driver cancel % | - | 20.44% | - | 19.40% | - | 31.56% |
| Rider given 1/2 star % | - | 0.78% | - | 0.77% | - | 0.85% |
| Driver given 1/2 star % | -0.01% | 2.19% | - | 2.14% | -0.09% | 2.81% |

-: p value < 0.10; Level effect: Absolute difference in metric value; No no corrections for multiple comparisons

### Observations

- Overall trigger rate is 0.98% (target 1.1%)
- Slip-thru rate is in line with safety XP data (0.34%)
- Downranking efficiency is lower than previous month (85% in July), with significant drops in M & S cities
- p95 ETA, C/R and overall rider cancel % are within guardrails
- Continue to observe stat sig decrease in driver given 1/2 star rating %

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0191

P-02873.00197

**Slide 141 Notes**

- ○ BR marketplace is not very healthy (~50% cancellations from Rider or Driver) at night from S cities.

| Trip Distribution | XL Cities (15 cities) | | | L Cities (30 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Holdout | 23.7M | 21.7M | 1.94M | 7.67M | 7.11M | 567k |
| Enabled | 98.2M | 89.1M | 9.12M | 29.7M | 27.4M | 2.31M |
| Enabled % | 80.6% | 80.4% | 82.5% | 79.5% | 79.4% | 80.3% |

| Intervention Metrics | XL Cities (15 cities) | | | L Cities (30 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Estimated TR (Holdout) | 0.98% | 0.46% | 6.81% | 0.95% | 0.45% | 7.22% |
| Slip through (Enabled) | 0.28% | 0.11% | 1.93% | 0.41% | 0.16% | 3.29% |
| Downranking efficiency | 71.0% | 75.0% | 71.6% | 57.4% | 63.9% | 54.5% |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

Pre-read

BR S-RAD holdout

| BR (116 cities) | XL Cities (15 cities) | | | | | | L Cities (30 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 201.1 | - | 196.9 | - | 242.4 | 1.2 | 220.7 | 1.0 | 215.3 | 4.7 | 284.8 |
| P90 post dispatch ETA | 2.0 | 387.6 | - | 358.0 | 8.4 | 461.0 | 3.7 | 444.8 | - | 397.4 | 11.5 | 562.7 |
| P95 post dispatch ETA | - | 451.3 | - | 421.7 | - | 525.5 | 2.8 | 526.5 | - | 476.6 | 9.4 | 649.6 |
| P99 post dispatch ETA | - | 582.0 | - | 557.2 | - | 643.0 | 4.0 | 690.4 | - | 653.4 | 10.3 | 778.4 |
| Avg request to begin | - | 371.9 | - | 365.8 | - | 430.3 | 1.4 | 378.8 | 1.2 | 372.1 | - | 456.8 |
| Completed/Requests | - | 82.14% | - | 83.60% | - | 67.64% | - | 84.42% | - | 85.64% | - | 69.95% |
| Unfulfilled/Requests | - | 3.85% | - | 3.19% | - | 10.40% | - | 2.76% | - | 2.37% | - | 7.58% |
| Overall rider cancel % | - | 12.25% | - | 11.55% | - | 19.35% | 0.09% | 11.24% | 0.09% | 10.51% | - | 20.09% |
| Pre-dispatch rider cancel % | - | 2.07% | - | 1.96% | - | 2.76% | - | 1.70% | - | 1.55% | - | 2.56% |
| Driver cancel % | - | 20.68% | - | 19.57% | - | 31.88% | - | 18.63% | 0.08% | 17.80% | - | 28.71% |
| Rider given 1/2 star % | - | 0.77% | - | 0.76% | - | 0.84% | - | 0.80% | - | 0.79% | - | 0.88% |
| Driver given 1/2 star % | - | 2.26% | - | 2.21% | -0.07% | 2.89% | - | 1.98% | - | 1.94% | -0.12% | 2.47% |

-: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

143

CONFIDENTIAL

| Trip Distribution | M Cities (30 cities) | | | S Cities (41 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Holdout | 1.61M | 1.49M | 118k | 217k | 200k | 16.9k |
| Enabled | 6.49M | 6.01M | 479k | 804k | 740k | 63.5k |
| Enabled % | 80.2% | 80.2% | 80.2% | 78.7% | 78.7% | 78.9% |

| Intervention Metrics | M Cities (30 cities) | | | S Cities (41 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Estimated TR (Holdout) | 1.07% | 0.48% | 8.50% | 1.16% | 0.59% | 7.85% |
| Slip through (Enabled) | 0.71% | 0.24% | 6.67% | 1.13% | 0.51% | 8.34% |
| Downranking efficiency | 33.2% | 50.0% | 21.6% | 2.0% | 12.8% | -6.2% |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0195

P-02873.00201

Case 3:23-md-03084-CRB    Document 5257-36    Filed 02/17/26    Page 202 of 644

| BR (116 cities) | M Cities (30 cities) | | | | | | S Cities (41 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| **Metric** | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 259.4 | - | 254.2 | 8.9 | 324.8 | - | 338.4 | - | 335.5 | - | 376.0 |
| P90 post dispatch ETA | 4.6 | 558.6 | - | 536.1 | 23.4 | 619.0 | - | 636.4 | - | 643.4 | -24.1 | 603.4 |
| P95 post dispatch ETA | - | 651.7 | - | 634.2 | 16.5 | 698.5 | - | 721.1 | - | 733.9 | - | 657.9 |
| P99 post dispatch ETA | - | 794.5 | - | 797.1 | 17.5 | 784.7 | - | 826.5 | - | 850.9 | - | 705.2 |
| Avg request to begin | - | 407.6 | - | 401.4 | - | 489.9 | - | 481.5 | - | 478.4 | - | 516.7 |
| Completed/Requests | - | 67.75% | - | 69.72% | - | 42.86% | 0.58% | 48.36% | 0.64% | 50.45% | - | 23.02% |
| Unfulfilled/Requests | 0.16% | 10.04% | 0.18% | 9.53% | - | 16.68% | - | 11.90% | - | 11.51% | - | 16.66% |
| Overall rider cancel % | - | 20.32% | - | 18.98% | - | 37.41% | -0.44% | 37.68% | -0.56% | 36.10% | - | 56.99% |
| Pre-dispatch rider cancel % | - | 0.79% | - | 0.71% | - | 1.31% | - | 0.93% | - | 0.87% | - | 1.28% |
| Driver cancel % | 0.23% | 24.67% | 0.24% | 23.62% | - | 40.59% | - | 31.38% | - | 30.46% | - | 46.92% |
| Rider given 1/2 star % | - | 0.85% | - | 0.85% | - | 0.92% | 0.12% | 0.87% | 0.12% | 0.89% | 0.56% | 0.24% |
| Driver given 1/2 star % | - | 1.98% | - | 1.95% | -0.35% | 2.68% | - | 1.44% | - | 1.44% | - | 1.55% |

-: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

145

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0196

P-02873.00202

# Overall US Marketplace Impact Summary

Dates: 8/4/22 - 8/31/22

| Trip Distribution | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Holdout | 17.2M | 14.6M | 2.65M |
| Enabled | 64.5M | 54.3M | 10.24M |
| Enabled % | 79.0% | 78.9% | 79.5% |

| Intervention Metrics | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|
| Estimated TR (Holdout) | 1.31% | 0.81% | 4.10% |
| Slip through (Enabled) | 0.53% | 0.40% | 1.22% |
| Downranking efficiency | 59.5% | 50.1% | 70.2% |

## US (196 cities)

| Metric | All Day Level effect | All Day Baseline | Day Time Level effect | Day Time Baseline | Night time Level effect | Night time Baseline |
|---|---|---|---|---|---|---|
| Avg post dispatch ETA | 1.9 | 375.9 | 1.2 | 367.7 | 6.4 | 419.3 |
| P90 post dispatch ETA | 4.3 | 849.3 | - | 822.1 | 10.2 | 915.9 |
| P95 post dispatch ETA | 4.5 | 958.0 | - | 936.4 | 12.5 | 1010.7 |
| P99 post dispatch ETA | 4.0 | 1120.6 | - | 1116.1 | 9.8 | 1131.1 |
| Avg request to begin | 1.4 | 522.7 | - | 513.3 | 5.0 | 572.6 |
| Completed/Requests | -0.09% | 89.63% | - | 90.59% | -0.25% | 84.23% |
| Unfulfilled/Requests | - | 0.64% | - | 0.51% | - | 1.42% |
| Overall rider cancel % | 0.07% | 8.19% | 0.05% | 7.54% | 0.21% | 11.81% |
| Pre-dispatch rider cancel % | - | 4.75% | - | 4.42% | 0.31% | 5.89% |
| Driver cancel % | 0.07% | 8.59% | 0.06% | 7.75% | 0.14% | 13.04% |
| Rider given 1/2 star % | - | 0.90% | - | 0.89% | - | 0.96% |
| Driver given 1/2 star % | -0.02% | 1.61% | -0.01% | 1.52% | -0.04% | 2.10% |

-: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

## Observations

- Overall trigger rate is 1.31% (target 1.25%)
- Slip-thru rate is slightly higher this month vs previous month (0.4% in July) and slightly higher than seen during the safety XP. Slip-through degradation is similarly poor in M/S cities
- p95 ETA, C/R and overall rider cancel % are within guardrails
- Continue to observe stat sig decrease in driver given 1/2 star rating %

ATTORNEYS' EYES ONLY – PRIVILEGED

146

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0197

P-02873.00203

| Trip Distribution | XL Cities (27 cities) | | | L Cities (52 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Holdout | 13.3M | 11.33M | 1.95M | 2.81M | 2.33M | 487k |
| Enabled | 49.2M | 41.5M | 7.69M | 11.0M | 9.28M | 1.75M |
| Enabled % | 78.7% | 78.6% | 79.7% | 79.7% | 80.0% | 78.2% |

| Intervention Metrics | XL Cities (27 cities) | | | L Cities (52 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Estimated TR (Holdout) | 1.31% | 0.79% | 4.32% | 1.31% | 0.86% | 3.45% |
| Slip through (Enabled) | 0.49% | 0.38% | 1.12% | 0.66% | 0.50% | 1.49% |
| Downranking efficiency | 62.6% | 52.6% | 74.2% | 49.6% | 41.4% | 57.0% |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0198

| US (196 cities) | XL Cities (27 cities) | | | | | | L Cities (52 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| **Metric** | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | **2.1** | 334.5 | - | 326.8 | **6.5** | 375.9 | - | 509.1 | - | 499.4 | **6.7** | 558.0 |
| P90 post dispatch ETA | **3.2** | 706.8 | - | 658.1 | - | 822.4 | **9.4** | 916.2 | **7.3** | 871.0 | **16.3** | 1021.9 |
| P95 post dispatch ETA | **4.4** | 827.4 | - | 778.0 | **8.7** | 944.0 | **8.6** | 1040.0 | **6.2** | 1001.1 | **16.5** | 1130.5 |
| P99 post dispatch ETA | **3.4** | 1051.2 | - | 1019.3 | **6.9** | 1125.7 | **4.8** | 1234.8 | - | 1217.9 | **10.7** | 1273.3 |
| Avg request to begin | **1.6** | 479.2 | - | 470.8 | **5.6** | 524.9 | - | 666.4 | - | 654.3 | - | 727.9 |
| Completed/Requests | - | 90.59% | - | 91.42% | - | 85.76% | **-0.19%** | 87.05% | - | 88.33% | **-0.64%** | 80.35% |
| Unfilled/Requests | - | 0.46% | - | 0.35% | - | 1.09% | - | 1.09% | - | 0.88% | - | 2.23% |
| Overall rider cancel % | - | 7.42% | - | 6.85% | - | 10.71% | **0.14%** | 10.29% | - | 9.44% | **0.42%** | 14.75% |
| Pre-dispatch rider cancel % | - | 3.91% | - | 3.61% | - | 4.90% | - | 5.38% | **0.22%** | 5.12% | - | 6.10% |
| Driver cancel % | **0.07%** | 8.41% | **0.07%** | 7.60% | - | 12.84% | - | 9.92% | - | 8.92% | - | 15.06% |
| Rider given 1/2 star % | - | 0.90% | - | 0.89% | - | 0.97% | - | 0.91% | - | 0.90% | - | 0.96% |
| Driver given 1/2 star % | **-0.01%** | 1.81% | **-0.01%** | 1.71% | **-0.04%** | 2.40% | **-0.02%** | 0.95% | - | 0.90% | - | 1.23% |

-: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

148

CONFIDENTIAL

| Trip Distribution | M Cities (52 cities) | | | S Cities (65 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Holdout | 753k | 609k | 144k | 345k | 282k | 62.4k |
| Enabled | 2.92M | 2.37M | 547k | 1.38M | 1.12M | 258k |
| Enabled % | 79.5% | 79.6% | 79.1% | 80.0% | 79.9% | 80.5% |

| Intervention Metrics | M Cities (52 cities) | | | S Cities (65 cities) | | |
|---|---|---|---|---|---|---|
| | All Day | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Overall | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
| Estimated TR (Holdout) | 1.39% | 0.88% | 3.52% | 1.27% | 0.81% | 3.38% |
| Slip through (Enabled) | 0.69% | 0.47% | 1.66% | 0.64% | 0.44% | 1.52% |
| Downranking efficiency | 50.1% | 47.0% | 52.7% | 49.5% | 45.4% | 55.0% |

ATTORNEY-CLIENT PRIVILEGED

149

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0200

| US (196 cities) | M Cities (52 cities) | | | | | | S Cities (65 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| **Metric** | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg post dispatch ETA | - | 534.3 | - | 532.6 | - | 539.0 | - | 467.1 | - | 464.4 | - | 478.9 |
| P90 post dispatch ETA | 5.8 | 909.1 | - | 891.3 | 13.1 | 951.1 | - | 804.7 | - | 795.2 | - | 829.5 |
| P95 post dispatch ETA | 5.9 | 1009.7 | - | 996.9 | 13.5 | 1039.7 | - | 902.5 | - | 901.2 | - | 905.0 |
| P99 post dispatch ETA | 5.4 | 1157.4 | - | 1160.7 | - | 1149.2 | - | 1024.5 | - | 1038.5 | - | 985.5 |
| Avg request to begin | - | 674.6 | - | 669.4 | - | 697.3 | - | 618.4 | - | 612.7 | - | 645.2 |
| Completed/Requests | -0.34% | 84.70% | -0.20% | 86.15% | -0.90% | 78.29% | 0.31% | 86.36% | 0.38% | 87.88% | - | 79.30% |
| Unfulfilled/Requests | - | 1.61% | - | 1.38% | - | 2.70% | - | 1.45% | - | 1.22% | - | 2.56% |
| Overall rider cancel % | 0.25% | 12.11% | - | 11.22% | 0.73% | 15.97% | -0.21% | 10.58% | -0.32% | 9.70% | - | 14.65% |
| Pre-dispatch rider cancel % | - | 9.78% | - | 9.47% | 1.28% | 11.20% | - | 10.41% | - | 9.34% | - | 13.66% |
| Driver cancel % | 0.14% | 7.69% | - | 6.96% | - | 11.06% | - | 5.96% | -0.14% | 5.41% | - | 8.66% |
| Rider given 1/2 star % | - | 0.80% | - | 0.80% | - | 0.81% | - | 0.80% | - | 0.79% | -0.13% | 0.89% |
| Driver given 1/2 star % | - | 0.70% | - | 0.69% | - | 0.78% | - | 0.51% | - | 0.50% | - | 0.53% |

-: p value < 0.10; Level effect: Absolute difference in metric value; Note: No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

150

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0201

# 06 S-RAD Global Expansion Updates

ATTORNEY-CLIE

151

A/C Privileged & Confidential

# S-RAD Expansion Update: we are on track of the roadmap



**Code Freeze**
Dec 8

**Today**

**Latam Marketplace xps**

*Aug 22-Nov 15*

*Wave 2 marketplace xp o... ...g until Nov 15th*

**Latam Fairness Testing**

*w/c Nov 21*

*Dependency: conclusion of marketplac...*

**Tech readiness**

*Q1 2023*

Global model development, gender inference data (India)

**EU + UK***

*TBD*

REDACTED - PRIVILEGED
REDACTED - PRIVILEGED PC Strategy, Academic paper



**SRAD model Offline Analysis**

*w/c Nov 7*

REDACTED - PRIVILEGED

**Latam SRAD Launch**

*December (stretch goal)*

Dependency: approvals, no disparate impact in marketplace or fairness testing results

**India, ANZ, MEA***

*Q2 2023*

REDACTED - PRIVILEGED

ATTORNEY CLIENT PRIVILEGED

152

# S-RAD
# Leadership Update

## 08.26.2022

Uber

ATTORNEY CLIENT PRIVILEGED

CONFIDENTIAL

**01** Executive Summary (5 min)

**02** Downranking Expansion (15 min)

**03** S-RAD Nudges Data & Next Steps (10 min)

**04** US & Brazil Downranking (pre-read)

**05** S-RAD Academic Paper Partnership (pre-read)

CONFIDENTIAL   UBER_JCCP_MDL_001461771.0205

# Executive summary
@zoe

ATTORNEY-CLIE

UBER_JCCP_MDL_001461771.0206

P-02873.00212

# Executive Summary



**S-RAD Downranking & Nudges**

*Downranking expansion has begun in SSL Latam region, followed by ROW*
- In Latam, we will have 2 waves of marketplace xps prior to launch in January (stretch goal: Dec.)
- To expand SRAD beyond Latam in a fast and efficient manner, it requires both tech readiness and PLC alignment.  We would like to discuss the roadmap today.

*S-RAD nudges (push notifications) show positive lift in safety sentiment/awareness, with no marketplace impact (expected to run till Oct 15th)*
- High Click-Thru-Rates and other funnel metrics confirm engagement metrics.
- Next steps: launch a Nudges Survey for drivers & riders and Roundtable for drivers to further understand safety sentiment.

*(Pre-Read) US & Brazil downranking performance is within expectations. However, 20% holdout group raises the level for minimal detectable effect (MDE).*
- We have been running @80/20 for ~7 weeks, without any alarms. We recommend setting guardrails at 2x MDE; pending socialization with Ops.

*(Pre-Read) Currently debating the Data Use Agreement (DUA) for academic partnership*
- The goal of the academic partnership is to validate S-RAD safety and fairness findings.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0207

# Downranking
# Expansion
@zoe

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0208

# Our strategy for S-RAD Downranking Global Expansion is based on 3 pillars



**Pillar 1**

**Scope**

- **Target:**
  ○ Serious SA/SM incident prevention

- **Business:**
  ○ Mobility only

- **Geos:**
  ○ Global
  **Out of scope:**
  ● Delivery
  ● All IPC
  ● Serious Physical Assault

**Pillar 2**

**Product Readiness**

- **Model readiness:**
  ○ Global Model training & recall performance

- **PLC alignment:**
  ○ Conduct feasibility and risks assessment
  ○ Privacy requirements
  ○ Academic paper

**Pillar 3**

**Business/Safety Impact**

- **Business impact:**
  ○ No significant negative marketplace impact

- **Safety Impact:**
  ○ Meet a target recall level

- **Fairness Testing:**
  ○ No negative impacts on Earnings, Completed trips , Utilization, Ratings to riders/drivers, ETAs

ATTORNEY-CLIENT PRIVILEGED

Slide 158 Notes

1. If we take a faster path and skip a step, what would we lose?
    a. We lose confidence in safety impact
2. Do we really believe the global model will work for all?
    a. We believe we can replicate SDM experience, with certain countries as exceptions
    b. We can evaluate global model on each country
3. Do we feel comfortable with holdout or need to run safety xp?
4. Fairness testing
    a. Do we need to look at ethnicity in Europe?

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0210

# SRAD Expansion Roadmap in next 12 months with Challenges

*Scope: Mobility, Serious SA/SM incidents Prevention*



Local regional models may shrink dev time; but will be very challenging to maintain & improve. We recommend a **global model strategy**.

## REDACTED - PRIVILEGED

REDACTED - PRIVILEGED and uniquely tailored Policy & Comms strategy required, as well as potential negative spillover effects in markets where S-RAD is already live. **We recommend rolling out EU last**. This may postpone the plan for taking S-RAD 100% globally by end of H1 2023

**Latam Expansion**

Q3-Q4 2022
(December: stretch goal)

Dependencies: Marketplace xp
r...

**Tech readiness**

Q1 2023

Global model development, gender i... ce data (India)

**India, ANZ, MEA***

Q2 2023

REDACTED - PRIVILEGED

**EU + UK***

*TBD*

REDACTED - PRIVILEGED

REDACTED-PRIVILEGED PC Strategy, Academic paper

ATTORNEY-CLIENT PRIVILEGED

## Slide 159 Notes

Why would we need to build a global model and then train locally?

Could we look into accelerating the roadmap? India/ANZ/MEA in H1..

Essentially anything that legal/policy framework allows and we see good recall, we launch marketplace XPs in H1.


Should we assume that we are not going to have a safety xp in rest of world?
Can we assume retrained models will work and just use holdout for model performance?

Do TL;DR
Talk about risks alongside the timeline

1. Show this schedule today.
2. Opportunity to compress timeline
   a. Show risks
   b. Show tradeoffs where we can compress
   c. Call out EU transparency - pushing up comms plan (ie academic paper)

## Slide 159 Comments

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0212

## Slide 159 Comments (Continued)

1    EU is definitely a big/difficult decision with a lengthy timeline. REDACTED - PRIVILEGED
    REDACTED - PRIVILEGED I'd imagine it's a 12-18 month timeline?
*Roger Kaiser,  8/29/2022 05:23 PM*

2    ack @dkolta@uber.com @eboman@uber.com to share updated timeline after they run the initial assessment.
*Jennifer Arias,  8/29/2022 05:23 PM*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0213

# Long term sustainability of a global model drives our decision to develop a global model over regional model.

|  | Pros | Cons |
|---|---|---|
| **Regional Model**<br><br>Separate models for each regions (US, LatAm, EMEA, etc) | • Features: have more flexibility to add/remove features<br><br>• Performance: easier and faster to achieve good performance<br><br>• Data: local data set is less complex | • Maintenance: high costs for maintaining each separate regional model<br><br>• Sustainability: not sustainable to have multiple regional models running at the same time |
| **Global Model**<br><br>Single universal model trained on global data | • Maintenance: Low effort<br><br>• Sustainability: more sustainable in the long term | • Features: Need to design how to mask out sensitive features (ie gender) for certain markets<br><br>• Performance: requires more fine tuning, model training, iterations, and time to achieve satisfactory performance<br><br>• Data: global data set preparation is more complex |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0214

## Slide 160 Notes

XP Feasiblity, Scalability (1) are the same

Scalability - how much resources you need from an Eng perspective
For regional vs global, we are only scoring 1 supply plan
If one model uses a lot more features than the other,

For safety impact, we can still combine analysis if either its a separate model or single model

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0215

# EU Expansion Raises Significant PLC Challenges

Context:
- UberFiles a created more challenging PLC environment to navigate.
- GDPR raises transparency requirements

---

**Prerequisites for rollout (legal)**
- Legal review for EU as a whole, and country-specific
- EU-focused fairness testing

----------------------------------------------------------------------------------

**Prerequisites for rollout (policy)**
- Move up timeline for academic paper; be ready to rely on the results or point to the existence of the partnership
- Work with third-party groups and start to build support

----------------------------------------------------------------------------------

**Prerequisites for rollout (comms)**
- Prepare a proactive comms plan
- Prepare to discuss SRAD publicly

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

**As previously agreed by leadership, a safety xp is not required for Latam expansion. We will only run a marketplace xp and if we see no significant negative impact, we will launch.**

## Marketplace XP Design

**Hypothesis**: S-RAD will have minimal marketplace impact in LatAm sub-regions

**High-Level Success Criteria**: No negative stat sig impact in marketplace metrics

### Scope:
- Trigger Rate: 1.1%
- Products Affected:  Rides product - UberX
- Cities*:
  - Wave 1 (8/22-9/05):  28 cities from ACAC, SoCo*
  - Wave 2 (10/16-10/30): 45 cities from ACAC, Mexico, SoCo

*Due to some misconfigs, we had to push out wave 1 by 5 days and missed 3 cities (Valparaiso, Concepcion, Montevideo), which may impact ability to reach power for wave 1. We have accounted for these cities in Wave 2.

## XP Metrics

### XP Metrics:
- P95 ETA
- Overall completed/requests
- Overall rider cancellation rate

### Fairness:
- Earnings
- Completed trips
- Utilization
- Ratings to riders/drivers
- ETAs

CONFIDENTIAL

Slide 162 Notes

1. How do we choose the cities?
2. When will you share the final list?
3. Can we set guardrails for the marketplace xp?
   a. This is the xp to set or understand the impact of SRAD on these metrics.
4. Why are we setting at 1.1% trigger rate for the whole region?
5. Can we change the trigger rate at subregional level?
6. What does trigger rate mean?

CONFIDENTIAL

# S-RAD Nudges
# Data & Next Steps
@jenny @alex

ATTORNEY-CLIE

CONFIDENTIAL

## Slide 163 Notes

We want feedback on expansion strategy.

# Opportunity to improve S-RAD's impact via new interventions, such as nudges

**Top 5% high score trips represent ~35% of Serious SASM incidents (Mexico)**



Mexico Serious SASM Recall/ Trigger rate curve

\*SASM recall in Mexico shadow mode data

Experimentation Plan

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0221

P-02873.00227

# Hypothesis: If we send safety related nudges to users on high score trips, we may be able to prevent IPC incidents (including SASM) on the platform

~**5x** Drivers click thru nudges 4&5 vs nudges 1-3



| Audio Recording | Follow My Ride | RideCheck* | Safety Tip on Respect | 5-Star Rating |

*Cycle through twice

*Priming: Emphasize idea of being watched.*

*Behavioral prescription: Provide clear set of guidelines.*

*Reciprocity bias: Reinforce positive actions.*

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0222

Slide 165 Notes

These message are dedicated for Nudges.

We have to check if other products or notifications send similar information.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0223

# If we do not see Safety Impact by the end of xp, can we roll out Nudges based on lift in Safety Sentiment in Mexico?



| Considerations | Description | Current Status |
|---|---|---|
| **Marketplace Impact** | • Not hurting the marketplace | • No significant impact observed in marketplace metrics. |
| **Safety Impact** | • Reduce serious SASM incidents | • Under XP until Oct 15.<br>○ Targets:<br>■ -5% IPC incident rate<br>■ Directional decrease in Serious SASM |
| **Safety Sentiment** | • Improve user awareness and sentiment in Uber's safety efforts | • Overlap analysis with existing Safety Sentiment Survey completed<br>○ Treatment Drivers respond they feel safe "always" ~9% more often than control Drivers.<br>○ Treatment Drivers respond ~2.5% more often that they are "aware" of the Audio Recording feature than control drivers<br>• Nudges Survey & Driver Roundtable pending |

**OR**

ATTORNEY-CLIENT PRIVILEGED

Slide 166 Notes

- In terms of **Safety Sentiment**, **treatment Drivers respond they feel safe "always" ~9% more often** than control Drivers.

- In terms of **Awareness**, **treatment Drivers respond ~2.5% more often that they are "aware" of the Audio Recording feature** than control drivers. This is key since it is the first nudge we send.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0225

P-02873.00231

# No significant impact observed in marketplace metrics. And it is still to early to look into safety impact.

| Metric | Control group value | Treatment group value | Absolute difference | Relative difference | p value* |
|---|---|---|---|---|---|
| Completed trips per XP day | 7.205 | 7.280 | 0.075 | 1.036% | 0.006 |
| Supply minutes online per XP day | 239.4 | 239.2 | -0.174 | -0.073% | 0.806 |
| Driver cancel over accept rate | 0.1281 | 0.1280 | -0.0002 | -0.118% | 0.833 |
| Bliss ticket rate per XP day | 0.2061 | 0.2006 | -0.0056 | -2.693% | 0.015 |
| Safety ticket rate per XP day | 0.0062 | 0.0060 | -0.0002 | -3.201% | 0.098 |

Note: Marketplace impact analysis data contained all trips from Nudge XP drivers from 2022-03-28 through 2022-05-29
* p values estimated via bootstrapping. No corrections for multiple comparisons

Source

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0226

# Nudges xp results so far show directionally satisfactory driver engagement metrics



Data from June 1- 30, 2022

*Note: % share of active drivers to receive at least 1 nudge = # drivers that got 1 nudge in the last month)/(# of all active drivers). Today, this number reflects the drivers in treatment group (50%).

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0227

Slide 168 Notes

**Sent:**
Drivers with nudge sent in June: 51,248
Riders with nudge sent in June: 490,200
% of drivers sent nudges in June in all of Mexico: ~30.9%
% of riders sent nudges in June: ~8.1%
**Delivered:**
Drivers who received a nudge (delivered) in June: 50,099
Riders who received a nudge (delivered) in June: 463,189
% of drivers receiving nudges in June: ~30.2%
% of riders receiving nudges in June: ~7.6%
**Clicked:**
Drivers who clicked on nudges in June: 13,111
Riders who clicked on nudges in June: 25,527
% of drivers who clicked on nudges in June: ~7.9%
% of riders who clicked on nudges in June: ~0.4%

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0228

# Reach of Nudges in Mexico user base in June '22: ~30% of all active drivers and 8% of all active riders received at least 1 nudge*.

## Dashboard



Driver nudge interaction distribution

Rider nudge interaction distribution

Click Thru Rate by User Type

## Observations

- Driver Nudge Interaction: 50% of drivers have cycled through all nudges at least once since we began the xp

- Rider Nudge interaction: Riders cycle through far less nudges because they do not take as many trips as drivers.
    - ~70% of riders received only 1 nudge

- In terms of engagement, June '22 driver click-thru-rate (CTR) is around 11-12%, while rider CTR is around 5%, outperforming the regional average (Spenders: 1.1%. Earners:4%).

- Lowlight: We inadvertently missed extending the flow campaigns for nudges, resulting in nudges being off for 10 days. However, we turned on the flows quickly without polluting the treatment/control driver pools.

*Data from June 1- 30, 2022. Note: % share of active drivers to receive at least 1 nudge = # drivers that got 1 nudge in the last month)/(# of all active drivers). Today, this number reflects the drivers in treatment group (50%).

**ATTORNEY-CLIENT PRIVILEGED**

Dashboard

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0229

Slide 169 Notes

**Sent:**
Drivers with nudge sent in June: 51,248
Riders with nudge sent in June: 490,200
% of drivers sent nudges in June in all of Mexico: ~30.9%
% of riders sent nudges in June: ~8.1%
**Delivered:**
Drivers who received a nudge (delivered) in June: 50,099
Riders who received a nudge (delivered) in June: 463,189
% of drivers receiving nudges in June: ~30.2%
% of riders receiving nudges in June: ~7.6%
**Clicked:**
Drivers who clicked on nudges in June: 13,111
Riders who clicked on nudges in June: 25,527
% of drivers who clicked on nudges in June: ~7.9%
% of riders who clicked on nudges in June: ~0.4%

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0230

# We designed a Nudges Safety Sentiment Survey to complement the existing Safety Survey and get nudges-specific measure on users' perception of the app and the quality of their experience.

**Goals**

**Safety Sentiment**

- In your experience using Uber, how much do you agree or disagree with each of the following statement: "Uber is committed to safety" ?

**Awareness**

- In relation to these push notifications, which of the following statements do you agree with?

**Perception**

- What makes those notifications interesting to you?
- Why do these notifications make you feel uncomfortable?

Nudges Sentiment Survey

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0231

# We will send a survey to users who have participated in the nudges xp.

## Survey Design

**Context**: The SRAD Nudges experiment running in Mexico affects the user experience of the drivers and riders who participate.

**Goal:** We would like to create and send a sentiment survey to participants to measure their perception of the app and the quality of their experience.

**High-Level Success Criteria**: No degradation in users' safety sentiment, Uber's commitment to safety, or feeling uncomfortable

**Channel:** E-mail

**Will we use a 3rd Party Partner:** Yes

### Scope:
Drivers
- Control: drivers who have been on a flagged trip within 1 week's time, and who have spent more than 1 month in control group.
- Treatment: drivers who have received a nudge within 1 week's time, and who have spent more than 1 month in treatment group.

Riders
- Control: Riders who have been on a flagged trip within 1 week's time, and who have never received a nudge in their lifetime.
- Treatment: Riders who have received a nudge within 1 week's time.

Nudges Sentiment Survey

ATTORNEY-CLIENT PRIVILEGED

# Overlap analysis with existing Safety Survey revealed key insights.

## From the existing Monthly Safety Sentiment Survey[1]

1. Please select the word that best fills in the blank and completes the sentence.
   I _____ feel safe driving with Uber (Randomize Always to Never vs Never to Always)
   - Always
   - Usually
   - Sometimes
   - Seldom
   - Never

2. Please select the word that best fills in the blank and completes the sentence.
   I _____ feel safe driving with Uber at night (Randomize Always to Never vs Never to Always)
   - Always
   - Usually
   - Sometimes
   - Seldom
   - Never

5. Which, if any, of the following features do you think are valuable in helping you feel safe when driving with Uber?

   **RANDOMIZE**

   - Emergency Contacts, Phone number anonymization, Audio Recording, Emergency Assistance, RideCheck, Safety Toolkit, Insurance, Face covering policy, Community Guidelines, Live help from a Safety Agent, Dashcam registration, Speed limit alerts, New rider verification, Follow my ride , Driving hour limits

   Answer choices for each
   - I am not aware that Uber has this
   - I assume Uber has this, but am not certain
   - I know Uber has this

6. Which, if any, of the following rider specific features do you think are valuable in helping you feel safe when driving with Uber?

   - Verify Your Ride (PIN), Share trip, Guest Rides

## …we were able to extract key takeaways[2]

- In terms of **Safety Sentiment**, **treatment Drivers respond they feel safe "always" ~9% more often** than control Drivers.

- In terms of **Awareness**, **treatment Drivers respond ~2.5% more often that they are "aware" of the Audio Recording feature** than control drivers. This is key since it is the first nudge we send.

- **No difference between treatment & control drivers in feeling safer with** the following features - **Follow my Ride, RideCheck, Safety Toolkit**

- **Treatment Drivers do not feel** that certain **rider-specific features make them feel safer**.

1 Driver Safety Survey Questions
2 Overlap Analysis. Note: Treatment: Drivers that took the survey within 2 weeks of receiving any nudge. Control: Drivers that took the survey within 2 weeks of being on a flagged trip.

Slide 172 Notes

We should make a caveat that we calculated a lot of (over 20 with 5% significance) p-values here, so we would expect to see at least one false positive significant result.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0234

# US & BR Downranking
@zoe @alex

ATTORNEY-CLIE

# S-RAD in US & Brazil is running without issues

- Our alerts are working properly, having sent already a few warnings for a few cities but no cause for concern.
- We have calculated new guardrail metrics of US & Brazil for overall and day/night based on new MDE.
  - The MDE estimates of the 20% holdout schedule are ~2x the MDEs from a 50% switchback holdout
- Key Metrics:
  - **[P0 OKR] Trip Coverage:** 37.9% (July); expecting to hit 48.5% in August.
  - **[P1 OKR] Safety metrics:** TBD % prevented Serious SASMs (rolling 3 months) at country level
    - We expect to have Safety metrics by [October 15, 2022]
- Model Excellence requirements:
  - **[Model Freshness]**: Model refresh will be reconsidered in Q4.

Data as of last completed month: July.
Source: OKR Scorecard, Dashboard

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0236

# New guardrail metrics for US reflect changes in MDEs due to holdout design

| | | Metrics & Thresholds (Level Difference) | Actions |
|---|---|---|---|
| Overall | Warn | Δ Overall completed/requests > -0.3%<br>Δ Overall rider cancellation rate > 0.2%<br>Δ p95 ETA > 15s | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| | Critical | Δ Overall completed/requests > -0.6%<br>Δ Rider cancellation rate > 0.4%<br>Δ p95 ETA > 30s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |
| Grouped by XL/L/M/S city sizes | Warn | Δ Night time completed/requests > -1%<br>Δ Night time rider cancellation rate > +0.5%<br>Δ Unfulfilled rate > +1%<br>Δ p95 Night time ETA > 20s | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| | Critical | Δ Night time completed/requests > -2%<br>Δ Night time rider cancellation rate > +1%<br>Δ Unfulfilled rate > +2%<br>Δ p95 Night time ETA > 40s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

## Observations

- Small increases to some thresholds including:
  - Overall completed/requests
  - Overall rider cancellation rate
  - Unfulfilled rate

- Next steps: meet with US ops team to get approvals

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

# New guardrail metrics for Brazil reflect changes in MDEs due to holdout design

| | | Metrics & Thresholds (Level Difference) | Actions |
|---|---|---|---|
| **Overall** | Warn | Δ Overall completed/requests > -0.5%<br>Δ Overall rider cancellation rate > 0.3%<br>Δ p95 ETA > 15s | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| | Critical | Δ Overall completed/requests > -1%<br>Δ Rider cancellation rate > 0.6%<br>Δ p95 ETA > 30s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |
| **Grouped by XL/L/M/S city sizes** | Warn | Δ Night time completed/requests > -2%<br>Δ Night time rider cancellation rate > +1%<br>Δ p95 Night time ETA > 60s | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| | Critical | Δ Night time completed/requests > -4%<br>Δ Night time rider cancellation rate > +2%<br>Δ p95 Night time ETA > 90s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

## Observations

---

- Small increases to some thresholds including:
    - Overall completed/requests
    - Overall rider cancellation rate

- Next steps: meet with Brazil ops team to get approvals

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0238

Pre-read

# S-RAD Academic Partnership Paper
@dan svirsky

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0239

P-02873.00245

# An academic project will help provide transparency and external validation, while maintaining some level of decision-making on format, timing and audience.

## Goals for Uber

**De-Risk S-RAD**
Academic paper allows us to go public in a careful, controlled way

**Show commitment to transparency**
We believe in peer-reviewed research to validate the impact of our work

**Demonstrate Safety Impact, Fairness Approach**
S-RAD is one example of how machine learning can help predict incidents, without impacting fairness

## Risks/considerations

- *What happens if the product gets leaked before paper is released?*

- *What happens if the paper has negative results?*

- *Can we find a partner who is ready for the public scrutiny?*

- *Should partners have access to underlying data? If so, how can we set up a safe, transparent mechanism to accomplish this?*

- *Do expansion plans for EU mean we should accelerate our timeline?*

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

Slide 178 Notes

- What questions will the academic be asking?
- How will we frame/guide the research.
- focus on Risks - and then mitigations. Come with a recommendation for how we will mitigate each of the risks.

On setting up a safe mechanism to share data with 3rd party, we could consider working with Gaurav Paul's team if we want to provide a constrained data infrastructure to the academic partner

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0241



Today

**Setting scope, conducting data analysis, outlining the results**

Q2 2023

**Vetting and submission**

Q2 2024

**Finalizing Data Use Agreement (DUA) & academic candidates\***

Q4 2022

**Drafting paper, review of findings**

Q4 2023

\* The 2 candidates are: Shamus Khan (expert in sexual assault statistics) from Columbia University and Jennifer Doleac (expert in data science on public safety and bias) from Justice Tech Lab at Texas A&M

This timeline can be recalibrated per the transparency and comms requirements when expanding to other markets.

Request for Academic Research Data Use Agreement (DUA)

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0242

**Slide 179 Notes**

Provide background on candidates we were testing….
New def vs Old def

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0243

# S-RAD
# Leadership Update

06.17.2022

Uber

ATTORNEY CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0244

**01** Executive Summary (5 min)

**02** Holdout Validation (5 min)

**03** Model Candidates & Model Excellence (5 min)

**04** Rollout & Monitoring Plan (10 min)

**05** Next steps (5 min)

CONFIDENTIAL                                                                                    UBER_JCCP_MDL_001461771.0245

P-02873.00251

# Executive summary

@jenny, @dharmin

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0246

# Executive Summary



## S-RAD US/BR Launch Plan

### *Aligned with MX on 80/20 randomized holdout strategy*
- Holdout validation test shows no stat sig impact on parallel switchback xps

### *Planned rollout in US & Brazil on July 6th to all Uber X trips. Selected model candidates*
- Launching retrained model in Brazil. +1.5pp lift in recall compared to prod model
- Launching retrained model in the US. Similar perf compared to prod model

### *Aligned with Uber AI team on Model Excellence SLA requirements*
- Will meet key model excellence requirements by launch date

### *Aligning with US & Brazil regional teams on rollout plan*
- Aligned with US Ops. Guardrail metrics TBD after we see initial data post launch
- Working with Brazil Ops team to get sign off from Silvia Penna

### *Finalizing monitoring plan*
- Finalized metrics to be monitored
- Monitoring & alerting process to be refreshed and finalized

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0247

# Holdout Validation
@gorkem

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0248

P-02873.00254

# MX team aligned on rolling out SRAD with 20% randomized holdout

Conclusion of holdout validation: No stat sig impact on parallel switchbacks

## Differences across treated and control cities

| Metric | Differences across treated/control cities | | |
|---|---|---|---|
| | **5% FPR** | **10% FPR** | **MDE** |
| mean_eta_post_request | -0.28 pp (0.67) | -0.53 pp (0.64) | -0.50% (0.85) |
| requests_completed_rate | 1.43 pp (0.31) | 2.26 pp (0.24) | 4.04% (0.14) |
| completed_trips | 0.05 pp (0.96) | -1.81 pp (0.29) | 3.75%* (0.07) |
| unique_session_count_bb8_hp | -0.72 pp (0.55) | -1.02 pp (0.59) | 4.32%** (0.04) |
| eyeball_eta | 0.40 pp (0.75) | 0.72 pp (0.71) | 0.16% (0.94) |
| supply_hours | 0.02 pp (0.99) | -0.45 pp (0.81) | 6.03%*** (0.01) |
| zero_rate | -0.67 pp (0.38) | -0.57 pp (0.66) | 0.56% (0.84) |

Note: Impact on false positive rates are expressed in percentage points and in percent for MDE. Number of A/A XPs (observations) considered are 30,400. Standard errors are clustered at the city level and p-values are shown in brackets. ***, **, * indicates statistical significance at the 1%, 5%, and 1% level respectively. All regressions consider city-pairs fixed effects and regression that study impacts on MDE also controls for metric-city-level mean MDE in previous month.

## Experiment Summary

### Background
- We ran the experiment from 5/10 - 6/7 in 152 US cities
- 50/50 split in treatment and control

### Main findings of xp
- No stat sig differences in FPR across Marketplace metrics. 5% false positive rate = % of AA tests whose p-value < 5%
- No evidence that S-RAD affects internal validity of primary switchbacks run in those cities
- SRAD increasing MDE on primary switchback xps, but impact is sufficiently small to not be a blocker
- SRAD treatment intervals are random and uncorrelated with primary switchback treatment

### Final Decision: Go ahead from MX team!
- S-RAD holdouts can operate on 288-minute switch frequency and starts at a set of allowed times (5 options) without affecting primary switchback xps.

Sources: S-RAD Holdout Configuration Backend | Block-level randomization for S-RAD holdout - 1 pager | S-RAD Parallel Switcback Design

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0249

Slide 185 Notes

- Solving for: *would primary switchback xps be affected if S-RAD is run in the background?*

The state of S-RAD for each time interval would be randomly assigned such that the overall time S-RAD is inactive matches the target holdout group percentage, uniformly distributed across all cities and times of day. More specifically, for each city and time interval, the state of S-RAD would be defined such that **Probability(S-RAD inactive) = holdout%**.
S-RAD holdouts can only operate on **288-minute** switch frequency and starts at a set of allowed times (5 options)

152 cities with SRAD
50% in t and 50% c
Would primary switchbacks would have been affected if SRAD was run in background ?

Are you more likely to find a difference?
Do we find a diff in false positive rates…
No stat sig results across Marketplace metrics

False positive rates means:

No evidence that sdrad affects internal validity of parallel switchbacks run in those cities

Is SRAD increasing MDE on primary switchback xps? Is sufficiently small for this to be a blocker

Average MDE across metrics is 3.4% and average impact on MDEs is 2.6%, so this would mean that instead of an MDE of 3.4%, our MDEs would

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0250

be 3.5%.

Why would MDE increase?
SRAD is random shock, uncorrelated with primary switchback treatment.
It increases volatility, so increases MDE of primary switchback

**nfra:**
Backend configs will support randomization in holdout assignment, allowing  changing the holdout% at city-level while being able to reproduce schedules with the same holdout assignments.


https://docs.google.com/document/d/1LiwgVMaXhhl8B6g6OlC1pwxL4gWTVXwd8Tz5ckbWjKU/edit


zero_rate: percent eyeballs with zero cars available

CONFIDENTIAL

# Model Candidates & Model Excellence

@mingxuan, @gorkem

ATTORNEY-CLIE

CONFIDENTIAL

# Brazil model retrained with new serious SASM definition



Launch candidate has higher perf than current prod model

**Features:**
46 Features (same as old model)

**New:** definition of Serious SASM incidents includes Physical stalking

**Training period:**
4 years (2018-01-01 to 2022-01-31, xp treatment group trips excluded)

**Trigger Rate:**
1.1%

**Result(recall Serious SASM):**
16.9% vs. 16.2% vs. 15.4%

Sources: SRAD Brazil Model 2022.06

ATTORNEY-CLIENT PRIVILEGED

*new definition includes Physical Stalking
CONFIDENTIAL

UBER_JCCP_MDL_001461771.0253

Slide 187 Notes

Provide background on candidates we were testing….
New def vs Old def

CONFIDENTIAL

# US model retrained with new serious SASM definition

Launch candidate has same perf as current prod model



**Features:**
49 Features (same as old model)

**New:** definition of Serious SASM incidents includes Physical stalking

**Training period:**
3 years ( 2018-01-01 to 2020-12-31)

**Trigger Rate:**
1.25%

**Result(recall Serious SASM):**
18.75% vs. 18.5% vs. 17.9%

Sources: US SRAD 2022.06

ATTORNEY-CLIENT PRIVILEGED

*new definition includes Physical Stalking
CONFIDENTIAL

UBER_JCCP_MDL_001461771.0255

**Slide 188 Notes**

Mingxuan: I think we should go with Prod Model. Major reason is we don't see benefit/lift on recall of re-training with latest data. We will keep iterating new models offline in H2 and upgrade the model whenever we feel confident that new model is better.

CONFIDENTIAL

# We will meet key model excellence requirements by launch date

| | Description | What we will meet | Timeline to meet SLA |
|---|---|---|---|
| **Model Accuracy** | Average of accuracy of deployed models on test data. | MVP metric: AUC | Early July |
| **Prediction Performance** | Weighted average of online prediction accuracy of deployed models. | MVP metric: AUC | Early July |
| **Training Feature Quality** | Aggregate of Freshness, Duplicates, XDC Consistency & Missing Partitions for datasets used in the model. | Meets DQ requirements, barring MA UI issue | Dependency on MA team to fix UI issue |
| **Model Freshness** | Maximum of days between today and the training date of deployed models. | Target days to refresh: 365 (previously 720 days) | Early July |
| **Training Dataset Tiering** | Project Tier = avg(model data tier) for deployed models with production traffic. | Tier 1 | Early July |
| Monorepo Adoption | Percentage of models defined in the monorepo. | Will not meet at launch | H2 |
| Automation | Percentage of the total trained models that are automated in a given project. | Will not meet. Retraining models does not necessarily improve SRAD's performance. So current plan is to manually retrain model once a year | Revisit once we build a global model |
| Training Reliability | Success rate of ALL training jobs in your project (includes trained and deployed models). | Will not meet. Not relevant since training is not automated. | Post automation |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0257

Slide 189 Notes

1. **Model accuracy** and
2. **prediction performance**
    a. we can meet before July 6 launch
    b. For all the holdout periods, we have to accumulate
    c. Currently we have not turned it on, but once in shadow mode we can provide prediction performance. We will launch at 80/20 and shadow mode at 50/50.
    d. The actual metric to the threshold will take some time.
    e. Is AUC the right metric? The team can choose.
        i. Will it be problematic if we change the metric over time? No. It can be updated in a few months. We can also backfill the AUC.
    f. SRAD team will share AUC next week (week of June 20)
3. **Training Feature Quality**
    a. Databook was fixed. Model excellence team will support if its not green.
    b. Michelangelo feature store has partition check is not correct for SRAD bc there is no partition table
    c. FYI: We will move to new model for Brazil, but may or may not move to the new model for US (TBD).
4. **Model Freshness**
    a. We want to target 365.
    b. But if new model does not perform better, we will leave at 720.
5. **Training dataset quality**
    a. If we do not deploy the new model in US, we may have an issue.
6. **Automation** - systemic approach, retraining pipeline on recent data, train model and compare with production model. Doesnt mean we need to deploy. Humans are engaged in early stages of the model. Deployment is decision by the team.
    a. We do not automate. But we will build global model in H2 and see if it makes
    b. The requirement - prepare all the systems to retrain the production model.
        i. Dedicated retraining pool - for canvas

CONFIDENTIAL

           1. Use a dedicated production pool for your xp
      ii. Dedicated ad hoc pool - for canvas
           1. Tool exists

7. **Canvas**
    a. H2 goal is to have all tier 1 models onboarded onto Canvas 100%

8. **Training reliability** - how reliable are the retraining jobs; Definition: Successful re-training job over retrainings?
    a. Once the team decides how often we are retraining, we will be monitoring the training reliability.

Any other metrics to be concerned about? They look good.

CONFIDENTIAL

# Rollout & Monitoring Plan
@dharmin, @jenny

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0260

# Rollout Plan



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0261

**Slide 191 Notes**

Provide background on candidates we were testing….
New def vs Old def

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0262

# Monitoring: Metrics

| Input Metrics | | Output Metrics | |
|---|---|---|---|
| **ML Product Health** (*reported monthly*) | • Trip Trigger Rate<br>• Recall Rate<br>• Scores distribution | **Safety Metrics** (*reported monthly*) | • % prevented Serious SASMs (rolling X months) |
| **Infra Health** (*Tracking & alerting*) | • Multileg<br>  ○ Failure rate<br>  ○ Latencies<br>• uScorer<br>  ○ Checkpoint failure rate<br>  ○ Latencies<br>• Michelangelo<br>  ○ Failure rate<br>  ○ Latencies<br>  ○ Feature availability<br>  ○ Score availability | **Marketplace Metrics** (*reported monthly*) | • Trip coverage<br>• Slip thru rate<br>• Impact on Overall P95 ETA, rider cancellation rate, Driver cancellation rate and C/R |
| | | **Fairness** (*reported bi-annually*) | • Driver supply hours<br>• Driver earnings<br>• Gender impact<br>• Ethnicity impact |

ATTORNEY-CLIENT PRIVILEGED

Source
CONFIDENTIAL

UBER_JCCP_MDL_001461771.0263

Slide 192 Notes

Output metrics:
Business health + fairness

Input metrics:
ML and Infra

UBER_JCCP_MDL_001461771.0264

# Alerting & Actioning framework

|  | Metric(s) | Alerts & Actions |
|---|---|---|
| **Near Real Time** | • Trigger Rate (hourly) | • If hourly moving average of Peak flagging rate above 75% sustained over 15 minutes<br>  ○ Pause triggering in the city<br>  ○ DS to review within 24 hrs and re-configure thresholds<br>  ○ ProdOps to inform stakeholder group |
| **Daily** | • Trigger Rate (daily) | • If over or under triggering<br>  ○ DS to re-configure thresholds<br>  ○ ProdOps to inform stakeholder group<br>**Note**: Existing thresholds are for 50/50 XPs and need to be revisited post 80/20 rollout |
| **Monthly** | • Marketplace metrics<br>  ○ Impact on Overall P95 actual ETA, rider cancellation rate, Driver cancellation rate and C/R | • If breaching guardrails<br>  ○ Call RAPID team meeting to evaluate lowering trigger rate in one or more cities<br>**Note**: Guardrails will be established w/ Ops post launch |

ATTORNEY-CLIENT PRIVILEGED

Source
CONFIDENTIAL

UBER_JCCP_MDL_001461771.0265

Slide 193 Notes

On calculating thresholds:
2 options:

1.  Come up with a less stat rigorous way to compute thresholds
2.  Need more data due to holdout in order to compute these thresholds on reliable estimates
    a.  May need 1-3 months
    b.  We should be able to monitor trigger rates with more granularity
    c.  Marketplace numbers can be a little fuzzy early on
    d.  We have shown that when we stay within our target trigger rates, the marketplace works out.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0266

Final thresholds to be defined post launch

# Guardrail Metrics (Overall impact)

These thresholds will be revisited after rolling out and updated in coordination with Ops teams.

| | Metrics & Thresholds | Actions |
|---|---|---|
| | Δ Overall completed/requests > -0.2% <br> Δ Overall rider cancellation rate > 0.1% <br> Δ p95 ETA > 15s | • Email stakeholders <br> • DS/DA Investigation <br> • Determine next steps |
| | Δ Overall completed/requests > -0.4% <br> Δ Rider cancellation rate > 0.2% <br> Δ p95 ETA > 30s | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0267

Final thresholds to be defined post launch

# Guardrail Metrics for XL/L city groups (Brazil)

These thresholds will be revisited after rolling out and updated in coordination with Ops teams.

| Metrics & Thresholds (grouped by XL/L/M/S city sizes) | Actions |
|---|---|
| Δ Night time completed/requests > -7%<br>Δ Night time rider cancellation rate > +8%<br>Δ p95 Night time ETA > 7% (approx 60 sec for XL) | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| Δ Night time completed/requests > -10%<br>Δ Night time rider cancellation rate > +15%<br>Δ p95 Night time ETA > 10% (approx 90 sec for XL) | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0268

Final thresholds to be defined post launch

# Guardrail Metrics (US)

These thresholds will be revisited after rolling out and updated in coordination with Ops teams.

| Metrics & Thresholds (grouped by XL/L/M/S city sizes) | Actions |
|---|---|
| Δ Night time completed/requests > -5%<br>Δ Night time rider cancellation rate > +5%<br>Δ Unfulfilled rate > +3%<br>Δ p95 Night time ETA > 5% | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| Δ Night time completed/requests > -10%<br>Δ Night time rider cancellation rate > +10%<br>Δ Unfulfilled rate > +5%<br>Δ p95 Night time ETA > 10% | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0269

# S-RAD RAPID (will be primarily used for decision to turn off/on safety net)

| Process | Monitoring for Brazil | Monitoring for US |
|---|---|---|
| Recommend | Leandro & Gorkem | Leandro & Gorkem |
| Agree | Dharmin | Dharmin |
| Perform | S-RAD Team | S-RAD Team |
| Input | S-RAD, Brazil Safety/Marketplace & Legal Teams | S-RAD, US Safety/Marketplace & Legal Teams |
| Decide | Gus & George | Gus & Danielle |

A/C Privileged & Confidential

P-02873.00276

# Alerting & Monitoring (Eng runbook)

Because S-RAD was designed to fail open (i.e., in case of errors, let the rider X driver pair be matched), the following metrics aren't very concerning for the on-call:

- trigger count low
- trigger error high
- error rate high
- Kafka topic is being throttled

The real change of impact to the Marketplace is when **S-RAD over-triggering**. That's the only scenario when we want to be cautious and **disable S-RAD**

- *during business hours:* adjust the threshold to a high value (ie 2)
- **outside business hours or during holidays:**
  - If a critical alert occurs in a given city, it will likely auto resolve within ~30 minutes itself when the XP switches to control. So do not take any action on the first alert.
  - If a critical alert occurs in a given city twice within a 3 hour period, then shut the product off in that city. Email srad-working-group@uber.com to inform them of the actions taken.

Source

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0271

# Next Steps

@jenny

ATTORNEY-CLIE

CONFIDENTIAL

# Next Steps

- Finalize monitoring plan
  - Monitoring & alerting process to be refreshed and finalized
- Meet with Brazil GM for final sign-off
- Policy meeting with external stakeholders

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0273

# Rollout Plan (PLC)



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0274

## Slide 201 Notes

Provide background on candidates we were testing….
New def vs Old def

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0275

# S-RAD
# Leadership Update

05.06.2022

Uber

ATTORNEY CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0276

- Final safety impact readout (5 min)

- Comms plan (5 min)

- Policy plan (5 min)

- Holdout strategy (5 min)

- Roadmap

- [Marketplace / Fairness impact - for offline reading]

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0277

P-02873.00283

# XP: Final Safety Impact Readout
@ben
[5 min]

ATTORNEY-CLIE

204

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0278

# S-RAD safety XP impact readout results summary

- All/Serious SASM and serious IPC incident rate reductions in line with interim analyses
  - Slightly more differentiation between day/night results, especially for the US

- IR reduction estimates are more precise (i.e., comparatively smaller CIs)

- Still seeing lackluster BR nighttime performance (in comparison to recall)

- All IPC IR estimates most different compared to previous analyses due to changes in the definition for all IPC
  - Change made to align with updated Safety Standard Taxonomy
  - New definition translates to approximately 3x more IPCs compared to old definition
  - Minimal changes to SASM incident counts

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0279

>1.5 billion trip requests



|  | US | Brazil |
|---|---|---|
| | 196 active cities<br>223M requests in treatment<br>53B plans scored<br>1.18% trigger rate* | 110 active cities<br>528M requests in treatment<br>128B plans scored<br>1.22% trigger rate* |
| Overall serious SASM recall (control) | 15.2% | 15.3% |
| % of treatment request with scores > threshold | 0.39% | 0.30% |
| Control SASM rate per 1M completed trips* (#) | 42.5 (8393) | 21.0 (8649) |
| Control serious SASM rate per 1M completed trips* (#) | 7.09 (1401) | 5.13 (2118) |
| Control IPC rate per 1M completed trips* | 206 (40768)[1] | 89.9 (37081)[1] |
| Control serious IPC rate per 1M completed trips(#) | 9.10 (1796) | 7.09 (2925) |

[1]Note: Definitions changed for both SASM and IPC. We see very small difference for SASM (new definition includes some stalking cases previously excluded); almost no difference for serious IPCs. New definition translates to approximately 3x more IPCs compared to old definition
*Data as of: 4/30/2022
SOURCE: Ongoing SRAD Parallel Switchback XP Marketplace impact

ATTORNEY-CLIENT PRIVILEGED

206

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0280

P-02873.00286

# Strong safety impact trend in the U.S.

Confidence intervals are smaller, meaning more precise IR reduction estimates

## US safety impact summary

XP dates: 09/21 - 04/22; Incident data as of 04/30/22

| Request Distribution | Control | Treatment |
|---|---|---|
| Day (6 AM - 11 PM) | 187M | 187M |
| Night (11 PM - 6 AM) | 36.1M | 36.0M |

| Safety Impact | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day 6 AM - 11 PM | Night 11 PM - 6 AM |
| Overall SASM rate (per 1M requests) | -3.71%** (-5.64%, -1.77%) 42.5 → 40.9 | -2.71%** (-5.00%, -0.42%) 35.9 → 34.5 | -6.37%** (-9.96%, -2.77%) 79.7 → 76.7 |
| Serious SASM rate (per 1M requests) | -15.3%** (-19.6%, -11.0%) 7.09 → 6.03 | -18.2%** (-23.8%, -12.6%) 4.63 → 3.71 | -11.8%** (-18.5%, -5.05%) 21.0 → 19.2 |
| Overall IPC rate*** (per 1M requests) | -3.56%** (-4.44%, -2.68%) 206 → 199 | -2.33%** (-3.35%, -1.31%) 182 → 177 | -7.39%** (-9.12%, -5.67%) 343 → 321 |
| Serious IPC rate*** (per 1M requests) | -12.7%** (-16.6%, -8.82%) 9.10 → 7.96 | -15.1%** (-20.1%, -10.0%) 6.00 → 5.02 | -9.71%** (-15.8%, -3.64%) 26.6 → 24.6 |

**Statistically significant at 80% confidence level
***IPC definition changed to match new Safety Data standard

SOURCE: Ongoing SRAD Parallel Switchback XP Marketplace impact

CONFIDENTIAL

## Observations

- All/Serious SASM incident rate reductions in line with interim analyses
- Daytime US serious SASM IR reduction is outpacing model recall (~13%), though the recall is still within the CI
- Serious IPC impact shows consistently weaker performance compared to serious SASM
  - Looking to expand target incident types in future S-RAD iterations
- IPC estimates tend to be more precise compared to SASM estimates

## *Notes

- No corrections for multiple comparisons
- Short term spillovers appear to have minimal impact on estimated IRs, but long term spillovers may exist and are unquantified

ATTORNEY-CLIENT PRIVILEGED

207

UBER_JCCP_MDL_001461771.0281

P-02873.00287

## Brazil safety impact summary

XP dates: 09/21 - 04/22; Incident data as of 04/30/22

| Request Distribution | Control | Treatment |
|---|---|---|
| Day (6 AM - 11 PM) | 479M | 479M |
| Night (11 PM - 6 AM) | 48.5M | 48.9M |

| Safety Impact | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day 6 AM - 11 PM | Night 11 PM - 6 AM |
| Overall SASM rate (per 1M requests) | -6.09%** (-7.96%, -4.22%) 21.0 → 19.7 | -4.29%** (-6.52%, -2.06%) 16.2 → 15.6 | -10.3%** (-13.8%, -6.91%) 82.6 → 73.3 |
| Serious SASM rate (per 1M requests) | -8.45%** (-12.2%, -4.74%) 5.13 → 4.71 | -6.23%** (-11.0%, -1.43%) 3.41 → 3.21 | -11.6%** (-17.5%, -5.76%) 27.5 → 24.4 |
| Overall IPC rate*** (per 1M requests) | -2.72%** (-3.65%, -1.79%) 89.9 → 87.3 | -1.03% (-2.09%, 0.03%) 76.4 → 75.5 | -8.78%** (-10.7%, -6.83%) 266 → 242 |
| Serious IPC rate*** (per 1M requests) | -8.21%** (-11.4%, -5.04%) 7.09 → 6.51 | -5.72%** (-9.75%, -1.68%) 4.81 → 4.58 | -12.2%** (-17.3%, -7.08%) 36.7 → 31.9 |

**Statistically significant at 80% confidence level
***IPC definition changed to match new Safety Data standard

SOURCE: Ongoing SRAD Parallel Switchback XP Marketplace impact

CONFIDENTIAL

## Observations

- All/Serious SASM and serious IPC IR reductions in line with interim analyses

- BR serious SASM nighttime performance has improved compared to the previous peek
    - Gap to offline model recall (28%) still present. Investigation wip.

- The difference in IPC IR estimate is due to change in IPC definition, so this change is not unexpected
    - ~2x jump in IPC incident volume compared to previous analyses

### *Notes
- No corrections for multiple comparisons
- Short term spillovers appear to have minimal impact on estimated IRs, but long term spillovers may exist and are unquantified

ATTORNEY-CLIENT PRIVILEGED

208

UBER_JCCP_MDL_001461771.0282

# Comms plan
## @andrew
## [5 min]

ATTORNEY-CLIE

209

CONFIDENTIAL

P-02873.00289

# Comms Strategy: *No Proactive PR*

We recommend a "breadcrumb" strategy and finding the right venue to discuss SRAD *after* a full launch while being prepared for a whistleblower style leak

## Why no proactive PR?

- There is no outlet or reporter we would trust to write a balanced story on SRAD right now
- Sharing testing results would mean we admit groups were not part of SRAD and could have been exposed to increased risk
- Fear of a leak is not a justification for exposing ourselves to significant scrutiny.
- What exactly would a leak reveal?

## "Breadcrumb" strategy?

- Weave in more bold language alluding to SRAD in blogs, speeches, etc.
- Think 3x marketplace site language - *"Uber may also modify pairings of drivers and riders in certain instances to help maintain a safe platform"*
- Identify opportunities to touch on SRAD (Marketplace Risk, Ai/ML events, academic journals)
- If a leak happens, we can't be accused of hiding the basic principles of SRAD

## Reacting to "full leak"

- We'll have a BLOG POST ready to publish in case needed.
- Language in blog will serve as a guide for how we talk about SRAD in the "breadcrumb" strategy
- General theme should lean into *better matches* vs. *safer matches* and using data to create more pleasant experience for riders and drivers.
- We want to avoid *"Uber's Rape Prevention Tool"* type stories.





ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0284

210

# Policy Strategy
@dan @ana paula
[5 min]

ATTORNEY-CLIE

211

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0285

# Recommend a conservative approach to briefing third parties prior to SRAD roll-out

**Objectives**:
- Reinforce our commitment to safety and the responsible development of AI.
- Protect Uber's ability to launch/use SRAD and mitigate regulatory risks.

| Options | Details | Pros & Cons |
|---|---|---|
| **Conservative [RECOMMENDED]** | **Engagement:** Brief small group of advocates we engaged with on SRAD previously.<br>- Present update on product<br>- Gather feedback only on fairness testing/ongoing monitoring<br><br>**Comms:** reactive, if leaked. | + Retain third party support<br>+ Retain ability to collect more data and make stronger public case for SRAD at a later date.<br><br>- If leaked, risk of regulatory scrutiny and blowback from privacy/transparency advocates. |
| **Aggressive** | **Engagement:** Brief larger list of advocates, and engage with select regulators + AGs<br><br>**Comms:** reactive, if leaked. | + Wider base of third party support<br>+ Greater control of narrative with regulators, AGs, third parties<br><br>- Increased risk of leaks<br>- Risk of delays given additional feedback/input from wider group of third parties. (Or we ignore the feedback, threatening the relationship).<br>- Risk of holding SRAD rollout if regulators/AGs ask us to. |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0286

**Slide 212 Notes**

Recommended third party targets: NYU Law, Upturn, NNEDV, CDT and Leadership

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0287

# Holdout Strategy
@ben
[5 min]

ATTORNEY-CLIE

213

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0288

# Holdout Strategy summary & next steps

| Holdout Framework | Holdout Testing |
|---|---|
| **SRAD** <br> • Randomly turn on/off SRAD every 288 minutes <br> • 80/20 split (configurable) <br> • Can only start during specific times of the day (3 slots) <br><br> **Primary Rides Switchback** <br> • Minimal impact for end MX users <br> • Switching periods can be 96 or 288 minutes <br> • Reduces the number of potential XP start times by half | • Conduct A/A test for a month <br>   ○ May 10th - June 9th <br>   ○ 154 cities <br><br> • Make sure that SRAD does not affect primary SB's: 1) internal validity, 2) power <br><br> • Quantify potential carryover effects to inform necessary corrections for primary switchback XPs |

214

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0289

# Roadmap

ATTORNEY-CLIE

CONFIDENTIAL

215

UBER_JCCP_MDL_001461771.0290

# Path to full rollout in US & Brazil



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0291

# Soft-Filtering Roadmap (till EOY)



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0292

# Safety XP:
# Marketplace impact
# 03-07-22 - 04-03-22

ATTORNEY-CLIE

218

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0293

# BR parallel safety XP

- Overall TR: 1.07%
- Day TR: 0.51%
- Night TR: 6.94%
- 7 day rolling TR as of 2022-03-20: 1.07%
- # abnormal days: 0

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|
| Control | 76.7M | 7.29M |
| Treatment | 76.6M | 7.37M |

| BR (110 cities) | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | 1.6 | 257.9 | 0.6 | 253.0 | 14.1 | 308.8 |
| p95_post_dispatch_eta | 5.1 | 700.4 | - | 665.5 | 16.6 | 805.2 |
| p99_post_dispatch_eta | 3.9 | 904.4 | - | 875.7 | 10.9 | 988.5 |
| request_to_begin_sec_avg | 1.8 | 422.8 | 1.0 | 417.3 | 12.1 | 478.8 |
| completed/requests | -0.07% | 78.56% | - | 80.08% | -0.72% | 62.73% |
| unfulfilled/requests | - | 6.34% | - | 5.60% | - | 14.19% |
| rider_cancellation_perc | 0.09% | 13.23% | 0.04% | 12.56% | 0.62% | 20.24% |
| driver_cancellation_perc | - | 23.91% | - | 22.66% | 0.36% | 36.70% |

- : Not Stat-sig
Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0294

# BR parallel safety XP

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 54.5M | 5.41M | 17.4M | 1.50M |
| Treatment | 54.4M | 5.49M | 17.5M | 1.49M |

| BR (110 cities) | XL Cities (15 cities) | | | | | | L Cities (30 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 1.6 | 246.3 | - | 241.3 | 14.6 | 294.2 | 1.9 | 282.0 | 0.8 | 276.0 | 15.3 | 351.6 |
| p95_post_dispatch_eta | 13.8 | 567.5 | 2.9 | 507.7 | 41.8 | 713.7 | 10.0 | 688.1 | 1.9 | 610.9 | 30.5 | 876.6 |
| p99_post_dispatch_eta | 11.6 | 801.2 | 4.5 | 721.5 | 29.6 | 991.3 | 6.3 | 947.0 | 2.4 | 877.4 | 16.1 | 1114.0 |
| request_to_begin_sec_avg | 2.1 | 416.2 | 1.2 | 410.5 | 12.4 | 471.0 | 1.6 | 436.3 | 0.6 | 430.4 | 12.9 | 504.8 |
| completed/requests | -0.09% | 81.18% | - | 82.63% | -0.78% | 66.82% | - | 76.33% | - | 78.08% | -0.69% | 56.03% |
| unfulfilled/requests | - | 4.58% | - | 3.87% | - | 11.75% | - | 8.71% | - | 7.78% | - | 19.55% |
| rider_cancellation_perc | 0.11% | 12.33% | 0.06% | 11.71% | 0.67% | 18.54% | 0.08% | 13.23% | - | 12.49% | 0.58% | 21.91% |
| driver_cancellation_perc | - | 24.15% | - | 22.79% | 0.38% | 37.02% | - | 21.72% | - | 20.79% | 0.36% | 33.72% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0295

P-02873.00301

# BR parallel safety XP

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 4.27M | 345k | 477k | 35.9k |
| Treatment | 4.26M | 345k | 474k | 36.5k |

| BR (110 cities) | M Cities (30 cities) | | | | | | S Cities (35 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 1.3 | 300.0 | 0.8 | 296.3 | 7.7 | 348.3 | - | 364.1 | -1.9 | 362.3 | - | 392.6 |
| p95_post_dispatch_eta | 5.2 | 722.8 | 3.9 | 692.9 | 8.9 | 808.1 | - | 787.2 | - | 798.7 | -20.1 | 721.4 |
| p99_post_dispatch_eta | 4.8 | 926.2 | 3.1 | 922.9 | 9.8 | 935.4 | - | 887.0 | - | 912.0 | -17.2 | 745.7 |
| request_to_begin_sec_avg | 0.7 | 443.5 | - | 440.2 | 7.3 | 486.7 | - | 510.9 | - | 508.7 | - | 551.6 |
| completed/requests | - | 57.53% | 0.11% | 59.61% | -0.31% | 31.31% | - | 43.70% | - | 45.40% | - | 19.61% |
| unfulfilled/requests | -0.09% | 18.62% | -0.11% | 17.78% | - | 29.38% | - | 13.33% | - | 13.08% | - | 17.01% |
| rider_cancellation_perc | - | 21.89% | - | 20.74% | 0.37% | 36.68% | - | 40.83% | -0.25% | 39.48% | - | 60.15% |
| driver_cancellation_perc | - | 29.62% | - | 28.66% | - | 45.68% | - | 33.75% | - | 33.21% | - | 46.19% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0296

# US parallel safety XP

- Overall TR: 1.13%
- Day TR: 0.73%
- Night TR: 3.25%
- 7 day rolling TR as of 2022-03-20: 1.11%
- # abnormal days: 0

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|
| Control | 33.0M | 6.14M |
| Treatment | 32.9M | 6.21M |

| US (196 cities) | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | 1.6 | 410.7 | 1.2 | 404.6 | 3.9 | 444.2 |
| p95_post_dispatch_eta | 2.4 | 1131.6 | 1.9 | 1107.4 | 3.9 | 1195.5 |
| p99_post_dispatch_eta | 2.3 | 1347.4 | 2.4 | 1338.3 | - | 1371.5 |
| request_to_begin_sec_avg | 1.3 | 539.3 | 1.0 | 534.5 | 3.4 | 565.9 |
| completed/requests | -0.04% | 89.04% | - | 89.94% | -0.10% | 84.07% |
| unfulfilled/requests | - | 0.49% | - | 0.40% | - | 1.01% |
| rider_cancellation_perc | 0.05% | 8.74% | 0.03% | 8.17% | 0.13% | 11.90% |
| driver_cancellation_perc | - | 7.96% | - | 7.26% | - | 11.87% |

- : Not Stat-sig
Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0297

P-02873.00303

# US parallel safety XP

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 25.7M | 4.59M | 5.28M | 1.05M |
| Treatment | 25.6M | 4.67M | 5.28M | 1.05M |

| US (196 cities) | XL Cities (27 cities) | | | | | | L Cities (52 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 1.6 | 355.8 | 1.3 | 349.8 | 4.1 | 389.4 | - | 616.5 | - | 610.1 | 3.7 | 649.4 |
| p95_post_dispatch_eta | 5.1 | 931.5 | 4.0 | 870.1 | 7.9 | 1081.8 | - | 1240.3 | - | 1197.1 | 7.7 | 1347.6 |
| p99_post_dispatch_eta | 4.5 | 1219.1 | 2.8 | 1159.7 | 8.9 | 1367.8 | - | 1521.1 | - | 1478.7 | - | 1627.5 |
| request_to_begin_sec_avg | 1.5 | 486.5 | 1.1 | 481.8 | 3.8 | 512.8 | - | 742.1 | - | 737.2 | - | 767.3 |
| completed/requests | -0.05% | 90.63% | - | 91.38% | -0.15% | 86.43% | - | 84.14% | - | 85.50% | - | 76.91% |
| unfulfilled/requests | - | 0.16% | - | 0.12% | - | 0.39% | - | 1.35% | - | 1.11% | -0.10% | 2.66% |
| rider_cancellation_perc | 0.06% | 7.52% | - | 7.03% | 0.16% | 10.28% | - | 12.67% | - | 11.82% | - | 17.10% |
| driver_cancellation_perc | - | 7.54% | - | 6.87% | - | 11.40% | - | 10.00% | - | 9.15% | - | 14.54% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0298

# US parallel safety XP

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 1.38M | 336k | 637k | 155k |
| Treatment | 1.38M | 335k | 636k | 155k |

| US (196 cities) | M Cities (52 cities) | | | | | | S Cities (65 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | - | 594.4 | - | 603.7 | - | 553.9 | - | 545.9 | - | 552.0 | - | 517.3 |
| p95_post_dispatch_eta | - | 1189.0 | - | 1173.3 | - | 1228.9 | - | 1080.6 | - | 1085.3 | - | 1066.4 |
| p99_post_dispatch_eta | - | 1427.7 | - | 1453.7 | - | 1363.0 | 5.3 | 1181.1 | 5.5 | 1203.9 | - | 1112.9 |
| request_to_begin_sec_avg | - | 698.6 | - | 707.7 | - | 659.0 | - | 668.2 | - | 671.9 | - | 650.1 |
| completed/requests | - | 80.94% | - | 82.16% | - | 75.61% | - | 82.69% | - | 84.08% | -0.45% | 76.33% |
| unfulfilled/requests | - | 2.58% | - | 2.28% | - | 3.95% | - | 2.30% | - | 2.08% | - | 3.36% |
| rider_cancellation_perc | - | 14.59% | - | 14.04% | - | 16.94% | - | 13.14% | - | 12.39% | 0.39% | 16.54% |
| driver_cancellation_perc | - | 8.75% | - | 8.19% | - | 11.24% | - | 6.53% | - | 5.96% | - | 9.25% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0299

# Fairness testing results
## @dan

ATTORNEY-CLIE

225

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0300

# Fairness Testing Results

- No concerning disparities by gender
- No concerning disparities by ethnicity, using several different inference methods
- No concerning disparities across geography between HUD-qualified and non-qualified census tracts.
- No concerning disparities between non-binary or transgender drivers and other drivers.
- Sample size is (mostly) big enough to reject disparities that have practical meaning
  - Less true for transgender and non-binary cohorts
- Worked with civil rights NGOs on developing best practices for ethnicity inferences.
  - Broadly, the best strategy is to use different inference approaches and see what they say directionally, taken together.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0301

P-02873.00307

Slide 226 Notes

Sample size here is defined as the number of switchback periods * city * demographic group, which is in the hundreds of thousands for all tests. For transgender and non-binary drivers, the number of such drivers is so small (roughly 10,000 across the whole country in this time period) that there are lots of switchback periods with no trips with a non-binary or transgender driver. In general, we have to make a choice about what to do with periods with very few observations. For all analyses here, I require there to be 50 trips in a 48-minute period, though the results don't depend on this threshold – they hold if you require 100 trips or 0 trips.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0302

# No stat sig disparities in Driver Earnings

Jan 4 - Apr 3, US Cities

## Driver Earnings

- BIFSG and Ethn refer to two different ethnicity inference methods
- Transgender or Non-Binary refers to drivers who self-report as transgender or whose driver's license lists gender as X



% Change in Driver Earnings

227

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0303

**Slide 227 Notes**

Ethn relies on the order of letters in a full name. BIFSG performs a Bayesian combination based on a user's census tract demographics, first name, and surname

UBER_JCCP_MDL_001461771.0304

# No stat sig disparities in Driver Earnings

Jan 4 - Apr 3, US Cities

**Driver Earnings**

**Weekend Nights**



% Change in Driver Earnings, Weekend PM

228

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0305

P-02873.00311

# No stat sig disparities in Completed Trips

Jan 4 - Apr 3, US Cities

## Completed Trips



% Change in Completed Trips per Driver

229

UBER_JCCP_MDL_001461771.0306

P-02873.00312

# No stat sig disparities in Utilization

Jan 4 - Apr 3, US Cities

## Utilization



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0307

P-02873.00313

# No stat sig disparities in 1-star trips

Jan 4 - Apr 3, US Cities

## One-Star Trips
## (to Riders)



231

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0308

# No stat sig disparities in p90 ETAs

Mar 1 - Mar 15, US Cities

**P90 ETAs**



Change in P90 ETA for Riders

232

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0309

# No stat sig disparities in ETAs

Mar 1 - Mar 15, US Cities

**ETAs**



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0310

P-02873.00316

# No stat sig disparities in 1-star trips

Mar 1 - Mar 15, US Cities

## One-Star Trips (to Drivers)



234

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0311

P-02873.00317

Asian (trips)
Technically it's good — people inferred as Asian by this method experience a drop in one-star trips. I wouldn't read too much into it because if we do 20 or 30 comparisons like this, a few are bound to be stat sig by chance

# S-RAD
# Leadership Update

03.25.2022

Uber

ATTORNEY-CLIENT PRIVILEGED

**Summary**

- **Soft filtering xp results** (3 min)
  - Safety Impact
  - MP impact

- **Holdout Strategy** (10 min)
  - Exploring 2 randomized holdout strategies
- **Policy & Comms Strategy** (10 min)

- **Next Steps / Roadmap** (2 min)

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0314

P-02873.00320

# Soft-filtering XP results (3 min)

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0315

We have run the xp for **158 days** out of 169 planned, seeing ~**1.2 billion requests** in the experiment and with no remarkable changes in the baseline metrics.



|  | US | Brazil |
|---|---|---|
| | 196 active cities<br>177M requests in treatment<br>1.20% trigger rate* | 110 active cities<br>436M requests in treatment<br>1.24% trigger rate* |
| Overall serious SASM recall (control) | 15.0% | 15.9% |
| % of treatment request with scores > threshold | 0.40% | 0.31% |
| Control SASM rate per 1M requests* (#) | 39.7 (6935) | 19.3 (8379) |
| Control serious SASM rate per 1M requests* (#) | 6.34 (1107) | 4.00 (1734) |
| Control IPC rate per 1M requests* | 58.0 (10137) | 31.3 (13558) |
| Control serious IPC rate per 1m requests(#) | 8.25 (1442) | 5.54 (2399) |

Data as of: 3/15/2022
SOURCE: Ongoing SRAD Parallel Switchback XP Marketplace impact

ATTORNEY-CLIENT PRIVILEGED

238

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0316

**Slide 238 Notes**

We have been following our TR adjustment strategy throughout the XP, which is +/- 15% target TR at the country-level and +/- 25% target TR for XL cities (for 3 days out of the previous 14)

Note: Brazil's trigger rate was slightly above the agreed threshold (1.24% vs 1.1%) due to Carnaval. In the US, the trigger rate was slightly below the agreed threshold (1.20% versus 1.25%).

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0317

# Recall in US has been relatively stable, but degradation in BR presents the opportunity to boost performance with a model refresh





ATTORNEY-CLIENT PRIVILEGED

239

UBER_JCCP_MDL_001461771.0318

P-02873.00324

SASM safety impact continues to look promising. From peak ~1 month ago, confidence intervals are a bit tighter & negative, meaning we are reducing IR rates with more certainty



US serious SASM IR reduction is outpacing model recall, particularly during the day

BR shows greater impact at night, likely due to differences in TR

| Incident type | US | | | Brazil | | |
|---|---|---|---|---|---|---|
| | Overall | Day (6am - 11pm) | Night (11pm - 6am) | Overall | Day (6am - 11pm) | Night (11pm - 6am) |
| **Overall SASM rate per 1M requests* (#)** | -4.74% (-7.29%, -2.19%) 39.7 → 37.8 | -3.99% (-7.01%, -0.96%) 33.8 → 32.2 | -6.62% (-11.4%, -1.88%) 70.2 → 66.7 | -5.67% (-7.98%, -3.36%) 19.3 → 18.2 | -4.58% (-7.32%, -1.85%) 15.4 → 14.7 | -7.96% (-12.3%, -3.61%) 58.6 → 52.4 |
| **Serious SASM rate per 1M requests* (#)** | -15.5% (-21.3%, -9.66%) 6.34 → 5.38 | -15.4% (-23.3%, -7.49%) 4.07 → 3.39 | -15.6% (-24.2%, -6.92%) 18.1 → 15.7 | -8.29% (-13.3%, -3.31%) 4.00 → 3.67 | -7.65% (-14.0%, -1.32%) 2.73 → 2.54 | -8.73% (-16.9%, -0.60%) 16.5 → 14.7 |
| **Trip Distribution** | 177M in T 177M in C | 148M in T 148M in C | 28.8M in T 28.9M in C | 436M in T 435M in C | 395M in T 395M in C | 40.5M in T 40.1M in C |

☆ Primary XP metric

BR under performing during the night compared to offline model recall (~29%)

1 Data as of: 3/15/2022

SOURCE: Ongoing SRAD Parallel Switchback XP Marketplace impact

ATTORNEY-CLIENT PRIVILEGED

240

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0319

Slide 240 Notes

Serious SASM is S-RAD's designed target. In Brazil we note a little bit more impact at night than the day.

Compared to February's sneak peek, all confidence intervals for the metrics are now negative and the ranges are tighter, which give us signal that we have reliable info to say that we are reducing incident rates and with more certainty. In terms of impact for Serious SASM incident rate, the impact in the US is greater than in Brazil.

Despite regional differences, the team will dig further into what can be behind the difference.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0320

# The S-RAD model is tuned for SASM but we are also seeing improvements in IPC and serious IPC incident rates

| Incident type | US | | | Brazil | | |
|---|---|---|---|---|---|---|
| | Overall | Day (6am - 11pm) | Night (11pm - 6am) | Overall | Day (6am - 11pm) | Night (11pm - 6am) |
| Overall IPC rate per 1M requests* (#) | -5.34% (-7.43%, -3.24%) 58.0 → 54.8 | -4.31% (-6.84%, -1.77%) 47.8 → 45.3 | -7.60% (-11.3%, -3.87%) 111 → 104 | -4.85% (-6.68%, -3.02%) 31.3 → 29.7 | -2.83% (-4.99%, -0.66%) 25.1 → 24.5 | -9.95% (-13.4%, -6.52%) 92.0 → 80.6 |
| Serious IPC rate per 1M requests* (#) | -13.8% (-19.0%, -8.64%) 8.25 → 7.14 | -14.4% (-21.3%, -7.43%) 5.39 → 4.56 | -13.1% (-20.9%, -5.29%) 23.1 → 20.5 | -7.86% (-12.1%, -3.62%) 5.54 → 5.09 | -7.09% (-12.4%, -1.78%) 3.88 → 3.64 | -8.69% (-15.8%, -1.57%) 21.8 → 19.3 |
| Trip Distribution | 177M in T 177M in C | 148M in T 148M in C | 28.8M in T 28.9M in C | 436M in T 435M in C | 395M in T 395M in C | 40.5M in T 40.1M in C |

Higher confidence in estimates compared to overall SASM

Consistently weaker performance compared to serious SASM

1 Data as of: 3/15/2022

SOURCE: Ongoing SRAD Parallel Switchback XP Marketplace impact

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

241

UBER_JCCP_MDL_001461771.0321

P-02873.00327

**Slide 241 Notes**

Q: If we see more safety IPC impact is it because: (1) we see IPC incidents more often (than SASM) or (2) is signal not as strong because we didn't design S-RAD for IPC.

A: Model is tuned for SASM but we are seeing improvements in risk overall: broader IPC and broader SASM. Model was not trained for IPC but we will pick it up because it is high risk. Confidence is relatively the same for IPC and SASM incident rates. The effect is not as pronounced in IPC but in a later iteration of the model, it is something we could do.

CONFIDENTIAL

# US marketplace impact shows small impact on C/R and ETA, primarily driven by XL cities during the day

## US marketplace impact snapshot

Dates observed: 2/7/22 - 3/6/22

| US (196 cities) Metric | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | 1.9 | 431.1 | 1.5 | 425.0 | 3.7 | 464.1 |
| p95_post_dispatch_eta | 3.4 | 1108.4 | 2.6 | 1090.1 | 5.3 | 1154.6 |
| p99_post_dispatch_eta | 2.9 | 1310.4 | 2.1 | 1304.5 | 4.8 | 1325.3 |
| request_to_begin_sec_avg | 1.3 | 558.4 | 1.0 | 552.7 | 3.1 | 589.4 |
| completed/requests | -0.05% | 87.87% | -0.05% | 88.81% | - | 82.83% |
| unfulfilled/requests | - | 0.65% | - | 0.55% | - | 1.20% |
| rider_cancellation_perc | 0.06% | 9.63% | 0.06% | 9.06% | 0.09% | 12.71% |
| driver_cancellation_perc | - | 7.97% | - | 7.27% | - | 11.75% |

"-" means Not Stat-sig
"Level Effect" means Absolute Difference

## Observations

- **Overall and day time C/R have decreased slightly by 0.05%**
  - 27 cities in US are XL, representing ~75% of total trips during this time
  - No stat sig differences in requests or number of completed trips

- **ETAs have been in line with expectations**
  - First time stat sig impact for day time average ETA
  - Baseline day time average ETA up over 25% from beginning of year

ATTORNEY-CLIENT PRIVILEGED

242

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0323

P-02873.00329

# US parallel safety XP XL/L cities

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 23.0M | 4.16M | 5.01M | 1.00M |
| Treatment | 23.0M | 4.12M | 5.01M | 1.00M |

| US (196 cities) | XL Cities (27 cities) | | | | | | L Cities (52 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 2.0 | 369.2 | 1.6 | 362.5 | 3.8 | 406.8 | - | 655.9 | - | 652.7 | 3.0 | 671.8 |
| p95_post_dispatch_eta | 3.5 | 949.9 | 2.8 | 885.8 | 4.6 | 1102.1 | 3.7 | 1260.6 | 2.1 | 1226.2 | 7.3 | 1342.5 |
| p99_post_dispatch_eta | 3.5 | 1230.7 | 3.1 | 1166.3 | - | 1385.4 | - | 1511.3 | - | 1485.6 | 6.3 | 1572.6 |
| request_to_begin_sec_avg | 1.3 | 496.4 | 1.0 | 490.2 | 3.1 | 531.0 | - | 787.6 | - | 785.3 | - | 799.3 |
| completed/requests | -0.05% | 90.01% | -0.05% | 90.78% | - | 85.68% | - | 81.26% | - | 82.57% | - | 74.65% |
| unfulfilled/requests | -0.01% | 0.19% | - | 0.15% | - | 0.44% | - | 1.80% | - | 1.56% | - | 3.08% |
| rider_cancellation_perc | 0.06% | 8.01% | 0.05% | 7.51% | 0.09% | 10.82% | 0.08% | 14.89% | - | 14.16% | - | 18.53% |
| driver_cancellation_perc | - | 7.46% | - | 6.78% | - | 11.28% | - | 10.44% | - | 9.66% | - | 14.45% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0324

# US parallel safety XP M/S cities

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 1.29M | 316k | 618k | 151k |
| Treatment | 1.29M | 316k | 617k | 149k |

| US (196 cities) | M Cities (52 cities) | | | | | | S Cities (65 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 2.7 | 598.9 | 2.2 | 611.4 | 4.7 | 547.2 | - | 532.3 | - | 541.2 | 4.5 | 494.5 |
| p95_post_dispatch_eta | 3.1 | 1157.3 | - | 1154.5 | - | 1163.9 | 3.2 | 1006.0 | - | 1012.4 | - | 987.7 |
| p99_post_dispatch_eta | 5.2 | 1357.2 | 4.6 | 1379.5 | 7.3 | 1302.8 | - | 1132.4 | - | 1153.2 | - | 1073.2 |
| request_to_begin_sec_avg | - | 709.3 | - | 719.1 | 4.0 | 668.2 | - | 663.0 | - | 669.3 | 5.0 | 636.3 |
| completed/requests | - | 79.49% | - | 80.66% | - | 74.64% | - | 81.76% | - | 83.01% | - | 76.35% |
| unfulfilled/requests | - | 3.04% | - | 2.77% | - | 4.21% | - | 2.78% | - | 2.64% | - | 3.39% |
| rider_cancellation_perc | - | 15.49% | - | 15.02% | - | 17.41% | 0.13% | 13.45% | - | 12.82% | - | 16.13% |
| driver_cancellation_perc | - | 8.39% | - | 7.74% | - | 11.15% | - | 6.48% | - | 5.91% | - | 8.96% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0325

# BR shows some impact on C/R & rider cancel rate, with a couple of abnormal days due to Carnaval

## Brazil marketplace impact snapshot

Dates observed: 2/7/22 - 3/6/22

| BR (110 cities) Metric | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | 2.6 | 266.3 | 1.1 | 260.9 | 17.7 | 315.8 |
| p95_post_dispatch_eta | 10.0 | 706.0 | 3.2 | 674.6 | 30.4 | 796.1 |
| p99_post_dispatch_eta | 9.2 | 912.6 | 3.5 | 888.7 | 25.8 | 980.4 |
| request_to_begin_sec_avg | 2.3 | 431.0 | 1.1 | 424.5 | 14.2 | 489.6 |
| completed/requests | -0.17% | 76.72% | -0.09% | 78.60% | -1.07% | 58.99% |
| unfulfilled/requests | 0.05% | 7.65% | - | 6.67% | 0.30% | 17.03% |
| rider_cancellation_perc | 0.13% | 13.68% | 0.07% | 12.90% | 0.74% | 20.99% |
| driver_cancellation_perc | 0.06% | 24.68% | - | 23.29% | 0.37% | 37.99% |

"-" means Not Stat-sig
"Level Effect" means Absolute Difference

## Observations

- **C/R greater impact compared to ~1 month ago**
  - Consistent stat sig impact across XL/L/M/S cities, biggest contribution from XL cities, which represent 71% of trips in treatment
  - No associated stat sig difference in number of completed trips

- **Rider cancels impacted, espec. at night**
  - Largest differences seen in XL/L cities at night

- **ETA impacts in line with expectations**
  - p95 and p99 are slightly higher during both day and night compared to last peak

245

UBER_JCCP_MDL_001461771.0326

P-02873.00332

# BR parallel safety XP XL/L cities

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 53.8M | 5.85M | 17.1M | 1.68M |
| Treatment | 54.0M | 5.90M | 17.1M | 1.69M |

| BR (110 cities) | XL Cities (75 cities) | | | | | | L Cities (30 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 2.8 | 252.7 | 1.2 | 247.6 | 18.4 | 298.3 | 2.4 | 297.0 | 0.9 | 290.0 | 18.3 | 366.8 |
| p95_post_dispatch_eta | 17.7 | 586.8 | 3.6 | 529.3 | 53.1 | 725.7 | 16.2 | 717.5 | 4.0 | 647.1 | 45.6 | 884.6 |
| p99_post_dispatch_eta | 16.4 | 819.1 | 6.0 | 746.3 | 42.2 | 990.9 | 11.2 | 975.3 | 3.0 | 918.8 | 30.5 | 1107.4 |
| request_to_begin_sec_avg | 2.7 | 423.2 | 1.4 | 416.5 | 15.0 | 481.8 | 1.6 | 449.3 | - | 442.5 | 13.4 | 515.9 |
| completed/requests | -0.18% | 79.48% | -0.09% | 81.25% | -1.17% | 63.37% | -0.17% | 73.78% | -0.09% | 76.03% | -0.97% | 51.17% |
| unfulfilled/requests | - | 5.69% | - | 4.80% | 0.30% | 13.97% | 0.08% | 10.67% | - | 9.36% | 0.35% | 24.16% |
| rider_cancellation_perc | 0.14% | 12.85% | 0.07% | 12.10% | 0.85% | 19.66% | 0.09% | 13.70% | 0.05% | 12.90% | 0.59% | 21.83% |
| driver_cancellation_perc | 0.07% | 24.76% | - | 23.28% | 0.38% | 38.02% | - | 23.12% | - | 21.96% | 0.32% | 36.42% |

- : Not Stat-sig; Level Effect: Absolute Difference    [1] Data as of: 3/15/2022

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0327

P-02873.00333

# BR parallel safety XP M/S cities

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 4.15M | 378k | 480k | 40.2k |
| Treatment | 4.15M | 380k | 482k | 40.2k |

| BR (110 cities) | M Cities (30 cities) | | | | | | S Cities (35 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 1.8 | 306.6 | 0.9 | 301.9 | 11.3 | 358.7 | - | 378.3 | - | 377.0 | - | 395.3 |
| p95_post_dispatch_eta | 7.6 | 723.4 | 3.5 | 698.2 | 18.6 | 791.0 | - | 752.9 | - | 769.8 | - | 663.1 |
| p99_post_dispatch_eta | 9.4 | 924.9 | 4.0 | 921.7 | 23.3 | 933.3 | - | 872.4 | - | 899.1 | - | 730.8 |
| request_to_begin_sec_avg | 1.3 | 447.5 | - | 443.5 | 7.5 | 493.1 | - | 526.0 | - | 524.7 | - | 549.8 |
| completed/requests | -0.11% | 56.35% | - | 58.79% | -0.43% | 29.58% | - | 42.19% | - | 43.98% | 0.71% | 19.96% |
| unfulfilled/requests | - | 20.18% | - | 19.08% | - | 32.66% | - | 13.93% | - | 13.59% | - | 18.31% |
| rider_cancellation_perc | 0.10% | 21.42% | 0.10% | 20.22% | - | 35.07% | - | 41.62% | - | 40.29% | - | 58.21% |
| driver_cancellation_perc | - | 30.10% | - | 29.01% | 0.55% | 46.69% | - | 34.63% | - | 33.86% | - | 48.71% |

- : Not Stat-sig; Level Effect: Absolute Difference    [1] Data as of: 3/15/2022

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0328

# Holdout Strategy (10 min)

ATTORNEY-CLIE

CONFIDENTIAL

# Goal: Rollout S-RAD fully with a holdout but we want to move away from Parallel Switchbacks to a simpler Randomized Holdout framework

| From Parallel Switchbacks (today)… | …To Randomized Holdouts (future) |
|---|---|
| <ul><li>Susceptible to edge cases</li><li>Lot of Eng maintenance</li><li>Very manual, brittle framework tied to MX calendar</li><li>Difficult to achieve balance</li><li>Holdout removes possibility for future XPs</li><li>If something goes wrong, we will impact the primary experiment (and might not know until much later)</li></ul> | <ul><li>Straightforward to implement and maintain</li><li>Decoupled from the MX calendar</li><li>Achieves balance</li><li>Keeps open the possibility of running parallel XPs in the future</li></ul> |

The **future holdout strategy** is anchored on maintaining the integrity of **3 fundamental aspects** of **S-RAD product**:

1. **Track model performance and monitor potential drift**
2. **Create unadulterated population need for model retraining**
3. **Be a clean mechanism for necessary ongoing trigger threshold refresh**

## Primary XP Schedule Aware

**Goal:** Maintain complete balance between S-RAD and primary XP

**Structure:** Limit MX users to only schedule XPs to start at specific times and align S-RAD randomized units to MX calendar with prescribed offset

### Potential issues:

- Impossible to align S-RAD intervals for both 96 and 288 min XPs for all 48 min blocks and have perfect balance
- Proposed 288 min S-RAD unit is long and S-RAD's impact on the market are highly heterogeneous throughout the day



## Primary XP Schedule Agnostic

**Goal:** Maintain balance between S-RAD and primary XP on average

**Structure:** S-RAD randomly assigns its state with a frequency completely independent of the MX calendar

### Potential issues:

- Balance in primary XP not guaranteed
  - Example T/T:C/T ratio distribution for 96 min SB + 1hr S-RAD



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0331

Slide 250 Notes

Issues for Safety team:
More erroneous alerts (over triggering/ under triggering)
SRAD behaves differently during different times of day/week

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0332

# Aligning on a finalized holdout design

| Open questions | Next steps |
|---|---|
| What are the implications of the various holdout designs on S-RAD operation?<br>• Alerting, maintaining thresholds, etc. | Currently investigating, but good line of sight to workable options to minimize shocks due to gaps in S-RAD coverage |
| What is the level of confidence necessary to assess the impacts of S-RAD holdout on standard marketplace XPs? | MX has drafted validation proposal, but need to finalize scale (both # cities impacted and length of downtime) |
| Can we assess both randomization plans? | May be limited by finalized MX assessment |
| Is the current parallel switchback framework an acceptable fallback? | Exploring scheduling improvements to see if possible to achieve target balance, but infra concerns remain |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0333

# Open Questions

- How will we evaluate which option is better?
- Is there a world where we will not be able to have a holdout group?
- Align on the how we will validate whether holdout strategy does not systematically impact switchback xps
  - What will be the design of the test?
  - How big does the test need to be?
  - How many cities will be impacted?
- Determine which (or both) of the 2 randomization options we will test & how
- Have a fallback strategy in case either option does not work

252

CONFIDENTIAL

P-02873.00340

UBER_JCCP_MDL_001461771.0334

# Next steps

- Determine partial rollout timeline and plan (by April 7th)
- Execute partial rollout (May), with ~1 month budgeted
- Understand results and make a decision on rollout strategy

253

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0335

P-02873.00341

# Policy & Comms Strategy (10 min)

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0336

# Where Things Stood (2020)

## Internal Work

- XP work confirming minimal marketplace impact
- Hosted ORCAA
- Approved, designed and conducted fairness testing showing no evidence of disparities

## External Work

- Met with safety groups, civil rights advocates, gender rights groups, privacy groups, and academics to educate about S-RAD and get feedback
- Participants came from 20 to 30 organizations, including ACLU Racial Justice Project

## Takeaways

- No one said "Do not do this." Some experts argued there was a moral imperative to move forward with this.
- Discomfort with using inferred gender in production without consent
- Acknowledgment of complexity.
- ACLU technologist: "You have a very hard problem to solve, and one in which **there's obviously no right answer**. There are so many axes on which one could comment, and **ultimately you all have to make the decisions.** Nonetheless, **thank you for talking with us**."

*Attorney Client Privileged*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0337

# What We Did

## Internal Work

- Removed gender in the US, not in Brazil
- Additional testing to measure safety
- Analysis to stress test demographic inferences
- Adopted internal policy around inferring demographics, securing data, and deleting it

## External Work

- ORCAA audit of switchback methodology and fairness testing
- Joint research with Upturn and NYU Center on Race, Inequality, and the Law on best practices for ethnicity inferences and fairness testing
- Small changes to What Moves Us to note that dispatch can incorporate safety information
- Ethicist consultation on best way to run experiments once the algorithm rolls out

*Attorney Client Privileged*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0338

P-02873.00344

# Recommendations

We **do not recommend** major comms/marketing announcements

We **do recommend** briefing key regulators / stakeholders before launch

- The downside risk of the story getting defined by outsiders is too high
- As much as possible, we need to control the story when regulators / stakeholders first learn about it

We **do recommend** identifying an academic for a long-term project replicating safety and fairness results

- In the event of a leak, and in discussions with stakeholders, shows we believe in the work and have nothing to hide

**Reactive Plan**

- Policy/Comms FAQ
- Have ORCAA memo ready to share with journalists, advocates, regulators
- Point to extensive testing, outreach to advocates, and public-facing research on fairness testing. Point to ongoing testing and break-glass metrics.
- Point to ongoing academic partnership on safety and fairness data as good faith signal we have nothing to hide

*Attorney Client Privileged*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0339

P-02873.00345

Slide 257 Notes

What we want to balance is the risk of going public in a way that sparks enormous costs (ridiculous CPUC data request; litigation; poorly-informed outrage) with the risk of staying *too* quiet and seeming secretive if publicity happens by a leak

2019/20 advocates
- ○ (Upturn, NYU Law, NNEDV, RALIANCE)

CONFIDENTIAL

# UBER PATENTS REVEAL EXPERIMENTS WITH PREDICTIVE ALGORITHMS TO IDENTIFY RISKY DRIVERS

Surveilling drivers under the guise of safety is a common thread in Uber's patents. Experts warn the systems described could reinforce existing inequalities.



Belle Lin

October 30 2021, 5:00 a.m.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0341

P-02873.00347

# Where Things Stand

## Minimum (must haves)*

- User's ability to correct their data and inferred data in the model

- Ability to opt-out of the use of gender in the model

- Gender will only be used for safety reasons, never for marketing

- Gender and ethnicity variables safely stored and accessible only to the right teams

- Inferred ethnicity will only be used for fairness testing

- The model is not discriminating against any particular group

- The model has a significant safety effect and the gender variable makes it meaningfully stronger

## To be defensible

- Ongoing fairness testing (gender and ethnicity)

- Public explanation of how inferences are being used

- Understand and incorporate the concerns of the trans community

- Messaging on Privacy Policy site, What Moves Us and Download Your Data

- Give users the ability to self-declare their gender, and only infer if they decline to do so

## For advocate support

- Download Your Data tool available in-app

- Interface to correct data real-time (not email)

- Users opting in by providing their own gender and ethnicity

- External and independent audit of safety and fairness testing results

* Green = We've taken steps to address this

* Yellow = work left to do

Attorney Client Privileged

UBER_JCCP_MDL_001461771.0342

P-02873.00348

**Slide 259 Notes**

- - 1) Took gender out
- - 2) Continued internal data science on safety / fairness testing
- - 3) Hired ORCAA to do an audit
- - 4) External research on inference best practices

P-02873.00349

# What We Did

## Internal Work

- Removed gender in the US, not in Brazil
- Additional testing to measure safety
- Analysis to stress test demographic inferences
- Adopted internal policy around inferring demographics, securing data, and deleting it

## External Work

- ORCAA audit of switchback methodology and fairness testing
- Joint research with Upturn and NYU Center on Race, Inequality, and the Law on best practices for ethnicity inferences and fairness testing
- Small changes to What Moves Us to note that dispatch can incorporate safety information
- Ethicist consultation on best way to run experiments once the algorithm rolls out



## Constantly improving

Matching is a core part of what makes Uber work, and we're constantly looking for ways to make our matching algorithm better for drivers, riders, and cities. One way is to provide drivers with the choice to receive trips toward a destination they set in advance (e.g., their home or work). Uber may also modify pairings of drivers and riders in certain instances to help maintain a safe platform; for example, we prevent matches if one has given the other a one-star rating in the past. _nt Privileged_

CONFIDENTIAL

# Next
# Steps/Roadmap

ATTORNEY-CLIE

CONFIDENTIAL

# 2022 Roadmap



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0346

Slide 262 Notes

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0347

# S-RAD Nudges
## Update for Sachin

03.08.2022

Uber

ATTORNEY CLIENT PRIVILEGED

# Our long term strategy is to leverage SRAD scores to explore multiple IPC prevention interventions

**1** We are currently conducting experiments in US/Brazil for Soft-filtering intervention

**2** The following slides focus on "Nudges" that will be sent in realtime to riders & drivers at trip start



**SRAD Risk**

ATTORNEY-CLIENT PRIVILEGED

*Ideas described in the notes below

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0349

P-02873.00355

Slide 264 Notes

**Targeted notifications** - would send targeted messages to users who have past incident reports against them and are flagged by SRAD
**More sensitive ridecheck** - would reach out to riders and drivers earlier if SRAD score is high
**Targeted notifications** - would be  sent to users who are on high score trips, but also have a history of reported against incidents
**SafeMode** might be triggered when S-RAD score is high (not yet decided since positioning might be an issue)
**Hard filtering** - If a user is persistently flagged, we may hard filter high score plans for such a user
**Mandatory  education** -  If persistently flagged users have a pattern of safety incident reports, we could require mandatory education in between sessions

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0350

# Nudges allows us to intervene even if soft-filter doesn't affect matching

Initially we wanted to target trips that escaped soft-filtering
- 5-7% of SASM incidents occur on 0.4% trips that bypass soft-filtering*

However, we have evolved to target a higher % of trips
- **25% of SASM incidents occur on 5% trips** with high SRAD scores**
- We will increase the reach of S-RAD from 1% soft-filter to 5% elevated scores

We leveraged these three behavioral principles as we crafted messages

| | |
|---|---|
| **Priming** | Emphasize idea of being watched. |
| **Behavioral prescription** | Provide clear set of guidelines. |
| **Reciprocity Bias** | Reinforce positive actions. |

* Data from US/BR Safety XPs
** SASM recall in Mexico shadow mode data

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0351

Slide 265 Notes

The what.

- **Priming:** Emphasize the idea of being watched to prime good behaviour and greater sense of risk in being caught
- **Behavioral Prescription:** Provide clear set of guidelines for desired behaviour
- **Reciprocity Bias:** Respond to a positive action with another positive action

CONFIDENTIAL

# Nudges will rotate through a set of messages to riders & drivers on flagged trips



| Audio Recording | Follow My Ride | RideCheck | 5-Star Rating | Safety tip on Respect |
|---|---|---|---|---|
| If Audio recording is already setup, riders/earners can start the recording with 2 taps. | Earner is displayed the contact previously selected in the Settings to share trip with. | Riders/Earners can learn more about RideCheck triggers on the landing page | Motivate good behavior by tying it to ratings | Reinforcing specific positive actions to encourage a sense of social norm when using the app. |

ATTORNEY-CLIENT PRIVILEGED

User flow details for setting up vs turning on various tools are in the backup (here)

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0353

P-02873.00359

Slide 266 Notes

The How?

Priming - what is priming and what are we seeking to achieve with priming messages?
**Priming**
Presenting someone with a communication that prepares them to be more receptive to a particular point of view or take a specific action.

**Tactic**
Emphasize idea of being watched to prime good behavior. Given salience to greater sense of risk in being caught.

What messages are we using here?

Explain Audio recording

Explain Follow my Ride

Explain Ride Check

1.    Behavioral prescription - what is that and what are we trying to achieve with those types of messages?

**Behavioral Prescription**
Articulation of recommended action(s) to be taken by specific people under appropriate circumstances.

**Tactic**

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0354

Provide clear set of guidelines for desired behavior, making it clear what is and isn't acceptable.

What messages are we using here>
5-Star Rating

Explain 5-star rating - checklists work (evidence? )

2.    Reciprocity
Once they know that they are being watched and what is good behavior/good actions, let's push the user to feel that their positive action can lead to a great good/collective of positive actions.

**Reciprocity**
People feel an obligation to do something for someone who's done something for them.

**Tactic**
Respond to a positive action with another positive action. Create social norms and give salience to correct behaviors.

Screenshot thanks to simulating trip on: https://studio.uberinternal.com/simulator

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0355

# RideCheck push notification to a new landing page



**RideCheck**

RideCheck may detect if something unusual happens during a trip. When a RideCheck is triggered, we contact both the rider and driver to ask if everything is OK. They can then confirm all is well, request emergency assistance, or report an issue on our Safety Line.

RideCheck may be activated when:

**A ride goes off route**



**A ride stops for a while**



**A ride ends far from its destination**



Learn more about RideCheck:



ATTORNEY-CLIENT PRIVILEGED

267

CONFIDENTIAL

P-02873.00362

Slide 267 Notes

https://www.figma.com/file/tqBxcb8IB8jwAJHMFiD5V2/Ride-Check-New-Landing-Page?node-id=54%3A5767

# We will run a Driver A/B test in Mexico to evaluate the impact of Nudges.

- Several XP options considered. Selected Driver A/B.
    - Options: Driver A/B, Rider A/B, Trip A/B, City A/B, Rider-Driver A/B/C/D
    - Considerations: Coverage, spillover effects, messaging sparsity, length of XP

- In Driver A/B XP, we'll send messages to both driver and rider on a high score trip. There will be some spillover effects on riders.

- We expect ~6 months to measure 5% effect on IPC rate.
    - The intervention may not be powerful enough to measure the effect size.

* XP plan, Power Analysis

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

# Nudges per user are capped to once per day, thrice per week



Both rider & driver receive push notifications and share the same cap.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0359

Slide 269 Notes

The when and why?

Cap is recommended based on <u>analysis</u> that on average ~6% of drivers in Mexico are flagged daily, using 1.1% trigger rate.

3/week: business rationale…Manage fatigue by applying a frequency cap on messages sent to the same user to once per day and 3 times per week.
4-day waiting period helps….Weekend ?

CONFIDENTIAL

# Driver & Rider messages are capped independently



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0361

**Slide 270 Notes**

DELETED CURRENT XP DESIGN:
Driver A/B -
dependent caps
Medium
Medium spill over on rider side -> XP contamination
High
Would have sent nudges to 29% of risky riders (~4% of total riders)
High
Riders will see nudges less frequently since they depend on drivers being in treatment.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0362

# Frequency Analysis shows we'll achieve good coverage of riders & earners in treatment

Assuming 5% trip trigger rate in MX, simulation projects user coverage and frequency cap view.

| Daily Cap | Weekly Cap | Coverage** |
|---|---|---|

| Driver | | Driver | | Coverage** |
|---|---|---|---|---|
| % of Flagged at least once | % of Flagged more than once | % of Flagged at least 1 day | % of Flagged more than 3 days | * User coverage based on MX shadow data between 1/14/2022 and 2/25/2022 (**43 days**). |
| 23.67% | 10.18% | 50.34% | 8.86% | **72.8%** Of Drivers covered |

| Rider | | Rider | | |
|---|---|---|---|---|
| % of Flagged at least once | % of Flagged more than once | % of Flagged at least 1 day | % of Flagged more than 3 days | **15.0%** Of Riders covered |
| 6.07% | 0.69% | 9.07% | 0.11% | |

** Coverage is defined as the % share of riders or drivers who would have received at least 1 push notifications over the time period analyzed.

| % Covered | % Hit Cap |
|---|---|

* Simulation based upon MX shadow data between 1/14/2022 to 2/25/2022 (analysis). ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0363

# We'll measure impact on IPC rates, overall safety contact rate and push notifications opt-out.

| Group | Metric | Description |
|---|---|---|
| **Primary Metrics** *(Safety)* | **IPC Rate** | Interpersonal conflict incident rate, includes SA/SM |
| | **Serious IPC Rate** | Serious interpersonal conflict incident rate, includes Serious SA/SM |
| | **Driver ratings** | Rider to driver ratings |
| **Secondary Metrics** *(Safety Feature Usage)* | Audio Recording | AR Impressions, CTR, Setup, Usage |
| | Follow My Ride CTR | Follow My Ride Impressions, CTR, Setup, Usage |
| | RideCheck CTR | RideCheck push notification impressions, CTR, Ride Check Opt-out |
| **Guardrail metrics** | Driver Supply Hour | Hours online (off trip + on trip) |
| | Driver cancellation rates | Cancellations after trip starts |
| | Driver completed trips | Completed rides trips |
| | **Push notifications opt-out rate** | **Driver opt out of push notifications** |
| | **Safety Contact Rate** | **Safety bliss tickets rate** |
| **Funnel metrics** *(only on treatment)* | Open sessions | Opening the app till closing |
| | Impressions | Any time the user saw the push notification |
| | Push notifications | Delivered, clicked, dismissed |
| | Push notifications deep links | Deep link click-thru-rate (CTR) |

**Slide 272 Notes**

Source: https://docs.google.com/document/d/1ODAQwQrerjFuj5EC1945QLZ9YFjv0M2320nxXu-MmJk/edit

1. Validate safety impact
2. Measure awareness impact as well

We will monitor & provide updates of guardrail metrics on a bi-weekly basis.

A dashboard will be shared to see both safety and marketplace metrics.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0365



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0366

Slide 273 Notes

Next steps:

PIA approval

Comms Plan

Finalize Ridecheck info page

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0367

# Backup

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0368

# Setting up **Audio Recording**



ATTORNEY-CLIENT PRIVILEGED

| Push notification | Safety toolkit menu | Setup page #1 | Setup page #2 | Setup page #3 | Safety toolkit menu |
|---|---|---|---|---|---|
| Push notification is sent. | Earner sees menu of Safety tools and needs to set up Audio Recording to get started. | Earner views 1st setup page, with link to FAQs on Audio recording. The FAQ page leads to a landing page. | Earner advances to the next step in set up. FAQ link is also visible here. | Final page in setup informing the earner where to find the audio recording and how to start. | The journey ends with the Safety toolkit menu view with the Audio Recording tool now ready to Start. |

275

UBER_JCCP_MDL_001461771.0369

P-02873.00375

## Slide 275 Notes

Driver deep link: uberdriver://safety_toolkit

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0370

## **Audio Recording** in action



| **Push notification** | **Safety toolkit menu** | **Start/Stop** |
|---|---|---|
| Push notification is sent. | Audio recording is already setup and ready to use. | Earner can start/stop the recording with just 2 taps. |

**24 hour waiting period***

*Cap is recommended based on analysis that on average ~6% of drivers in Mexico are flagged daily.

ATTORNEY-CLIENT PRIVILEGED

276

CONFIDENTIAL

## Slide 276 Notes

Driver deep link: uberdriver://safety_toolkit

## Setting up **Follow My Trip**



| Push notification | Safety toolkit menu | Setup page #1 | Setup page #2 | Setup page #3 | Setup page #4 | Setup page #5 |
|---|---|---|---|---|---|---|
| Push notification is sent. | Earner sees menu of Safety tools and needs to set up Follow My Ride. | One-liner on what the tool does. | Empathetic message. | Empowering message. | Earner chooses to select contact from address book or from another map | Setup is complete. |

ATTORNEY-CLIENT PRIVILEGED

277

**Slide 277 Notes**

Where does Learn More go to?

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0374

## Follow My Trip





24 hour waiting period

| Push notification | Safety toolkit menu | Clicks start |
|---|---|---|
| Push notification is sent. | Earner is returned to Safety toolkit menu and Follow My Ride option is now enabled. | Earner is displayed the contact previously selected in the Settings to share trip with. |

**ATTORNEY-CLIENT PRIVILEGED**

278

## Follow My Trip in action



| Push notification | Safety toolkit menu | Clicks start | WhatsApp option | SMS option | Account → Settings | Address book option |
|---|---|---|---|---|---|---|
| Push notification is sent. | Earner is returned to Safety toolkit menu and Follow My Ride option is now enabled. | Earner is displayed the most recent contacts and app of choice. Earner can scroll to select more recent options. | Earner chooses to share via WhatsApp. | Earner chooses to share via SMS. | In order to change the sharing options, the earner needs to go back to settings once Offline. | Earner scrolls and selects a contact from the address book |

ATTORNEY-CLIENT PRIVILEGED

279

## Setting up **Follow My Trip**



| Push notification | Safety toolkit menu | Setup page #1 | Setup page #2 | Setup page #3 | Setup page #4 | Setup page #5 |
|---|---|---|---|---|---|---|
| Push notification is sent. | Earner sees menu of Safety tools and needs to set up Follow My Ride. | One-liner on what the tool does. | Empathetic message. | Empowering message. | Earner chooses to select contact from address book or from another map | Setup is complete. |

ATTORNEY-CLIENT PRIVILEGED

280

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0377

**Slide 280 Notes**

Where does Learn More go to?

Case 3:23-md-03084-CRB Document 2571-96 Filed 02/17/26 Page 385 of 644

## RideCheck push notification to new landing page











**4 day waiting period***

Capping messages at 3/week for both rider/driver.

| Push notification | New RideCheck settings page |
|---|---|
| Push notification is sent. | New landing page available to both Rider & Drivers explaining the functionality of RideCheck. |

ATTORNEY-CLIENT PRIVILEGED

281

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0379

Slide 281 Notes

https://www.figma.com/file/tqBxcb8IB8jwAJHMFiD5V2/Ride-Check-New-Landing-Page?node-id=54%3A5767

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0380

# Soft-filtering
# Safety Impact

ATTORNEY-CLI

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0381

Results under review

# S-RAD parallel switchback safety XP

Since the large-scale rollout (9/24-1/31), S-RAD has actioned trips for 130+ days

|  | Brazil* | United States* |
|---|---|---|
| Number of active cities | 110 | 196 |
| Number of requests in treatment | 351M | 141M |
| Trigger rate in control | 1.23% | 1.21% |
| % treatment requests with scores > threshold | 0.32% | 0.39% |
| Control SASM rate per 1M requests* (#) | 19.5 (6797) | 40.0 (5561) |
| Control SASM rate per 1M flagged requests* (#) | 192 (822) | 589 (994) |
| Control serious SASM rate per 1M requests* (#) | 4.05 (1411) | 6.26 (871) |
| Control serious SASM rate per 1M flagged requests* (#) | 55.0 (236) | 74.1 (125) |

*Data as of 2/04/22

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0382

Results under review

# BR cumulative safety impact (9/24/21 - 1/31/22)*

| Safety Impact | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day 6 AM - 11 PM | Night 11 PM - 6 AM |
| Overall SASM rate (per 1M requests) | -5.95% (-8.82%, -3.08%) 19.5 → 18.3 | -5.71% (-9.07%, -2.34%) 15.6 → 14.8 | -6.13% (-11.7%, -0.60%) 58.0 → 53.2 |
| Serious SASM rate (per 1M requests) | -10.5% (-16.5%, -4.38%) 4.05 → 3.64 | -10.2% (-17.9%, -2.50%) 2.76 → 2.51 | -10.5% (-20.5%, -0.46%) 16.7 → 14.6 |

| Trip Distribution | Control | Treatment |
|---|---|---|
| Day  (6 AM - 11 PM) | 318M | 318M |
| Night (11 PM - 6 AM) | 32.4M | 32.7M |

*Notes
- Data as of 2/04/22
- Data for 130 out of 189 planned XP days
- 80% confidence intervals reported
- Point estimates and confidence intervals expected to be biased towards extremes
- Confidence intervals wider due to incomplete XP
- Spillover effects may be present and are unquantified
- No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0383

Results under review

# US cumulative safety impact (9/24/21 - 1/31/22)*

| Safety Impact | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day 6 AM - 11 PM | Night 11 PM - 6 AM |
| Overall SASM rate (per 1M requests) | -5.42% (-8.59%, -2.24%) 40.0 → 37.7 | -5.34% (-9.08%, -1.60%) 34.3 → 32.2 | -5.53% (-11.6%, 0.50%) 69.6 → 66.5 |
| Serious SASM rate (per 1M requests) | -14.7% (-22.1%, -7.29%) 6.26 → 5.39 | -13.8% (-24.0%, -3.55%) 3.96 → 3.41 | -15.7% (-26.5%, -4.90%) 18.2 → 15.8 |

| Trip Distribution | Control | Treatment |
|---|---|---|
| Day (6 AM - 11 PM) | 118M | 118M |
| Night (11 PM - 6 AM) | 23.2M | 23.2M |

\*Notes
- Data as of 2/04/22
- Data for 130 out of 189 planned XP days
- 80% confidence intervals reported
- Point estimates and confidence intervals expected to be biased towards extremes
- Confidence intervals wider due to incomplete XP
- Spillover effects may be present and are unquantified
- No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0384

# S-RAD
# Leadership Update

03.01.2022

Uber

ATTORNEY CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0385

# Summary

- **Nudges** (15 min)
  - Review messages & user experience
  - Provide overview of metrics
    - Reporting cadence
  - Experiment design & duration
- **Launch options** (5 min)
- **Roadmap** (5 min)

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0386

# SRAD enhanced interventions long term strategy

Explore new interventions that leverage SRAD score to prevent incidents



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0387

**Slide 288 Notes**

Source: https://docs.google.com/presentation/d/1abl-GNK-223Hz0oSPE11JSFwjUEOdOtFGCz_naLLarA/edit#slide=id.gf771375934_0_7
Source: https://docs.google.com/presentation/d/1abl-GNK-223Hz0oSPE11JSFwjUEOdOtFGCz_naLLarA/edit#slide=id.g100e68c8735_0_15

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0388

# Nudges target trips with high SRAD scores

Nudges are push notifications sent to users



**5-7%** of SASM incidents occur on
**0.4%** trips that bypass soft-filtering*

**25%** of SASM incidents occur on
**5%** trips with high SRAD scores**

→ *Target trips for Nudges*

Just-in-time nudges content is grounded by



| | |
|---|---|
| **Priming** | Emphasize idea of being watched. |
| **Behavioral prescription** | Provide clear set of guidelines. |
| **Reciprocity Bias** | Reinforce positive actions. |



**Uber**                                            Now

**Your safety is our priority**
Anyone can record audio anytime during a trip. Get started.

*Example push notification to Driver/Rider*
UBER_JCCP_MDL_001461771.0389

* Data from US/BR Safety XPs
** SASM recall in Mexico shadow mode data
CONFIDENTIAL

ATTORNEY-CLIENT PRIVILEGED

Slide 289 Notes
_____

The what.

- **Priming:** Emphasize the idea of being watched to prime good behaviour and greater sense of risk in being caught
- **Behavioral Prescription:** Provide clear set of guidelines for desired behaviour
- **Reciprocity Bias:** Respond to a positive action with another positive action

CONFIDENTIAL

Slide 290 Notes

The How?

Priming - what is priming and what are we seeking to achieve with priming messages?

**Priming**

Presenting someone with a communication that prepares them to be more receptive to a particular point of view or take a specific action.

**Tactic**

Emphasize idea of being watched to prime good behavior. Given salience to greater sense of risk in being caught.

What messages are we using here?

Explain Audio recording

Explain Follow my Ride

Explain Ride Check

1.   Behavioral prescription - what is that and what are we trying to achieve with those types of messages?

**Behavioral Prescription**

Articulation of recommended action(s) to be taken by specific people under appropriate circumstances.

**Tactic**

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0392

Slide 290 Notes (Continued)

Provide clear set of guidelines for desired behavior, making it clear what is and isn't acceptable.

What messages are we using here>
5-Star Rating

Explain 5-star rating - checklists work (evidence? )

2.  Reciprocity
Once they know that they are being watched and what is good behavior/good actions, let's push the user to feel that their positive action can lead to a great good/collective of positive actions.

**Reciprocity**
People feel an obligation to do something for someone who's done something for them.

**Tactic**
Respond to a positive action with another positive action. Create social norms and give salience to correct behaviors.

Screenshot thanks to simulating trip on: https://studio.uberinternal.com/simulator

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0393

# Nudges per user capped to once per day, thrice per week

🚩 = SRAD high score signal in Flow



Both rider & driver receive push notifications and share the same cap.

Link to Flow campaign.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0394

Slide 291 Notes

The when and why?

Cap is recommended based on <u>analysis</u> that on average ~6% of drivers in Mexico are flagged daily, using 1.1% trigger rate.

3/week: business rationale…Manage fatigue by applying a frequency cap on messages sent to the same user to once per day and 3 times per week.
4-day waiting period helps….Weekend ?

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0395

# Frequency Analysis

Assuming 5% trip trigger rate in MX, simulation projects user coverage and frequency cap view.

| Daily Cap | Weekly Cap | Coverage** |
|---|---|---|

| **Driver** | |
|---|---|
| % of Flagged at least once | % of Flagged more than once |
| 23.67% | 10.18% |

| **Driver** | |
|---|---|
| % of Flagged at least 1 day | % of Flagged more than 3 days |
| 50.34% | 8.86% |

* User coverage based on MX shadow data between 1/14/2022 and 2/25/2022 (43 days).

## 72.8%

Of Drivers covered

| **Rider** | |
|---|---|
| % of Flagged at least once | % of Flagged more than once |
| 6.07% | 0.69% |

| **Rider** | |
|---|---|
| % of Flagged at least 1 day | % of Flagged more than 3 days |
| 9.07% | 0.11% |

## 15.0%

Of Riders covered

** Coverage is defined as the % share of riders or drivers who would have received at least 1 push notifications over the time period analyzed.

| % Covered | % Hit Cap |
|---|---|

* Simulation based upon MX shadow data between 1/14/2022 to 2/25/2022 (analysis). ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0396

# Targeting a 6 month driver A/B experiment in Mexico. Regional team is excited about the launch.

- Marketplace impact results in ~1.5 - 2 months after launch
- Safety impact results in ~6 months after launch

| Experiment | Rider/Driver A/B | | Driver A/B** | |
|---|---|---|---|---|
| **Trip Trigger Rate / Metric** | 5% MDE | 10% MDE | 5% MDE | 10% MDE |
| 1% trip trigger rate, SASM IR | 108.03 | 27.01 | 54.01 | 13.50 |
| 5% trip trigger rate, SASM IR | 52.15 | 13.04 | 26.08 | 6.52 |
| 5% trip trigger rate, all IPC IR | 11.44 | 2.86 | 5.72 months | 1.43 |

* Power analysis configured as one-sided test with power = 80% and confidence level = 80%

* For Glass breaker, if treatment's driver supply hour significantly decreased by 1%. Estimated duration ~ 1.5 month, power =80%, confidence level = 90%

** If the Driver is in treatment, send message to both driver and rider

**ATTORNEY-CLIENT PRIVILEGED**

* XP plan, Power Analysis

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0397

# Key Metrics Covering Safety, Product Usage, and Marketplace

| Group | Metric | Description |
|---|---|---|
| **Primary Metrics** *(Safety)* | **IPC Rate** | Interpersonal conflict incident rate, includes SA/SM |
| | **Serious IPC Rate** | Serious interpersonal conflict incident rate, includes Serious SA/SM |
| **Secondary Metrics** *(Safety Feature Usage)* | Audio Recording | AR Impressions, CTR, Setup, Usage |
| | Follow My Ride CTR | Follow My Ride Impressions, CTR, Setup, Usage |
| | RideCheck CTR | RideCheck push notification impressions, CTR, Ride Check Opt-out |
| **Guardrail metrics** | **Driver Supply Hour** | Hours online (off trip + on trip) |
| | Driver cancellation rates | Cancellations after trip starts |
| | Driver completed trips | Completed rides trips |
| | Push notifications opt-out rate | Driver opt out of push notifications |
| | **Safety Contact Rate** | Safety bliss tickets rate |
| **Funnel metrics** *(only on treatment)* | Open sessions | Opening the app till closing |
| | Impressions | Any time the user saw the push notification |
| | Push notifications | Delivered, clicked, dismissed |
| | Push notifications deep links | Deep link click-thru-rate (CTR) |

**Slide 294 Notes**

Source: https://docs.google.com/document/d/1ODAQwQrerjFuj5EC1945QLZ9YFjv0M2320nxXu-MmJk/edit

1. Validate safety impact
2. Measure awareness impact as well

We will monitor & provide updates of guardrail metrics on a bi-weekly basis.

A dashboard will be shared to see both safety and marketplace metrics.

CONFIDENTIAL

# XP Launch options

1. Nudges XP without soft-filtering

   a. Marketplace XP only [2 months], followed by full rollout

      - Pros: Avoid delays on soft-filtering expansion. Prove that Nudges doesn't hurt marketplace.

      - Cons: We will not be able to measure safety impact

   b. **Marketplace + Safety XP [6 months]**

      - Pros: Able to measure nudges' safety impact

      - Cons: **XP in Mexico will push soft-filtering rollout expansion in Mexico to Q4'22.** 5% MDE may be hard to achieve considering the soft intervention

2. Nudges XP with soft-filtering fully rolled out

      - Over-complicates experimentation

      - Need to wait for current XPs to complete (earliest launch intercept would be May)

**Recommendation**: Option 1b. Launch in March. Optionality to rollout if directional safety impact.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0400

P-02873.00406

**Slide 295 Notes**

---

Roll out  s-rad

Source: https://docs.google.com/document/d/1ODAQwQrerjFuj5EC1945QLZ9YFjv0M2320nxXu-MmJk/edit



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0402

## Slide 296 Notes

Next steps:

PIA approval

Comms Plan

Finalize Ridecheck info page

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0403

# Backup

Uber

ATTORNEY CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0404

# The interaction of soft-filtering & nudges together is unclear so we have explored a few launch options



| Options | S-RAD Rollout | Nudges Roll out | Considerations |
|---|---|---|---|
| Brazil | ✓ | depends | Turn on nudges as xp once soft filtering is rolled out fully. However, interaction of nudges with soft-filtering is unclear. |
| Mexico | ✓ | ✓ | Rollout nudges 100% without xp. |
| ⭐ Latam (ex Mexico) | ✓ | (only for Mexico) | Mexico will be without soft filtering until the nudges xp is completed. |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0405

Slide 298 Notes

AI:
Add frequency analysis

Recommendations:
Run nudges in Mexico - lets launch
Full rollout of soft-filtering in US & BR, and we can re-visit nudges here
Launch in Latam ex Mexico once we do marketplace tests

Source: https://docs.google.com/document/d/1ODAQwQrerjFuj5EC1945QLZ9YFjv0M2320nxXu-MmJk/edit

The mexico xp by design is set up considering no soft-filtering. Bc we are testing to see if nudges has a safety impact.
"Less clean":
1. Treatment is mixed - treatment 1 is nudges, treatment 2 is soft filtering
2. If the holdout is completely random, t & c have holdout randomly in balanced way
   a. Holdout just means no soft-filtering
Interaction between nudges and soft filtering is unclear:
3. With nudges, we plant a seed and it may have an effect on soft filtering (in an effect we cannot necessarily measure)

Doing both together in Mexico not recommended bc Mexico is too small.

Intervention from nudges takes effect over longer t; so with soft filtering, we are turning it on in a different context bc seed has been planted already...
We designed thresholds for nudges without soft filtering; the frequency of messages may change with soft filtering

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0406

Slide 298 Notes (Continued)

CONFIDENTIAL

# S-RAD
# Leadership Update
## 02.18.2022

Uber

ATTORNEY CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0408

P-02873.00414

# Summary

- **Roadmap (5 min)**

- **SRAD XP Safety Update (10 min)**

  - SRAD has been running for 130+ days in the **US & Brazil over the holidays**.

  - **Sneak peek** at results look promising.

  - **Marketplace impact** results are **in line with expectations, ~500 million trips in treatment**

- **Holdout strategy (10 min)**

  - Explore thru options considered for holdout strategy

- **Next steps**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0409



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0410

Slide 301 Notes

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

CONFIDENTIAL

P-02873.00417

UBER_JCCP_MDL_001461771.0411

# Safety Impact

*Ben*

ATTORNEY-CLIE

UBER_JCCP_MDL_001461771.0412

P-02873.00418

Results under review

# S-RAD parallel switchback safety XP

Since the large-scale rollout (9/24-1/31), S-RAD has actioned trips for 130+ days

| | Brazil* | United States* |
|---|---|---|
| Number of active cities | 110 | 196 |
| Number of requests in treatment | 351M | 141M |
| Trigger rate in control | 1.23% | 1.21% |
| % treatment requests with scores > threshold | 0.32% | 0.39% |
| Control SASM rate per 1M requests* (#) | 19.5 (6797) | 40.0 (5561) |
| Control SASM rate per 1M flagged requests* (#) | 192 (822) | 589 (994) |
| Control serious SASM rate per 1M requests* (#) | 4.05 (1411) | 6.26 (871) |
| Control serious SASM rate per 1M flagged requests* (#) | 55.0 (236) | 74.1 (125) |

*Data as of 2/04/22

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0413

Results under review

# BR cumulative safety impact (9/24/21 - 1/31/22)*

| Safety Impact | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day<br>6 AM - 11 PM | Night<br>11 PM - 6 AM |
| Overall SASM rate<br>(per 1M requests) | -5.95%<br>(-8.82%, -3.08%)<br>$19.5 \rightarrow 18.3$ | -5.71%<br>(-9.07%, -2.34%)<br>$15.6 \rightarrow 14.8$ | -6.13%<br>(-11.7%, -0.60%)<br>$58.0 \rightarrow 53.2$ |
| Serious SASM rate<br>(per 1M requests) | -10.5%<br>(-16.5%, -4.38%)<br>$4.05 \rightarrow 3.64$ | -10.2%<br>(-17.9%, -2.50%)<br>$2.76 \rightarrow 2.51$ | -10.5%<br>(-20.5%, -0.46%)<br>$16.7 \rightarrow 14.6$ |

| Trip Distribution | Control | Treatment |
|---|---|---|
| Day  (6 AM - 11 PM) | 318M | 318M |
| Night (11 PM - 6 AM) | 32.4M | 32.7M |

*Notes
- Data as of 2/04/22
- Data for 130 out of 189 planned XP days
- 80% confidence intervals reported
- Point estimates and confidence intervals expected to be biased towards extremes
- Confidence intervals wider due to incomplete XP
- Spillover effects may be present and are unquantified
- No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0414

Results under review

# US cumulative safety impact (9/24/21 - 1/31/22)*

| Safety Impact | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day 6 AM - 11 PM | Night 11 PM - 6 AM |
| Overall SASM rate (per 1M requests) | -5.42% (-8.59%, -2.24%) 40.0 → 37.7 | -5.34% (-9.08%, -1.60%) 34.3 → 32.2 | -5.53% (-11.6%, 0.50%) 69.6 → 66.5 |
| Serious SASM rate (per 1M requests) | -14.7% (-22.1%, -7.29%) 6.26 → 5.39 | -13.8% (-24.0%, -3.55%) 3.96 → 3.41 | -15.7% (-26.5%, -4.90%) 18.2 → 15.8 |

| Trip Distribution | Control | Treatment |
|---|---|---|
| Day  (6 AM - 11 PM) | 118M | 118M |
| Night (11 PM - 6 AM) | 23.2M | 23.2M |

*Notes
- Data as of 2/04/22
- Data for 130 out of 189 planned XP days
- 80% confidence intervals reported
- Point estimates and confidence intervals expected to be biased towards extremes
- Confidence intervals wider due to incomplete XP
- Spillover effects may be present and are unquantified
- No corrections for multiple comparisons

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0415

# Holdout Strategy

*Ben/Gorkem*

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0416

# Importance of maintaining a representative holdout

- Only way to truly track model performance and monitor potential drift
- Creates unadulterated population need for model retraining
- Provides cleanest mechanism for necessary ongoing threshold adjustments
- A holdout comes at the cost of not actioning trips with S-RAD part of the time

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0417

# Ongoing holdout group options

*Continuing existing parallel XP*

- Convert existing 50%/50% T/C XP to be imbalanced to maintain a target holdout %
- **Pros**
  - Able to use some of the existing infra
  - Inference is more straightforward
  - S-RAD can be active in all cities
- **Cons**
  - Maintaining target imbalance will be challenging
    - Particularly for cities with many rides XPs
  - Removes the possibility of running parallel XPs in the future
  - Requires new schedule generation methodology

*Rotating cities holdout*

- Every X weeks, turn off S-RAD in a subset of cities
- **Pros**
  - Minimal interference with other XPs
  - Reduces transient effects from switching on/off
  - Limits spillover effects
- **Cons**
  - Safety impact appears strongly city specific
    - Complicates inference and may make synthetic control challenging (especially in the COVID era)
  - Requires new infra
  - For continuous periods, S-RAD will be off for entire cities

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0418

**Slide 308 Notes**

Rotating cities would also need to be dynamic to marketplace experiment
5 cities held out for two weeks, then rotate
We want the holdout period to be consistent if primary XP is running… if a primary XP is running… wait till the primary XP is over

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0419



# 2022 Roadmap

Tentative | Not started | Ongoing | Completed

| Oct'21 | Jan'22 | Feb | Mar | Apr | May | Jun | Jul | Oct'22 | Jan'23 |

Nudges v1 ready

Safety XP Complete

US & LatAm Fully rolled out

6 months (80% CI)

change

**Brazil Experiments**
Parallel Switchbacks — Brazil Safety Test — *Peek*
External stakeholder alignment
BR full Rollout with holdout
LatAm Full Rollout with holdout

**US Experiments**
Parallel Switchbacks — US Safety Test — *Peek*
US Full Rollout with holdout

**Nudges**
Nudges Definition — Design & Align
SRAD Nudges XP Mexico
Nudges Iterations Brazil

Holdout Infra

**Model / Infra**
Features: Feedback tags
Features: Bounce ride
IPC Model development

**Uber**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0420

Slide 309 Notes

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0421

# Next steps

- Finalize holdout strategy & implement infra (Feb-March)

- Take a second peek in a month (March)

- Align with cross-func team on external engagements

  [Daniel/Andrew/Ana/Emily/Lizzie/Gabriela?/Adam?/Zoraida/Susan/Caro/Aldo]

  - ORCAA engagement - start early to help accelerate rollout.

  - Are we talking about this product publicly - No

  - Do we need to circle back with advocacy groups? If yes, which ones? [Ana/Emily]

    - Have we addressed the feedback provided by advocacy groups previously?

    - What will we do with feedback? How much time is need to socialize the results of XP and secure alignment with the groups?

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0422

## Slide 310 Notes

- ○ May need to complete a statement of work
- ○ Turn over detailed results and fairness testing. Let them ask questions.

If not public, we may still need FAQ

Reactive comms

Privacy - are we covered

Legal  - are we covered

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0423

# S-RAD
# Leadership Update
## 01.20.2021

Uber

ATTORNEY CLIENT PRIVILEGED

CONFIDENTIAL

# Summary

- **XP Update:**

  - SRAD continued to run in the **US & Brazil over the holidays**. **Largely uneventful** with no oncall alerts.

  - **Marketplace impact** results over the past 3 months are **in line with expectations**

  - **Bug** in flpr config inadvertently paused the XP in 7 cities for 2-3 weeks. Issue was **mitigated quickly**. Expect very marginal impact on time to completion for the XP

- **Discussion:**

  - We have completed 68% out of the planned 168 days experiment. Should we peek into safety impact?

- **Model Improvements:**

  - Initial evaluation of **feedback tags** features shows a **15% lift in recall** at 1.1% TR (Brazil). Deep dive wip.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

# Parallel switchback update

*Ben*

ATTORNEY-CLIE

UBER_JCCP_MDL_001461771.0426

P-02873.00432

# SRAD holiday behavior



ATTORNEY-CLIENT PRIVILEGED

- Daily trigger rates on or prior to holidays tended to be higher compared to day of week averages
  - Daytime TRs in particular
- TRs returned to expected levels on the day following the holiday and have stabilized

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0427

P-02873.00433

# Total and nighttime SRAD volumes are down





ATTORNEY-CLIENT PRIVILEGED

# Ongoing marketplace impact analysis takeaways

- Accounting for holidays, but BR and US remained within TR alert thresholds
- Overall impacts largely attributed to behavior of XL cities during night
- Continued ETA impacts inline with earlier results and previous S-RAD XPs
  - Avg. post dispatch ETA relative overall impact - US: 0.35%; BR: 0.68%
  - P95 post dispatch ETA relative overall impact - US: 0.18%; BR: 1.04%
  - Completed/Requests relative overall impact - US: -0.06%; BR: -0.16%
- Almost no significant impact on any metrics in Medium and Small cities
- New definition for driver cancellation rate that mirrors regions Ops
  - New definition allows for repeated driver cancellations associated with individual trip_uuid's
  - BR XL and L cities exhibit elevated driver cancellation rates at night, little impact otherwise

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0429

# Relative impact of SRAD on ETA has been trending down



**Control period avg. post dispatch ETA**



**Relative treatment effect on avg. post dispatch ETA**

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0430

# Discussion point - Checking XP impact prior to completion

- Looking early/repeatedly at XPs changes some critical statistical assumptions
  - Early stopping criteria are more stringent (i.e., assessing statistical significance)
  - Inferred safety impact magnitude and associated confidence intervals will be biased
- Provides more flexibility if the observed effect size is larger than expected
- Example: Brazil
  - Time to 80% confidence with MDE $0.05 \rightarrow$ approx 6 months



UBER_JCCP_MDL_001461771.0431

P-02873.00437

Slide 318 Notes

In order for us to stop the XP early, we have to see a larger effect (or much smaller standard error) than we were expecting. The easiest way to think about this part is, if we wanted 80% confidence in a no peek XP, we would need something like 99% confidence of an effect at the half way point to stop. So from a math point of view, the criteria we are using to determine statistical significance (which is required to stop the XP when analyzing sequentially) are different compared to a standard xp

Our estimates of safety impact and the associated confidence intervals will have some bias if we peek. The estimates will overestimate the true effect. There are methods to address this, but it will require some additional work on our end to ensure we are reporting good estimates. Similarly, confidence intervals will be biased (they also lose some of their original statistical meaning). I'm also pretty sure that they will be slightly larger, even after applying the correction methods

CONFIDENTIAL

# New feature evaluation

*Mingxuan & Ben*

ATTORNEY-CLIE

Deep dive work-in-progress

# Feature Exploration (Offline)

Prod
Refreshed Model
Feedback Tags Negative
% recall (Serious SASM)
% Trigger Rate
30.0
28.5
27.0
25.5
24.0
22.5
21.0
19.5
18.0
16.5
15.0
13.5
12.0
10.5
9.0
7.5
6.0
4.5
3.0
1.5
0.0
0.0
0.1
0.2
0.3
0.4
0.5
0.6
0.7
0.8
0.9
1.0
1.1
1.2
1.3
1.4
1.5
1.6
1.7
1.8
1.9
2.0

Brazil Model Candidate =
Original Model
(+) Client as Reviewee Feedback Tag Rate
(+) Client as Reviewer Feedback Tag Rate
(+) Driver as Reviewee Feedback Tag Rate
(+) Driver as Reviewer Feedback Tag Rate

| @1.10% TR | % recall |
|---|---|
| Production Model | 15.16% |
| Before (Retrain Only) | 16.44% |
| After (New Feature) | 18.92% |

*Evaluated on 2021/09/01 to 2021/11/30 trips All Brazil cities (all UberX trips)
*Trained on 2018/01 to 2021/08 trips
*Feedback Tags Feature is built on excluding latest **30** days of data to avoid data leakage (Feedback can be updated for trips taken in the last 30 days only)

ATTORNEY-CLIENT PRIVILEGED

# 2022
# Roadmap

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0435



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0436

Slide 322 Notes

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0437

# Backup

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0438

# 2022 H1 projects

| Pri | Theme | Project | Description |
|---|---|---|---|
| P0 | Ready for full rollout | SASM Safety XP | Complete US & Brazil XPs |
| P0 | | Hold out infra | Hold-out strategy & infra for S-RAD |
| P0 | | Threshold management | Automate threshold generation |
| P0 | | SASM Model rollout | Full rollout of SASM model in Brazil and US **(if ongoing XP succeeds)** |
| P0 | Improve performance | features | **New batch features:** seasonality, bounce ride, ugraph, Mutombo failures, payment, id<br>**New realtime features:** recent cancellation behavior, recent incident history |
| P0 | Go Deep | Nudges - SRAD signal | Driver and Rider XP on High SRAD score trips + Periodic blast messages |
| P1 | | IPC Model | Launch IPC model in one market |
| P1 | | Beyond UberX | Expand to Low Cost trips in Brazil (8.24% SASM incidents) *[along with full rollout}*<br>Expand to UberXL in US (2.82% SASM incidents) |
| P1 | Expand geographically | LatAM | Marketplace XP in LatAm (after Brazil rollout) |

**Only after current XP succeeds**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0439

# What is the relationship between confidence level and effect we can see?

- Higher confidence levels lead to longer XPs
- Smaller estimated effect sizes lead to longer XPs
- Hard to specifically compute given high uncertainty due to COVID

### Brazil

| MDE | confidence level | months |
|---|---|---|
| 0.05 | 95% | 11.7 |
| 0.05 | 90% | 8.5 |
| 0.05 | 85% | 6.7 |
| 0.05 | 80% | 5.4 |
| 0.085 | 95% | 4.1 |
| 0.085 | 90% | 3.0 |
| 0.085 | 85% | 2.3 |
| 0.085 | 80% | 1.9 |

Serious SASM rate: 3.75 per million
TRIP/DAY = 3.6 M

### US

| MDE | confidence level | months |
|---|---|---|
| 0.05 | 95% | 13.4 |
| 0.05 | 90% | 9.7 |
| 0.05 | 85% | 7.6 |
| 0.05 | 80% | 6.1 |
| 0.085 | 95% | 4.6 |
| 0.085 | 90% | 3.4 |
| 0.085 | 85% | 2.6 |
| 0.085 | 80% | 2.1 |

Serious SASM rate: 6.85 per million
TRIP/DAY = 1.8 M

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0440

Slide 325 Notes

**Assuming parallel switchback framework is fully rolled out in both countries**

# 2021-12-13 - 2022-01-09

Ongoing marketplace impact analysis

# US parallel safety XP

- Overall TR: 1.20%
- Day TR: 0.80%
- Night TR: 3.27%
- 7 day rolling TR as of 2021-12-26: 1.16%
- # abnormal days: 4
  - 12/24/21
  - 12/25/21
  - 12/31/21
  - 01/01/22

- : Not Stat-sig
Level Effect: Absolute Difference
Analysis notes:
  1. city_id not in (274,345,347,357,359,**1541**,1587)

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|
| Control | 24.1M | 4.64M |
| Treatment | 24.0M | 4.62M |

| US (189 cities) | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | 1.5 | 428.8 | 1.0 | 411.2 | 3.7 | 520.8 |
| p95_post_dispatch_eta | 1.9 | 1060.4 | - | 1027.9 | 4.7 | 1143.6 |
| p99_post_dispatch_eta | 2.4 | 1234.6 | - | 1215.0 | 5.1 | 1284.6 |
| request_to_begin_sec_avg | 1.1 | 559.7 | - | 541.4 | 4.1 | 655.0 |
| completed/requests | -0.05% | 87.30% | - | 88.88% | - | 79.03% |
| unfulfilled/requests | - | 0.78% | - | 0.57% | - | 1.94% |
| rider_cancellation_perc | 0.06% | 9.98% | - | 8.92% | 0.16% | 15.51% |
| driver_cancellation_perc | - | 7.81% | - | 6.97% | - | 12.30% |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0443

# US parallel safety XP

| Trip Distribution | | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|---|
| Control | | 18.6M | 3.46M | 3.99M | 854k |
| Treatment | | 18.6M | 3.45M | 4.00M | 849k |

| US (189 cities) | XL Cities (26 cities) | | | | | | L Cities (52 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 1.7 | 372.9 | - | 356.3 | 3.9 | 463.1 | 1.7 | 625.0 | - | 607.8 | 4.8 | 705.9 |
| p95_post_dispatch_eta | 4.5 | 968.7 | 2.6 | 888.1 | 8.9 | 1160.3 | - | 1202.2 | - | 1154.9 | - | 1314.6 |
| p99_post_dispatch_eta | 3.9 | 1235.3 | 2.6 | 1163.7 | 7.4 | 1406.3 | 3.9 | 1418.7 | 3.3 | 1384.6 | - | 1499.7 |
| request_to_begin_sec_avg | 1.3 | 503.0 | - | 486.1 | 4.0 | 594.1 | - | 761.6 | - | 743.0 | 5.6 | 849.4 |
| completed/requests | - | 89.27% | - | 90.57% | - | 82.18% | - | 81.45% | - | 83.69% | - | 70.90% |
| unfulfilled/requests | - | 0.28% | - | 0.19% | - | 0.84% | - | 1.91% | - | 1.44% | - | 4.20% |
| rider_cancellation_perc | 0.07% | 8.58% | - | 7.64% | 0.16% | 13.64% | - | 14.48% | - | 13.12% | - | 20.91% |
| driver_cancellation_perc | - | 7.45% | - | 6.63% | - | 11.93% | - | 9.63% | - | 8.70% | - | 14.32% |

- : Not Stat-sig; Level Effect: Absolute Difference; city_id not in (274,345,347,357,359,**1541**,1587)

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0444

P-02873.00450

# US parallel safety XP

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 971k | 230k | 447k | 100k |
| Treatment | 970k | 225k | 447k | 100k |

| US (189 cities) | M Cities (49 cities) | | | | | | S Cities (62 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | - | 605.1 | - | 592.4 | - | 658.8 | - | 546.2 | - | 532.7 | - | 607.6 |
| p95_post_dispatch_eta | 2.7 | 1084.2 | - | 1063.6 | - | 1134.4 | - | 950.6 | - | 948.8 | - | 955.7 |
| p99_post_dispatch_eta | - | 1252.9 | - | 1253.9 | - | 1250.1 | - | 1048.0 | - | 1058.0 | - | 1017.7 |
| request_to_begin_sec_avg | -2.5 | 725.1 | -2.3 | 709.4 | - | 792.4 | - | 683.2 | -3.2 | 663.0 | - | 777.3 |
| completed/requests | - | 78.28% | - | 80.88% | - | 67.16% | - | 80.54% | - | 83.20% | - | 68.13% |
| unfulfilled/requests | - | 3.88% | - | 3.06% | - | 7.51% | - | 3.58% | - | 2.83% | - | 7.15% |
| rider_cancellation_perc | - | 15.73% | - | 14.39% | - | 21.45% | - | 13.73% | - | 12.34% | - | 20.14% |
| driver_cancellation_perc | - | 7.84% | - | 7.06% | - | 11.55% | - | 6.44% | - | 5.74% | - | 10.12% |

-: Not Stat-sig; Level Effect: Absolute Difference; city_id not in (274,345,347,357,359,**1541**,1587)

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0445

# BR parallel safety XP

- Overall TR: 1.28%
- Day TR: 0.60%
- Night TR: 7.31%
- 7 day rolling TR as of 2022-01-09: 1.23%
- # abnormal days: 4
  - 12/24/21
  - 12/25/21
  - 12/31/21
  - 01/01/22

-: Not Stat-sig
Level Effect: Absolute Difference

CONFIDENTIAL

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|
| Control | 72.2M | 8.17M |
| Treatment | 72.2M | 8.18M |

| BR (110 cities) | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | 2.1 | 306.9 | - | 299.5 | 16.8 | 369.2 |
| p95_post_dispatch_eta | 8.1 | 781.6 | 3.1 | 752.2 | 22.6 | 864.6 |
| p99_post_dispatch_eta | 5.9 | 991.9 | 2.9 | 974.0 | 14.5 | 1042.2 |
| request_to_begin_sec_avg | 1.3 | 480.9 | - | 473.6 | 14.1 | 542.6 |
| completed/requests | -0.12% | 73.49% | - | 75.46% | -0.96% | 56.39% |
| unfulfilled/requests | - | 8.44% | - | 7.43% | 0.21% | 17.40% |
| rider_cancellation_perc | 0.09% | 16.02% | - | 15.18% | 0.72% | 23.26% |
| driver_cancellation_perc | - | 25.64% | - | 24.16% | 0.25% | 38.86% |

UBER_JCCP_MDL_001461771.0446

P-02873.00452

# BR parallel safety XP

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 51.4M | 5.85M | 16.2M | 1.85M |
| Treatment | 51.4M | 5.84M | 16.2M | 1.87M |

| BR (110 cities) | XL Cities (15 cities) | | | | | | L Cities (30 cities) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | 2.3 | 293.3 | - | 286.0 | 19.0 | 354.8 | 2.2 | 339.7 | 0.7 | 331.3 | 14.3 | 410.1 |
| p95_post_dispatch_eta | 17.1 | 698.1 | - | 628.8 | 55.4 | 860.2 | 11.3 | 813.1 | 3.1 | 748.2 | 30.5 | 966.6 |
| p99_post_dispatch_eta | 12.4 | 953.6 | 4.6 | 881.8 | 31.5 | 1122.7 | 7.0 | 1065.0 | 2.2 | 1021.1 | 18.6 | 1169.0 |
| request_to_begin_sec_avg | 1.4 | 473.5 | - | 465.9 | 15.8 | 536.2 | 1.2 | 501.6 | - | 493.9 | 10.8 | 566.4 |
| completed/requests | -0.14% | 76.69% | - | 78.48% | -1.07% | 61.23% | -0.09% | 69.39% | - | 71.88% | -0.84% | 47.84% |
| unfulfilled/requests | - | 6.34% | - | 5.44% | 0.17% | 14.23% | - | 11.90% | - | 10.48% | 0.29% | 24.60% |
| rider_cancellation_perc | 0.11% | 14.90% | - | 14.12% | 0.88% | 21.51% | 0.08% | 16.77% | - | 15.81% | 0.53% | 24.98% |
| driver_cancellation_perc | - | 25.56% | - | 24.00% | 0.28% | 38.84% | - | 24.58% | - | 23.30% | 0.22% | 37.42% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0447

# BR parallel safety XP

| Trip Distribution | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) | Day (6 AM - 11 PM) | Night (11 PM - 6 AM) |
|---|---|---|---|---|
| Control | 4.13M | 425k | 511k | 47.5k |
| Treatment | 4.12M | 425k | 508k | 46.8k |

| *BR (110 cities)* | *M Cities (30 cities)* | | | | | | *S Cities (35 cities)* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *All Day* | | *Day Time* | | *Night Time* | | *All Day* | | *Day Time* | | *Night Time* | |
| *Metric* | *Level effect* | *Baseline* | *Level effect* | *Baseline* | *Level effect* | *Baseline* | *Level effect* | *Baseline* | *Level effect* | *Baseline* | *Level effect* | *Baseline* |
| avg_post_dispatch_eta | **0.8** | 333.9 | - | 328.6 | **6.8** | 385.6 | - | 423.5 | - | 423.4 | - | 424.0 |
| p95_post_dispatch_eta | **4.0** | 776.2 | **3.1** | 758.7 | **6.5** | 821.1 | - | 806.7 | - | 826.5 | - | 699.5 |
| p99_post_dispatch_eta | - | 985.7 | - | 992.0 | - | 969.0 | - | 921.0 | - | 950.3 | - | 763.8 |
| request_to_begin_sec_avg | - | 480.4 | - | 476.1 | **6.8** | 523.6 | **6.9** | 583.8 | **6.3** | 581.9 | - | 612.6 |
| completed/requests | - | 54.08% | - | 56.50% | **-0.26%** | 30.39% | - | 35.41% | - | 37.04% | - | 16.89% |
| unfulfilled/requests | - | 20.43% | - | 19.45% | **0.38%** | 30.36% | - | 14.45% | - | 14.04% | - | 19.16% |
| rider_cancellation_perc | - | 23.44% | - | 22.07% | - | 36.84% | - | 47.95% | - | 46.80% | - | 60.93% |
| driver_cancellation_perc | - | 30.92% | - | 29.77% | - | 46.00% | - | 35.14% | - | 34.59% | - | 45.91% |

- : Not Stat-sig; Level Effect: Absolute Difference

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0448

P-02873.00454

# flpr config bug

- Found a bug in flpr config: XP in 7 cities stopped at some point

- All city XP configurations have been updated and are in the process of restarting

| City name | City ID | City Size | Dates XP was off |
|---|---|---|---|
| Baton Rouge | 274 | Medium | 2021-12-14 onwards |
| Asheville, NC | 345 | Medium | 2021-12-14 onwards |
| Lansing | 347 | Medium | 2021-12-14 onwards |
| Topeka | 251 | Small | 2021-12-14 onwards |
| Lawrence | 359 | Small | 2021-12-14 onwards |
| NYC Suburbs | 1541 | Extra Large | 2022-01-11 onwards |
| Central Oregon | 1587 | Small | 2022-01-12 onwards |



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0449

# S-RAD
# Leadership Update

# 11.05.2021

Uber

ATTORNEY-CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0450

# Summary

- <u>Safety XP update</u>: Launched parallel switchback across 306 cities (196 US/110 BR)

  - Launched dashboard

  - Need occasional adjustments to address over/under triggering

  - Holidays need special treatment. We'll not adjust thresholds if the model overtriggers

- <u>Nudges update:</u> Recommend leveraging SRAD score for nudges

- <u>2022 plan</u>: (1) Pause SASM/IPC model rollouts until ongoing XPs complete. (2) Launch Nudges XP in one market

- Future topics:

  - Parallel switchback: Ongoing safety & marketplace impact readout

  - IPC model deep dive

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0451

# Parallel switchback update

*Elva & Ben*

*(7 min)*

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0452

# New Dashboard

The new S-RAD dashboard was deployed recently to allow for better tracking of key metrics:

- Model Recall
- Trip and incident coverage
- Trigger Rates
- Balance of treatment/control in XP



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0453

# Metrics

**12.1%**
**Brazil SASM Recall**

**15.4%**
**Brazil Serious SASM Recall**

**16.6%**
**US SASM Recall**

**16.5%**
**US Serious SASM Recall**

**52.6%**
**Global SASM coverage**

**45.9%**
**Global Serious SASM coverage**

ATTORNEY-CLIENT PRIVILEGED

Note: October 2021 data

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0454

Slide 338 Notes

**model recall rate**: % trips with incidents that were flagged by S-RAD model
**trip & incident coverage**: we rolled out XP 100% in BR & US since Oct, S-RAD model is evaluating/covering 100% trips & 100% incidents there.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0455

# Actual Trigger rate (Rolling 7 days)

*Trip Trigger Rate = Trip Flagging Rate Based on Control. [Rolling 7 Days Trigger Rate]*



UBER_JCCP_MDL_001461771.0456

P-02873.00462

**Trip trigger rate**: % trips got flagged from total trips
The rolling 7-day smooths out the fluctuation of daily trigger rate.

# XP Balance Monitor

*Percentage of treatment groups by day of week, hour of day*

**Brazil**

**United States**

| Country | Balance |
|---------|---------|
| Brazil | 50.00% |
| US | 49.99% |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0458

P-02873.00464

**Slide 340 Notes**

Now that XP is running in a combined mode (standalone and parallel switchback), balance monitor is to see if # control and treatment groups are equal **overtime**.
We monitor the **balance** (pct of treatment group) by time of day, day of week.
so far good balance on a country level
More parallel switchbacks running in US than in BR lead to more volatility.

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0459

# Two tier alerting strategy for updating thresholds

- **Tier 1: Overall trigger rate alert**

  - Count the number of times the **overall 7 day rolling trigger rate** across all cities is 15% in either direction of the target trigger rate.

  - If 2 over/under triggering days within 14 days, **warn**

  - If 3 over/under triggering days within 14 days, **recompute and update all thresholds**

- **Tier 2: City-level trigger rate alert**

  - Current plan is to only monitor XL cities (smaller cities exhibit too much variability)

  - At the city level, count the number of times the overall 7 day rolling trigger rate is 25% in either direction of the target trigger rate

  - If 2 over/under triggering days within 14 days, warn

  - If 3 over/under triggering days within 14 days, recompute and update city's thresholds

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0460

# Trigger rate changes

- Alerting strategy has successfully identified 7 XL cities with deviating TRs, resulting in day/night threshold adjustments

    - 3 over triggering BR cities (Curitiba, Fortaleza, and Brasilia)

    - 3 under triggering US cities (Baltimore-Maryland, San Diego, New Jersey)

    - 2 over triggering US cities (Austin, San Diego)

- Country-level alert in US for under triggering resulted in all thresholds to be adjusted on 10/28/21

- Country-level alert in BR was active for 7 days starting on 10/12/21

    - Despite alert, all BR thresholds were not updated due to national holiday

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0461

# Handling Holidays

- Country-level alerting in BR starting on 10/15/21 highlights how holidays can have a pronounced and lasting impact on our metrics



TR ratio = Daily TR / Average DoW TR

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0462



# Handling Holidays - BR

Imputing anomalous daily TRs with historic averages produces more consistent alerting

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0463

# XP plan: Continue as normal during holidays

- Daily trigger rates will likely be elevated compared to day of week baselines

- We have the ability to isolate the impacts of holidays on our alerting metrics

- Observing SRAD behavior is important to build intuition for post XP rollout

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0464

# SRAD
# Nudges

*(8 min)*

ATTORNEY-CLIE

UBER_JCCP_MDL_001461771.0465

# Why SRAD Nudges?

## 0.4%
of Trips have SRAD score above
the threshold*

## These trips represent
## 5-7%
of SASM incidents*

These incidents have a higher frequency
of occurrence on leaked SRAD trips

- Soliciting Sexual Act
- Non-Consensual Touching - Non-Sexual
  Body Part
- Comments or Gestures
  - Asking personal questions
  - Staring or Leering
  - Explicit Comments
  - Comments About Appearance
- Flirting

**Hypothesis**: We can nudge the users just-in-time to deter these behaviors

ATTORNEY-CLIENT PRIVILEGED

*Data from SRAD XP in the US and BR
UBER_JCCP_MDL_001461771.0466

CONFIDENTIAL

# SIGNAL choices for nudges



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0467

Slide 348 Notes

After feedback, we reconsidered all types of models/signals we could use to send nudges. We understand that for Legal reasons having a user based model is the option with the highest risk, while environment model is the lowest.  However based on a) past Ops experiments sending messgaes focusing on environment only factors that didn't have encouraging/reliable results; and b) the confidence we have on our multiple feature models precision compared to only environmental factors, we believe that to really make a difference we need to take advantage of the models we already have built for the moment to reach more precision and experiment if nudges make a difference. After this, we'll be able to brainstorm more about which type of intervention is better based on the signal.

That is why we believe using SRAD signal is a good feature to combine with nudges for the XP.

**REDACTED - PRIVILEGED**

# REDACTED - PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0468

# We want to nudge the users just in time to reinforce good behavior

## A/B Experiment:

- **Risk trigger**: Trips with SRAD score higher than the threshold

- **Users**: drivers and riders

- **Content**: Messaging based on Behavioral Economics principles *[examples on next slide]*

- **Channel**: Push + Actionable alert for drivers (if we have eng bandwidth). Push for riders.

- **When**: "Arriving state"

- **Frequency:** **"N"** messages per week (month) (TBD) *[initial proposal: 1/day, 3/week]*

- **Where:** Mexico

---

**Umbrella Messaging:** every 6 weeks send message to all drivers and riders taking a trip in Mexico between 11pm - 5am

CONFIDENTIAL

Attorney-Client Privileged
UBER_JCCP_MDL_001461771.0469

Case 3:23-md-03084-CRB    Document 5257-36    Filed 02/17/26    Page 476 of 644

CONTENT JAM to be scheduled

| | 1st message<br>**Channel: Push**<br><br>*Behavioral Prescription, loss aversion* | 2nd message<br>**Channel: Actionable alert**<br><br>*Priming, Tools awareness* | 3rd message<br>**Channel: Push/Actionable alert**<br><br>*Priming* |
|---|---|---|---|
| **DRIVER & RIDER** | A pro tip for **higher star ratings**: Be polite and respect riders' (drivers') personal space. | Tools for your peace of mind: You can turn on **Follow My Ride** to let your loved ones know where you are during your trip. | Your safety is our priority: We investigate all safety incident reports, and cooperate with law enforcement when necessary |
| | A pro tip for **higher star ratings**: Be polite and respect riders' (drivers') personal space. | Tools for your peace of mind: You can now **record audio** in your app and send to Uber, if you are uncomfortable in your ride | |

**Plan is to cycle through several such messages to keep the drumbeat going.**
**Messages would likely be customized for each market**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0470

Slide 350 Notes

Safety Tip:
We recommend that drivers record audio and have others follow their rides

# Next steps

- Finalize content, channel and frequency

  - Jam with global and local legal, policy and comms teams

- Plan XP launch with regional Ops

- Configure actionable alerts and flow campaigns

- Leadership approval (Dec 2021)

- Launch XP (ETA Jan 2022)

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0472

# 2022
# H1
# Plan

*(10 min)*

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0473

# 2022 Approach

- Complete
  - Safety XPs in Brazil & US
  - IPC model development (H2'21)

- Launch
  - SRAD based Nudges XP in 1 market where S-RAD XP is not running (Mexico)

- Tentative
  - If Brazil XP succeeds, full roll out in Brazil. Explore expansion to LatAm.
  - If US XP succeeds, full roll out in US. Explore expansion to other developed countries.
  - If Nudges XP succeeds, explore testing in Brazil & US.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0474

# 2022 H1 projects

| Pri | Theme | Project | Description |
|---|---|---|---|
| P0 | Ready for full rollout | SASM Safety XP | Complete US & Brazil XPs |
| P0 | | Hold out infra | Hold-out strategy & infra for S-RAD |
| P0 | | Threshold management | Automate threshold generation |
| P0 | | SASM Model rollout | Full rollout of SASM model in Brazil and US **(if ongoing XP succeeds)** |
| P0 | Improve performance | features | **New batch features:** seasonality, bounce ride, ugraph, Mutombo failures, payment, id<br>**New realtime features:** recent cancellation behavior, recent incident history |
| P0 | Go Deep | Nudges - SRAD signal | Driver and Rider XP on High SRAD score trips + Periodic blast messages |
| P1 | | IPC Model | Launch IPC model in one market |
| P1 | | Beyond UberX | Expand to Low Cost trips in Brazil (8.24% SASM incidents) *[along with full rollout}*<br>Expand to UberXL in US (2.82% SASM incidents) |
| P1 | Expand geographically | LatAM | Marketplace XP in LatAm (after Brazil rollout) |

**Only after current XP succeeds**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0475



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0476

Slide 355 Notes

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

# Appendix

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0478

# S-RAD
# Leadership Update
## 09.16.2021

Uber

ATTORNEY CLIENT PRIVILEGED

CONFIDENTIAL

# Summary

- **Monitoring marketplace metrics will be a challenge with parallel switchback.**

    - Switchback frequency changed as a mitigation.

    - Tools & reporting cadence agreed to with regional Ops.

- **Parallel switchback in 25 cities across US & Brazil over triggered.**

    - We're trying to root-cause before we scale over the next two weeks.

- Future topics:

    - S-RAD nudges jam (slides in the appendix)

    - IPC model

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0480

# Marketplace metric monitoring

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0481

# Parallel switchbacks pose <u>marketplace impact reporting</u> challenges

No balance for S-RAD over two week period



Typical switchback schedule allows us to measure Treatment effects

Lack of balance doesn't allow us to measure treatment effects

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0482

P-02873.00488

# How do we monitor marketplace impact during long running safety experiment?

| Monitor | How it works |
|---|---|
| Real-time Trigger rate monitor | • If S-RAD triggers a lot higher than historically observed, raise alerts |
| Weekly Trigger rate monitor | • If S-RAD triggers higher than the target weekly trigger rate (+/- 0.1%) for 3 consecutive weeks, raise an alert. City specific guard-rails will be larger. |
| T&C balance monitor | • T&C balance monitor that can highlight what parts of the day/hour do not have balance b/w treatment and control for the lifetime of the safety XP |
| 4-week Marketplace Impact | • Rolling 4-week impact, reported bi-weekly<br>  ○ p99/p95/Avg post dispatch ETA, C/R, Acceptance Rate, Unfulfilled %, Rider cancel %, Driver cancel %<br>  ○ Report % night time trips in treatment vs control |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0483

# How will we handle alerts?

| Issue Type | Action |
|---|---|
| Transient Real-time alert | • DS/DA will debug and provide recommendations to avoid future alerts<br>• PM to share findings with Regional Ops and determine next steps |
| Recurring real-time trigger rate alert | • DS to recommend a threshold update to lower trigger rate |
| Trigger rate Beyond guardrails | • DS to recommend a threshold update to lower trigger rate |
| Marketplace metric degradation | • Regional Ops can recommend updating thresholds<br>• DS to define new thresholds<br>• Use RAPID to resolve any misalignment |

Uber

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

# Alert Response Team (Brazil)

**Decision to be made:**

Do we lower the trigger rate? Do we adjust/remove "N"?

**Response Team:**

| Recommend | Dharmin Parikh, Gorkem Ozkaya |
|---|---|
| Agree | Mike Akamine, Frank Chang |
| Perform | Gorkem Ozkaya, Giovani Demartini, Andre Hahn, Ben Marchi |
| Input | Wayne Zhang, Daniel Kolta, Giovani Demartini, Carolina Corral, Aldo Parra, Rafael Thosi |
| Decide | Gus Fuldner, George Gordon |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0485

P-02873.00491

# Alert Response Team (US)

## Decision to be made:

Do we lower the trigger rate? Do we adjust/remove "N"?

## Response Team:

| Recommend | Dharmin Parikh, Gorkem Ozkaya |
|---|---|
| Agree | Mike Akamine, Frank Chang |
| Perform | Gorkem Ozkaya, Giovani Demartini, Andre Hahn, Ben Marchi |
| Input | Wayne Zhang, Daniel Kolta, Giovani Demartini, Susan Muehrcke, Victor Brailoiu |
| Decide | Gus Fuldner, Dennis Cinelli |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0486

# Parallel switchback over-triggering

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0487

# US Safety XP - Parallel switchback over-triggered

### 10 cities, Target Trigger Rate 1.25%



US Trips Daily Trigger Rate

Trip Trigger Rate = Trip Flagging Rate Based on Control. [Daily Trigger Rate for Last 28 Days]

Last refresh: Sep 15, 2021, 4:55 PM POT

ATTORNEY-CLIENT PRIVILEGED

**Note**: Trigger rate monitor for parallel switchbacks was launched on Tuesday

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0488

# Brazil Safety XP - Parallel switchback over-triggered

## 15 cities, Target Trigger Rate 1.1%

**Brazil Trips Daily Trigger Rate**

Trip Trigger Rate = Trip Flagging Rate Based on Control. [Daily Trigger Rate for Last 28 Days]



Last refresh: Sep 15, 2021, 4:55 PM PDT

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0489

# Parallel switchbacks also pose trigger-rate measurement challenges

## Boston Trigger Rates

daily trigger rate and rolling 7-day trigger rate



- Thresholds determined based on 07-2021
- Graph shows an over-triggering in August/September 2021
- Shift is partly due to the imbalanced treatment/control sequence
- Switch frequency changed from **288** minutes to **96** minutes as a mitigation measure

**ATTORNEY-CLIENT PRIVILEGED**

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0490

**Slide 368 Notes**

The Boston example is added to illustrate the trigger rate measurement challenge

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0491

# Next steps

- Understand the causes behind trigger rate changes & determine process to update thresholds periodically

- Scale out the XP in **two tranches** over next two weeks (assuming trigger rates within bounds for the first tranche)



| | Sept 20th | Sept 27th | Oct 4th |
|---|---|---|---|
| Brazil | 50 cities | | +60 cities |
| US | 50 cities | | +146 cities |

ATTORNEY-CLIENT PRIVILEGED

# H2'21 Roadmap



CONFIDENTIAL

ATTORNEY-CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0493

**Slide 370 Notes**

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0494

# Appendix

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0495

# S-RAD Nudges

ATTORNEY-CLIE

UBER_JCCP_MDL_001461771.0496

# S-RAD experiments: Key Insights

- **S-RAD's Serious SASM recall is ~15%. However, it loses ~6-7% efficacy.**
  - ~6-7% of SASM incidents in Brazil and the U.S. occurred on dispatches with high S-RAD scores (even though S-RAD flagged such trips as risky, they were dispatched and an incident occurred)
- **~64-70%** of **serious SASM** incidents in the BR/U.S. experiment were **reported by riders.**
- Most frequent SASM issues:
  - Soliciting Sexual Act *(most frequent in Brazil)*
  - Non-Consensual Touching - Non-Sexual Body Part *(Most frequent Serious SASM in Brazil & US)*
  - Comments or Gestures *(most frequent in US)*
    - Asking personal questions
    - Staring or Leering
    - Explicit Comments
    - Comments About Appearance
  - Flirting

## Should we explore ways to reduce the efficacy loss?

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

*Data from SRAD XP in the US and BR
UBER_JCCP_MDL_001461771.0497

**Slide 373 Notes**

Still collecting data on driver/rider distribution of trips flagged per day, etc

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0498

# Opportunities



**Actions**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0499

**Slide 374 Notes**

Focus on the left side - still figuring out the right side

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0500

# Proposed Approach

| | | |
|---|---|---|
| **Option 1**<br>**Generic Nudges** | Send generic messages to riders and drivers on **trips with high score** | |
| **Option 2**<br>**Targeted Nudges** | Send targeted messages **on high score trips and based on salient features** (user has a previous SM incident, user has low ratings, etc.) | |
| **Option 3**<br>**Activate Safety Tools** | **Automatic opt-in of safety features** ("safe mode") messaging the users which features are / will be turned on. (e.g. You can activate audio recording and share both yours and your rider trip for extra safety. Button: "Yes, activate") | |

### Phase 1 - project's risk questions/concerns

- S-RAD nudges may pose a policy/comms/legal challenge

  - Alternative: Nudges on all night time trips regardless of S-RAD scores (10% of all trips → sustainable long term?)

- Are Nudges too soft to make an impact?

  - Alternative: Activate safety tools
  - Alternative: Hard filter + verification

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0501

**Slide 375 Notes**

Policy view: Concern is that if in the future, we have to disclose information on this, how we explain or justify we had the information that it was a high-risk trip but we still match it and we even send a nudge to those involved, and a very bad incident happened.  From my perspective, it will be how to explain that to the public, gov officials, etc.
Legal view:

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0502

# SRAD NUDGES: Generic Messages

## Phase 1 XP

ATTORNEY-CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0503

# Nudges XP: Key Questions

- When should we send a nudge?

- What channels should we use?

- How often can a user receive nudges?

- What would be the right content?

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

| | | |
|---|---|---|
| **Hypothesis** | If we send just-in-time **nudges** highlighting safety features and good behavior practices to users on dispatches with high S-RAD risk, we can encourage positive behavior in the platform, decreasing the SA/SM rate | Nudge theory is a concept in behavioral economics, political theory, and behavioral sciences that proposes positive reinforcement and indirect suggestions as ways to influence the behavior and decision-making of groups or individuals. |
| **Goal** | **Decrease SASM IR on High SRAD score trips** | |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0505

Slide 378 Notes

---

*"A nudge, as we will use the term, is any aspect of the choice architecture that alters people's behavior in a predictable way without forbidding any options or significantly changing their economic incentives. To count as a mere nudge, the intervention must be easy and cheap to avoid. Nudges are not mandates. Putting fruit at eye level counts as a nudge. Banning junk food does not " (Thaler, Richard, and Cass Sunstein (2008)*

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0506

## Driver accepts a trip
**Why not:**
- He might be already driving another person (consecutive dispatch)
- He might be in a hurry to check the map and go to the rider pick-up point

## En-route
**Why not:**
- If he is on the move it's not good to send something on his way to remove his attention from traffic

**Why yes:**
Can we use our technologies to send a message when we sense a breaks/stopped at a light?

## Arrived at pick-up
**Why not:**
- Lot going on at the pick-up. It might be overwhelming (looking for rider+parking+nudge)

**Why yes:**
- To take into account cancellations after acceptance this could be a good time
- He is stopped while he waits the rider

## Starts a trip
**Why not:**
- He would have to read while rider is already in the car waiting for him to move

## Driver is offline
**Why not:**
- We're trying to intervene real time/on that trip. If we send offline messages we'll be trying to educate the driver in the platform as a whole, which is not the goal of this experiment.

# What channels should we use?

## Push
**Why not:**
- Low reliability. We should combine with another channel

**Why yes:**
- Easy to configure
- Good message size
- Amplifies the chance driver will be impacted if we use +2 channels

## Carbon actionable alert
**Why yes:**
- We've never used this media before for safety
- It seems the most impactful (right on the driver's face/app)
- Amplifies the chance driver will be impacted if we use +2 different channels

## One-pager/Safety Check-up
**Why not:**
- Too complicated for a first experiment
- More friction to drivers
- It requires a hyperlink on app to open a one-pager, we don't want drivers spending a lot of time on this. We want short messages

## Voice Message
**Why not:**
- It's not built yet
- Riders may listen to it and car vibe can get weird

**Why yes:**
- Listening is easier than reading while driving/waiting for rider

CONFIDENTIAL
UBER_JCCP_MDL_001461771.0507

How often should a driver see a nudge?



| Every high-score trip | Cap n times a day | Cap n time a week |
|---|---|---|
| We're depending on trigger frequency data per driver to make this decision | We're depending on trigger frequency data per driver to make this decision | We're depending on trigger frequency data per driver to make this decision |

**What we really want to measure in the XP (drivers and riders)**

| Channel Message | Time message received | Content Message | Who gets the message |
|---|---|---|---|
| **Why not:** Multiple variables for this experiment, we need to focus on one only to measure its effectiveness. We'll explore the most simple channels first | **Why not:** Multiple variables for this experiment, we need to focus on one only to measure its effectiveness. After we know which messages work, we'll explore when the message is better received (better conversion time for drivers and riders) | **Why yes:** Given the purpose of the experiment is to find a message that will deliver exactly what we want to drivers and riders (disrupt motivation, disrupt the sense of ease with which the offender feels they can offend with positive messages), we;d like to play with different content | **Why not:** Multiple variables for this experiment, we need to focus on one only to measure its effectiveness. We'll try messaging booth given there is no predominant offender (reported against is ~50/50) |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0508

When should we send a nudge to riders?

| Right after driver match | En-route | On-trip | Home screen |
|---|---|---|---|
| **Why not:**<br>- Rider might request and go ahead do other things not interacting with phone (get ready, say goodbye) | **Why not:**<br>- Rider already gets lots of messages (ride info, etc)<br>**Why yes:**<br>Moments before pick-up we believe there is a higher chance the rider will pick-up the phone to check where the driver is and see the message, since he is expecting something from Uber | **Why not:**<br>- He might not open the Uber app after entered the car<br>**Why yes:**<br>-Rider is probably using the phone while on trip which increases the chance to see the message<br>-We generally impact riders less during the trip | **Why not:**<br>- We're trying to intervene real time/on that trip. If we send offline messages we'll be trying to educate the rider in the platform as a whole, which is not the goal of this experiment. |

## What channels should we use?

| Push | Ring | Email |
|---|---|---|
| **Why not:**<br>- Low reliability. We should combine with another channel<br>**Why yes:**<br>- Easy to configure<br>- Good message size<br>- Amplifies the chance rider will be impacted if we use +2 channels | **Why yes:**<br>- We have the capability of having a ring on-trip which is showing promise in experiments like ads and rider early lifecycle<br>- Amplifies the chance driver will be impacted if we use +2 different channels | **Why not:**<br>- Very low chance riders will see an email before or during their trip<br>- We need something more "in the rider's face" and in the moment |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0509

**How often should a rider see a nudge?**

| Every high-score trip | Cap n times a day | Cap n time a week |
|---|---|---|
| Riders frequency in the Uber app is much lower than driver's frequency. If they're impacted every high-score trip, there's a high chance it will be less than 1x/week. We're depending on trigger frequency data per rider to make this decision | We're depending on trigger frequency data per rider to make this decision | We're depending on trigger frequency data per rider to make this decision |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0510

# Principles of messaging

## Messaging Options

| Reciprocity Bias: responding to a positive action with another positive action. Create social norms and give salience to correct behaviors | Behavioral Prescription: provide clear set of guidelines for desired behaviour making it clear what is and isn't acceptable. |
| --- | --- |
| Power of Now: Focus on events today, as opposed to in the future. Give salience to negative outcomes of poor behavior. | Priming: Emphasise idea of being watched to prime good behaviour. Given salience to greater sense of risk in being caught |
| Authority Bias: When beliefs are swayed by authority, Anchor people to authority of the police, for example. | Availability Bias: people predict the probability of an event based on how easily it can be brought to mind. Dispel negative myths about non-reporting. |
| Anchoring: Look for a point of familiarity for decision-making. Anchor to potential worst outcomes of poor behaviour. | Loss aversion: Losses feel worse than gains feel good. Dial up what drivers stand to lose through poor behaviour (criminal charges, etc) |

*Behavioral Economics principles*

Given that  SRAD is a low precision model ("good actors" will also be receiving the nudge), we will uses **Reciprocity Bias** and **Behavioural Prescription** principles to guide our message content creation. We want:

- **Reinforce positive actions versus negative actions and consequences**
- **Empower users versus triggering fear**
- **Minimize  annoyance and friction**
- **Align the message with driver/rider goal in the platform** (e.g. driver wants more earnings/ratings/trips)
- **Focus on deterring the key SA/SM issue types identified in the model:**
  - Soliciting Sexual Act
  - Non-Consensual Touching
  - Asking personal questions
  - Staring or Leering
  - Explicit Comments
  - Comments About Appearance
  - Flirting

ATTORNEY-CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0511

P-02873.00517

We want:
Reinforce positive actions versus negative actions and consequences
Empower users versus triggering fear
Minimize friction & annoyance

# 1st Experiment - **Driver** Messages

- **Goal**: experiment with **message content** only to identify which type of message works best, Message content should: a) reinforce positive actions versus negative actions and consequences; b) empower users versus triggering fear; c)minimize friction & annoyance; d)align with driver's goal (nudge him to the right direction)
- **How:** 2 treatments: each one based on one behavioral economics principle
- **Channel:** Multiple touchpoints to increase impact (same channels for every treatment)
- **When:** en-route to pick-up when we identify a stop

| Treatment 1 - Behavioral prescription | Treatment 3 - Reciprocity Bias |
|---|---|
| **Channels:**<br>1st message:1 actionable alert<br>2nd message: 1 push<br>3rd message: 1 actionable alert<br><br>**Message type:**<br>• 3 different messages<br>• After receiving all 3 messages, drivers re-enter the cycle and start getting the messages again until the end of the XP | **Channels:**<br>1st message:1 actionable alert<br>2nd message: 1 push<br>3rd message: 1 actionable alert<br><br>**Message type:**<br>• 3 different messages<br>• After receiving all 3 messages, drivers re-enter the cycle and start getting the messages again until the end of the XP |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0513

| | Ingredients of the message | 1st message - Actionable alert | 2nd message - Push | 3rd message - Actionable alert |
|---|---|---|---|---|
| **Treatment 1** **Behavioral prescription** | Describe to drivers what is acceptable behavior in the platform (respect personal space, polite conversation) Describe to drivers safety tools that make the ride safer (turn on audio recording, share your trip, awareness on ride check, etc) | Keep up the high ratings you're receiving! Maintain your {4.9}  respecting riders personal space and having polite conversation | Audio Recording allows Uber to monitor all trips Riders and Drivers can turn the feature on for added safety (use any other tool) | Thank you for your {#trips} with Uber! Now riders and drivers can record the audio of the trip for extra safety! (button: Turn on audio) (use any other tool) |
| | | CONTENT IS NOT FINAL. COPYWRITER TEAM WILL RE-CREATE | | |
| **Treatment 2** **Reciprocity Bias** | Thank drivers for getting riders home safely;  make sure they feel appreciated Cater to their desire for higher ratings Cater their desire to be respected | Rider and driver safety is our priority. Thank you to all the drivers who respect riders and get them home safe at night. | 5 stars works both ways. Thank you for your hard work on getting {4.8}! | Something with tools |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0514

|  | Ingredients of the message | 1st message - Actionable alert | 2nd message - Push | 3rd message - Actionable alert |
|---|---|---|---|---|
| **Treatment 1 Behavioral prescription**: provide behavioural prescription around the desired behaviours to make it clear to drivers what is/isn't acceptable | Describe to drivers what is acceptable behavior in the platform (respect personal space, polite conversation)<br><br>Describe to drivers safety tools that make the ride safer (turn on audio recording, share your trip, awareness on ride check, etc) | Keep up the high ratings you're receiving! Maintain your {4.9} respecting riders personal space and having polite conversation | Thank you for your {#trips} with Uber! Our RideCheck technology live monitors a trip and intervenes when we identify possible unsafe situations | Trips can be shared live for safe monitoring. Share your trip and know that Uber works with the police in case there's need to identify and charge criminal behaviour. |
| **Treatment 3 Reciprocity Bias:** Engender feelings of reciprocity by thanking drivers for getting riders home safe at night and stating that rider/driver safety is important to Uber to encourage drivers to continue to do so. | Thank drivers for getting riders home safely; make sure they feel appreciated<br><br>Cater to their desire for higher ratings<br><br>Cater their desire to be respected | Rider and driver safety is our priority. Thank you to all the drivers who respect riders and get them home safe at night. | 5 stars works both ways. Thank you for your hard work on getting {4.8}! | Everyone can share their trip for live monitoring. (button: Share my trip) |

CONTENT IS NOT FINAL. COPYWRITER TEAM WILL RE-CREATE

Push notification                                        Actionable alert





CONFIDENTIAL

# 1st Experiment - **Rider** Messages

- **Goal**: experiment with **message content** only to identify which type of message works best, Message content should: a) reinforce positive actions versus negative actions and consequences; b) empower users versus triggering fear; c)minimize friction & annoyance;
- **How:** 2 treatments: each one based on one behavioral economics principle
- **Channel:** Multiple touchpoints to increase impact (same channels for every treatment)
- **When:** waiting with driver en-route and on-trip

| Treatment 1 - Behavioral prescription | Treatment 3 - Reciprocity Bias |
|---|---|
| **Channels**:<br>1st message:1 push<br>2nd message: 1 on-trip ring | **Channels**:<br>1st message:1 push<br>2nd message: 1 on-trip ring |
| **Message type:**<br>• 2 different messages<br>• After receiving all 2 messages, riders re-enter the cycle and start getting the messages again until the end of the XP | **Message type:**<br>• 2 different messages<br>• After receiving all 2 messages, riders re-enter the cycle and start getting the messages again until the end of the XP |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0517

|  | Ingredients of the message | 1st message - Push | 2nd message - On-trip ring |
|---|---|---|---|
| **Treatment 1 Behavioral prescription**: provide behavioural prription around the desired behaviours to make it clear to riders what is/isn't acceptable | Describe to riders what is acceptable behavior in the platform (respect personal space, polite conversation)

Describe to riders  safety tools that make the ride safer (turn on audio recording,  share your trip, awareness on ride check, etc) | Safety tips: Turn on audio recording and share your trip in the app. Peace of mind for you and your driver | Uber defines appropriate behavior as   respecting driver's personal space and having polite conversation

CONTENT IS NOT FINAL. COPYWRITER TEAM WILL RE-CREATE |
| **Treatment 3 Reciprocity Bias:** Engender feelings of reciprocity by thanking riders for respecting drivers and create empathy showing how hard a driver's job is to encourage rider to continue to be respectful | Leverage with riders to try to put them on driver's shoes understanding how hard drivers work to move people around, create empathy and that they're in this together

Cater to rider desire of safety | Drivers work really hard to get you home safe. This driver already helped more than {trip number} move.  Be respectful! | Thank you to all the riders who respect the hard-working drivers that help the them  move anytime |

Push notification

On-trip ring





CONFIDENTIAL

UBER_JCCP_MDL_001461771.0519

# Success metrics

- Reduce Incident rates by ~3-5 p.p. on high-score trips flagged by SRAD
  - SASM rate
  - Serious SASM rate

- Guardrail metric
  - No stat sig impact on rider and driver cancellation rates

# Where should we implement the experiment?

**Option A:** Add nudges XP to the current SRAD intervention in US and Brazil's cities
Cons:  experiment will take longer

**Option B:** Add nudges XP to a country where SRAD is not live and test Nudges alone.
Suggestion: a country in LatAm where the model is already trained for.
Cons: if we choose another region outside U.S. and LatAm, the model will have to be trained and it'll take longer

**Option C:** Add nudges XP to both SRAD and no SRAD cities

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0520

# S-RAD
# Leadership Update
## 08.06.2021

Uber

ATTORNEY CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0521

P-02873.00527

# Agenda

- Status summary
- US Marketplace test results
- Infra enhancements
- Parallel switchbacks
- Roadmap

- Backup slides
    - US Model (Features, P/R curve, Trigger rate/recall curve)
    - Brazil Model (Features, P/R curve, Trigger rate/recall curve, Safety Test progress)

Uber

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0522

# Summary

- **Conducted 3 marketplace tests in the US (gender agnostic model)**
  - Trigger rates 1.0% (Phase 6a) → 1.25% (Phase 6b) → 1.40% (Phase 6c)
  - *Key Decision*:  *Agree to launch safety test at 1.25% Trigger rate*

- **Resolving infrastructure challenges**
  - Score "caching" to accommodate increase in JIT streaming traffic. >**80% compute savings!**
  - Reviewing impact of PolySolve, JobBoard. Enhancing Data Model to automate XP analysis.

- **Started scaling parallel switchbacks**
  - Received Marketplace DS approval to scale. Testing in 25 cities
  - Targeting scale out to all cities (excl NY) by 09/01
  - *Discussion:*  *Do we need 95% confidence level or is 80% confidence okay?*

- S-RAD as a signal  - Very early stages
  - Use for SRAD nudges in PRD/UX/PoC phase
  - Use for ridecheck sensitivity

ATTORNEY-CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0523

# How S-RAD works



**Risk Assessment**

Assess risk of each plan

**Flagging**

*Plans* with scores *above threshold* are flagged

**Actioning**

*Soft-filtering:* Cost added to all flagged plans

*Least-N intervention:*
When all plans on a request are flagged, No cost added to least **25%** risky plans

**Matching**

Marketplace engine dispatches plans to optimize for overall market

Uber #standfor**safety**

ATTORNEY-CLIENT PRIVILEGED

# SRAD US

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0525

# US Launch Progress till date (post covid)

*Data in the following slides*

| Phases | 6a | 6b | 6c | 7 |
|---|---|---|---|---|
| Goal | Marketplace Test. Lock Trigger rates | | | Scale out Safety Test |
| Timeframe | May | June | July | Aug-Dec |
| **Overall Trigger Rate** **Day Time** **Night Time** | 1.00% 0.45% 3.65% | 1.25% 0.8% 3.6% | 1.40% 1.00% 3.80% | TBD |
| Least-N intervention | 25% | 25% | 25% | 25% |
| # cities | Total:29 XL: 2 L:2 M:2 S:23 | Total:32 XL:5 L:1 M:2 S:24 | Total:36 XL:6 L:2 M:3 S:25 | Most cities |

Uber

ATTORNEY-CLIENT PRIVILEGED

## Slide 397 Notes

Cities reference

UBER_JCCP_MDL_001461771.0527

# Phase 6a: No disparate impact on male/female cohorts, ethnicity cohorts

- No statistically significant disparities

- Sample size is (mostly) big enough to reject disparities that have practical meaning

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0528

# **Phase 6b Results**

**Slide 399 Notes**

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0530

# Phase **6b**: Driver cancellation rate within guardrails. No sig impact on ETAs or C/R.

- **1.25% Trip trigger rate**
  - 3.6% night time trigger rate
  - 0.8% day time trigger rate

| Trip Distribution | Control | Treatment |
|---|---|---|
| Night (11pm-05:59am) | 299k | 298k |
| Day (6am-10:59pm) | 1.35M | 1.35M |

| Phase 6b | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| **Metric** | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | - | 632.88 | - | 592.69 | - | 713.34 |
| p95_post_dispatch_eta | - | 1181.94 | - | 1126.11 | - | 1293.26 |
| p99_post_dispatch_eta | - | 1442.03 | - | 1402.89 | - | 1522.20 |
| request_to_begin_sec_avg | - | 732.79 | - | 699.57 | - | 799.78 |
| completed/requests | - | 85.75 | - | 87.85 | - | 77.16 |
| unfulfilled rate | - | 1.2 | - | 0.7 | - | 3.11 |
| rider_cancellation_perc | - | 10.97 | - | 9.68 | - | 16.39 |
| driver_cancellation_perc | - | 2.09 | - | 1.77 | 0.1 | 3.30 |

"**-**" means Not Stat-sig

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0531

Slide 400 Notes

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0532

# Phase **6b**: Some night time impact in XL cities. Some metrics improved*

| Phase 6b | XL Cities | | | | | | L Cities | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | - | 612.53 | - | 557.65 | 7.82 | 722.30 | 11.20 | 778.11 | - | 759.23 | - | 815.89 |
| p95_post_dispatch_eta | - | 1170.96 | - | 1088.00 | 15.71 | 1336.87 | - | 1406.54 | - | 1358.06 | - | 1503.51 |
| p99_post_dispatch_eta | - | 1441.02 | - | 1349.49 | -21.98 | 1621.75 | - | 1772.75 | - | 1703.87 | - | 1910.51 |
| request_to_begin_sec_avg | - | 741.53 | - | 691.41 | 7.41 | 843.03 | - | 843.47 | - | 834.21 | - | 861.97 |
| completed/requests | - | 87.72 | 0.57 | 89.66 | - | 80.17 | - | 77.80 | - | 80.31 | - | 69.47 |
| unfulfilled_perc | - | 0.66 | - | 0.29 | - | 2.15 | - | 1.69 | - | 1.23 | - | 3.21 |
| rider_cancellation_perc | - | 9.54 | -0.48 | 8.23 | - | 14.55 | - | 18.29 | - | 16.76 | - | 23.40 |
| driver_cancellation_perc | - | 2.10 | - | 1.83 | 0.16 | 3.13 | -0.12 | 2.19 | - | 1.71 | - | 3.82 |

*Can be result of false positive as two weeks is not enough power for city size segments

"-" means Not Stat-sig

CONFIDENTIAL

ATTORNEY-CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0533

**Slide 401 Notes**

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0534

# Phase **6b**: No sig impact in small & medium cities

| Phase 6b | M Cities | | | | | | S Cities | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | - | 660.95 | - | 613.55 | - | 755.76 | - | 628.53 | - | 591.19 | - | 703.72 |
| p95_post_dispatch_eta | - | 1240.01 | - | 1173.23 | - | 1372.76 | - | 1170.17 | - | 1120.45 | - | 1269.45 |
| p99_post_dispatch_eta | - | 1507.54 | - | 1432.02 | - | 1659.37 | - | 1423.16 | - | 1398.81 | - | 1474.15 |
| request_to_begin_sec_avg | - | 755.65 | - | 723.04 | - | 820.87 | - | 724.35 | - | 693.70 | - | 786.70 |
| completed/requests | - | 81.78 | - | 84.16 | - | 73.99 | - | 82.85 | - | 85.63 | - | 72.22 |
| unfulfilled_perc | - | 1.48 | - | 0.91 | - | 3.29 | - | 2.34 | - | 1.56 | - | 5.34 |
| rider_cancellation_perc | - | 14.45 | - | 13.08 | - | 18.92 | - | 12.78 | - | 11.17 | - | 18.91 |
| driver_cancellation_perc | - | 2.31 | - | 1.86 | - | 3.79 | - | 2.02 | - | 1.64 | - | 3.50 |

"-" means Not Stat-sig

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0535

Slide 402 Notes

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

# Phase 6c Results

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0537

# Phase 6c: Increase in driver cancellation rate (all day) at 1.4% TR. No C/R impact seen

- 1.4% overall trigger rate
  - 3.8% night time trigger rate
  - 1% day time trigger rate

- **No significant impact on Overall ETA/ rider cancellation rate**

| Trip Distribution | Control | Treatment |
|---|---|---|
| Night (11pm-05:59am) | 507k | 507k |
| Day  (6am-10:59pm) | 2.38M | 2.37M |

| Phase 6c | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | | 607.81 | | 576.35 | | 696.72 |
| p95_post_dispatch_eta | | 1139.15 | | 1095.39 | | 1262.22 |
| p99_post_dispatch_eta | | 1393.35 | | 1354.57 | | 1500.08 |
| request_to_begin_sec_avg | | 694.14 | | 669.09 | | 765.38 |
| completed/requests | | 0.84618 | | 85.88% | | 76.60% |
| rider_cancellation_perc | | 12.45% | | 11.68% | | 17.32% |
| driver_cancellation_perc** | 0.03% | 2.07% | 0.03% | 1.80% | | 3.70% |

** No specific pattern seen in driver cancellation reasons

"-" means Not Stat-sig

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0538

## Slide 404 Notes

Dashboard
Overall MX Notebook
Segment MX Notebook
Cancellation reasons

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0539

Pre-read

1.4% Trigger rate

# Phase 6c: Increase in driver cancellation rates in L cities, with some C/R impact

| Phase 6c | XL Cities | | | | | | L Cities | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| avg_post_dispatch_eta | | 576.66 | | 537.96 | 12.55 | 684.63 | | 790.60 | | 787.37 | | 802.04 |
| p95_post_dispatch_eta | 9.58 | 1149.85 | 7.60 | 1083.52 | | 1335.36 | | 1417.57 | | 1378.71 | | 1514.38 |
| p99_post_dispatch_eta | -8.51 | 1455.42 | | 1381.40 | | 1663.59 | | 1730.02 | | 1662.32 | | 1916.20 |
| request_to_begin_sec_avg | 3.43 | 683.65 | | 654.25 | 12.23 | 765.06 | | 845.14 | | 846.88 | -13.76 | 840.36 |
| completed/requests | | 84.26% | | 85.60% | | 75.51% | -0.23% | 80.58% | | 81.14% | | 77.60% |
| unfulfilled_perc | | 0.85% | | 0.58% | | 2.63% | | 0.87% | | 0.83% | | 1.01% |
| rider_cancellation_perc | | 12.86% | | 12.04% | | 18.34% | | 16.13% | | 15.87% | | 17.52% |
| driver_cancellation_perc | 0.03% | 2.01% | 0.04% | 1.77% | | 3.52% | 0.10% | 2.43% | | 2.16% | | 3.87% |

ATTORNEY-(
PRIVILEGED

Caveats: Behaviour can be result of false positive as two weeks is not enough power for city size segments

"-" means Not Stat-sig

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0540

**Slide 405 Notes**

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0541

1.4% Trigger rate

# Phase 6c: High unfulfilled rate impact in med/small cities; No other metric impacted

| Phase 6c | M Cities | | | | | | S Cities | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline |
| avg_post_dispatch_eta | | 465.35 | -4.99 | 428.60 | | 566.39 | | 617.66 | | 585.69 | | 706.90 |
| p95_post_dispatch_eta | | 964.24 | | 902.85 | | 1133.07 | | 1135.53 | | 1097.38 | | 1240.12 |
| p99_post_dispatch_eta | | 1272.91 | | 1219.68 | | 1418.83 | | 1365.81 | | 1340.01 | | 1438.36 |
| request_to_begin_sec_avg | | 583.76 | | 554.15 | | 664.68 | | 698.13 | | 671.67 | | 771.64 |
| completed/requests | | 90.10% | | 91.46% | | 83.82% | | 85.94% | | 87.77% | | 74.74% |
| unfulfilled_perc** | 0.09% | 0.27% | 0.06% | 0.19% | | 0.65% | | 1.28% | | 0.86% | 0.33% | 3.87% |
| rider_cancellation_perc | | 7.59% | | 6.75% | | 11.51% | | 10.75% | | 9.65% | | 17.50% |
| driver_cancellation_perc | | 2.02% | | 1.58% | | 4.03% | | 2.04% | | 1.73% | | 3.91% |

"-" means Not Stat-sig

ATTORNEY-CLIENT PRIVILEGED

**Caveats:
- Behaviour can be result of false positive as two weeks is not enough power for city size segments

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0542

P-02873.00548

**Slide 406 Notes**

Dashboard
Overall MX Notebook
Segment MX Notebook
Medium cities: Austin, Columbus, Cincinnati

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0543

# How can we explain impact on unfulfilled?

1.4% Trigger rate



Demand sessions / supply hours

Supply hours

Demand sessions

Fri Jul 16 12:00 AM · 12:00 PM · Sat Jul 17 12:00 AM · 12:00 PM · Sun Jul 18 12:00 AM · 12:00 PM · Mon Jul 19 12:00 AM · 12:00 PM · 9:00 AM

*Real time data for Columbus

- **XPs were run for a small number of medium cities** and a short amount of time, making it hard to identify real marketplace impact

- Spikes in unfulfilled driven by late night, high demand periods

- During these periods supply appears inelastic

- These high demand periods are sporadic and transient

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0544

P-02873.00550

**Need leadership input**

# Decision: What should the trigger rate be for the long running Safety Test?

*recommendation*

|  | Option #1<br>1.25% | Option #2<br>1.4% | Option #3<br>1.4% (XL/L)<br>1.25% (M/S) |
|---|---|---|---|
| **Pros** | - Minimal marketplace impact | - Higher daytime safety impact | - Higher daytime impact in XL/L cities |
| **Cons** | - Leaves daytime safety impact on the table | - Unfulfilled rate in M/S cities is concerning<br>- Slight impact on driver cancellation rate and C/R in L cities | - Slight impact on driver cancellation rate (+1%) and C/R (-0.2%) in L |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0545

P-02873.00551

# Infrastructure enhancements

ATTORNEY-CLIE

CONFIDENTIAL

# Infra/operational challenges & mitigation

1. Increased load generated from JIT Streaming
   - ~1.7x volume increase since April
   - Performance pressure added to all layers in the stack
   - Bottlenecks were hit and capacity had to be increased
   - Turned off shadow scoring in Brazil

   *Caching solution for S-RAD scores*

2. Marketplace products rollouts
   - PolySolve - Optimizations for ETA vs GB
   - JobBoards - Drivers can choose from top N offers

   *Enhancing analytics data models to evaluate any impact on S-RAD*

3. Slow experiment data processing 1-2 weeks

   *Automation to reduce to 1-2 days*

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0547

# Caching

- Model is executed only on the 1st time a driver is evaluated for a job
- The decision (flag vs not flag) is cached for subsequent scans



- Savings of $400k / year in capacity cost for US+BR
  - Up to $1M / year when scaled globally

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0548

# Data Model updates

- Experiments Data Processing is automated now.
  - The time to set up dashboard and perform stat sig analysis post-experiment is **1-2 days** now compared to **1-2 weeks** before

- Upstream Marketplace changes are incorporated into data models, with full backfill.

- New Data Model built to enable the team for deeper analytics on PAU(persistent actioned users) and parallel switchbacks.

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0549

# Scaling parallel switchbacks

ATTORNEY-CLIE

CONFIDENTIAL

# Parallel Switchback (Recap + some changes)

- Maintains balance for primary switchbacks
  - Automatically adjusts when changes occur to primary switchbacks
  - Avoids disturbing the balance of the other XP as promised
  - Edge cases carefully considered

- Start phase determined based on a metric that maximizes balance for S-RAD
  - Chooses the initial phase (treatment vs. control) in a way to optimize historical balance

- Switches to standalone mode when no parallel switchback running
  - Re-balances every 7 days

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0551

# Automated 10 out of 12 scenarios



Uber

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0552

# Automation: Scenarios 5-8

| | | | | | Primary switchback | | | | | S-RAD in parallel mode | | | | | S-RAD in standalone mode | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**#5: Extended twice by N{=1,2,3}, M={1, 7} days**

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary XP | XP1 started | | XP1 extended by 3 days | | | | | | | | XP1 extended by 7 days | | | | | | | | | | | | | | | | | |
| S-RAD | Reset sequence | | | | | | | | | | | | | | Identical sequence | | | | | | | | | | | | | |

**#6: S-RAD bug**

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary XP | XP1 | | | | | | | | | | | | | | XP2 | | | | | | | | | | | | | |
| S-RAD | Reset sequence | | | | Bug found in S-RAD. Continue till End of XP1 | | | | | | | | | | Disable | | | | | | | | | | | | | |

**#7: S-RAD configuration change (e.g. trigger rate)**

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary XP | XP1 | | | | | | | | | | | | | | XP2 | | | | | | | | | | | | | |
| S-RAD | Reset sequence | | | | Want to increase trigger rate, but hold | | | | | | | | | | Increased trigger rate | | | | | | | | | | | | | |

**#8: 4-week primary XP**

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary XP | XP1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| S-RAD | S | R | A | D (switches schedule 2 weeks) | | | | | | | | | | | | | | | | | | | | | | | | |

*manual*

*manual*

Uber

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0553

Pre-read

# Automation: Scenarios 9-12



ATTORNEY-CLIENT PRIVILEGED

Uber

CONFIDENTIAL

# Path to scaling parallel switchbacks

- Need MX approval to scale and run in parallel with other ongoing switchbacks **(Done - 7/13)**

- Battle test MVP
    - Need 30 days with 30 cities to increase confidence **(Launched in 25 cities - 7/20)**
    - Fix any issues we see in the next 30 days

- **Gradually scale out to other US & Brazil cities  (Goal: 9/01)**
    - **Pending Ops alignment**

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

**Need leadership input**

# What confidence level do we need to achieve? Does 80% work?

**Brazil**

| MDE | confidence level | months |
|---|---|---|
| 0.05 | 95% | 11.7 |
| 0.05 | 90% | 8.5 |
| 0.05 | 85% | 6.7 |
| 0.05 | 80% | 5.4 |
| 0.085 | 95% | 4.1 |
| 0.085 | 90% | 3.0 |
| 0.085 | 85% | 2.3 |
| 0.085 | 80% | 1.9 |

**US**

| MDE | confidence level | months |
|---|---|---|
| 0.05 | 95% | 13.4 |
| 0.05 | 90% | 9.7 |
| 0.05 | 85% | 7.6 |
| 0.05 | 80% | 6.1 |
| 0.085 | 95% | 4.6 |
| 0.085 | 90% | 3.4 |
| 0.085 | 85% | 2.6 |
| 0.085 | 80% | 2.1 |

Serious SASM rate: 3.75 per million
TRIP/DAY = 3.6 M
2.8 months effectively completed in
tranches 7a -> 7f

Serious SASM rate: 6.85 per million
TRIP/DAY = 1.8 M

Uber

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0556

Slide 419 Notes

**Assuming parallel switchback framework is fully rolled out in both countries**

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0557



Slide 420 Notes

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

# SRAD Brazil

ATTORNEY-CLIE

CONFIDENTIAL

Pre-read

# Brazil Launch Progress till date

Completed Phases

Scheduled Phases

|  | 5 | 6 | 7a | 7b | 7c | 7d | 7e |  | Parallel |
|---|---|---|---|---|---|---|---|---|---|
| Events |  |  |  |  | Carnival | Covid | Covid | Covid + mkpl changes |  |
| Dates |  | 10.16-10.30 | 12.03-12.17 | 01.06-01.20 |  | 02.26-03.12 | 04.01-04.14 |  | Aug- |
| Overall Trigger Rate Day Time Night Time | 0.9 % N/A N/A | 0.58% 0.26% 4.53% | 1.2% 0.4% 9.7% | 1.3% 0.6% 9.4% |  | 1.1% 0.6% 8.9% | 1.1% 0.6% 9.0% |  | 1.1% 0.6% 9.0% |
| Least-N intervention | 0 | 3 | 1 | 1 |  | max(1,25%) | max{1,25%} |  | max(1,25%) |
| Cities |  | 54 | 54 | 62 |  | 51 | 57 |  | all |

Uber

CONFIDENTIAL

ATTORNEY-CLIENT PRIVILEGED

*City size mix is different across tranches

UBER_JCCP_MDL_001461771.0561

P-02873.00567

**Slide 422 Notes**

**7a impact: -12.2%** Serious SASM rate, **-11.5%** SASM rate
7b impact: **-17.09%** Serious SASM rate, **-4.1%** SASM rate

UBER_JCCP_MDL_001461771.0562

# Phase 7a-7e cumulative safety impact [Ex Phase 7c]

## 8 weeks

| Safety Impact*** | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day 6am-10:59pm | Night 11pm-5:59am |
| Serious SA/SM rate (per mil trips) | -5.2% $4.39 \rightarrow 4.16$ $308 \rightarrow 289$ | -5.1% $3.31 \rightarrow 3.14$ | -5.6% $22.53 \rightarrow 21.27$ |
| Overall SA/SM rate (per mil trips) | -4.8% $20.15 \rightarrow 19.18$ $1413 \rightarrow 1334$ | -1.6% $16.22 \rightarrow 15.96$ | -14.9% $86.07 \rightarrow 73.28$ |

| Incident Type | IR Efficacy Loss*** |
|---|---|
| Serious SA/SM efficacy loss | 7% |
| Overall SA/SM efficacy loss | 5% |

| Trip Distribution | Control | Treatment |
|---|---|---|
| Night (11pm-05:59am) | 5.9M | 5.9M |
| Day (6am-10:59pm) | 76.2M | 75.6M |

| Trip Distribution | Control | Treatment |
|---|---|---|
| Extra Large | 51.0M | 50.7M |
| Large | 19.7M | 19.5M |
| Medium | 8.7M | 8.7M |
| Small | 2.7M | 2.7M |

**Caveats:**
- Excluding Phase-7c due to carnival
- Cities across phases are different

***Results are not statistically significant

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0563

Slide 423 Notes

Efficacy loss includes -
- Incidents occurring on trips that were flagged by S-RAD, but dispatched by the marketplace engine
- Incidents occurring on trips that had least risky intervention

Treatment Recall
query

# Backup

- Weekly slides
- US Model (Features, P/R curve, Trigger rate/recall curve)
- Brazil Model (Features, P/R curve, Trigger rate/recall curve, Safety Test progress)

Uber

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0565

# H2'21 Weekly Slides

# H1'21 Weekly Slides



Uber

CONFIDENTIAL

ATTORNEY-CLIENT PRIVILEGED

UBER_JCCP_MDL_001461771.0566

P-02873.00572

# S-RAD US
# model details

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0567

P-02873.00573

# Completed feature pruning exercise towards robustness



Model Candidate After Pruning = Original Model
(-) Driver Cancellation Rate Feature
(-) Client Signup DOW Feature
(-) Client Signup Hour Feature
(-) Device Battery Level Feature
(-) Wifi Connected Feature
(-) Geohash7 Features

| @1.26% TR | % precision | % recall |
|---|---|---|
| Before Pruning | 0.008695% | 18.40% |
| After Pruning | 0.008645% | 18.27% |

CONFIDENTIAL

# Removing 8 features



Model Candidate After Pruning =
Original Model
(-) Driver Cancellation Rate Feature
(-) Client Signup DOW Feature
(-) Client Signup Hour Feature
(-) Device Battery Level Feature
(-) Wifi Connected Feature
(-) Geohash7 Features

| @1.26% TR | % precision | % recall |
|---|---|---|
| Before Pruning | 0.008695% | 18.40% |
| After Pruning | 0.008645% | 18.27% |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0569

# Gender agnostic model features

### Driver + Rider Gender

driver_rider_different_gender

### Trip Context

geohash6_latenight_trip_rate_6mo
geohash6_client_1star_rate_6mo
geohash6_driver_cancellation_rate_6mo
geohash6_log_trip_count_6mo
geohash6_trip_count_6mo
geohash6_cash_trip_rate_6mo
geohash7_bar_count
geohash7_restaurant_count
geohash7_client_1star_rate_6mo
geohash7_driver_cancellation_rate_6mo
trip_global_product_name
trip_sub_region
trip_hour_local
trip_dow_local
city_trip_count_6mo
is_pool_matched
wifi_connected
device_data_battery_level
trip_country_id

### Driver + Rider Safety History

driver_sexual_rate_driver_ao_total
driver_bliss_l1234_rate_all_ao
driver_ipc_incident_rate_driver_ao

client_bliss_l1234_rate_all_ao_total
client_bliss_l1234_count_all_ao_total

### Environment safety history

geohash6_flack_ipc_rate_all_ao_6mo
geohash6_jira_sexual_rate_all_ao_6mo
geohash7_flack_ipc_rate_all_ao_6mo
city_sexual_assault_l1234_rate_6mo
trip_dow_hour_sexual_assault_l1234_rate_6mo

### Driver + Rider Ratings

driver_1star_rate_given
driver_1star_rate_received
client_1star_rate_given
client_1star_rate_received
driver_2star_rate_given
driver_2star_rate_received
client_2star_rate_given
client_2star_rate_received

### Driver + Rider Trip History

log_driver_lifetime_trip_count
log_driver_trip_duration_seconds_sum_total
driver_canceled_on_rate_total
driver_cancellation_rate_total
driver_latenight_request_rate_total
driver_trip_duration_seconds_sum_total
driver_weekend_request_rate_total

log_client_ltd_completed_count
client_cancellation_rate_total
client_canceled_on_rate_total
client_latenight_request_rate_total
client_weekend_request_rate_total
client_request_to_begin_distance_miles_sum_total
client_avg_ata
client_days_since_signup
client_confirmed_mobile
client_cash_rate
client_first_token_type
client_signup_dow
client_signup_hour
client_trip_completion_rate

Link to full list of features
**Model development is still active and feature list may change

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0570

1.25% Trigger rate

# Opportunity to increase recall during 8-11PM



- **Current Setting:**
  - Day Time: 6AM-10:59PM
  - Night Time: 11PM-5:59AM

- 10-11PM has relatively higher incident rate compared to other day time hours, but 8-9pm covers majority of day time incidents

\*Data Considering 6b thresholds extended to a month

UBER_JCCP_MDL_001461771.0571

**Slide 430 Notes**

https://docs.google.com/spreadsheets/d/1tKv854yzXLRz425MUGvuYM97Cpa4uCP7P_kt1XCRfc0/edit#gid=2047250088

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0572

Case 3:23-md-03084-CRB    Document 5257-36    Filed 02/17/26    Page 579 of 644

1.25% Trigger rate

# Increasing Threshold Boundary Covers More Trips from 8-11PM

Cumulative Hourly Day Trips by Score



- By Increasing threshold boundary, will cover more trips from 8-11 PM as during that hour scores are relatively higher compared to other hours

*Data Considering 6b thresholds extended to a month

UBER_JCCP_MDL_001461771.0573

## Slide 431 Notes

https://docs.google.com/spreadsheets/d/1tKv854yzXLRz425MUGvuYM97Cpa4uCP7P_kt1XCRfc0/edit#gid=2019657465

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0574

# 8-11PM Incident Coverage by Day Trigger Rate

1.25% Trigger rate

8-11PM Recall by Day Time Trip Trigger Rate



| 8-11PM % of incidents coverage | |
|---|---|
| SA/SM | 23.1% (60) |
| Serious SA/SM | 33% (11) |

- Current day time trigger rate is 0.8%

*Data Considering 6b thresholds extended to a month

UBER_JCCP_MDL_001461771.0575

**Slide 432 Notes**

https://docs.google.com/spreadsheets/d/1tKv854yzXLRz425MUGvuYM97Cpa4uCP7P_kt1XCRfc0/edit#gid=89382982

CONFIDENTIAL

# Keeping Day Trigger Rate <1% will have minimal impact on trips with <=3 plans available



Liquidity by Day Time Trigger Rate

— perc_cumulative_trips_1_plan_unflagged    — perc_cumulative_trips_2_plan_unflagged    — perc_cumulative_trips_3_plan_unflagged
— perc_cumulative_trips

Day Trip Trigger Rate

*Data Considering 6b thresholds extended to a month

CONFIDENTIAL

Slide 433 Notes

https://docs.google.com/spreadsheets/d/1tKv854yzXLRz425MUGvuYM97Cpa4uCP7P_kt1XCRfc0/edit#gid=89382982

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0578

# No Major Directional Delta ETA Impact for Scores >= 0.76

Day Time Score v/s P95 Delta ETA v/s Avg Plans in Last Scan



- Delta ETA is approximately same for scores>0.76.
- ** Delta ETA is only added for directional purposes and value is not comparable to actual ETA impact

*Data Considering 6b

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0579

Slide 434 Notes

https://docs.google.com/spreadsheets/d/1tKv854yzXLRz425MUGvuYM97Cpa4uCP7P_kt1XCRfc0/edit#gid=930657519

Phase 6a

# <u>Phase 6a</u>: Minimal marketplace impact observed

- **Night trips were ~10.7% of all trips**

- 96 min switch time with 1% trigger rate

- 3.7% night time trigger rate, 0.4% day time trigger rate

- No significant impact on rider cancellation rate

| Trip Distribution | Control | Treatment |
|---|---|---|
| Night (11pm-05:59am) | 519k | 516k |
| Day (6am-10:59pm) | 2.47M | 2.47M |

| Phase 6a | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| **Metric** | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| **Avg_post_dispatch_eta** | 4.06 | 684.31 | Not sig | 662.19 | Not sig | 744.38 |
| **p95_post_dispatch_eta** | 7.45 | 1244.58 | Not sig | 1218.01 | 19.59 | 1317.91 |
| **p99_post_dispatch_eta** | Not sig | 1534.54 | Not sig | 1527.10 | Not sig | 1554.81 |
| request_to_begin_sec_avg | Not sig | 778.39 | Not sig | 755.59 | Not sig | 839.70 |
| **completed/requests** | Not sig | 79.43 | Not sig | 81.51 | Not sig | 66.65 |
| **rider_cancellation_perc** | Not sig | 13.87 | Not sig | 12.83 | Not sig | 20.35 |
| driver_cancellation_perc | -0.02 | 1.98 | Not sig | 1.76 | -0.09 | 3.34 |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0581

Slide 435 Notes

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0582

Phase 6a

# Phase 6a: Metrics well within guardrails in XL/L cities

- 15s night time p95 post dispatch ETA impact on 1193s baseline (XL cities)
- +33s night time p95 post dispatch ETA impact on a 1407s baseline (large cities)

| Phase 6a | XL Cities | | | | | | L Cities | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline |
| avg_post_dispatch_eta | 5.00 | 495.56 | Not sig | 472.85 | 7.82 | 558.02 | Not sig | 674.70 | Not sig | 642.47 | 11.62 | 763.34 |
| p95_post_dispatch_eta | 9.05 | 1042.45 | Not sig | 987.40 | 15.71 | 1193.86 | Not sig | 1266.71 | Not sig | 1215.39 | 33.25 | 1407.86 |
| p99_post_dispatch_eta | Not sig | 1337.18 | Not sig | 1283.28 | -21.98 | 1482.77 | Not sig | 1585.14 | Not sig | 1498.94 | Not sig | 1825.18 |
| request_to_begin_sec_avg | 4.14 | 653.74 | Not sig | 637.60 | 7.41 | 698.13 | Not sig | 799.41 | Not sig | 769.31 | Not sig | 882.20 |
| completed/requests | Not sig | 78.15 | Not sig | 80.14 | Not sig | 66.80 | Not sig | 81.15 | Not sig | 84.10 | Not sig | 63.40 |
| unfulfilled_perc | Not sig | 6.18 | Not sig | 5.34 | Not sig | 10.96 | Not sig | 2.42 | Not sig | 1.10 | Not sig | 9.73 |
| rider_cancellation_perc | 0.14 | 13.66 | Not sig | 12.73 | Not sig | 19.26 | Not sig | 14.67 | Not sig | 13.01 | Not sig | 23.38 |
| driver_cancellation_perc | Not sig | 1.93 | Not sig | 1.77 | Not sig | 2.99 | -0.05 | 2.02 | Not sig | 1.75 | -0.26 | 3.48 |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0583

**Slide 436 Notes**

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0584

Phase 6a

# S/M cities: metrics well within guardrails

- No stat sig impact on p99 post dispatch ETA, C/R, unfulfilled %, rider cancellation rate, driver cancellation rate
- +44s night time p95 post dispatch ETA impact on a 1280s baseline (medium cities)

| Phase 6a | M Cities | | | | | | S Cities | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline |
| avg_post_dispatch_eta | Not sig | 572.08 | Not sig | 525.08 | Not sig | 702.80 | Not sig | 711.33 | Not sig | 692.47 | Not sig | 763.27 |
| p95_post_dispatch_eta | 19.93 | 1078.39 | Not sig | 1004.96 | 44.27 | 1280.30 | 6.43 | 1275.92 | Not sig | 1257.05 | Not sig | 1325.12 |
| p99_post_dispatch_eta | Not sig | 1367.95 | Not sig | 1279.79 | Not sig | 1608.46 | Not sig | 1561.59 | Not sig | 1571.40 | Not sig | 1533.14 |
| request_to_begin_sec_avg | Not sig | 675.20 | Not sig | 638.75 | Not sig | 777.00 | Not sig | 795.83 | Not sig | 774.97 | Not sig | 853.84 |
| completed/requests | Not sig | 88.65 | Not sig | 89.98 | Not sig | 81.47 | Not sig | 79.34 | Not sig | 81.49 | Not sig | 66.49 |
| unfulfilled_perc | Not sig | 0.23 | Not sig | 0.18 | Not sig | 0.48 | Not sig | 3.45 | Not sig | 2.82 | Not sig | 7.26 |
| rider_cancellation_perc | Not sig | 9.20 | Not sig | 8.30 | Not sig | 14.04 | Not sig | 15.02 | Not sig | 13.89 | Not sig | 21.94 |
| driver_cancellation_perc | Not sig | 1.92 | Not sig | 1.54 | Not sig | 4.01 | -0.07 | 2.16 | Not sig | 1.80 | Not sig | 4.34 |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0585

**Slide 437 Notes**

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0586

# Guardrail metrics (US)

- Need stat sig results to raise alerts. Likely to occur after two weeks of XP.

| | Metrics & Thresholds (grouped by XL/L/M/S city sizes) | Actions |
|---|---|---|
| | Δ Night time completed/requests > -5%<br>Δ Night time rider cancellation rate > +5%<br>Δ Unfulfilled rate > +3%<br>Δ p99 Night time ETA > 5% | • Email stakeholders<br>• DS/DA Investigation<br>• Determine next steps |
| | Δ Night time completed/requests > -10%<br>Δ Night time rider cancellation rate > +10%<br>Δ Unfulfilled rate > +5%<br>Δ p99 Night time ETA > 10% | • Call RAPID team meeting to evaluate lowering trigger rate in one or more cities |

Uber

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

# No disparate impact on male/female cohorts, ethnicity cohorts

- No statistically significant disparities

- Sample size is (mostly) big enough to reject disparities that have practical meaning

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0588

# No stat sig disparities in Driver Earnings
## May 1 - May 15

## Driver Earnings



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0589

# No stat sig disparities in Driver Earnings

May 1 - May 15

## Driver Earnings

## Weekend Nights



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0590

# No stat sig disparities in Completed Trips
## May 1 - May 15

## Completed Trips



CONFIDENTIAL

P-02873.00597

UBER_JCCP_MDL_001461771.0591

# No stat sig disparities in Utilization

May 1 - May 15

## Utilization



# No stat sig disparities in 1-star trips

May 1 - May 15

**One-Star Trips**

**(to Riders)**



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0593

# No stat sig disparities in ETAs

## May 1 - May 15

**ETAs**



# No stat sig disparities in p90 ETAs

May 1 - May 15

**P90 ETAs**



UBER_JCCP_MDL_001461771.0595

P-02873.00601

# No stat sig disparities in 1-star trips
## May 1 - May 15

**One-Star Trips**

**(to Drivers)**



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0596

# S-RAD Brazil
# model details

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0597

# <u>Brazil</u> model updated with new features

## Driver + Rider Gender

driver_rider_different_gender

## Trip Context

geohash6_cash_trip_rate_6mo
geohash6_latenight_trip_rate_6mo
geohash6_log_trip_count_6mo
trip_country_id
trip_dow_local
trip_global_product_name
trip_sub_region
trip_hour_local

## Environment safety history

geohash6_flack_ipc_rate_all_ao_6mo
city_sexual_assault_l1234_rate_6mo

## Driver + Rider Safety History

client_bliss_l1234_count_all_ao_total
client_bliss_l1234_rate_all_ao_total
**client_ipc_incident_count_rider_ao**
**client_sexual_count_rider_ao**
**client_ipc_incident_count_driver_ao**
**client_sexual_count_driver_ao**

driver_bliss_l1234_rate_all_ao
driver_ipc_incident_rate_driver_ao
driver_sexual_rate_driver_ao_total

## Driver + Rider Ratings

client_1star_rate_from_opposite_gender
client_1star_rate_to_opposite_gender
driver_1star_rate_from_opposite_gender
driver_1star_rate_to_opposite_gender
client_1star_rate_total
driver_1star_rate_total
**client_2star_rate_total**
**client_2star_given_rate_total**
**driver_2star_rate_total**
**driver_2star_given_rate_total**

## Driver + Rider Trip History

log_driver_lifetime_trip_count
log_driver_trip_duration_seconds_sum_total
driver_canceled_on_rate_total
driver_cancellation_rate_total
driver_latenight_request_rate_total
driver_weekend_request_rate_total

log_client_ltd_completed_count
client_cancellation_rate_total
client_canceled_on_rate_total
client_latenight_request_rate_total
client_weekend_request_rate_total
client_cash_rate
client_first_token_type
client_signup_dow
client_signup_hour
client_trip_completion_rate

ATTORNEY-CLIENT PRIVILEGED

Link to full list of features
**Model development is still active and feature list may change

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0598

# Adding more features increased recall from 15.95% to 17.13% @1.25% trigger rate

 

ATTORNEY-CLIENT PRIVILEGED

Evaluated on 2020/12/01 to 2021/03/31 trips
All cities (all UberX trips excl treatment group)
Trained on  2017/12 to 2020/10 trips

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0599

# Phase 7e: Trip Volume Imbalance Between Week 1 v/s 2 led to 3.7% less trips in treatment vs control



## Slide 451 Notes

notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0601

**Pre-read**

# Brazil Launch Progress till date

| Completed Phases |
| --- |
| Scheduled Phases |

|  | 5 | 6 | 7a | 7b | 7c | 7d | 7e |  | Parallel |
|---|---|---|---|---|---|---|---|---|---|
| **Events** |  |  |  |  | Carnival | Covid | Covid | Covid + mkpl changes |  |
| **Dates** |  | 10.16-10.30 | 12.03-12.17 | 01.06-01.20 |  | 02.26-03.12 | 04.01-04.14 |  | Aug- |
| **Overall Trigger Rate**<br>**Day Time**<br>**Night Time** | 0.9%<br>N/A<br>N/A | 0.58%<br>0.26%<br>4.53% | 1.2%<br>0.4%<br>9.7% | 1.3%<br>0.6%<br>9.4% |  | 1.1%<br>0.6%<br>8.9% | 1.1%<br>0.6%<br>9.0% |  | 1.1%<br>0.6%<br>9.0% |
| **Least-N intervention** | 0 | 3 | 1 | 1 |  | max(1,25%) | max{1,25%} |  | max(1,25%) |
| **Cities** |  | 54 | 54 | 62 |  | 51 | 57 |  | all |

**Uber**

CONFIDENTIAL

ATTORNEY-CLIENT PRIVILEGED

*City size mix is different across tranches

UBER_JCCP_MDL_001461771.0602

P-02873.00608

Slide 452 Notes

**7a impact: -12.2%** Serious SASM rate, **-11.5%** SASM rate
7b impact: **-17.09%** Serious SASM rate, **-4.1%** SASM rate

CONFIDENTIAL

# Phase 7a-7e cumulative safety impact [Ex Phase 7c]

## 8 weeks

| Safety Impact*** | Time of Day | | |
|---|---|---|---|
| Incident Type | Overall | Day 6am-10:59pm | Night 11pm-5:59am |
| Serious SA/SM rate (per mil trips) | -5.2% $4.39 \rightarrow 4.16$ $308 \rightarrow 289$ | -5.1% $3.31 \rightarrow 3.14$ | -5.6% $22.53 \rightarrow 21.27$ |
| Overall SA/SM rate (per mil trips) | -4.8% $20.15 \rightarrow 19.18$ $1413 \rightarrow 1334$ | -1.6% $16.22 \rightarrow 15.96$ | -14.9% $86.07 \rightarrow 73.28$ |

| Incident Type | IR Efficacy Loss*** |
|---|---|
| Serious SA/SM efficacy loss | 7% |
| Overall SA/SM efficacy loss | 5% |

| Trip Distribution | Control | Treatment |
|---|---|---|
| Night (11pm-05:59am) | 5.9M | 5.9M |
| Day  (6am-10:59pm) | 76.2M | 75.6M |

| Trip Distribution | Control | Treatment |
|---|---|---|
| Extra Large | 51.0M | 50.7M |
| Large | 19.7M | 19.5M |
| Medium | 8.7M | 8.7M |
| Small | 2.7M | 2.7M |

Caveats:
- Excluding Phase-7c due to carnival
- Cities across phases are different

***Results are not statistically significant

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0604

Slide 453 Notes

Efficacy loss includes -
- Incidents occurring on trips that were flagged by S-RAD, but dispatched by the marketplace engine
- Incidents occurring on trips that had least risky intervention

Treatment Recall
query

# Phase 7e - Overall Marketplace Impact

| Trip Distribution | Control | Treatment |
|---|---|---|
| Night (11pm-05:59am) | 747k | 736k |
| Day (6am-10:59pm) | 12.9M | 12.4M |

- **Night trips were ~5.4% of all trips**

- No significant impact on rider cancellation rate compared to previous phases

- ETA Impacted by week 1 and week 2 overall trip unbalance

| Phase 7e | All Day | | Day Time | | Night time | |
|---|---|---|---|---|---|---|
| **Metric** | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| **Avg_post_dispatch_eta** | 2.8 | 269.1 | -4.5 | 227.1 | 14.4 | 332.15 |
| **p95_post_dispatch_eta** | 6.8 | 626.1 | -8.4 | 530.3 | 29.7 | 769.9 |
| **p99_post_dispatch_eta** | 6.6 | 878.1 | -5.4 | 794.4 | 24.3 | 1003.7 |
| request_to_begin_sec_avg | 2.2 | 425.1 | -4.3 | 385.3 | 12.9 | 484.8 |
| **completed/requests** | - | 87.5 | Not sig | 86.9 | -0.869 | 86.2 |
| **rider_cancellation_perc** | - | 9.6 | Not sig | 9.5 | 0.645 | 9.99 |
| driver_cancellation_perc | - | 1.6 | Not sig | 1.66 | Not sig | 1.37 |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0606

Slide 454 Notes

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0607

# Phase 7e - XL/L cities

| Phase 7e | XL Cities | | | | | | L Cities | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline |
| avg_post_dispatch_eta | 10.5 | 242.2 | Not sig | 211.6 | 27.4 | 288.2 | 3.90789 | 262.8 | -5.9595 | 222.2 | 20.1 | 323.7 |
| p95_post_dispatch_eta | 24.1 | 531.1 | Not sig | 456.9 | 62.1 | 6422.2 | 8.45137 | 609.8 | -9.9341 | 516.3 | 37.2 | 7501 |
| p99_post_dispatch_eta | 23.6 | 750.9 | Not sig | 657.8 | 57.9 | 890.6 | 8.20897 | 875.1 | Not sig | 799 | 32.7 | 989.25 |
| request_to_begin_sec_avg | 5.4 | 414.4 | Not sig | 386.1 | 16.04 | 456.7 | Not sig | 419.7 | -7.2956 | 380.9 | 17.00 | 477.8 |
| completed/requests | -0.27 | 88.2 | Not sig | 88.2 | -0.83 | 88 | Not sig | 84.8 | Not sig | 85.1 | -0.898 | 83.1 |
| unfulfilled_perc | 0.088 | 1.28 | Not sig | 1.22 | 0.217 | 1.47 | Not sig | 3.15 | Not sig | 2.976 | Not sig | 3.71 |
| rider_cancellation_perc | 0.189 | 9.0 | Not sig | 8.97 | 0.622 | 8.99 | Not sig | 10.26 | -0.22 | 10.1 | 0.577 | 10.82 |
| driver_cancellation_perc | Not sig | 1.49 | Not sig | 1.56 | Not sig | 1.25 | Not sig | 1.76 | Not sig | 1.823 | Not sig | 1.55 |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0608

**Slide 455 Notes**

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0609

# Phase 7e - S/M cities

| Phase 7e | M Cities | | | | | | S Cities | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Day | | Day Time | | Night Time | | All Day | | Day Time | | Night Time | |
| Metric | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline | Impact | Baseline |
| avg_post_dispatch_eta | Not sig | 280.8 | -4.5 | 231.6 | 10.3 | 354.5 | Not sig | 281.4 | -4.6 | 238.7 | Not sig | 345.4 |
| p95_post_dispatch_eta | Not sig | 667.4 | -11.8 | 559.6 | 25.1 | 829.2 | Not sig | 661.9 | Not sig | 563.1 | Not sig | 810.1 |
| p99_post_dispatch_eta | Not sig | 931.1 | Not sig | 846.9 | Not sig | 1057.4 | Not sig | 902.6 | Not sig | 815.4 | Not sig | 1033.3 |
| request_to_begin_sec_avg | Not sig | 430.6 | -4.1 | 381.8 | Not sig | 502.9 | Not sig | 433.5 | Not sig | 395.2 | 12.2851 | 490.9 |
| completed/requests | Not sig | 84.9 | Not sig | 85.1 | -0.863 | 83.8 | Not sig | 82.1 | 0.568 | 83.1 | -1.256 | 79.2 |
| unfulfilled_perc | Not sig | 2.9 | Not sig | 2.8 | Not sig | 3.1 | Not sig | 4.4 | Not sig | 4.1 | 0.431 | 5.1 |
| rider_cancellation_perc | Not sig | 10.6 | Not sig | 10.2 | 0.921 | 11.6 | Not sig | 11.6 | -0.313 | 10.9 | 0.807 | 14.1 |
| driver_cancellation_perc | Not sig | 1.6 | Not sig | 1.7 | Not sig | 1.4 | Not sig | 1.8 | Not sig | 1.9 | Not sig | 1.6 |

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0610

**Slide 456 Notes**

Dashboard
Overall MX Notebook
Segment MX Notebook

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0611

# LR-Max(1,25%) Impact

**1.10%**  *of trips were affected due to S-RAD*

**0.3%**  *of trips had all supply plans flagged. S-RAD offered Least Risky plan to marketplace engine.*

**0.28%**  *of trips had a Least Risky plan dispatched*

**0.02%**  *of trips, the engine ignored Least Risky plan and dispatched an actioned plan*

**Directional**  *impact observed on SASM rate and s-rad average risk score*

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0612

P-02873.00618

**Slide 457 Notes**

<u>Analysis</u>

# +1.9 pp Cancellation Rate Difference

## - Considering Trips with All Plans Flagged

① More unflagged plans equals lower impact

② +1.9 pp difference in cancellation rates between treatment and control when **all plans flagged** compared to +8 pp difference observed in Phase-7b,

　Phase-7e impacted by lockdowns / Less XL cities/ Least-risky intervention changes



Percentage Cancellations by Un-flagged Plans

plans_unflagged

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0614

P-02873.00620

## Slide 458 Notes

<u>Analysis</u>

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0615

# LR Intervention details

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0616

# Parallel Switchback details

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0617

# Parallel switchbacks

ATTORNEY-CLIE

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0618

# Graveyard

ATTORNEY-CLIE

CONFIDENTIAL

# Other ongoing activities

- Building a PoC for SRAD nudges
- Deepdive into past XP data
  - persistently actioned users
  - incidents on high score trips (to inform SRAD Nudges)
- Data model extensions
  - parallel switchbacks, Job Boards, persistently actioned users
- Kicking off IPC model development (LatAm, US)

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0620

# Monitoring Daily Status



**Safety Parallel Switchbacks** <no-reply@uber.com>
to me, gorkem, safety-marketplace-eng

**Parallel switchback status report.**

There are currently **25 parallel experiments** set-up.
Of these, **0 are scheduled to start** and **0 are ending soon**.
**7 are running in standalone mode, 18 in parallel mode and 0 are currently disabled.**

In the cities where parallel experiments are set-up, there are **16 experiments running and 0 scheduled to start.**

**Parallel experiments status:**
Experiment: srad_parallel_switchback_porto_alegre. Start time (local time): 2021-07-22T11:12:00. End time (local time): 2021-10-14T11:12:00.
Experiment: srad_parallel_switchback_manaus. Start time (local time): 2021-07-21T11:12:00. End time (local time): 2021-10-13T11:12:00.
Experiment: srad_parallel_switchback_nashville. Start time (local time): 2021-07-24T04:48:00. End time (local time): 2021-10-15T04:48:00.
Experiment: srad_parallel_switchback_ribeirao_preto. Start time (local time): 2021-07-21T11:12:00. End time (local time): 2021-10-13T11:12:00.
Experiment: srad_parallel_switchback_rio_de_janeiro. Start time (local time): 2021-07-22T11:12:00. End time (local time): 2021-10-14T11:12:00.
Experiment: srad_parallel_switchback_belo_horizonte. Start time (local time): 2021-07-22T11:12:00. End time (local time): 2021-10-14T11:12:00.
Experiment: srad_parallel_switchback_honolulu. Start time (local time): 2021-07-23T19:12:00. End time (local time): 2021-10-15T19:12:00.
Experiment: srad_parallel_switchback_raleigh. Start time (local time): 2021-07-24T09:36:00. End time (local time): 2021-10-16T09:36:00.
Experiment: srad_parallel_switchback_tampa. Start time (local time): 2021-07-24T04:48:00. End time (local time): 2021-10-15T04:48:00.
Experiment: srad_parallel_switchback_baltimore. Start time (local time): 2021-07-24T04:48:00. End time (local time): 2021-10-15T04:48:00.
Experiment: srad_parallel_switchback_cincinnati. Start time (local time): 2021-07-23T19:12:00. End time (local time): 2021-10-15T19:12:00.
Experiment: srad_parallel_switchback_florianopolis. Start time (local time): 2021-07-22T11:12:00. End time (local time): 2021-10-14T11:12:00.
Experiment: srad_parallel_switchback_kansas_city. Start time (local time): 2021-07-24T04:48:00. End time (local time): 2021-10-15T04:48:00.
Experiment: srad_parallel_switchback_sorocaba. Start time (local time): 2021-07-21T11:12:00. End time (local time): 2021-10-13T11:12:00.
Experiment: srad_parallel_switchback_recife. Start time (local time): 2021-07-22T11:12:00. End time (local time): 2021-10-14T11:12:00.
Experiment: srad_parallel_switchback_boston. Start time (local time): 2021-07-24T04:48:00. End time (local time): 2021-10-15T04:48:00.
Experiment: srad_parallel_switchback_curitiba. Start time (local time): 2021-07-21T11:12:00. End time (local time): 2021-10-13T11:12:00.
Experiment: srad_parallel_switchback_belem. Start time (local time): 2021-07-22T11:12:00. End time (local time): 2021-10-14T11:12:00.
Experiment: srad_parallel_switchback_goiania. Start time (local time): 2021-07-22T11:12:00. End time (local time): 2021-10-14T11:12:00.
Experiment: srad_parallel_switchback_campinas. Start time (local time): 2021-07-22T11:12:00. End time (local time): 2021-10-14T11:12:00.
Experiment: srad_parallel_switchback_brasilia. Start time (local time): 2021-07-22T11:12:00. End time (local time): 2021-10-14T11:12:00.
Experiment: srad_parallel_switchback_jacksonville. Start time (local time): 2021-07-24T09:36:00. End time (local time): 2021-10-16T09:36:00.

UBER_JCCP_MDL_001461771.0621

# Tracking every schedule change

[Parallel switchbacks] Experiments changed in Fortaleza  ▷  Inbox ×



**Safety Parallel Switchbacks** <no-reply@uber.com>
to me, gorkem, safety-marketplace-eng ▾

Parallel switchback experiment in **Fortaleza** has been updated to reflect the experiment changes.

Link to the parallel experiment
**Previous scheduled resets:**
Start Phase: treatment, Time (local time): 2021-07-22T11:12:00, Reason: experiment_begin, Experiment: srad_parallel_switchback_fortaleza, Schedule type: standalone
Start Phase: treatment, Time (local time): 2021-07-28T20:48:00, Reason: experiment_begin, Experiment: additive_laminor_latam_set1, Schedule type: parallel
Start Phase: treatment, Time (local time): 2021-08-11T20:48:00, Reason: experiment_end, Experiment: additive_laminor_latam_set1, Schedule type: standalone
Start Phase: disabled, Time (local time): 2021-10-14T11:12:00, Reason: experiment_end, Experiment: srad_parallel_switchback_fortaleza

**New scheduled resets:**
Start Phase: treatment, Time (local time): 2021-07-22T11:12:00, Reason: experiment_begin, Experiment: srad_parallel_switchback_fortaleza, Schedule type: standalone
Start Phase: treatment, Time (local time): 2021-07-28T20:48:00, Reason: experiment_begin, Experiment: additive_laminor_latam_set1, Schedule type: parallel
Start Phase: treatment, Time (local time): 2021-08-12T20:48:00, Reason: experiment_end, Experiment: additive_laminor_latam_set1, Schedule type: standalone
Start Phase: disabled, Time (local time): 2021-10-14T11:12:00, Reason: experiment_end, Experiment: srad_parallel_switchback_fortaleza

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0622

# Current list of cities (As of July 29)

| Brazil (15) |
| --- |
| Aracaju |
| Goiania |
| porto alegre |
| ribeirao preto |
| fortaleza |
| sorocaba |
| campinas |
| belo horizonte |
| rio de janeiro |
| brasilia |
| curitiba |
| sao jose dos campos |
| florianopolis |
| belem |
| manaus |

| US (10) |
| --- |
| Boston |
| Cincinnati |
| Honolulu |
| Jacksonville |
| Raleigh-Durham |
| Kansas City |
| Detroit |
| Baltimore-Maryland |
| Nashville |
| Tampa Bay |

ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0623



# H1'21 Roadmap

Slide 467 Notes

https://docs.google.com/presentation/d/19Sf917H6hwFixdWdOIpY_-GuKpjKeI3lI0XiNc_SQks/edit#slide=id.gdd02d22cfd_0_2

# Nudges will rotate through a set of messages to riders & drivers on flagged trips



ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

User flow details for setting up vs turning on various tools are in the backup (here)

Slide 468 Notes

The How?

Priming - what is priming and what are we seeking to achieve with priming messages?
**Priming**
Presenting someone with a communication that prepares them to be more receptive to a particular point of view or take a specific action.

**Tactic**
Emphasize idea of being watched to prime good behavior. Given salience to greater sense of risk in being caught.

What messages are we using here?

Explain Audio recording

Explain Follow my Ride

Explain Ride Check

1.   Behavioral prescription - what is that and what are we trying to achieve with those types of messages?

**Behavioral Prescription**
Articulation of recommended action(s) to be taken by specific people under appropriate circumstances.

**Tactic**

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0627

Provide clear set of guidelines for desired behavior, making it clear what is and isn't acceptable.

What messages are we using here>
5-Star Rating

Explain 5-star rating - checklists work (evidence? )

2.    Reciprocity
Once they know that they are being watched and what is good behavior/good actions, let's push the user to feel that their positive action can lead to a great good/collective of positive actions.

**Reciprocity**
People feel an obligation to do something for someone who's done something for them.

**Tactic**
Respond to a positive action with another positive action. Create social norms and give salience to correct behaviors.

Screenshot thanks to simulating trip on: https://studio.uberinternal.com/simulator

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0628

# Nudges will rotate through a set of messages to riders & drivers on flagged trips



| **Audio Recording** | **Follow My Ride** | **RideCheck** | **5-Star Rating** | **Safety tip on Respect** |
|---|---|---|---|---|
| If Audio recording is already setup, riders/earners can start the recording with 2 taps. | Earner is displayed the contact previously selected in the Settings to share trip with. | Riders/Earners can learn more about RideCheck triggers on the landing page | Motivate good behavior by tying it to ratings | Reinforcing specific positive actions to encourage a sense of social norm when using the app. |

ATTORNEY-CLIENT PRIVILEGED

User flow details for setting up vs turning on various tools are in the backup (here)

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0629

The How?

Priming - what is priming and what are we seeking to achieve with priming messages?
**Priming**
Presenting someone with a communication that prepares them to be more receptive to a particular point of view or take a specific action.

**Tactic**
Emphasize idea of being watched to prime good behavior. Given salience to greater sense of risk in being caught.

What messages are we using here?

Explain Audio recording

Explain Follow my Ride

Explain Ride Check

1.    Behavioral prescription - what is that and what are we trying to achieve with those types of messages?

**Behavioral Prescription**
Articulation of recommended action(s) to be taken by specific people under appropriate circumstances.

**Tactic**

CONFIDENTIAL

Slide 469 Notes (Continued)

Provide clear set of guidelines for desired behavior, making it clear what is and isn't acceptable.

What messages are we using here>
5-Star Rating

Explain 5-star rating - checklists work (evidence? )

2.    Reciprocity
Once they know that they are being watched and what is good behavior/good actions, let's push the user to feel that their positive action can lead to a great good/collective of positive actions.

**Reciprocity**
People feel an obligation to do something for someone who's done something for them.

**Tactic**
Respond to a positive action with another positive action. Create social norms and give salience to correct behaviors.

Screenshot thanks to simulating trip on: https://studio.uberinternal.com/simulator

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0631

## Market Context (today)

Overview: S-RAD will be rolled out in xx cities in the US and yy cities in Brazil by end-May

When we first launched the xp, we communicated the xp in US to x, y, z groups and in BR to a, b c groups

In US: Based on feedback from stakeholders, we took several actions, such as a, b, c, among other in order to meet the minimum launch requirements.

Furthermore, we excluded gender from US,

In BR: We included gender in BR. Today, the public discussions regarding ethics behind algorithms are ...

**REDACTED - PRIVILEGED**

## Approach, Strategy & Tactics

| Initiative | Description | Rationale / Objective(s) | Operational details |
|---|---|---|---|
| Any preventative work? | [tbc] | If we delay doing this work, it will create inevitable risk [tbc] | [tbc] |
| Any preemptive work for Brazil only? | | | |
| Small scale outreach | Reach out to 2019/2020 sessions (Upturn, NYU Law, NNEDV, RALIANCE) | Maintain relationship | Hold event Share ORCAA paper? |
| Messaging on Privacy Policy, What Moves Us | Updating 2 main sites that serve purpose of.... | Drivers report disconnect w/ Uber | Update sections a and b |
| Academic work on demographic measurement | Continue working with Professor Max Bazerman on.... | Builds credibility in the industry | |
| Policy/Comms FAQ | | If information leaks to press | |
| ORCAA memo | | | |
| Ethics memo | | | |

☐ Preventative   ☐ Preemptive / proactive   ☐ Reactionary

1 Put first footnote here
2 Put second footnote here

SOURCE: put source of cited data here

470

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0632

## Market Context (today)

We expect that in 1-2 years time, after product having been rolled out and being so effective, we may want to communicate publicly.

We also expect that engagements with newer academic stakeholders/researchers may want to go public as well with their papers.

Potential leak may have occurred by this time period

Public debate regarding the ethics of algorithms will have become heightened, so public response will be industry standard

## Approach, Strategy & Tactics

| Initiative | Description | Rationale / Objective(s) | Operational details |
|---|---|---|---|
| Any preventative work? | [tbc] | If we delay doing this work, it will create inevitable risk [tbc] | [tbc] |
| Large scale outreach | Reach out to State AGs, ACLU Racial Justice Project) | Out of respect | tbc |
| Peer Reviewed Analysis | Academic paper conducted by a renown professor/researcher | Build trust & credibility | tbc |
| Any reactive work? | | | |

1 Put first footnote here
2 Put second footnote here

☐ Preventative   ☐ Preemptive / proactive   ☐ Reactionary

SOURCE: put source of cited data here

471

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0633

# Comms Strategy: Questions



What are the best ML/AI venues to talk about SRAD?

What academic journal is the right fit?

When is the right time to talk about SRAD in its entirety?

What would a leak actually show?

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0634

P-02873.00640



Slide 473 Notes

Could we look into accelerating the roadmap? India/ANZ/MEA in H1..

Essentially anything that legal/policy framework allows and we see good recall, we launch marketplace XPs in H1.

Should we assume that we are not going to have a safety xp in rest of world?
Can we assume retrained models will work and just use holdout for model performance?

Do TL;DR
Talk about risks alongside the timeline

1.  Show this schedule today.
2.  Opportunity to compress timeline
    a.  Show risks
    b.  Show tradeoffs where we can compress
    c.  Call out EU transparency - pushing up comms plan (ie academic paper)

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0636

# Downranking Global Expansion Roadmap



CONFIDENTIAL

UBER_JCCP_MDL_001461771.0637

P-02873.00643

A/C Privileged & Confidential

# Strategy for S-RAD Downranking Global Expansion

## Expansion Goals

- Focus specifically on serious SA/SM incident prevention

- Mobility only

- Increase S-RAD coverage globally

## Expansion Criteria

- Model readiness:
  - Train Regional/Global models with decent performance
    - Alignment on Features included
    - Gender inference
  - Run XPs to validate 1) negligible Marketplace impact; 2)Robust safety impact

- PLC alignment:
  - Evaluate feasibility and risks
  - Assess Fairness results

- Operation availability:
  - Reserve city capacities for XP and launch
  - Check for multiple safety marketplace products live

## Expansion Plan (Mobility)

P0: LatAm in H2 2022
- ➢ Latam Model is ready; running Marketplace XP
- ➢ PLC approved
- ➢ Eng solution to operate multiple models in the same location

P1: EMEA&India in 2023
- ➢ Building a Global model in H2 2022
- ➢ Scoping requirements with PLC; Lower risk
- ➢ To create XP and operation plans

P2: EU in 2024
- ➢ Pending on the Global model
- ➢ To be scoped with PLC; high risk: Academic paper* as a

CONFIDENTIAL

UBER_JCCP_MDL_001461771.0638

P-02873.00644