# UBER_JCCP_MDL_001779263

## Metadata

| | | |
|---|---|---|
| **Account** | sachin.kansal@uber.com; | SEMANTIC |
| **All Custodians** | Kansal, Sachin; | SEMANTIC |
| **All Paths** | Kansal, Sachin: \EDISCO-25926_GMAIL4\EDISCO-25926_GMAIL4-9.zip\EDISCO-25926_GMAIL4--sachin.kansal@uber.com-tXVJfm.mbox; Kansal, Sachin: \EDISCO-25926_GMAIL4\EDISCO-25926_GMAIL4-9.zip\EDISCO-25926_GMAIL4--sachin.kansal@uber.com-tXVJfm.mbox | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001779263 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 03/01/2021 7:20 pm | SEMANTIC |
| **Date Modified** | 03/01/2021 7:20 pm | SEMANTIC |
| **Document Type** | Email | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001779267 | SEMANTIC |
| **File Path** | \EDISCO-25926_GMAIL4\EDISCO-25926_GMAIL4-9.zip\EDISCO-25926_GMAIL4--sachin.kansal@uber.com-tXVJfm.mbox | SEMANTIC |
| **File Size** | 49145 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_001779263;UBER_JCCP_MDL_001779264;UBER_JCCP_MDL_001779265;UBER_JCCP_MDL_001779266;UBER_JCCP_MDL_001779267 | SEMANTIC |
| **ILS Document Date** | 03/01/2021 | SEMANTIC |
| **ILS Prod Date** | 12/31/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL052 | SEMANTIC |
| **Other Custodians** | Kansal, Sachin; | SEMANTIC |
| **Primary Date** | 03/01/2021 7:20 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL052; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 03/01/2021 7:20 pm | SEMANTIC |

P-02953.00001



Trial Exhibit No.
**P-02953**

Message

| | |
|---|---|
| **From**: | Calvin Yoon [calvinyoon@uber.com] |
| **Sent**: | 3/1/2021 7:20:17 PM |
| **To**: | Sachin Kansal [sachin.kansal@uber.com]; haas@uber.com |
| **CC**: | Akankshu Dhawan [akankshu@uber.com]; Natasha Weaser [nweaser@uber.com]; Jacob Sevart [jsevart@uber.com]; Misha Bosin [misha@uber.com]; Peter Photinos [p.p@uber.com]; Cameron Gilmore [camg@uber.com] |
| **Subject**: | Re: Ridechecks |

+Rachel Haas

Hi Sachin,

Our initial jam ideas are consolidated in this deck (link). We'll set up a time for you, the working group, and Rachel to review and jam on these ideas (slides 6-9).

As a reminder, we started by reviewing past incidents where RideCheck did trigger but bad actors weren't dissuaded. We've come up with preventative, "in the moment," and escalation ideas to combat these situations. One of the end goals of this exercise is to identify opportunities for us to enhance our current products and to prioritize them for the coming quarters.

Best,
Calvin


On Mon, Feb 22, 2021 at 6:08 AM Calvin Yoon <calvinyoon@uber.com> wrote:
> Hi Sachin,
>
> We've consolidated a list of opportunities from our working group jams in Jan/Feb in this deck (link).
>
> We've broken out the user journey into the following 3 phases (addressing the greater question of what more could we have done in the reported incidents?):
> 1. Awareness - what can we do proactively before a potential incident?
> 2. Controls & Tools - what more can we do "in the moment"?
> 3. Response - how can we increase engagement/provide more effective escalations?
>
> We're currently working with Rachel Haas for additional input, and once we do so, I'll set up a time for the group to review our findings and further jam with you.
>
> Best,
> Calvin
>
>
> On Sun, Feb 21, 2021 at 11:10 PM Sachin Kansal <sachin.kansal@uber.com> wrote:
>> Folks - I have not heard back on this. Can we pls have an active ongoing thread on how we are thinking on this topic?
>>
>> On Thu, Dec 24, 2020 at 2:03 PM Akankshu Dhawan <akankshu@uber.com> wrote:
>>> 100% aligned.

CONFIDENTIAL

P-02953.00002

UBER_JCCP_MDL_001779263

Regards,
Akankshu


On Thu, Dec 24, 2020 at 8:32 AM Sachin Kansal <sachin.kansal@uber.com> wrote:

> Sounds good Calvin and Akankshu.
>
> I think we should take the approach of 'could we have done anything to prevent or deter these incidents'? There is clearly a pattern here on many of the incidents and we know something is out of the ordinary – but our current implementation does not go far enough. Of course – we have a lot of false positives with any intervention but lets challenge ourselves to think as creatively as we can.
>
> Happy to join a jam on this whenever you guys are ready. But lets use these actual incidents (and we have hundreds) as inspiration.
>
> Sachin.
>
> ---
>
> **From:** Akankshu Dhawan <akankshu@uber.com>
> **Date:** Wednesday, December 23, 2020 at 8:01 PM
> **To:** Calvin Yoon <calvinyoon@uber.com>, Natasha Weaser <nweaser@uber.com>
> **Cc:** Jacob Sevart <jsevart@uber.com>, Misha Bosin <misha@uber.com>, Peter Photinos <p.p@uber.com>, Sachin Kansal <sachin.kansal@uber.com>
> **Subject:** Re: Ridechecks
>
> Thanks Calvin and Sachin. As a part of a jam in January, lets revisit the roadmap and timelines for these ideas.
>
> +Natasha
>
> On Wed, Dec 23, 2020 at 1:38 PM Calvin Yoon <calvinyoon@uber.com> wrote:
>
>> Hi Sachin,
>>
>> Confirmed - thanks for sending these along. I'll set up a few jam sessions on escalations/awareness/etc. for the working group (then you) to explore new ideas and enhancements to the current experience.
>>
>> One note regarding escalations - in H1, we will be expanding post-RideCheck IVR coverage (currently live in the US for Long Stops) to LatAm, which I believe is a good first step but definitely won't be our last. The group has also thought about awareness (via Shared Trip/Trusted Contacts, including "Protected by RideCheck" taglines [similar to DiDi], etc.), but we'll continue to explore and keep the conversation going.
>>
>> +Peter Photinos as we continue to think about on-trip destinations lingering for Rides and Eats.

CONFIDENTIAL

P-02953.00003

UBER_JCCP_MDL_001779264

Best,

Calvin


On Wed, Dec 23, 2020 at 3:00 AM Sachin Kansal <sachin.kansal@uber.com> wrote:

Just a note that I shared these incidents not to question or validate whether Ridecheck is working according to plan/intention, but rather to spark some brainstorm on how we make it more effective…

- Seems we are triggering but don't get a response in most cases
- Seeing some Uber Eats incidents as well (See second one)

Would be great for the team to brainstorm and we should have a jam.

26 November 2020 | **Detroit, MI** - SAFE-2559210 L4 Non Consensual Sexual Penetration

A driver is alleged to have drugged and sexually assaulted a rider inside the vehicle during a trip. The rider reports to have no recollection of the incident and was allegedly found unconscious in a parking lot. The rider was transported to the hospital where Xanax and Benzodiazepines were allegedly found in their system. A rape kit reportedly indicated signs of trauma. The rider claims to have been **hospitalized for 13 days** due to pneumonia and a blood clot in their lungs resulting from the alleged incident. LE were contacted, LERT has not received outreach at this time. We are not aware of any active claims/demands or attorney involvement.

Chronicle reflects the trip lasted **~33 mins** longer than the pre-trip ETA due to a significant detour and an **~11 min** unscheduled stop at a liquor store. RideCheck Long Stop did trigger as designed, but no response was received. Driver ended the trip at the input destination and remained there for **~16 mins** before logging offline. Neither driver nor rider ping in Voyager for ~3.5 hrs after during this offline period, though the driver confirmed to IRT that an offline trip to an unspecified destination occurred during this time. The driver claimed the rider vomited in their vehicle and was assessed an $80 cleaning fee. The cleaning fee has since been refunded along with the trip fare. The driver has completed ~350 trips on-app since becoming active in Sep 2020. They have no prior safety report history and their BGC returned without flags or considerations. The driver's account has been rejected with safety lock. We continue to monitor.

15 December 2020 | **Manchester, UK** - EATS-163908 L4 Non Consensual Sexual Penetration

An EATS delivery person is alleged to have sexually assaulted a restaurant customer while delivering an order. The restaurant customer claims that the driver refused to leave until the rider disrobed and performed sexual favors. LE were reportedly contacted, LERT has not yet received outreach at this time. The restaurant customer indicates they intend to seek medical attention. We are not aware of any active claims/demands at this time. Voyager reflects the driver spent a cumulative **~9 mins** at drop-off and logged offline for the rest of the day after completing the trip. The driver has no prior safety report history and their account remains waitlisted as IRT continues to investigate.

15 December 2020 | **Bogota, Colombia** - SAFE-2562486 L4 Non Consensual Sexual Penetration

A driver is alleged to have sexually assaulted an intoxicated rider inside the vehicle during an active trip. According to the rider, the driver deviated from the recommended trip route and stopped near a pasture, where the assault is alleged to have occurred. The rider reports to have been able to flee the vehicle and was allegedly attacked and injured by stray dogs while fleeing. LE were contacted and LERT has received outreach. The rider was transported to the hospital and completed a rape kit. We are not aware of any active claims/demands or attorney involvement at this time. Chronicle reflects the driver diverted the trip and stopped in a back alley near an open field for **~10 mins**, which is consistent with the rider's allegation. RideCheck Long Stop did trigger as designed, but did not receive a response. Voyager reflects the driver resumed travel and ended the trip **~3 miles** from the input destination. The rider device pings near the field **~40 mins** after the driver device had vacated the area. The driver has no prior safety report history and their account has been rejected with safety lock.

12 December 2020 | **Recife, Brazil** - SAFE-2558949 L4 Non Consensual Sexual Penetration

A driver is alleged to have sexually assaulted a rider during a trip. The rider claims to have engaged in sexual intercourse with the driver without a prophylactic. IRT unsuccessfully attempted to contact the rider several times to obtain a follow-up SoE. We are not aware of any active claims/demands. Chronicle reflects no stops or deviations occurred during transit. Voyager reflects the driver lingered at drop-off for **~25 mins** before leaving. The driver has completed ~10,000 trips on-app and retained a 4.96 rating. The driver had 2 prior notations for *prior reports of sexual misconduct* (Dec 2018 & Sep 2020, explicit comments). Their account has been rejected with safety lock.

12 December 2020 | **Ponta Grossa, Brazil** - SAFE-2558915 L4 Non Consensual Sexual Penetration

The driver is alleged to have digitally penetrated an intoxicated rider twice during a trip. The rider alleges the first assault occurred inside the vehicle shortly after the driver deviated from the suggested route. The rider then claims that the driver attempted to follow them into their apartment and digitally penetrated them a 2nd time. We are not aware of any active claims/demands or LE involvement at this time. Chronicle reflects the driver remained at the input destination for **~5 mins**, then continued back towards the pickup location along a different route. Voyager reflects that the driver lingered at the trip-end location **~4 mins** before leaving. RideCheck Long Stop did not trigger due to the drivers proximity to both waypoints. The driver has no prior safety report history and their account has been rejected with safety lock.

12 December 2020 | **Mexico City, Mexico** - SAFE-2559330 L4 Non Consensual Sexual Penetration

A driver is reported to have digitally penetrated and robbed a rider in the back seat of the vehicle during a trip. The driver allegedly continued past the input destination, stopped on a secluded street, and entered the back seat of the vehicle. The rider claims the driver physically and sexually assaulted them then stole their wallet. Chronicle reflects the trip lasted **~2 hours**, despite a pre-trip ETA of ~7 mins. Voyager reflects the driver stopped several blocks away from the drop-off location and remained stationary for **~46 mins**. When the trip resumed, the driver traveled **~5.2 miles** in the opposite direction of the input destination. Several additional long stops occur before the trip was completed. Both rider and driver devices together continuously throughout the majority of the trip. RideCheck Long Stop did trigger as designed, but did not receive a response. Rider advised no PR was filed. We are not aware of any active claims/demands. The driver has no prior safety report history and their account has been rejected with safety lock.

11 December 2020 | **Manzanillo, Mexico** - SAFE-2560250 L4 Weapon Involved Fatality

The rider is suspected of involvement in the abduction and murder of a driver in an on trip robbery. The driver's NoK reported this incident but was unable to provide additional details. LERT has not received outreach. Chronicle reflects the trip was force ended after **4hrs 33mins** of travel at a location **~38 miles** from the input drop off location. Voyager reflects multiple stops occurred during transit. The rider device pings with the driver device continuously throughout prolonged transit time. RideCheck Long Stop did trigger as designed, but did not receive a response. The rider has not responded to outreach attempts. Rider has not completed any other trips and has no affiliated accounts in uGraph. Both driver and rider accounts were rejected/banned with safety lock. The insurer was notified.

--

Regards,
Akankshu