## UBER_JCCP_MDL_001806847

## Metadata

| | | |
|---|---|---|
| **#Author** | calvinyoon@uber.com | SEMANTIC |
| **#Date Modified** | 06/29/2021 | SEMANTIC |
| **#DateCreated** | 01/07/2021 | SEMANTIC |
| **#Title** | RideCheck Jam: Awareness & Engagement | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_001806847 | SEMANTIC |
| **Collaborators** | jsevart@uber.com; haas@uber.com; uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 01/07/2021 3:48 am | SEMANTIC |
| **Date Modified** | 06/29/2021 6:56 pm | SEMANTIC |
| **DocID** | 15ndnyBMoqCvrS35w8yF322qsd04qwBlZu5xabt1VNDs | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_001806847 | SEMANTIC |
| **File Size** | 41064198 | SEMANTIC |
| **Filename** | RideCheck Jam- Awareness & Engagement_15ndnyBMoqCvrS35w8yF322qsd04qwBlZu5xabt1VNDs.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_001806847 | SEMANTIC |
| **ILS Document Date** | 06/29/2021 | SEMANTIC |
| **ILS Prod Date** | 12/31/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL052 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_001779263; UBER_JCCP_MDL_001840628 | SEMANTIC |
| **Primary Date** | 01/07/2021 3:48 am | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL052; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 06/29/2021 6:56 pm | SEMANTIC |
| **SourceHash** | 5d1d74f7631a619f3c52739b049fbbae | SEMANTIC |



Trial Exhibit No.

**P-02956_slip**

# Document Produced in Native

CONFIDENTIAL

UBER_JCCP_MDL_001806847

P-02956.00002

P-02956_slip.00002

# RideCheck Jam

## *Awareness & Engagement*

March 17, 2021

Uber

A/C Privileged and Confidential



Trial Exhibit No.
**P-02956**

P-02956.00001

# Food for thought

- **Think beyond** a **"heuristic** (trigger), then passive **experience"** framework

- Re-define **proactive** vs. **reactive (Anomaly Detection)**
  - The scope of RideCheck should be more than just Anomaly [or Crash] Detection
  - 'Proactive' shouldn't necessarily require a data-driven heuristic
  - Continue to work on the reactive (i.e., new anomalies, expand to Eats)

- Are we **too concerned** about spamming and annoying our users?

P-02956.00002

# How can we improve our product?

## Improve awareness of RideCheck

- **Prevents crimes of opportunity:** Even if it seems like there's an opportunity for an easy crime, RideCheck will remind people that Uber is actively monitoring every trip.
- **Pushes away bad actors:** Bad actors don't like being monitored and don't like that their behavior is being flagged in unexpected situations. They will either behave or go elsewhere - making Uber safer.
- **Increases RideCheck engagement:** As users become more aware of RideCheck, they may frequent their app more often for updates.

## Increase engagement with (more) follow-up escalations

- **Ensures everything is indeed OK:** One-sided engagement may not be enough. Gives us more confidence to act, when necessary.
- **Empowers users with more tools and support:** Quicker access to our safety features.

# Jam Questions

1. Put yourself in the driver's or riders' shoes.

- As the victim, what tools or escalations would you have wished you had?
- As the bad actor, how would you get away with it? (e.g., if Pebble existed, driver can turn off)

2. Should we monitor trips differently for certain states (evening, bar areas, etc.) or types of users (cautious vs. confident)? Should we ask once the trip starts?

- Check in with the rider throughout the trip? "Keep me awake" feature?

3. What more could we have done to increase **Awareness** and **Engagement**?

- Awareness:       Remind users that RideCheck exists and that it's running
- Engagement:    Encourage users to respond/use toolkit

# RideCheck / Product Architecture



P-02956.00005

# Themes of Case Studies

- Intoxicated Riders

- Bounce trips ("reverse" shared trip?)

- Multiple RideChecks on a single trip; extended long stops

- Driver responses to RideCheck, Rider does not

- Eats deliveries - what tools do/should drivers or riders actually have?

  - Long Stops (potentially as high as 30 min) vs. Destination Lingering (at least 5+ min?)

  - What should we be solving for: crash vs. IPCs?

# User Experience (Journey + Opportunities)

## Awareness
- Leverage the RideCheck brand
- Proactively provide peace of mind (upfront)

**WIP**

- Actual RideCheck experience [since launch, 3% of US riders & 38% of drivers received RC)
- Launch surveys / media coverage

**Opportunities**

- "Protected by RideCheck"
- Adjust Settings language (make it more clear what the feature is)
- "Arm" RideCheck (user-preferred sensitivity for thresholds in settings)
  - S-RAD scores as an input
  - Upfront flexibility (below) and tailor experience to unique demographics, etc.
  - → Are those that need RideCheck the most seeing it when they might need it?
- Like WPR, can we proactively ask (start with late night trips, women-based on gender inference): are you traveling alone? Possibly intoxicated?
  - Also consider targeted CRM comms, paid media spend (hypertarget younger women in cities, etc.)
  - Anxiety triggers (shared trip mid-trip, continuous tapping of map)

- Keep a tired/intoxicated rider awake
  - Suggest talking/texting with a friend or Safety Agent to keep them engaged
- Can we ask the driver to help? Best case: cooperation / bad case: aware / worst case: takes advantage?
- Incentive to keep the rider awake/engage? In-app game or media?
- "A safety agent is available/on standby." via push or in-app messaging

# User Experience (Journey + Opportunities)

Engagement

## Controls & Tools
- "In the moment" tools
- Increase engagement with them

**WIP**

- 24/7 Safety Agent
- Silent escalation ("discreet 911")
- Toolkit 2.0 (quick actions)

**Opportunities**

- Show subsequent screen after RideCheck
  - After "I'm OK" tap, surface reminder: "we are keeping track" or share code of conduct (expected behavior)
  - Remind users (esp. drivers) that we take every safety reports seriously and take appropriate action

- Notify TC/shared recipients when 911/Safety Line are activated
- Offer check-in later in the ride (via Safety Agent), if no response, call 911

- Easier access to RideCheck tools (interactive push or hardware solution [triple tap, Pebble, dashcam button])
- Auto audio (or video) recording + let the driver and rider know it's on

# User Experience (Journey + Opportunities)

Engagement

## Response
- Increase engagement
- Provide escalations effectively

**WIP**

- Robocall (+3 min) to driver, too?
- Offline toolkit 2.0 (quick actions)
- Shared trip (TC) 'escalations'

**Opportunities**

- Multiple anomalies (signal) - stronger action?
  - Score anomalies and combine
- Act unless we get "OK" from both?
- Look into LS/RD "reverting" to avoid escalations and send "You're back on track" type of messaging

- How do we work with drivers to have riders also respond?
  - Can we ask? We noticed the rider hasn't responded, is s/he OK?

- Think of RideCheck as a "burglar alarm" where we escalate until we receive R+D responses or receive a PIN/selfie?
- How to combat child locks? (can't even get out of the car)
  - Alarm (loud/blinking noise) / haptic response?
- Can we verbalize the RideCheck experience? (text to speech)
- Proactive outreach/escalation from Safety Agent (vs. robocall) to rider then driver?
- Have safety alerts escalate bypass DND mode

P-02956.00009

# Case Studies

# Themes of Case Studies

- Intoxicated Riders

- Bounce trips ("reverse" shared trip?)

- Multiple RideChecks on a single trip; extended long stops

- Driver responses to RideCheck, Rider does not

- Eats deliveries - what tools do/should drivers or riders actually have?

    - Long Stops (potentially as high as 30 min) vs. Destination Lingering (at least 5+ min?)

    - What should we be solving for: crash vs. IPCs?

P-02956.00011

# Case Studies

- Unconscious (intoxicated/drugged)

Incident:

- A driver is alleged to have sexually assaulted an intoxicated rider AH inside the vehicle during an active trip.
- A 3rd party sibling of the AH reports the trip took over **1 hour** when it was expected to last just **~17 mins**. <mark>A long stop did trigger at 1.1mi away from destination. Neither the driver nor rider responded.</mark>
- The AH later told their sibling that they were engaged in intercourse with the driver while on trip.
- Chronicle is consistent with the 3rd party's reported timeline and reflects the driver <mark>took a detour</mark> to a business parking lot near the end of the trip.
- <u>Voyager</u> reflects the driver stayed there for **~50 mins** before continuing to the rider's originally input destination.

Case 3:17-cv-06124 - Document 545-7.36 - Filed 02/17/25 - Page 16 of 35

Incident:

- A driver is alleged to have drugged and sexually assaulted a rider inside the vehicle during a trip.
- The rider reports to have no recollection of the incident and was allegedly found unconscious in a parking lot.
- Chronicle reflects the trip lasted ~33 mins longer than the pre-trip ETA [~40 min] due to a significant detour and an ~11 min unscheduled stop at a liquor store.
- RideCheck Long Stop did trigger as designed, but no response was received. [from Rider. However, Driver impression shows up as 'impression']
- Driver ended the trip at the input destination and remained there for ~16 mins before logging offline.
- Neither driver nor rider ping in Voyager for ~3.5 hrs after during this offline period, though the driver confirmed to IRT that an offline trip to an unspecified destination occurred during this time.
- The driver claimed the rider vomited in their vehicle and was assessed an $80 cleaning fee.

Incident:

- A driver is alleged to have sexually assaulted an ==intoxicated== rider inside the vehicle during an active trip.
- According to the rider, the driver ==deviated from the recommended trip route== and stopped near a pasture, where the assault is alleged to have occurred.
- The rider reports to ==have been able to flee== the vehicle and was allegedly attacked and injured by stray dogs while fleeing.
- Chronicle reflects the driver diverted the trip and stopped in a back alley near an open field for **~10 mins**, which is consistent with the rider's allegation. ==RideCheck Long Stop did trigger as designed, but did not receive a response.== [from Rider. However, Driver impression shows up as 'impression']
- <u>Voyager</u> reflects the driver resumed travel and ended the trip **~3 miles** from the input destination.
- The rider device pings near the field **~40 mins** after the driver device had vacated the area.

Incident:

- The driver is alleged to have digitally penetrated an intoxicated rider twice during a trip.
- User was under the influence of alcohol, she said she was "well drunk". [translated]
- The rider alleges the first assault occurred inside the vehicle shortly after the driver deviated from the suggested route.
- Rider was sitting in the front seat. Called her friend when driver was taking different route.
- Remembers driving putting his hand on her legs and digitally penetrating her while driving. Did so again near drop-off.
- The rider then claims that the driver attempted to follow them into their apartment and digitally penetrated them a 2nd time.
- Chronicle reflects the driver remained at the input destination for ~5 mins [a ~11 min long stop shows up in Chronicle], then continued back towards the pickup location along a different route.
- Voyager reflects that the driver lingered at the trip-end location ~4 mins before leaving. RideCheck Long Stop did not trigger due to the drivers proximity to both waypoints.

Incident:

- According to a *police probable cause summary* forwarded to Uber comms by <u>local media</u>, the driver admitted to police that they had engaged in intercourse with the intoxicated GR.
- The rider AH reports the <mark>GR was alone on the trip and saw in-app that the trip had prematurely ended nearby.</mark>  The AH reportedly ran to where the trip had ended and found the assault in progress.
- Chronicle is consistent with the reported sequence of events.  GPS reflects the driver stopped at a convenience store for ~**7 min** before traveling back towards the pickup location.  The driver ended the trip and logged offline ~**1.5 blocks** away.  <mark>Long Stop did not trigger due to the driver's  close proximity to the pickup location (threshold of 1km).</mark>
- <u>Voyager</u> reflects the driver remained in the vicinity for ~**14 mins**, <mark>then continued taking trips for the rest of the night.</mark>

# Case Studies

- Forceful / premeditated

Incident:

- A driver is reported to have digitally penetrated and robbed a rider in the back seat of the vehicle during a trip. The rider claims the driver physically and sexually assaulted them then stole their wallet.
- The driver allegedly <mark>continued past the input destination</mark>, stopped on a secluded street, and entered the back seat of the vehicle.
- The driver makes a detour and that is when he locks the doors, stops and goes to the back where she was.
- She tried to break the glass, hitting the window and tried to open the door, but she couldn't get out.
- Chronicle reflects the trip lasted ~2 hours, despite a pre-trip ETA of ~7 mins.
- Voyager reflects the driver stopped several blocks away from the drop-off location and remained stationary for ~46 mins. When the trip resumed, the driver traveled ~5.2 miles in the opposite direction of the input destination.  Several additional long stops occur before the trip was completed.
- Both rider and driver devices together continuously throughout the majority of the trip.
- <mark>RideCheck Long Stop did trigger as designed, but did not receive a response.</mark> [from Rider. However, Driver impression shows up as 'impression']

P-02956.00019

Incident:

- The rider is suspected of involvement in the abduction and murder of a driver in an on trip robbery.
- The driver's NoK reported this incident but was unable to provide additional details.
- Chronicle reflects the trip was force ended after **4hrs 33mins** of travel at a location **~38 miles** from the input drop off location.  Voyager reflects multiple stops occurred during transit.  The rider device pings with the driver device continuously throughout prolonged transit time.
- RideCheck Long Stop did trigger as designed, but did not receive a response. [from Rider. However, Driver impression shows up as 'impression']

# Case Studies

- Destination Lingering

# Destination Lingering

**On-trip Destination Lingering** [live]

**Off-trip Destination Lingering**

- <u>"Online"</u> Off-trip Destination Lingering: where the driver lingers near the final destination after the trip ends and remains online.
    - Driver may be helping with luggage, getting food, going to the restroom
    - Driver may be helping an intoxicated rider get off or get home

- <u>"Offline"</u> Off-trip Destination Lingering: where the driver lingers near the final destination after the trip ends, goes offline and then comes back online.

Case 3:18-cr-00577-CRB Document 251-3 Filed 10/16/24 Page 25 of 35

Incident:

GPS data shows the Driver at the drop off location for 6 minutes before ending the trip, then ending the trip, and not leaving the drop off location for another 4 minutes.

- The Rider reported that they ==fell asleep== in the vehicle and ==when they awoke the Driver was kissing them== and digitally penetrating the Rider.
- The Rider asked they Driver what they were doing and the ==Driver acted like nothing was happening== allowing the Rider to leave the vehicle.
- The Driver reported that they had a sleeping Rider the night before that the Driver had to wake up. The Driver said they forgot and were embarrassed so they did not report the incident.

→ Proactive check-in to keep the rider alert/awake?

→ Have ADT follow-up if they don't respond and send 911 if they don't respond or vehicle is stopped?

Incident:

Trip ended at destination. Intoxicated rider with [potentially inviting behavior].

Assume driver **stayed online post-trip (5+ min)**, then back online after 2 hours.

- The rider was <mark>blacked out</mark> drunk. The rider got out of the car and smoked a cigarette. The driver asked for a cigarette.
- The <mark>driver went into the riders home</mark>.
- The rider remembers the driver being on top of the rider in their bed.
- The rider woke up and the drivers hand was inside of the rider.
- The rider asked the driver who they were.
- The driver left after the incident.

→ Reminder after RideCheck to share code of conduct or education?

Incident:

Trip ended at destination. Intoxicated rider with [potentially inviting behavior].

Assume: driver **immediately went offline**, then **back online after 2 hours**.

- The rider was <mark>blacked out</mark> drunk. The rider got out of the car and smoked a cigarette. The driver asked for a cigarette.
- The <mark>driver went into the riders home</mark>.
- The rider remembers the driver being on top of the rider in their bed.
- The rider woke up and the drivers hand was inside of the rider.
- The rider asked the driver who they were.
- The driver left after the incident.

→ If it's triggered 2 hours later, what actions could/should we take?

P-02956.00025

Incident:

Forceful perpetrator (driver) that lured a conscious rider.

- The Rider claims that the driver took her to the train station.
- The Rider claims that the driver then went with her. The Rider claims that the driver offered to go for a walk in the park, since it was still 3 hours before the bus.
- The Rider claims that the driver arrived at an unknown location. The Rider claims that the driver started to threaten and forced to make an oral sex.
- The Rider claims that the driver:
    - took the phone.
    - tried to choke her by the throat / did not allow her to leave the car and forcibly held her.
    - touched all her body / tore her clothes.
    - hit her head on the window / held her hands and pulled out her hair.
    - hit her legs with the doors while she was trying to escape.

→ If it's triggered 2 hours later, what actions could/should we take?

P-02956.00026

Case | Manchester, UK - Document 528 - 34 Non-Consensual Sexual Pe

Incident:

- An EATS delivery person is alleged to have sexually assaulted a restaurant customer while delivering an order.
- The restaurant customer claims that the driver refused to leave until the rider disrobed and performed sexual favors.  The restaurant customer indicates they intend to seek medical attention.
- We are not aware of any active claims/demands at this time.
- Voyager reflects the driver spent a cumulative ~9 mins at drop-off and logged offline for the rest of the day after completing the trip.

Case 3:23-cv-04825-N   Document 52-4   Filed 13/20   Page 30 of 35

Incident:

- <span style="color:red">AH called an uber for his wife's friend, who was 'very drunk' and at a bar. Driver helped GR to her bedroom</span>
- Driver is accused of sexually assaulting an intoxicated rider at their residence immediately following the trip on app.
- The GR reports waking up with little recollection of the trip and found several condoms near their bed.
- The driver claims that the GR overpowered them and removed their pants.
- The driver further claims that while both party's genitals were exposed, the GR attempted to force the driver to engage in intercourse.  Driver claims to have been able to leave before penetration occurred.
- Review of Chronicle supports the driver reached the rider's destination without delay, but stayed at the drop off location for ~11 minutes before completing the trip.
- Driver Chronicle reflects the driver went offline immediately after completing this trip and returned online, at that same location, ~43 minutes later.  <span style="color:red">And took on additional trips that evening.</span>

# [Midway] Rider

While most verbatims state the featured was "excellent," "fine as is," etc., useful constructive feedback highlighted below:

- I would love to see this feature used to check in on riders during the trips as well, for different reasons: If it is taking longer than usual, a newer driver, certain times, rural areas etc. **I think the check in feature would help if someone felt uncomfortable with their driver but was afraid to speak up. As a woman, I have been afraid to speak up to a unknown male in other situations.** I feel like it would be a beneficial feature to have an **abort button, so that uber themselves would be able to end the ride.** I think it should work both ways as well. The driver should be able to have assistance from uber to abort the ride.
- I noticed because I got one the other day. I had put the wrong address in for Publix based on google, 1735 example when it was 1635 and the app came up at some point about my ride ended quicker than expected. I think it's a good safety feature for driver as well as rider. I don't think you need to improve it. **Maybe have a button to leave a problem or push button to say no problem as was my case.**
- When I get in an Uber, I like to relax and be unbothered. This sounds extremely safe, but in my mind I'm thinking that it may be kind of annoying if I am not paying attention to my phone. I don't want to feel like I missed out on something by not being actively engaged with the app.
- This UBER ride was scheduled and given to a person that broke into our home and stole our cell phones, credit cards, etc. The UBER app on our cell phone allowed that. We will no longer be using it.
- I thought the feature worked well. However I do wish there was an option to send the driver constructive feedback following the ride. Uber only offers a select number of options and sometimes the situation is a bit more nuanced.
- I received the notice- which indicates the trip was shorter than it was supposed to be. But when I asked Uber to review the fare/route, they said it was ok. Makes no sense.
- I'm generally indifferent as I have nothing to hide, but I do get suspicious and skeptical of too much "checking in" and monitoring of my personal whereabouts. If i have a problem with Uber or my ride, I will certainly notify you and dont need to be checked on.

P-02956.00029

# [Midway] Driver

Most drivers appreciate the feature and feel safer with the feature. Constructive feedback below:

- There should be a feature for a driver to input that the rider has verbally asked a change in their route, i.e., "could this ride be a round trip?" I have seen the, "are you ok?" pop up during a ride like this and I can't do anything more than click the "ok".
- It disappears immediately another ride notification comes up, not giving the driver a chance to reply. Not really a safety feature if it can be interrupted don't you think.
- This feature is amazing. It other issues like: It is the riders who put in wrong addresses that send you to wrong side of town then call you to have you come to their correct location for the pick up and put in the wrong dropoff location 10 miles away from the wrong location.
- The feature has a misplaced value. Here in Atlanta, a rider going to domestic terminal, but put destination as International, can create an unnecessary misdirection on the app. Case in point yesterday the feature asked me if everything was ok when ended my trip at the domestic terminal. You would think your app knew I wasn't in the "clouds" not to be asked that dumb question. Wherein lies the safety concern at that moment?
- "My main issue is different aspect and that is I use the app in my CarPlay but unfortunately there are times I do not hear the notification when rider is requesting the ride and many times I miss excepting the ride to the fact I do not hear the notice.
- Have more options or a place to put a comment when asking what's wrong.
- "I haven't had the opportunity to use it. In the event they shouldn't call us if we were being held against out will they should just use a discreet popup that say:
  - 1) Are you ok  (y) (n) / 2) are you in danger (y) (n) / 3) Is the danger armed? (y) (n) / 4) Are there hostages on board (y) (n)
- The follow-up to the route, I have had clients who want to go beyond the point where I should leave them and they get annoyed when I tell them that the application claimed that it was up to this point .. I courteously left it where they indicated but some are more than half a mile, because the exact number of the house or the exact address is not known
- It should be sent periodically when driving just as a fail safe and to help as a reminder to the driver

P-02956.00030

# [Route] Rider

Google translated [BR to EN]:

- Yesterday the app gave bug. The driver got the message, I do not. My cell phone showed a path, his other. It was a friendly and ethical partner, but what if it was not it ?! I felt insecure because none of it worked and only reached the destination for good will of the driver and had to pay a race with abusive value cuz the Uber charged me for a change that was not mine.
- I think you should have a password, for when this happened to me, the passenger also viewed the message, if any problem what I was going to do ?.
- the uber should ask for confirmation of code to all passengers besides if the route is to be alteration necessary for the driver **add a code that will be sent to the passenger for q so stop if false occur reports Deviations without the User's consent,** beyond to add the same system for payments that are postponed to next race, thus leaving both the passenger and the driver to see the consent of both to put the payment of a race to next!
- "Any way to contact the police without the knowledge of the driver in case of risk. Send your GPS position or path, and enable the police to hear the audio of the vehicle environment, and the conversation between passenger and driver using the audio of both.
- I believe that the passenger can tell a better route than GPS, as well as the driver. And this feature can generate discussion with some passengers who do not understand that we can take a better route out without price change GPS. The GPS misses a lot. Not to mention that takes the driver's attention because we have to touch the screen more times to say
- Yesterday the app gave bug. The driver got the message, I do not. My cell phone showed a path, his other. It was a friendly and ethical partner, but what if it was not it ?! I felt insecure because none of it worked and only reached the destination for good will of the driver and had to pay a race with abusive value cuz the Uber charged me for a change that was not mine.
- I believe that the call should be to the passenger. It has driver who has no patience, and thatt should be for better security, can turn into an act of prejudice.

# [Route] Driver

Google translated [BR to EN]:

- For me this feature is good, but instead of message, could be binding, as directing and writing is difficult.
- With a single top button, emergency, and real-time monitoring with the police and friends, and other drivers
- Excellent drive voice, password key.
- Whether there has been change the path the request of the passenger
- In the event of real danger, the first thing that bums do, is to take our phone! What makes this inefficient resource!
- It's good more I should not have to touch the screen more than once to be able to say that I need help.Ç
- "The Uber should have a panic button that was not visible to the user, only the driver in the case of existing button has no use for any generally cases of assaults sends bandit off the application or takes the unit to telefone.
- The interesting thing would be a button, even in the application, in which only the driver could identify their uses to be able to somehow tricks the villain and so the authorities were informed of the possible assault or kidnapping."
- "I think it's very good. But the increase in the number of notifications trivialize this feature. The feature could come with faster response."
- "Just ask a question.* It was the passenger who asked rerouting yes or no."
- Be more discreet, and simplified
- I think good, but needs to improve even 'cause if I'm in a situation of danger, I probably will have no access to phone to ask for help. To improve the resource could perhaps send a message to a contact of my choice.
- Send notifications and pop up an alert button on the screen by clicking there on the power button for authorities.

# Appendix