# UBER_JCCP_MDL_003384231

## Metadata

| | | |
|---|---|---|
| Account | frank@uber.com; | SEMANTIC |
| All Custodians | Chang, Frank; | SEMANTIC |
| All Paths | Chang, Frank: \T4_Gmail_Chat_Calendar\EDISCO-25926_GMAIL2\EDISCO-25926_GMAIL2-4.zip\EDISCO-25926_GMAIL2--frank@uber.com-JteQcn.mbox; Chang, Frank: \T4_Gmail_Chat_Calendar\EDISCO-25926_GMAIL2\EDISCO-25926_GMAIL2-4.zip\EDISCO-25926_GMAIL2--frank@uber.com-JteQcn.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Attachment Names | image001.png; image002.png | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003384231 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 04/13/2021 3:38 am | SEMANTIC |
| Date Modified | 04/13/2021 3:38 am | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_003384234 | SEMANTIC |
| File Path | \T4_Gmail_Chat_Calendar\EDISCO-25926_GMAIL2\EDISCO-25926_GMAIL2-4.zip\EDISCO-25926_GMAIL2--frank@uber.com-JteQcn.mbox | SEMANTIC |
| File Size | 402518 | SEMANTIC |
| Hash Value | 19d582a22baf070470d78f600b1530d5 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_003384231;UBER_JCCP_MDL_003384232;UBER_JCCP_MDL_003384233;UBER_JCCP_MDL_003384234 | SEMANTIC |
| ILS Document Date | 04/13/2021 | SEMANTIC |
| ILS Prod Date | 3/10/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL134 | SEMANTIC |
| Other Custodians | Chang, Frank; | SEMANTIC |
| Primary Date | 04/13/2021 3:38 am | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL134; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 04/13/2021 3:38 am | SEMANTIC |



P-03119.00001

Message

| | |
|---|---|
| **From**: | Dharmin Parikh [dharmin@uber.com] |
| **Sent**: | 4/13/2021 3:38:21 AM |
| **To**: | Gorkem Ozkaya [gorkem@uber.com]; Wayne Zhang [actuaryzhang@uber.com]; Frank Chang [frank@uber.com]; Akankshu Dhawan [akankshu@uber.com]; Mingxuan Wang [mingxuan@uber.com]; Ashka Katira [ashka.katira@uber.com] |
| **Subject**: | Fwd: [ACP] S-RAD Model P/R curves |
| **Attachments**: | image001.png; image002.png |

<smaller audience>

I have started a doc here to answer questions. @Gorkem Ozkaya - can we take a stab at answering these questions? We should have most of the data that Sukumar is asking.

I also think he's probably looking for a DS review. How do we want to address that?

Regards,
Dharmin

---------- Forwarded message ---------
From: **Sukumar Rathnam** <sukumarr@uber.com>
Date: Mon, Apr 12, 2021 at 8:15 PM
Subject: RE: [ACP] S-RAD Model P/R curves
To: Akankshu Dhawan <akankshu@uber.com>, Dharmin Parikh <dharmin@uber.com>, Jeff Moore <jeffmo@uber.com>, Peeyush Nahar <pnahar@uber.com>
Cc: Ashka Katira <ashka.katira@uber.com>, Daniel Kolta <dkolta@uber.com>, Emilie Boman <eboman@uber.com>, Frank Chang <frank@uber.com>, Gorkem Ozkaya <gorkem@uber.com>, Gus Fuldner <gus@uber.com>, Leandro Fernandez <lfernandez@uber.com>, Marcello Azambuja <azambuja@uber.com>, Mingxuan Wang <mingxuan@uber.com>, Peeyush Nahar <pnahar@uber.com>, Sachin Kansal <sachin.kansal@uber.com>, Scott Binnings <binnings@uber.com>, Wayne Zhang <actuaryzhang@uber.com>, Smitha Shyam <smithas@uber.com>, Thomas Williams <thaw@uber.com>


Do we have 2 parameters P/R or 3 parameters P/R/Trigger rate we are trying to make trade-offs across?

What is the science behind triggering at 1.25%? "input from ops" in my book is usually not a scientific way to do this. Why can't we learn that threshold/use statistics to estimate it?

I am not sure what the variables **"driver_male_rider_different" and "driver_female_rider_different"** actually mean? Why not just use rider/driver gender and let the model figure out the weights etc.

What the curves suggest is gender is almost as important as all the other driver attributes combined

Given the data sparsity, would we consider an ensemble like approach that risk has taken where you build both precision optimized and recall optimized models and make a decision based on multiple models?

It also looks like we are making a prediction based on a <driver, rider> pair when the reality is there is correlation across <driver,*> and <*,rider> pairs. In reality the likelihood of an event perpetrated by one party has a proportion (value TBD)

that is independent of who the other party is. The modelling here is complex and there are policy considerations we want to have in how we design the models

My other point is any discussion of models with P/R and AUC curves always raises questions about the trade-offs we want to make. I would like to see for any/all models not just P/R and AUC but also $T_p$, $T_n$, $F_p$, $F_n$.

Do these type of models go through a review process? Who is on the reviews and what feedback is provided?

Finally have we considered DL models?

**From:** Akankshu Dhawan <akankshu@uber.com>
**Sent:** Monday, April 12, 2021 4:29 PM
**To:** Dharmin Parikh <dharmin@uber.com>
**Cc:** Ashka Katira <ashka.katira@uber.com>; Daniel Kolta <dkolta@uber.com>; Emilie Boman <eboman@uber.com>; Frank Chang <frank@uber.com>; Gorkem Ozkaya <gorkem@uber.com>; Gus Fuldner <gus@uber.com>; Leandro Fernandez <lfernandez@uber.com>; Marcello Azambuja <azambuja@uber.com>; Mingxuan Wang <mingxuan@uber.com>; Peeyush Nahar <pnahar@uber.com>; Sachin Kansal <sachin.kansal@uber.com>; Scott Binnings <binnings@uber.com>; Sukumar Rathnam <sukumarr@uber.com>; Wayne Zhang <actuaryzhang@uber.com>
**Subject:** Re: [ACP] S-RAD Model P/R curves

Thanks Dharmin. Adding Marcello and Leandro.

On Mon, Apr 12, 2021 at 2:35 PM Dharmin Parikh <dharmin@uber.com> wrote:



## P/R curve (updated)

| Trigger rate @1.26% | Recall | Precision |
|---|---|---|
| Gender based | 22.29% | 0.01056% |
| Gender agnostic | 18.15% | 0.008594% |

CONFIDENTIAL

UBER_JCCP_MDL_003384232

Apologies for multiple sends.

On Mon, Apr 12, 2021 at 2:31 PM Dharmin Parikh <dharmin@uber.com> wrote:

ACP

The x-axis in the previous email was getting clipped. Flipping the P/R axes as well.



On Mon, Apr 12, 2021 at 2:11 PM Dharmin Parikh <dharmin@uber.com> wrote:

**A/C Privileged and Confidential**

CONFIDENTIAL                                                                                                    UBER_JCCP_MDL_003384233
P-03119.00004

Hi Sukumar,

Following up on today's Stand for Safety Program Review meeting, below are the precision/recall curves for the S-RAD models evaluated on the US Uber X trips for the dates between 2020-12-01 and 2021-02-28. The model is evaluated for classifying serious sexual assault/sexual misconduct incidents. The three models compared here are:

- **Driver gender-based model**: The driver gender is available within the binary variables "driver_male_rider_different" and "driver_female_rider_different".
- **Gender-agnostic model**: No gender information is used in model features
- **No driver feature:** This is the model that uses no driver features, hence estimates the risk at request time without considering any particular driver. This model is considered a baseline model for the purposes of S-RAD, since the discriminative power in this model is not useful for the S-RAD intervention.

We target a 1.25% trigger-rate for running these models, which are indicated by square markers on the curves. This trigger-rate budget has been determined based on results of our prior experiments and input from the marketplace ops in a way to limit the potential negative marketplace impact.

Please let us know if you have any questions or concerns.

Regards,
Dharmin & Gorkem (On behalf of the S-RAD team)

--
Regards,
Akankshu

CONFIDENTIAL

P-03119.00005

UBER_JCCP_MDL_003384234