## UBER_JCCP_MDL_003602459

## Metadata

| | | |
|---|---|---|
| **#Author** | mariane.romildo@uber.com | SEMANTIC |
| **#Date Modified** | 11/21/2024 | SEMANTIC |
| **#DateCreated** | 12/11/2023 | SEMANTIC |
| **#Title** | Intro to S-RAD - BackEnd | SEMANTIC |
| **Account** | mike.akamine@uber.com; | SEMANTIC |
| **All Custodians** | Akamine, Mike; | SEMANTIC |
| **All Paths** | Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_4.zip; Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_4.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003602459 | SEMANTIC |
| **Collaborators** | gautam.oswal@uber.com; gaurav.nanda@uber.com; anilkumargv@uber.com; bernardo.marques@uber.com; oescobedo@uber.com; shimul@uber.com; arda@uber.com; alessandro.arajo@uber.com; guto.thomas@uber.com; rafael.thosi@uber.com; sunny.wong@uber.com; srad-core-group@uber.com; sdm-core-group@uber.com; srad-working-group@uber.com; gabriel.saca-all-directs@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 12/11/2023 6:54 pm | SEMANTIC |
| **Date Modified** | 11/21/2024 7:09 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003602459 | SEMANTIC |
| **File Path** | \REFRESH_Drive_Set1\REFRESH_Drive_Set1_4.zip | SEMANTIC |
| **File Size** | 1910423 | SEMANTIC |
| **Filename** | Intro to S-RAD - BackEnd_1PSPBqk1fHJ3s5oSeIPDk5dhvIpeHJxMjSfj1z2dkw_8.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_003602459 | SEMANTIC |
| **ILS Document Date** | 11/21/2024 | SEMANTIC |
| **ILS Prod Date** | 03/14/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL132 | SEMANTIC |
| **Other Custodians** | Akamine, Mike; | SEMANTIC |
| **Primary Date** | 12/11/2023 6:54 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL132; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 11/21/2024 7:09 pm | SEMANTIC |
| **SourceHash** | a239ad3e4330ea65c4d7178bbdc69800 | SEMANTIC |



Trial Exhibit No.
**P-03134**



# Agenda

**01** Overview
**02** Model
**03** Intervention
**04** Measurement: Switchback
**05** Measurement: Metrics and Dashboards
**06** Projects Overview

ATTORNEY-CLIENT PRIVILEGED



# Overview

Uber |

3

ATTORNEY-CLIENT PRIVILEGED

P-03134.00004

# S-RAD is a safety product designed to prevent Serious Sexual Incidents

S-RAD has two components: a model and an intervention

**Model uses**

- **User-level information** (feedback, account info, and gender) and
- **Trip-level information** (time of day, location, etc.)

**Intervention**

- **Adjust dispatch** based on safety risk: make it harder to match risky driver-rider pairs
- Driver and rider are not aware

**Impact**

- Potential to reduce Serious SA (sexual assault) and SM (sexual misconduct) incidents by ~15% by affecting ~1% of trips

**Scope**

- UberX trips in LatAm, United States, ANZ (Australia and New Zealand), India. With planned expansions to
  - UberX: Canada and MEA (Middle East and Africa)
  - Moto: Brazil and India

ATTORNEY-CLIENT PRIVILEGED



# S-RAD Model

- **3 models in production:**
  - **2 Regional models:** LatAm and US
  - **Global Model:** Other countries
- Plan to retire the regional models:
  - Benefits: lower maintenance efforts, accelerated geographical expansion
- See Michelangelo Studio for more information:
  - Global Model
  - LatAm Model
  - US Model

**Global Model**

| | Included Features | |
|---|---|---|
| Trip Context Features | Time of Day | |
| | Day of Week | |
| | City-specific incident data | |
| Rider Features | Historic Trip Characteristics (cancel rate, weekend rate, etc) | |
| | Star Rating Feedback | |
| | Incident rates | |
| Driver Features | Historic Trip Characteristics (trip count, weekend rate, etc) | |
| | Incident Rates | |
| | **Excluded Features** | |
| Driver | Gender | |
| | Cancellation history (cancelled on rate, cancellation rate) | |
| | Star ratings feedback (1+2 star ratings given/received) | |
| Rider | Gender | |

ATTORNEY-CLIENT PRIVILEGED



# Intervention

Uber | 7
ATTORNEY-CLIENT PRIVILEGED

# S-RAD Intervention - Backend

- Multileg - Matching service
  - responsible for supply plan (rider+driver pair) generation and solving
  - sends a collection of supply plans for safety scoring via S-RAD client and Uscorer
  - Filters supply plans based on Uscorer/Mastermind decisions
- Flipr - holds S-RAD configurations
  - S-rad active property - active regions, cities, tenancies and flow types
  - S-rad city-based thresholds - numerical thresholds for flagging supply plans
  - S-rad rollout config - active model, intervention type per city/country



ATTORNEY-CLIENT PRIVILEGED

# S-RAD Intervention - Backend

- MX - Marketplace Experimentation
    - Creates experiments which define s-rad configurations (active model, intervention type)
    - Switchbacks or randomized holdout experiment types
- Flipr - holds S-RAD configurations
    - City-scoped S-rad rollout config - active model, intervention created by MX
    - MX properties take precedence over the globally defined properties



ATTORNEY-CLIENT PRIVILEGED

# S-RAD Intervention - Backend

- Uscorer - Multileg Dispatch Checkpoint
  - Safety Marketplace owned checkpoint that runs S-RAD models and Mastermind rules
  - S-RAD thresholds, active model and configurations based as an input feature from Multileg to Uscorer
- Michelangelo
  - Global and regional models scorers used by S-RAD
- Mastermind
  - Uses Michelangelo score and threshold values to determine whether supply plan has been flagged



ATTORNEY-CLIENT PRIVILEGED



## S-RAD Intervention adjusts dispatch based on safety risk

- During the matching process, the available supply plans are ranked mostly by ETA;
- After the S-RAD client gets the flagging decisions from Uscorer and Mastermind, it decides on whether it will filter the supply plans out
- S-RAD now **hard filters** supply plans that have been flagged, meaning they will not be dispatched if filtered
- **S-RAD is still a soft intervention:** Even if supply plans are hard filtered, **S-RAD does not block** trips from happening.
    - When all the available plans are flagged by S-RAD, the N-least-risky supply plans (sorted by lowest to highest risk score) are released so the dispatch can happen;
    - Currently, N=25%. Customizable via Flipr

ATTORNEY-CLIENT PRIVILEGED

**When all the available plans are flagged by S-RAD, the N-least-risky are released**

| Supply Plan | SRAD Score | Threshold |
|---|---|---|
| 1 | 0.93 | 0.9 |
| 2 | 0.91 | 0.9 |
| 3 | 0.95 | 0.9 |
| 4 | 0.94 | 0.9 |
| 5 | 0.92 | 0.9 |

When all plans are flagged, sort plans by score (least risky to most)



Always leave N safest (lowest S-RAD score) plans unflagged:
(N = ceil(¼ total plans))

| Supply Plan | SRAD Score | Threshold |
|---|---|---|
| 2 | 0.91 | 0.9 |
| 5 | 0.92 | 0.9 |
| 1 | 0.93 | 0.9 |
| 4 | 0.94 | 0.9 |
| 3 | 0.95 | 0.9 |

Think of least risky as an exception to the safety screen

When there is no n least risky intervention, it is the same as N = 100% total plans

Large N reduces both safety and marketplace impact

N-least risky is implemented on every scan

# Measurement: Switchback

14

ATTORNEY-CLIENT PRIVILEGED

Attorney-Client Privileged & Confidential

# Switchback experiments: design

- Switchbacks are commonly used in marketplace experimentation at Uber.
  - Marketplace Experimentation team
- During a switchback experiment, markets flip back and forth between treatment and control periods.
- This design helps balance random events (e.g. weather, traffic, concerts) across treatment and control groups.
- Switchback experiments typically run for two weeks to ensure times-of-the-week are also balanced across treatment and control.
- Data grouped in 48-min intervals

Sample schedule for a 96-minute switchback:

| | Monday 07:00 | Monday 07:48 | Monday 08:36 | Monday 09:24 | Monday 10:12 | Monday 11:00 | ... |
|---|---|---|---|---|---|---|---|
| **Week 1** | Treatment | Treatment | Control | Control | Treatment | Treatment | ... |
| **Week 2** | Control | Control | Treatment | Treatment | Control | Control | ... |

ATTORNEY-CLIENT PRIVILEGED

Attorney-Client Privileged & Confidential

## S-RAD time-randomized holdout

- The holdout allows:
  - Continuous monitoring of marketplace and safety impact
  - Unbiased data to develop new models
- S-RAD changes the nature of the marketplace and impacts MX XPs, requiring a unique holdout design

| Day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | 2… | | | | | | | | | | | |
|---|---|

| Day | 1 | | | | | | 2… | |
|---|---|---|---|---|---|---|---|---|
| **288 min Group** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| **Base Time Unit (48-min)** | 1 2 3 4 5 6 | 1 2 3 4 5 6 | 1 2 3 4 5 6 | 1 2 3 4 5 6 | 1 2 3 4 5 6 | 1 2 3 4 5 6 | 1 2 3 4 5 6 | |
| **City ID** 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

Holdout
Active

Every 288 minutes, each city is independently randomized again, with 20% chance to be included to the holdout.

ATTORNEY-CLIENT PRIVILEGED

**S-RAD SB:**
- Switching period is 288 minutes.
- Constant probability of treatment (i.e. S-RAD is active) across time and cities of the experiment.
- Can only start during specific times of the day (5 options).

**Primary Rides SB:**
- Switching periods can be 96 or 288 minutes (because the base unit for a period is 48 minutes, so all periods have a length that is a multiple of 48)
- Can only start during specific times of the day (15 options for 96-minute SBs and 5 options for 288-minutes)

# Measurement: Metrics and Dashboards

Uber |                                                                17

ATTORNEY-CLIENT PRIVILEGED

Attorney-Client Privileged & Confidential

## S-RAD Dashboards

**SRAD Global View:**
- **Audience:**
  - Stakeholders
    - Central Safety Ops
    - Leadership
  - Core team
- **Goal:** provide a **high-level** and comprehensive **overview** of S-RAD by monitoring **aggregated** metrics of coverage, safety impact, intervention, and model quality.

**SRAD Regional View:**
- **Audience:**
  - Regional Stakeholders
  - Core team
- **Goal:** provide a **detailed** understanding of how the product is working and its impact (on the marketplace and safety) in the **regions** where it is available.

Attorney-Client Privileged & Confidential

# S-RAD Main Metrics

| Global Incident Coverage |
|:---:|

| Global Estimated Prevented Incidents |
|:---:|

| P95 ETA Impact |
|:---:|

| Downranking Efficiency |
|:---:|

| Flagging Rate |
|:---:|

To ensure proper functioning of S-RAD, there are a set of metrics that are closely monitored. These metrics provide details on each aspect of S-RAD's performance, and are easily visualized in our dashboards:

- Global View Dashboard
- Regional View Dashboard

Additional monitoring is automated through uMonitor to ensure that any engineering glitches are identified early. Dashboarding remains the primary source of monitoring for Data Science.

Documents on each of the metrics are hyperlinked to the "buttons" with the metric names on them

Attorney-Client Privileged & Confidential

# S-RAD Main Metrics



**Global Incident Coverage**

Global Estimated Prevented Incidents

P95 ETA Impact

Downranking Efficiency

Flagging Rate

**Global Incident Coverage** is a measurement of the fraction of S-RAD's scale of deployment. Since S-RAD prevents serious SA/SM incidents, it is important to have most trips covered by S-RAD, especially in markets where Incident Rate is high.

Attorney-Client Privileged & Confidential

# S-RAD Main Metrics





Attorney-Client Privileged & Confidential

# S-RAD Main Metrics

Global Incident Coverage

Global Estimated Prevented Incidents

P95 ETA Impact

**Downranking Efficiency**

Flagging Rate

**Downranking Efficiency** is a measure of how often the intervention is impactful. A **slip-through** occurs if a supply plan that was flagged by S-RAD is dispatched anyway. Downranking efficiency measures the fraction of trips without slip-throughs among the set of trips where at least one supply plan was flagged by S-RAD.



Attorney-Client Privileged & Confidential

# S-RAD Main Metrics



Global Incident Coverage

Global Estimated Prevented Incidents

P95 ETA Impact

Downranking Efficiency

**Flagging Rate**

**Flagging Rate** is a measurement of the fraction of trips that S-RAD attempts to action. It is estimated via the fraction of dispatched holdout trips that would have been flagged and actioned by S-RAD if that trip had not been associated with the holdout. S-RAD has strict flagging rate guidelines and adjusts thresholds at least once per 2 months to re-align flagging rate with targets as needed.





# H2 '23 Progress in UberX Incident Coverage

## 83.9%

**Serious SA/SM Incident Coverage**
(Jan '23: 51%, H2 Goal at 81%)

*Expansions outside of LATAM use S-RAD Global model*

Mar '23 - SSL LATAM Launch (+18 p.p)

July '23 - ANZ Launch (+4.4 p.p)

July '23 - IND Launch (+2 p.p)

Dec'23 - CA Launch (Est. +2.5 p.p)

Dec'23 - MEA Launch (Est. +4.5 p.p)

* based on Oct '23 OKR

ATTORNEY-CLIENT PRIVILEGED

Live | Planned Expansion | Uncovered



# H2 '23 Progress in Safety

## 5.6%

% Prevented Incidents(Global)*
measured by 20% holdout

[Global view Dashboard]

— Estimated Prevented Incidents (3mmw)

Due to Matching product changes, S-RAD Downranking efficiency dropped significantly. **Slip through** rates have been **increased from ~30% to ~55%.**

ANZ & IND Launch w **Global Model**

Starting in **July**, Enforced Downranking XP ran in 40 US & BR cities;
In **Sep**, Enforced Downranking rolled out to all active markets (exclude 40 cities in US & BR under Global Model XP)

Unexpected slip-throughs have been **eliminated** Downranking efficiency **increased by 20-40 p.p**

**Dec '23: Switch to Global model in the US and BR**
Potential model performance improvements to further **increase Safety benefits**

1.4%   1.9%   3.7%   5.2%   5.4%   4.8%   5.6%

Apr 2023   May 2023   Jun 2023   Jul 2023   Aug 2023   Sep 2023   Oct 2023

* based on Oct '23 OKR, using 3 months window

ATTORNEY-CLIENT PRIVILEGED



ATTORNEY-CLIENT PRIVILEGED

## Projects Overview

**2023 H2 Projects**

- S-RAD Mobility Expansion:
  - UberX
    - Canada -> Completed on Dec 6th
    - MEA -> Pending regional stakeholders approvals
  - Moto:
    - The model is currently being developed by AS
- Enforced Downranking intervention:
  - Rollout to all existing markets on Sep 19th

ATTORNEY-CLIENT PRIVILEGED



## Projects Overview

**2024 H1 Projects**
- S-RAD Mobility:
  - Expansion to Moto:
    - Goal: launch XP in India and Brazil
  - New features exploration:
    - Goal: Check if addition of new features could improve model recall
- S-RAD Delivery Expansion:
  - Goal: Develop a set of rules to identify Serious SA/SM risk
- Courier Eligibility for Alcohol Trips
  - Goal: Propose a courier selection criteria for Alcohol Delivery orders to decrease Serious IPC incident Rates reported against Earners.
- Planning project sheet

ATTORNEY-CLIENT PRIVILEGED