# UBER_JCCP_MDL_003603491

## Metadata

| | | |
|---|---|---|
| **#Author** | glucas@uber.com | SEMANTIC |
| **#Date Modified** | 09/09/2024 | SEMANTIC |
| **#DateCreated** | 01/26/2024 | SEMANTIC |
| **#Title** | BCG2024-ENGLISH.pdf | SEMANTIC |
| **Account** | mike.akamine@uber.com; | SEMANTIC |
| **All Custodians** | Akamine, Mike;Fogg, Chad;Hawk, Cassie;Kawada Page, Jodi; | SEMANTIC |
| **All Paths** | Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_9.zip; Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_9.zip; Fogg, Chad: \REFRESH_Drive_Set6\REFRESH_Drive_Set6__7.zip; Fogg, Chad: \REFRESH_Drive_Set6\REFRESH_Drive_Set6__7.zip; Hawk, Cassie: \REFRESH_Drive_Set10\REFRESH_Drive_Set10__2.zip; Hawk, Cassie: \REFRESH_Drive_Set10\REFRESH_Drive_Set10__2.zip; Kawada Page, Jodi: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_7.zip; Kawada Page, Jodi: \REFRESH_Drive_Set13\REFRESH_Drive_Set13_7.zip | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Attachment Names** | [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image] | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003603491 | SEMANTIC |
| **Collaborators** | praveenvb@uber.com; riback@uber.com; egrc_snow_gsuite@uber.com; jmarti182@ext.uber.com; shubhangib@uber.com; deanna.slocum@uber.com; katy.creecy@uber.com; fte-compliance@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 01/26/2024 8:12 pm | SEMANTIC |
| **Date Modified** | 09/09/2024 8:25 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003603521 | SEMANTIC |
| **File Path** | \REFRESH_Drive_Set1\REFRESH_Drive_Set1_9.zip | SEMANTIC |
| **File Size** | 1909521 | SEMANTIC |
| **Filename** | BCG2024-ENGLISH_1e61BtHnZSe-iP2960Bc6eaezz21m41u5.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_003603491;UBER_JCCP_MDL_003603492;UBER_JCCP_MDL_003603493;UBER_JCCP_MDL_003603494;UBER_JCCP_MDL_003603495;UBER_JCCP_MDL_003603496;UBER_JCCP_MDL_003603497;UBER_JCCP_MDL_003603498;UBER_JCCP_MDL_003603499;UBER_JCCP_MDL_003603500;UBER_JCCP_MDL_003603501;UBER_JCCP_MDL_003603502;UBER_JCCP_MDL_003603503;UBER_JCCP_MDL_003603504;UBER_JCCP_MDL_003603505;UBER_JCCP_MDL_003603506;UBER_JCCP_MDL_003603507;UBER_JCCP_MDL_003603508;UBER_JCCP_MDL_003603509;UBER_JCCP_MDL_003603510;UBER_JCCP_MDL_003603511;UBER_JCCP_MDL_003603512;UBER_JCCP_MDL_003603513;UBER_JCCP_MDL_003603514;UBER_JCCP_MDL_003603515;UBER_JCCP_MDL_003603516;UBER_JCCP_MDL_003603517;UBER_JCCP_MDL_003603518;UBER_JCCP_MDL_003603519;UBER_JCCP_MDL_003603520;UBER_JCCP_MDL_003603521 | SEMANTIC |
| **ILS Document Date** | 09/09/2024 | SEMANTIC |
| **ILS Prod Date** | 03/14/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL132 | SEMANTIC |
| **Other Custodians** | Akamine, Mike;Kawada Page, Jodi;Fogg, Chad;Hawk, Cassie; | SEMANTIC |
| **Primary Date** | 01/26/2024 8:12 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL132; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 09/09/2024 8:25 pm | SEMANTIC |

Trial Exhibit No.
**P-03137_slip**

Trial Exhibit No.
P-03137

2024

Uber

# BUSINESS CONDUCT GUIDE

CONFIDENTIAL UBER_JCCP_MDL_003603491

P-03137.00001



Uber Business Conduct Guide
We Do the Right Thing.
Reimagine a Better World
Take Care of What's Ours
Win the Right Way
Be Trustworthy

# A message from Dara.

Team,

We are building a generational company that has a meaningful impact on society. It is our responsibility to build it the right way, act with integrity, and Do the Right Thing. Period.

The principles, concepts, and policies in this Business Conduct Guide (BCG) outline the behavior expected of an Uber employee. Combined with our company's mission and values, the BCG offers a roadmap to help guide you when acting on behalf of Uber and demonstrates to the outside world that we are a reputable company.

Sometimes, the right decision may not be immediately clear. In those instances, this BCG can be a valuable resource to help direct your decision-making. Our BCG can be applied to everything we do here at Uber, from respecting each other to following the laws and policies that apply to our work

At Uber, we are reimagining the way the world moves for the better, and we do this with an unwavering commitment to acting with integrity along the way. I expect our employees to know, understand and comply with the policies within this BCG. And, if there is concern for an action or behavior that appears to fall below this expectation, StandUp/SpeakUp using our Integrity Helpline.

Dara

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 4 of 32

# Table of Contents

## We Do the Right Thing. Period.

We are One Uber....04
Why we have our Guide....05
Make the right decision....06
Stand Up Speak Up....06
What happens when I Speak Up?....06
We have your back....06

## Take Care of What's Ours

Safeguard Uber's network, information & assets....11
Keep confidential Information in the right hands....12
Be a responsible data steward....13
Protect intellectual property....14

## Be Trustworthy

No insider trading....22
Communicate as One Uber....23
Use social media wisely....24
Tell the truth about our products and services....25
Report accurate and complete financial information....26
Manage records responsibly....27
Don't mix politics and work....28

## Reimagine a Better World

Respect everyone....07
Be inclusive....08
Keep people safe....09
Make a positive impact....10

## Win the Right Way

Avoid conflicts of interest....15
Build good relationships....16
Stand against corruption....17
Compete on our merits....18
Respect our competition....19
Follow trade controls....20
Choose the right business partners....21

## Code of Ethics for Directors....29

## Go Get It....30

Business Conduct Guide | **Table of Contents**

CONFIDENTIAL UBER_JCCP_MDL_003603493

P-03137.00003



# We Do the Right Thing. Period.

At Uber, we expect one another to do what is right over what is fast, status quo, fun, easy or comfortable. We engage in difficult conversations required to make the right call; we reflect on Uber's values and use judgment when "the right thing" isn't obvious; we do what we say we are going to do, and we take accountability and are self-aware.

## We are One Uber.

It's powerful to be a part of something bigger than any one of us, or any one team.

We're tied together by our common goal of doing what's best for Uber – not for ourselves, our team, or our project. We support each other through our challenges and celebrate our successes. We share our opinions respectfully when decisions are being made – and we get behind the final decisions, even if we initially disagree. We're committed to working collaboratively and supporting our teammates to be their best, even when we hit the inevitable bumps in the road.

As One Uber, we're all responsible for understanding and following our Business Conduct Guide (the "Guide"). These standards apply to everyone who works at Uber and on our behalf.

CONFIDENTIAL UBER_JCCP_MDL_003603494

P-03137.00004

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 6 of 32

# Why we have our Guide – and how to use it

If you have questions as you use the Guide, reach out to the Global Ethics and Compliance Team (E&C). We're here to help.

The Guide is a framework for how we do things at Uber — with integrity. You'll find a high-level overview of the most important things to keep in mind during your work at Uber, as well as some direction for how to navigate tough decisions or gray areas. And, if you need further guidance on a topic, our Uber policies linked throughout the Guide will dive into greater detail.

Additionally, our Global Employee Handbook outlines policies and processes that we must follow with regard to employment laws, maintaining a respectful workplace, and standards of conduct to follow when interacting with others.

Use this Guide as a resource for conducting our business ethically and in line with our Uber values. Failure to adhere to this Guide can result in disciplinary action – up to and including termination, subject to local law.

## As you go through the Guide, you will see some features in each section:

Applying our values

Illustrates how our values can drive our actions when addressing issues with ethical, legal, or reputational risk.

**Drive this home**

Shows how a critical risk might arise in your work at Uber.

**Guide me further**

Defines terms or provides additional details for better insight.

**Keep your eyes on the road**

Flags important things to watch out for.

**Where to?**

Directs you to policies and guidelines that help you take the right action.

Business Conduct Guide | **We Do the Right Thing.** | Why We Have Our Guide - And How to Use It

CONFIDENTIAL UBER_JCCP_MDL_003603495

P-03137.00005

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 7 of 32

# Make the right decision.

We're counting on you to use your best ethical judgment in your work at Uber. Use this framework to make good decisions:

### Purpose:

- Why am I doing this?
- Is it legal?
- Is it the right thing to do?
- Is it truthful and transparent?

### Process:

- Did I follow the right steps?
- Did I consult the right experts?

### Perception:

- How does this look to users, regulators, employees, media?
- How would this look three or four years in the future?
- How would this look on the front page of the newspaper or at the top of a news feed?

## Stand Up Speak Up.

We're better as a company when you exercise your power to prevent accidental or intentional wrongdoing – so we're counting on you to Stand Up and Speak Up for yourself and for others.

We want to know if you have a concern about how we conduct our business. The sooner you speak up about something that doesn't feel right, the sooner we can address the issue.

### Use one of the following channels:

Any Uber manager (including yours)

An HR partner or E&C

The Integrity Helpline which is available 24 hours a day, 7 days a week. For the Helpline, while it is helpful for you to offer as much detail as possible in reporting your concern, in most regions, you may choose to remain anonymous.

## What happens when I Speak Up?

When you Stand Up and Speak Up, we will listen.

An experienced team (professionals from People/Employee Relations, Internal Audit, Security, and E&C) will review your concern and, where appropriate, conduct an investigation or direct your concern to the right team to help. They will share the results of the investigation with you and any necessary follow-up, to the extent possible.

If you are involved in an investigation as the subject or as a witness, you are expected to cooperate fully and respond to inquiries, interviews, and requests for documents, promptly, completely, and truthfully.

## We have your back.

We know that speaking up takes courage – and we take the concerns you raise very seriously.

We review all reports, conduct necessary investigations, take appropriate action, and keep matters as confidential as possible throughout the process.

We do not tolerate retaliation against employees for exercising their legal rights. We're dedicated to supporting anyone who raises genuine concerns in good faith or participates in an investigation Retaliation violates our Global Employee Handbook, this Guide, and, often, the law. If you feel that you are being treated differently because of a concern you raised, report it.

Business Conduct Guide | **We Do the Right Thing.** | Make the right decision.

CONFIDENTIAL UBER_JCCP_MDL_003603496

P-03137.00006



Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 8 of 32

# Reimagine a Better World

We reimagine the way the world moves for the better. When we treat everyone with respect, embrace inclusivity, maintain a safe workplace, and make a positive impact in our communities, we're able to grow our business with integrity as One Uber.

## Respect everyone.

We are committed to fostering an environment where all people are welcome and supported. Uber does not tolerate any form of discrimination, harassment, retaliation, bullying, or workplace violence – from Uber employees or anyone who represents us.

### Do the right thing:

- Be respectful and kind – period.
- Stand Up and Speak Up if you experience, see, or hear any behavior that makes you uncomfortable.
- If you are a manager, create an open and supportive environment where team members can raise concerns.

**Guide me further**

### What is discrimination?

Discrimination happens when someone is treated differently or unfairly based on legally protected characteristics. For example: Deciding not to hire someone because soon they intend to have children.

### Uber's culture is one of mutual respect and dignity for all, regardless of:

- race
- color
- religion
- gender
- pregnancy, childbirth, or related medical conditions
- age
- national origin or ancestry
- physical or mental disability
- marital status
- medical condition
- sexual orientation, gender identity and gender expression
- genetic information
- other characteristics protected by law

### What is harassment?

Harassment is defined by applicable law, but generally includes unwelcome verbal, visual and/or physical conduct that is based on a protected characteristic. Harassment often creates an intimidating, humiliating, offensive, abusive, or hostile work environment between co-workers in or outside of the office.

**Where to?**

Global Employee Handbook

Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 9 of 32

# Be inclusive.

As a company that facilitates movement, our goal is to help everyone move freely, safely, and without fear. To do that, we must maintain an equitable and inclusive workplace, while also building a marketplace where our products and services address the needs of diverse communities. A diverse workforce — with team members who bring a wide variety of skills, abilities, experiences, and perspectives — is essential to our success. We are committed to the principles of equal employment opportunity, inclusion, and respect.

## Do the right thing:

- Celebrate people as individuals whose diversity makes our team stronger – be respectful of each other's cultures, pronouns, talents and skills, and other individual characteristics.
- Evaluate candidates based on their qualifications, experience, and past performance – never on unrelated personal characteristics.
- Strive to engage and have meaningful conversations and interactions at Uber with people you don't work with on a day-to-day basis or with people who might have a background that varies from yours.

## Applying our values

**Great minds don't think alike**

Diversity of ideas, identity, ethnicity, experience, and education is what makes our team – and company – stronger. When our workforce reflects the incredible diversity of the people who connect on our platform, we make better decisions that benefit the world.

Guide me further

Uber's culture of inclusion and respect extends to its compensation practices. We're committed to pay equity, and we regularly review our pay practices, and employee pay, to support equal pay for equal work, regardless of gender, race, or other protected characteristics.

## Where to?

Global Employee Handbook

ESG Report

CONFIDENTIAL UBER_JCCP_MDL_003603498

P-03137.00008





Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 10 of 32

# Keep people safe.

You — our employees — are Uber's most important resource. We protect each other by understanding Uber's policies and procedures and following the laws and regulations that apply to us and our roles. We're counting on you to watch out for each other and report issues as they arise.

## Do the right thing:

- Escalate safety concerns – even the small ones – before they become an issue.
- No matter your job, protect the safety of our people.
- Think critically about safety risks that might arise from your work, and collaborate across teams to reduce these risks.
- For your safety – and the safety of everyone in Uber's orbit – never work while impaired by any substance, including drugs and alcohol. Using or possessing drugs and alcohol during work time may result in discipline and termination.
- Your co-workers are your co-workers whether you are with them in or outside of an office. Conduct yourself respectfully and appropriately when you are attending an Uber-sponsored or coordinated event or attending on behalf of Uber.

## Applying our values

**Stand for safety**

Safety never stops – it is embedded into everything we do. Our relentless pursuit to make Uber safer for everyone using our platform will continue to make us the industry leader for safety. The safety of our employees both in the workplace and outside makes our culture stronger. We know the work of safety never stops, so we can and will challenge ourselves to always be better for the communities we serve.

## Where to?

Global Employee Handbook

Your country-specific Employee Handbook Annex, if available

Respectful Conduct at Events

CONFIDENTIAL UBER_JCCP_MDL_003603499

P-03137.00009



Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy

# Make a positive impact.

We believe that all human beings should be treated with dignity, fairness, and respect. We do not tolerate child labor, human trafficking, modern slavery including the degrading treatment of individuals, or unsafe working conditions. Together, we can build a world that is better, safer, more equitable, and less emissions-intensive. Uber is working to become the cleanest platform on the planet because it's the right thing to do for our people, cities, and business.

## Do the right thing:

- Consider the environment when building new products, creating new workstreams, and/or engaging with your local communities and stakeholders.
- Be alert to signs of human trafficking, forced labor, or abuse of any kind.
- Speak up if you ever feel that someone is being subjected to mistreatment.

## Keep your eyes on the road

Giving back is in our DNA. Uber empowers you to make a positive difference in the community.

But, it's important that - unless approved by Uber - we participate in volunteer service, charitable donation, or other community support initiatives on our own time and with our own resources:

- Never claim to be a representative of Uber to the public – unless specifically requested to do so by management.
- Never contribute to a charitable organization or cause in exchange for obtaining business advantages for yourself, a colleague, or Uber.
- If you identify an opportunity where Uber can have an impact in our community, contact the Social Impact Team, which works to further our mission to support sustainability, safety, economic empowerment, and equity projects.

## Applying our values

**Build with heart**

We work at Uber because our products profoundly affect lives, and we care deeply about our impact. Being active participants in our communities is one way for us to connect with our marketplace in a meaningful way – living our Uber value of Building with Heart.

## Where to?

Environmental Policy • ESG Report • Global Employee Handbook - Solicitation Policy
Human Rights Policy • Donating and Sponsoring Guide • Sustainability @Uber

Business Conduct Guide | **Reimagine a Better World** | Make a positive impact.

CONFIDENTIAL UBER_JCCP_MDL_003603500

P-03137.00010



Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 12 of 32

# Take Care of What's Ours

At Uber, we have a lot of important assets to protect, including our equipment and information systems, our business confidential information, our users' and employees' data, and intellectual property. We all benefit when we use our assets efficiently.

## Safeguard Uber's network, information & assets.

Cybersecurity threats, such as phishing and SMShing attempts, are becoming increasingly sophisticated. Help keep our network secure by protecting your Uber login credentials, following best practices for password security, and keeping an eye out for phishing attempts. Keep Uber's assets safe from loss, theft, damage, or fraud.

### Do the right thing:

- Never click on links, attachments or calendar invites from unverified external sources or reveal personal or sensitive information via email or text message.
- Ensure two-factor authentication is implemented.
- Use a strong, unique password and change passwords regularly.
- Report suspicious activity and potential incidents immediately to Security.

### Drive this home

You will probably encounter Artificial Intelligence (AI) tools that might seem to help you do your job better. But it's important that you pause, think and ask before using any of them, as they can put Uber's network, information, and assets at risk.

- Only use Generative AI tools that have been approved for use on the Uber network.
- Never input confidential or restricted company information into an AI tool.
- Anonymize Uber data when using AI tools when possible.

### Keep your eyes on the road

One of the ways we protect our computer networks, including company email, is to use them primarily for business purposes according to Uber's Network & Device Acceptable Use Policy. Occasional personal use of Uber email or other authorized communication tools is allowed within limits.

Remember that - to the extent permitted under applicable law - Uber may review communications such as Slack or email sent over our networks without notice to you.

### Where to?

Network and Device Acceptable Use Policy

Responsible Use of Generative AI Tools

CONFIDENTIAL UBER_JCCP_MDL_003603501

P-03137.00011



Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 13 of 32

# Keep confidential information in the right hands.

Confidential information is one of our most important assets – let's be sure to recognize it and protect it. It can include Uber data, user data, business practices, content discussed in All Hands and staff meetings, source code, algorithms, software, and other data.

Sharing confidential information outside Uber could expose it to competitors, jeopardize our business, and threaten or destroy our ability to protect such information.

## Do the right thing:

- Share confidential information **inside** of Uber only with those who have a need to know it.
- Share confidential information **outside** of Uber only with authorization from Legal.

## Drive this home

Protecting Uber's confidential information doesn't stop if you leave Uber. After leaving, your obligations are the same as when you were working at Uber. You may not talk about or share any information that is confidential, sensitive, proprietary, or non-public. You should consult your employment agreement and associated annexes, and contact your manager or Legal if you need guidance or have specific questions.

## Where to?

Global Employee Handbook - Confidentiality Section

Data Classification and Handling Requirements

Confidential Information Resources

Sample Confidential Information and Invention Assignment Agreement

CONFIDENTIAL UBER_JCCP_MDL_003603502

P-03137.00012



# Be a responsible data steward.

Earners and employees trust us with their personal information. We are all responsible for adhering to Uber's privacy principles and protecting all personal information within our possession.

## Do the right thing:

- Access personal information only when authorized and with a valid job-related reason to do so.
- Use personal information only for the reason for which it was originally collected.
- Do not share private and confidential information with anyone, either inside or outside Uber, if they do not have a business reason to review it.
- If you have questions about whether something is considered personal information or how to handle personal information, review the Data Classification and Handling Requirements and contact the Privacy Team if you still have questions.

### Drive this home

Sometimes we have some newsworthy riders - like popular celebrities. While it can be tempting to look up their account information, we must limit data access to legitimate business purposes and for authorized employees only.

### Where to?

Uber Internal Privacy Policy • User Privacy Notice • Employee Privacy Notice
Data Access Policy • Data Classification and Handling Requirements

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 15 of 32

# Protect intellectual property (IP).

Our IP strengthens our brand, protects competitive and commercial advantages, deters copying, promotes business deals, and enhances investor confidence in our business. The law protects our trademarks, copyrights, patents, and trade secrets.

Our IP includes Uber's trademarks, logos, branding, products, technology, algorithms, designs, software, hardware, APIs, code, proprietary data, processes, technical documentation and many other forms of Uber IP. At Uber, we not only take steps to protect our own IP, but we also respect the IP of other organizations and their respective efforts to protect such third-party IP.

## Do the right thing:

- Consult with Uber's IP Team if you know about any proposed trademarks (whether it is the name or logo for a product or service or a marketing slogan), as well as any new technological innovations and creations, so that steps may be taken to clear and protect them.
- Do not bring to Uber or use any third-party IP without explicit authorization from Legal.
- Report any questions or concerns about the potential misuse of IP (whether it's our IP or the IP of a third party) to Uber's IP Team as soon as possible.
- Do not permit any third parties (even if they are legitimate Uber partners/vendors) to register any domains or social media handles containing Uber's name or trademarks. Instead, please contact the Trademark Team for assistance.

Drive this home

Let's face it – people recognize the Uber name and know it carries an impressive reputation. It's possible people will try and misuse Uber's IP to promote their business. If you notice that a website or a social media account for a business unaffiliated with Uber is using the Uber name to promote its own products/services, Uber needs to know about it. Instead of contacting the website owner or social media account holder directly, contact the Trademark Team immediately, so they can investigate.

Where to?

Intellectual Property Policies

Business Conduct Guide | **Play Fair** | Protect intellectual property.

CONFIDENTIAL UBER_JCCP_MDL_003603504

P-03137.00014

 

Uber Business Conduct Guide We Do the Right Thing. Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 16 of 32 Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy

# Win the Right Way

Doing the right thing – and winning the right way – means we always follow Uber's policies, our BCG, and the law. Uber's success and growth are built on our foundation of conducting our business with integrity.

## Avoid conflicts of interest.

Put Uber's interests above your own interests when making business decisions. A conflict of interest happens when our private interests (personal, family, social, or financial) interfere with the performance of our Uber responsibilities. Even the appearance of a conflict can look bad and should be avoided. Learn to recognize conflicts and disclose any that arise.

### Do the right thing:

- Steer away from situations where your personal and work lives could conflict.
- Avoid interests, activities, or relationships that prohibit you from making fair and objective decisions on behalf of Uber.
- Seek guidance from E&C if you have a question about whether something might be a conflict of interest or appear to be one.
- Follow Uber's Conflicts of Interest Policy for disclosing conflicts.

### Keep your eyes on the road

Determining whether a conflict of interest exists is not always easy. But some relationships or interests will always pose a conflict with our business. If you recognize one of these in your own life, disclose it right away.

- **Financial Interests.** You must disclose a financial interest over 1% in any entity (public or private) that competes or does business with Uber.
- **Outside Activities:** You should not engage in an outside activity that (i) is competitive with Uber, or (ii) affects your ability to devote appropriate time and attention to your job responsibilities.
- **Family and Close Personal Relations.** You must not attempt to influence any Uber-related decision including hiring, compensation, promotion, or management decisions and any business dealings that may benefit or appear to benefit an Immediate Family Member or Close Personal Relation or an entity in which you are involved or have a Financial Interest.
- **Gifts, meals, and other favors.** You must never accept or provide gifts or other items of value, borrow money, or perform or receive other favors that might compromise or appear to compromise your ability to make objective and fair business decisions or might influence or appear to influence business relationships. [See policy for local guidelines and limited exceptions (e.g., gifts valued at less than US$150).]
- **Corporate Opportunities.** You may not take advantage of any business opportunity that you discover through your work at Uber unless you disclose the opportunity fully in writing and obtain approval as described in this Policy.

### Where to?

Conflicts of Interest Policy

Disclosure Form

Policy Against Bribery and Corruption

### Drive this home

**Let's say you want to join the board of a small organization – is it going to be possible?**

Maybe. Our policies and related disclosure procedures enable us to pursue outside interests transparently and in a way that does not put Uber's interests at risk.

Business Conduct Guide | **Win the Right Way** | Avoid conflicts of interest.

CONFIDENTIAL UBER_JCCP_MDL_003603505

P-03137.00015




Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 17 of 32

# Build good relationships.

Uber does not buy market access, business, or policy outcomes with money, gifts, or other perks. Building good relationships is part of what makes us Uber. When working with business partners, we may give or receive modest gifts, but not to gain an unfair business advantage. Good judgment and transparency are critical.

## Do the right thing:

- Never use personal funds or resources to do something that cannot be done with Uber resources.
- Account for business courtesies (whether given or received) in accordance with approved company procedures and accurately enter them in Coupa or Concur.
- Keep in mind that local laws vary regarding what is and what is not appropriate. Always seek guidance when you need it.

## Guide me further

### You may give (or receive):

- Company swag (like Uber branded shirts, hats, water bottles)
- Modest gifts
- Uber credits and promotional codes for Uber credits per the Uber Credits Policy (< US$50)
- Reasonable meals or entertainment to discuss business

### You may not give (or receive):

- Cash or cash equivalents (with the exception of Uber gift cards)
- Expensive gifts without E&C approval
- More than US$50 in Uber credits without management approval per the Uber Credits Policy
- Paid travel without E&C approval

## Where to?

Policy against Bribery and Corruption

Gifts & Courtesies Resources

Donating and Sponsoring Guide

Business Conduct Guide | **Win the Right Way** | Build good relationships.

CONFIDENTIAL UBER_JCCP_MDL_003603506

P-03137.00016



Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 18 of 32

# Stand against corruption.

Corruption is a global issue. At Uber, we stand against corruption. Period. We comply with the many laws around the world prohibiting bribery and corruption, and we work with third parties who share our commitment to high standards of ethical business conduct.

### Do the right thing:

- Don't offer anything of value to influence a favorable business or governmental action.
- Never try to hide or conceal a payment.
- Record all payments and transactions correctly, truthfully, and in compliance with our policies and procedures.
- Oversee the work of third parties carefully and comply with all applicable due diligence requirements.

## Keep your eyes on the road

Bribes take many forms. Here are some examples:

- Meals, airfare, hotel accommodations, and similar travel expenses
- Tickets to events and other forms of entertainment
- Cash, gift cards, loans, company shares or stock
- Compensation for services
- Personal favors
- Political contributions, if given to influence action
- Scholarships, internships, and employment of Public Officials (including family members and close friends of the Public Official)
- Charitable contributions, even if to a registered charity

## Guide me further

- Be mindful of additional restrictions that apply to our work with Public Officials. Global anti-corruption laws and Uber policy prohibit both improper influence and giving anything of value, such as financial payments, gifts, travel, investments, service agreements, partnerships, and political contributions to Public Officials and employees in exchange for business or policy outcomes.
- Uber policy also prohibits actions intended to interfere with official government enforcement activity. These laws and policies apply globally and cover not only Uber employees and contractors, but also third parties we retain, such as consultants and lobbyists.

## Where to?

Policy against Bribery and Corruption • Global Policy for Hiring Relatives of Government Officials

Uber's Corporate Policy on Our Applications and Government Employees

Policy on Employee Political Activity in the United States • Policy on Interaction with Public Officials

Business Conduct Guide | **Win the Right Way** | Don't bribe.

CONFIDENTIAL UBER_JCCP_MDL_003603507

P-03137.00017

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 19 of 32

# Compete on our merits.

Antitrust and competition laws around the world exist to promote fair competition.

At Uber, we're committed to complying with the antitrust and competition laws of all countries in which we operate. We know that being a global player comes with certain responsibilities - which include competing fairly.

## Do the right thing:

- Do not share or discuss, even informally, sensitive information with competitors (such as prices, discounts, or incentives).
- Never agree to fix prices, coordinate bidding activity, or divide markets by territory or customer.
- Make only truthful and fair claims about our competitors.
- Consult the Competition Team if you face a situation that you think may involve antitrust or competition law issues.

## Applying our values

**Trip obsessed**

Being a global player is something we are proud of. We demonstrate our value to be trip-obsessed when we show up in the market by proving that ethical and honest behavior wins every time.

## Drive this home

Conversations with competitors about pricing are off-limits. Even casual conversations can carry competition law risks. For example, if you casually ask your friend who works for a competitor how they are dealing with the rise in gas prices, you open the door to further a conversation that could raise antitrust issues.

## Where to?

Global Antitrust & Competition Law Policy

Antitrust Manual

Competitive Intelligence Policy

Business Conduct Guide | **Win the Right Way** | Compete on our merits.

CONFIDENTIAL UBER_JCCP_MDL_003603508

P-03137.00018



# Respect our competition.

Understanding the developments in our industry and staying atop of our competitive landscape is part of what makes us a leader. But strong leadership (and the law) also requires us to be honest and careful when we collect competitive intelligence. So, we have these guiding principles:

- Rely only upon lawful sources of market intelligence, like newspaper articles, public filings, or industry surveys.
- Act with honesty, integrity, and transparency in all competitive intelligence collection efforts.
- Never hire an employee of a competitor for the sole purpose of obtaining confidential information.

## Do the right thing:

- Rely only upon lawful sources of market intelligence, like newspaper articles, public filings, industry surveys, ads, and information that are broadly and publicly distributed at tradeshows.
- Do not hire a third party to take actions we would not take ourselves.
- Never hire an employee of a competitor to obtain confidential information.

### Drive this home

It's great to catch up with old coworkers. Conversations can flow so easily with the people we've known the longest. But if your former colleague works for a competitor, be on guard. Even casual stories about things at work can reveal competitive information.

### Where to?

Global Antitrust and Competition Law Policy

Competitive Intelligence Policy

Guidance for Competitive Intelligence

Uber Business Conduct Guide
We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy

# Follow trade controls.

Uber is committed to complying with global import and export laws and regulations that impact with whom we can do business (**People**), where we operate (**Places**) and the transfer of sensitive technologies (**Products**). We do not cooperate with foreign boycotts unless approved by the U.S. government.

## Do the right thing:

- Know the trade controls that apply to your job and understand how to comply with them.
- Attain all required export licenses before shipping products, data, and technologies.
- Do not conduct business with parties subject to recognized sanctions or trade restrictions.
- If you receive a request related to any boycott, promptly contact E&C and do not respond to the request.

## Applying our values

**See the forest and the trees**

Our business depends on providing the right products and services to the right people in the right places. To do this, we need to see the forest and the trees. We will only achieve our business goals if we have an understanding of the details around where and how we can operate.

## Guide me further

- **People.** Our systems and processes, including third-party screenings, have been designed to allow Uber to meet our regulatory obligations when making payments to earners and suppliers, as well as hiring employees and contingent workers.
- **Places.** There are certain countries where we can't operate without authorization from the U.S. government. Contact E&C if you want to explore doing business in or with individuals in these geographies to ensure we do so lawfully.
- **Products.** All Uber-owned products moving across international borders or leaving the U.S. must be in compliance with the relevant countries' applicable import and export controls, including proper licensing, accurate classification, and payment of any applicable duties or tariffs. Sensitive and highly controlled technologies may require licenses for import and export. If you are involved in these activities, you are responsible for knowing and following these laws. Please direct any questions regarding freight forwarding, customs brokerage, or powers of attorney related to import/export matters to the Global Trade Compliance and Logistics Team.

Business Conduct Guide | **Win the Right Way** | Follow trade controls.

CONFIDENTIAL UBER_JCCP_MDL_003603510

P-03137.00020

Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 22 of 32

# Choose the right business partners.

We choose the right suppliers, we select them fairly, and we carefully oversee their work. We must closely follow the guidelines and policies that govern Uber's procurement process. And, because Uber works as a federal government contractor in the U.S. and engages with similarly restrictive organizations in other countries, we have rules that apply to our work on government contracts.

## Do the right thing:

- Understand that we can be held liable for the misconduct of the third parties with whom we work, including agents, consultants, or any other business partners.
- If you are making a purchasing decision, weigh the facts impartially to determine the best supplier, regardless of whether it is a large or small purchase.
- If you are working with a government entity, comply with all applicable government procurement rules.
- Understand with whom you are doing business and the integrity of their business practices and activities.
- Be alert for any signs of potential money laundering, terrorist financing, or other illegal activities and report them immediately.

## Applying our values

**Do the right thing.**

Our business partners are a reflection of Uber and must be equally committed to do the right thing. Those of us who work with or hire third parties must take accountability for these relationships and therefore should choose them wisely and nurture them carefully.

## Keep your eyes on the road

Let's say you are looking to engage a consultant to support a government contract. Watch out for suspicious behaviors, such as if the consultant:

- Claims that they have close relationships with Public Officials or relatives of Public Officials that will facilitate a better outcome
- Does not provide detailed work plans or invoices, or has unconventional accounting and billing practices
- Makes requests for luxurious travel and entertainment expenses for Public Officials or requests to bring non-essential individuals on business trips
- Makes cash payments or requests to be paid in an account with a different name or in a different country than where they are performing the service
- Makes requests for expensive gifts
- Refuses to certify that they will not make improper payments, or has a reputation for paying bribes
- Does not have an office, business listings in standard industry directories, or connections with people knowledgeable about the industry

Where to?

Global Procurement Policy

Policy against Bribery and Corruption

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 23 of 32

# Be Trustworthy

Earning the trust of our customers and shareholders is everyone's job at Uber. Our honesty, transparency, and clear communications are how we keep that trust.

## No insider trading.

Insider trading is against the law. It also undermines confidence in the markets. If we have access to material non-public information (MNPI) at work, we must never share it or trade on it.

### Do the right thing:

- Don't trade stock while in possession of MNPI, whether that information relates to Uber or anything we've learned while working for Uber.
- Never provide information to someone else, even a relative, so that they can make a trade based on that information.
- Never trade Uber shares during company-imposed blackout periods (if applicable). If you are not certain whether a pro-posed transaction complies with Uber's Insider Trading Policy, you should contact Trading Compliance.

**Guide me further**

**What is insider trading?**

Insider trading is using information only available to insiders — such as an employee or through business dealings — to make a profit or avoid a loss on the stock market. It gives the insider an unfair advantage and can artificially influence a stock's performance. A violation of insider trading laws could result in fines and even jail time.

**What is material non-public information?**

MNPI is information not generally known to the public that a reasonable investor may consider important when considering whether to buy or sell stock in a company. If you possess MNPI, you must comply with your confidentiality obligations to Uber.

**Where to?**

Insider Trading Policy

Business Conduct Guide | **Be Trustworthy** | No insider trading.

CONFIDENTIAL UBER_JCCP_MDL_003603512

P-03137.00022



Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy

# Communicate as One Uber.

Words matter. How we present ourselves in all our communications impacts the way the public perceives us. Be professional. Be accurate. Be respectful. And to preserve a clear and consistent message, understand that only certain individuals are authorized to speak to the media and the public on behalf of Uber.

## Do the right thing:

- Communicate clearly, respectfully and professionally – on every platform and with every audience.
- Direct all media inquiries to press@uber.com, and if you want to speak to the media on behalf of Uber – be sure to get permission first.
- Remember that our BCG is not intended to interfere with, restrain, or prevent employee communications regarding wages, hours, or other terms and conditions of employment.

Drive this home

Enthusiastic employees are great ambassadors for our organization, but it's never okay to share competitive information outside of our company. Stop and think: "is this Uber's information?"

Business Conduct Guide | **Be Trustworthy** | Communicate as One Uber.

CONFIDENTIAL UBER_JCCP_MDL_003603513

P-03137.00023

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 25 of 32

## Use social media wisely.

Social media provides unique opportunities to share stories about our business and to listen to, learn from, and engage with users and communities. But social media also presents risks and has the potential to impact Uber's reputation. We're all responsible for exercising good judgment whenever we post online.

### Do the right thing:

- Never share confidential information online about our company, our business, or our customers.
- Clearly identify any views as your own, whenever using social media.
- Remember that only authorized personnel can post to Uber's social media channels. (You should contact the Social Media Team for permission.)

### Keep your eyes on the road

Social media is a great way to keep in touch with old friends. It may even be fun to post about work wins. Just be careful when creating social media content involving your job at Uber. Your opinions may be confused with those of Uber. Plus, if you make money on your social media content, you could have a conflict of interest with your work at Uber.

### Where to?

Global Employee Handbook - Social Media Section

Social Media Policy

Social Media Guidelines

Global Employee Handbook - Careful Communications

Business Conduct Guide | **Be Trustworthy** | Use social media wisely.

CONFIDENTIAL UBER_JCCP_MDL_003603514

P-03137.00024

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 26 of 32

# Tell the truth about our products and services.

The marketplace expects transparency and trustworthiness from Uber. We create marketing, advertising, and sales materials that accurately represent our company and our products. We act in accordance with the laws and company policies that strictly prohibit deceptive or unfair advertising and practices.

## Do the right thing:

- Describe Uber, our products, and our services – and even our competitors – in a way that is fair, truthful, and substantiated.
- Be straightforward in how we present ourselves and our platform — relying on data or other evidence to back up our claims.
- Never omit key facts or conditions when promoting Uber.

**Drive this home**

You love Uber. You want to shout it from the rooftops. And promoting the things you love about Uber is always welcome, as long as you do so truthfully, and your statements are based on facts. It's always a good idea to seek help when making claims about Uber by contacting Marketing Legal.

**Where to?**

Clear & Conspicuous Standard for Disclosures

Business Conduct Guide | **Be Trustworthy** | Tell the truth about our products and services.

CONFIDENTIAL UBER_JCCP_MDL_003603515

P-03137.00025

Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 27 of 32

# Report accurate and complete financial information.

Investors and regulators count on us to provide accurate information to make informed decisions. We must each do our part to make certain that our company records are accurate, complete, and clear.

## Do the right thing:

- Follow all company policies and procedures when creating and executing financial transactions, accounting entries, or internal controls, preparing and disclosing financial statements and other financial/non-financial information.
- Never ask someone to record or report information that you know is incorrect, or to bypass an internal control.
- Be transparent and cooperative with internal and external auditors, law enforcement, regulators, and government agencies.
- Contact the Integrity Helpline, Internal Audit, E&C, or a manager you trust if you have concerns that an accounting treatment or financial / non-financial disclosure may be inaccurate, incomplete, or misleading.

We all make mistakes. There might be times when we notice we've forgotten to record something, or we've recorded something incorrectly. If we catch a mistake, whether we made it or if it was made by someone else, we need to speak up. The sooner we identify and report an error, the sooner it can be corrected and, if necessary, disclosed.

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy

Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 28 of 32

# Manage records responsibly.

Our records are extremely important to our business. We must retain certain company records for given periods of time—sometimes because of specified legal or contractual requirements and other times to help our business run efficiently and effectively.

## Do the right thing:

- Comply with our document management and retention policies for all business records and communications (paper and electronic).
- Cooperate with any legal holds or other company requests to retain records for longer than the time specified by the records retention schedule.
- Do not use messaging applications with purely ephemeral (auto-delete) messaging capabilities to conduct business on behalf of Uber.

## Drive this home

We all have different methods for keeping ourselves organized and different preferences for how to categorize and save documents. Policies and guidelines which outline expectations for employee behaviors should be clear, current, and easy to find. Our Policy Management Playbook is a helpful resource when creating employee-facing policies.

## Where to?

Policy Management Playbook

Document Retention Policies

Email, Slack, Messaging & Texting Use and Retention Policy

Business Conduct Guide | **Be Trustworthy** | Manage records responsibly.

CONFIDENTIAL UBER_JCCP_MDL_003603517

P-03137.00027

 

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 29 of 32

# Don't mix politics and work.

Personal civic engagement is important but must be kept appropriately separate from Uber. As employees of Uber, we may generally make political contributions in our personal capacity, but we may never make a political contribution in exchange for any official action, including support for Uber and its interests.

## Do the right thing:

- Never use Uber time or resources to support the political process or a political candidate in your personal capacity.
- Never use Uber resources for solicitations. Solicitations must comply with the Solicitations Policy in the Global Employee Handbook and with the Policy on Employee Political Activity in the United States.
- Do not make or commit to making political contributions on behalf of Uber without receiving the appropriate internal approvals in your region.
- Don't use Uber letterhead or email, or reference your business title or address, if expressing a personal political view in a public forum.
- In the U.S., obtain pre-approval from the U.S. Political Law Team before engaging in any conduct that could be considered lobbying.
- Outside the U.S., contact E&C for guidance when interacting with Public Officials.

## Drive this home

We believe it's important for individuals to support causes and candidates they believe in. But there are certain rules we have to follow. And depending on our role, the rules can vary. For example, although most of us can make personal political contributions without issue, in the U.S., there are strict rules. Some of us (Uber officers, directors, lobbyists, and certain employees who have worked on state and local government contracts, and their immediate family members) are required to obtain pre-clearance from Legal prior to making any political contribution.

## Where to?

Policy on Employee Political Activity in the United States

Global Employee Handbook - Solicitation Policy

Donating and Sponsoring Guide

U.S. Corporate Political Activity Policy

Business Conduct Guide | **Be Trustworthy** | Don't mix politics and work.

CONFIDENTIAL UBER_JCCP_MDL_003603518

P-03137.00028

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 30 of 32

# Code of Ethics for Directors

## Our Directors, officers and employees must comply with the Code of Ethics.

This Business Conduct Guide applies in its entirety to all of Uber's members of the Board of Directors, officers, and employees. However, only the following sections constitute the Code of Ethics for the purposes of the rules of the SEC and the listing standards of the New York Stock Exchange: Stand Up Speak Up, What Happens When I Speak Up, We Have Your Back, Reimagine a Better World, Take Care of What's Ours, Win the Right Way, and Be Trustworthy. Additionally, Directors, officers, and employees must not take for themselves opportunities related to Uber's business; use the Company's property, information, or position for personal gain; or compete with the Company for business opportunities. Sections listed include any subsections contained therein. All sections not listed above, as well as all sidebars, Q&A's, examples, and linked policies or documents, are not included in the Code of Ethics.

Business Conduct Guide | **Code of Ethics for Directors** | Our Directors, officers and employees must comply with the Code of Ethics.

CONFIDENTIAL UBER_JCCP_MDL_003603519

P-03137.00029

Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 31 of 32

# Go Get It

When it comes to business conduct, we expect everyone at Uber to bring the mindset of a champion. Participating and finding solutions to concerns that may arise is part of how we achieve our mission.

Remember: at Uber, your voice matters. We want to know about any potential policy violations so that we can address the issue as soon as possible. This means we always do our best work, and we recognize that when something doesn't feel right, it's up to us to Stand Up and Speak Up.

Use one of the following channels:

 Any Uber manager (including yours)

 An HR partner

 The Integrity Helpline

Go
get
it

How we define a champion mindset isn't based on how we perform on our best days, it's how we respond on the worst days. We do the right thing – even when the right thing isn't obvious.

Because it matters.

**Now, go get it.**

Business Conduct Guide | **Go Get It**

CONFIDENTIAL UBER_JCCP_MDL_003603520

P-03137.00030



Uber Business Conduct Guide We Do the Right Thing. Reimagine a Better World Take Care of What's Ours Win the Right Way Be Trustworthy
Case 3:23-md-03084-CRB Document 5257-41 Filed 02/17/26 Page 32 of 32

# Revision History

| Version # | Effective Date | Modified By | Changes Made |
|---|---|---|---|
| 5.0 | 01/2024 | Ethics & Compliance | Periodic BCG update |
| 4.0 | 11/2021 | Ethics & Compliance | Periodic BCG update |
| 3.0 | 11/2019 | Ethics & Compliance | Periodic BCG update |
| 2.0 | 03/2017 | Ethics & Compliance | Periodic BCG update |
| 1.0 | -- | Ethics & Compliance | -- |

Business Conduct Guide | **Revision History**

CONFIDENTIAL UBER_JCCP_MDL_003603521

P-03137.00031