# P-03145

# Social media post from Uber - RideCheck: Connecting You with Help When You Need It

P-03145.00001

