## UBER-MDL3084-BW-00000017

## Metadata

| All Custodians | Uber Technologies, Inc. | SEMANTIC |
|---|---|---|
| All Paths | \merged_user_csvs | SEMANTIC |
| Application | Spreadsheet | SEMANTIC |
| Begin Family | UBER-MDL3084-BW-00000017 | SEMANTIC |
| Confidentiality | CONFIDENTIAL | SEMANTIC |
| Date Created | 04/16/2025 12:00 am | SEMANTIC |
| Date Modified | 04/16/2025 12:00 am | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER-MDL3084-BW-00000017 | SEMANTIC |
| File Size | 6745900 | SEMANTIC |
| Filename | 79ab5a1c-c289-4f76-855c-bf7d29156ad5.csv | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER-MDL3084-BW-00000017 | SEMANTIC |
| ILS Document Date | 04/16/2025 | SEMANTIC |
| ILS Prod Date | 04/30/2025 | SEMANTIC |
| ILS Prod Vol | MDL-BW001 | SEMANTIC |
| Other Custodians | Uber; | SEMANTIC |
| Primary Date | 04/16/2025 12:00 am | DOC_TYPE_ALIAS |
| Production Volume | MDL-BW001; | SEMANTIC |
| Sort Date | 04/16/2025 4:03 am | SEMANTIC |



Trial Exhibit No.
P-03289

P-03289.00001

**Page Image Missing**
**UBER-MDL3084-BW-00000017**

P-03289.00002