# UBER-MDL3084-BW-00007842

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \Bliss Tickets\Driver\2025-05-15T21_53_08.507Z.zip | SEMANTIC |
| **Application** | Document | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00007842 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 05/15/2025 9:52 pm | SEMANTIC |
| **Date Modified** | 05/15/2025 9:53 pm | SEMANTIC |
| **Document Type** | 5/15/2025 | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00007842 | SEMANTIC |
| **File Size** | 11595 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean_ 446bd16e-d98e-444e-aea6-15653d7915c3 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00007842 | SEMANTIC |
| **ILS Prod Date** | 05/21/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW009 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/15/2025 9:52 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW009 | SEMANTIC |
| **Sort Date** | 05/15/2025 9:53 pm | SEMANTIC |

P-03338.00001

Trial Exhibit No.
P-03338

Title: A message from Uber

User Type: driver

Hi Hassan,

We were notified by a rider that you accepted a cash payment on a recent trip, so we've adjusted the fare accordingly.

As a reminder, Uber payments in Phoenix are designed to be cashless. As outlined in our Community Guidelines, we don't take action on the status of your account unless the issues raised are serious or repeat offenses.

If you have any other questions, just let us know and we'll be glad to assist.

Aldous Alcazaren

Sat, 21 Jul 2018 18:26:49 GMT

via agent (external)

OC:
https://bliss.uberinternal.com/contacts/434436f4-5597-4d8a-ae79-8d84c34b931b

Aldous Alcazaren

Sat, 21 Jul 2018 18:26:49 GMT

via agent (internal)