**UBER-MDL3084-BW-00008019**

# Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \Bliss Tickets\Driver\2025-05-15T21_53_08.507Z.zip | SEMANTIC |
| **Application** | Document | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00008019 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 05/15/2025 9:52 pm | SEMANTIC |
| **Date Modified** | 05/15/2025 9:53 pm | SEMANTIC |
| **Document Type** | 5/15/2025 | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00008020 | SEMANTIC |
| **File Size** | 16186 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean_ 83bd0814-050b-4d67-a47a-11afad13ecc7 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00008019;UBER-MDL3084-BW-00008020 | SEMANTIC |
| **ILS Prod Date** | 05/21/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW009 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/15/2025 9:52 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW009 | SEMANTIC |
| **Sort Date** | 05/15/2025 9:53 pm | SEMANTIC |

Trial Exhibit No.
**P-03341**

ID: 83bd0814-056b-4d67-a47a-11afad13ecc7

Title: I want to drive in a new city

User Type: driver

What City Are You Interested In Switching To?: Arizona

Will This Be A Permanent Move?: Yes

Hassan Turay

Thu, 02 Mar 2017 05:19:19 GMT

via inappsupport (external)

Hi Hassan,

Thanks for your interest. Happy to assist!

Our current setup only allows partners to have an account associated with one city. This is because each city has a different set of rules and requirements.

We can certainly set your account to drive in Arizona but this may require running new background check which can take 1-2 weeks to process. You will also have to fulfill all document requirements for the new city.

Please let me know how you'd like to proceed.

Delon Ramkissoon

Thu, 02 Mar 2017 06:55:41 GMT

via agent (external)

Okay I'm willing to do what it takes to get started in Arizona. I live here now

Hassan Turay

Fri, 03 Mar 2017 01:02:56 GMT

via inappsupport (external)

Happy to help, Hassan.

If you're ready to change the city you drive in, we'll review your documents and confirm that they're acceptable. To view the necessary documents for your new city, please visit http://uber.com/drive and select the city that you're looking to drive in.

Please note that a new screening may be required. This process typically requires 2-3 weeks.

During your process of transitioning from driving in one city to the next, you will be unable to accept trip requests in either city. Once this process is complete and you've been approved to drive in your new city, your account will be reactivated.

Ready to get started? First, please confirm what city you would like to drive in.

ANKIT CHANDANA

Fri, 03 Mar 2017 01:32:41 GMT

via agent (external)

Phoenix Arizona

Hassan Turay

Fri, 03 Mar 2017 03:59:58 GMT

via inappsupport (external)

Thanks for confirming, Hassan. Let me help you with the process right away.

I've gone ahead and updated your account. It has been set to "Applied" status and your vehicle and its associated documents have all been set to "Pending." We will be reviewing them within the next 48 hours.

We will also be reviewing your request for your new city over the next 2 business days.

Please keep an eye out in your inbox for a response from the Uber team regarding any next steps available. We appreciate your patience and understanding in regards to this matter.

Always keep in mind that you are a valued Uber partner and if you need assistance with anything else, please let us know and we'll be glad to help.

Rex Lite

Fri, 03 Mar 2017 04:45:21 GMT

via agent (external)

BGC JIRA Submitted: https://bliss.uberinternal.com/contacts/83bd0814-050b-4d67-a47a-11afad13ecc7

Rex Lite

Fri, 03 Mar 2017 04:45:21 GMT

via agent (internal)