## UBER-MDL3084-BW-00008039

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \Bliss Tickets\Driver\2025-05-15T21_53_08.507Z.zip | SEMANTIC |
| **Application** | Document | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00008039 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 05/15/2025 9:52 pm | SEMANTIC |
| **Date Modified** | 05/15/2025 9:53 pm | SEMANTIC |
| **Document Type** | 5/15/2025 | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00008044 | SEMANTIC |
| **File Size** | 18915 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean_ 413e3baf-8cb0-4dbc-95b6-7c5239ed4f4d | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| ILS All Bates | UBER-MDL3084-BW-00008039;UBER-MDL3084-BW-00008040;UBER-MDL3084-BW-00008041;UBER-MDL3084-BW-00008042;UBER-MDL3084-BW-00008043;UBER-MDL3084-BW-00008044 | SEMANTIC |
| **ILS Prod Date** | 05/21/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW009 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/15/2025 9:52 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW009 | SEMANTIC |
| **Sort Date** | 05/15/2025 9:53 pm | SEMANTIC |



Trial Exhibit No. P-03342

P-03342.00001

Title: I was in an accident

User Type: driver

Date Of Accident : 5/29/18

Time Of Incident : 8:45pm

Where Did The Accident Occur? : 51st ave and northern

Were You Online At The Time Of The Accident?   : Yes

Were You Heading To A Pickup Location?   : I was at the pickup location

Were Any Riders Or Delivery Items In Your Vehicle? : No

Was Anyone Injured? : No

Was Anyone Transported By Ambulance?: No

Did All Vehicles Drive Away From The Scene? : Yes

Was Your Vehicle Damaged?  : Yes

Photo Of Front Of Vehicle :

CONFIDENTIAL

P-03342.00002

UBER-MDL3084-BW-00008039

Photo Of Side Of Vehicle (Right) :

CONFIDENTIAL

UBER-MDL3084-BW-00008040

P-03342.00003

Photo Of Side Of Vehicle (Left) :

CONFIDENTIAL

P-03342.00004

UBER-MDL3084-BW-00008041

Photo Of Back Of Vehicle :

CONFIDENTIAL

P-03342.00005

UBER-MDL3084-BW-00008042

Share Additional Details : I was parked waiting for my rider to get in the car when another vehicle backed into my car

Hassan Turay

Wed, 30 May 2018 17:34:41 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Hassan Turay

Wed, 30 May 2018 17:34:41 GMT

via inappsupport (internal)

CONFIDENTIAL

P-03342.00006

UBER-MDL3084-BW-00008043

https://teamubernternal.com/pages/viewpage.action?pageId=75422180#IRTRoutingGuide(U.S.&Canada)-IRT:Accidents

Bharat Grover

Wed, 30 May 2018 17:37:33 GMT

via agent (internal)

We're sorry to hear about this accident, Hassan. Glad to hear you're okay. To help us better understand what happened on this trip, please fill out the uberX Incident Report that we've sent to the email address on your Uber account and return it to us promptly.

In the meantime, you can begin completing trips again. After reviewing the photos you submitted we determined that your vehicle can continue operating on the app.

An insurance adjuster will contact you in 2-3 business days to gather additional details and discuss the claims process with you if you're pursuing a claim.

Feel free to learn more about the insurance products available while you're active on the Driver app.

We appreciate your patience and professionalism throughout this process. Please let us know if you have any question.

Abegail Villar

Wed, 30 May 2018 18:52:43 GMT

via agent (external)

Note: No refund since rider was not yet in the vehicle when the accident occurred

jira: SAFE-983537

Abegail Villar

Wed, 30 May 2018 18:52:43 GMT

via agent (internal)