## UBER-MDL3084-BW-00008058

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \Bliss Tickets\Driver\2025-05-15T21_53_43.573Z.zip | SEMANTIC |
| **Application** | Document | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00008058 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 05/15/2025 9:53 pm | SEMANTIC |
| **Date Modified** | 05/15/2025 9:53 pm | SEMANTIC |
| **Document Type** | 5/15/2025 | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00008058 | SEMANTIC |
| **File Size** | 10324 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean_ 61fe801e-ad83-41e2-ba9c-2fefb0a47483 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00008058 | SEMANTIC |
| **ILS Prod Date** | 05/21/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW009 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/15/2025 9:53 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW009 | SEMANTIC |
| **Sort Date** | 05/15/2025 9:53 pm | SEMANTIC |

Trial Exhibit No.
P-03344

P-03344.00001

Title: A message from Uber

User Type: driver

Hi Hassan,We received feedback from one of your riders expressing concern with your phone use on a recent trip.As explained in our Community Guidelines, serious or repeated claims of poor, unsafe, or distracted driving can result in loss of access to the Driver app.We appreciate your understanding.

sumit  phalswal

Wed, 08 Feb 2023 02:35:16 GMT

via agent (external)

https://bliss.uberinternal.com/contacts/95439acd-ff1f-4c9a-a2d9-0d0627e44af1

sumit  phalswal

Wed, 08 Feb 2023 02:35:16 GMT

via agent (internal)

CONFIDENTIAL

P-03344.00002

UBER-MDL3084-BW-00008058