# UBER-MDL3084-BW-00008486

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \Bliss Tickets\Driver\2025-05-15T21_54_15.487Z.zip | SEMANTIC |
| **Application** | Document | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00008486 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 05/15/2025 9:54 pm | SEMANTIC |
| **Date Modified** | 05/15/2025 9:54 pm | SEMANTIC |
| **Document Type** | 5/15/2025 | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00008487 | SEMANTIC |
| **File Size** | 14954 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean_ a41339bd-0c47-481d-b1b4-d7fdf2a0272d | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00008486;UBER-MDL3084-BW-00008487 | SEMANTIC |
| **ILS Prod Date** | 05/21/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW009 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/15/2025 9:54 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW009 | SEMANTIC |
| **Sort Date** | 05/15/2025 9:54 pm | SEMANTIC |

P-03368.00001



ID: a41339bd-0c47-481d-b154-d7fdf2a0272d

Title: Tracking Acceptance and Cancellation Rates

User Type: driver

Chat requested

Name Unavailable

Thu, 03 Aug 2023 04:28:06 GMT

via system (external)

Uber Bot connected to Hassan

Name Unavailable

Thu, 03 Aug 2023 04:28:06 GMT

via system (internal)

bot version

Uber Support

Thu, 03 Aug 2023 04:28:06 GMT

via agent (internal)

Thanks for contacting Uber Support. To help us get started, please summarize your issue below and we'll connect you to a customer support representative.

Uber Support

Thu, 03 Aug 2023 04:28:06 GMT

via agent (external)

My rating dropped from 96 to 93 due to my not accepting rides that were outside my preference

Hassan Turay

Thu, 03 Aug 2023 04:29:11 GMT

via inappsupport (external)

Thanks for providing this information. We'll connect you to the next available customer support representative.

Uber Support

Thu, 03 Aug 2023 04:29:18 GMT

via agent (external)

Connected to Mayank

Name Unavailable

Thu, 03 Aug 2023 04:29:21 GMT

via system (external)

Mayank (mbisht13@ext.uber.com) connected to Hassan

Name Unavailable

Thu, 03 Aug 2023 04:29:21 GMT

via system (internal)

Chat ended by Mayank

Name Unavailable

Thu, 03 Aug 2023 04:29:39 GMT

via system (external)

Mayank ended chat

Name Unavailable

Thu, 03 Aug 2023 04:29:39 GMT

via system (internal)

#KB-
https://uberkb.lightning.force.com/articles/en_US/Knowledge/Acceptance-Rate-and-Cancellation-Rate

#LOB-
Earner Diamond

Ankit Dadwal

Thu, 03 Aug 2023 04:58:58 GMT

via agent (internal)

Hi Hassan,I'm Ankit from Uber Premium Support and I'm here to help!
We understand how concerning this issue is, and we're glad to help you out with this matter.Your acceptance rate is calculated by taking the trips you've accepted over the last 200 trips and dividing them by the total number of trips you've been offered over the same time period.If you received fewer than 200 requests, your acceptance rate is calculated based on the total requests you've received.This change looks to make your rates more predictable.We understand this can be a little confusing. Let us know if you have any questions.Your patience is greatly appreciated and thanks for being a Diamond driver

Ankit Dadwal

Thu, 03 Aug 2023 04:58:58 GMT

via agent (external)

CONFIDENTIAL

P-03368.00003

UBER-MDL3084-BW-00008487