## UBER-MDL3084-BW-00008606

## Metadata

| All Custodians | Uber Technologies, Inc. | SEMANTIC |
|---|---|---|
| All Paths | \Bliss Tickets\Driver\2025-05-15T21_54_15.487Z.zip | SEMANTIC |
| Application | Document | SEMANTIC |
| Begin Family | UBER-MDL3084-BW-00008606 | SEMANTIC |
| Confidentiality | CONFIDENTIAL | SEMANTIC |
| Date Created | 05/15/2025 9:54 pm | SEMANTIC |
| Date Modified | 05/15/2025 9:54 pm | SEMANTIC |
| Document Type | 5/15/2025 | SEMANTIC |
| End Family | UBER-MDL3084-BW-00008607 | SEMANTIC |
| File Size | 15355 | SEMANTIC |
| Filename | 1046 Jaylynn Dean_ d75afc1e-2528-4c5e-bcb9-4c91dcb8bd04 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER-MDL3084-BW-00008606;UBER-MDL3084-BW-00008607 | SEMANTIC |
| ILS Prod Date | 05/21/2025 | SEMANTIC |
| ILS Prod Vol | MDL-BW009 | SEMANTIC |
| Other Custodians | Uber; | SEMANTIC |
| Primary Date | 05/15/2025 9:54 pm | DOC_TYPE_ALIAS |
| Production Volume | MDL-BW009 | SEMANTIC |
| Sort Date | 05/15/2025 9:54 pm | SEMANTIC |

P-03371.00001

Trial Exhibit No.
P-03371

Title: A rider made a mess in my vehicle

User Type: driver

Cleaning request details [Required]: The rider vomited in my car. I gave her some tissue to clean up her shirt but she used it to clean up some of the vomit in the car.

Photo of mess [Required]:

> Hassan Turay
>
> Fri, 11 Aug 2023 09:14:33 GMT
>
> via inappsupport (external)

Additional photo of mess [optional]:

> Hassan Turay
>
> Fri, 11 Aug 2023 09:14:33 GMT
>
> via inappsupport (external)

Confirm rider's name (or trip details if unknown): E university dr to N 50th street Phoenix

> Hassan Turay
>
> Fri, 11 Aug 2023 09:14:33 GMT
>
> via inappsupport (external)

{"helpNodeID":"6a60bda7-d8a6-46b7-bd95-2cdf62c7e987","variantID":"426ea0e3-e6cd-4982-bcae-f8577c790d87","components":[{"componentMeta":{"id":"f75b9052-3fb9-4d3d-bf5d-10edccaf0798","type":"text_area","label":"Cleaning request details [Required]"},"userInput":{"body":"The rider vomited in my car. I gave her some tissue to clean up her shirt but she used it to clean up some of the vomit in the car.","attachments":null}},{"componentMeta":{"id":"d3be4c1e-4eca-45d7-a30d-309b352af7e3","type":"photo_upload","label":"Photo of mess [Required]"},"userInput":{"body":"","attachments":[{"S3Bucket":"uber-contact-system","S3FileName":"7455d6ea-0806-461e-a34f-ff93cffb500d.jpeg","OriginalFilename":"","MimeType":"","Size":""}]}},{"componentMeta":{"id":"fc8ee6f5-b184-4676-960f-c415c7dbfdb6","type":"photo_upload","label":"Additional photo of mess [optional]"},"userInput":{"body":"","attachments":[{"S3Bucket":"uber-contact-system","S3FileName":"5b00f786-7ff4-4110-929e-29908cb05ae9.jpeg","OriginalFilename":"","MimeType":"","Size":""}]}},{"componentMeta":{"id":"af323c77-a617-4ade-a64c-692cb56b9a6e","type":"text_input","label":"Confirm rider's name (or trip details if unknown)"},"userInput":{"body":"E university dr to N 50th street Phoenix ","attachments":null}}]}

> Hassan Turay
>
> Fri, 11 Aug 2023 09:14:33 GMT
>
> via system (internal)

#KB:(https://uberkb.lightning.force.com/lightning/articles/Knowledge/Cleaning-fee-NORTHAM) #LOB:(Cleaning Fee)

> Nisha Saini
>
> Fri, 11 Aug 2023 09:26:23 GMT
>
> via agent (internal)

Hi Hassan👋 We sincerely apologize for the inconvenience caused to you here. We understand that maintaining the quality of your car is important to you and that messes of this nature can take you off the road during important times. After reviewing the details of your submission, We have collected a cleaning fee of $150 based on the photos and descriptions you have submitted. You will see the full amount of this fee added as a miscellaneous payment on your next pay statement. We appreciate your efforts in maintaining a safe and comfortable experience for everyone.

> Nisha Saini

Fri, 11 Aug 2023 09:26:26 GMT
via agent (external)

CONFIDENTIAL

P-03371.00003

UBER-MDL3084-BW-00008607