## UBER-MDL3084-BW-00008646

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \Bliss Tickets\Driver\2025-05-15T21_54_15.487Z.zip | SEMANTIC |
| **Application** | Document | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00008646 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 05/15/2025 9:54 pm | SEMANTIC |
| **Date Modified** | 05/15/2025 9:54 pm | SEMANTIC |
| **Document Type** | 5/15/2025 | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00008647 | SEMANTIC |
| **File Size** | 16739 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean_ d2b1a0ea-ebf3-408a-ab48-6a3133ea4741 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00008646;UBER-MDL3084-BW-00008647 | SEMANTIC |
| **ILS Prod Date** | 05/21/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW009 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/15/2025 9:54 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW009 | SEMANTIC |
| **Sort Date** | 05/15/2025 9:54 pm | SEMANTIC |

P-03373.00001



Trial Exhibit No.
P-03373

Title: A message from Uber

User Type: driver

OI PCI Exploratory V2 (In-App) - If you are not an OI agent, do not work on this contact. Only PCI agents are trained for replying.

Uber Support

Mon, 10 Apr 2023 16:25:28 GMT

via agent (internal)

Ingestion Reason: Earners: Low Supply Hours

Uber Support

Mon, 10 Apr 2023 16:25:28 GMT

via agent (internal)

Recording URL: https://apps.mypurecloud.com/directory/#/engage/admin/interactions/59a1ec76-b260-499a-a3f6-5dec1fd2d745

Hassan Turay

Mon, 10 Apr 2023 22:10:33 GMT

via system (internal)

#OI_PCT_NonSuccesfulCall

Mark David Mercado

Mon, 10 Apr 2023 22:11:35 GMT

via agent (internal)

Hi Hassan, this is Mark from Uber.

Thank you for being a Diamond driver on the Uber driver app!

We tried to contact you earlier to see if there was any way that we could support you or address any questions you may have. My availability is from Monday to Friday 8am-5pm MST.

We value your feedback and would love to learn more about how we can improve the experience for you. Please fill out the survey below.

https://survey.uber.com/instances-noauth/10f2585f-bbcf-45cc-af5f-57a67a39eb8d?userUuid=76921802-11dd-455a-be3e-57aebb08ad1c

Feel free to reply to this message with any outstanding concerns or if you're interested in a callback, please let us know and we'll follow up within the next few days.

Mark David Mercado

Mon, 10 Apr 2023 22:13:10 GMT

via agent (external)

Hey Mark I got a message saying my account has been placed on hold because of a customer complaint. I have been driving overnight and I was asleep when Joseph from the trust and safety team called me. He called me at 9:30am yesterday. I called back as soon as I saw the missed call but he didn't answer. Can you please reach out to him and get him to call me. I currently am renting a vehicle through hertz/Uber and will have to return it if I don't hear back from him today.

Hassan Turay

Thu, 20 Apr 2023 17:30:55 GMT

via inappsupport (external)

Hi Hassan, Thanks for responding. Are you still having issues with the account? Just let me know so we could address it properly.

Thank you for your patience.

Mark David Mercado

Thu, 27 Apr 2023 22:16:45 GMT

via agent (external)

Hi Mark, my account is up and running. I'm so happy.

Hassan Turay

Fri, 28 Apr 2023 05:51:19 GMT

via inappsupport (external)

Hi Hassan, Thanks for letting us know.

Just a reminder if you have further questions or need support you can reach us at help.uber.com.

Have a nice day!

Mark David Mercado

Mon, 01 May 2023 21:02:35 GMT

via agent (external)