# UBER-MDL3084-BW-00027874

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **All Paths** | \(V2)20250606_MDL_BW_IDP_Docs | SEMANTIC |
| **Application** | Image | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00027874 | SEMANTIC |
| **Confidentiality** | CONFIDENTIAL | SEMANTIC |
| **Date Created** | 06/06/2025 6:10 pm | SEMANTIC |
| **Date Modified** | 06/06/2025 6:10 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00027874 | SEMANTIC |
| **File Size** | 383160 | SEMANTIC |
| **Filename** | 1046 Jaylynn Dean Driver Hassan Turay Driver's License Uploaded 12-07-2016 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-BW-00027874 | SEMANTIC |
| **ILS Document Date** | 06/06/2025 | SEMANTIC |
| **ILS Prod Date** | 6/18/2025 | SEMANTIC |
| **ILS Prod Vol** | MDL-BW018 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 06/06/2025 6:10 pm | DOC_TYPE_ALIAS |
| **Production Volume** | MDL-BW018; | SEMANTIC |
| **Redacted** | False | SEMANTIC |
| **Sort Date** | 06/06/2025 6:10 pm | SEMANTIC |

P-03408.00001

Trial Exhibit No.
**P-03408**



CONFIDENTIAL

P-03408.00002

UBER-MDL3084-BW-00027874