## UBER-MDL3084-BW-00027901

## Metadata

| | | |
|---|---|---|
| All Custodians | Uber Technologies, Inc. | SEMANTIC |
| All Paths | \20250608_MDL_BW_Trip_Receipts | SEMANTIC |
| Application | Document | SEMANTIC |
| Begin Family | UBER-MDL3084-BW-00027901 | SEMANTIC |
| Confidentiality | CONFIDENTIAL | SEMANTIC |
| Date Created | 06/07/2025 7:36 pm | SEMANTIC |
| Date Modified | 06/07/2025 7:36 pm | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER-MDL3084-BW-00027902 | SEMANTIC |
| File Size | 699322 | SEMANTIC |
| Filename | 1046 Jaylynn Dean_Trip_Receipt | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER-MDL3084-BW-00027901;UBER-MDL3084-BW-00027902 | SEMANTIC |
| ILS Document Date | 06/07/2025 | SEMANTIC |
| ILS Prod Date | 6/18/2025 | SEMANTIC |
| ILS Prod Vol | MDL-BW018 | SEMANTIC |
| Other Custodians | Uber; | SEMANTIC |
| Primary Date | 06/07/2025 7:36 pm | DOC_TYPE_ALIAS |
| Production Volume | MDL-BW018; | SEMANTIC |
| Redacted | False | SEMANTIC |
| Sort Date | 06/08/2025 5:26 pm | SEMANTIC |

P-03435.00001



Trial Exhibit No.
P-03435



# Uber

Total **$5.63**
November 15, 2023

## Thanks for riding, jaylynn

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$5.63** |
| Time | $0.61 |
| Distance | $2.44 |
| Base Fare | $2.54 |
| Subtotal | $5.59 |
| Booking Fee | $1.92 |
| Promotion | -$1.88 |

**Payments**

Apple Pay Visa ····2573     $5.63
11/15/23 12:38 AM

A temporary hold of $7.51 was placed on your payment method Apple Pay Visa ····2573. This is not a charge and will be removed. It should disappear from your bank statement shortly. Learn More

**Switch Payment Method**

**Download PDF**



**You rode with Hassan**

4.95 ★ Rating     Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more** >



UberX   3.14 miles | 4 min

**12:33 AM**
2210 N Scottsdale Rd,
Tempe, AZ 85281, US

**12:38 AM**
N Priest Dr & E Sky Harbor
Blvd, Tempe, AZ 85288, US



Report lost item  >   |   Contact support  >   |   My trips  >



# Uber

Forgot password
Privacy
Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

