## UBER-MDL3084-DFS00003652

## Metadata

| All Custodians | Uber; | SEMANTIC |
|---|---|---|
| Application | Comma Separated Values | SEMANTIC |
| Begin Family | UBER-MDL3084-DFS00003652 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER-MDL3084-DFS00003652 | SEMANTIC |
| File Size | 6255 | SEMANTIC |
| Filename | 1046_40_Dean, Jaylynn - req 24.csv | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER-MDL3084-DFS00003652 | SEMANTIC |
| ILS Document Date | 04/18/2024 | SEMANTIC |
| ILS Prod Date | 5/29/2024 | SEMANTIC |
| ILS Prod Vol | Vol018 | SEMANTIC |
| Other Custodians | Uber; | SEMANTIC |
| Primary Date | 04/18/2024 | DOC_TYPE_ALIAS |
| Production Volume | Vol018; | SEMANTIC |
| Redacted | No | SEMANTIC |



Trial Exhibit No.
**P-03461**

**Page Image Missing**
**UBER-MDL3084-DFS00003652**

P-03461.00002