## UBER-MDL3084-DFS00003689

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00003689 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00003689 | SEMANTIC |
| **File Size** | 10277 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_26_13.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00003689 | SEMANTIC |
| **ILS Document Date** | 05/06/2024 | SEMANTIC |
| **ILS Prod Date** | 5/29/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol018 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/06/2024 | DOC_TYPE_ALIAS |
| **Production Volume** | Vol018; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |

P-03465.00001

Trial Exhibit No.
P-03465

Title: My driver drove dangerously

User Type: client

Share Details : Pieces of the car were literally on the floor board in the back. When I asked him if he knew, he said it happens all the time. I felt very unsafe.

NICOLE REDACTED - PII

Mon, 16 Jul 2018 14:50:41 GMT

via inappsupport (external)

Thanks for reaching out, Nicole.

We're sorry to hear that this trip didn't meet the quality standards that you expect while using the Uber App.

Can you please provide some additional information about this trip so we can better assist you?

- What happened during this trip?
- What quality issues did you experience?

Thanks for bringing this to our attention and hope to hear from you soon.

Liezel Garalde

Mon, 16 Jul 2018 15:35:34 GMT

via agent (external)

CONFIDENTIAL

P-03465.00002

UBER-MDL3084-DFS00003689