## UBER-MDL3084-DFS00003696

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00003696 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00003696 | SEMANTIC |
| **File Size** | 10150 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_26_17.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00003696 | SEMANTIC |
| **ILS Document Date** | 05/06/2024 | SEMANTIC |
| **ILS Prod Date** | 5/29/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol018 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/06/2024 | DOC_TYPE_ALIAS |
| **Production Volume** | Vol018; | SEMANTIC |
| **Redacted** | No | SEMANTIC |

P-03467.00001

Trial Exhibit No.
P-03467

Title: A message from Uber

User Type: driver

Good day, Hassan. Hope you're doing well.

We received a report from a rider stating they felt uncomfortable during a trip. We hold both riders and drivers to the standards outlined in our [Community Guidelines](#) and expect all users to act appropriately.

The following behaviors can make somebody uncomfortable and are not acceptable while using the Uber app:
- Staring
- Comments about appearance
- Overly personal questions, such as inquiries about relationship status
- Unsolicited requests for phone numbers or meet-ups
- Comments or gestures that are suggestive or disrespectful

We understand that the intention behind a behavior may not be harmful, but a person may feel offended or unsafe regardless of your intent. Please note that continued reports of this behavior may result in permanent account deactivation.

Let us know if you have questions.

Maria Lawrence Dela Cruz

Sun, 24 Mar 2019 05:12:44 GMT

via agent (external)

CONFIDENTIAL

P-03467.00002

UBER-MDL3084-DFS00003696