## UBER-MDL3084-DFS00003719

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Network Graphic | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00003719 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00003719 | SEMANTIC |
| **File Size** | 284799 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_31d_12.png | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00003719 | SEMANTIC |
| **ILS Document Date** | 05/09/2024 | SEMANTIC |
| **ILS Prod Date** | 5/29/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol018 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/09/2024 | DOC_TYPE_ALIAS |
| **Production Volume** | Vol018; | SEMANTIC |
| **Redacted** | No | SEMANTIC |

P-03471.00001

Trial Exhibit No.
P-03471



CONFIDENTIAL

P-03471.00002

UBER-MDL3084-DFS00003719