## UBER-MDL3084-DFS00003721

## Metadata

| All Custodians | Uber; | SEMANTIC |
|---|---|---|
| Application | Portable Network Graphic | SEMANTIC |
| Begin Family | UBER-MDL3084-DFS00003721 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER-MDL3084-DFS00003721 | SEMANTIC |
| File Size | 3599227 | SEMANTIC |
| Filename | 1046_40_Dean, Jaylynn_31d_14.png | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER-MDL3084-DFS00003721 | SEMANTIC |
| ILS Document Date | 05/09/2024 | SEMANTIC |
| ILS Prod Date | 5/29/2024 | SEMANTIC |
| ILS Prod Vol | Vol018 | SEMANTIC |
| Other Custodians | Uber; | SEMANTIC |
| Primary Date | 05/09/2024 | DOC_TYPE_ALIAS |
| Production Volume | Vol018; | SEMANTIC |
| Redacted | No | SEMANTIC |

P-03472.00001



Trial Exhibit No.
P-03472



CONFIDENTIAL

P-03472.00002

UBER-MDL3084-DFS00003721