```
 1
 2
 3
 4
 5
 6           TRANSCRIPT OF AUDIO-RECORDED
 7          PHONE CALL IN THE MATTER OF
 8                      UBER
 9                NO. MDL NO. 3084
10
11                   "P-03478"
12
13
14
15
16
17
18
19
20
21
22       Veritext Order Number:  7847885
23
24
25
```



Trial Exhibit No.
**P-03478_Tr**

```
1              P R O C E E D I N G S
2     P-03478.WAV
3          UBER CUSTOMER SERVICE:  And can you please
4     confirm your first and last name as it appears on
5     the Uber account?
6          MR. TURAY:  Hassan Turay.
7          UBER CUSTOMER SERVICE:  Perfect. All right. So
8     we had received some feedback regarding a trip that
9     took place on April 17th. Um, did you have any trips
10    that day that stand out to you or any issues with
11    any riders that day?
12         MR. TURAY:  No.
13         UBER CUSTOMER SERVICE:  Okay. Any arguments or
14    disputes with any riders recently?
15         MR. TURAY:  No, not at all.
16         UBER CUSTOMER SERVICE:  Okay. Um, have you ever
17    touched or tried to touch a rider for any reason?
18         MR. TURAY:  Oh my God, no.
19         UBER CUSTOMER SERVICE:  Okay. Um, have you ever
20    made any comments or questions that would make a
21    rider feel uncomfortable for any reason?
22         MR. TURAY:  Absolutely not. The only ride that
23    I remember, which was, um, which kind of stuck in
24    my, in my head was I picked up a girl, um, and she
25    was -- she actually worked -- she actually was
```

```
 1   sitting at a shelter on 2224, um, Fillmore Street.
 2        And that happens to be the location of a
 3   domestic violence shelter that I worked at. So I
 4   picked her up. She had a child who should have been
 5   in a car seat.
 6        UBER CUSTOMER SERVICE:  Mhm.
 7        MR. TURAY:  Um, but because she was put out of
 8   the shelter. So I had this choice. It was um, I
 9   think it was probably 11:00 at night.
10        UBER CUSTOMER SERVICE:  Mhm.
11        MR. TURAY:  Um, I had this choice of not taking
12   her, but then I looked at her situation. She'd been
13   put out of the shelter and thinking about how long
14   it would take to get another, you know, driver and
15   whether the driver is going to have a car seat, you
16   know?
17        So I called the shelter because I used to work
18   there, and when I worked there, we always -- there
19   was a storage room. They always had spare car seats
20   in there.
21        So I called the shelter here and I asked them,
22   I'm like, hey guys, do you have, um, do you have a
23   car seat that this lady can use for this child?
24   Because the child should be in a car seat.
25        And, um, they said no, they didn't have a car
```

```
 1   seat. Okay. So I made the decision. I'm like, okay,
 2   you know, I'm going to take this woman even though
 3   she doesn't have a car seat, you know, for the
 4   child.
 5        But I'm just -- I'm just going to take her, you
 6   know, because I didn't want to leave her. Because
 7   she told me she had been put out of the shelter.
 8        UBER CUSTOMER SERVICE:  Mhm.
 9        MR. TURAY:  Okay. So that's really the only
10   ride that's stuck in my head, um, on -- yeah, on
11   April 17th, I'm not sure if it was the 17th or 18th.
12        I know I started writing on the 17th. Okay. Um,
13   but I'm not sure if it was past midnight when I
14   dropped her off.
15        UBER CUSTOMER SERVICE:  Okay. All right. So the
16   feedback we had received, um, was that some physical
17   contact had been made with the rider, um, as well as
18   some comments that had made the rider feel
19   uncomfortable.
20        So we wanted to follow up with you and see if
21   anything like that had ever occurred.
22        MR. TURAY:  Absolutely not.
23        UBER CUSTOMER SERVICE:  Okay. Well, I will get
24   all of this added in. Um, let's see. I'm showing
25   that you said that you've denied all of my
```

```
1    questions. I just have one follow-up question.
2          Um, have you ever kissed a rider's hand or, um,
3    to say goodbye or anything like that?
4          MR. TURAY:  No.
5          UBER CUSTOMER SERVICE:  Okay.
6          MR. TURAY:  No. Absolutely not.
7          UBER CUSTOMER SERVICE:  Okay. All right. Well,
8    I will get all of this added in. Um, again, I've
9    added in that you've denied the allegations. Um, so
10   from here, what's going to happen is I'm going to be
11   reaching out to you through the messaging portion of
12   the app.
13         Um, I'll send you a message as soon as we get
14   off the phone. And again, as soon as this
15   investigation has been resolved. Um, I do want you
16   to know that, um, this case is currently top of my
17   pile, so I do hope to have this resolved for you
18   very, very soon. Okay.
19         MR. TURAY:  Okay. I will -- I will really
20   appreciate that very much.
21         UBER CUSTOMER SERVICE:  Absolutely. It does
22   look like you've been on hold for a little while. So
23   I do want to get this resolved for you very soon,
24   have an answer to you soon, okay?
25         MR. TURAY:  Yeah. Yeah, I really -- I really do
```

```
 1   appreciate that. And, you know, I have -- I have
 2   over 7,000 rides with Uber.
 3          UBER CUSTOMER SERVICE:  Mhm.
 4          MR. TURAY:  Um, I've picked up a lot of women,
 5   you know, all ages. And if you look at even my
 6   feedback, like I have a lot of very positive
 7   comments from multiple riders, you know?
 8          I've been driving on and off for Uber for about
 9   six -- six -- six and a half years or something, you
10   know, so I would never -- I would never do that, you
11   know?
12          UBER CUSTOMER SERVICE:  Yeah, absolutely. So I
13   from here, I'm going to be looking into a lot of the
14   background data. So ratings, reviews, all of that.
15          And then once I have all my facts together, I
16   take that to my team and review the case together.
17   And then from there, we'll be able to have an answer
18   for you. Okay?
19          MR. TURAY:  Okay. And -- and I just want to
20   say, like, usually anyone who is like a sexual
21   predator, that's usually a pattern with people,
22   like, it wouldn't just pop up randomly after 7,000,
23   right, and then I just decide on the 17th to -- to
24   assault someone like that. You know what I'm saying?
25          UBER CUSTOMER SERVICE:  Yeah. No, I understand
```

```
 1  that.
 2       MR. TURAY:  Yeah. Yeah. So I don't know -- I
 3  honestly don't know where this is coming from, but
 4  absolutely no, no, that -- that did not happen.
 5       UBER CUSTOMER SERVICE:  All right. Well, I'm
 6  going to go ahead and hop into this investigation
 7  and get this resolved for you, okay?
 8       MR. TURAY:  Okay. Thank you very much.
 9       UBER CUSTOMER SERVICE:  Absolutely. And thank
10  you so much for your time. I hope you have a
11  wonderful rest of your day.
12       MR. TURAY:  You as well. Thank you.
13       UBER CUSTOMER SERVICE:  All right. Bye bye.
14       MR. TURAY:  Yeah. Bye.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3        I, Chris Naaden, a transcriber, hereby declare
 4   under penalty of perjury that to the best of my
 5   ability the above 7 pages contain a full, true and
 6   correct transcription of the audio-recording that I
 7   received regarding the event listed on the caption
 8   on page 1.
 9
10        I further declare that I have no interest in
11   the event of the action.
12
13        January 19, 2026
14        Chris Naaden
15
16
17
18
19
20   (7847885, P-03478)
21
22
23
24
25
```