```
 1
 2
 3
 4
 5
 6              TRANSCRIPT OF VIDEO-RECORDED
 7               FOOTAGE IN THE MATTER OF
 8                        UBER
 9                  NO. MDL NO. 3084
10
11                   "P-3500-NATIVE"
12
13
14
15
16
17
18
19
20
21
22         Veritext Order Number:    7847885
23
24
25
```



```
 1                    P R O C E E D I N G S
 2         AUTOMATED VOICE:  Automatic voice message
 3    system. (602) 487-7447 is not available. At the tone
 4    please record your message. When you have finished
 5    recording. You may hang up or press one for more
 6    options.
 7         INV. JOSEPH:  Yeah, this message is for Hassan.
 8    My name is Joseph. I'm an investigator with Uber's
 9    trust and safety team. I have a few questions for
10    you in regards to some feedback we received about a
11    recent trip you were on. If you could call me back
12    at (415) 223-5354. Thanks.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3        I, Chris Naaden, a transcriber, hereby declare
 4   under penalty of perjury that to the best of my
 5   ability the above 2 pages contain a full, true and
 6   correct transcription of the tape-recording that I
 7   received regarding the event listed on the caption
 8   on page 1.
 9
10        I further declare that I have no interest in
11   the event of the action.
12
13        February 4, 2026
14        Chris Naaden
15
16
17
18
19
20   (7847885, P-03500-NATIVE)
21
22
23
24
25
```