# UBER-MDL3084-DFS00216660

## Metadata

| File Path | DFS 7.16.2025/UBER-MDL3084-DFS00216660.pdf | SEMANTIC |
|---|---|---|
| **Filename** | UBER-MDL3084-DFS00216660.pdf | SEMANTIC |
| **ILS Prod Date** | 7/16/2025 | SEMANTIC |
| **ILS Prod Vol** | DFS 7.16.2025 | SEMANTIC |

P-03510.00001



Trial Exhibit No.
**P-03510**

ID: 0c3f8b7d-ed2e-4944-b397-207a8001e830

Title: Review my cancellation fee

User Type: client

Share Details: I would greatly appreciated if I can get a refund on my cancellation reason being I ordered an Uber to get myself and my children back to a safe place as I was happening their father showed up and try taking two of my children the cops were involved and there was a police report made I really need that credit back on my account to be able to get myself and my children back home it is a domestic violence issue and would greatly appreciate the return

Jennifer REDACTED - PII

Thu, 21 Mar 2019 04:41:09 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: cops,violence,police

Jennifer REDACTED - PII

Thu, 21 Mar 2019 04:41:09 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Thu, 21 Mar 2019 04:41:09 GMT

via inappsupport (internal)

please resolve as soon as possible

Jennifer REDACTED - PII

Thu, 21 Mar 2019 05:32:27 GMT

via inappsupport (external)

Share Details: I order this uber to take myself my children home trying to get away from a domestic violence issue my kid's father found me tried to take my children but the police were called did you ever go out there and I asked if they can wait a couple of minutes because they did get there a little early I refuse and even under my situation and stress they still charge me $15 I don't think that's fair

Jennifer REDACTED - PII

Thu, 21 Mar 2019 05:42:59 GMT

via inappsupport (external)

Not trained on priority support

Varanasi Shusrutha

Thu, 21 Mar 2019 21:32:25 GMT

via agent (internal)

Please assist.

John Vincent Trillanes

Thu, 21 Mar 2019 21:33:06 GMT

via agent (internal)

CONFIDENTIAL                                                                                   UBER-MDL3084-DFS00216660

We're sorry to hear that your driver canceled your trip, Jennifer.

We know that cancellations can create a poor rider experience.

We reviewed this trip and added $15.37 of Uber Credit to your account in the amount of the cancellation fee. Select Uber Cash or Credit as your payment method for it to apply to your next trip.

You can learn how to select Uber Cash or Credit as your trip's payment method [here](#).

Minimizing cancellations is critical for the reliability of the Uber app and your feedback helps us improve the Uber experience for everyone.

We appreciate you letting us know about this.

James Haque

Thu, 21 Mar 2019 22:17:07 GMT

via agent (external)

https://team.uberinternal.com/display/public/RSKB/Cancellation+fee

Cancellations: Low

James Haque

Thu, 21 Mar 2019 22:17:07 GMT

via agent (internal)

CONFIDENTIAL                    UBER-MDL3084-DFS00216661

P-03510.00003