# UBER000145594

## Metadata

| | | |
|---|---|---|
| #Author | nick.silver@uber.com | SEMANTIC |
| #Date Modified | 04/02/2019 | SEMANTIC |
| #DateCreated | 09/19/2018 | SEMANTIC |
| #Title | Prevention Initiative Creative Brief | SEMANTIC |
| Account | tbreeden@uber.com | SEMANTIC |
| All Custodians | Breeden, Tracey;Faiz, Bushra;Hasbun, Andrew;Lake, Carley;Parker, Kate;Sheridan, Danielle;Silver, Nick | SEMANTIC |
| All Paths | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_17.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_17.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_6.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_6.zip; Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_100.zip; Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_100.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_38.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_38.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_6.zip; Hasbun, Andrew: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_6.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_99.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_99.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_33.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_33.zip; Sheridan, Danielle: \JCCP_AdditionalData\JCCP-EDISCO-23800_2019April6_4\JCCP-EDISCO-23800_2019April6_4_0.zip; Sheridan, Danielle: \JCCP_AdditionalData\JCCP-EDISCO-23800_2019April6_4\JCCP-EDISCO-23800_2019April6_4_0.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_12.zip; Sheridan, Danielle: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_12.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_99.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_99.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_9.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Attachment Names | word | SEMANTIC |
| Begin Family | UBER000145594 | SEMANTIC |
| Collaborators | tbreeden@uber.com; drewtrain.oberland@gmail.com; danielle.sipf@uber.com; michael.mctiernan@uber.com; drewtmitch@gmail.com; kortam@uber.com; Toby.Graff@gmail.com; andrew.hasbun@uber.com; carley@uber.com; zhouck@uber.com; johnathon@uber.com; lizzie.ross@uber.com; rachel@nomore.org; farah@nomore.org; kelbymaeschmidt@gmail.com; andrew.moon@uber.com; jrandel99@gmail.com; meganprichard@uber.com; phyllis@uber.com; kaajal@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 09/19/2018 6:15 pm | SEMANTIC |
| Document Type | DOCUMENT | SEMANTIC |
| End Family | UBER000145604 | SEMANTIC |
| File Path | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_17.zip | SEMANTIC |
| File Size | 529186 | SEMANTIC |
| Filename | Prevention Initiative Creative Brief _1y5opoJHgZY7kN7x0koEFdMbPZYmYhcvDuQGyWsE7TZk.docx | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER000145594;UBER000145595;UBER000145596;UBER000145597;UBER000145598;UBER000145599;UBER000145600;UBER000145601;UBER000145602;UBER000145603;UBER000145604 | SEMANTIC |
| ILS Document Date | 09/19/2018 | SEMANTIC |
| ILS Prod Date | 8/2/2024 | SEMANTIC |
| ILS Prod Vol | UBER023 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_000306740; UBER_JCCP_MDL_000337126; UBER_JCCP_MDL_000337157; UBER_JCCP_MDL_000337179; UBER_JCCP_MDL_000337181; UBER_JCCP_MDL_000337206; UBER_JCCP_MDL_000337207; UBER_JCCP_MDL_001084925; UBER_JCCP_MDL_001329616; UBER_JCCP_MDL_001475983; | SEMANTIC |

Trial Exhibit No.
**P-03554**

|  |  |  |
|---|---|---|
|  | UBER_JCCP_MDL_003452657; UBER_JCCP_MDL_005386923; UBER000151656 |  |
| **Other Custodians** | Breeden, Tracey;Lake, Carley;Parker, Kate;Sheridan, Danielle;Silver, Nick;Hasbun, Andrew;Faiz, Bushra | SEMANTIC |
| **Primary Date** | 09/19/2018 6:15 pm | DOC_TYPE_ALIAS |
| **Production Volume** | UBER023; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 04/02/2019 2:00 am | SEMANTIC |
| **SourceHash** | bff6d6ab3d18f24c00047b05eb17d5fb | SEMANTIC |

## Prevention Initiative Creative Brief

### BACKGROUND / RATIONALE
Uber is committed to being a leader in helping prevent sexual assault and domestic violence globally. However, there is more to do to continue to reduce incidents in our communities. This fall, we look to run an education campaign that helps disrupt risky situations via bystander intervention. We will co-build breakthrough messaging with our NGO partners + law enforcement and utilizing new channels and influencers in 2 pilot cities.

### MARKETING OBJECTIVES/KPIS
Drive positive awareness of the issues and education on how we can all play a part in prevention.

*KPIs:*
- Reduction in the # of incidents of SA related to Uber tracked by Uber and police in initiative cities.*
- Increase in % of riders, drivers, and additional bystanders who know we partner with communities and SA prevention orgs
- Increase in # of riders, drivers, and additional bystanders think Uber is committed to Safety
- + 80% positive social sentiment and
- 5+ press coverage hits

*May see uptick in reports to Uber and police with awareness before a reduction is observed*

### LAUNCH TIMELINE
Initiative Education + Campaign in 2 markets - October 26 (to have assets complete)
National campaign launch - November 25 (International Day for Elimination of Violence Against Women & Girls)
- College opportunity

### LOCATIONS
Targeted initiative: Los Angeles, Las Vegas
National Campaign: All US

### AUDIENCE - WHO ARE WE TALKING TO?
Drivers
Bystanders - Especially Friends of Riders
- LAPD said age range of victims are 20 to 30. Perpetrators are 20 to 35.

### CAMPAIGN APPROACH/TOOL - PROMOTING BYSTANDER INTERVENTION*
Bystander intervention is a philosophy and strategy for prevention of various types of violence, including bullying, sexual harassment, sexual assault, and intimate partner violence.  Bystander Intervention is based on the fact that people make decisions and continue behaviors based on the reactions they get from others.

What makes this approach different from previous approaches to sexual assault prevention?  The bystander approach offers several clear benefits:
1. **Discourages victim blaming:** Breaking the silence around sexual violence is a critical strategy in prevention. Yet, often the ensuing dialogue includes questions to the victim like "How could YOU

let this happen?" or "Why didn't YOU say anything?" With bystanders as active participants, the sense of responsibility shifts away from victims and toward the family, friends and the whole community. The questions then become, "How could WE let this happen in our community?" and "How can WE learn to say something?"
2. **Offers the chance to change social norms:** With more bystander intervention, society's collective responsibility takes on a new role. Studies show that social norms can play a significant role in violence prevention, especially in communities such as college campuses (Banyard et al., 2004). Just as Mothers Against Drunk Driving (MADD), for example, shifted social norms of our society with their slogan, "Friends don't let friends drive drunk," a similar shift is also possible for sexual violence: "Friends don't let friends hurt others."
3. **Shifts responsibility to men and women:** In previous decades, rape prevention programs focused almost exclusively on the dynamic of men as perpetrators and women as victims of sexual violence. Child sexual abuse programs began as programs teaching children to say "no" and teaching adults to listen. The bystander approach shifts this framing and engages adults as agents of change – both men and women become equals in prevention. In support of this promising practice, the Centers for Disease Control and Prevention has funded a number of sites to develop programs to shift the responsibility of preventing child sexual abuse to the adults.

The bystander approach offers opportunities to build communities and a society that does not allow sexual violence. It gives everyone in the community a specific role in preventing the community's problem of sexual violence (Source).

*Note about bystander intervention: bystander intervention is a very academic term. Even the word "bystander" is not universally understood. Some have tried to rename /rebrand this approach as being an "upstander" which has not been very successful. NO MORE has more recently moved away from "bystander intervention" and now uses "bystander engagement" over "bystander intervention." In general our preference is to avoid using the word "bystander" in externally facing communications (i.e. "Your Role in Preventing Sexual Assault" OR "Here's How You Can Be a Better Human & Prevent a Sexual Assault" instead of "Bystander Intervention Tips & Strategies" / "How to Be an Engaged Bystander" — the latter two don't resonate with people).*
More on Bystander Engagement and what it looks like in practice

## FRIENDS OF RIDERS/BYSTANDER AUDIENCE

### WHAT'S THE TENSION WE CAN RESOLVE?
Friends of riders want to be good friends but they don't do enough to keep their intoxicated friends safe during a night out. They think the safest/best thing to do is throw them in an Uber, sometimes not even checking if the car is the right vehicle. They can then continue their night and not miss out.

In addition, friends of perpetrators don't want to intervene because they don't want to ruin the night and the fun their friends want to have. There is social pressure to be a guy and have fun and think this issue is not a big deal.

### Barriers
- We want to communicate friends need to do more without saying using Uber is not a safe option.
- There is fear of negative reaction toward the bystander, the potential personal safety of stepping in.
- We also want to include friends of perpetrators in bystander messaging.

### Additional Bystander Barriers
Despite the importance of this issue and the fact that most people want to "do the right thing" there is a phenomenon called "bystander apathy" or the "bystander effect" that can be described as a diffusion of responsibility which suggests that the more people there are present to witness an event, the less each individual feels personally responsible for doing something. Several variables help to explain why the bystander effect occurs. These variables include:
1. **Ambiguity:** the more ambiguous the situation the less likely people will intervene
2. **Group Cohesiveness:** the need to behave in correct and socially acceptable ways, thus when other observers fail to react, individuals often take this as a signal that a response is not needed or not appropriate and
3. **Diffusion of responsibility.** This can be an obstacle for people to realize there is a need to intervene

### Considerations
- Timing of messaging is important as we want messaging to get to friends/bystanders before they also drink. Riders need to have before drunk - how do we get this message out before they are in party mode?
- We don't want this to just focus on women and women friendships. This will continue to put the burden on women in these situations. How can we also have others step in to stop the perpetrator if the perpetrator is the friend?
- In the past, some bystander messaging has been to encourage women to get out of the situation such as making an excuse (I need to leave soon. My boyfriend will be angry. etc). But taking the psychology of an offender into consideration, an offender doesn't respond to polite habits and doesn't care about these types of signals. Because a majority of assaults happen with people we know, we don't train women for these types of assaults and they expect their date, their boyfriend, etc to respond to the cues, which is another reason that bystander intervention that focuses on intervening with the perpetrator is so important.
- We want to encourage people to trust their gut and step in to interrupt / prevent a situation from getting worse, but we also don't want people to put their own safety at risk (i.e. if the situation is concerning, don't handle it solo).

## INSIGHTS

### CONSUMER INSIGHTS
**Valuing Experiences**
- When ranking what's important to millennials, they consistently rank one thing highest: experiences. In terms of spending, Millennials are crystal clear on this. A recent study by Harris Poll (for Eventbrite) showed 78 percent of Millennials would rather spend money on an experience they wanted to have over an item they desired.
- Nearly 7 in 10 (69%) millennials experience FOMO. In a world where life experiences are broadcasted across social media, the fear of missing out drives millennials to show up, share and engage.
- Millennials cherish time spent out-and-about with loved ones: 69% of millennials feel time spent out with friends and family is more valuable than nights at home.
- Experiences create irreplaceable memories: 77% say some of the best memories of their life have been made at live events.
- Events are bonding experiences: 79% of millennials feel that going to live events with family and friends helps deepen their relationships. In fact, 30% of millennials say they met someone at a live

event that became a good friend. Millennials gain a sense of community via events: 69% of millennials believe attending events makes them feel more connected to other people, the community, and the world.

**Bystander Intervention**
The Harvard AAU Campus Survey on Sexual Assault and Sexual Misconduct noted of those who reported witnessing someone acting in a sexually violent or harassing manner, a total of 57 percent of female graduate students and 55.5 percent of male graduate students indicated that they did nothing.

## INSIGHTS FROM LAPD and LVMPD
**Most rideshare-related sexual crimes in cities like LA and Las Vegas involve alcohol**

- According to the LAPD, a large majority of the trips that result in incidents occur in the overnight hours and originate at bars or other party areas (they also can be residential - one thing that is consistent is drinking, this is beyond college campuses).
- DUI's are decreasing, but with the increased use of rideshare, police are observing an increase in excessive alcohol consumption to the point of extreme inebriation in which the individual is in a very vulnerable state. In many cases they have investigated, the victim was inebriated to the point of partial to complete unconsciousness when the sexual misconduct and sexual assaults occurred.
- ABC regulates alcohol in CA. They will train bars on signs of intoxication and not overserving. But it is not mandatory so only 10% do.
    - LE Recommendation: Clear training and policy on how a driver behaves when someone is unconscious is necessary
        - These tend to be younger drinkers in their twenties.
        - If someone is impaired to the point that they aren't functioning well or are unconscious, they should be immediately directed to medical assistance and should be educated to call 911
- In cases they have investigated, the majority of victims are female and suspects regularly deny sexual assault or misconduct and claim the encounter was consensual
    - LE Recommendation: Education on the basics of consent, particularly as it pertains to alcohol, could be very impactful
- There is a fundamental lack of knowledge of Uber's "no sex" policy and understanding of consent in general
    - LE Recommendation: Leveraging the knowledge that this behavior, whether consensual or not, could result in a rider or driver's loss of access to the platform could be very compelling to prevent inappropriate behavior. Avoid fear-based messaging.
        - In interviews with suspects, they were most concerned about losing something that contributed greatly to their "livelihood". They were under the impression that since they believed the contact was consensual, they would still get to "drive"
- According to Las Vegas Metro PD there are no public intoxication laws in Las Vegas. Alcohol use is prevalent and fuels sexual assault.
- Spikes particularly occur in summer because there are pool parties in addition to nightclubs.
    - Current ways to address sexual assault:

- ■ Stay safe program: Sexual Assault Free Environment. Training of waiters and servers to in bars and clubs to identify those who have had too much to drink and get them safely back to the hotel
- ■ Party Smart: Encourage people that is a designated decision-maker who will not over consume
- Very little education around consent
  - ○ Touched on in stay safe portion/messaging. Focuses on identifying those who are too intoxicated to make a decision. Also tailored to help security or servers identify markers of predators

**NO MORE INSIGHTS**
- Something to think about - when people typically define "rape" they still think about a stranger, not a friend or someone in the friend group. I think it's important to add in messaging that in can happen within the friend group because that's where it's most common.
- Importance of consent education: 1 in 3 men don't believe sexual intercourse when one of the partners is pressured to give consent is sexual assault. There is a need for more understanding of consent.
- Alcohol doesn't cause sexual assault but the reality is that alcohol use plays a role (for example, alcohol use plays role in 50 to 70% of campus sexual assaults).
  - ○ Alcohol serves as both camouflage and a weapon. Perpetrators may consciously or unconsciously drink alcohol to have a justification for sexually assaulting someone. Alcohol can provide a catalyst for perpetrators who hold toxic attitudes and beliefs to act upon those beliefs. Perpetrators may also act out more severely than they would without the cover of intoxication.
  - ○ While perpetrators who have been drinking use the "excuse-giving function" of alcohol, victims who have been drinking report feeling more intense guilt and self-blame for the sexual assault. However, focusing on victims' use of alcohol is neither efficient nor effective as a prevention message because can revictimize survivor.
  - ○ There is a way to bring in alcohol use into messaging if we have VERY strong messaging around alcohol not causing sexual assault (i.e. alcohol doesn't cause sexual assault. But perpetrators use alcohol...). Insights:
    - ■ (1) Alcohol is camouflage for an assault to occur. "If most of the people around me are intoxicated, it's far easier for me to engage in any problematic behavior without getting caught. If I rob someone, graffiti their walls, or harm another partygoer, it's far less likely that anyone will notice or that they will remember significant details of what happened."
    - ■ (2) Alcohol is a weapon to incapacitate a victim. "It's the most accessible, easy-to-use weapon that someone has at their disposal. They can pick targets who are barely able to stand at 2am to make it easier for them to perpetrate."
- We want bystanders to step in during "shades of gray" or situations that are hard to read—like at a party or a bar—where something might be concerning but not yet crossing the line. Think of the "incident" on a continuum that ranges from healthy, age-appropriate, respectful, and safe behaviors to sexual abuse, rape, and violent behaviors. Between the ends are other behaviors, including those that begin to feel inappropriate, coercive, and harassing. These mid-range behaviors present an opportunity to disrupt the situation and reinforce positive behaviors BEFORE it moves further along the continuum into something violent.

CONFIDENTIAL

P-03554.00007

UBER000145598

- Could the situation get worse if someone doesn't do anything?" IF YES, then we want to encourage bystander to consider the best way to respond. Unfortunately, there's no "one-size-fits-all" response but planning ahead to leave a party safely or enlisting a third party to help deal with things are key.
- Successful bystander intervention campaigns/programs:
    - [The Red Flag Campaign](#)
    - [Know Your Power](#)
    - Bringing In the Bystander
    - Green Dot

### SINGLE-MINDED MESSAGE
Along the lines of: We all of a role to play, let's look out for each other, tie in friendship and shared responsibility….(WIP with agency input)

### DESIRED OUTCOME
Bystanders can identify warning signs and intervene appropriately when a friend is in need. Shift the norm away from putting someone alone in an Uber as the "single" solution to caring for someone in need.

### MESSAGING TO INCLUDE (WIP)
What can we come up with that is memorable (ring the doorbell, tell bartender this name, etc.)?
Bystander message - calling out the behavior - more with bystander than going after the agresser
Checking in with friends - if they aren't good ask for help - but what if they don't ask for help, step further - 3 steps?
Follow your gut, doing something small to interrupt is significant  small acts hold enormous power
Need to keep it simple
We want people to intervene - make this clear to bartenders, cocktail servers, security guards
We care about riders and drivers and we care about getting you home safely

> We all play an important role in preventing sexual violence. An engaged bystander is someone who takes action when they see or hear behaviors that threaten, harass, or may encourage sexual violence.
>
> Bystander intervention can be something as small as a young adult telling his/her friend that his/her sexist language is offensive or as great as a college student calling the police if s/he witnesses an act of sexual violence from a dorm window. Regardless of the level of intervention, there are safe ways to help prevent sexual violence.

Tips for bystanders:
- ❏ Is it safe to help?
    - ❏ If someone needs immediate help, call 911
    - ❏ Can anyone else help right now?
    - ❏ Document what you observed if immediate action isn't safe
- ❏ DISTRACT: Ways to safely change the situation if someone is not in immediate danger
    - ❏ Distract with a joke or by asking an unrelated question
    - ❏ Draw attention to something else
    - ❏ Ask an unrelated question of someone involved, such as for directions to another location, information on business hours, etc.
- ❏ ENLIST ALLIES:

CONFIDENTIAL                                                                                                                                           UBER000145599
P-03554.00008

- ❏ Enlisting allies, like a mutual friend, the bartender, party host or a bouncer can be much more productive and safer than trying to go it alone. Some ways you might handle the situation:
    - ❏ Consider asking if the potential victim needs help.
    - ❏ Don't leave. By remaining present as a witness, the potential perpetrator is less likely to act.
    - ❏ If you know the potential perpetrator, try to get him/her away from the potential victim.
- ❏ SUPPORT: make sure the person you're concerned about is ok
    - ❏ Validate that what just happened was inappropriate or upsetting
    - ❏ Ask, "Are you OK?" or "How can I help?" or "Do you know that person?"
    - ❏ Offer help such as getting the manager, phoning police, a friend or transportation

# DRIVER AUDIENCE

## WHAT'S THE TENSION WE CAN RESOLVE?

Drivers do not know what to do when they are faced with an intoxicated rider and/or riders in vulnerable situations. In addition, drivers do not think Uber is there to support them and their choices to choose safety over profits. They think Uber would rather have the drivers take the trip, get the fare, and put profits and work before their safety and the safety of their riders. Due to this, they choose to take the fare and not act as keeping their account active and being on Uber's good side means they continue to have a job.

## INSIGHTS

## CONSUMER INSIGHTS

Drivers want the safety tools & education from Uber lack of significantly impacts their perception of Uber being committed to their safety.



## INSIGHTS FROM LAPD
**Driver knowledge**
- According to police, drivers are unsure what do when an unconscious individual is placed in their vehicle alone or in the company of others who may have malintent.
- We should be educating drivers - people are throwing intoxicated people in the back of Ubers, driver should call 911, never have someone unconscious in their vehicle

**BARRIERS**
- There is fear of negative reaction toward the bystander, the potential personal safety of stepping in.
- Drivers don't want a huge issue to get in the way of a night of working. Especially since weekend nights usually have higher fares.

**CONSIDERATIONS**
- Drivers can also be the perpetrator. However, we do not want offend or insinuate driver behavior has been bad on the platform. The overwhelmingly majority of our drivers are upstanding citizens.
    - The main campaign messaging should be bystander education based. We will have one in-app messaging opportunity to target specific use cases for driver perpetrators.

**According to Law Enforcement, most offenders are opportunistic**
Trends on perpetrator behavior (targeting, serial vs. opportunistic)
- Most are opportunistic (even more important as to why we need messaging geared toward friends of the perpetrator). There is an easy opportunity that people will often take with a vulnerable person that they wouldn't otherwise
- There are a small percentage that is trolling and predatory but most are crimes of opportunity
    - LE Recommendation: Consider targeted messaging during those "peak hours" when incidents occur to remind them that they are good people to intervene in the opportunity or prevent opportunistic crimes
    - Better to not have it not based on fear though. Studies show fear based messaging does not effectively deter opportunistic behavior.
    - Studies show positive messaging such as "At Uber, we do the right thing, period" or messaging that encourages people to do the right thing or reminds them they are good people is more effective in deterring opportunistic behavior

**According to LAPD, some offenders have malintent**
- While some may be opportunistic or misunderstand the basics of consent, others appear to intentionally be seeking would-be victims
- These individuals often pose as Uber drivers but have no affiliation with the platform. This is a trend that the Rape Treatment Center sees often with victims in LA
    - LE Recommendation: Education on "fake" Uber drivers and tips on getting in the "right" vehicle
    - This is where Check your Ride campaigns and technology to confirm you are in the right (and legitimate) Uber can make a huge impact
- Those that are legitimate Uber drivers will sometimes take the survivors phone or end the trip early and go offline thinking that they are avoiding Uber's GPS tracking
- Inappropriate touching happens mostly in the front seat (messaging around not sitting in the front seat)
- Even if someone is not severely intoxicated or unconscious, intoxication can still affect someone's judgement, behavior and health. A large majority of sexual misconduct observed happens when someone is alone and intoxicated in the vehicle.
    - LE Recommendation: We should encourage friends to stay together and help one another get home safely.

CONFIDENTIAL

P-03554.00010

UBER000145601

### SINGLE-MINDED MESSAGE
Along the lines of: We all of a role to play, let's look out for each other....(WIP with agency input)

### DESIRED OUTCOME
Drivers are confident in knowing what they do when they encounter a rider(s) in a vulnerable situation and know Uber is there to support this safety-first decision.

### MESSAGING TO INCLUDE (WIP)
Individuals need skill training so they can identify warning signs and intervene appropriately.
What a driver should do in situations:
- Drunk and passed out
- Aggressive offender
- How do you know if someone is an offender/trying to help?
- Barely conscious
- Security guard + bartender putting someone in the car
- Friend putting someone in the car

That Uber has their back in all situations. Even if driver cancels trip.

### FINAL DELIVERABLES
**Four Toolkits for Key Partners/Channel-Owners**
Campaign toolkits of customized campaign assets for different audiences to leverage in their own activities. This toolkit will include brand guidelines for how the assets are correctly used and co-branded.
- Toolkit for Law Enforcement/Government/Airports
  - Email newsletter
  - Social Assets
  - Card to handout at trainings
  - Possible digital marquee in downtown LA area
  - Anything else bold and creative
- Toolkit for Bars/Clubs/Casinos/Hotels
  - Posters/additional signage (11x17 standard sizes)
  - Coasters ?
  - Social assets
  - Email newsletter
  - Anything else bold and creative
  - Website
  - Tabletop signs ?
  - Printable ticket for nightclubs
- Toolkit for Uber Rider and Driver Channels
  - Driver in-app messaging
    - Will pop up between 11pm and 3am likely once an hour
    - Message will be focused on positive norming behavior (i.e. thanking drivers for getting people home safely and reminding them that we are all a community)
  - Social assets
  - Email inclusion (for riders and drivers)
  - Rider in-app messaging

- Toolkit for Influencers
    - Social assets
    - Anything we can tell them to do to go above and beyond a social posts. (e.g. video recording, social photo instructions of them getting ready for a night out with friends)

**Landing Page**
OBERLAND will provide creative direction, copywriting, UX/UI design, content strategy and design for a landing page to house the video, toolkit and resources for partners. This page should also be where bystanders go to get more info. Link to website on creative assets.

### EXTRAS
- [Stop Raising Awareness Already](#)
- [Awareness One-Pager](#)
- [NSVRC's Engaging Bystanders in Sexual Violence Prevention Book](#)
- [Don't Be That Guy Campaign](#)
- [We Can Stop It Campaign](#)
- **[Who Are You? (Australia) Campaign](#)**
- [Stay S.A.F.E Las Vegas](#)
- [Party Smart Las Vegas](#)
- [Step Up! Campaign](#)
- https://www.adweek.com/brand-marketing/how-powerful-campaign-hopes-teach-young-people-what-consent-173279/
- [San Francisco's Bystander-focused Campaign](#)
- [Missoula's Bystander-focused Campaign "Make Your Move"](#)
- [Social Norms Approach to Violence Prevention](#)

### EXAMPLE LANDING PAGES
- http://www.consentiseverything.com/#SupportAndPartners
- http://draw-the-line.ca/index.html

### EXAMPLE BOLD PROJECTS
- https://itunes.apple.com/us/app/i-am-a-witness-keyboard/id1036862918?ls=1&mt=8
- https://www.forbes.com/sites/toriutley/2016/09/14/meet-yeshi-a-bot-launched-by-lokai-and-charity-water-to-bring-awareness-to-the-water-crisis/#2a848a0c2d04
- https://www.bbc.com/news/uk-37855009
- [Be That Match's Be That Guy Campaign](#)

### BOLD IDEAS
- Increase engagement + extend lifetime of campaign with:
    - a poster design competition (i.e. "create your own [name of campaign] poster and submit your design") where winning posters would be added as official campaign poster and distributed nationally
        - Also, could be a way to ensure that the campaign can be adapted to fit the needs

        of culturally-specific communities
- Small grants to campus groups / orgs that want to customize and implement campaign in their city (with local bars and local PD)

CONFIDENTIAL

P-03554.00013

UBER000145604