# UBER_JCCP_MDL_005252919

## Metadata

| | | |
|---|---|---|
| #Author | kims@uber.com | SEMANTIC |
| #Date Modified | 08/29/2016 | SEMANTIC |
| #DateCreated | 07/28/2016 | SEMANTIC |
| #Title | Trust & Safety Brief: Preventative Behavior v2 | SEMANTIC |
| Account | kmcdonald@uber.com; | SEMANTIC |
| All Custodians | McDonald, Katy; | SEMANTIC |
| All Paths | McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_144.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Attachment Names | word | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_005252919 | SEMANTIC |
| Collaborators | kmcdonald@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 07/28/2016 6:06 pm | SEMANTIC |
| Date Modified | 08/29/2016 4:08 pm | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_005252926 | SEMANTIC |
| File Path | \JCCP_DRIVE005\JCCP_Drive005_144.zip | SEMANTIC |
| File Size | 468045 | SEMANTIC |
| Filename | Trust & Safety Brief- Preventative Behavior v2_13rc0C1ZMQGkAUI0olkbPPzWmiOttkSj_M9IXMMTPgTM.docx | SEMANTIC |
| GoogleDocumentType | DOCUMENT | SEMANTIC |
| Hash Value | 3e6d6d2986fa41d217070a672f04a7f9 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_005252919;UBER_JCCP_MDL_005252920;UBER_JCCP_MDL_005252921;UBER_JCCP_MDL_005252922;UBER_JCCP_MDL_005252923;UBER_JCCP_MDL_005252924;UBER_JCCP_MDL_005252925;UBER_JCCP_MDL_005252926 | SEMANTIC |
| ILS Document Date | 08/29/2016 | SEMANTIC |
| ILS Prod Date | 04/24/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL197 | SEMANTIC |
| Other Custodians | McDonald, Katy; | SEMANTIC |
| Primary Date | 07/28/2016 6:06 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL197; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 08/29/2016 4:08 pm | SEMANTIC |
| SourceHash | b393f114d25f903b170a8c66fe0f1dfe | SEMANTIC |

P-03584.00001



Trial Exhibit No.
P-03584

# UBER
ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL
## PREVENTATIVE BEHAVIOR V2
*Project Type: Development Pilot*
*Project Owners: Katy McDonald and Kim Siegel*

**TL;DR**

- **Problem**: Partners who are at risk of getting into an interpersonal conflict do not receive any educational messaging or tools to help prevent the incident from occurring
- **Solution**: Targeted, preventative pro-tip messaging will equip at-risk partners with the tools to mitigate an interpersonal conflict incident
- **Launch Cities:** TBD
- **Projected Impact**: Reduce IPC/Bad Attitude tix by **X**%, De-escalate IPC incidents by **Y**%, Increase trust sentiment by **Z**%

## Table of Contents

1. Overview
2. Supporting Data
    a. Business ROI
    b. Potential Risks
3. Implementation
    a. Project Details
    b. Timeline
    c. Actions Required by Cities
4. Additional Documentations
5. Project Governance
6. FAQs
7. Launch Checklist

## Overview
### Objectives

**Problem Statement:**
Partners who are at risk of getting into an interpersonal conflict do not receive educational messaging or tools to help prevent the incident from occurring.

**Key Metrics:**
Primary: Reduce IPC incidents and Bad Attitude tickets
Secondary: De-escalate IPC/Bad Attitude incidents (proportion of L0-L4 tickets), increase trust sentiment

**Definition of Success:**
- Reduce IPC/Bad Attitude incidents by **X%**

- **Difference in proportion of L2/L4 incidents**
- De-escalate IPC/Bad Attitude incidents by **Y%**
- Increase trust sentiment by **Z%**
- No impact to supply

## Expected Impact & Alignment with OKRs

Trust and Safety OKR: Prevent and Diffuse Safety Incidents
Targeted, preventative pro-tip messaging will help us hit the following team key results:
1. **Reduce interpersonal conflicts by 5%** between riders and drivers by providing educational tips and tools to partners at risk of getting into an incident
    a. Measured by # of interpersonal conflict and bad attitude tickets
2. **Scale successful IPC interventions** to 20 of Uber's largest cities by rolling out in TBD

> Commented [1]: Worth calling out as a separate OKR we are hitting?

Uber OKR: Ridesharing Platform of Choice
Targeted, preventative pro-tip messaging will make our platform safer and more trusted, giving more cause to our users to make it their **#1 ridesharing platform of choice**.

## Supporting Data

**Opportunity Size**
Big Picture: Interpersonal Conflict
1. How big is the problem?
    - ~25,000 interpersonal conflicts occur on our platform globally per week, accounting for ~0.06% of total trips



2. Who is impacted?
    - ~20% of drivers have been reported for an incident or for a bad attitude at some point in their lifecycle

At-Risk Cohort #1: Night-time Drivers
Interpersonal conflict incidents have a higher likelihood of occurring during the evening.
- 72% of rider-caused IPC incidents occur at night
- 11% of L3/L4 incidents occur at night

*L3/L4 IPC Incidents by Time of Day and Day of Week*



At-Risk Cohort #2: Female Drivers
Female drivers are at risk of interpersonal conflict from male riders, and safety is a major concern to female drivers early on in their lifecycle.
- 6% of rider-caused incidents always involve a male rider and a female driver
- 23% of active female drivers do not drive more on our platform because of safety concerns, compared to 9% of males

At-Risk Cohort #3: Vehicle Solutions Drivers
Vehicle solutions partners have a higher incident rate than non-vehicle solutions partners.
- VS drivers have 26% higher safety incident rate than non-VS drivers
- VS drivers cause 19% more 'Inappropriate Behavior' tickets than non-VS drivers
- VS drivers cause 20% more 'Distracted Driving' tickets than non-VS drivers



**Why This Solution?**

1. Targeted Messages are Effective
    - [SASSY reduced average safety incident count](#) by 11.6% and dangerous driving tickets by 13.1% using dangerous drivers identified by Bouncer
2. We Don't Help Drivers Prevent and De-escalate IPC Incidents
    - Currently, no preventative messages are sent to at-risk IPC drivers
3. Messages are Crafted for each Cohort
    - Pro-tip messaging will be catered to the specific risks most relevant to each cohort (based on surveys/analyses conducted by Metrics and Research)

## Business ROI

By providing drivers with the tools to avoid or deescalate interpersonal conflict incidents, this initiative has the potential to help sustain supply in situations that otherwise may have led to driver churn, driver waitlisting, or driver deactivation.

1. Drivers will be equipped with knowledge that will help them handle unruly riders
    - Business impact: In Q1 2016, drivers involved in an L3 or L4 incident where the rider was acting inappropriately disengage by 20-70% in the 2 months after the incident.
2. Drivers will have tools to help manage their own behavior in tense situations
    - Drivers involved in an IPC incident are waitlisted from the platform pending investigation and subsequent IPC incidents may results in their permanent deactivation

## Potential Risks

- Drivers do not see weekly safety pro-tip
    - Solution: Send weekly tip over 12 weeks and keep each Alloy Card available the entire week to increase viewing opportunities
- Pro-tips may be seen as too direct or punitive
    - Solution: Working extensively with Initiatives to ensure that the tone of all messages is positive and supportive

## Implementation
### Project Details
**Target Audience**
1. At-risk IPC drivers identified by Bouncer overlapped with 3 targeted cohorts
    a. At risk Vehicle Solutions partners
    b. At risk Female partners
    c. At risk Nighttime partners
2. Low risk (ie not identified by Bouncer) IPC drivers amongst 3 targeted cohorts
    a. Low risk Vehicle Solutions partners
    b. Low risk Female partners
    c. Low risk Nighttime partners

**Treatment Description**
1. Send 1 preventative pro-tip message per week for 12 weeks via Alloy cards
2. If a driver is involved in an IPC incident in a given week, they are removed from test and receive reactive, corrective behavior messaging in separate pilot

**Control Description**
1. Drivers who only receive reactive, SASSY messaging (triggered by an IPC incident)



**Tools/Equipment Required**
1. Bouncer predictions (where available)
2. Alloy Cards via Sigma (one rule per message sent)
3. Initiatives-approved pro-tips (see driver communications below)

## Timeline

\* Subject to change based on 1. Availability of Bouncer predictions and 2. initial conversations with RSMs
Full Gantt timeline found here.



## Scalability

**End Goal**
- Every at-risk driver receives most relevant preventative, targeted message at the right time to reduce the likelihood of their involvement in an IPC incident

**Defining a Successful Launch**
- Create content which is scalable across all languages
- Reduce or de-escalate safety incidents from occurring
- Create operationally efficient and inexpensive method for delivering safety pro-tips via Sigma

**How to Achieve End Goal Given a Successful Launch**
- Work with Initiatives to create global content
- Productionize and automate message sends similar to the SASSY: Reactive Dangerous Driving messages using the SASSY-Sigma integration

## Rider/Driver Communications

*\*\*Content currently in creation and under review by Initiatives.\*\**

*To be included here:*
- *Specific Messages sent to each cohort over time*
- *The lay out/example of an Alloy Card, including title and CTA if applicable*

## Talking Points

*At some point, Ops might ask for a document listing Comms approved talking points on the project. See this Ops Guide to Telematics Communication as an example. This document should be worked on and owned by Comms/Policy and/or Legal.*

## Actions Required by Cities

*Work with your Regional Safety Manager to develop a list of clear action items and dependencies for city teams. For example:*

- *Identify POC within city team to work with the Greenlight Hubs and brief them on the study.*
- *Safety team ship phone mounts to POC*
- *POC to Add partner's UUID once mount is distributed here*
- *PSC Guide can be found here*

## City Selection

*Celebrating cities means acknowledging that each is unique and that not every pilot, project, or product feature is appropriate or needed for every city. Also, some projects need to be tested before being rolled out more widely. List out the criteria for the ideal cities here and solicit suggestions from the Regional*

*Safety Managers. For cities that don't make the list, identify how other cities can get on board once you're ready to expand.*

*Safety Managers call out why you suggested the cities that you did.*

| Proposed City | Reason | Chosen? |
|---|---|---|
| City 1 | | |
| City 2 | | |
| City 3 | | |
| City 4 | | |

## Additional Documents

- *Preventative Behavior Typology Analysis*
- *Preventative Behavior v1 Brief*
- *Preventative Behavior v1 Content*
- *Preventative Behavior v1 Analysis*

*\*Things to include down the line:*
- *Any queries used*
- *Pitch deck if created*
- *Messaging Content*

## Project Governance

### Team

Development: Kim Siegel and Katy McDonald
Research: Kevin Corti
Metrics: Sunny Jeon
Initiatives: Heather Bailey

### Approve

| Department | Name | Approved Date |
|---|---|---|
| Legal (Candace Kelly) | | |

CONFIDENTIAL

UBER_JCCP_MDL_005252925

| | | |
|---|---|---|
| Legal (Regional) | | |
| Policy (HQ) | | |
| Policy (Regional) | | |
| Comms (HQ) | | |
| Initiatives | | |
| | | |

## Inform

*Refer to RACI chart for your project here*

| Department | Name |
|---|---|
| Initiatives | Heather Bailey |
| Fusion | Becky Mar |
| Product | Brian Tan |
| | |

## FAQs

*Use this space for FAQs. and address any questions that might come up from various stakeholders (e.g. RSMs, Operations, etc.)*

## Launch Checklist

❏ First item
❏ Second Item
❏ Third item