# UBER-MDL3084-DFS00003702

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00003702 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00003703 | SEMANTIC |
| **File Size** | 14693 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_26_3.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00003702;UBER-MDL3084-DFS00003703 | SEMANTIC |
| **ILS Document Date** | 05/06/2024 | SEMANTIC |
| **ILS Prod Date** | 5/29/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol018 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 05/06/2024 | DOC_TYPE_ALIAS |
| **Production Volume** | Vol018; | SEMANTIC |
| **Redacted** | No | SEMANTIC |

P-03589.00001


Trial Exhibit No.
P-03589

Title: A message from Uber

User Type: driver

Hi Hassan,One of your riders mentioned that the vehicle you were driving was different from what was listed in their app.Our <u>Community Guidelines</u> only allow approved vehicles to be used on the app.If your vehicle's information is listed incorrectly in the app, you can let us know and we'll review your documents. If you have a vehicle you would like to add to your account, you can use the steps available <u>here</u>.As a reminder, not following any of our guidelines can result in losing access to the Driver app.Thanks for driving with Uber.

Rahul Sharma

Wed, 05 Apr 2023 10:16:45 GMT

via agent (external)

I'm using an Uber rental. It's a grey Nissan rogue

Hassan Turay

Wed, 05 Apr 2023 10:21:16 GMT

via inappsupport (external)

Hi Hassan,

I apologize for the inconvenience caused. I realize this is disappointing that there are users who exhibit inappropriate behavior and make false allegations, our feedback to you isn't designed to be accusatory in nature.

We understand feedback from users may not always be 100% accurate. Our goal here is to simply make sure you are aware of the type of feedback you received and hear your side of the story as well.

You are a wonderful driver to the Uber team. We truly admire your hard work in providing extraordinary service to our riders.

We've noticed that you have a lot of good feedback here. We appreciate you for continuing to do what you are best at.

Also, completing 7,505 trips is no small feat, so we thank you for every single one of them. Taking a look at the feedback provided by your passengers, it is clear that your riders enjoy taking trips with you.

Thank you for being a valued driver, and we hope for your understanding and cooperation in this matter.

Rahul Sharma

Wed, 05 Apr 2023 10:24:33 GMT

via agent (external)

Hello thanks for updating my rental car information. However the car I'm using is grey not black. A rider told me that it is listed as a black vehicle

Hassan Turay

Sun, 09 Apr 2023 14:14:00 GMT

via inappsupport (external)

Could you please update that information. Thank w

Hassan Turay

Sun, 09 Apr 2023 14:14:43 GMT

via inappsupport (external)

Hi Hassan,I'm Aman from Uber's Premium Support Team.As requested, we've updated the vehicle color of your Nissan Rogue Sport to grey. Riders will now be shown your correct vehicle color. You may need to sign out of your app and sign back in to see this change.Feel free to let us know if we can help with anything else.Thanks for being a Diamond driver, and please have a great rest of your day!

Aman Singh

Sun, 09 Apr 2023 14:28:58 GMT

via agent (external)

CONFIDENTIAL

P-03589.00003

UBER-MDL3084-DFS00003703