# UBER-MDL3084-DFS00003743

## Metadata

| All Custodians | Uber; | SEMANTIC |
|---|---|---|
| Application | Portable Network Graphic | SEMANTIC |
| Begin Family | UBER-MDL3084-DFS00003743 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER-MDL3084-DFS00003743 | SEMANTIC |
| File Size | 19647 | SEMANTIC |
| Filename | 1046_40_Dean, Jaylynn_31d_6.png | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER-MDL3084-DFS00003743 | SEMANTIC |
| ILS Document Date | 05/09/2024 | SEMANTIC |
| ILS Prod Date | 5/29/2024 | SEMANTIC |
| ILS Prod Vol | Vol018 | SEMANTIC |
| Other Custodians | Uber; | SEMANTIC |
| Primary Date | 05/09/2024 | DOC_TYPE_ALIAS |
| Production Volume | Vol018; | SEMANTIC |
| Redacted | No | SEMANTIC |

Trial Exhibit No.
P-03590

Incident Details: My driver touched me sexually and then kissed me calling me a black nigger bitch I demand a full refund and I demand all my money back this driver sexually assaulted me and called me names please refund me my money

CONFIDENTIAL

UBER-MDL3084-DFS00003743