# UBER-MDL3084-DFS00159664

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00159664 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/21/2025 10:03 pm | SEMANTIC |
| **Date Modified** | 04/21/2025 10:04 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00159665 | SEMANTIC |
| **File Size** | 14900 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_Req 26_10.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00159664;UBER-MDL3084-DFS00159665 | SEMANTIC |
| **ILS Document Date** | 04/21/2025 | SEMANTIC |
| **ILS Prod Date** | 04/30/2025 | SEMANTIC |
| **ILS Prod Vol** | Vol093 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 04/21/2025 10:03 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol093; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 04/21/2025 10:04 pm | SEMANTIC |

P-03592.00001


Trial Exhibit No.
P-03592

Title: A message from Uber

User Type: client

Hi Stephanie,

This is follow up to your concern regarding driver behavior. We will get in touch with you as soon as possible.

Avdesh Singh

Sat, 07 Jan 2023 15:18:18 GMT

via agent (external)

https://bliss.uberinternal.com/contacts/9af0ebd1-98a6-4952-8a6f-82f957e1ad24

Avdesh Singh

Sat, 07 Jan 2023 15:18:18 GMT

via agent (internal)

thank you it was really scared for my life I'm not going to lie to you. there's driver I don't know what his problem was but he should be driving behind the wheel people in this vehicle if he's going to be driving like some knucklehead on the street. we value our lives and we pay him to get us over going safely it's not fair that he's driving erratically yelling at his passengers it's very uncalled for a very unprofessional. I work at a circle k and I manages circle k and I know professionalism when I see him and that guy needs a lot of help with professionalism cuz he is not professional at all. and from here on out I'm not sure if I'm going to be using Uber anymore I think I'm going to go try Lyft I don't want to die on someone's time because they don't care about themselves it's not fair to us people's passengers. who value our lives have a wonderful day thank you

Stephanie [REDACTED - PII]

Sat, 07 Jan 2023 15:19:55 GMT

via inappsupport (external)

RS - Normal
 OB - https://bliss.uberinternal.com/contacts/885b4da4-2c66-48fd-85ac-09d1688c8645?newContact=1&tenancy=uber/production
 already handle the dangerous driving

Elaine Buelva

Sat, 07 Jan 2023 16:35:52 GMT

via agent (internal)

Thanks for reaching out to us, Stephanie.

We are sorry to hear that the driver yelled at you and the unprofessional behavior. I know how uncomfortable and upsetting this might be and we want everyone to feel safe and respected while using the app.

Our [Community Guidelines](#) state any behavior involving harassment, yelling, cursing, or otherwise, can lead drivers to lose access to Uber, as a result of your reports, we'll reach out to your driver to take the appropriate action with their account and use your feedback in that regard.

We've added $5 in Uber Cash to your account. You can check your Uber Cash balance in your Wallet tab.

Your feedback is important, as it will help us take appropriate action and maintain a stress-free and comfortable experience for everyone. Feel free to let us know if there's anything else we can help with via the in-app Help menu.

Elaine Buelva

Sat, 07 Jan 2023 16:35:52 GMT

via agent (external)

CONFIDENTIAL

UBER-MDL3084-DFS00159665

P-03592.00003