# UBER-MDL3084-DFS00159669

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00159669 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/21/2025 10:03 pm | SEMANTIC |
| **Date Modified** | 04/21/2025 10:04 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00159671 | SEMANTIC |
| **File Size** | 20160 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_Req 26_12.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00159669;UBER-MDL3084-DFS00159670;UBER-MDL3084-DFS00159671 | SEMANTIC |
| **ILS Document Date** | 04/21/2025 | SEMANTIC |
| **ILS Prod Date** | 04/30/2025 | SEMANTIC |
| **ILS Prod Vol** | Vol093 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 04/21/2025 10:03 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol093; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 04/21/2025 10:04 pm | SEMANTIC |

P-03593.00001



Trial Exhibit No.
P-03593

Title: A message from Uber

User Type: driver

Hi Hassan,We are investigating a report from a trip. Your account has been placed on hold while we look into this report.Please note that this investigation can only be completed by a member of our Trust and Safety Team. It cannot be resolved using other support channels, including the Greenlight Hub and Critical Safety Response Line.Thank you for your patience while we look into this matter. You should expect to hear from a member of our team soon.

Gabriel Hare

Tue, 18 Apr 2023 22:00:40 GMT

via agent (external)

[JIRA](#)

[Rider contact](#)

Gabriel Hare

Tue, 18 Apr 2023 22:00:40 GMT

via agent (internal)

Related Jira ticket: https://jira.uberinternal.com/browse/SAFE-3681018

Name Unavailable

Tue, 18 Apr 2023 22:01:11 GMT

via agent (internal)

Okay I'll be waiting to hear from you

Hassan Turay

Wed, 19 Apr 2023 02:11:41 GMT

via inappsupport (external)

Hello,We are investigating a report from one of your previous trips. Your account has been restricted while we look into this.We would like to further discuss this incident with you. I just attempted to reach you at the number associated with your Uber account. Please let me know if there's a better number to call or contact me directly. I can be reached at 415-223-5354. I'm in the office 8:00 - 4:00 MST.Please note that this investigation can only be completed by a member of our team and cannot be handled at a Greenlight Hub location.I look forward to speaking with you soon.

Craig Weemhoff

Wed, 19 Apr 2023 16:30:07 GMT

via agent (external)

Sorry I missed your call. I'll call you back in about five minutes or less

Hassan Turay

Wed, 19 Apr 2023 17:49:01 GMT

via inappsupport (external)

Good morning Joseph. I have called you several times but I am sure you have a lot of drivers on your caseload. I don't want to bother you too much. If you do get a chance I would appreciate it if you called me as I am eager to get back on the road. Thank you for your time.

Hassan Turay

Thu, 20 Apr 2023 16:01:04 GMT

via inappsupport (external)

contact made

Kelsey Bacon

Fri, 21 Apr 2023 17:15:08 GMT

via agent (internal)

Hi Hassan,Thank you for speaking with me. As mentioned, we're investigating a report from one of your previous trips. Your account has been temporarily restricted while we look into this.Once the investigation is completed, we'll reach back out to you with an update.

Kelsey Bacon

Fri, 21 Apr 2023 17:15:08 GMT

via agent (external)

Thank you very much Kayla. Also I just want to add that if you can access the trip data you will see that I made no stops on the trip. And if the complaint is in connection to the rider I picked up from 2224 e Fillmore St, I told you that I used to work there and I know that they have cameras which would show that the rider sat directly behind me. This would make it impossible for me to touch her. If this is the rider who complained.

Hassan Turay

Fri, 21 Apr 2023 17:24:17 GMT

via inappsupport (external)

Jira:
https://jira.uberinternal.com/browse/SAFE-3681018
Rider (Reporter) Ticket:
https://bliss.uberinternal.com/contacts/b728c4f7-1610-4b8f-a4fe-b8d295037f5f
Driver (Reported Against) Ticket:
https://bliss.uberinternal.com/contacts/b1517358-b765-4331-8622-6c6defef5357
Driver Duplicate Tickets:
https://bliss.uberinternal.com/contacts/e5ffe2b1-7c73-4c5e-b4d3-f1ff1a7de5cb - Driver's Rider account actions taken
https://bliss.uberinternal.com/contacts/c162cbcf-196f-4cf5-87ab-abe1cdb4f12c

Kelsey Bacon

Sat, 22 Apr 2023 02:58:33 GMT

via agent (internal)

Hi Hassan,Thank you for your patience while we investigated this report. After careful review of this information available, your account has been reactivated. You may continue to use Uber apps.The actions you take while using the Uber apps can have a big impact on the safety and comfort of others. Our Community Guidelines state any behavior involving violence, sexual misconduct, harassment, discrimination, or illegal activity while using the Uber apps can result in the immediate loss of access to the Uber apps. If other users submit additional reports describing misconduct, you may lose access to Uber permanently.This module can also help outline how to foster a safe and respectful ride experience. Thank you for your understanding.

Kelsey Bacon

Sat, 22 Apr 2023 02:58:33 GMT

via agent (external)

Jira:
https://jira.uberinternal.com/browse/SAFE-3681018
Rider (Reporter) Ticket:
https://bliss.uberinternal.com/contacts/b728c4f7-1610-4b8f-a4fe-b8d295037f5f
Driver (Reported Against) Ticket:
https://bliss.uberinternal.com/contacts/b1517358-b765-4331-8622-6c6defef5357

Driver Duplicate Tickets!
https://bliss.uberinternal.com/contacts/e5ffe2b1-7c73-4c5e-b4d3-f1ff1a7de5cb - Driver's Rider account actions taken
https://bliss.uberinternal.com/contacts/c162cbcf-196f-4cf5-87ab-abe1cdb4f12c

https://bliss.uberinternal.com/contacts/8b36e640-d209-4fcf-80a8-27fbe369b08c

https://bliss.uberinternal.com/contacts/7cb01e0d-e5ab-4910-9dec-7c79c7ad99b7

Kelsey Bacon

Mon, 24 Apr 2023 02:58:44 GMT

via agent (internal)