# UBER-MDL3084-DFS00159674

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00159674 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/21/2025 10:03 pm | SEMANTIC |
| **Date Modified** | 04/21/2025 10:04 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00159676 | SEMANTIC |
| **File Size** | 22203 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_Req 26_14.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00159674;UBER-MDL3084-DFS00159675;UBER-MDL3084-DFS00159676 | SEMANTIC |
| **ILS Document Date** | 04/21/2025 | SEMANTIC |
| **ILS Prod Date** | 04/30/2025 | SEMANTIC |
| **ILS Prod Vol** | Vol093 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 04/21/2025 10:03 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol093; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 04/21/2025 10:04 pm | SEMANTIC |



P-03594.00001

Title: Safety Agents Follow Up

User Type: client

Device: iphone
Current Trip Status: https://trip.uber.com/nyGBwaHIkt
Date/time: 2023-04-04 02:52:03.922 +0000 UTC
Trip ID: 6e568cab-04f1-4819-b684-418d288e77ba
Rider ID: a1ab2d7e-a348-4366-9185-46c15d899da1
Rider Name: Tabatha [REDACTED - PII]
Rider Phone: [REDACTED - PII]
Driver ID: 76921802-11dd-455a-be3e-57aebb08ad1c
Driver Name: Hassan Turay
Driver Phone: +16024877447
Vehicle: Dodge Journey 2020
License Plate: SZA9BNA
City Name: phoenix
Latitude: [REDACTED - PII]
Longitude: [REDACTED - PII]
Trip State: BEGINTRIP

Name Unavailable

Tue, 04 Apr 2023 02:52:04 GMT

via agent (internal)

Incident ID: 7bb8c40d-8337-466a-92cc-d62975dc530e
Incident Type: CHECK_IN_CHAT
Resolution: ALL_CLEAR_NO_EMERGENCY_ASSISTANCE_REQUIRED
Resolution Tags: []
Note: Passenger somewhat uncomfortable because vehicle didn't match but driver did. Declined offer to stay with them to destination.
Chat Disposition: REASSURANCE_ONLY_NO_DISPATCH_REQUESTED
Chat Note: Passenger uncomfortable because vehicle isn't what was listed, but driver is same. Offered to track ride, it was declined. Advised activate another alert if anything changes.
2023-04-04 02:52:28.457 +0000 UTC   AGENT: Hi, Tabatha.  This is is Anne, your ADT safety agent.  You activated an alert in your  Uber   app.  How may I help you?

2023-04-04 02:53:00.011 +0000 UTC   USER: The Uber driver is fine. But the car that he is driving is not what it is listed.
2023-04-04 02:53:18.121 +0000 UTC   AGENT: I am sorry there is an issue with the vehicle.  Is it the same driver?
2023-04-04 02:53:18.356 +0000 UTC   USER: Now I am a little uncomfortable. I am sure it is ok right?
2023-04-04 02:53:30.169 +0000 UTC   USER: Yes it is the same driver
2023-04-04 02:53:41.794 +0000 UTC   AGENT: I can understand you being uncomfortable.  I will be glad to stay with you until you reach your destination if you like.
2023-04-04 02:54:30.733 +0000 UTC   USER: He is very nice but he is not driving that vehicle.
2023-04-04 02:54:50.328 +0000 UTC   AGENT: Yes, I understand.  Would you like for me to stay with you until you reach your destination?
2023-04-04 02:54:59.533 +0000 UTC   USER: No it fine.
2023-04-04 02:55:19.218 +0000 UTC   USER: As long as it is safe.
2023-04-04 02:56:16.517 +0000 UTC   AGENT: I would say since it is the driver you were listed to have, it is safe.  His other car may be out of commission.  There are probably several reasons for the change in the vehicle.  Do you appear to be going in the right direction?
2023-04-04 02:56:39.824 +0000 UTC   USER: Yes!
2023-04-04 02:56:53.54 +0000 UTC   USER: But he did ask me where I was going.
2023-04-04 02:57:06.277 +0000 UTC   USER: I was like?? You have the address!
2023-04-04 02:57:14.97 +0000 UTC   AGENT: Again, if you are feeling uncomfortable, I will be glad to stay with you.
2023-04-04 02:57:47.86 +0000 UTC   USER: I think it is ok!
2023-04-04 02:58:10.866 +0000 UTC   AGENT: All right.  If you change your mind, just return to the app and initiate another alert.
2023-04-04 02:58:21.79 +0000 UTC   AGENT: Have a safe trip.
2023-04-04 02:58:27.727 +0000 UTC   USER: Ok thank you!
2023-04-04 02:58:39.025 +0000 UTC   AGENT: You are most welcome.

2023-04-04 02:58:45.913 +0000 UTC   AGENT: Please don't hesitate to alert us anytime you are feeling unsafe.  ADT is here for you with  Uber 24/7.  Take care.

2023-04-04 02:59:59 +0000 UTC   SYSTEM: Messaging session has ended. Thank you for contacting ADT.

Uber Support

Tue, 04 Apr 2023 03:00:01 GMT

via agent (internal)

Hi,

We noticed you contacted a Safety Agent in the app. We want to make sure you know we're here if you need us.

If you need additional support, you can reach us by calling our [Safety Incident Reporting Line](#).

Uber Support

Tue, 04 Apr 2023 03:00:01 GMT

via agent (external)

The driver was fine. But showed up in another car and made me uncomfortable. He also kept asking me where we were going. Everything is fine.

Tabatha [REDACTED - PII]

Tue, 04 Apr 2023 03:11:47 GMT

via inappsupport (external)

#KB: https://uberkb.lightning.force.com/articles/en_US/Knowledge/Global-Safety-Support-Taxonomy-Potential-Safety-Concern #LOB: IIT

Lovely Sharma

Wed, 05 Apr 2023 10:01:55 GMT

via agent (internal)

Thank you for reaching out and for letting us know about this incident and I'm sorry to hear about this experience.

 I would like to reassure you that we are treating this with the utmost seriousness. A member of our team will be in touch with you shortly.

 In the meantime, if you feel additional information could be helpful, please reply to this message.

 If you have already been in contact with one of our Community Operations specialists regarding a safety incident and feel that you have additional information that could be helpful, please respond to our original message and we will continue to help you there.

Lovely Sharma

Wed, 05 Apr 2023 10:01:55 GMT

via agent (external)

https://bliss.uberinternal.com/contacts/6a186eb9-28dc-452a-b98e-5d45a9e8d77c?newContact=1&tenancy=uber/production

 RS NORMAL

 #KB Link - https://uberkb.lightning.force.com/articles/en_US/Knowledge/USCAN-Wrong-Vehicle

CONFIDENTIAL

P-03594.00003

UBER-MDL3084-DFS00159675

Rahul Rahul

Wed, 05 Apr 2023 10:19:14 GMT

via agent (internal)

Hi Tabatha,

We're sorry to hear that the driver was driving a vehicle different from what was listed on the Uber app.

Uber is designed so you can easily recognize your driver and their vehicle based on the information provided in the app. We understand the confusion and concern when that expectation is not met.

Due to this bad experience, I've also added $5 in Uber Cash to your rider account. You should see the amount reflected in your Uber Cash balance.

As a result of this report, we are reviewing this driver's account to determine whether they should continue to have access to the Uber app.

We are constantly working to improve the Uber experience and feedback like yours helps us support and educate drivers about how to provide the best possible experience in any vehicle.

We appreciate you taking the time to provide this feedback. As we work to continually improve the Uber experience for everyone, we value your perspective.

Rahul Rahul

Wed, 05 Apr 2023 10:19:14 GMT

via agent (external)

CONFIDENTIAL

P-03594.00004

UBER-MDL3084-DFS00159676