# UBER-MDL3084-DFS00159692

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00159692 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/21/2025 10:03 pm | SEMANTIC |
| **Date Modified** | 04/21/2025 10:04 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00159694 | SEMANTIC |
| **File Size** | 17777 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_Req 26_7.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00159692;UBER-MDL3084-DFS00159693;UBER-MDL3084-DFS00159694 | SEMANTIC |
| **ILS Document Date** | 04/21/2025 | SEMANTIC |
| **ILS Prod Date** | 04/30/2025 | SEMANTIC |
| **ILS Prod Vol** | Vol093 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 04/21/2025 10:03 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol093; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 04/21/2025 10:04 pm | SEMANTIC |

P-03595.00001



Trial Exhibit No.
P-03595

Title: My driver's vehicle was unsafe

User Type: client

Vehicle had mechanical issues: true

Seatbelt was damaged or missing: false

Windows were damaged: true

Tail lights were damaged: false

Heating or air conditioning was broken: false

Something else: false

Why did the vehicle feel unsafe?: It was making a loud rattling sound. He couldn't reverse his car. Instead of going down this specific street to get to my destination faster he went the long way and when I asked him to do a u-turn he couldnt do because he cant reverse. I was so uncomfortable and unsafe the whole trip worried bout the car breaking down on us or something happening to the car while having us in there. I would like to be in a good car next time with no obvious mechanical issues please. This noise from his car can be heard from far away and the car kept heating up.... Windows didn't work.

Yesenia REDACTED - PII

Mon, 09 Jan 2023 05:21:21 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related

Name Unavailable

Mon, 09 Jan 2023 05:21:21 GMT

via system (internal)

{"helpNodeID":"052dfef6-83b2-4e5b-a53e-910e73c9fde9","variantID":"820fbb3a-067a-439b-9c46-55b67733fe67","components":[{"componentMeta":{"id":"75cfdfc9-ee3d-4ab4-a852-9736409c386c","type":"toggle","label":"Vehicle had mechanical issues"},"userInput":{"body":"true","attachments":null}},{"componentMeta":{"id":"caca3547-0d3e-447a-8739-910a662cdc17","type":"toggle","label":"Seatbelt was damaged or missing"},"userInput":{"body":"false","attachments":null}},{"componentMeta":{"id":"fc1b7c7b-0f9a-403e-b6f7-71f65e25d44a","type":"toggle","label":"Windows were damaged"},"userInput":{"body":"true","attachments":null}},{"componentMeta":{"id":"a967eae3-2e41-4aa5-a213-985272f3f69a","type":"toggle","label":"Tail lights were damaged"},"userInput":{"body":"false","attachments":null}},{"componentMeta":{"id":"2b5d5474-af5a-4dab-a5a4-8473d6d1b967","type":"toggle","label":"Heating or air conditioning was broken"},"userInput":{"body":"false","attachments":null}},{"componentMeta":{"id":"c2b2096f-bb5d-41d0-941a-6b153dc89892","type":"toggle","label":"Something else"},"userInput":{"body":"false","attachments":null}},{"componentMeta":{"id":"dcdf40ca-079e-43a3-a7b0-33650a5f769c","type":"text_input","label":"Why did the vehicle feel unsafe?"},"userInput":{"body":"It was making a loud rattling sound. He couldn't reverse his car. Instead of going down this specific street to get to my destination faster he went the long way and when I asked him to do a u-turn he couldnt do because he cant reverse. I was so uncomfortable and unsafe the whole trip worried bout the car breaking down on us or something happening to the car while having us in there. I would like to be in a good car next time with no obvious mechanical issues please. This noise from his car can be heard from far away and the car kept heating up.... Windows didn't work.","attachments":null}}]}

Yesenia REDACTED - PII

Mon, 09 Jan 2023 05:21:21 GMT

via system (internal)

#KB: ( https://uberkb.lightning.force.com/articles/en_US/Knowledge/Global-Safety-Support-Taxonomy )

#LOB: IIT

Guneet Nagpal

Mon, 09 Jan 2023 05:37:15 GMT

via agent (internal)

RS: Blocked

#KB Link - https://uberkb.lightning.force.com/articles/en_US/Knowledge/Vehicle-Safety-Issue

#LOB - XS

Puneet Dawar

Mon, 09 Jan 2023 05:42:43 GMT

via agent (internal)

Hi Yesenia,

We're sorry to hear that this vehicle did not meet the quality standards you expect from Uber.

We strive to connect riders with high-quality drivers and vehicles, so we understand that you expect a well-maintained vehicle.

Drivers are expected to keep their vehicles in good operating condition as outlined in our Community Guidelines. Your feedback has been noted and we're reviewing this driver's account.

We are constantly working to improve the Uber experience and feedback like yours helps us support and educate drivers about how to provide the best possible experience in any vehicle.

We appreciate you taking the time to provide this feedback. We hope to offer you better trip experiences in the future.

Puneet Dawar

Mon, 09 Jan 2023 05:42:43 GMT

via agent (external)

CONFIDENTIAL

UBER-MDL3084-DFS00159693

P-03595.00003

CONFIDENTIAL

UBER-MDL3084-DFS00159694

P-03595.00004