# UBER-MDL3084-DFS00159697

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00159697 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/21/2025 10:03 pm | SEMANTIC |
| **Date Modified** | 04/21/2025 10:04 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00159698 | SEMANTIC |
| **File Size** | 17056 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_Req 26_9.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00159697;UBER-MDL3084-DFS00159698 | SEMANTIC |
| **ILS Document Date** | 04/21/2025 | SEMANTIC |
| **ILS Prod Date** | 04/30/2025 | SEMANTIC |
| **ILS Prod Vol** | Vol093 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 04/21/2025 10:03 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol093; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 04/21/2025 10:04 pm | SEMANTIC |



Trial Exhibit No.
P-03597

P-03597.00001

# Title: My driver drove dangerously

## User Type: client

Please provide specific details to describe what the driver did that made this trip feel unsafe or may have violated rules of the road. : My driver was very rude I had asked him to open the window because I couldn't breathe I was claustrophobic. He yelled at me and told me no it was too cold outside when I got out of the car it was still going to be cold inside his car. As we proceeded he ran numerous lights driving 50 miles an hour down 7th avenue.

Stephanie REDACTED - PII

Sat, 07 Jan 2023 15:11:41 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related

Name Unavailable

Sat, 07 Jan 2023 15:11:41 GMT

via system (internal)

{"helpNodeID":"833301f6-392f-486a-b274-4d57db2c19aa","variantID":"ccb00826-0d10-4474-9aed-9612fe146336","components":[{"componentMeta":{"id":"718c1916-26ab-4eac-9e23-2332ca7a565a","type":"text_input","label":"Please provide specific details to describe what the driver did that made this trip feel unsafe or may have violated rules of the road. "},"userInput":{"body":"My driver was very rude I had asked him to open the window because I couldn't breathe I was claustrophobic. He yelled at me and told me no it was too cold outside when I got out of the car it was still going to be cold inside his car. As we proceeded he ran numerous lights driving 50 miles an hour down 7th avenue.","attachments":null}}]}

Stephanie REDACTED - PII

Sat, 07 Jan 2023 15:11:41 GMT

via system (internal)

#KB: ( https://uberkb.lightning.force.com/articles/en_US/Knowledge/Global-Safety-Support-Taxonomy )

#LOB: IIT

Diksha Kamal

Sat, 07 Jan 2023 15:12:02 GMT

via agent (internal)

RS-NORMAL

" #KB: https://uberkb.lightning.force.com/articles/en_US/Knowledge/USCAN-Dangerous-Driving

#LOB: XS"
https://bliss.uberinternal.com/contacts/9a98fb77-7b65-408c-809b-bdbf5e70a0b5
https://bliss.uberinternal.com/contacts/9df10db7-891c-4949-b1c7-55699decd0ff

Avdesh Singh

Sat, 07 Jan 2023 15:19:07 GMT

via agent (internal)

Hi Stephanie,

We're sorry to hear that the driver's driving behavior on this trip failed to maintain the high standard of professional service


which made you feel unsafe. This is not what we expect on the Uber app.

Due to this bad experience, I've refunded this ride to your original payment method. You should see it within the next few business days.

Based on your feedback and to fix this, we've taken steps to minimize the chances of you being paired with this driver in the future.

Our [Community Guidelines](#) state reports of unsafe driving can lead to loss of access to the app. We'll remind the driver of these guidelines and the importance of following local traffic laws.

Moreover, I will be creating a separate message to assist you with your concern about driver behavior.

Please know that we take all safety incidents seriously and are reviewing this driver's account as a result of your report.

We appreciate you taking the time to provide this feedback. As we work to continually improve the Uber experience for everyone, we value your perspective.

Avdesh Singh

Sat, 07 Jan 2023 15:19:44 GMT

via agent (external)

CONFIDENTIAL

P-03597.00003

UBER-MDL3084-DFS00159698