## UBER-MDL3084-DFS00159709

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber; | SEMANTIC |
| **Application** | Portable Document Format | SEMANTIC |
| **Begin Family** | UBER-MDL3084-DFS00159709 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/21/2025 10:03 pm | SEMANTIC |
| **Date Modified** | 04/21/2025 10:04 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER-MDL3084-DFS00159709 | SEMANTIC |
| **File Size** | 14201 | SEMANTIC |
| **Filename** | 1046_40_Dean, Jaylynn_Req 31d_1.pdf | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER-MDL3084-DFS00159709 | SEMANTIC |
| **ILS Document Date** | 04/21/2025 | SEMANTIC |
| **ILS Prod Date** | 04/30/2025 | SEMANTIC |
| **ILS Prod Vol** | Vol093 | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Primary Date** | 04/21/2025 10:03 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Vol093; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 04/21/2025 10:04 pm | SEMANTIC |

P-03599.00001



Trial Exhibit No.
P-03599

Title: A message from Uber

User Type: driver

Hi Hassan,We're investigating a report from a trip. Your account has been temporarily restricted while we look into this.Please note that this investigation can only be completed by a member of our Trust and Safety Team. It cannot be resolved using other support channels, including the Greenlight Hub and Critical Safety Response Line.If you have further details about this incident that you would like to share with us in the meantime, please feel free to respond to this message. You should expect to hear from a member of our team soon.Thank you for your patience while we look into this matter.

Christopher Salazar Perez

Wed, 15 Nov 2023 20:40:38 GMT

via agent (external)

JIRARider Contact

Christopher Salazar Perez

Wed, 15 Nov 2023 20:40:38 GMT

via agent (internal)

Related Jira ticket: https://jira.uberinternal.com/browse/SAFE-4071034

Name Unavailable

Wed, 15 Nov 2023 20:40:50 GMT

via agent (internal)

Okay.

Hassan Turay

Wed, 15 Nov 2023 21:31:03 GMT

via inappsupport (external)

Your account has been permanently deactivated based on the information we've received. Unfortunately, we're unable to provide additional information at this time.Please note that other Uber support channels are unable to provide additional details. Please don't come into the Uber office, as they're unable to assist with this matter. Our decision is final.Please discard or return any Uber-branded decals or signage that you may have used for your vehicle as outlined in our Community Guidelines.

Greg Watson

Fri, 17 Nov 2023 01:51:25 GMT

via agent (external)