# UBER_JCCP_MDL_000070754

## Metadata

| | | |
|---|---|---|
| #Author | nick.silver@uber.com | SEMANTIC |
| #Date Modified | 11/16/2018 | SEMANTIC |
| #DateCreated | 10/23/2018 | SEMANTIC |
| #Title | Preventions Tips Doc | SEMANTIC |
| Account | tbreeden@uber.com | SEMANTIC |
| All Custodians | Breeden, Tracey;Lake, Carley;Shuping, Valerie;Silver, Nick | SEMANTIC |
| All Paths | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_19.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_19.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_105.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_105.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_105.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_105.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; Silver, Nick: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Attachment Names | word | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000070754 | SEMANTIC |
| Collaborators | Robbie.Karp@gmail.com; CopCakes@gmail.com; drewtmitch@gmail.com; jgoodman@uber.com; daniele.dreitzer@gmail.com; lizzie.ross@uber.com; farah@nomore.org; kelseas@gmail.com; Scrimesmetro@gmail.com; kelbymaeschmidt@gmail.com; andrew.moon@uber.com; jrandel99@gmail.com; DebbyBlack3892@gmail.com; daniele@rcclv.org; wombat8@aol.com; tbreeden@uber.com; wkewell@uber.com; Toby.Graff@gmail.com; nweaser@uber.com; carley@uber.com; johnathon@uber.com; rachel@nomore.org; dhruv@thisisoberland.com; bill@thisisoberland.com; phyllis@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/23/2018 7:30 pm | SEMANTIC |
| Date Modified | 11/16/2018 10:48 pm | SEMANTIC |
| DocID | 1ddapjh4cJX7LVso0_-vQmcpSDiywQgorHsDG6bNq42c | SEMANTIC |
| End Family | UBER_JCCP_MDL_000070758 | SEMANTIC |
| File Path | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_19.zip | SEMANTIC |
| File Size | 581194 | SEMANTIC |
| Filename | Preventions Tips Doc _1ddapjh4cJX7LVso0_-vQmcpSDiywQgorHsDG6bNq42c.docx | SEMANTIC |
| GoogleDocumentType | DOCUMENT | SEMANTIC |
| Hash Value | 1a59bd191ed82d795c1c567772a70a5d | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000070754;UBER_JCCP_MDL_000070755;UBER_JCCP_MDL_000070756;UBER_JCCP_MDL_000070757;UBER_JCCP_MDL_000070758 | SEMANTIC |
| ILS Document Date | 11/16/2018 | SEMANTIC |
| ILS Prod Date | 8/19/2024 | SEMANTIC |
| ILS Prod Vol | Vol039 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_000336990; UBER_JCCP_MDL_000336993; UBER_JCCP_MDL_000336995; UBER_JCCP_MDL_000336997; UBER_JCCP_MDL_000336999; UBER_JCCP_MDL_001109866; UBER_JCCP_MDL_002506776; UBER_JCCP_MDL_002506841; UBER_JCCP_MDL_003452186; UBER_JCCP_MDL_003452194; UBER_JCCP_MDL_003452198 | SEMANTIC |
| Other Custodians | Breeden, Tracey;Lake, Carley;Silver, Nick;Shuping, Valarie | SEMANTIC |
| Primary Date | 10/23/2018 7:30 pm | DOC_TYPE_ALIAS |
| Production Volume | Vol039; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 11/16/2018 10:48 pm | SEMANTIC |
| SourceHash | 6cc6857ed79eb65cad0af910c8cadbf3 | SEMANTIC |
| Viewers | wkewell@uber.com; Robbie.Karp@gmail.com; jrandel99@gmail.com; DebbyBlack3892@gmail.com; jgoodman@uber.com; wombat8@aol.com; uber.com | SEMANTIC |



Trial Exhibit No. P-03634

**Feedback on New Direction - What is our way forward?**

- Rachel and Toby vote to keep "Be a Friend, Not a Witness," but consider the separate message for drivers of "Better Safe Than Silent." Normally, we'd recommend being consistent throughout, but think it's ok here since "consumers" are the primary audience and we can easily publicly say that there is a complementary campaign for drivers.
- Tracey B - Since leadership is adamant about not keeping "Be a Friend, Not a Witness", I suggest we move away from it. It just doesn't seem to fit for the business with drivers unless we can depersonalize it with the "friend" language. I'm not a fan of "Better Safe Than Silent". After running it by several advocates, they're concerned about how it appears to put responsibility on survivors and others such as "It's on US" did. I also don't like that it is a play on words from something negative like "Better Safe Than Sorry". I could also see this going sideways on social and other platforms with women's safety concerns connected to the Uber platform.

    I think we take a step back and go back to the drawing board a bit and go back to our original focus.
    1. **The problem is noticing or recognizing there is a problem. It is critical** - We should focus the tagline on noticing the problem - the action step would be to get information on what you can do - that will allow us to tailor to the different audiences like drivers
    2. Our goal should be to help people know what to look for and encourage them to follow their intuition. One thing everyone loves and agrees on is "it's probably nothing is usually something" which really hits on the problem.
    3. Action: It takes one step or one action. Positive step. You don't have to be a hero. "See something do something". Or something that is an affirmation to the bystander.
    4. One idea for a tagline is something like "It could be something" with different scenarios where the campaign highlights noticing there is a problem. "Instead of talking yourself out of doing something, talk yourself into doing something". This applies to every scenario we see from the club to the Uber.
    5. Either way, the current creative and the tips will still apply. We need a new wrapper.

CONFIDENTIAL

UBER000090853
UBER_JCCP_MDL_000070754

P-03634.00002

**Feedback on Guidelines**
- 

**Prevention Tips for Each Situation/Creative**

**Situation 1:**

Tagline: A stranger becomes a friend with two words: You okay?

**Tip:**

Even the smallest actions can make a big difference in helping prevent sexual assault. If you see someone who's too intoxicated or been separated from their friends, ask if they're okay, invite them to join your group, or offer to share a ride to get them home safely.

**Situation 2:**

Tagline: Squad Goal: Stick Together and Stay Safe

**Friends In an Uber:** Image should be in an Uber with one friend helping another friend get home, or two friends getting into the Uber together. Uber should be seen as a partner, not as the potential perpetrator in language and tips.

**Tip:**
The best friends are the ones who stick with you from the club door to car door to the front door. You don't have to be a hero. Even the simplest actions like finding a friend who's been separated from the group or taking a friend home who's had one too many, can make a big difference. The best nights are the nights you don't have to wonder if your friend is ok.

**Situation 3:**

Tagline: **Squad Goal: Stick Together and Stay Safe**

**In a Group of Friends:** Image is one friend overly intoxicated in a group of friends (ie. image could be Instagram photo of group with overly intoxicated friend to side). She is over intoxicated or starting to get overly intoxicated.

- One version group of all females with overly intoxicated female friend, woman friend steps in to make sure she is okay

CONFIDENTIAL

UBER000090854
UBER_JCCP_MDL_000070755

**Tip:** You can help stop sexual assault by sticking with your friend and not leaving her alone. If you notice she's becoming overly intoxicated, ask if she's okay, or help her get home safely by staying together. Friends make sure friends get home safely.

**Situation 4:**

Tagline: **Squad Goal: Stick Together and Stay Safe**

**In a Group of Friends:** Image is one friend overly intoxicated in a group of friends (ie. image could be Instagram photo of group with overly intoxicated friend to side). She is overly intoxicated or is starting to get overly intoxicated.

- One version  LGBTQ+ group of males with overly intoxicated male friend

**Tip:**
**Alt.**
**Tagline: Squad Goal: Stick Together and Stay Safe**

Tip: The best friends are the ones who stick with you from the club door to car door to the front door. You don't have to be a hero. Even the simplest actions like finding a friend who's been separated from the group or taking a friend home who's had one too many, can make a big difference. The best nights are the nights you don't have to wonder if your friend is ok.

**Situation 5:**

Tagline:A stranger becomes a friend with two words: You okay?

**In a Group of Friends:** Image is one friend overly intoxicated in a group of friends (ie. image could be Instagram photo of group with overly intoxicated friend to side). She is starting to get overly intoxicated.
- One version of group of male friends with one of the friends with an overly intoxicated female. - Where friend of guy (male) steps in before the two get seperated and the perpetrator leaves with girl.

**Tip:**  Sometimes "three's a crowd" can be a good thing. You can help stop sexual assault by creating a distraction. Spark up a random conversation with him or enlist others to help. Ask if she's okay, or help her find the group she came with so they can get her safely home by sticking together.

If you feel it's not safe to intervene, contact security or dial 911 right away.

CONFIDENTIAL

UBER000090855
UBER_JCCP_MDL_000070756

P-03634.00004

**Situation 6:**

Tagline 1: "It's probably nothing" is usually something.

**With the Perpetrator:** Overly intoxicated female alone with male perpetrator (ie. As seen in the New Zealand video. Could be a male pulling a female along exiting the bar or at the bar ordering her more drinks while he nurses his, - Very intoxicated person leaving with a sober person (especially if they are dragging them, pulling, target is is saying "where are we going?" "I need to find my friends", keeps asking target to come to the dance floor, keeps trying to buy drinks and won't take no for an answer from girl)
Intervention in posters could be two versions:

- Another friend from her girl group intervening and/or grabbing security guard/bartender to help

**Tip:**
Sometimes "three's a crowd" can be a good thing. You can help stop sexual assault by creating a distraction. Spark up a random conversation with him or enlist allies to help. Ask if she's okay, or help her find the group she came with so they can get her safely home by sticking together.

If you feel it's not safe to intervene, contact security or dial 911 right away.

**Situation 7:**
**With the Perpetrator:** Overly intoxicated female alone with male perpetrator (ie. As seen in the New Zealand video. Could be a male pulling a female along exiting the bar or at the bar ordering her more drinks while he nurses his, - Very intoxicated person leaving with a sober person (especially if they are dragging them, pulling, target is is saying "where are we going?" "I need to find my friends", keeps asking target to come to the dance floor, keeps trying to buy drinks and won't take no for an answer from girl)
Intervention in posters could be two versions:
- or a man intervening - friend of perpetrator

**Tip:**

Sometimes "three's a crowd" can be a good thing. You can help stop sexual assault by creating a distraction. Spark up a random conversation with him or enlist others to help. Ask if she's okay, or help her find the group she came with so they can get her safely home by sticking together.

If you feel it's not safe to intervene, contact security or dial 911 right away.

**Situation 8: Driver helping**

CONFIDENTIAL

UBER000090856
UBER_JCCP_MDL_000070757

P-03634.00005

## Tagline: A stranger becomes a friend with two words: You okay?

**Intoxicated rider alone:** Friend places an overly intoxicated or unconscious person in the vehicle and leaves

**Tip:**
Everyone has a role to play in preventing sexual assault. If someone too intoxicated is left in a vehicle, ask if they're okay, enlist security to help, or offer to contact a friend to help get them home safely.

If they become unresponsive, contact 911 or your local authorities right away. Do not try physically awake them.

## Tagline 1: "It's probably nothing" is usually something.

**Intoxicated rider with multiple people:** Multiple males get in the vehicle with an overly intoxicated female.

**Tip:**

If one or more guys get in the vehicle with a woman who is overly intoxicated, spark up a random conversation with them. Ask her if she's okay or needs help contacting a friend to get home safely. You can be a friend to a stranger and help stop sexual assault.

*If you think a rider is in distress or you're concerned for their safety, contact local authorities once you end the trip and you're in a safe place.*