## UBER_JCCP_MDL_000250603

## Metadata

| | | |
|---|---|---|
| **#Author** | haas@uber.com | SEMANTIC |
| **#Date Modified** | 01/28/2020 | SEMANTIC |
| **#DateCreated** | 05/28/2019 | SEMANTIC |
| **#Title** | Executive Empathy Training on Sexual Assault and Domestic Violence | SEMANTIC |
| **Account** | tbreeden@uber.com | SEMANTIC |
| **All Custodians** | Breeden, Tracey | SEMANTIC |
| **All Paths** | Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_6.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_6.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_4.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_4.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000250603 | SEMANTIC |
| **Collaborators** | tbreeden@uber.com; racheljhaas@gmail.com; nliguda@uber.com; banthony@uber.com; pamela@nomore.org; johnathon@uber.com; uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 05/28/2019 3:40 am | SEMANTIC |
| **Date Modified** | 01/28/2020 11:17 pm | SEMANTIC |
| **DocID** | 1vCSLKLQkQrbHDAvVftis8j6KIqeRclPbaWIFbvSC-Vg | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000250634 | SEMANTIC |
| **File Path** | \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_6.zip | SEMANTIC |
| **File Size** | 17482343 | SEMANTIC |
| **Filename** | Executive Empathy Training on Se_1vCSLKLQkQrbHDAvVftis8j6KIqeRclPbaWIFbvSC-Vg.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | a5acbadecb7087d2696bdd8e43077ba4 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000250603;UBER_JCCP_MDL_000250604;UBER_JCCP_MDL_000250605;UBER_JCCP_MDL_000250606;UBER_JCCP_MDL_000250607;UBER_JCCP_MDL_000250608;UBER_JCCP_MDL_000250609;UBER_JCCP_MDL_000250610;UBER_JCCP_MDL_000250611;UBER_JCCP_MDL_000250612;UBER_JCCP_MDL_000250613;UBER_JCCP_MDL_000250614;UBER_JCCP_MDL_000250615;UBER_JCCP_MDL_000250616;UBER_JCCP_MDL_000250617;UBER_JCCP_MDL_000250618;UBER_JCCP_MDL_000250619;UBER_JCCP_MDL_000250620;UBER_JCCP_MDL_000250621;UBER_JCCP_MDL_000250622;UBER_JCCP_MDL_000250623;UBER_JCCP_MDL_000250624;UBER_JCCP_MDL_000250625;UBER_JCCP_MDL_000250626;UBER_JCCP_MDL_000250627;UBER_JCCP_MDL_000250628;UBER_JCCP_MDL_000250629;UBER_JCCP_MDL_000250630;UBER_JCCP_MDL_000250631;UBER_JCCP_MDL_000250632;UBER_JCCP_MDL_000250633;UBER_JCCP_MDL_000250634 | SEMANTIC |
| **ILS Document Date** | 01/28/2020 | SEMANTIC |
| **ILS Prod Date** | 8/30/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL001 | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000230697; UBER_JCCP_MDL_000232393; UBER_JCCP_MDL_000915015; UBER_JCCP_MDL_001146175; UBER_JCCP_MDL_002448115 | SEMANTIC |
| **Other Custodians** | Breeden, Tracey | SEMANTIC |
| **Primary Date** | 05/28/2019 3:40 am | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL001; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 01/28/2020 11:17 pm | SEMANTIC |
| **SourceHash** | 9df13cc46eaabab790a67edb6205c352 | SEMANTIC |

Trial Exhibit No.

**P-03635**



CONFIDENTIAL

UBER_JCCP_MDL_000250603

# Objective and Goals

- Create a better understanding of sexual assault and domestic violence

- Discuss Uber's role in:
  - Listening, learning, and engaging on this important issue
  - Empowering cross-functional engagement
  - Utilizing the global platform to drive change

- Feel proud to take a stand as a company on this critical issue



Objectives
Feel proud as a company you're taking on this issue - doing our part
Excited > terrified

See outside of the internal/rider/driver bubble
Empowered to intervene; Taking a stand; Global epidemic

Comfortable to be authentic about issue
Partnering with groups who do
Confident colleagues, less flashy spin, I can authentically say I care

----

After today, you not only have a greater understanding of these issues, but also:

How YOU and Uber can play a role in changing our culture
How to recognize someone in the workplace that may be dealing with domestic or sexual violence in their lives
How to get to young people who can really help change what is acceptable in our society.

Culture change starts at the top, and your role in your employees' lives cannot be overlooked.

Uber has an unparalleled platform and reach -- such that taking no action is really negative action.

Lead by example.

CONFIDENTIAL



**WHO WE ARE**

## Uber Safety Advisory Board Members

Since 2015, Uber's US Safety Advisory Board has provided ongoing guidance to Uber and public validation of Uber's contribution to safety.

Safety Advisory Board members include both:

- **Cindy Southworth**, Executive Vice President, National Network to End Domestic Violence, Founder of the Safety Net Technology Project and Board Member of the Global Network of Women's Shelters

- **Ebony Tucker**, Advocacy Director, National Alliance to End Sexual Violence and Former Executive Director of the Louisiana Foundation Against Sexual Assault.

\*\* Cindy and Ebony to quickly introduce themselves / background, after Jena intro

Advisors will continue to provide critical recommendations and counsel as we continue to develop new methods and technologies that reduce risk and increase safety for riders, drivers, and the public.

Add TPs about the Safety Advisory Board, which was founded in 2015. Cindy is a founding member and Ebony joined earlier this year. The Board meets twice a year, but we also work closely together on ad hoc projects, such as the criminal justice campaign as well as new products like Teen Accounts.

How often we meet, what have we consulted on, core perspectives, mission of board?

CONFIDENTIAL

UBER_JCCP_MDL_000250605



Notes:

** Ebony takes lead - call out how statistics are fairly evenly distributed cross-regionally

** Ebony set-up Cindy for:
Incidents/prevalence similar, resources/support varies cross-regionally
SA/DV taboo in some countries

Depending on the study, the numbers vary across the Americas, however in all countries, from Chile to Mexico, to Canada, the numbers range from 1 in 2 women to 1 in 4 women, with the average matching the global average of 1 in 3 women
Countries are: US, Mexico, Brazil, Chile, Argentina(1), and Aruba (1.) US represents these states NY, NJ, MA, CA, and FL.

CONFIDENTIAL

UBER_JCCP_MDL_000250606

# Sexual Violence in the European Union

**One woman in three in the EU has experienced physical and/or sexual violence since the age of 15**

**13 million women in the EU have experienced physical violence in the course of 12 months**

**3.7 million women in the EU have experienced sexual violence every year**

*EUFRA, 2014

Notes:

** Ebony takes lead - call out how statistics are fairly evenly distributed cross-regionally

** Ebony set-up Cindy for:
Incidents/prevalence similar, resources/support varies cross-regionally
SA/DV taboo in some countries

Depending on the study, the numbers vary across the Americas, however in all countries, from Chile to Mexico, to Canada, the numbers range from 1 in 2 women to 1 in 4 women, with the average matching the global average of 1 in 3 women
Countries are: US, Mexico, Brazil, Chile, Argentina(1), and Aruba (1.) US represents these states NY, NJ, MA, CA, and FL.



CONFIDENTIAL

UBER_JCCP_MDL_000250608

# What is Sexual Violence?

**More well-known:**
- Rape
- Stalking
- Sex trafficking
- Street harassment
- Flashing
- Sexual misconduct (inappropriate touching, forcing / intimidation of sexual favors, sexual coercion)
- Online gender-based harassment

**Less well-known:**
- Honor based crimes
- Early & Forced marriage
- Rape as a tactic of war
- Female Genital Mutilation (FGM)
- Forced pregnancies, sterilization, abortion
- Stealthing



\*\* Ebony takes lead
\*\* Ebony set-up Cindy re. SA as apart of DV

Call out/FYI: We'll start with SA, get to DV (More confusing than helpful, let's voiceover DV)
Not doing a deep-dive on DV but worth noting – SA still occurs within DV relationships
DV incidents as our company → demographics skew differently (not as much of an older workforce)
It's something we need to think increasingly more about as a company
There could also be underreporting, as well


Severe and violent crimes matter BUT so does sexual misconduct

BUT, at the end of day we're a company, any type of SA is terrible and in many cases it's against the law
Incidents of stalking, sexual misconduct → don't lose sight of this

L1 - L4 = levels of severity we use to describe incidents between riders, drivers, and /or third-parties on the platform
Lower level incidents··· are still against the law and are categorized as specific forms of sexual assault

Why we often use violence against women v. just sexual assault

SA - term used not to marginalize the experience, it's very important
Rape could be more inclusive than other states - based on definition
"Trauma Olympics" = benchmarking serious/traumatic crimes v. each other

CONFIDENTIAL

UBER_JCCP_MDL_000250609

# Sexual Violence Continuum

Sexual violence exists on a continuum with various behaviors that fall on the spectrum.



CONFIDENTIAL

UBER_JCCP_MDL_000250610



Sexual violence is also part of larger cultural problems of oppression and other xenophobia

CONFIDENTIAL

UBER_JCCP_MDL_000250611

# Cost of Sexual Violence

**Individual Costs**

Inability/loss of friendships and romantic relationships, depression, sexual dysfunction, hospitalization, suicide disability, lower level of functioning

**Relationship Costs**

Divorce, separation, psychological effects impacting the relationship, loss of income

**Societal Costs**

Health care costs to government, individuals and insurance companies, loss of income, in and outpatient psychiatric costs, lost days of work, jail and court costs, loss of productivity and disability cost

Notes:

** Ebony takes lead - call out how statistics are fairly evenly distributed cross-regionally

** Ebony set-up Cindy for:
Incidents/prevalence similar, resources/support varies cross-regionally
SA/DV taboo in some countries

Depending on the study, the numbers vary across the Americas, however in all countries, from Chile to Mexico, to Canada, the numbers range from 1 in 2 women to 1 in 4 women, with the average matching the global average of 1 in 3 women
Countries are: US, Mexico, Brazil, Chile, Argentina(1), and Aruba (1.) US represents these states NY, NJ, MA, CA, and FL.

CONFIDENTIAL

UBER_JCCP_MDL_000250612

# Two common reactions to Sexual Violence

### Expressed

Demonstrating anger, fear, and anxiety through restlessness, crying or sobbing, tense posture and other signs such as hand wringing, and seemingly inappropriate smiling or laughing.

### Controlled

Hiding or masking feelings.  Exterior pose is calm, composed or subdued. Survivor may appear very deliberate in every action.  Someone has just had complete control of their body…their main goal is to regain control.

Notes:

** Ebony takes lead - call out how statistics are fairly evenly distributed cross-regionally

** Ebony set-up Cindy for:
Incidents/prevalence similar, resources/support varies cross-regionally
SA/DV taboo in some countries

Depending on the study, the numbers vary across the Americas, however in all countries, from Chile to Mexico, to Canada, the numbers range from 1 in 2 women to 1 in 4 women, with the average matching the global average of 1 in 3 women
Countries are: US, Mexico, Brazil, Chile, Argentina(1), and Aruba (1.) US represents these states NY, NJ, MA, CA, and FL.

CONFIDENTIAL

UBER_JCCP_MDL_000250613

# Sexual Assault Recovery

Survivors go through stages of recovery from trauma such as sexual assault. This will often shift their behavior and response

| The Sexual Assault | Immediate Aftermath | Post-Trauma | Long-Term Aftermath |
|---|---|---|---|
| Anticipatory Phase (During Crime) | Impact Phase | Reconstitution Phase | Resolution Phase |
| *Attempts to preserve sense of invulnerability*<br><br>• dissociation<br>• suppression<br>• rationalization<br>• strategies of fighting, coping, avoiding | *Intense Fear*<br><br>• physical reactions (vomiting, shaking)<br>• disorganization/ confusion<br>• shock/numbness<br>• disbelief<br>• guilt<br>• self-questioning<br>• expressive or somatic reaction | *Trying to Regain Sense of Self and Safety*<br><br>• attending to basic living considerations (changing phone number, etc.)<br>• denial<br>• outward appearance of adjustment, "going through the motions"<br>• feelings start to resurface with varying degrees of disruption<br>• experiences related to going through the system (pressing charges, etc.) | *Beginning of Integration*<br><br>• sexual assault no longer central focus<br>• some behaviors from other stages flare up at times but less frequently and intensely<br>• transition from "victim" to "survivor" |



## Symptoms of Sexual Violence

- Nightmares / sleep disturbances
- Substance Abuse
- Panic Attacks
- Irritability/Anger
- Difficulty Concentrating and focusing
- Impaired memory/Memory loss
- Sexual dysfunction
- Phobic / Compulsive behaviors
- Hyper-vigilance (always being "on your guard")
- Exaggerated "startle response"
- Depression

Notes
** Ebony FYI to group: We'll get into a deeper dive on 'false reporting' soon

More background/research on underreporting


Rape is the fourth most common crime against women in India. According to the National Crime Records Bureau (NCRB) 2013 annual report, 24,923 rape cases were reported across India in 2012.Out of these, 24,470 were committed by someone known to the victim (98% of the cases).
India has been characterised as one of the "countries with the lowest per capita rates of rape".A large number of rapes go unreported.The willingness to report the rape has increased in recent years, after several incidents of rape received widespread media attention and triggered public protest This led the Government of India to reform its penal code for crimes of rape and sexual assault.
According to NCRB 2015 statistics, Madhya Pradesh has the highest raw number of rape reports among Indian states,[14] while Jodhpur in Rajasthan has the highest per capita rate of rape reports in cities followed by Delhi the capital city.[15]

https://docs.google.com/document/d/1zrskWu5myOvfeVbRzzBx-CR_Fap11bf7Kd8iBFk86PI/edit



# Be careful of these myths

- Rape, sexual abuse, or incest is just a way of life for women in some cultures.

- Women love to be swept off their feet and be taken by force.

- She was "asking for it"

- Real men don't get raped

- Most rapes are by strangers

- You can tell who "wants it" by the way they are dressed

Notes
** Ebony FYI to group: We'll get into a deeper dive on 'false reporting' soon

More background/research on underreporting


Rape is the fourth most common crime against women in India. According to the National Crime Records Bureau (NCRB) 2013 annual report, 24,923 rape cases were reported across India in 2012.Out of these, 24,470 were committed by someone known to the victim (98% of the cases).
India has been characterised as one of the "countries with the lowest per capita rates of rape".A large number of rapes go unreported.The willingness to report the rape has increased in recent years, after several incidents of rape received widespread media attention and triggered public protest This led the Government of India to reform its penal code for crimes of rape and sexual assault.
According to NCRB 2015 statistics, Madhya Pradesh has the highest raw number of rape reports among Indian states,[14] while Jodhpur in Rajasthan has the highest per capita rate of rape reports in cities followed by Delhi the capital city.[15]

https://docs.google.com/document/d/1zrskWu5myOvfeVbRzzBx-CR_Fap11bf7Kd8iBFk86PI/edit

# Key things to know

- Many rapists are **serial perpetrators** who seek out opportunities to victimize

- Most perpetrators **don't have a criminal record** of sexual violence convictions

- **False reporting rates are <u>no higher</u>** for Sexual Assault in comparison to other crimes

- Most sexual assault crimes are committed by **someone known to the victim.** Among married women 83% of them reported the husband and 9% a past partner.

- It isn't about sex. **It's about power**



Notes
** Ebony FYI to group: We'll get into a deeper dive on 'false reporting' soon

More background/research on underreporting


Rape is the fourth most common crime against women in India. According to the National Crime Records Bureau (NCRB) 2013 annual report, 24,923 rape cases were reported across India in 2012.Out of these, 24,470 were committed by someone known to the victim (98% of the cases).
India has been characterised as one of the "countries with the lowest per capita rates of rape".A large number of rapes go unreported.The willingness to report the rape has increased in recent years, after several incidents of rape received widespread media attention and triggered public protest This led the Government of India to reform its penal code for crimes of rape and sexual assault.
According to NCRB 2015 statistics, Madhya Pradesh has the highest raw number of rape reports among Indian states,[14] while Jodhpur in Rajasthan has the highest per capita rate of rape reports in cities followed by Delhi the capital city.[15]

https://docs.google.com/document/d/1zrskWu5myOvfeVbRzzBx-CR_Fap11bf7Kd8iBFk86PI/edit



## Stand for Safety

- External work will only appear authentic if also working to change internal culture

- Small actions matter. Please gently call out rape jokes, etc

- Be creative with engineering and tech approaches - increasing communication with partners who match patterns can drive down assaults

- Consistent response is also prevention. You can drive the behavior off the platform.

** Ebony takes lead

What is your charge for ELT
What else could we do? Impacting global/societal issue, perception, bottom line, employees

------

Culture: Reputation doesn't just change without putting in the hard work to make real changes. (e.g. Internal SA/DV Commitments)

Prioritizing Safety Internally:  Internal accountability for safety decisions and marketplace trade-offs; when safety effectiveness is compromised/de-prioritized for business growth, or increased signups

Response & Protections: Huge improvements to customer support experience and incident response

Humbly Ask for Help: seek guidance from experts -- but it has to be substantive (not just PR or a big announcement). Uber and women's advocates are natural partners and share many of the same values (e.g. increased access to mobility, criminal justice reform)

Stand for Rights of Survivors: Driving mandatory reports does not drive down incidents

Prevention Works: SA perpetrator acts of violence are typically premeditated and it rarely happens in the moment; prevention/awareness techniques can help scare/drive predators off the platform before they're bad actors

Tactical international opportunities: No BGCs in Pakistan, partial phone number anonymisation in India, are we actually implementing Community Guidelines, US driver BGC re-runs, limitations to telematics use bc of employment issues

Local nuances for SA/DV: Be conscious of local needs at a global level. No cookie cutter solution. Need resources in every region.
Acknowledge we need to commit to globally, patient to work through this, not accept cultural... decide we care

CONFIDENTIAL

UBER_JCCP_MDL_000250618



# Women's Safety & Gender-based Violence Prevention

Uber

CONFIDENTIAL

UBER_JCCP_MDL_000250619

# The Team



**Tracey Breeden**
Head of Gender-based Violence
Prevention



**Johnathon Purcell**
Gender-based Violence
Prevention Program Manager



**Carley Lake**
Product Marketing Manager,
Safety Brand



**Rachel Haas**
Gender-based Violence
Prevention Program Manager

LE gender-based violence / Women's safety LGBTQ+
We want to not just focus on Women's safety alone but all gender-based violence and those who face marginalization. Numbers are amplified with those who face marginalization. These issues affect all genders, communities, and industries around the globe.
Personal numbers?

CONFIDENTIAL

UBER_JCCP_MDL_000250620

# The Safety Advisory Board



**Jeh Johnson**
Former US Secretary of
Homeland Security



**Ebony Tucker**
Advocacy Director for NAESV



**Harris Pastides**
Former President of University of
South Carolina



**Cindy Southworth**
Executive Vice President NNEDV

We also work closely with our Safety Advisory Board, which we founded two years ago. Cindy Southworth from the National Network to End Domestic Violence was a founding member of the board, and Ebony Tucker from the National Alliance to End Sexual Violence joined early this year. They've both been incredibly valuable resources as we've been working on our women's safety initiatives. Other board members include two people from law enforcement, a civil rights expert, and a road safety expert from Texas DOT.

CONFIDENTIAL

UBER_JCCP_MDL_000250621

# Uber and the issue

**All true or not, there is a vivid narrative**

<u>Internal - 20,000 Employees:</u>
- Sexual assault and domestic violence are workplace issues.

<u>Our Platform - millions of customers:</u>
- As a company that serves millions of people daily — this issue occurs on the platform.

<u>Our Community - 600+ Global Cities:</u>
- Sexual assault is a societal issue in the communities we serve, across college campuses, music festivals, and at home.



---

** Ebony - All true or not, there is a vivid narrative

Additional background on reputation gap / narrative
Frequent media reports of sexual misconduct have created a vivid narrative.

Uber's perceived inaction - mixed with sexual harassment claims and a 'bro' culture - fuels inaccurate belief that such incidents are on the rise and that Uber does not care about women's safety.

Uber's perceived disregard for sexual assault is spurring:
Increased negative social conversation
Increased consumer inquiry online
Increased media attention and investigative journalism
Increased calls to boycott / avoid Uber 'if you care about women'
Litigation and claims

As a result, TfL has cited safety as one of the main reasons why it decided Uber is not 'fit and proper' to operate in London. We now face additional 'safety' requirements, including controversial and risky policies like mandatory police reporting, in order to be allowed to continue operating in London. With our legal process already underway, we need to quickly make headway in our TfL negotiations and show that we are willing to make serious changes.

Currently, Uber stands alone in this fight. Despite the fact that several groups would disagree with TfL's demands, we have not proactively cultivated solid relationships with them. For example, we have received feedback from local women's groups that they feel disappointed by Uber's lack of genuine engagement with them.

CONFIDENTIAL

UBER_JCCP_MDL_000250622

# Women's Safety Progress to Date

Tracey Breeden



CONFIDENTIAL

UBER_JCCP_MDL_000250624

# Driving Change at a Glance

## Partnerships

Partnered with 20+ leading sexual assault and domestic violence prevention organizations globally. Pledged $5 million to prevention organizations over 5 years

## Listening Sessions

Engaged over 100 women's safety groups globally to inform safety products and policies

## Customer Service Training

Provided empathy training to customer service teams

## Executive Education

Gave expert-led training about issue of sexual violence to almost 200 executives and employees working on women's safety globally

## Rider and Driver Education

Localized prevention and bystander education for riders and drivers in markets

## Becoming an Industry Leader

Convened 50+ travel & transportation executives and executives from law enforcement to discuss women's safety.

Committed to publishing a safety transparency report and released shared taxonomy to classify reports

CONFIDENTIAL

P-03635.00024

UBER_JCCP_MDL_000250625





CONFIDENTIAL

P-03635.00026

UBER_JCCP_MDL_000250627



CONFIDENTIAL

UBER_JCCP_MDL_000250628

# #DontStandBy

## Problem

With the use of rideshare, police have seen DUI's reduced, but **increases in excessive alcohol consumption**.

Alcohol plays a role in sexual assault. In a large majority of SA reports, police and advocates confirm the victim was typically alone in an intoxicated, vulnerable state when the assault occurred.

Rideshare is commonly used for friends and security to send an overly intoxicated individual home. This leaves riders vulnerable on the Uber platform.

## Solution

We are continuing to take action where Uber can **uniquely help solve a problem.** The nightlife and going-out occasion is a top occasion for our riders, and then so for our drivers.

We partnered with NO MORE, local law enforcement, nightlife community, and local rape crisis centers on the campaign—"Stand up, Don't Stand By"—to promote safety and **showcase how everyone has a role to play to help prevent sexual assault before it starts.**

The end goal is to ensure respect, safety, and fun are all a part of going out—from the club door to the car door to the front door.

CONFIDENTIAL

UBER_JCCP_MDL_000250629

**Offline/OOH**



CONFIDENTIAL

UBER_JCCP_MDL_000250630



Deactivation tools: Algorithm that scans for patterns of low-level bad behavior over a small number of trips and surfaces them to an agent to review

# 2019 Priorities

**Make it Global**

Roll out Women's Safety Foundational Initiatives and Driving Change Globally

**Target Trends with Prevention**

Identifying and Piloting Intervention and Prevention Strategies Incorporating Product, Partnerships and Education

**Enhance Education**

Rider and Drivers receive information on Uber's standards on sexual misconduct at onboarding, targeted education when inappropriate behavior is reported, and receive reminders of good behavior at appropriate times

Prioritize Latam. This is truly a global epidemic impacting our company throughout every region. It's super important to our global business, and to Barney, Dara and Tony that this work is prioritized and executed well.

CONFIDENTIAL

UBER_JCCP_MDL_000250632





CONFIDENTIAL

UBER_JCCP_MDL_000250634

P-03635.00033