**EXHIBIT**

**1826**

07/23/25          CB

S-RAD \ The Concept



# Optimizing dispatch with safety in mind

SRAD Score: .2

SRAD Score: .2

SRAD Score: .1

SRAD Score: .59

(Below threshold so does not affect pairing)

SRAD Score: .92

(Soft filtered)



Confidential - For Discussion Purposes Only

CONFIDENTIAL

UBER_JCCP_MDL_000908749.0044

**Trial Exhibit No.**

**P-03650**

**Slide 3**

1               Lacey, sorry I won't usually edit your stuff. But I just built on this with slides 4-6, which I would like to use with Sunny
                Sara Peters, 7/22/2025