# UBER_JCCP_MDL_000564013

## Metadata

| Field | Value | Type |
|---|---|---|
| Account | gus@uber.com | SEMANTIC |
| All Custodians | Fuldner, Gus | SEMANTIC |
| All Paths | Fuldner, Gus: \Multi Custodian Gmail\EDISCO-23472_Gmail-23.zip\EDISCO-23472_Gmail--gus@uber.com-Ls6tzb.mbox; Fuldner, Gus: \Multi Custodian Gmail\EDISCO-23472_Gmail-23.zip\EDISCO-23472_Gmail--gus@uber.com-Ls6tzb.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000564013 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 04/12/2021 9:26 pm | SEMANTIC |
| Date Modified | 04/12/2021 9:26 pm | SEMANTIC |
| Date Received | 04/12/2021 9:26 pm | SEMANTIC |
| Date Sent | 04/12/2021 9:26 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_000564014 | SEMANTIC |
| File Path | \Multi Custodian Gmail\EDISCO-23472_Gmail-23.zip\EDISCO-23472_Gmail--gus@uber.com-Ls6tzb.mbox | SEMANTIC |
| File Size | 17233 | SEMANTIC |
| From | Dharmin Parikh <dharmin@uber.com> | SEMANTIC |
| GmailMessageId | 1696871543209681485 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000564013;UBER_JCCP_MDL_000564014 | SEMANTIC |
| ILS Document Date | 04/12/2021 | SEMANTIC |
| ILS Pg Count | 2 | SEMANTIC |
| ILS Prod Date | 10/4/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL012 | SEMANTIC |
| Labels | ^INBOX; ^OPENED; indef | SEMANTIC |
| MD5 Hash | a7b5532376db8f99079138b635383a37 | SEMANTIC |
| Message Id | <CA+Rhve8s=uAcrRxJg6xQES4usLKiCv15iEM_7f+7wLw7jj5LPQ@mail.gmail.com> | SEMANTIC |
| Other Custodians | Fuldner, Gus | SEMANTIC |
| Primary Date | 04/12/2021 9:26 pm | DOC_TYPE_ALIAS |
| Prod Date | 10/04/2024 | SEMANTIC |
| Production Volume | JCCP_MDL012; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 04/12/2021 9:26 pm | SEMANTIC |
| Subject | Re: [ACP] S-RAD Model P/R curves | SEMANTIC |
| To | Gus Fuldner <gus@uber.com> | SEMANTIC |



Trial Exhibit No.
P-03651

P-03651.00001

Message

| | |
|---|---|
| **From**: | Dharmin Parikh [dharmin@uber.com] |
| **Sent**: | 4/12/2021 9:26:36 PM |
| **To**: | Gus Fuldner [gus@uber.com] |
| **Subject**: | Re: [ACP] S-RAD Model P/R curves |

Thank you!

On Mon, Apr 12, 2021 at 2:26 PM Gus Fuldner <gus@uber.com> wrote:
> https://www.google.com/search?q=precision+recall+curve
>
> On Mon, Apr 12, 2021 at 2:21 PM Dharmin Parikh <dharmin@uber.com> wrote:
>> I actually deliberately asked the team to change the axis to align with what we showed this afternoon. my bad.
>>
>> On Mon, Apr 12, 2021 at 2:20 PM Dharmin Parikh <dharmin@uber.com> wrote:
>>> My apologies. I didn't realize that the precision axis was cut off - User has to click into it to see the chart. I will resend.
>>>
>>> On Mon, Apr 12, 2021 at 2:18 PM Gus Fuldner <gus@uber.com> wrote:
>>>> I think recall is commonly shows on the x axis with precision on the y axis. You also cut off the units of the precision axis so the reader can't determine the ordering on the axis.
>>>>
>>>> On Mon, Apr 12, 2021 at 2:12 PM Dharmin Parikh <dharmin@uber.com> wrote:
>>>>> **A/C Privileged and Confidential**
>>>>>
>>>>> Hi Sukumar,
>>>>>
>>>>> Following up on today's Stand for Safety Program Review meeting, below are the precision/recall curves for the S-RAD models evaluated on the US Uber X trips for the dates between 2020-12-01 and 2021-02-28. The model is evaluated for classifying serious sexual assault/sexual misconduct incidents. The three models compared here are:
>>>>>
>>>>> - **Driver gender-based model**: The driver gender is available within the binary variables "driver_male_rider_different" and "driver_female_rider_different".
>>>>> - **Gender-agnostic model**: No gender information is used in model features
>>>>> - **No driver feature**: This is the model that uses no driver features, hence estimates the risk at request time without considering any particular driver. This model is considered a baseline model for the purposes of S-RAD, since the discriminative power in this model is not useful for the S-RAD intervention.
>>>>>
>>>>> We target a 1.25% trigger-rate for running these models, which are indicated by square markers on the curves. This trigger-rate budget has been determined based on results of our prior experiments and input from the marketplace ops in a way to limit the potential negative marketplace impact.

CONFIDENTIAL

P-03651.00002

UBER_JCCP_MDL_000564013

Please let us know if you have any questions or concerns.

Regards,
Dharmin & Gorkem (On behalf of the S-RAD team)

CONFIDENTIAL

P-03651.00003

UBER_JCCP_MDL_000564014