**S-RAD \ The Concept**

# Optimizing dispatch with safety in mind



Confidential - For Discussion Purposes Only

CONFIDENTIAL

UBER_JCCP_MDL_000908749.0044



**DEMONSTRATIVE**

# RIDER

## Optimizing dispatch with safety in mind



**DEMONSTRATIVE**

# Potential Pairings

## Optimizing dispatch with safety in mind



P-03663.00003

# Range of S-RAD Scores



**1:** **Higher Risk of Sexual Assault/Sexual Misconduct**

**0:** **Lower Risk of Sexual Assault/Sexual Misconduct**

# Pairing of Ms. Dean & Mr. Turay



# Range of S-RAD Scores



1

Uber's Flagging Threshold   .936

.81

Ms. Dean        Mr. Turay

Zero

# Range of S-RAD Scores

**1**

**Uber's Flagging Threshold** **.936**

**.81**



**Ms. Dean**    **Mr. Turay**

**.684**

Average S-RAD Score at night in Phoenix in 7-day period ending on day of incident

**Zero**

**DEMONSTRATIVE**

# Were Other Pairings Available?

Optimizing dispatch with safety in mind



**DEMONSTRATIVE**

# Lower Risk Rides Available

**Optimizing dispatch with safety in mind**



**DEMONSTRATIVE**

# Lower Risk Rides Available

# Optimizing dispatch with safety in mind

