## UBER_JCCP_MDL_000156600

## Metadata

| | | |
|---|---|---|
| #Author | bajaj@uber.com | SEMANTIC |
| #Date Modified | 08/16/2023 | SEMANTIC |
| #DateCreated | 05/02/2018 | SEMANTIC |
| #Title | PRD: Women Rider Preference | SEMANTIC |
| Account | mbaker@uber.com | |
| All Custodians | Baker, Matthew;Breeden, Tracey;Brown, Greg;Freivogel, Cory;Fuldner, Gus;Lake, Carley;McDonald, Katy;Silver, Nick | SEMANTIC |
| All Paths | Baker, Matthew: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_9\JCCP-EDISCO-23800_2022_9_8.zip; Baker, Matthew: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_9\JCCP-EDISCO-23800_2022_9_8.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip; Brown, Greg: \Drive_003_002_Drive003_001\JCCP_Drive003_001\JCCP_Drive003_001_10.zip; Brown, Greg: \Drive_003_002_Drive003_001\JCCP_Drive003_001\JCCP_Drive003_001_10.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_5\JCCP-EDISCO-23800_2022_5_6.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2022_5\JCCP-EDISCO-23800_2022_5_6.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2023_8_2\JCCP-EDISCO-23800_2023_8_2_54.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2023_8_2\JCCP-EDISCO-23800_2023_8_2_54.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_5.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_5.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_75.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_75.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_5.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_5.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Attachment Names | word | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000156600 | SEMANTIC |
| Collaborators | richard.ash@uber.com; esra.ozturk@uber.com; gus@uber.com; lizzie.ross@uber.com; quan.nguyen@uber.com; joanne@uber.com; anoosha@uber.com; baylin@uber.com; jessie.yang@uber.com; shimul@uber.com; sachin.kansal@uber.com; jed@uber.com; mariana.esteves@uber.com; ashu@uber.com; alastair@uber.com; guylaine@uber.com; dordonez@uber.com; banthony@uber.com; haas@uber.com; davi@uber.com; naidu@uber.com; nweaser@uber.com; jlunsford@uber.com; amartya@uber.com; carley@uber.com; maiolino@uber.com; mike.yang@uber.com; rebecca.payne@uber.com; cui@uber.com; dkolta@uber.com; hossamsharara@uber.com; jessica.chan@uber.com; drivestorage2@uber.com; shahd@uber.com; roe@uber.com; jenna.tonino@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 05/02/2018 11:45 pm | SEMANTIC |
| DocID | 1lp8wv73EEN8YYxUakl0e1hcCMqbgnSAlok8WYOQAZsc | |
| End Family | UBER_JCCP_MDL_000156600 | SEMANTIC |
| File Path | \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_9\JCCP-EDISCO-23800_2022_9_8.zip | SEMANTIC |
| File Size | 4181004 | |
| Filename | PRD- Women Rider Preference_1lp8wv73EEN8YYxUakl0e1hcCMqbgnSAlok8WYOQAZsc.docx | SEMANTIC |
| GoogleDocumentType e | DOCUMENT | SEMANTIC |
| Hash Value | 0a9a570c265fc2b1a27b5f9976a1f01c | |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000156600;UBER_JCCP_MDL_000156600.0001;UBER_JCCP_MDL_000156600.0002;UBER_JCCP_MDL_000156600.0003;UBER_JCCP_MDL_000156600.0004;UBER_JCCP_MDL_000156600.0005;UBER_JCCP_MDL_000156600.0006;UBER_JCCP_MDL_000156600.0007;UBER_JCCP_MDL_000156600.0008;UBER_JCCP_MDL_000156600.0009;UBER_JCCP_MDL_000156600.0010;UBER_JCCP_MDL_000156600.0011;UBER_JCCP_MDL_000156600.0012;UBER_JCCP_MDL_000156600.0013;UBER_JCCP_MDL_000156600.0014;UBER_JCCP_MDL_000156600.0015;UBER_JCCP_MDL_000156600.0016;UBER_JCCP_MDL_000156600.0017;UBER_JCCP_MDL_000156600.0018;UBER_JCCP_MDL_000156600.0019;UBER_JCCP_MDL_000156600.0020;UBER_JCCP_MDL_000156600.0021;UBER_JCCP_MDL_000156600.0022;UBER_JCCP_MDL_000156600.0023;UBER_JCCP_MDL_000156600.0024;UBER_JCCP_MDL_000156600.0025;UBER_JCCP_MDL_000156600.0026;UBER_JCCP_MDL_000156600.0027;UBER_JCCP_MDL_000156600.0028;UBER_JCCP_MDL_000156600.0029 | SEMANTIC |
| ILS Document Date | 08/16/2023 | SEMANTIC |
| ILS Prod Date | 1/6/2026 | SEMANTIC |


Exhibit
P-03664

| ILS Prod Vol | JCCP_MDL312a | SEMANTIC |
|---|---|---|
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000121097; UBER_JCCP_MDL_000131252; UBER_JCCP_MDL_000215562; UBER_JCCP_MDL_000371245; UBER_JCCP_MDL_000397011; UBER_JCCP_MDL_000499601; UBER_JCCP_MDL_000919829; UBER_JCCP_MDL_001113306; UBER_JCCP_MDL_001113356; UBER_JCCP_MDL_001113422; UBER_JCCP_MDL_001113446; UBER_JCCP_MDL_001431857; UBER_JCCP_MDL_001466798; UBER_JCCP_MDL_001508222; UBER_JCCP_MDL_001508522; UBER_JCCP_MDL_001509060; UBER_JCCP_MDL_001578636; UBER_JCCP_MDL_001609766; UBER_JCCP_MDL_001630834; UBER_JCCP_MDL_001630987; UBER_JCCP_MDL_001779590; UBER_JCCP_MDL_001804575; UBER_JCCP_MDL_001804661; UBER_JCCP_MDL_001804685; UBER_JCCP_MDL_001805554; UBER_JCCP_MDL_001805594; UBER_JCCP_MDL_001810102; UBER_JCCP_MDL_001810338; UBER_JCCP_MDL_001810382; UBER_JCCP_MDL_001810418; UBER_JCCP_MDL_001819476; UBER_JCCP_MDL_001840569; UBER_JCCP_MDL_001937393; UBER_JCCP_MDL_001937394; UBER_JCCP_MDL_001973524; UBER_JCCP_MDL_001974856; UBER_JCCP_MDL_001997287; UBER_JCCP_MDL_001997343; UBER_JCCP_MDL_001997411; UBER_JCCP_MDL_001999630; UBER_JCCP_MDL_002021711; UBER_JCCP_MDL_002023624; UBER_JCCP_MDL_002026667; UBER_JCCP_MDL_002027088; UBER_JCCP_MDL_002027893; UBER_JCCP_MDL_002034855; UBER_JCCP_MDL_002047683; UBER_JCCP_MDL_002047689; UBER_JCCP_MDL_002049342; UBER_JCCP_MDL_002124535; UBER_JCCP_MDL_002124536; UBER_JCCP_MDL_002126668; UBER_JCCP_MDL_002134549; UBER_JCCP_MDL_002217669; UBER_JCCP_MDL_002217691; UBER_JCCP_MDL_002217719; UBER_JCCP_MDL_002217725; UBER_JCCP_MDL_002217731; UBER_JCCP_MDL_002237392; UBER_JCCP_MDL_002335315; UBER_JCCP_MDL_002337890; UBER_JCCP_MDL_002338035; UBER_JCCP_MDL_002338109; UBER_JCCP_MDL_002376061; UBER_JCCP_MDL_002388205; UBER_JCCP_MDL_002415650; UBER_JCCP_MDL_002417562; UBER_JCCP_MDL_002417829; UBER_JCCP_MDL_002452743; UBER_JCCP_MDL_002716152; UBER_JCCP_MDL_002721911; UBER_JCCP_MDL_002722033; UBER_JCCP_MDL_002722103; UBER_JCCP_MDL_002722220; UBER_JCCP_MDL_002722344; UBER_JCCP_MDL_002722355; UBER_JCCP_MDL_002990428; UBER_JCCP_MDL_002990514; UBER_JCCP_MDL_002990567; UBER_JCCP_MDL_003231245; UBER_JCCP_MDL_003231285; UBER_JCCP_MDL_003236388; UBER_JCCP_MDL_003236389; UBER_JCCP_MDL_003236832; UBER_JCCP_MDL_003236956; UBER_JCCP_MDL_003236976; UBER_JCCP_MDL_003237195; UBER_JCCP_MDL_003442765; UBER_JCCP_MDL_003482532; UBER_JCCP_MDL_003672274; UBER_JCCP_MDL_003672673; UBER_JCCP_MDL_003672697; UBER_JCCP_MDL_003672727; UBER_JCCP_MDL_003698778; UBER_JCCP_MDL_003700140; UBER_JCCP_MDL_003700662; UBER_JCCP_MDL_003700671; UBER_JCCP_MDL_003700939; UBER_JCCP_MDL_003700944; UBER_JCCP_MDL_003701079; UBER_JCCP_MDL_003701556; UBER_JCCP_MDL_003701589; UBER_JCCP_MDL_003705320; UBER_JCCP_MDL_003705638; UBER_JCCP_MDL_003706070; UBER_JCCP_MDL_003706278; UBER_JCCP_MDL_003707035; UBER_JCCP_MDL_003707557; UBER_JCCP_MDL_003708519; UBER_JCCP_MDL_003709378; UBER_JCCP_MDL_003709387; UBER_JCCP_MDL_003709401; UBER_JCCP_MDL_003723757; UBER_JCCP_MDL_003735202; UBER_JCCP_MDL_004139715; UBER_JCCP_MDL_004139831; UBER_JCCP_MDL_004139912; UBER_JCCP_MDL_004140407; UBER_JCCP_MDL_004140451; UBER_JCCP_MDL_004152751; UBER_JCCP_MDL_004152787; UBER_JCCP_MDL_004152804; UBER_JCCP_MDL_004152865; UBER_JCCP_MDL_004182823; UBER_JCCP_MDL_004183402; UBER_JCCP_MDL_004186235; UBER_JCCP_MDL_004202907; UBER_JCCP_MDL_004203787; UBER_JCCP_MDL_004203897; UBER_JCCP_MDL_004511933; UBER_JCCP_MDL_004512046; UBER_JCCP_MDL_004512153; UBER_JCCP_MDL_004512384; UBER_JCCP_MDL_004516749; UBER_JCCP_MDL_004516770; UBER_JCCP_MDL_004516888; UBER_JCCP_MDL_004517677; UBER_JCCP_MDL_004517868; UBER_JCCP_MDL_004527804; UBER_JCCP_MDL_004544090; UBER_JCCP_MDL_004584271; UBER_JCCP_MDL_004623324; UBER_JCCP_MDL_004729049; UBER_JCCP_MDL_004796916; UBER_JCCP_MDL_004810514; UBER_JCCP_MDL_004810547; UBER_JCCP_MDL_004810564; UBER_JCCP_MDL_004810584; UBER_JCCP_MDL_004839540; UBER_JCCP_MDL_004913399; UBER_JCCP_MDL_004913464; UBER_JCCP_MDL_004916802; UBER_JCCP_MDL_004920012; UBER_JCCP_MDL_004920067; UBER_JCCP_MDL_004923407; UBER_JCCP_MDL_004923429; UBER_JCCP_MDL_004923439; UBER_JCCP_MDL_004923452; UBER_JCCP_MDL_004923453; UBER_JCCP_MDL_004923456; UBER_JCCP_MDL_004954675; UBER_JCCP_MDL_004954676; UBER_JCCP_MDL_004959361; UBER_JCCP_MDL_004959362; UBER_JCCP_MDL_004962414; UBER_JCCP_MDL_004978422; UBER_JCCP_MDL_004978423; UBER_JCCP_MDL_004978424; UBER_JCCP_MDL_004980173; UBER_JCCP_MDL_004983728; UBER_JCCP_MDL_004984125; UBER_JCCP_MDL_004992986; UBER_JCCP_MDL_004999620; UBER_JCCP_MDL_005011163; | SEMANTIC |

| | UBER_JCCP_MDL_005011568; UBER_JCCP_MDL_005011676; UBER_JCCP_MDL_005011761; UBER_JCCP_MDL_005012043; UBER_JCCP_MDL_005012117; UBER_JCCP_MDL_005012138; UBER_JCCP_MDL_005034783; UBER_JCCP_MDL_005050432; UBER_JCCP_MDL_005050660; UBER_JCCP_MDL_005062518; UBER_JCCP_MDL_005067681; UBER_JCCP_MDL_005070765; UBER_JCCP_MDL_005070774; UBER_JCCP_MDL_005076277; UBER_JCCP_MDL_005076279; UBER_JCCP_MDL_005080128; UBER_JCCP_MDL_005100773; UBER_JCCP_MDL_005124707; UBER_JCCP_MDL_005170369; UBER_JCCP_MDL_005190006; UBER_JCCP_MDL_005200479; UBER_JCCP_MDL_005200499; UBER_JCCP_MDL_005201364; UBER_JCCP_MDL_005214392; UBER_JCCP_MDL_005216055; UBER_JCCP_MDL_005239869; UBER_JCCP_MDL_005243784; UBER_JCCP_MDL_005256132; UBER_JCCP_MDL_005256292; UBER_JCCP_MDL_005256805; UBER_JCCP_MDL_005256889; UBER_JCCP_MDL_005256950; UBER_JCCP_MDL_005287579; UBER_JCCP_MDL_005287585; UBER_JCCP_MDL_005287588; UBER_JCCP_MDL_005287589; UBER_JCCP_MDL_005287951; UBER_JCCP_MDL_005316592; UBER_JCCP_MDL_005370452; UBER_JCCP_MDL_005371057; UBER_JCCP_MDL_005374411; UBER_JCCP_MDL_005380911; UBER_JCCP_MDL_005381172; UBER_JCCP_MDL_005381186; UBER_JCCP_MDL_005392888; UBER_JCCP_MDL_005462630; UBER_JCCP_MDL_005462631; UBER_JCCP_MDL_005462690; UBER_JCCP_MDL_005475477; UBER_JCCP_MDL_005522940; UBER_JCCP_MDL_005582461; UBER_JCCP_MDL_005582469; UBER_JCCP_MDL_005587685; UBER_JCCP_MDL_005591076; UBER_JCCP_MDL_005592125; UBER_JCCP_MDL_005599871; UBER_JCCP_MDL_005654055; UBER_JCCP_MDL_005654088; UBER_JCCP_MDL_005654108; UBER_JCCP_MDL_005664295; UBER_JCCP_MDL_005666266; UBER_JCCP_MDL_005670233; UBER_JCCP_MDL_005670259; UBER_JCCP_MDL_005683509; UBER_JCCP_MDL_005695194 | |
|---|---|---|
| **Other Custodians** | Baker, Matthew;Breeden, Tracey;Brown, Greg;Freivogel, Cory;Fuldner, Gus;Lake, Carley;McDonald, Katy;Silver, Nick | SEMANTIC |
| **Primary Date** | 05/02/2018 11:45 pm | DOC_TYPE_ALIAS |
| **Production Volume** | UBER023;Vol039;JCCP_MDL312; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Redaction Text** | REDACTED - PRIVILEGED; | SEMANTIC |
| **Sort Date** | 08/16/2023 4:43 pm | SEMANTIC |
| **SourceHash** | 4fff3ddb2142c5aa0620a304935c27b1 | SEMANTIC |
| **Viewers** | uber.com | SEMANTIC |

PRODUCT REQUIREMENTS DOC

# [Women Rider Preference]

| CUSTOMER(S) | SCOPE | TIMEFRAME | STRATEGIC CONTEXT |
|---|---|---|---|
| Driver and Rider | New Product | Announce: June 24, 2018<br>Launch: Nov 2018 | Saudi Arabia is lifting their ban on female drivers, starting on June 24. |

## Stakeholders

| Function | Name |
|---|---|
| PRD Author | Rebecca Payne |
| S&P EMEA | KC Korten |
| Policy | Nadia Anderson, Rana Kortam |
| Women of Uber | Blair Mattson |
| Marketplace | Tommy Hofman, Tenvi Surti |
| KSA RGM | Foued Chemleti |
| Legal: EMEA | Alie Nimry, Fereh Moured |
| Legal: Safety | Scott Binnings, Daniel Kolta |
| Driver | Yuhki Yamashita |
| Rider | Nundu Janakiram |
| Comms & Marketing: EMEA | Shaden Abdellatif |
| Comms & Marketing: HQ | Brooke Anderson, Nick Silver |
| Data: EMEA | Scott Stephens |
| Data: HQ | Sunny Jeon |
| ELT | Barney, Pierre, Manik, Gus |

1

CONFIDENTIAL

UBER000176702
UBER_JCCP_MDL_000156600

P-03664.00004

**QUICK LINKS**

**PART 1**: Problem Definition
**PART 2**: Product Definition
**PART 3**: Brazil expansion
**PART 4**: US expansion (new!)

**PART 1**: "THE KICKOFF"

# PROBLEM DEFINITION

### The Problem (aka Customer Benefit)

Ride sharing services like Uber have enabled safer transportation for all populations - including for women who would previously be hesitant to travel by taxis for safety reasons. Uber has provided a much safer and a more convenient option to female riders in several parts of the world.

That said, several high profile assaults have occurred on the Uber platform targeting women riders and drivers, which have garnered a lot of attention and caused safety fears among female users. Also, in several cases, female riders have expressed a sense of anxiety and 'creepiness' with male drivers especially when traveling after dark, even though safety incidents have only occurred in a small minority of such situations.

While women riders form 40-50% of Uber's riding population, it has been difficult to attract significant number of women drivers to the platform (varied success in different countries). Safety has ranked as one of the top reasons for prospective women drivers to not join Uber, and for current female drivers to not drive during certain hours of the day. Uber can help overcome some of those concerns because of the safety improvements we offer.

Saudi Arabia announced in September of 2017 that they would lift their ban on female drivers. This is a historic change and one that opens up countless new opportunities for Saudi women. The introduction of ride-sharing in Saudi Arabia has already made an enormous difference in women's mobility, where historically women had to rely on male family members or private drivers to get where they needed to be.

However, gender inequality, the historic segregation of sexes and the prevalence of sexual harassment in Saudi Arabia still present challenges to the safety and mobility of women. Saudi Arabia also happens to have the highest rates of sexual assault on the Uber platform. In order to empower women to drive for Uber, we need to make sure they feel safe doing so, and one way we can accomplish this is by ensuring they are matched with other females as riders.

2

CONFIDENTIAL

UBER000176702.0001
UBER_JCCP_MDL_000156600.0001

Research done in February 2018 by Ipsos shows a small 56% of women would be interested in driving for Uber/Careem, however this number increases to 67% when the same participants were asked if they would be interested in driving for a female-only option. In a subsequent survey by Ipsos 74% of prospective female drivers would only be interested in transporting female passengers.



The women that were not interested in driving as an earnings opportunity said so because of fears of road safety, societal expectations and having other people in the car.

3

CONFIDENTIAL

UBER000176702.0002
UBER_JCCP_MDL_000156600.0002



## Proposed Approach

We would like to introduce a driver preference for female drivers in Saudi Arabia, which allows them to say they prefer to pick up female riders.

Gender validation of riders will be based on first name mapping. We know this won't result in a perfect match 100% of the time, but we will also put in place policies to make sure we aren't penalizing female drivers for cancelling when it turns out the rider is a male.

## Goals & Success Metrics

To make sure we are doing the right thing to keep our riders and drivers safe, we need to understand the market we are serving, along with the safety issues we are solving for. The metrics we will track after launch are:

- % of female vs. male drivers & riders in the market and how this changes over time
- % women drivers enabling the feature
- % of ride requests, male vs. female
- Incident rates between males and females, males / males, females / females
  - Incident rates for driver on rider, rider on driver
- Trip ratings between female drivers & riders
- Safety perception measured through the driver in-app survey

4

UBER000176702.0003
UBER_JCCP_MDL_000156600.0003

- Cancellation rates for female drivers vs. male drivers
  - And female riders vs. male riders
- Plus 1 framework: Session Conversion

| KPI | Saudi Arabia |
|-----|--------------|
| Matches with the preference are women-to-women | 95% |
| EPH (avg target earnings per hour) of female drivers is not drastically lower than male drivers | At least 80% EPH of male drivers |
| Female drivers enabling the preference | 70% |

**Known shortcomings and risks:**

In a world with infinite time and resources, we could build a full-fledged gender verification system (via document verification, selfie ID check, voice identification, Facebook check, etc.) that ensures there is no misclassification of riders or drivers. But as this is Uber's first foray into gender-specific products, we are optimizing for speed and testing a more lightweight implementation before we make the decision to invest heavily in more sophisticated solutions. With this comes inherent shortcomings...

- The gender identification of riders is not foolproof and could easily be gamed.
  - Because we don't want to introduce friction for our rider base to identify their gender before taking a trip, we will be relying on the first name associated, combined with self-identification by the rider to assign a gender to an account. This means that a potential bad actor could change the name on their Uber account in order to get the chance to ride with a female driver.
  - This could also cause a rise in cancellations if the gender identification is consistently incorrect.
- Not all female riders will be eligible.
  - If the rider does not have a widely recognized female name on their account, or if they have entered a bogus name for reasons of anonymity they will not be presented with the self-identification pop-up at ride request and not counted as a female rider.
- We will not be accommodating shared accounts.
  - If a man is ordering a ride for a female family member on his account, this will count as a male account based on the first-name mapping, even though a female will be getting into the car.
- Female drivers may receive less ride requests.
  - By opting in to this feature, female drivers should understand that they will only be accepting rides from half of the rider population, so this may decrease the potential number of ride requests that they get.

> **REDACTED - PRIVILEGED**

> **REDACTED - PRIVILEGED**

5

- In the event that the product is not reliable enough, we will need to make a business decision about whether the ROI is worth additional investment into introducing more sophisticated methods of gender identification into the product and/or boosting mechanisms for female driver dispatches.
- All drivers are required to show their faces for identification and Mutombo purposes.
  - Females that wear niqab's will be required to show their face in the driver app in order to qualify to be a driver.

**REDACTED - PRIVILEGED**

---

**PART 2**: "THE PLAN"

# PRODUCT DEFINITION

### Key Features & Scope



Reference doc

**Driver app:**
- Gender is not currently a field that is included on Saudi driver's licenses and ID cards. Therefore we will have BPO agents identify the driver gender as a part of the photo ID process. A new data entry field has been implemented.
  - Agents are also instructed that the nationality on some driver's licenses look different for males and females. The only place this will not work is if the female driver is the daughter of a Saudi woman, the license will state her father's nationality.

6

○ Female, then Male driver's licenses for reference:



○ For all drivers who took a trip before June 24th, we will enter their gender as male
● If driver's gender = female, we will present a new driver preference for picking up female riders
  ○ This preference will be default off and can be turned on at any time
  ○ The driver's preference should remain even after they go offline
  ○ There will be a link to Ts & Cs under the preference for the purposes of this experiment, though this design paradigm will not scale beyond the experiment and we will need to highlight the conditions of the preference elsewhere
  ○ The introduction of this preference will be in conjunction with a Carbon inbox notification (and TBD marketing communications)
● To address the situations where the rider being picked up is male:
  ○ The local ops team will be educating female drivers on calling the rider before they reach their destination, to identify these situations before they become an issue
  ○ If the driver arrives and it is a male rider, they will be able to cancel through a new cancellation reason (ie. Rider was male)
    ■ We will track whether a rider receives this cancellation from female drivers with the preference enabled, and if this occurs 2 times we will change the account gender to male
    ■ The driver should not be penalized for cancelling based on gender mismatch. The rider should not be penalized or charged for this cancellation.
    ■ There should be tracking on how often drivers are using this cancellation reason

**Rider app:**
● If assumed gender = female based on first name mapping and the rider has taken 10 rides in their lifetime, we will show an extra selection at ride request "What is your gender?"
  ○ This extra selection should be configurable to account for other gender sources in the future, and the possibility of extending this gender selection to "unknown" accounts.
  ○ Rider should be able to decline to state their gender, if they do so, they will be excluded from the female driver matching (male, female, prefer not to say)

**REDACTED - PRIVILEGED**

Commented [9]: No longer relevant.

Commented [10]: +vishnus@uber.com - do we need to disable trip swap for these drivers? _Assigned to vishnus@uber.com_

**REDACTED - PRIVILEGED**

Commented [12]: That's why we don't exclude the rider after one cancellation with this cancel reason - the rider has to be cancelled on twice with this reason in order to be removed from further dispatch - since then it has been confirmed by 2 drivers. We do not have any SOP beyond that.

**REDACTED - PRIVILEGED**

7

- - Rider should be given context as to why they are being asked their gender

**Gender identification:**
- We currently have a table in hive that matches first names with the most probable gender associated with it. From this table, we will assign an assumed gender to each rider - which can then be updated if we receive information that the rider's assumed gender is not their actual gender (via cancellation reasons)
  - This should have 4 types of names: male, female, invalid (gibberish names) and unknown (hasn't been analyzed yet)
  - New riders that join and riders that change their name should be run through the manual name mapping. If there is a match, they get the male/female classification associated with their name. If there is no match, a weekly batch will be sent to the BPO for identification.
- Drivers and riders with a null gender will not be counted as female, and therefore will not be eligible for the female product
- As a part of the first name gender mapping, we need to track when accounts change gender based on a first name change in the account in order to keep an eye on potential bad actors who may change the name on their account to game the system (and get a female driver)

**Marketplace / matching:**
- We will only match female drivers with female riders when they opt into the feature
  - We understand that our gender identification will not always be 100%, and female drivers may sometimes inadvertently be matched with male riders

**Policies & Education:**
- With this product, we will allow male co-riders, so long as the account holder requesting the ride is a female and this account holder is also taking the trip.
- Training / learning framework to set expectations with drivers (re: mixed gender parties, earnings expectations, gender-based cancellations, can change at any time, etc.)
  - Uber will recommend that these female drivers call their rider before pick up
- Marketing and new user education will walk drivers through how to use this feature

## Core UX Flows

Design Explorations

> **Commented [17]:** @anoosha@uber.com - here are some old designs
> _Assigned to anoosha@uber.com_

8

UBER000176702.0007
UBER_JCCP_MDL_000156600.0007



Commented [18]: +aniruddha.mallya@uber.com

9

**New Processes**

<u>Driver gender collection</u>
- POC: Dina Hassan [dina@uber.com]
- The team who processes all Doc Approver documents for KSA is based out of our BPO in Cairo. Training material has all been prepared/provided by Ops once this task was moved to the BPO. Upon document review, agents fill in a metadata field on the document for National ID called "Gender" and select male or female.
- All Doc Approver information is stored internally after being processed on our Uber Tool.

GDPR Data Collection

| Category | Context | Examples/Proposed UX |
|---|---|---|
| User Benefit (usually via some form of User Notice) | For self-identification of rider gender, the benefit is that females are eligible for rides with female drivers | At ride request, if a rider is assumed to be female based on first-name mapping, they will be asked to self-identify their gender before becoming eligible for a female pickup |
| User Consent | We will be clear about why we are asking for the rider's gender, and they will be given the option to decline to state. | At ride request: are you a female rider? Yes / No / Decline to state |
| User Transparency | We will be clear about why we are asking for the rider's gender, and they will be given the option to decline to state. | |
| User Choice | By declining to state their gender, the rider opts out of the possibility of being matched with a female driver. | |
| User Location or sensor data Collection | N/A | |
| Monitoring & GDPR compliance | Depending on approval for collection, location platform team (or the pertinent platform team) will enable monitoring solutions to make sure that we are only collecting where permissible<br><br>Privacy Eng may also ask that you integrate with its consent service. | |

10

UBER000176702.0009
UBER_JCCP_MDL_000156600.0009

P-03664.00013

| Data Retention | Unless the data will be anonymized or aggregated such that it is no longer personally identifying, it must be permanently deleted after Uber's proposed default retention period of 13 Months.<br><br>Known exceptions to this that enable us to keep data longer are: "Data we are required to keep for Legal or Safety reasons, or that otherwise would fundamentally threaten Uber's business." | |

**Concerns / asks from fraud & risk:**

(Jason Seto) The primary concerns from my perspective would be around detecting gaming of the feature to cherry-pick beyond gender.

With that being said, there are two primary things that need to be addressed:
1. Excluding these types of trips from our existing cancellation fee gaming logic and at-fault cancellations -- our current processes do not account for this variation, thus, if a driver is cancelling numerous trips due to gender issues they may be flagged for abuse
2. After excluding, including controls of the use of this feature for potential abuse. An example of this would be a female driver who discovers this is not penalized, and consistently rejects dispatches to cherry-pick long ones

Things I would need to be able to effectively manage risk here:
1. Current logic to identify these trips/dispatches
2. Precision around gender identification (to prevent gaming for cherry-picking). This will help us assess the thresholds to set for review/flagging for gaming.

## Experiment & Rollout Plan

*Note: rollout of rider gender confirmation will need to occur before the rollout of feature to drivers.*

| Global Readiness (see Global Operating Model) | | |
| --- | --- | --- |
| **What are the initial launch cities?** | Riyadh, Jeddah | |
| **Which regions will this roll out to?** | KSA | |
| **I have ensured these features will work & be rolled out in the above regions.** | Alastair Curtis | [Date signed] |

11

UBER000176702.0010
UBER_JCCP_MDL_000156600.0010

## Metrics

**Product usage metrics**

- # of WRP trips
- % of female driver trips with the preference on
- Driver
  - Usage behavior
    - % of drivers using the preference on more than 90% of their trips; on less than 10% of their trips
    - Avg # of preference changes per driver per week
    - % of WRP trips at different times of day
  - % gender mismatch cancellation reason chosen
    - Out of all cancellation reasons for female drivers w/preference ON (gender mismatch / all cancellation reasons)
    - # of riders removed from female eligible dispatches
- Rider
  - Plus 1 framework: session conversion
    - People eligible for the gender ask
    - Sees the plus 1 gender ask
    - Confirmation
    - Trip request completed
  - % of riders selecting female / male / prefer not to say
- Regional Metrics
  - % female drivers vs. male drivers (1st completed trip)
  - % female riders vs. male riders (not until 10 trips)
  - # new female drivers per day (verified driver)
  - % of ride requests, male vs. female

**Marketplace metrics:** all metrics compare 3 groups (women drivers with preference on, women drivers with preference off, and male drivers)

- Cancellation rates from riders
- Cancellation rates from drivers
- Driver offer accept rate
- Supply utilization %
- Average offered ETA
- Do no harm:
  - Earnings per supply hour
  - Wait times for female riders w/ W2W match and w/o W2W match
  - Wait times for male riders
  - Avg ride cost for female riders
  - Avg ride cost for male riders
  - Churn (male vs. female drivers)

**Commented [19]:** +tsurti@uber.com +adam.holz@uber.com are there additional marketplace metrics I'm missing here?

**Commented [20]:** +eoin@uber.com for his thoughts here. Maybe we want to say something about supply utilization

**Commented [21]:** +tjlampo@uber.com who can take a look

**Commented [22]:** I would suggest these:
* driver offer accept rate
* driver cancel rate
* supply utilization %
* avg offered ETA
* something like earnings per supply hour

**Commented [23]:** Added - thanks!

**Commented [24]:** _Marked as resolved_

**Commented [25]:** _Re-opened_

### REDACTED - PRIVILEGED

REDACTED - PRIVILEGED This means that we need a bunch of female riders to update their app to the latest version, request a ride, and answer the gender confirmation question - in order to be eligible for dispatch. Would you be able to help us figure out what percentage of riders we need to answer this question (ie. mark themselves as female) in order for us to then turn on the feature for drivers? We're still assuming driver numbers to be pretty small as getting a driver's license is taking them quite a bit of time.

**Commented [26]:** +tsurti@uber.com do you know who would be best to talk to about the question above?

**Commented [27]:** That's an interesting question. Has there been any analysis to game out the extent of increased waiting times for female drivers on female-only pickup?  If not, see below for a best guess using theory.

You could approximately model this as a Poisson process.  Assume that the rider population is 50/50 male/female with equal numbers of trips and < 1% of drivers are on female-preferred pickup.  Let "p" be the percentage of female riders that have confirmed their gender.  If we ignore some interaction terms and assume closest car dispatch and uniform distributions, we can derive approximately that tau_female_only = 2*tau_everyone/p, where tau is the average open waiting time between offers, and p is the percentage of female riders who have designated their gender.  For ...

**Commented [28]:** Thanks Tom - we are certainly being as aggressive as possible since we are asking riders for their gender as part of the plus one framework - they need to answer before they can request a ride. But I understand the large impact to ...

12

**Safety Metrics**
- Incident rates between males and females, males / males, females / females
  - Incident rates for driver on rider, rider on driver
  - Particular focus on IPC and SA/SAM incidents
- Trip ratings on WRP trips vs. trips with women drivers that are not WRP, and male driver trips
  - Ratings from drivers
  - Ratings from riders
- Safety perception measured through the driver in-app survey

**Resources & Links**

Women Driving Women - Gathering of various efforts by Uber over the years in different regions to defend, reject and test female-only products. By Sachin Kansal.

> **Commented [29]:** @maiolino@uber.com

Current events:
- Saudi man arrested after threatening women drivers
- 'Battle of The Sexes': Saudi Men React to Women Driving
- Saudi Arabia's ban on women driving must remain because they 'lack the intellect' of men, says leading cleric
- Driver held in Saudi Arabia after video shows his harassment of special needs girl

Safety User Experience in EMEA: Saudi Arabia, Egypt, April 2018
- **High level takeaways:**
  - Road safety is top of mind for Riders and Drivers. Uber needs to ensure that all Drivers on the platform are excellent drivers and passengers feel safe;
  - Uber is a main mode of transportation for women who are able to leave home to run errands and pursue jobs in the city...
    - What keeps women at home is lack of affordable, accessible transportation options and trust; Uber's platform has immense potential to connect women to work.
  - Women fear being taken off-route, violations of their personal space (physical and verbal related to paying with cash, usage of mirrors), and post-trip contact by Drivers.
  - Drivers and Riders do not know what to do first after an accident.
- **Uber disrupts a long held social structure of segregation of the sexes:** Mistrust in Uber comes from Safety concerns and perceptions, which become barriers to use. Female Riders are worried about being driven off-route and mismatches between anticipated route and actual route. Driver harassment is another strong fear by female riders who have heard stories from friends and social networks. Uber also disrupts a deeply held social structure about men and women interacting, prompting concerns such as "what would my neighbors say if they saw me getting into a different car with a different man everyday?" Just a few years ago, if you found a man and woman in a car not related to each other, they would be in trouble.

13

UBER000176702.0012
UBER_JCCP_MDL_000156600.0012

- **Road safety:** Safe driving behaviors are a key concern for all Riders and impact trust in Uber. Male Saudi Drivers have few barriers for obtaining a Driving license in KSA, while female Drivers who obtain licenses abroad, or attend driving school in KSA, must pass driving proficiency tests. The discrepancy in skills could prove to be a challenge once women get on the roads.
- **Female concerns:** Women are vulnerable to the costs of commuting, even with cheaper app-based prices. Commuting remains unaffordable and limits women's mobility (beyond driving themselves). The team expected to hear that quality of service and cost are primary barriers to use for women; however, in a recent AlNahda focus group, women identified safety as their top barrier to Uber. Women expressed concerns about being driven off-route and driver harassment, a common fear.

KSA Women take the wheel - Ipsos Report, August 2018
- 22% of workforce in KSA consists in women; aim is to increase the female participation in the workforce to 30% in the upcoming years
- 30% of the private sector employees are now women
- Female customers currently represent 80% of Uber's Saudi rider base and 70% of business for its Dubai-based counterpart, Careem, according to statistics shared with CNN by both companies. The apps are a lifeline to women with no independent way to get around the Kingdom.
- The Saudi woman:
  - Her aspirations don't stop with family. Her aspirations are becoming similar to the western world, however contextualized by her religious & social reality.
  - She seeks independence in her life - both functionally and emotionally. She wants to support her family and add to the earnings of the household
  - Interesting to observe that she doesn't consider working in transportation sector as her top of mind preference. This sentiment is prevalent across SEC segments
  - Given the family construct, Saudi women don't anticipate to work for long hours at corporate set up since they have to fulfill their primary duty of serving their family. They would want flexible part time jobs

**FAQ**

**Why aren't we offering a view for female riders to request female drivers?**
Because the number of female riders is so high, and we are starting from 0 female drivers in Saudi Arabia, it is impossible from a marketplace perspective to offer this to riders. S&P has run an analysis on a female driver view in the past, and only the US had enough female driver supply hours to support a product like this.

**Does this violate discrimination laws for male riders and drivers?**
Full legal analysis.
Full policy analysis.
No legal prohibition that would prevent the Product from a discriminatory perspective. Beyond a legal perspective, the Product would be culturally acceptable. In KSA and other places in the Arabian Gulf, there are many instances where men and women are seperated. For example, a majority of restaurants in KSA have women and family seating areas and men only seating areas. In Dubai, though women are allowed to sit anywhere when using public transportation, trains have separate carts for women and children only, and buses have rows designated exclusively for women passengers. Also in Dubai, the Dubai Taxi Corporation offers "Pink Taxi", a product where women drive only women and families.

14

UBER000176702.0013
UBER_JCCP_MDL_000156600.0013

What else are we doing to support female drivers in Saudi Arabia?
Driving training, licensing and vehicle/insurance costs, partnerships with local organizations to get women to work.

How will we defend this product in Western media?
We will position this around the local context of women being able to drive for the first time in Saudi Arabia.

What other safety features will we be introducing?
Rider and driver SOS will be introduced in September, and phone anonymization in October.

**PART 3**: Brazil expansion
# BRAZIL EXPANSION

**The Problem**
Brazil has a very different safety environment to Saudi Arabia. In January of 2019 alone, 129 women were murdered and 67 survived attempted murders, according to the InterAmerican Commission of Human Rights (IACHR). This same organization emphasized it was "*concerned about the alarming prevalence of gender-based murders of women in Brazil*" in a press release from February 2019. In 2017, Brazil received over 60,000 reports of rape, according to the Brazilian Forum on Public Security (FBSP), and numbers were at over 68,000 in November 2018 according to a report used by the Commission for the Defense of Women's Rights.

Our goal of igniting opportunities by setting the world in motion applies perfectly to women drivers, with multiple testimonials of how Uber helped them leave abusive relationships though financial independence. According to a research done in November 2018 by Toluna, 46% of women would be interested in driving for ride-sharing companies. However, when asked what the potential negative aspects of driving with Uber were, prospect women drivers mentioned the words "danger" and "assault" most frequently in this analysis. In parallel, 43% of the women who were not interested in driving with Uber perceived this activity as dangerous.

Only 4.9% of drivers are women in Brazil, compared to up to 25% in the United States (source). Meanwhile, despite ~30% of total signups being women, they represent only 7% of driver first trips (source). During focus groups with over 60 women drivers, they told us one of the main reasons for that is because they or their families are afraid of joining our platform. Additionally, women limit their supply hours by time of day due to safety concerns. Women drive 81% less at night while men drive 67% less at night for this reason (source), which also affects their earnings,

15

UBER000176702.0014
UBER_JCCP_MDL_000156600.0014

creating a competitive disadvantage for women on the platform. A recent study shows women drivers carry out 70% of trips compared to their male counterparts, but only 55% of lifetime fares.

Qualitative and quantitative studies have shown women feel safer and drive longer when they have the option to have trips with female passengers. In various roundtables, women dual-appers mentioned they drive at night, but they switch to Lady Driver, a women-only ride-sharing platform. There are now three women-only ride-sharing platforms in the city of Sao Paulo alone. Lady Driver reported having 35,000 registered women drivers in São Paulo, compared to 28,000 women signed up on Uber. These products had very positive press coverage, despite marketplace challenges (Lady Driver started R$2.5M crowdsourcing campaign in March 2019).

Given the extreme gender-based violence levels in Brazil, we look to test the women-rider-preferred product in two cities in Brazil, to determine it's impacts on safety outcomes and female driver sentiment and supply.

**The Product**
Except where noted in green, the product will be the same as the one launched in Saudi Arabia.

**Driver app:**
- Gender is not currently a field that is included on Brazilian driver's licenses and ID cards, but a process is already in place where BPO agents identify the driver's gender as part of the photo ID process.
  - **To-do:** Run analysis to determine % coverage of gender in driver profiles, as well as a manual review of the profile pictures for current women drivers operating in the selected test cities.
- If driver's gender = female, we will present a new driver preference for picking up female riders
  - This preference will be default off and can be turned on at any time
  - The driver's preference should remain even after they go offline
  - Under the preference, instead of linking to the product Terms, we will note that when the preference is on, female drivers can cancel the ride if the rider turns out to be male
  - The preference will be renamed from "Women riders preferred" to "Women riders" [copy still to be finalized]
- To address the situations where the rider being picked up is male:
  - If the driver arrives and it is a male rider, they will be able to cancel through a specific cancellation reason
    - We will track whether a rider receives this cancellation from female drivers with the preference enabled, and if this occurs 2 times we will remove this driver from further female dispatches

**REDACTED - PRIVILEGED**

16

- - The driver should not be penalized for cancelling based on gender mismatch. The rider should not be penalized or charged for this cancellation.
  - There should be tracking on how often drivers are using this cancellation reason
  - To-do: evaluate how we can ensure these cancellations are not counted in the Uber Pro cancellation rate

**Rider app:**
- If...
  - assumed gender = female based on first name mapping, and
  - the rider has taken 10 rides in their lifetime, and
  - the rider does not have any CPF / name mismatch
- Then... we will show an extra selection at ride request "What is your gender?"
  - This extra selection should be configurable to account for other gender sources in the future, and the possibility of extending this gender selection to "unknown" accounts.
  - Rider should be able to decline to state their gender, if they do so, they will be excluded from the female driver matching (male, female, other, prefer not to say)
  - Rider should be given context as to why they are being asked their gender

**Gender identification:**
- The Brazil team has developed a model which identifies gender based on a rider's first name. From this model, we will assign an assumed gender to each rider.
  - This should have 4 types of names: male, female, invalid (gibberish names) and unknown (hasn't been analyzed yet)
  - New riders that join and riders that change their name should be run through the name model. If there is a match, they get the male/female classification associated with their name.
- Drivers and riders with a null or other gender will not be counted as female, and therefore will not be eligible for the female product
- If a rider updates their name, and this changes their inferred gender from male to female, this rider should not be included in any female driver dispatches.

**Marketplace / matching:**
- We will only match female drivers with female riders when they opt into the feature
  - We understand that our gender identification will not always be 100%, and female drivers may sometimes inadvertently be matched with male riders

**Policies & Education:**
- With this product, we will allow male co-riders, so long as the account holder requesting the ride is a female and this account holder is also taking the trip.

17

UBER000176702.0016
UBER_JCCP_MDL_000156600.0016

- Training / learning framework to set expectations with drivers (re: mixed gender parties, earnings expectations, gender-based cancellations, can change at any time, etc.)
  - Uber will recommend that these female drivers call their rider before pick up
- Marketing and new user education will walk drivers through how to use this feature

**Misc.:**
Validate female to female matching works with Uber Pool


**Metrics**

**Key success metrics:**
If the product is to meet these metric goals successfully, we will investigate further rollout beyond the test cities in Brazil, and further investment in improving the product.

| Goal (6 Months) | KPI | Goal |
|---|---|---|
| Reduce SA/SM incident rate against women | SA/SM  incident rate rider on women drivers (incidents reported by women drivers during a women rider trip) | -10% |
| Improve Safety Perception for Women | Women driver safety perception (pre vs post survey) | 3p.p. |
| Improve Financial Opportunity | % active women drivers on the platform | +20% |
| Policy maker support | Positive government and public opinion sentiment | Mitigate backlash |

**Metrics to track:**
- % of female vs. male drivers & riders and how this changes over time
- % Supply Hours female vs. male per hour of the day
- Women drivers conversion to first trip
- Hours of the day women drive prior to and after having access to the feature
- % of ride requests, male vs. female
- Cancellation rates on female drivers (with / without preference) vs. male drivers
- Cancellation rates on riders by female drivers w/ the preference vs. w/o the preference
- Driver offer accept rate (male vs. female)
- Supply utilization % (male vs. female)
- Average offered ETA
- Rider session conversion metrics
- Do no harm:
  - Earnings per supply hour (male drivers vs. female drivers)
  - Waiting time for female riders w/ W2W match and w/o W2W match
  - Waiting time for male riders

18

UBER000176702.0017
UBER_JCCP_MDL_000156600.0017

- ○ Avg ride cost for female riders
- ○ Avg ride cost for male riders
- ○ Churn (male vs. female drivers)
- ○ Rider cancellations

**Safety metrics:**
- Incident rates between males and females, males / males, females / females
  - ○ Incident rates for driver on rider, rider on driver
  - ○ Incident rates for women drivers while on opt-in selection
  - ○ Specific attention to theft and robbery incident rates
- Trip ratings between female drivers & riders
- Safety perception / commitment measured through the driver in-app survey
  - ○ Pre and post test
  - ○ With drivers that opted in and drivers that didn't use the feature during test

**Product metrics:**
- Driver
  - ○ % of female drivers turning preference ON
    - ■ % of those drivers turning the preference OFF
    - ■ Avg # of preference changes per driver (after 1st turn on)
    - ■ % of female drivers in KSA with a click on "terms" underneath preference
    - ■ Time of day with the most preference use
  - ○ % gender mismatch cancellation reason chosen
    - ■ Out of all cancellation reasons for female drivers w/preference ON (gender mismatch / all cancellation reasons)
    - ■ Out of all female-to-female matches with preference (shows how often matches are not actually female-to-female) (gender mismatch / all trips that are W2W)
    - ■ # of riders removed from female eligible dispatches
- Rider
  - ○ Plus 1 framework: session conversion
    - ■ People eligible for the gender ask

**Breakglass metric:** if an L4 incident occurs, where a male passenger uses a woman's name that is part of the treatment group, has media attention and public opinion backlash that asks us to delete the feature and questions Uber's ability to keep our users safe, we will shut down the test.

**Experiment Design:**

Taking into account the above-mentioned criteria, the cities selected for the test are **Fortaleza** (Big North) and **Curitiba** or **Campinas** (Southwest) - Campinas pending on Transparent Dispatch rollout,

19

CONFIDENTIAL

UBER000176702.0018
UBER_JCCP_MDL_000156600.0018

cities with **934.9k, 957.7k and 578.2k trips per week** and **4.4%, 7.2% and 6.4% of women driver trips**.



Product changes considered, but not included in the pilot.
1. ~~SERASA gender validation for cash riders~~
2. ~~Removing the gender ask pop up for riders~~
3. ~~When drivers turn on the preference, they will not be dispatched to Pool trips~~
4. ~~CRM messaging to make sure we aren't penalizing female drivers for cancelling~~
    a. ~~The driver should not be penalized for cancelling based on gender mismatch. The rider should not be penalized or charged for this cancellation.~~
5. ~~Turn off Bounce, or use the Bounce rider's name to determine the gender of the rider for that trip~~
6. ~~If a null gender were to want to participate, they would have to submit a ticket and/or present themselves to a GLH to prove woman (non-transgender)~~

**PART 4**: US expansion

# US/GLOBAL EXPANSION

**Summary**
As we await full results from our rollout in Brazil (which has been impacted by COVID-19), there has been much interest from other regions who would like to launch this feature. As we think about expanding the product to more Western markets, there are additional considerations that

20

CONFIDENTIAL

UBER000176702.0019
UBER_JCCP_MDL_000156600.0019

we need to make, specifically as it relates to gender identity. We don't want to exclude those who are members of more vulnerable populations, or alienate allies we have in this space.

As we have looked to launch another safety product, S-RAD, which uses gender as an input, that team has met with various advocate and civil liberties organizations to get advice on how Uber should treat gender. This resulted in guidance which suggested Uber should allow riders to see the inference that Uber has made about them (and for drivers, the gender information we have from their driver's license), and allow users to easily update this gender information. While we want to make it an easy & respectful experience for users to legitimately update their gender (whether because Uber's inference was wrong, a user is going through a gender transition, or simply identifies as a gender different than the one on their driver's license), we also want to make sure we are monitoring for and protecting from users who may try to game the system.

## Product Changes

| Rider gender settings | Riders will be able to go into their app settings and see the gender inference that Uber has made about them, based on their first name. |
| --- | --- |
| | • From here, riders will be able to change the gender that Uber has stored for them (options: Man, Woman, Non-Binary, None of the above) |
| |    ○ Riders will also be able to opt-out of Uber storing any gender information about them |
| | • Riders may update their gender freely within the app, as many times as they want |
| |    ○ Gender updates will be processed automatically. However, matching will be withheld for 24 hours. *(eg. if a man updates their gender to 'Woman' their gender update will be reflected right away, however they won't be eligible to be matched as part of the Women Rider Preferred product for another 24 hours)* |
| | Some riders may not have an inferred gender, because their first name is less than 2 letters, or their name is gibberish / non-gendered (ie. ABCD). Those riders should see that Uber has not inferred a gender for them. |
| Gender settings - localization<br><br>NEW | In some countries, due to cultural considerations of the danger regarding identifying as something other than your biological gender, the gender settings page will need to be slightly different. |
| | • Intro text: the introductory text will be different, which means we will need to have 2 different Rosetta keys, where the visibility is controlled by the user's location |
| | • Gender options: again, based on the user's location, different gender options should be shown |
| | • Gender change: |
| |    ○ We will again need 2 different versions of this Bliss message to |

21

Commented [32]: +rebecca.payne@uber.com Do you have a rough timeline for launch? From a CommOps perspective, we'll want to create a robust support strategy (policies, agent process, etc), and I'm wondering what kind of timeline we have. Thanks! cc +harsha.gavarna@uber.com +mslott@uber.com +jdevine@uber.com

Commented [33]: We are aiming to launch in Peru and Argentina on August 24th. All other country launches are a bit up in the air, but ideally we'll add some MEA countries, possibly one flow type for India, and additional LatAm markets in H2. The US is still the most controversial in terms of launch, and we have a small window to make an impact with press (ideal time frame is late September / early October - after that it's full-on election news, then the holidays). And with everything going on with COVID, this could get pushed to next year for the US. But we are still prepping to meet that late Sept / early Oct window.

Commented [34]: @alirorab@uber.com @mollie@uber.com

Commented [35]: Thank you! My team works on US&C so I'm most interested in that timeline. Who is the best POC to keep in touch w/ on progress?

Commented [36]: +lindsay.wilson@uber.com

Commented [37]: +brenna@uber.com - I have been

Commented [38]: +frankie@uber.com for context on

Commented [39]: +rebecca.payne@uber.com any

Commented [40]: Still prepping to be ready in the lat

Commented [41]: Thank you! And just to clarify, the

Commented [42]: Yes, except this product is for

Commented [43]: Thanks! Do we know if any legally

Commented [44]: +tmyers@uber.com for US&C Op

Commented [45]: Yes, we will certainly have a comr

Commented [46]: cc @dsegill@uber.com

Commented [50]: +jennyluu@uber.com

Commented [51]: The piece you've highlighted here

Commented [52]: I am curious how machine is being

Commented [53]: You can find more details about o

Commented [47]: Hi @rebecca.payne@uber.com, D

Commented [48]: Hi Francisco - likely not launching

Commented [49]: Got it. Thanks for the update here

Commented [61]: @abhishweta@uber.com for viz

Commented [54]: @rrferreira@uber.com

Commented [55]: After chatting with Ronaldo, this is

UBER000176702.0020
UBER_JCCP_MDL_000156600.0020

P-03664.00024

| | drivers, defined by country<br>○ There will also be a different DocuSign form sent to these countries<br><br>Location should be determined by where the user takes the most Uber trips, and should not be impacted if they temporarily travel to a new location. For example, a user who signs up in Saudi Arabia (and sees limited gender options) should not see new gender options when they travel to Brazil. | |
|---|---|---|

| Rest of World | Saudi Arabia, Egypt, Jordan |
|---|---|
| ● Woman<br>● Man<br>● Non-binary<br>● None of the above<br>● Remove my gender information *[only shown to riders, and drivers whose gender is inferred]* | ● Woman<br>● Man<br><br>● Remove my gender information *[only shown to riders, and drivers whose gender is inferred]* |

| **Rider eligibility** | The following users will be eligible to be matched with drivers who have the Women Rider Preference enabled:<br>● Riders whose inferred gender is female<br>● Riders who have updated their gender to 'Woman' in the app, so long as the rider has not updated their gender more than twice (a rider's gender update in-app will always take precedence over an inference)<br><br>If a rider is cancelled on using the "Gender mismatch" cancellation reason 2 times, they will be excluded from further matches. |
|---|---|
| **Driver gender settings** | Drivers will be able to go into their app settings and see the gender that Uber has stored for them.<br>● If a driver does not identify with the gender that is currently stated, they can change the gender that Uber has stored for them (options: Man, Woman, Non-Binary, None of the above)<br>● When a driver changes their gender selection in the app, this new selection will be displayed, instead of the gender that was original transcribed from their driver's license<br><br>Drivers will not be given the option to have Uber delete their gender data, as this information comes from their driver's license and will be retained as information from that document. |
| **Driver feature access** | Drivers identified as <u>female</u> on their driver's license will automatically be given access to the product. |

**Commented [56]:** How strong is this requirement for the "Intro Text"? Based on https://engwiki.uberinternal.com/display/XP/Morphe us%28XP%29+Experiment+Constraints, there's no constraint that would qualify for this on the mobile side. Can you read the XP constraints definitions, an…

**Commented [57]:** partner_country_id would work, though is the best practice to target these strings with XP. or rather to have logic on mobile or through flipr? (especially since we know XP will be going away eventually)

**Commented [58]:** @elinor@uber.com can a rider or driver subsequently request to remove their gender, whether or not Uber has inferred that information? Assigned to elinor@uber.com

**REDACTED - PRIVILEGED**

**Commented [60]:** That's mostly correct Eli. The one callout is that right now, the inference vs. transcription of gender from a driver's DL is something configured at the country level. So for Brazil, where gender is not listed on DL's, we note that driver gender in Brazil is i…

**Commented [62]:** +rebecca.payne@uber.com - can you confirm that this will be automated and will not require agent action? Also, does this include bliss reports submitted by drivers that the gender did not match?

**Commented [63]:** Correct - this is automated already in the product today in Saudi and Brazil.<br><br>This does not include Bliss reports though, only cancellations with this specific cancellation reason.

**Commented [64]:** Bit of an edge case, but have we thought through how this might feed into reports on discrimination on the rider side (e.g. rider is transitioning, driver cancels on them for gender mis-match, rider makes claim of discrimination, so on)

**Commented [65]:** Yes, we've definitely discussed this with a group we put together of members of Uber Pride to review this product. There is no denying that this will be an uncomfortable / shitty experience for the rider, so removing them from further dispatches with women

**Commented [66]:** Only pushback I would add is that this approach penalizes the rider somewhat for the situation (by lowering the pool of available drivers for their trips) - but should we also consider a situation where the driver has this preference taken away base…

**Commented [67]:** Yes, and that's one of the main arguments we will see from men's groups (that they are denied access to rides or access to this feature). We have a few launches coming up in LatAm and will be aiming to prove that this isn't the case.

22

UBER000176702.0021<br>UBER_JCCP_MDL_000156600.0021

P-03664.00025

| | |
|---|---|
| | If a driver has <u>male</u> on their driver's license, but updated their gender in-app to <u>woman</u> or <u>non-binary</u>, this will kick off a process for the driver to get access to the Women Rider Preference, as described below. A driver's gender update in-app will always take precedence over the gender selected by the gender that was filled in by agents at onboarding. |
| **Driver eligibility review** | If a driver updates their gender to Woman or Non-binary, they may now be eligible to use the WRP. To ensure that their gender update is legitimate and not for fraudulent or malicious purposes, we will have the driver sign a legal document with this information.<br><br>**V1** Form sent through automated Bliss message:<br>● Driver updates their gender to W/NB in-app<br>● Uber sends an automated Bliss message with a link to web page with information about WRP, that includes a link to a generic DocuSign form [the Bliss message will tell the driver they need to respond to the message when they complete the form]<br>● Uber applies an internal Bliss note to the ticket, with information described below *<br>● Driver signs the form, and replies to the Bliss message to say they have completed the form<br>● Agent checks the daily DocuSign export for the driver's form and validates the information is correct<br>● Agent processes fraud review<br>● Agent grants eligibility through Bliss<br><br>**V2:** API integration<br>● Driver updates their gender to W/NB in-app<br>● Uber sends an automated Bliss message with a unique link to a DocuSign form<br>● Driver signs the form<br>● Uber receives the form output via API: adds an internal Bliss note to the ticket with the information included on the form. The ticket gets re-opened when the Bliss note is added, and passed to the next agent.<br>　○ This means we do not need to store the form on our internal systems, just importing the form output and storing that output<br>● Agent validates the information is correct<br>● Agent processes fraud review<br>● Agent grants eligibility through Bliss<br><br>* The original Bliss ticket should contain an internal note with information regarding the gender that the driver is requesting to be updated to, along with any previous gender change requests.<br><br>　**Internal Bliss note:**<br>　This driver has updated their gender in the Uber app from X to Y on [date] at [time]. |

**Commented [68]:** +banthony@uber.com +alirorab@uber.com +akankshu@uber.com just confirming we are OK with this - ie. if a driver updated their gender from female to male, it wouldn't trigger a review by an agent.

**Commented [69]:** I am fine with it. We can revisit it later if needed. +dkolta@uber.com for review.

**Commented [70]:** Yup, I'm fine with that.

**Commented [71]:** I'm aligned.

**REDACTED - PRIVILEGED**

**Commented [73]:** @christian.lacerda@uber.com what do you think the best format for this is? I was envisioning, if we could do a daily download of the CSV from DocuSign and automatically add it to a Google drive folder that agents have access to, then they cou...

**Commented [74]:** Yeah, I'm still waiting to get access to DocuSign, but from our last meeting, it seems like...

**Commented [75]:** Oh, from our meeting with them, I took away that it was really easy to schedule a regul...

**Commented [76]:** @garrick@uber.com I was wondering if you could give...

**Commented [77]:** For dashcam we use the bliss-resolver service:

**Commented [78]:** Additionally, we utilize the 'ContactService::getContactTypeNodeAncestorsIDs'...

**Commented [79]:** Thank you!

**Commented [80]:** Hi Rebecca, in LatAm the CT is Driver > Inclusion > Transgender

**Commented [81]:** Thank you guys!

**Commented [82]:** +blixt@uber.com do agents handle this type of thing today in US&C?

**Commented [83]:** @alirorab@uber.com

**Commented [84]:** Got it. Defer to blixt on this, but I assume we'll need to confirm we do/don't need to ran...

**Commented [85]:** Thanks for flagging Brenna! For US&C, the steps in this process are handled outside...

**REDACTED - PRIVILEGED**

**Commented [87]:** Thank you, both!

**Commented [88]:** Is gender information absolutely necessary? We made an effort to avoid propagating...

**Commented [89]:** The historical information is important to inform the agent's decision, ie. if someon...

**Commented [90]:** @rrferreira@uber.com I'd like to chat about this Bliss note in our meeting tomorrow...

23

<table>
<tr><td></td><td>Previous gender updates:<br>[if none]: Not applicable<br>[if one or more, list]: From X to Y on [date] at [time]<br><br>DocuSign form entry fields:<br>Full name:<br>Phone number:<br>License/Identification Card Number:<br>Date of birth:<br>Gender selection:<br>Date:<br><br>The agent's job will be to determine the driver's eligibility to access WRP. They will do this by evaluating any fraudulent identity indicators, as well as the accuracy of information on the gender declaration form. The standard for this review will be documented here.<br><br>If the driver passes the account review, the agent should be able to grant access to the feature through a Bliss action. Similarly, if a driver does not pass the account review, the agent should be able to deny access to the WRP feature.<br><br>Both actions should result in an automated Bliss message to the driver, ie. "You now have access" or "Your access has been denied."</td></tr>
<tr><td><b>International gender options</b></td><td>While we will aim to keep the gender selection options as standard as possible, some geographies will require different options due to cultural sensitivities. These will be defined by local ops, policy and legal through the launch approval process.</td></tr>
<tr><td><b>Gender data hierarchy</b></td><td>If a user is both a rider and a driver, Uber will use gender data in this order - if the first data source isn't available, we will use the second, and so on:<br>1. Self-identification through the driver app<br>2. If no self-identification, use gender from doc approver<br>3. Self-identification through the rider app<br>4. Rider gender inference</td></tr>
<tr><td><b>Rider self-identification pop-up</b></td><td>In the Saudi Arabia and Brazil pilots, we presented a pop-up to riders who we inferred as female, which asked them to confirm their gender. Now that we will be having this gender inference information available to all users, this could create conflicting sources of information. However, the pop-up helped us to get ahead of the ~20% of incorrect inferences, by allowing the rider to self-identify.<br><br>As we launch outside of those markets, we will A/B test whether the pop-up is a positive addition to gender identification, measuring:<br>- Marketplace metrics<br>- Supply utilization</td></tr>
</table>

24

**Commented [92]:** Just to be clear, we no longer have this pop up - only the gender settings page.

**Commented [93]:** Hahaha! Before I'd even asked :)! I was interested in the tech more generally than in this application. Ie can we get an answer back from DPs via an in-app message/screen. And how much info - could we get multiple choice answers, or even limited free choice (numbers)?

**Commented [94]:** You mean surface a pop-up to riders, and they ask the driver a question and input the response?

**Commented [95]:** No - just us asking the driver a question that they can answer, while remaining in-app. Specifically where the answer is not just yes/no. My immediate use case is asking (high-risk) drivers how long they have been awake in hours, and how long was their last sleep in hours. We would then be able to send them a risk assessment output depending on their answers.
I'd guess there might be other use cases too - in fact might need some sort of internal control over usage!

**Commented [96]:** Got it - this pop-up was only built in the rider app, so wouldn't be re-usable in the driver app. Seems like with what you want to do, you could do this through a survey sent via Carbon?

**Commented [97]:** Yeah - all good. Thanks! Will look into carbon survey

**Commented [91]:** @ollyg@uber.com FYI

**Commented [98]:** @zewei.liu@uber.com @huijun.pan@uber.com

CONFIDENTIAL

| | |
|---|---|
| | - ETAs<br>- Fraudulent gender changes<br>- Driver cancellations due to 'wrong gender'<br>- % of riders identified as men, women, opt-out<br><br>In markets where we test the pop-up & gender settings page:<br>- The pop-up will only be shown to riders inferred as female<br>- The pop-up will show the same gender options as the settings page<br>- If an inferred female rider selects a gender other than "Woman" this will count as their first gender change<br>- If a user is first a driver, and then a rider, we should never show them the gender confirmation pop-up, because we already have documented gender information.<br><br>In markets where we test just the gender settings page:<br>- All riders inferred as female will be eligible to be matched with drivers as part of the Women Rider Preference |
| **Availability by location** | The gender update settings page will only be available in locations where either WDW and/or S-RAD are available. This also means we will only be making inferences about rider gender in locations where those products have been approved to launch.<br><br>A user's home country (domicile) will be defined by the country code in their phone number. So if the products are live in the US, any users with a +1 country code will have an inferred gender, and will see the gender update settings page. If that user moves to the United Kingdom and changes their phone number (and the products are not live in the UK), Uber will remove the gender inference stored for that user.<br><br>In the first stages of launch, however, we will only be rolling out the products to individual cities. While the domicile rules should still stand (ie. if the product is not yet live in the UK, we should not make inferences for any UK domicile users), we should also only make inferences (and show the settings page) to individuals in a given city for rollout. |
| **Rider opt-out** | If a rider selects the "Don't infer my gender" option in-app, Uber will not store any gender information for this user, this includes inferences. All previously stored inferences should be deleted.<br><br>For the purposes of the Women Rider Preference, a rider with this selection will not be matched with drivers who have the preference turned on. |
| **Name changes** | Riders who had their gender inference updated **more than twice**, due to updating their name, will be excluded from being matched with female drivers with the preference on. |
| **Future** | ● Drivers do not currently have the option to delete the gender information |

**Commented [99]:** +christian.lacerda@uber.com Update trade inference flipr key on those markets _Assigned to christian.lacerda@uber.com_

**Commented [100]:** @rrferreira@uber.com so it maybe appears that this never happened?

25

CONFIDENTIAL

UBER000176702.0024
UBER_JCCP_MDL_000156600.0024

| | |
|---|---|
| functionality | stored about them. However, we should give them the ability to delete the gender information that they have provided in-app, as well as deleting any inferences that Uber has made about them (ie. in Saudi Arabia and Brazil, where gender is not included on drivers licenses, and agents infer gender from the driver's photo).<br><br>● We will use data from the "I was discriminated against" help node (to find overlaps with individuals who have been denied access to WRP) to ensure that we are not being overly restrictive on access to the product.<br>● Possibly disqualify a driver from eligibility if they update their gender more than 2 times<br>● Possibly disqualify a driver from eligibility if they showcase discriminatory behavior and/or abuse of the cancellation reason |

> **Commented [101]:** Idea: We could display "Remove My Gender" to drivers, only if they have already updated their gender identity.

> **Commented [102]:** Yes, that's exactly what we want to do!

**Metrics to track**

- Gender settings page:
  - Funnel of usage:
    - # Impressions on the page
    - # Taps on "Update" gender
    - # Complete gender update[1]
  - # of gender changes by riders; drivers
    - # of riders with more than 2 gender updates
  - Breakdown of gender selections by riders and drivers: Woman, Man, Non-binary, Other, Opt-out
  - % of all riders, drivers who have updated their gender
  - Of the riders / drivers who have changed their gender, average # of changes per user
  - Rider inference accuracy:
    - % inferred as female, who have changed their gender to male
    - % inferred as male, who have changed their gender to female
- Track safety incidents related to riders & drivers who change their gender (if there is a higher incident rate as compared to those who don't change their gender)

**Launch approval: Peru & Argentina**

---
[1]

26

CONFIDENTIAL

UBER000176702.0025
UBER_JCCP_MDL_000156600.0025

Regional ops in Peru and Argentina have requested an advance launch of WRP in anticipation of DiDi entering those markets in August.

In Peru, the national quarantine has been waived and all products (ie. Flash) were launched to economically support the population. Women's safety is a very important topic and we want to remove the safety barrier for women driving with Uber in this moment. The country has the lowest % of female drivers in the region, and we want to position Uber as a women's ally before the competition enters. We don't have another safety feature launch planned for Peru in Q3.

In Argentina, we are launching different safety products that could support women to start driving for Uber, like audio recording and doc scan in July. We want to take this opportunity to also launch a specific product for Women since last year a survey showed us that the main blocker for women to start to drive was having male stranger inside their car. In July, we partnered with the Ministry of Women to support women shelters and it was very well perceived from a policy perspective, the idea is to keep this strong position as a Women ally.

Peru would like to launch in the first week of August, and Argentina would like to launch in mid-August. This space will function to collect the various inputs to approving a launch in this timeframe.

- **Comms:** Is this acceptable, knowing that we aim to make a broader announcement in September?
  - @Andrew:  Yes, acceptable to launch in Peru and Argentina. Any broader global announcement is on hold due to COVID.
- **Product:** Will we have final requirements for WRP eligibility in time?
  - @Rebecca: while we may have the original requirements built by August, it's unlikely that we would have the new requirements (which aren't yet finalized) completely built by the first week of August. Would pre-announcement be an option for these markets, to time with DiDi's entry? Then the product could come a few weeks later? Or do we launch with the current Brazil version of the product?
- **Eng:** Product readiness of the new settings page (fully tested, PRR'ed, bug bashed) in this timeframe? Would we have the ability to A/B test the gender pop-up?
  - @Christian, Ani, Pritesh:
- **Ops / CommOps:** Ability for CommOps to audit female driver gender data in this timeframe? Are CommOps able to accommodate the new gender update policies?
  - @Celeste: The audit of all female/null drivers i          n Arg/Peru was done by June, we also can review the new female onboarded after this timeframe by August.
- **Data:** Ability to run & test the gender inference model for Peru and Argentina?
  - @Aakash / Wayne / Anurag
- **Policy & Legal:** REDACTED - PRIVILEGED
  - REDACTED - PRIVILEGED

27

Commented [103]: +andrew.hasbun@uber.com I think you've provisionally approved this before, but would love your thoughts so we can document here.

Commented [104]: ok by me.  Added to doc.

Commented [105]: Thank you! And we can talk about this tomorrow, but does your statement "any broader global announcement is on hold due to COVID" mean that a September announcement likely isn't happening?

Commented [106]: No.  I just think it'll be mostly a US focused thing and we shouldn't hold anyone back if they want to launch for something that isn't a sure thing in the US

Commented [107]: +rebecca.payne@uber.com do you mean when we're ready to roll out the new regs in other LatAm countries (after the announcement in sept./early October?)

Commented [108]: +christian.lacerda@uber.com +pritesh.desai@uber.com +anirudita.mallya@uber.com hi guys - I know there is still the open requirement this morning, so we can separate this into two parts... would we be ready to launch the current requirements by the first week of August, and then if we had final requirements next week, when do we think those would be ready.

Commented [109]: Hey +rebecca.payne@uber.com what do you mean about current requirements?

Commented [110]: Slightly confusing, but by 'current requirements' I meant everything documented above the "NEW 6/29" section in the PRD, so everything you had been building to before our S4S meeting last Friday. The new requirements that came out of that ...

Commented [111]: I see... so that would mean launching:

Commented [112]: +celeste.lazzerini@uber.com +alirorab@uber.com

Commented [113]: Regarding the gender audit, we are good! For CommOps, we would need more input ...

Commented [114]: +aakash.mandlik@uber.com you've previously stated 3-4 days of work to get a new ...

Commented [115]: Yes, 3-4 days would after the approval of logic and validation of sample data by DS ...

Commented [116]: Could you clarify what analysis is needed from DS?

Commented [117]: +banthony@uber.com +dkolta@uber.com for your thoughts

REDACTED - PRIVILEGED

Commented [119]: Well that's the challenge that I put in my editorial in the product section. Everything with ...

Commented [120]: commented in line.

UBER000176702.0026
UBER_JCCP_MDL_000156600.0026

**REDACTED - PRIVILEGED**

- ○ Local:
    - ■ Peru
    - ■ Argentina

If approved, to-do:
- Rollout / launch / experiment plan
- Marketing comms for launch
- 3P stakeholder engagement?

**Old requirements, retained for posterity**

After a discussion with Gus, Mac & Tony on 6/26, a new preferred approach has emerged to evaluate a driver's eligibility for the product. Instead of a safety incident and fraud review to investigate whether a driver's gender update could be fraudulent or malicious, they would like us to follow guidance from the National Center for Transgender Equality. That organization gives a grading scale to how trans-friendly driver's license gender changes are, and gives an A+ to states which do not require provider certification, and instead, rely on a declaration from the individual, under penalty of the law.

28

UBER000176702.0027
UBER_JCCP_MDL_000156600.0027

The user experience with this gender declaration form could either be reactive or proactive. In talking to Gus, he much prefers the reactive approach, though the proactive approach would be a better user experience. The way either approach could work is:

- **Reactive**
  - We will publish a help node with information on how Women drivers can get access to the product (fill out a gender declaration form)
  - If a driver writes in to support asking how they get access to the product
    - Driver marked as Woman or Non-binary in-app: we will send them the same information from the help node
    - Driver with Male on their DL or marked as Man or None of the above in-app: we will make note that this product is for Women and Non-binary drivers only
    - Driver with Female on their driver's license: we will troubleshoot to understand why this driver doesn't already have access to the feature

- **Proactive**
  - When a driver with Male on their driver's license updates their gender to Women or Non-binary in the app, we will automatically send a Bliss message to the driver, letting them know that if they want access to the Women Rider Preference, they need to fill out the gender declaration form, which we will link in the Bliss message.

**REDACTED - PRIVILEGED**

- DocuSign (likely need $$), but would have an official signature
- Google form / other online survey
- New help node with a checkbox
- Required document in DocApprover (need more investigation into options here

Other open questions:
- When the driver submits the declaration form, should this make them automatically eligible for the product, or does an agent need to review the form in any way?
  - Assumption is that an agent does not need to review
- What if someone completes the form who has an SA/SM incident reported against them?
  - Assumption is that this will no longer have bearing on their eligibility for the product
- What should the form say?
- Will this apply globally?
- Should we retain the ability for agents to override a driver's form manually?
- Note: when the agent gets the ticket to decide whether a driver is eligible, they need to see the driver's in-app gender change history

Detailed 'reactive' user experience:

1. Driver with 'Male' on their driver's license goes into the Uber app and selects 'Woman' or 'Non-binary' as their gender
   a. This updates in the app right away
   b. No further action from Uber required at this point
2. The driver has heard about the Women Rider Preference and sees that they don't have access to the product.

29

**Commented [121]:** to make a google form carry slightly more friction, we could structure it with multiple screens they have to read/click through.

**Commented [122]:** perhaps this would be enough to satisfy Gus' request that we not make it as easy... but still not as onerous as a completely reactive approach outlined below.

**Commented [123]:** Seems too easy - more effort should be required to fill out so first two options are preferable IMO.

**REDACTED - PRIVILEGED**

**Commented [125]:** DocuSign usability (create a virtual signature, etc) is not so clear for drivers who don't have high experience with the digital format in my ...

**Commented [126]:** For both (google form/help node) we can ask for drivers sent a letter signed off attached. This is how we ask self-declaration to drivers who ...

**Commented [127]:** Thinking that there should be a hold on access to WRP (24 hours? 48 hours?) so someone does not make the gender change in app, f ...

**Commented [128]:** Yes, I'm aligned. I think it just needs to be verified that they filled it out with real information

**Commented [129]:** They still need to go through a Fraud ID review, right? This was listed in the ppt slide 23

**Commented [130]:** Agree, we should be able to check if it is real information and not any word to complete the form

**Commented [131]:** It could ask for the gender registered in their official doc (each country may have a difference here - DL, National ID, or Birth certification ...

**Commented [132]:** Beyond excluding certain countries (ie: Egypt) and getting the form properly translated, any other concerns with this?

**Commented [133]:** Would we need to exclude a country like Egypt? So long as the person was declaring their gender is female, and would be ...

**Commented [134]:** From my perspective, I would ideally like this bar to be very high for countries to opt out of using the form. e.g. only if it is a crime in a ...

**Commented [135]:** As I've said, I think this is too much friction and puts too much onus on drivers with legitimate gender changes to advocate for themselve ...

**Commented [136]:** I'm sorry, aside from my Google docs suggestion above (creating multiple screens the driver must click through), I don't currently have any ...

**Commented [137]:** And if when the driver updates her gender to woman or non-binary, we present a text like "WRP is available for woman and non-binary drivers, ...

CONFIDENTIAL

UBER000176702.0028
UBER_JCCP_MDL_000156600.0028

    a.  They search online for how to get access > they find a help node on Uber's website with instructions

    b.  They reach out to Uber support and ask why they can't find the feature > Uber provides the same instructions on how to get access

3.  The driver is linked to a form they need to fill out to declare that their gender information is accurate, and they could lose access to the Uber app (anything else?) if we found out this information was false.

4.  The driver completes the form and submits. Upon receival of a completed form, the Driver's account will be routed to CommOps for a Fraudulent Identity Review. After successfully passing this review, an agent will manually grant the Driver access to Uber receives this form and automatically gives the driver access to WRP.

30

CONFIDENTIAL

UBER000176702.0029
UBER_JCCP_MDL_000156600.0029

P-03664.00033