# UBER_JCCP_MDL_000126653

## Metadata

| | | |
|---|---|---|
| **#Author** | drivestorage2@uber.com | SEMANTIC |
| **#Date Modified** | 11/16/2020 | SEMANTIC |
| **#DateCreated** | 06/07/2018 | SEMANTIC |
| **#Title** | Women Rider Preference | SEMANTIC |
| **Account** | cory.freivogel@uber.com | SEMANTIC |
| **All Custodians** | Freivogel, Cory;Luu, Jenny | SEMANTIC |
| **All Paths** | Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_5.zip; Freivogel, Cory: \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_5.zip; Luu, Jenny: \MassTort_Category3_Drive_AdditionalCustodian\MassTort_Category3_Drive_AdditionalCustodian_1.zip; Luu, Jenny: \MassTort_Category3_Drive_AdditionalCustodian\MassTort_Category3_Drive_AdditionalCustodian_1.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000126653 | SEMANTIC |
| **Collaborators** | bhav@uber.com; ambar@uber.com; sytske@uber.com; mananp@uber.com; brianz@uber.com; annie.adams@uber.com; sharmaed@uber.com; ocurry@uber.com; dmitriy@uber.com; nick.silver@uber.com; candace@uber.com; hollis@uber.com; savoldi@uber.com; meron@uber.com; rmawas@uber.com; nirveek@uber.com; binnings@uber.com; xiangjin@uber.com; sachin.kansal@uber.com; dhruv@uber.com; kchiu@uber.com; jackieg@uber.com; kateparker@uber.com; mariana.esteves@uber.com; tbreeden@uber.com; haas@uber.com; davi@uber.com; Darya.Pilram@gmail.com; nweaser@uber.com; christian.lacerda@uber.com; carley@uber.com; johnathon@uber.com; mike.yang@uber.com; rebecca.payne@uber.com; bmar@uber.com; brian.tan@uber.com; sumers@uber.com; krishnaja@uber.com; eric.schroeder@uber.com; shahd@uber.com; fiona.zhou@uber.com; safety-ds@uber.com; safety-insurance-bi@uber.com; s.team-disabled@uber.com; UNKNOWN; safety-personal@uber.com; safety-program@uber.com; safety-research@uber.com; safety-team@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 06/07/2018 6:50 pm | SEMANTIC |
| **DocID** | 1S4EPULX2uLxmIdoz30Kr2uxuRX_HR3UrtxDVxdwh_b8 | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000126653 | SEMANTIC |
| **File Path** | \MassTort_Category3_DRIVE\MassTort_Category3_DRIVE_5.zip | SEMANTIC |
| **File Size** | 26532030 | SEMANTIC |
| **Filename** | Women Rider Preference_1S4EPULX2uLxmIdoz30Kr2uxuRX_HR3UrtxDVxdwh_b8.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | e7ecc3f65d1f6a5bb3ee81667dc52a59 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000126653;UBER_JCCP_MDL_000126653.0001;UBER_JCCP_MDL_000126653.0002;UBER_JCCP_MDL_000126653.0003;UBER_JCCP_MDL_000126653.0004;UBER_JCCP_MDL_000126653.0005;UBER_JCCP_MDL_000126653.0006;UBER_JCCP_MDL_000126653.0007;UBER_JCCP_MDL_000126653.0008;UBER_JCCP_MDL_000126653.0009;UBER_JCCP_MDL_000126653.0010;UBER_JCCP_MDL_000126653.0011;UBER_JCCP_MDL_000126653.0012;UBER_JCCP_MDL_000126653.0013;UBER_JCCP_MDL_000126653.0014;UBER_JCCP_MDL_000126653.0015;UBER_JCCP_MDL_000126653.0016;UBER_JCCP_MDL_000126653.0017;UBER_JCCP_MDL_000126653.0018;UBER_JCCP_MDL_000126653.0019;UBER_JCCP_MDL_000126653.0020;UBER_JCCP_MDL_000126653.0021;UBER_JCCP_MDL_000126653.0022;UBER_JCCP_MDL_000126653.0023;UBER_JCCP_MDL_000126653.0024;UBER_JCCP_MDL_000126653.0025;UBER_JCCP_MDL_000126653.0026;UBER_JCCP_MDL_000126653.0027;UBER_JCCP_MDL_000126653.0028;UBER_JCCP_MDL_000126653.0029;UBER_JCCP_MDL_000126653.0030;UBER_JCCP_MDL_000126653.0031;UBER_JCCP_MDL_000126653.0032;UBER_JCCP_MDL_000126653.0033;UBER_JCCP_MDL_000126653.0034;UBER_JCCP_MDL_000126653.0035;UBER_JCCP_MDL_000126653.0036;UBER_JCCP_MDL_000126653.0037;UBER_JCCP_MDL_000126653.0038;UBER_JCCP_MDL_000126653.0039;UBER_JCCP_MDL_000126653.0040;UBER_JCCP_MDL_000126653.0041;UBER_JCCP_MDL_000126653.0042;UBER_JCCP_MDL_000126653.0043;UBER_JCCP_MDL_000126653.0044;UBER_JCCP_MDL_000126653.0045;UBER_JCCP_MDL_000126653.0046;UBER_JCCP_MDL_000126653.0047;UBER_JCCP_MDL_000126653.0048;UBER_JCCP_MDL_000126653.0049;UBER_JCCP_MDL_000126653.0050;UBER_JCCP_MDL_000126653.0051;UBER_JCCP_MDL_000126653.0052;UBER_JCCP_MDL_000126653.0053;UBER_JCCP_MDL_000126653.0054;UBER_JCCP_MDL_000126653.0055;UBER_JCCP_MDL_000126653.0056;UBER_JCCP_MDL_000126653.0057;UBER_JCCP_MDL_000126653.0058;UBER_JCCP_MDL_000126653.0059;UBER_JCCP_MDL_000126653.0 | SEMANTIC |

Exhibit
**P-03669**

| | | |
|---|---|---|
| | 060 | |
| **ILS Document Date** | 11/16/2020 | SEMANTIC |
| **ILS Prod Date** | 1/6/2026 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL312a | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000131252; UBER_JCCP_MDL_000215562; UBER_JCCP_MDL_001973524; UBER_JCCP_MDL_001974856; UBER_JCCP_MDL_003672727; UBER_JCCP_MDL_003698778; UBER_JCCP_MDL_003700140; UBER_JCCP_MDL_003700939; UBER_JCCP_MDL_003700944; UBER_JCCP_MDL_004796916; UBER_JCCP_MDL_005076277; UBER_JCCP_MDL_005076279; UBER_JCCP_MDL_005201364; UBER_JCCP_MDL_005239869; UBER_JCCP_MDL_005243784; UBER_JCCP_MDL_005243812; UBER_JCCP_MDL_005243824; UBER_JCCP_MDL_005380911; UBER_JCCP_MDL_005381142; UBER_JCCP_MDL_005599871 | SEMANTIC |
| **Other Custodians** | Freivogel, Cory;Luu, Jenny | SEMANTIC |
| **Primary Date** | 06/07/2018 6:50 pm | DOC_TYPE_ALIAS |
| **Production Volume** | UBER023;Vol039;JCCP_MDL312; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Sort Date** | 11/16/2020 10:08 pm | SEMANTIC |
| **SourceHash** | 113f037d4097d692d5213e02c08410f2 | SEMANTIC |
| **Viewers** | cory.freivogel@uber.com; jess.donald@uber.com; uber.com | SEMANTIC |



UBER00146755

UBER_JCCP_MDL_000126653



UBER

# Women Rider Preference

## In Saudi Arabia

Designs last updated 6/07/18
rebecca.payne@ racine@ bengel@

CONFIDENTIAL

## Slide 1 Notes

**Title (multiple layouts available)**
Add a descriptive Title to your presentation.

- Make sure to keep the date updated
- Author name lets people know who to talk to about questions

CONFIDENTIAL

UBER000146755.0001
UBER_JCCP_MDL_000126653.0001

Female-only dispatch products are not a new subject for Uber.

But there are legal and policy related challenges to address, including:

- 
- 
- 
- 

**REDACTED - PRIVILEGED**

CONFIDENTIAL

UBER000146755.0002
UBER_JCCP_MDL_000126653.0002

Slide 2 Notes

# REDACTED - PRIVILEGED

CONFIDENTIAL

UBER000146755.0003
UBER_JCCP_MDL_000126653.0003

# Only the US has sufficient women drivers to make a "women only driver" view a reliable product

| | | Women Driver Hour Penetration Rate | | | |
|---|---|---|---|---|---|
| | | 1% (roughly UK level) | 5% (roughly Mexico level) | 15% (roughly SF evening level) | |
| **Product Specific Metrics** | ETA Delta vs X | +7.3min | +5.8min | +3.8min | |
| | % Zeroes[1] | 82% | 48% | 22% | |
| | % Uncompleted[2] | 90% | 60% | 30% | |
| **Women Driver Efficiency / Utilization[3]** | Current | | 45% / 65% | | |
| | Women product | 52% / 90% | 50% / 80% | 47% / 70% | |

**Without significant changes to dispatch settings, women only vehicle view is likely to be unreliable outside the US. Total marketplace health will be negatively impacted, but women earnings will increase as women utilization goes up**

Notes: Based on 150k historical trips and their dispatch data in San Francisco
[1] Zero rate of the specific view; assumes that the app would zero out if no women drivers are available within current distance/eta dispatch range (based on uberX settings for dispatch range). Increased dispatch range would reduce zero rate
[2] Includes zeroes, unfulfilled, and cancels; assumes 80% driver acceptance rate, 30% of trips result in a cancel if it's more than 2x and more than 5min of the original ETA
[3] Assumes 10% requests are women-only, and idle time cuts are proportional to women request/women driver penetration

**UBER**

CONFIDENTIAL

UBER000146755.0004
UBER_JCCP_MDL_000126653.0004

## Slide 3 Notes

*Languages spoken, driver photo, driver rating, car characteristics shown at point of dispatch selection - allows for any combination of characteristics displayed in profile

Table outlining for three different women driver penetration levels (20%, 10%, 5%) the average -
a)   ETA delta
b)   Unfulfilled delta
c)   Estimate zero
d)   Marketplace negative impact (effective lost supply hours
e)   Lost trips

Actual DH and earnings loss for women drivers are limited because efficiency is likely to stay stable -- women drivers' utilization goes up as their
     ETAs go up, assuming portion of female rider base using VV is higher than driver base

CONFIDENTIAL

UBER000146755.0005
UBER_JCCP_MDL_000126653.0005

UBER000146755.0006

UBER_JCCP_MDL_000126653.0006



# 74%

**Of prospective female drivers would be willing to transport only female passengers**

CONFIDENTIAL

## Slide 4 Notes

- Now here is where it gets really interesting: 74% of prospective drivers said they would only be willing to transport female passengers
- This number wasn't that surprising knowing the traditional cultural norms and the history of gender segregation in Saudi but it was still fascinating to see that clearly spelled out in the research.
- So we saw a unique opportunity to test an offering that's been discussed numerous times internally: Giving women drivers the option to be mostly matched with women riders.

CONFIDENTIAL

UBER000146755.0007
UBER_JCCP_MDL_000126653.0007

OVERVIEW

# Executive Summary

We are introducing a driver preference for female drivers in Saudi Arabia, which allows them to say they prefer to pick up female riders.

Gender validation of riders will be based on first name mapping and self-confirmation at ride request. We know this won't result in a perfect match 100% of the time, which is why we will be positioning this as a preference, rather than a hard filter.

UBER

CONFIDENTIAL

UBER000146755.0008

UBER_JCCP_MDL_000126653.0008

# Rider gender identification

Optimize for low engineering cost & heavy-lifting for rider, to test quickly with room for future advancements

**ID upload**
PRO: most accurate, hard to game
CON: gender not included on Saudi ID or licenses, heavy lifting for rider to get a small chance of getting a female driver

**Self Identification**
PRO: easy for rider
CON: prone to bad actors

**Mutombo**
PRO: technology is used for drivers, not as much heavy lifting
CON: privacy concerns for riders, especially women, to show their face, relying on Microsoft gender analysis

**Social Connect**
PRO: easy for rider, already being used for cash riders
CON: easy to change gender on Facebook, many people don't enter a gender on Facebook

**Voice Recognition**
PRO: technology exists which we could utilize
CON: well-documented that voice ID is biased to male voices, easy to game

**National DB integration**
PRO: (hopefully) accurate
CON: likely requires national ID entry (privacy concerns), dependent on reliability of available databases

**First name check**
PRO: no involvement from rider
CON: high error/unknown rates, can be gamed

CONFIDENTIAL

UBER000146755.0009
UBER_JCCP_MDL_000126653.0009

UBER000146755.0010
UBER_JCCP_MDL_000126653.0010

CONFIDENTIAL

## Slide 7 Notes

- I just want to give you a little bit more context  Being born and raised in one of the most conservative cultures around the world, I can tell you that some people might find it tough to be here. Schools,

- restaurants, events, banks are all segregated by gender, and even what is more tough, it's me staying stuck at home for not having accessibility to transportation was not easy, especially knowing that men in Saudi never faced it. But now, women can drive.

- On the 23rd of June, 11:55PM I turned on the car, had my father next to me ready to finally have his daughter drive him around the city. Finally at 12AM sharp I drove, and it was the best feeling ever.

- I have a video my dad took at 12AM, you could see different emotions, happiness, shock, denial, excitment. My legs were shaking once the clock went to 12, I am used to driving in California & Dubai and my legs werent shaking because of the fear of driving. It was shaking because it was illegal at 11:59PM, then legal at 12AM. So imagine that emotions. Enjoy the video :)

CONFIDENTIAL

UBER000146755.0011
UBER_JCCP_MDL_000126653.0011

# How can Uber support women during this transition

CONFIDENTIAL

UBER000146755.0012
UBER_JCCP_MDL_000126653.0012

## Slide 8 Notes

- Thanks Ohoud, that's really awesome. Hi everyone, my name is Guylaine and I am part of the Middle east & Africa S&P team

- Just wanna take everyone a few months back to October 2017 when the ban lift was announced. This is when we started thinking about initiatives to support women as they go through this radical change from not being able to drive at all to being able to drive passengers (including men)

CONFIDENTIAL

UBER000146755.0013
UBER_JCCP_MDL_000126653.0013

# Masaruky "Your path" in Arabic

| Support women getting their driving license | Introduce women to Uber | Attract & retain women drivers |
|---|---|---|
| 1 Mn SAR fund | Women only GLH | Products and features tailored to women |

UBER000146755.0014
UBER_JCCP_MDL_000126653.0014

CONFIDENTIAL

## Slide 9 Notes

- . So we announced Masaruky, your path in Arabic an initiative Nada our ME MM presented on one of the global staff call few months ago
- As part of Masaruky, we announced a 1 Mn SAR fund to support hundreds of women in getting their driving license.
- We also launched a women only GLH to support women and introduce them to Uber
- Finally, to attract and retain women drivers, we started to thinking about what products we could possibly introduce to make women feel more comfortable driving on Uber.
- For this purpose, we started a nation-wide research with Ipsos targeting women who intend to get their license to understand their concerns related to driving. Overall, the research results were very exciting and made us realize that we can play an active role during this pivotal time.
- I just wanna pause here and call out how exciting and rewarding it is to be able to contribute to that historical moment, a moment all Saudi women like Ohoud have been waiting for their entire lives and being able to create this type impact or what some of us would call uber magic is what makes working at this place so special and unique.

CONFIDENTIAL

UBER000146755.0015
UBER_JCCP_MDL_000126653.0015

**Would you be interested to drive on ride sharing platforms?**



56%

24%

20%

**Unsure**

**Not Interested to drive**

Main themes:
- Non acceptance in the society (mainly by male family members)
- Fear of being in the same car with men

**Interested to drive**
**"Prospective drivers"**

Main themes:
- Source of additional income
- Financial contribution to their households

CONFIDENTIAL

UBER000146755.0016
UBER_JCCP_MDL_000126653.0016

## Slide 10 Notes

- ○ I am just gonna highlight few insights from the research that were really defining for us: 56% of women surveyed said they are interested to drive on Uber or other ride sharing platforms. The main triggers for that were to earn additional income and contribute financially to their household
- ○ On the other hand, 24% of women said they're not interested in driving professionally mainly because of social norms and the fear of being in the same car with men

CONFIDENTIAL

UBER000146755.0017
UBER_JCCP_MDL_000126653.0017

UBER000146755.0018
UBER_JCCP_MDL_000126653.0018

## Interest in driving for Uber or other ridesharing platforms



**20%**

More women said they would consider driving if that option was available

**87%**

said such feature would make them feel safer



100%

75%

50%

56%

25%

0%

CONFIDENTIAL

## Slide 11 Notes

- ○ The need for such a feature was further confirmed in our research as when we went back and asked the same group of women if they would be interested to drive with this option available, 67% said yes.
- ○ That's a 20% increase in the number of women who would now be interested to drive professionally.
- ○ To add to this, the vast majority of prospective drivers said such a feature would make them feel safer.
- ○ And finally our focus groups' insights clearly highlighted that such a product was not only an ask but rather an expectation from the various women interviewed
- ○ As a result, we kicked off a massive cross functional project with regional and global stakeholders from the product, policy, legal, marketing and comms teams to assess the feasibility of introducing such a feature in KSA. Especifically, we've been working very closely with Sachin and Rebecca from the safety product team and I'll hand it over to Rebecca to go through more details about the product

CONFIDENTIAL

UBER000146755.0019
UBER_JCCP_MDL_000126653.0019

UBER000146755.0020
UBER_JCCP_MDL_000126653.0020

## Interest in driving for Uber or other ridesharing platforms



20%

More women said they would consider driving if that option was available

87%

said such feature would make them feel safer



CONFIDENTIAL

## Slide 12 Notes

○ The need for such a feature was further confirmed in our research as when we went back and asked the same group of women if they would be interested to drive with this option available, 67% said yes.

○ This reflects a 20% increase in women who would now be interested to drive.

○ To add to this, the vast majority of prospective drivers said such a feature would make them feel safer.

○ And finally the focus groups' insights clearly highlighted that such a product was not only an ask but rather an expectation from the various women interviewed

○ As a result, we kicked off a massive cross functional project with regional and global stakeholders from the product, policy, legal, marketing and comms teams to assess the feasibility of introducing such a feature in KSA. Especifically, we've been working very closely with Sachin and Rebecca from the safety product team and I'll hand it over to Rebecca to go through more details about the product

CONFIDENTIAL

UBER000146755.0021
UBER_JCCP_MDL_000126653.0021

UBER000146755.0022
UBER_JCCP_MDL_000126653.0022

# Female drivers around the world



| | United States | Brazil | India | Mexico | Indonesia | Russia |
|---|---|---|---|---|---|---|
| | 21.3% | 3.9% | 0.1% | 4.1% | 1.3% | 0% |



# 50%

Of our riders are women

CONFIDENTIAL

## Slide 13 Notes

This is because, while almost 50% of our riders are women, females make up a much smaller percentage of our driver-base, and even less when it comes to supply hours. So in most countries, allowing the large population of female riders to request rides from the small population of female drivers would produce a sub-optimal experience for those riders as they see increased wait times and in some circumstances, find that there are no drivers available.

CONFIDENTIAL

UBER000146755.0023
UBER_JCCP_MDL_000126653.0023

# Preference setup

CONFIDENTIAL

UBER000146755.0024
UBER_JCCP_MDL_000126653.0024

# Preference setup (option A)

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.

Related frameworks
Carbon: Search & Preferences



**Planner**

**Preferences**

Turn on Female rider preference

**Female Rider Setting — On**

Feature is turned on and reflected in the trip indicator, that lets drivers know how many trips they can expect to receive

**More Info**

Driver is able to learn more about that the feature

CONFIDENTIAL

UBER000146755.0025

UBER_JCCP_MDL_000126653.0025

## Slide 15 Notes

ndication of how many trips they can expect to receive.

## Slide 15 Comments

1   +rebecca.payne@uber.com to what are we going to substitute this blog? Do you have the intire link so I can share with mkt team?
    _Reassigned to Rebecca Payne_
    _Deleted user, 8/3/2019 10:05 PM_

2   I'll schedule some time with content & marketing to discuss what we want to do here. We've only had 4 clicks on this link in the Saudi
    pilot (out of 100 drivers using the product) so it isn't providing much value. We may want to change this to just regular text which says
    something like "You will only be matched with female riders. If a male rider arrives for the trip, you may cancel using "xxxxxx"
    cancellation reason."
    _Rebecca Payne, 8/3/2019 10:05 PM_

3   +annie.adams@uber.com this is the icon I'm referencing in my last comment
    _Rebecca Payne, 12/14/2018 11:16 PM_

CONFIDENTIAL

UBER000146755.0026
UBER_JCCP_MDL_000126653.0026

# Cancellations

CONFIDENTIAL

UBER000146755.0027
UBER_JCCP_MDL_000126653.0027

# Cancellation Process



UBER000146755.0028
UBER_JCCP_MDL_0001266653.0028

CONFIDENTIAL

**Cancel Reason:**

Related frameworks
Carbon: Search & Preferences



Rider Contact Info

Cancel Reason

Cancel Confirm

Online

UBER000146755.0029
UBER_JCCP_MDL_000126653.0029

CONFIDENTIAL

# Rider Experience

CONFIDENTIAL

UBER000146755.0030
UBER_JCCP_MDL_000126653.0030

# Rider Gender Confirmation

This will only be shown to riders we believe are female based on their first name, and is built using the Plus One framework.



CONFIDENTIAL

UBER000146755.0031
UBER_JCCP_MDL_000126653.0031

# Appendix

CONFIDENTIAL

UBER000146755.0032
UBER_JCCP_MDL_000126653.0032

UBER_JCCP_MDL_000126653.0033
UBER000146755.0033

# Success Metrics

| | |
|---|---|
| Matches with the preference are women-to-women | 95% |
| EPH (avg target earnings per hour) of female drivers is not drastically lower than male drivers | At least 80% EPH of male drivers |
| Female drivers enabling the preference | 70% |

CONFIDENTIAL

Related frameworks
Carbon: Search & Preferences

# Preference setup (option A)

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.



**Planner**

Turn on Female rider preference

**Preferences**

Turn on Female rider preference

**Female Rider Setting – On**

Feature is turned on and reflected in the trip indicator, that lets drivers know how many trips they can expect to receive

**More Info**

Driver is able to learn more about that the feature

CONFIDENTIAL

UBER000146755.0034
UBER_JCCP_MDL_000126653.0034

**Slide 23 Notes**

ndication of how many trips they can expect to receive.

CONFIDENTIAL

UBER000146755.0035
UBER_JCCP_MDL_000126653.0035

# Preference setup (option A)

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.



CONFIDENTIAL

**Slide 24 Notes**

ndication of how many trips they can expect to receive.

CONFIDENTIAL

UBER000146755.0037
UBER_JCCP_MDL_000126653.0037



UBER000146755.0038

UBER_JCCP_MDL_000126653.0038

CONFIDENTIAL

## Slide 25 Notes

Check on BPO location, make sure they are trained and they get this right - process for this being done at the GLH vs. BPO (automatic document identification)
Make sure "prefer" is on the disclaimer screen - with a link to 'Learn More'
Prevalence of unknown / gibberish names - flag to Jenny
Account holder vs. rider issue
Worry free trip cancel - cancel and then told to write into support? Or creates a support ticket where they follow up on the misuse of the feature.
Just have a threshold here for number of cancels on a rider.
Make sure CommOps is acting on gender mismatch if a ticket comes in.

Driver gender stored in populous?

CONFIDENTIAL

UBER000146755.0039
UBER_JCCP_MDL_000126653.0039

# Preference setup

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.

Related frameworks
Carbon: Search & Preferences

**Copy Alternative:**

**What's your gender?**
We use this information to match you with drivers

- Alt: This helps determine if you're eligible to be picked up by female drivers

- Alt: This helps determine what rides you're eligible for

- Alt: This helps us match female riders with female drivers

- Alt: This helps us match you with drivers of your same gender



Product Selector

Gender Confirm

Dispatch

CONFIDENTIAL

UBER000146755.0040
UBER_JCCP_MDL_000126653.0040

# Preference setup

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.

## Related frameworks
Carbon: Search & Preferences

**Copy Alternative:**

**What's your gender?**
We use this information to match you with drivers

- Alt: This helps determine if you're eligible to be picked up by female drivers
- Alt: This helps determine what rides you're eligible for in Saudi Arabia.
- Alt: This helps us match female riders with female drivers
- Alt: This helps us match you with drivers of your same gender



Product Selector — Gender Confirm — Dispatch

CONFIDENTIAL

UBER000146755.0041
UBER_JCCP_MDL_000126653.0041

# Cancel Reason Copy Options

Related frameworks
Carbon: Search & Preferences



**Copy Alternative:**

2

- Option 1: Rider didn't match my selected gender preference

- Option 2: Rider was male, and I set my driving preferences to female

- Option 3: Gender mismatch: rider was a man

---

**Cancel trip** — (Option A)

✕

⊘ Don't charge rider
⊘ Rider didn't show up
⊘ Rider requested the cancellation
⊘ Rider didn't match my selected gender preference
⊘ Unaccompanied minors
⊘ Other

Cancel Reason (Option A)

---

**Cancel trip** — (Option B)

✕

⊘ Don't charge rider
⊘ Rider didn't show up
⊘ Rider requested the cancellation
⊘ Rider was male, and I set my driving preferences to female
⊘ Unaccompanied minors
⊘ Other

Cancel Reason (Option B)

---

**Cancel trip** — (Option C)

✕

⊘ Don't charge rider
⊘ Rider didn't show up
⊘ Rider requested the cancellation
⊘ Gender mismatch: rider was a man
⊘ Unaccompanied minors
⊘ Other

Cancel Reason (Option C)

---

CONFIDENTIAL

UBER000146755.0042
UBER_JCCP_MDL_000126653.0042

Slide 28 Comments

1

**REDACTED - PRIVILEGED**

*Daniel Kolta, 9/26/2018 04:59 AM*

2

**REDACTED - PRIVILEGED**

*Rebecca Payne, 9/26/2018 04:59 AM*

CONFIDENTIAL

UBER000146755.0043
UBER_JCCP_MDL_000126653.0043

Related frameworks
Carbon: Search & Preferences

# Preference setup (option B)

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.



## Female Preference - On

## More Info

Driver is able to learn more about that the feature

UBER000146755.0044
UBER_JCCP_MDL_000126653.0044

CONFIDENTIAL

**Slide 29 Notes**

ndication of how many trips they can expect to receive.

CONFIDENTIAL

UBER000146755.0045
UBER_JCCP_MDL_000126653.0045

# Preference setup (option B)

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.

Related frameworks
Carbon: Search & Preferences



**Planner**

**Preferences**

Turning on the toggle for the first time evokes the confirmation prompt.

**Confirm**

Confirmation stating enabling this feature may decrease the number of ride requests they receives

**Female Preference - on**

Feature is turned on and reflected in the trip indicator, that lets drivers know how many trips they can expect to receive

UBER000146755.0046
UBER_JCCP_MDL_000126653.0046

CONFIDENTIAL

**Slide 30 Notes**

ndication of how many trips they can expect to receive.

**Slide 30 Comments**

1   +naidu@uber.com can you also check to see if the Reset / Save buttons are a part of the preferences framework? on top of the icon design?
    *Rebecca Payne, 9/26/2018 09:00 PM*

    +racine@uber.com it seems that the the person icon next to the preference may not come for free with the preferences framework, but Naidu is going to take a look at this
    *Rebecca Payne, 9/26/2018 09:00 PM*

2   I see, okay thanks for the update! Keep me posted if designs need to shift.
    *Deleted user, 9/24/2018 09:30 PM*

3   Reset/Save are part of preferences framework.
    *Naidu Appana, 9/24/2018 09:49 PM*

4   Thanks Naidu. Racine, another point is that nothing else on this screen shows up in Saudi (actually, the screen doesn't exist in Saudi - the planner entry point also doesn't exist) so when you are updating the copy with Zoe's latest, can you also remove the product selector and dropoff areas? Thanks!
    *Rebecca Payne, 9/26/2018 07:12 PM*

CONFIDENTIAL

UBER000146755.0047
UBER_JCCP_MDL_000126653.0047

## Slide 30 Comments (Continued)

5    I see, does the "open to most trips" indicator still persist? Do you have a screenshot of what that screen looks like in Saudi Arabia?
*Deleted user, 9/26/2018 08:15 PM*

6    Since the screen doesn't exist in Saudi Arabia, I don't have a screenshot. But yes, let's keep the "open to most trips" indicator at the top.
*Rebecca Payne, 9/26/2018 08:42 PM*

7    No worries, sounds good, i'll make those changes by EOD today.
*Deleted user, 9/26/2018 09:00 PM*

CONFIDENTIAL

UBER000146755.0048
UBER_JCCP_MDL_000126653.0048

UBER_JCCP_MDL_000126653.0049     UBER000146755.0049

Related frameworks
Carbon: Search & Preferences

# Preference setup

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.



Product Selector

Gender Confirm

Dispatch

CONFIDENTIAL

UBER000146755.0050
UBER_JCCP_MDL_000126653.0050

Related frameworks
Carbon: Search & Preferences

# Preference setup

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.



Product Selector

Gender Confirm

Dispatch

CONFIDENTIAL

UBER000146755.0051
UBER_JCCP_MDL_000126653.0051

Related frameworks
Carbon: Search & Preferences

# Preference setup

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.



Product Selector

Gender Confirm

Dispatch

CONFIDENTIAL



UBER000146755.0052
UBER_JCCP_MDL_000126653.0052

CONFIDENTIAL

# Brazil Test

CONFIDENTIAL

UBER000146755.0053
UBER_JCCP_MDL_000126653.0053

# Preference setup

Women drivers will have the ability to enable a preference that allows them to receive trips request from women riders.



UBER000146755.0054
UBER_JCCP_MDL_000126653.0054

**Planner**

**Preferences**

Turn on Female rider preference

**Female Rider Setting – On**

Feature is turned on and reflected in the trip indicator, that lets drivers know how many trips they can expect to receive

**More Info**

Driver is able to learn more about that the feature

CONFIDENTIAL

P-03669.00057

**Slide 36 Notes**

ndication of how many trips they can expect to receive.

CONFIDENTIAL

UBER000146755.0055
UBER_JCCP_MDL_000126653.0055

# Cancel Reason

Related frameworks
Carbon: Search & Preferences



Rider Contact Info

Cancel Reason

Cancel Confirm

Online

CONFIDENTIAL

UBER000146755.0056
UBER_JCCP_MDL_000126653.0056

# Rider Gender Confirmation

This will only be shown to riders we believe are female based on their first name, and is built using the Plus One framework.



UBER000146755.0057
UBER_JCCP_MDL_000126653.0057

CONFIDENTIAL

## Slide 38 Comments

1   +patricia.heilberg@uber.com
    _Assigned to Deleted user_
    _Davi Costa, 8/1/2019 02:58 PM_

CONFIDENTIAL

UBER000146755.0058
UBER_JCCP_MDL_000126653.0058

# Next steps

Ops

- Choose 2 cities for test - **DONE**
- Loop in BR marketplace team so they are aware of any potential impacts
- Confirm processes for tagging drivers as female (existing drivers + new drivers)
- Explore buying gender data from SERASA for long term

Engineering

- Scoping, resourcing, and adding to an upcoming sprint
- Hook into existing BR first name model; surface gender pop-up for female riders
  - ○ This will need 2-3 weeks to soak before we have enough eligible female riders identified, so there is demand when female drivers turn the preference on
- Create rule to block riders from female dispatches if the account name has changed from male to female
- Link to new blog post in Ts&Cs
- Update language on "Preference" - Process & validate translations
- Long term: SERASA integration with first name check
- Add "Other" option to rider gender selection

Marketing

- Comms to female drivers announcing the test & educating on the feature
- Proactive comms for media; reactive comms if an incident occurs
- Create hidden blog post to link from terms & conditions in-app
- Work with NGO for support of the launch

CONFIDENTIAL

UBER000146755.0059
UBER_JCCP_MDL_000126653.0059

## Slide 39 Comments

1    in progress
     *Deleted user, 8/2/2019 10:31 PM*

2    in progress
     *Deleted user, 8/2/2019 10:31 PM*

3    in progress
     *Deleted user, 8/2/2019 10:31 PM*

CONFIDENTIAL

UBER000146755.0060
UBER_JCCP_MDL_000126653.0060