89°    SIGN UP    WATCH NOW

**LOCAL NEWS**

# Napa Woman Shares Terrifying Experience with Uber Driver

by: **Sara Zendehnam**
Posted: Sep 24, 2016 / 11:08 PM PDT
Updated: Sep 24, 2016 / 11:07 PM PDT

SHARE    

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

A ride-hailing experience from the Sacramento International Airport was so traumatizing, a Napa woman vows she'll never use Uber again.

Mary Beth McMann wants to warn all riders to be aware of the dangers of ride-booking services after she says she felt uncomfortable and threatened by her driver.

After a long work trip McMann landed at the Sacramento International Airport Wednesday and just wanted to get home, but her Uber back to Napa was anything but easy.

McMann said from the moment she got in the car, her driver made her uncomfortable.

"This man is talking to me about prison and commissary and crazy gang stuff," McMann told FOX40.

As the ride went on, McMann says the driver, named Donavan, kept missing exits. Then the conversation got more graphic.

"[It was] just really lewd sexual things that made no sense and came out of no where," McMann said.

Driving down I-80 with no way out of the car, McMann said she felt trapped. Her husband was able to track the trip on the Uber app. McMann said she told Donavan to stop at a parking lot in Napa where her husband was waiting for her.

FOX40 reached out to Uber about the allegations. A spokesperson said Donavan has been with the company for one month and has no previous complaints.

In a statement, spokesperson Tracey Breeden said, "Upon receiving information about the allegation, the driver was removed from accessing the platform. The driver is suspended while we investigate the allegations made. The allegations are still being reviewed."

McMann finally made it home safely, but wants her experience to be a warning for other ride share users.

"You have to be very diligent in your own safety."

**Suggest a Correction**

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SPONSORED CONTENT**    U.S. Privacy

Privacy Policy

**She Took 1 Teaspoon on an Empty Stomach – Now They Call It 'Homemade Bariatric'**
Hollywood News | USA

Click Here

P-03684.00001

EXHIBIT 1308
06-30-2025

Exhibit P-03684