# UBER_JCCP_MDL_003347376

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Anderson, Brooke;Silver, Nick; | SEMANTIC |
| **All Paths** | Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_12.zip; Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_12.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_1.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_1.zip | SEMANTIC |
| **Application** | Microsoft 2007 Word Document | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003347376 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 02/13/2022 9:57 pm | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003347389 | SEMANTIC |
| **File Path** | \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_12.zip | SEMANTIC |
| **File Size** | 990342 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **Other Custodians** | Silver, Nick;Anderson, Brooke; | SEMANTIC |
| **Primary Date** | 02/13/2022 9:57 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL124; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 10/18/2023 11:38 pm | SEMANTIC |

Trial Exhibit No.
**P-03687**

P-03687.00001

›A/C Privileged and Confidential

**Hertz/Tesla/Uber Press Playbook**
*Embargo: Tuesday, June 28 at 6:00am ET*

| **Comms**<br>Brooke Anderson, Product<br>Conor Ferguson, Mobility<br><br>**Marketing**<br>Lizzie Ross, Sustainability<br>Brittanie Coleman, Brand Partnership<br><br>**Social**<br>Suzanne Lindbergh, Global Social<br><br>**Policy + Research**<br>Adam Gromis, Sustainability<br>Rainer Lempert, Mobility Research | **Ops**<br>Ashwin Dias, Central Ops - Head of Vehicles<br>Bob Rupp, Central Ops - Vehicles<br>Cameron Vit, Central Ops - Vehicle Solutions<br>Alex Mennella, Central Ops - Vehicles<br>Rachel Pinkham, Central Ops - Vehicles Electrification<br><br>**BD**<br>JJ Raynor, Earners |
|---|---|

**What's Happening**
On Tuesday, June 28, we're providing press with an update on our progress towards the initial goal of getting 50,000+ Teslas by 2023 on the Uber platform via the Hertz rental program. We'll use this opportunity to generate local and some national coverage that celebrates our success so far, and highlights the fact that 15k+ Uber drivers have rented a Tesla through Hertz since the partnership began.

**Objectives**

- **Inform press and KOLs** of the meaningful progress that's been made towards our initial goal of having 50,000+ Teslas for rent on the platform.
- **Generate driver awareness** about the Hertz/Tesla rental program that leads to an increase in drivers renting.
- **Generate rider excitement** about the increased likelihood that the next time they request an UberX, Uber Green or Comfort Electric, a Tesla could arrive.

**Media Strategy**

- **Make it about expanding EVs:** We'll continue to emphasize how this partnership puts more EVs on the Uber platform - it does not make Teslas more affordable to own.
- **Speak to drivers who rent:** Our survey research suggests there is great demand from drivers <u>to rent.</u> We'll appeal to their hearts and pocketbooks by highlighting how this program allows drivers who rent to save money and reduce emissions.
- **Target Transportation/Tesla reporters and local press:** Transportation and Tesla-beat reporters will be interested in hearing an update on the progress we're making towards the goal of having 50,000+ Teslas for rent on the platform. We'll lean into the local press to generate driver awareness about the program and buzz among riders.

**Goal Headlines:**

- Your next Uber in [city name] might just be a Tesla
- How you can sign up to drive a Tesla for Uber

**Key Messages**

- **More EVs on the road:** This partnership will put as many as 50,000 Teslas on the Uber platform to accelerate the adoption of EVs across America.

- - Continues to be the largest expansion of electric vehicles on a mobility platform in North America and one of the largest ever, globally.
  - Meaningful progress towards our goal of becoming a zero-emissions mobility platform by 2030 in the US.
- **Uber riders will be seeing (and riding in) Teslas** more frequently in [city name].
- **Helps drivers who rent make the switch to an EV:** We want every driver who rents to know this is an option that's good for them and good for the environment. There are several benefits to renting a Tesla through this program:
  - Gas savings
  - Increased earnings potential- Tesla drivers are eligible to do Comfort and Comfort Electric trips; and receive $1/trip incentive, up to $4,000, annually.
  - Access to Tesla's Supercharger network & Uber's EVgo charging discounts

**Key Statistics/Data to Share** (6/22/22)

- **Total number of driver rentals:** Over 15K drivers have rented since launch
- **Number of trips completed w/ Hertz Teslas:** 5M+
- **Number of EV miles traveled w/ Hertz Teslas:** 40M+
- **Exposing drivers to EVs:** For 95% of drivers renting a Tesla through Hertz, this was the first-ever EV they had driven on Uber's platform.
- **Driver Satisfaction:** In a survey, 92% of drivers renting a Tesla with Hertz say they are considering purchasing an EV.

**Local Statistics/Data to Share**
- Here

**Steps to Take**

**Share the news widely in each priority city:** Blast a localized pitch, with progress blog, to media outlets in each priority city - making sure to highlight the progress at hand towards our 50K goal, the recent availability of Teslas for Uber drivers in that city and all of the benefits for drivers who rent a Tesla through Hertz.

**Identify and prep driver spokesperson:** For the highest priority cities, we should train up and put forth a local driver, that rents a Tesla through Hertz, who can passionately speak to the benefits of the partnership. Please use this doc for an approved list of vetted drivers. If you don't see an approved driver in a specific city, or need additional drivers, please reach out to Conor Ferguson, Brittanie Coleman, Cameron Vit and Rachel Pinkham.

**Use these messages + local proof points:** In addition to sharing the above key statistics and data, we should also share that drivers are becoming increasingly interested in EVs. A recent survey of more than 6,000 internal combustion engine (ICE) drivers using the Uber app showed that 47 percent are interested in a battery EV as their next car. We will not be sharing city specific stats.

**Targeted pitch for local feature:** Once you have identified a driver spokesperson in each priority city, send a more targeted pitch to select press, offering a driver interview and "ride along" inside a Tesla. This story should highlight our key messages:
- Uber is adding more Electric Vehicles to the road
- Uber riders will be seeing (and riding in) Teslas more frequently in [city name]
- We're helping drivers who rent make the switch to an EV

**Priority City List**
*Atlanta, Austin, Boston, Charlotte, Chicago, Cleveland, Connecticut, Dallas, Denver, Detroit, Houston, Jacksonville, Las Vegas, Los Angeles, Miami, Minneapolis - St. Paul, Nashville, New Jersey, New Orleans, NYC Suburbs, Orlando, Philadelphia, Phoenix, Portland, Sacramento, San Antonio, San Diego, San Francisco, Seattle, St Louis, Tampa Bay, Washington D.C.*

**UBER INTERNAL:** For reference, the majority of these cities are receiving 200-650 cars. A small handful are receiving less than that, but all of these markets will receive at least ~70 Teslas.

**Identifying and Vetting Drivers**

- When using a driver from this or this vetted and approved list (see column AC under Partner Vetting tab), please call the driver to see if they're interested in being interviewed by the press.
    - If they show interest, please conduct the following pre-interview to assess if they are the right spokesperson to represent Uber.
- See **HERE** for suggested pre-interview questions.
- If you don't see an approved driver in a specific city, or if none of the vetted drivers are a good spokesperson, please reach out to Conor Ferguson, Brittanie Coleman and Cameron Vit.
- **UBER INTERNAL:** Drivers should get paid $100-$250 for the time they spend being interviewed by the press. Please contact Rachel Pinkham and Alex Mennella to complete a driver payment.

**Timeline and Media Plan**

| DATE | ASSET/TASK | OWNER |
|---|---|---|
| **Tues, 6/14** | - Hertz Newsroom post approval | Conor / Brooke |
| **Fri, 6/17** | - Upload Newsroom post (set publish time)<br>- Gather assets | Conor |
| **Tues, 6/21** | - Send Hertz Canada expansion press release | Conor / Brooke |
| **Weds, 6/22** | - Share plan w/ Mac<br>- Finalize comms plan<br>- Share plan w/ Local Policy | Conor |
| **Thurs, 6/23** | - Pre-brief target press list | Conor / Brooke |
| **Tues, 6/28** | - Embargo lifts<br>- Newsroom Post goes live<br>- Uber Social posts<br>- Manage national press reactively<br>- Amplify/pitch national press<br>- Local Policy teams pitch | Conor / Social Team / Local Policy |

**Social**

**Mac Re/Tweets:**

**Tweet #1:**
Drivers in 30+ US cities can now rent a Tesla through Uber's exclusive partnership with @Hertz! Drivers who are interested in renting a Tesla through Hertz, visit here:
https://www.uber.com/us/en/drive/vehicle-solutions/hertz/tesla/

**Tweet #2:**

Drivers are expressing pride in being part of the climate solution and are seeing increased earnings through gas savings, EV incentives and tips - only on Uber
https://www.uber.com/newsroom/hertz-update/

**Retweet:**
We are supercharged about this news ☐☐

>  **Tweet #1**
>  Caption: *Your next Uber ride could be in a Tesla! Here's why:*
>  *☐15,000+ drivers to date have rented a Tesla to work with Uber*
>  *☐They've completed more than five million fully-electric trips*
>  *☐They've driven over 40 million electric miles*
>  *[link to Newsroom post]*

**Uber Social:**

- **Tweet #1**
  https://twitter.com/Uber/status/1541783778527412226?s=20&t=6LfGDctqa6a8TJuzwbG6wQ

- **Tweet #2 :** https://twitter.com/Uber/status/1541796570357809157
- **Tweet # 3 :** https://twitter.com/Uber/status/1541809725494509569

- **Linked In Post #1:**
  https://www.linkedin.com/feed/update/urn:li:activity:6947546847028658176

- **Linked in Post # 2 Rafael driver:**
  https://www.linkedin.com/feed/update/urn:li:activity:6947564201024401408

- **Linked in Post # 3:**
  https://www.linkedin.com/feed/update/urn:li:activity:6947610423617572864

- **IG: carousel of FIVE Tesla rides "in the wild" from Uber customers:**
  https://www.instagram.com/p/CfWhZAHuM-3/
  IG Caption: *What's the definition of envy? See what riders are saying! Your next Uber ride could be a Tesla! Here's why:*
  *☐15,000+ drivers to date have rented a Tesla to work with Uber*
  *☐They've completed more than five million fully-electric trips*
  *☐They've driven over 40 million electric miles*

  *Link in bio*

- **IG LinkTree** the Newsroom post: https://www.uber.com/newsroom/hertz-update/

**Newsroom Post**

**Link:** https://www.uber.com/newsroom/hertz-update/
**Why your next Uber might just be a Tesla**
By: Andrew Macdonald, SVP of Mobility and Business Operations

Eight months ago, we announced a new partnership with Hertz to make up to 50,000 fully electric Teslas available to rent by 2023, exclusively for drivers using the Uber network in the US. Today, we're thrilled to report that drivers in 30+ cities, including Los Angeles, Houston, Boston, Chicago, Atlanta and Miami, can rent a Tesla through this program.

To date, more than 15,000 drivers have rented a Tesla through this program - and they're making a real impact. Together they've completed more than five million fully-electric trips and driven over 40 million electric miles.

Drivers are expressing pride in being part of the climate solution and are seeing increased earnings through gas savings, EV incentives and tips. Here's what they're saying.

**Saying goodbye to gas**



"I haven't had to use gas for six months," said Manuel Barros of Boston, who has driven with Uber for eight years. Barros heard about Uber's partnership with Hertz through the Uber Driver app and said that it was easy for him to reserve a Tesla.

"When I had a gas car, I would spend $25-30 dollars a day [on gasoline]," said Barros. "I'm saving almost $160 a week, if not more, driving an electric vehicle." Through the partnership with Hertz, drivers have access to the Tesla Supercharger network and to Uber's exclusive EVgo discounts, and others, which help to boost gas savings.

"I've been behind the wheel for 31 years and I've had so many cars," said Barros. "I would rather drive this than any other car."

**Earning more behind the wheel of a Tesla**



"If I'm putting thousands of miles into the world, I figured a green car would be a better move because it's helping the environment," said Shanita Murray of Los Angeles, who has been driving with Uber since 2016. Shanita isn't the only one that loves her Tesla - riders love it too. "When I provide excellent service, I'm gonna get tips," said Murray.

While many drivers have reported increased tips, drivers can also enjoy higher earnings potential due to Uber's Green Future Program, which provides incentives – such as $1 more per trip in a battery electric vehicle, up to $4,000 annually. And now, with the addition of Comfort Electric, Uber's first fully electric rides offering, Tesla drivers in Los Angeles, San Diego and San Francisco can enjoy even better earnings potential.

Murray, who is currently in college studying to advance her degrees in the transportation industry credits Uber with giving her such flexibility. "I've always had a passion for

transportation," said Murray. "The freedom I get to choose my schedule and make money is really something I'm grateful for."

**Introducing drivers to Electric Vehicles**



Drivers report that the partnership has given them a taste of what it's like to go electric - and they like what they see. "It was a great experience, and still is," said Raphael Veira of Los Angeles.

Raphael isn't alone. For 95% of drivers renting a Tesla through Hertz, this was the first-ever electric vehicle they had driven on Uber's platform. "I was always curious as to how an electric vehicle could handle the mileage you put on your car when doing Uber," said Veira. "It handles the mileage really well."

While these drivers are currently renting, 92% of them say they are considering purchasing an electric vehicle. "I want to buy a Model S eventually," said Veira. "And this was a perfect opportunity to see how they drive."

Uber and Hertz require that drivers have at least a 4.85-star rating* and have completed a minimum of 150 trips to be eligible. For drivers who are interested in renting a Tesla through Hertz, they can visit this site for more details.

**Teslas are now available to rent in the following cities:**
Atlanta, Austin, Boston, Charlotte, Chicago, Cleveland, Connecticut, Dallas, Denver, Detroit, Houston, Jacksonville, Las Vegas, Los Angeles, Miami, Minneapolis - St. Paul, Nashville, New Jersey, New Orleans, NYC Suburbs, Orlando, Philadelphia, Phoenix, Portland, Sacramento, San Antonio, San Diego, San Francisco, Seattle, St Louis, Tampa Bay, Washington D.C.

And, what does this all mean for Uber riders? They'll be seeing (and riding in) electric vehicles more frequently in cities across the country. As the largest expansion of electric vehicles on a mobility platform in North America and one of the largest globally, this partnership with Hertz allows us to continue marching towards our zero-emissions goal.

*Effective as of January 3, 2022.

###

**Statement**

"Today, we're excited to announce that drivers in 30+ US cities can now rent a Tesla through Uber's exclusive partnership with Hertz. Thousands of drivers are already renting Teslas through this program, which is supercharging Uber's transition to zero-emissions mobility and exposing many new riders to fully-electric rides. The program is a win for drivers, who are expressing pride in being part of the climate solution and are welcoming increased earnings through gas savings, electric vehicle incentives, and tips. And it's a win for riders too, who are enjoying more rides in Teslas than ever before." - Andrew Macdonald, SVP of Mobility and Business Operations

**Pitches**

CONFIDENTIAL

P-03687.00007

UBER_JCCP_MDL_003347381

**Coverage**
Here

**Pre-Brief Outlet**

Axios, Joann Muller
Bloomberg, Jackie Davalos*
CNBC, Jessica Bursztynsky
CNET, Carrie Mihalcik
CNN Business, Matt McFarland, Sara O'brien, Catherine Thorbecke
Engadget, Nathan Ingraham, Kris Holt
Fast Company, Harry McCracken, Mark Sullivan
Forbes, Alan Ohnsman
The Hill, Saul Elbein
Jason Aten, Inc.
NBC News, Bryan Logan
NPR, Shannon Bond
TechCrunch, Kirsten Korosec
USA Today, Michelle Shen, Bailey Schultz
The Verge, Andrew Hawkins
WIRED, Aarian Marshall
Yahoo! Finance, Allie Garfinkle
Reuters, David Shepardson

*Will offer an interview with Adam Gromis, Global Head of Sustainability Policy

**Tech/Transportation Target Outlets**

Electrek, Fred Lambert
Car and Driver, Laura Sky Brown
Inside EVs, Steve Loveday

**Tech/Transportation Pitch:**

Email #1:

**Subject:** Uber Pitch: Update on Hertz/Tesla Partnership - Axios ☐

Hi xx - I hope you're doing well! I'm reaching out with a really exciting update on our partnership with Hertz, to make up to 50,000 fully electric Teslas available for rent to drivers over the coming years. I would like to share this news with you, under embargo until Tuesday, June 28 at 6:00am ET. Once you confirm the embargo, I'll send over the details including new data, our Uber Newsroom post and a quote from Andrew Macdonald, SVP of Mobility and Business Operations.

In the meantime, please let me know if you have any questions - I'm available on cell at 484.250.0871. Looking forward to hearing from you.

Email #2:

**Subject:** Uber Pitch: Update on Hertz/Tesla - 40M+ miles traveled ☐

Hi xx - I'm reaching out with a really exciting update on our partnership with Hertz, to make up to 50,000 fully electric Teslas available for rent to drivers over the coming years. I'm sharing this news under embargo until Tuesday, June 28 at 6:00am ET.

Here's the scoop:

- **15K+ Uber drivers have so far rented a Tesla via Hertz:** This partnership with Hertz continues to be the largest-ever expansion of electric vehicles on a mobility platform in North America and one of the largest ever globally, marking another step towards Uber's zero-emissions goal.
- **Data on our progress:**
  - **Number of trips completed:** Through this program, drivers have already completed more than 5 million fully electric trips in Teslas.
  - **Number of EV miles traveled:** Over 40 million fully electric miles have been traveled by drivers who rent a Tesla through this Hertz partnership.
- **Teslas are in high-demand:** Driver interest has been through the roof and drivers are loving the Tesla experience (see below Newsroom post).
- **Where drivers can rent a Tesla via Hertz today:** 30+ U.S. cities, including: Atlanta, Austin, Boston, Charlotte, Chicago, Cleveland, Connecticut, Dallas, Denver, Detroit, Houston, Jacksonville, Las Vegas, Los Angeles, Miami, Minneapolis - St. Paul, Nashville, New Jersey, New Orleans, NYC Suburbs, Orlando, Philadelphia, Phoenix, Portland, Sacramento, San Antonio, San Diego, San Francisco, Seattle, St Louis, Tampa Bay, Washington D.C.

**About our Hertz/Tesla partnership:**

As a reminder, this program with Hertz aims to create positive environmental benefits by giving rental drivers **a chance to both increase earnings and reduce environmental impact.** Drivers who qualify will enjoy gas savings, as well as higher earnings potential through special EV incentives such as $1 per trip / up to $4,000 annually, available through Uber's Green Futures Program. They'll also get access to the Tesla Supercharger network and to Uber's exclusive EVgo discounts.

See below for our Uber Newsroom post, under embargo and **HERE** for some stills and in-app screenshots you're free to use in your coverage. I'm also happy to provide a quote from Andrew Macdonald, SVP of Mobility and Business Operations.

Please give me a shout if you have any questions - 484.250.0871.
Talk soon.

**Local Pitch:**

Subject: Uber Pitch - Your next Uber in [city name] might be a Tesla 🚗

Beep beep! Uber riders and drivers are going to be excited about this! Sending over some fun Uber news for you, under embargo until Tuesday, 6/28 at 6am ET.

Uber drivers in [city name] now have the ability to rent Teslas through Uber's recently announced rental program with Hertz, which aims to make 50,000 fully electric Teslas available for Uber drivers to rent by 2023. That means your next Uber ride could be in a Tesla!

- **15K+ Uber drivers have rented a Tesla via Hertz:** This partnership with Hertz continues to be the largest-ever expansion of electric vehicles on a mobility platform in North America and one of the largest ever globally, marking another step towards Uber's zero-emissions goal.
- **Uber Data on the Hertz partnership:**
  - **Number of trips completed:** Through this program, drivers have already completed more than 5 million fully electric trips in Teslas.
  - **Number of EV miles traveled:** Over 40 million fully electric miles have been traveled by drivers who rent a Tesla through this Hertz partnership.
- **Where drivers can rent a Tesla via Hertz today:** 30+ U.S. cities, including: Atlanta, Austin, Boston, Charlotte, Chicago, Cleveland, Connecticut, Dallas, Denver, Detroit, Houston, Jacksonville, Las Vegas, Los Angeles, Miami, Minneapolis - St. Paul, Nashville, New Jersey,

New Orleans, NYC Suburbs, Orlando, Philadelphia, Phoenix, Portland, Sacramento, San Antonio, San Diego, San Francisco, Seattle, St Louis, Tampa Bay, Washington D.C.

See below for our blog post, under embargo. Please see **HERE** for some stills and in-app screenshots. Please let me know your thoughts and feel free to give me a shout if you have any questions, 484.250.0871.

**Additional Pitches**

- **Uber drivers can now rent a Tesla in [city name]:**
  - Local Pitch Email
  - Blog Post [TK]
  - Suggested Outlets: Local TV/radio/print/digital publications

- **Show & Tell - The Tesla Experience:**
  - Local Pitch Email
  - **Identify a local news reporter to pitch:** Oftentimes the weekend meteorologist who doubles as a weekday features reporter will be our best bet for a comprehensive story on our Uber/Hertz/Tesla partnership.
  - **Share key stats and data:** Only share national data, as we are not sharing city specific stats.
  - **Driver interview:** Make driver spokesperson available for on the record interviews (in-person, on-camera, over the phone).
  - **Tesla ride along:** Driver spokesperson should be prepared to provide a "ride along" with the reporter - showing and telling why drivers enjoy driving a Tesla for Uber and what it's like to be a passenger in an Uber Tesla. Driver should highlight the following:
    - **Driver Benefits:**
      - **Increased Earnings:** Tesla drivers are eligible to get Uber Green and Comfort trips.
      - **Green Incentives:** Drivers are eligible for a $1/trip electric vehicle incentive, up to $4,000, annually.
      - **Additional Tips:** Tesla drivers have reported receiving hire tips from riders.
      - **Access to Charging Network:** In addition to gas savings, drivers will have access to Tesla's Supercharger network & Uber's EVgo charging discounts.

    - **Rider Benefits:**
      - **Spacious:** riders can sit back and relax with all the extra leg room available in a Tesla.
      - **Quiet:** There's no gas-powered engine in this car, which makes it very quiet.
      - **Cool factor:** No matter the occasion, you'll always show up in style!

**Commented [1]:** Might need to work on these a bit! Open to suggestions!

**Commented [2]:** @lizzie.ross@uber.com can we brainstorm this on Friday?

**Commented [3]:** Yup!

**Commented [4]:** Re-upping for today!

**Resources**

Uber/Hertz Partnership Announcement (updated Jan. 2022)
Data on Current Tesla Rental Progress (internal only)
Uber Rental Programs
Policy Playbook
Canada Launch Plan
Assets

**Additional Contacts**

Hertz [TK]

**FAQ**

**Q: How does this program work?**
- This is a program for drivers to rent a Tesla from Hertz for the purpose of driving with Uber
- This is a weekly rental product, with no long term commitment. Drivers pay Hertz a flat rental fee per week that includes unlimited miles, maintenance and insurance. The only additional cost drivers incur is charging
- Drivers can find and book this rental offer from Hertz via Uber's Vehicles Marketplace, which is found in the Account section of the Uber Driver app.

**Q: Will Teslas be available right away?**
- Yes, Teslas are available for rent in the specified cities.
- If all available Teslas in a city are being rented, drivers can join the waitlist to be notified when a Tesla becomes available in their city

**Q: Why is it taking Hertz so long to deliver more Teslas?**
- We are happy with the progress that has been made to date. Hertz and Uber have been steadily ramping up the program.
- Today, drivers in 30+ cities can rent a Tesla via Hertz to drive on the Uber platform.

**Q: Which Tesla models are you offering?**
- The following Tesla vehicles are available, via Hertz, exclusively to drivers using the Uber platform:
    - 2021 Tesla Model 3 Standard Plus
    - 2022 Tesla Model 3 Standard Plus
    - 2021 Tesla Model 3 Long Range
    - 2022 Tesla Model 3 Long Range

**Q: How much will it cost to rent a Tesla through the Uber/Hertz program?**
- Rentals will start at $334 and go down to $299 or lower as we continue with the program.
- This is the best offer to rent a Tesla available on the market today. Hertz also includes maintenance and insurance.
- All told and considering the other financial benefits of driving a Tesla (including higher per trip earnings, additional incentives and gas savings), this program makes it as affordable as renting an internal combustion vehicle.

**Q: Does this rate include charging?**
- No - drivers are responsible for charging but overall we expect drivers to save compared to paying for gas.
- Through this program, drivers can access Tesla's Supercharger network or Uber's exclusive EVgo discounts on public charging with EVgo.
- Drivers also can save the most by charging at home if they can.

**Q: At $1200+ a month, this program is more expensive than if someone were to actually just lease a Tesla on their own and drive with Uber. Why should drivers do this?**
- Many drivers choose to rent over leasing for several reasons, such as the upfront cost and financing required.
- For drivers who do weekly rentals, this is the best deal available to rent a Tesla in the market today
- And - for the first time ever - it's actually as affordable to rent a Tesla as it is to rent a gas-powered vehicle through this program when you consider the financial benefits (such as higher per trip earnings, additional incentives, gas savings, etc.)

**Q: This does nothing to make owning an electric vehicle more affordable. Why not?**
- This program is designed to appeal to drivers who rent and drive the most hours and the most miles because that will actually have the biggest initial impact in terms of tailpipe emissions.

- However making EVs affordable is also a priority and something we want to keep working on with government leaders today.

**Q: How does this new offering compare to gas vehicle rentals?**
- Today, gas rentals eligible for UberX trips start at $260 per week, and we estimate drivers spend around $100-120 per week on fuel.
- While Tesla rentals cost more per week ($334) we expect drivers to save on fuel costs ($40/week) and to earn more via our Zero Emission Vehicle (ZEV) incentives ($60/week depending on the number of trips completed), bringing the effective cost to near parity with a gas rental for a newer, greener, more comfortable car.

**Q: What indication of demand do you have for this program?**
- We have seen very high demand for this program and we expect for the demand to continue
- We already connect drivers to a number of companies that rent non-Tesla EVs and those offerings are over-subscribed, indicating strong demand for EVs in general.
- The Tesla Model 3 is one of the safest cars in the world as rated by NHTSA and highly sought after, and the Hertz offering is the easiest way to rent a Tesla.

**Q: How many drivers rent their vehicles?**
- It varies depending on the city. Most own their cars, but some do rent.

**Q: Have we seen a correlation with uptick in the program related to an increase in gas prices?**

- Driver demand for the Hertz Tesla rentals in the US has been high throughout the duration of the program. And it's worth noting that the increase in gas prices has increased the savings drivers realize when they switch to an electric vehicle, but we don't expect to see reduced driver demand for this program once gas prices normalize.

**Q: How many of the 50,000 Tesla vehicles has Uber received from Hertz?**
- Uber does not comment on the overall number of vehicles in the Hertz fleet.

**Q: Do we have any plans to announce additional monetary investments for drivers to make the switch to electric vehicles?**

- As part of Uber's commitment to being a zero-emissions platform across the globe by 2040, helping drivers go electric continues to be a major focus.
  - Last year, we announced this partnership with Hertz to make up to 50,000 Teslas available for Uber drivers to rent by 2023.
  - Uber is the only ridesharing company that has committed to make available more than $800 million in resources to help hundreds of thousands of drivers transition to battery EVs by EOY 2025.
  - **$1-a-trip ZEV incentive:** In the US, drivers who switch to EVs can enjoy higher earnings potential due to Uber's Green Future Program, which provides incentives to go electric, including $1 more per trip up to $4,000 annually.
- We want Uber to be the cleanest platform on earth because it's the right thing for our consumers, cities and business. We're focusing on three actions to lead the industry to zero emissions:
  1. **Drivers:** helping drivers go electric as fast as possible
  2. **Consumers:** empowering consumers to choose green and car-free products
  3. **Transparency**: being transparent about our climate impact each year so we're accountable for improvement

**Q: Do you have any examples of how you are using the $800M to help drivers go electric?**

- **ZEV Incentive in the US:** We offer a $1-per-trip ZEV incentive to drivers of battery-electric vehicles for every trip they complete (up to $4k annually)

- We continue to offer a range of additional incentives for drivers who switch to electric vehicles including:
    - **EV cost calculator guide** on Uber.com, allowing any driver in the US to understand the financial tradeoffs of switching from their current vehicle to an EV including specific government and utility incentives they may be eligible for based on where they live
    - **EV purchase & rental discounts:**
        - All US drivers are eligible to receive best-in-market discounts on EVs from several dealers, exclusive to drivers using Uber's app (more here)
        - Drivers can get discounted pricing from local certified dealers on new and used EVs through TrueCar.
        - Drivers with a 4.85 rating and 100+ trips can rent a Tesla through Hertz.
        - Drivers in select markets can also rent or lease EVs at preferred rates with Avis, Drive Sally, Hive, Flux, and HyreCar
    - **Charging discounts:**
        - All US drivers are eligible for discounts on EVgo charging, including up to 45% off for Uber Pro Gold, Platinum, and Diamond drivers.
        - All drivers are eligible for $200 off a Wallbox home charger and installation, with the option for monthly financing.
        - All drivers are eligible for a $150 discount on a JuiceBox home charger with Enel X.
        - Drivers in California are eligible for a discount on a solar roof installation with SunRun.

**Q: Can you share what mobility products Uber provides that are environmentally friendly? Where are they available for riders?**

- **Uber Green**, our EV and hybrid rides option, is the most widely available on-demand mobility solution in the world for no or low emission rides, currently offered in 100+ metropolitan markets, across 3 continents and 15 countries
- **Uber Comfort Electric,** our first fully electric mobility offering, gives riders even more ways to travel and be a part of the climate solution. It's as simple as tapping a button, requesting a ride in a premium EV, like a Tesla or Polestar. Comfort Electric is now available in San Francisco, San Diego and Los Angeles with more cities to come. A similar product is also available in Dubai.
- **UberX Share**, our reimagined Shared Rides offering, allows us to match more people in fewer cars faster, and help cut gas use, vehicle-miles and emissions per passenger, and make transportation more affordable. We recognize the potential sharing a ride has in making cities more efficient which is why we are committed to building features that are sustainable for riders, drivers, the cities we serve, and for Uber.
- **Car-free:** Uber consumers have plenty of car-free travel alternatives:
    - **Micromobility** options--including electric mopeds, bikes, and scooters--in 170 metropolitan markets, double the number of markets available in 2020
    - **Public transportation products**—We offer journey planning and first- and last-mile solutions for transit agencies—in 40+ major metropolitan markets, an increase of 88% since 2020

**Q: Increasingly studies like Carnegie Mellon are indicating that Uber is a net negative on the environment - from increased traffic congestion to harmful pollutants. Why should anyone take this seriously?**
- Personal vehicle trips are the overwhelming driver of transportation greenhouse gas emissions today, with more than 90% share of passenger vehicle miles traveled in the US. By contrast, ridesharing and taxi trips are less than one half of one percent.
- In fact, the study authors cite the external costs of air pollution and climate emissions from ridesharing trips are 3 - 12% lower than trips by private car and that ridesharing is creating potential local air pollution benefits (e.g. 50 to 60% lower air pollution in ridesharing versus those in private cars.)
- The study notes that ridesharing drivers' shift to zero emissions, battery EVs results in a 16-17% reduction (improvement) in external impact costs.

- This study affirms why Uber is taking a holistic approach to our sustainability goals by expanding access to zero-emission rides, connecting drivers to EVs, and investing in multimodal options in our app.

**Q: What's exclusive about this program?**
- All 50,000 Teslas are exclusively reserved for rental by drivers on the Uber network
- This deal, which is the best on the market today for drivers who want to rent a Tesla, is exclusively available to drivers using the Uber platform

***Uber's Rental Programs - publicly shareable link here***

**Q: When were these rental initiatives set up?**
- We started rental initiatives in 2014.

**Q: Does Uber get a cut anywhere, and/or does it charge an "affiliation fee" in the terms?**
- Uber does not earn a commission or fee from these lease payments. We refer drivers to Hertz, and they enter into agreements directly with Hertz.

**Q: How many drivers currently rent or lease their cars from vehicle partners?**
- I don't have that information available right now.

**Q: How many drivers have ever rented or leased from one of these dealers?**
- I don't have that information available.

**Q: Does Uber consider these rental or leasing arrangements to be predatory?**
- Some drivers choose to rent on a weekly basis for many reasons, and it's important for them to have choices. When it comes to Tesla rental offering from Hertz, we've arranged for the best deal in the market exclusive to drivers who use Uber.

**Q: How often must a driver drive with Uber to be considered "using" the service per the terms of these contracts?**
- That is up to the dealer issuing the lease. We have no input on those specific terms.

**Q: Has Uber considered that these arrangements increase the argument that it exerts "employer like" control over independent contractors?**
- We do not believe drivers choosing to sign up for an optional rental agreement to earn money on Uber represents "employer like" control.

*Tesla*

**Q: Will Full Self-Driving (FSD) be included?**
- No, but other active safety features will be enabled.

**Q: Will drivers have access to the Tesla supercharger network?**
- Yes.

**Q: Tesla has stated intentions to launch a rideshare network. Is Uber concerned that this partnership enables them as competitors?**
- No--this partnership is good for drivers, Uber, and our world at a time when climate change has never been more crucial to address. And competing on sustainability is a win for the world.

**REPORTER QUESTIONS:**

**Bloomberg:**

**Q: What is the latest Uber specific data for the amount of EVs on the platform?**

---

**Commented [5]:** @brooke.anderson@uber.com

**Commented [6]:** @brooke.anderson@uber.com @adam.gromis@uber.com in response to Jackie's question.

Is this the latest data? I pulled from our GO/GET comms plan.

**Commented [7]:** https://www.bloomberg.com/news/articles/2022-05-05/uber-repairs-paris-and-london-relationships-with-ev-push

There's a chart mid-page called "Share of Uber Trip Miles Driven by Zero-Emission Vehicles"

**Commented [8]:** Thank you and apologies since this might be right in front of me, but where is the source for this table that they created?

**Commented [9]:** Sorry Conor... we're the source

- As part of Uber's commitment to being a [zero-emissions platform](#) across the globe by 2040, helping drivers go electric continues to be a major focus.
    - Last year, we [announced a partnership](#) with Hertz to make up to 50,000 Teslas available for Uber drivers to rent by 2023.
    - Uber is the only ridesharing company that has committed to make available more than $800 million in resources to help hundreds of thousands of drivers transition to battery EVs by 2030.
    - **$1-a-trip ZEV incentive:** In the US, drivers who switch to EVs can enjoy higher earnings potential due to Uber's [Green Future Program](#), which provides incentives to go electric, including $1 more per trip up to $4,000 annually.
- We want Uber to be the cleanest platform on earth because it's the right thing for our consumers, cities and business. We're focusing on three actions to lead the industry to zero emissions:
    1. **Drivers:** helping drivers go electric as fast as possible
    2. **Consumers:** empowering consumers to choose green and car-free products
    3. **Transparency**: being transparent about our climate impact each year so we're accountable for improvement
- **This is our first all-electric consumer product in the US:** Uber also offers Uber Green, our product for hybrid and EV rides, as well as car-free options like bikes and scooters.
- We've designed Uber Comfort Electric with driver feedback in mind, to provide them with even more choice and increased earnings potential, due to the higher price point and ZEV incentive for drivers of battery-electric vehicles.
- **Key Sustainability Data:**
- **Drivers:**
    - Uber has **19K+** battery EV drivers active on the platform globally, more than any mobility platform outside of China
  - **Consumers:**
    - Uber gives nearly **2M riders a month** zero emission trips and exposure to EV technology, (**4x Growth in one year:** up from 451,000 in 2021)
    - We o**ffer more green and car-free ride options t**han than any other global platform
    - We provide no/low emission rides on Uber Green today in **100+** major metropolitan markets
    - We provide car-free options in **170** metropolitan markets (3x as many as we did in 2020)
- **Transparency:**
    - We're the only global ridesharing company to measure emissions from every trip and publicly report on carbon intensity ([2nd annual transparency report](#), from Dec 2021)
- **Europe Leadership:** Our progress in Europe is [leading the way](#) and teaching us best practices that can help us go green faster.
    - Drivers using Uber are going electric in Europe **nearly 5x faster** than average European private car owners, **8x in London**
    - Today, about **1 in 10 trips** in London are in a battery EV
- [More on our response to the FHWA's RFI on EV charging](#)
- For more on our partnerships with EV industry players, see a summary list of highlighted offers for drivers [here](#) and more detailed descriptions [starting on page 8 of our latest progress report](#) on the decarbonization and electrification of rides
- For more on our latest EV products, go [here](#)