UBER000080216

## Metadata

| All Custodians | Hasbun, Andrew;Silver, Nick | SEMANTIC |
|---|---|---|
| All Paths | Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \EDISCO-25926_GMAIL3\EDISCO-25926_GMAIL3-4.zip\EDISCO-25926_GMAIL3--andrew.hasbun@uber.com-lf65ZL.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-147.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-8Uyi5S.mbox; Hasbun, Andrew: \Multi Custodian Gmail\EDISCO-23472_Gmail-147.zip\EDISCO-23472_Gmail--andrew.hasbun@uber.com-8Uyi5S.mbox; Silver, Nick: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-10.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-3YUyFw.mbox; Silver, Nick: \EDISCO-24394_Gmail\EDISCO-24394_Gmail_-10.zip\EDISCO-24394_Gmail_--nick.silver@uber.com-3YUyFw.mbox; Silver, Nick: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-1.zip\MassTort_Category2_GMAIL--nick.silver@uber.com_0.mbox; Silver, Nick: \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-1.zip\MassTort_Category2_GMAIL--nick.silver@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--nick.silver@uber.com_0.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER000080216 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 06/15/2021 11:54 pm | SEMANTIC |
| End Family | UBER000080216 | SEMANTIC |
| File Path | \MassTort_Category2_GMAIL\MassTort_Category2_GMAIL-1.zip\MassTort_Category2_GMAIL--nick.silver@uber.com_0.mbox.zip\MassTort_Category2_GMAIL--nick.silver@uber.com_0.mbox | SEMANTIC |
| File Size | 8241 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| Other Custodians | Silver, Nick;Hasbun, Andrew | SEMANTIC |
| Primary Date | 06/15/2021 11:54 pm | DOC_TYPE_ALIAS |
| Production Volume | UBER021; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 06/15/2021 11:54 pm | SEMANTIC |

Trial Exhibit No.

**P-03689**

---

## Message

---

**From:**      Rebecca Payne [rebecca.payne@uber.com]
**Sent:**      6/15/2021 11:54:27 PM
**To:**        Nick Silver [nick.silver@uber.com]; Lizzie Ross [lizzie.ross@uber.com]; Ashu Manohar [ashu@uber.com]; Andrew Hasbun [andrew.hasbun@uber.com]; Neil Chopra [neil.chopra@uber.com]
**Subject:**   Campaign for re-opening


Hi marketing & comms folks,

We were just looking at safety incident data and as we expected, as trips come back and cities re-open, our physical assault and sexual assault rates are growing. It's making me think that people need to be reminded of how to behave with strangers when they re-emerge into the world - and I wonder whether there is an opportunity for a campaign here. Obviously safety incidents are serious, but it could maybe be messaged in a light-hearted way (eg. reminding people how to have small talk with strangers, like about the weather, or puppies - rather than masks or elections).

Some brands are capitalizing on this now, like this <u>Extra Gum ad</u> (it's a bit much, and kind of the opposite of what we want to show :) but gives the gist of a re-opening ad).

Obviously a major issue about re-opening is intoxication, and we don't really want to tell people to drink less, but even that could be framed as "re-learning your tolerance" post-quarantine. There's also an element of having empathy for drivers and the tough job they've had during the pandemic, and trying to not make their lives harder.

Is this something the brand team would be interested in? It could be part growth-driven, encouraging people to take rides again, but then part safety-driven - so they take those rides responsibly.

Thanks,
Rebecca

CONFIDENTIAL                                                                                     UBER000080216