# Examples of Lower Taxonomy SA/SM Reports

| Subcategory | Content |
|---|---|
| Comments or Gestures – Asking Personal Questions | "My driver was asking me very personal questions and made me very uncomfortable. I refuse to pay for a trip where the driver made me so uncomfortable. I want a full refund" |
| Comments or Gestures – Asking Personal Questions | "Rude driver, made comments about my nationality because I didn't look 'full Hispanic' and I was on my way to work and he kept asking my private professional business instead of respecting my privacy. I would like a fare credit for the unprofessionalism I had to deal with." |
| Comments or Gestures – Asking Personal Questions | "Dear Uber, Could you remove this driver for my future ride? He is nice but I dont feel comfortable that he asked me so too many personal questions during the ride this morning. Thank you." |
| Comments or Gestures – Asking Personal Questions | "The driver verbally assaultibe me about being a pet owner in ths country. He also tried to move move bag. He was ok driving with a small dog inside the bag. But during the ride he was being unimaginably rude and even said having a small dog is wrong. I noticed he does that because he notice I am not an Asian because he asked me questions like 'are you from this country? I' been in this country for a long time.' Obviously, he was saying and threatening me with verbal assaulta against being a pet owner because of my ethnicity. This guy is obviously racisy and has issues with anyone who owns pets in  United Satates." |
| Comments or Gestures – Asking Personal Questions | "The driver was verbally aggressive against me and my friend . My friend brought a small AC in the safe which was put properly with caution. Before putting it in the safe I asked the driver to come to help us (in case of driver who would feel uncomfortable ) . He refused to get out of the vhicule and then he change his mind and show us a hug scratche saying that was what we did.  It was not and I trying to communicate with the driver but he answered me aggressively" |
| Comments or Gestures – Asking Personal Questions | "Driver picked my parents up and asked if they were Chinese and wanted to refuse service until my parents said they were korean. Then he asks if they are north korean. And made them very uncomfortable." |
| Comments or Gestures – Asking Personal Questions | "My driver was very rude upon me entering the car music was loud " |
| Comments or Gestures – Asking Personal Questions | "My driver asked me uncomfortable questions. He asked about how much my parents make and what they do for a living. I was very uncomfortable, I feel like these are things uber drivers should never say to their riders." |
| Comments or Gestures – Asking Personal Questions | "the ride this morning started off bad when the driver first took off he had to break so hard that I went flying into the passenger seat. After we dropped off the first passenger he began asking me random questions about where I was going and If I was going to work and If I was born in the USA which made me feel uneasy." |
| Comments or Gestures – Asking Personal Questions | "My service dog wasn't denied but the Uber driver kept RUDELY asking me questions about what he helped with and kept insisting that I was lying. To add insult to injury - he was even eating while taking me back home." |
| Comments or Gestures – Asking Personal Questions | "[Driver] was extremely unprofessional. He kicked us out of his car and we have 4 large boxes. He had no idea where he was going, didn't follow directions and one block in was already asking questions about where we are going. He told us to get out of his car because he had another customer, and dropped us off with our 4 large boxes at a gas station. We told him we would pay him to take us to another location when he couldn't find the address, and he said 'no, you don't pay for the minute, you pay by the mile.'; He took out boxes out of his trunk, and as he was driving away, he flipped us off" |
| Comments or Gestures – Asking Personal Questions | "He kept asking me personal questions and it was hurting my feelings" |
| Comments or Gestures – Asking Personal Questions | "She got us lost three or more times! She was changing lanes without looking. She put us in danger. She could not focus! And to top it off, she made me uncomfortable by asking where my family is really from. I walked away feeling nauseous." |

Trial Exhibit No. 03700

$' +$$'$$$%

| Subcategory | Content |
|---|---|
| Comments or Gestures – Asking Personal Questions | "First of all my driver was talking so rapidly and no stop it was very unprofessional. Not only this but he asked me multiple personal questions that made me feel very uncomfortable. I tried to disengage and sit quietly but it was non stop. I wasn't going to report the unprofessionalism until he changed the music and was on YouTube while driving. I'm very unsatisfied with this conduct, I ride Uber multiple times a day and expect more." |
| Comments or Gestures – Asking Personal Questions | "driver kept asking me questions about my house. my house is above average and he kept talking about it which can be really off putting and unprofessional." |
| Comments or Gestures – Asking Personal Questions | "Upon my drivers arrival I couldn't figure out how to open her trunk and struggled with it for a while. She didn't bother to get out and assist me. Then from the moment I got in she asked me all kinds of rapid fire personal questions about where I work, how long, where I live, any children, how old, where they work. On and on she went until I purposely made a phone call to stop her from talking at 5:30 in the morning. Then she drove extremely fast whipping turns and corners. Horrible ride. In addition, I was charged a $5 cancellation fee for the original ride request. I didn't cancel the ride the driver did. I needed a ride to the airport so why would I cancel just to have another driver come? Not logical at all. Please issue my refund. Thank you." |
| Comments or Gestures – Asking Personal Questions | "My driver made me feel uncomfortable asking me am I on my way to the gym because I was breathing heavy. He then said I should exercise on the treadmill to lower my cholesterol. I told him my cholesterol is fine. This driver really insulted me. This is really a shame. I felt so low after his comments." |
| Comments or Gestures – Asking Personal Questions | "He kept asking me as to why I am here in the United States and why am I studying here rather than studying back in my home country constant question made me feel violated" |
| Comments or Gestures – Asking Personal Questions | "My Uber driver car was stank like old mildew and rotten egg smell , it was disgusting but he was just asking so many questions like it was very weird . He kept asking questions on top of questions about me and my community." |
| Comments or Gestures – Asking Personal Questions | "Driver gave an anti-religion speech after finding out I was Jewish and then kept me in his car for several minutes after getting to my destination to talk about how the concept of the sabbath doesn't make sense. Made me feel very uncomfortable and unsafe." |
| Comments or Gestures – Asking Personal Questions | "He danced while driving for half of the trip. Kept staying at me in the mirror instead of paying attention on the road and most terrifying answered a call while driving. He also asked me for the remainder of directions to my destination after the call interrupted the GPS. Also asked personal questions pertaining to personal relationships and lacked professionalism. I was paying more attention to him on the road than he did as a driver. After telling him so he replied he bought a vehicle while in his mother's womb." |
| Comments or Gestures – Asking Personal Questions | "I think my driver rated me poorly because I didn't agree with his political views. I felt super uncomfortable because he kept asking me who I voted for and I kept saying I didn't wanna talk about it because politics are controversial. I'm so sad because I had such a good rating!" |
| Comments or Gestures – Asking Personal Questions | "My driver asked me alot of weird and personal questions such as my belief and religious status with god and went back and forth with me ans" |
| Comments or Gestures – Asking Personal Questions | "He kept asking personal questions about where I was from, which languages I speak, what states I had visited. He started this out of the blue. It made me a little nervous." |
| Comments or Gestures – Asking Personal Questions | "My driver seemed nice, but he asked way too many personal questions. It made me feel very uncomfortable. Is it possible to request he never be a ride option again?" |
| Comments or Gestures – Comments About Appearance | "Assumed I was lazy because the train was 2 mins away, then said i look like dont exercise! That was extremely rude." |
| Comments or Gestures – Comments About Appearance | "I wrote you all an told you all this driver was dangerous pulled up with loud music an speeding when I was about to get in it smelled like alcohol an my son was really scared to get in the car nothing had happened yet this driver harassed me called me ugly an the car also had a weed smell this is unacceptable for a Uber driver I didn't take the trip pulled off an let me" |

| Subcategory | Content |
|---|---|
| Comments or Gestures – Comments About Appearance | "Ever since I opened the door to go into the car, she was saying 'This women is huge and my car is going break' like really? I don't need to be offended like that. I only weight 167. And she was driving horrible. She left me like almost in the middle of the road and she went all they way to my destination so Uber can know that she dropped me off when she didnt. She is so rude!!! I want my money back!!! I'm closing down my Uber app. This isn't fair. I thought Uber changed to the best that's why I stopped using lyft but I see that Uber didn't change... I want my money back!!!" |
| Comments or Gestures – Comments About Appearance | "They didn't want me to get in car said I was overweight that I had to sit in the backseat and not the front made me feel really uncomfortable the rest of my ride" |
| Comments or Gestures – Comments About Appearance | "Driver repeatedly called me fat and mad comments about my weight. It made me feel horrible and I can't stop thinking about it." |
| Comments or Gestures – Comments About Appearance | "the driver stated that he cannot take us to our destination because the amount of people would break his car and that we were too heavy. This upset my friend who suffers from an over eating disorder who is overweight." |
| Comments or Gestures – Comments About Appearance | "The driver made a comment about my weight. I am a bigger person and I had my son and my fianc with me (she also made a comment about my son) she accused me of almost breaking her door due to my weight and she made the ride super uncomfortable " |
| Comments or Gestures – Comments About Appearance | "This was a HORRIBLE ride! Driver practically insulted me and my weight which is unacceptable asking me if I was pregnant then once I told him no he says he can tell I love Meat wrong on so many levels for a man to say that to a woman HORRIBLE" |
| Comments or Gestures – Comments About Appearance | "Talk about my weight said I was too fat an tall to get in there car" |
| Comments or Gestures – Comments About Appearance | "My driver said that i was ugly and broke when i wouldnt give them a tip and they asked for a cash tip also started saying rude remarks" |
| Comments or Gestures – Comments About Appearance | "I've always fully supported you guys but sometimes I can be quite disappointed. This morning my driver was rude and made me feel uncomfortable. And when I refused to entertain his conversation he said 'whatever feo' calling me ugly. This was before the other passenger came in" |
| Comments or Gestures – Comments About Appearance | "My driver told me she wanted me to sit up front because she didnt want all my weight on her back struts. It made me feel uncomfortable as if my weight was too much to be in her car" |
| Comments or Gestures – Comments About Appearance | "Driver made inappropriate comments regarding my guests weight" |
| Comments or Gestures – Comments About Appearance | "The driver was yelling at me negatively commenting about my weight and odor but my odor was perfume but he was still yelling at me. I felt so threatened and self conscious about myself." |
| Comments or Gestures – Comments About Appearance | "My driver was very unprofessional . He making inaproprate comments about my weight saying this like he would never let his girlfriend become big like me and suggesting I should diet" |
| Comments or Gestures – Comments About Appearance | "Hello i had a ride with this driver an she discriminated me calling me ny family ugly n he asked me for my personal identification because he said i look to young an she was smoking i need some type of compensation" |
| Comments or Gestures – Comments About Appearance | "Called me ugly and told me to get my teeth straight i was offended" |
| Comments or Gestures – Comments About Appearance | "All he did was comment about my looks and called me ugly. It was the worst time in my life. He was overyl rude and aggresive towards me." |
| Comments or Gestures – Comments About Appearance | "My driver made an inappropriate comment about my appearance and weight that I was ugly and over weight and I felt bad about myself. I don't feel like I should pay for a ride that I felt attacked while using uber services. Please refund my money in uber credit please" |
| Comments or Gestures – Comments About Appearance | "My Uber was disrespecting saying I have a ugly face I would like a refund" |

| Subcategory | Content |
|---|---|
| Comments or Gestures – Comments About Appearance | "My driver was really rude and was laughing at me that I forgot my wallet and he was like you can get out and walk and pretty much telling me I was overweight and I need excersise" |
| Comments or Gestures – Comments About Appearance | "He started screaming at a lady that was crossing the street at the wrong time. He was saying 'get out of the road' then started saying 'that's why these women get killed.' Then started commenting on another lady on the street saying 'she's way too fat, it's disgusting' then started commenting on my girlfriends weight saying that her body is perfect the way it is. I felt extremely uncomfortable the whole time and I don't think I should pay for this ride. This driver should also be further investigated, it all seemed very normal to him." |
| Comments or Gestures – Comments About Appearance | "On this trip I went a long distance with this driver to stamford train station and my card was charged 17 bucks. I was very uncomfortable the whole trip as he kept making comments about my weight referring to me as pregnant which i am not and it just made the trip really uncomfortable" |
| Comments or Gestures – Comments About Appearance | "My driver said my tattoos were ugly and so was I inwant my money backkkkkkkkkkk" |
| Comments or Gestures – Comments About Appearance | "This driver yelled at me when I dropped my empty can on the floor accusing me of spilling but there was nothing in my can to spill. Then before I got out he commented on my outfit saying I looked dirty and I should clean up. I thought it was very rude and inappropriate of him to accuse me of making a mess in his car and then saying I looked ugly in my outfit... I just want my money back on the cleaning fee. I barely ever have issues with Uber but this made me very upset to be an Uber customer." |
| Comments or Gestures – Flirting | "The driver was asking questions about my credit ratings and tried to sell me credit services, and repeatedly tried to get personal information." |
| Comments or Gestures – Flirting | "she made comments and opinion which made me uncomfortable during the duration of the ride." |
| Comments or Gestures – Flirting | "Thank you. My wife right as she set foot onto the car she almost vomit from the overwhelming smell of Garlic and Body odor.... She said his driving was rushed and unsafe and the drive my wife said played vulgar music and look back at here and said... I know you like this." |
| Comments or Gestures – Flirting | "He is annoying and nosy. He even ask some of my private matters. In fact we almost get lost on the track because he is not focused" |
| Comments or Gestures – Flirting | "I am currently on the ride with this driver and he is telling me how passengers Tonight are cheap and encouraging me to tip him..Asking me if I like him..And overall making me feel very uncomfortable." |
| Comments or Gestures – Flirting | "It made me very uncomfortable that this driver asked if I wanted children, and when I said no, told me that it was just a matter of me settling down and finding a husband. As a queer woman, and as a woman in general, this was particularly uncomfortable and presumptuous. I would suggest telling this driver to refrain from making heteronormative and sexist assumptions." |
| Comments or Gestures – Flirting | "My driver kept questioning me once my corider was dropped off which made me very uncomfortable and he also drove into incoming traffic on a two way street thinking it was a one way." |
| Comments or Gestures – Flirting | "I can everyone  boo he was rude the car was nasty and he put me in danger by speeding  u can pull up what I text him I say boo I didn't  talk to  him and the car you guys need to do a better background  check  on your driver's " |
| Comments or Gestures – Flirting | "She didn't go to the pick up location when I told her to come to where I was she stated traffic was too heavy to turn around it will be too much she'll just wait for me across the street. She was very rude and made inappropriate comments about the fragrance I was wearing and she cut 3 cars off" |
| Comments or Gestures – Flirting | "Being very  rude and disturbing and disrespectful 😒" |
| Comments or Gestures – Flirting | "My driver was was being rude because I had crutches calling me a dumb ass very rude names " |

| Subcategory | Content |
|---|---|
| Comments or Gestures – Flirting | "driver engaged me in a conversation hat made me feel uncomfortable. unwarranted, inappropriate conversation." |
| Comments or Gestures – Flirting | "I felt completely uncomfortable the entire ride. Not only could my driver not drive, but there was a second person in the passenger seat (a friend?) navigating for him. Meanwhile, I think the actual driver was not driving. They both asked super personal questions about if I was married and had kids out of nowhere and he missed three separate turns." |
| Comments or Gestures – Flirting | "The driver asked me if I had eaten lunch, I said yes I did, I just ate dinner. He then asked if I wanted to go to his house in N Buffalo for eat Indian food that his wife has prepared. I said no, I am ok, I am not hungry. He asked if I know Indian food, I said yes that I liked Buttered Chicken and simosa. He then said ok, maybe next time.  When he dropped me off he asked if I lived there and I said no just visiting and then he said how long will you be here, maybe he would come back to pick me up." |
| Comments or Gestures – Flirting | "I didn't appreciate the fact he was calling me 'baby' instead of 'ma'am' or any other respective form of addressing a client. I found it insulting and highly unprofessional and inappropriate." |
| Comments or Gestures – Flirting | "My driver was very innapporiate he was calling me 'baby' im 38 weeks pregnant he got mad bcus i told him to pull up because he was at the wrong house i really was not comfortable at all hes very inappropriate |
| Comments or Gestures – Flirting | "I DESERVE A REFUND. MY DRIVER WAS RUDE TO ME ON MY WAY TO MY DESTINATION." |
| Comments or Gestures – Flirting | "As a driver , she should not be referring to other men as baby while they are riding with their woman. Plus she almost ran my foot over twice getting in , I had to chase her car and knock on her door as she was driving off , while I was opening the door . Usually much more professional service from Uber ." |
| Comments or Gestures – Flirting | "My driver did not follow the planned route, he said that it would be faster than the route we were supposed to take but it was longer and almost double the price of my predicted fare (predicted to be $50-$60 range with the surge). He asked when my flight was departing, and when I told him it was 5:30 pm, he said we had 'enough time' to take this longer route. Instead of taking I-376 (which only had light traffic at 2:45 pm on a Friday), he only took back roads, which involved many traffic lights and stop signs, as well as heavier traffic, and pointed out where his house was to me, which was uncomfortable, inappropriate, and out of the way. The route he took actually involved heavier traffic than I-376. I have been to the airport many times and have never taken this route, nor was I comfortable with my driver repeatedly ignoring the planned route and taking me for a longer ride. There were times when he stayed too long at stoplights or did not merge because he was looking back at me and talking, showing me pics of his dog on his phone, and just wasting time. It seems he just wanted to talk for longer, as he repeatedly mentioned that he was single and telling me a lot of personal information about his breakup and his ex, and how his dog is good to use for picking up women. The only reason I booked this trip was because it was supposed to be much less than the airport parking price, which is not the case thanks to this trip. I expected a slight fluctuation in price, but not DOUBLE the price, and I did not expect that my Uber driver would take me an inconvenient route for seemingly no reason. I am very upset with my Uber experience and felt very uncomfortable with the driver that I had. I will not be using uber to ride home from the airport." |
| Comments or Gestures – Flirting | "I would like a full refund for this trip, as this driver was disrespectful and annoying asking all me and my friends personal questions and made us uncomfortable. He also made a comment asking me that I shouldn't wear my cologne anymore as it was strong and he didn't like the smell of it. This was some uncalled for comments and therefore I would like to be refunded for this trip" |
| Comments or Gestures – Flirting | "He made unnecessary comments about my destination and how short the trip was and in a couple ways offended me" |
| Comments or Gestures – Flirting | "Once I got off at my stop he told me have a good day baby" |

$' +$$'$$$)

| Subcategory | Content |
|---|---|
| Comments or Gestures – Flirting | "I FELT HE WAS VERY RUDE; USING PROFANITY A LOT OF IT, ALSO HE WASN'T GOING THE RIGHT WAY. HE ALSO GOT A LITTLE TOO PERSONAL ASKING IF I HAD A BOYFRIEND. THEN WENT ON TO SAY HOW DID I HAVE A BABY WITH NO BOYFRIEND. AND SO ON." |
| Comments or Gestures – Flirting | "Driver was rude, kept asking me uncomfortable questions although I gave him the I'm not in the mood to talk. I felt very uncomfortable. I need a full refund for this trip." |
| Comments or Gestures – Flirting | "You are refunding me!!! This guy was fucking horrible. He kept calling me baby. And said 'you want to get out of my car??' He didn't stop at the pickup. Zoomed by three blocks. I chased him down while it was pouring rain only to have him say I wasn't outside??? I was completely visible- he didn't stop. I would be happy to share the video I took of him being a complete ass. FUCK YOUR MISOGYNISTIC COMPANY. I want a refund NOW." |
| Staring or Leering | "He didn't greet me when I got into the car and he kept looking at me through the mirror and it was silent the whole car ride at least a hello would be fine" |
| Staring or Leering | "Reckless driving, rude as I walked into the car. Very har stops and sharp turns and didn't go into the turning box but instead stopped in the middle of the street to turn but luckily there were no cars behind us but if there were he made a strong stop. As I got off i did not say thank you due to the time he was communicating me with and as I walked towards my destination he stared me down." |
| Staring or Leering | "Right before I entered this uber drivers car he said 'your beverage is not allowed in my car!' Very firmly before I walked in and I proceeded to throw out my coffee. His car had an unpleasant smell of bad body odor so I opened the window to get some fresh air. Some few minutes later he said 'do you want me to turn the air up because we can't have both the air on and the window down' I kindly asked to keep the window down and he responded very aggressively and rudely with a 'NO!' While starring at me in his rear view mirror. I did not ask him of anything else during the car ride, I sat quietly and froze as he turned up the air and I did not want to interact with him again to receive an aggressive response! I was so disappointed with this uber driver. He was extremely disrespectful and hostile from the moment I got in!" |
| Staring or Leering | "When picking me up my Uber driver gave me a malicious look, continues driving. He fails to stop at nearly every stop sign we approach, he speeded through multiple lights. Also towards the end of the trip he then got confused and did not know where to proceed even though I attempted to give him directions. Whole entire ride I felt super uncomfortable. Would not want to drive with this Uber again." |
| Staring or Leering | "basically when i got in the car he was not speaking or looking at me . i said hello how are you he did not say anything back to me .. he made me feel very uncomfortable because he kept looking at my through the rear view mirror but wouldn't speak to me . our route took us on the high way and he kept swerving lanes and was not even going highway speed limit .. when asking the driver about the day and if he was okay he also did not respond . when we got to my job instead of following the route on the phone he went all the way to the back and just stopped the car and did not say anything . i think said goodbye he just looked at me and waited for me to get out the car and sped off " |
| Staring or Leering | "My driver gave me a head ache didn't stop talking didn't watch the road because she kept staring at me in the mirror which made her swerve so much the cops flashed the lights at her when she dropped me off I couldn't get out because she hadn't unlocked the doors and just kept talking he was parked in my neighbors driveway they were behind her waiting to pull in but she wouldn't stop talking my neighbors had to honk at her please give Full REFUND I deserve a peaceful safe calm ride" |

$' +$$'$$$*

| Subcategory | Content |
|---|---|
| Staring or Leering | "He was very rude and had an attitude the moment my boyfriend and I got into the Uber. I got into the Uber with a small bag of fries, he then explained to me to not eat in the Uber and I apologized and put the food back quickly. Which I acknowledge that he's absolutely correct on that part. But then his following actions were highly unacceptable. He then sprayed the car with a very strong perfume then proceeded to open the windows then closed them to spray some more all while my boyfriend and I were coughing in the car. Awkwardly, the rest of the drive there we were all quiet and he was staring at me rudely through the reared view mirror that we almost crashed into a police car. I just want to let Uber know that I'm an ongoing customer with Uber I take Uber's every single day and I am not picky or rude by any means I've gotten into so many Uber's but this specific Uber driver was way out of line and disrespectful." |
| Staring or Leering | "Her car was clean that's why I gave five stars but she kept looking back speeding cause she was tired and was being rude" |
| Staring or Leering | "my driver gave me really weird vibes, he kept looking at me with a weird look, and he checked his phone constantly." |
| Staring or Leering | "Driver was distracted. The driver almost hit the car in front of them multiple times. The driver kept looking back while the riders were talking. The rider was very unsettled by this behavior." |
| Staring or Leering | "I sat in the front seat because there were other co-riders in the car and once they got dropped off he locked all the doors of the car then started driving real slow. He kept looking over and i get in danger. I had to call so many people to see if somebody in my house would know where i am and would make sure i got home safe. I want my money back please. Most terrifying experience." |
| Staring or Leering | "We waited 12 mins when initially the eta was 5 mins and then while driving he was very unprofessional and almost got into a car accident because he wasn't focusing on the road" |
| Staring or Leering | "Good morning. Picked up this rider I asked him to put on his mask he answered that he left it at home. I told him he needed a mask or I could not take home. He then took it out of his pocket and placed it under his nose. He kept looking at me as if he wanted to argue. When I dropped him he looked at my car as if wanting to find something wrong." |
| Staring or Leering | "Idk if he has problems or if thats just how he was cause he was wearing tight pants but he kept looking back and was driving with no hands when he took off from a red light and continued to drive fast" |
| Staring or Leering | "the driver kelp looking at me through the mirror, not really looking at the road , kelp swerving on the road I didn't feel safe at all or comfortable " |
| Staring or Leering | "My driver kept trying to curse ppl on the road like road rage and he kept looking at me in the mirror staring at me not the road" |
| Staring or Leering | "he was rude . and he stopped by the gas station to pump gas. That's why I cancelled the trip. and he didn't pay attention on the road . he kept turning around looking at me harassing me." |
| Staring or Leering | "I did not feel safe at all in my Uber ride, he almost hit a car on 95 and he also was driving like a maniac. I'm getting really tired of the service uber is giving me and I'm going to take my business elsewhere! I want a refund or something to accommodate my inconvenience!" |
| Staring or Leering | "Bad driver bad experience with him. He rushed me to put on my seat belt he swerved in and out of lanes driving in the middle of two lanes he didn't obey the speed limit he wasn't paying any attention to the road he constantly starred at his phone or me he didn't know where he was going for a little while and I had to direct him" |
| Staring or Leering | "He was not looking at road while driving but at me in back and his phone. Kept making crude comments and slamming on brakes constantly out of nowhere" |

$' +$$'$$$+

| Subcategory | Content |
|---|---|
| Staring or Leering | "He was rude and unprofessional he also kept looking at me strangely. And his eyes were not on the road my driver almost hit the wall at the high over pass" |
| Staring or Leering | "He was complaining that he couldn't see me when I was clearly on the road and told him exactly where to go. For half of the ride he was taking to him self and making weird comments staring at me but I couldn't understand what he was saying it wasn't English." |
| Staring or Leering | "Speeding in the rain til the car started drifting den he started to slow down & drive slow" |
| Staring or Leering | "My driver put on a full monkey mask while driving and then turned around and stared at me. This involved him taking his eyes off the road. It terrified me. I thought he was going to kill me or rob a bank. It was unsafe driving, illegal for an adult to wear a mask while driving, and scary." |
| Staring or Leering | "Please don't match me again with this driver. This driver was so rude to me I had heavy bags on me my hands were full and he tells me speaking with an attitude that I had to put my bags in the truck I tell him I have personal stuff and he start cursing me out I get in the car I was very uncomfortable and he was on the phone just looking at me through the mirror and talking in his language . When I get to my destination I was getting off and he was trying to take off I almost fell down" |

Source: Bliss/Jira SA/SM Incident Data

$' +$$'$$$,