# Hassan Turay Checkr Background Check Results Summary[1]

| Date | Type | Result |
|---|---|---|
| 12/07/2016 | Motor Vehicle Records | Suspended—insufficient driving history |
| 12/22/2016 | Motor Vehicle Records and Criminal | CLEAR |
| 03/06/2017 | Motor Vehicle Records and Criminal | CLEAR |
| 01/04/2018 | Motor Vehicle Records and Criminal | CLEAR |
| 09/10/2018 | Motor Vehicle Records and Criminal | CLEAR |
| 06/29/2020 | Motor Vehicle Records and Criminal | CLEAR |
| 06/03/2021 | Motor Vehicle Records and Criminal | CLEAR |
| 05/02/2022 | Criminal | CLEAR |
| 05/02/2022 | Motor Vehicle Records | CLEAR |
| 04/04/2023 | Motor Vehicle Records | CLEAR |
| 04/09/2023 | Criminal | CLEAR |
| 06/05/2023 | Motor Vehicle Records | CLEAR |
| 06/06/2023 | Criminal | CLEAR |

---

[1] Summary combines information from **Exhs. 4162** (UBER-MDL3084-BW-00012056; UBER-MDL3084-DFS00003621; UBER-MDL3084-DFS00003619; UBER-MDL3084-DFS00003615; UBER-MDL3084-DFS00003647; UBER-MDL3084-DFS00003643; UBER-MDL3084-DFS00003639; UBER-MDL3084-DFS00003635; UBER-MDL3084-DFS00003633; UBER-MDL3084-DFS00003631; UBER-MDL3084-DFS00003627; UBER-MDL3084-DFS00003625; UBER-MDL3084-DFS00003611).



Trial Exhibit No. 03701

$' +$%$$$%