# Hassan Turay Feedback Summary[1]

| Date | Time | Star Rating | Feedback |
|---|---|---|---|
| 1/25/2017 | 4:07 pm | 5 | Thank you for the trip home Hassan. It was an absolute pleasure riding with you! By the way, the fare jumped from 6.75 to 7.39 ... An increase of $0.64. It is possible that surge pricing kicked in, or perhaps the driver app adjusted for a different route or time on the road. Let me know if you find out anything about this. Anyway, welcome to the world of Uberland. Best wishes, in your future travels. You are a fantastic person and make an excellent addition to the Uber team. Stay safe on the roads, and have a great day today!  Dann :) |
| 1/30/2017 | 11:08 pm | 5 | Great driver ! You will enjoy your ride |
| 2/3/2017 | 11:35 pm | 5 | Enjoyed ride and conversation. Thank you! |
| 2/25/2017 | 9:50 pm | 5 | Thank you!!!! |
| 4/1/2018 | 10:18 pm | 5 | Thank u. Very nice man!!! |
| 4/2/2018 | 7:11 pm | 5 | Thanks for the great conversation |
| 4/18/2018 | 9:43 pm | 5 | Best Uber yet |
| 4/19/2018 | 11:16 am | 5 | Great driver, and has extremely interesting conversations! |
| 4/27/2018 | 10:11 pm | 5 | Safe driver. Very courteous and friendly. Thank you for a pleasant drive. |
| 4/30/2018 | 10:20 am | 5 | Very very nice and polite. He put my groceries in his car for me and he brought them upstairs to my apartment.  Only driver to ever do that. Great to talk to as well |
| 5/17/2018 | 8:00 pm | 5 | absolute legend |
| 5/17/2018 | 8:20 am | 5 | Hassen was really nice and social |

[1] Summary combined information from **Exh. 4142** (UBER-MDL3084-BW-000050792).



Trial Exhibit No. 03702

03702.0001

| | | | |
|---|---|---|---|
| 5/23/2018 | 8:14 am | 5 | Hey Hassan, thanks again for your compliments this morning. I just have too much going on peraonally righr now. But thanks again, and good luck to you. -Tricia |
| 5/29/2018 | 9:50 pm | 5 | Thank you so much for the intellectual conversation.  I really enjoyed the trip!!! |
| 6/7/2018 | 10:38 am | 5 | Was so polite and kind. Very happy with the ride. |
| 6/9/2018 | 11:39 pm | 5 | Great human! |
| 6/10/2018 | 9:27 pm | 5 | Very polite and professional!! |
| 6/10/2018 | 9:32 am | 5 | Thank you for the quick ride and the humbling conversation. |
| 6/13/2018 | 9:36 am | 5 | Music was amazing, was singing in the back like it was nothing lol thanks for the great ride |
| 6/15/2018 | 9:11 am | 5 | I've never come across a driver that's so nice wow he was the first driver to ever call and the ride was for my daughter but just by talking to him on the phone, I knew he is  a good person with a good heart. Thanks so much Hassan. |
| 6/28/2018 | 9:39 pm | 5 | Awesome driver great convo thank you |
| 7/10/2018 | 8:35 am | 5 | Keep it cool, Mr. Sierra Leone |
| 7/11/2018 | 8:03 am | 5 | Super nice! |
| 7/12/2018 | 4:44 pm | 5 | Very kind individual. |
| 7/13/2018 | 7:41 am | 5 | Thank you so much for a lovely ride. |
| 7/21/2018 | 11:12 pm | 5 | Thank you Hassan! You were awesome!! |
| 7/21/2018 | 2:36 am | 5 | Keep being that good dad. |
| 7/22/2018 | 5:07 am | 5 | Very nice man, thank you so much! |
| 7/22/2018 | 3:41 am | 5 | Great driver. Had a safe ride home, very reliable. Very smart man!\n |
| 7/27/2018 | 10:01 am | 5 | Very nice and awesome driving :) |
| 8/2/2018 | 10:42 am | 5 | G pod talk wit h driver |
| 8/23/2018 | 9:25 pm | 5 | Very welcoming and super great conversation. |

$' +$&'$$$&

| | | | |
|---|---|---|---|
| 8/30/2018 | 2:37 pm | 5 | Very meaningful and thoughtful conversation on religion, very appreciated and respected! |
| 9/26/2018 | 4:07 pm | 5 | This man is a very special person. He has the best attitude Ive seen today. He noticed my board and told me he was interested in learning himself someday. He told me where he is from in Africa they dont have And I put on some Mac Miller and Xxxtentacion as well as some old school track by Heavy D & The Boyz from 1994 called Blue Funk and he loved it. I was happy to show him some good music and turn him on to some really good artists who have deeply influenced and inspired me |
| 9/27/2018 | 3:59 pm | 5 | Thank You for your kindness and for having such a great soul! Your words of wisdom put me back into reality! |
| 10/1/2018 | 7:21 pm | 5 | Nice! |
| 10/19/2018 | 10:30 pm | 5 | Thank you brother Hassan excellent service from a trucker |
| 10/19/2018 | 4:11 pm | 5 | He went above and beyond ten star if possible ðŸ˜  ðŸ˜   very sweet deserves a raise. |
| 12/17/2018 | 11:23 am | 5 | Thank you |
| 2/23/2019 | 2:22 am | 5 | Excellent job! |
| 6/30/2022 | 10:06 am | 5 | Tried to addbyou to my favorites, but couldn't find a way to select that. |
| 8/16/2022 | 5:58 pm | 5 | Very friendly and polite. |