**Document Produced in Native**

**Trial Exhibit No. 03778**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                             UBER-MDL3084-BW-00048903