ID: 0b4126d7-3451-4a52-ade8-db9f32c34de7

**Greg Brown**

**EX 1989**

R.O. 08.26.25

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

REDACTED - PII
Jennifer

Sun, 24 Mar 2019 05:05:55 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - P

Sun, 24 Mar 2019 05:05:55 GMT

via inappsupport (internal)

Sorry to hear what you have reported to us with this driver, Jennifer. The type of experience you described should not be tolerated.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

I've fully refunded this trip. You should see the amount returned to your original payment method in a few business days.

We really appreciate you handling these challenging situations in the most professional way possible. Please let us know if we can help with anything further.

May Joy Romero

Sun, 24 Mar 2019 05:15:55 GMT

via agent (external)

Rider status: Adjustments & Appeasements

Normal

https://bliss.uberinternal.com/contacts/c21d7624-2e09-46f7-a124-9dfae452b611  DO

May Joy Romero

Sun, 24 Mar 2019 05:15:55 GMT

via agent (internal)

**Trial Exhibit No.**

**03794**

CONFIDENTIAL                    UBER-MDL3084-DFS00216657

ID: 0bf459a4-7e65-466c-add4-faffa8133a18

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer REDACTED - PII

Sun, 24 Mar 2019 05:07:01 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sun, 24 Mar 2019 05:07:01 GMT

via inappsupport (internal)

Hi Jennifer,

We're sorry to hear about your experience on this trip. The situation you have described is certainly not the experience we want riders to have with Uber.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

We've fully refunded this trip. You should see the cost returned to your original payment method in a few business days.

Your feedback helps us in maintaining a safe and comfortable experience for both riders and partners.

Thank you.

SONIYA CHOUDHARY

Sun, 24 Mar 2019 05:27:16 GMT

via agent (external)

outreach

ride attach

rider status:normal

SONIYA CHOUDHARY

$' ← ( '$$$&

2un, G4 Mar G019 05:G7:16 (M̄

via agent xinternalE

CONFIDENTIAL     UBER-MDL3084-DFS00216659

$' +– ( '$$$'

ID: 0c3f8b7d-ed2e-4944-b397-207a8001e830

Title: Review my cancellation fee

User Type: client

Share Details: I would greatly appreciated if I can get a refund on my cancellation reason being I ordered an Uber to get myself and my children back to a safe place as I was happening their father showed up and try taking two of my children the cops were involved and there was a police report made I really need that credit back on my account to be able to get myself and my children back home it is a domestic violence issue and would greatly appreciate the return

Jennifer <sup>REDACT</sup> <sub>ED - PII</sub>

Thu, 21 Mar 2019 04:41:09 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: cops,violence,police

Jennifer <sup>REDACT</sup> <sub>ED - PII</sub>

Thu, 21 Mar 2019 04:41:09 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer <sup>REDACT</sup> <sub>ED - PII</sub>

Thu, 21 Mar 2019 04:41:09 GMT

via inappsupport (internal)

please resolve as soon as possible

Jennifer <sup>REDACT</sup> <sub>ED - PII</sub>

Thu, 21 Mar 2019 05:32:27 GMT

via inappsupport (external)

Share Details: I order this uber to take myself my children home trying to get away from a domestic violence issue my kid's father found me tried to take my children but the police were called did you ever go out there and I asked if they can wait a couple of minutes because they did get there a little early I refuse and even under my situation and stress they still charge me $15 I don't think that's fair

Jennifer <sup>REDACT</sup> <sub>ED - PII</sub>

Thu, 21 Mar 2019 05:42:59 GMT

via inappsupport (external)

Not trained on priority support

Varanasi Shusrutha

Thu, 21 Mar 2019 21:32:25 GMT

via agent (internal)

Please assist.

John Vincent Trillanes

Thu, 21 Mar 2019 21:33:06 GMT

via agent (internal)

We're sorry to hear that your driver canceled your trip, Jennifer.

We know that cancellations can create a poor rider experience.

We reviewed this trip and added $15.37 of Uber Credit to your account in the amount of the cancellation fee. Select Uber Cash or Credit as your payment method for it to apply to your next trip.

You can learn how to select Uber Cash or Credit as your trip's payment method [here](here).

Minimizing cancellations is critical for the reliability of the Uber app and your feedback helps us improve the Uber experience for everyone.

We appreciate you letting us know about this.

James Haque

Thu, 21 Mar 2019 22:17:07 GMT

via agent (external)

https://team.uberinternal.com/displa y/public/RSKB/Cancellation+f ee

Cancellations: Low

James Haque

Thu, 21 Mar 2019 22:17:07 GMT

via agent (internal)

$' +– ( '$$$)

ID: 2a73f417-7026-49b5-ac40-41ab4a398a53

Title: My driver drove dangerously

User Type: client

Share Details : I sent my 4 kids my olsest is 18years old on an uber home my daughter calls me crying sau they almost got in to car accident unacceptable and need my fair back my children were scared

Jennifer REDACT ED - PII

Mon, 18 Mar 2019 05:19:59 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: accident

Jennifer REDACT ED - PII

Mon, 18 Mar 2019 05:19:59 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACT ED - PII

Mon, 18 Mar 2019 05:19:59 GMT

via inappsupport (internal)

Hi Jennifer,

Thanks for bringing this matter to our attention. We take the safety of riders and drivers seriously.

This feedback is concerning, and we'd like to further review this situation. Can you please share any more details about what happened on this trip to help us in our review?

We look forward to hearing from you.

Joanna Marie Ragas

Mon, 18 Mar 2019 06:40:31 GMT

via agent (external)

yes i would be glad too i got done eating out with my kids my oldest being 18 after sent them jome in a uber thinking it would be safe and my daughter stated as they turned in to 41st ave it seem that the  driver didn't bother to look and waa spaced  out turn and they almost got bit by a car im so upset at this reaolve this now

Jennifer REDACT ED - PII

Wed, 20 Mar 2019 01:16:04 GMT

via inappsupport (external)

Thanks for getting back, Jennifer.

We take the safety of drivers and riders very seriously. Driver-partners are expected to respect everyone who shares the road while using Uber. As a result of your feedback, we will be further investigating this matter.

CONFIDENTIAL    UBER-MDL3084-DFS00216662

$' ÷ ( '$$$*

We appreciate you bringing this to our attention.

Gaspar Teneza

Wed, 20 Mar 2019 01:18:27 GMT

via agent (external)

Rider Status: Normal

Gaspar Teneza

Wed, 20 Mar 2019 01:18:27 GMT

via agent (internal)

yes im this case i would like a full refund as my children were out in danger what j
kind of company is this

Jennifer REDACT
ED - PII

Wed, 20 Mar 2019 12:54:42 GMT

via inappsupport (external)

Thanks for reaching out, Jennifer. Can you please share with us how was the driver's manner of driving? Hope to hear from
you soon.

Gem Diego

Wed, 20 Mar 2019 12:59:08 GMT

via agent (external)

the ride was good until they got to glendale and 43rd ave my daughter stated that the driver seemed as if he spaced out or
as if he was not paying attention because all of a sudden he didn't even make a complete stop and proceeded to turn with
cars visibly coming. upsetting that my children experience this

Jennifer REDACT
ED - PII

Wed, 20 Mar 2019 13:02:55 GMT

via inappsupport (external)

Hi Jennifer,

Sorry to hear about your concern towards the driver's way of driving. We take the safety of riders and drivers very seriously.

No worries, we're reviewing this driver's account as a result of your report. I've also added $5.00 in Uber Cash to your rider
account. You should see the amount reflected in your Uber Cash balance.

As outlined in our Community Guidelines, drivers using the app are expected to drive safely and follow the law at all times.
This includes respecting everyone who shares the road.

We appreciate you choosing Uber. If we can help with anything else, please let us know.

Jose Raphael Mancilla

Wed, 20 Mar 2019 13:45:29 GMT

via agent (external)

D/:
https://Abliss.uberinternal.comAcontactsAa8387d87-3f16-4439-9e4a-a3ba859b7767


RS:
Normal

Jose Raphael Mancilla

Wed, 20 Mar 2019 13:45:29 GMT

via agent (internal)

$' +- ( '$$$,

ID: 2f73c9a4-be62-4c4f-bf59-26fa2ef9b8ea

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I take this ride and from when I got in the driver kept giving me compliments about how beautiful I was and as myself and my boyfriend took the ride the death of continued to he nor any request my boyfriend said and continue to give me compliments at first it was appreciated in nice but then it started becoming too much and to the point where my boyfriend was not happy this behavior is inappropriate and luckily he did not do this to someone who was not as nice a new boyfriend ask him to stop and he definitely little by little continue to do what he was doing and giving me compliments that we're making me very uncomfortable

Jennifer REDACT ED - PII

Sat, 23 Mar 2019 21:33:25 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: uncomfortable

Jennifer REDACT ED - PII

Sat, 23 Mar 2019 21:33:25 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACT ED - PII

Sat, 23 Mar 2019 21:33:25 GMT

via inappsupport (internal)

PA

Harold Irreño

Sat, 23 Mar 2019 21:38:40 GMT

via agent (internal)

Hi Jennifer,

We're sorry to hear about this experience.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

We've fully refunded this trip. You should see the amount returned to your original payment method in a few business days.

We appreciate you sharing this feedback with us.

Alexander Samson

Sat, 23 Mar 2019 21:43:35 GMT

via agent (external)

Driver Outreach
Driver Note Added
Blocked Future Pairing

Qull Defund
Dider 0tatus: Rormal

ñle)ander 0amson

0at, 23 Mar 21G9 2G:43:35 (MT

via agent xinternalE

$' ← ( '$$%$

ID: 3e8b63d9-d80f-43e8-8cdf-bf704cd8e034

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my sister and the driver grim the beginning
was extrreemly rude he wouldn't reoly when we asked how he was doing nor did he askwho we were i undeerstand it was early but it made us unsure of him and our ride because of it the whole ride was a little scary! Very unprofessional

Jennifer REDACT
ED - PII

Sat, 23 Mar 2019 18:13:20 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACT
ED - PII

Sat, 23 Mar 2019 18:13:20 GMT

via inappsupport (internal)

Hi, Jennifer.

I am sorry to hear that the driver was rude during this trip. This is not the kind of experience that we expect our riders to have.

Drivers who partner with Uber agree to maintain a high standard of professional service. This includes respect and politeness toward riders. We can assure you that we have noted your response so that we can take appropriate action.

Based on your feedback, our systems have been instructed not to match you with this driver again. I've also added $7 in Uber Cash to your account. Select Uber Cash as your payment method for it to apply to your next trip. You can learn how to select Uber Cash as your trip's payment method here.

Your feedback is important to us. Please don't hesitate to reach out to us through in-app support should you have any questions or concerns related to your trips - we're happy to help.

We appreciate you for being a loyal customer who's been choosing Uber for 3 years. Thank you for riding with us!

Lisbeth Olaya

Sat, 23 Mar 2019 18:19:07 GMT

via agent (external)

https://team.uberinternal.com/display/public/RSKB/Pickup+difficulty+without+cancellation+fee#Pickupdifficultywithout-cancellationfee-step8

Lisbeth Olaya

Sat, 23 Mar 2019 18:19:07 GMT

via agent (internal)

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer REDACT
ED - PII

$' + ( '$$%

Mon, 2z Mar 2019 04:z1:17 GMT

via inappsupport (external)

Thanks for reaching out, Jennifer.

We're sorry to hear about your experience during this trip. We understand how frustrating can be that your driver didn't make you feel as Fve star customer in this service.

Given this situation, we've gone ahead and added $7.00 Uber Cash to your account. Select Uber Cash or Cedit as your payment method for it to apply to your next trip.

You can learn how to select Uber Cash or Cedit as your trip's payment method here.

Idditionally , we've taken measures to minimiJe the chances of you being paired with this driver in the future.

We appreciate you taking the time to provide this feedback. We use feedback like this and the rating you provide to help maintain the quality standard you can expect from Uber.

Thank you for being a loyal customer all this time (3 years). We appreciate your understanding.

Javier Kerreira

Mon, 2z Mar 2019 04:z6:02 GMT

via agent (external)

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very 5ealousbf that was on the ride with me the driver continued to Aat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer <sup>REDACT</sup> <sub>ED - PII</sub>

Mon, 2z Mar 2019 12:26:z2 GMT

via inappsupport (external)

Thanks for reaching out and letting us know about your concern, Jennifer.

My name is Kelipe, and Iǹm part of Uber's Priority Support Team. I'm here to help.

I'm sorry to hear about this experience. DeFnitely this isn't the kind of situation we want our riders to have.

We are glad to see that our colleague has already provided an appropriate credit. We understand your experience has been frustrating, but we will be unable to provide additional credits or refunds for this concern.

We hope to offer you a better experience on your next ride.

Thanks for being one of our top riders and for your loyalty to Uber during these 3 years.

Kelipe Burgos

Mon, 2z Mar 2019 12:z1:37 GMT

via agent (external)

$' +- ( '$$%&

Push back.

Kelipe Burgos

Mon, 2z Mar 2019 12:z1:37 GMT

via agent (internal)

CONFIDENTIAL

ID: 6e9c11fc-6c0a-451e-b133-84edbbcdf541

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I take this ride and from when I got in the driver kept giving me compliments about how beautiful I was and as myself and my boyfriend took the ride the death of continued to he nor any request my boyfriend said and continue to give me compliments at first it was appreciated in nice but then it started becoming too much and to the point where my boyfriend was not happy this behavior is inappropriate and luckily he did not do this to someone who was not as nice a new boyfriend ask him to stop and he definitely little by little continue to do what he was doing and giving me compliments that we're making me very uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:34:19 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:34:19 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:34:19 GMT

via inappsupport (internal)

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I take this ride and from when I got in the driver kept giving me compliments about how beautiful I was and as myself and my boyfriend took the ride the death of continued to he nor any request my boyfriend said and continue to give me compliments at first it was appreciated in nice but then it started becoming too much and to the point where my boyfriend was not happy this behavior is inappropriate and luckily he did not do this to someone who was not as nice a new boyfriend ask him to stop and he definitely little by little continue to do what he was doing and giving me compliments that we're making me very uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:34:38 GMT

via inappsupport (external)

Hi Jennifer,

We're sorry to hear about this experience.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

I've fully refunded your fare for this trip. You should see the amount returned to your original payment method in a few business days.

We appreciate you sharing this feedback with us. We hope that your next Uber experience will be smooth and hassle-free. Should you have any concern or question, please don't hesitate to let us know. Have a great day.

Jowelyn Lopez

CONFIDENTIAL

2at, G3 Mar G019 G1:46:46 (M̄

via agent xe)ternalE

outreach to driver: https:@bliss.uberinternal.com@contacts@1ee693cc-c945-4aca-be9a-beeG51bf99A4

Cowelyn Lope7

2at, G3 Mar G019 G1:46:46 (M̄

via agent xinternalE

CONFIDENTIAL                    UBER-MDL3084-DFS00216671

ID: 6e31683c-9f4b-4833-a06e-1fe71573f2e4

Title: My driver drove dangerously

User Type: client

Share Details : This ride was horrible in the little time spent in this car the driver almost rear ended 2 different cars 2 different times it came so close that i got to tje point of screaming this was such a scary situation after im taking a uber because i was just recently in a car accident myself the diver seemed to be to busy looking in the rear view mirror vs the rd. Please compensate me for this ride

Jennifer REDACT ED - PII

Fri, 22 Mar 2019 20:21:31 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: accident

Jennifer REDACT ED - PII

Fri, 22 Mar 2019 20:21:31 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACT ED - PII

Fri, 22 Mar 2019 20:21:31 GMT

via inappsupport (internal)

please resolve asap

Jennifer REDACT ED - PII

Fri, 22 Mar 2019 21:47:55 GMT

via inappsupport (external)

Hi Jennifer,

Thanks for bringing this matter to our attention. We take the safety of riders and drivers very seriously.

This feedback is concerning, and we'd like to further review this situation. Can you please share any more details about what happened on this trip to help us in our review?

We look forward to hearing from you.

Kris Ann Castulo

Fri, 22 Mar 2019 22:01:48 GMT

via agent (external)

yes definitely!!! we got in the car and once on our way going down 89th ave the driver was not at all paying attention and was continuously looking in rear view and when coming in to traffic the traffic was at a stop and the driver was not paying attention we almost rear ended a work truck with a trailer we were litterally inces away from that trailer. the second time waa not as close but also made me slide forward in my seat

Jennifer REDACT ED - PII

Fri, 22 Mar 2019 22:14:07 GMT

via inappsupport (external)

$' ÷ ( '$$%

Hi Jennifer,

We take the safety of riders and drivers very seriously. Sorry to hear that the experience you had with the driving on this trip was less than excellent. We know that when you request a ride with Uber, you trust that your driver will get you to your destination safely and comfortably.

While we understand that this experience can be frustrating, we're not able to provide a refund for this trip at this time.

As outlined in our Community Guidelines, drivers using the app are expected to drive safely and follow the law at all times. This includes respecting everyone who shares the road while using Uber.

We appreciate you bringing this to our attention. If you have questions, please don't hesitate to let us know.

Kris Ann Castulo

Fri, 22 Mar 2019 22:19:28 GMT

via agent (external)

i don't agree with this at all how is risking my life and taking this service worth me using it again this is not acceptable as a company.

Jennifer REDACTED - PII

Fri, 22 Mar 2019 22:35:09 GMT

via inappsupport (external)

Terribly sorry to hear that the driver was not paying attention to the road and continuously looking at the rearview mirror, Jennifer.

We take all safety incidents seriously and investigate each report thoroughly as soon as we receive it. As much as we would like to help you, however, we are not able to provide a refund or credit to your account. No worries as we are taking steps to document this report, conduct a thorough review of this driver's account, and evaluate his access to Uber.

As outlined in our Community Guidelines, drivers using the app are expected to drive safely and follow the law at all times. This includes respecting everyone who shares the road.

We appreciate your patience and understanding with this. Please let us know if we can help with anything else and enjoy the rest of your day.

Jacqueline Camille Catalan

Fri, 22 Mar 2019 22:44:23 GMT

via agent (external)

Vague concern

Rider status: Normal

Jacqueline Camille Catalan

Fri, 22 Mar 2019 22:44:23 GMT

via agent (internal)

ID: 8ccb53b2-2856-47b6-ae6b-f0ba4e0bcbd9

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: This ride was unacceptable the driver once i got in the car the driver asked me to roll my window down because there was a smell coming from the back seat.... Feeling emberessed i rolled my window down the whole ride i felt insecure as well as the rest of the night i felt horrible and insecure. Not a good experience

Jennifer REDACTED - PII

Fri, 22 Mar 2019 04:50:18 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Fri, 22 Mar 2019 04:50:18 GMT

via inappsupport (internal)

Hi, Jennifer.

I'm Alejandro from Uber's Priority Support team. I'm sorry to hear that your driver was unprofessional on this trip because he asked you to roll down the window because there was a smell coming from the back seat. This is not the kind of the experience that we want you to have when requesting an Uber.

Based on your feedback, our systems have been instructed not to match you with this driver again.

I've also added $7.00 in Uber credit to your account. Select Uber Cash or Credit as your payment method for it to apply to your next trip. You can learn how to select Uber Cash or Credit as your trip's payment method here.

Per our Community Guidelines, we want every trip to be a safe and comfortable experience for all users.

However, as we try to improve and give you the service you deserve, we've noted your feedback and are further reviewing the driver's account.

Thank you for being a good customer with your gold status.

It was a pleasure for me to assist you today, and I hope you have a better experience on your future rides.

oscar cardona

Fri, 22 Mar 2019 05:23:04 GMT

via agent (external)

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer REDACTED - PII

Sun, 24 Mar 2019 05:05:14 GMT

via inappsupport (external)

Hi Jennifer,

 Oe're sorry to hear about your experience on this trip. The situation you have described is certainly not the experience we want riders to have with Uber.

 Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be Witing, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

 Oe've fully refunded this trip. You should see the cost returned to your original payment method in a few business days.

 Your feedback helps us in maintaining a safe and comfortable experience for both riders and partners.

Thank you.

SRNIYA CHRUDHADY

Sun, 24 Mar 2019 05:26:40 GMT

via agent (external)

[outreach](outreach)

ride attach

rider status:normal

SRNIYA CHRUDHADY

Sun, 24 Mar 2019 05:26:40 GMT

via agent (internal)

CONFIDENTIAL

$' +- ( '$$%

ID: 8d1cb6cf-383d-4cb8-9afa-12c7f1c84487

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer <sup>REDACTED - PII</sup>

Mon, 25 Mar 2019 12:25:25 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer <sup>REDACTED - PII</sup>

Mon, 25 Mar 2019 12:25:25 GMT

via inappsupport (internal)

Sorry to hear about your experience on this trip, Jennifer. We do not tolerate this kind of behavior and we take every report from drivers and riders very seriously.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

I've fully refunded this trip. You should see the amount returned to your original payment method in a few business days.

We appreciate you for bringing this to our attention. Your feedback is important and will help us keep Uber safe for everyone. If you have other issues, you can contact us directly through the App 'Help' page or help.uber.com.

Noelita Carino

Mon, 25 Mar 2019 12:53:26 GMT

via agent (external)

dup:
https://bliss.uberinternal.com/contacts/8d1cb6cf-383d-4cb8-9afa-12c7f1c84487

DO:
https://bliss.uberinternal.com/contacts/ae49e5ae-951b-4a28-b2fe-b07b246776b6

Adjustments & Appeasements

Normal

trip attached

Noelita Carino

Mon, 25 Mar 2019 12:53:26 GMT

via agent (internal)

Thanks for reaching out, Jennifer.

UBER-MDL3084-DFS00216676

It looks like youNe created another ticket regarding this and we respond to your original ticket to help you with this issue, so we're closing this reCuest.

A eNe noted your feedback and reached out to the driver and refunded your fare and will reJect on your account within 3-0 business days.

A e appreciate you for bringing this to our attention. Your feedback is important and will help us keep Uber safe for everyone. If you have other issues, you can contact us directly through the 'pp NHelpN page o help.uber.com.

/oelita 5arino

Mon, 20 Mar 2G19 12:03:00 (MT

via agent xe)ternalE

MT:
https:OObliss.uberinternal.comOcontactsO8d1cb6cf-383d-4cb8-9afa-12c7f1c84487

/oelita 5arino

Mon, 20 Mar 2G19 12:03:00 (MT

via agent xinternalE

$' +‒ ( '$$8%

ID: 9aaf0d88-3f9a-496f-af11-b33040bfa8cb

Title: My order had missing or incorrect food items

User Type: eater

Partially Missing Item: Famous Slushes (1)
it came as a small and no rainbow candy and when asked the driver if they could return it because it was incorrect and i
offered a good 20.00 the driver refused say just go online and tell uber so unorofessional

Missing Customizations:
- Large
- Rainbow Candy

Partially Missing Item: Sonic Blast (1)
it came as am m&m blast and thats not what i ordered

Missing Customizations:
- Reese's Peanut Butter Cups

Partially Missing Item: Frozen Lemonade and Limeade (1)
came as a small

Missing Customizations:
- Large

Jennifer <sup>REDACTED - PII</sup>

Sun, 24 Mar 2019 17:42:41 GMT

via inappsupport (external)

To prevent potential abuse, before you process a refund for the eater, please review the Eater's notes to confirm that they
have not received a self-service resolution for this issue already.

Eats Workflow: https://chronicle.uberinternal.com/workflow/fd83eafc-4280-4122-ad7c-0a9d533f3fa4

Jennifer <sup>REDACTED - PII</sup>

Sun, 24 Mar 2019 17:42:41 GMT

via inappsupport (internal)

Hi Jennifer,


I appreciate you letting us know about this.
This is Retchel from the Priority Support Team.


The feedback you've provided will help us work with restaurants and the delivery partners to improve the order experience.


Looking at your account, there are several orders that have price adjustments or refunds. Because of this, we won't be able
to provide you with a price adjustment on this order.


If you have problems with your delivery, feel free to rate and leave feedback for the delivery partner or restaurant in the
Uber Eats app.


Thank you for being a Gold Member.

RETCHEL GUIRAL

CONFIDENTIAL                    UBER-MDL3084-DFS00216678

$' ← ( '$$&&

Sun, 24 Mar 2019 19:34:A4 GMT

via agent (external)

S/L:

https://Hhteam.uberinternal.comHdisplayHUET+BH#rder$was$wrongV#rderwaswrong-step12

RETCKEL GUIROL

Sun, 24 Mar 2019 19:34:A4 GMT

via agent (internal)

Partially Missing Item: Frozen Lemonade and Limeade (1)
small and onky lemonaid

Missing Customizations:
- Large
- / atermelon

Partially Missing Item: Sonic Blast (1)
size small and it was. m&m

Missing Customizations:
- Medium
- Reese's Peanut Butter Cups

Partially Missing Item: Famous Slushes (1)
small and no rainbow candy

Missing Customizations:
- Large
- Rainbow Candy

Jennifer REDACT
ED - PII

Mon, 2A Mar 2019 06:A2:04 GMT

via inappsupport (external)

Thanks for reaching out, Jennifer.

I completely understand the importance of receiving a complete order. The experience you described is not the one we wish you to have when using Uber Eats. I can deWnitely helpou with that.

I have successfully processed a refund for the missing Large (Frozen Lemonade and Limeade), / atermelon, Medium (Sonic Blast) and Large and Rainbow Candy amounting to G2.90 including tax. Please be informed that your new bill is now G12.90. The amount will re5ect on your payment account within a few business days. Olso, I've sent you an updated receipt as proof that you are not charged for the missing item.

Rest assured that your feedback will be properly documented for internal review. This will absolutely help us improve and provide the best Uber Eats experience b our valued consumers.

Glad I could help, Jennifer. I appreciate your time and patience in sharing your concerns. Thank you so much for being a Gold Member. Please continue to let us know if there's anything else you want to discuss with and we'll be here willing to help. Kave a wonderful day.

Halerie May  Bandiola

CONFIDENTIAL

$' +- ( '$$&'

Mon, 2A Mar 2019 07:49:26 GMT

via agent (external)

https:HHteam.uberinternal.comHdisplayHUET+BH#rder$was$wrong◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆
S/L:https:HHteam.uberinternal.comHdisplayHUET+BH#rder$was$wrong◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆◆

◆◆◆◆◆◆◆◆

Halerie May  Bandiola

Mon, 2A Mar 2019 07:49:26 GMT

via agent (internal)

CONFIDENTIAL

UBER-MDL3084-DFS00216680

$' +‒ ( '$$&(

## ID: 9bada293-30d2-4dfc-97fd-057355cc2087

### Title: I want to reactivate my account

### User Type: client

First And Last Name : Jennifer Chase

Mobile Number :

Describe Two Recent Uber Trips : March 24th pick up location 41st ave and glendale and drop off location peter piper 43rd ave and Glendale

2nd trip
March 24th pick up location 43rd ave and Glendale to lower buckeye and 88th lane

Jennifer REDACT ED - PII

Mon, 25 Mar 2019 17:11:04 GMT

via websupport (external)

Thanks for reaching out, Jennifer. This is Marcelino from Priority Support. Allow me to explain.

Jennifer, we understand you would like to access your Uber account. However, after reviewing your account, we've identified that activities on the account do not adhere with our Terms of Use.

We will not be able to lift the restrictions on your account.

Should you have anything else in mind, please let us know right away, so we can immediately take further action and resolve it for you.

Marcelino Daig

Mon, 25 Mar 2019 17:18:24 GMT

via agent (external)

Rider note: This rider has been banned for safety support abuse. Do not reactivate.

Marcelino Daig

Mon, 25 Mar 2019 17:18:24 GMT

via agent (internal)

I NEED THE MONEY I HAD LEFT ON MY GIFT CARD THAT WAS NOT YOUR MONEY TO TAKE
I PAID FOR THOSE RIDES

Jennifer REDACT ED - PII

Mon, 25 Mar 2019 17:22:23 GMT

via email (external)

another agent on ticket

Devyani Thapa

Mon, 25 Mar 2019 17:25:47 GMT

via agent (internal)

Devyani Thapa on this ticket

CONFIDENTIAL

UBER-MDL3084-DFS00216681

03794.0025

Henry Gutierre6

Mon, 25 Mar 2019 17:2B:54 GMT

via agent (internal)

Hi Jennifer,

I understand how concerning this is for you, so allow me to further explain to help with the situation.

E e have investigated your account and have conWrmedthat it does not comply with [Uber's Terms of Use](#). _ecause of this, you will no longer be able to use Uber.

Thank you for understanding.

Eindy Norilyn Manangan

Mon, 25 Mar 2019 17:30:14 GMT

via agent (external)

RiskSupport'B saf ety

Eindy Norilyn Manangan

Mon, 25 Mar 2019 17:30:14 GMT

CONFIDENTIAL    UBER-MDL3084-DFS00216682

$' +- ( '$$&*

via agent (internal)

I donqt have an understanding because i still had money on my account. Thst was my money and i need that money back

Jennifer  REDACTED - PII

Mon, 25 Mar 2019 17:33:3B GMT

via email (external)

Eind is on the tick et

Nitish Gairola

Mon, 25 Mar 2019 17:39:02 GMT

via agent (internal)

This rider has been banned for safety support abuse.

Ramesh Thakur

Mon, 25 Mar 2019 18:01:55 GMT

via agent (internal)

Sorry to hear about the trouble accessing your account, Jennifer.

I understand that youqd like us to reactivate your account.

I can see here that this account does not comply with [Uber's Terms of Use](). As much as I want to process your re"uest, in cases like this, weqe unable to reactivate the account and will not be able to use Uber.

I appreciate your understanding on this. Please let me know if I can help with anything else.

Fatima Lourdes Ruaõl

Mon, 25 Mar 2019 18:22:15 GMT

via agent (external)

RiskSupport'B saf ety fraud//cascade/:true,

Do not reactivate the account

Followed z_ ar ticle: https:++team.uberinternal.com+display+public+RSz_+Account#_anned}Account_anned-step19

Fatima Lourdes Ruaõl

Mon, 25 Mar 2019 18:22:15 GMT

via agent (internal)

Im not wanting to reactivate my account i want the rest of my money left to go back my acct ending in cc 1070

Jennifer Chase

$' + ( '$$&+

Mon, 25 Mar 2019 18:39:27 GMT

via email (external)

Hi Jennifer.

 E e have investigated your account and have conWrmed that it does not comply with [Uber's Terms of Use](#). _ecause of this, you will no longer be able to use Uber. Eith r egards to the gift card, please know that gift cards are nonrefundable and transferable.

Thank you for understanding.

Noel Lope6

Mon, 25 Mar 2019 18:44:50 GMT

via agent (external)

/note/:/RiskSupport'B saf ety
fraud//cascade/:true/admin'uuid/:/ ada0270B-eB87-44cd-8ccb-cb35Bb8ca803)/source/:/transformer/I

Noel Lope6

Mon, 25 Mar 2019 18:44:50 GMT

via agent (internal)

CONFIDENTIAL                    UBER-MDL3084-DFS00216684

$' +– ( '$$&,

ID: 44e452d9-1ed2-474b-b699-b69b5475d168

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer REDACT ED - PII

Sun, 24 Mar 2019 05:03:17 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACT ED - PII

Sun, 24 Mar 2019 05:03:17 GMT

via inappsupport (internal)

" the driver complemented me stating i was beautiful "

Imtiyaz Bhat

Sun, 24 Mar 2019 05:10:38 GMT

via agent (internal)

Sorry to hear about this experience, Jennifer.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

I've fully refunded this trip. You should see the amount returned to your original payment method in a few business days.

We evaluate all complaints and safety concerns thoroughly and remove users from the service when we see clear evidence and patterns of unsafe behavior.

If we can help you with anything else, please let us know.

Katrina Plar

Sun, 24 Mar 2019 05:16:05 GMT

via agent (external)

Rider status: Normal

D: https://bliss.uberinternal.com/contacts/051087cc-5c5e-4c40-8d45-a2fe3c131c25

Katrina Plar

Sun, 24 Mar 2019 05:16:05 GMT

$' +− ( '$$&

via agent xinternalE

UBER-MDL3084-DFS00216686

$' ÷ ( '$$' $

ID: 59d289eb-6be5-4318-9131-619ba9bdb34b

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I take this ride and from when I got in the driver
kept giving me compliments about how beautiful I was and as myself and my boyfriend took the ride the death of continued
to he nor any request my boyfriend said and continue to give me compliments at first it was appreciated in nice but then it
started becoming too much and to the point where my boyfriend was not happy this behavior is inappropriate and luckily
he did not do this to someone who was not as nice a new boyfriend ask him to stop and he definitely little by little continue
to do what he was doing and giving me compliments that we're making me very uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:33:44 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:33:44 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:33:44 GMT

via inappsupport (internal)

Hi Jennifer,

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual
comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

We've fully refunded this trip. You should see the amount returned to your original payment method in a few business days.

We appreciate you sharing this feedback with us.

Raman Salaria

Sat, 23 Mar 2019 22:03:00 GMT

via agent (external)

Rider status : Normal

https://bliss.uberinternal.com/contacts/7d31d8e7-20cd-4ad4-9823-24d45a5a48a8

Raman Salaria

Sat, 23 Mar 2019 22:03:00 GMT

via agent (internal)

CONFIDENTIAL                              UBER-MDL3084-DFS00216687

ID: 90ebe0ff-cebc-45fb-8f7d-589816f41a06

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I take this ride and from when I got in the driver kept giving me compliments about how beautiful I was and as myself and my boyfriend took the ride the death of continued to he nor any request my boyfriend said and continue to give me compliments at first it was appreciated in nice but then it started becoming too much and to the point where my boyfriend was not happy this behavior is inappropriate and luckily he did not do this to someone who was not as nice a new boyfriend ask him to stop and he definitely little by little continue to do what he was doing and giving me compliments that we're making me very uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:33:58 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:33:58 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:33:58 GMT

via inappsupport (internal)

Hi Jennifer,

We're so sorry to hear about your experience on this trip. This is not what we expect on the Uber app.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

We've fully refunded this trip. You should see the cost returned to your original payment method in a few business days.

Your feedback is important, and will help us maintain a safe and comfortable experience for everyone. We appreciate your patience during this matter.

Thank you.

Asifa Mohiuddin

Sat, 23 Mar 2019 21:47:48 GMT

via agent (external)

Rider status: Normal

https://bliss.uberinternal.com/contacts/6f6313ac-4ce1-4758-b109-c810506f9eb3

Asifa Mohiuddin

2at, 3G Mar 3019 31:47:48 (MT

via agent xinternalE

$' +- ( '$$ ' '

ID: 97c3aae4-22f3-4840-aa64-a348f120a805

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I take this ride and from when I got in the driver kept giving me compliments about how beautiful I was and as myself and my boyfriend took the ride the death of continued to he nor any request my boyfriend said and continue to give me compliments at first it was appreciated in nice but then it started becoming too much and to the point where my boyfriend was not happy this behavior is inappropriate and luckily he did not do this to someone who was not as nice a new boyfriend ask him to stop and he definitely little by little continue to do what he was doing and giving me compliments that we're making me very uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:32:36 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:32:36 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:32:36 GMT

via inappsupport (internal)

about how beautiful I was and as myself

Zaira Mae Labay

Sat, 23 Mar 2019 21:34:09 GMT

via agent (internal)

We're sorry to hear about your experience on this trip, Jennifer.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

I've fully refunded this trip. You should see the amount returned to your original payment method in a few business days.

Your feedback is important and will help us keep Uber safe for everyone. If we can help with anything else, please let us know.

Michael Earl Caballero

Sat, 23 Mar 2019 21:46:24 GMT

via agent (external)

DO: https://bliss.uberinternal.com/contacts/3a8ad9a8-6c10-4a41-aa77-ecf1d07472df

- notified driver, blocked future pairing, refunded rider fare, added driver note

$' ← ( '$$ (

- Cider Gtatus: Dormal

Michael Zarl Saballero

Gat, 23 Mar 2019 21:46:24 (MT

via agent xinternalE

UBER-MDL3084-DFS00216691

$' ← ( '$$' )

ID: 2154c44f-be1c-427b-a6bc-85f4bf8a1c0f

Title: My order had missing or incorrect food items

User Type: eater

Partially Missing Item: Pizza & Wings (1)
i only got 6 wings in my and non of them had the sauce i chose they all came plain. and my pizza had the peperoni and cheese all over the place as of the box was tilted or dropped... disapointing and not a good show of food hard to get the kids to even eat

Missing Customizations:
- Regular Wings
- Mild Buffalo
- Tossed
- Mild Buffalo
- Pepperoni

Jennifer REDACTED - PII

Sun, 24 Mar 2019 06:50:25 GMT

via inappsupport (external)

To prevent potential abuse, before you process a refund for the eater, please review the Eater's notes to confirm that they have not received a self-service resolution for this issue already.

Eats Workflow: https://chronicle.uberinternal.com/workflow/4352e79c-5b28-456c-bfd2-b70e1fe0135a

Jennifer REDACTED - PII

Sun, 24 Mar 2019 06:50:25 GMT

via inappsupport (internal)

Thanks for reaching out, Jennifer. I am Farisha from the Priority Support Team and I'll be more than willing to assist you.

I completely understand the importance of receiving an order in good quality. The experience you described is not the one we wish you to have when using Uber Eats. Need not to worry because I can definitely help you with that.
As well as you had some issue with the missing item.

I have successfully processed a full refund for the damaged Pizza & Wings amounting to $32.32 including tax. Please be informed that your bill is now $0.00. The amount will reflect on your payment account within 3-5 business days. Also, I've sent you an updated receipt as proof that you are not charged for the damaged food item.

We highly appreciate your time and patience in sharing your concerns. Rest assured that your feedback will be properly documented for internal review as the Uber Eats app is designed to empower consumers. By rating the restaurant and your delivery partner, you are able to voice out any opportunities for improvement. From there, we can improve and provide the best Uber Eats experience to our valued consumers.

Glad I could help, Jennifer. I appreciate your time and patience in sharing your concerns. Thank you so much for being a Gold Member. Please continue to let us know if there's anything else you want to discuss with and we'll be here willing to help. Have a wonderful day!

Farisha Salik

Sun, 24 Mar 2019 06:56:32 GMT

via agent (external)

SWL: https://team.uberinternal.com/display/UETKB/Food+was+damaged

$' +– ( '$$' *

Provided a modi/ed  response to be able to address the issue and included additionalFhelpful information  to the customer.

-Refunded this order because thereN no clear logic for this issue on FB.

qarisha Salik

Sun, 24 Mar 2019 06:56:'2 GMT

via agent (internal)

$' +– ( '$$' +

ID: 3385d069-1b25-4392-9c28-7addbadbaf26

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer REDACTED - PII

Sun, 24 Mar 2019 05:03:42 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sun, 24 Mar 2019 05:03:42 GMT

via inappsupport (internal)

So sorry to hear about your experience on this trip, Jennifer.

I completely understand that when you request a ride with Uber, you trust that your driver will get you to your destination safely and comfortably.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise.

As a result of your claim, I've reached out to this driver and we are going to review this driver's account to determine whether the driver should continue to have access to the Uber app.

Due to this experience, I've fully refunded your fare for this trip which will apply to your original payment method within a few business days.

I appreciate you taking the time to contact us and share details about your experience.

Let us know if we can help with anything else.

Maria Lawrence Dela Cruz

Sun, 24 Mar 2019 05:16:11 GMT

via agent (external)

Partner reachout
https://bliss.uberinternal.com/contacts/ce2fbef8-0c11-4589-8600-c2d5a10e6229

**Rider status: Normal

Maria Lawrence Dela Cruz

Sun, 24 Mar 2019 05:16:11 GMT

via agent (internal)

Kindly remove the miscellaneous payment on the partner's account (this was added mistakenly).

Maria Lawrence Dela Sru/

Gun, 24 Mar 2019 05:20:03 (MT

via agent xinternalE

D >N>, we cannot remove the fees added on the driver's account. Cust leave it as it is.

Shristopher 'bello

Gun, 24 Mar 2019 06:11:11 (MT

via agent xinternalE

CONFIDENTIAL    UBER-MDL3084-DFS00216695

$' +– ( '$$' -

ID: 5381cfb2-7ba7-4aca-a47c-44b0d80fafc9

Title: I had an issue with the quality of my food

User Type: eater

Share A Photo Of The Food:



Share Details: My breakfast bundle consisted of only this and non of my egg mcmu.ns had egg in themJ

Cennifer REDACT
ED - PII

, edG 20 Mar 2019 13:00:02 vMT

(ia inappsupport xe)ternalH

'i Cennif erG

, ej( e re(iewed your orderG and we /ust need a bit mœr informationJ Wan you please con?rm the itemxsH that ae missingBincorrect6

Any additional information y ou pro(ide will help us determine the best wa y to resol( e your concernJ

Wristine Cy Lacelonia

, edG 20 Mar 2019 15:50:2z vMT

(ia agent xe)ternalH

S,E:ask for mor e information

Wristine Cy Lacelonia

CONFIDENTIAL
UBER-MDL3084-DFS00216696

$' +( '$$( $

Wed, 20 Mar 2019 15:50:26 GMT

via agent (internal)

4 sausage egg and cheese mcmuffins 4 hashbrowns 2 orange juice size M and 2 coffee

Jennifer REDACTED - PII

Wed, 20 Mar 2019 16:53:54 GMT

via inappsupport (external)

Thanks for reaching out, Jennifer.

We have looked into this for you and can see that you have already been refunded for this order. As such, we trust this issue has been successfully resolved and will be closing out your contact.

If you do have any other questions or concerns, please feel free to reach out again.

Jennie Ann Panes

Wed, 20 Mar 2019 17:00:36 GMT

via agent (external)

SWL:
https://team.uberinternal.com/display/UETKB/Uber+Eats+duplicate+contact

-
Duplicate ticket:
https://bliss.uberinternal.com/contacts/a138f473-108c-4946-a318-c4a5edad688b

Jennie Ann Panes

Wed, 20 Mar 2019 17:00:36 GMT

via agent (internal)

ID: 7434e798-15aa-477a-bea9-02b61b1dee79

Title: I had a different issue with my order

User Type: eater

Share Details: When I place my order it says I will get my food within 30 minutes but the estimated delivery time goes up and up and up. The actual time between placing my order and my food arriving in my front room was 47 minutes.

At the front door the delivery driver tells me that McDonald's haven't supplied her with a cup holder so the drink has spilt but 'there's still a bit of it left' and to contact them if there's an issue

Jennifer REDACTED - PII

Wed, 20 Mar 2019 13:14:14 GMT

via inappsupport (external)

Hi Jennifer,

We're sorry to hear that your order was delivered to you like this and understand this must be frustrating. This is not the Uber Eats experience we aim to provide. Don't worry, I will quickly put this into action and do my best to take care of this for you.

To further assist you, may you please confirm the specific item that was damaged from your order?

Looking forward to your response.

Myles Bajao

Wed, 20 Mar 2019 15:41:19 GMT

via agent (external)

SWL: https://team.uberinternal.com/display/UETKB/Food+was+damaged

Resolution According to Team Lead: Created a customized response to match the concern of the eater. Ask for more information for us to confirm the missing items. Send as awaiting reply.

Myles Bajao

Wed, 20 Mar 2019 15:41:19 GMT

via agent (internal)

the quarter pounder meal as well as 2 missing happy meals disappointment

Jennifer REDACTED - PII

Wed, 20 Mar 2019 15:49:26 GMT

via inappsupport (external)

Hi Jennifer,

Sorry to hear that you receive your order damaged and missing. I understand how inconvenient it is when you received your order incomplete. Please be assured that you will not pay for the missing items.

Upon checking, I can confirm that a refund has been processed including the tax for the (2) Hamburger - Happy Meal and (1) Quarter Pounder with Cheese Meal. Your new bill is now only $14.78. Rest assured that you will receive an updated receipt shortly in your email associated with your Uber Eats account and see the refund in your account within 1-3 business days, depending on your bank's policy.

We appreciate your patience and it has been a pleasure helping you out today.

Jon Marloe Malayang

Wed, 20 Mar 2019 16:07:05 GMT

via agent (external)

SWB: https://team.uberinternal.com/display/UETFjK+oodRwasRdamaged

Jon Marloe Malayang

Wed, 20 Mar 2019 16:07:05 GMT

via agent (internal)

ID: 275391bb-f58d-4c6c-9abc-1a7308933362

Title: My driver drove dangerously

User Type: client

> Share Details : My self and my 3 small children took this trip ages 5,7,8. The driver seemed annoyed as soon as we got in the car as if he didnt want the children to be in the car... Once in the car my kids tried to ask qyestions a d the driver would turn up the music were i couldn't hear them i has to ask 2x for him to turn it down 2x there forth making the driver upset were i hear him say Fuck after telling him the second time to turn it down.

> Jennifer REDACTED - PII
>
> Sun, 17 Mar 2019 06:20:48 GMT
>
> via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

> Jennifer REDACTED - PII
>
> Sun, 17 Mar 2019 06:20:48 GMT
>
> via inappsupport (internal)

resolve please

> Jennifer REDACTED - PII
>
> Sun, 17 Mar 2019 18:22:10 GMT
>
> via inappsupport (external)

Hi, Jennifer.

We're sorry to hear that your driver was rude and unprofessional on this trip. This is definitely not the kind of experience that we want you to have when requesting an Uber. Riders and drivers should always demonstrate respect and politeness towards each other. Let me fix this for you.

Drivers who partner with Uber agree to maintain a high standard of professional service. This includes respect and politeness toward riders. We can assure you that we have noted your response so that we can take appropriate action.

Based on your feedback, our systems have been instructed not to match you with this driver again. I've also added $7.00 in Uber Cash to your account. Select Uber Cash or Credit as your payment method for it to apply to your next trip. You can learn how to select Uber Cash or Credit as your trip's payment method here.

Your feedback is important to us.

Thank you for choosing Uber.

It was a pleasure to assist you.

> Eliana Aldana
>
> Sun, 17 Mar 2019 20:03:16 GMT
>
> via agent (external)

ID: 7758689e-6d0d-4c76-9c9a-2f6245fe67de

## Title: My order had missing or incorrect food items

## User Type: eater

Missing Item: Hash Brown (2)
I did not receive the item

Missing Item: Mocha Frappe (1)
I did not receive the item

Missing Item: Sausage McMuffin (2)
I did not receive the item

Partially Missing Item: Coffee (1)
they gave me a small size those no cream no sugar and I did not order a hazelnut it seems as if my whole order was incorrect

Missing Customizations:
- Large
- Add Hazelnut Syrup
- Add Cream
- Add Splenda

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:25:41 GMT

via inappsupport (external)

To prevent potential abuse, before you process a refund for the eater, please review the Eater's notes to confirm that they have not received a self-service resolution for this issue already.

Eats Workflow: https://chronicle.uberinternal.com/workflow/0e922cfa-48d0-4e8c-9674-f87947cfda11

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:25:41 GMT

via inappsupport (internal)

Hi Jennifer,

I'm Sangrila from the Priority Support Team and I'm here to get this checked and sorted out for you.

We're sorry to hear that you were missing Hash Brown (2), Mocha Frappe and Sausage McMuffin (2) from your order. I've refunded you for these items amounting to $9.58 including tax which should reflect in your account in the next few business days. I've also sent you an updated receipt for reference.

Please be certain that I have noted your feedback about the incorrect Coffee that you received from your order. Rest assured that this will be appropriately documented for internal review.

To ensure restaurants can also make the most of this feedback, please feel free to rate your order. You can do so by tapping "Orders" at the bottom of your app (it looks like a small receipt), then tapping "Rate Order" next to the delivery confirmation. You'll first get to rate the delivery partner, then the restaurant and the specific food you ordered.

Thank you for your continued support as a Gold member, Jennifer. We appreciate you remaining professional throughout this ordeal. Please let us know if this does not resolve your issue. We are here to help.

Sangrila Villagonzalo

Sat, 23 Mar 2019 22:50:30 GMT

via agent (external)

$' ← ( '$$()

S/A:
https:RRteamkuEerinternalkcomRdisplJRU'TGBROestauantHforgotHorHsentHwongHitemHwithHprice

Sangrila FillagonLalo

Sat3 2G Mar 2019 22:50:G0 xM

via agent (internal)

ID: a1c78fa0-ed63-421a-84dd-aff08fa672e6

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer REDACTED - PII

Sun, 24 Mar 2019 05:06:25 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sun, 24 Mar 2019 05:06:25 GMT

via inappsupport (internal)

https://team.uberinternal.com/display/public/OSKB/Potentially+Critical+Review#PotentiallyCriticalReview-SexualMiscon-duct

Vipul Kaushik

Sun, 24 Mar 2019 05:11:58 GMT

via agent (internal)

We're sorry to hear about your issue with your driver, Jennifer. We want everyone to feel safe while using Uber, as explained in our Community Guidelines. As a result of this report, we've initiated an investigation of this issue and noted this on your driver's account.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. Due to this experience, I've refunded your fare associated with this trip. You'll receive an updated receipt by email, and you should see the cost returned to your account in a few business days.

If you have other issues, you can contact us directly through the App 'Help' page or help.uber.com.

Joseph Competente

Sun, 24 Mar 2019 05:19:42 GMT

via agent (external)

Rider status: Normal

DO: https://bliss.uberinternal.com/contacts/de1f3f7d-a53a-4820-ab6a-b28c6f088bad

Joseph Competente

Sun, 24 Mar 2019 05:19:42 GMT

via agent (internal)

ID: a138f473-108c-4946-a318-c4a5edad688b

Title: My order had missing or incorrect food items

User Type: eater

Missing Item: Sausage McMuffin with Egg (2)
2 came without egg

Missing Item: Sausage McMuffin (2)
out of the 4 i ordered only 2 had egg

Partially Missing Item: All Day Breakfast Meal Bundle (1)
the hash browns were missing from my order as well as one stack of pancakes.

Missing Customizations:
- Add Cream
- Add Splenda
- Add Cream
- Add Splenda

Jennifer REDACT
ED - PII

Sun, 17 Mar 2019 18:31:41 GMT

via inappsupport (external)

To prevent potential abuse, before you process a refund for the eater, please review the Eater's notes to confirm that they have not received a self-service resolution for this issue already.

Eats Workflow: https://chronicle.uberinternal.com/workflow/4ff151cb-5bfb-4ad9-96d7-9aba584fae0a

Jennifer REDACT
ED - PII

Sun, 17 Mar 2019 18:31:41 GMT

via inappsupport (internal)

Hi Jennifer,

I completely understand the importance of receiving a complete order. The experience you described is not the one we wish you to have when using Uber Eats. I can definitely help you with that.

I have successfully processed a refund for the missing Sausage McMuffin with Egg (2) amounting to $7.44 including tax and booking fee. Please be informed that your new bill is now $39.46. The amount will reflect on your payment account within a few business days. Also, I've sent you an updated receipt as proof that you are not charged for the missing items.

Moreover, the completeness of your order may sometimes be affected by the following reasons:

• Delivery-related concerns – the restaurant gave the order with incomplete items to the delivery partner or they might experience issues in delivering the order to you. In that case, please know that you can always rate your delivery partner and leave comments on the app.

Rest assured that your feedback will be properly documented for internal review. This will absolutely help us improve and provide the best Uber Eats experience to our valued consumers.

Glad I was given an opportunity to assist you, Jennifer. Thank you so much for your time and patience in sharing your concerns with us. Please continue to let us know if there's anything else you want to discuss with and we'll be more than willing to help.

$' +– ( '$$(,

–axe a Eonderful day+

Deo ,ade Bndia

SunG 17 Mar )019 )0:)3:58 vMT

xia agent 2e'ternalP

SHj: https:• •teamCuberinternalCcom•display•U( TOk•KestaurantEforgotEorEsentEErongEitemEEithEprice

SHj: https:• •FiaCuberinternalCcom•brEse•Gz-613)1

Deo ,ade Bndia

SunG 17 Mar )019 )0:)3:58 vMT

xia agent 2internalP

$' +‑ ( '$$( ‑

ID: babf9381-4ae9-4cbc-aa68-a7e0d23f044f

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I got in this ride and the driver made a ride comment saying " i was sitting here forever, i know you seen me". I let the uber driver know that i was not going to get in a car that i didnt know for sure was a uber and she stated you should have known by the pic and i stated that i knew what the car looked like but i wasnt going to approch nor get in a car that dosent have the uber sign the point of that sign is to help people feel at ease but this car did not have it this driver was really unprofessional

Jennifer REDACTED - PII

Sat, 23 Mar 2019 11:17:22 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sat, 23 Mar 2019 11:17:22 GMT

via inappsupport (internal)

please resolve

Jennifer REDACTED - PII

Sat, 23 Mar 2019 12:16:00 GMT

via inappsupport (external)

Hi, Jennifer.

My name is Carlos. I'm part of Uber's Priority Support team.

We're sorry to hear that your driver was unprofessional on this trip. This is definitely not the kind of experience that we want you to have when requesting an Uber.

Drivers who partner with Uber agree to maintain a high standard of professional service. This includes respect and politeness toward riders. We can assure you that we have noted your response so that we can take appropriate action.

Based on your feedback, our systems have been instructed not to match you with this driver again. I've also added $5.00 in Uber Cash to your account. Select Uber Cash as your payment method for it to apply to your next trip. You can learn how to select Uber Cash as your trip's payment method here.

Your patience and understanding on this matter are greatly appreciated.

I can see you have been using Uber for over 3 years now and have a rating of 5, so we want to congratulate you for being a top rider when using Uber.

We hope to offer you a better experience on your next trip.

Carlos Delgado

Sat, 23 Mar 2019 12:53:14 GMT

via agent (external)

$' +- ( '$$) $

https://team.uberinternal.com/display/public/RSKB/Professionalism

Carlos Delgado

Sat, 23 Mar 2019 12:53:14 GMT

via agent (internal)

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: This driver was unacceptly rude as soon as i got in the car she stated to me that it started to have a weird smell in the car and once i got my self and my bads in she made it. Point to say that the smell was coming from the back of the car. Veru unprofessional. And def msde me in secure from the time i got in the car

Jennifer REDACTED - PII

Mon, 25 Mar 2019 12:32:12 GMT

via inappsupport (external)

Hi, Jennifer.

This is David from Uber's Priority Support Team. Thanks for reaching out, I'm here to help you get this sorted out.

Sorry to hear the driver acted in an unprofessional way with you. I completely understand that when applying for a ride you want it to be comfortable. We appreciate your patience thus far, and we can assist from here

Please know that we review our standards on a regular basis and feedback like yours is invaluable as we continue to design more helpful support experiences for our riders.

We appreciate you for being a loyal customer who's been choosing Uber over 3 years. Thank you for riding with us!

David Lopez

Mon, 25 Mar 2019 12:35:30 GMT

via agent (external)

https://team.uberinternal.com/display/public/RSKB/Rider+Support+Knowledge

David Lopez

Mon, 25 Mar 2019 12:35:30 GMT

via agent (internal)

UBER-MDL3084-DFS00216707

$' ÷ ( '$$) %

ID: c1d0a798-dae2-4dbc-9eb7-cc1b9a529a1b

Title: My driver drove dangerously

User Type: client

Share Details : I was picked up at the pick up location and the drive got on the freeway as soon as he did one mile up the traffic was stopped at that point causing the driver to almost get rear ended.... Thinking he knew how bad traffic was i asked him to get off the freeway but he ignored and stayed on the freeway again during the drive to my destination he was changing lanes and got cut off 2x again almost cause us to get in an accident. Yet still ignoring my request to get off the freeway. All this could have been avoided if he. Just got off the freeway. Not a good experience at all... Scary...

Jennifer REDACTED - PII

Sun, 17 Mar 2019 07:40:39 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: accident

Jennifer REDACTED - PII

Sun, 17 Mar 2019 07:40:39 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sun, 17 Mar 2019 07:40:39 GMT

via inappsupport (internal)

Sorry to hear about your experience on this trip, Jennifer. We take the safety of riders and drivers very seriously.

Drivers who partner with Uber are advised to be courteous, professional and considerate at all times, and it sounds like that's not what happened during this trip.

We're reviewing this driver's account as a result of your report. I've also added $5 in Uber Cash to your rider account. You should see the amount reflected in your Uber Cash balance.

As outlined in our Community Guidelines, drivers using the app are expected to drive safely and follow the law at all times. This includes respecting everyone who shares the road.

We appreciate you choosing Uber. Please don't hesitate to reach out to us through in-app support should you have any questions or concerns related to your trips - we're happy to help.

Lambert Mauro

Sun, 17 Mar 2019 09:50:25 GMT

via agent (external)

DO: https://bliss.uberinternal.com/contacts/c44cbe2b-56ce-4ba3-b970-3ec29547901d

Rider Status: Normal

Lambert Mauro

Sun, 17 Mar 2019 09:50:25 GMT

via agent (internal)

i want a full refund on this ride as i had 2 other people in the car that can verify that this is infact what
happend.... we sat in traffic for no apparent reason after i told the driver exit abd he did NOT

Jennifer REDACTED - PII

Sun, 17 Mar 2019 18:46:48 GMT

via inappsupport (external)

Sorry again to hear about what happened during the trip, Jennifer.

 While we understand that this experience may be frustrating, we're unable to add any further refund or adjustments for
this trip. No worries, we've already taken necessary actions about this based on our policy.

We appreciate your patience and understanding.

Blessie Gladies Dela Cruz

Sun, 17 Mar 2019 18:48:53 GMT

via agent (external)

$' ← ( '$$) '

ID: c23ff956-c832-427a-bb54-1d8c03abf6ed

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I got in this ride as i got in the driver gave me a dirty look and then as i was un the car the driver asked me to roll my window down as i was doing so tge driver made a comment stating that a bad smell came from the back seat leaving me very insecure and wanting to just get off from how emberessed i was.... Left me in secure from the time i got off the car.

Jennifer REDACTED - PII

Sat, 23 Mar 2019 01:02:32 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sat, 23 Mar 2019 01:02:32 GMT

via inappsupport (internal)

Hi Jennifer, my name is Ana, and I'm part of Uber's Priority Support Team. I'll be helping you reach a resolution with this issue.

I understand that when your driver makes comments like this your ride can easily turn uncomfortable. This is not the experience we aim to provide.

Drivers who partner with Uber agree to maintain a high standard of professional service. This includes respect and politeness toward riders. We can assure you that we have noted your response so that we can take appropriate action.

Based on your feedback, our systems have been instructed not to match you with this driver again. I've also added $7.00 in Uber Cash to your account. Select Uber Cash as your payment method for it to apply to your next trip. You can learn how to select Uber Cash as your trip's payment method here.

Your feedback is important to us. Please don't hesitate to reach out to us through in-app support should you have any questions or concerns related to your trips - we're happy to help.

We appreciate you for being a loyal customer who's been choosing Uber over 3 years. Thank you for riding with us.

Ana Munoz

Sat, 23 Mar 2019 01:27:21 GMT

via agent (external)

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I take this ride and from when I got in the driver kept giving me compliments about how beautiful I was and as myself and my boyfriend took the ride the death of continued to he nor any request my boyfriend said and continue to give me compliments at first it was appreciated in nice but then it started becoming too much and to the point where my boyfriend was not happy this behavior is inappropriate and luckily he did not do this to someone who was not as nice a new boyfriend ask him to stop and he definitely little by little continue to do what he was doing and giving me compliments that we're making me very uncomfortable

Jennifer REDACTED - PII

Sat, 23 Mar 2019 21:33:04 GMT

via inappsupport (external)

Thanks for keeping in touch, Jennifer.

I'm really sorry to hear that your driver made you feel uncomfortable on this trip because has giving you compliments, and your boyfriend was not happy because of that. I completely understand how upsetting this situation can be. We are glad to see that our colleague has already provided an appropriate response. We understand your experience has been frustrating, but we will be unable to provide credits or refunds for this concern.

Drivers who partner with Uber agree to maintain a high standard of professional service. This includes respect and politeness toward riders. We can assure you that we have noted your response so that we can take appropriate action.

Thanks for being a loyal customer with a great score of 5.

We hope to offer you a better experience on your next trips.

Ezequiel Castro

Sat, 23 Mar 2019 21:44:27 GMT

via agent (external)

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer REDACTED - PII

Mon, 25 Mar 2019 04:51:42 GMT

via inappsupport (external)

Hi Jennifer,

We appreciate your follow-up.

We've noted your feedback, and we're continually working to improve the trip experience. Unfortunately, we're unable to provide a credit or adjustment for this trip.

We hope to offer you a better experience on your next ride.

Miguel Camacho

Mon, 25 Mar 2019 04:58:35 GMT

via agent (external)

ID: c80a4b6f-afb2-4ccf-b576-cff766e1559d

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: This driver was rude he got a huge attitude litterally as picking me up when he realized that i had my fiance coming on this trip with me. He wemt from giving me the compliment of i was beautiful to telling me to get in the car horrible experience he is lucky my fiance didnt hear him.

Jennifer REDACTED - PII

Fri, 22 Mar 2019 20:35:56 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Fri, 22 Mar 2019 20:35:56 GMT

via inappsupport (internal)

Sorry to hear this experience was below your expectations, Jennifer.

We understand your concern and will get this resolved for you as soon as possible.

As a result of this report, we are further reviewing John's account. Your feedback has been documented. No worries, this will be handled accordingly.

We are committed to facilitating a safe, respectful, and comfortable experience for everyone using the Uber app. These ground rules are designed to ensure that riders and drivers have a five-star ride. Please take a moment to read our Community Guidelines.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise.

Due to this experience, I have fully refunded your fare. It may take a few business days to reflect on your account. Also, an updated receipt was sent your way.

Please let us know if we can help with anything else.

John Paul Dumdumaya

Fri, 22 Mar 2019 21:45:26 GMT

via agent (external)

- Rider status: Normal
- 1st report
- block future pairing
- Notate the accused party's account according to the notations guidelines (see resources)
- Refund the trip on the rider's side only (if the reporter is a rider)
- DO: https://bliss.uberinternal.com/contacts/6e97b68e-611f-4a66-b486-ea12bc33061c

John Paul Dumdumaya

Fri, 22 Mar 2019 21:45:26 GMT

via agent (internal)

$' +- ( '$$) *

ID: cbe7f666-ea05-487e-b661-f3e227413d03

Title: My order had missing or incorrect food items

User Type: eater

Missing Item: 55+ French Toast (1)
I did not receive the item

Partially Missing Item: Country Fried Steak and Eggs (1)
this plate was missing the pancakes and missing the gravy the most important part. i couldnt even eat my steak

Missing Customizations:
- Country Gravy

Jennifer REDACTED - PII

Sun, 24 Mar 2019 18:44:01 GMT

via inappsupport (external)

To prevent potential abuse, before you process a refund for the eater, please review the Eater's notes to confirm that they have not received a self-service resolution for this issue already.

Eats Workflow: https://chronicle.uberinternal.com/workflow/32db74c6-3e2a-4b4f-85ff-a2cbca028660

Jennifer REDACTED - PII

Sun, 24 Mar 2019 18:44:01 GMT

via inappsupport (internal)

Hi Jennifer,

I'm Reyland from the Priority Support Team.

We're sorry to hear about the trouble that you experience and understood this must be frustrating. Don't worry; I am here to assist you.

We have received your request and would like to inform you that due to the refunds and appeasements that your account already has, it is not possible to make any adjustments in this order.

Please know that we have noted this feedback and we provide regular feedback back to restaurants and delivery partners. Uber highly values the feedback of its customers, and we take what you're saying very seriously.

As a growing company, we are constantly seeking ways to enhance better the Uber Eats experience from the delivery partner, customer and restaurant perspectives.

The Uber Eats app is designed to empower customers. By rating the restaurant and your delivery partner, you can voice out any opportunities for improvement.

We appreciate you remaining professional throughout this ordeal. We hope your next order with us goes much smoother.

Thank you for being a Gold member. Please let us know if this does not resolve your issue. We are here to help.

REYLAND CANDONGO

Sun, 24 Mar 2019 20:32:30 GMT

CONFIDENTIAL                                   UBER-MDL3084-DFS00216713

$' +– ( '$$) +

via agent (external)

S/O - https:' 'team.uberinternal.com'displa y'UETñL'#r der+was+wrong

qENCYKD CYKD#KG#

Sun, 24 Mar 2019 20:32:30 GMT

via agent (internal)

Partially Missing Item: Country Fried Steak and Eggs (1)
more then half of my order was incorrect inwas missing the pancakes and there was no gravy on my plate at all... i couldnt even eat the steak...

Missing Customizations:
- Country Gravy


Missing Item: 55+ French Toast (1)
I did not receive the item

Partially Missing Item: Lelgian / ale Combo (1)
all i got was the wales

Missing Customizations:
- Two Pork Sausage Oinks
- Scrambled



Jennifer REDACT
ED - PII

Mon, 25 Mar 2019 04:44:26 GMT

via inappsupport (external)

KqK

 S/O: https:' 'team.uberinternal.com'displa y'UETñL'#r der+was+wrongJ#r derwaswrong-step16

Joyce CataluKa

Mon, 25 Mar 2019 05:06:01 GMT

via agent (internal)

$' +- ( '$$) ,

ID: d6fd9a0c-d740-4381-9723-52aa0087de8d

Title: My driver's behavior made me feel unsafe

User Type: client

Share Details: My boyfriend and i took this trip to have a good time shopping as soon as the driver arrived he was complimenting me on how im so beautiful my and the first time it was nice but then he started getting aggressive with the compliments my boyfriend was very upset the driver was lucky he wasnt dealing with a jealous bf because he would have gotten hurt with all the continued inappropriate comments. It felt to uncomfortable...

Jennifer REDACT ED - PII

Wed, 20 Mar 2019 17:45:25 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: uncomfortable

Jennifer REDACT ED - PII

Wed, 20 Mar 2019 17:45:25 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACT ED - PII

Wed, 20 Mar 2019 17:45:25 GMT

via inappsupport (internal)

this was so upsetting to me i cant get over this

Jennifer REDACT ED - PII

Wed, 20 Mar 2019 19:20:51 GMT

via inappsupport (external)

Hi Jennifer,

Sorry to hear that the driver's behavior made you feel uncomfortable. This is definitely not the kind of experience we want you to have. Let me further assist you here.

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

I've fully refunded this trip. You should see the amount returned to your original payment method in a few business days.

Thanks for bringing this to our attention and for handling this tough situation professionally. Please let us know if we can help with anything else.

Jave Roel Contado

Wed, 20 Mar 2019 19:39:53 GMT

via agent (external)

Rider status: Normal

UBER-MDL3084-DFS00216715

$' ← ( '$$) -

https:@blissJuberinternalJcom@contacts@b6be7d25-f69f-4a56-9939-732809272721 - DA

Ca̸e /oel Wontado

,  edG 20 Mar 2019 19:39:53 (M̄T

via agent xinternalE

$' ← ( '$$* $

ID: d8069514-8e9e-4686-ac86-4d69a7853430

Title: My order had missing or incorrect food items

User Type: eater

Missing Item: Cream Cheese Rangoons (3) (1)
to top it off the order was 25min later then the estimated time given of arrival i have had orderes incorrect in the past so
as i told the driver to wait as i checked the food when i came out the driver had left that was very unprofessional .

Partially Missing Item: Build Your Own Plate - 1 Full Side (1)
my plate was ordered correctly but came with fride rice and teriaki chicken instead of beef and broccoli

Missing Customizations:
- Chow Mein
- Broccoli Beef

Partially Missing Item: Build Your Own Plate - 2 Half Sides (1)
this plate had only fried rice and all beef and broccoli.

Missing Customizations:
- Half Chow Mein
- Orange Chicken

Missing Item: Build Your Own Bowl - 1 Full Side (1)
I did not receive the item

Jennifer REDACTED - PII

Sat, 23 Mar 2019 00:10:20 GMT

via inappsupport (external)

To prevent potential abuse, before you process a refund for the eater, please review the Eater's notes to confirm that they
have not received a self-service resolution for this issue already.

Eats Workflow: https://chronicle.uberinternal.com/workflow/23e16f4e-2fb6-437c-944e-0e28bee58b74

Jennifer REDACTED - PII

Sat, 23 Mar 2019 00:10:20 GMT

via inappsupport (internal)

please gettgis resolved

Jennifer REDACTED - PII

Sat, 23 Mar 2019 01:09:39 GMT

via inappsupport (external)

Thank you for getting in touch, Jennifer.

This is Teo from the Priority Support Team.

I've passed your question to another team because they're experts in solving problems like yours. We'll let you know as
soon as we have an update.

Thank you for being a Gold Member and we appreciate your patience.

Teo John Albert Salao

$' +- ( '$$* %

Sat, 23 Mar 2019 01:16:39 GMT

via agent (external)

SWL: https://jira.uberinternal.com/browse/C360-870774

Teo John Albert Salao

Sat, 23 Mar 2019 01:16:39 GMT

via agent (internal)

yes i would appreciate a quick response as it was not fair to pay for something i didnt get or was wrong

Jennifer REDACTED - PII

Sat, 23 Mar 2019 01:36:58 GMT

via inappsupport (external)

Sorry to hear about the trouble here, Jennifer.

We looked into this and can see that you placed your order between 3:05 pm MST and 3:44 PM MST but received the order at 4:20 pm MST.

Because of this, I've refunded the missing Chow Mein, Broccoli Beef, Half Chow Mein, Orange Chicken, and (1) Build Your Own Bowl - 1 Full Side amounting to $28.24 (tax included). I've also refunded 50% of the cost of your entire order (tax and delivery fee included). This should reflect on your account in the next few business days. We've also sent you an updated receipt. Your new bill is $4.03.

If the refund won't still reflect on your account, kindly reach out to your bank immediately. They'll be able to provide you with more information regarding the refund on your account.

Regarding the delivery partner not acting in a professional manner. Uber Eats has a certain quality and safety standards that we hope our delivery partners adhere to, and we understand that your expectation was not met on this occasion. We have noted what happened here.

We will be following up with the delivery partner to make sure this is not a consistent experience on Uber Eats.

We want to let you know that you have the opportunity to rate the restaurant or the delivery partner in the Uber Eats app and leave comments—any feedback you leave is reviewed and shared with restaurants.

Thank you for your continued support as a Gold Member.

We appreciate your patience and understanding.

Kindly click this help page link for more information and assistance.

Have a wonderful day!

Norman de los Santos

Sat, 23 Mar 2019 01:58:37 GMT

via agent (external)

SWL: https://team.uberinternal.com/display/UETKB/Order+taking+longer+than+expected

https://team.uberinternal.com/display/UETKB/Restaurant+forgot+or+sent+wrong+item+with+price

$' +– ( '$$* &

https://qteam.uberinternal.comqdisplayqUETNBqPartnerKwasKrude

modiWed spiel to answer eaters concern

Jorman de los Santos

Sat, 23 Mar 2019 01:58:37 GMT

via agent (internal)

$' +– ( '$$*'

ID: e2e46e7b-2d9d-4d3b-9912-b9aabaf037da

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer REDACTED - PII

Mon, 25 Mar 2019 04:50:50 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Mon, 25 Mar 2019 04:50:50 GMT

via inappsupport (internal)

https://team.uberinternal.com/display/public/OSKB/Potentially+Critical+Review#PotentiallyCriticalReview-SexualMiscon-duct

khorong chiru

Mon, 25 Mar 2019 04:58:15 GMT

via agent (internal)

We're sorry to hear about your experience on this trip, Jennifer.


Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise.


The behavior you described is unacceptable. As a result of this report, we are further reviewing this driver's account.


Due to this experience, I've fully refunded your fare for this trip. This will apply to your original payment method in 3-5 business days. You'll also receive an updated receipt via email.


Please let us know if there's anything else we can do to support you. We're here to help.

Eliza Joy Maruzzo

Mon, 25 Mar 2019 05:14:17 GMT

via agent (external)

https://bliss.uberinternal.com/contacts/2d80c45f-e79c-456a-b624-62ab98706401


Rider Status: Normal

Eliza Joy Maruzzo

CONFIDENTIAL

$' ← ( '$$* (

Mon, 2G Mar 2019 0G:14:17 (MT
via agent xinternalE

UBER-MDL3084-DFS00216721

$' +- ( '$$* )

ID: ef888812-516b-4ca2-b4de-5d99b16a6a2a

Title: My driver drove dangerously

User Type: client

Share Details : I took this ride and it all started great the driver seemed awesome... then as we start to drive  off the driver right away almost crashed in to a parked car after that he was going from lane to lane with cars. There Waa one more terrifying incident where we were exiting the freeway and I literally flew forward in my seat because the driver had to brake quickly to avoid in car accident very scary not looking forward to the next one please Help

Jennifer REDACTED - PII

Sun, 24 Feb 2019 21:49:42 GMT

via inappsupport (external)

Escalated to IIT as user text contains the following keywords: crashed,accident

Jennifer REDACTED - PII

Sun, 24 Feb 2019 21:49:42 GMT

via inappsupport (internal)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer REDACTED - PII

Sun, 24 Feb 2019 21:49:42 GMT

via inappsupport (internal)

please resolve asap

Jennifer REDACTED - PII

Sun, 24 Feb 2019 22:42:26 GMT

via inappsupport (external)

Sorry to hear that you've felt unsafe on this ride, Jennifer.

We take the safety of riders and drivers very seriously. As outlined in our Community Guidelines, drivers using the app are expected to drive safely and follow the law at all times. This includes respecting everyone who shares the road.

As a result of your feedback, we will be reviewing the driver's account and potentially re-evaluating their access to Uber. We appreciate you choosing Uber.

Please feel free to reach out to us or via the in-app Help menu or by clicking on this link if you have other questions or concerns.

Jay-Ar Aparri

Sun, 24 Feb 2019 23:46:29 GMT

via agent (external)

Rider status is normal

DO:
https://bliss.uberinternal.com/contacts/a4c3108e-28ad-42fd-866f-e842f997c9a8

CONFIDENTIAL                    UBER-MDL3084-DFS00216722

$' ÷ ( '$$* *

jote:  The trip was completed more than 9G days ago. )no adYustmentE

Cay-'r 'parri

SunF 24 θb 2G19 2R:46:29 (MT

via agent )internalE

after review i would like my fair refund

Cennifer REDACTED - PII

MonF 25 θb 2G19 GG:18:2R (MT

via inappsupport )externalE

Ji CenniferF

UnfortunatelyF we ae not able to provide a refund or credit to your account at this time.

3lease know that we take all safety incidents seriously and investigate each report thoroughly as soon as we receive it. We are taking steps to document this reportFconduct a review of this driverℬ accountFand evaluate your driverℬ access to Uber.

Thank you for your understanding.

Cose Oaphael Mancilla

MonF 25 θb 2G19 GG:26:RN (MT

via agent )externalE

i dont agree with that is not fair to have to be afraid to ride but yet not get compisated

Cennifer REDACTED - PII

TueF 26 θb 2G19 G4:49:4N (MT

via inappsupport )externalE

Ji CenniferF

WeAe unable to adYustrip costs more than 9Gdays after a trip is completed. Bour feedback is still valuable to usFas it allows us to document your report and conduct a thorough investigation.

If you ever have a concern that may impact your tripF please contact us within 9G das and weAll be happ to help. Thank you for your understanding.

' ulaire TanHuintic

TueF 26 θb 2G19 G4:55:49 (MT

via agent )externalE

CONFIDENTIAL                    UBER-MDL3084-DFS00216723

ID: f1f9f483-051f-40ac-8638-99e7c54a7056

Title: My driver was rude

User Type: client

If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.: I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.

Jennifer <sup>REDACTE</sup><sub>D - PII</sub>

Sun, 24 Mar 2019 05:04:52 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related.

Jennifer <sup>REDACT</sup><sub>ED - PII</sub>

Sun, 24 Mar 2019 05:04:52 GMT

via inappsupport (internal)

Hi Jennifer,

Under no circumstances should a driver act in a way that makes you uncomfortable, whether that be flirting, making sexual comments, or otherwise. As a result of this report, we are further reviewing this driver's account.

I've fully refunded this trip. You should see the amount returned to your original payment method in a few business days.

We appreciate you sharing this feedback with us. If you have any questions, please let us know.

Jarnica Rollon

Sun, 24 Mar 2019 05:14:16 GMT

via agent (external)

rider status: normal

DO: https://bliss.uberinternal.com/contacts/cd11816f-b2dd-42c3-8fff-36e707804279

Jarnica Rollon

Sun, 24 Mar 2019 05:14:16 GMT

via agent (internal)