

Graphics 8



CONFIDENTIAL

UBER000026571
UBER_JCCP_MDL_000008096
$' , ( ( '$$$%



And we've taken concrete steps to improve the safety of Uber's platform

Tripled safety team + overhauled safety support, agent training

Ended mandatory arbitration and use of NDA's for sexual harassment and sexual assault (Lyft, Google, FB).

More new safety features in the past 2 yrs than previous 8.

Developed/opensourced classification system for reports of sexual violence + released U.S. Safety Report

Key focus: how do we improve the safety of our platform for women—data tells us women experience travel differently than men, and we know from our own experience that concerns about safety can sometimes deter women from choosing rideshare as an option

So in producing US Safety Report, we worked with women's safety orgs: met 200+ organizations, (e.g., RAINN, NSVRC, etc) - learn and leverage experience.



- 3 million trips per day

- 99.9% trips had no safety reports

- Motor vehicle fatality rate ~ 50% of national rate

- Nearly half of accused parties are riders

Scale: 2.3B trips+ in 2017/18 (3M trips/day, 45 rides/sec)
Exceptionally rare: 99.9% trips = no safety-related report. 0.1% = mostly minor safety issues (eg harsh braking)
Effort illuminated where Uber's doing well: Uber rides experience half the national average of traffic fatalities, making Uber one of the safest ways between point A and B
And where we have more work to do: for example, when it comes to the safety of Drivers, nearly half of accused parties in SA reports = riders

CONFIDENTIAL



Intentionally overinclusive - adopted broader definitions of sexual assault; not limited to statutory definitions; developed with expert advocates in the field of sexual violence prevention.

As a result, data reflects all reports of sexual violence, regardless of outcome.

Important bc of instead of focusing on corroboration, we put energy into understanding the conditions that led to such reports of sexual assault—allows us to better formulate practices, policies, responses and features to address and prevent sexual violence.

Also underscores the importance of how you report:

CHART: Analysis of applying standards that were not as inclusive (e.g., corroboration, LE involvement) -  # of sexual assaults incidents significantly drops.

CONFIDENTIAL



US Safety Report is first of its kind and not easy decision for us to make—reality is the companies don't talk about sexual violence; nobody does.  And it's sometimes difficult to admit that sexual assault and sexual harassment is more widespread than we'd like to acknowledge.

But if you want to improve something = measure consistently, share data, collaborate

REACTION: Experts, advocates and media agree—an important step forward for corporate transparency

Also recognition that at our scale, Uber is a reflection of the society it serves.  Sexual violence is not an Uber problem; many industries struggle with this.

So we've invested in creating tools other companies can use, like the NSVRC/Urban Taxonomy and the RALIANCE Business resource center— help other companies benefit from our experience without having to reinvent the wheel.

CONFIDENTIAL



And we've taken what we've learned from the data to better partner with cities to pioneer innovative tech on safety

Ride Check: detects crashes or long stops - prompts check-in with rider/driver

PIN Verification: Rider gets unique 4-digit PIN code - extra verification, ensure right car

Emergency Button/911 Integration: 250+ cities button integrated with 911 systems - automatically sends location, car make/model + LP to 911 (cite WaPo Article)

This week expanding Text-to-911 feature - 25+ cities/states.



End where I began: integral to our safety efforts is partnering with law enforcement

LE Response & Outreach Teams (former law enforcement) assist law enforcement w/ investigations - available 24-7. LE Portal available via office + in field.

Uber has come a long way - more work to do.

Deepen partnerships with State AGs for safer cities

Safety is a journey; it's not a destination -- requires ongoing dialogue + working together

CONFIDENTIAL



"

*While we've made efforts to be safe, we've also made tradeoffs ... Not anymore. It's crucial for our business and it's important for our brand, and I truly believe that we can set the bar for safety in the ridesharing industry."*

*– Dara Khosrowshahi, Uber CEO (2017)*

CONFIDENTIAL



CONFIDENTIAL



Centralizes **key safety information** and features in the app for riders.

✓ Safety Tips

✓ Background Screening Info

✓ Insurance Protections

✓ Community Guidelines

# Safety Center

CONFIDENTIAL

UBER000026580
UBER_JCCP_MDL_000008105



CONFIDENTIAL

UBER000026581
UBER_JCCP_MDL_000008106



Connect with **911** through the app in an emergency

Receive **real time location** and **driver/car information** to share with 911 operator

# Emergency Button

UBER000026582
UBER_JCCP_MDL_000008107
$' , ( ( '$$%&



**911 Integration**

- Partnering with RapidSOS on 911 integration with cities all over the country.

- Location, car make/model and license plate number is automatically sent to 911 call taker.

- This is live in more than 250 cities across the U.S.



UBER000026584
UBER_JCCP_MDL_000008109
$' , (( '$$%



# Real Time ID Check

Prompts drivers to take a selfie to **verify identity** using facial recognition technology .

Protects drivers by **preventing fraud** and compromised accounts

Adds **layer of accountability** for riders to ensure right person is driving

CONFIDENTIAL

UBER000026585
UBER_JCCP_MDL_000008110

**Proactively contacts riders** and **drivers** in the event of crash/trip irregularity.

Gives you **tools to get help quickly** - 911 button, critical safety line, request another Uber.

Our safety team can also **follow up by phone** to make sure everyone is safe.



# Ride Check

CONFIDENTIAL



We have safety tips for riders that we push out during big events and holidays as well as through the app and social media.

We also developed safety tips for drivers as well as videos that provide guidance on how to handle different situations they may encounter - emergency, car accident, difficult riders. They also remind drivers to keep drop-offs legal (watch out for bicycles and pedestrians) and follow local laws.

These tips were developed with feedback from riders, drivers and law enforcement.

We also have Community Guidelines which provide clear expectations on what behavior is expected by riders and drivers and what can lead to getting banned from the app.

We'd be more than happy to share those anytime.

CONFIDENTIAL

## Human Trafficking - Driver Resources



- Sent educational information to <u>all</u> drivers in the US through the app and at driver support hubs.

- Provided drivers with the Polaris National Human Trafficking hotline.

- Partnered with AGs and other govt agencies to hold in-person and virtual education sessions.

- Partnered with Polaris, The McCain Institute, ECPAT-USA NCMEC to create resources.

We've had drivers tell us that they've had situations where they feel like something isn't right and might be a trafficking situation.

We've been partnering with the McCain Institute, ECPAT, and NCMEC for several years on awareness initiatives related to human trafficking and they have helped us create resources for our drivers to help them identify signs of trafficking and let them know what they should do.

In Jan we announced an additional partnership with Polaris and send educational information to all 750,000 drivers in the US which included providing them with the National Human Trafficking Hotline.

CONFIDENTIAL

# Uber Survivor Resources Hotline



## Survivor-centered Support

- Free, confidential crisis support through a **dedicated Hotline** managed by RAINN staff

## Referrals & Expert Guidance

- Help navigating options related to short- and long-term support

## Support Fund

- Access to Uber-funded resources including trauma-informed counseling, temporary accommodation, transportation assistance, and airfare through a Support Fund



Last year, we announced we were partnering with RAINN to launch a dedicated Hotline and Support Fund in 2020 for Rides users that report critical incidents of sexual assault while using our platform.

CONFIDENTIAL



Brittany to Welcome

CONFIDENTIAL

UBER000026590
UBER_JCCP_MDL_000008115
$' , ( ( '$$&$