<% include ../header.html %>

# Code of Conduct

lang="<%= sectionLang %>" <% } %>>

**Trial Exhibit No.**
**03856**

## INTRODUCTION

While technology helps ensure the speed, dependability, and safety of our rides, people matter most to the Uber experience. And it's a two-way street between our Driver Partners and Riders. We created these Uber Partner and Rider Standards so that everyone in the vehicle has a shared standard for respect, accountability, and common courtesy.

## PROFESSIONALISM & RESPECT

Uber maintains a zero-tolerance policy regarding all forms of discrimination, harassment or abuse.

**Non-discrimination**

It is unacceptable to refuse to provide or accept services based on a person's race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under applicable federal or state law. This type of behavior can result in permanent loss of access to the Uber platform.

**No aggressive behavior**

It is disrespectful to make derogatory remarks about a person or group. Furthermore, commenting on appearance, asking overly personal questions and making unwanted physical contact are all inappropriate. We encourage you be mindful of other users' privacy and personal space. Violence of any kind will not be tolerated.

**Human Kindness**

Calm and clear communication is the most effective way to defuse any disagreement that may arise between you and another Uber user. Uber expects that all riders and drivers will treat one another with respect and courtesy.

## SAFETY

The safety of riders and drivers on the Uber platform is of utmost concern. In order to best protect everyone in the vehicle, we require the following:

**Compliance with the law**

Illegal substances and - unless explicitly allowed by law - open containers of alcohol are not permitted in drivers' vehicles. This is against the law and a serious violation of Uber's policy. Furthermore, Uber does not tolerate drug or alcohol by drivers while using the Uber app. If a rider believes a driver may be under the influence of drugs or alcohol, please request that the driver end the trip immediately and alert Uber Support at help.uber.com.

As a driver, it is your responsibility to transport riders safely in accordance with the rules of the road in your city. As a rider, it is your responsibility to abide by the seat belt laws in your state. However, we recommend that you

UBER000000566
$',)*'$$$%

always wear a seatbelt while riding in any vehicle.

**Disabilities**

Uber expects compliance with all state, federal and local laws governing the transportation of riders with disabilities. Violation of these laws, including with respect to the use of service animals, constitutes a breach of the parties' licensing agreement. Service animals must be accommodated in compliance with accessibility laws. Reports of refusing to transport a rider with a service animal will lead to deactivation of the Uber account.

**Following the rules**

We require partners to keep documents up to date to remain active. Riders, likewise, must maintain active payment information.

Riders are responsible for guests traveling with them or anyone they request a ride for. It is your responsibility to ensure everyone adheres to Uber's Code of Conduct.

Violations of this Code of Conduct could result in loss of your Uber Account. Please report any violations to Uber, we want to hear your feedback! Alert us and we'll take action!

**EMERGENCIES**

If at any time you feel that you are faced with a situation that requires immediate emergency attention, please call the emergency service number in your area. Once all parties are safe and the situation has been handled by the authorities, please then notify Uber. We will assist and take appropriate action as needed, including cooperating with law enforcement.

<% include ../footer.html %>

UBER000000567
$' , ) * '$$$&