# S-RAD (Safety Risk Assessed Dispatch)

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**Trial Exhibit No.**
**03868**

UBER_JCCP_MDL_002059066
$' , * , '$$$%



# Mission: Prevent serious sexual assault & sexual misconduct (SA/SM)



**Serious**
*(includes critical)*

- Non-Consensual Sexual Penetration (NCSP)
- Attempted Non-Consensual Sexual Penetration
- Non-Consensual Kissing
- Non-Consensual Touching - sexual body part

- Non-Consensual Touching - Non sexual body part
- Severe Sexual Misconduct
- Physical Stalking

**Non-Serious**

- Sexual Misconduct
  - Comments or Gestures
  - Displaying indecent material
  - Soliciting

"I wanted to numb the pain, **I didn't want to** allow my mind to go there and **think about what happened.**"
- survivor @RAINN

"He sexually harassed me, and didn't want to let me out of his car. **Please don't ever give me this driver again**"

"Driver dropped me off at home.. **I am apprehensive**.. ….the entire time of the trip the driver looked at me in the rearview mirror always with jokes like "you can't sleep alone", there's no way you can be alone like that"

A/C Privileged & Confidential

UBER_JCCP_MDL_002059066.0002



## S-RAD | Model Inputs

- The Safety Risk Assessed Dispatch (S-RAD) model uses up to 40 different signals. Those signals have been put into categorized bundles in **Column A.**

- **Column B** highlights the signals captured in each bundle that are used to analyze and detect a risk score.

- The sample signals listed in **Column B** are used in the Safety Risk Assessed Dispatch (S-RAD) model capture potentially elevated risk.

| A | B |
|---|---|
| **Bundle** | **Sample Signals** |
| **Location** | *Number of bars and restaurants, safety tickets reported in that location, cancellations near pick-up point* |
| **Driver Prior Feedback** | *Driver ratings, safety tickets against and/or reported by that driver* |
| **Rider Trips** | *Rider trip counts, trips at night and on weekends, cancellations, Rider cash trip rate* |
| **Product** | *Product type (UberBlack, UberX, UberPool, etc), pool matched* |
| **Driver Trips** | *Driver trip counts, trips at night and on weekends* |
| **Rider Prior Feedback** | *Rider ratings, safety tickets against and/or reported by rider* |
| **Rider Account** | *Rider sign-up time + location, referrals, device type* |
| **Time** | *Local hour + day of week.* |
| **Gender (LATAM only)** | *Driver gender (from background check) + inferred rider gender* |

Uber #stand**forsafety**

ATTORNEY-CLIENT PRIVILEGED

$' , * , '$$$)







We have been following our TR adjustment strategy throughout the XP, which is +/- 15% target TR at the country-level and +/- 25% target TR for XL cities (for 3 days out of the previous 14)

Note: Brazil's trigger rate was slightly above the agreed threshold (1.24% vs 1.1%) due to Carnaval. In the US, the trigger rate was slightly below the agreed threshold (1.20% versus 1.25%).

UBER_JCCP_MDL_002059066.0007

Preliminary readout

# Robust safety impact trend in Brazil

**-8%**
Serious SA/SM rate
Est. -480 incidents (FY 2021)

**-8%**
Serious IPC rate

**-5%**
Overall IPC rate

**No**
disparate impact on riders/drivers
(by gender)

*Caveat: XP is not complete yet. Observations are stat sig at 80% CI. Confidence bands are still wide.*

A/C Privileged & Confidential

CONFIDENTIAL

$' , * , '$$$-

# Brazil: Some impact on C/R & cancel rates

Impact within guardrails; includes carnaval holiday period

Dates: 2/7/22 - 3/6/22*

| BR (110 cities) Metric | All Day Level effect | All Day Baseline | Day Time Level effect | Day Time Baseline | Night time Level effect | Night time Baseline |
|---|---|---|---|---|---|---|
| Avg_post_dispatch_eta | 2.6 | 266.3 | 1.1 | 260.9 | 17.7 | 315.8 |
| p95_post_dispatch_eta | 10.0 | 706.0 | 3.2 | 674.6 | 30.4 | 796.1 |
| p99_post_dispatch_eta | 9.2 | 912.6 | 3.5 | 888.7 | 25.8 | 980.4 |
| request_to_begin_sec_avg | 2.3 | 431.0 | 1.1 | 424.5 | 14.2 | 489.6 |
| completed/requests | -0.17% | 76.72% | -0.09% | 78.60% | -1.07% | 58.99% |
| unfulfilled/requests | 0.05% | 7.65% | - | 6.67% | 0.30% | 17.03% |
| rider_cancellation_perc | 0.13% | 13.68% | 0.07% | 12.90% | 0.74% | 20.99% |
| driver_cancellation_perc | 0.06% | 24.68% | - | 23.29% | 0.37% | 37.99% |

"-" means Not Stat-sig
"Level Effect" means Absolute Difference
Day Time: 6AM - 11PM
Night Time: 11PM - 6AM
* Marketplace impact was measured from 2/7/22 - 3/6/22. Included Carnaval holidays.

## Observations

- **Night time trips represent ~10% of total**

- **ETA impact driven by night time**

- **Rider cancels impacted, espec. at night**
  - Largest differences seen in XL/L cities at night

- **C/R impact greater during holidays**
  - Biggest contribution from XL cities (71% of trips in treatment)

10

UBER_JCCP_MDL_002059066.0009

# Strong safety impact trend in the U.S.

Preliminary readout

**-15%**
**Serious SA/SM rate**
Est. -637 incidents (FY 2021)

**-13%**
**Serious IPC rate**

**-5%**
**Overall IPC rate**

**No**
**disparate impact on riders/drivers**
**(by gender or ethnicity)**

*Caveat: XP is not complete yet. Observations are stat sig at 80% CI. Confidence bands are still wide.*

A/C Privileged & Confidential

$', *, '$$%

# US: Some impact on C/R & rider cancel rate
Impact within guardrails

Dates: 2/7/22 - 3/6/22

| US (196 cities) | All Day | | Day Time | | Night time | |
| --- | --- | --- | --- | --- | --- | --- |
| Metric | Level effect | Baseline | Level effect | Baseline | Level effect | Baseline |
| Avg_post_dispatch_eta | 1.9 | 431.1 | 1.5 | 425.0 | 3.7 | 464.1 |
| p95_post_dispatch_eta | 3.4 | 1108.4 | 2.6 | 1090.1 | 5.3 | 1154.6 |
| p99_post_dispatch_eta | 2.9 | 1310.4 | 2.1 | 1304.5 | 4.8 | 1325.3 |
| request_to_begin_sec_avg | 1.3 | 558.4 | 1.0 | 552.7 | 3.1 | 589.4 |
| completed/requests | -0.05% | 87.87% | -0.05% | 88.81% | - | 82.83% |
| unfulfilled/requests | - | 0.65% | - | 0.55% | - | 1.20% |
| rider_cancellation_perc | 0.06% | 9.63% | 0.06% | 9.06% | 0.09% | 12.71% |
| driver_cancellation_perc | - | 7.97% | - | 7.27% | - | 11.75% |

"-" means Not Stat-sig
"Level Effect" means Absolute Difference
Day Time: 6AM - 11PM
Night Time: 11PM - 6AM

**Observations**

- **Night time trips represent ~15% of total**

- **ETAs in line with expectations**

- **Overall and day time rider cancels increased by 0.06pp**

- **Overall and day time C/R decreased by 0.05pp**
  - Impact primarily driven by XL cities during the day

ATTORNEY-CLIENT PRIVILEGED

12

UBER_JCCP_MDL_002059066.0011









UBER_JCCP_MDL_002059066.0015

`Preliminary readout`

# Robust safety impact trend in Brazil
*Marketplace impact within guardrails*

**-8%**
Serious SA/SM rate

**-0.17pp**
C/R*
77.72% → 77.55%

**-8%**
Serious IPC rate

**+9.2s**
p99 ETA*
912.6s → 921.8s

**No**
disparate impact on
riders/drivers (by
gender)

**-5%**
Overall IPC rate

**+0.13pp**
Rider Cancellation rate*
13.68% → 13.81%

*Caveat: XP is not complete yet. Observations are stat sig at 80% CI. Confidence bands are still wide.*
*\* Marketplace impact was measured from 2/7/22 - 3/6/22. Included Carnaval holidays.*

A/C Privileged & Confidential

`Preliminary readout`

# Strong safety impact trend in the U.S.
*Marketplace impact is within guardrails*

**-15%**
**Serious SA/SM rate**
Est. -680 incidents (FY 2021)

**-0.05pp**
**C/R***
87.87% → 87.82%

**No**
disparate impact on riders/drivers (by gender or ethnicity)

**-13%**
**Serious IPC rate**

**+3.4s**
**p99 ETA***
1310.4s → 1313.3s

**-5%**
**Overall IPC rate**

**+0.06pp**
**Rider Cancellation rate***
9.63% → 9.69%

*Caveat: XP is not complete yet. Observations are stat sig at 80% CI. Confidence bands are still wide.*
*\*Marketplace impact was measured from 2/7/22 - 3/6/22*

A/C Privileged & Confidential

UBER_JCCP_MDL_002059066.0017