# US production model feature importance - Top 20 features



Trial Exhibit No. **03879**

03879.0001

# US model features

**city_sexual_assault_l1234_rate_6mo**: # jira reported sexuals assaults in previous 6 month / # trips (based on city_id)
**client_1star_rate_total**: # 1 star ratings received / # star ratings received (based on client_uuid)
**client_2star_rate_total**: # 2 star ratings received / # star ratings received (based on client_uuid)
**client_1star_given_rate_total**: # 1 star ratings given / # star ratings given (based on client_uuid)
**client_2star_given_rate_total**: # 2 star ratings given / # star ratings given (based on client_uuid)
**client_bliss_l1234_count_all_ao_total**: # all level bliss contacts (based on client_uuid)
**client_bliss_l1234_rate_all_ao_total**: # all level bliss contacts / # lifetime trips (based on client_uuid)
**client_canceled_on_rate_total**: # requests rider cancelled on / # completed trips (based on client_uuid)
**client_cancellation_rate_total**: # rider cancellations / # completed trips (based on client_uuid)
**client_cash_rate**: # trips with cash payment / # completed trips (based on client_uuid)
**client_first_token_type**: Identifier of first payment type (based on client_uuid)
**client_latenight_request_rate_total**: # late night requests / # completed trips (based on client_uuid)
**client_trip_completion_rate**: # completed trips / # requests (based on client_uuid)
**client_weekend_request_rate_total**: # weekend requests / # completed trips (based on client_uuid)
**driver_1star_rate_total**: # 1 star ratings received / # star ratings received (based on driver_uuid)
**driver_2star_rate_total**: # 2 star ratings received / # star ratings received (based on driver_uuid)
**driver_1star_given_rate_total**: # 1 star ratings given / # star ratings given (based on driver_uuid)
**driver_2star_given_rate_total**: # 2 star ratings given / # star ratings given (based on driver_uuid)
**driver_bliss_l1234_rate_all_ao**: # all level bliss contacts / # lifetime trips (based on driver_uuid)
**driver_canceled_on_rate_total**: # requests driver cancelled on / # completed trips (based on driver_uuid)
**driver_ipc_incident_rate_driver_ao**: # reported IPC incidents / # completed trips (based on driver_uuid)
**driver_latenight_request_rate_total**: # late night requests / # completed trips (based on driver_uuid)
**driver_sexual_rate_driver_ao_total**: # reported sexual IPC incidents / # lifetime trips (based on driver_uuid)
**driver_weekend_request_rate_total**: # weekend requests / # completed trips (based on driver_uuid)

# US model features (cont.)

**geohash6_cash_trip_rate_6mo**: # cash trips / # trips (based on geohash6 of trip begin)
**geohash6_flack_ipc_rate_all_ao_6mo**: # reported Flack IPC / # trips (based on geohash6 of trip begin)
**geohash6_latenight_trip_rate_6mo**: # late night trips / # trips (based on geohash6 of trip begin)
**geohash6_log_trip_count_6mo**: # trips (based on geohash6 of trip begin)
**log_client_ltd_completed_count**: # lifetime trips (based on client_uuid)
**log_driver_lifetime_trip_count**: # lifetime trips (based on driver_uuid)
**log_driver_trip_duration_seconds_sum_total**: # total seconds on trip (based on driver_uuid)
**trip_country_id**: Trip country
**trip_dow_local**: Trip day of week (based on local time)
**trip_global_product_name**: Identifier of global product name of trip
**trip_hour_local**: Trip hour of day (based on local time)
**trip_sub_region**: Trip subregion
**log_city_trip_count_6mo**: # of trips in previous 6 months (based on city_id)
**client_confirmed_mobile**: Has the mobile device been confirmed (based on client_uuid)
**client_days_since_signup**: # days since sign up (based on client_uuid)
**client_request_to_begin_distance_miles_sum_total**: # total miles between trip request and trip begin (based on client_uuid)
**geohash6_client_1star_rate_6mo**: # rider received 1 star ratings in previous 6 months / # rider star ratings in previous 6 months (based on geohash6 of trip begin)
**geohash6_driver_cancellation_rate_6mo**: # driver cancellations in previous 6 months / # trips in previous 6 months (based on geohash6 of trip begin)
**geohash6_jira_sexual_rate_all_ao_6mo**: # reported jira sexual IPC incidents in previous 6 months / # trips in previous 6 months (based on geohash6 of trip begin)
**geohash6_trip_count_6mo**: # trips in previous 6 months (based on geohash6 of trip begin)
**is_pool_matched**: Is the trip pool matched?
**trip_dow_hour_sexual_assault_l1234_rate_6mo**: # jira sexual assault incidents in previous 6 months / # trips (based on city_id and trip hour)
**client_avg_ata**: average actual time of arrival (based on client_uuid)
**geohash7_bar_count**: # identified bars (based on request geohash7)
**geohash7_restaurant_count**: # identified restaurants (based on request geohash7)

**03879.0003**

# LatAm production model feature importance - Top 20 features



# LatAm model features

**driver_rider_different_gender**: Are inferred genders of rider and driver different?
**log_client_ltd_completed_count**: # lifetime completed trips (based on client_uuid)
**client_1star_rate_to_other_gender**: # 1 star ratings to opposite inferred gender / # star ratings given to opp infer gender (based on client_uuid)
**client_1star_rate_from_other_gender**: # 1 star ratings from opp infer gender / # star ratings from opp infer gender (based on client_uuid)
**driver_1star_rate_from_other_gender**: # 1 star ratings from opp infer gender / # star ratings given from opp infer gender (based on driver_uuid)
**driver_1star_rate_to_other_gender**: # 1 star ratings to opp infer gender / # star ratings to opp infer gender (based on driver_uuid)
**client_1star_rate_total**: # 1 star ratings received / # star ratings received (based on client_uuid)
**client_bliss_l1234_rate_all_ao_total**: # all level bliss contacts / # lifetime trips (based on client_uuid)
**client_bliss_l1234_count_all_ao_total**: # all level bliss contacts (based on client_uuid)
**client_cancellation_rate_total**: # rider cancellations / # rider completed trips (based on client_uuid)
**client_canceled_on_rate_total**: # driver cancellations / # rider completed trips (based on client_uuid)
**client_latenight_request_rate_total**: # late night requests / # completed trips (based on client_uuid)
**client_weekend_request_rate_total**: # weekend requests / # completed trips (based on client_uuid)
**client_trip_completion_rate**: # completed trips / # requests (based on client_uuid)
**client_cash_rate**: # trips with cash as payment / # completed trips (based on client_uuid)
**client_first_token_type**: Identifier of first payment type (based on client_uuid)
**client_signup_dow**: Day of week when user signed up (based on client_uuid)
**client_signup_hour**: Hour of day when user signed up (based on client_uuid(
**driver_1star_rate_total**: # 1 star ratings received / # star ratings received (based on driver_uuid)
**driver_sexual_rate_driver_ao_total**: # reported sexual IPC incidents / # lifetime trips (based on driver_uuid)
**driver_ipc_incident_rate_driver_ao**: # reported IPC incidents / # lifetime trips (based on driver_uuid)
**driver_bliss_l1234_rate_all_ao**: # all level bliss contacts / # lifetime trips (based on driver_uuid)
**log_driver_lifetime_trip_count**: # lifetime trips (based on driver_uuid)

**03879.0005**

# LatAm model features (cont.)

**driver_canceled_on_rate_total**: # rider cancellations / # driver completed trips (based on driver_uuid)
**driver_cancellation_rate_total**: # driver cancellations / # driver completed trips (based on driver_uuid)
**driver_latenight_request_rate_total**: # late night requests / # driver completed trips (based on driver_uuid)
**driver_weekend_request_rate_total**: # weekend requests / # driver completed trips (based on driver_uuid)
**log_driver_trip_duration_seconds_sum_total**: # seconds on trip (based on driver_uuid)
**geohash6_log_trip_count_6mo**: # of trips in previous 6 months (based on begin trip geohash6)
**geohash6_cash_trip_rate_6mo**: # trips with cash payment in previous 6 months / # trips in previous 6 months (based on begin trip geohash6)
**geohash6_latenight_trip_rate_6mo**: # late night trips in previous 6 months / # trips in previous 6 months (based on begin trip geohash6)
**geohash6_flack_ipc_rate_all_ao_6mo**: # flack reported IPCs in previous 6 months / # trips in previous 6 months (based on begin trip geohash6)
**trip_global_product_name**: Identifier of global product name of trip
**trip_sub_region**: Subregion of trip
**trip_country_id**: Country ID of trip
**city_sexual_assault_l1234_rate_6mo**: # reported sexual assault incidents in previous 6 months / # trips in previous 6 months (based on city_id)
**trip_hour_local**: Hour of trip in local time
**trip_dow_local**: Day of week of trip in local time
**client_2star_rate_total**: # 2 star ratings received / # star ratings received (based on client_uuid)
**client_2star_given_rate_total**: # 2 star ratings given / # star ratings given (based on client_uuid)
**driver_2star_rate_total**: # 2 star ratings received / # star ratings received (based on driver_uuid)
**driver_2star_given_rate_total**: # 2 star ratings given / # star ratings given (based on driver_uuid)
**client_ipc_incident_count_rider_ao**: # driver reported IPC incidents (based on client_uuid)
**client_sexual_coount_rider_ao**: # driver reported sexual IPC incidents (based on client_uuid)
**client_ipc_incident_count_driver_ao**: # rider reported IPC incidents (based on client_uuid)
**client_sexual_coount_driver_ao**: # rider reported sexual IPC incients (based on client_uuid)