

ID: 2d7de50a-5fa1-4b5d-8a2e-9ce962a688ec

Title: My driver refused my destination

User Type: client

Details: Driver never started my ride he called me a bitch and kicked me out the car

Kevin <sup>REDACTED</sup>

Fri, 14 Apr 2023 17:12:10 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related

Name Unavailable

Fri, 14 Apr 2023 17:12:10 GMT

via system (internal)

{"helpNodeID":"a237da4b-6f9c-4e12-b51d-cbd170f0753d","variantID":"ccd6c372-8e5a-447a-b463-c8f3fb9d847e","components":[{"componentMeta":{"id":"802a6c55-fcb8-41cb-88bd-6f71402cace3","type":"text_input","label":"Details"},"userInput":{"body":"Driver never started my ride he called me a bitch and kicked me out the car ","attachments":null}}]}

Kevin <sup>REDACTED</sup>

Fri, 14 Apr 2023 17:12:10 GMT

via system (internal)

#KB: ( https://uberkb.lightning.force.com/articles/en_US/Knowledge/Global-Safety-Support-Taxonomy )

#LOB: IIT

Ayush Verma

Fri, 14 Apr 2023 17:15:57 GMT

via agent (internal)

https://bliss.uberinternal.com/contacts/c1934038-b5d4-4a3e-a9cb-be306368c775?newContact=1&tenancy=uber/production

LOB: IIT INCIDENT

KB:https://uberkb.lightning.force.com/lightning/r/Knowledge__kav/ka01U0000027QoWAA/view

RIDER STATUS NORMAL

Nikki Kumari

Fri, 14 Apr 2023 17:31:41 GMT

via agent (internal)

Hi Kevin,

' e're sorry to hear about the experience you described with your driver on this trip.

This is certainly not the experience we want riders to have with Uber. Under no circumstances should a driver act in a way

CONFIDENTIAL

UBER-MDL3084-DFS00216725

$' - $, '$$$%

that makes you uncomfortable or unsafe.

We expect all users to follow our Community Guidelines and to treat each other respectfully. As a result of your claim, we'll be reaching out to your driver and take the appropriate action with their account. The driver's access to the Uber app will be evaluated accordingly.

I've added $5 in Uber Cash to your account. You can expect to see this reflected in your Uber Cash balance.

If we can help with anything else, please let us know.

Nikki Kumari

Fri, 14 Apr 2023 17:31:41 GMT

via agent (external)

No I demand a refund

Kevin REDACTED

Fri, 14 Apr 2023 18:08:44 GMT

via inappsupport (external)

I demand a full refund

Kevin REDACTED

Fri, 14 Apr 2023 18:15:37 GMT

via inappsupport (external)

https://jira.uberinternal.com/plugins/servlet/desk/portal/561/GSDFE-81213

#KB: https://uberkb.lightning.force.com/articles/en_US/Knowledge/Housekeeping

#LOB: RIDER TRIP

Ashna Khan

Fri, 14 Apr 2023 20:15:20 GMT

via agent (internal)

Hi Kevin,I'm sorry to hear you're having trouble with this issue. We're going to escalate your issue to our team that can investigate further. They have access to dedicated resources that can provide you with the best possible solution.We're experiencing higher volumes than usual so our response period may be delayed. We appreciate your patience while our team gets to work.In the meantime, this contact thread will say "Waiting for your reply," but there is nothing else needed from you right now.

Ashna Khan

Fri, 14 Apr 2023 20:15:20 GMT

via agent (external)

I demand a refund

Kevin REDACTED

Fri, 14 Apr 2023 20:47:02 GMT

via inappsupport (external)

$' - $, '$$$&

#KB: https://uberkb.lightning.for ce.com/ar ticles/en_US/Knowledge/"r ofessionalism-NORTHAM

#LOB: RIDERTRI"S

Ka"al Ka"al

Fri, 14 Apr 2023 22:39:43 GMT

via agent (internal)

Hi Kevin,

'  e're sorry to hear that the driver on this trip did not maintain appropriate standards of professional service. ' e aim to connect you to a reliable, comfortable, and overall an eScient ride.

'  e$ e already added Y5.00 in Uber Cash to your account that can be used on a future ride or Uber Eats order. ' e$ e also let our systems know not to match you with this driver again.

If you haven$ t already, please rate and leave feedback for your driver. By sharing, you$ e helping to provide useful information to your drivers. Drivers whose ratings are signiQcantly below average may also permanently lose access to the Driver app.

Have Tuestions about our refund policy?

Visit our policy page for more information: https://www .uber.com/r efundpolicy

If you have more information to provide us about this trip, please feel free to let us know so we can help.

Thank you for choosing UberU

Ka"al Ka"al

Fri, 14 Apr 2023 22:39:43 GMT

via agent (external)

CONFIDENTIAL

UBER-MDL3084-DFS00216727

$' - $, '$$$'

ID: 4f630d21-25a6-444b-8664-046886041adc

Title: My driver refused my destination

User Type: client

Details: My driver kicked me out and called me names like fagget he refused my trip but still charged me I didn't get to my destination

Kevin REDACTED

Fri, 14 Apr 2023 03:31:48 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related

Name Unavailable

Fri, 14 Apr 2023 03:31:48 GMT

via system (internal)

{"helpNodeID":"a237da4b-6f9c-4e12-b51d-cbd170f0753d","variantID":"ccd6c372-8e5a-447a-b463-c8f3fb9d847e ","components":[{"componentMeta":{"id":"802a6c55-fcb8-41cb-88bd-6f71402cace3","type":"text_input","label":"Details"},"userInput":{"body":"My driver kicked me out and called me names like fagget he refused my trip but still charged me I didn't get to my destination ","attachments":null}}]}

Kevin REDACTED

Fri, 14 Apr 2023 03:31:48 GMT

via system (internal)

#KB: ( https://uberkb.lightning.force.com/articles/en_US/Knowledge/Global-Safety-Support-Taxonomy ) #LOB: IIT

Riya Sharma

Fri, 14 Apr 2023 03:44:29 GMT

via agent (internal)

OC: https://bliss.uberinternal.com/contacts/6facc34c-a6bb-48d7-aca7-0b44b5f c9531?newContact=1&tenancy=uber/production

#KB:

https://uberkb.lightning.force.com/articles/en_US/Knowledge/USCAN-IRT-Incidents-Verbal-Altercation

#LOB: IRT INCIDENT

Rider status: Normal

Thanglenlal kipgen

Fri, 14 Apr 2023 04:01:27 GMT

via agent (internal)

Hi Kevin,

CONFIDENTIAL

UBER-MDL3084-DFS00216728

$' - $, '$$$(

We are sorry to hear about the experience on this trip and that the driver behaved in such a manner.

Due to this experience, I've fully refunded your trip. This will apply to your original payment method in 3-5 business days.

As the Uber Community Guidelines make clear, any behavior by a rider or driver that is insensitive to race, religion, national origin, disability, sexual orientation, sex, marital status, gender identity, age or any other characteristic protected under applicable law is inappropriate and not tolerated. As a result of this report, we are completing a full review of this driver's account to determine whether they should continue to have access to the Uber app.

Thank you for your understanding, in case you have any other concerns please reach out to us via the in-app Help menu or via help.uber.com for better assistance.

Thanglenlal kipgen

Fri, 14 Apr 2023 04:01:27 GMT

via agent (external)

$' - $, '$$$)

ID: 8c648aa1-8087-4766-825a-ec2aa1769085

Title: My order never arrived

User Type: eater

Chat requested

Name Unavailable

Sun, 30 Apr 2023 14:20:23 GMT

via system (external)

Uber Bot connected to Kevin

Name Unavailable

Sun, 30 Apr 2023 14:20:24 GMT

via system (internal)

bot version

Uber Support

Sun, 30 Apr 2023 14:20:24 GMT

via agent (internal)

Thanks for contacting our suppor t chat. To help us get started, please summarize your issue below.

Uber Support

Sun, 30 Apr 2023 14:20:24 GMT

via agent (external)

Agent

Kevin [REDACTED]

Sun, 30 Apr 2023 14:20:30 GMT

via inappsupport (external)

Thanks for providing this information. W e'll connect you to the next available customer support representative.

Uber Support

Sun, 30 Apr 2023 14:20:37 GMT

via agent (external)

Connected to Anurag

Name Unavailable

Sun, 30 Apr 2023 14:20:40 GMT

via system (external)

Anurag (adayal2@ext.uber.com) connected t o Kevin

Name Unavailable

Sun, 30 Apr 2023 14:20:40 GMT

via system (internal)

$' - $, '$$$*

Welcome to chat support Kevin, I hope you are doing well. I will be assisting with your concern.

Anurag Dayal

Sun, 30 Apr 2023 14:21:09 GMT

via agent (external)

May I know what di?culty you are facing with this orderF I will try my best to help you.

Anurag Dayal

Sun, 30 Apr 2023 14:21:58 GMT

via agent (external)

Are we still connectedF

Anurag Dayal

Sun, 30 Apr 2023 14:23:56 GMT

via agent (external)

t absent.
 /KB: https:__uberkb.lightning.force.com_articles_enOUS_Knowledge_Rrder-not-delivered-but-completed-in-app-Never-re-
ceived-order-NRLTHAM-v2
 /& RB: USEC 'ater Chat
 /ghostchat

Anurag Dayal

Sun, 30 Apr 2023 14:24:44 GMT

via agent (internal)

As I have not heard back from you in a while, IYll be ending this chat nowIf you have other questions, you can always get
in touch through the Help section of the app. * ou can reach us back anytime as weYre available 24l7 for suppor t.

Anurag Dayal

Sun, 30 Apr 2023 14:25:28 GMT

via agent (external)

Chat ended by Anurag

Name Unavailable

Sun, 30 Apr 2023 14:25:31 GMT

via system (external)

Anurag ended chat

Name Unavailable

Sun, 30 Apr 2023 14:25:31 GMT

via system (internal)

* es
No

Uber Support

Sun, 30 Apr 2023 14:25:31 GMT

$' - $, '$$$+

via agent (external)

Have we resolved this issueF

Uber Support

Sun, 30 Apr 2023 14:25:31 GMT

via agent (external)

$' - $, '$$$,

ID: 9b5977a8-db62-4cb6-872d-5cdf2a990350

Title: Missing Items

User Type: eater

Chat requested

Name Unavailable

Sun, 30 Apr 2023 01:24:38 GMT

via system (external)

Uber Bot connected to Kevin

Name Unavailable

Sun, 30 Apr 2023 01:24:38 GMT

via system (internal)

bot version

Uber Support

Sun, 30 Apr 2023 01:24:39 GMT

via agent (internal)

Thanks for contacting our suppor t chat. To help us get started, please summarize your issue below.

Uber Support

Sun, 30 Apr 2023 01:24:39 GMT

via agent (external)

Missing items

Kevin REDACTED

Sun, 30 Apr 2023 01:25:00 GMT

via inappsupport (external)

Thanks for providing this information. W e'll connect you to the next available customer support representative.

Uber Support

Sun, 30 Apr 2023 01:25:07 GMT

via agent (external)

L

Kevin REDACTED

Sun, 30 Apr 2023 01:25:19 GMT

via inappsupport (external)

Connected to Cristian Barrios

Name Unavailable

Sun, 30 Apr 2023 01:25:40 GMT

via system (external)

UBER-MDL3084-DFS00216733

$' - $, '$$$-

Cristian Barrios (cbarri5@ext.uber.com) connected to Kevin

Name Unavailable

Sun, 30 Apr 2023 01:25:40 GMT

via system (internal)

I'm missing items

Kevin REDA
CTED

Sun, 30 Apr 2023 01:26:25 GMT

via inappsupport (external)

Hello

Kevin REDA
CTED

Sun, 30 Apr 2023 01:31:22 GMT

via inappsupport (external)

Hi Kevin, thank you for contacting Uber Support and for being a member with us, my name is Cristian and I'll be more than happy to help you out, how are you doing today?

Cristian Yanes

Sun, 30 Apr 2023 01:37:47 GMT

via agent (external)

I'll do my best to help you out and thank you for bringing to our attention the inconvenience you had with the missing items on your order from Cordova Liquor, I completely understand how this affects you, and the importance of getting your order as you expected. Let me make sure that issue is taken care of.

Cristian Yanes

Sun, 30 Apr 2023 01:38:40 GMT

via agent (external)

Could you please provide me with the names of the missing items on your order?

Cristian Yanes

Sun, 30 Apr 2023 01:38:56 GMT

via agent (external)

Hello Kevin, are you still online?

Cristian Yanes

Sun, 30 Apr 2023 01:41:11 GMT

via agent (external)

Due to inactivity, this chat is going to be closed, if you still have questions, please do not hesitate to reach us back through your app, we will be more than happy to help you out, and thank you for contacting Uber Support, have an excellent rest of your day!

Cristian Yanes

Sun, 30 Apr 2023 01:42:17 GMT

via agent (external)

CONFIDENTIAL

$' - $, '$$%

Chat ended by Cristian Barrios

Name Unavailable

Sun, 30 Apr 2023 01:42:19 GMT

via system (external)

Cristian Barrios ended chat

Name Unavailable

Sun, 30 Apr 2023 01:42:19 GMT

via system (internal)

Have we resolved this issue?

Uber Support

Sun, 30 Apr 2023 01:42:19 GMT

via agent (external)

No

Kevin REDA
CTED

Sun, 30 Apr 2023 01:42:19 GMT

via inappsupport (external)

Issue: Ghost chat
Resolution: The customer stopped responding, so I was unable to provide a resolution
FT Absent
Order: n/a
KB: https://uberkb.lightning.force.com/articles/en_US/Knowledge/UberEats-Bliss-Chat-Support-Knowledge-SOPs
Table: snippets and Bliss chat flow
Step: no response flow
#LOB: NV Consumer
Troubleshooting: ISSUES ON BLISS I GOT THIS CHAT WITH 11 MINUTES OF DELAY.

Cristian Yanes

Sun, 30 Apr 2023 01:42:50 GMT

via agent (internal)

Thanks for reaching out again. Please summarize your issue and we'll connect you to a customer support representative.

Uber Support

Sun, 30 Apr 2023 04:06:01 GMT

via agent (external)

Missing crown royal

Kevin REDA
CTED

Sun, 30 Apr 2023 04:06:20 GMT

via inappsupport (external)

Kevin reopened chat

Name Unavailable

UBER-MDL3084-DFS00216735

$' - $, '$$%%

Sun, 30 Apr 2023 04:06:23 GMT

via system (internal)

We'll connect you to the next available customer support representative.

Uber Support

Sun, 30 Apr 2023 04:06:23 GMT

via agent (external)

Connected to Shafaque

Name Unavailable

Sun, 30 Apr 2023 04:09:37 GMT

via system (external)

Shafaque (skhan178@ext.uber.com) connected to Kevin

Name Unavailable

Sun, 30 Apr 2023 04:09:37 GMT

via system (internal)

Hi Kevin, thanks for being a member. I'm Shafaque, and I'm here to help you.

Shafaque Khan

Sun, 30 Apr 2023 04:10:08 GMT

via agent (external)

My crown royal was missing

Kevin REDACTED

Sun, 30 Apr 2023 04:10:11 GMT

via inappsupport (external)

We're sorry to hear about the inconvenience caused to you. This isn't the experience we expect you to have while ordering through the app. I understand the situation you have right now. Let me help you out with this.

Shafaque Khan

Sun, 30 Apr 2023 04:10:14 GMT

via agent (external)

FT ABSENT

VKB:   https://uberkb.lightning.force.com/articles/en_US/Knowledge/Restaurant-for-got-or-sent-wrong-item-with-price-N·

VLOB: New ·erticals Consumer

Vmj_rna

Vmissingitempurchased

Vmj_refund_Crown_Royal_$_Regal_Apple_Flavored_Whisky_(375_mL)_15.39

Shafaque Khan

CONFIDENTIAL

UBER-MDL3084-DFS00216736

$' - $, '$$%&

Sun, 30 Apr 2023 04:11:11 GMT

via agent (internal)

Also one of my punches was missing

Kevin <sup>REDA</sup> <sub>CTED</sub>

Sun, 30 Apr 2023 04:11:40 GMT

via inappsupport (external)

We're sorry to hear that your basket was missing Crown Royal · Regal Apple Flavored Whisky (375 mL) and Ole Smoky · Hunch Punch Lightnin (50 mL).

Shafaque Khan

Sun, 30 Apr 2023 04:12:44 GMT

via agent (external)

Yes correct

Kevin <sup>REDA</sup> <sub>CTED</sub>

Sun, 30 Apr 2023 04:12:57 GMT

via inappsupport (external)

Mistakes can happen and sometimes merchants forget to include items in an order.

Shafaque Khan

Sun, 30 Apr 2023 04:12:57 GMT

via agent (external)

I have gone ahead and refunded you including taxes and service fee for this order. Please allow 3-5 business days for this adjustment to be reflected in your account.

Shafaque Khan

Sun, 30 Apr 2023 04:13:24 GMT

via agent (external)

You can help the merchant improve by rating their service and your order using the app.

Shafaque Khan

Sun, 30 Apr 2023 04:13:26 GMT

via agent (external)

If there is anything else that I can further assist you with, please do let me know.

Shafaque Khan

Sun, 30 Apr 2023 04:13:32 GMT

via agent (external)

So I will receive credit to my account

Kevin <sup>REDA</sup> <sub>CTED</sub>

Sun, 30 Apr 2023 04:13:50 GMT

via inappsupport (external)

$' - $, '$$%

#mfi_refund_Ole_Smoky_-_Hunch_Punch_Lightnin_(50_mL)_3.29

Shafaque Khan

Sun, 30 Apr 2023 04:14:51 GMT

via agent (internal)

I would like credit to my account

Kevin REDA
CTED

Sun, 30 Apr 2023 04:14:53 GMT

via inappsupport (external)

I understand that you will like to have the refund in Uber cash credits, If I could do that, I would have done that for you, but I am extremely sorry, Refund is an automated process. Whenever a refund is issued from our end it goes directly to the original payment method.

Shafaque Khan

Sun, 30 Apr 2023 04:15:21 GMT

via agent (external)

I had a discount

Kevin REDA
CTED

Sun, 30 Apr 2023 04:15:55 GMT

via inappsupport (external)

I had a 30 dollar off promo code how will I receive it back

Kevin REDA
CTED

Sun, 30 Apr 2023 04:18:45 GMT

via inappsupport (external)

We have initiated a refund of $7.10 to your original payment method. Please allow 3-5 business days for this adjustment to be reflected in your account and the rest amount of $13.41 in your Uber cash.

Shafaque Khan

Sun, 30 Apr 2023 04:19:28 GMT

via agent (external)

I my order was 58 dollars I had a 30$ off promo code

Kevin REDA
CTED

Sun, 30 Apr 2023 04:19:58 GMT

via inappsupport (external)

The order total was 58

Kevin REDA
CTED

Sun, 30 Apr 2023 04:20:16 GMT

via inappsupport (external)

Kevin, As I can check a promo of $30.00 has been already applied to this order.

CONFIDENTIAL

Shafaque Khan

Sun, 30 Apr 2023 04:21:28 GMT

via agent (external)

Yes but my order was canceldd

Kevin REDA
CTED

Sun, 30 Apr 2023 04:21:41 GMT

via inappsupport (external)

I only received one fruit punch not 5

Kevin REDA
CTED

Sun, 30 Apr 2023 04:21:59 GMT

via inappsupport (external)

I only received one 3 dollar fruit punch moon shine

Kevin REDA
CTED

Sun, 30 Apr 2023 04:22:18 GMT

via inappsupport (external)

Kevin, could you please confirm the order ID of that order?

Shafaque Khan

Sun, 30 Apr 2023 04:23:08 GMT

via agent (external)

Are we still connected?

Shafaque Khan

Sun, 30 Apr 2023 04:25:13 GMT

via agent (external)

I demand a refund for my order I only receive one punch

Kevin REDA
CTED

Sun, 30 Apr 2023 04:25:29 GMT

via inappsupport (external)

I don't see a order

Kevin REDA
CTED

Sun, 30 Apr 2023 04:29:42 GMT

via inappsupport (external)

Hello

Kevin REDA
CTED

Sun, 30 Apr 2023 04:32:16 GMT

via inappsupport (external)

As I have shared above, we have refunded all the items you mentioned above, also the total amount was less due to the promotional discount, so, as a result, we have applied the rest of the refundable amount in uber cash, hence the new total for this order has been adjusted to zero, please do not worry all the refundable amount for your order has been initiated and will reflect the original payment method within 3-5 business days apart from the uber cash, it will be available immediately.

Shafaque Khan

Sun, 30 Apr 2023 04:34:35 GMT

via agent (external)

Bliss got stuck in between chat due to which response got delayed: https://jira.uberinternal.com/browse/GSDFE-38776

Shafaque Khan

Sun, 30 Apr 2023 04:35:04 GMT

via agent (internal)

Can you tell me what I was refunded for ?

Kevin REDA
CTED

Sun, 30 Apr 2023 04:35:18 GMT

via inappsupport (external)

We have refunded you for  Crown Royal · Regal Apple Flavored Whisky (375 mL) and Ole Smoky · Hunch Punch Lightnin (50 mL).

Shafaque Khan

Sun, 30 Apr 2023 04:37:28 GMT

via agent (external)

If there is anything else that I can further assist you with, please do let me know.

Shafaque Khan

Sun, 30 Apr 2023 04:38:26 GMT

via agent (external)

Yes

Kevin REDA
CTED

Sun, 30 Apr 2023 04:40:11 GMT

via inappsupport (external)

There was there was other items I didn't receive

Kevin REDA
CTED

Sun, 30 Apr 2023 04:41:11 GMT

via inappsupport (external)

Kevin, Please elaborate.

Shafaque Khan

Sun, 30 Apr 2023 04:41:12 GMT

via agent (external)

CONFIDENTIAL

$' - $, '$$%

There was more then one flavor of whiskey I only receive one

Kevin REDA
CTED

Sun, 30 Apr 2023 04:41:41 GMT

via inappsupport (external)

I need to be refunded for four whiskey

Kevin REDA
CTED

Sun, 30 Apr 2023 04:41:56 GMT

via inappsupport (external)

Please confirm if the "Crown Royal · Regal Apple Flavored Whisky (375 mL) " is the one you are referring to.

Shafaque Khan

Sun, 30 Apr 2023 04:43:42 GMT

via agent (external)

No

Kevin REDA
CTED

Sun, 30 Apr 2023 04:44:22 GMT

via inappsupport (external)

I'm referring to [2] Ole Smoky · White Chocolate Strawberry Cream (50 mL)
[3] Ole Smoky · Hunch Punch Lightnin (5

Kevin REDA
CTED

Sun, 30 Apr 2023 04:45:18 GMT

via inappsupport (external)

I only received one hunch punch

Kevin REDA
CTED

Sun, 30 Apr 2023 04:45:45 GMT

via inappsupport (external)

I need to be refunded for [2] Ole Smoky · White Chocolate Strawberry Cream (50 mL)
2 Ole Smoky · Hunch Punch Lightnin (5

Kevin REDA
CTED

Sun, 30 Apr 2023 04:46:43 GMT

via inappsupport (external)

I have refunded you $7.10 in the original payment method and I have also added $24.24 instead of $13.41 in the Uber cash account for the rest amount of the missing items.

Shafaque Khan

Sun, 30 Apr 2023 04:50:42 GMT

via agent (external)

Is there anything else I can assist you with?

CONFIDENTIAL

$' - $, '$$%‰

Shafaque Khan

Sun, 30 Apr 2023 04:50:54 GMT

via agent (external)

Kevin, since I have not heard anything from you, I am considering the issue has been resolved and I am closing the chat from my side. I would request you initiate a new chat if you have any other queries or concerns. Thank you for chatting with us, stay safe and healthy.

Shafaque Khan

Sun, 30 Apr 2023 04:53:17 GMT

via agent (external)

Chat ended by Shafaque

Name Unavailable

Sun, 30 Apr 2023 04:53:20 GMT

via system (external)

Shafaque ended chat

Name Unavailable

Sun, 30 Apr 2023 04:53:20 GMT

via system (internal)

Have we resolved this issue?

Uber Support

Sun, 30 Apr 2023 04:53:20 GMT

via agent (external)

Yes
No

Uber Support

Sun, 30 Apr 2023 04:53:20 GMT

via agent (external)

UBER-MDL3084-DFS00216742

$' - $, '$$%

ID: 963ae2ed-e1ce-444c-bf93-048f02b3d3b7

Title: My order never arrived

User Type: eater

Chat requested

Name Unavailable

Sun, 30 Apr 2023 06:46:12 GMT

via system (external)

Uber Bot connected to Kevin

Name Unavailable

Sun, 30 Apr 2023 06:46:13 GMT

via system (internal)

bot version

Uber Support

Sun, 30 Apr 2023 06:46:13 GMT

via agent (internal)

Thanks for contacting our support chat. To help us get started, please summarize your issue below.

Uber Support

Sun, 30 Apr 2023 06:46:13 GMT

via agent (external)

I have screen shots of the conversation the driver called me a bitch and refused to give me my food

Kevin $_{CTED}^{REDA}$

Sun, 30 Apr 2023 06:46:47 GMT

via inappsupport (external)

Agent

Kevin $_{CTED}^{REDA}$

Sun, 30 Apr 2023 06:46:53 GMT

via inappsupport (external)

Thanks for providing this information. We'll connect you to the next available customer support representative.

Uber Support

Sun, 30 Apr 2023 06:46:54 GMT

via agent (external)

Connected to Avinash

Name Unavailable

Sun, 30 Apr 2023 07:07:09 GMT

via system (external)

CONFIDENTIAL                                        UBER-MDL3084-DFS00216743

$' - $, '$$%

Avinash (akumar700@ext.uber.com) connected to Kevin

Name Unavailable

Sun, 30 Apr 2023 07:07:09 GMT

via system (internal)

Hi Kevin, I'm Avinash from Uber Support, and I'll be taking care of you today!

Avinash kumar

Sun, 30 Apr 2023 07:07:26 GMT

via agent (external)

I'm sorry to hear that you didn't receive your order Kevin, I completely understand the situation you have right now. No worries, I am here to help you.

Avinash kumar

Sun, 30 Apr 2023 07:08:27 GMT

via agent (external)

Kevin, It's hard for us to hear that you didn't have a very good experience, we always try to provide our customers with the best support possible. We are working to ?x things at our end so that an incident like this can be avoided.

Avinash kumar

Sun, 30 Apr 2023 07:10:24 GMT

via agent (external)

Are we still connected#

Avinash kumar

Sun, 30 Apr 2023 07:12:44 GMT

via agent (external)

/KB: https:__uberkb.lightning.force.com_articles_enOUS_Knowledge_Rrder-not-delivered-but-completed-in-app-Never-received-order-NRLTHAM-v2

/&RB: USEC Pater Chat
/ft absent

Avinash kumar

Sun, 30 Apr 2023 07:13:48 GMT

via agent (internal)

As I have not heard back from you in a while, I am closing the chat. If you continue to experience this issue, feel free to start another chat and a member of our team will be happy to help.

Avinash kumar

Sun, 30 Apr 2023 07:13:57 GMT

via agent (external)

Chat ended by Avinash

Name Unavailable

Sun, 30 Apr 2023 07:14:00 GMT

CONFIDENTIAL

UBER-MDL3084-DFS00216744

$' - $, '$$&$

via system (internal)

Avinash ended chat

Name Unavailable

Sun, 30 Apr 2023 07:14:00 GMT

via system (internal)

Have we resolved this issue#

Uber Support

Sun, 30 Apr 2023 07:14:01 GMT

via agent (external)

No

Kevin REDACTED

Sun, 30 Apr 2023 07:14:01 GMT

via inappsupport (external)

Thanks for reaching out again. Vlease summarize your issue and we'll connect you to a customer support representative.

Uber Support

Sun, 30 Apr 2023 07:40:12 GMT

via agent (external)

Agent

Kevin REDACTED

Sun, 30 Apr 2023 07:40:29 GMT

via inappsupport (external)

Kevin reopened chat

Name Unavailable

Sun, 30 Apr 2023 07:40:32 GMT

via system (internal)

We'll connect you to the next available customer support representative.

Uber Support

Sun, 30 Apr 2023 07:40:32 GMT

via agent (external)

Connected to Shubham...

Name Unavailable

Sun, 30 Apr 2023 07:40:34 GMT

via system (external)

Shubham... (sratho36@ext.uber.com) connected to Kevin

CONFIDENTIAL

UBER-MDL3084-DFS00216745

$' - $, '$$&%

Name Unavailable

Sun, 30 Apr 2023 07:40:34 GMT

via system (internal)

Hi, Kevin! Thank you for reaching out to Uber Support. I'm Shubham and I'll be happy to take care of the issue for you.

Shubham Lathore

Sun, 30 Apr 2023 07:40:46 GMT

via agent (external)

The driver threatened me and called me a bitch and spit on me I called the cops she futher refused my food so I didn't receive my order

Kevin REDACTED

Sun, 30 Apr 2023 07:41:35 GMT

via inappsupport (external)

/INC&RB2023

Shubham Lathore

Sun, 30 Apr 2023 07:43:35 GMT

via agent (internal)

The concern you have raised via chat needs a specialized team to work on. As they have speci?c tools and resources to ?x this issue for you, I am raising a request with them to get back to you via email shortly.

Shubham Lathore

Sun, 30 Apr 2023 07:43:45 GMT

via agent (external)

Chat ended by Shubham...

Name Unavailable

Sun, 30 Apr 2023 07:43:48 GMT

via system (external)

Shubham... ended chat

Name Unavailable

Sun, 30 Apr 2023 07:43:48 GMT

via system (internal)

/KB: https:__uberkb.lightning.force.com_articles_enOUS_Knowledge_Global-Safety-Support-Taxonomy-{erbal-Altercation /& RB: IIT

Ashish Kumar

Sun, 30 Apr 2023 10:32:03 GMT

via agent (internal)

Thank you for reaching out and for letting us know about this incident and I'm sorry to hear about this experience.

I would like to reassure you that we are treating this with the utmost seriousness. A member of our team will be in touch

CONFIDENTIAL

with you shortly.

 In the meantime, if you feel additional information could be helpful, please reply to this message.

 If you have already been in contact with one of our Community Rperations specialists regarding a safety incident and feel that you have additional information that could be helpful, please respond to our original message and we will continue to help you there.

Ashish Kumar

Sun, 30 Apr 2023 10:32:03 GMT

via agent (external)

Hi FLider }irst NameJ.We're concerned about what you've shared and want to better understand what happened. Do you mind sharing more details with us about the driver spitting on you#Did it actually happen#If so, may we know if it did make contact with you#We look forward to hearing from you.

Lake Veronce

Sun, 30 Apr 2023 10:35:13 GMT

via agent (external)

Hi �Kevin�So sorry for spamming. We're concerned about what you've shared and want to better understand what happened. Do you mind sharing more details with us about the driver spitting on you#Did it actually happen# If so, may we know if it did make contact with you#We look forward to hearing from you.

Lake Veronce

Sun, 30 Apr 2023 10:35:46 GMT

via agent (external)

CONFIDENTIAL

ID: a405db96-cc54-48b9-865c-380afbe062d5

Title: Missing Items

User Type: eater

Chat requested

Name Unavailable

Sun, 30 Apr 2023 04:54:21 GMT

via system (external)

Uber Bot connected to Kevin

Name Unavailable

Sun, 30 Apr 2023 04:54:21 GMT

via system (internal)

bot version

Uber Support

Sun, 30 Apr 2023 04:54:21 GMT

via agent (internal)

Thanks for contacting our suppor t chat. To help us get started, please summarize your issue below.

Uber Support

Sun, 30 Apr 2023 04:54:22 GMT

via agent (external)

Refund

Kevin REDACTED

Sun, 30 Apr 2023 04:54:28 GMT

via inappsupport (external)

Thanks for providing this information. W e'll connect you to the next available customer support representative.

Uber Support

Sun, 30 Apr 2023 04:54:36 GMT

via agent (external)

Connected to sumit

Name Unavailable

Sun, 30 Apr 2023 04:54:39 GMT

via system (external)

sumit (skumar666@ext.uber.com) connected t o Kevin

Name Unavailable

Sun, 30 Apr 2023 04:54:39 GMT

via system (internal)

$' - $, '$$&(

Hi, Kevin. I'm Sumit from Uber Support.

sumit kumar

Sun, 30 Apr 2023 04:54:49 GMT

via agent (external)

Could you please elaborate on your concern?

sumit kumar

Sun, 30 Apr 2023 04:54:58 GMT

via agent (external)

Are we still connected?

sumit kumar

Sun, 30 Apr 2023 04:57:00 GMT

via agent (external)

FT Absent

#KB: https://uberkb.lightning.for ce.com/ar ticles/en_US/Knowledge/UberEats-Bliss-Chat-Support-Knowledge-SOPs

#LOB: New Verticals Consumer

sumit kumar

Sun, 30 Apr 2023 04:57:12 GMT

via agent (internal)

Since we haven't heard back from you in a few minutes, I'm going to close out our chat. If you continue to experience this issue, feel free to start another chat or email us at help@uber.com and a member of our team will be happy to help.

sumit kumar

Sun, 30 Apr 2023 04:58:04 GMT

via agent (external)

Chat ended by sumit

Name Unavailable

Sun, 30 Apr 2023 04:58:07 GMT

via system (external)

sumit ended chat

Name Unavailable

Sun, 30 Apr 2023 04:58:07 GMT

via system (internal)

Have we resolved this issue?

Uber Support

CONFIDENTIAL

$' - $, '$$&)

Sun, 30 Apr 2023 04:58:07 GMT

via agent (external)

Yes
No

Uber Support

Sun, 30 Apr 2023 04:58:07 GMT

via agent (external)

CONFIDENTIAL                    UBER-MDL3084-DFS00216750

$' - $, '$$&*

ID: a973c7d8-8673-45e3-9a05-f55ad17cb4f0

Title: My driver refused my destination

User Type: client

Details: My driver kicked me out the car and refused my destination he called me a nigger

Kevin <sup>REDA</sup> CTED

Tue, 11 Apr 2023 17:05:27 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related

Name Unavailable

Tue, 11 Apr 2023 17:05:27 GMT

via system (internal)

{"helpNodeID":"b237da4b-6f9c-4e12-b51d-cbd170f0753d","variantID":"ccd6c372-8e5a-447a-b463-c8f3fb9d847e ","components":[{"componentMeta":{"id":"802a6c55-fcb8-41cb-88bd-6f71402cace3","type":"text_input","label":"Details"},"userInput":{"body":"My driver kicked me out the car and refused my destination he called me a nigger ","attachments":null}}]}

Kevin <sup>REDA</sup> CTED

Tue, 11 Apr 2023 17:05:27 GMT

via system (internal)

Incident Details: My driver kicked me out and refused my destination he called me a nigger and spit at me

Name Unavailable

Tue, 11 Apr 2023 17:06:14 GMT

via system (external)

Share details here: My driver refused my destination and kick me out he called me a nigger and kicked me out the car and spit at me

Kevin <sup>REDA</sup> CTED

Tue, 11 Apr 2023 17:07:07 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related

Name Unavailable

Tue, 11 Apr 2023 17:07:07 GMT

via system (internal)

#KB: https://uberkb.lightning.for ce.com/ar ticles/en_US/Knowledge/Global-Safety-Support-Taxonomy-Potential-Safe-ty-Concern #LOB: IIT

Puneet Singh

Tue, 11 Apr 2023 18:01:08 GMT

via agent (internal)

UBER-MDL3084-DFS00216751

$' - $, '$$&+

Recording URL:
https://apps.mypurecloud.com/directory/#/engage/admin/interactions/8eeac397-2cab-4477-be2f-d1b3b3365190

Kevin REDA
CTED

Tue, 11 Apr 2023 18:11:25 GMT

via system (internal)

Related Jira ticket: https://jira.uberinternal.com/browse/SAFE-3668684

Name Unavailable

Tue, 11 Apr 2023 18:17:07 GMT

via agent (internal)

JIRA

DRIVER

Raqueal Prewitt

Tue, 11 Apr 2023 18:25:17 GMT

via agent (internal)

Thank you for reporting this, Kevin.Any behavior involving violence, sexual misconduct, or illegal activity is unacceptable per the Community Guidelines. What you reported is concerning and we've suspended this user's account while we review this issue further.I tried reaching you at the number associated with your Uber account. Is there another number that you would prefer I try?I was calling to let you know that a dedicated member of our Trust & Safety team is now reviewing the incident and will contact you again as soon as possible. The goal of that conversation is to gather additional information about the incident, so we can take appropriate action.If you have further details about this incident that you would like to share with us in the meantime, please feel free to respond to this message. We look forward to speaking with you soon.

Raqueal Prewitt

Tue, 11 Apr 2023 18:25:17 GMT

via agent (external)

I demand a refund

Kevin REDA
CTED

Tue, 11 Apr 2023 18:26:30 GMT

via inappsupport (external)

Hi Kevin,I've tried calling you to discuss your report, but we haven't been able to connect. I'd still like to speak with you regarding the reported incident, but since my call attempts have been unsuccessful, I won't continue to attempt outreach. Instead, I'll wait for you to contact me at a time that works best for you. You can reach out to me directly at (415) 223-5446. I am in the office between the hours of 10:30 AM to 8:00 PM MST.While I know that this does not make up for your experience, I have also issued a full refund to your payment method. You should see the return in the next 3-5 days.In the meantime, we'll continue investigating this report. If you've decided to pursue this with law enforcement, please direct officials to lert.uber.com. There, they can connect with our Law Enforcement Response Team regarding any information they may need from us.I hope to speak with you soon.

Bryce Coppola

Thu, 13 Apr 2023 17:29:27 GMT

via agent (external)

$' - $, '$$&

Hi Kevin,We want all users to feel safe and welcome when using the app. We're sorry to hear this wasn't your experience.I've refunded this ride. You should see this reflected on your account in the next few business days.Our [Community Guidelines](#) don't tolerate discrimination based on:- Age- Color- Disability- Gender identity- Marital status- National origin- Race- Religion- Sex- Sexual orientationWe remind the driver that violating these guidelines can lead to losing access to the app.Thank you for bringing this to our attention.

Bryce Coppola

Thu, 13 Apr 2023 22:40:25 GMT

via agent (external)

$' - $, '$$&

ID: b728c4f7-1610-4b8f-a4fe-b8d295037f5f

Title: My driver discriminated against me

User Type: client

Incident Details: My driver touched me sexually and then kissed me calling me a black nigger bitch I demand a full refund and I demand all my money back this driver sexually assaulted me and called me names please refund me my money

Uber Support

Tue, 18 Apr 2023 21:38:46 GMT

via system (external)

Discriminating Partner:
First and Last Name: Hassan Turay
UUID: 76921802-11dd-455a-be3e-57aebb08ad1c
Model: 2020Nissan Rogue Sport
License Plate: QMRS77
Dispatch Time: Apr 18, 2023 06:47am
Incident Details: My driver touched me sexually and then kissed me calling me a black nigger bitch I demand a full refund and I demand all my money back this driver sexually assaulted me and called me names please refund me my money

Uber Support

Tue, 18 Apr 2023 21:38:47 GMT

via agent (internal)

Incident Details: My driver touched me in a sexually mannose and kissed me he violated me sexually and called me a nigger bitch I demand a refund immediately this isn't right I was called names and degraded because I'm black Uber was supposed to protect me I demand a full refund immediately

Uber Support

Tue, 18 Apr 2023 21:43:03 GMT

via system (external)

Incident Details: My driver touched me in a sexually mannose and kissed me he violated me sexually and called me a nigger bitch I demand a refund immediately this isn't right I was called names and degraded because I'm black Uber was supposed to protect me I demand a full refund immediately

Uber Support

Tue, 18 Apr 2023 21:43:27 GMT

via system (external)

Share details here: My driver touched me in a sexually mannose and kissed me he violated me sexually and called me a nigger bitch I demand a refund immediately this isn't right I was called names and degraded because I'm black Uber was supposed to protect me I demand a full refund immediately

Kevin REDACTED

Tue, 18 Apr 2023 21:43:38 GMT

via inappsupport (external)

Escalated to IIT as user text was suspected to be safety-related

Name Unavailable

Tue, 18 Apr 2023 21:43:38 GMT

$' - $, '$$' $

via system (internal)

#KB: https://uberkb.lightning.force.com/articles/en_US/Knowledge/Global-Safety-Support-Taxonomy-Sexual-Misconduct
#LOB: IIT

Deep Bastola

Tue, 18 Apr 2023 21:45:37 GMT

via agent (internal)

Recording URL:
https://apps.mypurecloud.com/directory/#/engage/admin/interactions/fa71492e-28c7-46a3-83de-0b846ce5afdf

Kevin REDA
CTED

Tue, 18 Apr 2023 21:56:04 GMT

via system (internal)

Related Jira ticket: https://jira.uberinternal.com/browse/SAFE-3681018

Name Unavailable

Tue, 18 Apr 2023 21:57:47 GMT

via agent (internal)

Driver OB

JIRA
Call ATT

Gabriel Hare

Tue, 18 Apr 2023 22:13:33 GMT

via agent (internal)

Thank you for reporting this, Kevin.Any behavior involving violence, sexual misconduct, or illegal activity is unacceptable per the Community Guidelines. What you reported is concerning and we've suspended this user's account while we review this issue further.I tried reaching you at the number associated with your Uber account. Is there another number that you would prefer I try?I was calling to let you know that a dedicated member of our Trust & Safety team is now reviewing the incident and will contact you again as soon as possible. The goal of that conversation is to gather additional information about the incident, so we can take appropriate action.If you have further details about this incident that you would like to share with us in the meantime, please feel free to respond to this message. We look forward to speaking with you soon.

Gabriel Hare

Tue, 18 Apr 2023 22:13:33 GMT

via agent (external)

I demand a refund

Kevin REDA
CTED

Tue, 18 Apr 2023 22:13:58 GMT

via inappsupport (external)

Hello,I am following up on a recent conversation you had with my colleague about a safety incident that you reported. I was hoping to ask you a few follow-up questions to gain a better understanding of what happened.Uber Resources HotlineI wanted to share information about the Uber Resources Hotline. This hotline is managed by RAINN and can:- Provide confidential, emotional support from RAINN's support specialists- Help you receive reimbursement from Uber for therapy and other services- Give you other helpful information and resourcesYou can call the hotline at 844.958.2378, Monday-Friday from 9AM-7PM ET using this PIN 9446894-KE. This PIN is unique to you, and you'll need it each time you call. These services are available until a year from today.National Sexual Assault HotlineIn addition to the specific services facilitated by the Uber Resources Hotline, you can always access RAINN's 24/7 National Sexual Assault Hotline

$' - $, '$$' %

by phone (800.656.HOPE) or Live Chat for conYdential support and referrals to free and low-cost resources through local sexual assault service providers. RAINN can also provide you information about the criminal justice process in case you're considering contacting law enforcement. Law Enforcement Reporting We believe the decision to report to law enforcement is entirely up to you. If you decide to report this to police, please provide law enforcement with our online portal address: lert.uber.com. Through this portal they can connect with our Law Enforcement Response Team to request information they may need for their investigation. Hou do not need to report to law enforcement in order to call the hotline number above. Hou can call me directly at REDACTED - PII between 8:00 - 4:00 MST if you have any questions. Thank you for bringing this to our attention.

Craig Weemhoff

Wed, 19 Apr 2023 16:27:43 GMT

via agent (external)

$' - $, '$$ &

ID: e5532214-eb7d-4490-891d-769a82433588

Title: Report a safety incident involving a delivery person

User Type: eater

Share details: The driver refused to give me my food and called me a bitch

Kevin REDA
CTED

Sun, 30 Apr 2023 06:42:47 GMT

via websupport (external)

Escalated to IIT as user text was suspected to be safety-related

Name Unavailable

Sun, 30 Apr 2023 06:42:47 GMT

via system (internal)

{"helpNodeID":"aee4d778-574a-40b7-b3b8-6cd7bb1dc705","variantID":"437cd37c-3487-41e3-8d2c-86f510f5ac55","components":[{"componentMeta":{"id":"30c731ba-8be1-4031-a746-22fd58c7a496","type":"text_area","label":"Share details"},"userInput":{"body":"The driver refused to give me my food and called me a bitch ","attachments":null}}]}

Kevin REDA
CTED

Sun, 30 Apr 2023 06:42:47 GMT

via system (internal)

Help

Kevin REDA
CTED

Sun, 30 Apr 2023 06:44:30 GMT

via inappsupport (external)

#KB: ( https://uberkb.lightning.force.com/articles/en_US/Knowledge/Global-Safety-Support-Taxonomy )

#LOB: IIT

Vaishali Prabhakar

Sun, 30 Apr 2023 10:23:46 GMT

via agent (internal)

#INCLOB2023

#LOB : IRT INCIDENT

Yash Mittal

Sun, 30 Apr 2023 10:25:13 GMT

via agent (internal)

PA

Nisha Rani

Mon, 01 May 2023 09:55:30 GMT

via agent (internal)

$' - $, '$$ '

#KB: https://uberkb.lightning.for ce.com/ar ticles/en_US/Knowledge/Global-Safety-Support-Taxonomy-Verbal-Altercation
#LOB: IT

Manmohit Singh

Mon, 01 May 2023 09:57:47 GMT

via agent (internal)

Thank you for reaching out and for letting us know about this incident and I'm sorry to hear about this experience.

 I would like to reassure you that we are treating this with the utmost seriousness. A member of our team will be in t ouch with you shortly.

 In the meantime, if you feel additional information could be helpful, please r eply to this message.

 If you have already been in contact with one of our Community Operations specialists regarding a safety incident and feel that you have additional information  that could be helpful, please respond to our original message and we will continue to help you there.

Manmohit Singh

Mon, 01 May 2023 09:57:47 GMT

via agent (external)

DO: https://bliss.uberinternal.com/contacts/f61652ac-0ab6-4e99-9180-1e678be85b07

 RS: Normal

Jeffr ey Infante

Mon, 01 May 2023 10:01:05 GMT

via agent (internal)

Hi Kevin,

 We're sorry to hear about your delivery person's behavior during this delivery. We understand how this might have made you feel uncomfor table. We take reports of this natur e seriously, so we appreciate you bringing this to our attention.

 We want everyone to feel safe and respected while using the app. Our Community Guidelines don't allow threatening or rude behavior. As a result of this r eport, we are reviewing this delivery person's account to determine whether they should continue to have access to the Uber app.

 We know this won't erase the experience you had, but we've also added $5 in Uber Cash to your account. You can check your Uber Cash balance in your Wallet tab.

 Feedback like this is incredibly important to us and help us take steps to keep Uber safe for all riders and drivers. Please don't hesitate to let us know if you need further assistance.

����

����

����

����

����

����

CONFIDENTIAL

UBER-MDL3084-DFS00216758

$' - $, '$$' (

���

���

���

���

���

Jeffrey Infante

Mon, 01 May 2023 10:01:05 GMT

via agent (external)

CONFIDENTIAL                      UBER-MDL3084-DFS00216759

$' - $, '$$' )