# Baseline S-RAD global model

Ben Marchi
2023/04/03

**Trial Exhibit No.**
**03931**

Uber

ATTORNEY-CLIENT PRIVILEGED

03931.0001

# Global S-RAD

- Aims
  - To establish a single S-RAD model capable of evaluating risks globally with at least comparable offline performance to current regional production models
  - To achieve performance using a subset of features likely to be approved for use by Regional Ops and PLC partners
  - To see evidence of sustained offline performance through time
    - *Still an open question*
  - To migrate model training pipelines to new Michelangelo platforms

ATTORNEY-CLIENT PRIVILEGED

# Features - What is in and what is out

- Trip context features
  - Time of day
  - Day of week
  - City specific incident rates
- Rider features
  - Historic trip characteristics (cancel rate, weekend rate, etc.)
  - Star rating feedback
  - Incident rates
- Driver features
  - Historic trip characteristics (Trip count, weekend rate, etc.)
  - Incident rates

**Included Features**

- Driver/Rider gender
- Driver features
  - Cancellation history
    - Cancelled on rate
    - Cancellation rate
  - Star rating feedback
    - 1/2 star ratings given
    - 1/2 star ratings received

**Excluded Features**

ATTORNEY-CLIENT PRIVILEGED

3

03931.0003

# Modeling challenges

- Creating/verifying globally robust modeling features
- Global differences in incident data quality and reporting behaviors
- Global data volume
    - Training data volume increased from ~60M to ~136M observations
- Managing regional performance tradeoffs
- Maintaining offline performance with a reduced feature set

ATTORNEY-CLIENT PRIVILEGED

# Regional performance comparison - Overall

| Region | Trigger rate | Prod. recall† | Global cand. recall | % difference |
|---|---:|---:|---:|---:|
| United States* | 1.25% | 18.3% | 19.2% | 5.1% |
| Brazil** | 1.10% | 15.6% | 17.3% | 11.0% |
| LatAm - Mexico** | 1.10% | 12.8% | 16.6% | 29.0% |
| LatAm - ACAC** | 1.10% | 11.5% | 15.0% | 30.2% |
| LatAm - South Cone** | 1.10% | 10.8% | 14.6% | 34.8% |

*US production model used for comparison
**LatAm production model used for comparison
†Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

5

03931.0005

# Regional performance comparison - Overall

| Region | Trigger rate | Prod. recall† | Global cand. recall | % difference |
|---|---|---|---|---|
| ANZ* | 1.25% | 10.8% | 15.1% | 40.1% |
| United Kingdom* | 1.25% | 16.5% | 14.7% | -10.6% |
| EMEA - NEE*,** | 1.25% | 14.1% | 22.1% | 57.1% |
| EMEA - MEA* | 1.25% | 11.7% | 17.0% | 45.5% |
| EMEA - WSE* | 1.25% | 8.2% | 11.8% | 42.9% |
| India SA*✕ | 1.25% | 10.1% | 13.8% | 35.7% |

*US production model used for comparison
**Excludes United Kingdom
✕Includes India, Bangladesh, and Sri Lanka
†Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

7

ATTORNEY-CLIENT PRIVILEGED

03931.0006

# Regional performance comparison - TOD

| Region | Time of day | Trigger rate | Prod. recall† | Global recall | % difference |
|---|---|---|---|---|---|
| United States* | Day | 0.8% | 14.8% | 13.3% | -10.2% |
| United States* | Night | 3.5% | 23.1% | 23.6% | 2.0% |
| Brazil** | Day | 0.5% | 8.0% | 11.7% | 46.2% |
| Brazil** | Night | 7.0% | 21.7% | 31.5% | 45.2% |
| LatAm - Mexico** | Day | 0.5% | 3.4% | 10.6% | 208% |
| LatAm - Mexico** | Night | 7.0% | 29.8% | 28.6% | -4.1% |
| LatAm - ACAC** | Day | 0.5% | 4.8% | 8.3% | 75% |
| LatAm - ACAC** | Night | 7.0% | 25.4% | 32.0% | 25.8% |
| LatAm - South Cone** | Day | 0.5% | 7.0% | 8.7% | 25.0% |
| LatAm - South Cone** | Night | 7.0% | 23.5% | 29.6% | 26.1% |

*US production model used for comparison
**LatAm production model used for comparison
†Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

8

03931.0007

# Regional performance comparison - TOD

| Region | Time of day | Trigger rate | Prod. recall† | Global recall | % difference |
|---|---|---|---|---|---|
| ANZ* | Day | 0.8% | 12.7% | 13.2% | 3.8% |
| ANZ* | Night | 3.5% | 13.4% | 18.2% | 35.5% |
| United Kingdom* | Day | 0.8% | 18.3% | 18.2% | -0.8% |
| United Kingdom* | Night | 3.5% | 15.8% | 14.5% | -7.7% |
| EMEA - NEE*,** | Day | 0.8% | 14.3% | 23.2% | 62.5% |
| EMEA - NEE*,** | Night | 3.5% | 15.1% | 24.7% | 64.3% |
| EMEA - MEA* | Day | 0.8% | 6.7% | 12.3% | 83.3% |
| EMEA - MEA* | Night | 3.5% | 19.4% | 25.0% | 28.6% |
| EMEA - WSE* | Day | 0.8% | 12.9% | 14.3% | 11.1% |
| EMEA - WSE* | Night | 3.5% | 13.0% | 12.0% | -7.7% |
| India SA*× | Day | 0.8% | 5.0% | 6.9% | 40.0% |
| India SA*× | Night | 3.5% | 13.5% | 27.0% | 100% |

*US production model used for comparison
**Excludes United Kingdom
×Includes India, Bangladesh, and Sri Lanka
†Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

9

**ATTORNEY-CLIENT PRIVILEGED**

03931.0008

# Existing S-RAD US



Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

11

03931.0009

# Baseline candidate global model



Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

12

**03931.0010**

# United States comparison



Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

13

03931.0011

# Brazil comparison



Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

14

**03931.0012**

# United Kingdom comparison



Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

15

03931.0013

# ANZ comparison



Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

16

**03931.0014**

# India SA comparison



Includes India, Bangladesh, and Sri Lanka
Recall = # serious SASM incidents flagged / # total serious SASM incidents
Recall computed using all non S-RAD actioned, UberX trips with valid driver_uuid from 2022-11-01 to 2023-01-31

ATTORNEY-CLIENT PRIVILEGED

17

**03931.0015**

# Feature importance



*Total gain is only one of many methods to measure feature importance

18

03931.0016

# Impact of excluded variables

| Region | Eval trigger rate | Prod recall | Global model recall ||||
|---|---|---|---|---|---|---|
| | | | Baseline | Driver cancel vars | Driver star rating vars | Driver cancel + star rating vars |
| United States | 1.25% | 18.3% | 18.8% | 18.8% | 18.5% | 18.5% |
| Brazil | 1.10% | 15.6% | 17.3% | 17.3% | 18.8% | 19.5% |
| ANZ | 1.25% | 10.8% | 9.9% | 14.7% | 16.6% | 15.4% |
| United Kingdom | 1.25% | 16.5% | 15.8% | 16.8% | 18.6% | 18.9% |
| India | 1.25% | 10.1% | 12.3% | 11.6% | 14.5% | 13.0% |

22

ATTORNEY-CLIENT PRIVILEGED

03931.0017

# Additional checks

- Overlap analysis between flagged users
- Online/offline score comparison
- Marketplace impact
  - If we need to change flagging rates, what does that mean for performance?
- Driver fairness
- Plan swapability

ATTORNEY-CLIENT PRIVILEGED

24

03931.0018