Uber     Company ⌄     Safety     Help          ⊗ EN     ⊞ Products     Log in     Sign up

Select jurisdiction:
United States ⌄

Select language:
English ⌄

Last modified: 10/11/2023

# Uber Community Guidelines

## United States and Canada

Our guidelines were developed to help make every experience feel safe, respectful, and positive. They apply to everyone who uses the Uber Marketplace Platform. It also includes interactions you may have with Uber employees and contractors, including at Greenlight Hubs, through online support systems, or over the phone.* And, in some instances, our guidelines apply to conduct outside the Uber Marketplace Platform that we become aware of, when such conduct may threaten the safety of the Uber Marketplace Platform.

Thank you for joining us in supporting and safeguarding a welcoming environment.

The guidelines below help explain some of the specific kinds of positive community engagement on the Uber Marketplace Platform, as well as the behaviors or circumstances that may cause you to lose access to it. There will always be unforeseen events that may ultimately lead to your losing online access to using the Uber Marketplace Platform and services, but the following guidelines—which we'll update regularly—provide the basis for behavior we expect from all in the Uber community. Not following any one of our guidelines can constitute a material breach or violation of the terms of your agreement with Uber and may result in the loss of access to part or all of the Uber Marketplace Platform. You can report potential violations of the Community Guidelines to Uber and we will address any report in accordance with our policies.

## Guidelines for all of us

Everyone is required to follow Uber's Community Guidelines, which reflect the 3 pillars: (1) treat everyone with respect; (2) help keep one another safe; and (3) follow the law.

### Treat everyone with respect

The actions you take while using the Uber Marketplace Platform can have a big impact on the safety and comfort of others. Courtesy matters. For example, always try to be on time for your ride or to pick up your delivery. It's also common courtesy not to shout, swear, or slam doors. And by tidying up after yourself—whether it's taking your trash home or cleaning up a spilled drink—you'll help ensure that everyone has a pleasant ride. You are expected to exercise good judgment and behave decently toward other people when using the Uber Marketplace Platform—just as you would in any public place.

Uber is an anti-racist company. We are committed to creating a safe and welcoming space for everyone, regardless of background. Remember that when you interact with others in the Uber community, you may meet people who may look different from you, think differently than you, or come from different backgrounds. Please respect those differences. Discrimination based on race or any other characteristic protected by law will not be tolerated on the Uber Marketplace Platform and can result in loss of access to the apps.

#### Physical contact

Don't touch strangers or anyone you just met while using the Uber Marketplace Platform. Limited exceptions are permitted for people needing or requesting physical assistance (for example, riders using Uber Assist who may need help getting into and out of the vehicle). Hurting or intending to hurt anyone is never allowed.

#### Sexual assault and misconduct

We all value our personal space and privacy. It's OK to chat with other people while remaining respectful. But please don't comment on someone's appearance or ask whether they are single. Sexual assault and sexual misconduct of any kind is prohibited. Sexual assault and misconduct refers to sexual contact or behavior without explicit consent of the other person. Personal space and privacy should be respected.

The following list provides examples of inappropriate conduct but is not exhaustive.

- Asking personal questions (for example, about relationship status or sexual orientation)

- Commenting on appearance (for example, derogatory or "complimentary" comments)

- Making explicit comments or gestures (for example, slurs, or graphic or suggestive messages)

- Flirting (for example, nonverbal, suggestive flirting, or being too physically close)

- Displaying indecent material (for example, sexually suggestive objects or pictures)

Uber has a no-sex rule regardless of whether you know the person or they give you their consent

#### Threatening and/or rude behavior is prohibited

Aggressive, confrontational, or harassing behavior is not allowed. Don't use language, make gestures, or take actions that could be disrespectful, discriminatory, threatening, or inappropriate.

#### Post-trip contact

Contact should end when the trip or delivery is complete, unless it's to return a lost item. Unwanted contact (where there is not mutual consent) can be seen as harassment and includes, for example, texting, calling, social media contact, visiting, or trying to visit someone in person after a trip or delivery has been completed. Discrimination

You should always feel safe and welcome. That's why we don't tolerate racist or discriminatory conduct and behavior. Do not discriminate against someone or engage in a disparaging manner toward someone based on traits such as their race, ethnicity, skin color, age, disability, gender identity, marital status, pregnancy, national origin, religion, sex, sexual orientation, language, geographical location, or any other characteristic protected under relevant law. For example, it is unacceptable to rate another person based on any protected trait.

Trial Exhibit No.

**03932**

UBER-MDL3084-000367000

$' - ' &$$$%

The following list provides examples of discriminatory behavior but is not exhaustive:

- Refusing to provide services based on characteristics like a person's race, ethnicity, skin color, age, disability, gender identity, marital status, national origin, religion, sex, sexual orientation, language, geographical location, or any other characteristic protected under relevant law.

- Rating another user—whether drivers, riders, delivery people, Uber Eats users, merchants, restaurants, or businesses—based on these traits.

- Discriminating on the basis of a rider's destination or an Uber Eats user's delivery location. We understand how important it is to fit driving or delivering around your life, rather than the other way around. It is not a violation of these guidelines to decline a trip or delivery because it does not work for you. But intentionally refusing or canceling requests, or using features on the Uber Marketplace Platform to avoid receiving trip or delivery requests, solely for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located in that area, is not allowed.

- Using discriminatory language, making discriminatory remarks, vilifying, or asking questions about sensitive topics regarding national origin, race, ethnicity, or any other trait previously mentioned. Making racial comments or using slurs is never allowed.

You can learn more about Uber's Non-Discrimination Policy here. We also have a policy about our commitment to accessibility to help increase the transport options and delivery options for people with disabilities here.

### Property damage

Damaging property is never allowed. Some examples include damaging the car or other mode of transportation requested through the Uber Marketplace Platform, breaking or vandalizing a phone or tablet, intentionally spilling food or drink, smoking in a car, damaging a merchant's premises, or vomiting due to excessive alcohol consumption or otherwise. If you damage property, you're responsible for the cost of cleaning and repair fees, outside of normal wear and tear. Intentional damage may result in account deactivation.

## Help keep one another safe

We're hard at work every day to help create safer experiences for everyone. Your safety drives us. That's why these standards were written. Everyone has a role to play in helping to create a safe environment.

### Account sharing

Account sharing is not allowed. To use the Uber Marketplace Platform, you need to register and maintain an active account. Don't let another person use your account, and never share your personal information used in connection with your account, including but not limited to username, password, or photos of yourself, with anyone else to access the Uber Marketplace Platform. For example, delivery people must complete all parts of the delivery themselves— including any handling after the order is picked up from the merchant up until final delivery to the Uber Eats user. (Some jurisdictions may allow you the right to designate a substitute; if you live in such a jurisdiction, learn more here.)

### People under the age of 18

In select cities, we have teen accounts available for teens aged 13–17. Otherwise, you must be 18 years or older to have an Uber account. Account holders can't request a ride or delivery for someone under the age of 18 who will not be accompanied by either the account holder or another adult during the ride or when collecting the delivery. When ordering items available for purchase through the platform, children are also not allowed to use an adult's Uber Eats account by themselves. These age limitations apply unless our local guidelines, terms, or other policies say otherwise.

### Extra riders and non-account riders

When driving with Uber, no one other than the driver, the requesting rider, and the rider's guests should be in the vehicle. These guidelines apply unless our local guidelines, terms, or other policies say otherwise. The account holder is responsible for the behavior of their entire party. If you request a ride or a delivery for another adult, you're held responsible for their behavior during their trip or delivery and your account can be deactivated for the actions they take.

### Vehicle information

For an easy pickup or delivery, the Uber Marketplace Platform gives riders and Uber Eats users identifying information about drivers and delivery people and their vehicles, including their license plate number, vehicle make and model, profile picture, and name. Drivers and delivery people must complete trips and deliveries using only approved vehicles.

### Seat belts

Every delivery person using a vehicle, every driver, and every rider—including those in the back seat—should always buckle up. Riders should request a vehicle that has enough seat belts for everyone in their party. Drivers can decline a ride if there are not enough seat belts in their vehicle for every rider.

### Helmets for bikes, motorcycles, and scooters

For your safety, when riding a bike, e-bike, motorcycle, or scooter, please use a well-fitting and buckled helmet, worn according to the manufacturer's instructions.

### Use of dashcams that record video and/or audio

Drivers may choose to install and use a dashcam, which can be used to record rides and provide evidence to Uber, law enforcement, or insurance companies in the event that something goes wrong on a ride. Drivers and riders may choose to use their phones to record rides as well. Please note:

- In some locations, local laws and regulations require that a rider provide consent to being recorded and/or be notified of recording in advance. Please check your local laws to understand your responsibilities.

- Drivers may submit recordings to Uber at their discretion. Uber will review submitted footage and take all action consistent with the Community Guidelines and platform terms of use.

- Sharing or streaming a person's image or audio or video recording on social media or in other digital or physical public locations is a violation of our Community Guidelines and may prompt further investigation by our safety team.

### Proper maintenance and upkeep

Pursuant to the terms of their agreement with Uber and applicable regulations, drivers and delivery people are expected to keep their vehicles maintained and in good operating condition. This means maintaining their vehicle according to industry safety and maintenance standards, and monitoring for and repairing any parts that are recalled by the vehicle manufacturer.

### Drive safely and carefully

Drivers are expected to maintain an environment that makes riders feel safe; even if driving practices don't violate the law, reports of dangerous driving can lead to the loss of access to part or all of the Uber Marketplace Platform.

### Emergencies

In case of an emergency or if you find yourself in immediate danger, contact local authorities or emergency services before notifying Uber.

UBER-MDL3084-000367001

$' - ' &$$$&

Additionally, we've made accessing in-app safety help easier with the in-app Safety Toolkit, where riders and drivers have access to the emergency button, can report safety incidents while on a trip, and share ride information with friends and loved ones.

We take threats of suicide and self-harm seriously and may reach out to authorities to request a wellness check if we receive notification that there is an imminent risk of self-harm.

For public emergencies, Uber may take additional measures to try to preserve the safety of our platform, including but not limited to natural disasters, public health emergencies, and public crisis situations.

## Additional guidelines for Uber Eats merchants and delivery people

### Proper handling of orders (information for merchants)

Merchants are expected to meet all relevant licensing requirements and all other laws and regulations—including food safety and hygiene regulations—plus industry best practices and Uber policies. Merchants must maintain valid licenses and/or permits where required by law.

Many food items are perishable and can cause illness if not properly handled under the proper time and temperature controls prior to pickup.

To help ensure that food reaches Uber Eats users safely, merchants are encouraged to seal packages in tamper-evident packaging ahead of delivery. Merchants are expected to act responsibly on information provided by Uber Eats users related to food allergies, intolerances, or other dietary restrictions and reject order requests if they cannot satisfy the consumer's safety requirements.

Non-food products and heavy products can also cause illness, injury, or property damage if they are not handled, packaged, labeled, or stored correctly, or if they do not include instructions for proper use. Merchants must ensure that products are properly packaged for delivery to avoid injury to the delivery person or user, and labeled with any applicable safety warnings, use or storage instructions.

### Proper delivery of orders (information for delivery people)

Merchants may outline certain delivery guidelines that promote food safety, adhere to regulatory guidance, or accommodate Uber Eats user dietary restrictions.

A delivery person using an insulated bag can make for a better Uber Eats user experience, but it isn't required unless the delivery person is delivering in a location where it's required by law. Specific merchants may ask you to use an insulated bag.

Delivery people should deliver orders safely and in accordance with relevant safety standards. For example, they may not tamper with or open packaging during delivery.

### How merchants can provide a safe space for pickups

Merchants and their staff are expected to exercise good judgment and behavior around delivery people, make them feel welcome, and provide a safe area for order pickups

### Alcohol delivery

All orders that contain alcohol must comply with any applicable laws and restrictions on off-premise alcohol delivery and hours of service. Only Uber Eats users who are the legal age to buy alcohol or older, and not intoxicated, can order and receive alcohol deliveries, where available. Uber Eats users will be asked to show government-issued photo IDs when an alcohol delivery arrives. Otherwise, the alcohol portion of the order will not be able to be delivered and may be returned to the seller on the Uber Eats user's behalf and at the Uber Eats user's expense. Uber Eats users may not place an order that includes alcohol to be delivered to areas where possession or consumption of alcohol is prohibited by law.

### Creating a positive experience for delivery people and Uber Eats users

Merchants should be careful to fulfill and include the correct items in their Uber Eats user's order. Long preparation times, long delivery person handoff times (how long it takes for the delivery person to get in and out of the merchant's location with the order, including wait time), low online time (a merchant's online availability time), long delays before order acceptance, and high cancellation rates also create a negative experience for Uber Eats users and delivery people.If a merchant's metrics are below the minimum standard for its city, we will let them know.

### Prohibited items

Merchants may only offer for sale items expressly contemplated under their agreement with Uber. Uber may remove from—or otherwise limit the merchant's ability to post to—a merchant's Uber Eats menu any items Uber deems prohibited or inappropriate.

## Follow the law

We have standards based on applicable laws and regulations that everyone must follow. For example, using the Uber Marketplace Platform to commit any crime—such as transporting drugs, money laundering, committing drug or human trafficking, or sexually exploiting children—or to violate any other law is strictly prohibited.

### Follow all laws

We're committed to following all applicable laws and earning your trust, and we expect everyone who uses the Uber Marketplace Platform to do their part and to know and adhere to relevant laws and regulations, including traffic laws, as well as airport rules and regulations where applicable.

Everyone is responsible for knowing and obeying all applicable laws, including airport rules and regulations when at the airport, and the rules of the road—including complying with traffic laws, signs, and signals—at all times when using the Uber Marketplace Platform.

All relevant licenses, permits, and any other legal documents required of drivers and delivery people must be kept up to date. For example, all drivers and delivery people using a vehicle are required by law to maintain a valid driver's license, insurance, and vehicle registration. For ridesharing, this also includes meeting the applicable regulatory requirements for rideshare or for-hire drivers in your area. We review reports of crashes or traffic citations that may have happened during a trip or delivery, and other reports, including but not limited to those that may indicate poor, unsafe, or distracted driving. Local rules about parking may limit where drivers and delivery people can park their vehicle when picking up orders, making deliveries, or waiting for riders to arrive or to exit a vehicle. For example, stopping in bike lanes or blocking accessibility ramps may violate the law.

For riders and Uber Eats users, let your driver or delivery person handle the driving. For riders and Uber Eats users, don't ask a driver or delivery person to speed or to make illegal stops, dropoffs, or maneuvers.

### Car seats

Drivers and riders should comply with applicable laws when traveling with infants and small children. Where use of a car seat is required by law, it's the rider's responsibility to provide and fit a suitable car seat, unless our local guidelines, terms, or other policies say otherwise. Children age 12 and under should travel in the back seat.

If a child does not appear to be within the height and weight safety requirements for the car seat, or if a driver otherwise feels that the child cannot be safely

transported in the seat, but the driver can cancel the ride.

### Service animals and assistive devices

It is against the law to deny a ride to a rider with a service animal or assistive device (a wheelchair or crutches, for example) because of the service animal or the assistive device. In keeping with our policy (here for the US and here for Canada), riders are allowed to transport assistive devices and animals, whether pets or service animals, pursuant to the terms and limitations of the applicable law.

### Drugs and alcohol

Drug use and open containers of alcohol are never allowed while using the Uber Marketplace Platform. If a rider is too drunk or rowdy, drivers have the right to decline the trip for their own safety.

If you're a rider and you have reason to believe your driver may be under the influence of drugs or alcohol, ask the driver to end the trip immediately. Then exit the vehicle and call 911. Once you have left the vehicle, please also report your experience to Uber.

### Firearms ban

Riders and their guests, as well as drivers and delivery people, are prohibited from carrying firearms while using the Uber Marketplace Platform, to the extent permitted by applicable law. You can learn more about our Firearms Prohibition Policy here.

### Fraud

Deception can weaken trust and also be dangerous. Intentionally falsifying information or assuming someone else's identity, for example when signing in or undergoing a security check, isn't allowed. It is important to provide accurate information when reporting incidents, creating and accessing your Uber accounts, disputing charges or fees, and requesting credits. Only request fees or refunds that you're entitled to, and use offers and promotions only as intended. Don't knowingly complete invalid transactions.

Fraudulent activity may also include, but not be limited to: deliberately increasing the time or distance of a trip or delivery for fraudulent purposes or otherwise; accepting trip, order, or delivery requests without the intention to complete, including provoking riders or Uber Eats users to cancel for fraudulent purposes; creating dummy accounts for fraudulent purposes; claiming fraudulent fees or charges, like false cleaning fees; intentionally requesting, accepting, or completing fraudulent or falsified trips or deliveries; claiming to complete a delivery without ever picking up the delivery item; picking up a delivery item but retaining all or a portion of the item, and not delivering the entire order; actions intended to disrupt or manipulate the normal functioning of the Uber Marketplace Platform, including manipulating the settings on a phone to prevent the proper functioning of the platform and the GPS system; abusing promotions and/or not using them for their intended purpose; disputing charges for fraudulent or illegitimate reasons; creating improper duplicate accounts; or falsifying documents, records, or other data for fraudulent purposes.

### Street hails and off-platform pickups

To enhance the safety of each experience, off-platform pickups are prohibited. The law prohibits street hails while using the Uber Marketplace Platform, so never solicit or accept payment outside the Uber Marketplace Platform. Riders and Uber Eats users should not pay for trips or deliveries in cash, and riders should not request trips from drivers outside of the Uber Marketplace Platform.

### Other unacceptable activities

Never use Uber's trademark or intellectual property without permission. Drivers and delivery people should also return Uber-branded items to Uber if they lose access to the platform. If it's required under local law to display Uber-branded items, drivers and delivery people should only use Uber-branded items that are obtained from Uber. Drivers and delivery people should not display Uber-branded items when they are not accessing the platform. Drivers and delivery people should also return Uber-branded items to Uber if they lose access to the platform. The use of unauthorized or third-party items—such as lights, placards, signs, or similar items bearing Uber's name or trademark—may confuse riders or Uber Eats users.

## Your feedback matters

If something happens, whether it's good or bad, we make it easy for you to tell us. Our team is continually improving our standards, and your feedback is important to keep our standards relevant as our technology evolves. Please rate your experience at the end of each trip or delivery. And if something happens —such as a traffic accident—and you want to report it, you can tap Help in the app or visit help.uber.com so that our Support team can follow up. In case of an emergency or if you find yourself in immediate danger, alert your local authorities or emergency services before notifying Uber.

Uber may at times permit or allow you and others who use the Uber Marketplace Platform or Uber's tools or social media channels to create, submit, upload, publish, email, send messages, or otherwise make available textual, audio, or visual content and information to Uber or users. Such activity and content is subject to Uber's User Generated Content Terms.

### Ratings

Drivers, riders, delivery people, Uber Eats users, and merchants can give and receive ratings, as well as give feedback on how the trip or delivery went.

There is a minimum average rating in each city because there may be cultural differences in the way people in different cities rate each other. Drivers, riders, delivery people, or merchants that don't meet the minimum average rating for their city may lose access to all or part of the Uber Marketplace Platform. If your rating is approaching this limit, we will let you know and may share information that may help you improve your rating.

If you're looking to keep your average rating high, it's helpful to be courteous and respectful to all people while using the Uber Marketplace Platform and interacting with others in the Uber community. Drivers and delivery people using the Uber Marketplace Platform typically provide excellent service to their riders and Uber Eats users, and most riders, delivery people, and Uber Eats users are courteous and respectful, so most trips and deliveries run smoothly. Contacting Support will not lead to an individual rating being removed. We know that sometimes a trip or delivery doesn't go well—that's why your rating is an average rating.

If you're a driver and you lose access to your Uber account for low ratings, you may have the opportunity to get back on the road if you meet eligibility requirements and provide proof that you've successfully taken a quality improvement course offered by third-party experts. Check with the Uber Support team, visit a Greenlight Hub, or go to help.uber.com to find out more.

### Delivery, order, and trip acceptance

If you're a delivery person or driver and you don't want to accept delivery or trip requests, you can just go offline or log off. If you're a merchant, use the Pause New Orders feature or make specific items unavailable. For delivery people, drivers, and merchants, if you consistently decline consecutive trip or order requests, our technology may assume you do not want to accept more trips or orders or have forgotten to log out, and your account may be temporarily toggled offline. However, you are free to log back in whenever you wish to begin confirming availability for trips or orders again. Intentionally refusing or canceling requests, or using features on the Uber Marketplace Platform to avoid receiving trip or delivery requests, due to someone's protected characteristics or for the purpose of avoiding a particular neighborhood due to the characteristics of the people or businesses that are located in that area, is not allowed.

## How Uber enforces our guidelines

If you violate any terms of your contractual agreement(s) with Uber, or any applicable terms or policies, including any one of these Community Guidelines or

UBER-MDL3084-000367003

any additional policies and standards that are communicated by Uber to you from time to time, you can lose access to all or part of the Uber Marketplace Platform. If you have more than one Uber account, such as a rider account and a driver account or business account, violating the Community Guidelines could also lead you to lose access to all Uber accounts. If you believe an error caused you to lose access to your account, you may contact the Uber Support team.

Uber receives feedback through a variety of channels, reviews reports submitted to our Support team that may violate our Community Guidelines, and may investigate through a specialized team. If we are made aware of potentially problematic behavior, we may contact you so we can look into it. We may, at our sole discretion, put a hold on your account or turn your account inactive until our review is complete.

Not following any one of our guidelines may result in the loss of access to all or part of the Uber Marketplace Platform. This can include reported violations of our Community Guidelines and certain actions you may take outside of our Community Guidelines, including but not limited to information from other platforms, if we determine that those actions threaten the safety of the Uber community, our employees, and contractors, or cause harm to Uber's brand, reputation, or business. And if the issues raised are serious or a repeat report, or you refuse to cooperate, you may lose access to the Uber Marketplace Platform. Any behavior involving discrimination, violence, sexual misconduct, harassment, fraud, or deceptive, illegal, or unsafe activity, while using the Uber Marketplace Platform can result in the immediate loss of access to the Uber Marketplace Platform. Additionally, when law enforcement is involved, we will cooperate with their investigation in accordance with our Guidelines for Law Enforcement Authorities for the US, found here, and for outside the US, found here.Lastly, all drivers and delivery people wanting to use the Uber Marketplace Platform undergo a screening process, including motor vehicle record and criminal background checks. A driver or delivery person will lose access to their Uber account(s) if a motor vehicle record check, criminal background check, or other check uncovers a matter relevant to their use of the Uber Marketplace Platform in violation of criteria required by local regulators.

To read more about our Community Guidelines, go here.

Riders and Uber Eats users can access Terms of Use for the United States here and Terms and Conditions for Canada here. Drivers and delivery people can access their legal agreement with Uber here.

*Note: Drivers and delivery people are not agents (actual, ostensible, or otherwise) or employees of Uber. They are independent third-party providers.

# Return to Legal Hub →

Uber

Do not sell or share my personal information

Google Data Policy

Visit Help Center

**Company**
About us
Our offerings
Newsroom
Investors
Blog
Careers
AI
Gift cards

**Products**
Ride
Drive
Deliver
Eat
Uber for Business
Uber Freight

**Global citizenship**
Safety
Diversity and Inclusion
Sustainability

**Travel**
Reserve
Airports
Cities



English    Chicago

Get it on Google Play    Download on the App Store

© 2023 Uber Technologies Inc.

Privacy    Accessibility    Terms

UBER-MDL3084-000367004

$' - ' &'$$$