Confidential Personal Information

Patient: Dean, Jaylynn Alayah
Records Provider:
Tempe Police Department

120 East 5th Street
Tempe, AZ 85281
480 -350-8598

Records Obtained: 07/08/2025

587048.005.0112 - 587048.005.0112
Confidential-Attorney Eyes Only-JDean-TempePD-000112 -
Confidential-Attorney Eyes Only-JDean-TempePD-000112

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 07/08/2025(FM0064)
1 pages plus cover sheet

Confidential Personal Information

**Trial Exhibit No.**
**03940**

**File identified as "(Extraction_1.1)_Axon_Body_3_Video_2023-11-15_0121_X60A6462A.mp4" available for download in native format as Mixed Media.**

**Confidential-Attorney Eyes Only-JDean-TempePD-000112**

$' - ( $'$$$&

```
 1          MALE 1:

 2          MALE 2:

 3          MALE 1:

 4

 5

 6          MALE 2:

 7          MALE 1:

 8          MALE 2:  Hey, guys.  Hi, Jaylynn?

 9          JAYLYNN DEAN:  Yes, I'm Jaylynn.

10          MALE 2:  Hi, I'm Officer [INDISCERNIBLE 00:00:24].

11          JAYLYNN DEAN:  I'm sorry.  I'm really drunk.  I don't want to get

12     in trouble.

13          MALE 2:  No, you're not in trouble.  We're here to talk to you,

14     okay?

15          MALE 1:  Why would you be in trouble?

16          JAYLYNN DEAN:  I don't want you to… because I'm underage.

17          MALE 1:  You're what?

18          JAYLYNN DEAN:  I'm underage.  I'm 19.

19          MALE 1:  We don't care about that.  That's not what we're

20     concerned about.  So…

21          JAYLYNN DEAN:  This is like my best friend.

22          MALE 1:  You can throw that out the window, so you don't have to

23     worry about that.

24          JAYLYNN DEAN:  I'm not going to get arrested?  I'm sorry.

25
```

1

1   MALE 2:  You're not going to get arrested.  We're here for you,

2 okay?

3   MALE 1:  We are not arresting you for… are you… did you murder

4 somebody, that you're wanted for murder?

5   JAYLYNN DEAN:  Promise, I didn't.

6   MALE 1:  Okay, then we're not going to arrest you.  Do you want

7 to sit down somewhere?  Whatever you're comfortable with.

8   JAYLYNN DEAN:  Yeah, yes, please.  Here, let me get my phone,

9 because I have stuff on here.

10   MALE 2:  You want to go right here?

11   MALE 1:  Cookie's boy here [INDISCERNIBLE 00:01:02] about to do

12 his thing.  Cookie is your mom, right?

13   MALE 3:  [INDISCERNIBLE 00:01:04].

14   JAYLYNN DEAN:  [INDISCERNIBLE 00:01:04] or, wait, I'll sit here.

15   MALE 2:  Okay.  Now, let me ask, do you want her to be here?

16   JAYLYNN DEAN:  Yes, this is like one of my best friends.  It's

17 completely fine.  She makes me feel comfortable.

18   MALE 3:  [INDISCERNIBLE 00:01:56] like she says, she is a little

19 intoxicated.  So, if she doesn't know anything, she sat here enough,

20 and we conversated.  If you need anything, I can try to fill you in the

21 best I can, okay?

22   MALE 2:  Appreciate it.

23   MALE 3:  Also, another thing [INDISCERNIBLE 00:01:27].

24   MALE 1:  We got to get it [INDISCERNIBLE 00:01:27].

25

1    MALE 3:  …If you look at the map on the… you could tell where he

2    detoured and did what he did.

3    MALE 1:  Okay.

4    MALE 2:  Okay, thank you.

5    MALE 3:  [INDISCERNIBLE 00:01:32].

6    MALE 2:  All right, Jaylynn?

7    JAYLYNN DEAN:  Hi.

8    MALE 2:  All right, what's going on?  What's going on?  What

9    happened?

10   JAYLYNN DEAN:  Okay.  So, my name's Jaylynn.  I was hanging out

11   with one of my guy friends.  We ended up sleeping with each other, but

12   afterwards, I…

13   MALE 1:  Hold on.  You had…?

14   JAYLYNN DEAN:  Yes, but not with my Uber driver.  That was not

15   consensual at all.

16   MALE 1:  No, no, no, but that's one of the questions that we

17   always ask.

18   FEMALE 2:  It's something she's done.  It's like I know of him

19   already.  Like, he's fine.

20   JAYLYNN DEAN:  Yes, I've hung out with him a couple times, yes.

21   Like, he didn't do anything, and then afterwards, I even thrown up like

22   all over…

23   MALE 2:  And this happened today?

24   JAYLYNN DEAN:  Yes, it happened today.  This happened like within

25   the past hour.  So, I hung out with him.  I don't want to get him

3

1    involved though, because he's like a medical student.  I don't want to

2    get him up in trouble, but I hung out with him, and then I was like

3    throwing up all over his house, because I'm underage.  I don't know how

4    to handle my alcohol, and I went, and I called an Uber, and it was this

5    man, and I remember I got in the car, and I told him about like how I

6    was like drunk and stuff, like how… like, everything that happened.  I

7    remember like he pulled over on the side of the road, and he like

8    assaulted me.  Like, I got picked up at 12:30, and I didn't get here

9    until like 1:00 o'clock, maybe.  So, it was like 30 minutes of like

10   time that was unaccounted for, and I remember like… I don't remember

11   much, but I remember what… I looked on… because his GPS was like on the

12   front of the car.  It told me I was two minutes away from the hotel,

13   and he told me, he was like, Uber's still going to charge you for this,

14   because like, I think it was like still on the clock, and I remember he

15   did… but he didn't use a condom or anything.  I remember he was like

16   kissing me, like all of this stuff, but like I 100% did not consent to

17   any of it.  I already called my parents and told them about it.  They

18   told me to call the cops, but…

19        MALE 2:  So, if I'm understanding, you were at a friend's house.

20   You guys had sexual intercourse.

21        JAYLYNN DEAN:  Yes.

22        MALE 1:  Where's that? [AUDIO CUT 00:03:24].

23        JAYLYNN DEAN:  I'm here for flight attendant training.  So, I

24   don't know the town.

25        MALE 2:  Do you know the full address?

4

1          JAYLYNN DEAN:  It was next to [AUDIO CUT 00:03:41] I'm so sorry.

2     I'm trying to…

3          FEMALE 2:  Look in your Uber receipts.

4          JAYLYNN DEAN:  North Scottsdale Road.  It was next to that

5     restaurant, the zoo in [PH 00:03:57] Lakaya?  I'm sorry.

6          MALE 2:  So, that's [AUDIO CUT 00:03:59].

7          JAYLYNN DEAN:  And he didn't drop me off until like 1:08.  So,

8     that's 30 minutes, like, unaccounted for, and then you can see, like,

9     on my Life360, he like was like going around like in loops when he

10    could've just gone…

11         FEMALE 2:  Yeah, like, [INDISCERNIBLE 00:04:19].

12         MALE 2:  Okay, just hold on.  I'll just talk to her, and then

13    I'll talk to you, okay?

14         FEMALE 2:  Okay.

15         JAYLYNN DEAN:  I'm sorry.  I'm trying to like sober up.

16         MALE 2:  No, you're fine.

17         JAYLYNN DEAN:  I'm so sorry.  I don't want to get in trouble.

18         MALE 2:  No, you're fine.  So, you're not going to be in trouble,

19    okay?  So, the Uber driver came, picked up from right here?

20         JAYLYNN DEAN:  Yes.

21         MALE 2:  Okay.  Now, walk me through what happened after you got

22    picked up.

23         JAYLYNN DEAN:  Okay.  I remember I told him like, he was like,

24    oh, like you've had an interesting night, because I came in the car

25    like giggling, obviously, because I was intoxicated, and for some

1  reason, I don't know why, I told him like, I slept with the guy.  He

2  was like, oh, like at least he got to sleep with you, and then I

3  remember he just like pulled me over like on the side of the road.

4  He's like, I'm looking for somewhere like for us to like do stuff, and

5  I like, wasn't in the right state of mind.

6       MALE 2:  So, where was that at, do you remember?

7       JAYLYNN DEAN:  I don't remember.  I remember it was like in a

8  neighborhood.  Like,

9       [00:05:00]

10       it felt like… I'm pretty sure there was like houses around us,

11  but I remember he pulled me over, and he like went and like raped me,

12  and then he was like, oh, just letting you know, like, you're still

13  going to get charged for this, and I was like… like I wasn't thinking

14  straight and I was just like, oh, like ha-ha like laughing, but…

15       MALE 2:  Okay, I know this is hard to talk about, but walk me

16  through [INDISCERNIBLE 00:06:01] what do you mean, he raped you?  What

17  do you mean by that?

18       JAYLYNN DEAN:  I remember he got on top of me.  I really don't

19  remember much.  I remember he like… there was like penetration.  That's

20  all I remember.  I don't know, like, if there was oral… like, I really

21  don't remember anything, but I remember there was penetration, like

22  vaginally.  That's all I remember.

23       MALE 2:  Okay.  So, he pulled to the side of the road and

24  stopped?

25

1    JAYLYNN DEAN:  Yes.  I remember he was like circling like for a

2    little bit, and I like couldn't think straight, because like I had been

3    drinking like for hours.  Like, remember we…

4    FEMALE 2:  She left maybe 9:00, 8:30 or 9:00 o'clock.

5    JAYLYNN DEAN:  Yeah, I left… it was like 8:30.  So, I had been

6    drinking like consecutively like throughout those four hours.

7    MALE 2:  8:00 or 9:00 o'clock, I said goodbye to her

8    [INDISCERNIBLE 00:05:56].

9    JAYLYNN DEAN:  And so, like obviously, I wasn't in the right

10   state of mind, and I remember, like, he was like circling and stuff,

11   and I remember he pulled me over on the side of the road, and then I

12   remember like…

13   MALE 2:  Where were you seated at inside the car?

14   JAYLYNN DEAN:  I was in the backseat, and I remember he like got

15   on top of me, like in the backseat, and I remember like he assaulted

16   me, and I remember… like I said, there was no condom.  I'm not really

17   sure.  Like, I don't know if there was oral.  I don't remember like if

18   he put his lips on me, but I remember like there was a vaginal

19   penetration.

20   MALE 2:  Okay.  So, he came in, and I'm guessing he opened the

21   door?

22   JAYLYNN DEAN:  Yes.  He came… he was in the driver's seat.  He

23   came through the backseat, and he like got on top of me and like pinned

24   me down and like had sex with me.

25   MALE 2:  Did you scream for help or anything like that?

7

1      JAYLYNN DEAN:  I remember like, I was like kind of like pushing

2      him off, because like I was like pretty much like limp, because I'm

3      also on like antidepressants.  So, it makes me like… it makes my

4      tolerance really, really low, and so, I was kind of just like drugged

5      out, I guess, but I remember like he was like on top of me, and I was

6      like kind of like pushing him off, but…

7      MALE 2:  Okay, how long was that [INDISCERNIBLE 00:06:55]?

8      JAYLYNN DEAN:  It was maybe like 15 minutes of like…

9      MALE 2:  15 minutes?

10      JAYLYNN DEAN:  Yes, like 15 minutes.  Like I said, he didn't use

11      a condom, like none of that.  I still haven't showered.  So, I know

12      like all of that is still, like, there.

13      MALE 2:  Okay, and then what happened after that?

14      JAYLYNN DEAN:  I remember he was just like, well, I got to take

15      you back to your hotel.  He was like, I have like my shift to get back

16      to, and so, he just took me back here, dropped me off, told me bye, and

17      then I went, and I told Kenny, and I told him.  Kenny was like, oh,

18      like how was your night, and I told him about like everything, and he

19      went and sat me down, and I told him everything.  I called my parents,

20      told them.  They told me that I needed to call the cops, but…

21      MALE 2:  Okay.  Do you remember his name, how he looked?

22      JAYLYNN DEAN:  I have his…

23      MALE 2:  Information?  Okay, start with that.

24      JAYLYNN DEAN:  Yes, I have his license plate and I have his…

25      MALE 2:  Perfect.

1          MALE 3:  There's a screenshot of his profile, and if you look on

2     the map, he sent him straight down this way right here, and you can see

3     [INDISCERNIBLE 00:07:45] take off.

4          JAYLYNN DEAN:  He like, he circled around.

5          JAYLYNN DEAN:  Yeah, I saw that.

6          MALE 3:  …And then looking at the map, you can see he's in a

7     parking lot, and he's looking for somewhere to do it.  So, in the map,

8     you see him go to his like discrete location, where the little trash

9     cans are, where you can tell how [INDISCERNIBLE 00:07:56] parked.  It

10    looked like he went there for a while and took off.  I screenshotted it

11    on her phone.  So, she has that too on there.

12         MALE 2:  So, with the Uber thing, does it allow you to show you

13    guys stopped somewhere in for a long period of time?

14         JAYLYNN DEAN:  It will on his end, but not my end.

15         JAYLYNN DEAN:  Not your end?  Okay.

16         JAYLYNN DEAN:  Yes, I remember he told me, he was like, Uber's

17    still going to charge you for this, this, but I was like out of it, and

18    I…

19         MALE 1:  So, take a picture of that with your [INDISCERNIBLE

20    00:08:20].

21         JAYLYNN DEAN:  And then it has his license plate too.  Like, if I

22    go back, it'll show his license plate and his car type.  It was a

23    Toyota Camry, and then it has his license plate.

24         MALE 1:  Okay.  The picture, is that the person?

25         JAYLYNN DEAN:  Yes, it is.

9

1          MALE 1:  You're for sure?

2          JAYLYNN DEAN:  Yes, 100% sure.  I'm getting water [INDISCERNIBLE

3     00:08:41].

4          FEMALE 2:  Oh, yeah, there's some water here.

5          MALE 2:  Thank you.

6          MALE 2:  Thank you, I appreciate it.  Thank you.  Now, let me

7     ask, are you willing to go take a SANE exam?

8          JAYLYNN DEAN:  Yes.

9          MALE 2:  Okay.

10         FEMALE 2:  I'm sorry, Jade, I don't mean to bother you.

11         MALE 2:  I was already up.

12         MALE 2:  I tried to call Dani, but she didn't answer my call.

13         FEMALE 2:  No, I was sitting in the stairwell [INDISCERNIBLE

14    00:09:06].

15         MALE 2:  Are you breaking up?

16         FEMALE 2:  No, we were just arguing about something stupid, and

17    then I'm glad I was there.

18         MALE 2:  Thank you for answering and being here for me.

19         FEMALE 2:  I'm glad I was awake.

20         MALE 2:  I know you don't want to get your friend involved, but I

21    do need [PH 00:09:20] his sample, because you did have sexual relations

22    with him today.

23         JAYLYNN DEAN:  I called him.  He didn't answer.  I tried

24    [INDISCERNIBLE 00:09:26] him, but I texted him…

25         MALE 2:  What's his name?

10

1          JAYLYNN DEAN:  Scott McLaughlin.

2          MALE 2:  How do you spell that, McLaughlin?

3          JAYLYNN DEAN:  It's just M-C-L-A-U-G-H-L-I-N.

4          MALE 2:  Do you know his date of birth, by any chance?  What's

5     his telephone number?

6          JAYLYNN DEAN:  One… Wait, sorry.

7          MALE 1:  What's his apartment number?

8          [00:10:00]

9          JAYLYNN DEAN:  I couldn't tell you, sir.

10         MALE 1:  You know how to get there, right?

11         FEMALE 2:  Can you check your messages and see?  Sorry, did he

12    send you that stuff?

13         JAYLYNN DEAN:  It would… no, he didn't send me his apartment

14    number.  He usually came and like picked me up, and like, I was

15    [INDISCERNIBLE 00:10:13].

16         MALE 2:  [INDISCERNIBLE 00:10:17]?

17         MALE 1:  Oh, no, yeah.  Well, [INDISCERNIBLE 00:10:21]?

18         MALE 2:  No, no, I'm going to keep talking.  I just want to know

19    if there's anything…

20         MALE 1:  Just [INDISCERNIBLE 00:10:27] ask for CARE seven for

21    [INDISCERNIBLE 00:10:29] to go for a [INDISCERNIBLE 00:10:31].

22         JAYLYNN DEAN:  I'm crying [INDISCERNIBLE 00:10:35] cry

23    [INDISCERNIBLE 00:10:42] thank you for being here.

24         FEMALE 2:  I'm here.

25

11

1        MALE 2:  [INDISCERNIBLE 00:10:45] CARE seven [INDISCERNIBLE

2   00:10:45] my location for transport [INDISCERNIBLE 00:10:48].

3        MALE 1:  [INDISCERNIBLE 00:10:56] on your phone.  Let's call up

4   the same people, because it takes a good amount of time.  So, let's

5   [INDISCERNIBLE 00:11:04].

6        MALE 2:  Want me to get [INDISCERNIBLE 00:11:03].

7        MALE 1:  Yeah, pull out your phone.  Look up… your [PH 00:11:48]

8   SANE should already be in there.  So, contacts, and then SANE.

9        JAYLYNN DEAN:  [INDISCERNIBLE 00:11:07].

10       MALE 1:  Okay, they're not going to allow her to ride in the…

11  we're going to call up the CARE seven people.  They are volunteers

12  through the fire department.  They help with all kinds of traumatic

13  situations.  It is our protocol that those people take you to the SANE

14  exam while we follow.  They're not going to allow your friend to ride

15  in the van with you.  She can follow.

16       JAYLYNN DEAN:  Can I get her an Uber?

17       MALE 1:  If you want to take an Uber, that's fine.

18       JAYLYNN DEAN:  I just don't want to go alone.

19       MALE 1:  No, no, no, she just can't ride in the van.

20       JAYLYNN DEAN:  Okay.

21       FEMALE 2:  Should I go grab shoes or something now?

22       MALE 1:  Yeah, yeah.

23       FEMALE 2:  Okay.

24       MALE 1:  Absolutely.

25       JAYLYNN DEAN:  Just let me know, and I'll book you the Uber.

12

1        FEMALE 2:  No, that's okay.

2        MALE 2:  So, this [INDISCERNIBLE 00:11:48]?

3        MALE 1:  Okay.  So, when you… did you use this…?  Okay, when you

4    call it, it's going to…

5        MALE 2:  No, [INDISCERNIBLE 00:11:54] it's transport

6    [INDISCERNIBLE 00:11:55].

7        MALE 1:  Okay.  When you call it, it's going to say… it's going

8    to have this weird beep, beep, beep, beep, and then you punch in your

9    city cell number.  They will call you back, and they'll ask you which

10   one you want to go to.

11       MALE 2:  Gotcha.

12       MALE 1:  Doesn't matter to us.

13       JAYLYNN DEAN:  Hold on, I'm calling my mom real quick.

14       MALE 1:  Sure, sure.

15       JAYLYNN DEAN:  Just to like tell her.  I'm getting an examination

16   for [INDISCERNIBLE 00:12:19].

17       MALE 1:  If you're willing to do that, we would like to take you

18   for that examination, yes.

19       JAYLYNN DEAN:  Yes, yes.  Hey, mom, I'm going… I'm with the

20   police officers right now.  I'm going to go, get an examination.  I

21   just wanted to let you know, okay?  Okay.  I'm going with my friend,

22   Jade.  She's getting an Uber.  She can't ride in the same car as me,

23   because of protocol, but she's coming with me.  So, I'm not going to be

24   alone, but I just want to let you know what's happening, okay?  Okay,

25   I'll keep updating you, okay?  Okay, bye.

1          MALE 3:  If you look on the map [INDISCERNIBLE 00:12:48] on her

2     phone, this is just my… this is the map.  The driver was coming down

3     here, but he took the opposite left, and he went straight into this

4     little area right here, and then [INDISCERNIBLE 00:13:00] right here,

5     and you could see him circling this part right here, like looking for

6     empty cars, and then when he didn't find like a spot where an empty car

7     was, he came down to right here, where a trash can was.  It was like

8     right here, and then he shot up out of here, swung around, where like I

9     said, he could've came straight down into the hotel.  He took the

10    opposite detour, so, where he had all the time in the world to do what

11    he did and then shoot back.

12         JAYLYNN DEAN:  Like, I said, it was a 30-minute drive, when it

13    should have been only ten minutes.  So, like, there's 20 minutes

14    unaccounted for.

15         MALE 3:  Like I said, if she shows you the map, you can see here

16    [INDISCERNIBLE 00:13:30].

17         MALE 2:  Okay, no problem.  Let me just finish talking to her.

18         MALE 3:  Yeah, that's fine.

19         MALE 2:  I'll talk to you later, all right?

20         JAYLYNN DEAN:  Thank you, Kenny.

21         MALE 3:  No problem.  I just wanted to get that out, so you can

22    see where it could have happened.

23         MALE 2:  Perfect, thank you.

24         JAYLYNN DEAN:  Thank you.

25         MALE 2:  Hey, Jaylynn, how much did you drink today?

1          JAYLYNN DEAN:  A lot, I'm sorry.

2          MALE 2:  A lot?

3          JAYLYNN DEAN:  I really don't want to get in trouble.  I'm so

4     scared.

5          MALE 2:  You're not in trouble.

6          MALE 1:  Jaylynn, you don't need to be sorry.  We just… we're

7     not…

8          JAYLYNN DEAN:  I know, but I don't really drink.  Like, it was

9     like the first [INDISCERNIBLE 00:13:50].

10         MALE 2:  You're not going to be in trouble.

11         MALE 1:  When Officer [INDISCERNIBLE 00:13:51] asked you that

12    question, it's not a judgment.  It's just a question to write it on a

13    report.

14         JAYLYNN DEAN:  Okay.  I can tell you exactly how much I had.

15    Okay.  So, I was here, it was like 8:30.  I had a Truly.

16         MALE 2:  8:30 at night?

17         JAYLYNN DEAN:  Yes, it was 8:30 at night.  I had a Truly, like

18    half a can of Truly.  I was chugging it to show them how much I can

19    burp.  I had a half can of Truly, and then I got to Scott's place, and

20    I had… I was drinking straight out of the bottle from Malibu, maybe

21    like five shots.

22         MALE 1:  Rum?

23         JAYLYNN DEAN:  And then I had Svedka, and I maybe had like three

24    shots, and then I had a can of Malibu… it was like pina colada.  I had

25

15

1    a can and a half of that, and then I had like a quarter of beer.

2    That's it.

3         MALE 2:  Impressive.

4         MALE 1:  Jaylynn, did you black out at any point?

5         JAYLYNN DEAN:  Sort of.  I puked all over Scott's place

6    [INDISCERNIBLE 00:14:48].

7

8         MALE 1:  No, during the Uber ride?

9         JAYLYNN DEAN:  Sort of.  I remember I was out of it, and I was

10   like super like giggly and like… like I said,

11        [00:15:00]

12        I'm on Lexapro.  So, it makes like my tolerance really low, and I

13   remember like, I was like kind of like drugged out and like, kind of

14   like falling asleep in the back, and I told like my Uber driver that I

15   was like… like I'm super tired.  I just need to go back to my hotel.  I

16   was like… I don't know.  I was like, I had way too much to drink, and I

17   just remember like he pulled over and like got like on top of me.

18        MALE 2:  Now, I don't know Uber [INDISCERNIBLE 00:15:19] should

19   have his number, right?

20        JAYLYNN DEAN:  I did call him.

21        MALE 2:  Can I just get that number?

22        JAYLYNN DEAN:  Yeah, because I was lost.  It is… I believe this

23   is the number?  Wait.

24        MALE 2:  It should be on the app too, right?

25

1    JAYLYNN DEAN:  Wait, okay, that actually might not be the number.

2    Let me look.  Wait, sorry.  Uber…  I'm sorry.  I'm trying to like

3    [INDISCERNIBLE 00:15:42].  Okay, activity… here?  I don't know how to

4    find it.  Here, you can touch it if you need to.  I'm not too sure

5    where to go.

6        MALE 2:  I can do… scroll?

7        JAYLYNN DEAN:  Yes, anything.  I'm sorry, I'm not in the right

8    state of mind, and I know…

9        MALE 1:  Jaylynn, how did you get the license plate number?

10       JAYLYNN DEAN:  Because it showed it on here.

11       MALE 1:  Oh, it comes up on the Uber app?

12       JAYLYNN DEAN:  Yes.  Yes, it shows his car type, the color, and

13   his license plate.

14       MALE 2:  Yeah, it's a Toyota Camry.

15       MALE 1:  We're going to want to take a picture of that too.

16       JAYLYNN DEAN:  It said it was a black Toyota Camry, and then it

17   had his license plate on it.

18       MALE 2:  Yeah, I see it.

19       MALE 1:  So, Jaylynn, once we're done talking to you, and we talk

20   to the… they call it a SANE exam, a sexual assault nurse examiner exam.

21       JAYLYNN DEAN:  Yes.

22       MALE 1:  Once we get a call back from them, and we figure out

23   which family advocacy center that they want to meet us at, the CARE

24   seven person is here, and we'll go over there.  We'll be there.

25   They'll do the exam.  Officer [PH 00:17:18] Powell will write up his

17

1    report while we're doing that.  Then we'll bring you back here.  We'll

2    give you the victim's rights form, so you have the report number and

3    everything and answer any questions that we can.  The CARE seven will

4    offer you different services and stuff, but that's about it.

5        JAYLYNN DEAN:  Okay, thank you.

6        MALE 2:  Yeah, I don't know where to find his number.  You said…

7    but you did call him?

8        JAYLYNN DEAN:  I believe I did, but I'm not sure if that's his

9    number.  Oh, wait, right here.  Oh, it doesn't have his number, though.

10   It just says Uber audio, but yeah, it was [INDISCERNIBLE 00:17:49].

11       MALE 2:  Oh, okay.

12       JAYLYNN DEAN:  let me see.

13       MALE 2:  Did he text you, or did you text him?

14       JAYLYNN DEAN:  No, but…

15       MALE 2:  Because I know, sometimes, Uber does that.

16       JAYLYNN DEAN:  Wait, let me look.  [INDISCERNIBLE 00:18:05].  Not

17   that I see.

18       MALE 2:  Okay.  I know, I see a picture there, but how would you

19   describe him?

20       JAYLYNN DEAN:  Huh?

21       MALE 2:  How would you describe, you know…?

22       MALE 1:  The driver?

23       MALE 2:  The driver?

24       JAYLYNN DEAN:  He was African American.  He had a, like, really

25   thick accent, I believe.

1          FEMALE 2:  Okay, where should I order the Uber to?

2          MALE 2:  We'll get that info to you when we get [INDISCERNIBLE

3     00:18:31].

4          JAYLYNN DEAN:  Like, he had an accent.  He had glasses.  I

5     remember his hair was like… it like wasn't long at all.

6          MALE 2:  It wasn't long.  Was it like my hair?

7          JAYLYNN DEAN:  Yes, yes.

8          MALE 2:  Okay, it was short like mine?

9          JAYLYNN DEAN:  Yes.

10         MALE 2:  Okay.

11         JAYLYNN DEAN:  Like I said, I don't really remember much.  I

12    remember he had like a pretty thick accent.  Thick accent, African

13    American.

14         MALE 2:  Yeah.  I've seen that.  I was wondering if he has…

15         MALE 1:  Where do you think his accent was from?

16         JAYLYNN DEAN:  I cannot tell you.

17         FEMALE 2:  Sierra Leone.

18         JAYLYNN DEAN:  I just remember it was thick.

19         MALE 1:  Were you there?

20         FEMALE 2:  Sierra Leone, it's right…

21         MALE 1:  Were you there?

22         FEMALE 2:  No, I wasn't.

23         MALE 1:  Okay.

24         MALE 2:  It's just on the Uber app, it says where he's from.

25         JAYLYNN DEAN:  Oh, yes.  I couldn't tell you.  I'm not…

19

1       MALE 2:  No, you're fine.

2       MALE 1:  No, no, no, I was just curious if you, if you had a…

3       MALE 2:  What about as far as frame goes, was he big, heavy-

4    built, thin?

5       JAYLYNN DEAN:  I don't remember.  I remember I was in the

6    backseat, and like I said, I was drunk.  So, I like started to fall

7    asleep like in the back, and I remember he came in from the driver to

8    the back.  So, I couldn't really see him.  He was like… he was average.

9    Like, he wasn't big.  He wasn't like super skinny.  He was just

10   average.

11      MALE 2:  Okay, and I'm sorry, may I ask you this?  I got to ask

12   it, and he said you got… he was going, raping you 15 minutes.  Did he

13   finish on you?

14      JAYLYNN DEAN:  I believe so.

15      MALE 2:  Okay, where?

16      JAYLYNN DEAN:  I think like on me, like vaginally.

17      MALE 2:  Okay, okay, all right.

18      MALE 1:  So, just so you know, the nurse is probably going to

19   take all of your clothes.

20      JAYLYNN DEAN:  Okay.

21      MALE 1:  That stuff will be packaged up and sent in as evidence

22   later on.

23      JAYLYNN DEAN:  Okay, that's fine, and then

24      [00:20:00]

25

1          like I said, I did sleep with the guy who I was with.  So, will

2     that affect anything?

3          MALE 1:  No, it just, it's… we need to note that, that there may

4     be [INDISCERNIBLE 00:20:11].

5          JAYLYNN DEAN:  Okay, because I just want to make sure he doesn't

6     get in trouble, because I 100% consented to that, but I did not consent

7     with my Uber…

8          MALE 1:  Okay, well, there may be biological evidence of him on

9     you that they're going to find, but it's good that you tell us.  We're

10    going to document in our report that you told us that you had

11    consensual sex with that person.

12         JAYLYNN DEAN:  Yes, it was 100% consensual.  I told you about it

13    too.  Like I… yes, but with my Uber driver, 100% not.

14         MALE 1:  Sure.

15         MALE 2:  Was Scott, was he there with you when the Uber came and

16    picked you up, or was he inside the apartment?

17         JAYLYNN DEAN:  He walked me out to my Uber driver, but he did not

18    see him.

19         MALE 2:  Did not see him?

20         JAYLYNN DEAN:  Yes, he walked me out.  Because like I said, I was

21    like super out of it, and like I said, I had been like puking all over

22    his house, which was really embarrassing, but he went and walked me out

23    to make sure I got to my Uber, and he didn't see him, though.

24         MALE 2:  He didn't see him?

25         JAYLYNN DEAN:  Yes, he just made sure I got there safe.

1          I hereby certify that the foregoing is, to the best of my

2     knowledge and belief, a true and accurate transcription from English to

3     English.

4

5          *Anders Nelson*

6          Anders Nelson (Dec 31, 2025 15:57:26 EST)
          _____

7          Anders Nelson

8          Project Manager

9          TransPerfect Legal Solutions

10

11

12          December 31, 2025

13

14

15

16

17

18

19

20

21

22

23

24

25