- Back to previous view

**[SAFE-4071034]** **15-Nov-2023 - Phoenix / 26 / United States / West / US West / US & Canada - L4 - Non-Consensual Sexual Penetration** Created: 15/Nov/23  Updated: 12/Dec/23  Resolved: 17/Nov/23

| Status: | Done |
|---|---|
| Project: | Safety Case Management |
| Component/s: | Phoenix / 26 / United States / West / US West / US & Canada |
| Security Level: | BPO-Hidden |

| Type: | Global Incident / Accident | | |
|---|---|---|---|
| Reporter: | Christopher Salazar Perez | Assignee: | Greg Watson |
| Resolution: | Resolved | Votes: | 0 |
| Labels: | portkey_reviewed, portkey_upload_success | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

| Attachments: | 109 AM Driver returns online.png    1231 AM Driver arrived at the pickup.png    1233 AM Pickup is completed.png    1238 AM Driver ends the active trip.png    1257 AM Rider appears online again.png    1257 AM Rider online again.png    Jaylynn D call attempt 2.png    Screenshot 2023-11-16 10.55.11 AM.png    Screenshot 2023-11-16 5.42.35 PM.png |
|---|---|
| Issue Links: | |
| | **Child-Issue** |
| | is parent task of  ~~SAFE-4071116~~    15-Nov-2023 - Phoenix / 26 / United S...    Done |
| Date of Incident: | 15/Nov/23 |
| Incident - Type: | Sexual Assault - Non-Consensual Sexual Penetration |
| Source of Incident: | In-App Support (Bliss) |
| Ticket Attributes: | Neither Excluded nor Invalid |



Trial Exhibit No.
**03949**

UBER-MDL3084-DFS00003727

$' - ( - '$$$%

| | |
|---|---|
| **Executive summary:** | **SOE Present from Victim:** Y<br>**Primary Category Questions Answered**<br>● Attempted physical contact? - N<br>● Confirmed physical contact? - Y<br>  ○ Per the Riders statement, the Driver raped them.<br>● Perceived as sexual/romantic or sexual misconduct behavior exhibited? - Y<br>  ○ Per the Riders statement, the Driver raped them.<br>● Determined nonconsensual? - Y<br>  ○ Perceived based on the reported incident.<br>● Touch or attempted touch of a sexual body part? - Y<br>  ○ Rider stated the Driver raped them.<br>**Status of Comms**:<br>Driver comms N/A (NDO in place)<br>Rider comms completed<br>**Account Status**:<br>Driver rejected<br>Rider active<br>**Actions Taken**:<br>Blocked future pairing<br>Rider refunded<br>Account notated<br>Permanent safety lock added<br>USHER Referral Made: Y<br>Unique PIN #: 6089932-JA<br>**Secondary Category Questions**<br>A Rider reports a sexual assault incident by a Driver where, per their statement, the Driver raped them during a trip.<br>**Multiple Allegations Present** - N<br>**Resolution**<br>An inbound PSRT request has been received with an NDO in place in SAFE-4071116. Comms will not be attempted to the accused Driver and the PSRT deactivation workflow will be followed. This case is considered a Resolved Category A report resulting in 3 notations. Along with the previous safety history of the Driver, this now totals 4 notations to their account. In accordance with applicable logic, the Driver has met the threshold for deactivation and will be moved to rejected status with a safety lock.<br>**Updated At 2023-11-16 18:16 MST** |
| **Rider Name:** | jaylynn dean |
| **Rider Ticket:** | https://blissnxt.uberinternal.com/tabs?tabs=contact:0c95566f-8ecb-44ea-8cf7-f8937740cc50 |
| **Rider Tools Link:** | https://investigations.uberinternal.com/rider/79ab5a1c-c289-4f76-855c-bf7d29156ad5 |
| **Driver Name:** | Hassan Turay |
| **Driver Ticket:** | https://blissnxt.uberinternal.com/?tabs=contact:f1dd2a20-fd96-482f-ae9c-19553618d361&view=0 |
| **Driver Tools** | https://investigations.uberinternal.com/driver/76921802-11dd-455a-be3e- |

UBER-MDL3084-DFS00003728

| Link: | 57aebb08ad1c |
|---|---|
| Trip Link: | https://chronicle-v3.uberinternal.com/job/7088dc4a-90cc-4b78-bf3f-2f98c5c326e7 |
| POOL Riders in a trip: | not a POOL trip |
| Rider's Side: | **SIRL Exception**<br>**2023-11-15 13:38 MST** [Phone Call - Safety Incident Reporting Line]<br>Inbound Call<br>Followed up via Bliss<br>https://apps.mypurecloud.com/directory/#/engage/admin/interactions/61e88b45-2dab-4f93-bdf9-a2e3f30fb38d<br><ul><li>Rider stated she was already examined and already talked to law enforcement.</li><li>Order is reaching out to let us know what happened.</li><li>Rider stated she in flight attendant training and went out to celebrate and had a few drinks.</li><li>Around midnight her and her friend were very intoxicated.</li><li>Rider ordered a trip for herself and she got into the vehicle.</li><li>Rider stated prior to the trip starting she called the Driver to ask him where he was because the apartment complex she was in is very confusing.</li><li>Once in the vehicle, the trip began and the Driver asked the Rider how her night was and the Rider replied it was good and she told the Driver she is very intoxicated to which the Driver chuckled.</li><li>The Driver told the Rider that he has to pull over and told the Rider she would be charged for pulling over but the Rider did not question it because she was intoxicated.</li><li>The Rider did not know what the Driver was doing and she was in and out of consciousness.</li><li>The Rider stated she kept telling the Driver how intoxicated and tired she was and the Rider stated she remembers looking at the GPS and seeing it said there were 2 minutes left until her hotel (destination).</li><li>The Rider stated the app then said the Driver ended the trip.</li><li>The Rider stated she could not see the Driver's face but the vehicle lights flashed on then off and the Driver then got in the back seat with the Rider and got on top of the Rider and "raped" her and "took advantage" of her.</li><li>The Rider stated that when she was at the police station she had to use the restroom and when she left the pick up location she was wearing underwear and when she was at the station she did not have her underwear so she believes the Driver has them.</li><li>The Rider also stated her skirt was on backwards.</li><li>After the Driver was "done" the Driver took the Rider to their destination (hotel) and sped off.</li><li>When the Rider walked into the hotel the front desk worker asked the Rider how her night went and the Rider told the worker what happened so the worker helped the Rider call the police and helped the Rider call her parents as well as take screenshots of the trip information.</li></ul> |

UBER-MDL3084-DFS00003729

$' - ( - '$$$'

| | |
|---|---|
| | <ul><li>Around 1 AM the detectives arrived and took the Rider to get a "rape kit" performed.</li><li>The Rider then had to talk to the detective and told them the story.</li><li>The Rider stated there was someone in Phoenix who conducts the rape kit in an examination room by a nurse.</li><li>The Rider stated she also has bruises on her as well as scratches on her back.</li><li>The Rider stated she was also given shots to prevent STD's.</li><li>Detective Oscar Lopez (480)858-6423 Tempe Police Department.</li></ul>**2023-11-16 09:20 MST** [Phone Call - Investigations] Call Attempt: 2 No Voicemail<br>Followed up via Bliss |
| **Background Data:** | Driver safety lens https://safety-lens.uberinternal.com/incidents/entity/76921802-11dd-455a-be3e-57aebb08ad1c<br><ul><li>1 previous serious IPC notation<ul><li>**If You Believe Your Driver Has Been Unprofessional, Please Let Us Know.**: *I took this ride with my bf from the pick up the driver complemented me stating i was beautiful although appreciated i have a very jealous bf that was on the ride with me the driver continued to flat out ignore the fact that my bf was there and that was very unprofessional and dis respectful.... This was inappropriate for this driver please do something about this because it did start a personal argument.* https://bliss.uberinternal.com/contacts/3385d069-1b25-4392-9c28-7addbadbaf26</li></ul></li><li>Driver's rider profile banned: https://bliss.uberinternal.com/contacts/386f31e0-4d42-4761-8cd9-8d7664aa874b</li><li>Related accounts actioned<ul><li>https://bliss.uberinternal.com/contacts/d8827c43-8e1f-416e-9a56-75e9a3c431e0</li><li>https://bliss.uberinternal.com/contacts/14f10616-6a52-48d8-8e44-6138a704f26a</li></ul></li></ul>Rider safety lens https://safety-lens.uberinternal.com/incidents/entity/79ab5a1c-c289-4f76-855c-bf7d29156ad5<br><br>**Relevant facts**<br>GPS data from Voyager indicates the following information https://voyager.uberinternal.com/da497877-bfad-4e4a-8fa6-87579c07c288:<ul><li>On November 15, 2023, at approximately 12:31 AM, the Driver arrived in the vicinity of the pickup location where the Rider appeared to be waiting.</li><li>At approximately 12:33 AM, the pickup was completed and the trip began.</li><li>At approximately 12:38 AM, the Driver appeared to mark the trip completed in the vicinity of Priest Drive and the offramp of Red</li></ul> |

UBER-MDL3084-DFS00003730

$' - ( - '$$$(

|  | Mountain Freeway where they also went offline. Mobile events stop for a while for both the Driver and Rider.<br><br>● At approximately 12:57 AM, mobile events for the Rider appear in the vicinity of their requested destination. There are no active mobile events for the Driver at this time.<br><br>● At approximately 1:09 AM, mobile events for the Driver appeared in the vicinity of a QuikTrip gas station located at 2111 W University Dr, Tempe, AZ 85281 a close distance south of the Rider's destination. The Driver appears to accept another trip. |
|---|---|
| **Driver Loss Type:** | None |
| **Rider Loss Type:** | None |
| **SAFE Claims Reviewed:** | YES |
| **Driver Action:** | Deactivate |
| **Rider Action:** | No Action |
| **Reporting Party:** | Rider (Account Holder) |
| **Incident Reported Against:** | Driver |
| **Action On Reported Account:** | Driver Deactivated or Rider Banned |
| **Does the licensing authority need to be informed:** | SHARE [US only] |

| Comments |
|---|

| Comment by svc-project-t  [ 12/Dec/23 ] |
|---|
| **PLEASE READ BEFORE EDITING THIS TICKET** The fields Incident Type, Incident Type Detail, Reporter, Incident Reported Against, and Invalid Ticket have been reviewed and potentially corrected as part of the global safety data audit. **Please do NOT make any changes to these fields** before contacting the Global Safety Ticket Auditing Admin Group (GSTA-admin-group@uber.com). See here for more details. Results of the audit by data field below: |

UBER-MDL3084-DFS00003731

$' - ( - '$$$

Reporter: From "Rider (Account Holder)" to "Rider (Account Holder)"
Incident Reported Against: From "Driver" to "Driver"
Incident Type: From "Sexual Assault" to "Sexual Assault"
Incident Type Detail: From "Non-Consensual Sexual Penetration" to "Non-Consensual Sexual Penetration"
Invalid Ticket: From "NO" to "NO"

Comment by svc-project-t [ 06/Dec/23 ]

**PLEASE READ BEFORE EDITING THIS TICKET** The fields Incident Type, Incident Type Detail, Reporter, Incident Reported Against, and Invalid Ticket have been reviewed and potentially corrected as part of the global safety data audit. **Please do NOT make any changes to these fields** before contacting the Global Safety Ticket Auditing Admin Group (GSTA-admin-group@uber.com). See here for more details. Results of the audit by data field below:
Reporter: From "Rider (Account Holder)" to "Rider (Account Holder)"
Incident Reported Against: From "Driver" to "Driver"
Incident Type: From "Sexual Assault" to "Sexual Assault"
Incident Type Detail: From "Non-Consensual Sexual Penetration" to "Non-Consensual Sexual Penetration"
Invalid Ticket: From "NO" to "NO"

Comment by Greg Watson [ 17/Nov/23 ]

*This deactivation meets the scope and requirements for the US Industry Sharing Safety Program.*

Comment by Ally Cissna [ 17/Nov/23 ]

I have reviewed this case and agree with your recommendation. Please follow through with outlined actions.

Comment by Suzanne Bullard [ 16/Nov/23 ]

A/C Privileged and Confidential -

REDACTED - PRIVILEGE

**REDACTED - PRIVILEGE**

Comment by Gregory Jehnsen [ 16/Nov/23 ]

The driver is currently waitlisted with Safety lock engaged.
+ TSI Leadership - Beau Brown Miguel Lozan - For awareness
+ Insurance Legal - Suzanne Bullard Kelly Denham - For awareness
+ Regulatory - Alex Larro - For awareness

Comment by Julio Magallanes [ 16/Nov/23 ]

Monitoring for Insurance Team. Please tag me and update the Jira ticket immediately if the rider reaches back out asserting any sort of claim, demand, or if they advise that they have retained an attorney.
Suzanne Bullard and Kelly Denham for visibility.

Comment by Jessica Topolski [ 15/Nov/23 ]

I have reviewed and confirm all relevant information has been uploaded to the JIRA and appropriate actions taken. Pending investigations team.

Comment by Shinee Larsen [ 15/Nov/23 ]

$' - ( - '$$$*

| PSRT received a Law Enforcement request related to this incident at https://jira.uberinternal.com/browse/SAFE-4071116 |
| --- |
| Comment by Christopher Salazar Perez  [ 15/Nov/23 ] |
| Alex Larro for visibility. |
| Comment by Jira Bot  [ 15/Nov/23 ] |

| | |
| --- | --- |
| Escalation teams | mails |
| Component mails | united-states-incident-group@uber.com |
| mails sent on | 15-Nov-2023 20:41 UTC |

Generated at Thu May 09 19:33:02 UTC 2024 by Viktor Demchuk using Jira 9.4.17#940017-sha1:2c0a67f2e46e8da6314dfb6924a27d936e4fcedf.