**Document Produced in Native**



CONFIDENTIAL

UBER_JCCP_MDL_005251339

FEMALE: Up until now, we've talked mostly about behaviors that might be well-intentioned, but cross another person's boundaries, such as overly personal questions and physical contact. We've also discussed how flirting and sexual activity are prohibited when using the Uber app.

MALE: These behaviors may not be against the law, but they are not appropriate while using the Uber app. Now we'll spend some time discussing behaviors that are not only prohibited by Uber's community guidelines, but are also largely illegal.

FEMALE: Our main topic in this video is sexual violence. We'll define it and discuss how it affects our communities. We know this is a difficult topic to talk about. Please know that you can pause this video at any moment and take some time to care for yourself before coming back to finish watching it.

MALE: While many of us only associate sexual violence with rape, sexual violence is actually any non-consensual sexual interaction, that means any sexual interaction that both parties have not explicitly agreed to. This includes a range of behaviors, such as groping, forcible kissing, public masturbation, and exposure of sexual body parts, as well as sexual assault and rape. All of these behaviors are serious offenses and largely illegal. Sexual violence in any form has no place on the Uber platform or in any community. It is also explicitly prohibited in Uber's community guidelines.

FEMALE: Sexual violence isn't something that is specific to Uber, the rideshare industry, or any one country in particular. We know that

1  sexual violence is an issue that people in every community struggle
2  with, regardless of cultural background, gender expression,
3  socioeconomic status, sexual orientation, or age. This includes women,
4  girls, men, boys, and people across the world.
5     MALE: Given the many barriers to reporting, the scope and scale
6  of the problem is likely far greater than we might expect. Why is that,
7  you might ask?
8     FEMALE: Many survivors find it incredibly tough to talk with a
9  loved one about what they experience, much less with a stranger.
10     MALE: Also, many people don't report sexual violence because they
11  worry that they will not be believed, that they won't be taken
12  seriously, or worse yet, that they themselves will be blamed.
13     FEMALE: We all react differently in the face of trauma, but
14  sexual violence is never the survivor's fault, no matter how the
15  survivor responded in the moment.
16     MALE: Many survivors also worry that nothing will happen if they
17  come forward. Uber does want to hear from you. They want to hear from
18  everyone about any uncomfortable or unsafe experiences while using the
19  Uber app, so they can take action.
20     FEMALE: If you have witnessed sexual violence while using Uber,
21  please report it in the app when you are in a safe place to do so. If
22  you have experienced sexual violence, know that there are resources
23  available to help you get the support you deserve.
24     MALE: Reporting is a highly personal decision, but if you choose
25  to report, Uber will review the information, and a support agent who is

$' - +$'$$$'

1    specially trained to handle these reports will reach out to you so Uber
2    can take action. Examples of that action include waitlisting the
3    accused user's account while the report is reviewed or deactivating
4    their account.
5         FEMALE: Reporting an incident to Uber does not mean that
6    information is shared automatically with law enforcement. If you do
7    choose to file a police report, Uber has a specialized team to assist
8    in appropriately providing law enforcement with information relevant to
9    their investigation.
10        MALE: Sexual violence is absolutely prohibited while using the
11   Uber app, and sexually violent behaviors are against the law.
12        FEMALE: Remember, sexual violence is never the survivor's fault,
13   and it can be very difficult to come forward. There is support
14   available. Use one of the links at the following website.
15        MALE: You are not alone. Together, we can help create the safe
16   and respectful community we all deserve.

```
1         I hereby certify that the foregoing is, to the best of my

2    knowledge and belief, a true and accurate transcription from English to

3    English.

4

5
           *Anders Nelson*
6          Anders Nelson (Dec 19, 2025 12:49:06 EST)
           _____

7          Anders Nelson

8          Project Manager

9          TransPerfect Legal Solutions

10

11

12         December 19, 2025
```

4

$' - +$'$$$