# Document Produced in Native



Trial Exhibit No.
**03975**

CONFIDENTIAL

UBER_JCCP_MDL_005784105

1    FEMALE: Similar to the conversational boundaries we've already
2    discussed, everyone has different comfort levels with physical touch.
3    These comfort levels are shaped by our past experiences, cultural
4    backgrounds, and our personal preferences.
5    MALE: Your physical boundaries can be thought of as a bubble
6    around you, that grows or shrinks depending on the situation. Think
7    about how you greet different people in your life. You may hug a close
8    friend, or shake hands with a coworker, but for a complete stranger, a
9    simple smile will do.
10   FEMALE: Most drivers and riders are strangers. Once in the car,
11   we occupy a small, shared space together, where we don't know one
12   another's physical boundaries.
13   MALE: For this reason, physical touch is rarely appropriate while
14   using the Uber app, so don't touch strangers or anyone you just met.
15   Touch that you may perceive as non-threatening, such as putting a hand
16   on a rider's shoulder, could easily cross the line into making the
17   rider feel uncomfortable or unsafe.
18   FEMALE: With that said, there may be some rare instances where
19   physical touch is necessary to help riders in and out of the car. If
20   you feel that a rider may need this type of help, follow their lead,
21   and most importantly, ask for their consent first. This means asking if
22   they would like your help and making sure that they have agreed to it,
23   before making any kind of physical contact.
24   MALE: Another situation to consider is if a rider falls asleep
25   after a night out and doesn't wake up when you reach their destination,

1  in that case, it may help to turn up the music volume or say their name
2  loudly a couple of times. However, if they remain unresponsive, they
3  may need emergency assistance. In that case, it's important to call
4  your local emergency authorities, which you can do using the in-app
5  emergency button.
6      FEMALE: Of course, drivers aren't the only ones who need to
7  respect people's physical boundaries in the shared space of the car.
8  Riders need to respect your boundaries as well. They shouldn't touch
9  you either.
10     MALE: As we mentioned before, Uber isn't a dating app, so sexual
11 contact of any kind, even if it is consensual, is absolutely
12 prohibited. As riders and drivers can see in Uber's community
13 guidelines, this includes activities such as sexual intercourse,
14 solicitation of sexual intercourse, masturbation, and exposure of any
15 sexual body parts.
16     FEMALE: We know it isn't easy to discuss these things.
17     MALE: But it is necessary to set these clear expectations. Under
18 no circumstances should you engage in sexual activity with a rider, or
19 a rider with you.
20     FEMALE: Uber also has clear expectations prohibiting sexual
21 activity between riders. Even if riders know one another, they need to
22 respect the shared space inside the car in Uber's community guidelines.
23 If riders are engaging in sexual activity, you can let them know that
24 the behavior is prohibited by Uber's community guidelines, and that you
25

1  will be ending the trip early in a safe location. After that, you can
2  report it to Uber.
3      MALE: This doesn't mean we can refuse to drive people who may
4  look or behave differently than we do. The Uber community is diverse,
5  and Uber's community guidelines prohibit discrimination based on
6  characteristics like age, color, disability, gender identity, religion,
7  or sexual orientation.
8      FEMALE: So if your riders are holding hands, that's perfectly
9  okay and allowed. Keep in mind, not all couples look the same. Remember
10 that both drivers and riders have their own physical boundaries, and
11 these should always be respected. That means no physical touching of
12 your riders, unless they require assistance and give you their consent.
13 As always, sexual activity of any kind is prohibited by Uber's
14 community guidelines.

```
1         I hereby certify that the foregoing is, to the best of my
2    knowledge and belief, a true and accurate transcription from English to
3    English.
4
5
              Anders Nelson
6             Anders Nelson (Dec 19, 2025 12:46:54 EST)
              _____
7         Anders Nelson
8         Project Manager
9         TransPerfect Legal Solutions
10
11
12        December 19, 2025
```