# Document Produced in Native



Trial Exhibit No. **03976**

CONFIDENTIAL                                                                                              UBER_JCCP_MDL_005784107

1   FEMALE: Let's talk about how our actions are not always
2   understood the way we hope. A joke that was only supposed to make
3   someone laugh might actually be seen as hurtful, while a question meant
4   to start a friendly conversation might actually be seen by some as
5   intrusive or even rude.
6   MALE: I have a great example of that. Personally, I don't like
7   when riders ask, "Hey, do you live around here?" I get that it's
8   probably just friendly conversation, but I like to keep where I live
9   private.
10  FEMALE: The same is true for many of our riders. When they get in
11  without even thinking, you might ask them if they're on their way home.
12  To you, it's an innocent question, but it could make your rider feel
13  like you're asking them to reveal personal information. Uber's heard
14  from riders that this actually makes many of them uncomfortable,
15  because they worry that if they answer yes, the drivers will know where
16  they live. It doesn't necessarily mean that they don't trust their
17  driver, just that they don't want to reveal personal information to
18  someone they just met.
19  MALE: What seems like friendly conversation to one person can
20  cross a line with someone else.
21  FEMALE: People also respond differently to different situations.
22  For instance, some people feel more nervous at night, and others more
23  anxious in a crowd or a tight space like a car. To take it a step
24  further, think about the conversations you have with family members.
25  They're probably very different from the conversations you would have

|   |   |
|---|---|
| 1 | with a stranger. What might feel totally fine in one situation can make |
| 2 | us feel extremely uncomfortable in another. |
| 3 | MALE: Now imagine someone is already nervous when they get into |
| 4 | your car. Anything causing additional discomfort, like being asked a |
| 5 | question that feels too personal, can make them feel unsafe. |
| 6 | FEMALE: Uber has community guidelines that outline behaviors and |
| 7 | conversations to steer clear of, such as aggressive or harassing |
| 8 | behavior, comments on someone's appearance, perceived gender identity, |
| 9 | or their sexual orientation, personal questions unrelated to the ride, |
| 10 | and discussions about your own sex life or anyone else's. |
| 11 | MALE: Those are some good general guidelines, but let's talk |
| 12 | about some more specific examples of conversations that can make both |
| 13 | riders and drivers feel uncomfortable. These are the kind of |
| 14 | conversations we all know should be avoided. |
| 15 | FEMALE: One I get is, "Are you going home to your husband?" |
| 16 | MALE: Something like that is very personal, and it also assumes |
| 17 | sexual orientation. |
| 18 | FEMALE: Sometimes they'll comment on my appearance. Now don't get |
| 19 | me wrong, I put thought into how I look, but I don't want to talk about |
| 20 | it with someone I just met. |
| 21 | MALE: Then there's, "Hey, can I find you on social media?" |
| 22 | FEMALE: This is out of bounds. Contact with a rider should end |
| 23 | when the ride is over. |
| 24 | MALE: What about politics or religion? |
| 25 | FEMALE: I don't even like talking to my family about that. |

1    MALE: Even if you feel you'd be comfortable answering these types
2    of questions, consider this, would you want your loved ones to have to
3    answer them?
4    FEMALE: Questions that ask for someone's personal information can
5    feel invasive, and riders may not understand the motives behind them,
6    even if the questions are meant to be harmless. That's why it's
7    important to stick to general topics that are less likely to be
8    misinterpreted or make someone feel uncomfortable.
9    MALE: I like to ask how someone's day is going, to see if they're
10   even interested in conversation. After all, some people like to talk,
11   some don't.
12   FEMALE: I like talking about the weather. It may be a cliche, but
13   whether it's good or bad, the weather is always something you could
14   talk about.
15   MALE: In my experience, people usually love talking about their
16   favorite music or movie, so that's another good topic you could try.
17   FEMALE: The bottom line is that we can't control how people
18   react, but we can control how we show up.
19   MALE: If you're unsure how someone might respond to a particular
20   question or comment, it's best not to say it at all.
21   FEMALE: And if a rider says something to us that makes us
22   uncomfortable, even if we think they didn't mean it, we can report it
23   to Uber by selecting Help in the app. Uber will review reports when you
24   feel uncomfortable or unsafe and will take appropriate steps. These
25   include sending educational videos developed by RAINN, waitlisting the

1 | user's account while the report is reviewed, or deactivating the user's
2 | account.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1   I hereby certify that the foregoing is, to the best of my
2   knowledge and belief, a true and accurate transcription from English to
3   English.
4
5
        *Anders Nelson*
        Anders Nelson (Dec 19, 2025 12:45:38 EST)
6   _____
7   Anders Nelson
8   Project Manager
9   TransPerfect Legal Solutions
10
11
12  December 19, 2025

5

$' - +* '$$$*