**Document Produced in Native**

