# Document Produced in Native

