Confidential Personal Information

Patient: Dean, Jaylynn Alayah
Records Provider:
Tempe Police Department

120 East 5th Street
Tempe, AZ 85281
480 -350-8598

Records Obtained: 07/08/2025

587048.005.0095 - 587048.005.0095
Confidential-Attorney Eyes Only-JDean-TempePD-000095 -
Confidential-Attorney Eyes Only-JDean-TempePD-000095

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 07/08/2025(FM0064)
1 pages plus cover sheet

Confidential Personal Information

**Trial Exhibit No.**
**04078**

$( $+, '$$$%

**File identified as "(Extraction_1)_(Bulk_Redaction_18032025)_Axon_Interview_-_Interview_Room_C_-_Camera2.mp4" available for download in native format as Mixed Media.**

**Confidential-Attorney Eyes Only-JDean-TempePD-000095**

$( $+, '$$$&

1    INTERVIEWER: I know and I totally understand, and that's why I

2    want to make it very clear that we can do it later also. It's up to

3    you. I just want to give you that option, whichever way you want to go.

4    So yeah, I understand you've been up for a while. You've had drinks and

5    stuff like that.

6    JAYLYNN DEAN: Yes.

7    INTERVIEWER: You've already participated in the nurse

8    examination.

9    JAYLYNN DEAN: Yes.

10    INTERVIEWER: So before we talk about what happened and stuff like

11    that, I like to get to know people a little bit better, just so that we

12    kind of know each other a little bit. What are like some things that

13    you like to do?

14    JAYLYNN DEAN: Not a lot at the moment. I was going to college in

15    Oklahoma,

16    [00:05:00]

17    and then I didn't really like college, so now I'm here doing

18    flight attendant school. I really like it. I'm not too sure what's

19    going to happen next. I love being with my family. I have a lot of

20    pets. I have pugs. I have flat-faced cats. I have turtles. So I like

21    being with my pets and my family. Whenever I'm with my grandparents,

22    they live on the beach, so I like being with my grandparents because

23    it's really relaxing, and I love being by the water and that whole

24    vibe, but, yeah.

25

1

1          INTERVIEWER: Okay. Well, thanks for telling me that. So you

2    mentioned you're going to flight school or flight attendant school,

3    tell me about that.

4          JAYLYNN DEAN: It's been good. I finished my final yesterday,

5    which is why I had a few drinks, I was celebrating, but I passed, so I

6    guess that means I officially get my wings and graduate Thursday, so

7    I'm excited for that. It's been three-and-a-half weeks. Exhausting.

8    Five. It's been like, okay, we have to wake up at 5, and class starts

9    at 7, and we don't get off until 6 o'clock, so it's like over 12 hours

10   pretty much of school and being awake, and then studying is a whole

11   other thing. We have like 100-page study guides every single night,

12   it's been tiring, but yeah. There was only one person who got sent

13   home. We had like a class of 24, and now we're 23, but so far everyone,

14   they're graduating. Yeah, it's been good.

15         INTERVIEWER: Is it one of those like accelerated courses? Is that

16   why it's so much? Or is it...?

17         JAYLYNN DEAN: I don't know. Our training is really crammed, like

18   I said, it's three-and-a-half weeks, but it's really fast-paced. The

19   thing about it is you have to be there, like if someone raises their

20   hand and wants to go to the bathroom, we have to stop class altogether,

21   and we have to wait until they come back.

22         INTERVIEWER: I see. What made you want to get into that?

23         JAYLYNN DEAN: I don't know. I kind of just started watching

24   videos, I started seeing people talking about it, and seeing like news

25

1    stories and clips, and I kind of, oh, it seems fun, so interviewed, got

2    hired, and now I'm here.

3        INTERVIEWER: Okay, so you've already like put in for the position

4    and you're getting hired?

5        JAYLYNN DEAN: Yes. Okay, so whenever we do our training, we have

6    a conditional job offer, so as long as we pass our training and pass

7    all of our exams, we're like already hired, so we're already guaranteed

8    a job as long as we pass all of our stuff, like I already got my base,

9    I'm based in Denver, so once I graduate Thursday, then I am going to

10   Denver.

11       INTERVIEWER: Oh, okay. That's exciting.

12       JAYLYNN DEAN: Yeah.

13       INTERVIEWER: So tell me about your turtles, what's going to

14   happen with them?

15       JAYLYNN DEAN: I don't know. They're with my mom right now.

16       INTERVIEWER: Oh, okay. She's going to adopt them?

17       JAYLYNN DEAN: Yeah.

18       INTERVIEWER: Well, what kind of turtles do you have?

19       JAYLYNN DEAN: Box turtles. Because we live in Oklahoma, and I was

20   just driving on the road, it was two different occurrences, and I saw

21   them crossing the street, and I stopped my car, and I got them, so I

22   kind of kidnapped them off the side of the road, but they're happy.

23       INTERVIEWER: Yeah, take care of them.

24       JAYLYNN DEAN: Yeah.

25

3

$( $+, '$$$)

1    INTERVIEWER: That's good. Okay. Well, thank you for sharing that

2    with me. While we're talking, I want to go over a couple guidelines to

3    keep in mind. The first one is if I repeat myself, it just means that I

4    may have forgotten what you said or maybe I just didn't hear it. If I

5    ask a question and you don't understand the question, just say, "Hey,

6    Oscar, I don't understand," and I'll rephrase it. If I make a mistake

7    and say the wrong thing, just feel free to correct me and say, "That's

8    not what I said" or "not what I meant." If I ask a question and if you

9    don't know the answer to it, just say, "I don't know."

10    JAYLYNN DEAN: Okay.

11    INTERVIEWER: Okay, and the last thing is also very important,

12    it's important to only tell the truth. Do you promise to tell the

13    truth.?

14    JAYLYNN DEAN: Yes.

15    INTERVIEWER: Okay, so tell me about what happened today.

16    JAYLYNN DEAN: Okay, so, like I said, it was my last exam, my

17    final. I'm underage, so I know I shouldn't have been drinking, but I

18    went and I hung out with this guy, Scott, and we've hung out another

19    time before, everything was good, hung out. Like I said, I was becoming

20    like really intoxicated, and I knew like my situational awareness

21    wasn't the best, and so I was like maybe it's not good for me to be

22    drunk alone with a guy, and so I went and I called an Uber myself. Like

23    I said, I trust him, like we're friends. We did have intercourse this

24    like past night, but like I said, I just knew I was getting drunk,

25    [00:10:00]

4

$( $+, '$$$*

1    and so I still wanted to go home, I didn't want to be in a

2    situation where I was just alone with him, so I went and I called an

3    Uber. I was like puking and stuff, and so I knew, yeah, I need to go

4    home. Scott walked me to the Uber, and it was – okay, so I go and I sit

5    down, and like I said, I was like falling in and out of consciousness,

6    because I'm on antidepressants, and I know it makes my tolerance

7    really, really low. It like completely alters how I am. Like whenever

8    I'm not on my antidepressants and I'm drinking, it just made everything

9    feel so woozy, and so I remember I was like falling in and out of

10   consciousness. I remember instead of like sitting straight up, I like

11   laid down in the back seat, and I remember my Uber driver, he started

12   talking to me, he started asking like how my night was, and for some

13   reason, I was really drunk, and so I started telling him about like how

14   I was hanging out with the guy, and like how I slept with him, like

15   all, I don't know why, but I was drunk, and I remember that the Uber

16   driver, he's like, oh, I have to stop the car, and I was like, okay, I

17   didn't know what was happening, and he was like, I'm just letting you

18   know, he's like, I'm stopping the car, he's like, Uber's going to

19   charge you for this, and I was like, okay, like I didn't know what was

20   happening. He stops the car, and I remember he was like circling around

21   for a little bit, circling around, and he was like, he was like, I'm

22   trying to find a spot, and I didn't know, I was like, okay. Like I

23   said, I was drunk, didn't know what was happening, and eventually he

24   parks, parks the car. Like I said, I was falling in and out of

25   consciousness, I remember he opens the door, comes to the back seat,

1    and he like got on top of me, pinned me down, and then he raped me and

2    assaulted me. I remember that I looked up, because there was a big

3    screen in the car, and it had like how far away we were from the hotel,

4    it said two minutes, two minutes away from the hotel, so we were really

5    close, I'm not sure where we were, and then on my Uber app, it tells

6    you like how much your fare was. I had originally paid like $15 to get

7    back, and it only charged me for $5, and I also got a notification

8    saying that he had ended my fare early, so he ended it early, I guess,

9    to do that, and then, like I said, I didn't really know what had

10   happened. Like I said, I was only two minutes away from the hotel, so

11   everything was like really fast, and I didn't have time to like process

12   anything, and so he like sped off to the hotel. I remember I stumbled

13   in, and the front desk guy, his name's Kenny, and me and my friends, we

14   kind of like befriended him, I guess, like we all talk to him, like we

15   love Kenny, so Kenny was like, oh, he's like, you've had an interesting

16   night, and I was like, Kenny, I was like, I was just raped. So he came

17   and he like sat me down, gave me water, gave me headache medicine. He

18   was helping me like figure out my Uber thing, because like I said, I

19   was still very, very drunk at the time, and I didn't really know like

20   what was happening, so he helped me pull up my Uber app. He helped me

21   get like my driver's name and his license plate. He helped me like call

22   the cops, because I didn't know what I was doing. He was kind of like

23   guiding me through everything, and then I told him, I was like, I need

24   to tell my parents, and so he helped me call my mom, call my dad, to

25   kind of let them know what was happening. They, of course, told me to

1    get the police involved. Yeah, that's pretty much what happened. Like I

2    said, I got picked up, that happened, like everything was really fast.

3    He picked me up at 12:30, I didn't get home or I didn't get to the

4    hotel until about like 1:08-ish, so it was like 30 minutes, and I

5    counted for where my ride was only supposed to be like 10-ish minutes,

6    so it was like all that time, yeah.

7

8         INTERVIEWER: Okay, thanks for telling me that, so I'm going to go

9    back to the hotel, where you said Scott walked you?

10        JAYLYNN DEAN: No, okay, I was at his apartment, I was at his

11   apartment. It was [redacted] his room, he lives alone, it was an

12   apartment. Yeah, like I said, I was like throwing up, and so he walked

13   me to my Uber, because it was parked right outside, took me, and then

14   from his apartment, my Uber took me to the hotel.

15        INTERVIEWER: Okay, did Scott meet the driver?

16        JAYLYNN DEAN: No, he just made sure I got to my car safe, and he

17   told me bye, but yeah, he didn't meet him.

18        INTERVIEWER: Okay. Was he able to see him through the window?

19        JAYLYNN DEAN: I don't believe so.

20        INTERVIEWER: Okay. Okay, so he walks you to the car, you get in,

21   and you're driving back to your hotel?

22        JAYLYNN DEAN: Yes.

23        INTERVIEWER: So you said that you laid down, and then he asked

24   you how your night was going?

25        JAYLYNN DEAN: Yes.

1    INTERVIEWER: Okay, and tell me all about what you remember from

2    that conversation.

3    JAYLYNN DEAN: I don't really remember much. I remember I told

4    him, I was like, oh, I'm celebrating, I was like, I hung out with my

5    friend, and for some reason, I remember I told him we slept together,

6    me and Scott, I remember I told my Uber driver that,

7    [00:15:00]

8    and then he was like, oh, well, like at least he got to like

9    sleep with you, like blah blah blah, and I was like, okay. And then I

10   remember he started saying like weird stuff, he started making like

11   sexual comments and stuff. He just kept saying, he's like, oh, he's

12   lucky he got to sleep with you, like, at least he got to sleep with

13   you, and just like all that stuff over and over again, and so I was

14   just like okay, and then I remember how he was just like, oh, like I

15   have to stop the car. He's just like, I'm just letting you know, like

16   Uber's going to charge you for this, and I was like, okay, like I

17   didn't really know what was happening. But yeah, in our conversation, I

18   pretty much just told him like I was celebrating how I passed my exam,

19   and then how I was with Scott, I guess.

20   INTERVIEWER: Okay, and you mentioned he made sexual comments. Do

21   you remember exactly what those were?

22   JAYLYNN DEAN: It was just saying like how Scott was so lucky, and

23   how he wishes like it could have been him, and how at least like Scott

24   got to sleep with me, just like stuff like that.

25

8

1    INTERVIEWER: Okay, and what did you say to that, what was your

2    response to that?

3    JAYLYNN DEAN: Nothing, I just didn't reply to it, I just like

4    wasn't engaging in it. I was kind of like in the back seat, like I

5    said, I was falling in and out of consciousness, so I wasn't really

6    like responding. I was just like laying in the back.

7    INTERVIEWER: Okay, and so you're still laying back the whole

8    time?

9    JAYLYNN DEAN: Yes, pretty much the whole time, I was laying

10    across, my whole body was like laid across.

11    INTERVIEWER: Okay. Now when he said like, I have to pull the car

12    over, I have to find a spot, did he say why?

13    JAYLYNN DEAN: No, he was just like, he's like, I need to pull

14    over. He was, actually, you know, Uber's going to charge you for this,

15    and I was like okay, like I didn't really know like what for, and I

16    didn't really question it. I guess I wasn't really aware, I guess, but

17    he just like said that. He's like, [INDISCERNIBLE 00:16:45] find a

18    spot, and even like on my phone, it shows like my location, and he's

19    like going like in circles, I guess like trying to find a spot, but

20    like I said, at the time, I wasn't like thinking. I was like, okay,

21    like I didn't know.

22    INTERVIEWER: Okay, did you say okay, or were you just kind of

23    thinking that is what you were saying?

24

25

9

1      JAYLYNN DEAN: Yeah, I was just kind of like thinking, I was just

2    like, like I didn't really respond to him. He just said that, and I

3    just like stayed quiet.

4      INTERVIEWER: Okay, and when you say you were in and out of

5    consciousness, um?

6      JAYLYNN DEAN: It was like what I can like remember. I don't know,

7    like I can't really remember much, but I remember I was like becoming

8    aware, and then just like not aware, if that makes sense, I don't

9    really know how to explain it.

10      INTERVIEWER: Okay. Was it like you were falling asleep, or just

11    like because of the intoxication?

12      JAYLYNN DEAN: Intoxication.

13      INTERVIEWER: Okay. Do you know if you were falling asleep as

14    well?

15      JAYLYNN DEAN: I believe I was, yeah, because I kept telling him,

16    I was like I'm so tired, I was like I just need to go to my hotel. I

17    remember him saying he had to pull over, I was like, okay. I was like,

18    well, I'm tired. I remember I said like I had class at like 5 AM, and I

19    remember I kept telling him like how tired I was, like how exhausted I

20    was.

21      INTERVIEWER: Okay, and so he's just saying, I've got to find a

22    spot and pull over, and that you were going to be charged for that.

23      JAYLYNN DEAN: Yes. He told me that Uber was going to charge me

24    for it, but I didn't really question it, because like I said, I wasn't

25

1    really in the right state of mind, so I didn't question it, but I

2    remember he did tell me that

3            INTERVIEWER: Okay, alright, and then you mentioned that he raped

4    you, he sexually assaulted you. Could you tell me what exactly you mean

5    by that?

6            JAYLYNN DEAN: I remember he stopped the car, he parked

7    eventually, and then he got in the back seat, and he got on top of me,

8    kind of like pinned me down, so I wasn't really able to fight back,

9    because I was like super weak and intoxicated. I remember he got on top

10   of me, he penetrated me vaginally. He tried to like have oral sex on

11   me, and like I said, I remember like I couldn't fight back. I don't

12   think he like made me give him oral sex, but I know he kept trying to

13   like do it to me, and that's it, I guess. He pretty much was on top of

14   me and forced himself on me.

15           INTERVIEWER: Okay What made it stop?

16           JAYLYNN DEAN: Him finishing.

17           INTERVIEWER: Okay.

18           JAYLYNN DEAN: I remember he was just like, he was like, I have to

19   get back to my job, and he just got like got off of me and then went to

20   the front seat and acted like nothing happened, and he sped off to the

21   hotel.

22           INTERVIEWER: Did he say anything else on the way back?

23           JAYLYNN DEAN: No, he stayed quiet, and then I got to the hotel,

24   and he just told me bye

25

$( $+, '$$%

1    INTERVIEWER: Okay. Did you guys exchange contact information at

2    all, or anything?

3    JAYLYNN DEAN: No, no, we did not. I did, I looked on my contact

4    list, I called him before, because I couldn't find him at first, I

5    called him before he picked me up, but that was it, but afterwards, I

6    didn't talk to him, I didn't text him, like any of that.

7    INTERVIEWER: Okay.

8    JAYLYNN DEAN: I called him from the Uber app, so it wasn't even

9    his phone number.

10    [00:20:00]

11    It was like through the Uber app itself.

12    INTERVIEWER: Right, okay. Now, you mentioned you ordered the Uber

13    yourself, you said you called for one. Do you actually call or is it

14    like an app?

15    JAYLYNN DEAN: It's an app.

16    INTERVIEWER: Okay, and so on the app, you just like push the

17    buttons to go on?

18    JAYLYNN DEAN: Yes, yes, you push like where and to, like where

19    it's picking you up and then where to.

20    INTERVIEWER: Okay, and you mentioned that at that point, you were

21    intoxicated. Tell me like how much you had to drink.

22    JAYLYNN DEAN: I had quite a bit before I left, so [INDISCERNIBLE

23    00:20:38] sick. I had a Truly, and then I had two Malibu cans, I had

24    like a bottle of Malibu that I was drinking on and off, I had [PH

25    00:20:51] Spectra that was drinking on and off, Scott had beer that I

1    was drinking, but mainly it was Malibu that I was drinking, Malibu and

2    vodka.

3         INTERVIEWER: Okay. Were you able to walk fine or...?

4         JAYLYNN DEAN: Not really, I was like stumbling, even in the

5    hotel, I was like stumbling, and I threw up more.

6         INTERVIEWER: Any time did the Uber driver see you throw up?

7         JAYLYNN DEAN: No.

8         INTERVIEWER: Okay. Did he ever see you stumbling?

9         JAYLYNN DEAN: Yes.

10        INTERVIEWER: Like to the car?

11        JAYLYNN DEAN: Yes, like I said, right before I got in the car, I

12   told him like how I was drunk, I told him I was intoxicated. I was

13   like, oh, I'm really, really drunk, yeah.

14        INTERVIEWER: Okay, and how do you know that he saw you stumbling?

15        JAYLYNN DEAN: Whenever I walked out, I'm pretty sure he did see

16   me, because he told me like did you have good night, and I was like in

17   clear view of him.

18        INTERVIEWER: Okay. Do you remember if his window was rolled down

19   or if he got out of the vehicle, his car?

20        JAYLYNN DEAN: I don't remember.

21        INTERVIEWER: Okay. Did he make a comment about it?

22

23        JAYLYNN DEAN: I don't remember, but I'm pretty sure he did see

24   me.

25        INTERVIEWER: Okay.

13

1          JAYLYNN DEAN: And then another thing, my underwear, I was wearing

2      underwear whenever I left, and whenever I was getting my examination, I

3      realized I didn't have them, so I'm pretty sure they're in his car.

4          INTERVIEWER: Okay, and you definitely had them on before you left

5      Scott's apartment?

6          JAYLYNN DEAN: Yes, 100%.

7          INTERVIEWER: Okay, okay.

8          JAYLYNN DEAN: And my skirt was also on backwards, too.

9          INTERVIEWER: Okay, so this is not what you're wearing?

10         JAYLYNN DEAN: Yes, she took my clothes.

11         INTERVIEWER: Okay, so your skirt was on backwards, and at what

12     point do you realize the skirt was on backwards?

13         JAYLYNN DEAN: Whenever – I'm sorry, I'm so tired – whenever I was

14     at the police station, and I noticed like how it felt short in the

15     back, and I looked, and it was on backwards.

16         INTERVIEWER: Okay, and on the Uber app itself, does it have like

17     a name?

18         JAYLYNN DEAN: It has his name and his picture and his license

19     plate.

20         INTERVIEWER: Okay, so tell me about what does he look like?

21         JAYLYNN DEAN: He was African American. Like I said, I don't

22     really remember much, because it was dark. I know he was African

23     American, and I know he had a really, really thick accent, like I

24     couldn't really understand him. I'm not sure where he was from, but I

25     just know he was African American, and he had a really thick accent. He

14

1     had like pretty short hair. I think he had glasses. He wasn't fat, he

2     wasn't like super skinny, he was just average. I couldn't tell if he

3     was tall or short, because obviously I was laying down. That's all I

4     can remember, but his Uber app doesn't have a picture of him, and it is

5     the same man/

6          INTERVIEWER: Okay. Any like unique characteristics about him that

7     makes him stand out?

8          JAYLYNN DEAN: No, not that I could see, because like I said, it

9     was really dark.

10          INTERVIEWER: Okay. Where was that picture displayed?

11          JAYLYNN DEAN: On the Uber app.

12          INTERVIEWER: On the app itself? Nothing like inside the car?

13          JAYLYNN DEAN: No, no, it was on the app.

14          INTERVIEWER: Okay, and when you remember seeing his face, and

15     being able to say that it matches the picture on the app, at what point

16     did you see like a clear view of him?

17          JAYLYNN DEAN: Whenever he was like on top of me.

18          INTERVIEWER: Okay, and what was the lighting like?

19          JAYLYNN DEAN: It was pretty dark. Like I said, I don't know where

20     he parked, but I know it was like two minutes away from the hotel, so I

21     don't know, it was like in the middle of nowhere kind of, like it

22     wasn't – I don't really remember. It was like some random parking lot,

23     I think. Like I said, it was pretty dark the whole time, but I remember

24     whenever he was on top of me, like whenever he opened the door, the car

25     like lit up,

15

1          [00:25:00]

2          like the inside lights lit up, and so I was able to see him then.

3          INTERVIEWER: Okay, so lights did turn on. It was dark in the

4     parking lot, but when he opened the door...?

5          JAYLYNN DEAN: Yes, yes, like the car lit up, if that makes sense,

6     yes.

7          INTERVIEWER: Okay, and that's when you were able to see his face.

8          JAYLYNN DEAN: Yes, yes.

9          INTERVIEWER: Okay. Alright, and when you say he pinned you down?

10         JAYLYNN DEAN: Yeah, he kind of just got on top of me, like I

11    said, I wasn't really able to fight myself, to fight him off, because I

12    felt so weak, but he was just like on top of me, and kind of just like,

13    like put all his weight on me, I guess, if that makes sense.

14         INTERVIEWER: Okay. Tell me about his clothes.

15         JAYLYNN DEAN: I couldn't tell you, I don't remember.

16         INTERVIEWER: Okay. Any idea how old he was?

17         JAYLYNN DEAN: Maybe like 40, like late 40s.

18         INTERVIEWER: Okay, and any facial hair?

19         JAYLYNN DEAN: I don't think so, I don't think so.

20         INTERVIEWER: Has he ever picked you up as an Uber?

21         JAYLYNN DEAN: No, no, and I've driven a lot of Ubers and a lot of

22    Lyfts while being here, I've never had him.

23         INTERVIEWER: Okay. On the drive back, you mentioned that he had

24    canceled, did he happen to say why he was canceling the ride?

25         JAYLYNN DEAN: Canceling what, like stopping our drive?

16

1           INTERVIEWER: Yeah.

2           JAYLYNN DEAN: No. No, he didn't. He was just like, okay, and he

3       just pulled over and stopped it.

4           INTERVIEWER: Okay, and that was after the incident?

5           JAYLYNN DEAN: Yeah. Well, no, it was before.

6           INTERVIEWER: Before the incident?

7           JAYLYNN DEAN: Yes, before. Before, he went and he stopped it, I

8       guess it was so Uber couldn't track him, I guess, because I guess it's

9       on a route that shows him, but he was like [INDISCERNIBLE 00:26:53],

10      he's going to have to stop it. He was like, Uber is going to charge you

11      for this, he was like I'm just letting you know that, and I didn't say

12      anything, but then, yeah, I looked on the app, and it said I was only

13      charged $5, and it should have been like $15 for my whole way.

14          INTERVIEWER: Okay When you told him that you were drunk, did you

15      mention how much you had to drink?

16          JAYLYNN DEAN: I just said, I was like, look, I'm really drunk. I

17      kept telling him how I was so tired, I was like I need to go back to my

18      hotel. I kept telling him like how I was exhausted.

19          INTERVIEWER: Okay, and then tell me about when he dropped you

20      off.

21          JAYLYNN DEAN: Nothing, really. I kind of just opened the door and

22      went inside. He just told me bye, and that was it.

23          INTERVIEWER: Okay, and you told the clerk, the one that you kind

24      of became friends with?

25          JAYLYNN DEAN: Yes, yes.

17

1      INTERVIEWER: Is he the first person that saw you?

2      JAYLYNN DEAN: Yes, he was the very first person who saw me.

3      INTERVIEWER: Okay.

4      JAYLYNN DEAN: He saw me like stumble, and he asked how my night

5  went, and I like told him, and he came and he sat me down.

6      INTERVIEWER: Okay. Did you immediately tell him what happened?

7      JAYLYNN DEAN: Yes, I told him everything.

8      INTERVIEWER: Okay, and that's when you told him that I was just

9  raped?

10      JAYLYNN DEAN: Yes.

11      INTERVIEWER: Okay, and you told him how it was?

12      JAYLYNN DEAN: Yes. I told him, I was like my Uber driver just

13  raped me.

14      INTERVIEWER: Okay, and you said you stumbled out?

15      JAYLYNN DEAN: Yes, I like stumbled inside, and he sat me in a

16  chair, gave me water, gave me headache medicine, and then helped me

17  call the police and helped me call my parents, and he helped me like

18  pull up the Uber app and like get everything situated

19      INTERVIEWER: Okay. Alright, so you mentioned there was a like

20  some app on your phone?

21      JAYLYNN DEAN: Um-hum.

22      INTERVIEWER: Is there another app?

23      JAYLYNN DEAN: Lyft?

24      INTERVIEWER: It was like Life?

25      JAYLYNN DEAN: Oh, Life360, yes.

18

1            INTERVIEWER: Life360, what's that?

2            JAYLYNN DEAN: Yes, I have it.

3            INTERVIEWER: Was that running or did it capture like...?

4            JAYLYNN DEAN: Yes, yes, hold on, I can show you. Okay, let me

5       pull it up. Okay, so I was at Scott's two hours 49 minutes, and this

6       was 34 minutes where I was on the road with my driver, so he picked me

7       up [redacted] over here, and then I guess that was like a traffic

8       light, and then goes, goes, goes, I guess another traffic light, so

9       stop, and then he kind of just goes over here, and then it was just

10      like a big circle is what he was doing, and then he took me back, but

11      yeah, it was over here in this area.

12           INTERVIEWER: Okay. Did we get pictures of this already?

13           JAYLYNN DEAN: I don't know.

14           INTERVIEWER: Okay. So here's something that I wanted to talk to

15      you about as well,

16           [00:30:00]

17           as far as your cell phone and like that app and stuff like that,

18      so one of the things that we could do is do a download of your phone,

19      if that's okay with you. It would have to be something you consent to.

20      I would give the phone to our computer forensics detectives, and they

21      basically plug it in and do a download of the phone.

22           JAYLYNN DEAN: Yeah.

23           INTERVIEWER: It could take a little while, it could take like

24      hours, it just depends on how much data is on there. Is that something

25      that you would be willing to do?

1      JAYLYNN DEAN: Yes, I would be, but later today.

2      INTERVIEWER: Later today?

3      JAYLYNN DEAN: Yes, because I'm exhausted, but yes, I would be

4  open to it

5      INTERVIEWER: I mean one of the things you could do, if you wanted

6  to, I just want to make sure you know all the options, if you left it

7  here, and we downloaded it, and then we like called your friend to let

8  you know when it's ready.

9      JAYLYNN DEAN: I would prefer to have it with me, just so I can

10  like stay in contact with my family, but I'd be willing to leave it

11  whenever y'all do want to do the download, but I do just want to go

12  back, yeah, because I also need to stay in contact with my instructors

13  and my family and like all of that. I'm sorry.

14      INTERVIEWER: Okay, no, that's okay, it's completely optional. Is

15  it okay, in the meantime, if I were to like do a video or record what

16  you just shared with me just now?

17      JAYLYNN DEAN: Yes, yes, of course.

18      INTERVIEWER: Okay. Okay, I'll do that.

19      JAYLYNN DEAN: And then I also have, I think they already got

20  pictures of my Uber, like his information, but I have that too, if you

21  need that.

22      INTERVIEWER: Yeah. By chance, is there any way that your phone

23  recorded, like on a snapchat account, or any of your other apps?

24      JAYLYNN DEAN: Um-um.

25      INTERVIEWER: Okay, and then you also have the Uber.

1        JAYLYNN DEAN: Yes, right here.

2        INTERVIEWER: So your Uber app shows...

3        JAYLYNN DEAN: It shows a picture of him.

4        INTERVIEWER: Okay, yeah, let me take a picture of that, because I

5    think the one we got earlier was not very clear.

6        JAYLYNN DEAN: Sorry, all my classmates are texting me, freaking

7    out. And then I don't know if I need to report it to Uber.

8        INTERVIEWER: Yeah, so not yet because I'll do that, I'll do that

9    part.

10       JAYLYNN DEAN: Okay, and then right here, how it said your ride

11   ended earlier than expected.

12       INTERVIEWER: Okay, okay, so Uber sent me that.

13       JAYLYNN DEAN: Yes, because he went off route. Okay, and then

14   right here, it has the time, how it was 34 minutes, and it should have

15   only been 10.

16       INTERVIEWER: Okay, and that was Life360, right, that part?

17       JAYLYNN DEAN: Yes.

18       INTERVIEWER: Okay, and then if you can pull up the Uber, where it

19   shows the same tracking.

20       JAYLYNN DEAN: It doesn't have it when we click on it. It just has

21   that right there.

22       INTERVIEWER: Oh, it just shows that.

23       JAYLYNN DEAN: Yeah, it just has a picture and it shows that it

24   stopped.

25       INTERVIEWER: Does this show, sorry, can you go back to the map?

1        JAYLYNN DEAN: Yeah, it won't let me click on it.

2        [00:35:00]

3        It has his license plate, I believe. Wait, okay, so it tells you

4     right there where he like stopped, or he stopped the drive, I believe.

5        INTERVIEWER: Priest in Sky Harbor?

6        JAYLYNN DEAN: Yeah, yes.

7        INTERVIEWER: And then does it show any other personal info, like

8     Uber type information on his profile?

9        JAYLYNN DEAN: Um-um.

10       INTERVIEWER: No numbers or anything like that?

11       JAYLYNN DEAN: Um-um.

12       INTERVIEWER: Alright. If you saw him again, would you be able to

13    identify him?

14       JAYLYNN DEAN: Yes

15       INTERVIEWER: I mean, that's a pretty good picture that you have

16    of him.

17       JAYLYNN DEAN: Yeah, it's clear picture, yes.

18       INTERVIEWER: Was he wearing the glasses?

19       JAYLYNN DEAN: I believe he was.

20       INTERVIEWER: Okay. Anything else you can think of that you think

21    is important that you haven't mentioned yet?

22       JAYLYNN DEAN: No, I think we got everything.

23       INTERVIEWER: Okay. What time do you think about you'll be

24    bringing the phone?

25       JAYLYNN DEAN: Maybe like 3 o'clock.

1    INTERVIEWER: 3 o'clock? Okay. I'll give you my card so you can

2    call me. I'll be here, and I'll let the detective know.

3    JAYLYNN DEAN: Okay.

4    INTERVIEWER: Like I said, it could be like two hours, it could be

5    like four hours, it just kind of depends.

6    JAYLYNN DEAN: Okay, it really just depends because I don't know

7    if I'm going to need to talk to my instructors, because I do have

8    graduation tomorrow, so if I'm missing today, they're probably going to

9    need to talk to me about that, and I'm not sure when I'll be available,

10   but I'm guessing around like 3:00.

11   INTERVIEWER: Okay. Do you have any injuries anywhere from...?

12   JAYLYNN DEAN: She did a kit, and I had not like scratches, but it

13   was like a scrape on my back, and that was the only one, and I had

14   bruises on my legs, but I think I've had the bruises, but I haven't had

15   the scrape

16   INTERVIEWER: Okay. Alright, and you can't think of anything else?

17   JAYLYNN DEAN: Um-um.

18   INTERVIEWER: Okay. Alright, so I'll follow up with you, or just

19   give me a call. Do you want to call me at 3:00, or do you think you

20   could be here at 3:00?

21   JAYLYNN DEAN: I'd could probably be here at 3:00.

22   INTERVIEWER: You could be here at 3:00? Yeah, just call me ahead

23   of time, just to make sure.

24   JAYLYNN DEAN: Okay.

25   INTERVIEWER: Alright. Do you have any questions for me?

23

1          JAYLYNN DEAN: I don't think so, no.

2          INTERVIEWER: Okay, so the only other thought I had, and I'll

3     discuss it with the team and stuff like that, just potentially calling

4     the guy. I know there's that number, I'm not sure if it's going to go

5     through or not, but just to talk to him and confront him sort of thing.

6     Is that something you would be willing to do?

7          JAYLYNN DEAN: I would be.

8          INTERVIEWER: Yeah?

9          JAYLYNN DEAN: Yes.

10          INTERVIEWER: Okay. Alright, and that's optional as well.

11          JAYLYNN DEAN: Yes, no, I would 100% be willing to.

12          INTERVIEWER: Yeah, and I'll work on to see if we can do that. The

13     only reason why I mentioned that is because if he's an Uber driver, and

14     he's not a known person to you, he's a stranger, but it's like you

15     potentially know his identity, so if you did talk to him prior…

16          JAYLYNN DEAN: No.

17          INTERVIEWER: ...you know, it wouldn't be like 100% weird to do

18     that.

19          JAYLYNN DEAN: Yes, no, I did not talk to him, yes, I would be

20     willing to.

21          INTERVIEWER: Okay, okay, yeah, so I'll talk to the team about

22     that and see if that's something, and then just so you know, we'll

23     probably also talk to Scott to establish like how intoxicated you were,

24     because if you were so intoxicated, stumbling, and all of that, like

25     this guy should have known, if he saw that, he should have known how

24

1    intoxicated you were, that's like my position on it. Even if he's like,

2    yeah, well, she was like saying things to me back, or whatever, then

3    the fact that you were like in and out of consciousness, like you

4    mentioned.

5        JAYLYNN DEAN: Yes.

6        INTERVIEWER: Could you see each other through the rearview

7    mirror?

8        JAYLYNN DEAN: Through the mirror? I was laying down, so I wasn't

9    looking at him directly, but like I was laying, so I could see him in

10    the driver's seat, if that makes sense.

11        INTERVIEWER: Yeah, okay, and we'll talk some more about that. Get

12    some rest.

13        JAYLYNN DEAN: Yeah, because I'm really tired.

14        INTERVIEWER: Yeah, get some rest, and maybe you'll think of

15    something else by the time we meet up again, but I'll give you my card.

16    I'll give you a form, and then I'll give your friend her phone back,

17    and then we should be good for now, and then we'll touch base later.

18        JAYLYNN DEAN: Okay.

19        INTERVIEWER: Okay?

20        JAYLYNN DEAN: Okay, thank you so much.

21        INTERVIEWER: You're welcome.

22        [00:40:00]

23

24

25

25

1          I hereby certify that the foregoing is, to the best of my

2      knowledge and belief, a true and accurate transcription from English to

3      English.

4

5          *Anders Nelson*
           Anders Nelson (Dec 31, 2025 15:46:09 EST)

6          _____

7      Anders Nelson

8      Project Manager

9      TransPerfect Legal Solutions

10

11

12     December 31, 2025

13

14

15

16

17

18

19

20

21

22

23

24

25