Confidential Personal Information

Patient: Dean, Jaylynn Alayah
Records Provider:
Tempe Police Department

120 East 5th Street
Tempe, AZ 85281
480 -350-8598

Records Obtained: 07/08/2025

587048.005.0107 - 587048.005.0107
Confidential-Attorney Eyes Only-JDean-TempePD-000107 -
Confidential-Attorney Eyes Only-JDean-TempePD-000107

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 07/08/2025(FM0064)
1 pages plus cover sheet

**Trial Exhibit No.**
**04088**

Confidential Personal Information

File identified as "(Extraction_1.1)_23-132207-14.2.mpg.mp4" available for download in native format as Mixed Media.

Confidential-Attorney Eyes Only-JDean-TempePD-000107