Confidential Personal Information

Patient: Dean, Jaylynn Alayah
Records Provider:
Tempe Police Department

120 East 5th Street
Tempe, AZ 85281
480 -350-8598

Records Obtained: 07/08/2025

587048.005.0117 - 587048.005.0117
Confidential-Attorney Eyes Only-JDean-TempePD-000117 -
Confidential-Attorney Eyes Only-JDean-TempePD-000117

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 07/08/2025(FM0064)
1 pages plus cover sheet

Confidential Personal Information

**Trial Exhibit No.**
**04096**

$( $- * '$$$%

File identified as "(Extraction_1.1)_Recording_(2).m4a" available for download in native format as Mixed Media.

Confidential-Attorney Eyes Only-JDean-TempePD-000117

1    HASAN TURAY: …You left me on Thursday, saying I should call you
2    back.  This is Hasan Turay.
3    DETECTIVE:  Oh, hey, Hasan.  I think that voicemail is the one
4    you had already called me back on.
5    HASAN TURAY:  Oh.
6    DETECTIVE:  Yeah.
7    HASAN TURAY:  Okay.
8    DETECTIVE:  No, you're good.  I got the other voicemail you left
9    also on… it was either a Sunday or Monday.
10    HASAN TURAY:  Yeah.
11    DETECTIVE:  Yeah.  So, I got that one too.
12    HASAN TURAY:  Okay.
13    DETECTIVE:  All right.  Do you have any questions for me?
14    HASAN TURAY:  How is it going?  Oh, you can't tell me anything.
15    DETECTIVE:  I'm still investigating, yeah.
16    HASAN TURAY:  Okay.
17    DETECTIVE:  Do you have any new information?
18    HASAN TURAY:  No.  Let me see.  No, not really…
19    DETECTIVE:  Anything you would change?
20    HASAN TURAY:  But I just… as far as like my…?
21    DETECTIVE:  Your statement, yeah.
22    HASAN TURAY:  No, I wouldn't think so.
23    DETECTIVE:  Are you sure?
24    HASAN TURAY:  I wouldn't think so.  Yeah.  It's like
25    [INDISCERNIBLE 00:01:23] the thing is I'm just like, you know, I'm

1

$( $- * '$$$'

1    just, it's like my mind is in a whirl, because I've not been in this

2    type of situation, and it is scary, you know, but I don't know, because

3    I'm pretty sure the hotel would have cameras.  You know, I'm pretty

4    sure they would, and if you could just check, you know, things like

5    that, like, you know, look on both sides of the equation, you know what

6    I'm saying.  So, you know, check like the hotel camera, you know, see

7    if she was like stumbling or how she looked and things like that, you

8    know and possibly even like, you know, how many drinks she had at

9    wherever she went, you know?  I don't know.  Have you talked to the

10    other guy as well?

11        DETECTIVE:  Do you think there'd be any reason for her to make

12    this up or lie about it?

13        HASAN TURAY:  The only thing I could think of, and I'm not trying

14    to malign anyone's character, but the only thing, honestly, that I

15    could think of is maybe trying to get some money from Uber.  I don't

16    know, because I wouldn't say it would be against me personally, because

17    we don't know each other.  Like, we haven't met before that day.  So, I

18    wouldn't say it would be anything against me personally, you know.  And

19    are you able to tell me like the exact nature of the allegation, like

20    what she's saying?  Because I don't think you, you told me.

21        DETECTIVE:  Okay.  Yeah, no, I'm still looking into that that.

22    The report is titled sexual assault.  So, that's what I'm looking into

23    just, you know, like you said, both sides of it.

24        HASAN TURAY:  I know.  I know.  I know, but it can take like a

25    lot of different forms, right, if she's saying she was passed out and I

1    assaulted her, if she's saying I forced her, you know what I'm saying?

2    Like that's what I don't… I mean, I don't know if you're at liberty to

3    tell me.  I don't know.

4        DETECTIVE:  Right.  Now, do you believe that she would've said

5    that she was passed out?

6        HASAN TURAY:  Well, you did ask me, you know, how about how drunk

7    she was and things like that.  So, you know, I kind of thought, okay,

8    because I'm wondering what was said to you.  You see what I'm saying?

9        DETECTIVE:  Yeah.

10       HASAN TURAY:  So, yeah.  So, that's what kind of made me wonder

11   about that, you know, but, you know the timeline as well, but I don't

12   believe… I wasn't like looking at my time or anything, but I don't

13   believe we were parked at that location, the 1021st Street, I don't

14   think we were parked over there for more than ten minutes.  Definitely…

15   you know… yeah, definitely

16       [00:05:00]

17       way under like 20 minutes, possibly even less, you know?  So, if

18   you know the exact time that I dropped her off at the hotel, and you

19   know the exact time that I picked her up, that would kind of give you

20   an idea of… you know what I'm saying, because we weren't there for

21   like, for a long, long time.

22       DETECTIVE:  Yeah.

23       DETECTIVE:  You see what I'm saying?  So, you know, I'm just, you

24   know… I mean, I know this is your job, this is what you do, you know,

25   but if you could just look at both sides, and, you know, kind of, you

3

$( $- * '$$$)

1    know, that's why I was saying, you know, if you've talked to the other

2    person, because I'm pretty sure he would have an idea of, okay, how

3    many drinks they had, you know, and things like that.  I don't know.

4        DETECTIVE:  Yeah.  Did she ever tell you that she was tired?

5        HASAN TURAY:  She may have said that.  I know she said she was…

6    she said I'm really drunk right now.  I think that's the first thing

7    she said when she got in the Uber.  She said I'm so drunk right now,

8    and then, you know, she went on to talk about like, you know, having

9    sex with this guy twice, and she threw up in his bathroom and things

10   like that.

11       DETECTIVE:  Okay.  Now, you mentioned about being passed out, and

12   you mentioned before that she had lied down in the back.  Did she fall

13   asleep?

14       HASAN TURAY:  No.  No, that's why I was saying if… I don't know

15   if that light has cameras, you know, I don't know, because at one

16   point, she did get up, kind of like, you know, like grabbed me between

17   my legs.  At one point she did that.  I'm not sure if it was when we

18   were at the light.  So, that's why I was saying if that light has

19   cameras, maybe you could get like a clearer picture, like of what was

20   kind of going on.

21       DETECTIVE:  Okay.  So, you said she… how did she grab you again?

22       HASAN TURAY:  In between my legs.  Like, you know, kind of like

23   to feel.

24       DETECTIVE:  In between your legs?

25       HASAN TURAY:  Yeah.

4

1           DETECTIVE:  Okay, and at what point did that happen?

2           HASAN TURAY:  When we were on the way to the parking spot.  I'm

3       almost sure it was at that light, or maybe shortly before or after

4       that.

5           DETECTIVE:  Okay.

6           HASAN TURAY:  That light, when I turned off the freeway, I came

7       up… it's like a bridge, and then I made a left, and then there's a

8       light right there.  That's why, you know, when I saw the address,

9       because I didn't even know, like, if Apple Maps would show like the

10      address from to this place, but I was just kind of looking at it, and

11      then I saw.  I'm like, oh, so this is the area, 1021st Street, you

12      know?  So, I don't know if you would be able to get any information

13      from that, like any video, like, of the light.  I don't know how these

14      things work, you know, but yes.  Around that time… yeah, if there's

15      light, if sorry, if there's like cameras there, I'm pretty sure you

16      would be able to see, like, you know, like a lot more.  You know?

17          DETECTIVE:  Okay.  So, you're saying that she grabbed like your…

18      between your legs before, right before you parked?

19          HASAN TURAY:  Yeah.

20          DETECTIVE:  Okay.

21          HASAN TURAY:  Not right before,  When I was probably around that

22      light, either shortly before or shortly after, and then when I turned

23      into… I made like a left at the light, and then there's like a big

24      office building, some kind of like commercial structure, it looks like,

25      or office building.  So, that's to the right, and then… so, I drove up,

1    I went in there, parked in a parking spot, but there was like, it's

2    just like, oh no, there's too many lights.  I'm worried about like,

3    okay, there's security there, you know, things like that.  So, then I

4    pull out here, I go around, because I

5        [00:10:00]

6        had seen like a neighborhood that looks like… around the back.

7    So, I pulled out.  I drive up, I make the first light, but then it

8    takes me back to that parking lot.  Like, the parking lot is huge.  So,

9    I pull out here and then I go around to this neighborhood, and all this

10    time, like she's urging me like, hurry up, hurry up, hurry up.  You see

11    what I'm saying?

12        DETECTIVE:  Yeah.

13        HASAN TURAY:  So, that's why… yeah.  So, that's why like, I kind

14    of, you know, because thinking, looking back on it, it's like… you

15    know, was this thing, like, planned.  Was this, like, the intention all

16    along?  You see what I'm saying?

17        DETECTIVE:  Yeah.  [INDISCERNIBLE 00:10:44].

18        HASAN TURAY:  So, I don't… yeah, I don't know, but that's what

19    happened, and then we got to this, like, neighborhood.  I parked, you

20    know, and that's when we did it, you know, and even while we are like,

21    while we're having sex… because okay.  So, I kind of like feel her

22    boobs, you know, and I attempt to like lift her shirt up, because she's

23    wearing like a white shirt, and I attempt to lift it up, and she pulls

24    it back down, you know what I'm saying, and I did notice something with

25    like her nipple.  It just looked like different.  I don't really know

6

1    how to… like, maybe like a scar was on there, and I'm guessing that's

2    what she didn't want me to see.  So, you know, I lift her blouse up,

3    she pulls it back down again.  You know?  Maybe like a minute later, I

4    tried to do it again, and she pulls it back down.  So, I know,

5    definitely like, she had the ability to stop me from doing whatever she

6    didn't want me to do or whatever she didn't feel comfortable, because

7    she stopped me from like, you know, doing anything with her boobs.

8    [INDISCERNIBLE 00:12:19].

9        DETECTIVE:  Okay.  Now, what did she say… when she was doing

10   that, what did she say?

11       HASAN TURAY:  She didn't say nothing.  She didn't say nothing.  I

12   didn't ask her, you know, why… you know what I'm saying?  It's not like

13   we're in a room somewhere, you know?  This was just something like,

14   okay.  I need to hurry up and get out of there, because it's, I mean… I

15   don't think it's legal to have sex in a car, whether it's consensual or

16   not.  You see what I'm saying?  So, I'm trying to hurry up.  So, I

17   didn't like ask like, hey, you know, why don't… but I did notice

18   something was off.  It looked like, you know, like either she'd

19   recently had a surgery, or it was like scarred or something.  Something

20   was off, and that's why I'm saying, again, if you have talked to the

21   other guy, because if you talk, if you talk to him, like maybe there's

22   things you can ask him, you know, which would maybe corroborate what

23   I'm saying.  Like for example, like, okay, like this girl said you had

24   sex twice.  You know, like, did you see her breast?  Was she

25   comfortable with that?  You know, things like that.  Maybe if you ask

7

1    him, you know, I don't know what he's going to say, but if he says

2    like, oh, no, she didn't want me to see her boobs, I mean like, maybe

3    that would kind of, you know, give a little bit of credence to what I'm

4    saying.  You see what I'm saying?

5        DETECTIVE:  Okay.  So, when she was doing that, you said she

6    didn't say anything, but did she like try to push you off or anything

7    like that?

8        HASAN TURAY:  No, no.  She just didn't want me to see the breast.

9    That was it.  She didn't want me to see the breast.  Anyways, I did it

10   twice

11       DETECTIVE:  Okay, and because she… uh-huh?

12       HASAN TURAY:  I did it the first time.  She pulled it back down.

13   I let go.  I tried it a second time, you know, like a minute later.

14   She did the same thing.  She pulled it back down.  You see what I'm

15   saying?  So, I know, for a fact, she had the ability to stop me at any

16   time.  You see what I'm saying?  Yeah, detective, you know, like, help

17   me out, please, you know?

18       [00:15:00]

19       If you talk to the other guy, he might be able to say something,

20   might be able to give you some more information, just to, you know,

21   just see both sides.  That's all I'm asking.

22       DETECTIVE:  Right, and so, what was she saying throughout the

23   time that you guys were having sex?

24

25

1      HASAN TURAY:  She was saying like, harder, you know, faster,

2  like, you know, like just keeping me, you know, just that type of

3  thing.  Like, that's all it was.

4      DETECTIVE:  Okay, and where did her underwear end up?

5      HASAN TURAY:  Detective, I did not see any underwear.  I didn't

6  take off even her skirt either.  I didn't take anything off.  She was

7  naked.  She had those things off before we got to that spot, the 1021st

8  Street, she had them off, and that's why I'm saying, if there's

9  cameras, you could just look and see if there's cameras along that

10  route.  You would see that she had them off.  I mean, I don't know if

11  you would see, but maybe you would.  Who knows?  You see, but yeah.

12  They were off.  I didn't take them off, and I didn't put them back on.

13      DETECTIVE:  Okay, so you're saying she put her clothes back on?

14      HASAN TURAY:  Yeah, she put her skirt back on at least.  You

15  know, I don't know about the underwear.  I don't know if she even had

16  underwear, if she was wearing underwear, you know?  I don't know.

17      DETECTIVE:  Okay.

18      HASAN TURAY:  Yeah.  Detective, that's why I'm saying if you

19  could please talk to the other guy.

20      DETECTIVE:  Yeah, I mean that's going to be part of it,

21  obviously.  So, yeah.

22      HASAN TURAY:  Okay.  Yeah, if you could please talk to him,

23  because he could even tell you whether she was wearing underwear or

24  not.  You know what I'm saying?  Like, I didn't see any underwear.  So,

25  I have no idea.  I know she didn't leave it in my car, you know?  Yeah,

1    because I didn't see it.  I didn't get a rider who came in after,

2    because I worked until like 6:00 in the morning.  You see what I'm

3    saying?  And that's why I was kind of like… as I'm thinking of all

4    this, you know, that's why I was kind of thinking like, okay, did she

5    say she was passed out, you know, because I'm kind of thinking, because

6    I worked until 6:00 six in the morning.  You know?  So, I know that

7    whatever report was made was made after that, because if she had made a

8    report, I wouldn't have been working.  You see what I'm saying?  It was

9    later in the day, I get this message from Uber, saying, hey, you have

10    an investigation, and you can't work.  Like, I was looking at my app,

11    and that's the thing that I saw: unable to go online.  You see what I'm

12    saying?  So, I knew I worked until at least 6:00 AM. You see what I'm

13    saying?  Yeah.  So, it wasn't left in my car, you know?  So, if you

14    could please, please talk to this other guy, get information from him

15    as well as to like how many drinks they had, you know, just things like

16    that, where they went because, she said they went out, or they met

17    somewhere, you know what I'm saying?

18          DETECTIVE:  Yeah.

19          HASAN TURAY:  So, I'm guessing maybe like a bar or a club, and

20    most places these days have cameras, you know?  So, if you could… like

21    please, detective, okay?  Like, just… that's all I'm asking, you know?

22    Just look at both sides.  I don't know.  Like I said, I can't say this

23    is personal against me, because I don't know her.  She doesn't know me.

24    We never met before that day, ever.  So, I can't say it's personal, but

25    the only thing I can think of, if this is a plan, maybe it has

1    something to do with Uber, you see?  Because yeah, I don't know, but

2    you know, that's why I'm saying please talk to the other guy, you know,

3    maybe he can say something that would match with what I'm telling you,

4    and then, you know, maybe you can just see, you know?  Like,

5         [00:20:00]

6         because I don't know.  I don't know the exact time I picked her

7    up, because I never check things like that.  Like, okay, you know, it's

8    12:01, I'm picking up this rider.  I never check things like that, but

9    I know Uber would have the exact time that I picked her up, and I know

10   the hotel most likely has cameras.  So, you would be able to know, from

11   those cameras, also the exact time that we arrived.  You see what I'm

12   saying?

13        DETECTIVE:  Right.  Yeah, okay.  Well, I'm looking into that.

14   So, yeah, I'll check that… I'm checking that as well.

15        HASAN TURAY:  Okay.

16        DETECTIVE:  All right, anything else you want to add, or you want

17   to change or anything?

18        HASAN TURAY:  No, if I think of something, detective, I will

19   definitely give you a call, and I really appreciate you for, you know,

20   taking my call.  Thank you so much.

21        DETECTIVE:  Okay.  All right, Hasan, you have a good night.

22        HASAN TURAY:  All right.  Happy Thanksgiving.

23        DETECTIVE:  You too, bye.

24        HASAN TURAY:  Thank you.  Bye.

25

1    I hereby certify that the foregoing is, to the best of my

2    knowledge and belief, a true and accurate transcription from English to

3    English.

4

5

6    *Anders Nelson*
Anders Nelson (Dec 31, 2025 16:08:56 EST)
_____

7    Anders Nelson

8    Project Manager

9    TransPerfect Legal Solutions

10

11

12    December 31, 2025

13

14

15

16

17

18

19

20

21

22

23

24

25