**Document Produced in Native**



Trial Exhibit No. **04142**

CONFIDENTIAL

UBER-MDL3084-BW-000050792