

**Uber Newsroom**

News    Company info    Leadership    Media assets

US  |  Nov 5, 2017

# Driving Change – Uber's $5 Million Commitment to Prevent Sexual Assault and Domestic Violence

—— Written by  Tracey Breeden, Global Safety Communications Lead and Former Police Detective



**Source URL:** https://www.uber.com/newsroom/driving-change-together/
**Collection Timestamp:** Mon Dec 29 2025 23:35:48 GMT-0600 (Central Standard Time)



Nearly 1 in 3 women worldwide have experienced sexual assault and/or domestic violence in their lifetime. It can happen anywhere – in our homes, our schools, our workplaces, our transportation and even our public spaces.

Sexual assault and domestic violence violate a person's trust and feelings of safety. The ripple effects can last a lifetime. These issues know no boundaries and affect all genders and communities around the globe, including the Uber community.

Today we are making a major commitment to drive change.

Twenty-four people per minute experience domestic violence and/or sexual assault in the United States alone. That's more than 12 million people over the course of a year. These are not numbers. They are our family, our friends, our colleagues and our neighbors.

Working together with members of courageous, thought-leading organizations like Raliance, National Network to End Domestic Violence and NO MORE, we have spent months learning from experts and doing what we feel is an important first step: Listening.

**Source URL:** https://www.uber.com/newsroom/driving-change-together/

**Collection Timestamp:** Mon Dec 29 2025 23:35:48 GMT-0600 (Central Standard Time)

numbers. They are our family, our friends, our colleagues and our neighbors.

Working together with members of courageous, thought-leading organizations like Raliance, National Network to End Domestic Violence and NO MORE, we have spent months learning from experts and doing what we feel is an important first step: Listening.

From having honest conversations with experts who are on the front lines tirelessly raising awareness of sexual assault and domestic violence everyday, to asking ourselves some important questions. How we can best use our resources? How can we activate our vast global network of users – including riders and drivers – and employees to raise awareness and drive prevention? How can we be part of the solution?

As a result of this ongoing collaboration we have begun to make important changes internally and will commit to use Uber's scope and visibility to help drive awareness, education and prevention of sexual assault and domestic violence to millions globally.

- *Committing $5 million to fund prevention initiatives*

The $5 million commitment over five years will fund programmatic partnerships focused on prevention. An initial portion of the funding will go to our partners Raliance, National Network to End Domestic Violence, NO MORE, Women of Color Network, Inc., Casa de Esperanza, A CALL TO MEN, and The National Coalition of Anti-Violence Programs. These partners and the funding will also help address critical funding gaps with marginalized communities who are often the most underfunded.

- *Providing important information to drivers and riders*

According to experts, driving awareness can help prevent sexual assault and domestic violence. In collaboration with Raliance, National Network to End Domestic Violence and NO MORE, and our Safety Advisory Board, we have developed awareness and prevention messaging and are using

---

**Source URL:** https://www.uber.com/newsroom/driving-change-together/

**Collection Timestamp:** Mon Dec 29 2025 23:35:48 GMT-0600 (Central Standard Time)

- *Providing important information to drivers and riders*

According to experts, driving awareness can help prevent sexual assault and domestic violence. In collaboration with Raliance, National Network to End Domestic Violence and NO MORE, and our Safety Advisory Board, we have developed awareness and prevention messaging and are using our global scope and scale through our in-app technology to inform millions of riders and drivers.

- *Making a commitment to employees*

We have joined the Corporate Alliance to End Partner Violence to develop and adopt a commitment to appropriately assist employees who might need our help in this area.

- *Implementing employee education and training*

Starting with our executive leadership team, we are educating employees with training by experts from the National Alliance to End Sexual Violence and the National Network to End Domestic Violence. Our new partnerships have enabled us to offer world-class training to our customer support agents that reflects collective wisdom in this space and imparts an understanding of this societal issue while building empathy.

Uber's technology enhances safety for riders and drivers in ways that weren't possible before such as GPS tracking, the ability to share a trip with family and friends, and 24/7 support through the app. We use technology to increase accountability and transparency such as providing riders with driver and car information before a trip and our two-way feedback system and features like Real-Time ID Check which help verify that the right driver is behind the wheel. Continuing to invest in this technology and develop new products that contribute to the safety of everyone who drives and rides using the app is a top priority.

We will continue to listen, learn, collaborate and build on our commitment to prevent sexual assault and domestic violence. Many other efforts have already been set in motion from global listening

---

**Source URL:** https://www.uber.com/newsroom/driving-change-together/

**Collection Timestamp:** Mon Dec 29 2025 23:35:48 GMT-0600 (Central Standard Time)

this technology and develop new products that contribute to the safety of everyone who drives and rides using the app is a top priority.

We will continue to listen, learn, collaborate and build on our commitment to prevent sexual assault and domestic violence. Many other efforts have already been set in motion from global listening tours, to internal speaker series, to engaging employee volunteerism. We choose not to remain silent but to join other leading corporations and organizations pioneering efforts in this area.

From our more than 15,000 employees to our millions of riders and drivers around the globe, we are helping create new allies who can shed a light on this important issue and help transform lives. Working together, we can help end sexual assault and domestic violence.

For more information click here.

Join the thousands of people who have taken NO MORE's pledge. Take action.

### 

*Stats are from World Health Organization and CDC

*The organizations that make up Raliance are the National Sexual Violence Resource Center (NSVRC), the California Coalition Against Sexual Assault (CALCASA) and the National Alliance to End Sexual Violence (NAESV)

## The latest Uber news

**Source URL:** https://www.uber.com/newsroom/driving-change-together/

**Collection Timestamp:** Mon Dec 29 2025 23:35:48 GMT-0600 (Central Standard Time)

# The latest Uber news





**US | Dec 22**

### How We Keep Our Platform Safe: Understanding Uber'…

Every ride begins with trust. Trust that your driver has been vetted, their identity verified, and that you have the tools to stay safe.

**US | Dec 15**

### America's lunch orders, revealed: the trends that…

**US | Dec 15**

### We can't spell Uber without 'U'!





**US | Dec 10**

### Uber Direct brings same-day delivery to Shopify

Uber Direct is now available to Shopify Plus merchants across the U.S., Canada, and France.

**US | Dec 11**

### Driving Change: Moving

**US | Dec 9**

### Help for the holidays

---

**Source URL:** https://www.uber.com/newsroom/driving-change-together/

**Collection Timestamp:** Mon Dec 29 2025 23:35:48 GMT-0600 (Central Standard Time)

$( \% - '$$\%$



US | Dec 11

## Driving Change: Moving Forward Together

Uber Direct is now available on Shopify Plus merchants across the U.S., Canada, and France.



US | Dec 9

## Help for the holidays

View more news >



**Source URL:** https://www.uber.com/newsroom/driving-change-together/

**Collection Timestamp:** Mon Dec 29 2025 23:35:48 GMT-0600 (Central Standard Time)

$( ‰ - '$$%



© 2025 Uber Technologies Inc.

**Source URL:** https://www.uber.com/newsroom/driving-change-together/

**Collection Timestamp:** Mon Dec 29 2025 23:35:48 GMT-0600 (Central Standard Time)

Uber Newsroom

News    Company info    Leadership    Media assets

US  |  Apr 24, 2018

# Driving Change By Connecting with the Communities We Serve

—— Written by Tracey Breeden, Safety Communications Lead and Former Police Detective



**Source URL:** https://www.uber.com/newsroom/driving-change-by-connecting-with-the-communities-we-serve/
**Collection Timestamp:** Tue Dec 30 2025 15:19:33 GMT-0600 (Central Standard Time)

$( % - '$$' $



As part of Uber's ongoing commitment to drive change and help prevent sexual assault and domestic violence in our global communities, we're teaming up with leading organizations during Sexual Assault Awareness Month.

Today we're announcing the next step in our *Driving Change* awareness and prevention initiative. In partnership with our national partners NO MORE, Raliance, the National Network to End Domestic Violence, A CALL TO MEN, Casa de Esperanza, Women of Color Network, Inc. and The National Coalition of Anti-Violence Program, we're connecting with communities to listen, engage and advance the conversation on safety in the travel and transportation industry:

*50 Community Forums Across the U.S.*

Working with our Driving Change national partners, together we are holding 50 local events across the U.S. with prevention advocates, corporate leaders, members of the public, and riders and drivers. We are connecting with local communities to provide a forum for open, diverse discussions around sexual assault prevention, education and resources.

**Source URL:** https://www.uber.com/newsroom/driving-change-by-connecting-with-the-communities-we-serve/
**Collection Timestamp:** Tue Dec 30 2025 15:19:33 GMT-0600 (Central Standard Time)

Working with our Driving Change national partners, together we are holding 50 local events across the U.S. with prevention advocates, corporate leaders, members of the public, and riders and drivers. We are connecting with local communities to provide a forum for open, diverse discussions around sexual assault prevention, education and resources.



A CALL TO MEN's Tony Porter discusses engaging men in the #MeToo era at a forum in Los Angeles, CA on April 22.

*Providing Prevention Education to Drivers and Riders*

---

**Source URL:** https://www.uber.com/newsroom/driving-change-by-connecting-with-the-communities-we-serve/

**Collection Timestamp:** Tue Dec 30 2025 15:19:33 GMT-0600 (Central Standard Time)

A SPACE TO MEN's Tony Porter discusses engaging men in the #MeToo era at a forum in Los Angeles, CA on April 22.

*Providing Prevention Education to Drivers and Riders*

We are enhancing our efforts to provide awareness and prevention information to millions of riders and drivers with a new video developed in collaboration with NO MORE.



*Community and Volunteer Events*

To further support community organizations that have made it their life's work to prevent sexual violence, Uber employees are participating in volunteer projects ranging from tech support to marketing initiatives. We are also helping connect drivers and riders with local experts in this space, providing them with nonprofit and skill-based volunteer and educational opportunities.

**Source URL:** https://www.uber.com/newsroom/driving-change-by-connecting-with-the-communities-we-serve/
**Collection Timestamp:** Tue Dec 30 2025 15:19:33 GMT-0600 (Central Standard Time)

To further support community organizations that have made it their life's work to prevent sexual violence, Uber employees are participating in volunteer projects ranging from tech support to marketing initiatives. We are also helping connect drivers and riders with local experts in this space, providing them with nonprofit and skill-based volunteer and educational opportunities.

*Sharing and Learning from Others*

We recently hosted an event for 50+ company executives in travel and transportation to brainstorm on how our industry can improve safety and create meaningful change in this space.

Uber is committed to putting safety at the core of everything we do. As our CEO announced last week, we are adding new safety features, strengthening our screening process and bringing the former U.S. Secretary of Homeland Security on board to serve as chairman of our Safety Advisory Board.

These initiatives have been developed in part due to feedback from our riders and drivers, and from engaging in important conversations with our national partners, community advocates and Safety Advisory Board members including Ebony Tucker, Advocacy Director for the National Alliance to End Sexual Violence and Cindy Southworth, Executive Vice President of the National Network to End Domestic Violence.

Nearly 1 in 3 women and 1 in 6 men experience sexual assault. These issues know no boundaries and affect all genders, industries and communities around the globe, including the travel and transportation community.

Every day millions of people across the globe use Uber to move safely around their cities. We'll continue to use our global scale and scope to drive awareness and prevention with an issue that affects all communities. And we'll continue to listen, learn and work with experts, the communities we serve and leading corporations around the globe to drive change.

**Source URL:** https://www.uber.com/newsroom/driving-change-by-connecting-with-the-communities-we-serve/

**Collection Timestamp:** Tue Dec 30 2025 15:19:33 GMT-0600 (Central Standard Time)

Every day millions of people across the globe use Uber to move safely around their cities. We'll continue to use our global scale and scope to drive awareness and prevention with an issue that affects all communities. And we'll continue to listen, learn and work with experts, the communities we serve and leading corporations around the globe to drive change.

Learn more about our Driving Change partners and what Uber is doing during Sexual Assault Awareness Month.

Learn more about Uber's global commitment to help prevent sexual assault and domestic violence.

For more information and resources, and to take NO MORE's pledge to help end sexual assault and domestic violence in your community, click here.

## The latest Uber news

US | Dec 22

### How We Keep Our Platform Safe: Understanding Uber'...

Every ride begins with trust. Trust that your driver has been vetted, their identity verified, and that you have the tools to stay




**Source URL:** https://www.uber.com/newsroom/driving-change-by-connecting-with-the-communities-we-serve/
**Collection Timestamp:** Tue Dec 30 2025 15:19:33 GMT-0600 (Central Standard Time)

### How We Keep Our Platform Safe: Understanding Uber'…

Every ride begins with trust. Trust that your driver has been vetted, their identity verified, and that you have the tools to stay safe.



US | Dec 15

### America's lunch orders, revealed: the trends that…



US | Dec 15

### We can't spell Uber without 'U'!



US | Dec 11

### Driving Change: Moving Forward Together

US | Dec 10

### Uber Direct brings same-day delivery to Shopify

Uber Direct is now available to Shopify Plus merchants across the U.S., Canada, and France.



US | Dec 9

### Help for the holidays

View more news  >

---

**Source URL:** https://www.uber.com/newsroom/driving-change-by-connecting-with-the-communities-we-serve/
**Collection Timestamp:** Tue Dec 30 2025 15:19:33 GMT-0600 (Central Standard Time)

View more news >



**Source URL:** https://www.uber.com/newsroom/driving-change-by-connecting-with-the-communities-we-serve/

**Collection Timestamp:** Tue Dec 30 2025 15:19:33 GMT-0600 (Central Standard Time)



Uber Newsroom

News    Company info    Leadership    Media assets

US | Apr 21, 2021

## Driving Change — Committing $2.6 Million to Combat the Global Crisis of Gender Based Violence

—— Written by  By Brittany Anthony, Head of Global Women's Safety Policy, Uber

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/
**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)



In 2017, the world witnessed more than 12 million people in 24 hours find their voices and find each other through one viral hashtag: #MeToo. Seemingly overnight, families, celebrities, schools, and companies all over the globe began to grapple with the true magnitude of domestic and sexual violence, Uber included.

That same year Uber began a transformative journey centered on improving safety on our platform. By embarking on months of listening sessions with survivors and advocates, we began to understand how Uber could work to be a safer, more survivor-centered company, and how we could channel the scope of our platform to help prevent gender based violence in our communities.

This led to the launch of our Driving Change initiative, committing $5 million in grant funding over five years to support organizations working to prevent, address, and respond to gender based violence in the US. Not only have we recommitted these funds every year since, we've expanded Driving Change to every continent where Uber operates.

This year, in honor of Sexual Assault Awareness Month, we're announcing $2.6 million in funding for organizations working to end gender based violence and advance women's equity around the

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/

**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

violence in the US. Not only have we recommitted these funds every year since, we've expanded Driving Change to every continent where Uber operates.

This year, in honor of Sexual Assault Awareness Month, we're announcing $2.6 million in funding for organizations working to end gender based violence and advance women's equity around the globe.

This year, we are not only proud to continue our longstanding partnerships with national anti-gender based violence organizations, we're also excited to announce four new Driving Change partners that are either survivor-led or providing culturally specific resources to communities in the US.

Survivors of color and those that are immigrants face additional barriers in seeking help through mainstream channels. That's why Uber believes it's critically important to support organizations that are responsive to survivors' intersecting identities. Furthermore, Uber firmly believes that survivors should be at the forefront of guiding change in this area.

And because a lack of transportation can often stand in the way of a survivor's safety and path to healing, this year we will also donate up to $200,000 to ten state domestic and sexual violence coalitions to provide free rides for survivors of violence.

Through these partnerships, Uber has been able to address women's safety across the different facets of our business and beyond. Advocates and survivors have helped inspire dozens of new innovative safety features, survivor support programs, education for our riders, drivers and customer support agents, and Uber's first-of-its-kind US Safety Report.

On the heels of a global pandemic, the #MeToo hashtag may no longer be on the front pages, but the need to address gender based violence has nevertheless intensified. And we're still working to play a role in ending it.

---

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/

**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

customer support agents, and Uber's first-of-its-kind US Safety Report.

On the heels of a global pandemic, the #MeToo hashtag may no longer be on the front pages, but the need to address gender based violence has nevertheless intensified. And we're still working to play a role in ending it.

Here are the partnerships that make up our Driving Change initiative:

## United States:

me too. International

me too. International serves as a convener, thought leader, and organizer across the mainstream and the grassroots to address systems that allow for the proliferation of sexual violence, specifically in Black, queer, trans, disabled, and all communities of color.

> "me too. International is thrilled to receive support from Uber and be among the 2021 Driving Change partner organizations doing incredible work to end sexual violence and improve the lives of survivors. With the funding we receive, we plan to deepen our existing program offerings to survivors and grow engagement with under-resourced communities to ensure that they see themselves in our work."
>
> – Dani Ayers, Chief Executive Officer of me too. International

Ujima: The National Center on Violence Against Women in the Black Community

Ujima is a national, culturally-specific organization founded to provide support to and be a voice for

---

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/

**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

Ujima: The National Center on Violence Against Women in the Black Community

Ujima is a national, culturally-specific organization founded to provide support to and be a voice for the Black Community in response to domestic, sexual and community violence.

*"The invitation to partner with Uber is significant because it exemplifies corporate responsibility and a commitment to addressing anti-blackness internally and externally. This partnership allows Ujima to participate in Uber's transformative journey of being a thought leader in the corporate community and gives Ujima the opportunity to build its infrastructure in a way that is often unfunded and under resourced."*

*– Karma Cottman, Executive Director, Ujima*

Rise

Rise is a civil rights accelerator that has trained hundreds of rape survivors how to pen their own civil rights into existence. COVID-19 "Stay at Home" policies have spiked sexual and domestic violence rates across the world. In response, Rise launched "Survivor Safe Haven" which creates safe havens at local restaurants and businesses to give survivors with no place to go access to resources.

*"I'm incredibly grateful to Uber for their steadfast commitment in protecting survivors' agency and prioritizing our dignity. Their support will go directly toward our work in*

---

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/

**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

resources.

> *"I'm incredibly grateful to Uber for their steadfast commitment in protecting survivors' agency and prioritizing our dignity. Their support will go directly toward our work in uplifting millions of survivors around the country."*
>
> – *Amanda Nguyen, CEO & Founder, Rise*

Tahirih Justice Center

The Tahirih Justice Center is a national, nonprofit organization that serves immigrant survivors fleeing gender-based violence. By amplifying the experiences of survivors in communities, courts, and Congress, Tahirih's mission is to create a world in which all people share equal rights and live in safety and with dignity.

> *"Through Tahirih's partnership with Uber, we continue our work to improve the laws, practices, and attitudes that can help immigrant survivors vulnerable to abuse. With Uber's support, we provide each survivor with the resources they need to secure personal protection and support their agency in their healing journey. By working at both the systemic and individual levels, we seek to have a truly transformative impact on our justice system."*
>
> – *Archi Pyati, Chief of Policy and Communications, Tahirih Justice Center*

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/

**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

*on our justice system."*

*– Archi Pyati, Chief of Policy and Communications, Tahirih Justice Center*

RALIANCE

RALIANCE is a national partnership dedicated to ending sexual violence in one generation. Through their resource center RALIANCE Business, they are helping businesses and organizations adopt consistent, evidence-based standards and strategies to improve how they measure, respond to, and prevent sexual violence.

Rape, Abuse, Incest National Network (RAINN)

As the nation's largest sexual violence prevention organization, RAINN operates the National Sexual Assault Hotline. Uber has partnered with RAINN to develop sexual assault and misconduct education for drivers and administers the Uber Survivor Resources Hotline.

National Network to End Domestic Violence (NNEDV)

As the nation's leading voice for domestic violence victims and their advocates and Uber's very first national partner to address women's safety, NNEDV works with service providers, state coalitions, and corporations to understand the ongoing and emerging needs of domestic violence victims.

NO MORE

Dedicated to ending domestic violence and sexual assault by increasing awareness, inspiring action and fueling culture change, NO MORE has partnered with Uber to create and launch the

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/

**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

NO MORE

Dedicated to ending domestic violence and sexual assault by increasing awareness, inspiring action and fueling culture change, NO MORE has partnered with Uber to create and launch the #DontStandBy bystander intervention campaign to educate the nightlife community and encourage people to prevent sexual assault before it starts.

## Driving Change Globally:

As a global company, our teams around the world are privileged to work with and learn from organizations on how Uber can drive change in women's lives. This year, we're happy to announce just some of our Driving Change partners across the globe, with more to be established soon:

- Latin America
  - Instituto Igarapé  (Brazil)
  - Instituto Patricia Galvão (Brazil)
  - Instituto Avon (Brazil)
  - MeToo (Brazil)
  - Promundo (Brazil)
  - ACTO (Mexico)
  - Fondo Semillas (Mexico)
  - Red Nacional de Refugios (Mexico)
  - Ministry of Women, Genders and Diversity (Argentina)
- Europe
  - UK SAYS NO MORE (United Kingdom)

---

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/

**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

- Red Nacional de Refugios (Mexico)

  - Ministry of Women, Genders and Diversity (Argentina)

- Europe

  - UK SAYS NO MORE (United Kingdom)

  - Collectif Féministe contre le Viol (France)

  - Handsaway (France)

  - SOS homophobie (France)

  - Stop Harcèlement de Rue (France)

- Africa

  - NISAA Institute for Women's Development (South Africa)

- Canada

  - YWCA Canada (National)

  - EVA BC (British Columbia)

  - WomanACT (Ontario)

  - Le Chaînon (Quebec)

- India

  - Breakthrough (National)

  - Manas Foundation (National)

---

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/

**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

- <u>Manas Foundation</u> (National)

## The latest Uber news

**US | Dec 22**

### How We Keep Our Platform Safe: Understanding Uber'…

Every ride begins with trust. Trust that your driver has been vetted, their identity verified, and that you have the tools to stay safe.



**US | Dec 15**

### America's lunch orders, revealed: the trends that…



**US | Dec 15**

### We can't spell Uber without 'U'!





**US | Dec 10**

### Uber Direct brings same-day delivery to Shopify

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/
**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

$( % - '$$, )



US | Dec 10

## Uber Direct brings same-day delivery to Shopify

Uber Direct is now available to Shopify Plus merchants across the U.S., Canada, and France.



US | Dec 11

## Driving Change: Moving Forward Together

US | Dec 9

## Help for the holidays

View more news >



Uber

Do not sell or share my personal information

? Help

⊗ English

◉ US

**Company**

Investors

Global citizenship

Safety

Uber Blog

**Products**

Ride

Drive

Eat

Uber for Business

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/
**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

$( % - '$$, *



© 2025 Uber Technologies Inc.

Privacy    Accessibility    Terms

**Source URL:** https://www.uber.com/newsroom/driving-change-2021/
**Collection Timestamp:** Mon Dec 29 2025 23:45:27 GMT-0600 (Central Standard Time)

Uber Newsroom

News    Company info    Leadership    Media assets

US | Dec 5, 2023

## Driving Change: Uber Commits $10 Million for Community Partnerships Working to End Gender-based Violence

—— Written by Dr. Elise Maiolino, Global Head of Women's Safety Policy, Uber



**Source URL:** https://www.uber.com/newsroom/driving-change-2023/

**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)



During the 16 Days of Activism Against Gender-Based Violence we are reminded that commitments and investments from all levels of society are needed to end gender-based violence. At Uber, we are dedicated to doing our part to address this societal challenge.

Today, Uber is proud to announce a $10 million dollar commitment, over five years, to provide funding for organizations working to prevent, address, and respond to gender-based violence as part of our global Driving Change initiative.

We first launched Driving Change in 2017, and have expanded the program since, deepening our relationships with longstanding partners, and developing new partnerships with organizations from around the world. Over the years, we've seen the impact that partnerships with experts and advocates can have on our communities and on companies like ours. We know there is more work to be done and that is why today we are doubling down on our commitment to Driving Change.

Our Driving Change partners have shaped Uber's safety journey, making safety an integral part of our company's work. They've not only inspired innovative safety features, but also played a pivotal role in launching educational prevention and awareness campaigns that have reached millions of

---

**Source URL:** https://www.uber.com/newsroom/driving-change-2023/

**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)

to be done and that is why today we are doubling down on our commitment to Driving Change.

Our Driving Change partners have shaped Uber's safety journey, making safety an integral part of our company's work. They've not only inspired innovative safety features, but also played a pivotal role in launching educational prevention and awareness campaigns that have reached millions of people in different parts of the world. In addition, these partners have provided trauma-informed resources and support for survivors in need.

Supporting and investing in the work of organizations is a critical part of ending gender-based violence in our communities. At Uber, we will continue to embed safety in everything we do, partner with organizations to raise awareness of gender-based violence, and fund programs and services that advance opportunities for women and marginalized communities everywhere.

Quotes from our partners:

*"To successfully eliminate gender-based violence in the world, it will require strong and long-lasting partnerships: WomanACT is proud to collaborate with Uber; we applaud their commitment to support and partner with experts in the field and advance women's equity in Canada and around the world. The Driving Change funds will support public education, raise awareness activities and enhance the inclusion of women with lived experiences of gender-based violence."*

*– Harmy Mendoza, Executive Director, Woman Abuse Council of Toronto, Canada*

*"Uber's support was central in building EVA (Evidence on Violence and Alternatives for Women and Girls), the most comprehensive data platform on violence against women and girls. In addition to data on the different types of violence against women, the platform also provides a comparison of laws between Brazil, Colombia and Mexico and public initiatives. Over the five years of our partnership, we have shown the lack of data on the subject, developed training for journalists and participated in public debates to guide ways to overcome the problem."*

**Source URL:** https://www.uber.com/newsroom/driving-change-2023/

**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)

and Girls), the most comprehensive data platform on violence against women and girls. In addition to data on the different types of violence against women, the platform also provides a comparison of laws between Brazil, Colombia and Mexico and public initiatives. Over the five years of our partnership, we have shown the lack of data on the subject, developed training for journalists and participated in public debates to guide ways to overcome the problem."

– Melina Risso, Research Director, Igarape Institute, Brazil

"Over the past 4 years, we've really seen the impact of our work together. More and more private hire vechiles and taxi companies are following Uber's example and implementing actions to prevent sexual violence."

— Lucile Dupuy, Co founder and COO, Hally, France

"NNEDV's Safety Net team is proud to continue to partner with Uber.  Driving Change  supports our organization's work, and enables valuable collaborations. This year to help survivors and advocates evaluate Uber as a transportation option, we were pleased to develop a resource for survivors on safety and privacy considerations when using Uber. When creating a safety plan, transportation options are one of many elements survivors and their advocates need to consider. Ride-sharing apps, like Uber, offer unique safety features that can help survivors as they look for transportation options that meet their needs."

– Erica Olsen,  Safety Net Project Director, National Network to End Domestic VIolence, US

"The partnership between Uber and WESNET represents a powerful collaboration aimed at providing vital assistance to women at-risk and affected by Domestic & Family Violence (DFV) in Australia. Through this initiative, Uber's rideshare program has played a crucial role in facilitating transportation for women to essential appointments related to safety planning, medical care, support services, legal assistance, housing, and police interactions. This partnership has already made a significant difference in the lives of over 5,372 women and their children, demonstrating a

**Source URL:** https://www.uber.com/newsroom/driving-change-2023/

**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)

*providing vital assistance to women at-risk and affected by Domestic & Family Violence (DFV) in Australia. Through this initiative, Uber's rideshare program has played a crucial role in facilitating transportation for women to essential appointments related to safety planning, medical care, support services, legal assistance, housing, and police interactions. This partnership has already made a significant difference in the lives of over 5,372 women and their children, demonstrating a real and practical commitment to addressing the challenges of DFV."*

*– Karen Bentley, CEO, WESNET, Australia*

Driving Change Partners:

Uber is privileged to continue to partner with organizations around the world, including:

Australia

- She's a Crowd
- WESNET
- Transgender Victoria

Brazil

- Instituto Igrape
- MeToo Brazil
- Instituto Patrícia Galvão
- Instituto Avon

Canada

- YWCA Canada

---

**Source URL:** https://www.uber.com/newsroom/driving-change-2023/

**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)

- Instituto Avon

Canada

- YWCA Canada
- WomanACT
- EVA BC
- Le Chainon

France

- Handsaway
- CFCV Collectif Feministe Contre Le Viol
- SOS homophobie

India

- Sakshi
- Durga
- Sun Foundation

Mexico

- Fundacion Origen
- Sin Trata
- Simetria

**Source URL:** https://www.uber.com/newsroom/driving-change-2023/

**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)

- Fundacion Origen
- Sin Trata
- Simetria

South Africa

- The Nisaa Institute for Women's Development

UK

- Survivors Trust
- Women's Aid

US

- NO MORE
- Ujima
- RALIANCE
- RAINN
- Rise
- National Network to End Domestic Violence
- National Aliance to End Sexual Violence

---

**Source URL:** https://www.uber.com/newsroom/driving-change-2023/

**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)

- National Aliance to End Sexual Violence

## The latest Uber news

US | Dec 22

### How We Keep Our Platform Safe: Understanding Uber'…

Every ride begins with trust. Trust that your driver has been vetted, their identity verified, and that you have the tools to stay safe.



US | Dec 15

### America's lunch orders, revealed: the trends that…



US | Dec 15

### We can't spell Uber without 'U'!



US | Dec 10

### Uber Direct brings same-day delivery to Shopify

Uber Direct is now available to Shopify Plus merchants across the U.S., Canada, and



---

**Source URL:** https://www.uber.com/newsroom/driving-change-2023/
**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)

$( % - '$%\ $



### Uber Direct brings same-day delivery to Shopify

Uber Direct is now available to Shopify Plus merchants across the U.S., Canada, and France.



US | Dec 11

### Driving Change: Moving Forward Together

US | Dec 9

### Help for the holidays

View more news  >



**Source URL:** https://www.uber.com/newsroom/driving-change-2023/

**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)



US

Safety

Uber Blog

Careers

Uber.com

Eat

Uber for Business

Uber Freight

© 2025 Uber Technologies Inc.

Privacy    Accessibility    Terms

**Source URL:** https://www.uber.com/newsroom/driving-change-2023/

**Collection Timestamp:** Mon Dec 29 2025 23:49:04 GMT-0600 (Central Standard Time)



Uber Newsroom

News    Company info    Leadership    Media assets

US  |  Dec 10, 2024

# Working Together with Our Partners to Drive Change

—— Written by Liz Dank, Head of Women's and Personal Safety Public Policy, Uber

**Source URL:** https://www.uber.com/newsroom/working-together-to-drive-change/
**Collection Timestamp:** Mon Dec 29 2025 23:50:57 GMT-0600 (Central Standard Time)

$( % - '$% *



The theme for UN Women's 2024 16 Days of Activism against Gender-Based Violence is "Come Together, Act Now". This message resonates deeply as we reflect on the impact of our global Driving Change initiative over the past year.

We launched Driving Change in 2017 to develop deep partnerships with gender-based violence NGOs, improve Uber's responses to gender-based violence, and invest in global and local prevention and response initiatives. In 2023, we announced an additional $10 million commitment over five years to continue to grow and expand this critical work.

Through Driving Change, we have the privilege of working closely with gender-based violence experts around the world and supporting local community-based efforts to respond to and prevent exploitation and abuse. These partnerships have helped to inform and enrich our safety work at Uber, including the development of a suite of safety features and policies and the launch of educational and awareness campaigns.

In 2024, through our partnerships with Driving Change organizations, we have:

**Source URL:** https://www.uber.com/newsroom/working-together-to-drive-change/

**Collection Timestamp:** Mon Dec 29 2025 23:50:57 GMT-0600 (Central Standard Time)

exploitation and abuse. These partnerships have helped to inform and enrich our safety work at Uber, including the development of a suite of safety features and policies and the launch of educational and awareness campaigns.

In 2024, through our partnerships with Driving Change organizations, we have:

- Developed a global educational awareness campaign grounded in the core tenet of our Community Guidelines, treat everyone with respect.

- Supported gender-based violence research which will inform our safety products and initiatives.

- Launched a human trafficking campaign reaching 1.8M riders, drivers, and couriers in Latin America.

- Released a new resource for survivors of abuse which offers safety and privacy tips to support survivors using Uber in Canada.

- Commemorated our seven year partnership with Fondo Semillas which has supported resources and services for more than 10,000 women in Mexico.

- Organized health screening services and held an inaugural Women's Economic Empowerment Symposium in South Africa where the voices of survivors of gender-based violence were uplifted, including survivors who are business leaders and government officials.

At Uber, we believe that our work on safety never stops. We are committed to helping to end gender-based violence on our platform and in the communities we serve. If you or someone you know has experienced gender-based violence, help is available. You can connect in-app with the Uber Support team 24/7 and access local support and resources through NO MORE's international directory of service providers.

"Uber's proactive approach through the Driving Change initiative marks a significant advancement in the collective effort to eradicate gender-based violence. At NO MORE, our collaboration with

**Source URL:** https://www.uber.com/newsroom/working-together-to-drive-change/

**Collection Timestamp:** Mon Dec 29 2025 23:50:57 GMT-0600 (Central Standard Time)

Uber Support team 24/7 and access local support and resources through NO MORE's international directory of service providers.

"Uber's proactive approach through the Driving Change initiative marks a significant advancement in the collective effort to eradicate gender-based violence. At NO MORE, our collaboration with Uber has been instrumental in broadening the scope and impact of our programs. This partnership is pivotal as it provides both the platform and resources necessary to increase awareness, educate communities, and support survivors across the globe."

– Pamela Zaballa, Global CEO, NO MORE

"We're grateful for our partnership with Uber Canada, bringing Driving Change partners together to foster safer communities for women, girls, and gender diverse people. Cross-sector partnerships like this one is the key to building safer and more equitable communities across Canada!"

– Aline Nizigama, CEO, YWCA Canada

"To successfully eliminate gender-based violence in the world, it will require strong and long-lasting partnerships: WomanACT is proud to collaborate with Uber; we applaud their commitment to support and partner with experts in the field and advance women's equity in Canada and around the world. The Driving Change funds will support public education, raise awareness activities and enhance the inclusion of women with lived experiences of gender-based violence."

– Harmy Mendoza, Executive Director, Woman Abuse Council of Toronto (WomanACT)

"For the past seven years, the alliance with Uber as a corporate donor has made it possible for us to partner with women's organizations that are at the forefront of working to advance lives free of violence. This year, this alliance is integrated into our #LibresParaSer (#FreeToBe) campaign, to which people can join individually."

---

**Source URL:** https://www.uber.com/newsroom/working-together-to-drive-change/

**Collection Timestamp:** Mon Dec 29 2025 23:50:57 GMT-0600 (Central Standard Time)

"For the past seven years, the alliance with Uber as a corporate donor has made it possible for us to partner with women's organizations that are at the forefront of working to advance lives free of violence. This year, this alliance is integrated into our #LibresParaSer (#FreeToBe) campaign, to which people can join individually."

– Gabriela Toledo, Director of Fondo Semillas

"Mzansi Act Now, an organization dedicated to combating Gender-Based Violence and Femicide (GBVF), is proud to partner with Uber in driving change across communities in South Africa. Through advocacy, education, and grassroots action, Act Now empowers individuals to challenge harmful norms, create safer spaces, and take a stand against violence. The partnership with Uber, accelerates the commitment to fostering accountability and hope, working tirelessly toward a future where GBVF is eradicated, and safety and equality are a reality for all."

– Tebogo, Mpho and Tshepo Lerole, of Mzansi Act Now

2024 Driving Change Partners

Africa

- Mzansi Act Now

Brazil

- Patrícia Galvão Institute
- Igarapé Institute

Canada

- YWCA Canada

---

**Source URL:** https://www.uber.com/newsroom/working-together-to-drive-change/

**Collection Timestamp:** Mon Dec 29 2025 23:50:57 GMT-0600 (Central Standard Time)

- Igarape Institute

Canada

- YWCA Canada
- The Ending Violence Association of BC (EVA BC)
- WomanACT
- Le Chaînon

France

- Fondation des Femmes
- Collectif Féministe Xontre le Viol
- HandsAway
- SOS homophobie

India

- Durga India
- ANEW India

Mexico

- SinTrata
- Fondo Semillas

United Kingdom

---

**Source URL:** https://www.uber.com/newsroom/working-together-to-drive-change/

**Collection Timestamp:** Mon Dec 29 2025 23:50:57 GMT-0600 (Central Standard Time)

- Sin Trata

- Fondo Semillas

United Kingdom

- The Survivors Trust

United States

- GLAAD

- It's On Us

- National Network to End Domestic Violence (NNEDV)

- NO MORE

- RALIANCE

- Rise

- Ujima

- Rape, Abuse, & Incest National Network (RAINN)

## The latest Uber news





**Source URL:** https://www.uber.com/newsroom/working-together-to-drive-change/

**Collection Timestamp:** Mon Dec 29 2025 23:50:57 GMT-0600 (Central Standard Time)

## The latest Uber news



US | Dec 11

### Driving Change: Moving Forward Together

 

US | Jul 9

### Uber Partners with the LA28 Olympic and Paralympic…



US | Jun 9

### La Dolce Vita! Introducing Uber Copter & Uber Boat i…



US | Jun 9

### Uber Advertising Unveils Creative Studio to Power…



US | Jun 9

### Uber Advertising Unveils Creative Studio to Power…



US | Jun 4

### Ride Easy: A Simpler Way for Older Adults to Get Around

---

**Source URL:** https://www.uber.com/newsroom/working-together-to-drive-change/
**Collection Timestamp:** Mon Dec 29 2025 23:50:57 GMT-0600 (Central Standard Time)

$( % - '$%'

US | Jun 9

**Uber Advertising Unveils Creative Studio to Power…**

US | Jun 9

**Uber Advertising Unveils Creative Studio to Power…**

US | Jun 4

**Ride Easy: A Simpler Way for Older Adults to Get Around**

View more news >



Do not sell or share my personal information

Uber

⦾ Help

⊗ English

◉ US

Download on the **App Store**

GET IT ON **Google Play**

**Company**

Investors

Global citizenship

Safety

Uber Blog

Careers

Uber.com

**Products**

Ride

Drive

Eat

Uber for Business

Uber Freight

© 2025 Uber Technologies Inc.

Privacy    Accessibility    Terms

f X ▶ in ⊙

**Source URL:** https://www.uber.com/newsroom/working-together-to-drive-change/

**Collection Timestamp:** Mon Dec 29 2025 23:50:57 GMT-0600 (Central Standard Time)

Uber Newsroom

News    Company info    Leadership    Media assets

US  |  Dec 11, 2025

# Driving Change: Moving Forward Together

—— Written by  Liz Dank, Head of Women's and Personal Safety Public Policy, Uber



**Source URL:** https://www.uber.com/newsroom/driving-change-moving-forward/
**Collection Timestamp:** Tue Dec 30 2025 15:20:50 GMT-0600 (Central Standard Time)

$( % - '$% &



When we launched *Driving Change* in 2017, our goal was simple: to partner with organizations around the world to help prevent gender-based violence and make every journey safer. Eight years later, that commitment has grown into a global network of changemakers working together to help build safer communities.

Since 2017, we've partnered with more than 25 organizations worldwide and have committed $15 million through Driving Change to support NGOs working to prevent violence against women — on our platform and beyond. Together, we've strengthened reporting and incident response, co-developed trauma-informed resources, and supported awareness campaigns reaching millions of people around the world.

In 2025, with support from Driving Change grants, our partners:

- Enhanced survivor support globally by providing safe housing, 100,000+ meals, essential transportation, legal and emotional support services, and helpline support for thousands of women and girls.

- Strengthened the global response to gender-based violence by training frontline workers and

**Source URL:** https://www.uber.com/newsroom/driving-change-moving-forward/
**Collection Timestamp:** Tue Dec 30 2025 15:20:50 GMT-0600 (Central Standard Time)

- Enhanced survivor support globally by providing safe housing, 100,000+ meals, essential transportation, legal and emotional support services, and helpline support for thousands of women and girls.

- Strengthened the global response to gender-based violence by training frontline workers and employees, building corporate and community leadership networks, advancing tech-safety education, raising awareness of Uber's safety tools, and improving user education.

- Advanced systemic efforts to prevent gender-based violence by engaging policymakers, convening national cross-sector dialogues, supporting the adoption of women's rights–centered practices, and producing research and policy resources that elevate women's safety and safeguard survivor privacy.

- Expanded global awareness and education by maintaining a global directory of domestic and sexual violence services, launching high-impact public campaigns, elevating national conversations through research on women's safety, distributing survivor-focused safety materials, and delivering trafficking-prevention education to thousands of youth, caregivers, and educators.

- Deepened cross-sector collaboration by bringing together nonprofits, policymakers, and industry partners to strengthen prevention efforts and help build safer communities for 2026 and beyond.

# Empowering Women in Every Journey

At Uber, we stand for safety. Safety is not just a feature—it's a foundation. That's why we invest in innovative technologies, robust policies, and expert partnerships that help prioritize women's safety at every step of their journey.

We are steadfast in our commitment to building a platform where women feel safe, empowered, and in control. As part of that commitment, in 2025, we continued to expand Women Preferences

---

**Source URL:** https://www.uber.com/newsroom/driving-change-moving-forward/

**Collection Timestamp:** Tue Dec 30 2025 15:20:50 GMT-0600 (Central Standard Time)

innovative technologies, robust policies, and expert partnerships that help prioritize women's safety at every step of their journey.

We are steadfast in our commitment to building a platform where women feel safe, empowered, and in control. As part of that commitment, in 2025, we continued to expand Women Preferences giving women riders and drivers the option to be matched with other women on trips.

We also know that for many survivors of gender-based violence, transportation can be a critical barrier to accessing safety and care. In the communities we serve, survivors often turn to Uber as a lifeline, whether it's reaching a shelter, a hospital, or vital support services. In partnership with local organizations, we help meet that need by providing free rides to connect survivors with the help they need. By addressing this essential link, we're contributing to better outcomes and saving lives. Building on this community work, in 2025, we launched Hope Rides in the United States — our new partnership with the Alliance for HOPE International that provides free rides to help survivors of interpersonal violence reach Family Justice Centers across the country.

Looking Ahead

This year's UN 16 Days of Activism against Gender-Based Violence, themed *"UNiTE to End Digital Violence against All Women and Girls,"* reminds us that safety must extend beyond the physical world. As technology evolves, so must our shared approach to ending violence in all its forms.

Through *Driving Change*, we'll continue listening, learning, and partnering with those leading this work, because ending gender-based violence requires all of us.

If you or someone you know is experiencing gender-based violence, help is available. Access local support and resources through NO MORE's international directory of service providers.

2025 Driving Change Partners

Australia

---

**Source URL:** https://www.uber.com/newsroom/driving-change-moving-forward/

**Collection Timestamp:** Tue Dec 30 2025 15:20:50 GMT-0600 (Central Standard Time)

If you or someone you know is experiencing gender-based violence, help is available. Access local support and resources through NO MORE's international directory of service providers.

2025 Driving Change Partners

Australia

- WESTNET

Brazil

- Me Too Brasil
- Patrícia Galvão Institute
- NÓS POR ELAS INSTITUTE
- Exodus Road

Canada

- YWCA Canada
- Ending Violence Association of BC (EVA BC)
- WomanACT
- Le Chaînon

France

- Hally
- SOS Homophobie
- Fondation des Femmes

**Source URL:** https://www.uber.com/newsroom/driving-change-moving-forward/

**Collection Timestamp:** Tue Dec 30 2025 15:20:50 GMT-0600 (Central Standard Time)

- Hally
- SOS Homophobie
- Fondation des Femmes
- Collectif Féministe Contre le Viol

India

- Sulabh International

Mexico

- Fondo Semillas
- SinTrata
- Presupuesta Policy Consulting

United Kingdom

- The Survivors Trust

United States

- NO MORE
- RALIANCE
- National Network to End Domestic Violence (NNEDV)
- It's On Us
- PACT

**Source URL:** https://www.uber.com/newsroom/driving-change-moving-forward/

**Collection Timestamp:** Tue Dec 30 2025 15:20:50 GMT-0600 (Central Standard Time)

- RALIANCE
- National Network to End Domestic Violence (NNEDV)
- It's On Us
- PACT

## The latest Uber news



**US | Dec 22**

### How We Keep Our Platform Safe: Understanding Uber'…

Every ride begins with trust. Trust that your driver has been vetted, their identity verified, and that you have the tools to stay safe.

**US | Dec 15**

### America's lunch orders, revealed: the trends that…



**US | Dec 15**

### We can't spell Uber without 'U'!

**US | Dec 10**





---

**Source URL:** https://www.uber.com/newsroom/driving-change-moving-forward/

**Collection Timestamp:** Tue Dec 30 2025 15:20:50 GMT-0600 (Central Standard Time)

US | Dec 10

## Uber Direct brings same-day delivery to Shopify

Uber Direct is now available to Shopify Plus merchants across the U.S., Canada, and France.



US | Dec 9

## Help for the holidays



US | Dec 3

## Uber and Avride Launch Robotaxi Rides in Dallas

View more news >

## Uber

⑦ Help

⊗ English

**Do not sell or share my personal information**

**Company**
Investors
Global citizenship

**Products**
Ride
Drive

**Source URL:** https://www.uber.com/newsroom/driving-change-moving-forward/
**Collection Timestamp:** Tue Dec 30 2025 15:20:50 GMT-0600 (Central Standard Time)



**Source URL:** https://www.uber.com/newsroom/driving-change-moving-forward/

**Collection Timestamp:** Tue Dec 30 2025 15:20:50 GMT-0600 (Central Standard Time)



Uber    Ride    Earn    Business    Uber Eats    About ⌄                    ⊗ EN    Help    Log in    **Sign up**

# Uber's Safety Advisory Board

Uber's approach to safety has long been grounded in the advice we receive from safety experts and advocates. We created our Safety Advisory Board in 2015 to add new approaches, feedback, and expertise to our safety management, processes, and technology.

Since then, Uber has partnered closely with the board to guide some of our company's most important safety initiatives. We regularly convene with the board to receive advice on important policies and processes and to identify new opportunities for enhancing safety.

Learn more about our Safety Advisory Board members below.



This website uses third party advertising cookies to serve you relevant ads. You may opt-out from these third party ad cookies by clicking the "Opt-out" button below. If you have an Uber account, you may opt-out of the "sale" or "sharing" of your data **here**.

Opt out    Got it

Uber    Ride    Earn    Business    Uber Eats    About ⌄                    ⊗ EN    Help    Log in    **Sign up**

**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)



have an Uber account, you may opt-out of the "sale" or "sharing" of your data here.

Opt out     Got it

Uber     Ride     Earn     Business     Uber Eats     About ⌄          EN     Help     Log in     Sign up

**Hon. Jeh C. Johnson**

Former Secretary, Department of Homeland Security

Chairperson

Read bio

**Hon. Janet DiFiore**

Former Chief Judge, Court of Appeals and the State of New York

Read bio

**T. Bella Dinh-Zarr, PhD, MPH**

Senior Advisor, TIRF and FIA Foundation

Read bio





**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698

**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)





Executive Director, DC Rape Crisis Center

President, John Henshaw and Associates

Founder and President, Unfathomable Health

Read bio

Read bio

Read bio






**Erica Olsen**

Senior Director, Safety Net Project

Read bio

**John Pistole**

President, Anderson University

Read bio

**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)

Senior Director, Safety Net Project

President, Anderson University

Read bio

Read bio



# Hon. Jeh C. Johnson

Chairperson

As Secretary of Homeland Security, Secretary Johnson led the third largest cabinet department of the US government, consisting of 230,000 personnel and 22 components. Before that, he was General Counsel of the Department of Defense, General Counsel of the US Department of the Air Force, and a federal prosecutor. Secretary Johnson is now in private law practice with the firm Paul, Weiss and is on the Board of Directors of Lockheed Martin, MetLife, and US Steel. He is also a trustee of Columbia University and the 9/11 Memorial and Museum. Johnson is a frequent commentator on CNN, Fox, MSNBC, NBC, and other networks. He has been the Uber Safety Advisory Board Chair since 2018.

Back to top



**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)

$( ℅ - '$& &



Back to top

Uber    Ride    Earn    Business    Uber Eats    About ⌄                    ⊗ EN    Help    Log in    Sign up



# Hon. Janet DiFiore

As Chief Judge of the Court of Appeals and of the State of New York from 2016 to 2022, Janet DiFiore was CEO of the third branch of government in New York with responsibility for over 15,000 employees (3,400 of which are judges), 350 courthouse facilities and an annual budget of $3 billion. She is widely recognized as an outstanding leader of the New York court system and was the only government official to be awarded Columbia Business School's Deming Cup for operational excellence and continuous improvement in the court system. DiFiore served for 10 years as Westchester County District Attorney, where her tenure was marked by her focus on criminal justice reform. This included implementing best practices to reduce wrongful convictions; leading community outreach; and combating violent crime, domestic violence, sexual assault, and child and elder abuse. Judge DiFiore joined Uber's Safety Advisory Board in 2023.

Back to top

---

**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)

Back to top

Ride    Earn    Business    Uber Eats    About ⌄            ⊗ EN    Help    Log in    Sign up

Uber

## T. Bella Dinh-Zarr, PhD, MPH



Dr. Dinh-Zarr was the 42nd Member, Vice Chair, and Acting Chairman of the National Transportation Safety Board between 2015 and 2019. She trained as a public health scientist, specializing in injury prevention, and has dedicated her career to working to make sure transportation safety is a policy priority, domestically and internationally. Dr. Dinh-Zarr has served as Co-Chair of the UN NGO Committee on Sustainable Development and was the UN NGO Representative for the FIA Foundation, an international philanthropy with the mission of promoting safe and sustainable surface transportation, especially in developing countries. Dr. Dinh-Zarr joined Uber's Safety Advisory Board in 2020.

Back to top

**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)



Uber    Ride    Earn    Business    Uber Eats    About ⌄    ⊗ EN    Help    Log in    Sign up

## Indira M. Henard, DSW, MSW

Dr. Henard's direct service experience in many gender-based violence programs has helped to inform her policy analysis that has led to coordinating public policy initiatives and organizing and planning spaces for survivor-led advocacy. Spanning over 20 years of dedicated service in the violence-against-women movement, Dr. Henard's experience exemplifies her expertise in non-profit management, organizational development, crisis management, education, training, fundraising and public policy. Dr. Henard joined Uber's Safety Advisory Board in 2020.

Back to top

John Henshaw

**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)



## John Henshaw

Mr. Henshaw has over 40 years of experience in safety, health, environmental, and quality assurance. Nominated by President George W. Bush, he served as head of the Occupational Safety and Health Administration (OSHA) from June 2001 until January 1, 2005. Before his tenure at OSHA, Henshaw held leadership positions at Astaris LLC, Solutia Inc., and Monsanto Company. He has over 40 years of experience in environmental, safety, and health, starting with his role at Monsanto in 1975 after completing his master's degree in environmental health administration and industrial health from the University of Michigan. He is currently the President of John Henshaw and Associates, Inc.; is affiliated with multiple universities; and continues to contribute to the field through consulting and academic roles. Mr. Henshaw joined Uber's Safety Advisory Board in 2024.

Back to top



Ride    Earn    Business    Uber Eats    About    EN    Help    Log in    Sign up

## M. Claire Jarashow, PhD, MPH

**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)

# M. Claire Jarashow, PhD, MPH



Research Projects Agency for Health (ARPA-H). She was previously the Director of Strategic Partnerships at The Public Health Company, a startup building AI-enabled biosecurity tools for businesses. Prior to PHC, she led the roll-out of COVID vaccines to 10 million residents as the Director of the Vaccine Preventable Disease Control Program at the Los Angeles County Department of Public Health, where she had previously also been the Chief of Epidemiology and Data for the Communicable Disease Control Division. Dr. Jarashow consults for companies on product strategy and partnerships at the intersection of technology, healthcare, and public health. She was an Epidemic Intelligence Service Officer at the Centers for Disease Control, has consulted for the World Health Organization, and received a Bill & Melinda Gates Grand Challenges award. Dr. Jarashow sits on two international NGO Boards: Developing Communities and Care 2 Communities. She holds a BS from Vanderbilt University, MPH from Columbia University, and PhD in epidemiology from UCLA. Dr. Jarashow joined Uber's Safety Advisory Board in 2021.

Back to top

**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)



## Erica Olsen

Ms. Olsen has advocated on behalf of survivors of gender-based violence by educating and advocating victim service providers, policymakers, and technology companies on issues of technology abuse, privacy, and victim safety. She has provided training to technologists, attorneys, law enforcement officials, victim advocates, and other practitioners in the United States and internationally. Ms. Olsen joined Uber's Safety Advisory Board in 2020.

Back to top



**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)



Uber    Ride    Earn    Business    Uber Eats    About ⌄    ⊗ EN    Help    Log in    Sign up

## John Pistole

John Pistole served as Deputy Director of the FBI for 6 years (2004-2010) after being with the Bureau since 1983. President Barack Obama nominated Pistole as head of the Transportation Security Administration (TSA) in 2010, and the Senate unanimously confirmed him. He led the institution until 2015. He is currently the President of Anderson University. Pistole joined Uber's Safety Advisory Board in 2019.

Back to top

Uber

Do not sell or share my personal information

Google Data Policy

**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)



**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698
**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)



© 2025 Uber Technologies Inc.

Privacy    Accessibility    Terms

**Source URL:** https://www.uber.com/us/en/safety/safety-advisory-board/?uclick_id=e77b447c-8cbf-4371-92f8-b073ac5ed698

**Collection Timestamp:** Mon Dec 29 2025 23:55:55 GMT-0600 (Central Standard Time)



Newsroom

News    Company info    Leadership    Media assets

US  |  Nov 25, 2019

## Driving Change- Working Together to End Gender-Based Violence

Written by  Tracey Breeden, Head of Women's Safety and Gender-based Violence Programs

Share

Gender-based violence is a human rights violation and a serious crime that knows no boundaries. According to the United Nations, nearly 1 in 3 women around the world experience physical or sexual violence in their lifetime, and we know that everyone has an important role to play in addressing this global epidemic.

In order to help put an end to gender-based violence, we must work together to be a part of the solution.

Today, in honor of International Day for the Elimination of Violence Against Women, which marks the beginning of 16 Days of Activism Against Gender-Based Violence, we are

04149.0269

additional $2.5M in funding to Non-Profit Organizations to help prevent sexual violence before it starts.

- Latin America: We are partnering with ACTO to raise awareness of gender, power dynamics, and sexual harassment among driver-partners. We are also expanding our partners to include Fundacion Sobrevivientes in addition to our existing partners Equis Justicia, Fondo Semillas, Igarape Institute, Instituto Patrícia Galvão, DeFEMde, and Promundo.

- Europe: In the UK we are partnering with UK SAYS NO MORE to help educate the Uber community directly in-app.

- Africa: In South Africa we are participating in a televised panel discussion, hosted by Soul City and includes other industry leaders, to discuss gender-based violence and the benefits of working together to help provide positive change and/or protection.

- Australia and New Zealand: We are expanding our partners to include TOAH-NNEST, New Zealand's National Network for Ending Sexual Violence Together, in addition to our existing partners WESNET (Women's Services Network), Sexual Abuse Prevention Network (SAPN), and Australia Says No More.

- India: We are scaling our gender sensitization workshops that we started in 2018 to over 50,000 drivers in partnership with the Manas Foundation across India.

Through these grants, we'll be able to support programs and services that advance opportunities for women, while raising awareness of gender-based violence.

In 2017, we announced Driving Change – our commitment to help address gender-based violence. We partnered with members of courageous, thought-leading organizations like RAINN, NO MORE, and Women of Color Network Inc. We also made important changes within Uber and committed five million dollars to fund sexual violence prevention programs. Since then, we have expanded this effort by building partnerships with leading organizations around the world to leverage our scale and scope to help drive awareness and societal change.

04149.0270

Newsroom                          News    Company info    Leadership    Media assets

1. Break the silence: Lack of understanding and an unwillingness to speak openly about gender-based violence plays a large part in why these problems persist. In order to end the shame and stigma that survivors are burdened with, we need to start by listening to their stories.

2. Stand up, Don't Stand By: We all play an important role in looking out for each other's safety and stepping in to help prevent violence before it starts. Check out these tips on how to intervene when you see something.

3. Start by believing: One of the best ways to support someone in your life who tells you they've been sexually assaulted is just listen to them without judgment, doubt, or blame. Here's how you can help in the moment.

4. Educate your friends & family about consent: As one of many steps to change the way our culture views sexual assault, and to help prevent it from happening, we need to have frank discussions about consent. Learn the facts, and get the conversation going.

5. Spread the word: Show the world that you stand against gender-based violence starting on November 25! Wear orange and share a message of solidarity on social with #orangetheworld and #16days and tag one of our many partners below.

Additionally, we have made a number of safety product updates within the app to help give riders and drivers peace of mind and set the standard for safety in the rideshare industry. In September, we announced new features such as on-trip reporting, if you are feeling uncomfortable during a trip, text to 911 as an extension of the in-app emergency button where available, and a new way to verify your ride with a unique PIN code that drivers have to input in order to start their trip.

To learn more, you can visit uber.com/safety/womens-safety.

Our full list of international partners by country include:

04149.0271

- ○ Anti-Violence Project
- ○ Casa de Esperanza
- ○ End Violence Against Women International
- ○ Futures Without Violence
- ○ The National Network to End Domestic Violence (NNEDV)
- ○ NO MORE
- ○ Promundo
- ○ RAINN
- ○ Raliance
- ○ Women of Color Network Inc. (WOCN)

- **Brazil**
  - ○ AzMina Magazine
  - ○ DeFEMde (Rede Feminista de Juristas)
  - ○ Instituto Igarapé
  - ○ Instituto Patrícia Galvão
  - ○ Instituto Promundo

- **India**
  - ○ Manas Foundation
  - ○ Jagori
  - ○ Breakthrough

- **South Africa**
  - ○ Soul City Institute
  - ○ Nisaa Institute for Women's Development

Council of Toronto
- ○ Toronto Rape Crisis Centre/Multicultural Women Against Rape
- ○ YWCA Canada

- **United Kingdom**
  - ○ UK Says NO MORE

- **France**
  - ○ SOS Homophobie
  - ○ HandsAway

- **Mexico**
  - ○ ACTO
  - ○ Equis Justicia

- **El Salvador and Guatemala**
  - ○ Fundacion Sobrevivientes

- **New Zealand**
  - ○ Sexual Abuse Prevention Network (SAPN)
  - ○ TOAH-NNEST

- **Australia**
  - ○ WESNET (the Women's Services Network)
  - ○ Australia Says NO MORE

Newsroom

News    Company info    Leadership    Media assets

  

# The latest Uber news

US | Dec 22, 2025

## How We Keep Our Platform Safe:...

Every ride begins with trust. Trust that your driver has been vetted, their identity verified, and that you have the tools to stay safe.

US | Dec 15, 2025

## America's lunch orders, revealed: the trends th...

US | Dec 15, 2025

US | Dec 12, 2025

**04149.0273**

Newsroom                     News      Company info      Leadership      Media assets

US | Dec 10, 2025

## Uber Direct brings same-day delivery to...

Uber Direct is now available to Shopify
Plus merchants across the U.S.,
Canada, and France.

US | Dec 9, 2025

## Help for the holidays

View more news >

**04149.0274**

Newsroom

News    Company info    Leadership    Media assets

Do not sell or share my personal information

Help

English

US

## Company

Investors

Global citizenship

Safety

Uber Blog

Careers

Uber.com

## Products

Ride

Drive

Eat

Uber for Business

Uber Freight

    

Privacy

Accessibility

Terms

© 2026 Uber Technologies Inc.

**04149.0275**

Newsroom     News     Company info     Leadership     Media assets

US  |  Dec 16, 2022

# Driving Change: Partnering to End Gender-Based Violence

Written by  Dr. Elise Maiolino, Global Head of Women's Safety Policy, Uber

Share

At Uber, we know that gender-based violence remains far too common in society, with 1 in 3 women experiencing violence globally. We believe it is vital for everyone– industry, governments, and civil society– to be part of the solution. That's why, for the past five years, Uber has partnered with advocates and experts to help improve safety in our industry and in our communities through our Driving Change initiative. Driving Change provides funding to organizations working to prevent, address, and respond to gender-based violence in the US and around the world.

**04149.0276**

Newsroom                        News      Company info      Leadership      Media assets

features, survivor support programs, and education for riders, drivers and customer support agents. They have also been critical to the publication of Uber's US Safety Reports, the first released in 2019 and the second in 2022. We are incredibly grateful for the work these experts and advocates do everyday in our communities, and we are thankful for their guidance and support.

At Uber, we embed safety into everything we do. In the coming year, we will continue to partner with leading experts and advocates to integrate survivor-centered and trauma-informed approaches into our policies, products, and prevention and response work. And we will continue to invest in helping end gender-based violence on our platform and in the communities we serve.

US Driving Change Partners:

This year, our team in the US has had the privilege of partnering with and learning from:

NO MORE

Dedicated to ending domestic violence and sexual assault by increasing awareness, inspiring action and fueling culture change, NO MORE has partnered with Uber to create and launch the #DontStandBy bystander intervention campaign to educate the nightlife community and encourage people to prevent sexual assault before it starts.

"Working with colleagues at Uber in different parts of the world has been exciting. Domestic and sexual violence are global issues. The team at UBER has been able to take these messages through its services and responses by supporting innovation from its driving change partners and creating new tools, like the transparency report." Pamela Zaballa, CEO, NO MORE Foundation.

Ujima Inc., The National Center on Violence Against Women in the Black Community

Ujima Inc. serves as a national, culturally-specific resource center to provide support to and be a voice for the Black Community in response to domestic, sexual, and community

Newsroom          News    Company info    Leadership    Media assets

of transportation.

Tahirih Justice Center

The Tahirih Justice Center is a national, nonprofit organization that serves immigrant survivors fleeing gender-based violence. By amplifying the experiences of survivors in communities, courts, and Congress, Tahirih's mission is to create a world in which all people share equal rights and live in safety and with dignity. Uber and Tahirih are partnering to bring rides to survivors in need of transportation.

RALIANCE

RALIANCE partners with a wide range of organizations to improve their cultures and create environments free from sexual harassment, misconduct and abuse. RALIANCE helps leaders establish safe workplaces and strong communities by advancing research, influencing policy, and supporting innovative programs.

"RALIANCE is proud to be a Driving Change partner and to continue to help guide Uber's safety efforts to prevent, measure, and respond to sexual violence. Uber's support will allow us to continue our work, in helping leaders make lasting changes that create safer workplace communities." Yolanda Edrington, Managing Director, RALIANCE

Rape, Abuse, Incest National Network (RAINN)

As the nation's largest sexual violence prevention organization, RAINN operates the National Sexual Assault Hotline. Uber has partnered with RAINN to develop sexual assault and misconduct education for drivers and to administer the Uber Survivor Resources Hotline and Fund.

Rise

Rise is a civil rights accelerator that has trained hundreds of rape survivors how to pen their own civil rights into existence. Rise launched "Survivor Safe Haven" which creates

04149.0278

Newsroom                    News    Company info    Leadership    Media assets

<u>me too. International</u>

me too. International serves as a convener, thought leader, and organizer across the mainstream and the grassroots to address systems that allow for the proliferation of sexual violence, specifically in Black, queer, trans, disabled, and all communities of color.

"Survivors deserve to feel safe in all spaces. We are grateful for Uber's diligent and responsive work to make their services safer for all. Their Driving Change support strengthens our trauma-informed programming to meet survivors where they are so they can take healing into their own hands and be moved to take action by disrupting the social and cultural norms that have allowed for the proliferation of rape culture." – Amanda Bonilla, Development Manager, me too. International

<u>National Network to End Domestic Violence (NNEDV)</u>

As a leading voice for domestic violence victims and their advocates and Uber's very first national partner to address women's safety, NNEDV provides critical thought leadership on the intersecting needs of survivors and works with its membership of the 56 state and US territorial coalitions against domestic violence, local domestic violence programs and other organizations serving survivors, government agencies, and corporate and foundation partners to make meaningful and lasting change.

# Driving Change Globally:

As a global company, our teams around the world are privileged to have worked with and learned from organizations across the globe, including:

- Latin America
  - <u>Instituto Igarapé</u>  (Brazil)
  - <u>Instituto Patricia Galvão</u> (Brazil)
  - <u>Instituto Avon</u> (Brazil)

04149.0279

Newsroom
                    News    Company info    Leadership    Media assets

- ○ Fórum Brasileiro de Segurança Pública (Brazil)

  - ○ ACTO (Mexico)

  - ○ Fondo Semillas (Mexico)

  - ○ Más Sueños AC (México)

  - ○ Red Nacional de Refugios (Mexico)

  - ○ Fundación Origen (México)

  - ○ Sin Trata (Mexico)

- Europe
  - ○ UK SAYS NO MORE (United Kingdom)

  - ○ Hestia (United Kingdom)

  - ○ Collectif Féministe contre le Viol (France)

  - ○ Handsaway (France)

  - ○ SOS homophobie (France)

  - ○ Stop Harcèlement de Rue (France)

- Canada
  - ○ YWCA Canada

  - ○ Ending Violence Association of BC (EVA BC)

  - ○ Woman Abuse Council of Toronto (WomanACT)

  - ○ Le Chaînon

- India
  - ○ Manas Foundation

- Australia & New Zealand
  - ○ WESNET (Australia)

04149.0280

Newsroom

News      Company info      Leadership      Media assets

**Share this post**

   

# The latest Uber news

US | Dec 22, 2025

## How We Keep Our Platform Safe:...

Every ride begins with trust. Trust that
your driver has been vetted, their
identity verified, and that you have the
tools to stay safe.

US | Dec 15, 2025

## America's lunch orders, revealed: the trends th...

Newsroom

News    Company info    Leadership    Media assets

# We can't spell Uber without 'U'!

# Driving Change: Moving Forward Together

US | Dec 10, 2025

# Uber Direct brings same-day delivery to...

Uber Direct is now available to Shopify Plus merchants across the U.S., Canada, and France.

US | Dec 9, 2025

# Help for the holidays

View more news >

**04149.0282**

Newsroom

News      Company info      Leadership      Media assets

Do not sell or share my personal information

Help

English

US

## Company

Investors

Global citizenship

Safety

Uber Blog

Careers

Uber.com

## Products

Ride

Drive

Eat

Uber for Business

Uber Freight





Privacy

Accessibility

Terms

© 2026 Uber Technologies Inc.



# Our commitment to safety

At Uber, we stand for safety. Safety is not just a feature—it's a foundation. That's why we invest in innovative technologies, robust policies, and expert partnerships that prioritize women's safety at every step of their journey. We are steadfast in our commitment to building a platform where women feel comfortable, safe, and in control.



**Source URL:** https://www.uber.com/us/en/safety/our-commitment/
**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0287



# Pioneering technology to help keep users

**Source URL:** https://www.uber.com/us/en/safety/our-commitment/
**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

# Pioneering technology to help keep users safe

From foundational safety tools to industry-first features, we have built safety into every trip. Our safety features and services are informed by our users and expert safety partners, and developed by a robust internal team dedicated to keeping riders and drivers safe.



All drivers undergo a thorough background check and driving history screening before they're able to take their first trip, and this screening is re-run each year. Uber also uses technology to continuously check criminal records for new arrests. From 2021-2022, more than 750,000 prospective drivers didn't pass our multistep safety screening, and we removed 185,000 from our platform as a result of continuous checks.

Riders receive key details before the ride—license plate, vehicle type, and driver's name—and can set a PIN to confirm they're getting in the right car. GPS tracking shows the trip route in real time. Riders can share their location with loved ones, and RideCheck helps detect unexpected stops or route changes. Riders can record audio and drivers can record both audio and video—providing added peace of mind. Safety tools are easy to access in the app and customizable. If help is needed, users can contact our 24/7 safety support or use the in-app emergency button.

After the trip, privacy is protected by anonymizing phone numbers and addresses so riders and drivers can rate their experience and report any concerning feedback to Uber.

**Source URL:** https://www.uber.com/us/en/safety/our-commitment/
**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0289



can contact our 24/7 safety support or use the in-app emergency button.

After the trip, privacy is protected by anonymizing phone numbers and addresses so riders and drivers can rate their experience and report any concerning feedback to Uber.

# Building safety at every step



## 2009–2014

From day one, Uber brought new safety features to the transportation ecosystem that didn't exist before, such as GPS tracking, two-way ratings, driver screening, and 24/7 support.



## 2015

To guide our long-term safety policies and feature development, we established the Uber Safety Advisory Board, bringing together leading experts in women's safety, law enforcement, and road safety.



## 2016

Launched Real-Time ID Check, an industry-first in the US, to verify driver identity through selfies before going online, adding a new layer of protection for both drivers and riders.

1/3     

**Source URL:** https://www.uber.com/us/en/safety/our-commitment/

**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0290

1/3    ‹    ›



women worldwide have experienced physical or sexual violence

Source: WHO



Every 68 seconds, an American is sexually assaulted

Source: RAINN





**Source URL:** https://www.uber.com/us/en/safety/our-commitment/

**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0291



# 4.1M

trips were taken per day in 2024



# 99.9%

of trips ended without a safety incident

---

## A framework for prevention

We firmly believe that when travel is made safer for women, everyone benefits. That's why we've built industry-leading safety features, launched awareness campaigns, and partnered with women's safety and sexual assault prevention experts to help prevent harm before it happens.

**Driver Education**: We've deployed sexual assault and misconduct education to all drivers in the United States. These educational resources, developed in partnership with RAINN, cover a wide range of interactions including respecting privacy and personal space, conversational boundaries, sexual violence awareness and bystander intervention, and offer strategies to promote safety on the Uber app.

**Industry Sharing Safety Program**: This initiative, launched in 2021, enables companies to exchange basic information about drivers and delivery people who have been deactivated for serious sexual assault or physical assault fatalities to help prevent these individuals from operating on another platform. We know that this program not only improves safety across the industry but supports survivors by giving them peace of mind knowing there's a way to help prevent offenders from moving between platforms and potentially harming others.

**Matching Technology**: To help support safe and comfortable trips, Uber's matching algorithm may factor in additional signals in certain situations. For instance, when a rider who doesn't use Uber frequently requests a late-night trip in an area known for nightlife—such as a city's entertainment district—the

**Source URL:** https://www.uber.com/us/en/safety/our-commitment/
**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0292

have been deactivated for serious sexual assault or physical assault fatalities to help prevent these individuals from operating on another platform. We know that this program not only improves safety across the industry but supports survivors by giving them peace of mind knowing there's a way to help prevent offenders from moving between platforms and potentially harming others.

**Matching Technology**: To help support safe and comfortable trips, Uber's matching algorithm may factor in additional signals in certain situations. For instance, when a rider who doesn't use Uber frequently requests a late-night trip in an area known for nightlife—such as a city's entertainment district—the algorithm may prioritize drivers with more experience on the platform, a strong record of late-night trips, and positive rider feedback. Taking these considerations into account can help contribute to fewer on-trip incidents and a better overall experience. This technology shows a clear safety benefit - reducing the critical sexual assault and misconduct report rate by 10%* since its full launch in 2022.

**Our Taxonomy**: To better understand and address the types of sexual misconduct and assault, we partnered with RALIANCE in 2018 to create the **first-of-its-kind** Sexual Assault and Misconduct Taxonomy. This established an open-source, uniform standard for classifying sexual assault and misconduct into 21 categories, ranging from staring/leering, flirting, and comments about appearance to non-consensual sexual penetration. This tool—now used across the rideshare industry—helps us classify and analyze reports, enabling more informed, consistent, and proactive safety measures and policies.

---

# Transparency that drives accountability

We have embraced transparency as a necessary tool to drive accountability and change. In 2019, we released our first US Safety Report, setting a new standard—not just at Uber, but across the industry. Our reports cover the most serious safety incidents that occur in relation to our app—motor vehicle fatalities, physical assault fatalities and sexual assault.

These incidents are statistically rare—99.9998% of trips occur without *any* of the safety incidents reflected in our Safety Reports—and as reflected in our most recent Safety Report **we've seen a 44% decline in the rate of reported sexual assault on the platform since our first Safety Report**.

Our Safety Reports rely on the Sexual Assault and Misconduct Taxonomy created by RALIANCE. We worked closely with women's safety advocates to inform our approach to reporting on sexual assault—ensuring that any data published met the highest data quality standards (including classification accuracy, reliability and consistency). As a result, each Safety Report covers the five most severe categories of sexual assault.

**Source URL:** https://www.uber.com/us/en/safety/our-commitment/
**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0293

our approach to reporting on sexual assault—ensuring that any data published met the highest data quality standards (including classification accuracy, reliability and consistency). As a result, each Safety Report covers the five most severe categories of sexual assault.

# Supporting survivors at every step

We are committed to preventing and addressing violence against women—both on the Uber platform but also in the communities that we serve.

With millions of trips happening every day, we know that no platform, company, or organization that brings people together in a physical space is immune to real-world risks. Globally, nearly 1 in 3 women will experience physical or sexual violence in their lifetime. We recognize that gender-based violence is a serious public health issue that affects every community, including ours.

When we receive a report of an assault, we make it easy for survivors to get the support they need. Our trained safety team is available 24/7, with 10 ways to report an issue. We've partnered with RAINN to launch a dedicated survivor hotline and fund, offering trauma-informed care and access to resources that support healing.

In many of the communities we serve, survivors often turn to Uber as a lifeline—whether it's getting to a shelter, hospital, or vital services. That's why in partnership with local organizations, we provide free rides to support access to safety and care. By meeting this critical transportation need, we're helping improve outcomes and save lives.

To help drive a broader, lasting impact, we've committed $15 million through our Driving Change program to support global NGOs working to prevent violence against women—on our platform and beyond. Since 2017, we've partnered with more than 25 organizations worldwide. Together, we've strengthened reporting and incident response, developed trauma-informed resources, and implemented awareness campaigns reaching millions of people around the world.

## Driving Change partners





RAINN

**Source URL:** https://www.uber.com/us/en/safety/our-commitment/
**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)



## Frequently asked questions

| What does Uber's background check for drivers include? | ⌄ |
|---|---|

| What happens when someone reports a sexual assault on the platform? | ⌄ |
|---|---|

| How is Uber using data to better understand and prevent incidents of sexual harassment or assault on the platform? | ⌄ |
|---|---|

| Why did Uber only release 5 categories of sexual assault in its Safety Reports? | ⌄ |
|---|---|

| What factors are considered in your matching process that help promote safety? | ⌄ |
|---|---|

| What has Uber done to help ensure the integrity of its matching technology? | ⌄ |
|---|---|

**Source URL:** https://www.uber.com/us/en/safety/our-commitment/
**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0295

What factors are considered in your matching process that help promote safety? ⌄

What has Uber done to help ensure the integrity of its matching technology? ⌄

# More about safety at Uber



Rider safety →

Driver safety →

Community Guidelines →

Women's safety →

**Source URL:** https://www.uber.com/us/en/safety/our-commitment/

**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0296



*This is an estimated reduction rate for the five most critical categories of sexual assault, discussed in our Safety Report, and relies upon common scientific methods of analysis. While our safety team regularly makes improvements to our technology, measuring its exact impact on rare safety incidents, especially at a particular point in time, is difficult.

[1] Appendix 1: Why data standards matter, Uber US Safety Report 2017-2018

Do not sell or share my personal information

Google Data Policy

Uber

Visit Help Center

Company                    Products                    Global citizenship                    Travel

**Source URL:** https://www.uber.com/us/en/safety/our-commitment/

**Collection Timestamp:** Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0297



Visit Help Center

**Company**

About us

Our offerings

Newsroom

Investors

Blog

Careers

Uber One

**Products**

Ride

Drive

Deliver

Eat

Uber for Business

Uber Freight

Gift cards

Uber Health

**Global citizenship**

Safety

Sustainability

**Travel**

Reserve

Airports

Cities

English          Chicago

© 2026 Uber Technologies Inc.

Privacy          Accessibility          Terms

Source URL: https://www.uber.com/us/en/safety/our-commitment/
Collection Timestamp: Tue Jan 27 2026 23:09:02 GMT-0600 (Central Standard Time)

04149.0298