# Facebook

<u>Account Information:</u>

Display Name: Jaylynn Dean
Username: Jaylynn.dean.2025
URL: https://www.facebook.com/
jaylynn.dean.2025/

**Trial Exhibit No.**
**04153**

CONFIDENTIAL

BW-DEAN_JAYLYNN_S.M._000001

$( %) ' '$$$%

## Facebook

 **Group posts and comments**
Posts and comments you make in the groups you belong to
Generated by Jaylynn Dean on Friday, June 6, 2025 at 1:04 AM UTC-05:00
View on Facebook

---

**Jaylynn Dean posted in Lexapro Support Group.**

hey guys!! so i have always had extreme anxiety ever since I was a little girl and developed ▮▮▮▮ ▮▮▮▮ through my teenage years. my parents have always been the type to dismiss mental health and take it as a joke which is one of the reasons i am I am no longer in contact with them. i took it upon myself to seek help and to get medicated. my anxiety was practically eating me alive and effecting my quality of life. i am so excited to begin new stage in my mental health journey and to finally start coping and taking care of myself. today i was prescribed lexapro and my schedule is that for the first 4 weeks I will take 10 mg and once time passes and my body starts getting used to the medication I will be allowed to take 20 mg. i have no clue in the world on what to expect with this and how my body will react. i am open to any advice or stories about anyone taking this medication.(it's scary to begin something so major!)

Jul 10, 2023 9:46:38 pm

Post Date: July 10, 2023

BW-DEAN_JAYLYNN_S.M._000010

04153.0010

**Jaylynn Dean posted in Sexual Assault/Rape Support Group.**

has anyone been assaulted by a uber/ lyft driver? i was raped while I was intoxicated by my uber driver while I was in flight attendant training and it's been eating at me everyday. it hurts being in the dark about the entire case. wondering if I'm the first girl he's done it to, wondering if he's still out there, wondering if he feels remorse for what he did? it's just the most gut wrenching feeling having flashbacks about what happened to me.

Nov 20, 2023 7:48:42 pm

Post Date: November 20, 2023

BW-DEAN_JAYLYNN_S.M._000011

**Jaylynn Dean added 2 new photos.**

You tagged Olivia Jones

 

Mobile uploads                         Mobile uploads

Place: Louisville, Kentucky (38.2525, -85.7554)
Address: Louisville, KY major: 402xx, minor: 400xx, 401xx

starting the year with a new career!!! can't wait to start 2024 off by getting my wings and moving states with my bff 🐨
🎒 🐻 ✈️ 💙

Jan 01, 2024 11:08:16 pm

Post Date: January 1, 2024

Jaylynn Dean added a new photo.



Mobile uploads
my happy place 😣 😣

Place: Stillwater, Oklahoma (36.1269, -97.0515)
Address: Stillwater, OK 74074

my happy place 😣 😣

Apr 14, 2024 3:07:02 pm

Post Date: April 14, 2024

CONFIDENTIAL



**Jaylynn Dean** added 4 photos and 5 videos.

Mobile uploads

Mobile uploads

Mobile uploads

Mobile uploads

who needs a therapist when you have meg moroney?? got to see my fav diva w my bff!! such a good night and oklahoma is NOT over you. 💙 💙

Oct 11, 2024 12:41:16 pm

Post Date: October 11, 2024

**Jaylynn Dean**

it was just syllabus week

Aug 26, 2022 11:43:43 am

Aug 26, 2022 11:43:42 am

**Jaylynn Dean**

they gave me permission to start school a week late because I did my work for this past week

Aug 26, 2022 11:43:33 am

**Jaylynn Dean**

and they have already tried to put me in therapy sessions which I definitely need

Aug 26, 2022 11:43:10 am

**Jaylynn Dean**

they also gave me scholarships

Aug 26, 2022 11:42:46 am

**Jaylynn Dean**

i basically just got them to put me as a independent student instead of dependent student since I left an abusive household before I was 18 which is oddly one of their requirements to be an independent and they knocked my tuition from out of state to in state which was a big difference and I got permission to take out loans through the university instead of having to pay $30k every single year out of pocket cash and I don't have to pay them until I graduate and have a good job where I can afford them but since I am doing dentistry I won't have to pay them for 9 years so I could work and save all that time and pay most of it off early

Aug 26, 2022 11:42:34 am

**Jaylynn Dean**

i got everything that I needed to get sorted done

Aug 26, 2022 11:42:10 am

Facebook Message: 1/1
Date: August 26, 2022

**Mary Loya Sanchez**

That's right it's to soon you need more time because OJ was also the abuser and she is still with that piece of shit it makes me angry thinking about how they and I mean they abused you

May 05, 2023 12:26:17 pm

**Jaylynn Dean**

I also said im jealous of the others because it's unfair that while my mom was on drugs at her worst when she already had them that I was the only one who was old enough to understand or remember things while they couldn't because they were so little. i said that a teenager needs their mom the most and needs someone to talk to but she was pretty much absent everytime I needed her. i told her how it effected me the most and that they probably didn't understand why I left and couldn't put themselves in my shoes. i told her about therapy and how hard that's been for me and that me having such bad anxiety and paranoia wasn't something I was born with but was something that was caused from being in her household.

May 05, 2023 12:22:59 pm

**Mary Loya Sanchez**

You are mush happier now just tell her you are working on repairing your self and when you think you are ready you well reach out but not now

May 05, 2023 12:21:00 pm

**Mary Loya Sanchez**

Don't fall into her sympathy

May 05, 2023 12:19:14 pm

**Jaylynn Dean**

I told her when devin and zihanna were failing classes or doing drugs they got a slap on the wrist but if I got a B in the class I was criticized and yelled at

May 05, 2023 12:19:08 pm

**Jaylynn Dean**

i even told her I tried so hard and it was never appreciated or acknowledged but if I messed up I got it the absolute worst

May 05, 2023 12:18:40 pm

Facebook Message: 1/1
Date: May 5, 2023

**Jaylynn Dean**

In class what's question

Dec 15, 2023 2:43:41 pm

Dec 15, 2023 2:42:23 pm

Dec 15, 2023 2:42:03 pm

You missed a call from a Messenger user.

Dec 15, 2023 2:41:55 pm

Dec 13, 2023 7:02:12 am

**Jaylynn Dean**

She's a Phoenix local so she has her car which is good bc im scared to uber anywhere

Dec 13, 2023 6:41:07 am

**Jaylynn Dean**

I got a salad wrap and came back to hotel with friend to study

Dec 13, 2023 6:40:40 am

**Jaylynn Dean**

I think I went to bed at 9

Dec 13, 2023 6:40:27 am

Facebook Message: 1/1
Date: December 13, 2023

**Eloise Clapp**

I know someone who left and went to republic and she says it's like a million times better

May 09, 2024 7:06:37 pm

**Eloise Clapp**

You will be so much happier at another carrier!!

May 09, 2024 7:06:15 pm

**Jaylynn Dean**

no i 100% get that. i got my probation extended for the smallest things and it's terrible. its so hard being away from home. everything is so expensive too. I don't have my car here because of the drive from Oklahoma and Ubers are EXPENSIVE. it's also incredibly hard to save any amount of money because of the paycheck deductions/ hourly in general. but if you're interested in any of the uniforms/pieces i would be willing to sell them for whatever you offer. just want to get rid of them and make somewhat profit. i go to oklahoma tomorrow and can ship them!

May 09, 2024 7:03:45 pm

**Eloise Clapp**

I'm so sorry you've been feeling depressed but I totally get it. If I didn't live at home right now (I'm from the Dulles area) I definitely would not be able to do it. The pay is awful and I have gotten two UOR's so my probation is now a year. I'm really over it too but I'm trying to hang on until United apps open up

May 09, 2024 7:00:20 pm

**Jaylynn Dean**

random but i think you're friends with my friend jade!! but i was honestly so unhappy. i was extremely depressed just the people / environment was not good for me. i genuinely felt like mesa only saw me as a number and only a number. im from oklahoma and all the bases had 2 way commutes and it got EXHAUSTING. i dont agree with how mesa does probation. they're SO strict for no reason and its almost impossible to not get your probation extended at least once. im only 19 so I cant really go too many places but i have applied to envoy and psa. i honestly just wanted better for myself and to be in a healthier environment. i hate to be negative but its hard not to be. the pay is also AWFUL(as im sure you know) i literally calculated my pay for last month and I made $20 more dollars than someone who makes minimum wage does. 😵 😵

May 09, 2024 6:58:39 pm

Facebook Message: 1/1
Date: May 9, 2024

CONFIDENTIAL     BW-DEAN_JAYLYNN_S.M._000064

$( %) ' '$$* (



Instagram Story: 1/2
Date: March 14, 2023

CONFIDENTIAL



Instagram Story: 2/2

CONFIDENTIAL                    BW-DEAN_JAYLYNN_S.M._000089



Instagram Story: 1/2
Date: April 4, 2023

CONFIDENTIAL



Instagram Story: 2/2



Instagram Story: 1/2
Date: April 14, 2023

CONFIDENTIAL

BW-DEAN_JAYLYNN_S.M._000108



@for.theloveofmentalhealth

Device ID
2C261A4A-94CD-4E7A-B11B-55D95D0FC5DC

Camera position
unknown

Source type
feed_reshare

Has Camera Metadata

Apr 14, 2023 8:42 am

Instagram Post: 2/2



Instagram Story: 1/2
Date: October 16, 2023



Instagram Story: 2/2



Instagram Story: 1/2
Date: November 5, 2023



Instagram Story: 2/2



Instagram Story: 1/2
Date: January 5, 2024



Instagram Story: 1/2
Post Date: February 24, 2025



Music genre
Rock Music

Device ID
2C261A4A-94CD-4E7A-B11B-55D95D0FC5DC

Camera position
unknown

Source type
feed_reshare

Has Camera Metadata

Feb 24, 2025 3:03 pm

Instagram Story: 2/2



WE LOVE DERBY WEEKEND , PAULY D & JAMES KENNEDY

Instagram Post: 1/2
Date: May 3, 2024

**SOS**

Do you live in Kansas right now? If so where? And would you want to meet up? I don't want you to feel isolated or like no one is there for you because that's the last thing you need right now.

Aug 24, 2023 2:19 pm

**SOS**

The last thing anybody should be doing is blaming you for his actions. He must have a small fucking pea brain for thinking you had any control in this situation. He obviously lacks respect for you and all women if he thinks this could be your fault in any way shape or form.

Aug 24, 2023 2:18 pm

**SOS**

I also come from a long line of alcoholics, my dad was one. 3 people in my family, including my dad died by suicide so I know what that's like. Know that you have so much to live for and it doesn't matter who your family is as long as you know who you are you can over come anything.

Aug 24, 2023 2:15 pm

**SOS**

Fuck your boyfriend for not stepping in. And fuck him for not being there for you right now. His head is fucking twisted.

Aug 24, 2023 2:14 pm

**SOS**

Oh my god Jaylynn there's so many things wrong here. I'm so sorry you're having to go through this, nobody deserves to go through what you're going through right now. I can't believe he didn't intervene WTF!!! Nothing that happened is your fault and both your boyfriend and that roommate should know better. I used to be on SSRI's too and I'm on Ritalin now so when I drink I also have to be super careful because I can black out quick. You did exactly what you felt was safest to do in that situation. A lot of guys don't fucking understand that even by saying no you could be putting your life and safety at risk and it's fucking scary. You did everything right making it clear you didn't want to do that but he kept going and I'm sure it's not his first time so that mother fucker needs to be held accountable. It sounds like so many people failed you that night and I'm so sorry for that. You deserve to be around people in an environment where you feel safe.

Aug 24, 2023 2:13 pm

Instagram Message: 1/2
Date: August 24, 2023

CONFIDENTIAL

**Jaylynn Dean**

i strictly have my boyfriend and instead of him being there to comfort me he's been blaming me and being cold to me. to make things worse he's been partying/ going out to bars with his roommate and leaving me home alone. it's just been so awful here and I truly feel like I have no one to talk to so thank you so much for reaching out because i haven't really had anyone to talk to.

Aug 24, 2023 1:50 pm

**Jaylynn Dean**

south. i don't remember much but I remember him taking my clothes off and me trying to keep my legs closed but obviously he was a man and sober and was able to overpower me. my boyfriend sobered up and walked in on his roommate on top of me and instead of ripping him off of me he walked away and let it happen because he thought I wanted it. I eventually got him off and came to mine and my boyfriends room and passed out. the next morning I woke up feeling so disgusted and violated. I was on the phone with the suicide hotline/sexual assault hotline because I felt so alone. my family is filled with drug addicts and alcoholics and I haven't talked to any of them in over 2 years.

Aug 24, 2023 1:49 pm

**Jaylynn Dean**

girl it's been absolutely MISERABLE here!!! i am from texas and he's from kansas and so I moved here for him and i know literally no one. last week i was here with my boyfriend and his roommate and i got extremely drunk and his roommate took complete advantage of me. i woke up the next morning with bruises , scratches and bite marks all over my body wirh blood all over my clothes so I think that proves how I absolutely did not consent or approve of it. the night started off okay until his roommate started to grope me and feed me shots without my boyfriends knowledge after my boyfriend cut me off(because my tolerance is super low because of my anti depressants). i was obviously drunk and high and not in the right state of mind to say no so I went along with things because I was scared of seeing mean or uncool. i had begged my boyfriend all night to stay by me because I had a bad feeling something was going to happen but he blacked out and wasn't there to help me when things began going

Aug 24, 2023 1:49 pm

**SOS**

I don't know what you're going through but I'd be happy to just listen

Aug 24, 2023 1:39 pm

**SOS**

I saw your text in the group chat and wanted to reach out and say if you need someone to talk to more privately I'd be happy to do so

Aug 24, 2023 1:39 pm

Instagram Message: 2/2

CONFIDENTIAL

**Caroline Malloy**

I am soooo sorry hear this it absolutely breaks my heart and even more than no one will listen or talk???? even if someone didn't love ur relationship or understand it or like him himself, that doesn't mean that they can't love you and be there for you! i know how it feels. oh girl IM ON A DEATH BED!!! I guess it's easier to move on when i know there is so much life ahead of me. I was so down bad for months and i started gaining weight, going out more, doing things for myself that didn't actually make me happy and just filled a certain void for a temporary amount of time bc the the pain ended up coming back even worse bc i didnt properly heal. i know this sounds cliche but focus ur energy on yourself!I do things that make you happy, set goals for yourself and achieve them. life is too short to be struggling for too long, and if you need help along the way it's okay to ask someone maybe a professional? life is supposed to be enjoyed and you only have one.

Oct 26, 2023 3:35 am

**Caroline Malloy**

Hi baby 💜

Oct 26, 2023 3:31 am

**Caroline Malloy**

Reacted 💜 to your message

Oct 26, 2023 3:31 am

**Jaylynn Dean**

omg hi carol so currently im going through a really terrible breakup and i literally have like no one who will listen or give advice so I wanted to come to you bc girl you are literally thriving and GLOWING after your breakup!!! how were you able to heal and move on? i am just struggling so much
💜 Caroline Malloy (Oct 26, 2023 3:31 am)

Oct 25, 2023 9:31 pm

**Caroline Malloy**

PRINCESS POLLY!!!
💜 Jaylynn Dean (Jun 19, 2023 4:07 pm)

Jun 19, 2023 9:12 am

**Jaylynn Dean**

omg where is ur shirt from???

Jun 18, 2023 7:59 am

Instagram Message: 1/1
Date: October 25, 2023

**Jaylynn Dean**

side it's just so scary how he thinks he's untouchable and that he genuinely doesn't care what people think of him. i know in July he was trying to check into a mental institution because he thinks he's a sociopath but he never went through with it. I wanted to tell your mom and ask her for my stuff but ryan just kept telling me how she wouldn't believe me and that he would pretty much walk away untouched. he is just a compulsive liar and doesn't have anyone's best interest in mind besides his own. im so sorry to get you involved or ask for my stuff but he is just refusing and still remains being so hateful towards me.

Oct 26, 2023 8:24 am

**Jaylynn Dean**

gosh it just sucks. like I have asked him so many times for my stuff and he just refuses to give it back. i asked him for my clothes back and he only gave me portion of them but I returned everything back to him. throughout all of this I have been so kind to him but ever since he came to ku he has just completely changed and is ugly inside and out. he is just so selfish and he refuses to apologize for any of the things he did. in less than a year he abused me physically and emotionally,                                        cheated on me on my birthday, had a porn addiction that included abuse , rape and cartoon porn, blamed me for getting raped by his roommate. i honestly don't know why he is so cruel and disgusting. it's just so hurtful that he acts so reckless and doesn't consider how he hurts everyone in his life. he has just made me feel crazy and told me if I told your parents anything he would tell them it was lies and that they wouldn't care about any of that and they would take his

Oct 26, 2023 8:22 am

**mr loverman**

You're welcome. If you want/need them earlier, I can give you my parents # and they can send them too. I don't think it's considered being a snitch, it's just making him accountable for the things that he has done. You shouldn't have had to go through whatever you did. You deserve real love. Hope you are doing well now, or at least better.

Oct 26, 2023 7:51 am

**Jaylynn Dean**

THANK YOU SO MUCH

Oct 26, 2023 5:29 am

**mr loverman**

Yes definitely omg of COURSE. Im so so sorry that he's doing that to you. I will be home Nov 20 and can mail them then if you give me a good address.
💜 Jaylynn Dean (Oct 26, 2023 5:29 am)

Oct 26, 2023 5:29 am

Instagram Message: 1/1
Date: October 26, 2023

BW-DEAN_JAYLYNN_S.M._000211

## Snapchat



Snapchat Message: 1/2
Date: September 2, 2023



Snapchat Message: 2/2

TikTok:



Post Date: June 19, 2024