Confidential Personal Information

Patient: Dean, Jaylynn Alayah
Records Provider:
Plaintiff Produced Records

,

Records Obtained: 06/05/2025

587048.011.0010 - 587048.011.0089
Confidential-Attorney Eyes Only-JDean-PPR-000010 -
Confidential-Attorney Eyes Only-JDean-PPR-000089

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 06/05/2025(FM0064)
80 pages plus cover sheet

Confidential Personal Information

**Trial Exhibit No.**
**04154**

# Support Messages | Ri...

**M**

Hi Jaylynn,

I am following up on a recent conversation you had with my colleague about a safety incident that you reported. I was hoping to ask you a few follow-up questions to gain a better understanding of what happened.

**Uber Resources Hotline**

I wanted to share information about the Uber Resources Hotline. This hotline is managed by <u>RAINN</u> and can:

- Provide confidential, emotional support from RAINN's support specialists

- Help you receive reimbursement from Uber for therapy and other

JDEAN-JAYLYNN_000010

Confidential-Attorney Eyes Only-JDean-PPR-000019