Confidential Personal Information

Patient: Dean, Jaylynn Alayah
Records Provider:
Tempe Police Department

120 East 5th Street
Tempe, AZ 85281
480 -350-8598

Records Obtained: 03/27/2025

587048.005.0001 - 587048.005.0086
Confidential-Attorney Eyes Only-JDean-TempePD-000001 -
Confidential-Attorney Eyes Only-JDean-TempePD-000086

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 03/27/2025(NWDFM53)
86 pages plus cover sheet

**Trial Exhibit No.**
**04156**

Confidential Personal Information

$( %) * '$$$%

sent you a Snap •
Cash Card locked
3h ago
Your Cash Card is locked. You can unlock it in app.
TIME SENSITIVE
12:38 AM
Uber
RideCheck
Your ride ended earlier than expected. Is everything ok?
Leave on Time Sensitive notifications from Uber? This allows Uber to deliver important notifications immediately.
Leave On
Turn Off
Swipe up to unlock

Confidential-Attorney Eyes Only-JDean-TempePD-000070
04156.0071