Confidential Personal Information

Patient: Dean, Jaylynn Alayah
Records Provider:
Hims & Hers Health

2269 Chestnut Street, Suite 523
San Francisco, CA 94123
800-368-0038

Records Obtained: 09/06/2025

587048.014.0001 - 587048.014.0012
Confidential-Attorney Eyes Only-JDean-H&HH-000001 -
Confidential-Attorney Eyes Only-JDean-H&HH-000012

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 09/06/2025(FM0064)
12 pages plus cover sheet

Confidential Personal Information

**Trial Exhibit No.**
**04158**

04158.0001




Confidential-Attorney Eyes Only-JDean-H&HH-000001
04158.0002

2/25/24, 2:21 PM                                                                                   Hims & Hers EMR Host

**ID Verification:** **No action required, ID verification performed on previous ID**

## Photos

Click an image to inspect it or reject the photo

id                    selfie

## Treatment plan

Current Dose

> **Continuing Bupropion XL, 150 mg**
> 30 doses per month, shipped quarterly

Treatment

**Continuing Bupropion XL, 150 mg**

30 doses per month, shipped quarterly

## Intake Forms

| | |
|---|---|
| Over the last 2 weeks, how often have you been bothered by little interest or pleasure in doing things? | **Not at all** |
| Over the last 2 weeks, how often have you been bothered by feeling down, depressed, or hopeless? | **Several days** |
| Over the last 2 weeks, how often have you been bothered by trouble falling or staying asleep, or sleeping too much? | **Nearly every day** |
| Over the last 2 weeks, how often have you been bothered by feeling tired or having little energy? | **Not at all** |
| Over the last 2 weeks, how often have you been bothered by poor appetite or overeating? | **Several days** |
| Over the last 2 weeks, how often have you been bothered by feeling bad about yourself, that you are a failure, or have let | **Nearly every day** |

https://emr.prod.emr.himshers.com/patients/ovZMb1L8HnE?visitId=ymCXrDrHmw                                        1/5

Confidential-Attorney Eyes Only-JDean-H&HH-000002

| | |
|---|---|
| Over the last 2 weeks, how often have you been bothered by [trouble concentrating on things such as reading the newspaper or watching tv?] | Not at all |
| Over the last 2 weeks, how often have you been bothered by moving or speaking so slowly that other people have noticed, OR being so fidgety or restless that you have been moving around a lot more than usual? | Not at all |
| Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge? | Nearly every day |
| Over the last 2 weeks, how often have you been bothered by not being able to stop or control worrying? | Nearly every day |
| Over the last 2 weeks, how often have you been bothered by worrying too much about different things? | Nearly every day |
| Over the last 2 weeks, how often have you been bothered by trouble relaxing? | More than half the days |
| Over the last 2 weeks, how often have you been bothered by being so restless that it is hard to sit still? | Not at all |
| Over the last 2 weeks, how often have you been bothered by becoming easily annoyed or irritable? | More than half the days |

Confidential-Attorney Eyes Only-JDean-H&HH-000003

| | |
|---|---|
| Over the last 2 weeks, how often have you been bothered by feeling afraid as if something awful might happen? | **Several days** |
| If you checked any problems, how difficult have they made it for you to do your work, take care of things at home, or get along with other people? | **Extremely difficult** |
| Which of the following best describes why you are seeking service today? | **Persistent or excessive worry** |
| How have you been feeling for the past few weeks? | **Emotional** |
| | **Stressed** |
| | **Worried** |
| Which of these do you most relate to these days? | **Can't sleep** <br> Indicates fit for SSRI treatment |
| | **No energy or lethargic** <br> Indicates fit for Bupropion treatment |
| Have you been diagnosed or have a history of any of the following mental health conditions? | **Generalized anxiety** |
| Do you currently have any desire to harm yourself or others? | **No** |

Confidential-Attorney Eyes Only-JDean-H&HH-000004

| | |
|---|---|
| Are you currently worried that you might harm yourself or others? | No |
| Do you have a family history of depression or anxiety? | Not sure |
| Is there a specific mental health medication you are interested in? | Yes |
| What medication are you interested in? | **Escitalopram (Lexapro)** |
| Is this your first time taking mental health medication? | Yes |
| Are you currently taking other prescription medication, over-the-counter medication, supplements or herbal remedies? | No |
| What is your gender? | Woman |
| What was your sex assigned at birth? | Female |
| Are you currently pregnant or trying to conceive? | No |
| Are you currently breastfeeding? | No |
| Do you have or have you ever had any of the following medical conditions? | None apply |
| Do you smoke, vape, or use other tobacco or nicotine products? | No |

Confidential-Attorney Eyes Only-JDean-H&HH-000005

| | |
|---|---|
| How often in the past year have you engaged in binge drinking (4 or more drinks on one occasion for females and 5 or more drinks on one occasion for males)? | **Never** |
| Have you taken any of the following recreational drugs in the past 6 months? | **None apply** |
| Do you have any other medical conditions? | **No** |
| Have you ever had any surgeries or hospitalizations? | **No** |
| Do you have any allergies to medications, dyes, food, or anything else? | **No** |
| In case of an emergency, is there someone we can contact? | **Yes** |
| Please provide their name, their relationship to you, and their phone number. | **Ryan Neil boyfriend** |

Confidential-Attorney Eyes Only-JDean-H&HH-000006
04158.0007

UID: ovZMb1L8HnE - EMR Messages



Confidential-Attorney Eyes Only-JDean-H&HH-000007

> aware of your current treatments. Please let your primary care provider know about your mental health diagnosis and medication, and notify your pharmacy of your new medication to ensure safety with any other medications you may be taking.
>
> You can visit the Help Spot to learn more about your new mental health treatment.
>
> **In case of emergency**
>
> Finally, if you find yourself experiencing suicidal thoughts, please call or text 988 to access the Suicide and Crisis Lifeline or head to your nearest emergency room.
>
> We'll follow up with you in 4 weeks for a check in to see if your symptoms are improving, and hear from you regarding anything else you are noticing with your treatment. Based on your progress, it is not unusual that we may adjust your medication as a part of your personal treatment plan. **Let's get you feeling like your best self!**
>
> Thank you
>
> Jul 10, 2023 12:34 PM

Jaylynn Dean

> Great! Thank you so much!
>
> Jul 10, 2023 4:32 PM
>
> ✓ Read by NP Amber Szydelko on August 16, 2023 at 10:33 AM

Aug 16, 2023

Jaylynn Dean

> Psychiatry check in: Please find below my answers to the questions about my treatment experience
>
> Have you seen an improvement in your symptoms since starting your mental health prescription?
>
> Yes
>
> Tell us more about how you're feeling.
>
> Before the smallest things would absolutely ruin my day and I would refuse to get out of bed. I would often feel pits in my stomach like something bad would happen and I would be terrified to leave the house or even talk to people but now I actually go out and be comfortable and not so worried.
>
> Are you satisfied with the progress of your medication, or would you like to increase your dose or change your medication?
>
> I am satisfied with my current treatment
>
> Which of the following best describes how you're taking medication? I'm currently taking:
>
> 2 pills daily
>
> How often do you miss a dose of your medication?

Confidential-Attorney Eyes Only-JDean-H&HH-000008

I never miss taking my medication

Are you bothered by any side effects or other negative reactions from your treatment?

No

Since starting treatment, have you experienced any new or worsening suicidal thinking?

No

Over the last 2 weeks, how often have you been bothered by little interest or pleasure in doing things? (PHQ8_doing_things)

Not at all

Over the last 2 weeks, how often have you been bothered by feeling down, depressed, or hopeless? (PHQ8_down)

Not at all

Over the last 2 weeks, how often have you been bothered by trouble falling or staying asleep, or sleeping too much?   (PHQ8_sleep)

Several days

Over the last 2 weeks, how often have you been bothered by feeling tired or having little energy? (PHQ8_energy)

Several days

Over the last 2 weeks, how often have you been bothered by poor appetite or eating?   (PHQ8_appetite)

Not at all

Over the last 2 weeks, how often have you been bothered by feeling bad about yourself, that you are a failure, or have let yourself or your family down? (PHQ8_failure)

Not at all

Over the last 2 weeks, how often have you been bothered by trouble concentrating on things such as reading the newspaper or watching tv? (PHQ8_concentration)

Not at all

Over the last 2 weeks, how often have you been bothered by moving or speaking so slowly that other people have noticed, OR being so fidgety or restless that you have been moving around a lot more than usual? (PHQ8_restless)

Not at all

If you checked any problems, how difficult have they made it for you to do your work, take care of things at home, or get along with other people? (PHQ8_lifestyle)

Confidential-Attorney Eyes Only-JDean-H&HH-000009

Not difficult at all

Over the last 2 weeks, how often have you been bothered by feeling nervous, anxious, or on edge? (GAD7_nervous)

Several days

Over the last 2 weeks, how often have you been bothered by not being able to control worrying? (GAD7_worrying)

Not at all

Over the last 2 weeks, how often have you been bothered by worrying too much about different things? (GAD7_worrying2)

Not at all

Over the last 2 weeks, how often have you been bothered by trouble relaxing? (GAD7_relaxing)

Not at all

Over the last 2 weeks, how often have you been bothered by being so restless that it is hard to sit still? (GAD7_restless)

Not at all

Over the last 2 weeks, how often have you been bothered by becoming easily annoyed or irritable? (GAD7_irritable)

Confidential-Attorney Eyes Only-JDean-H&HH-000010

> Not at all
>
> Over the last 2 weeks, how often have you been bothered by feeling afraid as if something awful might happen? (GAD7_afraid)
>
> Not at all
>
> If you checked any problems, how difficult have they made it for you to do your work, take care of things at home, or get along with other people? (GAD7_lifestyle)
>
> Not difficult at all
>
> Is there anything else your provider should know?
>
> I absolutely love my medication! It is making my life so much easier and has made me a better person inside and out. Everyone in my life has seen such a difference.
>
> Aug 16, 2023 10:30 AM

✓ Read by NP Amber Szydelko on August 16, 2023 at 10:33 AM

NP Amber Szydelko

> Hi Jaylynn,
>
> Hello, my name is Amber Szydelko. I am a board-certified family nurse practitioner in your state. Thank you for taking the time to complete your psychiatry check-in. I am glad to hear that the treatment is going well. Please feel free to reach out if you have any questions. You will be emailed before your prescription runs out to return for a renewal visit, where you will be evaluated for a renewal prescription. I look forward to speaking with you then.

NP Amber Szydelko

> Hi Jaylynn,
>
> Hello, my name is Amber Szydelko. I am a board-certified family nurse practitioner in your state. Thank you for taking the time to complete your psychiatry check-in. I am glad to hear that the treatment is going well. Please feel free to reach out if you have any questions. You will be emailed before your prescription runs out to return for a renewal visit, where you will be evaluated for a renewal prescription. I look forward to speaking with you then.
>
> Thank you for trusting us with your care.
>
> Aug 16, 2023 10:33 AM

Confidential-Attorney Eyes Only-JDean-H&HH-000011

**Amber Szydelko • August 16, 2023 10:33 AM**

19y/o female presents for Psychiatry.
S: Patient follow up for treatment for depression and anxiety. Good improvement of symptoms. No Side effects. Denies SI.
O: PHQ8: 2, minimal depression (improved) GAD7: 1, no anxiety (improved)
A: minimal depression with resolved anxiety
P: Escitalopram 20mg daily. Titrate in future if needed. f/u 1 year or sooner if needed

**Amber Szydelko • July 10, 2023 12:34 PM**

[Signed] CC: Generalized anxiety.

Past Mental Health Hx: Generalized anxiety.

Past Medical History: None.

Denies desire to harm self or others at this time.

No family history of anxiety or depression.

Previous medication trials: none
Current MH medications: none
Pregnancy or trying to conceive: no
Breastfeeding: no
Alcohol Use 4 or more drinks on one occasion: Never

PHQ: 8

GAD: 14

A: Mild Depression, Moderate Anxiety

P: Escitalopram 20mg daily. titrate as needed. f/u 1yr or sooner if needed

**Confidential-Attorney Eyes Only-JDean-H&HH-000012**