# Document Produced in Native



Trial Exhibit No. 04160

CONFIDENTIAL

UBER-MDL3084-BW-00000017