# Report for Hassan Ibrahim Turay

suspended

California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

## Personal information

$( % &'$$$%

**First Name**

Hassan

**Middle Name**

Ibrahim

**Last Name**

Turay

**Date of Birth**

 1974

**Social Security #**

XXX-XX-3651

**Geo**

phoenix

**Zipcode**

30342

**Driver License**

06031XXXX (GA)

**Prior Driver License**

-

**Email**

**Phone**

**Custom ID**

ad49b22a-751c-4df9-ac46-84ecf5a5f946

## Report information

**Package**

mvr

**Created at**

Dec 7, 2016 6:56:20 PM

**Completed at**

Dec 7, 2016 6:56:49 PM

## Motor Vehicle Record

`suspended`

**Full name**
HASSAN IBRAHIM TURAY
**License Status**
Valid
**License Type**
PERSONAL
**License Class**
C
**Expiration Date**
Oct 25, 2021
**Issued Date**
Oct 25, 2016
**Issued Date (inferred)**
Oct 25, 2016
**First Issued Date**
Oct 25, 2016

### Restrictions

- CORRECTIVE LENSES

**Requester Company:** Uber Eats

**Checkr, Inc.**
2505 Mariposa Street
San Francisco, CA 94110

844-824-3257
https://checkr.com/applicant

# Report for Hassan Ibrahim Turay

clear

California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

Personal information

First Name

Hassan

Middle Name

Ibrahim

Last Name

Turay

Date of Birth

████ 1974

Social Security #

XXX-XX-3651

Geo

atlanta

Zipcode

85345

Driver License

06031XXXX (GA)

Prior Driver License

-

Email

████████████

Phone

██████

Custom ID

76921802-11dd-455a-be3e-57aebb08ad1c

## Report information

Package

driver_premium

Created at

Dec 19, 2016 8:14:16 PM

Completed at

Dec 22, 2016 4:13:52 PM

UBER-MDL3084-DFS00003622
**04162.0005**



### SSN Verification [clear]

### Sex Offender Search [clear]

### Global Watchlist Search [clear]

### National Criminal Search [clear]

### Federal Criminal Search [clear]

### County Criminal Searches [clear]

[clear]   Fulton, GA

[clear]   Maricopa, AZ



### Motor Vehicle Record [clear]

**Full name**
HASSAN IBRAHIM TURAY
**License Status**
Valid
**License Type**
PERSONAL
**License Class**
C
**Expiration Date**
Oct 25, 2021
**Issued Date**
Oct 25, 2016
**Issued Date (inferred)**

$( % &'$$$*

**First Issued Date**

Jan 31, 2008

## Restrictions

- CORRECTIVE LENSES

**Requester Company:** Uber

**Checkr, Inc.**
2505 Mariposa Street
San Francisco, CA 94110

844-824-3257
https://checkr.com/applicant

**California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

## Summary

| | |
|---|---|
| Ssn Trace | `clear` |
| Sex Offender Search | `clear` |
| Global Watchlist Search | `clear` |
| National Criminal Search | `clear` |
| Federal Criminal Search | `clear` |
| County Criminal Searches | `clear` |
| Motor Vehicle Report | `clear` |



| | |
|---|---|
| **First Name** | Hassan |
| **Middle Name** | Ibrahim |
| **Last Name** | Turay |
| **Date of Birth** | ██████XXXX |
| **Social Security #** | XXX-XX-3651 |
| **Custom ID** | 76921802-11dd-455a-be3e-57aebb08ad1c |
| **Geos** | phoenix |
| **Zipcode** | 85345 |

| | |
|---|---|
| **Driver License** | ████████(GA) |
| **Previous Driver License** | - |
| **Email** | ████████ |
| **Phone** | ████████ |
| **Report Package** | no_history |
| **Report Created at** | Mar 4, 2017 5:23 PM |
| **Report Completed at** | Mar 6, 2017 6:55 PM |

**👤 SSN Verification**  `clear`

**🔍 Sex Offender Search**  `clear`

**🔍 Global Watchlist Search**  `clear`

**🔍 National Criminal Search**  `clear`

**🔍 Federal Criminal Search**  `clear`

**🔍 County Criminal Searches**  `clear`

`clear` **Maricopa, AZ**

`clear` **Fulton, GA**

**🚗 Motor Vehicle Report**  `clear`

| | |
|---|---|
| **Full name** | HASSAN IBRAHIM TURAY |
| **License Status** | VALID |
| **License Type** | PERSONAL |
| **License Class** | C |
| **Expiration Date** | Oct 25, 2021 |
| **Issued Date** | Oct 25, 2016 |
| **Issued Date (inferred)** | Oct 25, 2016 |
| **First Issued Date** | Oct 25, 2016 |

**✳ Restrictions**

- CORRECTIVE LENSES



**Checkr, Inc.**
2505 Mariposa Street
San Francisco, CA 94110

844-824-3257
https://applicants.checkr.com



Consumer Report for | Requestor Company | Status
**Hassan Ibrahim Turay** | **Uber** | Clear

**California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

## Report Summary

| | | |
|---|---|---|
| SSN Trace | Jan 4, 2018 | Clear |
| Sex Offender Search | Jan 4, 2018 | Clear |
| Global Watchlist Search | Jan 4, 2018 | Clear |
| National Criminal Search | Jan 4, 2018 | Clear |
| Federal Criminal Search | Jan 4, 2018 | Clear |
| County Criminal Searches | | Clear |
| Motor Vehicle Report | Jan 4, 2018 | Clear |

$( % &$$%‰



## Report information

Report status **Clear**

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| Hassan | Ibrahim | Turay | ████XXXX |

| Phone | Zipcode | Email | Social Security # |
|---|---|---|---|
| ████ | 85345 | ████ | XXX-XX-3651 |

| Driver license | Previous driver license | Geos | Custom ID |
|---|---|---|---|
| ████ (GA) | - | phoenix | 76921802-11dd-455a-be3e-57aebb08ad1c |

| Created at | Completed at |
|---|---|
| Jan 4, 2018 7:44 PM | Jan 4, 2018 10:50 PM |

**SSN Trace** — Clear

**Sex Offender Search** — Clear

**Global Watchlist Search** — Clear

**National Criminal Search** — Clear

**Federal Criminal Search** — Clear

**County Criminal Searches** — Clear

**Fulton, GA** — Clear

**Maricopa, AZ** — Clear

UBER-MDL3084-DFS00003617
**04162.0012**

## Motor Vehicle Report

`Clear`

| | |
|---|---|
| Full Name | HASSAN IBRAHIM TURAY |
| Current License Status | VALID |
| Current License Type | PERSONAL |
| Current License Class | C |
| Current License Expiration Date | Oct 25, 2021 |
| Current License Issued Date | Oct 25, 2016 |
| Current License Issued Date Inferred | Oct 25, 2016 |
| Current License First Issued Date | Oct 25, 2016 |

### Restrictions

CORRECTIVE LENSES

# Checkr

One Montgomery Street, Suite 2000, San Francisco, CA 94104
applicants.checkr.com - (844) 824-3257



Report completed on Sep 10, 2018 4:05 PM

| Consumer Report for | Requestor Company | Status |
|---|---|---|
| **Hassan Ibrahim Turay** | **Uber** | Clear |

**California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

## Report Summary

| | | |
|---|---|---|
| SSN Trace | Sep 9, 2018 | Clear |
| Sex Offender Search | Sep 9, 2018 | Clear |
| Global Watchlist Search | Sep 9, 2018 | Clear |
| National Criminal Search | Sep 9, 2018 | Clear |
| Federal Criminal Search | Sep 9, 2018 | Clear |
| County Criminal Searches | | Clear |
| Motor Vehicle Report | Sep 9, 2018 | Clear |



**Report information**                                              Report status   Clear

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| Hassan | Ibrahim | Turay | ████XXXX |

| Phone | Zipcode | Email | Social Security # |
|---|---|---|---|
| █████ | 85345 | █████████ | XXX-XX-3651 |

| Driver license | Previous driver licenses | Geos | Custom ID |
|---|---|---|---|
| █████(GA) | - | phoenix | 76921802-11dd-455a-be3e-57aebb08ad1c |

| Created at | Completed at |
|---|---|
| Sep 9, 2018 6:35 AM | Sep 10, 2018 4:05 PM |

---

**SSN Trace**                                                          Clear

**Sex Offender Search**                                                Clear

**Global Watchlist Search**                                            Clear

**National Criminal Search**                                           Clear

**Federal Criminal Search**                                            Clear

**County Criminal Searches**                                           Clear

**Maricopa, AZ**                                                       Clear

**Fulton, GA**                                                         Clear

UBER-MDL3084-DFS00003649
**04162.0016**



## Motor Vehicle Report

Clear

**(GA)**

| | |
|---|---|
| License Status | VALID |
| License Type | PERSONAL |
| License Class | C |
| License Expiration Date | Oct 25, 2021 |
| License Issued Date | Oct 25, 2016 |
| License Issued Date Inferred | Oct 25, 2016 |

### Restrictions

CORRECTIVE LENSES

## Checkr

One Montgomery Street, Suite 2000, San Francisco, CA 94104
applicants.checkr.com - (844) 824-3257

UBER-MDL3084-DFS00003650
**04162.0017**

# Checkr

Report completed on Jun 29, 2020 5:44 PM UTC

| Consumer Report for | Requestor Company | Status |
|---|---|---|
| **Hassan Ibrahim Turay** | **Uber** | Clear |

**California Candidates/Employees Only:** The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

**Sólo para los Candidatos/Empleados de California:** En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

## Report Summary

| | | |
|---|---|---|
| SSN Trace | Jun 27, 2020 | Complete |
| Sex Offender Search | Jun 27, 2020 | Clear |
| Global Watchlist Search | Jun 27, 2020 | Clear |
| National Search | Jun 27, 2020 | Complete |
| Federal Search | Jun 27, 2020 | Clear |
| County Searches | | Clear |
| Motor Vehicle Report | Jun 27, 2020 | Clear |



## Report information — Clear

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| Hassan | Ibrahim | Turay | ████XXXX |

| Phone | Zipcode | Email | Social Security # |
|---|---|---|---|
| ████ | 85345 | ████ | XXX-XX-3651 |

| Driver license | Previous driver licenses | Geos | Custom ID |
|---|---|---|---|
| ████ (AZ) | - | phoenix | 76921802-11dd-455a-be3e-57aebb08ad1c |

| Created at | Completed at |
|---|---|
| Jun 27, 2020 8:03 AM UTC | Jun 29, 2020 5:44 PM UTC |

### SSN Trace — Complete

### Sex Offender Search — Clear

### Global Watchlist Search — Clear

### National Search — Complete

### Federal Search — Clear



## County Searches · Clear

**Fulton, GA** · Clear

**Maricopa, AZ** · Clear



## Motor Vehicle Report · Clear

▮▮▮▮▮▮ (AZ)

| | |
|---|---|
| License Status | LICENSED |
| License Type | PASSENGER |
| License Class | D |
| License Expiration Date | Feb 14, 2023 |
| License Issued Date | Mar 15, 2017 |
| License First Issued Date | - |

Restrictions

CORRECTIVE LENSES

## Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257

# Checkr

Report completed on Jun 3, 2021 12:22 PM UTC

| Consumer Report for | Requestor Company | Status |
|---|---|---|
| **Hassan Ibrahim Turay** | **Uber** | Clear |

**California Candidates/Employees Only:** The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

**Sólo para los Candidatos/Empleados de California:** En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

UBER-MDL3084-DFS00003639
**04162.0022**

## Report Summary

| | | |
|---|---|---|
| SSN Trace | May 30, 2021 | Complete |
| Sex Offender Search | May 30, 2021 | Clear |
| Global Watchlist Search | May 30, 2021 | Clear |
| National Search | May 30, 2021 | Complete |
| Federal Search | May 30, 2021 | Complete |
| County Searches | Jun 3, 2021 | Clear |
| Motor Vehicle Report | May 30, 2021 | Clear |

UBER-MDL3084-DFS00003640



## Report information
Clear

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| Hassan | Ibrahim | Turay | ▮, XXXX |

| Phone | Zipcode | Email | Social Security # |
|---|---|---|---|
| ▮ | 85345 | ▮ | XXX-XX-3651 |

| Driver license | Previous driver licenses | Geos | Custom ID |
|---|---|---|---|
| ▮ (AZ) | - | phoenix | 76921802-11dd-455a-be3e-57aebb08ad1c |

| Created at | Completed at |
|---|---|
| May 30, 2021 8:49 PM UTC | Jun 3, 2021 12:22 PM UTC |

### SSN Trace
Complete

### Sex Offender Search
Clear

### Global Watchlist Search
Clear

### National Search
Complete

### Federal Search
Complete

CONFIDENTIAL



## County Searches
Clear

**Maricopa, AZ**     Clear

**Fulton, GA**     Clear

**Fairfax, VA**     Clear

## Motor Vehicle Report
Clear



(AZ)

| | |
|---|---|
| License Status | LICENSED |
| License Type | PASSENGER |
| License Class | D |
| License Expiration Date | Feb 14, 2023 |
| License Issued Date | Mar 15, 2017 |
| License First Issued Date | - |

Restrictions

CORRECTIVE LENSES

## Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com · (844) 824-3257

# Checkr

Report completed on May 2, 2022 4:53 AM UTC

| Consumer Report for | Requestor Company | Status |
|---|---|---|
| **Hassan Ibrahim Turay** | **Uber** | Clear |

**California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

---

**Report Summary**

| Motor Vehicle Report | May 2, 2022 | Clear |
|---|---|---|

CONFIDENTIAL



## Report information    Clear

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| Hassan | Ibrahim | Turay | ███ XXXX |

| Phone number | Zipcode | Email | Social Security Number |
|---|---|---|---|
| ███ | 85345 | ███ | XXX-XX-3651 |

| Driver license | Previous driver licenses | Geos | Custom ID |
|---|---|---|---|
| ███ AZ) | - | phoenix | 76921802-11dd-455a-be3e-57aebb08ad1c |

| Created at | Completed at |
|---|---|
| May 2, 2022 4:52 AM UTC | May 2, 2022 4:53 AM UTC |



## Motor Vehicle Report    Clear

███ (AZ)

| License Status | LICENSED |
|---|---|
| License Type | PASSENGER |
| License Class | D |
| License Expiration Date | Feb 14, 2023 |
| License Issued Date | Mar 15, 2017 |
| License First Issued Date | - |

Restrictions

CORRECTIVE LENSES

## Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257

CONFIDENTIAL

## Checkr

Report completed on May 2, 2022 8:41 PM UTC

| Consumer Report for | Requestor Company | Status |
|---|---|---|
| **Hassan Ibrahim Turay** | **Uber** | Clear |

**California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

## Report Summary

| | | |
|---|---|---|
| SSN Trace | May 2, 2022 | Complete |
| Sex Offender Search | May 2, 2022 | Clear |
| Global Watchlist Search | May 2, 2022 | Clear |
| National Search | May 2, 2022 | Complete |
| Federal Search | May 2, 2022 | Complete |
| County Searches | May 2, 2022 | Clear |

CONFIDENTIAL



## Report information   `Clear`

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| Hassan | Ibrahim | Turay | ████XXXX |

| Phone number | Zipcode | Email | Social Security Number |
|---|---|---|---|
| ████ | 85345 | ████ | XXX-XX-3651 |

| Driver license | Previous driver licenses | Geos | Custom ID |
|---|---|---|---|
| ████(AZ) | ████(GA) | phoenix | 76921802-11dd-455a-be3e-57aebb08ad1c |

| Created at | Completed at |
|---|---|
| May 2, 2022 4:52 AM UTC | May 2, 2022 8:41 PM UTC |

**SSN Trace**   `Complete`

**Sex Offender Search**   `Clear`

**Global Watchlist Search**   `Clear`

**National Search**   `Complete`

**Federal Search**   `Complete`

**County Searches**   `Clear`

| Maricopa, AZ | `Clear` |
| Fulton, GA | `Clear` |
| Fairfax, VA | `Clear` |

# Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257

UBER-MDL3084-DFS00003638
$( % &'$$' %

**Checkr**

| | | |
|---|---|---|
| Consumer Report for | Requestor Company | Status |
| **Hassan Ibrahim Turay** | **Uber** | Clear |

**California Candidates/Employees Only:** The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

**Sólo para los Candidatos/Empleados de California:** En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

**Report Summary**

| | | |
|---|---|---|
| Motor Vehicle Report | Apr 4, 2023 | Clear |



## Report information

Clear

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| Hassan | Ibrahim | Turay | ███ XXXX |

| Phone number | Zipcode | Email | Social Security Number |
|---|---|---|---|
| ███ | 85345 | ███ | XXX-XX-3651 |

| Driver license | Previous driver licenses | Geos | Custom ID |
|---|---|---|---|
| ███ (AZ) | - | phoenix | 76921802-11dd-455a-be3e-57aebb08ad1c |

| Created at | Completed at |
|---|---|
| Apr 4, 2023 3:34 AM UTC | Apr 4, 2023 3:34 AM UTC |



## Motor Vehicle Report

Clear

███ (AZ)

| License Status | LICENSED |
|---|---|
| License Type | PASSENGER |
| License Class | D |
| License Expiration Date | Jan 31, 2039 |
| License Issued Date | Mar 2, 2023 |
| License First Issued Date | - |

Restrictions

CORRECTIVE LENSES

## Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257

# Checkr

| Consumer Report for | Requestor Company | Status |
|---|---|---|
| **Hassan Ibrahim Turay** | **Uber** | Clear |

**California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

## Report Summary

| | | |
|---|---|---|
| SSN Trace | Apr 4, 2023 | Complete |
| Sex Offender Search | Apr 4, 2023 | Clear |
| Global Watchlist Search | Apr 4, 2023 | Clear |
| National Search | Apr 4, 2023 | Complete |
| Federal Search | Apr 4, 2023 | Complete |
| County Searches | Apr 9, 2023 | Clear |

UBER-MDL3084-DFS00003628
$( % &'$$' )



## Report information — Clear

| | | | |
|---|---|---|---|
| **First name** Hassan | **Middle name** Ibrahim | **Last name** Turay | **Date of birth** ████ XXXX |
| **Phone number** ████ | **Zipcode** 85345 | **Email** ████ | **Social Security Number** XXX-XX-3651 |
| **Driver license** ████ AZ) | **Previous driver licenses** ████ GA) | **Geos** phoenix | **Custom ID** 76921802-11dd-455a-be3e-57aebb08ad1c |
| **Created at** Apr 4, 2023 3:34 AM UTC | **Completed at** Apr 9, 2023 1:06 AM UTC | | |

**SSN Trace** — Complete

**Sex Offender Search** — Clear

**Global Watchlist Search** — Clear

**National Search** — Complete

**Federal Search** — Complete

**County Searches** — Clear

**Maricopa, AZ** — Clear

**Fulton, GA** — Clear

**Fairfax, VA** — Clear

# Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257

# Checkr

Report completed on Jun 5, 2023 8:03 PM UTC

| Consumer Report for | Requestor Company | Status |
|---|---|---|
| **Hassan Ibrahim Turay** | **Uber** | Clear |

**California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

## Report Summary

| Motor Vehicle Report | Jun 5, 2023 | Clear |
|---|---|---|



## Report information     Clear

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| Hassan | Ibrahim | Turay | ▇▇▇ XXXX |

| Phone number | Zipcode | Email | Social Security Number |
|---|---|---|---|
| ▇▇▇▇▇ | 85345 | ▇▇▇▇▇ | XXX-XX-3651 |

| Driver license | Previous driver licenses | Geos | Custom ID |
|---|---|---|---|
| ▇▇▇ (AZ) | - | phoenix | 76921802-11dd-455a-be3e-57aebb08ad1c |

| Created at | Completed at |
|---|---|
| Jun 5, 2023 6:15 PM UTC | Jun 5, 2023 8:03 PM UTC |



## Motor Vehicle Report     Clear

▇▇▇ (AZ)

| | |
|---|---|
| License Status | LICENSED |
| License Type | PASSENGER |
| License Class | D |
| License Expiration Date | Jan 31, 2039 |
| License Issued Date | Mar 2, 2023 |
| License First Issued Date | - |

### Restrictions

CORRECTIVE LENSES

## Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257

# Checkr

Consumer Report for | Requestor Company | Status
**Hassan Ibrahim Turay** | **Uber** | Clear

---

**California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

---

**Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

## Report Summary

| | | |
|---|---|---|
| SSN Trace | Jun 5, 2023 | Complete |
| Sex Offender Search | Jun 5, 2023 | Clear |
| Global Watchlist Search | Jun 5, 2023 | Clear |
| National Search | Jun 5, 2023 | Complete |
| Federal Search | Jun 5, 2023 | Complete |
| County Searches | Jun 6, 2023 | Clear |

CONFIDENTIAL



## Report information — Clear

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| Hassan | Ibrahim | Turay | ███ XXXX |

| Phone number | Zipcode | Email | Social Security Number |
|---|---|---|---|
| ███ | 85345 | ███ | XXX-XX-3651 |

| Driver license | Previous driver licenses | Geos | Custom ID |
|---|---|---|---|
| ███ (AZ) | ███ (GA) | phoenix | 76921802-11dd-455a-be3e-57aebb08ad1c |

| Created at | Completed at |
|---|---|
| Jun 5, 2023 6:15 PM UTC | Jun 6, 2023 2:59 AM UTC |

**SSN Trace** — Complete

**Sex Offender Search** — Clear

**Global Watchlist Search** — Clear

**National Search** — Complete

**Federal Search** — Complete

**County Searches** — Clear

**Maricopa, AZ** — Clear

**Fulton, GA** — Clear

**Fairfax, VA** — Clear

CONFIDENTIAL

# Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257