

## Recent Activity

**Feedback**

| | | |
|---|---|---|
| 👤 | ⭐ 5.00 | 28 total rides (0 Shared rides) |

[Copy Rider Details](#)

| | | |
|---|---|---|
| 🚲 | ⭐ N/A | 0 total bike and scooter rides |

| | | |
|---|---|---|
| 🚗 | ⭐ 5.00 | rating of drivers |

**Concessions Info**

**Most Recent Concession**
No recent concessions

**Current Region**
🇺🇸 US - TUL

**Current Rider Ride**
Not in ride

**Current Driver Route**
Not in ride

**Queued Routes**
User does not have any queued routes.

## User Roles

**User Account**

**User Modes**
Rider (Current)

[Edit Current Mode]

[Disable Rider]

**Business Profiles**
No business profiles found for this user

**Lyft Pass**
See

[Lyft Pass TOM tool](#)

for complete lists of passes.

**Administrative Memberships**

## Family Membership Info

| Part of a family account: | No |
|---|---|

## User Info

**GDPR User Data**
No export pending

**Home Country**
 Change Country

**Sharelocation Settings**
Unknown

**Rider Scheduled Check-in Settings**
Unknown

**Applicant/Driver Default Region**
[Location Preferences](#)

**Display Language**
en-US

**Account Type**
Phone

**Profile Fields**

**Enable Hard-of-Hearing Features**
false  

**Wait-Time Fee Waiver Status**
Disabled  

**Date of Birth**
no date of birth on file  

**Lyft Silver**
Disabled

$( % ( '$$$'

**Share Birthday with Riders**

false 🖉

**Fleetview Driver**

False

**Rider Women+ Connect**

On 🖉

**Rider Service Animal**

False

**AV Operator**

No

## Fraud Indicators

User is not whitelisted for fraud

[New Linked Accounts ↗](#)
1 unique linked accounts
1 accounts sharing device fingerprints
1 accounts sharing payment methods
1 accounts sharing an email
0 accounts sharing a phone number
0 accounts sharing vehicle identifiers
0 accounts sharing web browser identifiers

### Fraud Tags

### Failed Transactions (0)

### Chargebacks (0)

## Safety Notations Summary

Notations: 6

Safety Notations: 0

Unsafe Behaviour Count: 0

Unsafe Driving Count: 0

Unsafe Vehicle Count: 0

Copy

## User App Info

### Rider App

| | |
|---|---|
| Rider App Version: | iOS 18.3.1 • 2025.20.3.25531231 (Production) |
| Device: | iPhone17,3 |
| Carrier: | |

### Driver App

| | |
|---|---|
| Driver App Version: | N/A |
| Device: | |
| Carrier: | |
| Navigation Option: | unknown |
| Auto Arrive Preference: | unknown |

### Locale
English (United States)

### Signup Time
Feb 9, 2024 9:36am EST (Source: app)

### Terms Accepted At
Feb 9, 2024 9:36am EST (Lyft - US)

Feb 12, 2024 12:02am EST (Lyft Cash - US)

Apr 16, 2025 1:42am EDT (Lyft - US)

### Feedback

$( % ( '$$$)

| | | |
|---|---|---|
| 👤 ⭐ 5.00 | 28 total rides (0 Shared rides) | Copy Rider Details |
| 🚲 ⭐ N/A | 0 total bike and scooter rides | |
| 🚗 ⭐ 5.00 | rating of drivers | |

## Feedback Details

### Filter by Role & Recipient
🚶 **Feedback as Rider**

**What drivers said about J**

What J said about drivers

### Filter by Date Range
Start date    End date

### Showing feedback from drivers about J
☑ Only show rides with written feedback or flags

J received ⭐⭐⭐⭐⭐ from 1818545140031921134 on Apr 19, 2024 1:47:04 pm CDT

See what J said

J received ⭐⭐⭐⭐⭐ from 1918876294751777694 on Mar 12, 2024 11:23:19 am CDT

See what J said