# DOCUMENT PROVIDED IN NATIVE

UBERMDLPRODUCTION_00015



$( % ) !$' '$$$%