# DOCUMENT PROVIDED IN NATIVE

UBERMDLPRODUCTION_00016



$( % ) !$( '$$$%