CONFIDENTIAL

**ADOT** Motor Vehicle Division

2016    4/30/2024    TOYT

# PBA1LN

Vin: 4T1BF1FKXGU128928

Issue Date: 4/17/2023

To be mounted to rear of vehicle.

Trial Exhibit No. **04186**

⇧ Fold and detach here. REGISTRATION MUST BE CARRIED IN VEHICLE AT ALL TIMES. ⇧

## ARIZONA TEMPORARY REGISTRATION

Expiration Date: 4/30/2024



ADOT Motor Vehicle Division
15-1040 R05/22

| Plate Number | Vehicle Identification Number | Year | Make | Body Style |
|---|---|---|---|---|
| PBA1LN | 4T1BF1FKXGU128928 | 2016 | TOYT | 4DSD |
| Owner Name or Company Name | Street Address | City | State | ZIP |
| Fast Track Leasing LLC | 640 S Smith Rd | Tempe | AZ | 85288-2927 |

CONFIDENTIAL    CONFIDENTIAL    UBER-MDL3084-BW-00054167

Must be carried in vehicle at all times, until new registration and plates are received. Keep your current plate until your new plate arrives.

$( % * '$$$%