**CONFIDENTIAL**

# Vehicle Inspection

TO BE COMPLETED BY VEHICLE OPERATOR ↓

FULL NAME _____   PHONE NUMBER _____

## INSPECTION POINTS

| | | | | |
|---|---|---|---|---|
| HEADLIGHTS | ☒ PASS ☐ FAIL | REAR WINDOW & OTHER GLASS | ☒ PASS ☐ FAIL |
| TAIL LIGHTS | ☒ PASS ☐ FAIL | WINDSHIELD WIPERS | ☒ PASS ☐ FAIL |
| TURN INDICATOR LIGHTS | ☒ PASS ☐ FAIL | FRONT SEAT ADJUSTMENT | ☒ PASS ☐ FAIL |
| STOP LIGHTS | ☒ PASS ☐ FAIL | DOORS (Open/Close/Lock) | ☒ PASS ☐ FAIL |
| FOOT BRAKES (Pads/Shoes thickness) | ☒ PASS ☐ FAIL | HORN | ☒ PASS ☐ FAIL |
| EMERGENCY/PARKING BRAKE | ☒ PASS ☐ FAIL | SPEEDOMETER | ☒ PASS ☐ FAIL |
| STEERING MECHANISM | ☒ PASS ☐ FAIL | BUMPERS | ☒ PASS ☐ FAIL |
| WINDSHIELD | ☒ PASS ☐ FAIL | MUFFLER AND EXHAUST SYSTEM | ☒ PASS ☐ FAIL |
| SAFETY BELTS FOR DRIVERS & PASSENGERS | ☒ PASS ☐ FAIL | TIRES, INCL TREAD DEPTH | ☒ PASS ☐ FAIL |
| | | INTERIOR & EXTERIOR REAR VIEW MIRRORS | ☒ PASS ☐ FAIL |

### VEHICLE INSPECTION RESULTS (Inspector to circle)

Any markings on the 'FAIL' side will automatically fail inspection

**(PASS)**    04/09/2023    **FAIL**
Inspection Date

**Trial Exhibit No. 04187**

TO BE COMPLETED BY INSPECTOR ↓

| 232243 | AZ | | 4T1BF1FKXGU128928 |
|---|---|---|---|
| VEHICLE MILEAGE | LICENSE PLATE STATE | LICENSE PLATE NUMBER | VIN |
| TOYOTA | Camry | 2016 | 4 |
| VEHICLE MAKE | VEHICLE MODEL | VEHICLE YEAR | NUMBER OF DOORS |
| Yes | | 04/12/2023 | |
| HAS REGISTRATION STICKER? (YES/NO) | | REGISTRATION STICKER MONTH/YEAR (MM/YY) | |
| Wrenchdoc | | 640 S Smith Rd Tempe, AZ 85281 | |
| INSPECTOR COMPANY | | INSPECTOR ADDRESS | |
| Jacob Koshoshek | | [signature] | 1167-1902 |
| INSPECTOR NAME | | INSPECTOR SIGNATURE | STATE CERTIFICATION NUMBER |

CONFIDENTIAL        CONFIDENTIAL        UBER-MDL3084-BW-00054168

$( % +'$$$%