**CONFIDENTIAL**

**AMERICAN** BUSINESS INSURANCE

32133 Lindero Cyn Rd., #100
Westlake Village, CA 91361
(800) 980-1950 | License #0C77445

Date: July 23rd, 2023

**Insured Entities:**

Buggy LLC
Buggy Mobility LLC
Buggy Mobility New Jersey LLC
Fast Track Leasing LLC
Lux Credit Consultants LLC
Voyager Global Mobility LLC

Ranat A LLC
Rigo Limo-Auto Corp
UCars Management LLC
VGM Buggy MobilityLLC
VGM Gov Biz LLC

To Whom It May Concern:

The following policies written by **New York Marine & General Insurance Company** & **Gotham Insurance Company** are under the same ownership and control for the below policy period as of 08/01/2023. Therefore, the drivers that are added on any of the below policies are authorized to drive any of the VINs that are scheduled on the below mentioned policies. Policies have been issued with the following coverage limits: BI 50,000/100,000; PD = 30,000; PIP – MFR*; APIP – MFR*; UM – MFR* & BI 25,000/50,000; PD = 10,000; PIP – MFR*; APIP – MFR*; UM – MFR* with effective and expiration dates indicated below:

| Policy # | Effective | Expiration |
|---|---|---|
| PXL-23-A00100 | 08/01/2023 | 8/01/2024 |
| PXL-23-B00100 | 08/01/2023 | 8/01/2024 |
| PXL-23-C00100 | 08/01/2023 | 8/01/2024 |
| PXL-23-D00100 | 08/01/2023 | 8/01/2024 |
| PXL-23-N00100 | 08/01/2023 | 8/01/2024 |

Any questions, please contact:

*[signature: David C. Haley]*

**David Haley**, CEO
American Business Ins. Svcs. Inc.
800-980-1950
dave@abiweb.com

**Trial Exhibit No. 04188**

*MFR = Minimum Financial Responsibility. Dictated per state.

CONFIDENTIAL         CONFIDENTIAL         UBER-MDL3084-BW-00054169

$( % , '$$$%