**Document Produced in Native**

Trial Exhibit No. **04226**

CONFIDENTIAL                                            UBER_JCCP_MDL_005784108
                                                        $( &&* '$$$%