Case 3:23-md-03084-CRB     Document 5259-36     Filed 02/17/26     Page 1 of 1

# Document Produced in Native



Trial Exhibit No.
**04227**

CONFIDENTIAL                                               UBER_JCCP_MDL_005784109