**CONFIDENTIAL**

# Uber Reports

## Checkbox Consent History

| Account Holder UUID | 79ab5a1c-c289-4f76-855c-bf7d29156ad5 | Account Holder Name | jaylynn dean |

 1 rows returned on Apr 23, 2025, 7:35:54 PM (UTC)

| # | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Apr 14, 2023, 2:00:47 AM | eats_iphone | Apr 14, 2023, 2:00:48 AM | initial_signup_checkbox |

**Trial Exhibit No.**
**04231**

**CONFIDENTIAL**

04231.0001