Free, Confidential, 24/7 Support   **Get Help Now**

**RAINN**

Help & Healing   Get Informed   Show Support   Take Action   Learn About RAINN   Donate

GET INFORMED

# Tips for Safer Ridesharing

RAINN and Uber teamed up to provide tips for safer rideshare experiences. Learn to reduce the risk of experiencing sexual violence while driving or riding.

Strategies To Reduce Risk & Increase Safety > Tips for Safer Ridesharing

Safety in rideshares is a shared responsibility. Together, drivers and passengers can contribute to safer communities by staying alert, respecting boundaries, and supporting one another in uncomfortable or dangerous situations.

**We Value Your Privacy** ×

This website utilizes cookies to enhance site navigation, analyze site usage, and personalize your experience. By clicking 'Accept All', you consent to

## Tips for Rideshare Drivers

- **Establish clear boundaries.** Clearly communicate expectations for acceptable behavior and maintain professional conversation. You have the right to a safe, respectful work environment.
- **Confirm passenger identity.** Always verify the passenger's name and destination before they enter your vehicle. Use app-provided features like photo verification, if available.
- **Trust your instincts.** If something feels off, prioritize your safety. It's okay to decline or end a ride if you feel threatened or unsafe.
- **Stay connected.** Share your real-time location with a trusted contact. Both Uber and Lyft apps offer safety features to facilitate this.
- **Prepare emergency contacts.** Keep your phone handy and pre-program emergency numbers for quick access to immediate assistance.
- **Intervene safely.** If you notice a passenger is being harassed by someone else during pickup or drop-off, calmly offer assistance or suggest calling authorities.
- **Report incidents promptly.** Immediately report inappropriate or aggressive behavior to your rideshare company and local law enforcement.

## Tips for Rideshare Passengers

- **Confirm driver and vehicle details.** Always verify the car's make, model, license plate, and driver's name/photo before entering the vehicle.
- **Wait in safe locations.** Choose well-lit, populated areas to wait for your rideshare vehicle.
- **Share your trip.** Utilize in-app safety features to share your trip progress and ETA with trusted contacts.
- **Set clear boundaries.** Be respectful, clear, and direct about your comfort levels and boundaries. You deserve respect and safety throughout your journey.
- **Trust your gut.** If you feel uneasy or sense danger, don't hesitate to ask to end the ride in a safe location and request another ride.
- **Stay alert.** Avoid excessive substance use that could impair your judgment. If you're intoxicated, travel with a trusted (sober) companion.
- **Report concerns immediately.** If you experience or witness sexual harassment or assault, report it to both the rideshare company and local law enforcement immediately.

### Get the Facts About Sexual Harassment

Everyone deserves to feel safe when they're out in the world. Learn to recognize sexual harassment and how speak out or step in to stop it.

### How Bystander Intervention Can Stop Sexual Assault

You don't have to be a hero to make an impact. Small actions can have powerful effects! Learn how to safely step in to prevent or stop sexual violence.

### If Someone Is Pressuring or Coercing You

### Consent 101: Respect, Boundaries, and Building Trust ›

Consent doesn't end with a "yes" or "no." It requires clear communication, mutual respect, and ongoing agreement. Learn

Trial Exhibit No. **04233**

04233.0001

Perpetrators often use coercion tactics like guilt or intimidation to pressure someone into doing something they don't want to do. Here's how to respond.

...what consent looks like in real life.



### Uber Community Guidelines

See how Uber ensures a safe, welcoming environment throughout the Uber Marketplace, from riding and driving to ordering and delivering.

**Explore Uber's Guidelines**

---

**If you or someone you know has experienced sexual assault, you are not alone.** RAINN's National Sexual Assault Hotline offers *free, confidential, 24/7 support* in English and en Español.

Call 800.656.HOPE (4673)

Chat at RAINN.org/hotline

Text HOPE to 64673

**Get Help Now >**

Last updated: August 28, 2025

**RELATED:**

AI Didn't Invent Sexual Abuse — It Just Made It Easier

Get the Facts About Grooming

When Love Isn't Love: Grooming & Teenage Vulnerability

---

Contact Us    Careers    Privacy Policy    Terms of Service

**RAINN**

Join the Fight for a World Free from Sexual Violence

Email Address

email@email.com    **Sign Up**

Federal Funding Disclosure    Legal Disclosure    Financials

**RAINN National Sexual Assault Hotline**

Trained support specialists provide confidential, 24/7 support in English and Spanish.

**Get Help Now**