

**INSURANCE IDENTIFICATION CARD**

THIS CARD IS TO REMAIN IN THE INSURED VEHICLE
This document should feature a clover pattern for protection.

**STATE OF Arizona**

**INSURANCE COMPANY**
Voyager Indemnity Insurance Company
11222 Quail Roost Drive
Miami, FL 33157

**NAIC NUMBER**
40428

**POLICY NUMBER**
PXL-23-A00100

**VEHICLE IDENTIFICATION NUMBER**
4T1BF1FKXGU128928

**EFFECTIVE DATE**
08/01/2023

**YEAR, MAKE, MODEL**
2016 TOYOTA Camry

**EXPIRATION DATE**
08/01/2024

**NAMED INSURED**
HASSAN IBRAHIM TURAY
VGM Buggy Mobility LLC
445 Empire Blvd
Brooklyn, NY 11225

**CLAIMS**
(800) 960-1930

Please report the following information as soon as possible.

1. Name and address of each driver, passenger, and witness.
2. Name of insurance company and policy number for each vehicle.

**PERIOD X™**

Please cut along this line

**Trial Exhibit No. 04237**

CONFIDENTIAL

UBER-MDL3084-BW-00054287
04237.0001