# EXHIBIT 1

Trial Exhibit No.
**04239**

**04239.0001**



## Print Permit

Statutes and rules regarding licensure and certification can be viewed at www.azdot.gov

### Vehicle for Hire Permit
Arizona Department of Transportation
Phone: (602-712-5948)

RASIER LLC
DBA UBER
201 E Washington St
PHOENIX, AZ 85004

Business #43646
Expires on 09/27/2027

**Number** | **Type**
| | Taxis
| | Limousines
| | Liveries

This Permit must be posted on premises in a manner that provides the department access to the permit during normal business hours.