# Moving Forward
## Campaign Retrospective
### October 2018

P-04506.00001

Trial Exhibit No.

P-04506

# Campaign Recap

We delivered a fully integrated campaign that spoke to our commitment to move in a new direction as a company and delivered tangible proof points of improvement to riders.



# Campaign Recap

18 weeks on air across multiple channels/touchpoints, allowed us to drive positive sentiment forward.



# Launch & Chapter 1
## Dara's Way Forward & Quality

May 13, 2018

P-04506.00004

# LAUNCH & CHAPTER 1: CREATIVE SNAPSHOT





**TV**     **Social**     **Digital**     **OOH**     **Web**     **In-App**     **CRM**

P-04506.00005

# Chapter 2
Safety

June 3, 2018

P-04506.00006



CHAPTER 2: CREATIVE SNAPSHOT

**TV**

**Social**

**Digital**

**OOH**

**Web**

**In-App**

**CRM**

P-04506.00007

# Chapter 3
## Pickup

July 15, 2018

P-04506.00008

## CHAPTER 3: CREATIVE SNAPSHOT



**Product TV**

**Social**

**Digital**

**OOH**

**Web**

**In-App**

**CRM**

**Activation**

P-04506.00009

# Chapter 4
## New Ride Options

August 13, 2018

P-04506.00010



# Campaign Results

# Moving Forward | Brand Campaign 1 Summary

| Campaign Strategy | Campaign Objective | Campaign Run-time | Total Spend |
|---|---|---|---|
| Integrated marketing campaign to demonstrate Uber's commitment to change and give tangible proof of that. (US + IT // Company change + Product Improvements) | **Increase Brand Favorability** | 5/14/18 to 9/16/18 18 weeks | **Working: $55M** **Non-Working: $4.8M** |

## Channels - Learnings & Takeaways

### PAID

- 93% reach of Adults 18-49 y.o at a 24x Frequency
- Multi-channel effort including: TV, OOH, OLV, Paid Social, Display and Podcasts.
- Delivered +2.8 pt lift in Favorability

### CRM

### SOCIAL

### WEB

# Paid Media
## Key Results

### Full campaign results

- The campaign reached 93% of Adults 18-49 an average of 24 times throughout the 3.5 month flight across TV, Out-of-Home, Digital Video, Paid Social, Display, and Podcast
- The Incremental Exposure Test showed a 2.8 point lift in favorability for Active Riders who received added TV + Digital frequency, along with lifts in core brand attributes ("strong corporate leadership", "committed to safety", etc.)
- Channel-specific studies showed relative lifts in recall, favorability, and brand attribute association, exceeding benchmarks. Results are directional given varying methodologies
- The campaign had greater impact on Active Riders compared to Churned Riders and Opinion Elites, suggesting the creative is resonating best with the Active Rider audience

Overall, the campaign was effective in impacting sentiment among key audiences.

Recommendations for future campaigns include:
- Customize creative for each platform, e.g. short, "sound-off" assets for social and simplistic messaging for OOH
- Set frequency caps at optimal levels (4-5x/month for Riders, 10x/month for Opinion Elites) to increase media efficiencies
- For brand campaigns, a minimum of 80 TV GRPs is necessary to sustain ad recall



# Social

## Key Results

KPIs/Metrics/Key Stats

[Campaign results](#)

Conclusions / Recommendations



# CRM

## Key Results

KPIs/Metrics/Key Stats

[Post-analysis here](#)

Conclusions / Recommendations

[Post-analysis here](#)



# Web
## Key Results



| Pageviews | Bounce Rate | Avg. Time on Page |
|-----------|-------------|-------------------|
| 2,931,384 | 82.78% | 00:01:35 |

| Page | Pageviews ▾ | Sessions |
|------|-------------|----------|
| www.uber.com/u/moving-forward/ | 1,447,808 | 1,237,258 |
| www.uber.com/u/moving-forward/pickups/ | 708,209 | 620,519 |
| www.uber.com/u/moving-forward/safety/ | 271,403 | 225,670 |
| www.uber.com/u/moving-forward/quality/ | 118,708 | 66,456 |

### Channels

| | Uber Channel Grou… | Pageviews ▾ |
|----|--------------------|-------------|
| 1. | Email | 905,531 |
| 2. | Direct | 845,015 |
| 3. | Video | 596,195 |
| 4. | Paid Social | 239,787 |
| 5. | Programmatic Display | 126,377 |
| 6. | Organic Social | 95,514 |
| 7. | Organic Search | 61,063 |
| 8. | Referral | 20,909 |
| 9. | Search Brand | 9,802 |
| 10. | (Other) | 8,787 |

### Conclusions

- More than 70% of traffic happened on main landing page and Pickups
- While bounce rate is high, the time visitors spent enough time on pages to consume all content available
- Email and Digital video delivered the best performance in click-through traffic. However, direct (URL input) was the 2nd most used way to find the site



P-04506.00017

# Key Learnings

P-04506.00018

# What Worked Well

## Summary

- **Transparency and open communication within cross-functional teams**
  - The regular meetings kept the different POCs up-to-date on the current status, future action items, and general learnings.
  - With the fast turnaround for every launch moment the different teams required constant collaboration.
- **On-going learning experience and ever-optimizing process**, first time for a campaign of this magnitude and scope to be launched out of this team
  - The entire cross-functional team involved in the campaign found themselves in a brand new experience at Uber with a project of this size/speed/expectation and were able to come together as a unified front to launch a successful marketing campaign.
  - Every chapter launch provided its own specific learning that was then applied to the following chapter and future campaigns.

# What Can Still Improve

Summary

- **Sufficient lead time** is necessary for a campaign of this size and scope to be properly resourced, planned, and executed on a regular basis. For this particular campaign we were against the clock and many of the teams assigned to this found themselves going above and beyond the expectations. Campaign launched on time but this was not a sustainable method. Burnout and project fatigue was a major issue.
- **Product feature stability** was a regular issue with each chapter launch. Marketing team found themselves regularly scrambling and pivoting to accommodate last minute product feature changes/delays.
- **Leadership alignment on expectation** of campaign prior to kick-off
  - With the fast-paced turnaround on the campaign and the tumultuous time the MF project ran into many issues with constant shifting in leadership and direction. Hopefully, this will no longer be the case for future campaigns.

P-04506.00020

# Recommendations

Summary

- **Appropriate lead time** to be taken into account based on the size and expectation of a marketing campaign
  - Every team involved found themselves rushing to accommodate last minute pivots and tight deadlines, with the reason for the rush not always clear
- **Resource team support accordingly**
  - Expectations set up front by all marketing leadership to dictate the realistic scope of the ask to then define the necessary people-power needed to support this campaign. With experience launching C1 & C2, this should be much easier 'moving forward.'
  - Trickle down the priority of the campaign and share out with all impacted teams. De-prioritize projects that may be detracting from the larger campaign

# Individual Team Feedbacks

- [Core Team retrospective doc](#)
- [Creative Team retrospective doc](#)
- [Web Team retrospective doc](#)
- [CRM Team retrospective doc](#)
- [Paid Media Team retrospective doc](#)
- [Social Organic Team retrospective doc](#)