# P-04507

# DOCUMENT IN NATIVE

TikTok from Uber

Trial Exhibit No.

**P-04507**