# P-04508

## DOCUMENT IN NATIVE
TikTok from Uber



Trial Exhibit No.

**P-04508**