# UBER-MDL3084-DFS00003737

## Metadata

| | | |
|---|---|---|
| All Custodians | Uber; | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Attachment Names | word | SEMANTIC |
| Begin Family | UBER-MDL3084-DFS00003737 | SEMANTIC |
| BGID | 1046 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Datecreated | 5/14/2024 7:12 PM | SEMANTIC |
| DFS Request | 31d | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER-MDL3084-DFS00003740 | SEMANTIC |
| File Size | 14893 | SEMANTIC |
| Filename | 1046_40_Dean, Jaylynn_31d_3.docx | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER-MDL3084-DFS00003737;UBER-MDL3084-DFS00003738;UBER-MDL3084-DFS00003739;UBER-MDL3084-DFS00003740 | SEMANTIC |
| ILS Document Date | 05/14/2024 | SEMANTIC |
| ILS Prod Date | 5/29/2024 | SEMANTIC |
| ILS Prod Vol | Vol018 | SEMANTIC |
| Last Mod Date | 5/14/2024 7:12 PM | SEMANTIC |
| MD5 Hash | 9d45766e8b7ab24699aec53a86acdd03 | SEMANTIC |
| Other Custodians | Uber; | SEMANTIC |
| Primary Date | 05/14/2024 | DOC_TYPE_ALIAS |
| Production Volume | Vol018; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Sort Date/time | 5/14/2024 | SEMANTIC |

Trial Exhibit No.

**P-04511**

EXHIBIT
Allison Cissna
In re: Uber Sexual Assault Litigation
**0012**

P-04511.00001

- Back to previous view

**[SAFE-4071116] 15-Nov-2023 - Phoenix / 26 / United States / West / US West / US & Canada - L4 - Non-Consensual Sexual Penetration** Created: 15/Nov/23  Updated: 07/Dec/23  Resolved: 16/Nov/23

| | |
|---|---|
| Status: | Done |
| Project: | Safety Case Management |
| Component/s: | Phoenix / 26 / United States / West / US West / US & Canada |
| Security Level: | BPO-Hidden |

| | | | |
|---|---|---|---|
| Type: | Global Incident / Accident | | |
| Reporter: | Shinee Larsen | Assignee: | Gregory Jehnsen |
| Resolution: | Inactive | Votes: | 0 |
| Labels: | LE_Inbound, dup_SAFE, dup_SAFE-4071034, portkey_reviewed | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

| | | | | |
|---|---|---|---|---|
| Issue Links: | **Child-Issue** | | | |
| | is child task of | SAFE-4071034 | 15-Nov-2023 - Phoenix / 26 / United S... | Done |
| Date of Incident: | 15/Nov/23 | | | |
| Incident - Type: | Sexual Assault - Non-Consensual Sexual Penetration | | | |
| Law Enforcement Case #: | 2023-132207 | | | |
| Source of Incident: | LERT | | | |
| Non-Disclosure Order: | Yes - DO NOT CONTACT | | | |

| | |
|---|---|
| **Ticket Attributes:** | Invalid and Excluded |
| **Executive summary:** | The case will be closed as a duplicate and will be handled here: https://jira.uberinternal.com/browse/SAFE-4071034<br>No further action will take place and the case will be marked invalid and excluded.<br>**Updated At 2023-11-16 10:57 MST**<br>**Invalid Ticket Definition**<br>**Safe Jira is a non primary duplicate ticket:** Y<ul><li>This report, ~~SAFE-4071034~~ is the primary ticket.</li></ul> |
| **Driver Tools Link:** | https://investigations.uberinternal.com/driver |
| **Trip Link:** | https://investigations.uberinternal.com/trip/7088dc4a-90cc-4b78-bf3f-2f98c5c326e7/overview |
| **POOL Riders in a trip:** | not a POOL trip |
| **Driver Loss Type:** | None |
| **Rider Loss Type:** | None |
| **SAFE Claims Reviewed:** | YES |
| **Driver Action:** | No Action |
| **Rider Action:** | No Action |
| **Reporting Party:** | Rider (Account Holder) |
| **Incident Reported Against:** | Driver |
| **Action On Reported Account:** | No Action |
| **Does the licensing authority need to be informed:** | NOT SHARE [US only] |

Description

| |
|---|
| This Jira is in relation to Public Safety request 00396444<br>This Jira relates to existing Safety Jira: https://jira.uberinternal.com/browse/SAFE-4071034<br>IRT, be advised that any additional investigation using the information contained herein is liable |

to become discoverable in a court of law. Additionally, any initial proactive or reactive comms sent to users in regards to this incident should make no mention of a police report, police investigation, criminal investigation or any other mention of Law Enforcement. If action is to be taken against the users account, action should also be taken against any duplicate and/or linked accounts related to the same user.
Further, if NDO is in place, do not make any contact with the user.
Public Safety has received a request from a Law Enforcement Officer from the agency: Tempe Police Department regarding a Driver whom Public Safety has determined is a Suspected Offender of a crime.
Details of the alleged incident are as follows:
> Suspected Offender:
>> Driver:
https://investigations.uberinternal.com/driver/76921802-11dd-455a-be3e-57aebb08ad1c
> Victim:
>> Rider:
https://investigations.uberinternal.com/rider/79ab5a1c-c289-4f76-855c-bf7d29156ad5
> Witness:
>> N/A
> NATURE OF CRIME: Sexual Assault
> DATE INFO PROVIDED BY LE: Nov 15, 2023, 17:40 UTC
> DID THE INCIDENT OCCUR ON PLATFORM? Yes
> INCIDENT DESCRIPTION: *** Driver is being investigated by LE for allegedly sexually assaulting rider.***

Comments

Comment by svc-project-t  [ 07/Dec/23 ]

**PLEASE READ BEFORE EDITING THIS TICKET** The fields Incident Type, Incident Type Detail, Reporter, Incident Reported Against, and Invalid Ticket have been reviewed and potentially corrected as part of the global safety data audit. **Please do NOT make any changes to these fields** before contacting the Global Safety Ticket Auditing Admin Group (GSTA-admin-group@uber.com). See here for more details. Results of the audit by data field below:
Reporter: From "Law Enforcement" to "Rider (Account Holder)"
Incident Reported Against: From "Driver" to "Driver"
Incident Type: From "Sexual Assault" to "Sexual Assault"
Incident Type Detail: From "Non-Consensual Sexual Penetration" to "Non-Consensual Sexual Penetration"
Invalid Ticket: From "YES" to "YES"

Comment by Suzanne Bullard  [ 16/Nov/23 ]

A/C Privileged and Confidential - **REDACTED - PRIVILEGE**
**REDACTED - PRIVILEGE**

Comment by Ally Cissna  [ 16/Nov/23 ]

| | |
|---|---|
| I have reviewed this case and agree with your recommendation. Please follow through with outlined actions. | |
| Comment by Jira Bot  [ 16/Nov/23 ] | |
| Escalation teams | mails |
| Component mails | united-states-incident-group@uber.com |
| mails sent on | 16-Nov-2023 16:05 UTC |
| Comment by Gregory Jehnsen  [ 16/Nov/23 ] | |
| The driver is currently waitlisted with Safety lock engaged.<br>+ TSI Leadership - Beau Brown Miguel Lozan - For awareness<br>+ Insurance Legal - Suzanne Bullard Kelly Denham - For awareness<br>+ Regulatory - Alex Larro - For awareness | |
| Comment by + Unknown Reporter  [ 15/Nov/23 ] | |
| == Created by JEMH via e-mail from: <safety-case-management@uber.com> ==<br>https://investigations.uberinternal.com/driver/76921802-11dd-455a-be3e-57aebb08ad1c ><br>Victim:<br>https://investigations.uberinternal.com/rider/79ab5a1c-c289-4f76-855c-bf7d29156ad5 ><br>Witness:<br>Recipients: | |
| Escalation teams | mails |
| Internal Escalation | uscan-incident@uber.com |
| mails sent on | 15-Nov-2023 21:25 UTC |
| Comment by Jira Bot  [ 15/Nov/23 ] | |
| Escalation teams | mails |
| Internal Escalation | uscan-incident@uber.com |
| mails sent on | 15-Nov-2023 21:25 UTC |

Generated at Thu May 09 19:33:00 UTC 2024 by Viktor Demchuk using Jira 9.4.17#940017-sha1:2c0a67f2e46e8da6314dfb6924a27d936e4fcedf.