## UBER_JCCP_MDL_000541461

## Metadata

| # Author | lizzie.ross@uber.com | SEMANTIC |
|---|---|---|
| # Date Created | 10/21/2019 | SEMANTIC |
| # Date Modified | 02/10/2020 | SEMANTIC |
| #Title | RideSense Technology Framework | SEMANTIC |
| Account | nick.silver@uber.com | SEMANTIC |
| All Custodians | Silver, Nick | SEMANTIC |
| All Paths | Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_72.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_72.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000541461 | SEMANTIC |
| Collaborators | hhydepage@uber.com; nick.silver@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/21/2019 9:05 pm | SEMANTIC |
| Date Modified | 02/10/2020 9:50 pm | SEMANTIC |
| Doc Id | 1lv7nFVmUf15YindxNt14EClFdMiQV6QeD8xiu4oHmoc | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_000541468 | SEMANTIC |
| Family Date | 02/10/2020 9:50 pm | VIRTUAL |
| File Path | \EDISCO-24394_Drive\EDISCO-24394_Drive_72.zip | SEMANTIC |
| File Size | 5130449 | SEMANTIC |
| Filename | RideSense Technology Framework_1lv7nFVmUf15YindxNt14EClFdMiQV6QeD8xiu4oHmoc.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000541461;UBER_JCCP_MDL_000541462;UBER_JCCP_MDL_000541463;UBER_JCCP_MDL_000541464;UBER_JCCP_MDL_000541465;UBER_JCCP_MDL_000541466;UBER_JCCP_MDL_000541467;UBER_JCCP_MDL_000541468 | SEMANTIC |
| ILS Document Date | 02/10/2020 | SEMANTIC |
| ILS Prod Date | 09/27/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL009 | SEMANTIC |
| MD5 Hash | 28a1168cd618d68e1b5bc1556ff4104f | SEMANTIC |
| Other Custodians | Silver, Nick | SEMANTIC |
| Primary Date | 02/10/2020 9:50 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL009; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 02/10/2020 9:50 pm | SEMANTIC |
| Source Hash | f29383a03572d1a864cd7e439031dadf | SEMANTIC |



EXHIBIT
546
N. Silver  11/21/24
PENGAD 800-631-6989

Trial Exhibit No.

P-04519



SDM = Safety Dispatch Model
SRAD = Safety Risk Assessed Dispatch
DACT = Deactivations







Every time a rider
requests a ride,
there are multiple
potential drivers
that they can be
matched with.

Uber  #standforsafety                    ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL



When searching for the right match, the Uber marketplace accounts for:

- **Safety**
  - i.e a pairing could be flagged as potentially risky by S-RAD

Uber #standforsafety          ATTORNEY-CLIENT PRIVILEGED

CONFIDENTIAL

UBER_JCCP_MDL_000541465



S-RAD applies up to 40 different signals that are applied to each possible match between a rider-driver to help remove potentially unsafe matches.

Uber #standforsafety                    ATTORNEY-CLIENT PRIVILEGED

Consider 'risky' instead of 'unsafe'

CONFIDENTIAL

UBER_JCCP_MDL_000541466



CONFIDENTIAL



UBER_JCCP_MDL_000541468

P-04519.00009