**UBER_JCCP_MDL_002518337-UBER_JCCP_MDL_002518337**



# Document Produced in Native

CONFIDENTIAL

**UBER_JCCP_MDL_002518337**
UBER_JCCP_MDL_002518337

## UBER_JCCP_MDL_002518337

## Metadata

| #Author | nadiam@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 08/23/2023 | SEMANTIC |
| #DateCreated | 07/13/2023 | SEMANTIC |
| #Title | Uber x CMT Workshops | SEMANTIC |
| Account | gus@uber.com; | SEMANTIC |
| All Custodians | Fuldner, Gus; | SEMANTIC |
| All Paths | Fuldner, Gus: \JCCP-EDISCO-23800_2023_8_2\JCCP-EDISCO-23800_2023_8_2_51.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2023_8_2\JCCP-EDISCO-23800_2023_8_2_51.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_002518337 | SEMANTIC |
| Collaborators | livia.chauar@uber.com; abutchibabu@cmtelematics.com; parr@uber.com; danyangk@uber.com; hari@cmtelematics.com; tgramer@cmtelematics.com; ikasher@cmtelematics.com; cyoung@cmtelematics.com; bbellefeuille@cmtelematics.com; mbenjamin@cmtelematics.com; dweber@uber.com; tamsyn@uber.com; gus@uber.com; iris.zhang@uber.com; pmuh@uber.com; brian.johnson@uber.com; gaurav.nanda@uber.com; sujith@uber.com; dehui@uber.com; dkolta@uber.com; allen.dixon@uber.com; saravind@uber.com; ppri@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 07/13/2023 6:22 pm | SEMANTIC |
| Doc Id | 1bzQUySD8SWFDp-qk5DTmmSfL0-YRFJSCDwArQ-YIF6E | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_002518337 | SEMANTIC |
| File Path | \JCCP-EDISCO-23800_2023_8_2\JCCP-EDISCO-23800_2023_8_2_51.zip | SEMANTIC |
| File Size (Text) | 11696986.00 | SEMANTIC |
| Filename | Uber x CMT Workshops _1bzQUySD8SWFDp-qk5DTmmSfL0-YRFJSCDwArQ-YIF6E.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_002518337 | SEMANTIC |
| ILS Document Date | 08/23/2023 | SEMANTIC |
| ILS Prod Date | 01/28/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL069 | SEMANTIC |
| Labels | Google Drive Environment Scan->Org Unit ownership distinction->All files owned by /End Users/FTE/; Google Drive Environment Scan->OU ownership distinction v2->FTE; Google Drive Environment Scan->ALL OUs->ALL | SEMANTIC |
| Last Modified By | 8/23/2023 8:28 PM | SEMANTIC |
| Other Custodians | Fuldner, Gus; | SEMANTIC |
| Primary Date | 07/13/2023 6:22 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL069; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 08/23/2023 8:28 pm | SEMANTIC |
| SourceHash | 32c90ff97d1c770ad3097675d2c80ad1 | SEMANTIC |
| Viewers | sujith@uber.com; saravind@uber.com | SEMANTIC |



Confidential

**Uber x CMT Workshops**

Trial Exhibit No.
**P-04545**



Context

Confidential

# Dashcam Opportunities + KPIs

| Insurance savings opportunity | Mechanism of Impact | Leading Metrics |
|---|---|---|
| Frequency reduction | Driver coaching capabilities can reduce dangerous driving leading to lower crash frequency | Dangerous driving behavior change: % reduction in harsh braking |
| Claims efficiency + attorney rep rate reduction | Video can help adjusters identify third parties and accelerate settlement decisions prior to attorney involvement | Time to first contact, Time to first loss payment Reduction in attorney rep rate |
| Exoneration | Video exonerates drivers resulting in lower payouts | % claims Closed No Pay at dev month 6 |

Confidential

# Changes to the existing pilot process can improve enablement and retention rates.

We propose deploying 14K dashcams in select markets in the US. We will deploy 7K to general drivers on the platform and 7K to rental fleet vehicles.

We are proposing changes to the program to improve key metrics to increase the likelihood of getting signal on insurance cost reduction. **Drivers will continue to pay $5/month for the dashcam.**

| Goal | Change |
|---|---|
| **Increase dashcam opt in + enablement rates** | - Offer a trip level enablement incentive (*e.g.*, get $X for completing 10 trips after enabling a dashcam) |
| **Increase pilot retention rate** | - Give drivers access to audio and video footage on Uber time |
| **Increase % claims submitted with dashcam footage** | - Update pilot terms and conditions to automatically retrieve video footage if crash detected (via CMT or Uber app) OR claim submitted involving enabled driver |

how this works in the CMT pilot today:

1. We don't provide incentives as we saw the $60 dashcam ($5/mo as the main draw).

2. Drivers don't have access to audio on Uber time, which was the #1 reason why the cameras were returned. @brian.johnson@uber.com would be good for you to be equipped with the deactivation % for just CMT.

3. We did not have automated video footage retrieval. Drivers had to file a safety incident and attach video themselves.

Session 1: Dashcam Metrics + Pilot Design

Confidential

# Objective 1: Determine the impact of real time driving feedback on driving behavior

We propose enabling telematics-based driving feedback features on drivescape devices and launching a staggered rollout.
We will measure:
- **Harsh braking rate:** We will compare the *combined* control and treatment group in the first 4 weeks of each deployment batch
- **Other Metrics:** Compare between all drivers with dashcams and matched drivers* from the pool we don't send invitations.

Cohort measurement period

| Week 1 | Week 2 | Week 3 | Week 4 | Week 5 |

This XP will continue over several weeks and batches

**Batch 1 deployment**
$T_1$ (dashcam)
- Treatment drivers can purchase a dashcam immediately and receive/enable in a couple of days

$C_1$ (no dashcam)
- Control drivers can purchase a dashcam that will ship in 4 weeks

**Batch 2\* deployment**
$T_2$ ($C_1$ with dashcam)
- The original control group that has enabled their dashcams becomes the new treatment group

$C_2$ (no dashcam)
- A new batch of drivers receives an invitation to purchase a dashcam and receive it in 4 weeks

Confidential

# Objective 2: Determine the  impact of dashcam footage on claims handling

**Proposed study design: Claims Matching  A/B**

→ We will compare claims metrics for claims with video against a similar cohort of claims  without video
  → Claims with videos: Leverage existing claims with videos successfully sent to carriers and additional claims from the existing programs to improve number of claims with footage
→ To identify similar claims, we will match claim features (coverage, incident level, carrier, adjuster, state, trip risk) to get 'matched' claims without videos for comparison

**Metrics**

→ % claims submitted with video
→ Time to first contact
→ Time to first loss payment
→ %  CNP  at dev month 6
→ Stretch: Claims Expenses (DCCE), Incurred severity, % attorney rep

Carrier Qualitative Feedback

→ Collaborate w/ carriers to identify which videos have footage submitted and when they were submitted. This would include Uber-submitted videos as well as direct-to-carrier footage.
→ Adjuster Survey to get qualitative feedback on usefulness of dashcam footage on claim handling process

Confidential

## Proposed Launch markets

|  | States |
|---|---|
| Progressive | California |
|  | Florida |
|  | Michigan |
|  | Louisiana |
| Farmers | Arizona |
|  | Nevada |
|  | Georgia |

# Dashcam Onboarding  Flow Requirements

Video Attachment rate                                                                    Confidential

# Onboarding funnel

| CMT Driver Status | |
|---|---|
| **Invited** | 76,806 |
| **Offered** | 6,008 |
| *Conversion Offered vs. Invited* | 7.82% |
| **Purchased** | 3,590 |
| *Conversion Purchased vs. Invited* | 4.67% |
| *Conversion Purchased vs. Offered* | 59.75% |
| **Shipped** | 3,581 |
| *Conversion Shipped vs. Invited* | 4.66% |
| *Conversion Shipped vs. Purchased* | 99.75% |
| **Enabled** | 2,618 |
| *Conversion Enabled vs. Invited* | 3.41% |
| *Conversion Enabled vs. Purchased* | 72.92% |
| *Conversion Enabled vs. Shipped* | 73.11% |
| **Disabled\*** | 735 |
| *Conversion Disabled vs. Invited* | 0.96% |
| *Conversion Disabled vs. Enabled* | 28.07% |

- Key drop offs can be solved by auto retrieval
    - (drop off from step 2, 3, 4) no form send, driver form completion (big drop off), post consent needed
    - With auto retrieval, leaving all the conversions below the same, we have ~20% submitted claims with videos
- For all data order created (step 6-7), ~25% not fulfilled/partially fulfilled
    - Also getting info from CMT on % trips with dashcams on
    - Other ways to improve # trips with dashcams on?
- Project on improving video relevancy - improve step 7

**Slide 10**

2    AI: deep dive on the onboarding funnel screens, drop offs, and identify opportunities
Nadia Moosvi, 7/25/2023

3    for disabled, CMT knows if the device is not powered, but doesn't know if the driver is taking trips - we'd need to combine the powered + trip data to identify whether a driver is actually taking trips but has an unplugged device - need to align on how we would do this
Nadia Moosvi, 7/25/2023

1    for drivers that unplugged their device, can we incentivize them to plug their device in/start using it? Should we try to get drivers to ship the device back?
note: it's been difficult to get devices back from drivers in the past.
Nadia Moosvi, 7/25/2023

4    question: what proportion of the disabled drivers are due to drivers unplugging the dashcam (vs. not taking trips anymore altogether)
Nadia Moosvi, 7/25/2023

5    do we see segmentation in characteristics for drivers that have enabled dashcams vs. those that never enable? Can we leverage this in further targeting?
Nadia Moosvi, 7/25/2023



Confidential

# Onboarding flow

**Current state** · **D2D pilot** · **Rental vehicles** · **Questions**

Key updates include:
- Updating upfront consent to enable auto retrieval of video
- Dashcam shipping SLAs based on treatment and control groups
- Enablement incentives
- Opportunities to reduce onboarding friction
- Enablement comms (if we're seeing someone hasn't installed the dashcam)

Will we stagger shipment based on T/C?

| Pilot invite | Uber oAuth | Purchase dashcam | Purchase dashcam | Link drivescape to CMT account | Link dashcam to Uber account (uber login) | Complete Uber dashcam registration flow |
|---|---|---|---|---|---|---|
| In app notification + email | Allow CMT access to the Uber profile + share video with Uber on an incident basis | Complete purchase agreement | Provide payment information + delivery address | | | |
| Update invite to reflect enablement incentive | oAuth consent to include auto retrieval | Update purchase agreement to include auto retrieval | Update purchase agreement to include auto retrieval | Can CMT auto link dashcam to CMT account? | Can CMT send Uber dashcam info + drivescape acct for the linked Uber acct? | |

**Slide 11**

6  if a driver just has one vehicle, we can associate the device to driver. (this should be automatic today)

If a driver has more than one vehicle, it's hard for us to make this association - will need to manually associate the device  in the Uber app

Nadia Moosvi, 8/23/2023

Confidential

## Onboarding flow requirements

| Purchase Agreement + Consent + invite | | |
|---|---|---|
| **[P0]** | **Update purchase agreement to reflect new permissions for this program:**<br> - Enabling auto retrieval of video if:<br>   - A crash is detected by the Uber app or dashcam<br>   - Uber receives a crash or claim notice involving the driver<br> - Enabling telematics based real time  feedback<br> - Providing drivers with access to video on Uber time | Uber  legal + product, CMT | |
| **[P0]** | **Update verbiage in driver comms inviting drivers to the pilot**<br><br>Update comms to reflect enablement incentive (do X trips with an enabled dashcam,  get $Y) | Uber ops | |
| **[P0]** | **Update Uber in app surface areas (ex. Dashcam  Hub)** | Uber prod ops/PMM | |
| **[P0]** | **Update CMT surface areas (FAQs)** | CMT | |
| **Enablement incentive fulfillment** | | |
| **[P0]** | If a driver enables the dashcam, and completes the trips needed to reach their enablement incentive offer, they should receive the financial  incentive | Ops fulfillment? | |

P-04545.00014

Confidential

# Behavior change evaluation requirements

| Driver feedback behavior change XP | | |
|---|---|---|
| **[P0]** | CMT will randomly assign drivers to treatment and control groups<br><br>CMT will communicate shipping SLAs to drivers based on this grouping (treatment = immediate shipment, control = X weeks from today)<br><br>CMT will provide Uber will provide notify Uber of the driver grouping | CMT + Uber DS and Ops |
| **[P0]** | Capture the following data to support DS analysis of driver behavior change as a result of telematics based driving features:<br>- Driver unique identifier<br>- Dashcam device ID<br>- Event detected (harsh brake/acceleration/speeding, distraction)<br>- Datetime stamp of detected event<br>- Status of alert (alert played vs. alert suppressed)<br>Note: this data will be used for offline analysis of the driver feedback features and does not need to be a real time pipeline<br><br>CMT | Uber road safety eng |

**Slide 13**

7       AI: Uber to confirm updated HB study approach
        Nadia Moosvi, 7/25/2023

Day 1 Agenda

# Video Auto Retrieval Requirements



- Key drop offs can be solved by auto retrieval
  - (drop off from step 2, 3, 4) no form send, driver form completion (big drop off), post consent needed
  - With auto retrieval, leaving all the conversions below the same, we have ~20% submitted claims with videos
- For all data order created (step 6-7), ~25% not fulfilled/partially fulfilled
  - Also getting info from CMT on % trips with dashcams on
  - Other ways to improve # trips with dashcams on?
- Project on improving video relevancy - improve step 7



- Key drop offs can be solved by auto retrieval
  - (drop off from step 2, 3, 4) no form send, driver form completion (big drop off), post consent needed
  - With auto retrieval, leaving all the conversions below the same, we have ~20% submitted claims with videos
- For all data order created (step 6-7), ~25% not fulfilled/partially fulfilled
  - Also getting info from CMT on % trips with dashcams on
  - Other ways to improve # trips with dashcams on?
- Project on improving video relevancy - improve step 7



# Incident reporting flow requirements

| | | | |
|---|---|---|---|
| **Enable auto retrieval based on crash detection** | | | |
| **[P0]** | If a crash is detected by the Uber app, create a new data order<br><br>If a claim/crash ticket does not exist on the Uber side, we will create a new bliss crash ticket. The corresponding video should be made in safety lens (as it is today) and included in the crash bliss ticket for IRT review<br><br>Note: IRT will follow the existing investigation process (outreach to drivers + riders), decision to submit downstream for claims investigation | Uber SMP eng | |
| [P0] | If a crash is detected by CMT, CMT will send crash metadata + video to Uber for incident reporting. Meta data sent will include:<br>- Device ID<br>- Driver ID<br>- Crash date/time<br>- CD severity | CMT | |
| [P0] | | | |
| **Enable auto retrieval of video based on crash/claim submission** | | | |
| **[P0]** | If a crash ticket is created, and the trip involves a driver with an enabled dashcam, create a data order for CMT<br><br>Use the crash date/timestamp when creating the data order (ex. Retrieve video 5 mins before and after the crash datetime) | Uber SMP eng | |
| **Changes to crash reporting flow** | | | |
| [P1] | For drivers in this pilot (with a CMT enabled dashcam) we should remove the "share video with CMT" option in the crash form, since it's irrelevant | Uber SMP eng? | |
| | | | |

**Slide 18**

8    need to determine how to handle scenarios in which crash detection triggers from both Uber and CMT - if timestamps are identical, we'll just have duplicate video (we can auto handle that on the Uber side)

if timestamps are different, how should we handle this?
Nadia Moosvi, 7/25/2023

1    CMT to gauge volume with lower thresholds

@abutchibabu@cmtelematics.com wasn't sure if we needed specific follow up from here but wanted to capture this
cc @ppri@uber.com
Brian Johnson, 7/25/2023

# Dashcams for Rental Fleets: Onboarding requirements

Confidential

# Dashcams for rental fleets: Onboarding flow

| Current state | D2D pilot | Rental vehicles |
|---|---|---|

| Questions |
|---|

Key updates include:
- Dashcams are linked to vehicles, not drivers
- Rental partner will handle device installation and provide Uber with device mapping
- Uber will identify if rental drivers involved in a crash had an enabled dashcam and will create the data order accordingly

| **Pilot invite** In app notification + email | **Uber oAuth** Allow CMT access to the Uber profile + share video with Uber on an incident basis | **Purchase dashcam** Complete purchase agreement | **Purchase dashcam** Provide payment information + delivery address | **Link drivescape to CMT account** | **Link dashcam to Uber account (uber login)** | **Complete Uber dashcam registration flow** |
|---|---|---|---|---|---|---|

| CMT ships dashcams directly to rental partner. Rental partner will install devices in vehicles | Rental agreement with drivers will be updated to reflect video auto retrieval permissions + dashcam coaching permissions | Rental partner will provide dashcam to vehicle mapping (via existing Uber fleet portal) |
|---|---|---|

**Slide 20**

---

9    Uber to notify CMT to on device + vehicle mapping to create enrollment

How would CMT know which driver is driving (and to figure out if a driver is online or not)? Can we modify the existing webhooks to notify CMT that a vehicle is online/offline (instead of a driver) so that they know this
Nadia Moosvi, 8/14/2023

10   Uber will modify the webhooks to notify when a vehicle goes online

Should the dashcam be off when the driver is offline? Hertz will likely want the dashcam on even offline, can we turn the inward facing camera off during offline?
Nadia Moosvi, 8/14/2023

11   can't do this oAuth anymore since drivers are not involved - instead will handle authentication via client credentials

cc @saravind@uber.com @sujith@uber.com
Nadia Moosvi, 8/14/2023



**Slide 21**

---

12      how do we provide drivers access to their video/audio?
        Nadia Moosvi, 7/25/2023

13      Uber AI: for previous rental programs, how did we handle video access?
        are there other driver problems we can solve with dashcams that could make these more attractive
        Nadia Moosvi, 7/25/2023

## Rental fleet onboarding requirements

Confidential

| Priority | Requirement | Implementation owner | IN/OUT |
|---|---|---|---|
| **Dashcam distribution + installation** | | | |
| **[P0]** | CMT will distribute dashcams directly to Hertz offices for installation | CMT | |
| **[P0]** | Hertz will be responsible for the installation of devices in the fleet of vehicles | Hertz | |
| **[P0]** | Hertz will provide Uber with the mapping between vehicle and dashcam device to allow for the linking of a driver to dashcam. Hertz will provide:<br>-   Dashcam device ID<br>-   Vehicle VIN<br>If a device is removed from a vehicle or transferred to another vehicle, Hertz will send these updates to Uber. | Hertz | |
| **[P0]** | The Hertz rental agreement for vehicles will be updated to allow CMT to auto retrieve dashcam video from the device in the event a crash is detected (either via the on device crash detection models on the dashcam or the Uber app) or in the event a claim is reported involving the driver | Hertz | |

# Rental fleet incident reporting requirements

Confidential

| | | |
|---|---|---|
| **Enable auto retrieval based on crash detection** | | |
| [PO] | If a crash is detected by the Uber app, and a bliss ticket is created from the resulting flow (that is NOT closed as a false positive via the ridecheck process), we will:<br><br>Create a new data order for CMT. The corresponding video should be made available in safety lens (as it is today) and included in the crash bliss ticket for IRT review<br><br>Note: IRT will follow the existing investigation process (outreach to drivers + riders), decision to submit downstream for claims investigation<br><br>As part of the data order creation, we will need to determine whether the driver involved was using a vehicle with an associated dashcam (at the date/time of the crash)<br><br>Note: IRT will follow the existing investigation process (outreach to drivers + riders), decision to submit downstream for claims investigation<br><br>*Note: this req is already captured in the non VS requirements, we're capturing it here for completeness* | Uber SMP eng |
| [PO] | If a crash is detected by CMT, CMT will send video and incident metadata to Uber for a given device ID. Meta data will include:<br>- Device ID<br>- Crash date/time<br>- Crash lat long<br>- CD severity<br>Uber will look up the driver ID + trip ID (if applicable) for the given device ID and crash datetime.<br>We will store the video for GSS team review. The GSS team will confirm whether a crash occurred based on their review of the video. If a crash is confirmed, GSS will manually create a crash bliss ticket. | |
| **Enable auto retrieval of video based on crash/claim submission** | | |
| [PO] | If a crash ticket is created (i.e. an incident is reported by a rider, driver, or 3P), and the trip involves a driver with an enabled dashcam, Uber will create a data order for CMT<br><br>Use the crash date/timestamp when creating the data order (ex. Retrieve video 5 mins before and after the crash datetime)<br><br>*Note: this req is already captured in the non VS PRD, we're capturing it here for completeness* | Uber SMP eng |

Slide 23

| 14 | scenarios in which both Uber and CMT detected the crash |
| | - CMT may submit the video based off of their detection right away, Uber will also create a dataorder |
| | |
| | - Uber will handle de-duping, Uber will take the longest video timeframe and submit downstream |
| | Nadia Moosvi, 8/14/2023 |

| 16 | CMT to provide estimated CD volumes for a high precision/lower recall threshold + a lower precision/higher recall threshold |
| | Nadia Moosvi, 8/14/2023 |

| 15 | CMT will also provide crash metadata in the event both Uber and CMT detect the crash |
| | Nadia Moosvi, 8/14/2023 |

| 17 | if a crash is reported, and CMT has a CD trigger, can CMT send the video for the timeframe they detected (rather than the timeframe the driver indicated for the crash) |
| | ex. if the driver said the crash happened at 11:50, but CMT has CD low precision triggered at 11:30, one at 11:40, one at noon, can CMT send us the video for anything they've detected? |
| | Nadia Moosvi, 8/14/2023 |

| 18 | CMT to provide expected volumes to help Uber understand how to staff teams for this |
| | Nadia Moosvi, 8/14/2023 |

## Behavior change tracking + other metrics

Confidential

| Driver feedback behavior change XP | | |
|---|---|---|
| **[P0]** | Capture the following data to support DS analysis of driver behavior change as a result of telematics based driving features:<br>- ~~Driver identifier (driver UUID or equivalent)~~<br>- Dashcam device ID<br>- Event detected (harsh brake/acceleration/speeding, distraction)<br>- Datetime stamp of detected event<br>- Status  of alert (alert played vs. alert suppressed)<br>Note: this data will be used for offline analysis of the driver feedback features and does not need to be a real time pipeline | Uber road safety eng |
| [P0] | Associate alerting event with  driver: Uber will use the driver to device mapping to identify the driver associated with the event defined  above. We will store this associated to support DS analysis for the behavior change XP. | Uber road safety eng |

| Funnel + success metrics tracking | | |
|---|---|---|
| **[P0]** | CMT will provide the following dashcam statuses to Uber:<br>- Dashcam enabled<br>- Dashcam unplugged | | |

P-04545.00031

**Slide 24**

---

**22**    CMT will send periodically in a batch
Nadia Moosvi, 8/14/2023

**20**    CMT to develop proposal for this
Nadia Moosvi, 8/14/2023

**19**    CMT will need to determine logic to figure out that a dashcam is actually unplugged (right now only signal is whether dashcam is powered; unpowered can just mean the car is off)
Nadia Moosvi, 8/14/2023

**21**    ideally this signal is as real time as possible, but if not, we can still build comms off of a daily/batched signal
Nadia Moosvi, 8/14/2023

# Qualitative feedback from carriers

**Adjuster surveys**

Confidential

Goal: capture qualitative  feedback on the value of video in the claims adjudication process.
Frequency: send surveys to adjusters on a claim basis after a defined event occurs (ex. Liability decision made)

- Q1: Was the dashcam footage helpful at the following steps in the claim [checkbox]:
    - Physical damage evaluation/estimation
    - Liability decisions
    - Mechanism of injury
    - Injury evaluations
    - Pre-litigation
    - Litigation
- Q2: How was the dashcam footage helpful [checkbox]?
    - Identifying 3rd parties
    - # of passengers
    - Assigning liability
    - Expediting claims resolution
    - SIU concerns (IE, jump in passengers, accident set up, ID hit/run vehicles)
    - Post accident behavior
    - First responder information
    - Other (Open text)
- Q3: Did you encounter any issues when using the dashcam footage [checkbox]?
    - Quality of video
    - Sound issues
- Q4: What concerns about using it [open text]? See below:
- Q5: What training did you receive about utilizing the dashcam video?
- Q6: What would you like to see improved?

**Slide 26**

26    make this type of survey available to attorneys

       add a question about the timing of the video (ex. did they get the video in time)
       Nadia Moosvi, 7/25/2023

24    did the video capture the crash? was it too long/short? add a free form other.
       Nadia Moosvi, 7/25/2023

25    pre survey on video in general
       Nadia Moosvi, 7/25/2023

23    what issues/challenges do adjusters report on claims we've already received with video (CMT)
       Nadia Moosvi, 7/25/2023

27    AI: UXR with adjusters on video
       Nadia Moosvi, 7/25/2023

Confidential

# AIs dashcam workshop

| Questions cc | Owner | Next steps | Status |
|---|---|---|---|
| How can we reduce friction in the purchase/enablement flow for the D2D pilot? (ex. auto linking device to account)<br><br>Onboarding funnel deep dive - brainstorm how we can improve enablement rate | CMT | Set up funnel deep dive (Abhi, Nadia) | Meeting scheduled for 8/22 |
| Where do insurance carriers see opportunities in the claims space? What are our definitions of success for the KPIs we're defined? | Uber | Engage carrier discussions (Iris, Nadia, Patrick) | |
| How do we improve drop offs in the data order fulfillment step (ex. Increasing video retention, changing video resolution) | CMT | | Waiting to schedule sync with CMT |
| Confirm behavior change pilot approach - instead of staggered shipment, can we just handle T/C for drivers that have already enabled dashcams | Uber | Uber huddle + confirmation with CMT (Danyang, Patrick, Nadia) | Yes- we can forgo the staggered shipment and solve for this in the analysis |
| UXR: understand what dashcam features are most | Uber + | Uber to explore UXR options | |

**Slide 27**

28    @abutchibabu@cmtelematics.com capturing AIs and next steps here - feel free to adjust
Nadia Moosvi, 7/25/2023

1    Sounds good, thank you!
Abhi Butchibabu, 7/25/2023

# Day 3: Driver Scoring + Safe driving incentives

**Agenda**

**01** Intros (5 minutes)

**02** Project Goals + Timelines (20 minutes)

**03** Driving Insights (20 minutes)

**04** Driving Insights UXR Findings (30 minutes)

**05** CMT Findings + Best Practices (30 minutes)

**06** Uber Scoring UX Proposal + XP (30 minutes)

**07** Incentives UXR (30 minutes)

**08** Incentives Proposal (High level) (15 minutes)

**09** Incentives Jam (120 minutes)

Uber | Litigation Research                                                    29

# [Claims Analytics] Attorney Representation Update 202210







Confidential

# Driving Insights

For the initial XP, drivers received a weekly carbon notification with an entry point to the driving insights page

Initial MVP focused on:

- Speeding as the primary behavior
- Dangerous driving feedback from riders
- Example speeding segments from the last 7 days of a driver's trips

We measured changes in:

- Speeding behavior
- Rider reports of dangerous driving
- Driver ratings



Confidential

# Uber UXR: Driving Insights

Deck

# CMT Findings + Best Practices

# Uber Scoring UX Proposal



- **DDN Impact**
  - **-22% speeding, -14% rider complaints**
- **DI impact**
  - **-7% speeding**

PROTECTED / CONFIDENTIAL

# For longer term, sustained behavior change, we believe we can align earnings incentives with road safety by leveraging telematics-based driving summary metrics



## How do we get there?

We need to develop a surface area that gives drivers actionable insights about their driving behavior
- ➔ While Driving Insights provides a view into individual behaviors, we believe introducing summary metrics will deepen driving behavior change by: reducing cognitive load and helping drivers better understand which behaviors to change

We need to build this safe driving incentive UX atop telematics signals that:
- ➔ Correlate with crash risk on the Uber platform
- ➔ Inspire earner trust
- ➔ Balance potential benefits with legal risk

Voice over: by summary metrics, we're referring to metrics that help drivers understand their *overall* driving behavior over time, and at the trip level, as opposed to making earners take on the cognitive load to piece those trends together from detailed driving behavior data.

PROTECTED / CONFIDENTIAL

# To test driving behavior change (and change stickiness) we propose a 6 month XP in 'lower risk' city geos

CMT will provide driver scores and event data for 30K drivers. We will introduce driver scores and summary metrics in Q3, and layer on financial incentives in Q4.

**Pilot structure**

- Scope: 30K drivers
- Duration: 6 months
- Pricing: $300K
- Geo: US states with favorable employment legal statutes

**Key Change Metrics**

- Harsh driving behavior rates
- CMT driver scores
- Rider complaints (dangerous driving)
- Driving Insights UI engagement
- Standard guardrail metrics for Earner-facing features

XP geos will largely align with markets where Driving Insights is live, which is itself based on the favorability of state-by-state employment legal conditions

PROTECTED / CONFIDENTIAL

Phase 2 UI and Mocks

[Figma](Figma)



Incentives UXR

Deck

# Incentives Proposal + Jam

Confidential

# Incentives Proposal

**Overview**

➔ Target audience: the highest risk 20% of drivers using rental vehicles (with 1 rental partner)
➔ Drivers will receive rewards/discounts for improvements to their driving scores
➔ We will surface the scoring UX in the Uber app, the rental partner will be notified and adjust pricing accordingly

**Proposed metrics**

➔ Target metrics:
  ◆ Improvements to driving score (within X weeks)
  ◆ Reduction in dd behaviors like harsh braking
➔ Guardrail metrics:
  ◆ Driver retention (supply hours, completed trips)

Confidential

## Incentives Jam

**Goals: how do we help a high risk driver to look like an average driver?**
- We'll set a target score we want high risk drivers to be at (that reflects an average risk driver)

**What types of rewards/incentives could be compelling?**
- Discounts on weekly rental for improvements to driving behavior
- Gas cards/discounts for improvements to driving behavior
- Relax min trip counts for rental car participation
- Helping towards car ownership
- Badges/recognition for safe driving (and showing this on the rider side)

**What program components do we think are important to incorporate?**
- Rewards frequency/timeframe
    - Weekly incentives
        - Loss framing option: drivers get the preferred pricing, but need to keep their scores at a certain level or else they'll get an additional charge
        - Alt: week to week pricing - get an intro price for the first week, depending on score by the end of the week, that will determine the price you get the next week

**How should we think about goal setting for the program and weekly targets for drivers?**
- If we target weekly incentives, how do we think about intra week transparency/goal setting - trip level/daily level
- Should we ratchet goals (so week 1 goal is easier/more achievable, week 8 goal might be harder to achieve)

