# Uber's Verified Instagram Account 2026.01.27 Screenshot from Reel "Uber Driver's Dog"

# P-04547



P-04547.00001

