# Uber Instagram Post

# 2026.01.21

# "Me: I'll call an Uber. My sister: I'll order us food."

# P-04548







P-04548.00001