# Uber's X Post
# 2025.12.31
# "Wanna get an Uber home?"

# P-04549



Trial Exhibit No.
**P-04549_slip**

P-04549_slip.00001

