Back to previous view

**[SAFE-585315] 25-Jul-2017 - Kansas City / 88 / United States / South / US Central & Canada / US & Canada - L2 - Comments or Gestures - Flirting** Created: 25/Jul/17 Updated: 29/Oct/20 Resolved: 01/Aug/17

| Status: | Done |
|---|---|
| Project: | Safety Case Management |
| Component/s: | Kansas City / 88 / United States / South / US Central & Canada / US & Canada |
| Security Level: | BPO-Hidden |

| Type: | Global Incident / Accident | | |
|---|---|---|---|
| Reporter: | Deonte Welton [X] (Inactive) | Assignee: | Kira Hasan [X] (Inactive) |
| Resolution: | Done | Votes: | 0 |
| Labels: | Blackbird_Processed_09.09.2017 | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

| Attachments: | • [REDACTED - PII]Comms.mp3  • [REDACTED - PII].mp3 |
|---|---|
| Date of Incident: | 25/Jul/17 |
| Incident - Type: | Sexual Misconduct - Comments or Gestures - Flirting |
| Source of Incident: | In-App Support (Bliss) |
| Ticket Attributes: | Neither Excluded nor Invalid |
| Executive summary: | After completing comms with both parties and reviewing account(s) I am recommending the driver is given a stern final warning based off no prior safety related reports on his account. I will follow through with this decision 07/31/17 05:00 PM MST by end day if there are no objections to this. |
| Rider Name: | [REDACTED - PII] |
| Rider Ticket: | https://bliss.uberinternal.com/contacts/1ab1f199-60d5-4c9a-9a3a-662822951272 |
| Rider Tools Link: | https://toolshed.uberinternal.com/t2/clients/6366daf6-8b53-422e-85fc-c5fa4cfb6cea |
| Driver Name: | [REDACTED - PII] |
| Driver Ticket: | https://bliss.uberinternal.com/contacts/4275aab0-58c5-4c9c-bd42-7dbbcb68ef86 |
| Driver Tools Link: | https://toolshed.uberinternal.com/tools/drivers/7476166d-41fb-47d1-99ca-ac49d65ef42e |
| Trip Link: | https://toolshed.uberinternal.com/t2/trips/5f1baf6f-2523-4114-9d49-857787412a75 |
| POOL Riders in a trip: | not a POOL trip |
| Rider's Side: | Agent *Deonte* triage comms with rider 07/25/17 04:18 PM MST via LivOps: https://uber.hostedcc.com/html/play.cgi?session_id=173041971<br><br>07/30/17 04:06 PM MST Rider relayed the following via dial pad:<br><br>– Rider stated that she entered the vehicle and greeted the driver<br>– Rider stated that the driver responded saying hey and asking if she worked at that location where she got picked up from<br>– Rider responded yes<br>– Rider stated she provided the driver with instructions on how to get to her home address<br>– Stated the driver said okay<br>– Stated they were going down a street where there were a lot of bars<br>– Stated the driver asked her if she ever goes to the bars<br>– Rider responded "yeah"<br>– Rider stated the driver asked if she could tell him where to meet women that are nice that'll let them talk to him and give him there numbers<br>– Stated that he could do that at any place as long as youre nice and complimentary<br>– Rider stated upon arriving to her destination the driver said ,"stay in the car for a moment I want to talk with you"<br>– Stated the driver then said he doesnt have a lot of friends, he can't get anyone to talk to him, and he was looking for a friend<br>– Stated she had just gotten off of work and she was not in a good mood and she was just going to get out of the car and that'll be the end of it<br>--Stated that she went to get out of the vehicle and the driver said "no,no,no"<br>– Stated that the driver continued to ask for her phone number and say he wants to be friends and he was not trying to hurt he<br>– Stated the child locks were on and the driver raised his voice and she was frightened and she stated for the driver to please op the door, and the door wont open<br>– Stated the driver then said that the child locks were on and he just needed her to listen<br>– Stated the driver kept repeating himself<br>– Stated that she then pulled out her phone and dialed 911<br>– Stated she informed the driver if he did not open the door she was going to call 911<br>– Stated that the driver said fine and finally exited the vehicle to let the rider out |

**Trial Exhibit No.**
**P-04553**

| Driver's Side: | 07/30/17 03:49 PM MST Driver relayed the following via dial pad:<br><br>– Stated that he had a female rider<br>– Stated that the rider was nice and they had a conversation (did not specify what the conversation was about)<br>– Stated that upon arrival to the riders destination the rider attempted 3 times to exit the vehicle but could not<br>– Stated that he had forgot to take off the child safety lock<br>– Stated when he remembered he exited the vehicle to let the rider out<br><br>*agent asked if the rider called law enforcement or mentioned?*<br>– Driver stated no they were not called and/or mentioned<br>--Stated that the rider exited the vehicle and said thank you. |
|---|---|
| **Driver Loss Type:** | None |
| **Rider Loss Type:** | None |
| **Reporting Party:** | Rider (Account Holder) |
| **Incident Reported Against:** | Driver |

**Comments**

Comment by +safety_data_healing (Inactive) [ 29/Oct/20 ]

**PLEASE READ BEFORE EDITING THIS TICKET** The fields Incident Type, Incident Type Detail, Reporter, Incident Reported Against, and Invalid Ticket have been reviewed and potentially corrected as part of the global safety data audit. **Please do NOT make any changes to these fields** before contacting the Global Safet Ticket Auditing Admin Group (GSTA-admin-group@uber.com). See here for more details. Results of the audit by data field below:

Incident Type: From "Verbal Altercation" to "Sexual Misconduct"

Incident Type Detail: From "Driver Refused to Allow Passenger to Exit Vehicle" to "Comments or Gestures - Flirting"

Incident Details: From "" to ""

Incident Reported Against: From "" to "Driver"

Reporter: From "" to "Rider (Account Holder)"

Invalid Ticket: From "NO" to "No"

Comment by Kira Hasan [X] (Inactive) [ 30/Jul/17 ]

After completing comms with both parties and reviewing account(s) I am recommending the driver is given a stern final warning based off no prior safety related reports on his account. I will follow through with this decision 07/31/17 05:00 PM MST by end of day if there are no objections to this.