**UBER_JCCP_MDL_002064044-UBER_JCCP_MDL_002064044**



P-04557.00001

**H2 2017 Goals**
**Sachin Kansal**

1. Execute on high quality product delivery, and enhance Uber's Safety Reputation
    a. Launch 4+ products that move the needle in safety reputation (Driver Share trip, Driving Hour Limits, Rider ID (LATAM), and TBD)
    b. Achieve positive change in driver safety sentiment (rider is a stretch goal for H2 2017)
    c. Launch driver focused insurance programs in 40+ states in the US
    d. Launch safety features as part of Carbon with high quality and on time
2. Reduce growth in insurance costs and interpersonal incidents
    a. Reduce driving safety incidents per trip vs 2016 (measure by fatal accidents and if possible less severe traffic accidents - measurement TBD)
    b. Bend the curve of rising US costs through better claim handling and reduced incidents (need resources - currently unfunded) [Commented [1]: I can help provide details here around claim handling in the US]
    c. Make statistically measurable impact on cash trips in LATAM. At least 10% decrease across the board with at least two product driven solutions with statistically provable impact
3. 2018 Vision and Roadmap
    a. Establish a medium to long term vision for Safety & Insurance at Uber that goes beyond just planning for the next 6 months
    b. Evangelize and get buy-in into the roadmap across multiple organizations including Maps, Driver, CommOps, Rider and others
4. Managerial: Scale the PM team and process
    a. Bring PM team to full strength by achieving the right organization structure and mentoring the PM team as needed
    b. Hire 1 or 2 PMs to lead the Insurance product
    c. Establish a streamlined and repeatable process with cross-functional teams including eng, design, data science, marketing, comms and others
5. Citizenship goal
    a. Evangelize Safety: Be an evangelist for the Safety team and mission among other product teams outside of Safety and Insurance

CONFIDENTIAL

P-04557.00002

UBER_JCCP_MDL_002064044

# UBER_JCCP_MDL_002064044

## Metadata

| | | |
|---|---|---|
| #Author | sachin.kansal@uber.com | SEMANTIC |
| #Date Modified | 08/20/2017 | SEMANTIC |
| #DateCreated | 07/31/2017 | SEMANTIC |
| #Title | Sachin 2H 2017 Goals - share with team | SEMANTIC |
| Account | frank@uber.com; | SEMANTIC |
| All Custodians | Chang, Frank;Kansal, Sachin;Parker, Kate; | SEMANTIC |
| All Paths | Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_94.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_94.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_74.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_74.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_53.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_53.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_002064044 | SEMANTIC |
| Collaborators | brian.tan@uber.com; rmawas@uber.com; shimul@uber.com; frank@uber.com; curtis.scott@uber.com; kateparker@uber.com; kwaitzman@uber.com; uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 07/31/2017 5:41 am | SEMANTIC |
| Date Modified | 08/20/2017 1:35 am | SEMANTIC |
| DocID | 16C63gBqteTw5pwGyBp4jFyj_nuyEuS4c1gTxPYZ6Y1c | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_002064044 | SEMANTIC |
| File Path | \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_94.zip | SEMANTIC |
| File Size | 8573 | SEMANTIC |
| Filename | Sachin 2H 2017 Goals - share with team_16C63gBqteTw5pwGyBp4jFyj_nuyEuS4c1gTxPYZ6Y1c.docx | SEMANTIC |
| GoogleDocumentType | DOCUMENT | SEMANTIC |
| Hash Value | 511522dcb2674a8997bf2188dc7607a8 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_002064044 | SEMANTIC |
| ILS Document Date | 08/20/2017 | SEMANTIC |
| ILS Prod Date | 1/3/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL057 | SEMANTIC |
| Other Custodians | Parker, Kate;Chang, Frank;Kansal, Sachin; | SEMANTIC |
| Primary Date | 07/31/2017 5:41 am | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL057; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 08/20/2017 1:35 am | SEMANTIC |
| SourceHash | e50702faa622512650443a3e8bcb3275 | SEMANTIC |
| Viewers | uber.com | SEMANTIC |