# UBER_JCCP_MDL_003686774

## Metadata

| | | |
|---|---|---|
| **Account** | gus@uber.com; | SEMANTIC |
| **All Custodians** | Fuldner, Gus;Kansal, Sachin;Parker, Kate; | SEMANTIC |
| **Application** | RFC822 Email Message | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003686774 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 10/26/2017 7:49 pm | SEMANTIC |
| **Date Modified** | 10/26/2017 7:49 pm | SEMANTIC |
| **Document Type** | Email | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003686776 | SEMANTIC |
| **File Path** | \Multi Custodian Gmail\EDISCO-23472_Gmail-15.zip\EDISCO-23472_Gmail--gus@uber.com-AuA1Qh.mbox | SEMANTIC |
| **File Size** | 28472 | SEMANTIC |
| **Other Custodians** | Fuldner, Gus;Parker, Kate;Kansal, Sachin; | SEMANTIC |
| **Production Volume** | JCCP_MDL135; | SEMANTIC |

Trial Exhibit No.

**P-04558**

Message

| | |
|---|---|
| **From**: | Hollis Shoor [hollis@uber.com] |
| **Sent**: | 10/26/2017 7:49:07 PM |
| **To**: | Gus Fuldner [gus@uber.com] |
| **CC**: | Kate Parker [kateparker@uber.com]; Sachin Kansal [sachin.kansal@uber.com] |
| **Subject**: | Re: Dara request - DEADLINE: 12p PT tomorrow (Thursday, October 26th) |

Following up on our conversation.  I would stick with my original recommendation focusing on active riders and active drivers and setting more aggressive goals to increasing percent 'strongly agreeing' for the following reasons.  We could make a target of 7ppts, but position it as a 15% increase in safety perceptions.

- GenPops safety perceptions where unchanged during our reputational crisis.  It highlights how disengaged they are and how challenging it is to break through to GenPop.  GenPop's favorability toward Uber was also unchanged.

- Active riders and drivers are much more sensitive to issues in the marketplace.  For examples, during our reputational issues our 'strongly favorable' numbers declined as much as 14ppts among drivers and 25ppts among riders

- While not as sensitive, safety perceptions declined 7 ppts among driver and riders

The details and data are below:

GenPop is relatively unchanged on favorability and safety during Uber reputational crisis

- Fav: 26% strongly favorable (2016 avg) vs 23% strongly favorable (July 2017) with a low of 22% in (June 2017)

- Feel safe using: Strongly + somewhat agree 'feel safe using' 50% (Sept 2016) vs 54% (Sept 2017) with a low of 48% in (Jan 2017) - Given the base sizes this is not a statistically meaningful change.

Current Rides and Drivers are more sensitive:

Drivers

- Fav: 58% strongly favorable (Dec 2016 ) vs  54% strong favorable (Sept 2017) with a low of 44% in (June 2017)

- Safety (feel safe using it): 52% strong agree (Feb 2017) vs 45% strongly agree (July 2017)

Riders

- Fav: : 68% strongly favorable (Dec 2016 ) vs  50% strong favorable ( Sept 2017) with a low of 43% in (June 2017)

- Safety (feel safe using it): 43% strongly agree (Feb 2017) vs 36% strongly agree (July 2017)

-

Hollis

On Thu, Oct 26, 2017 at 9:55 AM, Hollis Shoor <hollis@uber.com> wrote:
I clarified with Jordan last night.  He verified that the request is only for US KPIs, at this time.
Hollis

CONFIDENTIAL

UBER_JCCP_MDL_003686774

On Thu, Oct 26, 2017 at 9:52 AM, Gus Fuldner <gus@uber.com> wrote:
This is not a us request.  It is a global one.

Sent from my iPhone

On Oct 26, 2017, at 9:36 AM, Hollis Shoor <hollis@uber.com> wrote:

Hi Gus

We wanted to make sure you were aware of the 2018 US Safety KPI request.  Kate, Sachin, and I have aligned on the following recommendation.

After the completion of the Q2 Safety Sentiment survey, we discussed potential safety sentiment KPIs.  Sachin, Kate and I aligned on 'I feel safe using / driving with Uber' as the key safety sentiment KPI for the business.  While this is a more ambitious KPI than other statements such as 'is committed to safety' and allows for more external factors to influence how our riders and drivers rate Uber, we agreed this is the right metric for the business and ultimately what we care about.  In the end, we want all of our customers to say 'they feel safe using Uber'.

There are two approaches we can take in setting a goal for this KPI.

1.    Commit to maintaining our high safety perception standards in the US: 85% of actives drivers and 90% of active riders already agree (strongly and somewhat) that "I feel safe using / driving with Uber' (Source: Q2 US Safety Sentiment Survey)

2.    Commit to increasing (> +4 ppt) the strength of our safety perceptions in the US: 46% of actives drivers and 47% of active riders strongly agree  "I feel safe using / driving with Uber' (Source: Q2 US Safety Sentiment Survey, >+4ppt is the minimum movement that can be considered statistically meaningful)

We recommend Option 2.  It is clearly the riskier option and it is unproven how efficiently we can move the needle on this KPI.  However, the organization has made safety a strategic priority and is committed to making Uber the safest option.  With this KPI we have room to grow and we also believe it reflects the ambition of the organization.  Please let us know if you want to discuss further.

Thanks
Hollis


---------- Forwarded message ----------
From: **Jordan Burke** <burke@uber.com>
Date: Wed, Oct 25, 2017 at 7:25 PM
Subject: Dara request - DEADLINE: 12p PT tomorrow (Thursday, October 26th)
To: Ana Rocca <ana.rocca@uber.com>, Liz Dunne <liz.dunne@uber.com>, Rich Barney <rbarney@uber.com>, Hollis Shoor <hollis@uber.com>
Cc: Karin Srisilpanand <karinsris@uber.com>, Christopher Jenks <cjenks@uber.com>


Hi folks—

As we move into 2018 planning, Dara is working to establish 6 Uber-wide priorities (see attached).

CONFIDENTIAL

UBER_JCCP_MDL_003686775

Here's the best part: nearly every single one of these has been influenced by our work. And for the vast majority, our team will be critical in providing data-driven recommendations for "how" Uber achieves success.

The other good news is that Dara and the ELT are looking to us for two things:

1.    Recommendations for KPI's; and

2.    Quantitative aspirational goal-setting for those KPI's.

**So here's what we need to do on a DEADLINE of 12p PT tomorrow (Thursday, October 26th):**

- **@Hollis:** For "Stand for Safety", please do the following: 1. Provide a recommendation for what the "safety perception metric" should be (e.g. "is safe", "something I feel safe using", "company committed to safety", etc); 2. What the % goal should be.
- **@Ana:** For "Win back the US" please do the following: 1. Provide a recommendation for what the "platform of choice" metric should be (e.g. "app preference", etc.); 2. What the % goal should be.
- **@Liz** (in collaboration with Ana): For "Earn our Customers' Love" please do the following: 1. Provide a recommendation for what the these KPIs should be (e.g. "favorability", "integrity", "is changing for the better", etc.); 2. What the % goal should be.
- **@Rich** (by EOD tomorrow): A short methodological memo citing peer-reviewed sources on the pitfalls of setting sentiment goals in this way.

**Please do all of your work, comments, etc in this doc.**

For all of the above requests, assume that they should be measured among both Riders and Drivers (not GenPop). Also for the % goals, please set those for the US (for now).

Thanks and please let me know if you have any questions.

Jordan


<image.png>

P-04558.00004