6/20/24, 11:39 AM [#SAFE-4047723] 01-Feb-2022 - Tallahassee / 312 / United States / Southeast / US East / US & Canada - L2 - Comments or Gestures - Explicit ...

Case 3:23-md-03084-CRB    Document 5260-7    Filed 02/17/26    Page 1 of 3

**[SAFE-4047723] 01-Feb-2022 - Tallahassee / 312 / United States / Southeast / US East / US & Canada - L2 - Comments or Gestures - Explicit Comments** Created: 03/Nov/23  Updated: 08/Nov/23  Resolved: 08/Nov/23

| | |
|---|---|
| Status: | Done |
| Project: | Safety Case Management |
| Component/s: | Tallahassee / 312 / United States / Southeast / US East / US & Canada |
| Security Level: | BPO-Hidden |

| | | | |
|---|---|---|---|
| Type: | Global Incident / Accident | | |
| Reporter: | Justin Gill | Assignee: | Ferdinah Muntinya Gonzales |
| Resolution: | Resolved | Votes: | 0 |
| Labels: | portkey_reviewed, portkey_upload_success | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

**Trial Exhibit No. P-04559**

| | |
|---|---|
| Date of Incident: | 01/Feb/22 |
| Incident - Type: | Sexual Misconduct - Comments or Gestures - Explicit Comments |
| Accident or Claim Needed: | Yes |
| Source of Incident: | Insurance Team |
| Ticket Attributes: | Neither Excluded nor Invalid |
| Executive summary: | LOR received.<br><br>Details (Verbatim from Attorney) - "On February 1, 2022 our client Ms. Julie Jacques (hereinafter referred to as "Ms. Jacques") was assaulted by your driver. At approximately 7:00 p.m., Ms. Jacques requested an Uber to take her home from Enterprise. Early in the ride, your driver began to compliment Ms. Jacques. But quickly those compliments turned inappropriate and became uncomfortable sexual remarks. Upon reaching Ms. Jacques' destination, your driver locked the car's doors. Your driver refused to let Ms. Jacques out of the vehicle until she gave him her number. Ms. Jacques was terrified."<br><br>Loss Location - 1147 Academic Way, Tallahassee, FL 32304<br><br>Injuries Reported - The full extent of the AH's injuries is unknown at this time.<br><br>EMS Transport - N/A<br><br>Police Involvement and Report Number - No report number has been provided.<br><br>Attorney Info -<br>Sarah Anastasi<br>Potter Handy<br>100 Pine St., Ste. 1250<br>San Francisco CA 94111<br>(858) 375-7385<br>SarahA@potterhandy.com |
| Rider Name: | Julie Jacques |
| Rider Ticket: | https://bliss.uberinternal.com/contacts/34a99367-fcc3-4d9b-bacc-881d7a42bea3 |
| Rider Tools Link: | https://investigations.uberinternal.com/rider/ab832596-fdd4-42e6-87d6-9212ec6211e7/all |
| Driver Name: | Lonaise Charles |
| Driver Ticket: | https://bliss.uberinternal.com/contacts/303140ae-8066-4e17-9c3c-9a0dddd7d4a2 |
| Driver Tools Link: | https://investigations.uberinternal.com/driver/5f2db4f7-6a60-4eac-81da-a2f917630826/all |
| 3rd Party Ticket: | https://ubercab.zendesk.com/agent/tickets/255577809 |
| Trip Link: | https://chronicle.uberinternal.com/trip/77a83e27-3f29-4a90-88ef-c83d6d4bd121 |
| POOL Riders in a trip: | not a POOL trip |
| Date Reported to Uber: | 31/Oct/23 |
| Date of Uber's Response: | 03/Nov/23 |
| Driver Loss Type: | None |
| Rider Loss Type: | Injury |

| | |
|---|---|
| **Trip Status:** | Transporting rider |
| **Claims Status:** | Submitted to Claims |
| **SAFE Claims Reviewed:** | YES |
| **URL link:** | https://ubercab.zendesk.com/agent/tickets/255577809 |
| **Driver Action:** | No Action |
| **Reporting Party:** | Third Party |
| **Incident Reported Against:** | Driver |
| **Action On Reported Account:** | No Action |

### Comments

**Comment by Suzanne Bullard** [ 05/Nov/23 ]

A/C Privileged and Confidential – REDACTED - PRIVILEGED
REDACTED - PRIVILEGED

**Comment by Justin Gill** [ 03/Nov/23 ]

Suzanne Bullard for visibility

Please note that the AH is represented by Potter Handy. LOR received.

Generated at Thu Jun 20 18:39:44 UTC 2024 by David Schwartz using Jira 9.4.21#940021-sha1:84e26b3d1a2d938c65e3cb0346c67a8c198675a9.

CONFIDENTIAL

P-04559.00002

UBER-MDL3084-DFS00019957
UBER-MDL3084-DFS00019957

**UBER-MDL3084-DFS00019956**

## Metadata

| **Filename** | 1367_40_J.J. (Jacques, Julie) - req 31d_5.pdf | SEMANTIC |
|---|---|---|