Back to previous view

| | |
|---|---|
| **[SAFE-3211813]** 18-Jun-2022 - St Louis / 189 / United States / South / US Central & Canada / US & Canada - L2 - Comments or Gestures - Explicit Comments Created: 20/Jun/22 Updated: 23/Jun/22 Resolved: 23/Jun/22 | |
| Status: | Done |
| Project: | Safety Case Management |
| Component/s: | St Louis / 189 / United States / South / US Central & Canada / US & Canada |
| Security Level: | BPO-Hidden |

| | | | |
|---|---|---|---|
| Type: | Global Incident / Accident | | |
| Reporter: | Albert Hernandez [X] (Inactive) | Assignee: | Jacob Leal [X] (Inactive) |
| Resolution: | Resolved | Votes: | 0 |
| Labels: | Alpha | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

| | |
|---|---|
| Date of Incident: | 18/Jun/22 |
| Incident - Type: | Sexual Misconduct - Comments or Gestures - Explicit Comments |
| Source of Incident: | In-App Support (Bliss) |
| Ticket Attributes: | Neither Excluded nor Invalid |
| Executive summary: | **SOE Present from Victim:** Y<br><br>**Primary Category Questions Answered**<br><br>- Confirmed physical contact? - N<br>  - <br>- Perceived as sexual/romantic or sexual misconduct behavior exhibited? - Y<br>  - The Driver was telling the Rider about them exposing their penis towards a previous Rider last week. The Driver additionally to the Rider about two previous Rider's having oral copulation while on the trip.<br>- Determined nonconsensual? - Y<br>  - The Rider is reporting the incident.<br>- Confirmed exposed sexual body part? - Y<br>  - The Driver admitted to exposing their penis to the previous Rider. The Driver additionally told the Rider about two previous Rider's having oral copulation while on the trip.<br><br>**Status of Comms**:<br>Driver comms completed<br>Rider comms completed<br><br>**Account Status**:<br>Driver active<br>Rider active<br><br>**Actions Taken**:<br>Blocked future pairing<br>Rider refunded<br>Account notated<br>Temporary Safety Lock Removed<br><br>**Secondary Category Questions**<br>Rider reports a Sexual Misconduct incident by a Driver where The Driver was telling the Rider about them exposing their penis towards a previous Rider last week. The Driver additionally told the Rider about two previous Rider's having oral copulation while on the trip.<br><br>**Multiple Allegations Present** - N<br><br>**Resolution**:<br>Investigator is requesting a de-escalation to Explicit Comments as the Rider did not observe the drivers genitals but instead hear the driver mention showing some their genitals.<br><br>Reported Against denies the allegations made against them. This case is considered a resolved report resulting in 1 notation. Dri has not met the threshold for deactivation and will be reactivated.<br><br>**Updated At 2022-06-23 16:18 MST** |
| Rider Name: | REDACTED - PII |
| Rider Ticket: | https://bliss.uberinternal.com/contacts/802a8340-2cee-42f6-97df-cb6323443a8a |
| Rider Tools Link: | https://opera.uberinternal.com/rider/bbfd6065-3d71-4cf0-9aee-9a7057917074 |

Trial Exhibit No.
P-04560

CONFIDENTIAL

UBER JANE DOE 302 01230953

P-04560.00001

| Driver Name: | REDACTED - PII |
|---|---|
| Driver Ticket: | https://bliss.uberinternal.com/contacts/4445136d-b20a-4f4b-91b7-994139d53015 |
| Driver Tools Link: | https://opera.uberinternal.com/driver/1f44c7a3-f5ee-4877-8054-9eab14d83755 |
| Trip Link: | https://chronicle.uberinternal.com/job/05fbb652-1343-4004-be75-2623af7e9c47 |
| POOL Riders in a trip: | not a POOL trip |
| Rider's Side: | **2022-06-20 09:30 MST** [Phone Call - Triage] Answered<br>Followed up via Bliss https://apps.mypurecloud.com/directory/#/engage/admin/interactions/4e057ac3-8f5e-4ff5-bcde-e5dfa6e76857<br><br>- The Rider was at friend's house and called for an Uber<br>- The Rider was alone and intoxicated<br>- When the Driver pulled up, the Driver had the front passenger seat pushed and leaned back<br>- The Driver stated "There's not a lot of leg room back there, you should go ahead and sit up front"<br>- The Rider got into the front seat<br>- The Driver's first question was "So do you want to hear about my craziest Uber ride?"<br>- The Rider had a feeling that it wasn't going to be a normal situation so the Rider started recording<br>- The Driver continued to tell an eight minute story about a round trip the Driver did last week with a woman<br>- The Driver did not specify the exact trip<br>- The Driver drove took the previous Rider to a Loves gas station on Highway 70 downtown<br>- The AH Rider stated that the gas station doesn't exist and that's what got the Rider's senses going<br>- The previous Rider told the Driver that white men "Have small penises"<br>- When the previous Rider went into the gas station, the Driver took a picture of his penis and was going to show the previous Rider because the Driver was insulted that the previous Rider stated this<br>- The Driver kept calling his penis "Big white dick"<br>- The Driver admitted to showing his penis to the previous Rider<br>- 4-5 minutes before the Driver dropped the Rider off at their residence, the Driver started his second Uber story<br>- The Driver picked up a couple and a woman started to give the man a blowjob in the backseat<br>- The Driver got explicit with this as well<br>- The Driver asked the Rider "Oh I'm sorry are you on your phone? I have to be cautious"<br>- The Driver asked the Rider if she wanted to be Facebook friends when they were close to the Rider's residence<br>- The Driver asked the Rider multiple times if the Rider was offended<br>- The Rider told the Driver this information should not be shared<br>- The Rider lives on a farm and is scared because the Driver knows the Rider's residence<br>- The Rider had the Driver drive far from their door and waited to go to their door until the Driver pulled out of the Driveway<br>- The Rider tried to keep it light but had a lot of fear<br>- The Rider feels almost assaulted<br>- The Rider stated "It was a whole lot of trying to get into my pants the entire time"<br>- The comments were not towards the Rider<br>- The Rider has a 11:56 minute recording of the Driver being sexually explicit about other Rider's<br>- The Rider stated "He's icky and predator"<br>- No exposed body parts<br>- No police report filed |
| Driver's Side: | **2022-06-23 10:04 MST** [Phone Call - Investigations] Call Attempt: 1 Answered<br>Followed up via Bliss<br><br>- Driver did not want the call recorded<br>- Driver denies the allegations made against them<br>- Driver did not have any verbal or physical altercations<br>- Driver did not have any sexually explicit conversations or contact<br>- Driver mentioned that he has seen posts about him on Facebook |
| Background Data: | Driver Safety Lens: https://safety-lens.uberinternal.com/incidents/entity/1f44c7a3-f5ee-4877-8054-9eab14d83755<br><br>Driver's additional accounts banned here:<br><br>- https://opera.uberinternal.com/rider/c26284be-9a0a-41e5-9e84-2dd0662d0f2a/profile<br>- https://opera.uberinternal.com/rider/131abd21-6623-400c-a3a7-946dd06489fa/profile<br>- https://opera.uberinternal.com/rider/1f44c7a3-f5ee-4877-8054-9eab14d83755/profile<br><br>Rider Safety Lens: https://safety-lens.uberinternal.com/incidents/entity/bbfd6065-3d71-4cf0-9aee-9a7057917074 |
| Driver Loss Type: | None |
| Rider Loss Type: | None |
| Driver Action: | Reactivate |
| Rider Action: | No Action |
| Reporting Party: | Rider (Account Holder) |
| Incident Reported Against: | Driver |

| Action On Reported Account: | Warning |
|---|---|

**Comments**

Comment by Ally Cissna [ 23/Jun/22 ]

Team Lead approved requested de-escalation based on clarifying information to better align with taxonomy. Please proceed with outlined actions.