Back to previous view

**[SAFE-3044341] 15-Feb-2022 - Kansas City / 88 / United States / South / US Central & Canada / US & Canada - L2 - Comments or Gestures - Flirting** Created: 15/Feb/22 Updated: 16/Feb/22 Resolved: 16/Feb/22

| | |
|---|---|
| Status: | Done |
| Project: | Safety Case Management |
| Component/s: | Kansas City / 88 / United States / South / US Central & Canada / US & Canada |
| Security Level: | BPO-Hidden |

| | | | |
|---|---|---|---|
| Type: | Global Incident / Accident | | |
| Reporter: | Madison Berger | Assignee: | Aaron Ross |
| Resolution: | Inactive | Votes: | 0 |
| Labels: | None | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

| | |
|---|---|
| Attachments: | REDACTED - PII /M 01.WAV • REDACTED - PII Comms 01.WAV • Screenshot 2022-02-16 9.47.58 AM.png • Screenshot 2022-02-16 9.49.07 AM.png |
| Date of Incident: | 15/Feb/22 |
| Incident - Type: | Sexual Misconduct - Comments or Gestures - Flirting |
| Source of Incident: | In-App Support (Bliss) |
| Ticket Attributes: | Neither Excluded nor Invalid |
| Executive summary: | **SOE Present from Victim:** N<br><br>**Primary Category Questions Answered**<br><br>• Confirmed physical contact? - N<br>• Perceived as sexual/romantic or sexual misconduct behavior exhibited? - Y<br>  ○ Per bliss comments, the Driver solicited the Rider to show them their legs for money<br>• Determined nonconsensual? - Y<br>  ○ Per bliss comments, the Rider felt sexually harassed<br>• Confirmed exposed sexual body part? - N<br><br>**Status of Comms:**<br>Driver comms completed<br>Rider comms attempted x2<br><br>**Account Status:**<br>Driver active<br>Rider active<br><br>**Actions Taken:**<br>Blocked future pairing<br>Account notated<br>Temporary Safety Lock Removed<br><br>**Secondary Category Questions**<br>Rider reports a sexual misconduct incident by a Driver where the driver asked to see the riders legs in exchange for a free ride.<br><br>**Multiple Allegations Present** - N<br><br>**Resolution:**<br><br>The Rider reported that the Driver asked to see the Riders legs in exchange for money. This case will be de-escalated Sexual Misconduct>Flirting as this does not qualify as Sexual Misconduct>Solicitation.<br><br>This case is considered Done-Inactive. The Driver has 0 previous reports for Sexual Misconduct and 0 serious IPC notations.<br><br>This case is considered an inactive report resulting in 1 notation. Driver has not met the threshold for deactivation and will be reactivated.<br><br>Updated At **2022-02-17 10:25 MST** |
| Rider Name: | REDACTED - PII |
| Rider Ticket: | https://bliss.uberinternal.com/contacts/f97b57c3-c959-4445-919e-fcd048b720a2 |
| Rider Tools Link: | https://opera.uberinternal.com/rider/f5636375-b942-4483-a9b5-e393f2419c56 |
| Driver Name: | REDACTED - PII |
| Driver Ticket: | https://bliss.uberinternal.com/contacts/71b1e887-fc6c-44f8-87c1-54e083d42c60 |

CONFIDENTIAL

Trial Exhibit No.
P-04561

P-04561.00001

UBER JANE DOE 302 01230701

| | |
|---|---|
| **Driver Tools Link:** | https://opera.uberinternal.com/driver/4a120edc-68e9-4d9a-9cc4-f91c4b386176 |
| **Trip Link:** | https://chronicle.uberinternal.com/job/844662d3-b099-4002-8c22-4d7e22becbd7 |
| **POOL Riders in a trip:** | not a POOL trip |
| **Rider's Side:** | **2022-02-15 10:37 MST** [Phone Call - Triage] Voicemail<br>Followed up via Bliss https://apps.mypurecloud.com/directory/#/engage/admin/interactions/4cdc8a99-e324-4901-93dd-34e2fe449a32<br><br>**2022-02-16 09:46 MST** [Phone Call - Investigations] Call Attempt: 2 Voicemail<br>Followed up via Bliss Gia VM 01.WAV |
| **Driver's Side:** | **2022-02-16 10:16 MST** [Phone Call - Investigations] Call Attempt: 1 Answered<br>Followed up via Bliss Roy Comms 01.WAV<br><br>- The Driver has not had any trips out of the ordinary<br>- The Driver has some issues with Riders not going to the correct pick-up location<br>- The Driver did not have any trip out of the ordinary on February 15th around 8:00AM-12:00PM<br>- The Driver tries to gauge their conversations with the Riders. If the Riders want to talk they will talk. If they do not want to tal they won't talk.<br>- The Driver has never flirted with a Rider or asked personal questions about a Rider<br>- The Driver has never had a sexual conversation with a Rider before<br>- The Driver has never solicited a Rider for sexual favors before<br>- The Driver denies telling a Rider that they would pay money to see the Riders legs<br>- The Driver had a trip where the Rider on February 15th was having trouble at the pick-up location finding the vehicle<br>- When the Driver dropped the Rider off they dropped them off a storage unit<br>- The Driver believes this is a false report from someone who has "mental issues"<br>- The Driver is frustrated because they want a apology for their account being on hold |
| **Background Data:** | **Safety Lens History:**<br><br>**Driver's Safety Lens - Incidents**<br>-0 Serious IPC notations<br><br>**GPS Data Findings:**<br><br>**Chronicle**<br><br>- There were no abnormal deviations, skews, stops, activities or routes recorded using Chronicle.<br><br>☒ |
| **Date Reported to Uber:** | 15/Feb/22 |
| **Date of Uber's Response:** | 15/Feb/22 |
| **Driver Loss Type:** | None |
| **Rider Loss Type:** | None |
| **Driver Action:** | Reactivate |
| **Rider Action:** | No Action |
| **Reporting Party:** | Rider (Account Holder) |
| **Incident Reported Against:** | Driver |
| **Action On Reported Account:** | Warning |

**Comments**

Comment by Silas Freeman [ 16/Feb/22 ]
Team Lead approved requested de-escalation based on current/clarifying information. Please proceed with outlined actions.