# P-04564

## S&P Capital IQ Uber Data

