# UBER_JCCP_MDL_003753151

## Metadata

| | | |
|---|---|---|
| **Account** | gus@uber.com; | SEMANTIC |
| **All Custodians** | Fuldner, Gus; | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003753151 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 08/13/2018 7:01 pm | SEMANTIC |
| **Date Modified** | 08/13/2018 7:06 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003753151 | SEMANTIC |
| **File Path** | \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_82.zip | SEMANTIC |
| **File Size** | 1712704 | SEMANTIC |
| **Other Custodians** | Fuldner, Gus; | SEMANTIC |
| **Production Volume** | JCCP_MDL135; | SEMANTIC |



P-04566.00001

**Document Produced in Native**

CONFIDENTIAL
UBER_JCCP_MDL_003753151

P-04566.00002

# SACHIN KANSAL | Safety & Insurance Product

**Current org size: 14**



| | |
|---|---|
| **Current Title** | Director, Product Management |
| **Current Level** | L7 |
| **Promo Title** | Sr Director, Product Management |
| **Promo Level** | L8 |
| **Tenure at Uber** | 15 months (@ 9/1/18) |
| **Tenure in Role** | 15 months |

**PREVIOUS 3 EMPLOYERS**
- Lookout: VP Consumer Products (2015 - 2017)
- Flywheel Software: Chief Product Officer (2012 - 2015)
- Reputation.com: Vice President, Product (2011 - 2012)

**EDUCATION**
- MS, Management Science and Eng, Stanford

**JOURNEY AT UBER**

**6/2017:** Director, Product Management, Level 7

**BUSINESS RATIONALE:**
- Lead an expanded Safety and Insurance Product team (target YE'18: 11 PMs supported by 67 Eng, 7 Design and 15 DS)
- Growing role in overall product leadership / strategy
- Adding responsibility for related areas (e.g., Privacy in summer 2018)
- Likely at the high end of L7 when hired

**KEY ACHIEVEMENTS:**
- Greatly increased output and impact of Safety product team
  - Led Safety Reputation Forward Chapter (Safety Center / SOS / Social Connect)
  - Latam / MEA cash safety: Safe Dispatch Model, Social Connect, etc.
  - Driving Hours
  - Carbon refresh of safety features (Insurance Hub, Speed Limit warnings, RealTime ID)
- Acted as key spokesman for media with on camera interviews for Fox News and NBC and several others
- Hired five PMs including two GPMs and significantly upleveled Safety product team
- Active and vocal contributor in Product Staff and trusted partner to regional teams, especially Latam and US

**GROWTH OPPORTUNITY:**
- Relying more on his two new GPM hires to drive outcomes and provide more leverage
- Drive impact in Insurance at similar level as Safety
- Taking additional responsibility for Privacy / Customer Identity product (2 additional PMs transferred to Sachin in June at request of EngSec)
- Play a more substantial role in product leadership beyond S+I