# CNN Video, "A first Uber ride ends in sexual assault"

# 2018.09.28

# https://www.cnn.com/2018/09/28/tech/uber-driver-sexual-assault

# P-04567

