FIND FOOD  WHO WE ARE  WHAT WE DO  NEWS & STORIES          Food Bank FOR NYC EST. 1983          HOW TO HELP  WAYS TO GIVE   Donate Now

# Hayley Kahn

Senior Brand Manager, American Express

## Biography

Hayley Levinson has served on the Junior Board of Food Bank For NYC since 2018. She is Senior Manager of Global Brand Content at American Express and previously held brand leadership roles at Uber and AB InBev, where she managed campaigns for Budweiser, BABE Wine, and Uber's global sustainability platform. Earlier in her career, Hayley gained experience at L'Oréal. She is a graduate of Vanderbilt University, where she double majored in Medicine, Health & Society and Spanish with a minor in Corporate Strategy.

## EXPLORE FBNYC

Find your place in the fight to end hunger.

**GET FRESH FOOD** — Find Help

**MAKE TIME FOR KINDNESS** — Volunteer

**SPEAK OUT AGAINST HUNGER** — Advocate

**GIVE SO OTHERS CAN EAT** — Donate

Trial Exhibit No. P-05000



#### Quick Links

Contact Us

Store

Press

Financials & Reports

Careers

Privacy

#### Sign In

For Donors

For Volunteers

For Member Agencies

#### Let's Connect



Donate Now →

Sign up for updates →

      

**Empowering Every New Yorker to Achieve Food Security For Good.**

501©(3) nonprofit organization and member of Feeding America. EIN: [13-3179546] Copyright© 2025 All Rights Reserved Food Bank For New York City



P-05000.00002