https://www.linkedin.com/in/hayley-levinson/

# Hayley Levinson ✓ She/Her · 3rd

Brand Content at American Express | ex-Uber, AB InBev

New York, New York, United States · Contact info

500+ connections

American Express
Vanderbilt University

[Message] [Save in Sales Navigator] [More]

## Activity
1,458 followers

[Posts] [Comments]

### Hayley Levinson reposted this
**Elizabeth Rutledge** 🔗 · 3rd+
Chief Marketing Officer, American Express
4mo

There's Nothing Like Platinum. We are excited to announce new and enhanced lifestyle and business benefits for the U.S. Consumer Platinum and ...more

879 · 17 comments · 36 reposts

### Hayley Levinson ✓ · 3rd+
Brand Content at American Express | ex-U...
1yr

After an incredible adventure in San Francisco, I'm happy to share that I have moved back to NYC and joined American Express as a Senior Brand ...more

Here's to new beginnings.
AMERICAN EXPRESS
Proud to be part of #TeamAmex

267 · 61 comments

Show all posts →

## Experience

**American Express**
Full-time · 1 yr 6 mos

- Senior Manager, Global Brand Content
  May 2025 - Present · 9 mos

- Senior Manager, Global Brand Management
  Aug 2024 - May 2025 · 10 mos
  New York, United States

**Senior Global Brand Marketing Manager**
Uber · Full-time
Nov 2021 - Jun 2024 · 2 yrs 8 mos
San Francisco Bay Area

Building an iconic and enduring brand for Uber.

**Don't Stop Till Zero | This is just the start | Uber**
The debut of Uber's global sustainability platform, Don't Stop Till Zero, that reaffirms Uber's dedication to becoming a zero-emissions platform globally. Crafted in partnership with...

**Anheuser-Busch InBev**
5 yrs 4 mos

- BABE Wine Senior Brand Manager
  Oct 2019 - Oct 2021 · 2 yrs 1 mo
  New York City Metropolitan Area
  
  BABE is the delicious wine-in-a-can brand that is disrupting the wine industry. As SBM, I managed a team of 3 direct reports responsible for the marketing strategy and execution across e-commerce, social & digit ...see more

- Budweiser Brand Manager
  Jan 2018 - Oct 2019 · 1 yr 10 mos
  Greater New York City Area

### Promoted
**Hitachi**
Hitachi is driving what's next in the U.S.
Stay updated on innovative solutions for a sustainable future.
[Follow]

### More profiles for you

**Khandyce Menard** ✓ · 3rd
Director, Global Brand Management @ American...
[Message]

**Miranda Escobar** ✓ · 3rd
Senior Analyst; B2B Brand Strategy & Marketing at...
[Message]

**Meaghan Amstutz** ✓ · 3rd
Director, Global Advertising at American Express
[Message]

**Annie Vreeland Osborne** ✓ · 3rd
Director, Product Planning
[Message]

**Liza Cohen** ✓ · 3rd
Business Planning & Strategy, Enterprise Platforms...
[Message]

Show all

### People you may know
From Hayley's industry

**Nina Cummins** ✓
Senior Director @ SmartVX | Account Director | Digital...
[Connect]

**Justin Witkin** ✓
Managing Partner at Aylstock, Witkin, Kreis & Overholtz
[Connect]

**Dan Geller**
SVP, National Video Activation at OMG23
[Connect]

**Steve Nober** ✓
Founder & CEO - Consumer Attorney Marketing Group
[Connect]

**Tighe Wilhelmy** ✓
Founder | TortX | YPO
[Connect]

Show all

### You might like
Courses for you

Nano Tips for

---

Trial Exhibit No.
**P-05001**

P-05001.00001

