William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF SAMIRA J. BOKAIE IN SUPPORT OF LEVIN SIMES PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31**<br><br>Judge: Honorable Charles R. Breyer |
| *Jane Doe LS 185 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05922-CRB* | |
| *Jane Doe LS 291 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06020-CRB* | |
| *Jane Doe LS 296 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06021-CRB* | |
| *John Doe LS 3 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05760-CRB* | |
| *Jane Doe LS 54 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05387-CRB* | |
| *Jane Doe LS 134 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-03811-CRB* | |

*Jane Doe LS 191 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05573-CRB

*John Doe LS 5 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05853-CRB

*Jane Doe LS 616 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-05942-CRB

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB    DECL. OF SAMIRA J. BOKAIE ISO MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31

I, Samira J. Bokaie, declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31.

3. Uber was able to identify a ride for Plaintiff Jane Doe LS 54 that matched the information provided on the Plaintiff's Fact Sheet on October 10, 2025, in its amended Defense Fact Sheet.

4. Plaintiff Jane Doe LS 134's ride was ordered by an individual other than Plaintiff. Plaintiff has recently been able to obtain the police report, which was produced on February 5, 2026, which has allowed her to identify the exact date of incident. An amended ride identification form was produced to reflect this information on February 5, 2026.

5. Plaintiff Jane Doe LS 191's ride was ordered by an individual other than Plaintiff.

6. Plaintiff Jane Doe LS 185 submitted her certified PTO 31 statement on January 16, 2026 along with an amended ride identification form.

7. Plaintiff Jane Doe LS 291 submitted her certified PTO 31 statement on December 19, 2025.

8. Plaintiff Jane Doe LS 296 submitted her certified PTO 31 statement on January 5, 2026, along with an amended ride identification form.

9. Plaintiff John Doe LS 3 submitted his certified PTO 31 statement on January 5, 2026. (He previously produced his messages with Uber support regarding the incident and his inability to access the receipt on December 5, 2025.)

10. Plaintiff Jane Doe LS 616 submitted her certified PTO 31 statement on January 16, 2026 along with an amended ride identification form.

11. John Doe LS 5 submitted his certified PTO 31 statement on February 12, 2026.

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct. Executed on February 17, 2026, in San Francisco, California.

3   Dated:  February 17, 2026                                    Respectfully Submitted,

    **LEVIN SIMES LLP**

    */s/ Samira J. Bokaie*
    Samira J. Bokaie
    *Attorney for LS Plaintiff*