# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 185 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05922-CRB<br><br>*Jane Doe LS 291 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06020-CRB<br><br>*Jane Doe LS 296 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06021-CRB<br><br>*John Doe LS 3 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05760-CRB<br><br>*Jane Doe LS 54 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05387-CRB<br><br>*Jane Doe LS 134 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03811-CRB<br><br>*Jane Doe LS 191 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05573-CRB<br><br>*John Doe LS 5 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05853-CRB<br><br>*Jane Doe LS 616 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05942-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING LEVIN SIMES PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31**<br><br>Judge: Honorable Charles R. Breyer |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31 , the Court therefore hereby ORDERS as follows:

The Court hereby GRANTS Plaintiffs' Motion for Reconsideration and AMENDS its Order Dismissing Cases for Failure to Comply with PTO 31 (ECF No. 5216) to remove the following Plaintiffs:

- Jane Doe LS 185 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05922-CRB
- Jane Doe LS 291 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06020-CRB
- Jane Doe LS 296 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06021-CRB
- John Doe LS 3 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05760-CRB
- Jane Doe LS 54 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05387-CRB
- Jane Doe LS 134 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-03811-CRB
- Jane Doe LS 191 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05573-CRB
- John Doe LS 5 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05853-CRB
- Jane Doe LS 616 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-05942-CRB

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge