IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER REGARDING MOTIONS FOR SANCTIONS AGAINST BRET STANLEY** Re: Dkt. Nos. 4233, 4604, 5245 |

Having considered Judge Cisneros's Order Regarding Uber's Motions for Sanctions against Bret Stanley for violations of the MDL Protective Order, see dkt. 5245, as well as the Parties' briefing on the motions, the Court ORDERS that Mr. Stanley be removed from the Plaintiff Steering Committee effective immediately.  Mr. Stanley may otherwise continue representing his own clients in this litigation.

**IT IS SO ORDERED.**

Dated: February 18, 2026

CHARLES R. BREYER
United States District Judge