```
1   C. Brooks Cutter (SBN 121407)
    Jennifer S. Domer (SBN 305822)
2   Celine Cutter (SBN 312622)
    CUTTER LAW P.C.
3   401 Watt Avenue
    Sacramento, CA 95864
4   Telephone: 916-290-9400
    Facsimile: 916-588-9330
5   Email: bcutter@cutterlaw.com
           jdomer@cutterlaw.com
6          ccutter@cutterlaw.com
```

*Attorneys for ROE CL Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 70 v. Uber Technologies, Inc., et al., No. 3:24-cv-06863-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT'S ORDER**<br><br>Date: March 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

## I. INTRODUCTION

On February 4, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Amended Pretrial Order ("PTO") 10. (Doc. 5198). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a PFS. Counsel has diligently attempted to comply with the production of the documents required for the discovery obligation of the Plaintiff addressed in this motion. During the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶4).

# ARGUMENT

Counsel has worked diligently in reaching the above referenced claimants, including alternate contact information, various methods of outreach such as text, email, and mailing. Counsel has not been able to reach the client to discuss the question required to cure the deficient Fact Sheet. Counsel is continuing in our efforts to reach the client as described in the attached Declaration.

# II. CONCLUSION

For the foregoing reason, Counsel requests we be given additional time to produce the information required, as Counsel continues to follow up in various methods to locate the remaining missing Fact Sheet for the named Plaintiff.

Dated: February 18, 2026                    CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
           jdomer@cutterlaw.com
           ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, on February 18, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: February 18, 2026                    CUTTER LAW P.C.

                                       By: */s/ Jennifer S. Domer*

                                       C. Brooks Cutter (SBN 121407)
                                       Jennifer S. Domer (SBN 305822)
                                       Celine Cutter (SBN 312622)
                                       **CUTTER LAW P.C.**
                                       401 Watt Avenue
                                       Sacramento, CA 95864
                                       Telephone: 916-290-9400
                                       Facsimile: 916-588-9330
                                       Email: bcutter@cutterlaw.com
                                                    jdomer@cutterlaw.com
                                                    ccutter@cutterlaw.com

                                       *Attorneys for ROE CL Plaintiffs*