```
C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
```
**CUTTER LAW P.C.**
```
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com
```

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Roe CL 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06863-CRB | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date: March 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
|---|---|

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for the filed Roe CL claimant. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Opposition to Defendants' Motion to Dismiss.

3. Counsel's firm has made extensive efforts to reach the client listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate this individual. Through the database searches and private investigator, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiff.

5. Counsel has not yet been able to reach Plaintiff to answer the remaining question on the Fact Sheet required to cure her deficiency.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 18, 2026, in Sacramento, California.

Dated: February 18, 2026                    CUTTER LAW P.C.

                                            By:   */s/ Jennifer S. Domer*
                                                  Jennifer S. Domer

                                            *Attorney for Roe CL Plaintiffs*