Caleb Marker (SBN 269721)
Email: caleb.marker@zimmreed.com
Jessica M. Liu (CA SBN 358713)
Email: jessica.liu@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Bryer |
| This Document Relates to: | **NOTICE OF FILING OF A NEW ACTION** |
| *T.P. v. Uber Technologies, Inc., et al.,* *Case No. 3:26-cv-01337-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct filing) that the complaint and Jury Demand in the above referenced action was filed on February 13, 2026.

Respectfully submitted,

**ZIMMERMAN REED LLP**

Date: February 19, 2026

By:*/s/ Caleb LH Marker*
Caleb LH Marker (CA SBN 269721)
Jessica M. Liu (CA SBN 358713)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com
jessica.liu@zimmreed.com

*Counsel for Plaintiff T.P.*