D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*J.H.. vs. Uber Technologies, Inc., et al., 3:25-cv-05342-CRB; and*<br><br>*R.L. vs. Uber Technologies, Inc., et al., 3:25-cv-05515-CRB* | **PLAINTIFF'S RESPONSE TO COURT ORDER COMPELLING COMPLIANCE (ECF 5812)** |

On February 10, 2026, the Court ordered sworn declarations by Plaintiffs' counsel that address counsel's presuit investigation as to the claims of the above-referenced Plaintiffs, including a privilege log of all communications with each Plaintiff (ECF 5812). Plaintiffs' counsel hereby attaches Exhibit A, a sworn declaration containing a privilege log detailing counsel's presuit communications with Plaintiff J.H., and Exhibit B, a sworn declaration containing a privilege log detailing counsel's presuit communications with Plaintiff R.L. Counsel continues their efforts to contact Plaintiffs J.H. and R.L to appear for their limited depositions as also ordered in ECF 5812.

| | |
|---|---|
| Dated: February 19, 2026 | Respectfully submitted,<br><br>**PULASKI KHERKHER, PLLC**<br><br>*/s/ D. Douglas Grubbs*<br>D. Douglas Grubbs (*Admitted Pro Hac Vice*)<br>Adam K. Pulaski (*Admitted Pro Hac Vice*)<br>2925 Richmond Avenue, Suite 1725<br>Houston, Texas 77098<br>Tel: 713-664-4555<br>Facsimile: 713-664-7543<br>dgrubbs@pulaskilawfirm.com<br>adam@pulaskilawfirm.com<br><br>Counsel for Plaintiffs |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I electronically transmitted the foregoing PLAINTIFF'S RESPONSE TO COURT ORDER COMPELLING COMPLIANCE to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

                                                */s/ D. Douglas Grubbs*
                                                D. Douglas Grubbs