1  D. Douglas Grubbs *(Admitted PHV)*
   Adam K. Pulaski *(Admitted PHV)*
2  **PULASKI KHERKHER, PLLC**
   2925 Richmond Avenue, Ste 1725
3  Houston, TX 77098
   Telephone: 713-664-4555
4  Facsimile: 713-664-7543
   Email: dgrubbs@pulaskilawfirm.com
5  Email: adam@pulaskilawfirm.com

6  *Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | Honorable Charles R. Breyer |
| This Document Relates to: *J.H.. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05342-CRB; and *R.L. vs. Uber Technologies, Inc., et al.,* 3:25-cv-05515-CRB | **DECLARATION OF D. DOUGLAS GRUBBS IN COMPLIANCE WITH ECF 5218 REGARDING PLAINTIFF J.H.** |

I, Donald Douglas Grubbs, declare:

1. I am an attorney with the law firm of Pulaski Kherkher, PLLC. I am a member of the State Bar of Texas and I am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. As ordered by the Court, below is a privilege log detailing my firm's communications with Plaintiff J.H from the date she retained Pulaski Kherkher on September 26, 2024 until the filing of her Short Form Complaint on June 26, 2025 (ECF 3347).

- 1 -

| Date | Author | Recipient | Type of Communication | Description of Communication | Privilege Claimed |
|---|---|---|---|---|---|
| 9/27/24 | Pulaski Kherkher ("PK") | Plaintiff J.H. ("JH") | Email | Introductory email instructing JH how to access her ride receipt via her email, Uber app or Uber website. | Attorney-Client |
| 9/27/24 | PK | JH | Telephone Call | Conversation with JH requesting her ride receipt. | Attorney-Client |
| 9/30/24 | JH | PK | Email | JH emails a PDF copy of her ride receipt to PK | Attorney-Client |
| 12/9/24 | PK | JH | Email | Email to JH informing her of third-party agent retained for case management including Plaintiff Fact Sheet ("PFS") completion and records ordering | Attorney-Client |
| 12/23/24 | PK | JH | Email | Email to JH warning of scams claiming settlements with Uber and Lyft | Attorney-Client |
| 5/2/25 | PK | JH | Email | Another email sent warning JH of scams seeking personal and/or banking information | Attorney-Client |
| 6/5/25 | PK | JH | Telephone Call | Call attempt to JH regarding fact sheet completion. No answer, voicemail left. | Attorney-Client |
| 6/6/25 | PK | JH | USPS Mail | Letter sent via USPS Priority Mail requesting JH to contact PK as soon as possible. | Attorney-Client |
| 6/24/25 | JH | PK | Telephone Call | PFS information obtained from JH | Attorney-Client |
| 6/25/25 | PK | JH | Telephone Call | Call attempt to JH requesting her emailed receipt from Uber. No answer, voicemail left. | Attorney-Client |
| 6/25/25 | PK | PK | Internal Email | PK attorney reviews Short Form Complaint ("SFC") draft, ride receipt and PFS for filing. | Attorney-Work Product |
| 6/26/25 | PK | Court | E-filing | JH's Short Form Complaint filed in MDL (ECF 3347) | |

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  declaration was executed on February 19, 2026 in Houston, Texas.
3
4                                          */s/ D. Douglas Grubbs*
                                        D. Douglas Grubbs