D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*J.H.. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-05342-CRB; and*<br><br>*R.L. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-05515-CRB* | **DECLARATION OF D. DOUGLAS GRUBBS IN COMPLIANCE WITH ECF 5218 REGARDING PLAINTIFF R.L.** |

I, Donald Douglas Grubbs, declare:

 1. I am an attorney with the law firm of Pulaski Kherkher, PLLC. I am a member of the State Bar of Texas and I am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

 2. As ordered by the Court, below is a privilege log detailing my firm's communications with Plaintiff R.L. from the date she retained Pulaski Kherkher on February 20, 2025 until the filing of her Short Form Complaint on July 1, 2025 (ECF 3397).

- 1 -

| Date | Author | Recipient | Type of Communication | Description of Communication | Privilege Claimed |
|---|---|---|---|---|---|
| 3/7/25 | Pulaski Kherkher ("PK") | Plaintiff R.L. ("RL") | Email | Introductory email sent to RL | Attorney-Client |
| 3/10/25 | RL | PK | Email | RL emails PK requesting confirmation that PK has all info needed and providing a new phone number | Attorney-Client |
| 3/24/25 | RL | PK | Email | RL emails PK inquiring about recent contact from third-party agent | Attorney-Client |
| 3/24/25 | PK | RL | Email | Email reply to RL informing her of third-party agent | Attorney-Client |
| 3/25/25 | RL | PK | Telephone Call | Voicemail left by RL requesting case update | Attorney-Client |
| 3/26/25 | PK | RL | Email | Email to RL informing her of third-party agent retained for case management including Plaintiff Fact Sheet ("PFS") completion and records ordering | Attorney-Client |
| 3/26/25 | RL | PK | Telephone Call | PFS information obtained from RL | Attorney-Client |
| 4/1/25 | RL | PK | Email | Email from RL requesting case update and providing her contact information | Attorney-Client |
| 4/1/25 | PK | RL | Email | Reply email to RL | Attorney-Client |
| 4/22/25 | RL | PK | Telephone Call | Voicemail left by RL requesting case update and providing new contact information | Attorney-Client |
| 4/24/25 | PK | RL | Email | Email sent to RL warning of scams | Attorney-Client |
| 4/25/25 | RL | PK | Email | Email from RL updating phone number | Attorney-Client |
| 4/25/25 | PK | RL | Telephone Call | Call attempt in response to RL's email | Attorney-Client |

| 5/2/25 | PK | RL | Email | Another email sent warning RL of scams seeking personal and/or banking information | Attorney-Client |
| 5/7/25 | RL | PK | Telephone Call | Voicemail left by RL requesting case update and providing new contact information | Attorney-Client |
| 5/8/25 | PK | RL | Telephone Call | Call attempt to RL returning her call. No answer, voicemail left. | Attorney-Client |
| 7/1/25 | PK | PK | Internal Email | PK attorney reviews Short Form Complaint ("SFC") draft, ride receipt and PFS for filing. | Attorney-Work Product |
| 7/1/25 | PK | Court | E-filing | RL's Short Form Complaint filed in MDL (ECF 3397) | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 19, 2026 in Houston, Texas.

>/s/ D. Douglas Grubbs
> D. Douglas Grubbs