1   HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
    **ANAPOL WEISS**
2   60 South 6th St., Suite 2800
    Minneapolis, MN 55402
3   Telephone: 202.780.3014
    Facsimile: 202.780.3678
4   Email: hdolejsi@anapolweiss.com

5

    WILLIAM L. SMITH (Cal Bar No. 324235)
6   **ANAPOL WEISS**
    6060 Center Drive 10th Floor,
7   Los Angeles, CA 90045
    Telephone: 202.780.3014
8   Facsimile: 202.780.3678
    Email: wsmith@anapolweiss.com
9
    *Counsel for Plaintiff*
10

11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                **SAN FRANCISCO DIVISION**

13  IN RE: UBER TECHNOLOGIES, INC.
    PASSENGER SEXUAL ASSAULT          MDL: No. 3084 CRB
14  LITIGATION
                                      **NOTICE OF FILING OF NEW ACTION**
15

16

17  This Document Relates to:

18  *L.B., v. Uber Technologies, Inc., et al.*
    Case No. 3:26-cv-01200-CRB
19

20

21

22

23          Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint

24  with Jury Demand in the above-referenced action was filed on February 9, 2026.

25  ///

26  ///

27  ///

28  ///


    CASE NO. 3:26-cv-01200-CRB              1       NOTICE OF FILING OF NEW ACTION

1

2     Dated: February 19, 2026                    Respectfully submitted,

3                                                 **ANAPOL WEISS**

4                                                 By: */s/ Holly Dolejsi*
                                                  HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
5                                                 60 South 6th St. Suite 2800
                                                  Minneapolis, MN 55402
6                                                 Telephone: 202.780.3014
                                                  Facsimile: 202.780.3678
7                                                 Email: hdolejsi@anapolweiss.com

8
                                                  WILLIAM L. SMITH (Cal Bar No. 324235)
9                                                 6060 Center Drive 10th Floor
                                                  Los Angeles, CA 90045
10                                                Telephone: 202.780.3014
                                                  Facsimile: 202.780.3678
11                                                Email: wsmith@anapolweiss.com

12

13                                                *Counsel for Plaintiff*

14

15                          <u>**CERTIFICATE OF SERVICE**</u>

16        I hereby certify that on February 19, 2026, I electronically transmitted the forgoing NOTICE

17   OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby

18   transmitting a Notice of Electronic Filing to all CM/ECF registrants.

19                                                */s/ Holly Dolejsi*
                                                  Holly Dolejsi
20

21

22

23

24

25

26

27

28