DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AND ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10 (ECF 5253)** |
| This Document Relates to: | |
| *D.M. v. Uber Technologies, et al., Inc., et al.; 3:25-cv-08120-CRB;* | Judge: Honorable Charles R. Breyer |
| *R.N. v. Uber Technologies, et al., Inc., et al.; 3:25-cv-07097-CRB;* | |
| *E.M. v. Uber Technologies, et al., Inc., et al.; 3:25-cv-08451-CRB;* | |
| *A.E. v. Uber Technologies, et al., Inc., et al.; 3:25-cv-07668-CRB;* | |
| *J.G. v. Uber Technologies, et al., Inc., et al.; 3:25-cv-08507-CRB;* | |
| *D.S. v. Uber Technologies, et al., Inc., et al.; 3:25-cv-08519-CRB; and* | |
| *R.B. v. Uber Technologies, et al., Inc., et al.; 3:25-cv-08449-CRB* | |

### NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AND ORDER REGARDING DEFENDANT'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10 (ECF 5253)

Pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Court's Order

of February 17, 2026 (Dkt. #5253), the Plaintiffs, D.M. (MDL ID #4139), R.N. (MDL ID #3879),

E.M. (MDL ID #4152), A.E. (MDL ID #3962), J.G. (MDL ID #4314), D.S. (MDL ID #4224) and

R.B. (MDL ID #4143), and their counsel, hereby give notice that the above-captioned actions are

dismissed, without prejudice, against all Defendants.

Dated: February 19, 2026

Respectfully submitted,

By: */s/ Andrew Holcomb*
DENNIS C. REICH (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com
*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Thursday, February 19, 2026, I electronically transmitted the

foregoing Notice of Dismissal to the Clerk's office using the CM/ECF system for filing thereby

transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Andrew Holcomb*
Andrew Holcomb

NOTICE OF DISMISSAL