RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*J.H. v. Uber Technologies, Inc., et al;*<br>*3:24-cv-03441-CRB* | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**DECLARATION OF RACHEL B. ABRAMS IN SUPPORT OF MOTION TO RECONSIDER ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW CAUSE ORDERS** |

I, Rachel B. Abrams, declare:

1. I am an attorney in the law firm of Peiffer Wolf Carr Kane Conway and Wise, LLP. I am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Peiffer Wolf filed a complaint on behalf of Plaintiff J.H. on June 7, 2024, and subsequently submitted the ride receipt provided by her in accordance with PTO 5.

3. Peiffer Wolf was unaware that this ride receipt was problematic at the time of submission.

4. On September 5, 2024, Uber's counsel informed our firm of an inconsistency between Uber's records and Plaintiff's discovery submissions and indicated that they could not locate a trip matching the ride receipt.

5. Peiffer Wolf immediately contacted Plaintiff about the inconsistencies and had several conversations regarding that issue.

6. Plaintiff was unable to provide counsel with accurate information to help identify the ride.

7. After October 22, 2024, Plaintiff ceased all communication with Peiffer Wolf.

8. On February 18, 2026, I reached out to Uber's counsel to ask if they would consider jointly filing or stipulating to the relief sought in this Motion to Reconsider. Uber's counsel declined.

Executed this 19th day of February, 2026 in San Francisco, California.

                                        */s/ Rachel B. Abrams*
                                        Rachel B. Abrams