# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING MOTION TO RECONSIDER ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW CAUSE ORDERS** |
| *J.H. v. Uber Technologies, Inc., et al; 3:24-cv-03441-CRB* | |

Having considered the foregoing Motion to Reconsider Order Regarding Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show Cause Orders, the Court hereby GRANTS the Motion to Reconsider and VACATES the Order as to Peiffer Wolf.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge:

[PROPOSED] ORDER GRANTING
MOTION TO RECONSIDER