UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-3084-CRB<br><br>NOTICE OF FILING OF NEW ACTION |
| **This Document Relates to:**<br><br>*Jane Doe S.C. vs. Uber Technologies, Inc., et al;*, Case No.: 3:26-cv-1452 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 19, 2026.

Dated: February 19, 2026.

                                                        Respectfully submitted,

                                                        /s/ *Stephen A. Barnes*
                                                        Stephen A. Barnes, 005177
                                                        Sean McCleary, 117832
                                                        BARNES TRIAL GROUP
                                                        1104 N. Howard Avenue, 3rd Floor
                                                        Tampa, FL 33607
                                                        Telephone: (813) 251-0777
                                                        Facsimile: (813) 254-1829
                                                        btgservice@barnestrialgroup.com
                                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

      /s/ *Stephen A. Barnes*
Stephen A. Barnes, 005177
Sean McCleary, 117832
BARNES TRIAL GROUP
1104 N. Howard Avenue, 3rd Floor
Tampa, FL 33607
Telephone: (813) 251-0777
Facsimile: (813) 254-1829
btgservice@barnestrialgroup.com
Attorneys for Plaintiff