DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.E. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07668-CRB; and | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**DECLARATION OF DENNIS REICH IN COMPLIANCE WITH COURT ORDER (ECF 5218)** |

I, Dennis Reich declare:

1. I am an attorney at Reich & Binstock, LLP, ("RB") and counsel of record for Plaintiff, A.E. I make this declaration based upon my personal knowledge and could competently testify to the matters stated herein.

2. This declaration is made in compliance with the Court's Order (ECF 5218), dated February 10, 2026. A Privilege Log during the period of the presuit investigation has been attached to this Declaration as Exhibit A.

3. RB, conducted a presuit investigation of A.E.'s claims against Uber by initially conducting an interview with A.E., as well as obtaining a client questionnaire. A.E. was retained as a client on February 12, 2025.

4. Following the initial interview, RB obtained a .pdf Uber ride receipt from A.E.

5. RB reviewed the information and materials gathered in its presuit investigation. Upon information and belief, RB determined that A.E.'s claims appeared meritorious and

consistent with claims of a similar nature.

6. RB filed A.E.'s lawsuit into MDL No. 3084 on September 9, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 16, 2026, in Houston, Texas

Dated: February 16, 2026

Respectfully submitted,

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

2       DECL. OF DENNIS REICH RE PRESUIT INVESTIGATION

**Exhibit A**

| Date | Author/Recipient | Type of Communication | Description of Communication | Privilege Claimed |
|---|---|---|---|---|
| 2/12/25 | RB to A.E. | Email | Welcome Email | Attorney-Client |
| 2/12/25 | RB to A.E. | Telephone Call | Conversation with A.E. regarding questionnaire responses and ride receipt | Attorney-Client |
| 7/28/25 | RB to A.E. | Email | Claim Information | Attorney-Client |
| 9/9/25 | RB to A.E. | Telephone Call | Telephone Call regarding the filing | Attorney-Client |
| 9/9/25 | RB to A.E. | Telephone Call | Telephone Call regarding the filing | Attorney-Client |
| 9/9/25 | RB to A.E. | Telephone Call | Telephone Call regarding the filing | Attorney-Client |
| 9/9/25 | RB to A.E. | Email | Email regarding the filing and Plaintiff Fact Sheet | Attorney-Client |