Allison M. Brown (Admitted Pro Hac Vice)
alli.brown@kirkland.com
Jessica Davidson (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK L. OOT (Admitted Pro Hac Vice)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

Attorneys for Defendants
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07699-CRB<br><br>*A.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07091-CRB | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date:        March 27, 2026<br>Time:       10:00 a.m.<br>Courtroom:  6 – 17th Floor |

1  *A.E. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07668-CRB

2  *C.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07698-CRB

3

4  *CLF T.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04281-CRB

5  *D.V. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07747-CRB

6

7  *J.K.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07734-CRB

8  *Jane Doe LS 618 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06160-CRB

9

10  *Jane Doe LS 619 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06243-CRB

11  *Jane Doe LS 620 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06249-CRB

12

13  *Jane Doe LS 621 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06297-CRB

14  *Jane Doe LS 622 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06306-CRB

15

16  *Jane Doe LS 625 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06539-CRB

17  *Jane Doe LS 626 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06541-CRB

18

19  *Jane Doe LS 627 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06547-CRB

20  *Jane Doe LS 628 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06552-CRB

21

22  *Jane Doe LS 630 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06861

23  *Jane Doe LS 633 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07285-CRB

24

25  *Jane Doe LS 634 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07323-CRB

26  *Jane Doe LS 639 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07616-CRB

27

28

DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL
WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-3084-CRB

*Jane Doe LS 640 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07628-CRB

*Jane Doe LS 642 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07894-CRB

*Jane Doe NLG (A.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07407-CRB

*Jane Doe NLG (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07482-CRB

*Jane Doe NLG (J.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07545-CRB

*Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07540-CRB

*Jane Doe NLG (R.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07403-CRB

*Jane Doe NLG (T.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07484-CRB

*Jane Doe NLG (V.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07467-CRB

*Jane Roe CL 192 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06608-CRB

*Jane Roe CL 201 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06826-CRB

*John Roe CL 202 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07377-CRB

*Jane Roe CL 204 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07472-CRB

*Jane Doe LS 15 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07862-CRB

*K.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07700-CRB

*M.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07831-CRB

*M.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07753-CRB

*R.N. 02 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07097-CRB

*S.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07149-CRB

*S.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07695-CRB

*T.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06734-CRB

*Jane Doe NLG (N.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08109-CRB

*Jane Doe NLG (D.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08258-CRB

**DEFENDANTS' NOTICE OF MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 3, 2026 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Charles R. Breyer, in Courtroom No. 6, on the 17th Floor of the San Francisco Courthouse for the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") will, and hereby do, move for the Court to convert its Orders of Dismissal Without Prejudice (ECF 4966, 4979) to orders of dismissal with prejudice for the above-listed Plaintiffs.

This Motion is made pursuant to Amended Pretrial Order No. 10 (ECF 4287) and Rules 16(f)(1)(C), 37(b)(2)(A)(v), and 41(b) of the Federal Rules of Civil Procedure. This Motion is based on this Notice; the concurrently filed Declaration of Michael B. Shortnacy; the concurrently filed Proposed Order; all evidence, pleadings, and papers filed herewith; the entire file in this coordinated action; any Reply that may be filed in support of this Motion; and any other arguments or evidence that may be presented to the Court in support of this Motion.

Dated: February 23, 2026					SHOOK, HARDY & BACON L.L.P.

							By: */s/ Michael B. Shortnacy*

							MICHAEL B. SHORTNACY (SBN: 277035)
							mshortnacy@shb.com
							**SHOOK, HARDY & BACON L.L.P.**
							2121 Avenue of the Stars, Suite 1400
							Los Angeles, CA 90067
							Telephone: (424) 285-8330
							Facsimile: (424) 204-9093

**STATEMENT OF RELIEF SOUGHT**

Pursuant to the Court's November 3, 2025 Amended Pretrial Order No. 10 ("Amended PTO 10"), Uber seeks for the Court to convert its Orders of Dismissal Without Prejudice (ECF 4966, 4979) to orders of dismissal with prejudice for the above-referenced Plaintiffs for failure to comply with this Court's Pretrial Order No. 5 ("PTO 5") and Amended PTO 10.

**BACKGROUND**

On January 9, 2026 this Court entered an Order (ECF 4966) dismissing without prejudice the claims of certain plaintiffs who had failed to comply with PTO 5 (ECF 175) by producing a bona fide ride receipt or an information sheet regarding the trip giving rise to their claims, as required. On January 12, 2026, this Court entered an Order (ECF 4979) dismissing without prejudice the claims of certain plaintiffs who had failed to comply with Amended PTO 10 (ECF 348) by providing the required Plaintiff Fact Sheet. Both Orders further required Plaintiffs' counsel to file notices of dismissal of the identified cases within 14 days.  ECF 4966, 4979. Upon entry of the Court's Orders, Plaintiffs had 30 days to either (1) cure the underlying deficiency(ies), or (2) move to vacate their dismissal without prejudice. Amend. PTO 10 ¶9(c). If Plaintiffs failed to do either, the Court stated in its Order (ECF 4287) that it would convert their dismissals without prejudice to dismissals with prejudice upon a motion by Uber. *Id.*

Exhibit A to the accompanying declaration of Michael B. Shortnacy identifies the Plaintiffs subject to the Court's January 9 and January 12, 2026 Orders who failed to either (1) submit the required PFSs or bona fide ride receipts/information sheet, or (2) move to vacate the prior dismissal without prejudice. *See* Declaration of Michael B. Shortnacy ("Shortnacy Decl."), dated February 23, 2026 (Ex. B). Thirty of the Plaintiffs failed to file a notice of dismissal as required by their respective orders. *Id.*[1] Accordingly, all Plaintiffs identified in Exhibit A are subject to conversion of their Order of dismissal without prejudice to dismissal with prejudice pursuant to Amended PTO 10.

---

[1] *A.B.*, No. 3:25-cv-07699-CRB; *A.D.*, No. 3:25-cv-07091-CRB; *A.E.*, No. 3:25-cv-07668-CRB; *C.F.*, No. 3:25-cv-07698-CRB; *CLF T.M.*, No. 3:25-cv-04281-CRB; D.V., No. 3:25-cv-07747-CRB; *J.K.R.*, No. 3:25-cv-07734-CRB; *Jane Doe LS 619*, No. 3:25-cv-06243-CRB; *Jane Doe LS 633*, No. 3:25-cv-07285-CRB; *Jane Doe LS 634*, No. 3:25-cv-07323-CRB; *Jane Doe NLG (A.D.)*, No. 3:25-cv-07407-CRB; *Jane Doe NLG (J.D.)*, No. 3:25-cv-07482-CRB; *Jane Doe NLG (J.L.)*, No. 3:25-cv-07545-CRB;

## **ARGUMENT**

Federal Rule of Civil Procedure 41(b) empowers a court to dismiss a plaintiff's case for failure to comply with a court order. Federal Rule of Civil Procedure 37(b)(2) likewise provides a court with the authority to dismiss an action for failure "to obey an order to provide or permit discovery." Fed. R. Civ. P. 37(b)(2)(A)(v); *see also* Fed. R. Civ. P. 16(f)(1)(C) ("On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney . . . fails to obey a scheduling or other pretrial order."). Pursuant to Rule 41(b), Rule 37(b)(2), and Amended PTO No. 10, dismissal with prejudice of Plaintiffs' claims is justified here.

The Court should dismiss these Plaintiffs with prejudice pursuant to its power to manage its dockets "without being subject to endless non-compliance with case management orders," which is amplified in the MDL context. *See In re Phenylproanolamine (PPA) Prods. Liab. Litig.*, 406 F.3d 1217, 1227 (9th Cir. 2006). As the Ninth Circuit observed, "an MDL court's decision to invoke dismissal as a sanction for failure to comply with its orders, the court's discretion is necessarily informed, and broadened, by the number of actions, their complexity, and its charge in the multidistrict context to promote the just and efficient conduct of actions that are coordinated or consolidated for pretrial purposes." *Id.* at 1252. Thus, dismissal with prejudice for failure to submit the information for substantial completion of a PFS—including a verification—as required by an MDL court order is common practice. *See, e.g.*, *In re Testosterone Replacement Therapy Prods. Liab. Litig.*, MDL 2545, CMO No. 118, ECF 2612 (N.D. Ill. May 11, 2018) ("The failure of these plaintiffs to comply with the PPF [Plaintiff Profile Form] requirements of CMO 85 amounts to an unjustified failure to produce discovery following entry of a court order. The failure to produce discovery is prejudicial to the defendants in these cases because it hinders the investigation and preparation of a defense in these

---

*Jane Doe NLG (N.T.)*, No. 3:25-cv-07540); *Jane Doe NLG (J.L.)*, No. 3:25-cv-07545-CRB; *Jane Doe NLG (R.H.)*, No. 3:25-cv-07403-CRB; *Jane Doe NLG (T.P.)*, No. 3:25-cv-7484-CRB; *Jane Doe NLG (V.M.)*, No. 3:25-cv-07467-CRB; *Jane Roe CL 192*, No. 3:25-cv-06608-CRB; *Jane Roe CL 201*, No. 3:25-cv-06826-CRB; *Jane Roe CL 202*, No. 3:25-cv-07377-CRB; *Jane Roe CL 204*, No. 3:25-cv-07472-CRB; *K.H.*, No. 3:25-cv-07700-CRB; *M.T.*, No. 3:25-cv-07831-CRB; *M.W.*, No. 3:25-cv-07753-CRB; *R.N. 02*, No. 3:25-cv-07097-CRB; *S.S.*, No. 3:25-cv-07149-CRB; *S.W.*, No. 3:25-cv-07695-CRB; *T.K.*, No. 3:25-cv-06734-CRB; *Jane Doe NLG (N.H.)*, No. 3:25-cv-08109-CRB; and *Jane Doe NLG (D.S.)*, No. 3:25-cv-08258-CRB.

cases. For those reasons, the Court finds it appropriate to dismiss with prejudice all such cases."); *In re General Motors LLC Ignition Switch Litig.*, 14-MD-2543, Order No. 56, ECF 985 (S.D.N.Y. May 27, 2015) ("[T]he Court finds that dismissal with prejudice is the appropriate sanction for the individuals Plaintiffs' continued failure to submit PFSs as required by Order No. 25 . . . [T]imely submission of PFSs is essential to the orderly and expeditious management of this MDL, and crucial in ensuring that [Defendant] has adequate notice of the claims against it."); *In re PPA Prods. Liab. Litig.*, 01-MD-1407, Order Granting Motion to Dismiss with Prejudice, ECF 1935 (W.D. Wa. Aug. 15, 2003) ("[T]he unreasonable delay in completing the fact sheets and affirmations prejudices the Defendants' ability to proceed with the cases effectively. The PFS and affirmations are designed to give each defendant the specific information necessary to defend the case against it . . . The unreasonable delay in producing this information, therefore, severely prejudices the Defendants, warranting dismissal."); *In re Taxotere (Docetaxel) Prods. Liab. Litig.* (*In re Taxotere*), 966 F.3d 351, 354 (5th Cir. 2020) (affirming dismissal with prejudice for late and incomplete PFS); *In re Guidant*, 496 F.3d at 865–66 (same); *In re Mirena IUD Prods. Liab. Litig.*, No. 13-MD-2434, 2015 WL 10433457, at *2 (S.D.N.Y. Mar. 5, 2015) (dismissing with prejudice for PFS deficiencies); *In re Zicam Cold Remedy Mktg., Sales Pracs., & Prods. Liab. Litig.*, No. 09–md–2096, 2011 WL 3438862, at *2 & n.1 (D. Ariz. Aug. 5, 2011) (same); *In re Rezulin Prods. Liab. Litig. (MDL No. 1348)*, 223 F.R.D. 109, 113, 120 (S.D.N.Y. 2004) (same), *vacated in part*, 2004 WL 1700618, at *1 (S.D.N.Y. July 27, 2004) (denying reconsideration as to plaintiffs whose cases were dismissed for failure to provide proof of timely and complete discovery).

Plaintiffs had notice and multiple opportunities to comply with the Court's orders, yet they failed to do so. The Court should dismiss the cases with prejudice.

## **CONCLUSION**

Accordingly, pursuant to Amended PTO 10 (ECF 4287) and the Court's January 9, 2026 and January 12, 2026 Orders (ECF 4966, 4979), Uber respectfully requests the Court enter an order converting its Order of dismissal of the identified Plaintiffs' claims to an Order of dismissal with prejudice.

| | |
|---|---|
| Dated: February 23, 2026 | SHOOK, HARDY & BACON L.L.P.<br><br>By: */s/ Michael B. Shortnacy*<br><br>MICHAEL B. SHORTNACY (SBN: 277035)<br>mshortnacy@shb.com<br>**SHOOK, HARDY & BACON L.L.P.**<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093<br>*Attorney for Defendants*<br>UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |