Allison M. Brown (Admitted Pro Hac Vice)
alli.brown@kirkland.com
Jessica Davidson (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK L. OOT (Admitted Pro Hac Vice)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

Attorneys for Defendants
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date: March 27, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*A.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07699-CRB<br><br>*A.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07091-CRB<br><br>*A.E. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07668-CRB | |

1  *C.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07698-CRB

2  *CLF T.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04281-CRB

3

4  *D.V. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07747-CRB

5  *J.K.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07734-CRB

6

7  *Jane Doe LS 618 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06160-CRB

8  *Jane Doe LS 619 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06243-CRB

9

10 *Jane Doe LS 620 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06249-CRB

11 *Jane Doe LS 621 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06297-CRB

12

13 *Jane Doe LS 622 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06306-CRB

14 *Jane Doe LS 625 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06539-CRB

15

16 *Jane Doe LS 626 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06541-CRB

17 *Jane Doe LS 627 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06547-CRB

18

19 *Jane Doe LS 628 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06552-CRB

20 *Jane Doe LS 630 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06861

21

22 *Jane Doe LS 633 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07285-CRB

23 *Jane Doe LS 634 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07323-CRB

24

25 *Jane Doe LS 639 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07616-CRB

26 *Jane Doe LS 640 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07628-CRB

27

28

| | |
|---|---|
| 1 | *Jane Doe LS 642 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07894-CRB |
| 2 3 | *Jane Doe NLG (A.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07407-CRB |
| 4 5 | *Jane Doe NLG (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07482-CRB |
| 6 7 | *Jane Doe NLG (J.L.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07545-CRB |
| 8 9 | *Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07540-CRB |
| 10 11 | *Jane Doe NLG (R.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07403-CRB |
| 12 13 | *Jane Doe NLG (T.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07484-CRB |
| 14 15 | *Jane Doe NLG (V.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07467-CRB |
| 16 17 | *Jane Roe CL 192 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06608-CRB |
| 18 | *Jane Roe CL 201 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06826-CRB |
| 19 20 | *John Roe CL 202 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07377-CRB |
| 21 | *Jane Roe CL 204 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07472-CRB |
| 22 23 | *Jane Doe LS 15 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07862-CRB |
| 24 | *K.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07700-CRB |
| 25 26 | *M.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07831-CRB |
| 27 | *M.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07753-CRB |
| 28 | |

*R.N. 02 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07097-CRB

*S.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07149-CRB

*S.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07695-CRB

*T.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06734-CRB

*Jane Doe NLG (N.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08109-CRB

*Jane Doe NLG (D.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08258-CRB

# DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal with Prejudice.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, In Re: Uber Rideshare Cases, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On November 3, 2025, this Court entered Amended Pretrial Order ("PTO") No. 10 in this matter, re-establishing requirements from PTO No. 5 for Plaintiffs to submit substantially complete Plaintiff Fact Sheets ("PFS"), including a requirement that they be accompanied by a signed declaration or verification. ECF No. 4287 at 3, 8. Amended PTO 10 also established procedures for obtaining relief on a Plaintiff's failure to comply with the PFS verification requirements. *Id.* In relevant part, Amended PTO 10 provided that if a Plaintiff was dismissed without prejudice, that Plaintiff had 30 days after the entry of the order of dismissal to either (1) cure the underlying deficiency(ies), or (2) move to vacate the dismissal. *Id.* at 9. If a Plaintiff failed to do either of those things, the Plaintiff's dismissal without prejudice would be subject to conversion to a dismissal with prejudice. *Id.*

4. On January 9, 2026, upon consideration of Uber's Motion to Dismiss Cases for Failure to Comply with PTO 5, this Court entered an Order dismissing without prejudice those Plaintiffs identified in Uber' motion. ECF 4966. The Court further required Plaintiffs' counsel to file notices of dismissal for those cases subject to the Order. *Id.* Under Amended PTO 10, Plaintiffs' deadline to either submit the missing verification or move to vacate the dismissal was therefore February 9, 2026.

5. On January 12, 2026, upon consideration of Uber's Motion to Dismiss Cases for Failure

to Comply with Amended PTO 10, this Court entered an Order dismissing without prejudice those Plaintiffs identified in Uber' motion. ECF 4979. The Court further required Plaintiffs' counsel to file notices of dismissal for those cases subject to the Order. *Id.* Under Amended PTO 10, Plaintiffs' deadline to either submit the missing verification or move to vacate the dismissal was therefore thirty days later, on February 11, 2026.

6. Attached to this declaration as Exhibit A is a table identifying those Plaintiffs who, as of February 23, 2026, have failed to either: (1) cure the underlying deficiency(ies); or (2) move to vacate their Ordered dismissal. Thirty of the identified Plaintiffs failed to file any notice of dismissal as required by that same order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2026 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

2

M. SHORTNACY DECL. ISO DEFS.' MTN TO CONVERT ORDER OF DISMISSAL
WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE   CASE NO. 3:23-MD-03084-CRB