# EXHIBIT A

Exhibit A – Defendants' Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number | Notice of Voluntary Dismissal Filed |
|---|---|---|---|---|
| 3976 | A.B. | Reich and Binstock | 3:25-cv-07699 | No |
| 3877 | A.D. | Reich and Binstock | 3:25-cv-07091 | No |
| 3962 | A.E. | Reich and Binstock | 3:25-cv-07668 | No |
| 3975 | C.F. | Reich and Binstock | 3:25-cv-07698 | No |
| 3487 | CLF T.M. | Clarkson Law Firm | 3:25-cv-04281 | No |
| 3994 | D.V. | Reich and Binstock | 3:25-cv-07747 | No |
| 3992 | J.K.R. | Reich and Binstock | 3:25-cv-07734 | No |
| 3786 | Jane Doe LS 618 | Levin Simes | 3:25-cv-06160 | Yes - ECF 5119 |
| 3791 | Jane Doe LS 619 | Levin Simes | 3:25-cv-06243 | No |
| 3790 | Jane Doe LS 620 | Levin Simes | 3:25-cv-06249 | Yes - ECF 5120 |
| 3792 | Jane Doe LS 621 | Levin Simes | 3:25-cv-06297 | Yes - ECF 5121 |
| 3793 | Jane Doe LS 622 | Levin Simes | 3:25-cv-06306 | Yes - ECF 5122 |
| 3823 | Jane Doe LS 625 | Levin Simes | 3:25-cv-06539 | Yes - ECF 5124 |
| 3828 | Jane Doe LS 626 | Levin Simes | 3:25-cv-06541 | Yes - ECF 5125 |
| 3824 | Jane Doe LS 627 | Levin Simes | 3:25-cv-06547 | Yes - ECF 5126 |
| 3825 | Jane Doe LS 628 | Levin Simes | 3:25-cv-06552 | Yes - ECF 5127 |
| 3914 | Jane Doe LS 630 | Levin Simes | 3:25-cv-06861 | Yes - ECF 5128 |
| 3920 | Jane Doe LS 633 | Levin Simes | 3:25-cv-07285 | No |
| 3968 | Jane Doe LS 634 | Levin Simes | 3:25-cv-07323 | No |
| 3972 | Jane Doe LS 639 | Levin Simes | 3:25-cv-07616 | Yes - ECF 5130 |
| 3973 | Jane Doe LS 640 | Levin Simes | 3:25-cv-07628 | Yes - ECF 5131 |
| 4055 | Jane Doe LS 642 | Levin Simes | 3:25-cv-07894 | Yes - ECF 5132 |

Exhibit A – Defendants' Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number | Notice of Voluntary Dismissal Filed |
|---|---|---|---|---|
| 3950 | Jane Doe NLG (A.D.) | Nachawati Law Group | 3:25-cv-07407 | No |
| 3954 | Jane Doe NLG (J.D.) | Nachawati Law Group | 3:25-cv-07482 | No |
| 3959 | Jane Doe NLG (J.L.) | Nachawati Law Group | 3:25-cv-07545 | No |
| 3956 | Jane Doe NLG (N.T.) | Nachawati Law Group | 3:25-cv-07540 | No |
| 3949 | Jane Doe NLG (R.H.) | Nachawati Law Group | 3:25-cv-07403 | No |
| 3955 | Jane Doe NLG (T.P.) | Nachawati Law Group | 3:25-cv-07484 | No |
| 3951 | Jane Doe NLG (V.M.) | Nachawati Law Group | 3:25-cv-07467 | No |
| 3896 | Jane Roe CL 192 | Cutter Law | 3:25-cv-06608 | No |
| 3905 | Jane Roe CL 201 | Cutter Law | 3:25-cv-06826 | No |
| 4042 | Jane Roe CL 202 | Cutter Law | 3:25-cv-07377 | No |
| 4044 | Jane Roe CL 204 | Cutter Law | 3:25-cv-07472 | No |
| 4059 | John Doe LS 15 | Levin Simes | 3:25-cv-07862 | Yes - ECF 5133 |
| 3977 | K.H. | Reich and Binstock | 3:25-cv-07700 | No |
| 4001 | M.T. | Reich and Binstock | 3:25-cv-07831 | No |
| 3995 | M.W. | Reich and Binstock | 3:25-cv-07753 | No |
| 3879 | R.N.02 | Reich and Binstock | 3:25-cv-07097 | No |
| 3909 | S.S. | Wagstaff Law Firm | 3:25-cv-07149 | No |
| 3974 | S.W. | Reich and Binstock | 3:25-cv-07695 | No |
| 3843 | T.K. | Wagstaff Law Firm | 3:25-cv-06734 | No |
| 4104 | Jane Doe NLG (N.H.) | Nachawati Law Group | 3:25-cv-08109 | No |
| 4108; 4319 | Jane Doe NLG (D.S.) | Nachawati Law Group | 3:25-cv-08258 | No |