# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER AND PARTIALLY VACATE ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS (ECF NO. 5216)**<br><br>Judge: Honorable Charles R. Breyer |

- 1 -

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF
PLAINTIFFS' MOTION TO RECONSIDER AND PARTIALLY
VACATE ORDER REGARDING MOTION TO DISMISS CASES

I, Roopal P. Luhana, hereby declare as follows:

1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New York and duly admitted to practice before this Court, representing Plaintiffs in the above captioned action.

2. I submit this Declaration in support of Plaintiffs' motion for reconsideration and partial vacatur of Paragraph 2 of the Court's February 10, 2026 Order (ECF No. 5216)

3. Defendants did not meet and confer with Plaintiffs' counsel regarding any proposed firm-wide certification regime prior to filing their Reply Brief.

4. Defendants never raised with Plaintiffs' counsel a certification requirement before including it in their Reply Brief and "Amended" Proposed Order which was filed while Plaintiffs' leadership was preparing for the Dean trial and shortly before that trial was set to begin.

Executed this 24th day of February, 2026 in Brooklyn, New York.

/s/ *Roopal P. Luhana*
Roopal P. Luhana

- 2 -   DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' MOTION TO RECONSIDER AND PARTIALLY VACATE ORDER REGARDING MOTION TO DISMISS CASES