1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                        **NORTHERN DISTRICT OF CALIFORNIA**

6                            **SAN FRANCISCO DIVISION**

7

8    **IN RE: UBER TECHNOLOGIES, INC.,**         No. 3:23-md-03084-CRB
     **PASSENGER SEXUAL ASSAULT**
9    **LITIGATION**                              ~~**[PROPOSED]**~~ **ORDER ON DEFENDANTS**
                                                 **UBER TECHNOLOGIES, INC., RASIER,**
10                                               **LLC, RASIER-CA, LLC'S OBJECTION TO**
                                                 **SPECIAL MASTER'S ORDER**
11

12   This Document Relates to:

13   All Cases                                   Judge: Honorable Charles R. Breyer
                                                 Courtroom: 6-17th Floor
14

15

16          Having considered the Parties' submissions regarding the Master's November 17, 2025 Ruling on

17   Scope of Clawback Orders (ECF No. 4965), the Court hereby overrules Defendants' Objection and reaffirms

18   the Special Master's January 9, 2026 Order.

19
     **IT IS SO ORDERED:**
20
     Dated:  February 24, 2026
21

22

23

24

25

26

27

28