# EXHIBIT A

In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation
Case No. 3:23-md-03084
Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions

### CEASE & DESIST AND INVESTIGATION WORK

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 5/6/2025 | Gromada, Veronica G. | Partner | 1.00 | | Uber MDL - Draft Stanley Cease and Desist letter. |
| 5/6/2025 | Gromada, Veronica G. | Partner | 1.30 | | Policies/KB requested in Smith v. Uber et al. (Bexar TX) 5RFP vs. MDL prods to address (Smith) Bret Stanley's violation of MDL protective order. |
| 5/7/2025 | Kirk, Brittany E. | Counsel | 3.30 | | Legal research re protective orders to prepare cease and desist letter related to Bret Stanley use of confidential information. |
| 5/7/2025 | Gromada, Veronica G. | Partner | 0.50 | | Uber MDL - Cease and Desist strategy regarding Bret Stanley PO Violations. |
| 5/7/2025 | Gromada, Veronica G. | Partner | 0.50 | | Uber MDL - PO Cease and Desist to Bret Stanley regarding Policy Docs. |
| 5/7/2025 | Kirk, Brittany E. | Counsel | 1.20 | | Analyze information related to Bret Stanley use of confidential information to prepare cease and desist letter. |
| 5/8/2025 | Kirk, Brittany E. | Counsel | 4.80 | | Draft cease and desist letter related to Bret Stanley use of confidential information. |
| 5/8/2025 | Kirk, Brittany E. | Counsel | 3.60 | | Legal research re protective orders to prepare cease and desist letter related to Bret Stanley use of confidential information. |
| 5/9/2025 | Kirk, Brittany E. | Counsel | 2.30 | | Draft cease and desist letter related to Bret Stanley use of confidential information. |
| 5/12/2025 | Kirk, Brittany E. | Counsel | 0.40 | | Draft letter to Plaintiffs' Counsel Steering Committee re Protective Order obligations and Bret Stanley conduct. |
| 5/12/2025 | Kirk, Brittany E. | Counsel | 0.80 | | Review library research re Bret Stanley public records to support C&D letter. |
| 5/12/2025 | Kirk, Brittany E. | Counsel | 0.70 | | Review transcript from NJ case involving Bret Stanley re information to support C&D letter. |
| 5/13/2025 | Kirk, Brittany E. | Counsel | 1.40 | | Legal research re distinguishing cases holding use of general knowledge of existence of documents is not protective order violations for cease and desist letter related to Bret Stanley. |
| 5/14/2025 | Kirk, Brittany E. | Counsel | 4.10 | | Legal research re distinguishing cases holding use of general knowledge of existence of documents is not protective order violations for cease and desist letter related to Bret Stanley. |
| 5/14/2025 | Gromada, Veronica G. | Partner | 0.50 | | Potential motion practice regarding P atty Bret Stanley's violation of the MDL Protective Order--contempt and/or discovery sanctions. |
| 5/14/2025 | Gromada, Veronica G. | Partner | 0.20 | | Call with (Bowman Brooke) Jack She regarding potential motion practice regarding P atty Bret Stanley's violation of the MDL Protective Order. |
| 5/14/2025 | Shortnacy, Michael B. | Partner | 0.60 | | Analysis of Bret Stanley motion for protective order and enforcement of protective order |
| 5/14/2025 | Priest, Kimberly Johnson | Partner | 0.60 | | Strategy regarding best course of action in regards to attorney misconduct on the part of plaintiff leadership counsel, Brett Stanley. |
| 5/15/2025 | Shortnacy, Michael B. | Partner | 1.00 | | Analysis of motion for enforcement of protective order regarding Bret Stanley disclosure of confidential information, and analysis of draft motion and strategy for seeking relief, including sanctions and preclusion of disclosure |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Case 3:23-md-03084-CRB   Document 5293-2   Filed 02/24/26   Page 3 of 13

In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation
Case No. 3:23-md-03084
Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions

## CEASE & DESIST AND INVESTIGATION WORK

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 5/15/2025 | Gromada, Veronica G. | Partner | 0.20 | | Call with (Bowman and Brook) Jack Shea regarding Bret Stanley protective order violations. |
| 5/15/2025 | Priest, Kimberly Johnson | Partner | 0.80 | | Strategy regarding plaintiff's counsel B. Stanley's improper disclosure of client information in other litigation. |
| 5/23/2025 | Kirk, Brittany E. | Counsel | 0.30 | | Analyze strategy re Bret Stanley cease and desist letter and potential motion. |
| 5/23/2025 | Shortnacy, Michael B. | Partner | 0.80 | | Review and revise correspondence to Bret Stanley and Plaintiffs' Leadership Counsel regarding breaches of protective order |
| 5/23/2025 | Shortnacy, Michael B. | Partner | 0.80 | | Analysis of strategy for correspondence to Bret Stanley and Plaintiffs' Leadership Counsel regarding breaches of protective order |
| 5/25/2025 | Kirk, Brittany E. | Counsel | 0.60 | | Revise cease and desist letter re Bret Stanley protective order violations. |
| 5/25/2025 | Shortnacy, Michael B. | Partner | 1.20 | | Review and revise correspondence to Bret Stanley and to plaintiffs' steering committee and lawyer Bret Stanley regarding violation of MDL protective order |
| 5/26/2025 | Kirk, Brittany E. | Counsel | 0.20 | | Revise cease and desist letter re Bret Stanley protective order violations. |
| 6/2/2025 | Priest, Kimberly Johnson | Partner | 0.30 | | Review and analyze response from Plaintiff's counsel B. Stanley in response to Uber's allegation that he alleged the MDL PO. |
| 6/2/2025 | Kirk, Brittany E. | Counsel | 1.20 | | Review B Stanley response to cease and desist letter and develop strategy regarding response to same. |
| 6/2/2025 | Priest, Kimberly Johnson | Partner | 2.00 | | Strategy regarding options to respond to response from Plaintiff's counsel B. Stanley regarding alleged violations of the MDL PO. |
| **Total** | | | 37.20 | $22,426.80 | |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation
Case No. 3:23-md-03084
Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions

*CONFERRAL RELATED WORK*

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 5/25/2025 | Gromada, Veronica G. | Partner | 0.90 | | Conferral communications with MDL Ps and briefing re Bret Stanley's protective order violations in TX and NJ. |
| 6/4/2025 | Kirk, Brittany E. | Counsel | 1.60 | | Draft memo analyzing Plaintiffs' Steering Committee response to letter regarding Bret Stanley protective order violations and cited cases. |
| 6/4/2025 | Gromada, Veronica G. | Partner | 0.40 | | Analyze PSC response from PSC atty. Bret Stanley regarding Bret Stanley's MDL protective order violations. |
| 6/5/2025 | Priest, Kimberly Johnson | Partner | 0.30 | | Review and analyze the PSC's response regarding response B. Stanley's PTO violation. |
| 6/25/2025 | Kirk, Brittany E. | Counsel | 1.10 | | Draft talking points for meet and confer regarding Bret Stanley Protective Order violation. |
| 6/26/2025 | Priest, Kimberly Johnson | Partner | 0.30 | | Strategy regarding upcoming meet and confer on B. Stanley's improper conduct. |
| 6/27/2025 | Kirk, Brittany E. | Counsel | 0.40 | | Revise talking points and questions for meet and confer regarding Bret Stanley Protective Order violation. |
| 6/27/2025 | Priest, Kimberly Johnson | Partner | 0.40 | | Strategy regarding preparation for upcoming meet and confer with B. Stanley. |
| 6/28/2025 | Priest, Kimberly Johnson | Partner | 0.40 | | Review talking points and prepare for upcoming meet and confer with plaintiff's counsel regarding the B. Stanley issue. |
| 6/29/2025 | Gromada, Veronica G. | Partner | 0.10 | | Correspondence with (Johnson) Bret Stanley about MDL PO violations. |
| 6/29/2025 | Priest, Kimberly Johnson | Partner | 0.40 | | Plan and prepare for upcoming meet and confer with B. Stanley. |
| 6/30/2025 | Gromada, Veronica G. | Partner | 0.50 | | Meet and confer regarding Bret Stanley PO violation. |
| 6/30/2025 | Kirk, Brittany E. | Counsel | 0.50 | | Attend meet and confer with Bret Stanley and PSC representative to attempt to resolve dispute regarding protective order violation. |
| 6/30/2025 | Priest, Kimberly Johnson | Partner | 0.50 | | Meet and confer with B. Stanley. |
| 6/30/2025 | Priest, Kimberly Johnson | Partner | 0.90 | | Strategy regarding upcoming meet and confer with B. Stanley and scheduling for same. |
| 6/30/2025 | Kirk, Brittany E. | Counsel | 1.30 | | Review Stanley and TSC letters regarding protective order violation to develop strategy for meet and confer. |
| 7/2/2025 | Gromada, Veronica G. | Partner | 1.00 | | Pre-Motion offer of compromise / proposal regarding Bret Stanley MDL Protective Order Violations. |
| 7/2/2025 | Priest, Kimberly Johnson | Partner | 0.50 | | Strategy regarding next steps following meet and confer with B. Stanley and plaintiff's leadership team. |
| 7/2/2025 | Kirk, Brittany E. | Counsel | 0.60 | | Develop strategy regarding follow up correspondence related to protective order violation issue and potential compromise regarding same. |
| 7/2/2025 | Kirk, Brittany E. | Counsel | 0.80 | | Draft memo regarding follow up correspondence memorializing meet and confer on protective order violation issue and potential compromise regarding same. |
| 7/3/2025 | Priest, Kimberly Johnson | Partner | 0.50 | | Review and revise draft correspondence following meet and confer with B. Stanley. |
| 7/3/2025 | Priest, Kimberly Johnson | Partner | 0.40 | | Strategy regarding draft correspondence following meet and confer with B. Stanley. |
| 7/7/2025 | Gromada, Veronica G. | Partner | 0.40 | | Conferral email regarding Bret Stanley PO Violations. |
| 7/8/2025 | Priest, Kimberly Johnson | Partner | 0.20 | | Communications with opposing counsel regarding meet and confer on dispute related to B. Stanley. |
| 7/8/2025 | Gromada, Veronica G. | Partner | 0.20 | | Conferral emails with (Chaffin Luhana) Steven Cohn, (Johnson Law Group) Bret Stanley regarding Bret Stanley PO violations. |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation
Case No. 3:23-md-03084
Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions

*CONFERRAL RELATED WORK*

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 7/10/2025 | Gromada, Veronica G. | Partner | 0.10 | | correspondence with (Chaffin Luhana) Steven Cohn, (Johnson Law Group) Bret Stanley In regarding dispute concerning Stanley's PO violations. |
| 7/18/2025 | Kirk, Brittany E. | Counsel | 0.20 | | Attend Local Rule required conferral on Motion to Shorten Briefing regarding Motion to Enforce Protective Order with Ms. Gromada, Mr. Shortnancy, and PC Bret Stanley. |
| 7/18/2025 | Gromada, Veronica G. | Partner | 0.20 | | Meet and Confer with (Johnson) Bret Stanley regarding Motion to Enforce / Expedited Briefing request. |
| 7/18/2025 | Gromada, Veronica G. | Partner | 0.20 | | Correspondence with (Johnson Law Group) Bret Stanley, (Chaffin Luhana) Steven Cohn regarding Motion to Enforce and related filings. |
| 7/18/2025 | Shortnacy, Michael B. | Partner | 0.20 | | Prepare for meet and confer with Plaintiffs' counsel regarding reaching agreement on expedited briefing on motion to enforce protective order. |
| 7/18/2025 | Shortnacy, Michael B. | Partner | 0.30 | | Appear for clients on meet and confer with Plaintiffs' counsel regarding reaching agreement on expedited briefing on motion to enforce protective order. |
| 7/31/2025 | Shortnacy, Michael B. | Partner | 0.30 | | Analysis of request to MDL plaintiffs' counsel regarding motion to enforce protective order and strategy for request to court for expedited hearing |
| 8/1/2025 | Gromada, Veronica G. | Partner | 0.40 | | Correspondence with (Chaffin Luhana) (ChaffinLuhana) Steven Cohn, (Johnson Law Group) Bret Stanley, (Girard Sharp) Andrew Kaufman expedited hearing request for Defendants' Motion to Enforce Protective Order against Bret Stanley. |
| **Total** | | | 16.50 | $10,346.10 | |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Case 3:23-md-03084-CRB   Document 5293-2   Filed 02/24/26   Page 6 of 13

In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation
Case No. 3:23-md-03084
Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions

## MOTION DRAFTING AND RELATED ACTIVITIES

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 7/3/2025 | Kirk, Brittany E. | Counsel | 1.40 | | Draft motion to enforce protective order incorporating recent meet and confer and related strategy decisions. |
| 7/7/2025 | Gromada, Veronica G. | Partner | 1.00 | | Analyze declaration needs for Motion to Enforce Protective Order. |
| 7/8/2025 | Kirk, Brittany E. | Counsel | 2.40 | | Revise Motion to Enforce Protective Order per recent strategy decisions, conferral, and to address PSC/Stanley legal arguments. |
| 7/9/2025 | Kirk, Brittany E. | Counsel | 2.30 | | Revise Declaration Supporting Motion to Enforce Protective Order per recent strategy decisions, conferral, and to address PSC/Stanley legal arguments. |
| 7/9/2025 | Kirk, Brittany E. | Counsel | 4.60 | | Revise Motion to Enforce Protective Order per recent strategy decisions, conferral, and to address PSC/Stanley legal arguments. |
| 7/10/2025 | Priest, Kimberly Johnson | Partner | 1.20 | | Review and revise draft motion to enforce protective order. |
| 7/10/2025 | Kirk, Brittany E. | Counsel | 0.80 | | Revise Motion to Enforce Protective Order. |
| 7/11/2025 | Berg, Arianna R. | Counsel | 2.10 | | Review and revise draft motion to enforce protective order. |
| 7/11/2025 | Kirk, Brittany E. | Counsel | 1.70 | | Revise Motion to Enforce Protective Order. |
| 7/11/2025 | Priest, Kimberly Johnson | Partner | 0.80 | | Review and revise draft motion for protective order. |
| 7/11/2025 | Berg, Arianna R. | Counsel | 1.70 | | Analyze materials for motion for protective order. |
| 7/12/2025 | Kirk, Brittany E. | Counsel | 1.90 | | Revise Declaration Supporting Motion to Enforce Protective Order to add recent information regarding discovery requests in Jones and Soto cases. |
| 7/13/2025 | Kirk, Brittany E. | Counsel | 7.50 | | Revise Motion to Enforce Protective Order. |
| 7/14/2025 | Priest, Kimberly Johnson | Partner | 1.20 | | Review and revise draft motion to enforce protective order and draft order. |
| 7/14/2025 | Kirk, Brittany E. | Counsel | 2.40 | | Revise Motion to Enforce Protective Order. |
| 7/15/2025 | Kirk, Brittany E. | Counsel | 3.60 | | Revise Declaration Supporting Motion to Enforce Protective Order. |
| 7/15/2025 | Kirk, Brittany E. | Counsel | 1.60 | | Draft Motion to Shorten Time for Response to Motion to Enforce Protective Order. |
| 7/15/2025 | Priest, Kimberly Johnson | Partner | 2.30 | | Review and revise draft motion to enforce protective order and draft order for same, |
| 7/16/2025 | Kirk, Brittany E. | Counsel | 2.10 | | Revise Declaration supporting Motion to Enforce Protective Order. |
| 7/16/2025 | Kirk, Brittany E. | Counsel | 4.20 | | Revise Motion to Enforce Protective Order. |
| 7/16/2025 | Priest, Kimberly Johnson | Partner | 1.90 | | Review and revised draft motion to enforce protective order and related order and declaration, draft motion to seal and related order and declaration, and draft motion for shortened time and related order and declaration. |
| 7/16/2025 | Kirk, Brittany E. | Counsel | 1.10 | | Draft Declaration supporting administrative motion to shorten time for response to Motion to Enforce Protective Order. |
| 7/16/2025 | Kirk, Brittany E. | Counsel | 1.70 | | Draft administrative motion to shorten time for response to Motion to Enforce Protective Order. |
| 7/17/2025 | Kirk, Brittany E. | Counsel | 2.30 | | Revise Motion to Enforce Protective Order. |
| 7/17/2025 | Kirk, Brittany E. | Counsel | 1.60 | | Revise Motion to Shorten Briefing Schedule regarding Motion to Enforce Protective Order. |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation**
**Case No. 3:23-md-03084**
**Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions**

*MOTION DRAFTING AND RELATED ACTIVITIES*

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 7/17/2025 | Kirk, Brittany E. | Counsel | 0.50 | | Revise Declaration Supporting Motion to Shorten Briefing Schedule regarding Motion to Enforce Protective Order. |
| 7/17/2025 | Shortnacy, Michael B. | Partner | 2.30 | | Review and revise draft motion to enforce protective order, accompanying motion to seal confidential documents, and supporting attorney declarations, proposed orders, and supporting papers. |
| 7/17/2025 | Priest, Kimberly Johnson | Partner | 3.40 | | Review and revised draft motion to enforce protective order and related order and declaration, draft motion to seal and related order and declaration, and draft motion for shortened time and related order and declaration. |
| 7/18/2025 | Kirk, Brittany E. | Counsel | 0.70 | | Revise Draft Order on Motion to Enforce Protective Order. |
| 7/18/2025 | Kirk, Brittany E. | Counsel | 1.30 | | Revise Motion to Shorten Briefing regarding Motion to Enforce Protective Order. |
| 7/18/2025 | Kirk, Brittany E. | Counsel | 1.70 | | Revise Motion to Enforce Protective Order. |
| 7/18/2025 | Shortnacy, Michael B. | Partner | 1.90 | | Review and revise motion to enforce protective order, and supporting papers, including attorney declaration and exhibits, notice of motion, and proposed order. |
| 7/18/2025 | Berg, Arianna R. | Counsel | 1.10 | | Revise V. Gromada declaration for motion to enforce protective order. |
| 7/18/2025 | Kirk, Brittany E. | Counsel | 1.80 | | Revise Declaration Supporting Motion to Enforce Protective Order. |
| 7/18/2025 | Kirk, Brittany E. | Counsel | 0.80 | | Revise Draft Order on Motion to Shorten Briefing Schedule regarding Motion to Enforce Protective Order. |
| 7/18/2025 | Berg, Arianna R. | Counsel | 2.10 | | Revise motion to enforce protective order. |
| 7/18/2025 | Priest, Kimberly Johnson | Partner | 8.70 | | Review and revise draft motion to enforce protective order and related order and declaration, draft motion to seal and related order and declaration, and draft motion for shortened time and related order and declaration. |
| 7/18/2025 | Berg, Arianna R. | Counsel | 1.30 | | Revise V. Gromada declaration in support of Motion to Enforce Protective Order. |
| 7/18/2025 | Shortnacy, Michael B. | Partner | 1.40 | | Review and revise administrative motion to shorten time briefing on motion to enforce protective order, and supporting papers, including attorney declaration and proposed order. |
| 7/21/2025 | Shortnacy, Michael B. | Partner | 0.40 | | Analysis of order on expedited briefing and hearing on motion regarding Brett Stanley, and strategy for motion |
| 7/22/2025 | Kirk, Brittany E. | Counsel | 1.20 | | Analyze Stanley related issues in preparation for drafting Reply brief. |
| 7/22/2025 | Kirk, Brittany E. | Counsel | 3.10 | | Draft summary of other cases in which Stanley list is being used (Lord, Smith, Soto, Casey Jones) to coordinate strategy and prepare to address any related issues in Reply brief. |
| 7/22/2025 | Kirk, Brittany E. | Counsel | 2.80 | | Legal research regarding anticipated issues to address in Reply iso Motion to Enforce Protective Order. |
| 7/23/2025 | Kirk, Brittany E. | Counsel | 0.80 | | Review information regarding status of Smith matter where Stanley served discovery requests for possible use in reply and for coordination strategy. |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation
Case No. 3:23-md-03084
Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions

*MOTION DRAFTING AND RELATED ACTIVITIES*

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 7/23/2025 | Priest, Kimberly Johnson | Partner | 1.10 | | Strategy regarding replying to plaintiff's response to motion to enforce protective order and upcoming meeting with Uber counsel for unrelated cases with relevant knowledge. |
| 7/25/2025 | Shortnacy, Michael B. | Partner | 0.80 | | Analysis of strategy for Bret Stanley motion to enforce protective order |
| 7/25/2025 | Kirk, Brittany E. | Counsel | 1.70 | | Legal and factual research to outline potential arguments for reply brief supporting motion for protective order including facts for potential declaration related to statements made in the Lord case. |
| 7/25/2025 | Berg, Arianna R. | Counsel | 1.50 | | Analyze Plaintiffs' opposition to motion to enforce protective order. |
| 7/26/2025 | Kirk, Brittany E. | Counsel | 6.80 | | Draft outline of reply brief in support of motion to enforce protective order. |
| 7/26/2025 | Priest, Kimberly Johnson | Partner | 0.30 | | Strategy regarding revisions to draft outline for reply to motion to enforce protective order. |
| 7/26/2025 | Priest, Kimberly Johnson | Partner | 0.30 | | Strategy regarding reply to motion to enforce protective order. |
| 7/26/2025 | Priest, Kimberly Johnson | Partner | 0.70 | | Review and analyze response filed in opposition to motion to enforce protective order. |
| 7/26/2025 | Priest, Kimberly Johnson | Partner | 0.60 | | Review and revise draft outline for reply to motion to enforce protective order. |
| 7/26/2025 | Shortnacy, Michael B. | Partner | 1.30 | | Analysis of Plaintiffs' opposition to motion to enforce protective order and strategy for reply. |
| 7/27/2025 | Shortnacy, Michael B. | Partner | 1.70 | | Analysis of strategy for reply brief on motion to enforce protective order violations by B. Stanley. |
| 7/27/2025 | Priest, Kimberly Johnson | Partner | 1.00 | | Strategy regarding reply to motion to enforce protective order. |
| 7/27/2025 | Kirk, Brittany E. | Counsel | 8.60 | | Draft reply brief in support of motion to enforce protective order. |
| 7/27/2025 | Priest, Kimberly Johnson | Partner | 1.30 | | Strategy regarding reply to motion to enforce protective order. |
| 7/27/2025 | Berg, Arianna R. | Counsel | 7.00 | | Draft reply motion to enforce protective order. |
| 7/28/2025 | Shortnacy, Michael B. | Partner | 1.70 | | Analysis of motion to enforce protective order against B. Stanley reply brief strategy |
| 7/28/2025 | Priest, Kimberly Johnson | Partner | 1.50 | | Strategy regarding revisions to reply to motion to enforce protective order. |
| 7/28/2025 | Berg, Arianna R. | Counsel | 6.20 | | Revise reply motion to enforce protective order. |
| 7/29/2025 | Priest, Kimberly Johnson | Partner | 1.20 | | Strategy regarding revisions to reply to motion to enforce protective order. |
| 7/29/2025 | Kirk, Brittany E. | Counsel | 7.40 | | Draft reply brief in support of motion to enforce protective order. |
| 7/29/2025 | Berg, Arianna R. | Counsel | 7.50 | | Revise reply motion to enforce protective order to file today. |
| 7/31/2025 | Shortnacy, Michael B. | Partner | 0.60 | | Analysis of strategy for seeking expedited hearing before Judge Cisneros on motion to enforce protective order against B. Stanley |
| 8/1/2025 | Gromada, Veronica G. | Partner | 1.20 | | Request for expedited hearing on Defendants' Motion to Enforce Protective Order again Bret Stanley. |
| 8/1/2025 | Gromada, Veronica G. | Partner | 0.50 | | Administrative request for hearing on Bret Stanley PO violations. |
| 8/1/2025 | Shortnacy, Michael B. | Partner | 0.30 | | Prepare communication to deputy court clerk regarding request for expedited handling of motion to enforce protective order against Bret Stanley |
| **Total** | | | **155.50** | **$91,146.70** | |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation**
**Case No. 3:23-md-03084**
**Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions**

*ORAL ARGUMENT RELATED WORK*

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 8/4/2025 | Priest, Kimberly Johnson | Partner | 0.40 | | Attention to preparation for oral argument of motion to enforce protective order. |
| 8/5/2025 | Kirk, Brittany E. | Counsel | 0.60 | | Review list of 212 documents provided by Stanley in Lord case in preparation for hearing on Motion to Enforce and to assist with identification of relevant MDL documents. |
| 8/6/2025 | Priest, Kimberly Johnson | Partner | 0.50 | | Strategy regarding oral argument for motion to enforce the protective order. |
| 8/7/2025 | Shortnacy, Michael B. | Partner | 0.60 | | Develop strategy for presentation of argument on motion to enforce protective order on Bret Stanley motion |
| 8/8/2025 | Gromada, Veronica G. | Partner | 0.50 | | Hearing on Defendants' Motion to Enforce Protective Order. |
| 8/8/2025 | Kirk, Brittany E. | Counsel | 1.60 | | Draft summary of non-MDL cases for oral argument on Motion to Enforce Protective Order. |
| 8/8/2025 | Priest, Kimberly Johnson | Partner | 1.40 | | Plan and prepare for oral argument of motion to enforce protective order. |
| 8/8/2025 | Kirk, Brittany E. | Counsel | 0.70 | | Draft outline of argument for hearing on Motion to Enforce Protective Order. |
| 8/8/2025 | Kirk, Brittany E. | Counsel | 2.10 | | Draft summary of cases for oral argument on Motion to Enforce Protective Order. |
| 8/10/2025 | Shortnacy, Michael B. | Partner | 1.60 | | Prepare for oral argument on motion to enforce protective order against B. Stanley, and advise on strategy for motion argument. |
| 8/10/2025 | Kirk, Brittany E. | Counsel | 3.90 | | Draft oral argument outline for hearing on Motion to Enforce Protective Order. |
| 8/10/2025 | Priest, Kimberly Johnson | Partner | 3.30 | | Attention to planning and preparing oral argument for motion to enforce protective order. |
| 8/10/2025 | Gromada, Veronica G. | Partner | 4.00 | | Motion to Enforce Protective Order - Oral Argument Prep. |
| 8/11/2025 | Kirk, Brittany E. | Counsel | 1.60 | | Develop strategy for hearing on motion to enforce protective order and review Uber confidential production and Stanley spreadsheets regarding same. |
| 8/11/2025 | Gromada, Veronica G. | Partner | 4.00 | | Motion to Enforce Protective Order - Oral Argument Prep. |
| 8/11/2025 | Priest, Kimberly Johnson | Partner | 2.80 | | Attention to planning and preparing oral argument for motion to enforce protective order. |
| 8/12/2025 | Priest, Kimberly Johnson | Partner | 0.40 | | Attention to strategy following hearing on motion to enforce protective order with counsel in unrelated litigation against client at issue. |
| 8/12/2025 | Priest, Kimberly Johnson | Partner | 1.70 | | Attention to planning and preparing oral argument for motion to enforce protective order. |
| 8/12/2025 | Gromada, Veronica G. | Partner | 0.80 | | Hearing on Motion Uber's Motion to Enforce Protective Order Before Magistrate Judge Lisa Cisneros. |
| 8/12/2025 | Kirk, Brittany E. | Counsel | 1.10 | | Develop key facts for oral argument on motion to enforce Protective Order including definition of confidential information and time line of enforcement efforts. |
| **Total** | | | **33.60** | **$21,430.80** | |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation
Case No. 3:23-md-03084
Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions

*MOTION TO SEAL*

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 7/10/2025 | Priest, Kimberly Johnson | Partner | 0.30 | | Strategy regarding compliance with court preference and guidelines for filing motion to enforce protective order under seal. |
| 7/11/2025 | Kirk, Brittany E. | Counsel | 0.60 | | Develop strategy for arguments supporting motion to seal/redact for Motion to Enforce Protective Order. |
| 7/13/2025 | Gromada, Veronica G. | Partner | 0.50 | | Edited doc Uber MDL - Bret Stanley Motion to Seal.docx. |
| 7/14/2025 | Cummings, Daniel E. | Partner | 4.70 | | Prepare motion to seal documents regarding motion to enforce protective order regarding Bret Stanley. |
| 7/14/2025 | Berg, Arianna R. | Counsel | 1.50 | | Analyze materials to assess viability of filing motion to seal B. Stanley materials. |
| 7/15/2025 | Cummings, Daniel E. | Partner | 6.30 | | Draft motion to seal documents regarding motion to enforce protective order regarding Bret Stanley. |
| 7/15/2025 | Berg, Arianna R. | Counsel | 1.10 | | Revise draft motion to seal B. Stanley materials. |
| 7/15/2025 | Berg, Arianna R. | Counsel | 1.10 | | Analyze materials related to potential sealing motion for B. Stanley materials. |
| 7/16/2025 | Cummings, Daniel E. | Partner | 2.30 | | Draft motion to seal documents regarding motion to enforce protective order regarding Bret Stanley. |
| 7/16/2025 | Berg, Arianna R. | Counsel | 2.50 | | Revise motion to seal B. Stanley materials. |
| 7/16/2025 | Kirk, Brittany E. | Counsel | 1.10 | | Revise motion to seal regarding Motion to Enforce Protective Order. |
| 7/17/2025 | Cummings, Daniel E. | Partner | 2.10 | | Draft motion to seal documents regarding motion to enforce protective order regarding Bret Stanley. |
| 7/17/2025 | Berg, Arianna R. | Counsel | 1.50 | | Revise motion to seal B. Stanley materials. |
| 7/17/2025 | Kirk, Brittany E. | Counsel | 3.10 | | Revise Motion to Seal regarding Motion to Enforce Protective Order. |
| 7/18/2025 | Cummings, Daniel E. | Partner | 2.90 | | Draft motion to seal documents regarding motion to enforce protective order regarding Bret Stanley. |
| 7/18/2025 | Kirk, Brittany E. | Counsel | 1.60 | | Revise Motion to Seal regarding Motion to Enforce Protective Order. |
| 7/18/2025 | Shortnacy, Michael B. | Partner | 1.40 | | Review and revise administrative motion to seal confidential materials, and supporting papers, including attorney declaration, exhibits to declaration, and proposed order in connection with motion to enforce protective order. |
| 7/18/2025 | Kirk, Brittany E. | Counsel | 2.10 | | Revise Declaration Supporting Motion to Seal regarding Motion Enforce Protective Order. |
| 7/18/2025 | Kirk, Brittany E. | Counsel | 0.80 | | Revise Draft Order on Motion to Seal regarding Motion to Enforce Protective Order. |
| 8/1/2025 | Shortnacy, Michael B. | Partner | 0.30 | | Analysis of pending motion to seal records in connection with motion to enforce protective order against Bret Stanley and status in light of referral of merits motion to Judge Cisneros |
| **Total** | | | 37.80 | $23,368.80 | |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Case 3:23-md-03084-CRB   Document 5293-2   Filed 02/24/26   Page 11 of 13

In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation
Case No. 3:23-md-03084
Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions

## PROPOSED ORDER

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 7/16/2025 | Kirk, Brittany E. | Counsel | 0.80 | | Revise proposed order on Motion to Enforce Protective Order. |
| 8/13/2025 | Shortnacy, Michael B. | Partner | 0.60 | | Review and revise proposed order regarding motion to enforce protective order against plaintiffs counsel Brett Stanley |
| 8/13/2025 | Kirk, Brittany E. | Counsel | 1.30 | | Analysis regarding provisions of the MDL protective order regarding remedies to include in proposed order on motion to enforce. |
| 8/13/2025 | Priest, Kimberly Johnson | Partner | 1.50 | | Review and revise draft order for motion to enforce protective order. |
| 8/14/2025 | Priest, Kimberly Johnson | Partner | 2.00 | | Attention to revising proposed order for motion to enforce protective order. |
| 8/14/2025 | Priest, Kimberly Johnson | Partner | 1.20 | | Attention to revising proposed order for motion to enforce protective order. |
| 8/14/2025 | Gromada, Veronica G. | Partner | 0.20 | | Correspondence with (Chaffin Luhana) Steven Cohn, (Kirkland) Chris Cox regarding In regarding Uber, Proposed Joint Order regarding Protective Order. |
| 8/14/2025 | Priest, Kimberly Johnson | Partner | 0.30 | | Attention to revising proposed order for motion to enforce protective order. |
| 8/14/2025 | Gromada, Veronica G. | Partner | 0.40 | | Plaintiffs' proposed edits to the Joint Proposed Order on Defendants' Motion to Enforce Protective Order. |
| 8/14/2025 | Shortnacy, Michael B. | Partner | 0.40 | | Review and revise proposed order on motion to enforce protective order |
| 8/15/2025 | Shortnacy, Michael B. | Partner | 0.50 | | Analysis of proposed revisions from Plaintiffs regarding jointly proposed order on motion to enforce protective order against Bret Stanley, and strategy for response to proposed revisions. |
| 8/15/2025 | Shortnacy, Michael B. | Partner | 0.50 | | Review and revised propose order and notice of lodging regarding motion to enforce protective order against Bret Stanley. |
| 8/15/2025 | Gromada, Veronica G. | Partner | 0.70 | | Notice of Lodging regarding Proposed Joint Order regarding Protective Order. |
| 8/15/2025 | Gromada, Veronica G. | Partner | 0.40 | | Notice of Lodging regarding Proposed Joint Order regarding Protective Order. |
| 8/15/2025 | Priest, Kimberly Johnson | Partner | 1.10 | | Strategy regarding Plaintiff's counsel's proposed edits to the proposed order for the motion to enforce the protective order and motion to the court regarding the same. |
| 8/15/2025 | Priest, Kimberly Johnson | Partner | 0.40 | | Review and revise proposed order for the motion to enforce the protective order and motion to the court regarding the same. |
| **Total** | | | 12.30 | $8,419.50 | |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

In Re: Uber Technologies, Inc. Passenger Sexual Assault Litigation
Case No. 3:23-md-03084
Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions

***ENFORCEMENT OF AUGUST 18, 2025 ORDER***

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 8/12/2025 | Kirk, Brittany E. | Counsel | 1.20 | | Analyze strategy options for enforcement of protective order ruling in non-MDL cases. |
| 8/12/2025 | Priest, Kimberly Johnson | Partner | 1.20 | | Attention to strategy following hearing on motion to enforce protective order. |
| 8/13/2025 | Gromada, Veronica G. | Partner | 1.00 | | Action items from ruling on Defendants' Motion to Enforce Protective Order against Bret Stanley. |
| 8/13/2025 | Shortnacy, Michael B. | Partner | 0.80 | | Analysis of definition of confidential information and spreadsheet regarding Brett Stanley order as requested by court for joint proposed order |
| 8/13/2025 | Shortnacy, Michael B. | Partner | 0.30 | | Review and revise letter to local counsel in New Jersey in Texas cases, Lord and Casey Jones cases regarding decision by Magistrate Judge Cisneros on motion to for enforcement of protective order against Brett Stanley |
| 8/13/2025 | Priest, Kimberly Johnson | Partner | 1.20 | | Review and revise cease and desist letters to plaintiff's counsel in non-MDL cases using confidential information from B. Stanley. |
| 8/13/2025 | Shortnacy, Michael B. | Partner | 0.60 | | Analysis of strategy for enforcement of an order by Magistrate Judge Cisneros regarding enforcement of protective order against B. Stanley |
| 8/13/2025 | Priest, Kimberly Johnson | Partner | 1.30 | | Attention to strategy following hearing on motion to enforce protective order and draft order for the court. |
| 8/13/2025 | Shortnacy, Michael B. | Partner | 0.20 | | Analysis of Magistrate Judge Cisneros order on motion for enforcement of protective order and develop strategy for next steps |
| 8/13/2025 | Priest, Kimberly Johnson | Partner | 0.30 | | Attention to strategy following hearing on motion to enforce protective order with counsel in unrelated litigation against client at issue. |
| 8/14/2025 | Gromada, Veronica G. | Partner | 0.40 | | Correspondence to Smith v. Uber (TX) Plaintiffs' counsel Eric Ramos regarding the MDL court's August 12 ruling on Defendants' Motion to Enforce Protective Order for violations concerning the use of protected materials produced in the MDL. |
| 8/14/2025 | Gromada, Veronica G. | Partner | 0.40 | | Correspondence to Lord v. Uber / Jones v. Uber (NJ) Plaintiffs' counsel Bruce Stern and Evan Lide regarding the MDL court's August 12 ruling on Defendants' Motion to Enforce Protective Order for violations concerning the use of protected materials produced in the MDL. |
| 8/14/2025 | Gromada, Veronica G. | Partner | 0.40 | | Correspondence to Soto v. Uber (NJ) Plaintiffs' counsel Corey Gaul regarding the MDL court's August 12 ruling on Defendants' Motion to Enforce Protective Order for violations concerning the use of protected materials produced in the MDL. |
| 8/19/2025 | Shortnacy, Michael B. | Partner | 0.70 | | Analysis of strategy regarding Bret Stanley protective order enforcement order. |
| 8/19/2025 | Gromada, Veronica G. | Partner | 0.40 | | Correspondence with (Johnson Law Group) Bret Stanley, (Kirkland) Chris Cox regarding Uber PO Order Violations in Smith (TX). |
| 8/20/2025 | Priest, Kimberly Johnson | Partner | 0.40 | | Review and analyze information from Bret Stanley in response to the court's order on defendant's motion to enforce protective order. |
| 8/20/2025 | Gromada, Veronica G. | Partner | 2.00 | | Status of Bret Stanley's compliance with Order on Defendants' Motion to Enforce PO in MDL and devise client recommendations for TX and NJ. |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit A - Support for Shook, Hardy & Bacon L.L.P. Fees in Connection with Defendants' Motion for Sanctions**

*ENFORCEMENT OF AUGUST 18, 2025 ORDER*

| Work Date | Timekeeper | Title | Work Hours | Work Amount | Narrative |
|---|---|---|---|---|---|
| 8/20/2025 | Shortnacy, Michael B. | Partner | 0.70 | ■ | Analysis of Bret Stanley disclosures and compliance with protective order enforcement |
| 8/21/2025 | Gromada, Veronica G. | Partner | 0.30 | ■ | Correspondence with (JOhnson Law Group) Bret Stanley, (BowmanandBrooke) Angela Angotti, (Ramos) Eric Ramos Law regarding Smith v. Trevino MDL Protective Order Notice. |
| 8/21/2025 | Kirk, Brittany E. | Counsel | 0.60 | ■ | Review Stanley's correspondence in Smith case regarding use of KBs and MDL order and attention to clarifying Stanley statement that he publicly disclosed list (confirmed to be a typographical error). |
| **Total** | | | 14.40 | $10,164.60 | |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**