Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 185 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05922-CRB<br><br>*Jane Doe LS 291 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06020-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

*Jane Doe LS 296 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06021-CRB

*John Doe LS 3 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05760-CRB

*Jane Doe LS 54 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05387-CRB

*Jane Doe LS 134 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-03811-CRB

*Jane Doe LS 191 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05573-CRB

*John Doe LS 5 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05853-CRB

*Jane Doe LS 616 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05942-CRB

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION TO MOTION TO RECONSIDER

Case No. 3:23-md-03084-CRB

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Opposition to Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31.

2. Prior to the Court's entry of PTO 31 on September 9, 2025, Uber served a Defendant Fact Sheet on Jane Doe LS 185 on May 29, 2024. This DFS stated that Uber was unable to identify the trip that Plaintiff alleged in her Plaintiff Fact Sheet.

3. Prior to the Court's entry of PTO 31 on September 9, 2025, Uber served a Defendant Fact Sheet on John Doe LS 5 on March 17, 2025. This DFS stated that Uber was unable to identify the trip that Plaintiff alleged in his Plaintiff Fact Sheet.

4. Prior to the Court's entry of PTO 31 on September 9, 2025, Uber served a Defendant Fact Sheet on Jane Doe LS 296 on March 17, 2025. This DFS stated that Uber was unable to identify the trip that Plaintiff alleged in her Plaintiff Fact Sheet.

5. Prior to the Court's entry of PTO 31 on September 9, 2025, Uber served a Defendant Fact Sheet on Jane Doe LS 291 on March 17, 2025. This DFS stated that Uber was unable to identify the trip that Plaintiff alleged in her Plaintiff Fact Sheet.

6. Prior to the Court's entry of PTO 31 on September 9, 2025, Uber served a Defendant Fact Sheet on John Doe LS 3 on March 17, 2025. This DFS stated that Uber was unable to identify the trip that Plaintiff alleged in her Plaintiff Fact Sheet.

7. Prior to the Court's entry of PTO 31 on September 9, 2025, Uber served a Defendant Fact Sheet on Jane Doe LS 616 on August 14, 2025. This DFS stated that Uber was unable to identify the trip that Plaintiff alleged in her Plaintiff Fact Sheet.

8. Attached as **Exhibit 1** is a true and correct copy of the Amended Defendant Fact Sheet for Plaintiff Jane Doe LS 54, served October 10, 2025.

9. Attached as **Exhibit 2** is a true and correct copy of the Ride Information Form for Plaintiff Jane Doe LS 191, served February 15, 2024.

10. Attached as **Exhibit 3** is a true and correct copy of the Ride Information Form for Plaintiff Jane Doe LS 134, served February 15, 2024.

11. Attached as **Exhibit 4** is a true and correct copy of the Ride Information Form for Plaintiff Jane Doe LS 134, served February 5, 2026.

12. Plaintiff Jane Doe LS 134 uploaded a new Ride Information Form on February 5, 2026, which stated that a third party ordered the ride at issue in that Plaintiff's case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 24, 2026                    Respectfully submitted,

By: */s/ Christopher V. Cotton*
Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION TO MOTION TO RECONSIDER

Case No. 3:23-md-03084-CRB

### **FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: February 24, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn