Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 185 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05922-CRB<br><br>*Jane Doe LS 291 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06020-CRB<br><br>*Jane Doe LS 296 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06021-CRB<br><br>*John Doe LS 3 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05760-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION AND INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO ECF 176 CONTAINED IN DEFENDANTS' OPPOSITION TO MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

1  *Jane Doe LS 54 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05387-CRB*

2  

3  *Jane Doe LS 134 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-03811-CRB*

4  *Jane Doe LS 191 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05573-CRB*

5  

6  *John Doe LS 5 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05853-CRB*

7  *Jane Doe LS 616 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-05942-CRB*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Personal Identifying Information and Information Designated as Confidential Pursuant to ECF 176 Contained in its Opposition to Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31 (the "Sealing Motion").

2. The Defendant Fact Sheet which Uber seeks to seal in this Sealing Motion is designated as Confidential under the parties' Protective Order. *See* ECF 176; ECF 348-2; ECF 4287 at 44-49.

3. Under the Protective Order, Uber may not file confidential material such as Defendant Fact Sheets "in the public record in this Action" without first filing a motion to seal. ECF 176 ¶ 12.5.

4. The Ride Information Forms which Uber seeks to seal in this Sealing Motion contain personally identifying information ("PII") such as names, phone numbers, and email addresses. *See* Exs. 2-4 of Opposition to Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31.

5. Counsel for Uber previously met and conferred with the Nachawati and Chaffin Luhana firms concerning the sealing of PII in connection with Uber's Motion for Entry of (1) an Order to Show Cause Why Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice and (2) a Case Management Order Addressing Certain Plaintiffs Who Have Not Submitted Receipts. ECF 3602-1. Counsel, including counsel for Nachawati Law Group, indicated that they did not oppose sealing PII. The Court granted Uber's motion to seal. ECF 3616. Some of the sealed information contained in the instant Sealing Motion is similar to the PII that has already been filed under seal and unopposed.

6. Counsel for Uber also previously made diligent efforts to meet and confer with Plaintiffs' counsel concerning the sealing of PII in connection with Uber's Motion for Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice. Those efforts are detailed in Christopher V. Cotton's declaration in support of Uber's motion to seal the PII in that motion. ECF 3783-1. Counsel for Uber have not received any communications from

any Plaintiff's counsel regarding opposition to the sealing of the material detailed in ECF 3783. Some of the sealed information in this Sealing Motion is similar to the PII that was included in Uber's prior motion to seal.

7. On the basis provided above, the Court granted Uber's Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Motion for Entry of Third Receipts Order and Accompanying Documents. ECF 4142. Some of the sealed information contained in this Sealing Motion is similar to the PII that has already been filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 24, 2026

Respectfully submitted,

 */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC