Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) **[PROPOSED] ORDER** Judge: Hon. Charles R. Breyer Courtroom: 6 – 17th Floor |
| This Document Relates to: *Jane Doe LS 185 v. Uber Technologies, Inc., et al.*, Case No. 3:23-cv-05922-CRB *Jane Doe LS 291 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06020-CRB *Jane Doe LS 296 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-06021-CRB *John Doe LS 3 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-05760-CRB | |

1

*Jane Doe LS 54 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05387-CRB*

*Jane Doe LS 134 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-03811-CRB*

*Jane Doe LS 191 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05573-CRB*

*John Doe LS 5 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05853-CRB*

*Jane Doe LS 616 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-05942-CRB*

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Personal Identifying Information and Information Designated as Confidential Pursuant to ECF 176 Contained in Defendants' Opposition to Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31 (the "Sealing Motion"), the Court hereby **ORDERS** that the following portions of the February 24, 2026 filings remain under seal, as requested in Uber's Sealing Motion:

| Document | Material to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Opposition | Confidential Defendant Fact Sheet information; and personal identifying information including names, addresses, phone numbers, and email addresses | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |
| Exhibits | Exhibits 1-4, which are Confidential Defendant Fact Sheets or Ride Information Forms containing personal identifying information including names, addresses, phone numbers, and email addresses | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED:_____    By:_____
Hon. Charles R. Breyer
United States District Court Judge