Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 185 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05922-CRB*<br><br>*Jane Doe LS 291 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06020-CRB* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

1
2  *Jane Doe LS 296 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06021-CRB*

3  *John Doe LS 3 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05760-CRB*
4
5  *Jane Doe LS 54 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05387-CRB*

6
7  *Jane Doe LS 134 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-03811-CRB*

8  *Jane Doe LS 191 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05573-CRB*
9
10 *John Doe LS 5 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05853-CRB*

11
12 *Jane Doe LS 616 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-05942-CRB*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

CERTIFICATE OF SERVICE                                    Case No. 3:23-md-03084-CRB
                                                                               (LJC)

I, Laura Vartain Horn, am at least 18 years old and not a party to this action. I am employed in the City and County of San Francisco. I am a Partner with the law firm Kirkland & Ellis LLP and my business address is 555 California Street, San Francisco, CA 94104.

On the date set forth below, I caused the following sealed document(s) to be served by providing a true copy on the parties listed in the table below:

**(1) February 24, 2026 Opposition to Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31**

**(2) February 24, 2026 Exhibits to the Declaration of Christopher V. Cotton**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| William A. Levin<br>Laurel L. Simes<br>David M. Grimes<br>Samira J. Bokaie<br>**LEVIN SIMES LLP**<br>1700 Montgomery Street, Suite 250<br>San Francisco, California 94111 | *Counsel for Plaintiffs*<br><br>Email: wlevin@levinsimes.com<br>            llsimes@levinsimes.com<br>            dgrimes@levinsimes.com<br>            sbokaie@levinsimes.com |
|---|---|

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on February 24, 2026 in San Francisco, CA.

*/s/ Laura Vartain Horn*
Laura Vartain Horn