1
2
3
4
5
6  UNITED STATES DISTRICT COURT
7  FOR THE NORTHERN DISTRICT OF CALIFORNIA
   SAN FRANCISCO DIVISION
8
9  IN RE: UBER TECHNOLOGIES, INC.
   PASSENGER SEXUAL ASSAULT
10 LITIGATION

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

11 This Document Relates to:

[PROPOSED] ORDER GRANTING
PLAINTIFF'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION
TO PERMIT EVIDENCE UNDER FRE 412

12 *Jaylynn Dean v. Uber Techs., Inc.*,
   N.D. Cal. No. 23-cv-06708
13 D. Ariz. No. 25-cv-4276

14
15
16  UNITED STATES DISTRICT COURT
17  DISTRICT OF ARIZONA
    PHOENIX DIVISION
18
19
20 JAYLYNN DEAN,

No. 25-cv-4276-PHX-CRB

         Plaintiff,

Judge: Honorable Charles R. Breyer
Ctrm.: 501

21
22     v.
23 UBER TECHNOLOGIES, INC., et al.,
24         Defendants.
25
26
27
28

Having considered Plaintiff's January 5, 2026 Administrative Motion to File Under Seal Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412, the Court hereby **GRANTS** the Motion and **ORDERS** that Plaintiff's Opposition under Federal Rule of Evidence 412 and all supporting papers shall be sealed.

**IT IS SO ORDERED.**

Dated: February 25, 2026



1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PERMIT EVIDENCE UNDER FRE 412
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276