ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' REPLY ON MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to: | |
| *Jane Doe (D.H.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04322-CRB | Date: March 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

| | |
|---|---|
| 1 | *CL 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06863-CRB |
| 2 | *W.J. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01705-CRB |
| 3 | |
| 4 | *L.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04645-CRB |
| 5 | *Jane Doe KGDG 020 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04979-CRB |
| 6 | |
| 7 | *Jane Doe 690917 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05318-CRB |
| 8 | |
| 9 | *KG 008 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05320-CRB |
| 10 | *KG 013 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05577-CRB |
| 11 | |
| 12 | *J.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05719-CRB |
| 13 | *KG 039 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06077-CRB |
| 14 | |

M. SHORTNACY DECL. ISO DEFS.' REPLY ON MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-MD-3084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in Support of Defendants Uber Technologies, Inc.'s, Raiser LLC's, and Raiser-CA, LLC's (collectively, "Defendants") reply on their motion to dismiss the cases of certain Plaintiffs for noncompliance with Amended Pretrial Order No. 10 ("Amended PTO 10").

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL. I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge or on information and belief after conferring with the attorneys and staff within my firm directly involved in the facts recited herein. If called as a witness, I could and would competently testify to the matters set forth herein.

3. In a January 26, 2026 meet and confer and again in writing afterwards, counsel for Uber informed The Wagstaff Law Firm that Plaintiff J.M.'s Plaintiff Fact Sheet was materially deficient because she had answered "yes" when asked if she had communicated in writing with her independent driver outside of the Uber App, but had not produced those communications. Counsel for Uber explained that the deficiency could be cured either by (1) serving the relevant production, or (2) serving a verified, amended PFS that explained why the relevant productions were unavailable. Plaintiff J.M. took neither of those steps to cure the deficiency. Thus, Uber properly included Plaintiff J.M. and her deficient PFS in its February 4 motion to dismiss for failure to comply with PTO 10.

4. After receiving J.M.'s opposition to Uber's motion to dismiss, in which the Wagstaff Firm claimed J.M. had cured her deficiencies on February 2, counsel for Uber emailed the Wagstaff firm to apprise them that no production or amended PFS that would potentially cure the deficiencies had been uploaded to MDL Centrality on February 2. In the same email to the Wagstaff firm, Uber invited the Wagstaff firm to correct any misunderstanding in this regard but, to date, Uber has never received a response from the Wagstaff firm.

M. SHORTNACY DECL. ISO DEFS.' REPLY ON MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-MD-3084-CRB

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on February 25, 2026 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

M. SHORTNACY DECL. ISO DEFS.' REPLY ON MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-MD-3084-CRB