William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> **LEVIN SIMES PLAINTIFFS' RESPONSE TO COURT ORDER COMPELLING COMPLIANCE (ECF 5217)** |
| This Document Relates to: <br><br> *Jane Doe LS 333 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-07376-CRB* <br><br> *Jane Doe LS 397 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-07381-CRB* | |

On February 10, 2026, the Court ordered sworn declarations by Plaintiffs' counsel that address counsel's pre-suit investigation as to the claims of the above-referenced Plaintiffs, including a privilege log of all communications with each Plaintiff (ECF 5217). Plaintiffs' counsel sworn declaration is filed concurrently with this response. A privilege log of all communications with Plaintiff Jane Doe LS 333 is attached as Exhibit A. A privilege log of all communications with Plaintiff Jane Doe LS 397 is attached as Exhibit B. Counsel continues their efforts to contact Plaintiffs Jane Doe LS 333 and Jane Doe LS 397 to appear for their limited depositions as also ordered in ECF 5217.

Dated:  February 25, 2026                                                  Respectfully Submitted,

**LEVIN SIMES LLP**

 /s/ Samira J. Bokaie
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for LS Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Samira J. Bokaie*
Samira J. Bokaie