C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: *Jane Roe CL 105 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01349-CRB | **PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5216]** |

## I. BRIEF HISTORY

On November 21, 2025, Defendant filed a Motion to Dismiss Plaintiff's case for failure to submit a bona fide trip receipt. (Doc. 4456). Plaintiff opposed the motion on the grounds that she had provided an Amended Ride Information Form on December 5, 2025. (Doc. 4578, 4578-1). On December 12, Plaintiff provided the PTO-31 signed statement regarding ride receipt search. (Declaration of Jennifer Domer ¶ ). Uber's reply, filed the same day, failed to note that Plaintiff had provided this form. (Doc. 4663-1). On February 10, the Court ordered Plaintiff's case dismissed without prejudice. (Doc. 5216).

## II. PLAINTIFF REQUESTS THAT THE ORDER OF DISMISAL BE VACATED BECAUSE SHE HAS COMPLIED WITH HER OBLIGATIONS

As indicated above, Plaintiff complied with her obligations under PTO 31 prior to the order of dismissal. The case was ordered dismissed without prejudice, and Plaintiff was ordered to file a notice of dismissal. Therefore, rather than file a notice of dismissal at this time, Plaintiff asks that the Court vacate the dismissal of her case, and relieve her from the obligation to file a notice of dismissal.

Dated: February 26, 2026         CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
         jdomer@cutterlaw.com
         ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

-1-
PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that, on February 26, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: February 26, 2026

CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*