```
C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
```
**CUTTER LAW P.C.**
```
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com
```

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB <br><br> Hon. Charles R. Breyer |
| This Document Relates to: <br><br> *Jane Roe CL 105 v. Uber Technologies, Inc., et al., No. 3:25-cv-01349-CRB* | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5216]** |

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Motion for Reconsideration of Dismissal without Prejudice for Jane Roe CL 105, No. 3:25-cv-01349-CRB, MDLC ID 2952.

3. The plaintiff provided an Amended Ride Information Form on December 5, 2025.

4. The plaintiff provided a signed PTO-31 statement regarding the ride receipt search on December 12, 2025.

1  I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 26, 2026, in Sacramento, California.

Dated: February 26, 2026  CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*

Jennifer S. Domer

*Attorney for Jane Roe CL Plaintiffs*

-2-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF MOTION TO VACATE