1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*Jaylynn Dean v. Uber Techs., Inc.*,
N.D. Cal. No. 23-cv-06708
D. Ariz. No. 25-cv-4276

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

[PROPOSED] ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD
BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

JAYLYNN DEAN,

      Plaintiff,

   v.

UBER TECHNOLOGIES, INC., et al.,

      Defendants.

No. 25-cv-4276-PHX-CRB

Judge: Honorable Charles R. Breyer
Ctrm.: 501

1    Having considered Defendants' December 29, 2025 Administrative Motion to Consider Whether

2    Another Party's Material Should be Filed Under Seal and Plaintiff's January 5, 2026 Statement in

3    Support of Defendants' Motion, the Court hereby **GRANTS** the Motion and **ORDERS** that Defendant's

4    Motion under Federal Rule of Evidence 412 and all supporting papers shall be sealed.

5    **IT IS SO ORDERED.**

6

7    Dated: February 27, 2026

8

IT IS SO ORDERED

Judge Charles R. Breyer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 23-md-03084-CRB