UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*J.H. v. Uber Technologies., Inc., et al.*, No. 3:25-cv-05342-CRB<br><br>*R.L. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05515-CRB<br><br>*A.E. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07668-CRB | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION AND INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO ECF 176 CONTAINED IN EXHIBITS TO DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH COURT ORDER<br><br>Judge:   Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

Having considered Defendants' Administrative Motion to Seal Personal Identifying Information and Information Designated as Confidential Pursuant to ECF 176 Contained in Exhibits to Defendants' Reply in Support of Defendants' Motion to Compel Compliance with Court Order, dated December 29, 2025 (the "Sealing Motion"), the Court hereby **ORDERS** that the following materials remain under seal as stated in Defendants' Sealing Motion:

| Document | Description | Defendants' Request |
|---|---|---|
| Exhibit A to Reply | Deposition transcript containing personal identifying information and information designated as confidential pursuant to ECF 176. | Seal in entirety |
| Exhibit B to Reply | Deposition transcript containing personal identifying information and information designated as confidential pursuant to ECF 176. | Seal in entirety |

**IT IS SO ORDERED:**

Dated: February 27, 2026

_____
HON. CHARLES R. BREYER
United States District Judge