Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>[PROPOSED] ORDER<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Personal Identifying Information and Information Designated as Confidential Pursuant to ECF 176 Contained in Defendants' Reply in Support of Uber's Motion Regarding Fraudulent Plaintiff Fact Sheets (the "Sealing Motion"), the Court hereby **ORDERS** that the following portions of the December 27, 2025 filings remain under seal, as requested in Uber's Sealing Motion:

| Document | Material to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Reply | Confidential Defendant Fact Sheet and Plaintiff Fact Sheet information, specifically Uber's DFS responses and personal identifying information including addresses. | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |
| Exhibits | Exhibits 1-6, which are or reference Confidential Plaintiff Fact Sheets containing personal identifying information including names, addresses, contact information, and employment information and Confidential Defendant Fact Sheets. | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED: February 27, 2026

BY: _____
Hon. Charles R. Breyer, Judge



2
[PROPOSED] ORDER
Case No. 3.23-MD-03084-CRB (LJC)