Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
**ESTEY & BOMBERGER, LLP**
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Fax: (619) 295-0172
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Individual Case Numbers: 3:24-cv-07072; 3:24-cv-05203; 3:24-cv-05212; 3:24-cv-05271; 3:24-cv-05285; 3:24-cv-05309; 3:24-cv-05349; 3:24-cv-05350; 3:24-cv-05382; 3:24-cv-05386; 3:24-cv-05392; 3:24-cv-05518; 3:24-cv-06926; 3:24-cv-07178; 3:25-cv-01466; 3:25-cv-02487; 3:25-cv-05306* | MDL No.: 3:23-MD-03084-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), the following Plaintiffs ("Plaintiffs") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), hereby stipulate to the voluntary dismissal of all claims of Plaintiffs against Defendants with prejudice, with each party to bear its own costs, attorneys' fees, and expenses:

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-07072 | John Doe EB 57 |
| 3:24-cv-05203 | Jane Doe EB 12 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05212 | Jane Doe EB 15 |
| 3:24-cv-05271 | Markiewicz, Rachael |
| 3:24-cv-05285 | Jane Doe EB 28 |
| 3:24-cv-05309 | Jane Doe EB 29 |
| 3:24-cv-05349 | Jane Doe EB 32 |
| 3:24-cv-05350 | Jane Doe EB 33 |
| 3:24-cv-05382 | Jane Doe EB 40 |
| 3:24-cv-05386 | Trinidad, Karilyn |
| 3:24-cv-05392 | Jane Doe EB 43 |
| 3:24-cv-05518 | Jane Doe EB 53 |
| 3:24-cv-06926 | Jane Doe EB 55 |
| 3:24-cv-07178 | Jane Doe EB 61 |
| 3:25-cv-01466 | Jane Doe EB 68 |
| 3:25-cv-02487 | Jane Doe EB 75 |
| 3:25-cv-05306 | Jane Doe EB 90 |

Pursuant to Pretrial Order No. 19, counsel for Plaintiffs and counsel for Defendants certify that the common benefit assessment applicable to each of Plaintiff's claim has been withheld and shall be deposited into the MDL 3084 common benefit accounts prior to or at the same time as the disbursement of any settlement proceeds to that Plaintiff or to Plaintiff's counsel.

**IT IS SO STIPULATED.**

Dated: February 27, 2026

Respectfully submitted,

By: /s/ R. Michael Bomberger
Stephen J. Estey (SBN 163093)
R. Michael Bomberger (SBN 169866)
Angela J. Nehmens (SBN 309433)
ESTEY & BOMBERGER, LLP
2869 India Street
San Diego, CA 92103
Tel: (619) 295-0035
Email: steve@estey-bomberger.com
Email: mike@estey-bomberger.com
Email: angela@estey-bomberger.com

*Attorneys for Plaintiff*

By:    */s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON
(Admitted *Pro Hac Vice*)
ccotton@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By:    /s/ Angela J. Nehmens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Individual Case Numbers: 3:24-cv-07072; 3:24-cv-05203; 3:24-cv-05212; 3:24-cv-05271; 3:24-cv-05285; 3:24-cv-05309; 3:24-cv-05349; 3:24-cv-05350; 3:24-cv-05382; 3:24-cv-05386; 3:24-cv-05392; 3:24-cv-05518; 3:24-cv-06926; 3:24-cv-07178; 3:25-cv-01466; 3:25-cv-02487; 3:25-cv-05306* | MDL No.: 3:23-MD-03084-CRB<br><br>Judge: Hon. Charles R. Breyer |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE CLAIMS OF THE FOLLWING PLAINTIFFS ARE DISMISSED WITH PREJUDICE:

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-07072 | John Doe EB 57 |
| 3:24-cv-05203 | Jane Doe EB 12 |
| 3:24-cv-05212 | Jane Doe EB 15 |
| 3:24-cv-05271 | Markiewicz, Rachael |
| 3:24-cv-05285 | Jane Doe EB 28 |
| 3:24-cv-05309 | Jane Doe EB 29 |
| 3:24-cv-05349 | Jane Doe EB 32 |
| 3:24-cv-05350 | Jane Doe EB 33 |
| 3:24-cv-05382 | Jane Doe EB 40 |
| 3:24-cv-05386 | Trinidad, Karilyn |
| 3:24-cv-05392 | Jane Doe EB 43 |
| 3:24-cv-05518 | Jane Doe EB 53 |
| 3:24-cv-06926 | Jane Doe EB 55 |
| 3:24-cv-07178 | Jane Doe EB 61 |
| 3:25-cv-01466 | Jane Doe EB 68 |
| 3:25-cv-02487 | Jane Doe EB 75 |

1

STIPULATION OF DISMISSAL WITH PREJUDICE

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:25-cv-05306 | Jane Doe EB 90 |

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE