HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*M.B., v. Uber Technologies, Inc., et al.*<br>Case No. 3:26-cv-01666-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 26, 2026.

///

///

///

///

| | |
|---|---|
| Dated: March 2, 2026 | Respectfully submitted, |
| | **ANAPOL WEISS** |
| | By: */s/ Holly Dolejsi*<br>HOLLY DOLEJSI (*Admitted Pro Hac Vice*)<br>60 South 6th St. Suite 2800<br>Minneapolis, MN 55402<br>Telephone: 202.780.3014<br>Facsimile: 202.780.3678<br>Email: hdolejsi@anapolweiss.com |
| | WILLIAM L. SMITH (Cal Bar No. 324235)<br>6060 Center Drive 10th Floor<br>Los Angeles, CA 90045<br>Telephone: 202.780.3014<br>Facsimile: 202.780.3678<br>Email: wsmith@anapolweiss.com |
| | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Holly Dolejsi*
Holly Dolejsi