1    *[Counsel Listed on Signature Page]*

2

3

4

5

6

7

8

9

10                          **UNITED STATES DISTRICT COURT**

11                         **NORTHERN DISTRICT OF CALIFORNIA**

12                            **SAN FRANCISCO DIVISION**

13   IN RE: UBER TECHNOLOGIES, INC.,          Case No. 3:23-md-03084-CRB (LJC)
     PASSENGER SEXUAL ASSAULT
14   LITIGATION                               **JOINT STIPULATION TO EXTEND THE**
                                              **CASE SCHEDULE**
15   ─────────────────────────────
                                              Judge:        Hon. Charles R. Breyer
16   This Document Relates to:                Courtroom:    6-17th Floor

17   *WHB 318 v. Uber Technologies, Inc., et al.*
     Case No: 3:24-cv-04889

18

19

20

21

22

23

24

25

26

27

28

---

Plaintiff WHB 318 and Defendants Uber Technologies, Inc., *et al*. (the "Parties"), by and through their undersigned counsel, stipulate and agree as follows to amend the existing schedule for filing of pretrial submissions in this case, which does not yet have a trial date:

WHEREAS, the existing schedule has been entered by the Court at ECF 4682;

WHEREAS, the trial verdict in <u>Jaylynn Dean v. Uber Techs., Inc.</u> was entered on February 6, 2026, in Phoenix, Arizona. ECF 5203;

WHEREAS, the trial in <u>WHB 823 v. Uber Techs., Inc.</u> will begin on April 13, 2026, in Charlotte, North Carolina. ECF 5209;

WHEREAS, no additional cases have been assigned trial dates;

WHEREAS, the Parties need additional time for Daubert, dispositive motions, and pretrial deadlines as set forth below;

WHEREAS, the Parties further agree that nothing about this further stipulated extension will change the anticipated timing or order of upcoming trials.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the Parties to extend the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Reports | Completed | Completed |
| End of Substantial Fact Discovery | Completed | Completed |
| Rebuttal Reports | Completed | Completed |
| Close of Discovery | February 27, 2026 | Unchanged |
| Dispositive/Daubert Motions | March 13, 2026 | May 8, 2026* |
| Oppositions | March 27, 2026 | May 22, 2026* |
| Replies | April 6, 2026 | June 8, 2026* |
| Trial Date | TBD | TBD |

JOINT STIPULATION TO EXTEND THE CASE SCHEDULE                    Case No. 3:23-md-03084-CRB

*The Parties agree to revisit whether the dispositive motion and Daubert briefing schedule should be extended or vacated in light of other trial settings.

DATED: March 2, 2026

By: */s/ Sejal Brahmbhatt*
Sejal Brahmbhatt
John Eddie Williams, Jr.
John Boundas
Brian Abramson
Margret Lecocke
Walt Cubberly
Batami Baskin
Myles Shaw
Joseph C. Melugin
Stasja Drecun
Israela Rivera
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2227
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com


*Attorneys for Plaintiff*
WHB 823

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)

**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com


Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com


*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: March 2, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

JOINT STIPULATION TO EXTEND THE CASE SCHEDULE                    Case No. 3:23-md-03084-CRB (LJC)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE CASE SCHEDULE** |
| *WHB 318 v. Uber Technologies, Inc., et al.* Case No: 3:24-cv-04889 | Judge:        Hon. Charles R. Breyer Courtroom:   6-17th Floor |

The Court hereby GRANTS the Parties' joint stipulation to extend the case schedule as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Expert Reports | Completed | Completed |
| End of Substantial Fact Discovery | Completed | Completed |
| Rebuttal Reports | Completed | Completed |
| Close of Discovery | February 27, 2026 | Unchanged |
| Dispositive/Daubert Motions | March 13, 2026 | May 8, 2026* |
| Oppositions | March 27, 2026 | May 22, 2026* |
| Replies | April 6, 2026 | June 8, 2026* |
| Trial Date | TBD | TBD |

*The Parties agree to revisit whether the dispositive motion and Daubert briefing schedule should be extended or vacated in light of other trial settings.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: _____, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE