1  RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3544
4  Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7  2229 Trumbull St.
   Detroit, MI 48216
8  Telephone: 313.210.1559
   Facsimile: 415.840.9435
9  Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

11

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13                **SAN FRANCISCO DIVISION**

14  IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3084 CRB
    PASSENGER SEXUAL ASSAULT
15  LITIGATION                               **NOTICE OF DISMISSAL PURSUANT TO**
                                             **COURT ORDER**
16

17  This Document Relates to:               Honorable Charles R. Breyer

18  *C.O. v. Uber Technologies, Inc., et al;*
    *3:25-cv-02551-CRB*
19

20      <u>**NOTICE OF DISMISSAL PURSUANT TO COURT ORDER FOR PLAINTIFF C.O.**</u>

21         Pursuant to the Court's February 10, 2026 Order (See Docket No. 5216), Plaintiff, C.O.,

22  and her counsel hereby give notice that the above-captioned action is dismissed, without

23  prejudice, against all Defendants.

24    DATED: March 2, 2026              RESPECTFULLY SUBMITTED,

25                                      BY: */S/ RACHEL B. ABRAMS*
                                        RACHEL B. ABRAMS (CAL BAR NO. 209316)
26                                      ADAM B. WOLF (CAL BAR NO. 215914)
                                        **PEIFFER WOLF CARR KANE CONWAY &**
27                                      **WISE, LLP**
                                        555 MONTGOMERY STREET, SUITE 820
28                                      SAN FRANCISCO, CA 94111

                              1                    NOTICE OF DISMISSAL

TELEPHONE: 415.766.3544
FACSIMILE: 415.840.9435
EMAIL: RABRAMS@PEIFFERWOLF.COM
      AWOLF@PEIFFERWOLF.COM

TIFFANY R. ELLIS (*ADMITTED PHV*)
**PEIFFER WOLF CARR KANE CONWAY &**
**WISE, LLP**
2229 TRUMBULL ST.
DETROIT, MI 48216
TELEPHONE: 313.210.1559
FACSIMILE: 415.840.9435
EMAIL: TELLIS@PEIFFERWOLF.COM

*COUNSEL FOR PLAINTIFF*

2                                    NOTICE OF DISMISSAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I electronically transmitted the foregoing

**NOTICE OF DISMISSAL** to the Clerk's Office using the CM/ECF System

for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS