Steve Schulte (TX SBN 24051306)
*Appearance Pro Hac Vice*
John Raggio (CA Bar No. 338261)
Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
schulte@ntrial.com
jraggio@ntrial.com
afurness@ntrial.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB <br><br> [PROPOSED] ORDER GRANTING NACHAWATI LAW GROUP PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION AND INFORMATION DESIGNATED AS CONFIDENTIAL PURSUANT TO ECF 176 CONTAINED IN CERTAIN NACHAWATI PLAINTIFFS' RESPONSE TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION REGARDING "FRAUDULENT" PLAINTIFF FACT SHEETS |
| This Document Relates to: <br><br> *Doe L.N v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00120-CRB <br><br> *Doe (T.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-00559-CRB <br><br> *Doe (BW) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04308-CRB <br><br> *Doe (ST) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04309-CRB <br><br> *Doe (A.R.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04313-CRB <br><br> *Doe (VB) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04317-CRB <br><br> *DOE (KH) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04326-CRB | |

1  *Doe (S.F.) v. Uber Technologies, Inc., et al.*,
2  No. 3:24-cv-04327-CRB

3  *Doe (SG) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-04353-CRB

4
   *Doe (TW) v. Uber Technologies, Inc., et al.*,
5  No. 3:24-cv-04356-CRB

6  *Doe (SW) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-04364-CRB
7
   *Doe (JG) v. Uber Technologies, Inc., et al.*,
8  No. 3:24-cv-04368-CRB

9
   *Doe (P.C.) v. Uber Technologies, Inc., et al.*,
10 No. 3:24-cv-04374-CRB

11 *Doe (CA) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05072-CRB
12
   *Doe (R.D.) v. Uber Technologies, Inc., et al.*,
13 No. 3:24-cv-05074-CRB

14
   *Doe (J.H.) v. Uber Technologies Inc., et al.*,
15 No. 3:24-cv-05079-CRB

16 *Doe (EB) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05110-CRB
17
   *DOE (AE) v. Uber Technologies, Inc., et al.*,
18 No. 3:24-cv-05121-CRB

19
   *Doe (D.G.) v. Uber Technologies, Inc., et al.*,
20 No. 3:24-cv-05169-CRB

21 *Doe (K.H.) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05174-CRB
22
   *Doe (SK) v. Uber Technologies, Inc., et al.*,
23 No. 3:24-cv-05710-CRB

24 *Doe (AM) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05765-CRB
25

26 *Doe (CS) v. Uber Technologies, Inc., et al.*,
   No. 3:24-cv-05964-CRB
27
   *Doe (GT) v. Uber Technologies, Inc., et al.*,
28 No. 3:24-cv-06051-CRB

2

[~~PROPOSED~~] ORDER                                                                                      Case No. 3:23-md-03084-CRB

|   |   |
|---|---|
| 1 | *Doe (E.W.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06073-CRB |
| 2 | |
| 3 | *Doe (J.D.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06074-CRB |
| 4 | |
| 5 | *Doe NLG (JV) v. Uber Technologies Inc., et al.*, No. 3:24-cv-08622-CRB |
| 6 | *Doe NLG (KC) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00072-CRB |
| 7 | |
| 8 | *Doe NLG (TT) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00075-CRB |
| 9 | |
| 10 | *Doe NLG (PO) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00358-CRB |
| 11 | *Doe NLG (LB) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00365-CRB |
| 12 | |
| 13 | *Doe NLG (BH) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00369-CRB |
| 14 | |
| 15 | *Doe NLG (BE) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00401-CRB |
| 16 | *Doe NLG (KK) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00673-CRB |
| 17 | |
| 18 | *Doe NLG (JN) v. Uber Technologies Inc., et al.*, No. 3:25-cv-00715-CRB |
| 19 | *Doe NLG (KL) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01265-CRB |
| 20 | |
| 21 | *Doe NLG (AH) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01266-CRB |
| 22 | |
| 23 | *Doe NLG (ZD) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01729-CRB |
| 24 | *Doe NLG (WB) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01799-CRB |
| 25 | |
| 26 | *Doe NLG (JN) v. Uber Technologies Inc., et al.*, No. 3:25-cv-01818-CRB |
| 27 | |
| 28 | *DOE NLG (AH) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02797-CRB |

3

*DOE NLG (KM) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02706-CRB

*DOE NLG (AV) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02855-CRB

*DOE NLG (KM) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02856-CRB

*Doe NLG (BC) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02899-CRB

*Doe NLG (RR) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02788-CRB

*Doe NLG (KM) v. Uber Technologies Inc., et al.*, No. 3:25-cv-02956-CRB

*Doe NLG (MH) v. Uber Technologies, et al.*, No. 3:25-cv-05163-CRB

# [PROPOSED] ORDER

Having considered Nachawati Law Group Plaintiffs' Administrative Motion to Seal Personal Identifying Information and Information Designated as Confidential Pursuant to ECF 176 Contained in Certain Nachawati Plaintiffs' Response to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion Regarding "Fraudulent" Plaintiff Fact Sheets (the "Sealing Motion") (ECF No. 4751), the Court hereby **ORDERS** that the following materials of the December 19, 2025 filings remain under seal, as requested in Plaintiffs' Sealing Motion:

| Document | Material to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Response | Redacted excerpts | Nachawati Law Group Plaintiffs' |
| Exhibits | Exhibits 1-2 (Uber Ride Information Forms which contain personal identifying information including names, addresses, and contact information) | Nachawati Law Group Plaintiffs' |
| Exhibits | Exhibits 3-10 (Defense Fact Sheets which contain personal identifying information including names, addresses, and contact information) | Nachawati Law Group Plaintiffs' |

**IT IS SO ORDERED.**

Dated: March 2, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge