1  **WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*

2  940 Lincoln Street
Denver, CO 80203

3  Tel: (720) 208-9417
Fax: (303) 376-6361

4  sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

5
*Attorney for Plaintiff*

6                              UNITED STATES DISTRICT COURT

7                              NORTHERN DISTRICT OF CALIFORNIA

8                              SAN FRANCISCO DIVISION

9

10  **IN RE: UBER TECHNOLOGIES, INC.**          Case No. 3:23-md-03084-CRB
    **PASSENGER SEXUAL ASSAULT**
    **LITIGATION**                              **NOTICE OF DISMISSAL WITHOUT**

11  _____          **PREJUDICE**

12  This Document Relates to:                   Judge:        Hon. Charles R. Breyer

13  *S.B. v. Uber Technologies, Inc., et al.,* No.   Courtroom:    6 – 17th Floor
    3:25-cv-08326-CRB

14

15          Plaintiff S.B., by and through undersigned counsel, hereby provides notice that the above-

16  captioned action has been dismissed without prejudice in accordance with the Court's Order granting

17  Defendants' Motion to Dismiss for Failure to Comply with Amended Pretrial Order No. 10, dated

18  February 17, 2026 (ECF 5253).

19          Dated: March 3, 2026

20                                              /s/ *Sommer D. Luther*
                                                **WAGSTAFF LAW FIRM**
21                                              Sommer D. Luther, CO 35053
                                                940 Lincoln Street
22                                              Denver, CO 80203
                                                Tel: (720) 208-9417
23                                              Fax: (303) 376-6361
                                                sluther@wagstafflawfirm.com
24                                              *Attorney for Plaintiff*

25

26

27

28

                                                1
                              NOTICE OF DISMISSAL WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated:  March 3, 2026

/s/ *Sommer D. Luther*
Sommer D. Luther

NOTICE OF DISMISSAL WITHOUT PREJUDICE