**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer |
| *J.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08822-CRB | Courtroom:   6 – 17th Floor |

Plaintiff J.J., by and through undersigned counsel, hereby provides notice that the above-captioned action has been dismissed without prejudice in accordance with the Court's Order granting Defendants' Motion to Dismiss for Failure to Comply with Amended Pretrial Order No. 10, dated February 17, 2026 (ECF 5253).

Dated: March 3, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*

1

2

### CERTIFICATE OF SERVICE

3

        I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of the

4

Court using the CM/ECF system, which will send notification of such filing via electronic mail to all

5

counsel of record as maintained in the CM/ECF electronic system.

6

7      Dated:  March 3, 2026

8

9                                             /s/ *Sommer D. Luther*
                                            Sommer D. Luther

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL WITHOUT PREJUDICE