**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*P.S. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-08574-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Judge:   Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

I, Sommer D. Luther, declare as follows:

1. I am an attorney at Wagstaff Law Firm appearing *Pro Hac Vice* in this matter. I am counsel of record for all filed Wagstaff claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently to the information below.

2. This declaration is made in support of Plaintiff's Motion to Reconsider Order Dismissing Cases for Failure to Comply with Amended PTO 10.

3. Plaintiff P.S. is currently incarcerated at the Flagler County Sheriff's Office Jail.

4. On January 23, 2026, my office successfully contacted Plaintiff P.S. at the facility to address the deficiencies in her PFS.

5. On January 28, 2026, my office spoke with Plaintiff at the facility to cure the remaining deficiencies in her PFS. On the same date, the PFS Verification and Authorizations were sent to the Jail via Federal Express.

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

6. Plaintiff P.S.'s PFS was uploaded to MDL Centrality on January 30, 2026, with an addendum stating that her signed Verification and Authorizations were pending receipt to my firm via FedEx from the Jail.

7. The signed Verification and Authorizations were uploaded to MDL Centrality on March 2, 2026.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2026

Respectfully submitted,

/s/
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff P.S.*

---

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10