**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*P.S. v. Uber Technologies, Inc., et al.*,<br>Case No. 3:25-cv-08574-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

This matter comes before the Court on Plaintiff P.S.'s Motion to Reconsider Order Dismissing Cases for Failure to Comply with Amended PTO 10.

Plaintiff's Motion is **GRANTED**. Plaintiff P.S. is hereby removed from the February 17, 2026 Order dismissing cases for failure to comply with Amended PTO 10, ECF No. 5253.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge