IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | MDL No. 3084 **PRETRIAL ORDER NO. 41: ORDER REGARDING JURY PROPOSAL FOR WHB 823 TRIAL** |

The Court is considering seating twelve jurors for the upcoming trial in the WHB 823 case, which would mirror the typical jury size for North Carolina state civil cases and provide a more representative sample for bellwether purposes. This jury expansion would be contingent on the Parties stipulating that a majority of at least nine jurors would be sufficient to reach a verdict, rather than requiring unanimity. Under this arrangement, the Court would also provide the Parties with three additional preemptory challenges each, for a total of six preemptory challenges per side.

The Parties are invited to provide their feedback to the Court's proposal by submitting a joint letter brief by March 6, 2026.

**IT IS SO ORDERED.**

Dated: March 3, 2026



CHARLES R. BREYER
United States District Judge