IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SESAL |
|---|---|

Having considered Plaintiff's December 26, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Opposition to Defendants' Motion to Quash Trial Subpoena | Portion of briefing referring testimony designated confidential | Uber |
| Exhibit A | Excerpts of the 4/10/2025 Deposition of Andrew Hasbun designated as confidential | Uber |

**IT IS SO ORDERED.**

Dated: March 3, 2026



Hon. Charles R. Breyer
United States District Judge

- 1 -   [PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB