UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE AND EXHIBITS |

Having considered Plaintiff's December 16, 2025 Administrative Motion to File Under Seal Portions of Plaintiff's Omnibus Motions in Limine and Exhibits, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Exhibit | Description of Material to Be Sealed |
|---|---|
| Portions of Plaintiff's Omnibus Motions in Limine | Excerpts containing the mental health history of Jaylynn Dean at p. 3.<br><br>Excerpts regarding the intimate aspects of Jaylynn Dean's personal life p. 4<br><br>Excerpts regarding past substance abuse by a third party at p. 5-6. |
| Exhibit 1 to Plaintiff's Omnibus Motions in Limine | Excerpts containing the names of third parties at 28:3, 28:5, 28:11, 28:14, 28:17, 91:7-8, 94:18, 94:21, 118:12, 118:18, 118:21, 132:5, 132:9, 132:16, 132:17-20, 133:2-3, 133:21, 134:10, 137:23, 140:23, 141:5, 168:21, 168:23, and 189:8.<br><br>Excerpts containing the intimate aspects of Jaylynn Dean's personal life at 28:19-29:25, 34:1-25, 118:3-19, 137:22-138:6, 138:19-24, and 140:7-141:13.<br><br>Excerpts containing the past medical and mental health history of Jaylynn Dean at 91:18-19, 92:14-94:1, 94:8-10, 132:4-134:20, 138:8-139:18, 139:25-140:4, and 166:1-168:22.<br><br>Excerpts regarding past substance use by a third party at 51:17-53:25 and 141:14-25. |
| Exhibit 2 to Plaintiff's Omnibus Motions in Limine | Excerpts regarding past medical and mental health history of a third party at 152:1-21. |

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
Hon. Charles R. Breyer
United States District Judge