Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc. and Rasier, LLC's (collectively, "Uber") Administrative Motion to Seal Certain Materials Attached to Uber's Omnibus Motions in Limine (the "Motion"), the Court hereby **ORDERS** that the following portions of the Omnibus Motions in Limine filings remain under seal, as requested in Uber's Motion:

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. 12 to Uber's Omnibus Motions in Limine (2025.08.07 Hannah Nilles Depo Ex. 1855) | Driver Personally Identifying Information ("PII") |
| Ex. 13 to Uber's Omnibus Motions In Limine (CHECKR000891) | Driver Personally Identifying Information ("PII") |
| Ex. 14 to Uber's Omnibus Motions In Limine (CHECKR000894) | Driver Personally Identifying Information ("PII") |
| Ex. 15 to Uber's Omnibus Motions In Limine (CHECKR000742) | Driver Personally Identifying Information ("PII") |
| Ex. 20 to Uber's Omnibus Motions In Limine (UBER-MDL3084-DFS00159669) | Internal Uber Hyperlinks |
| Ex. 23 to Uber's Omnibus Motions In Limine (UBER-MDL3084-DFS00003711) | Sealed in Full |
| Ex. 24 to Uber's Omnibus Motions in Limine (UBER-MDL3084-DFS00216657) | Internal Uber Hyperlinks |
| Ex. 26 to Uber's Omnibus Motions in Limine (UBER-MDL3084-DFS00159699) | Internal Uber Hyperlinks |

---

[1] In each case, Uber is the party claiming confidentiality.

**IT IS SO ORDERED.**

DATED: March 3, 2026

By: /s/ Charles R. Breyer
Hon. Charles R. Breyer
United States District Court Judge