1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | [PROPOSED] ORDER GRANTING PLAINTIFF'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE REDACTED-FILED UNDER SEAL |

Having considered Defendants' December 15, 2025 Administrative Motion to Consider Whether Another Party's Material Should be Redacted-Filed Under Seal and Plaintiff's December 22, 2025 Statement in Support of Defendants' Motion, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| **Exhibit 2** to the Declaration of Laura Vartain Horn in Support of Uber's Motion to Strike Plaintiff's Witness and Exhibits Lists (ECF 4672-3) | The names of third parties in Plaintiff Dean's case at 4:27, 5:1, 5:2, 5:7, and 5:10. |
| **Exhibit 3** to the Declaration of Laura Vartain Horn in Support of Uber's Motion to Strike Plaintiff's Witness and Exhibits Lists (ECF 4672-4) | The names of plaintiffs proceeding under pseudonym at rows 266, 274, 294, 312, 314, 315, 319, 320, 324, 325, 326, 327, 328, 337, 338, 339, 340, 341, 342, 343, 344, 413, 414, 415, 416, 417, 453, 457, 725, 951, 968, 969, 970, 971, 972, 973, 974, 975, 976, 977, 978, 979, 980, 981, 982, 1006, 1008, 1009, 1015, 1016, 1017, 1018, 2205, 3125, 3126, 3129, 3132, 3133, 3137, 3138, 3140, 3141, 3144, 3339, 3340, 3341, 3342, 3355, 3356, 3357, 3358, 3359, 3360, 3361, 3362, 3363, 3364, 3365, 3366, 3382, 3383, 3384, 3385, 3386, 3393, 3394, 3395, 3396, 3398, 3399, 3400, 3401, 3403, 3404, 3405, 3407, 3409, 3410, 3411, 3412, 3413, 3421, 3422, 3423, 3426, 3427, 3433, 3437, 3439, 3440, 3441, 3442, 3443, 3449, 3451, 3452, 3454, 3454, 3456, 3458, 3460, 3462, 3464, and 4655.<br><br>The names of third parties in Plaintiff Dean's and Plaintiff B.L.'s cases at rows 2646, 2651, 2676, 2677, and 4672.<br><br>The address of a third party in Plaintiff Dean's case at row 4527. |

**IT IS SO ORDERED.**

Dated: March 3, 2026

Hon. Charles R. Breyer
United States District Judge