IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL |
|---|---|

Having considered Plaintiff's December 12, 2025 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** ~~(IN PART) / DENIES (IN PART)~~ the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Motion | Portion of briefing referring to documents designated highly confidential and confidential | Uber |
| Exhibit C | December 4, 2025, Declaration of Todd Gaddis | Uber |
| Exhibit D | October 24, 2025, Rebuttal Expert Report of Vida Thomas | Uber |
| Exhibit H | Excerpts of Document bates stamped UBER-MDL3084-BW-00006299 | Uber |

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
HON. CHARLES R. BREYER
United States District Judge