UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*N.MP. v. Uber Technologies, Inc., et al., No. 3:25-cv-10776-CRB* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING WAGSTAFF LAW FIRM'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF N.MP.** |

    This matter comes before the Court on the Motion of Wagstaff Law Firm to withdraw as counsel for Plaintiff N.MP. in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. Wagstaff Law Firm's Motion is **GRANTED**. Wagstaff Law Firm and its attorneys are terminated as counsel of record for Plaintiff N.MP.

2. Pursuant to Local Rule 11-5(b), Wagstaff Law Firm is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as these Plaintiffs appear pro se or counsel appear on their behalf.

**IT IS SO ORDERED.**

Dated: _____

                                                                  _____
                                                                   HON. CHARLES R. BREYER
                                                                   United States District Court Judge