1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having considered Plaintiff's December 10, 2025, Administrative Motion to File Under Seal Exhibits to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Exhibit | Description of Material to Be Sealed |
|---|---|
| Exhibit 8 to Opposition | The birth date of Plaintiff at 21:7 and the name of third party S.M. at 192:11. |
| Exhibit 21 to Opposition | The birth date of third-party driver at 7:16-17. |
| Exhibit 22 to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment | The entirety of the exhibit, which is third-party driver's license, containing his name, birth date, address, photo, and driver's license number |
| Exhibit 63 to Opposition | The social security number, birth date, and driver's license number of third-party driver |
| Exhibit 64 to Opposition | The birth date, social security number, driver's license number, email address, and phone number of third-party driver |
| Exhibit 65 to Opposition | The email address of third-party driver |
| Exhibit 67 to Opposition | The email address of third-party driver |
| Exhibit 69 to Opposition | The entirety of the exhibit, which is third-party driver's license, containing his birth date, address, photo, and driver's license number |
| Exhibit 70 to Opposition | The birth date, social security number, driver's license number, email address, and phone number of third-party driver |

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
Hon. Charles R. Breyer
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 23-md-03084-CRB