**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*G.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09190-CRB | Case No. 3:23-md-03084-CRB<br><br>**REPLY REGARDING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF G.M.**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

### REPLY REGARDING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF G.M.

Counsel for Plaintiff G.M. respectfully submits this reply regarding their motion to withdraw as counsel. *See Docket No. 5212.*

On February 17, 2026, this Court granted Defendant's Motion to Dismiss for Failure to Comply with Amended Pretrial Order No. 10. *See Docket No. 5253*.

On March 3, 2026, a Notice of Dismissal Without Prejudice was filed in accordance with the Court's Order. *See Docket No. 5325*.

This Reply is moot given the Court granted Defendant's request for a dismissal.

1 | Dated: March 3, 2026

Respectfully submitted,

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: March 3, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*