C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine E. Cutter (SBN 312622)
**CUTTER LAW, P.C.**
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>*Hon. Judge Charles R. Breyer* |
| THIS DOCUMENT RELATES TO:<br><br>*Jane Roe CL 14 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04680-CRB<br><br>*Jane Roe CL 36 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05720-CRB<br><br>*Jane Roe CL 40 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05734-CRB<br><br>*Jane Roe CL 43 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05741-CRB<br><br>*Jane Roe CL 45 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05746-CRB<br><br>*Jane Roe CL 48 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05810-CRB<br><br>*Jane Roe CL 49 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05811-CRB<br><br>*Jane Roe CL 53 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05831-CRB<br><br>*Jane Roe CL 58 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05846-CRB | |

*Jane Roe CL 70 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06863-CRB

*Jane Roe CL 76 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07569-CRB

*Jane Roe CL 78 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07584-CRB

*Jane Roe CL 82 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08522-CRB

*Jane Roe CL 84 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08526-CRB

*Jane Roe CL 86 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08756-CRB

*Jane Roe CL 115 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01943-CRB

*Jane Roe CL 121 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02136-CRB

*Jane Roe CL 123 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02139-CRB

*Jane Roe CL 138 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03137-CRB

*Jane Roe CL 153 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03818-CRB

*Jane Roe CL 172 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04708-CRB

**NOTICE OF DISMISSAL**

Notice is hereby given pursuant to the Court's Order (ECF 5216) that the cases listed on the attached Exhibit A are dismissed without prejudice. As to Jane Roe CL 105, a Motion to Vacate was filed on February 26, 2026. (ECF 5305).

DATED: March 3, 2026                    Respectfully submitted,

/s/ Jennifer S. Domer
Jennifer S. Domer

C. Brooks Cutter
Jennifer S. Domer
Celine E. Cutter
CUTTER LAW, P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*ATTORNEYS FOR PLAINTIFFS*

EXHIBIT A

| Plaintiff Pseudonym | Case Number | MDLC ID |
|---|---|---|
| Jane Roe CL 14 | 3:24-cv-04680-CRB | 1776 |
| Jane Roe CL 36 | 3:24-cv-05720-CRB | 2095 |
| Jane Roe CL 40 | 3:24-cv-05734-CRB | 2100 |
| Jane Roe CL 43 | 3:24-cv-05741-CRB | 2104 |
| Jane Roe CL 45 | 3:24-cv-05746-CRB | 2106 |
| Jane Roe CL 48 | 3:24-cv-05810-CRB | 2110 |
| Jane Roe CL 49 | 3:24-cv-05811-CRB | 2111 |
| Jane Roe CL 53 | 3:24-cv-05831-CRB | 2115 |
| Jane Roe CL 58 | 3:24-cv-05846-CRB | 2120 |
| Jane Roe CL 70 | 3:24-cv-06863-CRB | 2599 |
| Jane Roe CL 76 | 3:24-cv-07569-CRB | 2680 |
| Jane Roe CL 78 | 3:24-cv-07584-CRB | 2682 |
| Jane Roe CL 82 | 3:24-cv-08522-CRB | 2703 |
| Jane Roe CL 84 | 3:24-cv-08526-CRB | 2705 |
| Jane Roe CL 86 | 3:24-cv-08756-CRB | 2714 |
| Jane Roe CL 115 | 3:25-cv-01943-CRB | 3258 |
| Jane Roe CL 121 | 3:25-cv-02136-CRB | 3264 |
| Jane Roe CL 123 | 3:25-cv-02139-CRB | 3266 |
| Jane Roe CL 138 | 3:25-cv-03137-CRB | 3281 |
| Jane Roe CL 153 | 3:25-cv-03818-CRB | 3443 |
| Jane Roe CL 172 | 3:25-cv-04708-CRB | 3552 |

NOTICE OF DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 3, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: March 3, 2026                    CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

NOTICE OF DISMISSAL