# EXHIBIT 1

John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDERS DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*WHB 1416 v. Uber Technologies, Inc., et al., No. 3:24-cv-05667-CRB* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10

3:23-md-03084-CRB

# INTRODUCTION

Plaintiff respectfully moves this Court to reconsider its Order to dismiss due to her failure to provide a signed verification to her Second Amended Plaintiff Fact Sheet. On March 2, 2026, Plaintiff uploaded her signed verification to MDL Centrality. She has complied with her discovery obligations under Amended PTO 10. In accordance with Local Rule 7-9, Plaintiff is filing a motion for leave to file this motion for reconsideration.

On October 22, 2025, Defendants filed an Amended Motion to Dismiss Cases for Failure to Comply with PTO 10. [No. 4203] Plaintiff WHB 1416's case was included as one of the cases Defendants sought to dismiss because she had not verified her Amended Plaintiff Fact Sheet. [No. 4203-A]. Plaintiff has since uploaded her executed verification to MDL Centrality and is in compliance with Amended PTO 10. **Ex. A** to the Declaration of Walt Cubberly. Plaintiff WHB 1416 respectfully submits that her case not be subject to dismissal with prejudice and instead be allowed to proceed.

# ARGUMENT

Federal Rule of Civil Procedure 59(e) allows a motion to reconsider a final order to made "no later than 28 days after the entry of the judgment." The Court entered dismissal with prejudice of Plaintiff's case on February 13, 2026. Plaintiff brings the present motion for leave within twenty-eight days of the Court's Order of dismissal.[1]

There are four grounds that justify the granting of a Rule 59(e) motion: "1) the motion is necessary to correct manifest errors of law or fact upon which the judgement is based; 2) the moving party presents newly discovered or previously unavailable evidence; 3) the motion is necessary to prevent manifest injustice; or 4) there is an intervening change in controlling law." *Hiken v. Dept. of Defense*, 836 F.3d 1037, 1042 (9th Cir. 2016)(*citing Turner v. Burlington*

---

[1] Twenty-eight days from February 13, 2026 is March 13, 2026,

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10

2

3:23-md-03084-CRB

*Northern Santa Fe R.R.*, 338 F.3d 1058, 1063 (9th Cir. 2003)). Moreover, "a district court has considerable discretion when considering a motion to amend a judgment under Rule 59(e)." *Turner*, 338 F.3d at 1063.

Here, Plaintiff files the present motion for reconsideration within the time limits permitted under Rule 59, and she has uploaded her signed fact sheet verification, the sole grounds upon which Defendant moved to dismiss her case. Plaintiff has presented new evidence (her uploaded, signed PFS verification) that was not available when the Court dismissed her case with prejudice on February 13, 2026. The motion is also necessary to prevent manifest injustice to Plaintiff who has satisfied her discovery obligations under Amended PTO 10.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court amend the Orders dismissing cases for failure to comply with PTO 10 to remove Plaintiff WHB 1416, and to allow her case to be reinstated to the active docket.

Dated: March 3, 2026

/s/ *Walt Cubberly*
John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

3

PLAINTIFF'S MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION OF ORDER
DISMISSING CASE FOR FAILURE TO COMPLY
WITH PTO 10

3:23-md-03084-CRB

John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 1416 v. Uber Technologies, Inc., et al., No. 3:24-cv-05667-CRB* | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDERS DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

This matter comes before the Court on Plaintiff WHB 1416's Motion for Reconsideration of Orders Dismissing Case for Failure to Comply with Amended PTO 10.

Plaintiff's Motion is **GRANTED**. The orders dismissing Plaintiff's case are amended such that Plaintiff's case is no longer dismissed. Plaintiff WHB 1416 is hereby removed from the February 13, 2026 order dismissing cases for failure to comply with PTO 10, ECF 5229 and the November 19, 2026 order dismissing cases for failure to comply with PTO 10, ECF 4442, and her case is reinstated to the active docket.

**IT IS SO ORDERED.**

Dated: _____

_____
**HON. CHARLES R. BREYER**
United States District Court Judge