John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**ATTORNEY WALTER CUBBERLY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*WHB 1416 v. Uber Technologies, Inc., et al., No. 3:24-cv-05667-CRB* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Walter Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before the courts of the state of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth therein, and if called to testify, I would testify competently to the information below.

2. This declaration is made in support of Plaintiff's Motion for Leave to File Motion for Reconsideration of Order Dismissing Case for Failure to Comply with PTO 10.

3. Plaintiff WHB 1416 uploaded a signed verification to her Plaintiff Fact Sheet to MDL Centrality on March 2, 2026. **Exhibit A** to the Declaration of Walt Cubberly.

4. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 3, 2026 in Houston, Texas.


Dated: March 3, 2026

                                     _____
Walter Cubberly

*Attorney for Plaintiff*

Declaration of Walter Cubberly                                             3:23-md-03084-CRB