# Exhibit A



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account

Return

## Plaintiff Information

Edit

**Plaintiff ID:** 2177
**Name:**
**Case Number:** 24-CV-05667

**Date of Birth:**
**Law Firm:** Williams Hart & Boundas, LLP

Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    Submitted    +

2. Plaintiff Fact Sheet    Submitted    +

3. PTO 10 Certification Form    Submitted    +

Registering Plaintiffs
If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2026 BrownGreer PLC. All rights reserved.

## Documents

Upload

Filter: ALL

Produce

Show 100 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 200527 | Plaintiff Verification of PFS | 03/02/2026 | Zamora, Gabriela | 03/02/2026 | Request Removal Approval |
| 168175 | PTO 10 Certification Form | 11/19/2025 | Rios, Rebecca | 11/19/2025 | |
| 149062 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 148670 | PTO 31 Notice of Additional Ride Receipt Discovery - Uber MDL - PTO 31 Notice for 2177 | 09/12/2025 | Admin, System | 09/12/2025 | |
| 123493 | Second Amended Plaintiff Fact Sheet | 07/01/2025 | Hall, Lisa | 07/01/2025 | |
| 99233 | PFS Deficiency Notice | 05/29/2025 | Krueger, Mike | 05/29/2025 | |
| 60724 | Plaintiff Verification of PFS | 02/20/2025 | Hall, Lisa | 02/20/2025 | Request Removal Approval |
| 45335 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 41661 | First Amended Plaintiff Fact Sheet | 12/31/2024 | Rios, Rebecca | 12/31/2024 | |
| 32917 | Limited Authorization to Disclose Health Information | 11/01/2024 | Rios, Rebecca | 11/01/2024 | Request Removal Approval |
| 32916 | Plaintiff Verification of PFS | 11/01/2024 | Rios, Rebecca | 11/01/2024 | Request Removal Approval |
| 32810 | Plaintiff Fact Sheet | 10/31/2024 | Rios, Rebecca | 10/31/2024 | |
| 18048 | Uber Ride Information Form | 08/27/2024 | Rodriguez, Julie | 08/27/2024 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2026 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|

## Correspondence

Record Correspondence

You can search for specific data by entering at least three characters of your search criteria in the boxes in each column header and then pressing Enter.

No correspondence available

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2026 BrownGreer PLC. All rights reserved.