John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND PLAINTIFFS MOTION FOR RECONSIDERATION OF ORDERS DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*WHB 1416 v. Uber Technologies, Inc., et al., No. 3:24-cv-05667-CRB* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1    This matter comes before the Court on Plaintiff WHB 1416's Motion for Leave to File

2   Motion for Reconsideration of Orders Dismissing Case for Failure to Comply with Amended

3   PTO 10 ("Motion for Leave").  Plaintiff's Motion for Leave is **GRANTED**.  Plaintiff is granted

4   leave to file her Motion for Reconsideration of Orders Dismissing Case for Failure to Comply

5   with Amended PTO 10 ("Motion for Reconsideration").  Plaintiff's Motion for Reconsideration

6   was attached as Exhibit A to her Motion for Leave and the Motion for Reconsideration is deemed

7   filed as of the date her Motion for Leave was filed.

8

9   **IT IS SO ORDERED.**

10

11  **Dated: _____**                        _____

12                                                        **HON. CHARLES R. BREYER**
                                                         United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON PAINTIFF'S MOTION                            3:23-md-03084-CRB
FOR    LEAVE    TO    FILE    MOTION    FOR
RECONSIDERATION