UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER ON DEFENDANTS' RESPONSE TO THE ORDER TO SHOW CAUSE REGARDING SEALING [ECF 5245]**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:   G-15th Floor |

Having considered Defendants' Response to the Order to Show Cause regarding sealing, dated March 3, 2026, ECF _____ ("Response"), the Court hereby ORDERS that the following material remain under seal as stated in Defendants' Response:

| Document | Description | Defendants' Request |
|---|---|---|
| **The Sanctions Response** (ECF 4780-3; redacted version filed at ECF 4783) | Confidential, non-public information regarding safety and compliance audit procedures developed and utilized by Uber in its Uber Eats (non-Rides) business as well as personally identifiable information ("PII"). | Seal in part (portions of pages 6 and 11) |
| **The Stanley Declaration** (ECF 4780-4; redacted version filed at ECF 4783-1) | Confidential, non-public information regarding safety and compliance audit procedures developed and utilized by Uber in its Uber Eats (non-Rides) business as well as PII. | Seal in part (portions of ¶¶17, 42) |
| **Exhibit 1 to the Stanley Declaration** (ECF 4780-5; redacted version filed at ECF 4783-2) | The *Smith* plaintiff's requests for production ("RFP") referencing PII. | Seal in part (portions of RFPs 65 and 70) |
| **Exhibit 2 to the Stanley Declaration** (ECF 4780-6; redacted version filed at ECF 4783-3) | Defendants' objections to RFPs in the *Smith* case referencing PII. | Seal in part (portions of RFPs 70 and 72) |

**IT IS SO ORDERED:**

Dated: _____

HON. LISA J. CISNEROS
United States Magistrate Judge