Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF DISMISSAL PURSUANT TO COURT ORDER** |
| This Document Relates to: | Judge: Honorable Charles R. Breyer |
| *Jane Doe NLG (J.R.) v. Uber Technologies Inc., et al,* Case No: 3:24-cv-00574 | |

## NOTICE OF DISMISSAL PURSUANT TO COURT ORDER FOR PLAINTIFF

Pursuant to the Court's February 10, 2026, Order (See Docket No. 5216), Plaintiff, Jane Doe NLG (J.R.)., and her counsel hereby give notice that the above-captioned action is dismissed, without prejudice, against all Defendants.

Dated: March 3, 2026

Respectfully submitted,
By: */s/ Arati Furness*
By: */s/ John Raggio*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711

Fax: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: March 3, 2026                                                  */s/ Arati Furness*
                                                                                   Arati Furness