Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG (C.H) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05340-CRB<br><br>*Jane Doe NLG (M.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01714-CRB<br><br>*Jane Doe NLG (M.L.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01717-CRB | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 5, 31**<br><br>Judge: Honorable Charles R. Breyer |

### I. INTRODUCTION

On November 21, 2025 Defendants filed an Amended Motion to Dismiss the claims of the above-captioned Plaintiffs on the grounds that Plaintiffs failed to comply with Pretrial Order ("PTO") No. 31. *See* ECF No. 3877. PTO 31 establishes procedures and deadlines related to the production of bona fide ride receipts or Uber Ride Forms. *See* ECF No. 175. Further, on December 5, 2025, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss. *See* ECF No. 4577. On February 10, 2026, this Court issued an Order dismissing without prejudice certain claims

identified in Exhibit D of Defendants' Motion to Dismiss and requiring that counsel for Plaintiffs file notices of dismissal and serve a Rule 26(g) certification within 14 days of the date of the Order. *See* ECF No. 4966. Plaintiffs now submit this Motion to Reconsider the Court's Order as it relates to the above captioned Plaintiffs.

## II.  ARGUMENT

### A.  The above-captioned Plaintiffs have complied with PTO 31.

Plaintiffs identified in Exhibit D have served Verified PTO 31 Statement via MDL Centrality as reflected by the production dates set forth therein. *See* Exhibit A. Counsel underwent extensive efforts to reestablish contact and communication with these Plaintiffs which were challenging but, ultimately, were successful before the date of the Court's Order.

Given that Plaintiffs have fully complied with their PTO 31 discovery obligations, Plaintiffs respectfully request that the Court reconsider dismissal of their cases and remove them from the dismissal Order, ECF No. 5216. Counsel for Plaintiffs believes that a reconsideration of the Order dismissing their cases is warranted as dismissal is unduly prejudicial to the Plaintiffs.

## III.  CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court amend the Order dismissing cases for failure to comply with PTO 31 to remove Plaintiffs.

Dated: March 3, 2026           Respectfully submitted,

By: */s/ Arati Furness*
By: */s/ John Raggio*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712

Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*

## EXHIBIT A

| | | |
|---|---|---|
| Jane Doe NLG (MLP) | 3:25-cv-01717 | |
| Jane Doe (CH) | 3:24-cv-05340 | |
| Jane Doe NLG (MG) | 3:24-cv-01714 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

1. Plaintiff's Motion for Reconsideration
2. Exhibit A
3. Proposed Order Granting Motion to Reconsider Order Dismissing Cases

*/s/ Arati C. Furness*