UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG (MLP) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01717-CRB<br><br>*Jane Doe (CH) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05340-CRB<br><br>*Jane Doe NLG (MG) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-01714 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31**<br><br>Judge: Honorable Charles R. Breyer |

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31, the Court hereby GRANTS Plaintiffs' Motion for Reconsideration and AMENDS its Order Dismissing Cases for Failure to Comply with PTO 31 (ECF No. 5216) to remove Plaintiffs Jane Doe NLG (MLP), 3:25-cv-01717, Jane Doe CH, 3:24-cv-05340 and Jane Doe NLG (MG), 3:24-cv-01714.

**IT IS SO ORDERED.**

DATED: _____            _____
　　　　　　　　　　　　　　　　　　　　HON. CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

CASE NO. 3:23-MD-03084-CRB    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31