Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG (D.H.) v. Uber Technologies Inc., et al., No.: 3:24-cv-04322-CRB*<br><br>*Jane Doe NLG (Y.E.) v. Uber Technologies, Inc., et al., No. 3:24-cv-04330-CRB*<br><br>*Jane Doe (S.W.) v. Uber Technologies, Inc., et al., No. 3:24-cv-04360-CRB*<br><br>*Jane Doe (E.N.) v. Uber Technologies, Inc., et al., No. 3:24-cv-04370-CRB*<br><br>*Jane Doe NLG L.B. v. Uber Technologies, Inc., et al., No. 3:24-cv-05115-CRB*<br><br>*Jane NLG (J.J.) v. Uber Technologies, Inc., et al., No. 3:24-cv-05343-CRB*<br><br>*Jane NLG (C.M.) v. Uber Technologies, Inc., et al., No. 3:24-cv-05718-CRB*<br><br>*Jane Doe NLG (T.M.) v. Uber Technologies, Inc., et al., No. 3:24-cv-0574-CRB* | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF DISMISSAL PURSUANT TO COURT ORDER**<br>Judge: Honorable Charles R. Breyer |

*Jane Doe NLG (K.M) v. Uber Technologies, Inc., et al., No. 3:24-cv-05796-CRB*

*Jane Doe NLG (E.P) v. Uber Technologies, Inc., et al., No. 3:24-cv-05946-CRB*

*Jane Doe NLG (S.S) v. Uber Technologies, Inc., et al., No. 3:24-cv-06076-CRB*

*Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al., No. 3:25-cv-01711-CRB*

*Jane Doe NLG (KS) v. Uber Technologies, Inc., et al., No 3:25-cv-02616-CRB*

*Jane Doe NLG (JH) v. Uber Technologies, Inc., et al., No 3:25-cv-02949-CRB*

*Jane Doe NLG (LL) v. Uber Technologies, Inc., et al., No 3:25-cv-05865-CRB*

*Jane Doe NLG (KF) v. Uber Technologies, Inc., et al., No 3:25-cv-06031-CRB*

## NOTICE OF DISMISSAL PURSUANT TO COURT ORDER FOR PLAINTIFFS

Notice is hereby given pursuant to the Court's February 17, 2026 Order (See ECF Docket No. 5216), that all cases listed on the attached Exhibit A are dismissed without prejudice. .

Dated: March 3, 2026

    Respectfully submitted,
    By: */s/ Arati Furness*
    By: */s/ John Raggio*
    Arati Furness (CA Bar No. 225435)
    John Raggio (CA Bar No. 338261)
    **NACHAWATI LAW GROUP**
    5489 Blair Road
    Dallas, Texas 75231

|   |   |
|---|---|
| 1 | Telephone: (214) 890-0711 |
| 2 | Fax: (214) 890-0712 |
|   | Email: afurness@ntrial.com |
| 3 | Email: jraggio@ntrial.com |
|   | *Counsel for Plaintiff* |

**EXHIIBT A**

| MDLC ID | Case Number | Plaintiff Pseudonym |
|---|---|---|
| 1490 | 3:24-cv-04322 | Jane Doe (D.H.) |
| 1493 | 3:24-cv-04330 | Jane Doe (Y.E.) |
| 1504 | 3:24-cv-04360 | Jane Doe (S.W.) |
| 1511 | 3:24-cv-04370 | Jane Doe (E.N.) |
| 2223 | 3:24-cv-05115 | L.B. |
| 2233 | 3:24-cv-05343 | J.J. |
| 2236 | 3:24-cv-05718 | Jane Doe (C.M.) |
| 2253 | 3:24-cv-05764 | T.M. |
| 2255 | 3:24-cv-05796 | K.M. |
| 2256 | 3:24-cv-05946 | E.P. |
| 2264 | 3:24-cv-06076 | S.S. |
| 3013 | 3:25-cv-01711 | NLG (A.B.) |
| 3151 | 3:25-cv-02616 | Jane Doe NLG (KS) |
| 3314 | 3:25-cv-02949 | NLG (JH) |
| 3748 | 3:25-cv-05865 | NLG (LL) |
| 3814 | 3:25-cv-06031 | NLG (KF) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: March 3, 2026                                         */s/ Arati C. Furnes*