Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF DISMISSAL PURSUANT TO COURT ORDER**<br><br>Judge: Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe NLG (R.K.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-07976-CRB<br><br>*Jane Doe NLG 5 (A.H.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-08112-CRB<br><br>*Jane Doe NLG (A.C.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-08187-CRB<br><br>*Jane Doe NLG (M.U.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-08264-CRB<br><br>*Jane Doe NLG 2 (T.B.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-08633-CRB<br><br>*Jane Doe NLG 2 (S.G.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-08707-CRB<br><br>*Jane Doe NLG 2 (J.H.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-08736-CRB<br><br>*Jane Doe NLG (V.S.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-08757-CRB<br><br>*Jane Doe NLG (M.S.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-09006-CRB<br><br>*Jane Doe NLG (M.O.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-09181-CRB | |

*Jane Doe NLG (J.R.) v. Uber Technologies Inc., et al.,*
No. 3:25-cv-09186-CRB

*Jane Doe NLG (R.M.) v. Uber Technologies Inc., et al.,*
No. 3:25-cv-09197-CRB

*Jane Doe NLG (A.B.) v. Uber Technologies Inc., et al.,*
No. 3:25-cv-09180-CRB

### NOTICE OF DISMISSAL PURSUANT TO COURT ORDER FOR PLAINTIFF

Notice is hereby given pursuant to the Court's February 17, 2026, Order (See ECF Docket No. 5253), that all cases listed on the attached Exhibit A are dismissed without prejudice.

Dated: March 3, 2026

Respectfully submitted,

By: */s/ Arati Furness*
By: */s/ John Raggio*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: jraggio@ntrial.com
Email: afurness@ntrial.com

*Counsel for Plaintiffs*

**EXHIBIT A**

| MDLC ID | Plaintiff Pseudonym | Case Number |
|---|---|---|
| 4103 | Jane Doe NLG (R.K) | 3:25-cv-07976-CRB |
| 4105 | Jane Doe NLG 5 (A.H.) | 3:25-cv-08112-CRB |
| 4107 | Jane Doe NLG (A.C.) | 3:25-cv-08187-CRB |
| 4110 | Jane Doe NLG (M.U.) | 3:25-cv-08264-CRB |
| 4241 | Jane Doe NLG 2 (T.B.) | 3:25-cv-08633-CRB |
| 4229 | Jane Doe NLG 2 (S.G.) | 3:25-cv-08707-CRB |
| 4634 | Jane Doe NLG 2 (J.H.) | 3:25-cv-08736-CRB |
| 4255 | Jane Doe NLG (V.S.) | 3:25-cv-08757-CRB |
| 4371 | Jane Doe NLG (M.S.) | 3:25-cv-09006-CRB |
| 4590 | Jane Doe NLG (M.O.) | 3:25-cv-09181-CRB |
| 4593 | Jane Doe NLG (J.R.) | 3:25-cv-09186-CRB |
| 4373 | Jane Doe NLG (R.M.) | 3:25-cv-09197-CRB |

| 4598 | Jane Doe NLG (A.B.) | 3:25-cv-09180-CRB |
|---|---|---|

CASE NO. 3:23-MD-03084-CRB          NOTICE OF DISMISSAL PURSUANT TO ORDER

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 3, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: March 3, 2026

                                                            */s/ Arati C. Furness*