William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB  <br><br>**DECLARATION OF SAMIRA J. BOKAIE IN SUPPORT OF LEVIN SIMES PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31** |
| This Document Relates to: *Jane Doe LS 185 v. Uber Technologies, Inc., et al., Case No.* 3:23-cv-05922-CRB  <br><br>*Jane Doe LS 291 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06020-CRB  <br><br>*Jane Doe LS 296 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-06021-CRB  <br><br>*John Doe LS 3 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05760-CRB  <br><br>*Jane Doe LS 54 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05387-CRB  <br><br>*Jane Doe LS 134 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-03811-CRB | |

1

Case No. 3:23-md-03084-CRB    DECL. OF SAMIRA J. BOKAIE ISO LEVIN SIMES PLAINTIFFS' REPLY ISO MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31

1  *Jane Doe LS 191 v. Uber Technologies, Inc., et al.,* Case No. 3:23-cv-05573-CRB

2
3  *John Doe LS 5 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05853-CRB

4  *Jane Doe LS 616 v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-05942-CRB

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1

CASE NO. 3:23-MD-03084-CRB   DECL. OF SAMIRA J. BOKAIE ISO LEVIN SIMES PLAINTIFFS' REPLY ISO MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31

I, Samira J. Bokaie, declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Reply in Support of Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31.

3. Jane Doe LS 185 submitted her ride identification form on February 15, 2024, and her PFS on November 15, 2024. Jane Doe LS 185 submitted her certified PTO 31 statement on January 16, 2026, along with an amended ride identification form.

4. Jane Doe LS 291 submitted her ride identification form on September 26, 2024, and her PFS on December 19, 2024. Jane Doe LS 291 submitted her certified PTO 31 statement on December 19, 2025.

5. Jane Doe LS 296 submitted her ride identification form on September 26, 2024, and her PFS on November 15, 2024. Jane Doe LS 296 submitted her certified PTO 31 statement on January 5, 2026, along with an amended ride identification form.

6. John Doe LS 3 submitted his ride identification form on September 26, 2024, and his PFS on December 22, 2024. John Doe LS 3 submitted his certified PTO 31 statement on January 5, 2026. He previously produced his messages with Uber support regarding the incident and his inability to access the receipt on December 5, 2025.

7. Jane Doe LS 134 submitted her ride identification form on February 15, 2024, and her PFS on December 18, 2024. The ride was ordered by an individual other than Plaintiff. Plaintiff has recently been able to obtain the police report, which was produced on February 5, 2026, which has allowed her to identify the exact date of incident. An amended ride identification form was produced to reflect this information on February 5, 2026.

3

CASE NO. 3:23-MD-03084-CRB   DECL. OF SAMIRA J. BOKAIE ISO LEVIN SIMES PLAINTIFFS' REPLY ISO MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31

8. Jane Doe LS 191 submitted her ride identification form on February 15, 2024, and her PFS on April 11, 2025. The ride was ordered by an individual other than Plaintiff.

9. John Doe LS 5 submitted his ride identification form on September 26, 2024, and his PFS on November 22, 2024. He submitted his certified PTO 31 statement on February 12, 2026 along with an amended ride information form.

10. Jane Doe LS 616 submitted her ride identification form on July 17, 2025, and her PFS on July 28, 2025. Jane Doe LS 616 submitted her certified PTO 31 statement on January 16, 2026, along with an amended ride identification form.

11. Jane Doe LS 54 submitted her ride identification form on September 25, 2024 and her PFS on November 15, 2024. Uber produced the DFS on March 17, 2025. On September 12, 2025, Uber gave written notice of Jane Doe LS 54's PTO 31 obligations. But on October 10, 2025, before the 30 days to provide the statement were up, Uber produced an Amended DFS which identified the ride which was canceled.

12. With respect to Jane Doe LS 54, given that Uber identified the ride at issue in the DFS, we did not believe it was necessary to submit a PTO 31 statement since there was no dispute that the canceled ride was the ride at issue in the case. We interpreted the Defense Fact Sheet to confirm the ride, and why there was no receipt, namely that the ride was canceled and there was "no financial transaction" that would a yield a ride receipt.

13. This was not a matter of willful noncompliance, as we believed that there was no issue of which ride that parties were discussing as it related to that particular case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 3, 2026, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
Samira J. Bokaie
*Attorneys for LS Plaintiff*

4

CASE NO. 3:23-MD-03084-CRB    DECL. OF SAMIRA J. BOKAIE ISO LEVIN SIMES PLAINTIFFS' REPLY ISO MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31