# EXHIBIT A

Exhibit A – Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Deadline to Comply with PTO 10 |
|---|---|---|---|---|---|
| 4477 | Jane Roe CL 225 | 3:25-cv-09555 | Failure to Provide Plaintiff Fact Sheet | 12/15/2025 | 1/14/2026 |
| 4614 | Jane Doe NLG (M.F.) | 3:25-cv-09589 | Failure to Provide Plaintiff Fact Sheet | 12/15/2025 | 1/14/2026 |
| 4461 | John Doe LS 16 | 3:25-cv-09767 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4548 | J.G. | 3:25-cv-09790 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4513 | K.C. | 3:25-cv-09794 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4515 | A.W. | 3:25-cv-09818 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4512 | E.M. | 3:25-cv-09824 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4623 | Jane Doe NLG (A.R.) | 3:25-cv-09839 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4624 | Jane Doe NLG (L.R.) | 3:25-cv-09842 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4483 | Jane Roe CL 231 | 3:25-cv-09860 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4484 | Jane Roe CL 232 | 3:25-cv-09861 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4492 | Jane Doe LS 658 | 3:25-cv-09914 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4486 | Jane Roe CL 234 | 3:25-cv-09916 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4542 | JA.M. | 3:25-cv-09965 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4546 | JE.M. | 3:25-cv-09971 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4514 | A.F. | 3:25-cv-09768 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4520 | Jane Doe LS 659 | 3:25-cv-10019 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| None | R.M. | 3:25-cv-10029 | Failure to Provide Plaintiff Fact Sheet | 12/29/2025 | 1/28/2026 |
| 4615 | B.D. | 3:25-cv-10369 | Failure to Provide Plaintiff Fact Sheet | 1/6/2025 | 2/5/2025 |
| 4616 | AN.C. | 3:25-cv-10403 | Failure to Provide Plaintiff Fact Sheet | 1/6/2025 | 2/5/2025 |
| 4626 | J.T. | 3:25-cv-10434 | Failure to Provide Plaintiff Fact Sheet | 1/6/2025 | 2/5/2025 |
| 4628 | K.L. | 3:25-cv-10472 | Failure to Provide Plaintiff Fact Sheet | 1/6/2025 | 2/5/2025 |
| 4642 | J.H. | 3:25-cv-10624 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4644 | B.G. | 3:25-cv-10627 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4647 | M.R. | 3:25-cv-10650 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4650 | AP.P. | 3:25-cv-10659 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |

Exhibit A – Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Deadline to Comply with PTO 10 |
|---|---|---|---|---|---|
| 4652 | Sha.R. | 3:25-cv-10714 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4671 | Jane Roe CL 247 | 3:25-cv-10725 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4673 | Jane Roe CL 249 | 3:25-cv-10727 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4630 | Jane Doe DMA (N.B.) | 3:25-cv-10736 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4674 | Jane Roe CL 250 | 3:25-cv-10737 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4662 | JE.H. | 3:25-cv-10742 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4663 | NE.R. | 3:25-cv-10743 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4664 | H.I. | 3:25-cv-10745 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4665 | LU.L. | 3:25-cv-10746 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4667 | JA.R. | 3:25-cv-10749 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4676 | Jane Roe CL 252 | 3:25-cv-10758 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4655 | SH.B. | 3:25-cv-10774 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4657 | N.MP. | 3:25-cv-10776 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4658 | AL.H. | 3:25-cv-10777 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4659 | K.B. | 3:25-cv-10778 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4661 | R.R. | 3:25-cv-10781 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4653 | D.A. | 3:25-cv-10856 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |
| 4654 | C.J. | 3:25-cv-10857 | Failure to Provide Plaintiff Fact Sheet | 1/20/2026 | 2/19/2026 |