# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Roe CL 225 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09555-CRB<br><br>*Jane Doe NLG (M.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09589-CRB<br><br>*John Doe LS 16 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09767-CRB<br><br>*J.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09790-CRB<br><br>*K.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09794-CRB<br><br>*A.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09818<br><br>*E.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09824-CRB<br><br>*Jane Doe NLG (A.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09839-CRB<br><br>*Jane Doe NLG (L.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09842-CRB<br><br>*Jane Roe CL 231 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09860-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

1
2   *Jane Roe CL 232 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09861-CRB

3   *Jane Doe LS 658 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09914-CRB
4
5   *Jane Roe CL 234 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09916-CRB

6   *JA.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09965
7
8   *JE.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09971-CRB

9   *A.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09768
10
11  *Jane Doe LS 659 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10019-CRB

12  *R.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10029-CRB
13
14  *B.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10369-CRB

15  *AN.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10403-CRB
16
17  *J.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10434-CRB

18  *K.L. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10472
19
20  *J.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10624-CRB

21  *B.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10627-CRB
22
23  *M.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10650-CRB

24  *AP.P. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10659-CRB
25
26  *Sha.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10714-CRB

27  *Jane Roe CL 247 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10725-CRB
28

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

*Jane Roe CL 249 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10727-CRB

*Jane Doe DMA (N.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10736-CRB

*Jane Roe CL 250 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10737-CRB

*JE.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10742-CRB

*NE.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10743-CRB

*H.I. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10745-CRB

*LU.L. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10746-CRB

*JA.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10749-CRB

*Jane Roe CL 252 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10758-CRB

*Sh.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10774-CRB

*N.MP. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10776-CRB

*Al.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10777-CRB

*K.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10778

*R.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10781-CRB

*D.A. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10856-CRB

*C.J. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10857-CRB

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF 4287).

2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

                                                    HON. CHARLES R. BREYER
                                                    United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

| MDLC ID | Case Number |
|---|---|
| 4477 | 3:25-cv-09555 |
| 4614 | 3:25-cv-09589 |
| 4461 | 3:25-cv-09767 |
| 4548 | 3:25-cv-09790 |
| 4513 | 3:25-cv-09794 |
| 4515 | 3:25-cv-09818 |
| 4512 | 3:25-cv-09824 |
| 4623 | 3:25-cv-09839 |
| 4624 | 3:25-cv-09842 |
| 4483 | 3:25-cv-09860 |
| 4484 | 3:25-cv-09861 |
| 4492 | 3:25-cv-09914 |
| 4486 | 3:25-cv-09916 |
| 4542 | 3:25-cv-09965 |
| 4546 | 3:25-cv-09971 |
| 4514 | 3:25-cv-09768 |
| 4520 | 3:25-cv-10019 |
| None | 3:25-cv-10029 |
| 4615 | 3:25-cv-10369 |
| 4616 | 3:25-cv-10403 |
| 4626 | 3:25-cv-10434 |
| 4628 | 3:25-cv-10472 |
| 4642 | 3:25-cv-10624 |
| 4644 | 3:25-cv-10627 |
| 4647 | 3:25-cv-10650 |
| 4650 | 3:25-cv-10659 |
| 4652 | 3:25-cv-10714 |
| 4671 | 3:25-cv-10725 |
| 4673 | 3:25-cv-10727 |
| 4630 | 3:25-cv-10736 |
| 4674 | 3:25-cv-10737 |
| 4662 | 3:25-cv-10742 |
| 4663 | 3:25-cv-10743 |
| 4664 | 3:25-cv-10745 |
| 4665 | 3:25-cv-10746 |
| 4667 | 3:25-cv-10749 |
| 4676 | 3:25-cv-10758 |
| 4655 | 3:25-cv-10774 |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Number |
|---|---|
| 4657 | 3:25-cv-10776 |
| 4658 | 3:25-cv-10777 |
| 4659 | 3:25-cv-10778 |
| 4661 | 3:25-cv-10781 |
| 4653 | 3:25-cv-10856 |
| 4654 | 3:25-cv-10857 |