**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
**Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.D. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10369-CRB | Case No. 3:23-md-03084-CRB<br><br>**SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF B.D.**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

COMES NOW, Plaintiff's Counsel for Plaintiff B.D., to respectfully request this Court DENY the prior Motion to Withdraw as Counsel as there have been significant and fundamental changes in circumstances.

1. On March 4, 2026, Plaintiff B.D. reached out to undersigned counsel.

2. Plaintiff B.D. reestablished contact and wishes to continue the attorney-client relationship.

3. In fact, Plaintiff B.D. was able to complete the requirements of of all Court-ordered documents which have been filed as of March 4, 2026.

4. Undersigned counsel no longer has concerns about certain information being inaccurate.

5. Denying the withdrawal serves the interests of justice by maintaining continuous

representation.

Given that the basis for Plaintiff's counsel to withdraw has been rectified, Plaintiff respectfully moves this Court to DENY the prior Motion to Withdraw as Counsel.

Dated: March 4, 2026                              Respectfully submitted,

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated:  March 4, 2026

/s/ *Sommer D. Luther*
Sommer D. Luther