UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WAGSTAFF LAW FIRM'S SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF B.D.** |
| This Document Relates to: | |
| *B.D. v. Uber Technologies, Inc., et al., No. 3:25-cv-10369-CRB* | |

I, Sommer D. Luther, declare:

1. I am a partner at Wagstaff Law Firm. I am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the matters stated herein.

2. On March 3, 2026, I filed a Reply to the Motion to Withdraw regarding Plaintiff B.D.

3. On March 4, 2026, Plaintiff B.D. called into Wagstaff Law Firm. During this meeting, Plaintiff B.D. established that she would like to reestablish the attorney-client relationship.

4. We have been able to obtain information to fulfill the discovery obligations in Plaintiff B.D.'s case.

5. Undersigned counsel no longer has concerns about any information being provided that may not have been accurate.

6. Under Rule 1.1.6(b)(4) of the California Rules of Professional Conduct, our withdrawal from the case is no longer necessary.

1    Executed this 4th day of March, 2026 in Denver, Colorado.

2

3

4    /s/

5    Sommer D. Luther

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WAGSTAFF LAW FIRM'S
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF B.D.