# Exhibit B

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO RECONSIDER AND PARTIALLY VACATE ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' OPPOSITION TO MOTION TO RECONSIDER

Case No. 3:23-md-03084-CRB

I, Christopher V. Cotton, state as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Opposition to Motion to Reconsider and Partially Vacate Order.

2. Attached as **Exhibit 1** is a true and correct copy of an email I received from Plaintiff's counsel Williams Hart & Boundas, LLP on December 17, 2025.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 4, 2026                    Respectfully submitted,

                                        By: /s/ Christopher V. Cotton
                                        Christopher V. Cotton (Admitted *Pro Hac Vice*)
                                        **SHOOK, HARDY & BACON L.L.P.**
                                        2555 Grand Blvd.
                                        Kansas City, MO 64108
                                        Telephone: (816) 474-6550
                                        ccotton@shb.com

                                        *Attorneys for Defendants*
                                        UBER TECHNOLOGIES, INC.;
                                        RASIER, LLC; and RASIER-CA, LLC

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 4, 2026                                  */s/ Laura Vartain Horn*
                                                      Laura Vartain Horn