# C. Cotton Decl. Exhibit 1

| | |
|---|---|
| **From:** | Margret Lecocke |
| **To:** | Cotton, Chris (SHB); Arnone, Mike (SHB) |
| **Subject:** | Amended MTD for Failure to Comply with PTO 31 (ECF 4442) - Request for Meet & Confer |
| **Date:** | Wednesday, December 17, 2025 11:35:01 AM |
| **Attachments:** | image977427.png<br>image317884.png<br>image767101.png<br>image220220.png<br>image910452.png |

**EXTERNAL**

Chris and Mike: Pursuant to Amended PTO 10, we would like to meet and confer regarding several plaintiffs listed in Exhibit A to your reply brief (ECF 4663) in the above-referenced filing.

We believe the following plaintiffs have satisfied PTO 31 and should be removed from Uber's motion to dismiss:

1. UI 2899, WHB 2053
2. UI 2165, WH 1334
3. UI 2855, WH 2064

Please let me know if you need any additional information or would like to schedule a call to discuss the above cases.

As always, I appreciate your time.


**Margret Lecocke**
Attorney
Direct: (713) 230-2362
mlecocke@whlaw.com



**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com

   

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

WKHBLLP