1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
|---|---|
| This Document Relates to: *All Cases on ECF 5279-2* | **JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE** <br><br> Judge: Hon. Charles R. Breyer <br> Courtroom: 6 – 17 Floor |

Plaintiffs and Defendants respectfully submit this Joint Stipulation regarding the briefing schedule for Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (ECF 5279) (the "Motion"):

WHEREAS, Defendants filed the Motion on February 19, 2026.

WHEREAS, the parties are continuing discussions to possibly narrow the issues or resolve the Motion and would benefit from the additional time.

WHEREAS, the current deadline for Plaintiffs to file responses to the Motion is March 5, 2026.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the parties to extend the briefing schedule as follows:

- Plaintiffs' Response Briefs:   March 9, 2026
- Defendants' Reply Brief:   March 16, 2026

By: /s/ Rachel B. Abrams
RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue Floor 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

/s/ Christopher V. Cotton
**KIRKLAND & ELLIS LLP**
ALLISON M. BROWN
JESSICA DAVIDSON
LAURA VARTAIN

**SHOOK, HARDY & BACON L.L.P.**
MICHAEL B. SHORTNACY
PATRICK L. OOT, JR.
CHRISTOPHER V. COTTON
ALYCIA A. DEGEN

**O'MELVENY AND MYERS LLP**
SABRINA H. STRONG
JONATHAN SCHNELLER

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**FILER'S ATTESTATION**

I hereby certify that on March 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                        */s/ Rachel Abrams*
                                        RACHEL ABRAMS