UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases on ECF 5279-2* | Case No.: 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17 Floor |

The Court hereby GRANTS the parties' joint stipulation to extend the briefing schedule as follows:

- Plaintiffs' Response Briefs:    March 9, 2026
- Defendants' Reply Brief:    March 16, 2026

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____, 2026

_____
Hon. Charles R. Breyer
United States District Court Judge

---

1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE