LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
MARTIN P. NEIRA (State Bar #333895)
mneira@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>E.P.,<br>              Plaintiff,<br>     v.<br>UBER TECHNOLOGIES, INC., et al.,<br>              Defendant. | Case No. 3084 CRB<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO PRE-TRIAL ORDER 10** |

Counsel for Plaintiff E.P. respectfully requests that her matter be removed from the list of cases subject to dismissal pursuant to Pretrial Order 10. Counsel has made the necessary certifications in MDL Centrality as mandated by that order.

Counsel for Plaintiff also reached out via email to counsel for the defense relaying this information, along with confirmation of the certification.

1
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO PRE-TRIAL ORDER 10 - CASE NO. 3084 CRB

1  For these reasons, Plaintiff E.P. respectfully requests that the motion be
2  denied with respect to her case.

4  Dated: March 5, 2026          WALKUP, MELODIA, KELLY & SCHOENBERGER

   By: _____
   KHALDOUN A. BAGHDADI
   SARA M. PETERS
   MARTIN P. NEIRA
   Attorneys for PLAINTIFF

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO PRE-TRIAL ORDER 10 - CASE NO. 3084 CRB