| | |
|---|---|
| 1 | MICHAEL B. SHORTNACY (SBN: 277035) |
| 2 | mshortnacy@shb.com<br>**SHOOK, HARDY & BACON L.L.P.** |
| 3 | 2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| 4 | Telephone: (424) 285-8330 |
| 5 | Facsimile: (424) 204-9093 |
| 6 | PATRICK OOT (Admitted *Pro Hac Vice*) |
| 7 | oot@shb.com<br>**SHOOK, HARDY & BACON L.L.P.** |
| 8 | 1800 K St. NW Ste. 1000<br>Washington, DC 20006 |
| 9 | Telephone: (202) 783-8400<br>Facsimile: (202) 783-4211 |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 333 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05930 | Case 3:23-cv-03084-CRB<br>MDL No. 3084<br><br>Honorable Charles R. Breyer<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE OF POSTPONEMENT OF DEPOSITION OF JANE DOE LS 333** |

1  PLEASE TAKE NOTICE that defendant Uber Technologies, Inc. is postponing the deposition of Jane Doe LS 333, which was originally scheduled for March 6, 2026, because (1) Jane Doe LS 333 has failed to produce in advance of the deposition the documents or declaration required by the Court's February 10, 2026 Order (ECF 5217); and (2) Jane Doe LS 333 is reportedly, according to her counsel at the Levin Simes law firm, unavailable in light of her work schedule to appear for the noticed deposition on March 6, 2026, for up to three hours as ordered by the Court. ECF 5217. The deposition will be rescheduled for a new mutually convenient date.

A list of all parties or attorneys for parties on whom this Notice of Postponement of Deposition is being served is shown on the accompanying Proof of Service.

Dated: March 5, 2026                **SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON

**SHOOK, HARDY & BACON L.L.P.**
ALYCIA A. DEGEN
MICHAEL B. SHORTNACY
PATRICK L. OOT, JR.
CHRISTOPHER V. COTTON

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## PROOF OF SERVICE

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 5 555 Mission Street, Suite 2300, San Francisco, CA 94105.

On the date shown below I served the following document(s): **DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE OF POSTPONEMENT OF DEPOSITION OF JANE DOE LS 333** on the interested parties named herein and in the manner indicated below:

| Parties | Representatives |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*Jane Doe LS 333 v. Uber Technologies, Inc., et al* | William A. Levin (SBN 98592)<br>Laurel L. Simes (SBN 134637)<br>David M. Grimes (SBN 324292)<br>Samira J. Bokaie (SBN 332782)<br>LEVIN SIMES LLP<br>1700 Montgomery Street, Suite 250<br>San Francisco, California 94111<br>Telephone: (415) 426-3000<br>Facsimile: (415) 426-3001<br>Email: wlevin@levinsimes.com<br>Email: llsimes@levinsimes.com<br>Email: dgrimes@levinsimes.com<br>Email: sbokaie@levinsimes.com |

☒ **E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the above documents to be sent to the person at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 5, 2026, at San Francisco, California.

*Deborah Hillburn*
_____
Deborah Hillburn