**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** March 5, 2026 | **Time:** 30 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:**  In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Roopal Luhana, Chaffin Luhana LLP; Rachel Abrams and Tiffany Ellis, Peiffer Wolf Carr Kane Conway & Wise, LLP, Sommer Luther, Wagstaff Law Firm; An Truong, Simmons Hanly Conroy, counsel for Plaintiffs.

**For Defendant:** Christopher Cox, Kirkland & Ellis; Michael Shortnacy, Shook Hardy & Bacon, counsel for Defendants.

 **Deputy Clerk:** Brittany Sims             **Recorded via Zoom:** 2:17 p.m.- 2:47 p.m.

**PROCEEDINGS**

Discovery Status Conference held.

Plaintiffs stated that they reassessed their position on section I of the joint status report (Dkt. No. 5288), regarding Drs. Zgoba and Orchowski's expert reports, and do not wish to pursue that issue at this time.  The Court directed the parties to file a stipulation.

The Court and the parties discussed the issues addressed in sections II and III of the status report, regarding a "backstop" deadline for case-specific discovery disputes in the first wave of bellwether cases.  The Court took the matter under submission and will issue an order.

The parties addressed their positions on the issues raised in section IV of the status report, which relate to a motion currently pending before Judge Breyer. The Court stated that such issues are for Judge Breyer to resolve unless and until they are referred to this Court.

The parties agreed that sections V through VIII of the status report are not ripe to raise with the Court at this time.  The parties stated that they intend to file a joint letter by next week regarding the issues addressed in section V.