TRACEY B. COWAN (Cal Bar No. 250053)
**CLARKSON LAW FIRM, P.C.**
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050
Email: tcowan@clarksonlawfirm.com

ASHLEY M. WASHINGTON (Cal Bar No. 275112)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: awashington@clarksonlawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.M. v. Uber Technologies, et al*<br>*Case No. 3:23-cv-04939* | **Case No. 23-md-03084-CRB**<br><br>**PLAINTIFF A.M.'S OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Date: March 27, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

Counsel for A.M. respectfully requests her matter be removed from the list of cases subject to dismissal pursuant to Pretrial Order 10. (Doc. No. 5279). Counsel has made the necessary certification in MDL Centrality as mandated by Pretrial Order 10.

On March 4, 2026, counsel for A.M. notified counsel for Defendant of the certification. On the same date, counsel for Defendant informed counsel for A.M. that Defendant Uber will remove A.M.'s case from its dismissal list in its reply. Uber's counsel confirmed he had no

1
PLAINTIFF A.M.'S OPPOSITION TO DEFEDANTS' MOTION TO DISMISS
CASES FOR FAILUTRE TO COMPLY WITH AMENDED PTO 10

1  objection to the instant opposition.

2

3      For these reasons, Plaintiff A.M. respectfully requests that her case be removed from the

4  list of cases subject to dismissal, and the motion be denied as moot with respect to her case.

5

6

7  Dated: March 5, 2026             Respectfully submitted,

8                                    By: */s/ Tracey B. Cowan*
                                  TRACEY B. COWAN (Cal Bar No. 250053)

9                                    **CLARKSON LAW FIRM, P.C.**
                                  95 3rd Street, 2nd Floor

10                                    San Francisco, CA 94103
                                  Telephone: (213) 788-4050

11                                    Email: tcowan@clarksonlawfirm.com

12

13                                    ASHLEY M. WASHINGTON (Cal Bar No. 275112)
                                  **CLARKSON LAW FIRM, P.C.**

14                                    22525 Pacific Coast Highway
                                  Malibu, CA 90265

15                                    Telephone: (213) 788-4050
                                  Email: awashington@clarksonlawfirm.com

16

17                                    *Counsel for Plaintiff*

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF A.M.'S OPPOSITION TO DEFEDANTS' MOTION TO DISMISS
CASES FOR FAILUTRE TO COMPLY WITH AMENDED PTO 10

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Tracey B. Cowan*
Tracey B. Cowan