# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS** |
| This Document Relates to:<br><br>*J.H. v. Uber Technologies, Inc., et al; 3:24-cv-03441-CRB* | |

1

# [PROPOSED] ORDER

Having considered Peiffer Wolf Carr Kane Conway & Wise, LLP's Motion to Reconsider Order Regarding Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show Cause Orders, the Court finds that the motion raises arguments that "could reasonably have been raised earlier in the litigation." *Kona Enters., Inc. v. Est. of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000)).

Therefore, the Court hereby DENIES the foregoing motion.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge