William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>SEE EXHIBIT A TO THE DECLARATION OF SAMIRA J. BOKAIE | **DECLARATION OF SAMIRA J. BOKAIE IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

I, Samira J. Bokaie, declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10.

3. The complete list of Levin Simes Plaintiffs subject to Defendants' Motion is attached hereto as **"Exhibit A."**

4. Since the filing of Uber's motion, we have produced dozens of records and are continuing to do so.

5. There are still some cases where records have not been produced by a Plaintiff's healthcare provider to our office.

6. We anticipated that we would need more time to complete the productions and requested an extension from Uber, in late December 2025. A true and correct copy of the email requesting the extension is attached hereto as **"Exhibit B."**

7. Uber was not amenable to the extension request. A true and correct copy of the email denying the extension is attached hereto as **"Exhibit C."**

8. There are seventy-two (72) Plaintiffs where all records in the possession of our office have been produced.

9. There a twenty (21) Plaintiffs where we are continuing to produce records.

10. There are fifteen (15) Plaintiffs where we are working with the client to identify the provider to be able to order the records.

11. There are five (5) Plaintiffs who are incarcerated or deceased.

12. There are sixteen (16) Plaintiffs who are already subject to dismissal on other grounds or have already been dismissed by this Court.

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

DECL. OF SAMIRA J. BOKAIE ISO LEVIN SIMES PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct. Executed on March 5, 2026, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*

Samira J. Bokaie
*Attorney for Levin Simes Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3

DECL. OF SAMIRA J. BOKAIE ISO LEVIN SIMES PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

# EXHIBIT A

**List of Levin Simes Plaintiffs' subject to Defendants' Motion to Dismiss (ECF No. 5279)**

| MDL ID No. | Jane Doe Pseudonym | Case No. |
|---|---|---|
| 2472 | Jane Doe LS 100 | 3:24-cv-05429 |
| 1185 | Jane Doe LS 103 | 3:23-cv-05442 |
| 1151 | Jane Doe LS 107 | 3:23-cv-05232 |
| 2311 | Jane Doe LS 139 | 3:24-cv-05527 |
| 2448 | Jane Doe LS 141 | 3:24-cv-05634 |
| 2339 | Jane Doe LS 147 | 3:24-cv-05957 |
| 2380 | Jane Doe LS 15 | 3:24-cv-05933 |
| 2351 | Jane Doe LS 153 | 3:24-cv-06011 |
| 1118 | Jane Doe LS 154 | 3:23-cv-03807 |
| 1140 | Jane Doe LS 155 | 3:23-cv-04374 |
| 1117 | Jane Doe LS 16 | 3:23-cv-03758 |
| 1135 | Jane Doe LS 164 | 3:23-cv-04373 |
| 1170 | Jane Doe LS 168 | 3:23-cv-05371 |
| 2474 | Jane Doe LS 184 | 3:24-cv-05609 |
| 2452 | Jane Doe LS 186 | 3:24-cv-05916 |
| 2476 | Jane Doe LS 187 | 3:24-cv-05432 |
| 2423 | Jane Doe LS 199 | 3:24-cv-05402 |
| 2320 | Jane Doe LS 205 | 3:24-cv-05896 |
| 2408 | Jane Doe LS 207 | 3:24-cv-05965 |
| 2401 | Jane Doe LS 208 | 3:24-cv-06024 |
| 2462 | Jane Doe LS 216 | 3:24-cv-06029 |
| 2364 | Jane Doe LS 228 | 3:24-cv-05575 |
| 1143 | Jane Doe LS 237 | 3:23-cv-03973 |
| 1178 | Jane Doe LS 241 | 3:23-cv-05413 |
| 1145 | Jane Doe LS 251 | 3:23-cv-05187 |
| 1176 | Jane Doe LS 256 | 3:23-cv-05410 |
| 1127 | Jane Doe LS 257 | 3:23-cv-04014 |
| 1172 | Jane Doe LS 265 | 3:23-cv-05377 |
| 2305 | Jane Doe LS 268 | 3:24-cv-05910 |
| 2305 | Jane Doe LS 268 | 3:24-cv-05910 |
| 2288 | Jane Doe LS 269 | 3:24-cv-05922 |
| 2526 | Jane Doe LS 275 | 3:24-cv-05415 |
| 2544 | Jane Doe LS 277 | 3:24-cv-05944 |
| 2454 | Jane Doe LS 289 | 3:24-cv-05883 |
| 1131 | Jane Doe LS 293 | 3:23-cv-04364 |
| 1191 | Jane Doe LS 302 | 3:23-cv-05577 |
| 2388 | Jane Doe LS 306 | 3:24-cv-06023 |
| 2500 | Jane Doe LS 307 | 3:24-cv-05569 |
| 1198 | Jane Doe LS 308 | 3:23-cv-05945 |
| 1182 | Jane Doe LS 317 | 3:23-cv-05424 |
| 1125 | Jane Doe LS 320 | 3:23-cv-04010 |
| 2516 | Jane Doe LS 324 | 3:24-cv-05920 |
| 2485 | Jane Doe LS 325 | 3:24-cv-05893 |

| 1180 | Jane Doe LS 326 | 3:23-cv-05415 |
|------|-----------------|---------------|
| 1183 | Jane Doe LS 33 | 3:23-cv-05427 |
| 1159 | Jane Doe LS 336 | 3:23-cv-05293 |
| 2411 | Jane Doe LS 337 | 3:24-cv-05892 |
| 2545 | Jane Doe LS 342 | 3:24-cv-05913 |
| 1146 | Jane Doe LS 346 | 3:23-cv-05193 |
| 1156 | Jane Doe LS 349 | 3:23-cv-05303 |
| 2316 | Jane Doe LS 352 | 3:24-cv-05880 |
| 1141 | Jane Doe LS 37 | 3:23-cv-04393 |
| 1150 | Jane Doe LS 375 | 3:23-cv-05230 |
| 1144 | Jane Doe LS 376 | 3:23-cv-05183 |
| 2323 | Jane Doe LS 378 | 3:24-cv-05875 |
| 2438 | Jane Doe LS 380 | 3:24-cv-05879 |
| 1158 | Jane Doe LS 384 | 3:23-cv-05292 |
| 1193 | Jane Doe LS 387 | 3:23-cv-05934 |
| 2393 | Jane Doe LS 395 | 3:24-cv-05867 |
| 2387 | Jane Doe LS 399 | 3:24-cv-05865 |
| 2412 | Jane Doe LS 4 | 3:24-cv-05931 |
| 2533 | Jane Doe LS 403 | 3:24-cv-05722 |
| 2397 | Jane Doe LS 410 | 3:24-cv-05873 |
| 2523 | Jane Doe LS 418 | 3:24-cv-05815 |
| 2310 | Jane Doe LS 419 | 3:24-cv-05263 |
| 2371 | Jane Doe LS 421 | 3:24-cv-05941 |
| 2289 | Jane Doe LS 429 | 3:24-cv-05797 |
| 2328 | Jane Doe LS 436 | 3:24-cv-05804 |
| 2449 | Jane Doe LS 44 | 3:24-cv-05595 |
| 2334 | Jane Doe LS 449 | 3:24-cv-05689 |
| 2342 | Jane Doe LS 451 | 3:24-cv-05757 |
| 2442 | Jane Doe LS 455 | 3:24-cv-05812 |
| 2477 | Jane Doe LS 456 | 3:24-cv-05654 |
| 2496 | Jane Doe LS 458 | 3:24-cv-05679 |
| 2543 | Jane Doe LS 460 | 3:24-cv-05640 |
| 2466 | Jane Doe LS 464 | 3:24-cv-05153 |
| 2370 | Jane Doe LS 468 | 3:24-cv-05685 |
| 2552 | Jane Doe LS 475 | 3:24-cv-05642 |
| 2443 | Jane Doe LS 478 | 3:24-cv-05151 |
| 2551 | Jane Doe LS 479 | 3:24-cv-05660 |
| 2348 | Jane Doe LS 480 | 3:24-cv-05549 |
| 2446 | Jane Doe LS 485 | 3:24-cv-05540 |
| 2365 | Jane Doe LS 494 | 3:24-cv-05547 |
| 2338 | Jane Doe LS 495 | 3:24-cv-05537 |
| 2405 | Jane Doe LS 508 | 3:24-cv-05425 |
| 2515 | Jane Doe LS 513 | 3:24-cv-05407 |
| 2349 | Jane Doe LS 515 | 3:24-cv-05421 |

| 2404 | Jane Doe LS 520 | 3:24-cv-05401 |
|------|-----------------|---------------|
| 2508 | Jane Doe LS 523 | 3:24-cv-05155 |
| 2479 | Jane Doe LS 529 | 3:24-cv-05422 |
| 2623 | Jane Doe LS 530 | 3:24-cv-07143 |
| 2650 | Jane Doe LS 536 | 3:24-cv-07659 |
| 2740 | Jane Doe LS 543 | 3:24-cv-09128 |
| 2752 | Jane Doe LS 544 | 3:24-cv-09180 |
| 2755 | Jane Doe LS 547 | 3:24-cv-09208 |
| 2925 | Jane Doe LS 550 | 3:25-cv-01327 |
| 2924 | Jane Doe LS 552 | 3:25-cv-01272 |
| 2991 | Jane Doe LS 555 | 3:25-cv-01744 |
| 3084 | Jane Doe LS 578 | 3:25-cv-02405 |
| 3087 | Jane Doe LS 580 | 3:25-cv-02460 |
| 3179 | Jane Doe LS 581 | 3:25-cv-02758 |
| 3176 | Jane Doe LS 584 | 3:25-cv-02806 |
| 3220 | Jane Doe LS 585 | 3:25-cv-02817 |
| 3174 | Jane Doe LS 587 | 3:25-cv-02830 |
| 3239 | Jane Doe LS 589 | 3:25-cv-03216 |
| 3240 | Jane Doe LS 590 | 3:25-cv-03217 |
| 3241 | Jane Doe LS 591 | 3:25-cv-03219 |
| 3242 | Jane Doe LS 592 | 3:25-cv-03266 |
| 3244 | Jane Doe LS 594 | 3:25-cv-03274 |
| 3379 | Jane Doe LS 597 | 3:25-cv-04070 |
| 3402 | Jane Doe LS 599 | 3:25-cv-04120 |
| 2538 | Jane Doe LS 60 | 3:24-cv-05618 |
| 3483 | Jane Doe LS 600 | 3:25-cv-04631 |
| 3513 | Jane Doe LS 602 | 3:25-cv-04813 |
| 3514 | Jane Doe LS 603 | 3:25-cv-04816 |
| 3537 | Jane Doe LS 604 | 3:25-cv-04954 |
| 3639 | Jane Doe LS 608 | 3:25-cv-05312 |
| 3640 | Jane Doe LS 609 | 3:25-cv-05328 |
| 3641 | Jane Doe LS 610 | 3:25-cv-05374 |
| 3673 | Jane Doe LS 613 | 3:25-cv-05475 |
| 3760 | Jane Doe LS 615 | 3:25-cv-05887 |
| 3794 | Jane Doe LS 623 | 3:25-cv-06308 |
| 3913 | Jane Doe LS 631 | 3:25-cv-07167 |
| 3916 | Jane Doe LS 632 | 3:25-cv-07213 |
| 2525 | Jane Doe LS 86 | 3:24-cv-05970 |
| 2554 | Jane Doe LS 9 | 3:24-cv-05942 |
| 1114 | Jane Doe LS 90 | 3:23-cv-03956 |
| 2426 | Jane Doe LS 95 | 3:24-cv-06007 |
| 1168 | Jane Doe LS 97 | 3:23-cv-05368 |
| 1179 | Jane Doe LS 98 | 3:23-cv-05412 |
| 2353 | Jane Doe LS 99 | 3:24-cv-05943 |

# EXHIBIT  B

| | |
|---|---|
| **From:** | Samira Bokaie |
| **To:** | Hoerl, Brandon J. (SHB) |
| **Cc:** | Bela Veksler; William Levin |
| **Subject:** | Levin Simes Client PTO 10 Extension Request |
| **Date:** | Tuesday, December 2, 2025 10:45:24 AM |
| **Attachments:** | Outlook-cjecrqx1 |
| | Outlook-tnr5d2yn.png |

Hi Brandon,

I hope you had a nice Thanksgiving! I am requesting a 45-day extension, until Monday January 19th, for the outstanding Levin Simes clients to comply with the amended PTO 10 certification form. We are working on obtaining all the records for those clients and completing the certification, but given the sheer volume and the holidays, we will need more time. We will of course continue to submit them on a rolling basis.

Feel free to call my cell if that will be helpful ██████████ 

Thanks!
Sam



**Samira Bokaie | Associate Attorney**
**LEVIN SIMES LLP**
**1700 Montgomery Street, Suite 250 | San Francisco, CA  94111**
**Direct (415) 426-3189 | Main (415) 426-3000 | Fax (415) 503-5251**



# EXHIBIT  C

| | |
|---|---|
| **From:** | Hoerl, Brandon J. (SHB) |
| **To:** | Samira Bokaie |
| **Cc:** | Bela Veksler; William Levin |
| **Subject:** | RE: Levin Simes Client PTO 10 Extension Request |
| **Date:** | Wednesday, December 3, 2025 2:03:00 PM |
| **Attachments:** | image002.png |

Samira,
Uber is not amenable to an extension to the Amended PTO 10 deadlines ordered by Judge Breyer. To the extent that one or multiple Plaintiffs represented by your firm are included in an upcoming motion related to Plaintiffs' noncompliance, your firm will have an opportunity to address as prescribed by the processes set forth in Amended PTO 10.
Thanks,
Brandon

---

**From:** Samira Bokaie <sbokaie@levinsimes.com>
**Sent:** Tuesday, December 2, 2025 12:45 PM
**To:** Hoerl, Brandon J. (SHB) <bhoerl@shb.com>
**Cc:** Bela Veksler <bveksler@levinsimes.com>; William Levin <wlevin@levinsimes.com>
**Subject:** Levin Simes Client PTO 10 Extension Request

**EXTERNAL**

Hi Brandon,

I hope you had a nice Thanksgiving! I am requesting a 45-day extension, until Monday January 19th, for the outstanding Levin Simes clients to comply with the amended PTO 10 certification form. We are working on obtaining all the records for those clients and completing the certification, but given the sheer volume and the holidays, we will need more time. We will of course continue to submit them on a rolling basis.

Feel free to call my cell if that will be helpful 

Thanks!
Sam



**Samira Bokaie | Associate Attorney**
**LEVIN SIMES LLP**
**1700 Montgomery Street, Suite 250 | San Francisco, CA  94111**
**Direct (415) 426-3189 | Main (415) 426-3000 | Fax (415) 503-5251**



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.