UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____

This Document Relates to:

SEE EXHIBIT A TO THE DECLARATION
OF SAMIRA J. BOKAIE

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY
WITH AMENDED PTO 10**

Date: March 27, 2026
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**[PROPOSED] ORDER**

Having considered Defendants' February 19, 2026 Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, the Court therefore hereby ORDERS as follows:

Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10 is DENIED as to the Levin Simes' Plaintiffs subject to the motion.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1

CASE NO. 3:23-MD-03084-CRB    [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10