E. SCOTT VERHINE (Ms Bar No. 10548)
**Verhine & Verhine. PLLC**
1013 Adams Street
Vicksburg, MS 39183
Telephone: 601.636.0791
Facsimile: 601.636.2718
Email: scott@verhine.biz

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*Jane Doe VV 2 (GKB).. v. UBER TECHNOLOGIES, INC., et al., 3:25-cv-07670-CRB* | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF E. SCOTT VERHINE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT UBER TECHNOLOGIES, INC., RAISER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASE FOR FAILURE TO COMPLY WITH PTO 10**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

## DECLARATION OF E. SCOTT VERHINE

I, E. Scott Verhine, declare as follows:

1. I am an attorney who is admitted to practice before this Court. My firm is Verhine & Verhine PLLC where I am the sole attorney and counsel of record for Plaintiff whose claim is subject to the Motion to Dismiss Cass for Failure to Comply with PTO 10. (Dkt 5279). The Declaration is made in support of Plaintiff's Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 10. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify

competently to the truth of the matters stated herein.

2. Defendants filed a "Notice of Overdue Discovery" on December 31, 2025 in the subject matter alleging that the requirements of PTO 10 had not been met by Plaintiff.

3. The firm of Verhine & Verhine PLLC was closed for the New Year's Holiday on December 31, 2025 through January 5, 2026.

4. E. Scott Verhine was unaware that there was overdue discovery until after Defendant's filed their Motion to Dismiss.

5. Verhine & Verhine staff members uploaded a Plaintiff Fact Sheet to the MDL Centrality portal on September 30, 2025 and uploaded an Amended Plaintiff Fact Sheet on October 20, 2025. Additionally, staff members uploaded ride receipts and other responsive documents to the portal on September 30, 2025.

6. The required form pursuant to PTO 10 has been uploaded and produced to Defendants as of this date.

**SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority in and fore the state and county aforesaid, the within named E. SCOTT VERHINE who did state under oath that all facts and matters contained herein are true and correct to the best of his knowledge.**

*/s/ E. Scott Verhine*
E. Scott Verhine

Sworn to and subscribed before me this the 5th day of March, 2026.

*/s/ Lisa M. McGee*
NOTARY PUBLIC

MY COMMISSION EXPIRES:

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 85032, LISA M. McGEE, Commission Expires April 18, 2027, WARREN COUNTY]

CASE NO. 3:23-md-03084-CRB            2            DECLARATION OF E. SCOTT VERHINE