E. SCOTT VERHINE (Ms Bar No. 10548)
**Verhine & Verhine. PLLC**
1013 Adams Street
Vicksburg, MS 39183
Telephone: 601.636.0791
Facsimile:  601.636.2718
Email: scott@verhine.biz

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB <br><br> **[PROPOSED] ORDER** <br><br> Judge: Hon. Charles R. Breyer <br><br> Courtroom:  6-17th Floor |
| *This document relates to:* <br><br> *JANE DOE VV2 (GKB).. v. UBER TECHNOLOGIES, INC., et al.,* 3:25-cv-07670-CRB | |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Case for Failure to Comply with PTO 10, the papers filed in support and opposition, and the record in this case, the Court therefore hereby ORDERS as follows:

Defendants' Motion to Dismiss [ECF No. 5297] as it relates to Plaintiff Jane Doe VV 2 (GKB) is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Judge

CASE NO. 3:23-md-03084-CRB            1            [Proposed] Order

CASE NO. 3:23-md-03084-CRB    2    [Proposed] Order