RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *V.R. v. UBER TECHNOLOGIES, INC., et al., 3:26-cv-01687-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on February 26, 2026.

///

///

///

1   Dated: March 6, 2026                    Respectfully submitted,

2
                                            By: */s/ Rachel B. Abrams*
3                                           RACHEL B. ABRAMS (Cal Bar No. 209316)
                                            ADAM B. WOLF (Cal Bar No. 215914)
4                                           **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                            555 Montgomery Street, Suite 820
5                                           San Francisco, CA 94111
                                            Telephone: 415.766.3544
6                                           Facsimile: 415.840.9435
                                            Email: rabrams@peifferwolf.com
7                                                   awolf@peifferwolf.com

8
                                            TIFFANY R. ELLIS (*Admitted PHV*)
9                                           **Peiffer Wolf Carr Kane Conway & Wise, LLP**
                                            15 E. Baltimore Ave.
10                                          Detroit, MI 48202
                                            Telephone: 313.210.1559
11                                          Facsimile: 415.840.9435
                                            Email: tellis@peifferwolf.com

12
                                            *Counsel for Plaintiff*
13

14

15                      **<u>CERTIFICATE OF SERVICE</u>**

16         I hereby certify that on March 6, 2026, I electronically transmitted the foregoing

17   **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

18   for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

19

20                                          */s/ Rachel B. Abrams*
                                            Rachel B. Abrams
21

22

23

24

25

26

27

28