Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)  <br> **[PROPOSED]** ORDER |
| This Document Relates to: <br><br> PLAINTIFF B.F. <br> Case No. 3:25-cv-04466 <br><br> PLAINTIFF H.S.01 <br> Case No. 3:25-cv-01999 | |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Personally Identifying Information Contained in Defendants' Opposition to Motions to Withdraw, the Court hereby **ORDERS** that the following portions of the August 19, 2025 filings remain under seal, as requested in Uber's Motion:

| Document | Text to Be Sealed | Party Claiming Confidentiality |
|---|---|---|
| August 19, 2025 Opposition to Motions to Withdraw | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED: March 6, 2026

