*[Submitting counsel below]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>Judge: Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*WHB 823 v. Uber Technologies, Inc., et al.*<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | **PLAINTIFF'S PROPOSED JUROR QUESTIONNAIRE** |

1  Pursuant to the Order Granting Joint Proposed Pretrial Scheduling Order Dkt. 5249, Plaintiff
2  respectfully submits her proposed juror questionnaire meant to augment the Western District of North
3  Carolina's standard questionnaire for the Court's review.

4  Attached as **Exhibit A** is the Western District of North Carolina's standard questionnaire.
5  Attached as **Exhibit B** is Plaintiff's proposed supplemental questionnaire. Attached as **Exhibit C** is
6  Pretrial Order No. 37 as reference as to what this Court adopted in *Jaylynn Dean v. Uber, Inc.,* Case No.
7  2:25-cv-PHX-CRB, Dkt. 4513.

Dated: March 6, 2026

By: */s/ Sejal K. Brahmbhatt*

Sejal K. Brahmbhatt
John Eddie Williams, Jr.
John Boundas
Brian Abramson
Margret Lecocke
Walt Cubberly
Batami Baskin
Myles Shaw
Joseph C. Melugin
Stasja Drecun
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*