# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *Jaylynn Dean v. Uber, Inc.*, Case No. 2:25-cv-PHX-CRB | MDL No. 3084 **PRETRIAL ORDER NO. 37: ORDER REGARDING *DEAN* JUROR QUESTIONNAIRE** |

The Court has considered the parties' proposed supplemental questions, as well as the District of Arizona's standard questionnaire, and has finalized the attached juror questionnaire. This document has been shared with the District of Arizona Clerk of Court to be administered to potential jurors according to their standard procedure.

**IT IS SO ORDERED.**

Dated: December 3, 2025

CHARLES R. BREYER
United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**JUDGE BREYER**
**CONFIDENTIAL JUROR QUESTIONNAIRE**

Pool Sequence Number:
Trial Date: January 13, 2026

You have been randomly selected for a trial that is expected to last 15 days. Jury selection will be held on January 8, 2026. If you are selected to serve, the case will begin on January 13, 2026.

**Trial days will be:  Tuesday-Friday**

Unless otherwise modified by the judge, most trial days will begin at 9:00 a.m. with a late morning break, an hour lunch around 12:00 p.m., a late afternoon break, and ending around 4:30 p.m.

1. Given the above information, would the length of the trial or the proposed schedule create an undue hardship for you if selected to serve on the jury?

    ☐ Yes    ☐ No

    If yes, please explain: _____

    _____

2. In this case, Plaintiff alleges that she was raped by her Uber driver in Tempe, Arizona on November 15, 2023. Plaintiff asserts that Uber was negligent and should be held legally and financially responsible for the actions of the driver. Uber denies that it was negligent or that it should be held legally responsible for the actions of the driver.

    Given the nature of the case, if selected, can you be a fair and impartial juror?

    ☐ Yes    ☐ No

    If you answered "No," such that you believe you could NOT be a fair and impartial juror due to the subject matter of the case, please explain why:

    _____

_____

3. Do you, or a member of your household, have any health concerns or disabilities that you believe might affect your duties as a juror or would make it difficult to be a fair, impartial and attentive juror? These may include communicable disease concerns or any conditions that would cause you to have difficulty observing or seeing, listening or hearing, or sitting for long periods of time.

     ☐ Yes   ☐ No

If yes, please explain: _____

_____

4. Do you have any difficulties understanding or reading the English language that might affect your duties as a juror?

     ☐ Yes   ☐ No

If yes, please explain: _____

_____

5. Age: _____

6. General Address (i.e., crossroads and city):
   _____

7. How long have you lived at your current residence?
   _____

8. Where do you work? (If retired, where did you work just before you retired?

_____

_____

9.  What kind of work do you do? (If retired, what was the nature of the work you performed?)

    _____

    _____

10. What level of school did you reach? Describe any degrees you have received.

    _____

    _____

11. Are you married or in a long-term committed relationship or domestic partnership?

    ☐ Yes    ☐ No

    If you are currently married, what type of work does your spouse, partner, or person you are in a long-term relationship with do? If he/she is retired, what was the nature of the work he/she did prior to retirement?

    _____

    _____

12. Do you have any children?

    ☐ Yes    ☐ No

    If you answered "Yes" and your children are under the age of 18, please provide their ages.

    _____

13. Have you ever served on a jury before?

☐ Yes   ☐ No

If yes, please explain the nature of the case and how it was resolved:

_____

_____

14. If applicable, is there anything in your previous jury service that would influence you in deciding the issues in this case?

☐ Yes   ☐ No

If yes, please explain: _____

_____

15. Have you or any immediate family members (including your spouse, partner, person you are in a long-term relationship with, parents, children, sisters and brothers) ever been involved in a lawsuit?

☐ Yes   ☐ No

If yes, please explain the nature of the lawsuit and how you or your immediate family member was involved:

_____

_____

16. Have you, a family member, or someone close to you ever had any training, courses, or worked in or around the following areas?

| | | | |
|---|---|---|---|
| App Development | ☐ Self | ☐ Somone Close | ☐ No |
| Computer Engineering | ☐ Self | ☐ Somone Close | ☐ No |
| Data Analytics | ☐ Self | ☐ Somone Close | ☐ No |
| Insurance/Claims | ☐ Self | ☐ Somone Close | ☐ No |
| Law Enforcement | ☐ Self | ☐ Somone Close | ☐ No |
| Law/Legal | ☐ Self | ☐ Somone Close | ☐ No |
| Marketing | ☐ Self | ☐ Somone Close | ☐ No |
| Medicine | ☐ Self | ☐ Somone Close | ☐ No |

| | | | |
|---|---|---|---|
| Psychology/Counseling | ☐ Self | ☐ Somone Close | ☐ No |
| Social Work | ☐ Self | ☐ Somone Close | ☐ No |
| Teaching/Education | ☐ Self | ☐ Somone Close | ☐ No |
| Transportation | ☐ Self | ☐ Somone Close | ☐ No |
| Sexual Assault Victim Advocacy | ☐ Self | ☐ Somone Close | ☐ No |

If yes to any of the above, please explain: _____

_____

17. Have you or anyone close to you ever filed a lawsuit, including claims for personal injury, workers' compensation, disability, unemployment, a business loss, public assistance, COVID relief, bankruptcy, or any other claim for monetary compensation or assistance?
   ☐ Self        ☐ Somone Close     ☐ No

If yes, please explain: _____

_____

18. What is your opinion on Uber?
   ☐ Positive        ☐ Neutral        ☐ Negative

If negative, please explain: _____

_____

19. Have you or anyone close to you ever worked for, done business with, or had a financial interest in Uber, Lyft, or a comparable rideshare provider or taxi service?
   ☐ Self        ☐ Somone Close     ☐ No

If yes, please explain: _____

_____

20. Do you use Uber, Lyft, or comparable rideshare apps?
   ☐ Yes        ☐ No

If yes, please explain: _____

_____

21. Have you or anyone close to you ever had a negative experience with a rideshare company?
    ☐ Self       ☐ Somone Close      ☐ No

    If yes, please explain: _____

    _____

22. Have you read, seen, or heard news coverage of lawsuits involving rideshare companies?
    ☐ Yes        ☐ No

    If yes, please explain: _____

    _____

23. Have you or anyone close to you been a victim of sexual assault, whether it was reported to the authorities or not?
    ☐ Self       ☐ Somone Close      ☐ No

24. Have you or anyone close to you ever been accused (rightly or wrongly) of sexual harassment, sexual abuse, sexual assault, inappropriate touching, or inappropriate sexual behavior?
    ☐ Self       ☐ Somone Close      ☐ No

    If yes, please explain: _____

    _____

25. Do you drink alcohol?
    ☐ Yes        ☐ No

    If no, is there a reason why not? _____

    _____

26. Do you have any strong feelings about the justice system in this country, including but not limited to your feelings about judges and lawyers, that would prevent you from giving either party a fair hearing in this matter?

    ☐ Yes    ☐ No

If yes, please explain: _____

_____

27. Is there anything that the lawyers or the judge should know about you that has not been asked in these questions before it is decided who will be on the jury?

_____

_____

☐    By checking this box, I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

_____

NAME

_____

DATE

## Notice

For your safety and the safety of all others, if you develop any symptoms such as fever or chills, cough, sore throat, nasal congestion or runny nose (unless attributable to allergies), unusual muscle aches, shortness of breath or difficulty breathing, nausea or vomiting, or diarrhea **do not report for jury service**.  Contact the jury administrator at: 602-322-7278.