*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Technologies, Inc.;*<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**JOINT SUBMISSION REGARDING JURY PROPOSAL FOR <u>WHB 823</u> TRIAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Defendants Uber Technologies, Inc., et al. and Plaintiff WHB 823 (the "Parties"), by and through their undersigned counsel, respectfully submit this joint letter in response to Pretrial Order No 41: Order Regarding Jury Proposal For WHB 823 Trial.

## I. PLAINTIFF'S STATEMENT

Plaintiff agrees to seating twelve jurors for the upcoming trial in the WHB 823 case, which as the Court observed would mirror the typical jury size for North Carolina state civil cases. Plaintiff also agrees that having twelve jurors in this bellwether case will necessarily yield a more representative sample for bellwether purposes, assuming that unanimity is not required. Simply put, this furthers the goal of the bellwether process. In PTO 41, the Court stated that this "jury expansion would be contingent on the Parties stipulating that a majority of at least nine jurors would be sufficient to reach a verdict, rather than requiring unanimity." Plaintiff is willing to so stipulate, as well as to a total of six peremptory challenges per side.

## II. DEFENDANTS' STATEMENT

Defendants have carefully evaluated the Court's proposal in PTO 41 regarding the number of jurors in the WHB 823 trial. While Defendants appreciate the Court's desire to seat a larger jury for representative sample purposes, Defendants are unable to stipulate that a majority of at least nine jurors would be sufficient to reach a verdict.

DATED: March 6, 2026                               Respectfully submitted,

*/s/ John Boundas*                                 */s/ Laura Vartain Horn*

Sejal Brahmbhatt                                   Laura Vartain Horn (SBN 258485)
John Eddie Williams, Jr.                           **KIRKLAND & ELLIS LLP**
John Boundas                                       555 California Street, Suite 2700
Brian Abramson                                     San Francisco, CA 94104
Margret Lecocke                                    Telephone: (415) 439-1625
Walt Cubberly                                      laura.vartain@kirkland.com
Batami Baskin
Myles Shaw                                         Allison M. Brown (Admitted *Pro Hac Vice*)
Joseph C. Melugin                                  **KIRKLAND & ELLIS LLP**
Stasja Drecun                                      2005 Market Street, Suite 1000
**WILLIAMS HART & BOUNDAS LLP**                    Philadelphia, PA 19103
8441 Gulf Freeway, Suite 600                       Telephone: (215) 268-5000
Houston, TX 77017-5051                             alli.brown@kirkland.com

Telephone: (713) 230-2227
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff*
WHB 823

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC