1 | John Eddie Williams, Jr.
2 | Brian Abramson
  | Margret Lecocke
3 | Walt Cubberly (SBN 325163)
  | Batami Baskin
4 | Myles Shaw
  | WILLIAM HART & BOUNDAS, LLP
5 | 8441 Gulf Freeway, Suite 600
  | Houston, Texas 77017-5051
6 | Telephone: (713) 230-2200
7 | Facsimile: (713) 643-6226
  | Email: jwilliams@whlaw.com
8 | Email: babramson@whlaw.com
  | Email: mlecocke@whlaw.com
9 | Email: wcubberly@whlaw.com
  | Email: bbaskin@whlaw.com
10 | Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 4456]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 1334 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05624<br><br>*WHB 2064 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01101<br><br>*WHB 2053 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01237 | |

## INTRODUCTION

On November 21, 2025, Defendants filed a Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders. [ECF. 4456] Plaintiffs WHB 1334, WHB 2053, and WHB 2064's case were included in the group of cases Defendants sought to dismiss. [ECF 4456-1]. All three plaintiffs have uploaded signed ride receipt statements to MDL Centrality.

## BRIEF HISTORY

Plaintiffs responded to Defendants' November 21 Motion to Dismiss on December 5, 2025. [ECF 4579] Defendants filed a reply brief on December 12, 2025. [ECF 4663] On December 16, 2025, Plaintiffs WHB 1334, WHB 2053, and WHB 2064 uploaded signed bona fide ride receipt statements to MDL Centrality. **Exhibits A - C** to the Declaration of Walt Cubberly.

One day later, Plaintiffs' counsel contacted Defendants' counsel to request a meet and confer based on the fact that these three plaintiffs had satisfied their obligations under PTO 31 and should be removed from Defendants' motion to dismiss. **Exhibit D** to the Declaration of Walt Cubberly.[1]

On February 10, 2026, the Court ordered Plaintiffs WHB 1334, WHB 2053, and WHB 2064's cases dismissed without prejudice. [ECF 5216]

## ARGUMENT

Pursuant to Amended PTO 10, if the Court dismisses a case without prejudice, the Order will be converted to a dismissal with prejudice upon Uber's motion unless (1) a plaintiff submits the information required under the order or (2) moves to vacate the dismissal without prejudice

---

[1] Counsel for Defendants has since responded to Plaintiffs' counsel's second request, noting that Defendants will not stipulate to a motion to vacate for these three plaintiffs because Plaintiffs did not upload their ride receipt statements until three weeks after Defendants filed their motion to dismiss. **Exhibit E**. Defendants have not filed a motion to convert the dismissal without prejudice to a dismissal with prejudice. [ECF 4287, ln. 17 – 19]

within the same time period [no earlier than 30 days after the Court's entry of the order of Dismissal Without Prejudice]. [ECF 4287] The entry of the Order of Dismissal in these cases was on February 10, 2026. [ECF 5216]

Plaintiffs WHB 1334, WHB 2053, and WHB 2064 have submitted the information that was allegedly deficient, ride receipt statements, and now move to vacate the dismissal without prejudice within 30 days of February 10, 2026.

## CONCLUSION

Plaintiffs have complied with their obligations under PTO 31 and notified Defendants of their compliance over two months ago. Their cases were ordered dismissed without prejudice and they were ordered to file notices of dismissal. However, rather than file notices of dismissal at this time, Plaintiffs respectfully ask the Court to vacate the dismissal of their cases and relieve them of their obligation to file notices of dismissal.

Dated: March 6, 2026

/s/ *Walt Cubberly*
John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiffs*