1  John Eddie Williams, Jr.
   Brian Abramson
2  Margret Lecocke
   Walt Cubberly (SBN 325163)
3  Batami Baskin
4  Myles Shaw
   WILLIAM HART & BOUNDAS, LLP
5  8441 Gulf Freeway, Suite 600
   Houston, Texas 77017-5051
6  Telephone: (713) 230-2200
7  Facsimile: (713) 643-6226
   Email: jwilliams@whlaw.com
8  Email: babramson@whlaw.com
   Email: mlecocke@whlaw.com
9  Email: wcubberly@whlaw.com
   Email: bbaskin@whlaw.com
10 Email: mshaw@whlaw.com

11 *Attorneys for Plaintiff*

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16

17 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB |
|---|---|
| | MDL No. 3084 |
| | |
| | **ATTORNEY WALTER CUBBERLY'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *WHB 1334 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05624 | Courtroom: 6 – 17th Floor |
| *WHB 2064 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01101 | |
| *WHB 2053 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01237 | |

1

Declaration of Walter Cubberly                              3:23-md-03084-CRB

I, Walter Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before the courts of the state of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth therein, and if called to testify, I would testify competently to the information below.

2. This declaration is made in support of Plaintiffs' Motion to Vacate Dismissal Without Prejudice.

3. Plaintiff WHB 1334 uploaded a signed bona fide ride receipt statement to MDL Centrality on December 16, 2025. **Exhibit A** to the Declaration of Walt Cubberly.

4. Plaintiff WHB 2053 uploaded a signed bona fide ride receipt statement to MDL Centrality on December 16, 2025. **Exhibit B** to the Declaration of Walt Cubberly

5. Plaintiff WHB 2064 uploaded a signed bona fide ride receipt statement to MDL Centrality on December 16, 2025. **Exhibit C** to the Declaration of Walt Cubberly

6. Attached hereto as **Exhibit D** to the Declaration of Walt Cubberly is a true and correct copy of email correspondence between Plaintiffs' counsel and Defendants' counsel dated December 17, 2025.

7. Attached hereto as **Exhibit E** to the Declaration of Walt Cubberly is a true and correct copy of email correspondence between Plaintiffs' counsel and Defendants' counsel dated March 4, 2026.

8. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 4, 2026 in Houston, Texas.

Dated: March 6, 2026

_____
Walter Cubberly

*Attorney for Plaintiff*