# Exhibit A



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account ▾

[Return]

## Plaintiff Information

Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 2165 | **Date of Birth:** | |
| **Name:** | ▓▓▓▓ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 24-CV-05624 | | |

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form     Submitted     +

2. Plaintiff Fact Sheet     Submitted     +

3. PTO 10 Certification Form     Submitted     +

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2026 BrownGreer PLC. All rights reserved.

## Documents

Upload

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 186442 | PTO 10 Certification Form | 01/12/2026 | Zamora, Gabriela | 01/12/2026 | |
| 181171 | Notice of Overdue Discovery | 12/31/2025 | Admin, System | 12/31/2025 | |
| 177551 | Other - Bone Fide Ride Receipt Statement | 12/16/2025 | Cost, Devyn | 12/16/2025 | Request Removal Approval |
| 148514 | PTO 31 Notice of Additional Ride Receipt Discovery - Uber MDL - PTO 31 Notice for 2165 | 09/12/2025 | Admin, System | 09/12/2025 | |
| 117496 | Plaintiff Verification of PFS | 06/25/2025 | Coleman, Shanae | 06/25/2025 | Request Removal Approval |
| 117495 | Second Amended Plaintiff Fact Sheet | 06/25/2025 | Coleman, Shanae | 06/25/2025 | |
| 99195 | PFS Deficiency Notice | 05/29/2025 | Krueger, Mike | 05/29/2025 | |
| 45330 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |
| 41845 | Plaintiff Verification of PFS | 01/08/2025 | Cost, Devyn | 01/08/2025 | Request Removal Approval |
| 39289 | First Amended Plaintiff Fact Sheet | 12/18/2024 | Cost, Devyn | 12/18/2024 | |
| 33005 | Plaintiff Verification of PFS | 11/07/2024 | Cost, Devyn | 11/07/2024 | Request Removal Approval |
| 32883 | Plaintiff Fact Sheet | 11/01/2024 | Cost, Devyn | 11/01/2024 | |
| 18019 | Uber Ride Information Form | 08/27/2024 | Rodriguez, Julie | 08/27/2024 | |

**Registering Plaintiffs**

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2026 BrownGreer PLC. All rights reserved.

## Correspondence

**Record Correspondence**

You can search for specific data by entering at least three characters of your search criteria in the boxes in each column header and then pressing Enter.

No correspondence available