# Exhibit B



Uber Technologies, Inc., Passenger Sexual Assault Litigation

👤 My Account ▼

◀◀ Return

## Plaintiff Information

✏️ Edit

**Plaintiff ID:** 2899                            **Date of Birth:**
**Name:** ▇▇▇▇▇▇▇▇▇▇                    **Law Firm:** Williams Hart & Boundas, LLP
**Case Number:** 25-CV-01237

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    Submitted                                                    +

2. Plaintiff Fact Sheet    Submitted                                                          +

3. PTO 10 Certification Form    Submitted                                                     +

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2026 BrownGreer PLC. All rights reserved.

## Documents

Upload

Filter: ALL

Produce

Show 300 entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 186522 | PTO 10 Certification Form | 01/13/2026 | Zamora, Gabriela | 01/13/2026 | |
| 181541 | Notice of Overdue Discovery | 12/31/2025 | Admin, System | 12/31/2025 | |
| 177566 | Other - Bone Fide Ride Receipt Personal Statement | 12/16/2025 | Cost, Devyn | 12/16/2025 | Request Removal Approval |
| 123483 | Plaintiff Verification of PFS | 07/01/2025 | Rios, Rebecca | 07/01/2025 | Request Removal Approval |
| 123482 | First Amended Plaintiff Fact Sheet | 07/01/2025 | Rios, Rebecca | 07/01/2025 | |
| 100752 | PFS Deficiency Notice | 06/01/2025 | Krueger, Mike | 06/01/2025 | |
| 64009 | Defendant Fact Sheet | 03/07/2025 | Lee, Isamu | 03/07/2025 | |
| 63812 | Plaintiff Verification of PFS | 03/07/2025 | Cost, Devyn | 03/07/2025 | Request Removal Approval |
| 63811 | Plaintiff Fact Sheet | 03/07/2025 | Cost, Devyn | 03/07/2025 | |
| 60400 | Uber Ride Information Form | 02/06/2025 | Brown, Sonji | 02/06/2025 | |

Showing 1 to 10 of 10 entries

Previous  1  Next

## Correspondence

Record Correspondence

Registering Plaintiffs
If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2026 BrownGreer PLC. All rights reserved.

No correspondence available

**Registering Plaintiffs**

If you require further assistance, contact us at Uber@browngreer.com or (888) 361-0741.
© 2026 BrownGreer PLC. All rights reserved.