# Exhibit C



Uber Technologies, Inc., Passenger Sexual Assault Litigation

My Account

Return

# Plaintiff Information

Edit

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 2855 | **Date of Birth:** | |
| **Name:** | ▮▮▮▮▮▮ | **Law Firm:** | Williams Hart & Boundas, LLP |
| **Case Number:** | 25-CV-01101 | | |

Request Deactivation

# Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**   Submitted                                                        +

**2. Plaintiff Fact Sheet**   In Progress                                                           −

View Draft    ↑ Import    ↓ Export                                         Submit ➤

AMENDED PLAINTIFF FACT SHEET- GENERAL INSTRUCTIONS, DEFINITIONS

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2026 BrownGreer PLC. All rights reserved.

**CASE INFORMATION**

[ Edit ]

**YOUR PERSONAL INFORMATION**

[ Edit ]

**INFORMATION AS TO THE INCIDENT**

[ Edit ]

**THE INCIDENT**

[ Edit ]

**WITNESSES**

[ Edit ]

**INJURIES AND DAMAGES; AUTHORIZATIONS**

[ Edit ]

3. PTO 10 Certification Form   Submitted   +

## Documents

Upload ⬆

Filter: | ALL ▾ |

Produce

Show | 300 ▾ | entries

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 185966 | PTO 10 Certification Form | 01/06/2026 | Cost, Devyn | 01/06/2026 | |
| 181507 | Notice of Overdue Discovery | 12/31/2025 | Admin, System | 12/31/2025 | |
| | Other - Bone Fide Ride | 12/16/2025 | | 12/16/2025 | Request Remo... |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 143569 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 120866 | Authorization to Disclose Law Enforcement Records | 06/30/2025 | Coleman, Shanae | 06/30/2025 | Request Removal Approval |
| 120862 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 06/30/2025 | Coleman, Shanae | 06/30/2025 | Request Removal Approval |
| 120861 | Plaintiff Verification of PFS | 06/30/2025 | Coleman, Shanae | 06/30/2025 | Request Removal Approval |
| 120848 | First Amended Plaintiff Fact Sheet | 06/30/2025 | Coleman, Shanae | 06/30/2025 | |
| 112499 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 100264 | PFS Deficiency Notice | 05/30/2025 | Krueger, Mike | 05/30/2025 | |
| 60807 | Defendant Fact Sheet | 02/21/2025 | Lee, Isamu | 02/21/2025 | |
| 60700 | Plaintiff Verification of PFS | 02/19/2025 | Cost, Devyn | 02/19/2025 | Request Removal Approval |
| 60699 | Plaintiff Fact Sheet | 02/19/2025 | Cost, Devyn | 02/19/2025 | |
| 58621 | Uber Ride Information Form | 02/04/2025 | Brown, Sonji | 02/04/2025 | |

Showing 1 to 14 of 14 entries

## Correspondence

Record Correspondence

You can search for specific data by entering at least three characters of your search criteria in the boxes in each column header and then pressing Enter.

No correspondence available

Registering Plaintiffs

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2026 BrownGreer PLC. All rights reserved.

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2026 BrownGreer PLC. All rights reserved.