# Exhibit D

| | |
|---|---|
| **From:** | Margret Lecocke |
| **To:** | Cotton, Chris (SHB); marnone@shb.com |
| **Subject:** | Amended MTD for Failure to Comply with PTO 31 (ECF 4442) - Request for Meet & Confer |
| **Date:** | Wednesday, December 17, 2025 11:34:00 AM |

Chris and Mike: Pursuant to Amended PTO 10, we would like to meet and confer regarding several plaintiffs listed in Exhibit A to your reply brief (ECF 4663) in the above-referenced filing.

We believe the following plaintiffs have satisfied PTO 31 and should be removed from Uber's motion to dismiss:

1. UI 2899, WHB 2053
2. UI 2165, WH 1334
3. UI 2855, WH 2064

Please let me know if you need any additional information or would like to schedule a call to discuss the above cases.

As always, I appreciate your time.