# Exhibit E

| | |
|---|---|
| **From:** | Arnone, Mike (SHB) |
| **To:** | Margret Lecocke; Cotton, Chris (SHB) |
| **Subject:** | RE: Amended MTD for Failure to Comply with PTO 31 (ECF 4442) - Request for Meet & Confer |
| **Date:** | Wednesday, March 4, 2026 8:54:39 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Hi Margret,

Uber is not amenable to a stipulated motion to vacate.

Here, WHB 2053, WH 1334, and WH 2064 received notice from Defendants on September 12, 2025, and did not submit their respective PTO 31 statements by the October 13, 2025 deadline. Despite this noncompliance, Defendants waited more than another month before filing the motion to dismiss on November 21, 2025. It wasn't until over three weeks later that these plaintiffs served their required PTO 31 statements, on December 16, 2025.

Best,

**Mike Arnone**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

| marnone@shb.com



**From:** Margret Lecocke <mlecocke@whlaw.com>
**Sent:** Tuesday, March 3, 2026 5:43 PM
**To:** Arnone, Mike (SHB) <marnone@shb.com>; Cotton, Chris (SHB) <ccotton@shb.com>
**Subject:** FW: Amended MTD for Failure to Comply with PTO 31 (ECF 4442) - Request for Meet & Confer

**EXTERNAL**

Mike and Chris, I have not heard back from you on these cases and they remain on the order of dismissal (ECF No. 5216) despite the fact that each plaintiff uploaded a ride receipt personal statement on 12/16/25. Plaintiffs will be moving to vacate the dismissal unless Uber is amenable to instead entering a stipulation to vacate.

Please let me know as soon as possible. Thank you.

**Margret Lecocke**
Attorney
Direct: (713) 230-2362
mlecocke@whlaw.com



**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com



This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

**From:** Margret Lecocke
**Sent:** Wednesday, December 17, 2025 11:35 AM
**To:** Cotton, Chris (SHB) <ccotton@shb.com>; marnone@shb.com
**Subject:** Amended MTD for Failure to Comply with PTO 31 (ECF 4442) - Request for Meet & Confer

Chris and Mike: Pursuant to Amended PTO 10, we would like to meet and confer regarding several plaintiffs listed in Exhibit A to your reply brief (ECF 4663) in the above-referenced filing.

We believe the following plaintiffs have satisfied PTO 31 and should be removed from Uber's motion to dismiss:

1. UI 2899, WHB 2053
2. UI 2165, WH 1334
3. UI 2855, WH 2064

Please let me know if you need any additional information or would like to schedule a call to discuss the above cases.

As always, I appreciate your time.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.