John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to:<br><br>*WHB 1334 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05624<br><br>*WHB 2064 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01101<br><br>*WHB 2053 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01237 | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

  Plaintiffs' Motion to Vacate Dismissal Without Prejudice is **GRANTED** and the Order of Dismissal as to Plaintiffs WHB 1334, No. *3:24-cv-05624*, WHB 2053, No. *3:25-cv-01237,* and WHB 2064, No. *3:25-cv-01101,* [ECF 5216] is hereby **VACATED**.

**IT IS SO ORDERED.**

**Dated:** _____

                _____
                **HON. CHARLES R. BREYER**
                United States District Court Judge