# EXHIBIT A

**Please Neatly Print All Answers.**  Juror# _____

1. (*Circle one*) Mr. / Mrs. / Ms. / Dr. / Mx.
   **Full Name:** _____
   (First         Middle         Last)
   **Age:** _____ **Date of Birth:** _____ **Gender:** _____
   **Neighborhood/City** _____ for _____ **years**
   **Place of Birth:** _____ **Where raised** _____
   **Other places lived:** _____

2. **Please indicate the highest level of education you have completed:**
   ❑ Less than high school (Grade____)   ❑ 2-year or AA degree
   ❑ High school graduate/GED            ❑ 4-year college graduate
   ❑ Some college courses                ❑ Post-graduate study
   ❑ Technical/vocational school         ❑ Master's or Doctorate
   **Area of study / major:** _____
   **Degrees / Licenses / Special skills:** _____
   **Colleges attended:** _____

3. **What is your employment status?** (*Check all that apply*)
   ❑ Employed full-time      ❑ Student (❑ Full-time ❑ Part-time)
   ❑ Employed part-time      ❑ Self-employed
   ❑ Homemaker               ❑ Unemployed for ___ month(s)
   ❑ Retired for ___ year(s) ❑ Disabled for ___ year(s)

4. **List any organizations, groups, or charities that you are a member of or actively support.**

5. a. **Current/most recent occupation:** _____
   b. **Current/most recent employer:** _____
   c. **How long?** _____ **Duties:** _____
   _____
   d. **Previous jobs held:** _____

6. **What is your current marital status?**
   ❑ Single, never married         ❑ Divorced for ___ year(s)
   ❑ Married for ___ year(s)       ❑ Widowed for ___ year(s)
   ❑ Living w/ partner for ___ year(s)  ❑ Separated for ___ month(s)

7. **List spouse/partner's education:** _____
   **List spouse/partner's employment status:** _____
   **List spouse/partner's current or most recent job information:**
   _____
   Spouse/Partner Occupation        Spouse/Partner Employer

8. **List ages and genders of your children:**

9. **If there are other adults in your household (besides spouse/partner), please provide their employment information:**

10. **What are your primary sources of information for news?** (e.g., TV, Internet, Podcasts, Social Media)

11. **How often do you take a position of leadership socially or at work?**
    ❑ Often   ❑ Occasionally   ❑ Rarely   ❑ Never

12. **Have you ever served on a jury?**
    ❑ Yes, civil ____ time(s)   ❑ Yes, criminal ____ time(s)   ❑ No
    If yes, case(s) involved:
    Have you ever been the foreperson?   ❑ Yes   ❑ No

13. **Do you have any training, knowledge, experience, or work (including volunteer work) in any of the following:** (*Check all that apply*)
    ❑ Law/Law enforcement       ❑ Sexual assault/abuse
    ❑ Mental Health / Counseling ❑ Nonprofits
    ❑ Social Work               ❑ Rideshare/gig work
    ❑ Education/Teaching        ❑ Work with children/teenagers
    **If you checked any of the above,** explain:

14. **Have you or a family member ever been a member of a union?**
    ❑ Yes, self   ❑ Yes, family member   ❑ No
    If yes, list union, years and leadership positions:
    _____

15. **Have you or a family member ever served in the military?**
    ❑ Yes, self   ❑ Yes, family member   ❑ No
    If yes, list branch, years and rank: _____
    _____

16. **Have you or anyone close to you ever:**

    | | | | |
    |---|---|---|---|
    | Filed a lawsuit | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Been sued by someone else | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Had a reason to sue but chose not to | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Filed a claim for workers compensation | ❑ Yes, self | ❑ Yes, someone close | ❑ No |
    | Filed a claim for public assistance | ❑ Yes, self | ❑ Yes, someone close | ❑ No |

    If you checked any of the above, describe when and the nature of the experience:

17. **Provide your position on each of the following statements:**
    a. Rideshare companies do not take complaints about drivers seriously.
       ❑ Strongly agree   ❑ Somewhat agree   ❑ Unsure
       ❑ Strongly disagree   ❑ Somewhat disagree
    b. Accusations of sexual assault are too often dismissed.
       ❑ Strongly agree   ❑ Somewhat agree   ❑ Unsure
       ❑ Strongly disagree   ❑ Somewhat disagree
    c. Victim blaming is a major issue in society.
       ❑ Strongly agree   ❑ Somewhat agree   ❑ Unsure
       ❑ Strongly disagree   ❑ Somewhat disagree
    d. The #MeToo movement has shed light on victims who had been silenced for too long.
       ❑ Strongly agree   ❑ Somewhat agree   ❑ Unsure
       ❑ Strongly disagree   ❑ Somewhat disagree

| | |
|---|---|
| 18. **What are your general opinions of large corporations?**<br>❏ Positive  ❏ Neutral  ❏ Negative<br>If positive or negative, explain:<br><br>19. **Do you believe it is fair for corporations and individuals to be treated as equal "persons" under the law?** ❏ Yes  ❏ No | 20. **In general, do you think that money damages awarded by juries are:**<br>❏ Too high  ❏ About Right  ❏ Too low<br><br>21. **In general, do you think the number of lawsuits these days seems:**<br>❏ Too high  ❏ About Right  ❏ Too low |
| 22. **Have you or anyone close to you ever driven passengers for a living, including on a rideshare platform like Uber or Lyft?** ❏ Yes  ❏ No<br><br>If yes, please explain: | 23. **Have you read any articles or watched any television programs about rideshare drivers sexually assaulting passengers?** ❏ Yes  ❏ No<br>If yes, explain: |
| 24. **Do you believe that rideshare companies have a responsibility to ensure passengers' safety?** ❏ Yes  ❏ No  If yes, explain: | 25. **Have you or anyone close to you ever worked or volunteered at any organization dealing with sexually assaulted/abused children/adults (e.g., Child Protective Services, sexual assault hotlines, support groups)?**<br>❏ Yes, self  ❏ Yes, someone close  ❏ No<br>If yes, explain: |
| 26. **Have you or anyone close to you ever been sexually abused or assaulted?**<br>❏ Yes, self  ❏ Yes, someone close  ❏ No<br>If yes, explain a) the age of the victim; b) the relationship between the people involved; c) whether it was reported<br><br><br>27. **Have you or anyone close to you ever made an allegation of sexual assault?** ❏ Yes, self  ❏ Yes, someone close  ❏ No | 28. **Have you or anyone close to you ever been diagnosed or treated for:**<br>**Self:** ❏ Post Traumatic Stress Disorder  ❏ Depression  ❏ Anxiety<br>**Other:** ❏ Post Traumatic Stress Disorder  ❏ Depression  ❏ Anxiety<br>29. **Have you or anyone close to you ever sought treatment from a therapist, psychologist, psychiatrist, or other mental health practitioner?**<br>❏ Yes, self  ❏ Yes, someone close  ❏ No<br>If yes, explain:<br><br>When was the last visit? _____ |
| 30. **Do you use any rideshare apps?**<br>❏ Yes  ❏ No, but I have in the past  ❏ No<br>If you stopped using rideshare apps, explain why:<br><br><br>31. **Have you or anyone close to you ever had a negative experience with a rideshare company?** ❏ Yes, self  ❏ Yes, someone close  ❏ No<br>If yes, explain:<br><br><br><br>32. **What is your general opinion of rideshare companies?**<br>❏ Positive  ❏ Neutral  ❏ Negative | 33. **How often do your order rides on the Uber app?**<br>❏ Daily ❏ Weekly ❏ Monthly ❏ Rarely ❏ Never<br><br>34. **Have you or anyone close to you ever had a negative experience with Uber?** ❏ Yes, self  ❏ Yes, someone close  ❏ No<br>If yes, explain: |
| 35. **What is your opinion of Uber?** ❏ Positive  ❏ Neutral  ❏ Negative<br>If <u>negative</u>, please explain: | 36. **Is there any ethical, religious, political, or other beliefs that may prevent you from serving as a juror in this case?** ❏ Yes  ❏ No<br>If yes, explain: |

**I declare under penalty of perjury that the answers in this Juror Questionnaire are true and correct to the best of my knowledge and belief.**

_____        _____
                    *(Signature)*                                       *(Date)*