Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 333 v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05930-CRB<br><br>*Jane Doe LS 397 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05864-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>[~~PROPOSED~~] ORDER<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Motion to Compel Compliance with Court Orders & to Reset Deadline for Certain Depositions, the Court hereby **ORDERS** that the following portions of the October 22, 2025 filings remain under seal, as requested in Uber's Motion:

| Document | Text to be Sealed | Party Claiming Confidentiality |
| --- | --- | --- |
| October 22, 2025 Declaration of Brett D. Harrison | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED: March 6, 2026         By: _____
                                 Hon. Charles R. Breyer
                                 United States District Judge

