Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>[~~PROPOSED~~] ORDER<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Reply Supporting Motion for Entry of an Order to Show Cause and Limited Depositions (the "Motion"), the Court hereby **ORDERS** that the following portions of the November 3, 2025 filings remain under seal, as requested in Uber's Motion:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Reply | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |
| Declaration of Brett D. Harrison | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |
| Exhibits | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies, Inc.; Rasier LLC; Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED: March 6, 2026

By: _____
Hon. Charles R. Breyer
United States District Judge

