UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 3:23-MD-3084-CRB,

Having considered Defendants' Administrative Motion to File Under Seal Personal Identifying Information in Exhibits in Support of Motion for Partial Summary Judgment, dated November 10, 2025 ("Motion to Seal"), the Court hereby ORDERS that the following materials remain under seal as stated in Defendants' Motion to Seal:

| Document | Description | Defendants' Request |
|---|---|---|
| **Exhibit 22** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-BW-00012056, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically date of birth, partial Social Security number, partial driver license number, email address, phone number) |
| **Exhibit 23** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003621, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically date of birth, partial Social Security number, partial driver license number, email address, phone number) |
| **Exhibit 24** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003619, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 25** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003615, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| **Exhibit 26** | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003647, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |

2

[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:23-MD-3084-CRB

| Document | Description | Defendants' Request |
|---|---|---|
| Exhibit 27 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003643, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 28 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003639, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 29 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003633, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 30 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003635, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 31 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003631, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 32 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003627, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |

3

[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 3:23-MD-3084-CRB

| Document | Description | Defendants' Request |
|---|---|---|
| Exhibit 33 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003625, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |
| Exhibit 34 | Background check document produced by Defendants, Bates stamped beginning UBER-MDL3084-DFS00003611, designated as confidential, containing personal identifying information | Seal in part (redact PII, specifically month and date of date of birth, partial Social Security number, driver license number, email address, phone number) |

**IT IS SO ORDERED.**

Dated: March 6, 2026

*Judge Charles R. Breyer*

[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PERSONAL IDENTIFYING INFORMATION IN EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Case No. 3:23-MD-3084-CRB