```
DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB (Admitted Pro Hac Vice)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com
```

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.W. v. Uber Technologies, et al., Inc., et al.;* 3:24-cv-07055-CRB;<br><br>*E.R. v. Uber Technologies, et al., Inc., et al.;* 3:24-cv-07635-CRB;<br><br>*L.T. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07075-CRB;<br><br>*J.M. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07665-CRB;<br><br>*L.E. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07830-CRB;<br><br>*L.R. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-08422-CRB;<br><br>*M.E. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-08461-CRB;<br><br>*J.L. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-08495-CRB; | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO PRETRIAL ORDER 10 (ECF 5279)** |

Counsel for Plaintiffs (MDL IDS: 2596, 2647, 3876, 3961, 3999, 4140, 4151, & 4173)

respectfully request that their matters be removed from the list of cases subject to dismissal pursuant to Pretrial Order 10 (ECF 5279-2). Counsel has made the necessary certifications in MDL Centrality as mandated by that order.

Counsel for Plaintiffs has also reached out via email to counsel for the defense relaying this information, and requested removal from the Motion to Dismiss (ECF 5279). It is Plaintiffs understanding that all counsel is in agreement with the removal at this time.

For these reasons, Plaintiffs (MDL IDS: 2596, 2647, 3876, 3961, 3999, 4140, 4151, & 4173)  respectfully request that the motion be denied with respect to their cases.

Dated: March 9, 2026   Respectfully submitted,

By: */s/ Andrew Holcomb*
DENNIS C. REICH (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, March 9, 2026, I electronically transmitted the foregoing Response in Opposition to Defendant's Motion to Dismiss Pursuant to Pretrial Order 10 (ECF 5279) to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Andrew Holcomb*
Andrew Holcomb