William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
David M. Grimes (CA Bar No. 324292)
Samira J. Bokaie (CA Bar No. 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 688*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to: | |
| *Jane Doe LS 688 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-02001-CRB* | |

## PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 9, 2026.

Dated: March 9, 2026                Respectfully Submitted,

**LEVIN SIMES LLP**

By: *Samira J. Bokaie*
       William A. Levin
       Laurel L. Simes
       David M. Grimes
       Samira J. Bokaie
       *Attorneys for Plaintiff Jane Doe LS 688*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

<u>/s/ *Samira J. Bokaie*</u>
Samira J. Bokaie
