IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *All Cases* | MDL No. 3084 **ORDER REGARDING MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE** Re: Dkt. No. 4933 |

Having considered Uber's Motion for Entry of an Order to Show Cause Why 6 Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice, the Court hereby GRANTS the motion.

The Court's Pretrial Order No. 5 required Plaintiffs to provide "a bona fide ride receipt from an Uber trip connected to the alleged incident[.]" ECF 175, ¶ 4. The 6 Plaintiffs listed in Exhibit A1 of the Motion have purportedly submitted non-bona fide receipts. Accordingly, the 6 Plaintiffs listed in Exhibit A1 are hereby ORDERED TO SHOW CAUSE why their claims should not be dismissed with prejudice. The Plaintiffs shall file a written response no later than March 30, 2026. The response must specifically address the factual and legal basis for the submission of the non-bona fide receipts and why the conduct does not warrant dismissal under the Court's inherent powers.

The Court ORDERS Plaintiffs with MDL IDs 3698, 3700, 3879, 4142, and 4243 to submit within 30 days of this Order to a deposition not to exceed 3 hours regarding how the Plaintiffs became involved in the litigation, how the fraudulent receipts were generated

and distributed, and who else was involved in or aware of the fraud described in Uber's above referenced Motion.

The Court further ORDERS that Pulaski Kherkher, PLLC and Reich and Binstock, LLP shall each file a sworn declaration, no later than March 30, 2026, executed by an attorney with personal knowledge describing the firm's presuit investigation for the fraudulent Plaintiffs at issue in ECF 4933. Each declaration shall identify the steps taken to vet the claims prior to filing, the manner in which the ride receipts were obtained or received, and the basis upon which counsel concluded that each claim satisfied the obligations set forth in Pretrial Order No. 5.

**IT IS SO ORDERED.**

Dated: March 9, 2026

_____
CHARLES R. BREYER
United States District Judge

# EXHIBIT A1

| MDL ID | Law Firm |
|---|---|
| 3698 | Pulaski Law Firm, PLLC |
| 3700 | Pulaski Law Firm, PLLC |
| 3879 | Reich and Binstock, LLP |
| 4097 | Wagstaff Law Firm |
| 4142 | Reich and Binstock, LLP |
| 4385 | Wagstaff Law Firm |