IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / | MDL No. 3084 |
| This Order Relates To: *WHB 649 v. Uber Technologies, Inc.*, Case No. 3:24-cv-05095-CRB *WHB 1416 v. Uber Technologies, Inc.*, Case No. 3:24-cv-05667-CRB | **ORDER GRANTING MOTION FOR RECONSIDERATION** Re: Dkt. No. 5240, 5368 |

Having considered Plaintiffs' Motions to Reconsider, the Court hereby GRANTS the motions and AMENDS its Order Dismissing Cases for Failure to Comply with PTO 10 (dkt. 4203) and its Order to Convert Dismissal Without Prejudice to Dismissal with Prejudice (dkt. 5229) to remove Plaintiffs WHB 649, 3:24-cv-05095-CRB, and WHB 1416, 3:24-cv-05667-CRB.  The Clerk of Court is directed to reopen these member cases.

**IT IS SO ORDERED.**

Dated: March 9, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California