RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com
Email: scraig@peifferwolf.com

TIFFANY R. ELLIS (*Admitted Pro Hac Vice*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave
Detroit, MI 48202
Telephone: (313) 572-4727
Facsimile: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES LISTED IN EXHIBIT A FOR PEIFFER WOLF PLAINTIFFS | MDL No. 3084 CRB<br><br>**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Honorable Charles R. Breyer |

**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

Undersigned counsel hereby submits this Response to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, ECF 5279, on behalf of all plaintiffs listed on Exhibit A attached hereto as being represented by Peiffer Wolf Carr Kane Conway & Wise, LLP ("Peiffer Wolf") (collectively, "Plaintiffs").

In their motion, Defendants contend that all plaintiffs, including those who did <u>not</u> allege in their Plaintiff Fact Sheets ("PFS") that they received any medical or mental health treatment, are required to produce certifications pursuant to Amended PTO 10. Plaintiffs disagree with Defendants' interpretation of Amended PTO 10. Plaintiffs contend that the correct reading of Amended PTO 10 only requires a records certification after a plaintiff has indicated that they received medical or mental health treatment, and responsive records presumably exist. Under that interpretation, a plaintiff would only certify that "no records exist" after counsel had requested such records and determined that no records, in fact, exist. Plaintiffs maintain that Amended PTO 10 does not require certification when no medical or mental health treatment is alleged and therefore no records *could* exist.

Plaintiffs' counsel has conferred with Defendants' counsel, but Defendants have continued to insist that *all* plaintiffs must submit a records certification and have now pushed this issue to the point of seeking court intervention. To avoid further burdening the Court, the undersigned counsel has submitted PTO 10 record certifications for all Plaintiffs listed in Exhibit A. Decl. ¶ 2.

Accordingly, Plaintiffs respectfully request that Defendants' Motion to Dismiss their respective cases be denied on the merits or, alternatively, as moot.

DATED: March 9, 2026

Respectfully submitted,

By: /s/ *Rachel Abrams*

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com
scraig@peifferwolf.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I electronically transmitted the foregoing **OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS