# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES LISTED IN EXHIBIT A FOR PEIFFER WOLF PLAINTIFFS | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

Having considered Defendants' February 19, 2026, Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, the Court hereby ORDERS:

Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10 is DENIED as to the Peiffer Wolf Plaintiffs subject to the motion.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge