1  C. Brooks Cutter (SBN 121407)
   Jennifer S. Domer (SBN 305822)
2  Celine Cutter (SBN 312622)
   **CUTTER LAW P.C.**
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone: 916-290-9400
   Facsimile: 916-588-9330
5  Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
6         ccutter@cutterlaw.com

7
   *Attorneys for ROE CL Plaintiffs*
8

9
**IN THE UNITED STATES DISTRICT COURT**
10
**NORTHERN DISTRICT OF CALIFORNIA**
11

| 12 | IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
|---|---|---|
| 13 | | Hon. Charles R. Breyer |
| 14 | This Document Relates to: | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT'S ORDER** |
| 15 | | |
| 16 | *Jane Roe CL 11 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04672-CRB | |
| 17 | *Jane Roe CL 16 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04837-CRB | Date: March 27, 2026 |
| 18 | | Time: 10:00 a.m. |
| 19 | *Jane Roe CL 17 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-04915-CRB | Courtroom: 6 – 17th Floor |
| 20 | *Jane Roe CL 21 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05525-CRB | |
| 21 | | |
| 22 | *Jane Roe CL 24 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05536-CRB | |
| 23 | *Jane Roe CL 25 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05541-CRB | |
| 24 | | |
| 25 | *Jane Roe CL 27 v. Uber Technologies, Inc., et al.,* No 3:24-cv-05583-CRB | |
| 26 | *Jane Roe CL 31 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05594-CRB | |
| 27 | | |
| 28 | *Jane Roe CL 32 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05596-CRB | |

| | |
|---|---|
| 1 | *Jane Roe CL 34 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05696-CRB |
| 2 | |
| 3 | *Jane Roe CL 35 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05706-CRB |
| 4 | *Jane Roe CL 37 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05728-CRB |
| 5 | |
| 6 | *Jane Roe CL 47 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05749-CRB |
| 7 | *John Roe CL 5 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05839-CRB |
| 8 | |
| 9 | *Jane Roe CL 64 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06188-CRB |
| 10 | *Jane Roe CL 65 v. Uber Technologies, Inc., et al.*, No 3:24-cv-06189-CRB |
| 11 | |
| 12 | *Jane Roe CL 66 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06190-CRB |
| 13 | *Jane Roe CL 68 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06669-CRB |
| 14 | |
| 15 | *Jane Roe CL 71 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06864-CRB |
| 16 | *Jane Roe CL 72 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06992-CRB |
| 17 | |
| 18 | *Jane Roe CL 74 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07152-CRB |
| 19 | *Jane Roe CL 75 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07153-CRB |
| 20 | |
| 21 | *Jane Roe CL 77 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07571-CRB |
| 22 | *Jane Roe CL 79 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07587-CRB |
| 23 | |
| 24 | *Jane Roe CL 81 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08521-CRB |
| 25 | *Jane Roe CL 83 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08525-CRB |
| 26 | |
| 27 | *Jane Roe CL 85 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08754-CRB |
| 28 | |

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

*Jane Roe CL 88 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09145-CRB

*Jane Roe CL 91 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09235-CRB

*Jane Roe CL 92 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09237-CRB

*Jane Roe CL 94 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09550-CRB

*Jane Roe CL 97 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00464-CRB

*Jane Roe CL 98 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00853-CRB

*Jane Roe CL 101 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01118-CRB

*Jane Roe CL 102 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01120-CRB

*Jane Roe CL 107 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01470-CRB

*Jane Roe CL 109 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01652-CRB

*Jane Roe CL 110 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01653-CRB

*Jane Roe CL 114 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01942-CRB

*Jane Roe CL 117 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01945-CRB

*Jane Roe CL 119 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02133-CRB

*Jane Roe CL 120 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02134-CRB

*Jane Roe CL 122 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02138-CRB

*Jane Roe CL 125 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02233-CRB

*Jane Roe CL 126 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02495-CRB

*Jane Roe CL 127 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02496-CRB

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

*Jane Roe CL 128 v. Uber Technologies, Inc., et al., No. 3:25-cv-02497-CRB*

*Jane Roe CL 130 v. Uber Technologies, Inc., et al., No. 3:25-cv-02742-CRB*

*Jane Roe CL 132 v. Uber Technologies, Inc., et al., No. 3:25-cv-02744-CRB*

*Jane Roe CL 133 v. Uber Technologies, Inc., et al., No. 3:25-cv-02745-CRB*

*Jane Roe CL 134 v. Uber Technologies, Inc., et al., No 3:25-cv-02746-CRB*

*Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv-03255-CRB*

*Jane Roe CL 147 v. Uber Technologies, Inc., et al., No. 3:25-cv-03811-CRB*

*Jane Roe CL 148 v. Uber Technologies, Inc., et al., No. 3:25-cv-03812-CRB*

*Jane Roe CL 149 v. Uber Technologies, Inc., et al., No. 3:25-cv-03813-CRB*

*Jane Roe CL 151 v. Uber Technologies, Inc., et al., No. 3:25-cv-03816-CRB*

*Jane Roe CL 156 v. Uber Technologies, Inc., et al., No. 3:25-cv-03944-CRB*

*Jane Roe CL 158 v. Uber Technologies, Inc., et al., No. 3:25-cv-04038-CRB*

*Jane Roe CL 161 v. Uber Technologies, Inc., et al., No. 3:25-cv-04206-CRB*

*Jane Roe CL 163 v. Uber Technologies, Inc., et al., No. 3:25-cv-04386-CRB*

*Jane Roe CL 164 v. Uber Technologies, Inc., et al., No. 3:25-cv-04587-CRB*

*Jane Roe CL 165 v. Uber Technologies, Inc., et al., No. 3:25-cv-04589-CRB*

*Jane Roe CL 166 v. Uber Technologies, Inc., et al., No. 3:25-cv-04591-CRB*

*Jane Roe CL 173 v. Uber Technologies, Inc., et al., No. 3:25-cv-04709-CRB*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

| | |
|---|---|
| 1 | *Jane Roe CL 174 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05008-CRB |
| 2, 3 | *Jane Roe CL 178 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05537-CRB |
| 4 | *Jane Roe CL 179 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05538-CRB |
| 5, 6 | *Jane Roe CL 181 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05633-CRB |
| 7 | *Jane Roe CL 182 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05628-CRB |
| 8, 9 | *Jane Roe CL 183 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05733-CRB |
| 10 | *Jane Roe CL 186 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06086-CRB |
| 11, 12 | *John Roe CL 7 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06089-CRB |
| 13 | *Jane Roe CL 193 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06609-CRB |
| 14, 15 | *Jane Roe CL 199 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06824-CRB |
| 16 | *Jane Roe CL 208 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07767-CRB |
| 17, 18 | *Jane Roe CL 224 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09394-CRB |

## I. INTRODUCTION

On February 19, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Amended Pretrial Order ("PTO") 10. (Doc. 5279). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a certification form with or without medical records. Counsel has diligently attempted to comply with the production of the documents required for the discovery obligation of the Plaintiff addressed in this motion. During the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4).

**ARGUMENT**

Counsel has worked diligently in reaching the above referenced claimants, including alternate contact information, various methods of outreach such as text, email, and mailing. Counsel has not been able to reach the client to discuss the question required to cure the deficient Fact Sheet. Counsel is continuing in our efforts to reach the client as described in the attached Declaration.

Through Counsel's diligence, medical records and/or the related Certification form have been produced for Jane Roes CL 17, 21, 25, 27, 31, 32, 35, 47, 51, 55, 56, 64, 66, 68, 72, 75, 94, 117, 120, 132, 134, 149, 158, 161, 164, 166, 173, 174, 186, 193, 199, 208, 224, and John Roes CL 5 and 7. (Domer Dec. at ¶ 5-8). Therefore, these plaintiffs should be removed from consideration of this motion.

## II. CONCLUSION

For the foregoing reason, Counsel requests that the above-mentioned Plaintiffs, Jane Roes CL Roes CL 17, 21, 25, 27, 31, 32, 35, 47, 51, 55, 56, 64, 66, 68, 72, 75, 94, 117, 120, 132, 134, 149, 158, 161, 164, 166, 173, 174, 186, 193, 199, 208, 224, and John Roes CL 5 and 7, be removed from the Motion as having produced the required documentation, and that we be given additional time to produce the information required, as Counsel continues to follow up in various methods to locate the remaining missing information for the other named Plaintiffs.

Dated: March 9, 2026          CUTTER LAW P.C.

                              By:  /s/ Jennifer S. Domer

                                  Jennifer S. Domer (SBN 305822)
                                  C. Brooks Cutter (SBN 121407)
                                  Celine Cutter (SBN 312622)
                                  **CUTTER LAW P.C.**
                                  401 Watt Avenue
                                  Sacramento, CA 95864
                                  Telephone: 916-290-9400
                                  Facsimile: 916-588-9330
                                  Email: bcutter@cutterlaw.com
                                         jdomer@cutterlaw.com
                                         ccutter@cutterlaw.com

                                  *Attorneys for ROE CL Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, on March 9, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: March 9, 2026              CUTTER LAW P.C.

                         By:   */s/ Jennifer S. Domer*

                              C. Brooks Cutter (SBN 121407)
                              Jennifer S. Domer (SBN 305822)
                              Celine Cutter (SBN 312622)
                              **CUTTER LAW P.C.**
                              401 Watt Avenue
                              Sacramento, CA 95864
                              Telephone: 916-290-9400
                              Facsimile: 916-588-9330
                              Email: bcutter@cutterlaw.com
                                     jdomer@cutterlaw.com
                                     ccutter@cutterlaw.com

                              *Attorneys for ROE CL Plaintiffs*