C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 11 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04672-CRB<br><br>*Jane Roe CL 16 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04837-CRB<br><br>*Jane Roe CL 17 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04915-CRB<br><br>*Jane Roe CL 21 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05525-CRB<br><br>*Jane Roe CL 24 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05536-CRB<br><br>*Jane Roe CL 25 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05541-CRB<br><br>*Jane Roe CL 27 v. Uber Technologies, Inc., et al.*, No 3:24-cv-05583-CRB<br><br>*Jane Roe CL 31 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05594-CRB<br><br>*Jane Roe CL 32 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05596-CRB | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date: March 27, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1  *Jane Roe CL 34 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05696-CRB
2
3  *Jane Roe CL 35 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05706-CRB
4  *Jane Roe CL 37 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05728-CRB
5
6  *Jane Roe CL 47 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05749-CRB
7  *John Roe CL 5 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05839-CRB
8
9  *Jane Roe CL 64 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06188-CRB
10 *Jane Roe CL 65 v. Uber Technologies, Inc., et al.*, No 3:24-cv-06189-CRB
11
12 *Jane Roe CL 66 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06190-CRB
13 *Jane Roe CL 68 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06669-CRB
14
15 *Jane Roe CL 71 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06864-CRB
16 *Jane Roe CL 72 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06992-CRB
17
18 *Jane Roe CL 74 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07152-CRB
19 *Jane Roe CL 75 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07153-CRB
20
21 *Jane Roe CL 77 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07571-CRB
22 *Jane Roe CL 79 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07587-CRB
23
24 *Jane Roe CL 81 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08521-CRB
25 *Jane Roe CL 83 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08525-CRB
26
27 *Jane Roe CL 85 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08754-CRB
28

| | |
|---|---|
| 1 | *Jane Roe CL 88 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09145-CRB |
| 2 | *Jane Roe CL 91 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09235-CRB |
| 3 | |
| 4 | *Jane Roe CL 92 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09237-CRB |
| 5 | *Jane Roe CL 94 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09550-CRB |
| 6 | |
| 7 | *Jane Roe CL 97 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00464-CRB |
| 8 | *Jane Roe CL 98 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00853-CRB |
| 9 | |
| 10 | *Jane Roe CL 101 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01118-CRB |
| 11 | *Jane Roe CL 102 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01120-CRB |
| 12 | |
| 13 | *Jane Roe CL 107 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01470-CRB |
| 14 | *Jane Roe CL 109 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01652-CRB |
| 15 | |
| 16 | *Jane Roe CL 110 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01653-CRB |
| 17 | *Jane Roe CL 114 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01942-CRB |
| 18 | |
| 19 | *Jane Roe CL 117 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01945-CRB |
| 20 | *Jane Roe CL 119 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02133-CRB |
| 21 | |
| 22 | *Jane Roe CL 120 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02134-CRB |
| 23 | *Jane Roe CL 122 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02138-CRB |
| 24 | |
| 25 | *Jane Roe CL 125 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02233-CRB |
| 26 | *Jane Roe CL 126 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02495-CRB |
| 27 | |
| 28 | *Jane Roe CL 127 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-02496-CRB |

*Jane Roe CL 128 v. Uber Technologies, Inc., et al., No. 3:25-cv-02497-CRB*

*Jane Roe CL 130 v. Uber Technologies, Inc., et al., No. 3:25-cv-02742-CRB*

*Jane Roe CL 132 v. Uber Technologies, Inc., et al., No. 3:25-cv-02744-CRB*

*Jane Roe CL 133 v. Uber Technologies, Inc., et al., No. 3:25-cv-02745-CRB*

*Jane Roe CL 134 v. Uber Technologies, Inc., et al., No 3:25-cv-02746-CRB*

*Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv-03255-CRB*

*Jane Roe CL 147 v. Uber Technologies, Inc., et al., No. 3:25-cv-03811-CRB*

*Jane Roe CL 148 v. Uber Technologies, Inc., et al., No. 3:25-cv-03812-CRB*

*Jane Roe CL 149 v. Uber Technologies, Inc., et al., No. 3:25-cv-03813-CRB*

*Jane Roe CL 151 v. Uber Technologies, Inc., et al., No. 3:25-cv-03816-CRB*

*Jane Roe CL 156 v. Uber Technologies, Inc., et al., No. 3:25-cv-03944-CRB*

*Jane Roe CL 158 v. Uber Technologies, Inc., et al., No. 3:25-cv-04038-CRB*

*Jane Roe CL 161 v. Uber Technologies, Inc., et al., No. 3:25-cv-04206-CRB*

*Jane Roe CL 163 v. Uber Technologies, Inc., et al., No. 3:25-cv-04386-CRB*

*Jane Roe CL 164 v. Uber Technologies, Inc., et al., No. 3:25-cv-04587-CRB*

*Jane Roe CL 165 v. Uber Technologies, Inc., et al., No. 3:25-cv-04589-CRB*

*Jane Roe CL 166 v. Uber Technologies, Inc., et al., No. 3:25-cv-04591-CRB*

*Jane Roe CL 173 v. Uber Technologies, Inc., et al., No. 3:25-cv-04709-CRB*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

*Jane Roe CL 174 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05008-CRB

*Jane Roe CL 178 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05537-CRB

*Jane Roe CL 179 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05538-CRB

*Jane Roe CL 181 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05633-CRB

*Jane Roe CL 182 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05628-CRB

*Jane Roe CL 183 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05733-CRB

*Jane Roe CL 186 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06086-CRB

*John Roe CL 7 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06089-CRB

*Jane Roe CL 193 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06609-CRB

*Jane Roe CL 199 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06824-CRB

*Jane Roe CL 208 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07767-CRB

*Jane Roe CL 224 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09394-CRB

I, Jennifer S. Domer, declare as follows:

1. I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for the filed Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Opposition to Defendants' Motion to Dismiss.

3. Counsel's firm has made extensive efforts to reach the client listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Those efforts include extensive phone calls, text messages, emails, physical

mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate this individual. Through the database searches and private investigator, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

5. Counsel uploaded PTO 10 and any corresponding records for Jane Roe CL 158 on February 20, 2026.

6. Counsel uploaded PTO 10 and any corresponding records for Jane Roes CL 17, 27, 64, 72, 94, 117, 120, 149, 161, 164, 166, 186, 193, 208, 224, and John Roe CL 5 on March 5, 2026.

7. Counsel uploaded PTO 10 and any corresponding records for Jane Roes CL 55, 56, 66, 68, 75, 132, 134, 173, 174, 199, and John Roe CL 7 on March 6, 2026.

8. Counsel uploaded PTO 10 and any corresponding records for Jane Roes CL 21, 25, 31, 32, 35, 47, and 51 on March 9, 2026.

9. Counsel has not yet been able to reach Plaintiffs Jane Roes CL 11, 16, 24, 34, 37, 65, 71, 74, 77, 79, 81, 83, 85, 88, 91, 92, 97, 98, 101, 102, 107, 109, 110, 114, 119, 122, 125, 126, 127, 128, 130, 133, 139, 147, 148, 151, 156, 163, 165, 178, 179, 181, 182, and 183 to obtain the remaining information needed in order to produce the needed documentation.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 9, 2026, in Sacramento, California.

Dated: March 9, 2026                     CUTTER LAW P.C.

                                        By:  /s/ Jennifer S. Domer
                                             Jennifer S. Domer

                                        *Attorney for Roe CL Plaintiffs*