**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*T.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06734 -CRB<br><br>*S.S. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07149-CRB | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

### I.    INTRODUCTION

On February 23, 2026, Defendants filed a Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal With Prejudice. (Doc. 5287). Defendants claim that Plaintiffs failed to file a Notice of Dismissal Without Prejudice, however Defendant's claims are incorrect.

### II.    ARGUMENT

a.  *Plaintiff T.K. filed a Notice of Dismissal Without Prejudice on January 26, 2026*

T.K.'s Notice of Dismissal Without Prejudice was filed timely on January 26, 2026 (Exhibit A).

  b. *Plaintiff S.S. filed a Notice of Dismissal Without Prejudice on January 26, 2026*

S.S.'s Notice of Dismissal Without Prejudice was filed timely on January 26, 2026 (Exhibit B).

*c. Uber was advised that these Notices were filed*

On March 6, 2026, Counsel advised Defendant that the notices were timely filed with the Court and requested that Defendant correct the error with the Court.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request this Court DENY Uber's Motion to Convert Dismissal Without Prejudice to Dismissal With Prejudice.

Dated: March 9, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: March 9, 2026

/s/ *Sommer D. Luther*
**SOMMER D. LUTHER**