# EXHIBIT B

|   |   |
|---|---|
| 1 | **WAGSTAFF LAW FIRM** |
|   | Sommer D. Luther, CO BAR #35053 |
| 2 | 940 Lincoln Street |
|   | Denver, CO 80203 |
| 3 | Tel: (720) 208-9417 |
|   | Fax: (303) 376-6361 |
| 4 | sluther@wagstafflawfirm.com |

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| S.S. v. Uber Technologies, Inc., et al., No. 3:25-cv-07149-CRB | Courtroom: 6 – 17th Floor |

Plaintiff S.S., by and through the undersigned counsel, hereby provides notice that the above-captioned action has been dismissed without prejudice in accordance with the Court's Order granting Defendants' Motion to Dismiss for Failure to Comply with Amended Pretrial Order No. 10, dated January 12, 2026 (ECF No. 4979).

Dated: January 26, 2026                      Respectfully submitted,

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*

---

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: January 26, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*