Steven D. Cohn (*Admitted Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
cohn@chaffinluhana.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to :<br><br>ALL PLAINTIFFS REPRESENTED BY CHAFFIN LUHANA LISTED IN EX. A TO DEFENDANTS' DECLARATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**DECLARATION OF STEVEN D. COHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Date: March 27, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

### **DECLARATION OF STEVEN D. COHN**

I, Steven D. Cohn, hereby declare as follows:

1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New York and duly admitted to practice before this Court, representing Plaintiffs in the above captioned action.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (ECF No. 5279).

3. Uber issued Notices of Overdue Discovery related to the issue of MDL Centrality certification under Amended PTO 10 (ECF No. 4287) on December 30, 2025.

4. On January 7, 2026, Plaintiffs (through co-lead attorney Rachel Abrams) requested that Uber reconsider its position or proceed with a joint discovery letter pursuant to PTO 8, as the issue reflects a disagreement over the interpretation of Amended PTO 10 on a technical point rather than a basis for dismissal.

5. Without responding to Ms. Abrams' request or providing further notice, Uber filed a motion to dismiss on February 19, 2026.

6. All of the PFSs submitted by these Plaintiffs are substantially complete, including answers to each question seeking information about medical, therapy, and law enforcement reporting, and verifications signed under penalty of perjury declaring that the information contained in the PFS is true and correct.

7. The PFS answers of the Plaintiffs named in Defendants' motion all confirm that no medical treatment or therapy was sought after the Incident, and/or that no report was made to law enforcement.

8. Chaffin Luhana Plaintiffs have now completed the MDL certifications.

Executed this 9th day of March, 2026 in New York, New York.

                                                        */s/ Steven D. Cohn*
                                                        Steven D. Cohn