UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' WITNESS LIST** |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Exchanged: March 9, 2026<br>Trial Date: April 13, 2026 |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>      Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6-17th Floor |

Defendant Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants") submit the following list of witnesses to testify at the trial of this matter:

**Defendants will likely call the following expert witnesses at trial:**

1. **Alison Reminick, MD**

Defendants expect Dr. Reminick to testify consistent with her report, rebuttal report, and deposition concerning her evaluation of Plaintiff and Dr. Rad's evaluation of Plaintiff.

2. **Joseph Okpaku, J.D.**

Defendants expect Mr. Okpaku to testify consistent with his report, rebuttal report, and deposition concerning Uber's lack of control over the conduct of independent drivers; the function of Uber's platform; and industry standards and regulatory frameworks applicable to for-hire transportation and rideshare platforms.

3. **Robert Osgood**

Defendants expect Mr. Osgood to testify consistent with his report and deposition regarding the GPS data associated with the ride at issue.

4. **Heleya Rad, MD (by deposition)**

Defendants expect Dr. Rad to testify consistent with her report and deposition concerning her evaluation of Plaintiff.

**Defendants will likely call the following fact witnesses at trial:**

1. **Erin O'Keefe (live)**

Defendants expect Ms. O'Keefe to testify about Uber's business model and business operations, including its relationship with independent drivers providing transportation services; the function of Uber's platform, including the services offered by Uber (compared to those offered by independent drivers), independent drivers' discretion and responsibilities; how Uber exercises its discretion over the services it provides; and the industry standards under which Uber operates as a Transportation Network Company.

2. **Todd Gaddis (live)**

Defendants expect Mr. Gaddis to testify regarding Uber utilization data, and data and operative documents related to the subject ride, Plaintiff, and the independent driver.

3. **M.M. (by deposition)**

Ms. M., Plaintiff's mother, will testify consistent with her deposition on August 7, 2025.

4. **A.W.L. (by deposition)**

Ms. W.L., Plaintiff's friend, will testify consistent with her deposition on July 23, 2025.

5. **N.Y. (by deposition)**

Mr. Y., Plaintiff's ex-boyfriend, will testify consistent with his deposition on July 17, 2025.

6. **T.L. (by deposition)**

Mr. L, Plaintiff's ex-boyfriend, will testify consistent with his deposition on July 31, 2025.

7. **J.S. MD (by deposition)**

Dr. S. will testify consistent with her deposition on August 29, 2025.

**Defendants may call the following fact witnesses at trial:**

8. **Jeffery Richardson**

Mr. Richardson may testify about his experience as an independent driver, including but not limited to his use of the Uber app and the subject ride.

9. **Greg Brown (by deposition)**

Mr. Brown may testify about Jeffrey Richardson consistent with his deposition on August 26, 2025.

10. **Hanna Nilles (by deposition)**

Ms. Nilles may testify about Jeffrey Richardson consistent with his deposition on August 7, 2025.

Defendants may also call any witness identified in Plaintiff's witness list. Defendants further reserve the right to call at trial any witness necessary for rebuttal or impeachment.

Defendants may also call custodians of records or other witnesses necessary to authenticate documents or otherwise lay foundation for the admission of evidence.

Defendants reserve the right to present testimony by deposition pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Defendants specifically reserve their right to designate affirmative deposition testimony of Defendants' company witnesses called by Plaintiff. To the extent any witness listed above is unavailable to testify at live trial, Defendants reserve the right to present that witness's testimony by deposition or other admissible means.

Defendants reserve the right to call any expert identified by Plaintiff for purposes of cross-examination, rebuttal, or impeachment.

Defendants reserve the right to amend and/or supplement this witness list.

Dated: March 9, 2026

KIRKLAND & ELLIS LLP

/s/ *Laura Vartain Horn*
Laura Vartain Horn (SBN 258485; WDNC P*ro Hac Pending*)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Michael Vives (Admitted Pro Hac Vice NDCA; WDNC *Pro Hac Pending*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

Allison M. Brown (Admitted Pro Hac Vice NDCA; WDNC *Pro Hac Pending*)
Caroline Power (Admitted *Pro Hac Vice* NDCA; WDNC.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

caroline.power@kirkland.com

Bradley R. Kutrow
**MCGUIREWOODS LLP**
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: (704) 343-2049
bkutrow@mcguirewoods.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Laura Vartain Horn*
Laura Vartain Horn