Sadi R. Antonmattei-Goitia (SBN # 24091383)
*(Pro Hac Vice)*
**KHERKHER GARCIA LLP**
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| Jane Doe 694403 v. UBER TECHNOLOGIES, INC., et al., Case No. 25-cv-04585-CRB, MDL ID 3475 | |
| John Doe 692195 v. UBER TECHNOLOGIES, Inc., et al., No : 3 :25-cv-03421-CRB, MDL ID 3290 | |

## I. INTRODUCTION

On Dec. 19, 2025, Defendants Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC filed their Motion to Dismiss the above captioned Plaintiffs on the grounds that Plaintiffs failed to comply with Amended PTO No. 10. *See* ECF No. 4737 and 4737-2.

On Feb. 13, 2026, this Court entered an Order granting Defendants' Motion to Dismiss. *See* ECF No. 5232. Plaintiffs now submit this Motion to Reconsider the Court's Order as it relates to the above captioned Plaintiffs.

## II. ARGUMENT

**A. The above-captioned Plaintiffs have complied with Amended PTO 10.**

Plaintiffs identified in Exhibit A to this Motion have served signed verification forms via MDL Centrality as reflected by the production dates set forth therein.

The delay was not due to neglect or any willful action by Plaintiffs or their counsel. Counsel underwent extensive efforts to reestablish contact and communication with these clients. Ultimately, these efforts were successful.

Further, these cases involve heinous acts by Defendants of a deeply personal nature. In Counsel's experience, Plaintiffs often experience some hesitancy in reopening these wounds to engage in the litigation process. Through time and patience, Plaintiffs such as the two at issue in this Motion find that their desire for justice and closure outweighs the difficulties involved in discussing these events.

Finally, Defendants will not suffer any prejudice by allowing these matters to continue to be prosecuted to their conclusion. On the other hand, the Plaintiffs who are subject of this Motion have meritorious cases and were deeply wronged on a fundamental level. They would be unfairly prejudiced by having their cases dismissed, denying their ability to seek redress for their injuries.

Given that Plaintiffs have fully complied with their obligations under Amended CMO10, Plaintiffs respectfully request that the Court reconsider dismissal of their cases and remove them

from the dismissal order, ECF No. 5232. Counsel for Plaintiffs believes that a reconsideration of the Order dismissing their cases is warranted as dismissal is unduly prejudicial to the Plaintiffs.

## CONCLUSION

For the reasons described herein, Plaintiffs respectfully request that the Court amend the Order dismissing cases for failure to comply with PTO 10 to remove the Plaintiffs listed in Exhibit A.

DATED: March 10, 2026                             Respectfully Submitted,

*/s/ Sadi R. Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia (SBN # 24091383)
(Pro Hac Vice)
KHERKHER GARCIA LLP
2925 Richmond Ave, Suite 1560
Houston, TX 77098
Telephone: (713) 333- 1030
Facsimile : (713) 333-1029
Email: skherkher-team@kherkhergarcia.com
Email: rideshare@kherkhergarcia.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Sadi R.Antonmattei-Goitia*
Sadi R. Antonmattei-Goitia