# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>Jane Doe 694403 v. UBER TECHNOLOGIES, INC., et al., Case No. 25-cv-04585-CRB, MDL ID 3475<br><br>John Doe 692195 v. UBER TECHNOLOGIES, Inc., et al., No : 3 :25-cv-03421-CRB, MDL ID 3290 | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**EXHIBIT A TO PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

**EXHIBIT A - Plaintiffs with Signed Verifications Produced**

| MDL ID | CASE CAPTION | CASE NUMBER | CURE DATE | DOCUMENT ID# |
|---|---|---|---|---|
| 3290 | John Doe 692195 | 25-cv-03421 | 3/9/2026 | 214120 (Amended Fact Sheet); 214121 (signed verification) |
| 3475 | Jane Doe 694403 | 25-cv-04585-CRB | 3/2/2026 | 200518 (Amended Fact Sheet); 200519 (signed verification) |