UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to:<br><br>Jane Doe 694403 v. UBER TECHNOLOGIES, INC., et al., Case No. 25-cv-04585-CRB, MDL ID 3475<br><br>John Doe 692195 v. UBER TECHNOLOGIES, Inc., et al., No : 3 :25-cv-03421-CRB, MDL ID 3290 | |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Reconsider Order Dismissing Cases for Failure to Comply with Amended PTO 10, the Court hereby GRANTS Plaintiffs' Motion for Reconsideration and Amends its Order Dismissing Cases for Failure to Comply with PTO 10 (ECF No. 5232) to remove Plaintiffs Jane Doe 694403 (MDL ID 3475) (25-cv-04585) and John Doe 692195 (MDL ID 3290) (25-cv-03421).

**IT IS SO ORDERED.**

DATED: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge

| | |
|---|---|
| Case No. 3:23-MD-03084-CRB | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED CMO 10 |