[Submitting Counsel below]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber or third parties associated with Uber should be sealed. On March 10, Plaintiff filed Plaintiff's Motion to Exclude Expert Testimony of Joseph Okpaku which refers to and attaches documents that Uber or third parties associated with Uber

---

1

PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

designated "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" and / or "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is portions of Plaintiff's Motion to Exclude Expert Testimony of Joseph Okpaku and an Exhibit.

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Motion to Exclude Expert Testimony of Joseph Okpaku | Portion of briefing referring testimony designated confidential | Uber |
| [Unredacted] Expert Report of Joseph O. Okpaku | Portions of the report designated confidential | Uber |

Under Local Rule 79-5(f)(3), the designating entities bear the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

    1.    The Declaration of Sejal K. Brahmbhatt in Support of this Motion; and

    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: March 10, 2026　　　　　　　　　　　　　　　　　Respectfully submitted,

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226

|   |   |
|---|---|
| 1 | sbrahmbhatt@whlaw.com |
| 2 | jwilliams@whlaw.com |
|   | jboundas@whlaw.com |
|   | babramson@whlaw.com |
| 3 | mlecocke@whlaw.com |
|   | wcubberly@whlaw.com |
| 4 | bbaskin@whlaw.com |
|   | mshaw@whlaw.com |
| 5 | jmelugin@whlaw.com |
|   | sdrecun@whlaw.com |

*Attorneys for Plaintiff WHB 823*

By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC 28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email: bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*


By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com


By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016

3

PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

## **FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 10, 2026                                  By:   */s/ Myles Shaw*