1    [Submitting Counsel below]

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

7

8                       **SAN FRANCISCO DIVISION**

9    | IN RE: UBER TECHNOLOGIES, INC., | Case No. 23-md-03084-CRB |
     | PASSENGER SEXUAL ASSAULT |  |

10   LITIGATION

     **DECLARATION OF SEJAL K.**
11   _____    **BRAHMBHATT IN SUPPORT OF**
                                     **ADMINISTRATIVE MOTION TO**
     This Document Relates to:       **CONSIDER WHETHER ANOTHER**
12                                   **PARTY'S MATERIAL SHOULD BE**
     *WHB 823 v. Uber Techs., Inc., et al.*  **FILED UNDER SEAL**
13   N.D. Cal. No. 3:24-cv-04900
     W.D.N.C. No. 3:25-cv-00737

14

15

16

17                    **UNITED STATES DISTRICT COURT**

18            **WESTERN DISTRICT OF NORTH CAROLINA**

19                        **CHARLOTTE DIVISION**

20   WHB 823,                            No. 3:25-cv-00737

21          Plaintiff,                   Judge: Honorable Charles R. Breyer

22      v.

23   UBER TECHNOLOGIES, INC., et al.,

24          Defendants.

25

26

27

28

1    I, Sejal K. Brahmbhatt, declare:

2         1.        I am an attorney in the law firm of Williams Hart & Boundas, and counsel for

3    Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of

4    Texas and am admitted to practice before this Court pro hac vice. I make this declaration based

5    on my own personal knowledge. If called upon to testify, I could and would testify competently

6    to the truth of the matters stated herein.

7         2.        I submit this declaration in support of Plaintiff's Motion to Exclude Expert

8    Testimony of Joseph Okpaku.

9         3.        The exhibits referred to below are attached to Plaintiff's Motion to Exclude Expert

10   Testimony of Joseph Okpaku.

11        4.        Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Motion to

12   Exclude Expert Testimony of Joseph Okpaku.

13        5.        Attached hereto as **Exhibit B** is a true and correct copy of the Expert Report of

14   Joseph O. Okpaku

15        6.        Because the materials at issue were designated by Uber as "CONFIDENTIAL"

16   and /or "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY", Plaintiff filed the

17   following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Motion to Exclude Expert Testimony of Joseph Okpaku | Portion of briefing referring to testimony designated confidential | Uber |
| [Unredacted] Expert Report of Joseph O. Okpaku | Portions of the report designated confidential | Uber |

        7.        I declare under penalty of perjury that the foregoing is true and correct.

25   Executed on March 10, 2026 in Houston, Texas.

26

27

28

Respectfully submitted,


By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*


By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*


By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

1
By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)

2

3
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

4

5

6

7
By: /s/ Roopal P. Luhana
Roopal P. Luhana

8

9
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

10

11

12
*Co-Lead Counsel for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28