**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, Plaintiff, v. UBER TECHNOLOGIES, INC., et al., Defendants. | No. 3:25-cv-00737 Judge: Honorable Charles R. Breyer |

Having considered Plaintiff's March 10, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be

---

[PROPOSED] ORDER RE PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

1

sealed:

| Document | Description | Designating Party |
|---|---|---|
| [Unredacted] Plaintiff's Motion to Exclude Expert Testimony of Joseph Okpaku | Portion of briefing referring to testimony designated confidential | Uber |
| [Unredacted] Expert Report of Joseph O. Okpaku | Portions of the report designated confidential | Uber |

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
United States District Judge