1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*,<br>N.D. Cal. No. 24-cv-4900<br>W.D.N.C. No. 25-cv-737 | Case No. 23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber should be sealed.

On March 10, 2026, Plaintiff filed a Motion for Partial Summary Judgment on Common Carrier Status and Liability which refers to and attaches documents that Uber designated "CONFIDENTIAL" and / or "HIGHLY CONFIDENTIAL" and / or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY."

**Material To Be Filed Under Seal**

The material to be filed under seal is in a portion of Plaintiffs' motion, portions of the declaration in support, and the attached exhibits:

| Document | Description | Designating Party |
|---|---|---|
| Motion | Unredacted Motion for Partial Summary Judgment | Uber |
| Exhibit F | Excerpts of the August 28, 2025 30(b)(6) deposition transcript of Mariana Correa Esteves designated as highly confidential | Uber |
| Exhibit G | Exhibit 2005 from the August 28, 2025 30(b)(6) deposition of Mariana Correa Esteves designated as confidential | Uber |
| Exhibit H | Excerpts of the June 11, 2025 30(b)(6) deposition transcript of Elizabeth Ross designated as confidential | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit K | Excerpts of the July 3, 2025 deposition transcript of Travis Kalanick designated as confidential | Uber |
| Exhibit L | Excerpts of the December 3, 2024 deposition transcript of Kate Parker designated as highly confidential – attorneys' eyes-only and highly confidential | Uber |
| Exhibit M | Excerpts of the June 30, 2025 deposition transcript of Hannah Nilles designated as highly confidential | Uber |
| Exhibit N | Excerpts of the June 5, 2025 deposition transcript of Heather Childs designated as highly confidential | Uber |
| Exhibit O | Excerpts of the August 21, 2025 deposition transcript of Chad Dobbs designated as highly confidential | Uber |
| Exhibit P | Excerpts of the March 26, 2025 deposition transcript of Henry (Gus) Fuldner designated as highly confidential | Uber |
| Exhibit Q | Excerpts of the June 25, 2025 30(b)(6) deposition transcript of Sunny Wong designated as highly confidential | Uber |
| Exhibit R | Excerpts of the July 15, 2025 30(b)(6) deposition transcript of Greg Brown designated as confidential | Uber |
| Exhibit S | Excerpts of the July 16, 2025 30(b)(6) deposition transcript of Greg Brown designated as confidential | Uber |
| Exhibit T | Excerpts of the April 16, 2025 30(b)(6) deposition transcript of Sunny Wong designated as highly confidential | Uber |
| Exhibit U | Excerpts of the August 26, 2025 30(b)(6) deposition transcript of Greg Brown designated as highly confidential | Uber |
| Exhibit V | Excerpts of the March 26, 2025 deposition transcript of Michael Sullivan designated as highly confidential | Uber |
| Exhibit X | Excerpts of the July 15, 2025 30(b)(6) deposition transcript of Mariana Esteves as confidential and highly confidential | Uber |
| Exhibit Z | September 26, 2025 Expert Report of Joseph O. Okpaku designated as highly confidential – attorneys' eyes-only | Uber |
| Exhibit AA | UBER-MDL3084-BW-00053804 | Uber |
| Exhibit BB | UBER-MDL3084-BW-00053942 | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that all of the designated material is sealable and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. None of the information at issue was marked confidential by Plaintiffs.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Sarah R. London in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: March 10, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |

2   I am the ECF User whose ID and password are being used to file this document. In
3   compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this
4   filing.

Dated: March 10, 2026                    By:    */s/ Andrew R. Kaufman*
                                                 Andrew R. Kaufman