IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*,<br>N.D. Cal. No. 24-cv-4900<br>W.D.N.C. No. 25-cv-737 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" and /or "HIGHLY CONFIDENTIAL", Plaintiffs filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Motion | Unredacted Motion for Partial Summary Judgment | Uber |
| Exhibit F | Excerpts of the August 28, 2025 30(b)(6) deposition transcript of Mariana Correa Esteves designated as highly confidential | Uber |
| Exhibit G | Exhibit 2005 from the August 28, 2025 30(b)(6) deposition of Mariana Correa Esteves designated as confidential | Uber |
| Exhibit H | Excerpts of the June 11, 2025 30(b)(6) deposition transcript of Elizabeth Ross designated as confidential | Uber |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit K | Excerpts of the July 3, 2025 deposition transcript of Travis Kalanick designated as confidential | Uber |
| Exhibit L | Excerpts of the December 3, 2024 deposition transcript of Kate Parker designated as highly confidential – attorneys' eyes-only and highly confidential | Uber |
| Exhibit M | Excerpts of the June 30, 2025 deposition transcript of Hannah Nilles designated as highly confidential | Uber |
| Exhibit N | Excerpts of the June 5, 2025 deposition transcript of Heather Childs designated as highly confidential | Uber |
| Exhibit O | Excerpts of the August 21, 2025 deposition transcript of Chad Dobbs designated as highly confidential | Uber |
| Exhibit P | Excerpts of the March 26, 2025 deposition transcript of Henry (Gus) Fuldner designated as highly confidential | Uber |
| Exhibit Q | Excerpts of the June 25, 2025 30(b)(6) deposition transcript of Sunny Wong designated as highly confidential | Uber |
| Exhibit R | Excerpts of the July 15, 2025 30(b)(6) deposition transcript of Greg Brown designated as confidential | Uber |
| Exhibit S | Excerpts of the July 16, 2025 30(b)(6) deposition transcript of Greg Brown designated as confidential | Uber |
| Exhibit T | Excerpts of the April 16, 2025 30(b)(6) deposition transcript of Sunny Wong designated as highly confidential | Uber |
| Exhibit U | Excerpts of the August 26, 2025 30(b)(6) deposition transcript of Greg Brown designated as highly confidential | Uber |
| Exhibit V | Excerpts of the March 26, 2025 deposition transcript of Michael Sullivan designated as highly confidential | Uber |
| Exhibit X | Excerpts of the July 15, 2025 30(b)(6) deposition transcript of Mariana Esteves as confidential and highly confidential | Uber |
| Exhibit Z | September 26, 2025 Expert Report of Joseph O. Okpaku designated as highly confidential – attorneys' eyes-only | Uber |
| Exhibit AA | UBER-MDL3084-BW-00053804 | Uber |
| Exhibit BB | UBER-MDL3084-BW-00053942 | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2026 in San Anselmo, California.

                                           */s/ Sarah R. London*
                                           Sarah R. London