IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *WHB 823 v. Uber Techs., Inc.,* N.D. Cal. No. 24-cv-4900 W.D.N.C. No. 25-cv-737 | **CERTIFICATE OF SERVICE** |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHB 823, | No. 25-cv-737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I certify that, on March 10, 2026 a true and correct copy of the UNSEALED/ UNREDACTED version of the following documents:

- **UNREDACTED Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability**

|   |   |
|---|---|
| 1 | • **Ex. F to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 2 | • **Ex. G to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 3 | • **Ex. H to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 4 | • **Ex. K to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 5 | • **Ex. L to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 6 | • **Ex. M to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 7 | • **Ex. N to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 8 | • **Ex. O to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 9 | • **Ex. P to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 10 | • **Ex. Q to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 11 | • **Ex. R to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 12 | • **Ex. S to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 13 | • **Ex. T to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 14 | • **Ex. U to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 15 | • **Ex. V to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 16 | • **Ex. X to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 17 | • **Ex. Z to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 18 | • **Ex. AA to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |
| 19 | • **Ex. BB to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability** |

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com

| | |
|---|---|
| 1 | Jennifer Levy |
| 2 | jlevy@kirkland.com |
| | Rupal Joshi |
| 3 | rupal.joshi@kirkland.com |
| | Laura Vartain |
| 4 | laura.vartain@kirkland.com |
| | Kristen Fournier |
| 5 | kristen.fournier@kirkland.com |
| | Alexandra Caritis |
| 6 | alexandra.caritis@kirkland.com |
| | Libby Marden |
| 7 | libby.marden@kirkland.com |
| 8 | Geoffrey Wyatt |
| | geoffrey.wyatt@kirkland.com |
| 9 | Beth Larsen |
| 10 | beth.larsen@kirkland.com |
| 11 | **O'Melveny and Meyers LLP** |
| | Sabrina Strong: sstrong@omm.com |
| 12 | Jonathan Schneller : jschneller@omm.com |
| 13 | Joshua Revesz : jrevesz@omm.com |
| | Louis Fisher: lfisher@omm.com |
| 14 | |
| 15 | **Shook, Hardy & Bacon LLP** |
| | Michael B. Shortnacy |
| 16 | mshortnacy@shb.com |
| | Patrick L. Oot, Jr. |
| 17 | oot@shb.com |
| | Christopher V. Cotton |
| 18 | ccotton@shb.com |
| 19 | Alycia A. Degen |
| | adegen@shb.com |
| 20 | Veronica Gromada |
| | vgromada@shb.com |
| 21 | |
| 22 | Service Email |
| | UBERMDLSERVICE@LISTSERV.SHB.COM |

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on March 10, 2026.

By: <u>*/s Andrew R. Kaufman*</u><br>
Andrew R. Kaufman

- 4 -

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB