[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I certify that on March 10, 2026 a true and correct unredacted copy of Plaintiff's Motion to Exclude Expert Testimony of Joseph Okpaku, along with supporting declaration and exhibits attached thereto, were served pursuant to Civil L.R. 5-5(a) to each person named below:

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com

CERTIFICATE OF SERVICE
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

1

2

<u>Service Email</u>
UBERMDLSERVICE@LISTSERV.SHB.COM

3

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

4

5

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

6

7

8

9      I declare under penalty of perjury under the laws of the United States of America that the

10     foregoing is true and correct. Executed on March 10, 2026

11                                                    Respectfully submitted,

12                                                    By: */s/ Sejal K. Brahmbhatt*

13                                                    Sejal K. Brahmbhatt (pro hac vice)
                                                     John Eddie Williams, Jr. (pro hac vice)

14                                                   John Boundas (pro hac vice)
                                                     Brian Abramson (pro hac vice)

15                                                   Margret Lecocke (pro hac vice)
                                                     Walt Cubberly (SBN 325163)

16                                                   Batami Baskin (pro hac vice)
                                                     Myles Shaw (pro hac vice)

17                                                   Joseph C. Melugin (SBN 279439)
                                                     Stasja Drecun (pro hac vice)

18                                                   **WILLIAMS HART & BOUNDAS LLP**

19                                                   8441 Gulf Freeway, Suite 600
                                                     Houston, TX  77017-5051

20                                                   Telephone: (713) 230-2227
                                                     Facsimile: (713) 643-6226

21                                                   sbrahmbhatt@whlaw.com
                                                     jwilliams@whlaw.com

22                                                   jboundas@whlaw.com
                                                     babramson@whlaw.com

23                                                   mlecocke@whlaw.com
                                                     wcubberly@whlaw.com

24                                                   bbaskin@whlaw.com
                                                     mshaw@whlaw.com

25                                                   jmelugin@whlaw.com
                                                     sdrecun@whlaw.com

26                                                   *Attorneys for Plaintiff* WHB 823

27

28

3

By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH &
LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*