UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.,*<br>N.D. Cal. No. 24-cv-4900<br>W.D.N.C. No. 25-cv-737 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COMMON CARRIER STATUS AND LIABILITY**<br><br>Judge:     Hon. Charles R. Breyer<br>Date:      TBD<br>Time:      TBD<br>Courtroom: 6 –17th Floor (zoom) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | No. 25-cv-737<br><br>Judge: Honorable Charles R. Breyer |

DECLARATION OF SARAH R. LONDON
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability.

3. The exhibits referred below are attached to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability.

4. Attached hereto as **Exhibit A** is a true and correct copy of the In re Uber Rideshare Cases, JCCP No. 5188 Order on Defendants Uber Technologies, Inc. and Rasier, LLC's Motion for Summary Judgment Or, In the Alternative, Summary Adjudication, entered on July 31, 2025.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the June 12, 2025 30(b)(6) deposition of Elizabeth Ross.

6. Attached hereto as **Exhibit C** is a true and correct copy of Exhibit 1081 from the June 12, 2025 30(b)(6) deposition of Elizabeth Ross.

7. Attached hereto as **Exhibit D** is a true and correct copy of Exhibit 1082 from the June 12, 2025 30(b)(6) deposition of Elizabeth Ross.

8. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 1083 from the June 12, 2025 30(b)(6) deposition of Elizabeth Ross.

9. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the August 28, 2025 30(b)(6) deposition of Mariana Correa Esteves. This document is filed under seal.

10. Attached hereto as **Exhibit G** is a true and correct copy of Exhibit 2005 from the August 28, 2025 30(b)(6) deposition of Mariana Correa Esteves. This document is filed under seal.

11. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the June 11, 2025 30(b)(6) deposition of Elizabeth Ross. This document is filed under seal.

12. Attached hereto as **Exhibit I** is a true and correct copy of Jaylynn Dean v. Uber

1 | Technologies, Inc. admitted trial exhibit, Dean Trial Ex. P-00299.

2 |     13.    Attached hereto as **Exhibit J** is a true and correct copy of Jaylynn Dean v. Uber
3 | Technologies, Inc. admitted trial exhibit, Dean Trial Ex. P-00487.

4 |     14.    Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the July
5 | 3, 2025 deposition of Travis Kalanick. This document is filed under seal.

6 |     15.    Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the
7 | December 3, 2024 deposition of Kate Parker. This document is filed under seal.

8 |     16.    Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the June
9 | 30, 2025 deposition of Hannah Nilles. This document is filed under seal.

10 |     17.    Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the June 5,
11 | 2025 deposition of Heather Childs. This document is filed under seal.

12 |     18.    Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the August
13 | 21, 2025 deposition of Chad Dobbs. This document is filed under seal.

14 |     19.    Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the March
15 | 26, 2025 deposition of Henry (Gus) Fuldner. This document is filed under seal.

16 |     20.    Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the June
17 | 25, 2025 30(b)(6) deposition of Sunny Wong. This document is filed under seal.

18 |     21.    Attached hereto as **Exhibit R** is a true and correct copy of excerpts from the July
19 | 15, 2025 30(b)(6) deposition of Greg Brown. This document is filed under seal.

20 |     22.    Attached hereto as **Exhibit S** is a true and correct copy of excerpts from the July
21 | 16, 2025 30(b)(6) deposition of Greg Brown. This document has been redacted and filed under
22 | seal.

23 |     23.    Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the April
24 | 16, 2025 30(b)(6) deposition of Sunny Wong. This document is filed under seal.

25 |     24.    Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the August
26 | 26, 2025 30(b)(6) deposition of Greg Brown. This document is filed under seal.

27 |     25.    Attached hereto as **Exhibit V** is a true and correct copy of excerpts from the March
28 | 26, 2025 deposition of Michael Sullivan. This document is filed under seal.

26. Attached hereto as **Exhibit W** is a true and correct copy of excerpts from the May 29, 2025 30(b)(6) deposition of Hannah Nilles.

27. Attached hereto as **Exhibit X** is a true and correct copy of excerpts from the July 15, 2025 30(b)(6) deposition of Mariana Esteves. This document is filed under seal.

28. Attached hereto as **Exhibit Y** is a true and correct copy of Uber Technologies, Inc. 2017-2018 US Safety Report.

29. Attached hereto as **Exhibit Z** is a true and correct copy of excerpts from the September 26, 2025 Expert Report of Joseph O. Okpaku. This document is filed under seal.

30. Attached hereto as **Exhibit AA** is a true and correct copy of a document bates stamped UBER-MDL3084-BW-00053804. This document has been redacted and filed under seal.

31. Attached hereto as **Exhibit BB** is a true and correct copy of a document bates stamped UBER-MDL3084-BW-00053942. This document has been redacted and filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, 2026 in San Anselmo, California.

*/s/ Sarah R. London*
Sarah R. London