# EXHIBIT B

Elizabeth Ross Volume 2 30(b)(6)
June 12, 2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE:  UBER TECHNOLOGIES,    Case No. 3:23-md-03084
INC., PASSENGER SEXUAL                      CRB
ASSAULT LITIGATION
_____
This Document Relates to:

ALL ACTIONS
_____

VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

30(b)(6) CORPORATE REPRESENTATIVE - ELIZABETH ROSS

San Francisco, California

Thursday, June 12, 2025

Volume 2

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6899605-001

PAGES 345 - 610

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4

 5   IN RE:  UBER TECHNOLOGIES,   Case No. 3:23-md-03084
     INC., PASSENGER SEXUAL                        CRB
 6   ASSAULT LITIGATION
     _____
 7   This Document Relates to:

 8   ALL ACTIONS
     _____
 9

10

11

12           DEPOSITION OF ELIZABETH ROSS, taken on

13   behalf of the Plaintiffs, at Kirkland & Ellis, LLP,

14   555 California Street, 27th Floor, San Francisco,

15   California, commencing at 9:28 a.m., Thursday,

16   June 12, 2025 before REBECCA L. ROMANO, a

17   Registered Professional Reporter, Certified

18   Shorthand Reporter, Certified Court Reporter.

19

20

21

22

23

24

25
```

Elizabeth Ross Volume 2 30(b)(6)
June 12, 2025

```
 1            No, that information that we looked at
 2   in internal decks around digging into specific
 3   insights and data is not shared publicly in
 4   marketing campaigns.
 5       Q.   (By Ms. Walsh)  Okay.  Thank you.
 6            Ms. Ross, Uber is a transportation
 7   company, correct?
 8            MS. LEVY:  Object to the form, and well
 9   outside of the topics.
10            THE DEPONENT:  The way that we describe
11   ourselves is a technology company.
12       Q.   (By Ms. Walsh)  Uber describes itself as
13   providing rides to people, right?
14       A.   Yes --
15       Q.   Okay.
16       A.   -- rides and food and other goods, yes.
17       Q.   Okay.  You understand this case is about
18   rides, though, right?
19       A.   Yes.
20       Q.   Okay.  So Uber offers to sell rides to
21   people, right?
22       A.   Yes.
23       Q.   Okay.  And Uber does, in fact, sell rides
24   to people, right?
25       A.   Yes, people can take rides on the Uber
```

```
 1   platform.
 2        Q.   And Uber offers rides to everyone, right?
 3        A.   To anybody with an account.
 4        Q.   Okay.  And that's, just focusing on the
 5   United States, to -- anyone who wants to sign up
 6   for an account in the United States, they can do
 7   that if they're over 18, right?
 8        A.   Yes.
 9        Q.   Although now you are expanding these
10   services to -- to minors, right?
11        A.   Yeah, to teenagers.
12        Q.   Okay.  Who are not adults, right?
13        A.   They are not.
14        Q.   Okay.  So Uber would like everyone in the
15   United States to use -- to buy rides from the
16   company, right?
17             MS. LEVY:  Object to form.
18             THE DEPONENT:  Can you -- yes, ideally.
19             Like people who are signing up for Uber
20   accounts that fall within the allotted age ranges
21   that can take an Uber, if they want to take a ride,
22   they can choose to take a ride.
23        Q.   (By Ms. Walsh)  Okay.  Without regard for
24   what city they live in?
25        A.   Yeah, no.
```

 1   yes.

 2       Q.   Okay.  So if we look at this document,

 3   which is 1081 --

 4            MS. WALSH:  And zoom in on the top

 5   portion, please.

 6       Q.   (By Ms. Walsh)  -- you see where it says

 7   "Uber.  Run with Nike.  Ride with Uber."

 8            Right?

 9       A.   Yes.

10       Q.   And it's talking about Uber partnering

11   with Nike to give riders free rides, right?

12       A.   Yes.

13       Q.   Okay.  So this is saying that -- and it's

14   encouraging people to get the app, right?

15       A.   Uh-huh.

16       Q.   And if -- the implication of this is if

17   you get this app and you use the app, you're going

18   to be riding with Uber, right?

19       A.   Yes.

20       Q.   Okay.

21            MS. WALSH:  Let's take a look at -- and

22   if you look down below -- scroll down, please,

23   Brian, and zoom in on "Never Hail a Taxi Again,"

24   right, and the black car.

25       Q.   (By Ms. Walsh)  You're wanting people to

```
 1   take Uber instead of taxis, right?
 2       A.   Yeah, we're positioning it as an
 3   alternative option to taxis.
 4       Q.   Well, you're actually saying, "Never Hail
 5   a Taxi Again," right?
 6       A.   Yes, again, the statement says that, but
 7   at the end of the day, a consumer can make their
 8   own choice.  But yes.
 9       Q.   Right, but we're talking about what
10   you're saying to try to get people to use Uber,
11   right?
12       A.   Yes.
13            It says, "Never Hail a Taxi Again."
14       Q.   Okay.  And from Uber's perspective, that
15   would be a good thing if people stopped using taxis
16   and started using more Ubers, right?
17       A.   If they wanted to, yes.
18       Q.   Because that would help Uber make more
19   money, right?
20       A.   Yes, it could.
21       Q.   Okay.  And what it says is, "Get rides
22   when you need them.  Safe, reliable pickups within
23   minutes," right?
24       A.   Uh-huh.
25       Q.   Okay.  And, again, so it's holding out
```

```
 1   these rides that it is providing as safe and
 2   reliable, right?
 3        A.   Yes.
 4        Q.   Okay.
 5             MS. WALSH:  Let's look at 121, please,
 6   which we will mark as Exhibit 1082.
 7             (Exhibit 1082 was marked for
 8   identification by the Court Reporter and is
 9   attached hereto.)
10        Q.   (By Ms. Walsh)  And this is marketing
11   material from Uber, right?
12        A.   Yes, it looks like it.
13        Q.   Okay.  And does this look to you to be
14   like an email that would have been sent to riders
15   of Uber?
16        A.   Yes, it looks like it.
17        Q.   Okay.  Could it have been sent to
18   prospective riders, as well?
19        A.   No.
20             We don't have their email, so we can't do
21   that.
22        Q.   Okay.  So Uber's testimony is that it
23   doesn't in any way obtain emails for people who
24   aren't -- who haven't actually provided them to
25   Uber?
```

```
 1        A.   Not to my knowledge, no.
 2        Q.   Okay.  That's data that a company could
 3   buy to engage in marketing, right?
 4        A.   They could, yeah.
 5        Q.   And your -- Uber's testimony is that it
 6   doesn't do that?
 7        A.   Not to my knowledge, no.
 8        Q.   Well, what about to Uber's knowledge?
 9        A.   Not to Uber's knowledge, not as far as
10   I'm aware of what I learned in preparation for this
11   deposition.
12        Q.   Okay.  So this says -- and, again, you
13   see these Xs are where the person -- the recipient
14   of this email, their information, would -- it would
15   be -- specific information input for them, right?
16        A.   Uh-huh.
17        Q.   And what it says is, "(Firstname), let us
18   take you where you need to go," right?
19        A.   Uh-huh.
20        Q.   It doesn't say, Let an independent
21   contractor who is using our technology platform to
22   broker a ride come and get you and take you where
23   you need to go, right?
24        A.   Yes.
25        Q.   It says, "Let us take you where you need
```

```
 1   to go"?
 2       A.   Uh-huh.
 3       Q.   And the implication of that is that it's
 4   Uber that's going to be taking you on the ride,
 5   right?
 6       A.   Yes.
 7       Q.   Okay.
 8            MS. WALSH:  And let's look now at
 9   Exhibit -- at AW120, which we will mark --
10            MR. REDE:  1083.
11            MS. WALSH:  -- as 1083 to your
12   deposition.
13            (Exhibit 1083 was marked for
14   identification by the Court Reporter and is
15   attached hereto.)
16       Q.   (By Ms. Walsh)  Okay.  And does this look
17   to you to be an email or --
18       A.   Yes.
19       Q.   Okay.  So, again, an email that would
20   have been sent to folks who Uber is hoping will buy
21   a ride from Uber, right?
22       A.   Yes.
23            It looks like it is a rider email that
24   was sent during the pandemic.
25       Q.   Okay.  So 2020, 2021 --
```