# EXHIBIT C

# UBER_JCCP_MDL_002752685

## Metadata

| Begin Family | UBER_JCCP_MDL_002752685 | SEMANTIC |
|---|---|---|
| Date Created | 01/24/2017 8:34 pm | SEMANTIC |
| Date Modified | 02/08/2014 1:17 am | SEMANTIC |
| End Family | UBER_JCCP_MDL_002752685 | SEMANTIC |
| File Size | 1313590 | SEMANTIC |
| Filename | desktop_go_v02.jpg | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_002752685 | SEMANTIC |
| ILS Document Date | 01/24/2017 | SEMANTIC |
| ILS Prod Date | 2/14/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL102 | SEMANTIC |
| Primary Date | 01/24/2017 8:34 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL102 | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 02/08/2014 1:17 am | SEMANTIC |

EXHIBIT 1081
Deponent: Ross 30(b)(6)
Date: 6/12/2025
Rebecca Romano CSR No. 12546





UBER_JCCP_MDL_002752685