# EXHIBIT D

# UBER_JCCP_MDL_002889098

## Metadata

| Field | Value | Type |
|---|---|---|
| Begin Family | UBER_JCCP_MDL_002889098 | SEMANTIC |
| Date Created | 12/12/2019 12:59 am | SEMANTIC |
| Date Modified | 12/10/2019 8:40 pm | SEMANTIC |
| End Family | UBER_JCCP_MDL_002889098 | SEMANTIC |
| File Size | 228767 | SEMANTIC |
| Filename | EM1_mobile V2.png | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_002889098 | SEMANTIC |
| ILS Document Date | 12/12/2019 | SEMANTIC |
| ILS Prod Date | 2/14/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL102 | SEMANTIC |
| Primary Date | 12/12/2019 12:59 am | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL102 | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 12/10/2019 8:40 pm | SEMANTIC |

EXHIBIT 1082
Deponent: Ross 30(b)(6)
Date: 6/12/2025

Rebecca Romano CSR No. 12546



# \<XX\> off your next XX rides

## \<Firstname\>, let us take you where you need to go

There's still time to ride for less. This discount has already been applied to your account and remains valid through 10/31/18—just request and ride.

Take a trip →

This promotion is valid only for riders who received this email directly from Uber. The offer has already been added to the rider's account. Maximum discount of X off, up to X per ride. The discount is valid from now through 10/31/2018 date. This discount is valid only on UberX, UberPool, Express Pool, UberXL, WAV, Assist, and Español. Discount valid anywhere in the United States and does not apply to tips.



UBER_JCCP_MDL_002889098