# EXHIBIT E

## UBER_JCCP_MDL_002334166

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc.; | SEMANTIC |
| **All Paths** | Uber Technologies, Inc.: \Safety templates\emails; Uber Technologies, Inc.: \Safety templates\emails | SEMANTIC |
| **Application** | Hypertext Markup Language Document | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_002334166 | SEMANTIC |
| **Date Created** | 01/09/2025 9:28 pm | SEMANTIC |
| **Date Modified** | 01/09/2025 9:28 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_002334167 | SEMANTIC |
| **File Path** | \Safety templates\emails | SEMANTIC |
| **File Size** | 59372 | SEMANTIC |
| **Filename** | 3624dd21-6cb1-481d-8c85-d2f35ed00b06.html | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_002334166;UBER_JCCP_MDL_002334167 | SEMANTIC |
| **ILS Document Date** | 01/09/2025 | SEMANTIC |
| **ILS Prod Date** | 01/21/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL075 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.; | SEMANTIC |
| **Primary Date** | 01/09/2025 9:28 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL075; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 01/09/2025 9:28 pm | SEMANTIC |

**EXHIBIT 1083**

Deponent: **Ross 30(b)(6)**
Date: **6/12/2025**

Rebecca Romano CSR No. 12546

## Uber

# One Uber fits all

Go anywhere with a ride that's easy to request anytime—whenever it suits you.

**Request trip →**



## Your day, your ride

Run errands, see friends, or commute—our rides fit easily into your plans. We'll also get you to and from the airport to make your travel plans stress-free.

🛍 **Run errands around town**

Supermarket dash or trip to the bank? Let Uber take you.

👥 **Socialize with loved ones**

If you're heading to friends or family gatherings, grab a ride.

💼 **Commute to the office**

Whether it's a daily ride to the office or just when you don't feel like the walk, we'll get you there.

🛫 **Ride to the airport**

Early-bird trip or late night landing? Enjoy a stress-free airport run with us.

**Get started >**

UBER_JCCP_MDL_002334166



This is a promotional email from Uber Technologies
1725 3rd St., San Francisco, CA 94158
Uber.com

UBER_JCCP_MDL_002334167