# EXHIBIT I

# UBER_JCCP_MDL_005757293

## Metadata

| File Path | UBER_JCCP_MDL_005757293.pdf | SEMANTIC |
|---|---|---|
| Filename | UBER_JCCP_MDL_005757293.pdf | SEMANTIC |
| ILS Prod Date | 6/17/2025 | SEMANTIC |
| ILS Prod Vol | Lizzie Ross 30(b)(6) documents | SEMANTIC |



Trial Exhibit No.
**P-00299**



# Uber – Rider App Store Change Log

**June 2025**

Prepared for Deposition of Lizzie Ross

CONFIDENTIAL

UBER_JCCP_MDL_005757293

# Contents

**01** App Store Title

**02** App Store Subtitle

**03** App Store Long Description

**04** App Store Screenshots

Uber

CONFIDENTIAL

UBER_JCCP_MDL_005757294

# App Store **Title**

3

CONFIDENTIAL

UBER_JCCP_MDL_005757295

P-00299.00004



| iOS | Android |
|---|---|
| 2020-04-21 | 2020-04-21 |
| Uber - Request a ride | Uber - Request a ride |
| Uber - Request a ride | Uber - Request a ride |
| Old value | Old value |
| Uber | Uber |

*Green indicates added content. Red indicates removed content. 'Old Value' indicates oldest content on record, with no specific launch date.*    Data Source: AppTweak

CONFIDENTIAL

UBER_JCCP_MDL_005757296

# App Store **Subtitle**

5

CONFIDENTIAL

UBER_JCCP_MDL_005757297

P-00299.00006

2024-05-07

Rideshare, taxi cabs and more

Request and ride with Uber.ideshare, taxi cabs and more

2023-10-19

Request and ride with Uber.

Find no-stress rides, anytimeRequest and ride with Uber.

2023-10-17

Find no-stress rides, anytime.

Request and ride with UberFind no-stress rides, anytime.

2023-07-04

Request and ride with Uber.

Find no-stress rides, anytimeRequest and ride with Uber.

2023-06-27

Find no-stress rides, anytime.

Request and ride with UberFind no-stress rides, anytime.

2023-06-20

Request and ride with Uber.

Find no-stress rides, anytimeRequest and ride with Uber.

2022-04-26

Find no-stress rides, anytime.

Fast and safeind no-stress rides, anytime.

2022-04-12

Fast and safe rides, anytime.

Request rides 24/7Fast and safe rides, anytime.

2020-06-30

Request rides 24/7

Request rides, get a JUMP bike 24/7

2020-01-14

Request rides, get a JUMP bike

Know the cost before riding.Request rides, get a JUMP bike

2018-10-17

Know the cost before riding.

Need a lift? Ride with UberKnow the cost before riding.

2018-01-19

Need a lift? Ride with Uber

Affordable rides 24/7Need a lift? Ride with Uber

2017-09-19

Affordable rides 24/7

Affordable rides 24/7

UBER_JCCP_MDL_005757298

2024-10-26

Rideshare, taxi cabs, and more for your airport travels and everyday trips.

No-stress ride options. Save the hassle and find a car in your cityRideshare, taxi cabs, and more for your airport travels and everyday trips.

2022-05-14

No-stress ride options. Save the hassle and find a car in your city.

SNo-stress-free ride options. Save the hassle and find a car in your city.

2022-04-20

Stress-free ride options. Save the hassle and find a car in your city.

Your reliable & safe rideshareStress-free ride options. Save the hassle and grabfind a car in your city.

2022-04-08

Your reliable & safe rideshare. Save the hassle and grab a car in your city.

We've established new safety protocols to help you feel safe when you rideYour reliable & safe rideshare. Save the hassle and grab a car in your city.

2020-10-20

We've established new safety protocols to help you feel safe when you ride.

Request a ride with Uber, rent JUMP bikes or scooters, and get there with easWe've established new safety protocols to help you feel safe when you ride.

CONFIDENTIAL

UBER_JCCP_MDL_005757299

*Data Source: AppTweak*    *\*Green indicates added content. Red indicates removed content.*

2020-04-21

Request a ride with Uber, rent JUMP bikes or scooters, and get there with ease.

~~Tap a button, get a rid~~Request a ride with Uber, rent JUMP bikes or scooters, and get there with ease.

2019-05-31

Tap a button, get a ride.

~~See upfront pricing~~Tap a button, get a ride.

2019-05-30

See upfront pricing.

~~Get Uber, Ride in Minutes~~See upfront pricing.

2019-05-29

Get Uber, Ride in Minutes.

~~See upfront pricing~~Get Uber, Ride in Minutes.

2019-05-27

See upfront pricing.

~~Tap a button, get a ride~~See upfront pricing.

2019-05-25

Tap a button, get a ride.

~~See upfront pricing~~Tap a button, get a ride.

2019-05-22

See upfront pricing.

~~Tap a button, get a ride~~See upfront pricing.

2019-02-22

Tap a button, get a ride.

~~A ride is just a tap away~~Tap a button, get a ride.

2019-02-21

A ride is just a tap away.

~~Know the price before riding~~A ride is just a tap away.

2019-02-20

Know the price before riding.

~~Tap a button, get a~~Know the price before rideing.

2019-02-19

Tap a button, get a ride.

~~Know the price before~~Tap a button, get a ridinge.

CONFIDENTIAL

UBER_JCCP_MDL_005757300

P-00299.00009

# App Store Subtitle [Android]

Data Source: AppTweak    *Green indicates added content. Red indicates removed content.

2019-02-18

Know the price before riding.

~~Tap a button, get a~~Know the price before ride~~ing~~.

2019-02-16

Tap a button, get a ride.

~~A ride is just a tap away~~Tap a button, get a ride.

2019-02-15

A ride is just a tap away.

~~Tap a button, get a ride~~A ride is just a tap away.

2019-02-13

Tap a button, get a ride.

~~A ride is just a tap away~~Tap a button, get a ride.

2019-02-11

A ride is just a tap away.

~~Tap a button, get a ride~~A ride is just a tap away.

2019-02-09

Tap a button, get a ride.

2019-02-09

Tap a button, get a ride.

~~Know the price before~~Tap a button, get a rid~~ing~~e.

2019-02-08

Know the price before riding.

~~Tap a button, get a~~Know the price before ride~~ing~~.

2019-02-05

Tap a button, get a ride.

~~A ride is just a tap away~~Tap a button, get a ride.

2019-02-04

A ride is just a tap away.

~~Tap a button, get a ride~~A ride is just a tap away.

2019-01-30

Tap a button, get a ride.

~~A ride is just a tap away~~Tap a button, get a ride.

2019-01-29

A ride is just a tap away.

~~Tap a button, get a ride~~A ride is just a tap away.

2019-01-28

Tap a button, get a ride.

~~A ride is just a tap away~~Tap a button, get a ride.

2019-01-27

A ride is just a tap away.

~~Tap a button, get a ride~~A ride is just a tap away.

CONFIDENTIAL

UBER_JCCP_MDL_005757301

P-00299.00010

App Store Subtitle [Android] Case 3:23-md-03084-CRB Document 5468-7 Filed 03/10/26 Page 12 of 156

Data Source: AppTweak    *Green indicates added content. Red indicates removed content.

2019-01-01

No cash or wallet? With Uber, riders see upfront pricing and pay automaticallyTap a button, get a ride.

2018-12-31

No cash or wallet? With Uber, riders see upfront pricing and pay automatically.

Tap a button, get a rideNo cash or wallet? With Uber, riders see upfront pricing and pay automatically.

2018-12-30

Tap a button, get a ride.

No cash or wallet? With Uber, riders see upfront pricing and pay automaticallyTap a button, get a ride.

2018-12-29

No cash or wallet? With Uber, riders see upfront pricing and pay automatically.

Tap a button, get a rideNo cash or wallet? With Uber, riders see upfront pricing and pay automatically.

2018-12-28

Tap a button, get a ride.

Know the cost beforeTap a button, get a ridinge.

2018-12-27

Know the cost before riding.

Tap a button, get aKnow the cost before rideing.

2018-12-23

Tap a button, get a ride.

Know the cost beforeTap a button, get a ridinge.

2018-12-22

Know the cost before riding.

Tap a button, get aKnow the cost before rideing.

2018-12-12

Tap a button, get a ride.

Obtén un viaje económicoTap a button, get a ride.

2018-12-11

Obtén un viaje económico.

Obtén Uber,un viajae en minutoseconómico.

2018-12-10

Obtén Uber, viaja en minutos.

Obtén unUber, viajea económicoen minutos.

2018-12-08

Obtén un viaje económico.

Tap a button, get a rideObtén un viaje económico.

2018-12-07

Tap a button, get a ride.

Usa la app para pedir viajesTap a button, get a ride.

2018-12-06

Usa la app para pedir viajes.

Obtén un viaje económicoUsa la app para pedir viajes.

P-00299.00011

UBER_JCCP_MDL_005757302

# App Store Subtitle [Android]

Data Source: AppTweak   *Green indicates added content. Red indicates removed content.

2018-12-05
Obtén Uber, un viaje en minutos económico.

2018-12-04
Obtén Uber, viaja en minutos.

Usa la app para pedir viajeObtén Uber, viaja en minutos.

2018-12-03
Usa la app para pedir viajes.

Tap a button, get a rideUsa la app para pedir viajes.

2018-12-02
Tap a button, get a ride.

Usa la app para pedir viajesTap a button, get a ride.

2018-12-01
Usa la app para pedir viajes.

Tap a button, get a rideUsa la app para pedir viajes.

2018-11-16
Tap a button, get a ride.

Pay automatically, no cash neeTap a button, get a rided.

2018-11-15
Pay automatically, no cash needed.

Get a ride with Uber - the app designed for safetyPay automatically, no cash needed.

2018-11-14
Get a ride with Uber - the app designed for safety.

Pay automatically, no cash neededGet a ride with Uber - the app designed for safety.

2018-11-13
Pay automatically, no cash needed.

Get Uber for a ride in minutesPay automatically, no cash needed.

2018-11-12
Get Uber for a ride in minutes.

Get a ride with Uber - the app designed for safetyUber for a ride in minutes.

2018-11-11
Get a ride with Uber - the app designed for safety.

Tap a button, get a rideGet a ride with Uber - the app designed for safety.

2018-11-10
Tap a button, get a ride.

Get Uber for a ride in minutesTap a button, get a ride.

2018-11-09
Get Uber for a ride in minutes.

Pay automatically, no cash neededGet Uber for a ride in minutes.

2018-11-07
Pay automatically, no cash needed.

Get a ride with Uber - the app designed for safetyPay automatically, no cash needed.

CONFIDENTIAL

UBER_JCCP_MDL_005757303

P-00299.00012

# App Store Subtitle [Android]

*Data Source: AppTweak*

*Green indicates added content. Red indicates removed content. 'Old Value' indicates oldest content on record, with no specific launch date.*

2018-11-06

Get a ride with Uber - the app designed for safety.

Get ~~Uber for a ride in minutes~~a ride with Uber - the app designed for safety.

2018-11-05

Get Uber for a ride in minutes.

~~Pay automatically, no cash needed~~Get Uber for a ride in minutes.

2018-11-04

Pay automatically, no cash needed.

~~Get a ride with Uber - the app designed for safety~~Pay automatically, no cash needed.

2018-09-01

Get a ride with Uber - the app designed for safety.

~~Affordable, convenient rides just a tap awa~~Get a ride with Uber - the app designed for safety.

2018-08-31

Affordable, convenient rides just a tap away.

~~Ride with Uber for fast, reliable, and affordable rides~~Affordable, convenient rides just a tap away.

2018-08-30

Ride with Uber for fast, reliable, and affordable rides.

~~Get an affordable ride with Uber. Know the cost befor~~Ride with Uber for fast, reliable, and affordable ridinges.

2018-08-29

Get an affordable ride with Uber. Know the cost before riding.

~~Ride with Uber for fast, reliable, and affordabl~~Get an affordable ride with Uber. Know the cost before ridesing.

2018-08-28

Ride with Uber for fast, reliable, and affordable rides.

~~Get a r~~Ride with Uber ~~- the app designed for safety~~for fast, reliable, and affordable rides.

2018-08-27

Get a ride with Uber - the app designed for safety.

RGet a ride with Uber ~~for fast, reliable, and affordable rides~~- the app designed for safety.

2018-08-24

Ride with Uber for fast, reliable, and affordable rides.

~~Affordable, convenient rides just a tap away~~Ride with Uber for fast, reliable, and affordable rides.

2018-08-23

Affordable, convenient rides just a tap away.

~~Ride with Uber for fast, reliable, and affordable rides~~Affordable, convenient rides just a tap away.

2018-01-26

Ride with Uber for fast, reliable, and affordable rides.

Ride with Uber for fast, reliable ~~rides that are affordable and available 24/7~~, and affordable rides

Old value

Ride with Uber for fast, reliable rides that are affordable and available 24/7.

CONFIDENTIAL

UBER_JCCP_MDL_005757304

# App Store **Subtitle – Split Test Variations** 

13

UBER_JCCP_MDL_005757305

P-00299.00014

Started on May 15, 2019 4:49 PM.
Stopped on May 30, 2019 8:36 AM.

Audience

50%

Tap a button, get a ride.

17%

See upfront pricing.

17%

Get Uber, Ride in Minutes.

17%

A ride is just a tap away.

Started on Dec 18, 2018 4:00 PM.
Stopped on Jan 3, 2019 1:26 PM.

Audience

50%

Tap a button, get a ride.

17%

No cash or wallet? With Uber, riders see upfront pricing and pay automatically.

17%

Know the cost before riding.

17%

Rider app designed for safety.

CONFIDENTIAL

UBER_JCCP_MDL_005757306

P-00299.00015

# App Store Subtitle [Android]

*Data Source: Play Store Console*

| | |
|---|---|
| Started on Nov 1, 2018 5:07 PM. | Started on Aug 20, 2018 3:36 PM. |
| Stopped on Nov 14, 2018 3:07 PM. | Stopped on Aug 31, 2018 9:23 AM. |

Audience

50%

Get a ride with Uber - the app designed for safety.

17%

Get Uber for a ride in minutes.

17%

Tap a button, get a ride.

17%

Pay automatically, no cash needed.

Audience                                          Install

50%

Ride with Uber for fast, reliable, and affordable rides.

17%

Get a ride with Uber - the app designed for safety.

17%

Affordable, convenient rides just a tap away.

17%

Get an affordable ride with Uber. Know the cost before riding.

CONFIDENTIAL

UBER_JCCP_MDL_005757307

Started on Oct 4, 2016 3:58 PM.
Stopped on Oct 26, 2016 3:20 PM

It's not a taxi. It's an Uber. Just tap for a fast, reliable ride in minutes.

Tap a button. Get a ride. Your next Uber is just around the corner.

Ride with Uber for fast, reliable rides that are affordable and available 24/7.

Get a ride with the push of a button. It's easier than a taxi and often cheaper!

Started on Sep 15, 2016 12:25 PM.
Stopped on Sep 22, 2016 10:30 AM.

Get 50% off your next 10 rides (up to $5 each)
when you pay with Android Pay

Get a ride with the push of a button. It's easier
than a taxi and often cheaper!

CONFIDENTIAL

UBER_JCCP_MDL_005757308

Data Source: Play Store Console

Started on Sep 7, 2016 2:40 PM.
Stopped on Sep 15, 2016 9:18 AM.

Cash-free from A to B.

Next Available Uber? Always.

Know-before-you-go pricing.

Started on Jun 7, 2016 11:38 AM.
Stopped on Jun 13, 2016 11:33 AM.

$10 off your next ride when you pay with
Android Pay! Use promo code ANDROIDPAY.

Started on Aug 13, 2016 4:09 PM.
Stopped on Aug 30, 2016 1:26 PM.

Your affordable ride on demand

Your safe ride on demand

Your reliable ride on demand

Started on Apr 29, 2016 5:28 PM.
Stopped on May 2, 2016 2:06 PM.

Get a reliable ride with the push of a button!

CONFIDENTIAL

UBER_JCCP_MDL_005757309

# App Store **Long Descriptions**

18

CONFIDENTIAL

UBER_JCCP_MDL_005757310

# App Store Long Descriptions [iOS]

2023-10-17

Join the millions of riders who trust Uber for their everyday travel needs. Whether you're running an errand across town or exploring a city far from home, getting there should be easy.

FIND THE RIDE YOU WANT
Find the perfect ride right at your fingertips! Uber is here to make your journey stress-free and enjoyable.

Pick from a wide range of products that the Uber app has to offer including:
- UberX: Affordable rides, all to yourself
- Uber Green: Eco-Friendly
- UberXL: Affordable rides for groups up to 6
- Comfort: Newer cars with extra legroom
- Comfort Electric: Premium zero-emission cars
- Uber Pet: Affordable rides for you and your pet
- Black: Luxury rides with professional drivers
- Taxi: You now have the option to request a cab or a taxi on demand using Uber in select cities
- 2-wheels: Find a scooter to start riding today

UPFRONT PRICING
With Uber, you no longer need to worry about hidden costs or unexpected surprises. As you enter your destination in the app, you get upfront pricing and the estimated time of arrival.

SAFETY TOGETHER
Safety is a top priority at Uber. We have established comprehensive safety features to help ensure every rider and driver feels secure and comfortable.

AFFORDABLE PRICING
We're doing all we can to make our pricing as transparent as possible.

- UberX Share: UberX Share connects you to other riders headed in the same direction.
- Group Rides: Share the journey with friends.
- Split Fare: Don't worry about doing the math later—split the cost evenly while you're still on the ride.\

JOIN UBER ONE FOR EXCLUSIVE PERKS
Benefit from $0 Delivery Fee and up to 10% off eligible delivery and pickup orders, 6% Uber Cash back on eligible rides and a $5 credit if our Latest Arrival Estimate on your order is off. Other fees & terms apply. For more details see uber.com/uberone.

RESERVE RIDES IN ADVANCE
Need a ride at a specific time? No problem! Uber allows you to reserve rides in advance, so you can plan your day with confidence.

GO GREEN
Uber is committed to building a sustainable future for our cities. With a growing fleet of electric and hybrid vehicles, you can choose eco-friendly rides to reduce your carbon footprint.

RENT CARS AND HAVE THEM DELIVERED TO YOU
Whether you need a car today or later, the online booking experience will help you find the right vehicle for a family vacation, a weekend getaway, airport travel, and more. You can have a rental car delivered to your door at the time and location of your choice with Valet, currently available in select cities.

MORE FEATURES
Delivery: Order food from your favorite restaurants through Uber Eats. Stock up on groceries, shop pharmacy, convenience and pet supplies and get them all delivered.

Uber Connect: an easy, same-day, no-contact delivery solution that allows people to send items whether it's a care package for a loved one or an item you sold online.

Transit: Say goodbye to complicated time schedules, hectic transfers, and unexpected waits while reducing your trip's emissions.

Uber Charter: Book high-capacity group rides in vehicles seating 14-55 passengers, such as limo buses, luxury vans, and coach buses.

2-Wheels: Did you know you can also bike or ride a scooter with the Uber app?

Uber for Business: Manage and track business travel, meal programs, and more on one dashboard.

Uber Hourly: Keep a car and driver with you for hours.

Uber Car Seat: Uber Car Seat provides one forward-facing car seat for a child who is at least 2 years old, 22 pounds, and 31 inches tall.

Get Started Now! Download the Uber app and create an account today. Uber is available in the following cities: Boston, DC; LA, New York, San Francisco, Vegas, Orlando, Chicago and more. Check if Uber is available in your city at https://www.uber.com/cities. Stay updated on the latest news, promotions, and offers by following us on Twitter at https://twitter.com/uber and liking us on Facebook at https://www.facebook.com/uber.

*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757311

# App Store Long Descriptions [iOS]

2020-10-20

We're committed to your safety at Uber. We've established a Door-to-Door Safety Standard to help you feel safe every time you ride.

And with Uber, your destination is at your fingertips. Just open the app and enter where you want to go, and a nearby driver will help you get there reliably.

FIND A RIDE FROM ALMOST ANYWHERE
Request a ride from 600+ airports and in 10,000+ cities around the world, the Uber app is a great way to make your travel plans stress-free. Request a ride on demand or schedule one ahead of time.

FIND A RIDE TO ALMOST ANYWHERE
Whether you're looking for style, space, or affordability, Uber can help you find the perfect ride to fit your needs:

Enjoy elegance and premium features with Uber Black
Ride with extra room (and more of your friends) with UberXL

All of these transportation options and more are available in one place with the Uber app.

SEE PRICE ESTIMATES
With Uber, you can see your price estimate up front before booking. That means you'll always have an idea of what you'll pay before requesting your ride.

YOUR SAFETY DRIVES US
We're committed to making every trip with Uber as safe as possible. That's why—in addition to our Door-to-Door Safety Standard—we've built new safety features and updated our Community Guidelines for respectful and positive experiences.

You can share your trip
Give your loved ones peace of mind while you're on a trip—you can share your location and trip status so they know you made it to your destination.

You can contact emergency services
You can call your local authorities directly from the app, and your location and trip details will be displayed so you can quickly share them with emergency services.

TIP AND RATE YOUR DRIVER
After every ride, you can submit a rating along with comments. You can also let your driver know you appreciated your experience by adding a tip for them right in the app.

Not all products are available in all markets.

To see if Uber is available in your city, visit https://www.uber.com/cities.
Follow us on Twitter at https://twitter.com/uber.
Like us on Facebook at https://www.facebook.com/uber.

Have a question? Visit uber.com/help.

Data Source: AppTweak

CONFIDENTIAL

UBER_JCCP_MDL_005757312

# App Store Long Descriptions [iOS]

2020-04-26

Request a ride with Uber, rent JUMP bikes or scooters, and get there with ease.
With Uber, your destination is at your fingertips. Just open the app and enter where you want to go, and a nearby driver will help you get there reliably. You can also rent JUMP bikes and scooters.

GET THERE FROM ALMOST ANYWHERE
Available at more than 600 airports and in 700+ cities around the world, Uber is a great way to make your travel plans stress-free. Request a ride on demand or schedule one ahead of time.

FIND THE RIDE YOU WANT
Whether you're looking for style, space, or affordability, Uber can help you find the perfect ride to fit your needs:

- Enjoy elegance and premium features with Uber Black
- Cruise past traffic on an electric JUMP bike or scooter
- Ride with extra room (and more of your friends) with UberXL

All of these transportation options and more are available in one place with the Uber app.

SEE PRICE ESTIMATES
With Uber, you can see your price estimate up front before booking. That means you'll always have an idea of what you'll pay before requesting your ride.

YOUR SAFETY DRIVES US
We're committed to making every trip with Uber as safe as possible. That's why we've built new safety features and updated our Community Guidelines for respectful and positive experiences.

- You can share your trip
Give your loved ones peace of mind while you're on a trip—you can share your location and trip status so they know you made it to your destination.

- You can contact emergency services
You can call your local authorities directly from the app, and your location and trip details will be displayed so you can quickly share them with emergency services.

TIP AND RATE YOUR DRIVER
After every ride, you can submit a rating along with comments. You can also let your driver know you appreciated your experience by adding a tip for them right in the app.

To see if Uber is available in your city, visit https://www.uber.com/cities.
Follow us on Twitter at https://twitter.com/uber.
Like us on Facebook at https://www.facebook.com/uber.

Have a question? Visit uber.com/help.

Not all products are available in all markets.

*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757313

2020-04-25

Request a ride with Uber, rent JUMP bikes or scooters, and get there with ease.
With Uber, your destination is at your fingertips. Just open the app and enter where you want to go, and a nearby driver will help you get there reliably. You can also rent JUMP bikes and scooters.

GET THERE FROM ALMOST ANYWHERE
Available at more than 600 airports and in 700+ cities around the world, Uber is a great way to make your travel plans stress-free. Request a ride on demand or schedule one ahead of time.

FIND THE RIDE YOU WANT
Whether you're looking for style, space, or affordability, Uber can help you find the perfect ride to fit your needs:

- Enjoy elegance and premium features with Uber Black
- Cruise past traffic on an electric JUMP bike or scooter
- Ride with extra room (and more of your friends) with UberXL

All of these transportation options and more are available in one place with the Uber app.

SEE PRICE ESTIMATES
With Uber, you can see your price estimate upfront before booking. That means you'll always have an idea of what you'll pay before requesting your ride.

YOUR SAFETY DRIVES US
We're committed to making every trip with Uber as safe as possible. That's why we've built new safety features and updated our Community Guidelines for respectful and positive experiences.

- You can share your trip
Give your loved ones peace of mind while you're on a trip—you can share your location and trip status so they know you made it to your destination.

- You can contact emergency services
You can call your local authorities directly from the app, and your location and trip details will be displayed so you can quickly share them with emergency services.

TIP AND RATE YOUR DRIVER
After every ride, you can submit a rating along with comments. You can also let your driver know you appreciated your experience by adding a tip for them right in the app.

To see if Uber is available in your city, visit https://www.uber.com/cities.
Follow us on Twitter at https://twitter.com/uber.
Like us on Facebook at https://www.facebook.com/uber.

Have a question? Visit uber.com/help.

Not all products are available in all markets.

*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757314

2020-04-21

Request a ride with Uber, rent JUMP bikes or scooters, and get there with ease.
With Uber, your destination is at your fingertips. Just open the app and enter where you want to go, and a nearby
driver will help you get there reliably. You can also rent JUMP bikes and scooters.

GET THERE FROM ALMOST ANYWHERE
Available at more than 600 airports and in 700+ cities around the world, Uber is a great way to make your travel
plans stress-free. Request a ride on demand or schedule one ahead of time.

FIND THE RIDE YOU WANT
Whether you're looking for style, space, or affordability, Uber can help you find the perfect ride to fit your needs:

- Enjoy elegance and premium features with Uber Black
- Cruise past traffic on an electric JUMP bike or scooter
- Ride with extra room (and more of your friends) with UberXL

All of these transportation options and more are available in one place with the Uber app.

SEE PRICE ESTIMATES
With Uber, you can see your price estimate up front before booking. That means you'll always have an idea of what
you'll pay before requesting your ride.

YOUR SAFETY DRIVES US
We're committed to making every trip with Uber as safe as possible. That's why we've built new safety features and
updated our Community Guidelines for respectful and positive experiences.

- You can share your trip
Give your loved ones peace of mind while you're on a trip—you can share your location and trip status so they know
you made it to your destination.

- You can contact emergency services
You can call your local authorities directly from the app, and your location and trip details will be displayed so you
can quickly share them with emergency services.

TIP AND RATE YOUR DRIVER
After every ride, you can submit a rating along with comments. You can also let your driver know you appreciated
your experience by adding a tip for them right in the app.

To see if Uber is available in your city, visit https://www.uber.com/cities.
Follow us on Twitter at https://twitter.com/uber.
Like us on Facebook at https://www.facebook.com/uber.

Have a question? Visit uber.com/help.

Not all products are available in all markets.

*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757315

# App Store Long Descriptions [iOS]

2020-01-23

Uber is a ridesharing app for fast, reliable rides in minutes – day or night. There's no need to park or wait for a taxi or bus. With Uber, you just tap to request a ride, and it's easy to pay with credit card or cash (in selected cities only).

Whether you're going to the airport or across town, you can request an Uber for every occasion. Uber is available in more than 700 cities worldwide – download the app and take your first trip today.

Requesting your Uber is easy – here's how it works:
- Just open the app and tell us where you want to go.
- The app uses your location so your driver knows where to pick you up.
- You'll see your driver's picture and vehicle details, and can track their arrival on the map.
- Payment can be made by credit card, cash (in selected cities only), Apple Pay, PayPal and more.
- After the ride, you can rate your driver and provide feedback to help us improve the Uber experience. You'll also get a receipt by email.

Need a simple way to get from A to B quickly? Request an UberX, our most affordable option for individual travel.

Want to save money on your ride? Request an UberPOOL – you'll travel with other riders heading in the same direction, and enjoy a lower fare.

Want a more exclusive experience? Request a high-end vehicle with UberBLACK. And there are even more options – whether you're traveling with a big group or need a vehicle with accessibility features.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Got a question? Visit uber.com/help.

Note: continued use of GPS running in the background can dramatically decrease battery life.

---

2019-03-12

Uber is a ridesharing app for fast, reliable rides in minutes – day or night. There's no need to park or wait for a taxi or bus. With Uber, you just tap to request a ride, and it's easy to pay with credit card or cash (in selected cities only).

Whether you're going to the airport or across town, there's an Uber for every occasion. Uber is available in more than 500 cities worldwide – download the app and take your first trip today.

Requesting your Uber is easy – here's how it works:
- Just open the app and tell us where you want to go.
- The app uses your location so your driver knows where to pick you up.
- You'll see your driver's picture and vehicle details, and can track their arrival on the map.
- Payment can be made by credit card, cash (in selected cities only), Apple Pay, PayPal and more.
- After the ride, you can rate your driver and provide feedback to help us improve the Uber experience. You'll also get a receipt by email.

Need a simple way to get from A to B quickly? Take uberX, our most affordable option for individual travel.

Want to save money on your ride? Take uberPOOL – you'll travel with other riders heading in the same direction, and enjoy a lower fare.

Want a more exclusive experience? Take a high-end vehicle with UberBLACK. And there are even more options – whether you're travelling with a big group or need a vehicle with accessibility features.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Got a question? Visit uber.com/help.

Note: continued use of GPS running in the background can dramatically decrease battery life.

Data Source: AppTweak

CONFIDENTIAL

Data Source: AppTweak

UBER_JCCP_MDL_005757316

## 2017-01-07

Uber is a ridesharing app for fast, reliable rides in minutes—day or night. There's no need to park or wait for a taxi or bus. With Uber, you just tap to request a ride, and it's easy to pay with credit or cash in select cities.

Whether you're going to the airport or across town, there's an Uber for every occasion. Uber is available in more than 500 cities worldwide—download the app and take your first trip today.

Requesting your Uber is easy—here's how it works:
- Just open the app and tell us where you're going.
- The app uses your location so your driver knows where to pick you up.
- You'll see your driver's picture, vehicle details, and can track their arrival on the map.
- Payment can be made by credit card, cash in select cities, Apple Pay, PayPal, and more.
- After the ride, you can rate your driver and provide feedback to help us improve the Uber experience. You'll also get a receipt by email.

Need a simple way to get from A to B quickly? Take uberX, our most affordable individual option.

Want to save money on your ride? Take uberPOOL—you'll travel with other riders headed your way and enjoy a lower fare.

Want to elevate your experience? Take a high-end vehicle with UberBLACK. And there's still more options—whether you're traveling with a big group, or need a vehicle with accessibility features.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Visit uber.com/help.

Note: Continued use of GPS running in the background can dramatically decrease battery life.

## 2016-11-05

Uber is a ridesharing app for fast, reliable rides in minutes—day or night. There's no need to park or wait for a taxi or bus. With Uber, you just tap to request a ride, and it's easy to pay with credit or cash in select cities.

Whether you're going to the airport or across town, there's an Uber for every occasion. Uber is available in more than 500 cities worldwide—download the app and take your first trip today.

Requesting your Uber is easy—here's how it works:
- Just open the app and tell us where you're going.
- The app uses your location so your driver knows where to pick you up.
- You'll see your driver's picture, vehicle details, and can track their arrival on the map.
- Payment can be made by credit card, cash in select cities, Apple Pay, Android Pay, PayPal, and more.
- After the ride, you can rate your driver and provide feedback to help us improve the Uber experience. You'll also get a receipt by email.

Need a simple way to get from A to B quickly? Take uberX, our most affordable individual option.

Want to save money on your ride? Take uberPOOL—you'll travel with other riders headed your way and enjoy a lower fare.

Want to elevate your experience? Take a high-end vehicle with UberBLACK. And there's still more options—whether you're traveling with a big group, or need a vehicle with accessibility features.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Visit uber.com/help.

Note: Continued use of GPS running in the background can dramatically decrease battery life.

*Data Source: AppTweak*

*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757317

# App Store Long Descriptions [iOS]

2016-09-20    *Data Source: AppTweak*

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out https://help.uber.com/

Note: Continued use of GPS running in the background can dramatically decrease battery life.

2016-09-10    *Data Source: SensorTower*

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out https://help.uber.com/

*Data Source: AppTweak*
2016-07-22

Get $10 off your first 2 Uber rides when you pay with Apple Pay. Use promo code APPLEPAY. Offer expires August 30, 2016.

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out https://help.uber.com/

*Data Source: AppTweak*
2016-07-05

Get $10 off your first 2 Uber rides when you pay with Apple Pay. Use promo code APPLEPAY. Offer expires July 15, 2016.

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out https://help.uber.com/

CONFIDENTIAL

UBER_JCCP_MDL_005757318


2016-07-02    *Data Source: AppTweak*

Get $10 off your first 2 Uber rides when your pay with Apple Pay. Use promo code APPLEPAY. Offer expires July 15, 2016.

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out https://help.uber.com/

2016-06-11    *Data Source: AppTweak*

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out https://help.uber.com/

2016-05-19    *Data Source: AppTweak*

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out uber.com/help

2016-05-13    *Data Source: AppTweak*

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Contact us at support@uber.com

Data Source: SensorTower

2015-12-02

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Contact us at support@uber.com

Data Source: SensorTower

2015-11-02

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

2015-11-20    Data Source: AppTweak

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

2015-05-08    Data Source: AppTweak

Uber is your private driver in more than 50 countries.

- Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

- Compare rates for different vehicles and get fare quotes in the app. Use PayPal or add a credit card to your secure account so you never need cash on hand.

- Set your pickup location and final destination for an easy trip. Get connected to your personal driver and check the progress of your Uber at any time.

- Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

CONFIDENTIAL

UBER_JCCP_MDL_005757320

# App Store Long Descriptions [iOS]

2015-05-07   *Data Source: AppTweak*

Uber es una aplicación tecnológica, disponible en más de 300 ciudades y 50 países de todo el mundo, que pone en contacto usuarios pasajeros y usuarios conductores con tan sólo apretar un botón.

Solicita tu conductor privado con UberBLACK o UberLUX, comparte los costes de un vehículo viajando con uberPOP o pide comida de los mejores restaurantes locales en menos de 10 minutos con UberEATS.

Abre la App en España y disfruta de nuestro servicio UberEATS, a través del cual, puedes pedir los mejores platos de los mejores restaurantes locales de la ciudad con tan sólo apretar un botón y recibirlos en menos de 10 minutos listos para comer.

¡Descárgate Uber y solicita tu UberEATS!

Pide los mejores platos de los mejores restaurantes de ciudad con tan sólo apretar un botón.
Sigue en tiempo real la llegada de tu conductor UberEATS a través de la aplicación.
Recibe tu pedido UberEATS en menos de 10 minutos.
Paga directamente desde el móvil registrando tus datos una única vez.

El servicio está disponible en la ciudad de Barcelona.
Para más información sobre UberEATS visita: www.ubereats.es
Para conocer todos los productos y servicios de Uber visita: www.uber.com

2014-12-09   *Data Source: SensorTower*

Uber is your private driver in more than 50 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Use PayPal or add a credit card to your secure account so you never need cash on hand.

· Set your pickup location and final destination for an easy trip. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

2014-9-08   *Data Source: SensorTower*

Uber is your private driver in more than 40 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Use PayPal or add a credit card to your secure account so you never need cash on hand.

· Set your pickup location and final destination for an easy trip. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

*Data Source: SensorTower*
2014-7-14

Uber is your private driver in more than 40 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Use PayPal or add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

CONFIDENTIAL

UBER_JCCP_MDL_005757321

Case 3:23-md-03084-CRB   Document 5468-7   Filed 03/10/26   Page 32 of 156

*Data Source: SensorTower*

2014-04-28

Uber is your private driver in more than 100 cities and 30 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

- Compare rates for different vehicles and get fare quotes in the app. Use PayPal or add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

*Data Source: SensorTower*

2014-1-20

Uber is your private driver in more than 60 cities and 20 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Use PayPal or add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

*Data Source: SensorTower*

2014-3-10

Uber is your private driver in more than 70 cities and 20 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

- Compare rates for different vehicles and get fare quotes in the app. Use PayPal or add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

*Data Source: SensorTower*

2013-11-19

Uber is your private driver in more than 50 cities and 20 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Use PayPal or add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

CONFIDENTIAL

UBER_JCCP_MDL_005757322

Case 3:23-md-03084-CRB   Document 5468-7   Filed 03/10/26   Page 33 of 156

2013-10-21                              Data Source: SensorTower

Uber is your private driver in more than 50 cities and 20 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

2013-10-08                              Data Source: SensorTower

Uber is your private driver in more than 40 cities and 19 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

2013-10-15                              Data Source: SensorTower

Uber is your private driver in more than 45 cities and 19 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

2013-9-16                               Data Source: SensorTower

Uber is your private driver in over 40 cities and 18 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

CONFIDENTIAL

UBER_JCCP_MDL_005757323

2013-08-12    *Data Source: Sensor Tower*

Uber is your private driver in over 40 cities and 15 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

Legacy [unknown launch date]  *Data Source: Sensor Tower*

Uber is your private driver in 35 cities and 14 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your car at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

2013-08-10    *Data Source: Sensor Tower*

Uber is your private driver in over 40 cities and 15 countries.

· Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

· Compare rates for different vehicles and get fare quotes in the app. Add a credit card to your secure account so you never need cash on hand.

· Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your car at any time.

· Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

2024-01-05

Join the millions of riders who trust Uber for their everyday travel needs. Whether you're running an errand across town or exploring a city far from home, getting there should be easy.

FIND THE RIDE YOU WANT

Find the perfect ride right at your fingertips! Uber is here to make your journey stress-free and enjoyable.

Pick from a wide range of products that the Uber app has to offer including:
- UberX: Affordable rides, all to yourself
- Uber Green: Eco-Friendly
- UberX Priority: Priority pickup
- UberXL: Rides for groups up to 6
- Comfort: Newer cars with extra legroom
- Comfort Electric: Premium zero-emission cars
- Uber Pet: Rides for you and your pet
- Black: Luxury rides with professional drivers
- Taxi: You now have the option to request a cab or a taxi in select cities
- 2-wheels: Find a scooter to start riding today
- Premier: Luxury rides with highly-rated drivers

UPFRONT PRICING

With Uber, you no longer need to worry about hidden costs or unexpected surprises. As you enter your destination in the app, you get upfront pricing and the estimated time of arrival.

SAFETY TOGETHER

Safety is a top priority at Uber. We have established comprehensive safety features to help ensure every rider and driver feels secure and comfortable.

PRICING

We're doing all we can to make our pricing as transparent as possible.
- UberX Share: UberX Share connects you to other riders headed in the same direction.
- Group Rides: Share the journey with friends.
- Split Fare: Split the cost evenly while you're still on the ride.

JOIN UBER ONE FOR EXCLUSIVE PERKS

Benefit from $0 Delivery Fee and up to 10% off eligible delivery and pickup orders and 6% Uber Cash back on eligible rides. Other fees & terms apply. For more details see uber.com/uberone.

RESERVE RIDES IN ADVANCE

Need a ride at a specific time? No problem! Uber allows you to reserve rides in advance, so you can plan your day with confidence.

GO GREEN

Uber is committed to building a sustainable future for our cities. With a growing fleet of electric and hybrid vehicles, you can choose eco-friendly rides to help reduce your carbon footprint.

CARSHARE

Drive yourself with Uber Carshare. Borrow a car by the hour, day, week or longer – you only pay for the time you've booked. Currently available in select cities.

RENT CARS AND HAVE THEM DELIVERED TO YOU

Whether you need a car today or later, the online booking experience will help you find the right vehicle for a family vacation, a weekend getaway, airport travel, and more. You can have a rental car delivered to your door at the time and location of your choice with Valet, currently available in select cities.

MORE FEATURES

Delivery: Order food from your favorite restaurants through Uber Eats. Stock up on groceries, shop pharmacy, convenience and pet supplies and get them all delivered.

Uber Connect: an easy, same-day, no-contact delivery solution that allows people to send items whether it's a care package or an item you sold online.

Transit: Say goodbye to complicated time schedules, hectic transfers, and unexpected waits while reducing your trip's emissions.

Uber Charter: Book high-capacity group rides in vehicles seating 14-55 passengers, such as limo buses and coach buses.

Uber for Business: Manage and track business travel, meal programs, and more on one dashboard.

Uber Hourly: Keep a car and driver with you for hours.

Uber Car Seat: Uber Car Seat provides one forward-facing car seat for a child who is at least 2 years old, 22 pounds, and 31 inches tall.

Get Started Now! Download the Uber app and create an account today. Uber is available in the following cities: Boston, DC, LA, New York, San Francisco, Vegas, Orlando, Chicago and more. Check if Uber is available in your city at https://www.uber.com/cities. Stay updated on the latest news, promotions, and offers by following us on Twitter at https://twitter.com/uber and liking us on Facebook at https://www.facebook.com/uber.

# App Store Long Descriptions [Android]

Data Source: AppTweak

2020-10-20
We're committed to your safety at Uber. We've established a Door-to-Door Safety Standard to help you feel safe every time you ride.

And with Uber, your destination is at your fingertips. Just open the app and enter where you want to go, and a nearby driver will help you get there reliably.

FIND A RIDE FROM ALMOST ANYWHERE
Request a ride from 600+ airports and in 10,000+ cities around the world, the Uber app is a great way to make your travel plans stress-free. Request a ride on demand or schedule one ahead of time.

FIND A RIDE TO ALMOST ANYWHERE
Whether you're looking for style, space, or affordability, Uber can help you find the perfect ride to fit your needs:

Enjoy elegance and premium features with Uber Black
Ride with extra room (and more of your friends) with UberXL

All of these transportation options and more are available in one place with the Uber app.

SEE PRICE ESTIMATES
With Uber, you can see your price estimate up front before booking. That means you'll always have an idea of what you'll pay before requesting your ride.

YOUR SAFETY DRIVES US
We're committed to making every trip with Uber as safe as possible. That's why—in addition to our Door-to-Door Safety Standard—we've built new safety features and updated our Community Guidelines for respectful and positive experiences.

You can share your trip
Give your loved ones peace of mind while you're on a trip—you can share your location and trip status so they know you made it to your destination.

You can contact emergency services
You can call your local authorities directly from the app, and your location and trip details will be displayed so you can quickly share them with emergency services.

TIP AND RATE YOUR DRIVER
After every ride, you can submit a rating along with comments. You can also let your driver know you appreciated your experience by adding a tip for them right in the app.

Not all products are available in all markets.

To see if Uber is available in your city, visit https://www.uber.com/cities.
Follow us on Twitter at https://twitter.com/uber.
Like us on Facebook at https://www.facebook.com/uber.

Have a question? Visit uber.com/help.

CONFIDENTIAL

UBER_JCCP_MDL_005757326

# App Store Long Descriptions [Android]

*Data Source: AppTweak*

2020-04-21

With Uber, your destination is at your fingertips. Just open the app and enter where you want to go, and a nearby driver will help you get there reliably. You can also rent JUMP bikes and scooters.

GET THERE FROM ALMOST ANYWHERE

Available at more than 600 airports and in 700+ cities around the world, Uber is a great way to make your travel plans stress-free. Request a ride on demand or schedule one ahead of time.

FIND THE RIDE YOU WANT

Whether you're looking for style, space, or affordability, Uber can help you find the perfect ride to fit your needs:

- Enjoy elegance and premium features with Uber Black
- Cruise past traffic on an electric JUMP bike or scooter
- Ride with extra room (and more of your friends) with UberXL

All of these transportation options and more are available in one place with the Uber app.

SEE PRICE ESTIMATES

With Uber, you can see your price estimate upfront before booking. That means you'll always have an idea of what you'll pay before requesting your ride.

YOUR SAFETY DRIVES US

We're committed to making every trip with Uber as safe as possible. That's why we've built new safety features and updated our Community Guidelines for respectful and positive experiences.

- You can share your trip

Give your loved ones peace of mind while you're on a trip—you can share your location and trip status so they know you made it to your destination.

- You can contact emergency services

You can call your local authorities directly from the app, and your location and trip details will be displayed so you can quickly share them with emergency services.

TIP AND RATE YOUR DRIVER

After every ride, you can submit a rating along with comments. You can also let your driver know you appreciated your experience by adding a tip for them right in the app.

To see if Uber is available in your city, visit https://www.uber.com/cities.
Follow us on Twitter at https://twitter.com/uber.
Like us on Facebook at https://www.facebook.com/uber.

Have a question? Visit uber.com/help.

Not all products are available in all markets.

CONFIDENTIAL

UBER_JCCP_MDL_005757327

2018-01-24

Uber is a ridesharing app for fast, reliable rides in minutes—day or night. There's no need to park or wait for a taxi or bus. With Uber, you just tap to request a ride, and it's easy to pay with credit or cash in select cities.

Whether you're going to the airport or across town, there's an Uber for every occasion. Uber is available in more than 630+ cities worldwide—download the app and take your first trip today.

Requesting your Uber is easy—here's how it works:
- Just open the app and tell us where you're going.
- The app uses your location so your driver knows where to pick you up.
- You'll see your driver's picture, vehicle details, and can track their arrival on the map.
- Payment can be made by credit card, cash in select cities, Android Pay, PayPal, and more.
- After the ride, you can rate your driver and provide feedback to help us improve the Uber experience. You'll also get a receipt by email.

Need a simple way to get from A to B quickly? Take uberX, our most affordable individual option.

Want to save money on your ride? Take uberPOOL—you'll travel with other riders headed your way and enjoy a lower fare.

Want to elevate your experience? Take a high-end vehicle with UberBLACK. And there's still more options—whether you're traveling with a big group, or need a vehicle with accessibility features.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Visit uber.com/help

CONFIDENTIAL

UBER_JCCP_MDL_005757328

2017-12-04

Need a ride? Uber lets you request door-to-door transportation at the tap of a button in 630+ cities worldwide. Download the app to get started.

HOW TO USE UBER
Follow these steps to request a ride:
1. Open the app
2. Select one of your frequented destinations, or type in a new one
3. Confirm your pickup location and choose a vehicle option
4. Tap to request your ride

You'll see your driver's ETA and vehicle information, so you'll know which car to expect and when.

4 REASONS TO RIDE WITH UBER
· The Uber app is available 24/7
· Get upfront pricing — see the trip cost before requesting a ride
· Safety is our priority. Follow your trip in real-time and share your ETA with friends
· Paying for trips is hassle-free — you don't even need your wallet

WHEN TO RIDE WITH UBER
People take Uber while traveling and away for business, to go to and from the airport, social events, and bars and restaurants; and everywhere in between!

UBER RIDE OPTIONS
· UberX: Our most affordable individual option that seats up to 4 riders
· UberPOOL: Want to save money on your ride? This option lets you travel with other riders and enjoy a lower fare (not available everywhere)
· UberBLACK: Elevate your experience with a high-end vehicle

Where will you take your first ride with Uber? Download the app now.

See if Uber is available in your city: https://www.uber.com/cities
Have a question or want to learn more about Uber? Visit uber.com/help

CONFIDENTIAL

UBER_JCCP_MDL_005757329

2017-11-23

Need a ride? Uber lets you request door-to-door transportation at the tap of a button — 24/7, and in 630+ cities worldwide. Download the app to get started.

4 REASONS TO RIDE WITH UBER
· The Uber app is available 24/7
· Get upfront pricing — see the trip cost before requesting a ride
· Safety is our priority. Follow your trip in real-time and share your ETA with friends
· Paying for trips is hassle-free — you don't even need your wallet

HOW TO USE UBER
Follow these steps to request a ride:
1. Open the app
2. Select one of your frequented destinations, or type in a new one
3. Confirm your pickup location and choose a vehicle option
4. Tap to request your ride

You'll see your driver's ETA and vehicle information, so you'll know which car to expect and when.

UBER RIDE OPTIONS
· UberX: Our most affordable individual option that seats up to 4 riders
· UberPOOL: Want to save money on your ride? This option lets you travel with other riders and enjoy a lower fare (not available everywhere)
· UberBLACK: Elevate your experience with a high-end vehicle

WHEN TO RIDE WITH UBER
People take Uber while traveling and away for business, to go to and from the airport, social events, and bars and restaurants; and everywhere in between!

Where will you take your first ride with Uber? Download the app now.

See if Uber is available in your city: https://www.uber.com/cities
Have a question or want to learn more about Uber? Visit uber.com/help

CONFIDENTIAL

UBER_JCCP_MDL_005757330

# App Store Long Descriptions [Android]

Data Source. AppTweak

2017-06-08

Uber is a ridesharing app for fast, reliable rides in minutes—day or night. There's no need to park or wait for a taxi or bus. With Uber, you just tap to request a ride, and it's easy to pay with credit or cash in select cities.

Whether you're going to the airport or across town, there's an Uber for every occasion. Uber is available in more than 500 cities worldwide—download the app and take your first trip today.

Requesting your Uber is easy—here's how it works:
- Just open the app and tell us where you're going.
- The app uses your location so your driver knows where to pick you up.
- You'll see your driver's picture, vehicle details, and can track their arrival on the map.
- Payment can be made by credit card, cash in select cities, Android Pay, PayPal, and more.
- After the ride, you can rate your driver and provide feedback to help us improve the Uber experience. You'll also get a receipt by email.

Need a simple way to get from A to B quickly? Take uberX, our most affordable individual option.

Want to save money on your ride? Take uberPOOL—you'll travel with other riders headed your way and enjoy a lower fare.

Want to elevate your experience? Take a high-end vehicle with UberBLACK. And there's still more options—whether you're traveling with a big group, or need a vehicle with accessibility features.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Visit uber.com/help

CONFIDENTIAL

UBER_JCCP_MDL_005757331

2016/11/03

Uber is a ridesharing app for fast, reliable rides in minutes—day or night. There's no need to park or wait for a taxi or bus. With Uber, you just tap to request a ride, and it's easy to pay with credit or cash in select cities.

Whether you're going to the airport or across town, there's an Uber for every occasion. Uber is available in more than 500 cities worldwide—download the app and take your first trip today.

Requesting your Uber is easy—here's how it works:
- Just open the app and tell us where you're going.
- The app uses your location so your driver knows where to pick you up.
- You'll see your driver's picture, vehicle details, and can track their arrival on the map.
- Payment can be made by credit card, cash in select cities, Apple Pay, Android Pay, PayPal, and more.
- After the ride, you can rate your driver and provide feedback to help us improve the Uber experience. You'll also get a receipt by email.

Need a simple way to get from A to B quickly? Take uberX, our most affordable individual option.

Want to save money on your ride? Take uberPOOL—you'll travel with other riders headed your way and enjoy a lower fare.

Want to elevate your experience? Take a high-end vehicle with UberBLACK. And there's still more options—whether you're traveling with a big group, or need a vehicle with accessibility features.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Visit uber.com/help

CONFIDENTIAL

UBER_JCCP_MDL_005757332

Data Source: SensorTower

2016/11/02

Uber is a ridesharing app for fast, reliable rides in minutes—day or night. There's no need to park or wait for a taxi or bus. With Uber, you just tap to request a ride, and it's easy to pay with credit or cash in select cities.

Whether you're going to the airport or across town, there's an Uber for every occasion. Uber is available in more than 500 cities worldwide—download the app and take your first trip today.

Requesting your Uber is easy—here's how it works:
- Just open the app and tell us where you're going.
- The app uses your location so your driver knows where to pick you up.
- You'll see your driver's picture, vehicle details, and can track their arrival on the map.
- Payment can be made by credit card, cash in select cities, Apple Pay, Android Pay, PayPal, and more.
- After the ride, you can rate your driver and provide feedback to help us improve the Uber experience. You'll also get a receipt by email.

Need a simple way to get from A to B quickly? Take uberX, our most affordable individual option.

Want to save money on your ride? Take uberPOOL—you'll travel with other riders headed your way and enjoy a lower fare.

Want to elevate your experience? Take a high-end vehicle with UberBLACK. And there's still more options—whether you're traveling with a big group, or need a vehicle with accessibility features.

See if Uber is available in your city at https://www.uber.com/cities
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Visit uber.com/help.

Note: Continued use of GPS running in the background can dramatically decrease battery life.

CONFIDENTIAL

UBER_JCCP_MDL_005757333

2016/10/06

Get 50% off your next 10 Uber rides (up to $5 each) when you pay with Android Pay. No need to apply a code. Just tap to request a ride and use Android Pay. Offer expires November 15, 2016.
Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using cash, credit card, PayPal, or Android Pay - your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out uber.com/help

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

2016/09/16

Get 50% off your next 10 Uber rides (up to $5 each) when you pay with Android Pay. No need to apply a code. Just tap to request a ride and use Android Pay. Offer expires October 15, 2016.
Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using cash, credit card, PayPal, or Android Pay - your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out uber.com/help

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

CONFIDENTIAL

UBER_JCCP_MDL_005757335

# App Store Long Descriptions [Android]
Data Source. SensorTower

Case 3:23-md-03084-CRB   Document 5468-7   Filed 03/10/26   Page 46 of 156

2016/07/16

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.
From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using cash, credit card, PayPal, or Android Pay - your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out uber.com/help

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

CONFIDENTIAL

UBER_JCCP_MDL_005757336

2016/06/13

Get $10 off your next ride when you pay with Android Pay. Use promo code ANDROIDPAY. Offer expires June 30, 2016.
Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.

From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using cash, credit card, PayPal, or Android Pay - your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out uber.com/help

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

CONFIDENTIAL

UBER_JCCP_MDL_005757337

2016/06/11

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.
From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using cash, credit card, PayPal, or Android Pay - your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out https://help.uber.com

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

CONFIDENTIAL

UBER_JCCP_MDL_005757338

P-00299.00047

2016/05/24

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.
From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using cash, credit card, PayPal, or Android Pay - your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out uber.com/help

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

CONFIDENTIAL

UBER_JCCP_MDL_005757339

2016/05/12

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.
From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card, PayPal, or Android Pay - your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Check out uber.com/help

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

CONFIDENTIAL

UBER_JCCP_MDL_005757340

2016/05/06

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.
From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card, PayPal, or Android Pay - your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Contact us at support@uber.com

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

CONFIDENTIAL

UBER_JCCP_MDL_005757341

App Store Long Descriptions [Android]    Data Source. SensorTower

Case 3:23-md-03084-CRB    Document 5468-7    Filed 03/10/26    Page 52 of 156

2016/02/07

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.
From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Contact us at support@uber.com

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

CONFIDENTIAL

UBER_JCCP_MDL_005757342

# App Store Long Descriptions [Android]

Case 3:23-md-03084-CRB   Document 5468-7   Filed 03/10/26   Page 53 of 156
Data Source. SensorTower

2015/12/04

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.
From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

Have a question? Contact us at support@uber.com

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at http://newsroom.uber.com/2014/05/join-our-uber-android-beta-program/

CONFIDENTIAL

2015/11/14

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines.
From low-cost to premium, every ride option feels like an upgrade to the everyday.

Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt.

See if Uber is available in your city at https://www.uber.com/cities
Find the details about our Android permissions at https://www.uber.com/android/permissions
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber

If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at http://newsroom.uber.com/2014/05/join-our-uber-android-beta-program/

CONFIDENTIAL

UBER_JCCP_MDL_005757344

2015/01/27

Uber is your private driver in more than 50 countries.

- Request a ride using the Uber app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

/ Compare rates for different Uber options and get fare quotes in the app. Pay with Google Wallet or PayPal, or add a credit card to your secure Uber account so you never need cash on hand.

- Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

- Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber
See if Uber's available in your city at https://www.uber.com/cities
Find a detailed breakdown of our Android permissions at https://www.uber.com/android/permissions

** Uber saves time by connecting you to a driver as quickly as possible. If you like the service, please consider using those extra few minutes to review our app. **

CONFIDENTIAL

UBER_JCCP_MDL_005757345

2014/12/11

Uber is your private driver in more than 40 countries.

- Request a ride using the Uber app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

/ Compare rates for different Uber options and get fare quotes in the app. Pay with Google Wallet or PayPal, or add a credit card to your secure Uber account so you never need cash on hand.

- Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.

- Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber
See if Uber's available in your city at https://www.uber.com/cities
Find a detailed breakdown of our Android permissions at https://www.uber.com/android/permissions

** Uber saves time by connecting you to a driver as quickly as possible. If you like the service, please consider using those extra few minutes to review our app. **

CONFIDENTIAL

UBER_JCCP_MDL_005757346

2014/10/06

Uber is your private driver in more than 40 countries.  - Request a ride using the Uber app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

- Compare rates for different Uber options and get fare quotes in the app. Pay with Google Wallet or PayPal, or add a credit card to your secure Uber account so you never need cash on hand.
- Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.
- Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.
An entirely new and modern way to travel is at your fingertips.
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber
See if Uber's available in your city at https://www.uber.com/cities
** Uber saves time by connecting you to a driver as quickly as possible. If you like the service, please consider using those extra few minutes to review our app. **

2014/08/25

Uber is your private driver in more than 40 countries.  - Request a ride using the Uber app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

- Compare rates for different Uber options and get fare quotes in the app. Pay with Google Wallet or PayPal, or add a credit card to your secure Uber account so you never need cash on hand.
- Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.
- Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.
An entirely new and modern way to travel is at your fingertips.
Follow us on Twitter at https://twitter.com/uber
Like us on Facebook at https://www.facebook.com/uber
See if Uber's available in your city at https://www.uber.com/cities

CONFIDENTIAL

UBER_JCCP_MDL_005757347

2014/06/04

Uber is your private driver in more than 130 cities and 30 countries. - Request a ride using the Uber app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

- Compare rates for different Uber options and get fare quotes in the app. Pay with Google Wallet or PayPal, or add a credit card to your secure Uber account so you never need cash on hand.
- Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your Uber at any time.
- Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

Follow us on Twitter at https://twitter.com/uber

Like us on Facebook at https://www.facebook.com/uber

See if Uber's available in your city at https://www.uber.com/cities

2014/05/13

Uber is your private driver in more than 100 cities and 30 countries. - Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

- Compare rates for different vehicles and get fare quotes in the app. Pay with Google Wallet or PayPal, or add a credit card to your secure account so you never need cash on hand.
- Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your car at any time.
- Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

An entirely new and modern way to travel is at your fingertips.

Follow us on Twitter at https://twitter.com/uber

Like us on Facebook at https://www.facebook.com/uber

See if Uber's available in your city at https://www.uber.com/cities

Legacy [no specific launch date]

Uber is your private driver in more than 50 cities and 20 countries. An entirely new and modern way to travel is at your fingertips. - Request a ride using the app and get picked up within minutes. On-demand service means no reservations required and no waiting in taxi lines.

- Compare rates for different vehicles and get fare quotes in the app. Pay with Google Wallet or PayPal, or add a credit card to your secure account so you never need cash on hand.
- Easily set your pickup location on the map, even if you don't know the exact address. Get connected to your personal driver and check the progress of your car at any time.
- Sit back, relax, and go anywhere you want. We'll email you a receipt when you arrive at your destination.

Follow us on Twitter at https://twitter.com/uber

Like us on Facebook at https://www.facebook.com/uber

See if Uber's available in your city at https://www.uber.com/cities

CONFIDENTIAL

UBER_JCCP_MDL_005757348

# App Store **Long Descriptions – Split Test Variations**



CONFIDENTIAL

UBER_JCCP_MDL_005757349

P-00299.00058

# App Store Long Descriptions [Android]

Data Source: Play Store Console

Started on Nov 15, 2017 11:56 AM.
Stopped on Nov 27, 2017 10:06 AM.

Need a ride? Uber lets you request door-to-door transportation at the tap of a button — 24/7, and in 630+ cities worldwide. Download the app to get started. 4 REASONS TO RIDE WITH UBER • The Uber app is available 24/7 • Get upfront pricing — see the trip cost before requesting a ride • Safety is our priority. Follow your trip in real-time and share your ETA with friends • Paying for trips is hassle-free — you don't even need your wallet HOW TO USE UBER Follow these steps to request a ride: 1. Open the app 2. Select one of your frequented destinations, or type in a new one 3. Confirm your pickup location and choose a vehicle option 4. Tap to request your ride You'll see your driver's ETA and vehicle information, so you'll know which car to expect and when. UBER RIDE OPTIONS • UberX: Our most affordable individual option that seats up to 4 riders • UberPOOL: Want to save money on your ride? This option lets you travel with other riders and enjoy a lower fare (not available everywhere) • UberBLACK: Elevate your experience with a high-end vehicle WHEN TO RIDE WITH UBER People take Uber while traveling and away for business, to go to and from the airport, social events, and bars and restaurants; and everywhere in between! Where will you take your first ride with Uber? Download the app now. See if Uber is available in your city: https://www.uber.com/cities Have a question or want to learn more about Uber? Visit uber.com/help

Started on Nov 15, 2017 11:56 AM.
Stopped on Nov 27, 2017 10:06 AM.

Need a ride? Uber lets you request door-to-door transportation at the tap of a button — 24/7, and in 630+ cities worldwide. Download the app to get started. WHEN TO RIDE WITH UBER People take Uber while traveling and away for business, to go to and from the airport, social events, and bars and restaurants; and everywhere in between! UBER RIDE OPTIONS • UberX: Our most affordable individual option that seats up to 4 riders • UberPOOL: Want to save money on your ride? This option lets you travel with other riders and enjoy a lower fare (not available everywhere) • UberBLACK: Elevate your experience with a high-end vehicle 4 REASONS TO RIDE WITH UBER • The Uber app is available 24/7 • Get upfront pricing — see the trip cost before requesting a ride • Safety is our priority. Follow your trip in real-time and share your ETA with friends • Paying for trips is hassle-free — you don't even need your wallet HOW TO USE UBER Follow these steps to request a ride: 1. Open the app 2. Select one of your frequented destinations, or type in a new one 3. Confirm your pickup location and choose a vehicle option 4. Tap to request your ride You'll see your driver's ETA and vehicle information, so you'll know which car to expect and when. Where will you take your first ride with Uber? Download the app now. See if Uber is available in your city: https://www.uber.com/cities Have a question or want to learn more about Uber? Visit uber.com/help

CONFIDENTIAL

UBER_JCCP_MDL_005757350

# App Store Long Descriptions [Android]

*Data Source: Play Store Console*

Started on Nov 15, 2017 11:56 AM.
Stopped on Nov 27, 2017 10:06 AM.

Need a ride? Uber lets you request door-to-door transportation at the tap of a button — 24/7, and in 630+ cities worldwide. Download the app to get started. UBER RIDE OPTIONS • UberX: Our most affordable individual option that seats up to 4 riders • UberPOOL: Want to save money on your ride? This option lets you travel with other riders and enjoy a lower fare (not available everywhere) • UberBLACK: Elevate your experience with a high-end vehicle HOW TO USE UBER Follow these steps to request a ride: 1. Open the app 2. Select one of your frequented destinations, or type in a new one 3. Confirm your pickup location and choose a vehicle option 4. Tap to request your ride You'll see your driver's ETA and vehicle information, so you'll know which car to expect and when. 4 REASONS TO RIDE WITH UBER • The Uber app is available 24/7 • Get upfront pricing — see the trip cost before requesting a ride • Safety is our priority. Follow your trip in real-time and share your ETA with friends • Paying for trips is hassle-free — you don't even need your wallet WHEN TO RIDE WITH UBER People take Uber while traveling and away for business, to go to and from the airport, social events, and bars and restaurants; and everywhere in between! Where will you take your first ride with Uber? Download the app now. See if Uber is available in your city: https://www.uber.com/cities Have a question or want to learn more about Uber? Visit uber.com/help

CONFIDENTIAL

UBER_JCCP_MDL_005757351

Started on Oct 31, 2017 2:30 PM.
Stopped on Nov 15, 2017 11:37 AM.

Uber is a ridesharing app for fast, reliable rides in minutes—day or night.
There's no need to park or wait for a taxi or bus. With Uber, you just tap to
request a ride, and it's easy to pay with credit or cash in select cities. Whether
you're going to the airport or across town, there's an Uber for every occasion.
Uber is available in more than 500 cities worldwide—download the app and
take your first trip today. Requesting your Uber is easy—here's how it works: -
Just open the app and tell us where you're going. - The app uses your location
so your driver knows where to pick you up. - You'll see your driver's picture,
vehicle details, and can track their arrival on the map. - Payment can be made
by credit card, cash in select cities, Android Pay, PayPal, and more. - After the
ride, you can rate your driver and provide feedback to help us improve the Uber
experience. You'll also get a receipt by email. Need a simple way to get from A
to B quickly? Take uberX, our most affordable individual option. Want to save
money on your ride? Take uberPOOL—you'll travel with other riders headed
your way and enjoy a lower fare. Want to elevate your experience? Take a
high-end vehicle with UberBLACK. And there's still more options—whether
you're traveling with a big group, or need a vehicle with accessibility features.
See if Uber is available in your city at https://www.uber.com/cities Follow us
on Twitter at https://twitter.com/uber Like us on Facebook at
https://www.facebook.com/uber Have a question? Visit uber.com/help.

Started on Oct 31, 2017 2:30 PM.
Stopped on Nov 15, 2017 11:37 AM.

Need a ride? Uber lets you request door-to-door transportation at the tap
of a button — 24/7, and in 630+ cities worldwide. Download the app to get
started. HOW TO USE UBER Follow these steps to request a ride: 1. Open
the app 2. Select one of your frequented destinations, or type in a new
one 3. Confirm your pickup location and choose a vehicle option 4. Tap to
request your ride You'll see your driver's ETA and vehicle information, so
you'll know which car to expect and when. 4 REASONS TO RIDE WITH
UBER • The Uber app is available 24/7 • Get upfront pricing — see the trip
cost before requesting a ride • Safety is our priority. Follow your trip in
real-time and share your ETA with friends • Paying for trips is hassle-free
— you don't even need your wallet WHEN TO RIDE WITH UBER People take
Uber while traveling and away for business, to go to and from the airport,
social events, and bars and restaurants; and everywhere in between!
UBER RIDE OPTIONS • UberX: Our most affordable individual option that
seats up to 4 riders • UberPOOL: Want to save money on your ride? This
option lets you travel with other riders and enjoy a lower fare (not
available everywhere) • UberBLACK: Elevate your experience with a
high-end vehicle Where will you take your first ride with Uber? Download
the app now. See if Uber is available in your city:
https://www.uber.com/cities Have a question or want to learn more about
Uber? Visit uber.com/help

CONFIDENTIAL

UBER_JCCP_MDL_005757352

# App Store Long Descriptions [Android]

Data Source: Play Store Console

Started on Oct 30, 2017 6:03 PM.
Stopped on Oct 31, 2017 2:26 PM.

Uber is a ridesharing app for fast, reliable rides in minutes—day or night. There's no need to park or wait for a taxi or bus. With Uber, you just tap to request a ride, and it's easy to pay with credit or cash in select cities. Whether you're going to the airport or across town, there's an Uber for every occasion. Uber is available in more than 500 cities worldwide—download the app and take your first trip today. Requesting your Uber is easy—here's how it works: - Just open the app and tell us where you're going. - The app uses your location so your driver knows where to pick you up. - You'll see your driver's picture, vehicle details, and can track their arrival on the map. - Payment can be made by credit card, cash in select cities, Android Pay, PayPal, and more. - After the ride, you can rate your driver and provide feedback to help us improve the Uber experience. You'll also get a receipt by email. Need a simple way to get from A to B quickly? Take uberX, our most affordable individual option. Want to save money on your ride? Take uberPOOL—you'll travel with other riders headed your way and enjoy a lower fare. Want to elevate your experience? Take a high-end vehicle with UberBLACK. And there's still more options—whether you're traveling with a big group, or need a vehicle with accessibility features. See if Uber is available in your city at https://www.uber.com/cities Follow us on Twitter at https://twitter.com/uber Like us on Facebook at https://www.facebook.com/uber Have a question? Visit uber.com/help.

Started on Oct 30, 2017 6:03 PM.
Stopped on Oct 31, 2017 2:26 PM.

Need a ride? Uber lets you request door-to-door transportation at the tap of a button — 24/7, and in 630+ cities worldwide. Download the app to get started. HOW TO USE UBER Follow these steps to request a ride: 1. Open the app 2. Select one of your frequented destinations, or type in a new one 3. Confirm your pickup location and choose a vehicle option 4. Tap to request your ride You'll see your driver's ETA and vehicle information, so you'll know which car to expect and when. 4 REASONS TO RIDE WITH UBER • The Uber app is available 24/7 • Get upfront pricing — see the trip cost before requesting a ride • Safety is our priority. Follow your trip in real-time and share your ETA with friends • Paying for trips is hassle-free — you don't even need your wallet WHEN TO RIDE WITH UBER People take Uber while traveling and away for business, to go to and from the airport, social events, and bars and restaurants; and everywhere in between! Whether you're running late, want extra time in the morning to get ready, trying to avoid bad weather, or don't have access to a car, Uber can help you get where you need to go. Where will you take your first ride with Uber? Download the app now. See if Uber is available in your city: https://www.uber.com/cities Have a question or want to learn more about Uber? Visit uber.com/help

CONFIDENTIAL

UBER_JCCP_MDL_005757353

Case 3:23-md-03084-CRB    Document 5468-7    Filed 03/10/26    Page 64 of 156

Data Source: Play Store Console

Started on Mar 11, 2016 5:45 PM.
Stopped on Mar 17, 2016 10:35 AM.

Get a reliable ride in minutes with the Uber app—no reservations or waiting in taxi lines. From low-cost to premium, every ride option feels like an upgrade to the everyday. Create your account using a credit card or PayPal, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a receipt. See if Uber is available in your city at https://www.uber.com/cities Find the details about our Android permissions at https://www.uber.com/android/permissions Follow us on Twitter at https://twitter.com/uber Like us on Facebook at https://www.facebook.com/uber Have a question? Contact us at support@uber.com If you're interested in shaping the Uber experience and getting early access to new features, sign up to be a beta tester directly at https://play.google.com/apps/testing/com.ubercab. Find out more about our beta program at https://newsroom.uber.com/join-our-uber-android-beta-program/

Started on Mar 11, 2016 5:45 PM.
Stopped on Mar 17, 2016 10:35 AM.

Uber is the fast, affordable, and reliable alternative to a bus or taxi. Leave the cab at the curb. Your Uber ride is only a tap away. Miss the bus? Taxi never showed up? Don't stress. You now have the ultimate transportation option - Uber. When you're ready to go, just tap a button and an Uber car will pick you up in minutes. Uber connects you with a private driver that will help you get around town. Figuring out transit options in a new city can be complicated, and that's why having a fast and easy alternative to cab service is great. From San Francisco to Shanghai, put your taxi troubles behind you. Uber helps the world get around. Choose from a variety of Uber options, including low-cost uberX and higher end UberBLACK rides. To join the future of transportation, all you need is a credit card or PayPal to create your account, and your fare will be charged automatically at the end of your ride. You can also pay with cash in select cities. After your trip, we'll email you a handy receipt. Travel expenses are easier now that you don't have to worry about paper taxi receipts. See if Uber is available in your city at https://www.uber.com/cities Find the details about our Android permissions at https://www.uber.com/android/permissions Follow us on Twitter at https://twitter.com/uber Like us on Facebook at https://www.facebook.com/uber

CONFIDENTIAL

UBER_JCCP_MDL_005757354

# iOS App Store
# Screenshots

63

CONFIDENTIAL

UBER_JCCP_MDL_005757355

P-00299.00064

# App Store Screenshots [iOS]

### 2024-12-10

Save set to moodboard    Show translation








### 2023-08-21

Save set to moodboard    Show translation









*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757356

Case 3:23-md-03084-CRB    Document 5468-7    Filed 03/10/26    Page 67 of 156

2023-08-15

☐ Save set to moodboard    ☒ Show translation



2023-05-23

☐ Save set to moodboard    ☒ Show translation

     

Data Source: AppTweak

CONFIDENTIAL

UBER_JCCP_MDL_005757357

P-00299.00066

# App Store Screenshots [iOS]

2022-01-25

Save set to moodboard    Show translation









2020-11-13

Save set to moodboard    Show translation









*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757358

2020-11-12

🔖 Save set to moodboard    🅰 Show translation








2020-06-11

🔖 Save set to moodboard    🅰 Show translation









*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757359

2020-05-20

☐ Save set to moodboard    ⊞ Show translation



2020-05-12

☐ Save set to moodboard    ⊞ Show translation



Data Source: AppTweak

CONFIDENTIAL

UBER_JCCP_MDL_005757360

# App Store Screenshots [iOS]

2020-04-21

Save set to moodboard    Show translation



Data Source: AppTweak

CONFIDENTIAL

UBER_JCCP_MDL_005757361

# App Store Screenshots [iOS]

2020-01-23    Save set to moodboard    Show translation



2020-01-24    Save set to moodboard    Show translation





Data Source: AppTweak

CONFIDENTIAL

UBER_JCCP_MDL_005757362

# App Store Screenshots [iOS]

**2019/02/19**

    

**2018/10/16**

    

*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757363

# App Store Screenshots [iOS]

2018/10/05

    

2018/10/03

    

Data Source: SensorTower

CONFIDENTIAL

UBER_JCCP_MDL_005757364

# App Store Screenshots [iOS]

2018/02/09

    

2018/02/06

    

*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757365

P-00299.00074

# App Store Screenshots [iOS]

2018/01/23

    

2017/11/29

    

*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757366

# App Store Screenshots [iOS]

2017/11/07







2017/09/07







*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757367

# App Store Screenshots [iOS]

2017/05/30

    

*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757368

P-00299.00077

# App Store Screenshots [iOS]

History shows there were screenshot changes that goes as far back as 2014/09/08 on SensorTower, but neither AppTweak nor SensorTower provide the actual screenshots updated on these dates (corrupted image files).

**2016/11/17**
3.221.5

**2016/11/04**
3.219.12

**2016/11/03**

**2016/10/19**
2.158.2

**2016/08/05**

**2016/02/02**
2.118.8

**2015/11/02**
2.102.5

**2014/09/08**
2.38.0

*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757369

# App Store **Screenshots –**  **Split Test Variations**

CONFIDENTIAL

UBER_JCCP_MDL_005757370

P-00299.00079

Nov 27, 2024 – Dec 9, 2024



Data Source: App Store Connect, Product page optimization

CONFIDENTIAL

P-00299.00080

UBER_JCCP_MDL_005757371

Nov 27, 2024 - Dec 9, 2024



Data Source: App Store Connect, Product page optimization

CONFIDENTIAL

UBER_JCCP_MDL_005757372

P-00299.00081

Nov 27, 2024 - Dec 9, 2024



Data Source: App Store Connect, Product page optimization

CONFIDENTIAL

UBER_JCCP_MDL_005757373

# App Store Screenshots [iOS]

Nov 6, 2024 - Nov 13, 2024



Data Source: App Store Connect, Product page optimization

CONFIDENTIAL

UBER_JCCP_MDL_005757374

P-00299.00083

# App Store Screenshots [iOS]

Oct 8, 2024 - Oct 16, 2024



*Data Source: App Store Connect, Product page optimization*

CONFIDENTIAL

UBER_JCCP_MDL_005757375

# App Store Screenshots [iOS]

May 5, 2024 - May 9, 2024





*Data Source: App Store Connect, Product page optimization*

CONFIDENTIAL

UBER_JCCP_MDL_005757376

# App Store Screenshots [iOS]

Jun 29, 2023 - Jul 10, 2023

       

CONFIDENTIAL

Data Source: App Store Connect, Product page optimization

UBER_JCCP_MDL_005757377

# App Store **Screenshots [iOS]**

Jun 12, 2023 - Jun 29, 2023

      

Apr 18, 2023 - May 1, 2023

      

CONFIDENTIAL

Data Source: App Store Connect, Product page optimization

UBER_JCCP_MDL_005757378

P-00299.00087

# App Store Screenshots [iOS]

## Mar 13, 2023 - Mar 20, 2023









## Dec 6, 2022 - Dec 21, 2022










Data Source: App Store Connect, Product page optimization

CONFIDENTIAL

UBER_JCCP_MDL_005757379

# App Store Screenshots [iOS] 📲

Nov 22, 2022 - Dec 5, 2022

       

Nov 15, 2022 - Nov 21, 2022

       

Data Source: App Store Connect, Product page optimization

CONFIDENTIAL

UBER_JCCP_MDL_005757380

Nov 9, 2022 - Nov 14, 2022

       

Oct 19, 2022 - Oct 24, 2022

       

Data Source: App Store Connect, Product page optimization

CONFIDENTIAL

UBER_JCCP_MDL_005757381

# App Store Screenshots [iOS]

Oct 19, 2022 - Oct 24, 2022



Aug 9, 2022 - Aug 22, 2022



Data Source: App Store Connect, Product page optimization

CONFIDENTIAL

UBER_JCCP_MDL_005757382

# App Store **Screenshots -**  **Custom Product Pages**

91

UBER_JCCP_MDL_005757383

# App Store Screenshots [iOS] 🍎

Launched on Feb 8, 2023

     

Data Source: App Store Connect, Custom Product Pages

CONFIDENTIAL

UBER_JCCP_MDL_005757384

# App Store Screenshots [iOS]

Launched on Dec 18, 2024

















Data Source: App Store Connect, Custom
Product Pages

CONFIDENTIAL

UBER_JCCP_MDL_005757385

# App Store Screenshots [iOS]

Launched on Apr 15, 2025











Data Source: App Store Connect, Custom Product Pages

CONFIDENTIAL

UBER_JCCP_MDL_005757386

P-00299.00095

# App Store Screenshots [iOS] 🚕

Launched on Apr 15, 2025








Data Source: App Store Connect, Custom Product Pages

CONFIDENTIAL

UBER_JCCP_MDL_005757387

P-00299.00096

Launched on Jan 10, 2025













CONFIDENTIAL

Data Source: App Store Connect, Custom Product Pages

UBER_JCCP_MDL_005757388

# Android App Store
# Screenshots

97

UBER_JCCP_MDL_005757389

P-00299.00098

## 2024-12-14








## 2024-08-22










*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757390

P-00299.00099

2024-05-17



2024-03-29



Data Source: AppTweak

CONFIDENTIAL

UBER_JCCP_MDL_005757391



2024-04-02







2024-03-31








*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757392

P-00299.00101

2023-05-11



Data Source: AppTweak

2022-11-03



2020-04-21



Data Source: AppTweak

CONFIDENTIAL

UBER_JCCP_MDL_005757394



Data Source: AppTweak

CONFIDENTIAL

P-00299.00104

UBER_JCCP_MDL_005757395



Data Source: AppTweak

CONFIDENTIAL

P-00299.00105

UBER_JCCP_MDL_005757396

2018-01-01

        

2017-12-27

 Save set to moodboard    Show translation

    

Data Source: AppTweak

CONFIDENTIAL

P-00299.00106

UBER_JCCP_MDL_005757397


2017-05-12



2017-05-07



*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757398

P-00299.00107

2017-05-05

       

2017-05-01

    

*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757399

P-00299.00108

2017/01/03







*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757400

2016/06/13



Choose your ride, set your location, and request.



Know before you go—get a fare estimate in the app.



Watch your driver's arrival on the map.



Riding with friends? Split the fare.



Rate your driver and provide anonymous feedback.

*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757401

# App Store Screenshots [Android]

2016/02/07

Choose your ride, set your location, and request.



Know before you go—get a fare estimate in the app.



Watch your driver's arrival on the map.



Riding with friends? Split the fare.



Rate your driver and provide anonymous feedback.



*Data Source: SensorTower*

CONFIDENTIAL

P-00299.00111

UBER_JCCP_MDL_005757402

2015/01/29

      

*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757403

2014/08/22

     

*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757404

2014/05/15








Data Source: SensorTower

CONFIDENTIAL

UBER_JCCP_MDL_005757405

P-00299.00114

Legacy (unknown launch date)

     

*Data Source: SensorTower*

CONFIDENTIAL

UBER_JCCP_MDL_005757406

# App Store **Screenshots –** 
# **Split Test Variations**

CONFIDENTIAL

P-00299.00116

UBER_JCCP_MDL_005757407

# App Store Screenshots [Android]

Started on May 29, 2025










*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757408

Started on Apr 11, 2025 4:29 PM.
Stopped on Apr 17, 2025 12:00 PM.



CONFIDENTIAL

Data Source: Play Store Console

UBER_JCCP_MDL_005757409

Started on Mar 14, 2025 4:28 PM.
Stopped on Mar 28, 2025 2:51 PM.



Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757410

Started on Mar 14, 2025 4:28 PM.
Stopped on Mar 28, 2025 2:51 PM.











Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757411

Started on Dec 16, 2024 9:48 AM.
Stopped on Jan 13, 2025 11:01 AM.



CONFIDENTIAL

Data Source: Play Store Console

UBER_JCCP_MDL_005757412

P-00299.00121

Started on Dec 16, 2024 9:48 AM.
Stopped on Jan 13, 2025 11:01 AM.



*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757413

P-00299.00122

Started on Dec 16, 2024 9:48 AM.
Stopped on Jan 13, 2025 11:01 AM.





Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757414

Started on Nov 27, 2024 1:14 PM.
Stopped on Dec 13, 2024 9:19 AM.

























*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757415

Started on Nov 27, 2024 1:14 PM.
Stopped on Dec 13, 2024 9:19 AM.



Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757416

P-00299.00125

Started on Oct 25, 2024 12:57 PM.
Stopped on Nov 12, 2024 2:38 PM.













Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757417

P-00299.00126

Started on Oct 8, 2024 10:23 AM.
Stopped on Oct 24, 2024 10:52 AM.















*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757418

# App Store Screenshots [Android]

Started on Aug 2, 2024 11:00 AM.
Stopped on Aug 21, 2024 10:16 AM.

















Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757419

# App Store Screenshots [Android]

Started on May 16, 2024 4:05 PM.
Stopped on May 22, 2024 12:34 PM.














*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757420

Started on May 16, 2024 4:05 PM.
Stopped on May 22, 2024 12:34 PM.

   

 

Phone screenshots

Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757421

Started on May 2, 2024 10:11 AM.
Stopped on May 16, 2024 2:49 PM.














*Data Source: Play Store Console*

CONFIDENTIAL

P-00299.00131

UBER_JCCP_MDL_005757422

Started on Feb 23, 2024 12:12 PM.
Stopped on Mar 14, 2024 3:08 PM.



CONFIDENTIAL

*Data Source: Play Store Console*

UBER_JCCP_MDL_005757423

P-00299.00132

Started on Jan 24, 2024 10:15 AM.
Stopped on Feb 8, 2024 10:21 AM.









Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757424

# App Store Screenshots [Android] ▶

Started on Dec 5, 2023 9:41 AM.
Stopped on Dec 12, 2023 4:27 PM.

   

   

 

  

Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757425

Started on Oct 31, 2023 8:25 AM.
Stopped on Nov 9, 2023 1:31 PM.

   

  

*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757426

Started on Oct 6, 2023 11:14 AM.
Stopped on Oct 19, 2023 1:48 PM.










Data Source: Play Store Console

CONFIDENTIAL

UBER_JCCP_MDL_005757427

Started on Sep 15, 2023 8:58 AM.
Stopped on Sep 20, 2023 9:40 AM.

















*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757428

Started on Sep 6, 2023 1:29 PM.
Stopped on Sep 14, 2023 1:32 PM.















*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757429

Started on Jul 13, 2023 3:36 PM.
Stopped on Jul 17, 2023 9:56 AM.










*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757430

# App Store Screenshots [Android]

Started on Jun 20, 2023 8:43 AM.
Stopped on Jul 13, 2023 3:10 PM.

























*Data Source: Play Store Console*

App Store Screenshots **[Android]** Case 3:23-md-03084-CRB    Document 5468-7    Filed 03/10/26    Page 142 of 156

Started on Apr 17, 2023 9:37 AM.
Stopped on May 9, 2023 3:04 PM.











*Data Source: Play Store Console*

CONFIDENTIAL

P-00299.00141

UBER_JCCP_MDL_005757432

# App Store Screenshots [Android]

Started on Mar 3, 2023 12:22 PM.
Stopped on Mar 20, 2023 2:35 PM.

   

  

   

   

*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757433

Started on Feb 27, 2023 3:37 PM.
Stopped on Mar 3, 2023 11:38 AM.

   

   

*Data Source: Play Store Console*

CONFIDENTIAL

P-00299.00143

UBER_JCCP_MDL_005757434

Started on Dec 9, 2022 10:37 AM.
Stopped on Jan 4, 2023 3:13 AM.

















*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757435

Case 3:23-md-03084-CRB    Document 5468-7    Filed 03/10/26    Page 146 of 156

Started on Nov 4, 2022 10:24 AM.
Stopped on Nov 21, 2022 4:10 PM.










*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757436

Started on Aug 25, 2022 11:10 AM.
Stopped on Sep 9, 2022 10:05 AM.

















*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757437

Started on Jun 10, 2022 11:15 PM.
Stopped on Jul 7, 2022 1:48 PM.















*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757438

# App Store Screenshots [Android]

Started on Sep 26, 2017 2:53 PM.
Stopped on Oct 12, 2017 1:19 PM.



Tell us where you're going.



See the price before you ride.



See your route and arrival time.



Pay with your phone, not your wallet.



Your next Uber is around the corner.

*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757439

Started on Apr 27, 2017 9:51 AM.
Stopped on May 11, 2017 11:47 AM.











*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757440

Started on Apr 27, 2017 9:51 AM.
Stopped on May 11, 2017 11:47 AM.











*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757441

Case 3:23-md-03084-CRB   Document 5468-7   Filed 03/10/26   Page 152 of 156

Started on Feb 16, 2017 6:01 PM.
Stopped on Feb 20, 2017 9:13 PM.







*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757442

Started on Feb 9, 2017 8:36 PM.
Stopped on Feb 12, 2017 6:17 PM.











*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757443

# App Store Screenshots [Android]

Started on May 21, 2016 6:58 PM.
Stopped on May 30, 2016 1:52 PM.






*Data Source: Play Store Console*

CONFIDENTIAL

UBER_JCCP_MDL_005757444

P-00299.00153

# Data Sources

Both SensorTower and AppTweak review the app stores daily and obtain a snapshot of what's changed. Data was compiled by cross referencing the two platforms to create a historical lookback. Note that AppTweak was only launched in 2014. SensorTower acquired data.ai, which was previously App Annie, launched in 2010.

153

CONFIDENTIAL

UBER_JCCP_MDL_005757445

# End of Document

154

CONFIDENTIAL

UBER_JCCP_MDL_005757446

P-00299.00155