# EXHIBIT W

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING
SPECIAL TITLE(Rule 3.550)

IN RE:  UBER RIDESHARE
CASES                                Case No. CJC-21-005188

_____
                                     Judicial Council
This Document Relates                Coordination No. 5188
to:

ALL ACTIONS
_____

VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

PERSON MOST KNOWLEDGEABLE - HANNAH NILLES

San Francisco, California

Thursday, May 29, 2025

Volume III

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6888437-001

PAGES 528 - 802

Hannah Nilles Volume III
May 29, 2025

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

2       COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

3

4   COORDINATION PROCEEDING
    SPECIAL TITLE(Rule 3.550)
5
    IN RE:   UBER RIDESHARE
6   CASES                          Case No. CJC-21-005188

7   _____
                                    Judicial Council
8   This Document Relates           Coordination No. 5188
    to:
9
    ALL ACTIONS
10  _____

11

12

13

14

15           DEPOSITION OF HANNAH NILLES, taken on

16   behalf of the Plaintiffs, at Kirkland & Ellis, LLP,

17   555 California Street, 27th Floor, San Francisco,

18   California, commencing at 9:13 a.m., Thursday,

19   May 29, 2025 before REBECCA L. ROMANO, a Registered

20   Professional Reporter, Certified Shorthand

21   Reporter, Certified Court Reporter.

22

23

24

25

```
 1        Q.   Yes.
 2        A.   No, I don't think anybody at Uber would
 3   have physically inspected his vehicle.  But we do
 4   require --
 5        Q.   Did they do --
 6             MS. DAVIDSON:  Hold on, she was still
 7   talking.
 8             I know it's hard with the Zoom.  I don't
 9   think you're doing it on purpose.  But if you just
10   would pause a second when it doesn't sound like
11   she's giving a period, I think it would help.
12             THE DEPONENT:  But we do request vehicle
13   inspection documents at onboarding.
14        Q.   (By Mr. Estey)  Why do you do that?
15        A.   To ensure that a vehicle is fit for
16   purpose and roadworthy.
17        Q.   And what type of documents do you request
18   in terms of this vehicle inspection?
19             (Court Reporter asks for clarification.)
20        Q.   (By Mr. Estey)  What types of documents
21   does Uber request with respect to this vehicle
22   inspection?
23        A.   An inspection report from an authorized
24   vehicle inspector.
25        Q.   The authorized vehicle inspector would be
```

```
 1   an authorized Uber vehicle inspector, right?
 2        A.   No, Uber doesn't conduct vehicle
 3   inspections.  It would be an external third party.
 4   They would go have it inspected and submit that
 5   documentation.
 6        Q.   Did Uber obtain any references from
 7   Mr. Aly before they hired him as a driver?
 8        A.   Uber does not collect personal references
 9   as part of the onboarding process.  So, no, we
10   would not have collected that.
11        Q.   Did Uber require Mr. Aly to undergo any
12   sort of training before he was allowed access to --
13   to my client?
14             MS. DAVIDSON:  Object to form.
15             THE DEPONENT:  I think somebody else is
16   covering the topic of education.  I'm not totally
17   sure what he would have taken.
18             We do offer a robust set of educational
19   materials on safety.  I believe that he probably
20   also had to take a safety survey for the state of
21   California.  But that's the extent of my knowledge
22   on that.
23             MR. ESTEY:  Can we go to -- it looks like
24   we're going to start on Exhibit 3332.  It's going
25   to be a declaration of you in support of the motion
```