UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT** |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*,<br>N.D. Cal. No. 24-cv-4900<br>W.D.N.C. No. 25-cv-737 | |

UNITED STATES DISTRICT COURT
WESERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHB 823,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | No. 25-cv-737<br><br>Judge: Honorable Charles R. Breyer |

1     Having considered Plaintiff's Motion for Partial Summary Judgment, the Court **GRANTS** the motion. The Court finds no genuine dispute of material fact on the questions of whether Uber is a common carrier in North Carolina and whether Uber is therefore vicariously liable for the sexual assault alleged in this case, and that Plaintiff is entitled to judgment as a matter of law on those two issues.

**IT IS SO ORDERED.**

Dated: _____

                                    Hon. Charles R. Breyer
                                    United States District Judge