1  [Submitting Counsel below]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>     Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>     Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

I certify that on March 10, 2026 a true and correct copy of the UNSEALED/ UNREDACTED version of the following documents:

1
2
3
4

- **UNREDACTED Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D.**
- **UNREDACTED Report of Dr. Alison Reminick**
- **UNREDACTED Excerpts from the Deposition of Dr. Alison Reminick**
- **UNREDACTED Rebuttal Report of Dr. Alison Reminick**
- **UNREDACTED Report of Heleya Rad, Psy.D**

5  were served pursuant to Civil L.R. 5(a) to each person named below:

6
**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton

ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2026.

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

|   |   |
|---|---|
| 1 | |
| 2 | By: /s/ Brett E. Dressler<br>Brett E. Dressler (NC Bar # 34516) |
| 3 | **SELLERS AYERS DORTCH & LYONS, P.A.** |
| 4 | 301 South McDowell Street, Suite 410<br>Charlotte, NC 28204 |
| 5 | Telephone: (704) 377-5050<br>Facsimile: (704) 339-0172 |
| 6 | Email: bdressler@sellersayers.com |
| 7 | *Local Counsel for Plaintiff WHB 823* |
| 8 | |
| 9 | By: /s/ Sarah R. London<br>Sarah R. London (SBN 267083) |
| 10 | **GIRARD SHARP LLP** |
| 11 | 601 California St., Suite 1400<br>San Francisco, CA 94108 |
| 12 | Telephone: (415) 981-4800<br>slondon@girardsharp.com |
| 13 | |
| 14 | By: /s/ Rachel B. Abrams<br>Rachel B. Abrams (SBN 209316) |
| 15 | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** |
| 16 | 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 |
| 17 | Telephone: (415) 426-5641<br>Facsimile: (415) 840-9435 |
| 18 | rabrams@peifferwolf.com |
| 19 | |
| 20 | By: /s/ Roopal P. Luhana<br>Roopal P. Luhana |
| 21 | **CHAFFIN LUHANA LLP** |
| 22 | 600 Third Avenue, 12th Floor<br>New York, NY 10016 |
| 23 | Telephone: (888) 480-1123<br>Facsimile: (888) 499-1123 |
| 24 | luhana@chaffinluhana.com |
| 25 | *Co-Lead Counsel for Plaintiffs* |
| 26 | |
| 27 | |
| 28 | |