[Submitting Counsel below]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | **DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

1

DECL. ISO ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

1  I, Sejal K. Brahmbhatt, declare:

2      1. I am an attorney in the law firm of Williams Hart & Boundas, and counsel for

3  Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of

4  Texas and am admitted to practice before this Court pro hac vice. I make this declaration based

5  on my own personal knowledge. If called upon to testify, I could and would testify competently

6  to the truth of the matters stated herein.

7      2. Because the materials at issue were designated by Uber as "CONFIDENTIAL"

8  and /or "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY", Plaintiff filed the

9  following under seal:

| Document | Description | Designating Party |
|---|---|---|
| [UNREDACTED] Exhibit A- Portions of Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Motion to Exclude Expert Testimony of Alison Reminick, M.D. containing the mental health history and intimate aspects of Plaintiff WHB 823's personal life. | Uber |
| [UNREDACTED] Exhibit 1 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Expert report of Alison Reminick containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. | Uber |
| [UNREDACTED] Exhibit 2 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Excerpts from the deposition of Alison Reminick containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. | Uber |
| [UNREDACTED] Exhibit 3 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Rebuttal report of Alison Reminick containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. | Uber |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 10, 2026 in Houston, Texas.

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC 28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email: bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*