UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

Having considered Plaintiff's March 10, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

1

| Document | Description | Designating Party |
|---|---|---|
| [UNREDACTED] Exhibit A- Portions of Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Motion to Exclude Expert Testimony of Alison Reminick, M.D. containing the mental health history and intimate aspects of Plaintiff WHB 823's personal life. | Uber |
| [UNREDACTED] Exhibit 1 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Expert report of Alison Reminick containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. | Uber |
| [UNREDACTED] Exhibit 2 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Excerpts from the deposition of Alison Reminick containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. | Uber |
| [UNREDACTED] Exhibit 3 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Rebuttal report of Alison Reminick containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. | Uber |

**IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER RE PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737