1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ALISON REMINICK, M.D.** |

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

Having considered the Plaintiff's motion, the record, and the applicable law, the Court hereby GRANTS Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D.

**IT IS SO ORDERED.**

Dated: _____

                        HON. CHARLES R. BREYER
                        United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF
ALISON REMINICK, M.D.
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737