[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 832 v. Uber Techs., Inc.,*<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS' MOTION TO PARTIALLY EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. VERONIQUE VALLIERE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge:      Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 832,<br><br>         Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>         Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 501 |

1

## NOTICE OF MOTION AND MOTION TO EXCLUDE

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that on April 2, 2026, at 2:00 p.m., before the Honorable Charles R. Breyer in Courtroom No. 6 on the 17th Floor of the San Francisco Courthouse for the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") by and through their undersigned counsel, will and hereby do move the Court for an order excluding in part the opinions of Plaintiff's expert Veronique Valliere.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the pleadings, papers, and records filed in this action, and such further arguments and matters as may be offered at the time of the hearing of this Motion.

Dated:  March 10, 2026                                KIRKLAND & ELLIS LLP


                                                      By:  */s/ Laura Vartain Horn*
                                                      *Counsel for Uber*

2

DEFENDANTS' MOTION TO PARTIALLY
EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR.      Case No. 3.23-md-03084-CRB (LJC)
VERONIQUE VALLIERE

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") respectfully move to partially exclude the opinions of Plaintiff's Expert Dr. Veronique Valliere.

As the Court is aware, prior to trial in the *Dean* matter, Uber moved to exclude several of Dr. Valliere's opinions. MDL ECF No. 4339 (Uber's Mot. to Partially Exclude Dr. Valliere). In support of its motion, which is incorporated herein by reference, Uber argued that:

- Several of Dr. Valliere's opinions fall outside her area of expertise and are therefore inadmissible under Federal Rule of Evidence 702(a), including her opinions about: (a) Uber's marketing practices, MDL ECF No. 4339 at 2-3; (b) Uber's corporate values, *id.* at 3; (c) Uber's safety features, *id.* at 3-4; and (d) Uber's purported failure to warn, *id.* at 4.

- Several of Dr. Valliere's opinions are also inadmissible under Federal Rule of Evidence 702(c) because they are not grounded in a reliable methodology and therefore represent impermissible speculation, including: (a) Dr. Valliere's marketing opinions, MDL ECF No. 4339 at 4-5; (b) Dr. Valliere's opinions on the supposed "enhanced risk of sexual assault and sexual misconduct of women using Uber," *id.* at 5-7; (c) Dr. Valliere's failure-to-warn opinions, *id.* at 7-8; (d) Dr. Valliere's opinions on Uber's corporate values and ethics, *id.* at 8-9; and (e) Dr. Valliere's opinions regarding Uber's supposed corporate knowledge, *id.* at 9.

- Several of Dr. Valliere's opinions (including her marketing opinions and her opinions about Uber's corporate knowledge) are further inadmissible because these "opinions" merely consist of Dr. Valliere summarizing company documents under the guise of expert testimony. MDL ECF No. 4339 at 9-10.

The Court granted Uber's motion in part, excluding Dr. Valliere's opinions on Uber's "adherence or lack thereof to external ethical standards," but otherwise admitted Dr. Valliere's opinions. MDL ECF No. 4941 at 1 (*Dean* Pretrial Order No. 39). For the reasons stated in Uber's prior briefing, which Uber incorporates by reference herein, Uber respectfully submits that its motion should have been granted in full.

Rather than burden the Court with new plenary briefing on this matter, Uber relies on its prior briefing with respect to Dr. Valliere.

DATED: March 10, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  | Telephone: (415) 439-1625                                       |
|    | laura.vartain@kirkland.com                                      |
| 3  | Allison M. Brown (Admitted *Pro Hac Vice*)                      |
| 4  | **KIRKLAND & ELLIS LLP**                                        |
|    | 2005 Market Street, Suite 1000                                  |

Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

4

DEFENDANTS' MOTION TO PARTIALLY
EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR.   Case No. 3.23-md-03084-CRB (LJC)
VERONIQUE VALLIERE