UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 832 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO PARTIALLY EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. VERONIQUE VALLIERE**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Judge:       Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 832,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:       Hon. Charles R. Breyer<br><br>Courtroom:  501 |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO PARTIALLY
EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. VERONIQUE VALLIERE
Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Partially Exclude Opinions of Plaintiff's Expert Dr. Veronique Valliere, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is GRANTED. Accordingly, all evidence on matters discussed in Defendants' Motion is hereby excluded from any trial of this matter.

**IT IS SO ORDERED.**

DATED:_____

By:_____
CHARLES R BREYER
United States District Judge