1  [Submitting counsel below]

2                     UNITED STATES DISTRICT COURT

3                     NORTHERN DISTRICT OF CALIFORNIA

4                           SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:      Hon. Charles R. Breyer  <br> Courtroom:  6 – 17th Floor |
| | Date Filed: March 10, 2026 <br> Trial Date: April 14, 2026 |

                      UNITED STATES DISTRICT COURT

                   WESTERN DISTRICT OF NORTH CAROLINA

                           CHARLOTTE DIVISION

| WHB 823, | CASE NO. 3:25-cv-00737-CRB |
|---|---|
|     Plaintiff, | |
| v. | Judge:      Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | |
|     Defendants | |

1  LAURA VARTAIN HORN (SBN: 258485)
   **KIRKLAND & ELLIS LLP**
2  laura.vartain@kirkland.com
   555 California Street, 30th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1625
4
   ALLISON M. BROWN (Pro Hac Vice admitted)
5  **KIRKLAND & ELLIS LLP**
   alli.brown@kirkland.com
6  2005 Market Street, Suite 1000
   Philadelphia, PA 19103
7  Telephone: (215) 268-5000

8  JESSICA DAVIDSON (Pro Hac Vice admitted)
   **KIRKLAND & ELLIS LLP**
9  jessica.davidson@kirkland.com
   601 Lexington Avenue
10 New York, NY 10022
   Telephone: (212) 446-4723
11
   SABRINA H. STRONG (SBN: 200292)
12 sstrong@omm.com
   JONATHAN SCHNELLER (SBN: 291288)
13 jschneller@omm.com
   **O'MELVENY & MYERS LLP**
14 400 South Hope Street, 19th Floor
   Los Angeles, CA 90071
15 Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
16
   BRADLEY R. KUTROW
17 **MCGUIRE WOODS LLP**
   bkutrow@mcguirewoods.com
18 201 N. Tryon St., Suite 3000
   Charlotte, NC 28202
19 Telephone: (704) 343-2049

20 *Counsel for Defendants*
   UBER TECHNOLOGIES, INC.,
21 RASIER, LLC, and RASIER-CA, LLC

22
23
24
25
26
27
28

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 3:23-MD-03084-CRB/ 3:25-CV-00737-CRB

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether certain materials should be sealed.[1] Defendants file these materials under seal because they have been produced and marked confidential, contain references to documents produced and marked confidential by Plaintiff, or Plaintiff has otherwise requested that they be maintained under seal.

**Material To Be Filed Under Seal**

The materials to be filed under seal are certain exhibits in Support of Defendants' contemporaneously-filed Motion for Summary Judgment. Defendants respectfully ask the Court to consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Motion for Summary Judgment** | Motion containing references to material designated confidential by Plaintiff | Plaintiff |
| **Exhibit 5 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Unredacted version of excerpts of the August 7, 2025 Deposition of Hannah Nilles (redaction of Plaintiff's true name) | Plaintiff |
| **Exhibit 7 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the July 10, 2025 Deposition of Plaintiff WHB 823. | Plaintiff |
| **Exhibit 8 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of WHB 823's Fourth Amended Responses to Uber's Interrogatories | Plaintiff |
| **Exhibit 9 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the September 26, 2025 Expert Report of Dr. Alison Reminick | Plaintiff |
| **Exhibit 10 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the October 17, 2025 Deposition of Dr. Heleya Rad. | Plaintiff |

---

[1] Because this case remains in the Northern District of California for pre-trial purposes, *see* Dkt. 3484 (PTO 29) and Dkt. 3923(PTO 32), Uber files this administrative sealing motion in accordance with the Northern District of California's Civil Local Rules 7-11 and 79-5(f). Uber respectfully requests that this administrative motion be treated as a motion to seal under Rule 6.1 of the Western District of North Carolina's Civil Local Rules as well.

1
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE SEALED
CASE NO. 3:23-MD-03084-CRB/ 3:25-CV-00737-CRB

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 11 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the August 29, 2025 Deposition of Dr. Jenny Smith | Plaintiff |
| **Exhibit 12 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the medical records of Plaintiff from the North Carolina Correctional Institution for Women | Plaintiff |
| **Exhibit 13 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the Comprehensive Clinical Assessment of Plaintiff conducted by Vision Behavioral Health Services on October 5, 2022 | Plaintiff |
| **Exhibit 14 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the medical and mental health records of Plaintiff from Carolina Outreach | Plaintiff |
| **Exhibit 15 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| **Exhibit 16 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Additional Excerpts of the mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| **Exhibit 19 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Unredacted version of WHB 823 Checkbox Consent History (redaction of Plaintiff's true name) | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

    1.    The Declaration of Jonathan Schneller in Support of this Motion; and

    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: March 10, 2026

Respectfully submitted,

By: */s/ Jonathan Schneller*
    JONATHAN SCHNELLER

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Sabrina H. Strong (SBN: 200292)
Jonathan Schneller (SBN: 291288)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
sstrong@omm.com
jschneller@omm.com

Bradley R. Kutrow
**MCGUIRE WOODS LLP**
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049
bkutrow@mcguirewoods.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC