1  [Submitting counsel below]

2  **UNITED STATES DISTRICT COURT**

3  **NORTHERN DISTRICT OF CALIFORNIA**

4  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed: March 10, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br>        Plaintiff,<br>v.<br>UBER TECHNOLOGIES, INC., et al.,<br>        Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:       Hon. Charles R. Breyer |

1  LAURA VARTAIN HORN (SBN: 258485)
   **KIRKLAND & ELLIS LLP**
2  laura.vartain@kirkland.com
   555 California Street, 30th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1625
4
   ALLISON M. BROWN (Pro Hac Vice admitted)
5  **KIRKLAND & ELLIS LLP**
   alli.brown@kirkland.com
6  2005 Market Street, Suite 1000
   Philadelphia, PA 19103
7  Telephone: (215) 268-5000

8  JESSICA DAVIDSON (Pro Hac Vice admitted)
   **KIRKLAND & ELLIS LLP**
9  jessica.davidson@kirkland.com
   601 Lexington Avenue
10 New York, NY 10022
   Telephone: (212) 446-4723
11
   SABRINA H. STRONG (SBN: 200292)
12 sstrong@omm.com
   JONATHAN SCHNELLER (SBN: 291288)
13 jschneller@omm.com
   **O'MELVENY & MYERS LLP**
14 400 South Hope Street, 19th Floor
   Los Angeles, CA 90071
15 Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
16
   BRADLEY R. KUTROW
17 **MCGUIRE WOODS LLP**
   bkutrow@mcguirewoods.com
18 201 N. Tryon St., Suite 3000
   Charlotte, NC 28202
19 Telephone: (704) 343-2049

20 Counsel for Defendants
   UBER TECHNOLOGIES, INC.,
21 RASIER, LLC, and RASIER-CA, LLC

22

23

24

25

26

27

28

DECLARATION OF JONATHAN SCHNELLER ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED CASE NO. 3:23-MD-03084-CRB/ 3:25-CV-00737-CRB

I, Jonathan Schneller, declare:

1. I am a partner at the law firm of O'Melveny and Myers LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bar of the State of California. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal.

Because the materials at issue were designated confidential by Plaintiff, or Plaintiff has otherwise requested that they be maintained under seal, Defendants filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Motion for Summary Judgment** | Motion containing references to material designated confidential by Plaintiff | Plaintiff |
| **Exhibit 5 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Unredacted version of excerpts of the August 7, 2025 Deposition of Hannah Nilles (redaction of Plaintiff's true name) | Plaintiff |
| **Exhibit 7 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the July 10, 2025 Deposition of Plaintiff WHB 823. | Plaintiff |
| **Exhibit 8 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of WHB 823's Fourth Amended Responses to Uber's Interrogatories | Plaintiff |
| **Exhibit 9 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the September 26, 2025 Expert Report of Dr. Alison Reminick | Plaintiff |
| **Exhibit 10 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the October 17, 2025 Deposition of Dr. Heleya Rad. | Plaintiff |
| **Exhibit 11 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the August 29, 2025 Deposition of Dr. Jenny Smith | Plaintiff |

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 12 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the medical records of Plaintiff from the North Carolina Correctional Institution for Women | Plaintiff |
| **Exhibit 13 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the Comprehensive Clinical Assessment of Plaintiff conducted by Vision Behavioral Health Services on October 5, 2022 | Plaintiff |
| **Exhibit 14 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the medical and mental health records of Plaintiff from Carolina Outreach | Plaintiff |
| **Exhibit 15 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| **Exhibit 16 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Additional Excerpts of the mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| **Exhibit 19 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Unredacted version of WHB 823 Checkbox Consent History (redaction of Plaintiff's true name) | Plaintiff |

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of March, 2026.

/s/ *Jonathan Schneller*

Jonathan Schneller