**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| | Date Filed: March 10, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737-CRB |
| Plaintiff, | |
| v. | Judge:      Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants | |

Having considered Defendants' March 10, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Motion for Summary Judgment** | Motion containing references to material designated confidential by Plaintiff | Plaintiff |
| **Exhibit 5 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Unredacted version of excerpts of the August 7, 2025 Deposition of Hannah Nilles (redaction of Plaintiff's true name) | Plaintiff |
| **Exhibit 7 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the July 10, 2025 Deposition of Plaintiff WHB 823. | Plaintiff |
| **Exhibit 8 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of WHB 823's Fourth Amended Responses to Uber's Interrogatories | Plaintiff |
| **Exhibit 9 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the September 26, 2025 Expert Report of Dr. Alison Reminick | Plaintiff |
| **Exhibit 10 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the October 17, 2025 Deposition of Dr. Heleya Rad. | Plaintiff |
| **Exhibit 11 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the August 29, 2025 Deposition of Dr. Jenny Smith | Plaintiff |
| **Exhibit 12 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the medical records of Plaintiff from the North Carolina Correctional Institution for Women | Plaintiff |
| **Exhibit 13 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the Comprehensive Clinical Assessment of Plaintiff conducted by Vision Behavioral Health Services on October 5, 2022 | Plaintiff |
| **Exhibit 14 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of the medical and mental health records of Plaintiff from Carolina Outreach | Plaintiff |

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 15 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| **Exhibit 16 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Additional Excerpts of the mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| **Exhibit 19 to Declaration of Jonathan Schneller ISO Defendants' MSJ** | Unredacted version of WHB 823 Checkbox Consent History (redaction of Plaintiff's true name) | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____          _____

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE FILED UNDER SEAL
CASE NO. 3:23-MD-03084-CRB/ 3:25-CV-00737-CRB