[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **PROOF OF SERVICE** |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Date Filed: March 9, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>         Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>         Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:      Hon. Charles R. Breyer |

| | |
|---|---|
| 1 | LAURA VARTAIN HORN (SBN: 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | laura.vartain@kirkland.com |
| | 555 California Street, 30th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 439-1625 |
| 4 | |
| | ALLISON M. BROWN (Pro Hac Vice admitted) |
| 5 | **KIRKLAND & ELLIS LLP** |
| | alli.brown@kirkland.com |
| 6 | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| 7 | Telephone: (215) 268-5000 |
| 8 | JESSICA DAVIDSON (Pro Hac Vice admitted) |
| | **KIRKLAND & ELLIS LLP** |
| 9 | jessica.davidson@kirkland.com |
| | 601 Lexington Avenue |
| 10 | New York, NY 10022 |
| | Telephone: (212) 446-4723 |
| 11 | |
| | SABRINA H. STRONG (SBN: 200292) |
| 12 | sstrong@omm.com |
| | JONATHAN SCHNELLER (SBN: 291288) |
| 13 | jschneller@omm.com |
| | **O'MELVENY & MYERS LLP** |
| 14 | 400 South Hope Street, 19th Floor |
| | Los Angeles, CA 90071 |
| 15 | Telephone: (213) 430-6000 |
| | Facsimile: (213) 430-6407 |
| 16 | |
| | BRADLEY R. Kutrow |
| 17 | **MCGUIRE WOODS LLP** |
| | bkutrow@mcguirewoods.com |
| 18 | 201 N. Tryon St., Suite 3000 |
| | Charlotte, NC 28202 |
| 19 | Telephone: (704) 343-2049 |
| | |
| 20 | Counsel for Defendants |
| | UBER TECHNOLOGIES, INC., |
| 21 | RASIER, LLC, and RASIER-CA, LLC |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE

I am employed in Washington, District of Columbia, in the office of a member of the bar of this court, and counsel for Defendants, at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is O'Melveny and Myers LLP, 1625 Eye Street, NW, Washington, DC 20006.

On March 10, 2026, I served the following document(s) by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error:

1. Defendants' March 10, 2026 Administrative Motion To Consider Whether Another Party's Material Should Be Sealed
2. [**Under Seal**] Unredacted Defendants' Motion for Summary Judgment
3. [**Under Seal**] Exhibit 5 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment
4. [**Under Seal**] Exhibit 7 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment
5. [**Under Seal**] Exhibit 8 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment
6. [**Under Seal**] Exhibit 9 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment
7. [**Under Seal**] Exhibit 10 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment
8. [**Under Seal**] Exhibit 11 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment
9. [**Under Seal**] Exhibit 12 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment
10. [**Under Seal**] Exhibit 13 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment

11. [**Under Seal**] Exhibit 14 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment

12. [**Under Seal**] Exhibit 15 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment

13. [**Under Seal**] Exhibit 16 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment

14. [**Under Seal**] Exhibit 19 to Declaration of Jonathan Schneller in support of Defendants' Motion for Summary Judgment

I served the above documents on the following counsel for Plaintiff in the above captioned matter:

Brett E. Dressler
Sellers, Ayers, Dortch  Lyons, PA
301 S. McDowell Rd, Suite 410
Charlotte, NC 28204
bdressler@sellersayers.com

John Boundas
Joseph Melugin
Sejal K. Brahmbhatt
Myles Shaw
Stasja Drecun
Brian Abramson
Batami Baskin
Margret Lecocke
Willliams Hart & Boundas Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017
erosemond@whlaw.com
Jboundas@whlaw.com
Jmelugin@whlaw.com
Sbrahmbhatt@whlaw.com
Mshaw@whlaw.com
Sdrecun@whlaw.com
Babramson@whlaw.com
Bbaskin@whlaw.com
Mlecocke@whlaw.com

Sarah R. London (SBN 267083)
GIRARD SHARP LLP

601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

This the 10th day of March, 2026.

Dated: March 10, 2026

Respectfully submitted,

*/s/ Steven Segal*
Steven Segal

**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
ssegal@omm.com