[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Date Filed: March 10, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:     Hon. Charles R. Breyer<br><br>**ORAL ARGUMENT REQUESTED** |

---

DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT
CASE NO. 3:23-MD-03084-CRB / 3:24-CV-04900

1  LAURA VARTAIN HORN (SBN: 258485)
   **KIRKLAND & ELLIS LLP**
2  laura.vartain@kirkland.com
   555 California Street, 30th Floor
3  San Francisco, CA 94104
   Telephone: (415) 439-1625
4
   ALLISON M. BROWN (Pro Hac Vice admitted)
5  **KIRKLAND & ELLIS LLP**
   alli.brown@kirkland.com
6  2005 Market Street, Suite 1000
   Philadelphia, PA 19103
7  Telephone: (215) 268-5000

8  JESSICA DAVIDSON (Pro Hac Vice admitted)
   **KIRKLAND & ELLIS LLP**
9  jessica.davidson@kirkland.com
   601 Lexington Avenue
10 New York, NY 10022
   Telephone: (212) 446-4723
11
   SABRINA H. STRONG (SBN: 200292)
12 sstrong@omm.com
   JONATHAN SCHNELLER (SBN: 291288)
13 jschneller@omm.com
   **O'MELVENY & MYERS LLP**
14 400 South Hope Street, 19th Floor
   Los Angeles, CA 90071
15 Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
16
   BRADLEY R. KUTROW
17 **MCGUIRE WOODS LLP**
   bkutrow@mcguirewoods.com
18 201 N. Tryon St., Suite 3000
   Charlotte, NC 28202
19 Telephone: (704) 343-2049

   *Counsel for Defendants*
20 UBER TECHNOLOGIES, INC.,
   RASIER, LLC, and RASIER-CA, LLC
21

22

23

24

25

26

27

28
                                      -2-
   DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR
                              SUMMARY JUDGMENT
              CASE NO. 3:23-md-03084-CRB / 3:24-cv-04900

# DECLARATION OF JONATHAN SCHNELLER

I, Jonathan Schneller, declare as follows:

1. I am an attorney at law and duly licensed to practice before the U.S. District Court for the Northern District of California. I am a partner at the law firm of O'Melveny & Myers LLP and an attorney of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I submit this declaration in support of Uber's Motion for Summary Judgment in *WHB 823 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04900. I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would do so under oath.[1]

2. Attached to this Declaration as **Exhibit 1** is a true and correct copy of Uber's Technology Services Agreement, last updated December 11, 2015, produced by Uber as UBER-MDL3084-BW-00003328 - 00003348

3. Attached to this Declaration as **Exhibit 2** is a true and correct copy of the Fare Addendum to the Technology Services Agreement, last updated May 22, 2017, produced by Uber as UBER-MDL3084-BW-00003326 - 00003327.

4. Attached to this Declaration as **Exhibit 3** is a true and correct copy of Uber's December 13, 2017 Terms of Use, produced by Uber as UBER-MDL3084-BW-00000474 - 00000484.

5. Attached to this Declaration as **Exhibit 4** is a true and correct copy of Uber's 2021-2022 U.S. Safety Report, produced by Uber as UBER_JCCP_MDL_003561529 - 003561561.

6. Attached to this Declaration as **Exhibit 5** is a true and correct copy of excerpts of the August 7, 2025 Deposition of Hannah Nilles.

7. Attached to this Declaration as **Exhibit 6** is a true and correct copy of excerpts of the Expert Report of Vida Thomas, served by Defendants on September 26, 2025.

---

[1] Exhibits 5, 7 through 16, and 19 are subject to Uber's Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal.

1      8.      Attached to this Declaration as **Exhibit 7** is a true and correct copy of excerpts of the July 10, 2025 Deposition of Plaintiff WHB 823.

9.      Attached to this Declaration as **Exhibit 8** is a true and correct copy of excerpts of WHB 823's Fourth Amended Responses to Uber's Interrogatories, Set One, dated February 25, 2026.

10.     Attached to this Declaration as **Exhibit 9** is a true and correct copy of excerpts of the Expert Report of Dr. Alison Reminick, served by Defendants on September 26, 2025.

11.     Attached to this Declaration as **Exhibit 10** is a true and correct copy of excerpts of the October 17, 2025 Deposition of Dr. Heleya Rad.

12.     Attached to this Declaration as **Exhibit 11** is a true and correct copy of excerpts of the August 29, 2025 Deposition of Jenny Smith.

13.     Attached to this Declaration as **Exhibit 12** is a true and correct copy of excerpts of medical records of Plaintiff from the North Carolina Correctional Institution for Women, produced by Plaintiff.

14.     Attached to this Declaration as **Exhibit 13** is a true and correct copy of the October 5, 2022 Comprehensive Clinical Assessment of Plaintiff conducted by Vision Behavioral Health Services, produced by Plaintiff.

15.     Attached to this Declaration as **Exhibit 14** is a true and correct copy of excerpts of medical and mental health records of Plaintiff from Carolina Outreach, produced by Plaintiff.

16.     Attached to this Declaration as **Exhibit 15** is a true and correct copy of excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services, dated July 2, 2018, produced by Plaintiff.

17.     Attached to this Declaration as **Exhibit 16** is a true and correct copy of excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services, dated November 15, 2018, produced by Plaintiff.

DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB / 3:24-cv-04900

18. Attached to this Declaration as **Exhibit 17** is a true and correct copy of the Order Granting Motion to Dismiss in *E.B. v. Uber Technologies, Inc.*, No. 2024-CP-46-02996 (S.C. Court of Common Pleas, Jun. 13, 2025).

19. Attached to this Declaration as **Exhibit 18** is a true and correct copy of the Driver Accepted Agreements for Jeffery Richardson, produced by Uber in native format as UBER-MDL3084-DFS00074478 and converted to PDF.

20. Attached to this Declaration as **Exhibit 19** is a true and correct copy of the Uber Checkbox Consent History Report for Plaintiff WHB 823, produced by Uber as UBER-MDL3084-BW-00000473.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 10, 2026.

/s/ *Jonathan Schneller*
Jonathan Schneller