# Exhibit 7

# Redacted Version

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

IN RE: Uber TECHNOLOGIES,    ) Case No.
INC., PASSENGER SEXUAL ASSAULT   ) 3:23-md-03084-CRB
LITIGATION                        )

_____


*** HIGHLY CONFIDENTIAL ***

Volume II

[Wave 1 Plaintiffs' 30(b)(6) Deposition of Uber
Technologies, Inc, Rasier, LLC, and Rasier-CA, LLC]


HIGHLY CONFIDENTIAL
UNDER PROTECTIVE ORDER
VIDEOTAPED DEPOSITION OF HANNAH NILLES


August 7, 2025
11:17 a.m. Eastern Standard Time

_____/


Reported by:  Renee J. Ogden, RPR California CSR #14485

Hannah Nilles Volume II Highly Confidential
August 07, 2025

1   APPEARANCES:

2

3   SARA PETERS, ESQ.

4   Walkup Melodia Kelly & Schoenberger

5   650 California Street

6   26th Floor

7   San Francisco, California 94108

8   (415) 981-7210

9   Speters@walkuplawoffice.com

10      Appearing on behalf of the Plaintiffs

11

12   ALEXANDRA WALSH, ESQ.

13   Anapol Weiss

14   14 Ridge Square, NW

15   3rd Floor

16   Washington, DC 20016

17   (771) 224-8065

18      Appearing on behalf of the Plaintiffs

19

20

21

22

23

24

25

Hannah Nilles Volume II Highly Confidential
August 07, 2025

```
 1    MARK PREMO-HOPKINS, ESQ.

 2    Kirkland & Ellis, LLP

 3    333 West Wolf Point Plaza

 4    Chicago, Illinois 60654

 5    Mark.premohopkins@kirkland.com

 6    (312) 862-2706

 7         Appearing on behalf of the Defendants

 8

 9    ALSO PRESENT:

10    MJ Zimdahl - Video Technician

11    Vince Rosica - Exhibit Technician

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1       data, no.

2    Q.  What manual agent searches are you referring to?

3    A.  When a user is deactivated for safety, and a safety

4        lock is applied, they have a KB, a knowledge base

5        document, that tells them, hey, somebody was

6        deactivated for safety.  Go and find any related

7        accounts.

8               It's not strictly saying just look in

9        the related accounts or the linked accounts.  They

10       do searches for various things.  They may through

11       that process find somebody internationally, but the

12       automated checks that are linking these things may

13       not find somebody on cross regions.

14   Q.  With respect to the automated checks that Uber does

15       to try to find duplicate or linked accounts, there

16       is nothing that Uber does to look across

17       international lines, right?

18   A.  Not to my knowledge.

19   Q.  We did a double negative.  Am I correct with my

20       statement?

21   A.  I said not to my knowledge.  We don't have that, to

22       my knowledge.

23   Q.  And with respect to the manual agent searches, are

24       those done at any other time other than at the time

25       of deactivation?

Hannah Nilles Volume II Highly Confidential
August 07, 2025

```
1   A.  They may do it during a safety investigation but
2       I'm not sure.
3   Q.  On behalf of Uber are you able to identify any
4       other point an agent may conduct a -- actually,
5       strike that.
6               Is there a protocol or process that
7       describes how agents should conduct manual searches
8       for linked or duplicate accounts?
9   A.  I think that would probably have to be covered by
10      Greg Brown, because it's related to our
11      deactivation processes.  Again, I think it happens
12      at deactivation they have instructions for how to
13      identify duplicate accounts.
14  Q.  So as a person speaking for Uber about all the
15      conditions or sets of conditions where Uber will
16      treat two accounts as known linked accounts, that
17      would include situations where Uber identifies via
18      a national ID or a country-specific driver's
19      license or some other country-specific identifier
20      that somebody has more than one account, right?
21  A.  Yes.
22  Q.  But as a person speaking for Uber on all the
23      conditions under which Uber will treat two accounts
24      as known linked accounts, that does not include any
25      condition where Uber is trying to identify somebody
```

```
 1                    ATTORNEY PREMO-HOPKINS:  Object to form.
 2   A.  Understand that's the allegation by ████.
 3   BY ATTORNEY PETERS:
 4   Q.  And you are here to speak on behalf of Uber, the
 5       company, about this screening and background check
 6       done of Mr. Richardson, right?
 7   A.  Yes.
 8                    ATTORNEY PETERS:  Let's go to Tab 164.
 9       This will be Exhibit 1867.
10                    MARKED FOR IDENTIFICATION:
11                    DEPOSITION EXHIBIT 1867
12                    Richardson Status and Flow
13                    5:01 p.m.
14   BY ATTORNEY PETERS:
15   Q.  Can you confirm, if you look at this screen, that
16       this exhibit, 1867, is a true and correct copy of
17       the status and flow log for Mr. Richardson?
18   A.  Yes.
19   Q.  And Mr. Richardson applied on October 30, 2018; is
20       that right?
21   A.  Yes.
22   Q.  He was approved and onboarded by Uber on
23       November 9, 2018; is that right?
24   A.  Yes.
25   Q.  Then he was ultimately rejected January 28, 2025,
```

1   Q.  I want to ask you about a row in this --

2   A.  The document is not up.

3               EXHIBIT TECHNICIAN:  Counsel, can you

4       repeat the document?

5               ATTORNEY PREMO-HOPKINS:  Exhibit 1868.

6       For the record, it should be the annotated status

7       and flow for ███████████ and the driver,

8       Jeffrey Richardson.

9   BY ATTORNEY PREMO-HOPKINS:

10  Q.  Are you able to see that now, Ms. Nilles?

11  A.  Yes.

12  Q.  Plaintiff's counsel -- first of all, can you

13      describe at a high level what this document is?

14  A.  This is a status and flow, and it includes

15      annotations or notes from myself to explain

16      different status changes.

17  Q.  I want to -- just to make sure the jury has all the

18      facts and the record is fully clear, I want to ask

19      you about a row that the plaintiff's counsel did

20      not ask you about.

21              Do you see the row with the time stamp

22      that begins February 7, 2023?

23  A.  Yes.

24  Q.  And what does that row indicate?

25  A.  That the driver was waitlisted.

1    Q.   After February 7, 2023, would this driver have had

2         any access to the Uber platform?

3    A.   No.

4    Q.   Ms. Nilles, I want to ask you a couple more

5         questions about the background checks and the --

6         for these drivers.

7              First of all, were -- did any of the

8         background checks that were provided to Uber for

9         the drivers in these -- in this case identify

10        sexual assault -- I'm going to start my question

11        over.  Is that all right, Ms. Nilles?

12   A.   Yes.

13   Q.   Did any of the background checks that you were

14        asked about today identify any convictions for

15        sexual assault or sexual misconduct that preexisted

16        the onboarding for any of the drivers you looked

17        at?

18   A.   No.

19   Q.   For the background checks you were asked about

20        today, did any of them reflect any violent crime or

21        convictions prior to onboarding?

22   A.   No.

23   Q.   Was there anything in any of the background checks

24        that you were shown today that reflected what would

25        be a disqualifying offense under the adjudication

```
 1                 REPORTER'S CERTIFICATE

 2

 3         I, RENEE J. OGDEN, shorthand reporter

 4      CA CSR No. 14485, do hereby certify that the

 5      witness whose deposition is hereinbefore set

 6      forth was sworn by agreement of all parties,

 7      that the proceedings were reported

 8      stenographically by me, and that this

 9      transcript is a true, correct, and full

10      record of the testimony given.

11

12         I further certify that I am not related

13      to any of the parties to this action by blood

14      or by  marriage, and that I am in no way

15      interested in the outcome of this matter.

16

17         IN WITNESS WHEREOF, I have hereunto set

18      my hand on  August 11, 2025.

19

20

21

22           _____

23      _____

24      Renee J. Ogden, CA CSR No. 14485

25      REPORTER'S CERTIFICATE
```