# Exhibit 8

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

OPPENHEIMER
INVESTIGATIONS
GROUP LLP

INVESTIGATIONS | TRAININGS | MEDIATIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL NO. 3084<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*A.R. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-07821<br><br>*B.L. v. Uber Technologies, Inc., et al.,* No. 24-cv-7940<br><br>*JD v. Uber Technologies, Inc., et al.,* No. 3:23-cv-06708<br><br>*LCHB 128 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-7019<br><br>*WHB 823 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-4900<br><br>*WHB 318 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05230 | |

**EXPERT REPORT OF VIDA THOMAS**

  I have been retained by Kirkland and Ellis LLP, on behalf of Defendants Uber Technologies, Inc., and Rasier, LLC, to opine on standard human resources practices for investigating and responding to allegations of sexual assault of an employee or independent contractor in the workplace, and how this

1



INVESTIGATIONS | TRAININGS | MEDIATIONS

53. During his time as a driver using the Uber app, Turay received 5,375 ratings from riders. (UBER-MDL3084-B2-00006259.) Of those 5,375 ratings, 111 (2%) were below a rating of 4 out of 5. (*Id.*) Those riders who left comments, left positive ones. (*Id.*)

### Felix Perez Rodriguez

54. Uber conducted a criminal background and motor vehicle check on Felix Perez Rodriguez on October 31, 2017, before his first trip. (Felix Perez Rodriguez October 31, 2017, Checkr Motor Vehicle Report & Background Check, UBER-MDL3084-DFS00049170-172.) The criminal background check on Perez Rodriguez revealed no criminal history of sexual assault or any other crime. (*Id.*) The motor vehicle report came back clear. (*Id.*) Criminal background and motor vehicle checks obtained on September 18, 2018 (UBER-MDL3084-DFS00049189-192), August 5, 2019 (UBER-MDL3084-DFS00049185-188), October 12, 2020 (UBER-MDL3084-DFS00049181-184), September 15, 2021 (UBER-MDL3084-DFS00049176-189), August 18, 2022 (UBER-MDL3084-DFS00049157-160 and DFS000049173-175), and May 31, 2023 (UBER-MDL3084-DFS00049161-164 and DFS00049196-198), showed no criminal history of any kind, nor any motor vehicle violations. A criminal background search obtained on May 7, 2024 showed no criminal history. (UBER-MDL3084-DFS00049193-195.)

55. During Perez Rodriguez's time as a driver using the Uber app, Uber received one previous rider complaint about him. In the complaint, received by Uber on October 29, 2022, the rider complained that Perez Rodriguez's vehicle was unsafe and that he "drove fast with sudden braking." (UBER-MDL3084-DFS00049253-254.) During that same time period, Perez Rodriguez received 9,238 ratings from riders. (UBER-MDL3084-W-00006257.) Of those 10,416, Perez Rodriguez received 353 (3.4%) that were below a 4 out of 5. The only arguably negative comment left by a rider was, "You need to learn English." (*Id.*)

### Jeffery Richardson

56. Uber conducted a criminal background and motor vehicle check on Jeffery Richardson on November 8, 2018, before his first trip. (Jeffery Richardson November 8, 2018, Checkr Motor Vehicle Report & Background Check, UBER-MDL3084-DFS00074473-477.) The criminal background check on Richardson revealed that on September 3, 1996 and June 18, 1998, he pled guilty to violating a local noise ordinance. (*Id.*) His motor vehicle report came back clear. (*Id.*)

57. Richardson did not consent to rerunning his background check in May 2019. (UBER-MDL3084-BW-00007775; Hannah Nilles Ex. 1868 (Annotated Driver Status & Flow).) As a result, he was moved to inactive status and was no longer permitted to drive on the platform. (*Id.*)



INVESTIGATIONS | TRAININGS | MEDIATIONS

58. During Richardson's time as a driver using the Uber app, he received 694 ratings from riders. (UBER-MDL3084-BW-00006262.) Of those 694, he received 10 ratings (1.4%) that were below a 4 out of 5. (*Id.*)

59. Based on the documents I reviewed, it is my understanding that during Richardson's time as a driver using the Uber app, Uber did not receive any complaints about him from riders.

### Douglas Reitzen

60. Uber conducted a criminal background and motor vehicle check on Douglas Reitzen on January 8, 2017, before his first trip. (Douglas Reitzen January 8, 2017, Checkr Motor Vehicle Report & Background Check, UBER-MDL3084-DFS00073388-391; Reitzen January 11, 2017, Checkr Consumer Report, UBER-MDL3084-DFS00073363-366.) The criminal background check on Reitzen revealed no criminal history of sexual assault or any other crime. (*Id.*) The motor vehicle check came back clear. (*Id.*) Criminal background and motor vehicle checks obtained on July 13, 2018 came back clear. (UBER-MDL3084-DFS00073375-378.) Criminal background and motor vehicle checks obtained on August 24, 2019 also came back clear. (UBER-MDL3084-DFS00073384-387.) Criminal background and motor vehicle checks obtained on September 29, 2020 (UBER-MDL3084-DFS00073371-374) and October 8, 2020 (UBER-MDL3084-DFS00073367-370) also came back clear. The criminal background check obtained on September 20, 2021 (UBER-MDL3084-DFS00073379-383) came back clear. However, the motor vehicle report obtained on that date revealed that Reitzen had been in a vehicle accident on April 14, 2021, after the alleged incident involving WHB 318. (*Id.*)  A motor vehicle report obtained on December 18, 2022 came back clear with the exception of the April 14, 2021 vehicle accident. (UBER-MDL3084-DFS00159934-936.)

61. During Reitzen's time as a driver using the Uber app, he received 102 ratings from riders. (UBER-MDL3084-BW-00006253.) Of those 102, he received no ratings that were below a 5. (Id.)

62. Thus, in the time leading up to the alleged assaults of AR, BL, JD, LCHB, WHB 823 and WHB 318, Uber had no prior information that Le, Castaneda-Orozco, Turay, Perez Rodriguez, Richardson or Reitzen posed a danger of sexual assault to riders.

C. **Uber's Urgent Support Logic Investigation Methodology Permits a Sufficiently Thorough Investigation of Sexual Assault Complaints.**

63. In 2018, Uber created a Sexual Misconduct and Sexual Violence Taxonomy to more accurately reflect the complexities of reported safety incidents. (UBER_JCCP_MDL_001103507 at 532.) Uber also rolled out the "Stand for Safety" initiative, enabling the Community Operations team to



INVESTIGATIONS | TRAININGS | MEDIATIONS

status on the Uber platform years prior, in May 2019, because he did not consent to re-running his background check. (UBER-MDL3084-BW-00007775.)

74. WHB 318 did not report the alleged sexual assault to Uber until after she filed the instant lawsuit. (UBER-MDL3084-DFS00073411.) Thus, Uber was deprived of the opportunity to investigate the allegation using the Urgent Support Logic methodology.

75. The investigations that did occur followed Uber's Urgent Support Logic methodology and were consistent with the accepted standards for conducting workplace investigations. They were timely, fair, and thorough. Drivers Le, Castaneda-Orozco, Turay, Perez Rodriguez, Richardson and Reitzen were permanently deactivated because Uber's policies mandated this result. Not all businesses that follow the traditional workplace investigation model would have fired a contractor for a single, unconfirmed allegation of sexual assault. In this regard, Uber's policies and processes possibly are more protective of complainants than well-accepted standards in the HR industry.

76. I reserve the right to supplement this report and to expand or modify my opinions based on review of material as it becomes available through ongoing discovery and through any additional work. If you have any questions about this report, please do not hesitate to contact me.

Sincerely,

*Vida Thomas*

Vida Thomas
Managing Partner
Date: September 26, 2025