# Exhibit 18

| Driver Name | Date Accepted | Reg Doc Title |
|---|---|---|
| Jeffery Richards | 2018-11-16 21:5 | RASIER Financial Terms Addendum May 22 2017 |
| Jeffery Richards | 2018-11-16 21:5 | PORTIER Services Agreement August 31 2016 |
| Jeffery Richards | 2018-11-16 21:5 | NC Addendum |
| Jeffery Richards | 2018-11-16 21:5 | Service Animal Acknowledgement - Feb 10 2017 |
| Jeffery Richards | 2018-11-16 21:5 | Rasier, LLC - Instant Pay Terms |
| Jeffery Richards | 2018-11-16 21:5 | RASIER Technology Services Agreement December 10 2015 |
| Jeffery Richards | 2018-11-16 21:5 | NFB 2 Indicator (p2p) |
| Jeffery Richards | 2018-12-01 03:1 | RASIER Tipping Addendum June 20 2017 |
| Jeffery Richards | 2019-03-02 01:5 | North Carolina Addendum March 1, 2019 |
| Jeffery Richards | 2019-03-21 01:5 | Portier, LLC - Addendum to Technology Services Agreement March 18, 2 |