# Exhibit 19

# Redacted Version

**CONFIDENTIAL**



## Checkbox Consent History

| Account Holder UUID | ddeae586-0dd5-461a-b10e-2de36168cfb0 | Account Holder Name |  |

  1   rows returned on   Apr 23, 2025, 9:30:08 PM (UTC)

| | Signup Timestamp UTC | Signup Method | Consent Timestamp UTC ▲ | Consent Type |
|---|---|---|---|---|
| 1. | Mar 14, 2019, 3:12:47 AM | android | Jul 4, 2022, 5:48:05 PM | post_signup_checkbox |

**CONFIDENTIAL**