**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed: March 10, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:         Hon. Charles R. Breyer |

1   Before the Court is Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's
2   (collectively, "Uber") Motion for Summary Judgment (the "Motion"). Having considered the
3   papers filed in support of and in opposition to the Motion, all arguments presented at the hearing,
4   and other matters relevant to the determination of the Motion, the Court finds that the Motion
5   should be **GRANTED.**

6   It is therefore **ORDERED** that Uber's Motion is **GRANTED.**

7   Accordingly, summary judgment is hereby entered in favor of Uber, and against Plaintiff
8   WHB 823, on Plaintiff's claim for Common Carrier's Non-Delegable Duty to Provide Safe
9   Transportation, including all theories of liability asserted therein. Judgment shall be entered in
10  favor of Uber on all claims.

11  **IT IS SO ORDERED.**

13  Dated: _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE