**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:*<br><br>KA.H. v. UBER TECHNOLIGIES, INC., *et al.*; 3:26-CV-01913-CRB | **NOTICE OF FILING OF NEW ACTION** |

  Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 5, 2026.

Dated: March 11, 2026

                 Respectfully submitted,

                 */s/ Sommer D. Luther*
                 Sommer D. Luther, CO 35053
                 **WAGSTAFF LAW FIRM**
                 940 Lincoln Street
                 Denver, CO 80203
                 Tel: (720) 208-9417
                 Fax: (888) 875-2889
                 sluther@wagstafflawfirm.com
                 Attorney for Plaintiff
                 *\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

<u>*/s/ Sommer D. Luther*</u>
Sommer D. Luther