Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2500 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084**<br><br>Date:       May 8, 2026<br>Time:       10:00 a.m.<br>Courtroom:  6 – 17th Floor |

|   |   |
|---|---|
| 1 | **NOTICE OF MOTION** |
| 2 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 3 | PLEASE TAKE NOTICE that on May 8, 2026 at 10:00 a.m., or as soon thereafter as counsel may |
| 4 | be heard, before the Honorable Charles R. Breyer, in Courtroom No. 6 on the 17th Floor of the San |
| 5 | Francisco Courthouse for the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, |
| 6 | CA 94102, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") |
| 7 | will, and hereby do, move this Court to bar David Grimes, an attorney with the law firm Levin Simes |
| 8 | LLP, from further participation in MDL No. 3084, based on Mr. Grimes' misconduct. |
| 9 | This Motion is made pursuant to this Court's inherent power to sanction and disqualify counsel, |
| 10 | Rule 37 of the Federal Rules of Civil Procedure, and this District's local rules. The Motion is based on |
| 11 | this Notice; the attached briefing; the concurrently filed Declarations of Christopher V. Cotton; the |
| 12 | concurrently filed Proposed Order; all evidence, pleadings, and papers filed herewith; the entire file in this |
| 13 | coordinated action; any Reply that may be filed in support of this Motion; and any other arguments or |
| 14 | evidence that may be presented to the Court in support of this Motion. |

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA (collectively, "Uber") move to bar David Grimes, an attorney with the law firm Levin Simes LLP, from further participation in MDL No. 3084, based on Mr. Grimes' misconduct. This District's local rules require that all attorneys practicing before the Court "[p]ractice with the honesty, care, and decorum required for the fair and efficient administration of justice." N.D. Cal. Civ. R. 11-4(a)(4). Mr. Grimes has not complied with this rule.

On March 9, 2026, Mr. Grimes participated in a meet and confer with Uber's counsel, Christopher Cotton and Ricky Brown, both attorneys with Shook, Hardy & Bacon L.L.P. The meet and confer was scheduled to address several topics relevant to the Uber MDL and JCCP. Topics addressed during the meet and confer included: (1) Uber's efforts to secure compliance with this Court's repeated orders requiring document productions and depositions of plaintiffs represented by Levin Simes who submitted fraudulent receipts (ECF 5217); (2) the Levin Simes firm's submission of a fraudulent receipt in a JCCP case; and (3) Plaintiffs' motion for reconsideration of the MDL Court's February 10, 2026 order imposing a certification requirement relating to receipts (ECF 5299) and statements made in Defendants' Response to the Motion for Reconsideration (ECF 5408).

Throughout the meet and confer, Mr. Grimes engaged in inappropriate conduct and remarks. For example:

- Mr. Grimes asked if Mr. Cotton was a "pedophile."
- Mr. Grimes stated that Mr. Cotton sounded like a "pedophile."
- Mr. Grimes compared Mr. Cotton to a "rapist."
- Mr. Grimes referred to Mr. Cotton as "a cock-sucker."
- Mr. Grimes referred to Mr. Cotton as a "dirt bag."
- Mr. Grimes referred to Mr. Cotton as a "scum bag."
- Mr. Grimes referred to Mr. Cotton as an "idiot."
- Mr. Grimes referred to Mr. Cotton as "dumb."
- Mr. Grimes asked whether Mr. Cotton and Mr. Brown were engaged in sexual conduct during the meet and confer.
- At one point, Mr. Grimes asked Mr. Brown: "Is Chris [Mr. Cotton] touching you right now?"
- Mr. Grimes made inappropriate references to Mr. Cotton's daughter.

- Throughout the meet and confer, Mr. Grimes shouted his comments on several occasions, including shouting over Mr. Cotton as he spoke.

Ex. 1.

The meet and confer lasted for approximately two hours. At some point during the meet and confer, Levin Simes attorney Laurel Simes entered Mr. Grimes' office. Ms. Simes suggested Mr. Grimes "take a break." The meet and confer concluded after that.

Later that same day, Mr. Cotton wrote a letter to Mr. Grimes, documenting Mr. Grimes' misconduct. *See* Ex. 1. Mr. Cotton copied Ms. Simes and William Levin, both partners at Levin Simes LLP. Mr. Levin responded to the letter with an email stating: "Laurel and I met with David late today and I was going to call you anyway tomorrow. And, I still will." Ex. 2. On March 10, Mr. Grimes emailed Mr. Cotton, and "apologize[d]" for his conduct, admitting that it was "not appropriate or professional." Decl. of Christopher V. Cotton Regarding Conferral Efforts ¶ 10. Mr. Grimes "propose[d] the following: you or your firm and I never have to engage in another live meet and confer again." But Mr. Grimes made clear that he seeks to continue "taking part in depositions; speaking to the Court; authoring filings; or otherwise participat[ing] in representing my clients." *See id.* ¶ 12.

This is not the first time Mr. Grimes has engaged in such misconduct in this same case. For example, on February 27, 2025, Mr. Grimes made the following remarks to another one of Uber's counsel on an unrelated meet and confer:

- "Are you guys stupid?"
- "I don't give a shit Amy."
- "You guys have your heads up your asses."
- "You guys are just plain stupid."
- "You guys are saying some of the stupidest craziest shit I've ever heard in my life."

Ex. 3.

Mr. Grimes' conduct is beyond the pale. It is also disqualifying. And Mr. Grimes' conditions—that he continue "taking part in depositions; speaking to the Court; authoring filings; or otherwise participat[ing] in representing my clients"—are not acceptable, given the gravity of Mr. Grimes' misconduct.

This Court has the power to bar attorneys from participating in this MDL based on such misconduct. Accordingly, Uber respectfully requests that that the Court enter an order barring Mr. Grimes from any further participation in MDL No. 3084, whether appearing before this Court in person, in depositions, or in briefs, in assisting other attorneys, or in interacting with clients. Uber defers to the Court as to any other appropriate relief, including additional sanctions or disciplinary referrals, that it may order.

DATED: March 11, 2026

Respectfully submitted,

/s/ *Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PATRICK L. OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON, LLP**
1800 K Street NW, 10th Floor
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN: 211350)
adegen@shb.com

|   |   |
|---|---|
| 1 | MICHAEL B. SHORTNACY (SBN: 277035) |
| 2 | mshortnacy@shb.com |
|   | **SHOOK, HARDY & BACON, LLP** |

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, LLP**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON, LLP**
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

5

DEFENDANTS' MOTION TO BAR ATTORNEY                Case No. 3:23-md-03084-CRB

# PROOF OF SERVICE

I hereby certify that on March 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Laura Vartain Horn*
Laura Vartain Horn