Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

CHRISTOPHER V. COTTON (*Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
christopher.cox@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Christopher V. Cotton, declare as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion to Bar Attorney David Grimes from Participating in JCCP No. 5188.

2. Attached as **Exhibit 1** is a true and correct copy of a letter I sent to Plaintiff's counsel Levin Simes LLP on March 9, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of an email I received from Plaintiff's counsel William Levin on March 10, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of an email sent by my colleague Bobbie Hooper, Senior Counsel at Shook, Hardy & Bacon L.L.P. also representing Uber, to Plaintiffs' counsel in the Uber JCCP (including David Grimes of Levin Simes LLP) on February 28, 2025.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 11, 2026                    Respectfully submitted,

By: */s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON (*Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

2

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084
Case No. 3:23-md-03084-CRB

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 11, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

3

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084

Case No. 3:23-md-03084-CRB