# C. Cotton Decl. Exhibit 1

| | |
|---|---|
| **From:** | Cotton, Chris (SHB) |
| **To:** | David Grimes; William Levin; Laurel Simes |
| **Subject:** | Uber MDL & JCCP - Inappropriate Conduct & Remarks of Levin Simes Attorney David Grimes during March 9, 2026 Meet & Confer |
| **Date:** | Monday, March 9, 2026 11:16:23 PM |
| **Attachments:** | image001.jpg<br>Letter to Levin Simes - 3.9.2026 Meet & Confer.pdf |

Counsel,

Please see the attached letter. It addresses the inappropriate conduct and remarks of Levin Simes attorney David Grimes during a meet and confer that took place today. Uber intends to raise these issues with the Court.

Chris


**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2393 | ccotton@shb.com





March 9, 2026

VIA ELECTRONIC MAIL

David Grimes
William Levin
Laurel Simes
Levin Simes LLP
1700 Montgomery St., Suite 250
San Francisco, CA 94111
dgrimes@levinsimes.com
wlevin@levinsimes.com
llsimes@levinsimes.com

Christopher V. Cotton

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2393
**f** 816.421.5547
ccotton@shb.com

Re:   Inappropriate Conduct & Remarks of Levin Simes Attorney David Grimes during March 9, 2026 Meet and Confer

Counsel:

I write to address the inappropriate conduct and remarks of Levin Simes attorney David Grimes during a meet and confer that took place today.  The meet and confer was scheduled to address several topics relevant to the Uber MDL and JCCP.  I was joined on the meet and confer by an associate at my firm named Ricky Brown.

The inappropriate conduct and remarks by Mr. Grimes included, for example, the following:

- Mr. Grimes asked if I was a "pedophile."

- Mr. Grimes said that I sounded like a "pedophile."

- Mr. Grimes compared me to a "rapist."

- Mr. Grimes referred to me as a "a cock-sucker."

- Mr. Grimes referred to me as a "dirt bag."

- Mr. Grimes referred to me as a "scum bag."

- Mr. Grimes referred to me as an "idiot."

4905-8894-8886 v1



- Mr. Grimes referred to me as "dumb."

- Mr. Grimes asked whether Mr. Brown and I were engaged in sexual conduct during the meet and confer.

- At one point, Mr. Grimes asked Mr. Brown: "Is Chris touching you right now?"

- Mr. Grimes made inappropriate references to my daughter.

- Throughout the meet and confer, Mr. Grimes shouted his comments on several occasions, including shouting over me as I spoke.

The meet and confer lasted for approximately two hours. At some point during the meet and confer, Laurel Simes entered Mr. Grimes's office. Ms. Simes suggested Mr. Grimes "take a break". The meet and confer concluded after that.

Mr. Grimes's conduct and remarks during the meet and confer were unacceptable. Uber intends to raise these issues with the Court.

Sincerely,

/s/ *Christopher V. Cotton*

Christopher V. Cotton
Partner