# C. Cotton Decl. Exhibit 2

| | |
|---|---|
| **From:** | William Levin |
| **To:** | Cotton, Chris (SHB) |
| **Subject:** | Re: Uber MDL & JCCP - Inappropriate Conduct & Remarks of Levin Simes Attorney David Grimes during March 9, 2026 Meet & Confer |
| **Date:** | Tuesday, March 10, 2026 1:03:57 AM |
| **Attachments:** | image001.jpg |

**EXTERNAL**

Chris,

Laurel and I met with David late today and I was going to call you anyway tomorrow. And, I still will.

William Levin

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Monday, March 9, 2026 9:16 PM
**To:** David Grimes <dgrimes@levinsimes.com>; William Levin <wlevin@levinsimes.com>; Laurel Simes <llsimes@levinsimes.com>
**Cc:** Bela Veksler <bveksler@levinsimes.com>
**Subject:** Uber MDL & JCCP - Inappropriate Conduct & Remarks of Levin Simes Attorney David Grimes during March 9, 2026 Meet & Confer

Counsel,

Please see the attached letter. It addresses the inappropriate conduct and remarks of Levin Simes attorney David Grimes during a meet and confer that took place today. Uber intends to raise these issues with the Court.

Chris

**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2393 | ccotton@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.