# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084** |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Bar Attorney David Grimes from Participating in MDL No. 3084, the Court finds that attorney David Grimes' conduct is disqualifying. Therefore, the Court bars Mr. Grimes from any further participation in MDL No. 3084, whether appearing before this Court in person, in depositions, or in briefs, in assisting other attorneys, or in interacting with clients.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge