John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 1556 v. Uber Technologies, Inc., et al., No. 3:24-cv-05986-CRB* | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 4456]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

## INTRODUCTION

On November 21, 2025, Defendants filed a Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders. [ECF 4456] Plaintiff WHB 1556's case was

included in the group of cases Defendants sought to dismiss. [ECF 4456-1]. Plaintiff WHB 1556 uploaded her signed ride receipt statement to MDL Centrality on March 11, 2026.

### BRIEF HISTORY

Plaintiff responded to Defendants' November 21 Motion to Dismiss on December 5, 2025. [ECF 4579] Defendants filed a reply brief on December 12, 2025. [ECF 4663] On March 11, 2026, Plaintiff WHB uploaded a signed bona fide ride receipt statement to MDL Centrality. **Exhibit A** to the Declaration of Walt Cubberly.

On February 10, 2026, the Court ordered Plaintiff WHB 1556's case dismissed without prejudice. [ECF 5216]

### ARGUMENT

Pursuant to Amended PTO 10, if the Court dismisses a case without prejudice, the Order will be converted to a dismissal with prejudice upon Uber's motion unless (1) a plaintiff submits the information required under the order or (2) moves to vacate the dismissal without prejudice within the same time period [no earlier than 30 days after the Court's entry of the order of Dismissal Without Prejudice]. [ECF 4287] The entry of the Order of Dismissal in this case was on February 10, 2026. [ECF 5216]

Plaintiff WHB 1556 submitted the information that was allegedly deficient, her ride receipt statement, and now moves to vacate the dismissal without prejudice within 30 days of February 10, 2026.

### CONCLUSION

Plaintiff has complied with her obligations under PTO 31. Her case was ordered dismissed without prejudice and she was ordered to file a notice of dismissal. However, rather than file a notice of dismissal at this time, Plaintiff respectfully asks the Court to vacate the dismissal of her cases and relieve her of her obligation to file a notice of dismissal.

| | | |
|---|---|---|
| 1 | Dated: March 11, 2026 | /s/ *Walt Cubberly* |
| | | John Eddie Williams, Jr. |
| 2 | | Brian Abramson |
| | | Margret Lecocke |
| 3 | | Walt Cubberly (SBN 325163) |
| 4 | | Batami Baskin |
| | | Myles Shaw |
| 5 | | WILLIAM HART & BOUNDAS, LLP |
| | | 8441 Gulf Freeway, Suite 600 |
| 6 | | Houston, Texas 77017-5051 |
| 7 | | Telephone: (713) 230-2200 |
| | | Facsimile: (713) 643-6226 |
| 8 | | Email: jwilliams@whlaw.com |
| | | Email: babramson@whlaw.com |
| 9 | | Email: mlecocke@whlaw.com |
| | | Email: wcubberly@whlaw.com |
| 10 | | Email: bbaskin@whlaw.com |
| | | Email: mshaw@whlaw.com |
| 11 | | |
| 12 | | *Attorneys for Plaintiffs* |