```
 1  John Eddie Williams, Jr.
    Brian Abramson
 2  Margret Lecocke
    Walt Cubberly (SBN 325163)
 3  Batami Baskin
    Myles Shaw
 4  WILLIAM HART & BOUNDAS, LLP
    8441 Gulf Freeway, Suite 600
 5  Houston, Texas 77017-5051
    Telephone: (713) 230-2200
 6  Facsimile: (713) 643-6226
    Email: jwilliams@whlaw.com
 7  Email: babramson@whlaw.com
    Email: mlecocke@whlaw.com
 8  Email: wcubberly@whlaw.com
    Email: bbaskin@whlaw.com
 9  Email: mshaw@whlaw.com
10
11  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**ATTORNEY WALTER CUBBERLY'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 1556 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05986-CRB | |

I, Walter Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before the courts of the state of California. I am one of the counsels of record for all filed WHB claimants. I

1. have personal knowledge of the matters set forth therein, and if called to testify, I would testify competently to the information below.
2. This declaration is made in support of Plaintiff's Motion to Vacate Dismissal Without Prejudice.
3. Plaintiff WHB 1556 uploaded a signed bona fide ride receipt statement to MDL Centrality on March 11, 2026. **Exhibit A** to the Declaration of Walt Cubberly.
4. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 11, 2026 in Houston, Texas.

Dated: March 11, 2026

_____
Walter Cubberly

*Attorney for Plaintiff*