1 | John Eddie Williams, Jr.
2 | Brian Abramson
    Margret Lecocke
3 | Walt Cubberly (SBN 325163)
    Batami Baskin
4 | Myles Shaw
    WILLIAM HART & BOUNDAS, LLP
5 | 8441 Gulf Freeway, Suite 600
    Houston, Texas 77017-5051
6 | Telephone: (713) 230-2200
7 | Facsimile: (713) 643-6226
    Email: jwilliams@whlaw.com
8 | Email: babramson@whlaw.com
    Email: mlecocke@whlaw.com
9 | Email: wcubberly@whlaw.com
    Email: bbaskin@whlaw.com
10 | Email: mshaw@whlaw.com

11 | *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB |
|---|---|
| | MDL No. 3084 |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to:<br><br>*WHB 1556 v. Uber Technologies, Inc., et al., No. 3:24-cv-05986-CRB* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

Plaintiff's Motion to Vacate Dismissal Without Prejudice is **GRANTED** and the Order of Dismissal as to Plaintiff WHB 1556, No. *3:24-cv-05986-CRB,* [ECF 5216] is hereby **VACATED**.

**IT IS SO ORDERED.**

**Dated:** _____

_____
**HON. CHARLES R. BREYER**
United States District Court Judge

_____