# C. Cotton Decl. Exhibit 1

# Uber

November 17, 2023

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this evening.

| | |
|---|---|
| Total | $18.93 |

| | |
|---|---|
| Trip fare | $16.36 |

| | |
|---|---|
| Subtotal | $16.36 |
| Booking Fee | $2.41 |
| Alabama TNC Fee | $0.16 |

## Payments

VISA  Visa ▮
11/18/23 6:19 AM                                          $18.93

Visit the trip page for more information, including invoices (where available)

You rode with ▮

UberX    8.19 miles | 26 min

7:37 PM | ▮

8:04 PM | ▮



Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.