# C. Cotton Decl. Exhibit 2

# Uber

November 17, 2024

## Here's your receipt for your ride, █████

We hope you enjoyed your ride this evening.

| Total | $18.93 |
|---|---|

| Trip fare | $16.36 |
|---|---|

| Subtotal | $16.36 |
|---|---|
| Booking Fee | $2.41 |
| Alabama TNC Fee | $0.16 |

## Payments



VISA  Visa █████                                                        $18.93
11/18/24 6:19 AM

Visit the trip page for more information, including invoices (where available)

You rode with █████

UberX    8.19 miles | 26 min

■  7:37 PM | ████████████████████
│
■  8:04 PM | ██████████████████

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.