# C. Cotton Decl. Exhibit 3

# Uber

January 28, 2025

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$36.38** |

| | |
|---|---|
| Trip fare | $21.36 |

| | |
|---|---|
| Subtotal | $21.36 |
| Access for All Fee | $0.10 |
| TN Driver Benefits | $0.77 |
| Wait Time | $0.39 |
| Booking Fee | $13.76 |

## Payments



Visa ▮
01/28/25 2:04 PM                                          $36.38

[Visit the trip page](#) for more information, including invoices (where available)

You rode with ▮

UberX   10.13 miles | 20 min

■  3:23 PM ▮
|
■  3:43 PM | ▮

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.