# C. Cotton Decl. Exhibit 4

# Uber

October 28, 2024

## Here's your receipt for your ride, ▇

We hope you enjoyed your ride this evening.

| | |
|---|---:|
| **Total** | **$48.38** |

| | |
|---|---:|
| Trip fare | $29.36 |

| | |
|---|---:|
| Subtotal | $29.36 |
| Access for All Fee | $0.10 |
| CA Driver Benefits | $0.77 |
| Wait Time | $0.39 |
| Booking Fee | $17.76 |

## Payments

VISA  Visa ▇▇▇▇
10/29/24 5:04 AM                                                $48.38

[Visit the trip page](#) for more information, including invoices (where available)

You rode with ▇▇▇▇

UberX   21.43 miles | 36 min



6:20 PM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

6:56 PM | ▇▇▇▇▇▇▇▇▇▇▇▇

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.