# C. Cotton Decl. Exhibit 5

# Uber

04 Dec, 2023

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$17.98** |

| | |
|---|---|
| Trip fare | $14.25 |

| | |
|---|---|
| Subtotal | $14.25 |
| Uber One Credits | -$1.50 |
| Booking Fee | $3.50 |
| Michigan TNC Assessment Fee | $1.73 |

## Payments

 Apple Pay ▮
12/04/2023   3:04 AM
$17.98

Visit the trip page for more information, including invoices (where available)

You rode with ▮

UberX   11.8 miles | 26 min



02:37 AM | ▮

03:04 AM | ▮

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.