ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.** |

1

I Brett D. Harrison, am a Senior Managing Director within FTI Consulting, Inc.'s ("FTI") Technology Segment. I currently lead FTI's Digital Forensics Practice. I have over thirty years of experience assisting clients with Digital Forensic and Electronic Discovery (e-Discovery) related engagements. Since joining FTI, I have led many dozens of engagements involving the investigation of Intellectual Property (IP) theft, forensic data collection and the processing and analysis of data.

Prior to my employment with FTI, I was employed by the Federal Bureau of Investigation (FBI) for fifteen years. For seven of those years (from 1999 until 2006), I worked within the FBI's Computer Analysis Response Team (CART) Unit in Washington, D.C. The FBI's CART Unit is responsible for the forensic acquisition and processing of all computers which are examined by the FBI. During my tenure with the CART Unit, I worked as both an FBI Certified Forensic Examiner of computer evidence and as a Program Manager. As a Computer Forensic Examiner, I conducted acquisitions and forensic examinations of a wide range of computers including laptops, desktops and servers as well as computers which utilized both Windows and UNIX operating systems.

Following my certification as a Forensic Examiner, I also served as a Program Manager within the CART Unit and was responsible for ensuring that the FBI's 400 Forensic Examiners of computer evidence had the necessary knowledge, skills and tools required to perform forensic examinations. As a Program Manager, I focused on leading the development of custom and semi-custom forensic tools to allow the FBI's Forensic Examiners to accurately collect, preserve, and process data from computer systems.

During the course of my career, I have conducted many hundreds of forensic analyses and have authored hundreds of forensic reports. I have testified in court twenty times in both civil and criminal matters. I have provided numerous written declarations and reports, and have been deposed several times. I have worked on both the plaintiff and defendant sides of many engagements and have even served in a "neutral" capacity on numerous occasions.

FTI is a well-respected, independent, global business advisory firm dedicated to helping organizations manage change, mitigate risk, and resolve disputes: financial, legal, operational, political & regulatory, reputational, and transactional. The organization has more than 8,000

1    consultants and professionals in approximately 27 countries, and every year, FTI helps many
2    thousands of organizations globally transform the way they anticipate and respond to events.  The
3    scope of FTI's clients includes, but is not limited to, many of Fortune's Global 100 corporations.  I
4    am supported by hundreds of dedicated digital forensics, cybersecurity, incident response, and data
5    and analytics consultants, with cross-functional teams led by those with decades of experience at the
6    highest levels of law enforcement, intelligence, and global private sector institutions.

7         FTI is being compensated for work in this matter at its currently standard hourly rates charged
8    for each person working on the project.  FTI's rates range from $225/hour to $895/hour—depending
9    on the practitioner.  Generally, simple forensic work is performed by lower bill rate practitioners, and
10   more complex expert reporting and testimony work is performed by more senior practitioners.  My
11   current rate is $895/hour.

12        No part of my or FTI's compensation is dependent on the contents of this Declaration, the
13   substance of any further opinions I may offer, or the ultimate outcome of this matter.

14   **Background**

15        I have been asked to compare and analyze 3 documents which were produced by Plaintiffs in
16   the above captioned litigation and which purport to show evidence of Uber ride activity by that
17   Plaintiff. I visually scrutinized the receipts and reviewed file metadata to look for discrepancies.  I was
18   provided with genuine Uber receipts as exemplars for comparison and review.

19        During my review, I relied upon other members of the FTI Technology practice working under
20   my direction. Any reference to "I," "my" or "FTI" include my efforts as well as those working under
21   my supervision.

22        I understand, based on my knowledge, experience and research, that reviewing file metadata
23   can provide insight into a file's origin, history, and authenticity. I reviewed file metadata to show what
24   particular software was used to create and produce the Uber receipts.

25   Below are the details of my analysis:

26   **"4152_167840.pdf"**

27

28

1      I reviewed the file named "4152_167840.pdf" to determine whether there was an indication

2 that the receipt was fabricated, changed or edited. I understand that Plaintiff produced this file during

3 the course of the litigation.

4      I determined the file contained inconsistencies showing editing and changing of an Uber

5 receipt file had occurred. I noted that the submitted receipt appears to be a nearly identical copy of a

6 bona-fide receipt "4152 - real receipt.pdf". I determined that the account name was changed from

7 "▮▮▮▮" to ▮▮▮▮. I determined that the years, displayed at the top right corner of the receipt, and the

8 payment date, were edited from 2024 to display 2023. I noted that the payment information, fare

9 information, pickup address, drop-off address, pickup time, drop-off time, ride distance and ride

10 duration contained within "4152_167840.pdf" were identical to "4152 - real receipt.pdf". I noted that

11 the embedded metadata indicated the file was created by the Application "Aspose Ltd." and produced

12 by "Aspose.PDF for .NET 22.6.0" and not Uber's PDF receipt creator "wkhtmltopdf" and producer

13 "Qt".

14

15

16

17

18

19

20

21

22




23

24      Image of "4152_167840.pdf"          Image of "4152 - real receipt.pdf"

25 **"4657_180727.pdf"**

26      I reviewed the content of file named "4657_180727.pdf" to determine whether there was an

27 indication that the receipt file content was fabricated, changed or edited.

28

1    I determined the file contained inconsistencies showing editing and changing of an Uber

2  receipt file had occurred. I noted that "4657_180727.pdf" appeared to be a modified copy of Uber

3  receipt "4657 - real receipt.pdf". I observed that a trip identifier was embedded with a hyperlink

4  "https://riders.uber.com/trips/31c2752c-a4b7-43b4-b5be-98d96af5af60" which is the trip identifier

5  for "4657 - real receipt.pdf".

6    I noted an inconsistent payment timestamp that occurred (2:04 pm) before the ride began (3:23

7  pm). I noted an inconsistent payment date notation containing a preceding zero "0". I observed

8  inconsistent fees for the state of Tennessee. Particularly, the "Access for All Fee" and "TN Driver

9  Benefits" are consistent with a California Uber receipt and not Tennessee. When compared with the

10  4657 – real receipt.pdf", it is evident that the "TN Driver Benefits" charge was altered from the original

11  "CA Driver Benefits" charge. All other aspects of the "4657 – real receipt.pdf", including the dates,

12  names, charges, payment information, driver information and trip information, were altered in the

13  receipt submitted by the plaintiff.

14    I noted that the embedded metadata indicated the file was created by "Microsoft® Word 2019",

15  by author "Dell", and produced by "Microsoft® Word 2019" and not Uber's PDF receipt creator

16  "wkhtmltopdf" and producer "Qt".

17

 

4657_180727.pdf                    4657 - real receipt.pdf

Declaration of Brett D. Harrison and FTI Consulting, Inc. March 11, 2026

1

2

3

4

5

6

7

8

9

10

11



Exemplar TN receipt – "Sample Memphis Trip - January 28 2025 trip - 1.pdf"

12

13   **"4190_164294.pdf"**

14        I reviewed the content of the file named "4190_164294.pdf" to determine whether there was

15   an indication that the receipt file content was fabricated, changed or edited. I determined the file

16   contained inconsistencies showing editing and changing of an Uber receipt file had occurred.

17        I noted that the date at the top right corner contained an inconsistent date notation of "04 Dec,

18   2023" unlike the expected behavior within an Uber receipt that reads "December 4, 2023." I noted that

19   the top right corner date was misaligned and not right justified.

20        I noted that the ride pickup and drop off locations were in the state of Nevada but the receipt

21   contains an inconsistent charge for "Michigan TNC Assessment Fee." In comparing the

22   "4190_164294.pdf" with an exemplar bona-fide Uber receipt from Nevada on the same date, I also

23   noted that the submitted receipt excludes the "NV Recovery Surcharge" which would be expected.

24        I noted that the pickup and drop-off timestamps contain an inconsistent zero ("0") preceding

25   the hours and minutes ("02:37 AM," and "03:04 AM").

26        I noted that the pickup and drop off locations do not contain an actual location address which

27   is inconsistent with Uber receipts.

28

1      I noted that the embedded metadata indicated the file was produced by "macOS Version 26.2

2   (Build 25C56) Quartz PDFContext" and not Uber's PDF receipt creator "wkhtmltopdf" and producer

3   "Qt".



4190_164294.pdf                    Exemplar NV receipt – Sample Las Vegas Trip - December 4 2023 trip.pdf"

17  I declare under penalty of perjury that the foregoing is true and correct. Executed on ___3/11/2026___.

18  Brett D. Harrison
19  Senior Managing Director
    FTI Consulting Technology
20
    Brett Harrison
21  Brett D. Harrison

Declaration of Brett D. Harrison and FTI Consulting, Inc. March 11, 2026

# APPENDIX A

## List of Documents Considered

| | |
|---|---|
| UBER-MDL3084-DFS00001272 | 1318_ ███████████████ req 6a_1.pdf |
| UBER-MDL3084-DFS00001697 | 1011_40_Jane Roe CL 3 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00006581 | 1086_40_A.M. ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00007746 | 1101_40_ ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00007750 | 1101_40_ ███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00009723 | 1119_40_Jane Doe LS 348 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00009977 | 1124_40_Jane Doe LS 259 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00009979 | 1124_40_Jane Doe LS 259 ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00010299 | 1126_40_Jane Doe LS 260 █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00010527 | 1131_40_Jane Doe LS 293 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00010529 | 1131_40_Jane Doe LS 293 ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00010780 | 1138_40_Jane Doe LS 149 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00010859 | 1140_40_Jane Doe LS 155 █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00011479 | 1153_40_Jane Doe LS 253 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00011608 | 1157_40_Jane Doe LS 112 █████████ - req 6a_1.pdf |

| UBER-MDL3084-DFS00011924 | 1164_40_Jane Doe LS 388 ███████ - req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00012254 | 1167_40_Jane Doe LS 284 ███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00012529 | 1172_40_Jane Doe LS 265 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00013036 | 1182_40_Jane Doe LS 317 ██████ req 6a_1.pdf |
| UBER-MDL3084-DFS00013040 | 1182_40_Jane Doe LS 317 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00013276 | 1185_40_Jane Doe LS 103 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00013309 | 1186_40_Jane Doe LS 25 ████████ req 6a_1.pdf |
| UBER-MDL3084-DFS00014299 | 1209_40_███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00014303 | 1209_40_███████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015016 | 1218_40_█████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015269 | 1220_40_██████████) - req 6a_1.pdf |
| UBER-MDL3084-DFS00015332 | 1221_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015334 | 1221_40_██████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015337 | 1221_40_██████████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00015398 | 1222_40_███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015449 | 1223_40_██████████ - req 6a_1.pdf |

| UBER-MDL3084-DFS00015451 | 1223_40_███████ - req 6a_2.pdf |
|---|---|
| UBER-MDL3084-DFS00015618 | 1233_40_Jane Doe███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015699 | 1234_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00015701 | 1234_40_███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00015878 | 1235_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016147 | 1284_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016151 | 1284_40_███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00016154 | 1284_40_███████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00016409 | 1291_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016460 | 1292_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00016463 | 1292_40_███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00016465 | 1292_40_███████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00020152 | 1370_40_███████) - req 6a.pdf |
| UBER-MDL3084-DFS00024304 | 1439_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00024905 | 1464_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00025489 | 1477_40_███████ - req 6a_1.pdf |

3

| | |
|---|---|
| UBER-MDL3084-DFS00025919 | 1489_40_Jane Doe ███████████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00026207 | 1494_40_Jane Doe ███████████) - req 6a_1.pdf |
| UBER-MDL3084-DFS00026828 | 1523_40_████████████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00029433 | 1773_40_Jane Roe CL 11 ███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00029606 | 1777_40_Jane Roe CL 15 ███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00029684 | 1778_40_Jane Roe CL 16 █████████ req 6a_1.pdf |
| UBER-MDL3084-DFS00033000 | 2000_40_Jane Doe EB 12 ███████████) - req 6a_1.pdf |
| UBER-MDL3084-DFS00033002 | 2000_40_Jane Doe EB 12 ██████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00035086 | 2026_40_Jane Doe EB 34 █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00035088 | 2026_40_Jane Doe EB 34 ██████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00036343 | 2037_40_Jane Doe EB 41 █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00036345 | 2037_40_Jane Doe EB 41 ██████████) - req 6a_2.pdf |
| UBER-MDL3084-DFS00038082 | 2140_40_██████████████ e) - req 6a_1.pdf |
| UBER-MDL3084-DFS00038945 | 2211_40_███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00039696 | 2220_40_Jane Doe ███████████) - req 6a_1.pdf |
| UBER-MDL3084-DFS00040195 | 2244_40_Jane Doe █████████ - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00040198 | 2244_40_Jane Doe ███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00040201 | 2244_40_Jane Doe ███████ - req 6a_3.pdf |
| UBER-MDL3084-DFS00040305 | 2245_40_███████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00043056 | 1775_40_Jane Roe CL 13 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00043060 | 1775_40_Jane Roe CL 13 ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00046677 | 2102_40_Jane Roe CL 41 ██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00046679 | 2102_40_Jane Roe CL 41 ██████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00048599 | 2587_40_█████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00048601 | 2587_40_█████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00049748 | 2595_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00049751 | 2595_40_███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00050467 | 2607_40_Jane Doe EB 60 █████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00050470 | 2607_40_Jane Doe EB 60 █████████) - req 6a_2.pdf |
| UBER-MDL3084-DFS00052281 | 2621_40_████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00053208 | 1467_40███ . 1467 (████████) - req 6a_1.pdf |
| UBER-MDL3084-DFS00055340 | 2662_40_██████████ - req 6a_1.pdf |

| UBER-MDL3084-DFS00057860 | 1369_40_███████████ l) - req 6a_1.pdf |
| UBER-MDL3084-DFS00057987 | 2118_40_Jane Roe CL 56████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00058077 | 2138_40_█████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00060318 | 2597_40_Jane Roe CL 68███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061332 | 2698_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061383 | 2699_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061511 | 2700_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061685 | 2706_40_█████████ ) - req 6a_1.pdf |
| UBER-MDL3084-DFS00061786 | 2707_40_███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061854 | 2708_40_Jane Doe EB 62███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00061857 | 2708_40_Jane Doe EB 62███████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00062612 | 2713_40_Jane Roe CL 85██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00064113 | 2731_40_██████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00064937 | 2742_40_Jane Doe QLF 001████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00087277 | 1807_40_WHB 466███████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00088205 | 1866_40_WHB 427████████ - req 6a_1.pdf |

| UBER-MDL3084-DFS00088475 | 1870_40_WHB 426 ██████████ - req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00089109 | 1876_40_WHB 1469 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00090342 | 1907_40_WHB 1397 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00090345 | 1907_40_WHB 1397 ████████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00090464 | 1908_40_WHB 623 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00090497 | 1910_40_WHB 373 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00091063 | 1931_40_WHB 873 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00091544 | 1943_40_WHB 1048 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093218 | 2062_40_WHB 305 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093221 | 2062_40_WHB 305 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00093445 | 2069_40_WHB 342 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093577 | 2076_40_WHB 514 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00093580 | 2076_40_WHB 514 ██████ - req 6a_2.pdf |
| UBER-MDL3084-DFS00094485 | 2153_40_WHB 359 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094579 | 2158_40_WHB 1552 ██████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094625 | 2159_40_WHB 1660 ██████ - req 6a_1.pdf |

| UBER-MDL3084-DFS00094693 | 2161_40_WHB 1260 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00094902 | 2181_40_WHB 1844 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00095070 | 2187_40_WHB 1142 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00095121 | 2191_40_WHB 647 ████████ - req 6a_1.pdf |
| UBER-MDL3084-DFS00095742 | 2075_40_WHB 706 ████████ Req 6a_1 |
| UBER-MDL3084-DFS00095825 | 2130_40_DMA 1 ████████ Req 6a_1 |
| UBER-MDL3084-DFS00095860 | 2203_40_WHB 1927 ████████ Req 6a_1 |
| UBER-MDL3084-DFS00096817 | 2751_40_████████ Req 6a_1 |
| UBER-MDL3084-DFS00097948 | 2787_40_████████ Req 6a_1 |
| UBER-MDL3084-DFS00097951 | 2787_40_████████ Req 6a_2 |
| UBER-MDL3084-DFS00099769 | 2807_40_████████ h)_Req 6a_1 |
| UBER-MDL3084-DFS00099772 | 2807_40_████████ Req 6a_2 |
| UBER-MDL3084-DFS00100445 | 2080_40_Jane Roe CL 21 ████████ _Req 6a_1.pdf |
| UBER-MDL3084-DFS00101967 | 2825_40_Jane Doe 691408 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00101970 | 2825_40_Jane Doe 691408 ████████ Req 6a_2.pdf |
| UBER-MDL3084-DFS00104212 | 2847_40_Jane Doe NLG ████████ _Req 6a_1.pdf |

| UBER-MDL3084-DFS00104776 | 2853_40_WHB 2062 ██████ Req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00106061 | 2881_40_WHB 2039 ██████ _Req 6a_1.pdf |
| UBER-MDL3084-DFS00106064 | 2881_40_WHB 2039 ██████ Req 6a_2.pdf |
| UBER-MDL3084-DFS00106919 | 2865_40_WHB 2074 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00107026 | 2883_40_WHB 2041 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00107172 | 2902_40_WHB 2055 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00112496 | 2992_40_Jane Doe LS 556 ██████ _Req 6a_1.pdf |
| UBER-MDL3084-DFS00114521 | 2288_40_Jane Doe LS 269 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00115542 | 2297_40_Jane Doe LS 55 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00117196 | 2311_40_Jane Doe LS 139 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00119998 | 2331_40_Jane Doe LS 248 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00120292 | 2335_40_Jane Doe LS 514 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00120295 | 2335_40_Jane Doe LS 514 ██████ Req 6a_2.pdf |
| UBER-MDL3084-DFS00124222 | 2377_40_Jane Doe LS 347 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00124224 | 2377_40_Jane Doe LS 347 ██████ Req 6a_2.pdf |
| UBER-MDL3084-DFS00124227 | 2377_40_Jane Doe LS 347 ██████ )_Req 6a_3.pdf |

| UBER-MDL3084-DFS00124477 | 2381_40_Jane Doe LS 212 ████████ Req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00124539 | 2383_40_Jane Doe LS 367 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00124949 | 2387_40_Jane Doe LS 399 ██████ ████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00128931 | 2423_40_Jane Doe LS 199 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00129162 | 2428_40_Jane Doe LS 319 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00129572 | 2432_40_Jane Doe LS 87 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00130840 | 2449_40_Jane Doe LS 44 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00133090 | 2474_40_Jane Doe LS 184 ██████ _Req 6a_1.pdf |
| UBER-MDL3084-DFS00133648 | 2478_40_Jane Doe LS 487 ██████ _Req 6a_1.pdf |
| UBER-MDL3084-DFS00134817 | 2503_40_Jane Doe LS 180 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00136821 | 2529_40_Jane Doe LS 113 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00137493 | 2533_40_Jane Doe LS 403 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00137496 | 2533_40_Jane Doe LS 403 ████████ Req 6a_2.pdf |
| UBER-MDL3084-DFS00137828 | 2538_40_Jane Doe LS 60 ████████ _Req 6a_1.pdf |
| UBER-MDL3084-DFS00138613 | 2551_40_Jane Doe LS 479 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00143710 | 3059_40_████████ Req 6a_1.pdf |

| UBER-MDL3084-DFS00147409 | 3094_40_█████████)_Req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00147652 | 3097_40_█████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00150328 | 3114_40_█████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00150697 | 3119_40_████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00151956 | 3133_40_█████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00154518 | 2947_40_CLF████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00154521 | 2947_40_CLF████████Req 6a_2.pdf |
| UBER-MDL3084-DFS00159272 | 3192_40_JLG 116████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00159273 | 3192_40_JLG 116████████Req 6a_2.pdf |
| UBER-MDL3084-DFS00159274 | 3192_40_JLG 116████████Req 6a_3.pdf |
| UBER-MDL3084-DFS00161203 | 3215_40_█████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00162955 | 3232_40_███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00162958 | 3232_40_████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00163591 | 3219_40_█████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00163594 | 3219_40_█████████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00168983 | 3310_40_█████████_Req 6a_1.pdf |

| UBER-MDL3084-DFS00171060 | 3327_40_███████_Req 6a_1.pdf |
|---|---|
| UBER-MDL3084-DFS00171063 | 3327_40_███████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00172988 | 3340_40_JLG 128 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00173434 | 3343_40_JLG 131 ████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00173651 | 3344_40_JLG 132 ██████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00196110 | 2996_40_████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00198780 | 3429_40_█████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00208904 | 3514_40_Jane Doe LS 603 █████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00210543 | 3531_40_███████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00210636 | 3532_40_████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00210788 | 3533_40_████████ Req 6a_1.pdf |
| UBER-MDL3084-DFS00210887 | 3534_40_██████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210889 | 3534_40_██████_Req 6a_2.pdf |
| UBER-MDL3084-DFS00211871 | 3541_40_███████)_Req 6a_1.pdf |
| UBER-MDL3084-DFS00212187 | 1132_40_Jane Doe LS 67 ███████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00212865 | 3548_40_Jane Roe CL 168 ████████ Req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00216625 | 3587_40_█████████_Req 6a_1.pdf |
| UBER-MDL3084-DFS00217553 | 3593_40_██████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00217555 | 3593_40_██████████Req 6a_2.pdf |
| UBER-MDL3084-DFS00217699 | 3595_40_██████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00218915 | 3605_40_██████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00218918 | 3605_40_██████████Req 6a_2.pdf |
| UBER-MDL3084-DFS00218921 | 3605_40_██████████Req 6a_3.pdf |
| UBER-MDL3084-DFS00219709 | 3610_40_█████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00219712 | 3610_40_█████████Req 6a_2.pdf |
| UBER-MDL3084-DFS00223054 | 3634_40_█████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00223610 | 3639_40_Jane Doe LS 608 ██████Req 6a_1.pdf |
| UBER-MDL3084-DFS00223753 | 3640_40_Jane Doe LS 609 ████████Req 6a_1.pdf |
| UBER-MDL3084-DFS00223756 | 3640_40_Jane Doe LS 609 ████████Req 6a_2.pdf |
| UBER-MDL3084-DFS00224142 | 3649_40_Jane Doe KG 008 █████Req 6a_1.pdf |
| UBER-MDL3084-DFS00224449 | 3654_40_███████Req 6a_1.pdf |
| MDLC DOC ID 167840 | 4152_167840.pdf |

| N/A | 4152 - Real Receipt.pdf |
|---|---|
| MDLC DOC ID 180727 | 4657_180727.pdf |
| N/A | 4657 - Real Receipt.pdf |
| MDLC DOC ID 164294 | 4190_164294.pdf |
| N/A | Sample Las Vegas Trip – December 4 2023 trip.pdf |
| N/A | Sample MI trip – December 4 2023 trip – Detroit 1.pdf |
| N/A | Sample MI trip – December 4 2023 trip – Detroit 2.pdf |
| N/A | Sample MI trip – December 4 2023 trip – Detroit 3.pdf |
| N/A | Sample MI trip – December 4 2023 trip – Lansing.pdf |
| N/A | Sample Memphis Trip – January 28 2025 trip – 1.pdf |
| N/A | Sample Memphis Trip – January 28 2025 trip – 2.pdf |
| N/A | Sample Memphis Trip – January 28 2025 trip – 3.pdf |