Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF CHRISTOPHER V. COTTON REGARDING CONFERRAL EFFORTS IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF FIFTH RECEIPTS ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Christopher V. Cotton, declare as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Motion for (1) Entry of an Order to Show Cause Why 3 Plaintiffs Who Have Submitted Non-Bona-Fide Receipts Should Not Be Dismissed with Prejudice, and (2) Allowing Limited Depositions of 3 Plaintiffs Referenced Herein (the "Fifth Fraudulent Receipts Motion").

2. In an effort to seek Plaintiffs' agreement to the relief sought in the above-referenced motion, counsel for Uber initiated a meet-and-confer process.

3. On March 6, 2026, I sent a letter on behalf of Uber to Plaintiffs' counsel that requested to meet and confer by March 11 regarding the aforementioned Plaintiffs' submission of non-bona-fide receipts. A true and correct copy of the March 6, 2026 letter is attached as Exhibit 6.

4. On March 10, 2026, I sent a follow up email to Plaintiffs' counsel requesting availability that day or on March 11 to address the non-bona-fide receipts submitted by the three law firms at issue. A true and correct copy of the March 10, 2026 email is attached as Exhibit 7.

5. On March 11, 2026, I had a meet-and-confer via Zoom with the Nachawati Law Group, counsel for Plaintiff with MDL ID 4190. No agreement was reached regarding the appropriate course of action for the Plaintiff's case.

6. On March 11, 2026, I had a meet-and-confer via phone with the Reich and Binstock firm, counsel for Plaintiff with MDL ID 4152. No agreement was reached regarding the appropriate course of action for the Plaintiff's case.

7. As of March 11, 2026, at 7:00 PM Central, I did not receive a response from the Wagstaff Law Firm, counsel for Plaintiff with MDL ID 4657. As such, no agreement was reached regarding the appropriate course of action for the Plaintiffs' cases.

8. Although Uber has made every effort to meet and confer on these issues, it has not been possible to reach agreement. Rather than attempting to address the issues piecemeal, Uber submits that the relief requested is the most efficient way to proceed for all parties and the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 11, 2026

Respectfully submitted,

By: /s/ Christopher V. Cotton

Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 11, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn