# C. Cotton Decl. Exhibit 6



March 6, 2026

VIA ELECTRONIC MAIL

Dennis C. Reich
Andrew Holcomb
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
aholcomb@reichandbinstock.com
dreich@reichandbinstock.com

Aimee H. Wagstaff
Wagstaff Law Firm
940 N. Lincoln St.
Denver, CO 80203
awagstaff@wagstafflawfirm.com

Steve Schulte
Nachawati Law Group
5489 Blair Road
Dallas, TX 75231
schulte@ntrial.com

Christopher V. Cotton

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2393
**f** 816.421.5547
ccotton@shb.com

Re: *In re: Uber Technologies, Inc.*, No. 2:23-md-03084-CRB (N.D. Cal.)

Counsel:

I write to initiate a meet and confer regarding Plaintiffs listed in Attachment 1. PTO #5 requires each Plaintiff to "submit a bona fide ride receipt" from an Uber trip connected to the alleged incident. PTO #5, ¶ 4 (ECF 175). The listed Plaintiffs have been identified in association with a violation of PTO #5 regarding the production of a bona fide ride receipt. It is Defendants' position that these cases should be dismissed with prejudice, and limited and narrowly tailored depositions of each Plaintiff be permitted to investigate the origin of the fraudulent ride receipts.

I have included all law firms representing Plaintiffs on Attachment 1 on this communication, as well as Plaintiffs' MDL leadership in the transmittal. It is imperative that we meet and confer on these issues promptly. I can make myself available most times next week to accommodate the group's schedules.

Please provide your availability to meet and confer on these issues sometime between Monday, March 9 and Wednesday, March 11. Uber intends to raise any unresolved issues with Judge Breyer after that.

SHOOK
HARDY & BACON

Best regards,

*Christopher V Cotton*

Christopher V. Cotton
Partner

March 6, 2026
Page 2



**ATTACHMENT 1**

1. MDL ID 4152 - Reich & Binstock LLP

2. MDL ID 4190 - Nachawati Law Group

3. MDL ID 4657 - Wagstaff Law Firm

March 6, 2026
Page 3

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LOS ANGELES | MIAMI | NEW YORK | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.