# C. Cotton Decl. Exhibit 7

| | |
|---|---|
| **From:** | Cotton, Chris (SHB) |
| **To:** | Arnone, Mike (SHB); dreich@reichandbinstock.com; aholcomb@reichandbinstock.com; Aimee Wagstaff; Steve Schulte; Rachel Abrams; luhana@chaffinluhana.com; Arati Furness; Sommer Luther |
| **Cc:** | Hoerl, Brandon J. (SHB) |
| **Subject:** | RE: Uber MDL - Non-Bona-Fide Ride Receipts Submitted by Plaintiffs" Firms |
| **Date:** | Tuesday, March 10, 2026 12:55:45 PM |
| **Attachments:** | 2026-03-06 Letter to Meet and Confer - C. Cotton to MDL Plaintiffs.pdf |

Adding Arati and Sommer

Counsel,

I'm following up on my attached March 6 letter that my colleague circulated last Friday. Please let me know your availability today or tomorrow to address the non-bona-fide receipts submitted by the following firms:

- Reich & Binstock
- Nachawati Law Group
- Wagstaff Law Firm

Uber will address any unresolved issues after that.

Chris

**From:** Arnone, Mike (SHB) <marnone@shb.com>
**Sent:** Friday, March 6, 2026 5:07 PM
**To:** dreich@reichandbinstock.com; aholcomb@reichandbinstock.com; Aimee Wagstaff <awagstaff@wagstafflawfirm.com>; Steve Schulte <schulte@ntrial.com>; Rachel Abrams <rabrams@peifferwolf.com>; luhana@chaffinluhana.com
**Cc:** Cotton, Chris (SHB) <CCOTTON@shb.com>; Hoerl, Brandon J. (SHB) <BHOERL@shb.com>
**Subject:** Uber MDL - Non-Bona-Fide Ride Receipts Submitted by Plaintiffs' Firms

Dennis, Andrew, Aimee, and Steve,

Please see the attached letter on behalf of Chris Cotton and let us know your availability to meet and confer regarding the non-bona-fide receipts submitted by the Plaintiffs noted in the attachment. Uber intends to address any unresolved issues with Judge Breyer shortly thereafter.

Thank you.

**Mike Arnone**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

| marnone@shb.com

