Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com
Jessica Davidson (Admitted *Pro Hac Vice*)

Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION FOR ENTRY OF FIFTH RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

## DEFENDANTS' STATEMENT IN SUPPORT OF SEALING CONFIDENTIAL MATERIALS

Under Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber" or "Defendants") hereby move this Court for an order to seal the personal identifying information ("PII") contained in their Motion for (1) Entry of an Order to Show Cause Why Certain Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice and (2) Allowing Limited Depositions of 3 Plaintiffs Referenced Herein, including all attached exhibits and declarations (altogether, the "Fifth Receipts Motion").  The Fifth Receipts Motion contains PII from materials produced by both Uber and Plaintiffs.  The Fifth Receipts Motion is attached as Exhibit A, filed concurrently to this Administrative Motion.

A party seeking to seal a judicial record bears the burden of establishing that "compelling reasons" support that request. *Kamakana v. City & Cnty. of Honolulu,* 447 F.3d 1172, 1178–79 (9th Cir. 2006). Specifically, that party must "'articulate[] compelling reasons supported by specific factual findings'… that outweigh the general history of access and the public policies favoring disclosure [of court records], such as the 'public interest in understanding the judicial process.'" *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003); (quoting *EEOC v. Erection Co.,* 900 F.2d 168, 170 (9th Cir. 1990)).  "In turn, the [C]ourt must 'conscientiously balance[] the competing interests' of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1179 (quoting *Foltz*, 331 F.3d at 1135).

Assessment of the public and private interests implicated here warrant sealing this information. Local Rule 79-5(c)(1)(i).  Uber in particular seeks to seal the names of Plaintiffs and other individuals contained throughout the Fifth Receipts Motion, as well as home and other addresses,[1] contact information such as phone numbers and email addresses, financial information such as credit card numbers, and information including license plate numbers.  Courts have found that such information "is sealable under the compelling reasons standard." *See, e.g.*, *Kumandan v. Google LLC*, No. 19-cv-04286-BLF, 2022 WL 17971633, at *1 (N.D. Cal. Nov. 17, 2022).  That is because such information is "not relevant to any of

---

[1] Uber proposes redacting all addresses, because Uber is not able to assess which addresses are potentially personally identifying.

2

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONALLY IDENTIFYING INFORMATION
CONTAINED IN DEFENDANTS' MOTION FOR ENTRY OF FIFTH RECEIPTS ORDER
Case No. 3:23-md-03084-CRB

the issues in this litigation, nor would the public have any real interest in its disclosure." *O'Connor v. Uber Techs., Inc.*, No. C-13-3826 EMC, 2015 WL 355496, at *3 (N.D. Cal. Jan. 27, 2015). Further, the public disclosure of the PII contained within the Fifth Receipts Motion could cause significant and avoidable harm or embarrassment to the affected individuals. Moreover, no less restrictive alternative to sealing the PII in the Fifth Receipts Motion is sufficient. Local Rule 79-5(c)(1)(iii). Uber's request is narrowly tailored to seal only the PII while ensuring that the public retains access to the rest of the Fifth Receipts Motion. This Court may therefore "appropriately balance[]" the privacy interests of the affected individuals with the public's right to access by allowing redaction of all such PII in the Fifth Receipts Motion. *O'Connor*, 2015 WL 355496, at *2.

## CONCLUSION

For the foregoing reasons, Uber respectfully requests this Court grant this Administrative Motion to seal the personal identifying information, specifically the names, addresses, financial information, contact information, and license plate information, contained in the Fifth Receipts Motion.

| | |
|---|---|
| DATED: March 11, 2026 | Respectfully submitted, |

          */s/ Laura Vartain Horn*
          Laura Vartain Horn (SBN 258485)
          **KIRKLAND & ELLIS LLP**
          555 California Street, Suite 2700
          San Francisco, CA 94104
          Telephone: (415) 439-1625
          laura.vartain@kirkland.com

          Allison M. Brown (Admitted *Pro Hac Vice*)
          **KIRKLAND & ELLIS LLP**
          2005 Market Street, Suite 1000
          Philadelphia, PA 19103
          Telephone: (215) 268-5000
          alli.brown@kirkland.com

          Jessica Davidson (Admitted *Pro Hac Vice*)
          **KIRKLAND & ELLIS LLP**
          601 Lexington Avenue
          New York, NY 10022
          Telephone: (212) 446-4800
          jessica.davidson@kirkland.com

          SABRINA H. STRONG (SBN: 200292)
          sstrong@omm.com
          JONATHAN SCHNELLER (SBN: 291288)
          jschneller@omm.com
          **O'MELVENY & MYERS LLP**
          400 South Hope Street, 19th Floor
          Los Angeles, CA 90071
          Telephone: (213) 430-6000
          Facsimile: (213) 430-6407

          PATRICK L. OOT (*Pro Hac Vice*)
          oot@shb.com
          **SHOOK, HARDY & BACON, L.L.P.**
          1800 K Street NW, 10th Floor
          Washington, DC 20006
          Telephone: (202) 783-8400
          Facsimile: (202) 783-4211

          ALYCIA A. DEGEN (SBN: 211350)
          adegen@shb.com
          MICHAEL B. SHORTNACY (SBN: 277035)
          mshortnacy@shb.com

**SHOOK, HARDY & BACON, L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (*Pro Hac Vice*) ccotton@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**PROOF OF SERVICE**

I hereby certify that on March 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Laura Vartain Horn*
Laura Vartain Horn