Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION FOR ENTRY OF FIFTH RECEIPTS ORDER AND ACCOMPANYING DOCUMENTS**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

I, Christopher V. Cotton, declare as follows:

1. I am an attorney at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Fifth Fraudulent Receipts Motion for Entry of Fifth Receipts Order and Accompanying Documents (the "Sealing Motion").

2. On March 6, 2026, I sent a letter on behalf of Uber to Plaintiffs' counsel that requested to meet and confer by March 11 regarding the aforementioned Plaintiffs' noncompliance with the Receipt Order.

3. On March 11, 2026, I had a meet-and-confer via Zoom with the Nachawati Law Group, counsel for Plaintiff with MDL ID 4190. No agreement was reached regarding the appropriate course of action for the Plaintiff's case.

4. On March 11, 2026, I had a meet-and-confer via phone with the Reich and Binstock firm, counsel for Plaintiff with MDL ID 4152. No agreement was reached regarding the appropriate course of action for the Plaintiff's case.

5. As of March 11, 2026, at 7:00 PM Central, I did not receive a response from the Wagstaff Law Firm, counsel for Plaintiff with MDL ID 4657. As such, no agreement was reached regarding the appropriate course of action for the Plaintiffs' cases.

6. The PII addressed in the present Sealing Motion and accompanying materials is representative of information this Court has already ordered sealed in connection with Defendants' four prior Fraudulent Receipts motions. See ECF Nos. 3604, 3784, 4137, and 4933.

7. Sealing the PII in Uber's motion and accompanying documents is necessary to avoid significant and avoidable harm or embarrassment to the affected individuals by public disclosure. Moreover, no less restrictive alternative to sealing that information exists.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 11, 2026

Respectfully submitted,

By: */s/ Christopher V. Cotton*

Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 11, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn