[Submitting counsel below]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | **DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESSES:**<br><br>**TODD GADDIS AND ERIN O'KEEFE**<br><br>Judge:     Honorable Charles R. Breyer<br>Date:      April 2, 2026<br>Time:      2:00 PM PT<br>Courtroom: 6 –17th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>       Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>       Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

I, Sejal K. Brahmbhatt, declare:

1. I am an attorney in the law firm of Williams Hart & Boundas, LLP counsel for Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of Texas and am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion to Strike Uber's Designated Trial Witnesses: Todd Gaddis and Erin O'Keefe.

3. Uber never disclosed Mr. Gaddis or Ms. O'Keefe in its initial disclosures. Their custodial files were never produced and they were not deposed.

4. Ms. O'Keefe did not start working at Uber until 2022, years after the incident made the basis of this lawsuit.

5. The exhibits referred to below are attached to Plaintiff's Motion to Strike Uber's Designated Trial Witnesses: Todd Gaddis and Erin O'Keefe.

6. Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Witness List, dated March 9, 2026.

7. Attached hereto as **Exhibit B** is a true and correct copy of Erin O'Keefe's public LinkedIn Profile.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of March, 2026 in Houston, Texas.

Respectfully submitted,

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)

|   |   |
|---|---|
| 1 | **WILLIAMS HART & BOUNDAS LLP** |
| 2 | 8441 Gulf Freeway, Suite 600 |
|   | Houston, TX  77017-5051 |
| 3 | Telephone: (713) 230-2227 |
|   | Facsimile: (713) 643-6226 |

WILLIAMS HART & BOUNDAS LLP
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated:  March 12, 2026          By:     */s/ Myles Shaw*