# EXHIBIT B

# Erin Mackey O'Keefe

US City Operations @ Uber
Chicago, Illinois, United States

## Contact

www.linkedin.com/in/erin-mackey-o-keefe-4923a44 (LinkedIn)

## Top Skills

Strategic Planning
Financial Modeling
Financial Analysis

## Experience

**Uber**
Sr. Manager, Corporate Business Operations
June 2022 - Present (3 years 10 months)
Chicago, Illinois, United States

**Lyft**
3 years 2 months

Business Performance Manager
July 2021 - June 2022 (1 year)
Chicago, Illinois, United States

Selected to join Lyft's Senior Leadership Development Program within Global Operations

Business Development Manager, Airports
May 2019 - June 2021 (2 years 2 months)
Chicago, IL

**Public Building Commission of Chicago**
Chief Business Development Officer
November 2016 - May 2019 (2 years 7 months)
Chicago, IL

**City of Chicago Department of Aviation**
Chief of Staff
June 2011 - October 2016 (5 years 5 months)

**Chicago For Rahm Emanuel**
CFO
October 2010 - June 2011 (9 months)

**Executive Office of the President**
Director of Finance
January 2009 - October 2010 (1 year 10 months)
Washington, District Of Columbia

Obama Biden Transition Project
Special Assistant
November 2008 - January 2009 (3 months)

Obama for America
Budget Manager
June 2008 - November 2008 (6 months)

Hutchinson, Shockey, Erley & Co.
Analyst
December 2005 - August 2007 (1 year 9 months)

---

## Education

The University of Chicago - Booth School of Business
MBA, Finance, Economics · (2005 - 2008)

Boston College
B.A., Economics · (2000 - 2004)