UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESSES:**<br><br>**TODD GADDIS AND ERIN O'KEEFE** |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

Having considered the Plaintiff's motion, the record, and the applicable law, the Court hereby GRANTS Plaintiff's Motion to Strike Uber's Designated Trial Witnesses: Todd Gaddis and Erin O'Keefe.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESSES: TODD GADDIS AND ERIN O'KEEFE
N.D. CAL. 3:24-CV-04900; W.D.N.C. 25-CV-737

Case 3:23-md-03084-CRB   Document 5486-4   Filed 03/12/26   Page 2 of 2

1  **IT IS SO ORDERED.**

Dated: _____

HON. CHARLES R. BREYER
United States District Judge