DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.D. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07091-CRB;<br><br>*R.N. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07097-CRB;<br><br>*S.W. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07695-CRB;<br><br>*C.F. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07698-CRB;<br><br>*A.B. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07699-CRB;<br><br>*K.H. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07700-CRB;<br><br>*M.T. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07831-CRB;<br><br>*J.K.R. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07734-CRB;<br><br>*D.V. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07747-CRB;<br><br>*M.W. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07753-CRB; and, | MDL No. 3084 CRB<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AND ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10 (ECF 4979)**<br><br>Judge: Honorable Charles R. Breyer |

*C.C. v. Uber Technologies, et al., Inc., et al.;*
*3:25-cv-08442-CRB*

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AND ORDER REGARDING DEFENDANT'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10 (ECF 4979)**

Pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Court's Order of January 12, 2026 (Dkt. #4979), the Plaintiffs, A.D. (MDL ID #3877), R.N. (MDL ID #3879), S.W. (MDL ID #3974), C.F. (MDL ID #3975), A.B. (MDL ID #3976), K.H. (MDL ID #3977), M.T. (MDL ID#4001), J.K.R. (MDL ID#3992), D.V. (MDL ID#3994), M.W. (MDL ID #3995) and C.C. (MDL ID#4142) and their counsel, hereby give notice that the above-captioned actions are dismissed, without prejudice, against all Defendants.

Dated: March 12, 2026

Respectfully submitted,

By: */s/ Andrew Holcomb*
DENNIS C. REICH (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, March 12, 2026, I electronically transmitted the foregoing Notice of Dismissal to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Andrew Holcomb*
Andrew Holcomb