1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5                         SAN FRANCISCO DIVISION
6

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to:<br><br>*Jane Roe CL 105 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01349 | |

# [PROPOSED] ORDER

Having considered Plaintiff's Motion to Vacate Dismissal Without Prejudice (the "Motion"), the Court finds that the Plaintiff has not established the highly unusual circumstances that would justify the extraordinary remedy she seeks.

The Court therefore hereby ORDERS that Plaintiff's Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge