ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 1334 v. Uber Technologies, Inc., et al., No. 3:24-cv-05624* | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE** |

*WHB 2064 v. Uber Technologies, Inc., et al., No. 3:25-cv-01101*

*WHB 2053 v. Uber Technologies, Inc., et al., No. 3:25-cv-01237*

1
2
3

4

### <u>DECLARATION OF CHRISTOPHER V. COTTON</u>

5

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

6    1.    I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully

7    submit this declaration in Support of Defendants Uber Technologies, Inc.'s, Raiser LLC's, and Raiser-

8    CA, LLC's (collectively, "Defendants") opposition to Plaintiffs' WHB 1334, WHB 2064, and WHB

9    2053 motion to vacate the dismissal of their respective cases without prejudice.

10    2.    I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants

11    in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare*

12    *Cases*, Case No. CJC-21-005188. I am a member in good standing of the Bar of the State of Iowa, the

13    Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon

14    matters within my own personal knowledge. If called as a witness, I could and would competently

15    testify to the matters set forth herein.

16    3.    Prior to the Court's entry of PTO 31 on September 9, 2025, Uber served a Defendant

17    Fact Sheet on Plaintiff WHB 1334 on January 17, 2025. This DFS stated that Uber was unable to

18    identify the trip that Plaintiff alleged in her Plaintiff Fact Sheet.

19    4.    Prior to the Court's entry of PTO 31 on September 9, 2025, Uber served a Defendant

20    Fact Sheet on Plaintiff WHB 2064 on February 21, 2025. This DFS stated that Uber was unable to

21    identify the trip that Plaintiff alleged in her Plaintiff Fact Sheet.

22    5.    Prior to the Court's entry of PTO 31 on September 9, 2025, Uber served a Defendant

23    Fact Sheet on Plaintiff WHB 2053 on March 7, 2025. This DFS stated that Uber was unable to identify

24    the trip that Plaintiff alleged in her Plaintiff Fact Sheet.

25
26
27
28

1  I declare under penalty of perjury that the foregoing is true and correct.

2      Executed on March 12, 2026 in Kansas City, Missouri.

3                                              **SHOOK, HARDY & BACON L.L.P.**

4                                              */s/ Christopher V. Cotton*

5                                              CHRISTOPHER V. COTTON
                                               (admitted *Pro Hac Vice*)
6                                              ccotton@shb.com
                                               **SHOOK, HARDY & BACON L.L.P.**
7                                              2555 Grand Blvd.
                                               Kansas City, MO 64108
8                                              Telephone: (816) 474-6550

9                                              *Attorney for Defendants*
                                               UBER TECHNOLOGIES, INC., RASIER,
10                                             LLC, and RASIER-CA, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C. COTTON DECL. ISO DEFS.' OPPOSITION TO MTN
TO VACATE DISMISSAL WITHOUT PREJUDICE

                                               Case No. 3:23-MD-3084-CRB