|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | **UNITED STATES DISTRICT COURT** |
| 4 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 5 | **SAN FRANCISCO DIVISION** |

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE** |
|---|---|
| This Document Relates to:<br><br>*WHB 1334 v. Uber Technologies, Inc., et al., No. 3:24-cv-05624*<br><br>*WHB 2064 v. Uber Technologies, Inc., et al., No. 3:25-cv-01101*<br><br>*WHB 2053 v. Uber Technologies, Inc., et al., No. 3:25-cv-01237* |   |

# [PROPOSED] ORDER

Having considered Plaintiffs' WHB 1334, WHB 2064, and WHB 2053 Motion to Vacate Dismissal Without Prejudice (the "Motion"), the Court finds that Plaintiffs have not established the highly unusual circumstances that would justify the extraordinary remedy they seek.

The Court therefore hereby ORDERS that Plaintiffs' Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge