IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / This Order Relates To: *ALL CASES* | MDL No. 3084 **ORDER GRANTING MOTION FOR RECONSIDERATION AND TO PARTIALLY VACATE ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31 AND SHOW-CAUSE ORDERS** Re: Dkt. Nos. 5216, 5299 |

Having considered the Parties' briefing on Plaintiffs' Motion for Reconsideration and to Partially Vacate the Court's Order Regarding Uber's Motion to Dismiss Cases for Failure to Comply with PTO 31 and Show-Cause Orders (dkt. 5216), the Court GRANTS Plaintiffs' motion.

Plaintiffs are correct that Uber did not properly raise its requested relief of requiring receipt certification by the affected law firms and their plaintiffs in its original motion. Beyond those notice concerns, upon further reflection the Court is convinced that the existing process for identifying and dismissing cases involving apparently fraudulent receipts is satisfactory. The imposition of a certification requirement at this stage of the litigation would substantially prejudice hundreds of plaintiffs who have not themselves been accused of any nefarious behavior, and such a burden is not commensurate with the relatively small number of fraudulent receipts identified compared to the total amount of cases in this MDL.

Accordingly, Paragraph 2 of the Court's ECF No. 5216 Order is vacated.

**IT IS SO ORDERED.**

Dated: March 12, 2026



CHARLES R. BREYER
United States District Judge

2