Caroline Power (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5004
caroline.power@kirkland.com

*Counsel for Defendants Uber Technologies, Inc.
Rasier, LLC, and Rasier-CA, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al., No. 3:24-cv-04900* | Case No. 3:23-md-3084-CRB (LJC)<br><br>**DECLARATION OF CAROLINE POWER IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO TAKE THE DEPOSITION OF M. R.D.**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed: March 12, 2026<br>Trial Date: April 13, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823<br><br>             Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>             Defendants. | Case No. 3:23-md-3084-CRB (LJC)<br><br>**DECLARATION OF CAROLINE POWER IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO TAKE THE DEPOSITION OF M. R.D.**<br><br>Judge:    Hon. Charles R. Breyer |

I, Caroline Power, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants" or "Uber"). I offer this Declaration in the above-captioned matter in support of Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y..

2. Attached as **Exhibit A** is Uber's First Set Interrogatories to Plaintiff, dated March 15, 2025.

3. Attached as **Exhibit B** is Plaintiff's First Amended Responses and Objections to Uber's First Set of Interrogatories, dated May 16, 2025.

4. Attached as **Exhibit C** is the Deposition Transcript of Mr. N.Y., dated July 17, 2025.

5. Attached as **Exhibit D** is the Deposition Transcript of Mr. T.L., dated July 31, 2025.

6. Attached as **Exhibit E** is the Deposition Transcript of Ms. A.W., dated July 23, 2025.

7. Attached as **Exhibit F** is the Deposition Transcript of Dr. J.S., dated August 29, 2025.

8. Attached as **Exhibit G** is the Deposition Transcript of Plaintiff WHB 823, dated July 7, 2025.

9. Pursuant to Rule 7-11 of the Local Civil Rules of the United States District Court for the Northern District of California, Defendants reached out to Plaintiff on March 10, 2026 to request the deposition of Mr. D.Y.

10. Plaintiff responded on March 10, 2026, and indicated that they would not agree to such a request, stating: "Pursuant to Judge Cisneros's order, please seek leave to raise this issue with the Court."

11. On March 12, 2026, prior to the filing of Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y., Defendants: (i) asked Plaintiff to confirm the completion of the meet and confer process pursuant to Local Rule 7-11; (ii) advised Plaintiff that said Administrative Motion would be filed on March 12, 2026; and (iii) sought to align on a briefing schedule for Plaintiff's opposition thereto.

12. Plaintiff responded in agreement and indicated that it will be filing an opposition brief on March 17, 2026.

**Dated: March 12, 2026**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Caroline Power*
Caroline Power