# EXHIBIT E

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                 Case No. SAN FRANCISCO
 3   ---------------------------------
     IN RE:  UBER TECHNOLOGIES, INC.,
 4   PASSENGER SEXUAL ASSAULT
     LITIGATION,
 5
     This Document Relates to:
 6   WHB 832 v. Uber Technologies, Inc.
     et al.
 7   Case No: 3:24-cv-04900
     ---------------------------------
 8
 9              ** HIGHLY CONFIDENTIAL **
10            PER TERMS OF THE PROTECTIVE ORDER
11             REMOTE VIDEO DEPOSITION VIA ZOOM
12           Taken on behalf of the Defendants of
13                   ████   ███████   ████████
14                 Raleigh, North Carolina
15                      July 23, 2025
16                        9:07 a.m.
17
18
19
20
21
22
23
24   Reported by:  Audra M. Smith, RPR, CRR, FCRR
25   Video by:     John Roberts
```

1  almost every day?
2       A   Early 2020 when I started my new job at
3  a car dealership.  I was working every day.  So I
4  definitely didn't have time to drive out there to
5  see her with two kids full time as well.  So early
6  2020.
7       Q   How far away from you did Ms. ▇▇▇▇▇▇
8  live at that point?
9       A   It was a good 30-, 40-minute drive,
10 depending on what time of day and when I was going
11 out there.
12      Q   In March of 2019, were you and
13 Ms. ▇▇▇▇▇▇ close?
14      A   Yeah, we were.  I still made -- we
15 still made it a point to talk every day.
16      Q   And did you share personal details
17 about your lives with each other?
18      A   Yes.
19          (Audio interference.)
20      A   Could you ask that again?  Your phone
21 broke up.
22      Q   Sure.  Was Ms. ▇▇▇▇▇▇ living with
23 Mr. ▇▇▇ ▇▇▇▇ in March of 2019?
24      A   I don't exactly remember.  Every time I
25 would see her would be at her parents' house, so

```
 1    I'm not exactly sure where she lived at the time.
 2         Q    Did Ms. [REDACTED] tell you in March of
 3    2019 about an incident she had in an Uber?
 4         A    No.
 5         Q    Had Ms. [REDACTED] ever told you about an
 6    incident that she had in an Uber?
 7         A    When I recently saw her this year, she
 8    was suing Uber.  I didn't ask questions because I
 9    didn't want to get pulled into her drama to be
10    realistic.  But she asked if she could put me down
11    as a witness, and I -- I didn't really answer her.
12    I didn't say yes; I didn't say no.  I just kind of
13    said "I didn't know what happened and I'd rather
14    not be involved in it," and here we are.
15         Q    We really do appreciate your time.
16    Thank you.
17         A    No problem.
18         Q    You mentioned earlier that the father
19    of your children preferred --
20              Did someone enter the room with you?
21         A    No.  It's a bug zapper.
22         Q    Oh, sure.
23              You mentioned earlier that the father
24    of your children preferred not to have
25    Ms. [REDACTED] around.  Did he tell you why he felt
```

1    that way?
2         A    Yes, many, many times.
3         Q    Why does he feel that way?
4              MR. SHAW:  Objection to the form.
5    BY MS. POWER:
6         Q    You can answer.
7         A    Okay.  Bri started to do drugs and
8    drink a lot of alcohol and find herself in and out
9    of jail.  And many court cases, the -- when I was
10   pregnant with my daughter, so in between 2017 and
11   2018, there was an incident where I was pregnant
12   with my daughter, and I had my son in the back
13   seat.  Bri said she needed to go to a friend's
14   house to drop something off.  She had me drive
15   her, and it ended up being her crack dealer's
16   house.
17             I was just kind of sitting outside, not
18   knowing where I was and who I was around.  And
19   then she got in my car.  We went to the park.  And
20   before I got out of my car, I opened her cigarette
21   box, and there was a crack rock in my car.
22             So that was the -- that incident was
23   the incident that made him not want me to be
24   around her.  So it was kind of, okay, we're going
25   to -- I'll hang out with you, but it's going to be

Page 11

1  behind his back, and so that's why we stopped
2  seeing each other as often because it wasn't as
3  easy to get away from him to be able to hang out
4  with her.
5       Q    Other than the incident you just
6  described involving there being crack in your car,
7  have you ever seen Ms. ▮▮▮▮▮▮▮ either using
8  substances or abusing alcohol?
9            MR. SHAW:  Objection to the form.
10 BY MS. POWER:
11      Q    You can answer.
12      A    Yes.
13      Q    How often did Ms. ▮▮▮▮▮▮▮ use
14 recreational drugs in 2018 or 2019?
15           (Stenographer requested clarification.)
16      A    Every day.
17           MR. SHAW:  Objection to form.
18 BY MS. POWER:
19      Q    Do you know what kinds of recreational
20 drugs she was using in 2019?
21      A    I know crack.  Variations of pills.
22 And she hid it from me, what they were.  I knew
23 she was doing them but didn't know to the extent
24 of what they were because I was very strongly
25 against it.

```
                                               Page 12
 1        Q     Has Ms. ██████ ever told you about
 2   instances in which she suffered unwanted sexual
 3   touching?
 4             MR. SHAW:  Objection to the form.
 5        A    No.
 6   BY MS. POWER:
 7        Q     Has Ms. ██████ ever told you about
 8   instances in which she was physically beaten?
 9             MR. SHAW:  Objection to the form.
10        A    Yes.
11   BY MS. POWER:
12        Q     Can you describe those instances that
13   Ms. ██████ told you about?
14        A    They happened between her and her
15   ex-boyfriend.  So the father of her child.  They
16   would get drunk and high together all the time,
17   and they would start arguing.  And then those
18   verbal arguments used to turn into physical
19   arguments.  There was one time he -- she
20   apparently slammed her head in the car door.  I
21   never witnessed it, they were just all things she
22   would tell me.
23        Q     Other than an instance where
24   Ms. ██████ had her head slammed in a car door,
25   are there any other specific instances of abuse
```

```
                                              Page 13
```

1      that you can recall?
2           A    No.
3           Q    Did Ms. ▓▓▓▓▓▓▓▓ ever speak to you
4      about her mental health?
5                MR. SHAW:  Objection to the form.
6           A    She would make comments about her being
7      depressed or that she wanted to die.  She would --
8      the world would be better off without her.  That
9      was -- I mean -- pretty much it.
10     BY MS. POWER:
11          Q    Can you estimate about when you heard
12     Ms. ▓▓▓▓▓▓▓▓ say those comments?
13          A    Usually -- I don't remember specific
14     dates on when she would say it.  It would just be
15     when she would be drunk and emotional about
16     things.  It was hit or miss if she would do it or
17     she would just be even keel and happy all the
18     time.
19          Q    Did you hear Ms. ▓▓▓▓▓▓▓▓ say comments
20     about her depression before March of 2019?
21          A    Yes.
22          Q    After March of 2019, when you hung out
23     with Ms. ▓▓▓▓▓▓▓▓ did you hear any comments like
24     that?
25          A    No.

```
                                                    Page 30
```

1  STATE OF NORTH CAROLINA )
2  COUNTY OF FORSYTH       )
3                REPORTER'S CERTIFICATE
4           I, Audra Smith, Registered Professional Reporter
5  in and for the above county and state, do hereby certify
6  that the deposition of the person hereinbefore named was
7  taken before me at the time and place hereinbefore set
8  forth; that the witness was by me first duly sworn to
9  testify to the truth, the whole truth and nothing but the
10 truth; that thereupon the foregoing questions were asked and
11 the foregoing answers made by the witness which were duly
12 recorded by me by means of stenotype; which is reduced to
13 written form under my direction and supervision, and that
14 this is, to the best of my knowledge and belief, a true and
15 correct transcript.
16          I further certify that I am neither of counsel to
17 either party nor interested in the events of this case.
18          IN WITNESS WHEREOF, I have hereto set my hand this
19 25th day of July, 2025.
20
21
22  [signature]
23
24  Audra Smith, RPR, CRR, FCRR
    Notary Number:  201329000033
25  Commission Expires:  June 26, 2031