# EXHIBIT G

CONFIDENTIAL

Page 1

```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF CALIFORNIA
 3   SAN FRANCISCO DIVISION
 4   -----------------------------------------x
 5   IN RE:  UBER TECHNOLOGIES, INC.,           Case No.
 6   PASSENGER SEXUAL ASSAULT LITIGATION    3:23-md-03084-CRB(LJC)
 7   -----------------------------------------x
 8   This Document Relates to:
 9
10   WHB 832 v. Uber Technologies, Inc., et al.
11   Case No.:  3:24-cv-04900
12   -----------------------------------------x
13
14                    *** CONFIDENTIAL ***
15          VIDEOTAPED DEPOSITION OF ▊▊▊▊▊▊  ▊▊▊▊▊▊
16                (Taken by Defendants)
17                Raleigh, North Carolina
18                Thursday, July 10, 2025
19
20
21
22
23
24   Reported by Andrea L. Kingsley, RPR
25   Job No. CS7467363
```

```
 1   litigation before this?
 2        A.   I don't know what that means.
 3        Q.   Have you ever had a lawsuit that was not
 4   a criminal charge?
 5        A.   I don't know.  I don't think so.
 6        Q.   Have you been involved in family court?
 7        A.   Yes.
 8        Q.   Other than criminal court and family
 9   court, have you been to any other court?
10        A.   No.
11        Q.   Have you ever filed for bankruptcy?
12        A.   No.
13        Q.   Ms. ███████ I would like to ask you
14   about March 25 and 26, 2019.
15             On March 25, 2019, what were you doing
16   that day?
17        A.   I don't remember.  That was, like, a
18   long time ago.
19        Q.   Do you recall where you went the evening
20   of March 25, 2019?
21        A.   I went to ████ ████████ house.
22   ████████████.
23        Q.   Do you recall anything you did prior to
24   going to ████ ████████ house?
25        A.   No, I don't recall.
```

1    Q.    On March 25, 2019, where did you live?
2    A.    At ███████████████, Raleigh,
3  North Carolina.
4    Q.    Who lived there with you?
5    A.    ███ ██████  Well, I lived with him,
6  rather.
7    Q.    What was your relationship to ███ ███
8  in March 2019?
9    A.    He was my boyfriend.
10   Q.    How long had you been living with
11 Mr. ████ at ███████████████?
12   A.    I don't know exactly offhand right now.
13   Q.    Was it a long-term relationship that you
14 had with Mr. ██████
15   A.    Define "long-term."
16   Q.    Had you been together more than six
17 months?
18   A.    At that point?  Yes.
19   Q.    Do you recall how long you had been
20 together?
21   A.    No, ma'am.
22   Q.    Had you been together more than a year?
23   A.    I'm not sure.
24   Q.    Who is ████ █████████
25   A.    He is a long-time friend of mine.

1    Q.   How do you know him?
2    A.   I don't remember exactly how I met him.
3  I was like probably too young -- I don't know.  I'm
4  not sure.
5    Q.   Did you meet each other as kids?
6    A.   I was a teenager.  Yeah, I was a
7  teenager.
8    Q.   When you went to ▓▓▓▓▓▓▓▓▓▓ house
9  on March 25, was Mr. ▓▓▓ home when you left?
10   A.   No.
11   Q.   Was anyone else at the house when you
12 left to go to ▓▓▓▓▓▓?
13   A.   Not that I recall.
14   Q.   Was there any particular reason you went
15 to ▓▓▓▓▓ that night?
16   A.   To hang out with my friend.  And catch
17 up.
18   Q.   There wasn't a particular party or
19 anything like that you were going to?
20   A.   No.
21   Q.   Do you recall about what time you went
22 to ▓▓▓▓▓?
23   A.   No, ma'am.
24   Q.   Before March 25, 2019, had you ever used
25 Uber before?

Page 43

```
 1   case during the break?
 2       A.    No.
 3       Q.    You mentioned earlier today that you did
 4   not tell anyone about what happened in the Uber the
 5   night of; correct?
 6       A.    Correct.
 7       Q.    Who was the first person you told?
 8       A.    I'm not sure who I told first.
 9       Q.    You mentioned that you told Mr. ▮
10   the morning after; correct?
11       A.    Yes.
12       Q.    What did you tell him?
13       A.    That some creepy guy in an Uber, like,
14   grabbed me.  And I told him the -- exactly what I
15   told you a minute ago.
16       Q.    How did Mr. ▮ react?
17       A.    I don't know exactly.  I don't remember
18   exactly how he reacted.
19       Q.    Who else did you tell?
20       A.    I told ▮ ▮   I told ▮
21   ▮   I told ▮ ▮ and my mother, and
22   I've told therapists.  I'm not a hundred percent on
23   what the names of all the therapists I've seen were
24   because they were not hired by me; they were in
25   jail or prison.  I don't know their names.
```

1  Q. Starting with Ms. ▮▮▮▮ ▮▮▮▮ when
2  did you tell her what happened?
3  A. I don't know the exact date. I don't
4  know if it was the day after or -- I don't
5  remember.
6  Q. Do you recall what you told her?
7  A. The same thing.
8  Q. How did Ms. ▮▮▮▮ react when you told
9  her about the incident?
10 A. Shocked. And that's all I can recall
11 from her.
12 Q. What was your relationship with
13 Ms. ▮▮▮▮ in 2019?
14 A. She was my best friend.
15 Q. How often did you see her then?
16 A. All the time. Several -- like at least
17 twice a week.
18 Q. When did you tell ▮▮▮▮ ▮▮▮▮ about
19 the incident?
20 A. I'm not sure on the exact date.
21 Somewhere in the days after. It could have been a
22 week. I don't remember exactly.
23 Q. What was your relationship to ▮▮▮▮
24 ▮▮▮▮ in 2019?
25 A. He was my friend. He was a close

```
 1   friend.
 2        Q.    How often did you see him in 2019?
 3        A.    Nowhere near as often as ▮▮▮▮.  I'm not
 4   sure exactly.
 5        Q.    Did you see him weekly?  Monthly?  Can
 6   you give an estimate?
 7        A.    Biweekly.
 8        Q.    By that do you mean twice a week or
 9   every other week?
10        A.    Every other week.
11        Q.    How do you know ▮▮▮▮ ▮▮▮▮?
12        A.    I met him through my son's father.  He
13   was dating his -- my son's father's stepsister at
14   the time that I met him.
15        Q.    What is your son's father's name?
16        A.    ▮▮ ▮▮▮▮▮.
17        Q.    What is your son's name?
18        A.    ▮▮▮▮ ▮▮▮▮▮.
19        Q.    When did you tell ▮▮▮▮ ▮▮▮▮▮ about
20   your incident in an Uber?
21        A.    When?
22        Q.    Yes.
23        A.    Again, I'm not a hundred percent on the
24   date, but it was soon after.
25        Q.    What was your relationship to ▮▮▮▮
```

1    ▮▮▮▮▮ in 2019?
2        A.    He was a family friend.
3        Q.    How often did you see him in 2019?
4        A.    I'm not sure.
5        Q.    When you described Mr. ▮▮▮▮▮ as a
6    family friend as opposed to a friend, is he older
7    than you?  Is he like an uncle to you?  What's your
8    relationship like?
9                MR. SHAW:  Object to the form.
10       A.    I would consider him like an uncle but
11   not.  He was my dad's work friend.  We had a place
12   at Lake Royale, and he was on our property.  Like,
13   he had a camper and we had a camper.  We shared the
14   lot.  And he worked with my dad.
15       Q.    Is Mr. ▮▮▮▮▮ the same friend who was
16   the neighbor to Mr. ▮▮▮▮▮
17       A.    Yes.
18       Q.    How long did you know Mr. ▮▮▮▮▮
19   before 2019?
20       A.    I don't know exactly what year, how old
21   I was.  I know I was a teenager.  A guesstimate of
22   probably 14, 15.
23       Q.    When you told Mr. ▮▮▮▮▮ about what
24   happened to you, how did he react?
25       A.    Disgusted.  Like -- yeah.  I mean, just

Veritext Legal Solutions
800-567-8658                                           973-410-4098

```
 1   about everybody was shocked and disgusted.
 2       Q.   When you told Mr. [REDACTED] about the
 3   incident, how did he react?
 4       A.   The same way.
 5       Q.   When you told Ms. [REDACTED] Mr. [REDACTED]
 6   and Mr. [REDACTED] about the incident, did any of
 7   them encourage you to report it?
 8               MR. SHAW:  Object to the form.
 9               You can --
10               THE WITNESS:  I was thinking.
11       A.   Not that I remember.  Or if they did --
12   I don't know.  I didn't think anyone would do
13   anything.
14       Q.   Why did you believe that?
15       A.   Because I don't really have -- I didn't
16   have, like, physical -- like, I didn't have a
17   video.  I didn't have a picture.  Who's going to --
18   that's what I was thinking at the time.  Who's
19   going to believe me?
20       Q.   You mentioned that you have used Uber
21   since March of 2019; right?
22       A.   Yes, ma'am.
23       Q.   But you don't recall whether you used it
24   before March of 2019?
25       A.   No.
```

Page 165

1      A.    Either at my house, his house, or we go
2   to the grocery store.  Friend interactions.
3      Q.    What is your current relationship with
4   ▓▓▓▓ ▓▓▓▓▓▓▓▓ like?
5      A.    He's been family friend.  Still is.
6   He's sort of like an uncle.
7      Q.    Do you see Mr. ▓▓▓▓▓▓▓▓ regularly?
8      A.    No, not -- I wouldn't say regularly.
9   It's not very often I see him.  I talk to him on,
10  like, social media more than I see him.  His health
11  isn't so good anymore.
12           MR. SHAW:  Just remember to let her
13      finish her question.  You're doing great,
14      but --
15           THE WITNESS:  Sorry.
16     Q.    You are doing great.  I'm sorry about
17  the Zoom.  Sometimes it's hard to tell when someone
18  is done when it's electronic.
19           How often do you see Mr. ▓▓▓▓▓▓▓▓ in
20  person these days?
21     A.    Not often.  Maybe once a month.  If
22  that.
23     Q.    How often do you talk to Mr. ▓▓▓▓▓▓▓▓
24  online?
25     A.    Well, he sends me, like, the little

Page 166

```
 1   videos and stuff, like random videos, just about
 2   every day, because he's alone and -- I don't know.
 3   He doesn't really have many friends.  I don't
 4   always -- like, I don't always talk to him.  But he
 5   tries to contact me just about every day.
 6        Q.    What platform does he contact you on?
 7        A.    Facebook Messenger.
 8        Q.    Have you spoken with ▬▬▬ ▬▬▬ since
 9   you left prison in April 2024?
10        A.    She stopped being my doctor when I
11   stopped being an inmate, so no.
12        Q.    What is your current relationship with
13   your mother like?
14        A.    It's okay.  It's not the best; it's not
15   the worst.
16        Q.    Are you currently living with your mom
17   and dad?
18        A.    Yes, ma'am.
19        Q.    So I take it you see your mom most days?
20        A.    My room is apart from the house.  So
21   some days I don't see her at all.  I don't go in
22   there.  Or if I'm not -- if we don't have my son at
23   the house, then I'm at ▬▬▬▬ house.  So I don't
24   really go around.
25        Q.    So if I understand, your son lives at
```

CONFIDENTIAL

Page 177

1  STATE OF NORTH CAROLINA
2  WAKE COUNTY
3              REPORTER'S CERTIFICATE
4          I, Andrea L. Kingsley, a Notary Public
5  in and for the State of North Carolina, do hereby
6  certify that there came before me on Thursday, July
7  10, 2025, the person hereinbefore named, who was by
8  me duly sworn to testify to the truth and nothing
9  but the truth of her knowledge concerning the
10 matters in controversy in this cause; that the
11 witness was thereupon examined under oath, the
12 examination reduced to typewriting under my
13 direction, and the deposition is a true record of
14 the testimony given by the witness.
15          I further certify that I am neither
16 attorney or counsel for, nor related to or employed
17 by, any attorney or counsel employed by the parties
18 hereto or financially interested in the action.
19          IN WITNESS WHEREOF, I have hereto set
20 my hand this the 12th day of July, 2025.
21
22          _____
23          Andrea L. Kingsley, Notary Public
24          Notary Public #201903800023
25