# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor<br><br>Date Filed: March 12, 2026<br>Trial Date: April 13, 2026 |

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:    501 |

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
Caroline Power (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5100
alli.brown@kirkland.com
Telephone: (215) 268-5004
caroline.power@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**DEFENDANTS' STATEMENT IN SUPPORT OF SEALING CONFIDENTIAL MATERIALS**

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber" or "Defendants") hereby move this Court for an order to seal portions of Exs. B – G of Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y. The materials to be filed under seal are as follows:

**I.     MATERIAL TO BE FILED UNDER SEAL**

| Document | Description | Designating Party |
|---|---|---|
| Ex. B | PII in Plaintiff WHB 823's First Amended Responses to Defs' Interrogatories, Set 1 | Defendant |
| Ex. C | PII in Deposition Transcript of Mr. N.Y., dated July 17, 2025 | Defendant |
| Ex. D | PII in Deposition Transcript of Mr. T.L., dated July 31, 2025 | Defendant |
| Ex. E | PII in Deposition Transcript of Ms. A.W., dated July 23, 2025. | Defendant |
| Ex. F | PII in Deposition Transcript of Dr. J.S., dated August 29, 2025 | Defendant |
| Ex. G | PII in Deposition Transcript of Plaintiff WHB 823, dated July 7, 2025 | Defendant |

**II.     ARGUMENT**

The Ninth Circuit has held that compelling reasons exist to keep personal identifiable information ("PII") confidential to protect an individual's privacy interest. *See Activision Publ'g, Inc. v. EngineOwning UG*, No. CV 2:22-CV-00051-MWF (JCX), 2023 WL 2347134, at *1 (C.D. Cal. Feb. 27, 2023) (finding compelling reasons to seal customers' personal information).

Here, compelling reasons exist for the Court to seal and redact the above-reference exhibits, as these deposition transcripts are replete with references to the full names and other PII of Plaintiff, her friends, and family members. Redaction of such information is appropriate under the compelling interest

standard. *Activision Publ'g, Inc..*, 2023 WL 2347134, at *1.

Uber therefore respectfully requests that the Court order that the above-referenced exhibits be maintained on the docket under seal.

| | |
|---|---|
| DATED: March 12, 2026 | Respectfully submitted, |
| | */s/ Laura Vartain Horn* |
| | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| | |
| | Allison M. Brown (Admitted *Pro Hac Vice*) |
| | Caroline Power (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5100 |
| | alli.brown@kirkland.com |
| | Telephone: (215) 268-5004 |
| | caroline.power@kirkland.com |
| | |
| | Jessica Davidson (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| | jessica.davidson@kirkland.com |
| | |
| | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., |
| | RASIER, LLC, And RASIER-CA, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Laura Vartain Horn*
Laura Vartain Horn