[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF CAROLINE POWER IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed: March 12, 2026<br>Trial Date: April 13, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>           Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants. | CASE NO. 3:25-cv-00737-CRB<br><br>**DECLARATION OF CAROLINE POWER IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  501 |

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
Caroline Power (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5100
alli.brown@kirkland.com
Telephone: (215) 268-5004
caroline.power@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

I, Caroline Power, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Certain Materials Attached to Uber's Administrative Motion for Leave to Take the Deposition of Mr. D.Y.

2. Counsel for Plaintiffs do not oppose Uber's proposed redactions.

3. Attached as **Exhibit B** is a redacted copy of Plaintiff WHB 823's First Amended Responses to Defendants' Interrogatories, Set 1.

4. Attached as **Exhibit C** is a redacted copy of the Deposition Transcript of Mr. N.Y., dated July 17, 2025.

5. Attached as **Exhibit D** is a redacted copy of the Deposition Transcript of Mr. T.L., dated July 31, 2025.

6. Attached as **Exhibit E** is a redacted copy of the Deposition Transcript of Ms. A.W., dated July 23, 2025.

7. Attached as **Exhibit F** is a redacted copy of the Deposition Transcript of Dr. J.S., dated August 29, 2025.

8. Attached as **Exhibit G** is a redacted copy of the Deposition Transcript of Plaintiff WHB 823, dated July 7, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 12, 2026

*/s/ Caroline Power*
Caroline Power