[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br>**CERTIFICATE OF SERVICE**<br>Judge:     Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Date Filed: March 12, 2026<br>Trial Date: April 13, 2026 |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants | CASE NO. 3:25-cv-00737-CRB<br>**CERTIFICATE OF SERVICE**<br>Judge:     Hon. Charles R. Breyer<br>Courtroom:     501 |

| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 439-1625 |
| | laura.vartain@kirkland.com |
| 4 | |
| | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 5 | Caroline Power (Admitted *Pro Hac Vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 6 | 2005 Market Street, Suite 1000 |
| | Philadelphia, PA 19103 |
| 7 | Telephone: (215) 268-5100 |
| | alli.brown@kirkland.com |
| 8 | Telephone: (215) 268-5004 |
| | caroline.power@kirkland.com |
| 9 | |
| | Jessica Davidson (Admitted *Pro Hac Vice*) |
| 10 | **KIRKLAND & ELLIS LLP** |
| | 601 Lexington Avenue |
| 11 | New York, NY 10022 |
| | Telephone: (212) 446-4800 |
| 12 | jessica.davidson@kirkland.com |
| 13 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)

I, Caroline Power, am at least 18 years old and not a party to this action. I am a Partner with the law firm Kirkland & Ellis LLP and my business address is 2005 Market Street, Ste 1000, Philadelphia, PA 19103.

On the date set forth below, I caused the following sealed documents to be served by providing a true copy on the parties listed in the table below:

1.  **Exhibits B-G to the Caroline Power Declaration in Support of Uber's Motion for Leave to Take the Deposition of Mr. D.Y.**

**BY E-MAIL OR ELECTRONIC SUBMISSION:** I caused the above-referenced documents to be sent in electronic PDF format as an attachment to an email addressed to the persons on whom such documents are to be served at the email addresses shown below.

| | |
|---|---|
| Sarah R. London<br>Andrew R. Kaufman<br>**GIRARD SHARP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: slondon@girardsharp.com<br>Email: akaufman@girardsharp.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery St., Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: rabrams@peifferwolf.com |
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: luhana@chaffinluhana.com<br>Email: ubermdldiscovery@chaffinluhana.com |
| Brett E. Dressler<br>**Sellers, Ayers, Dortch Lyons, PA**<br>301 S. McDowell Rd, Suite 410<br>Charlotte, NC 28204 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: bdressler@sellersayers.com |
| John Boundas<br>Joseph Melugin<br>Sejal K. Brahmbhatt<br>Myles Shaw<br>Stasja Drecun<br>Brian Abramson<br>Batami Baskin<br>Margret Lecocke | *Co-Lead Counsel for Plaintiffs*<br><br>Email: erosemond@whlaw.com<br>Email: Jboundas@whlaw.com<br>Email: Jmelugin@whlaw.com<br>Email: Sbrahmbhatt@whlaw.com<br>Email: Mshaw@whlaw.com<br>Email: Sdrecun@whlaw.com<br>Email: Babramson@whlaw.com |

| Williams Hart & Boundas Law Firm<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017 | Email: Bbaskin@whlaw.com<br>Email: Mlecocke@whlaw.com |
|---|---|

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on March 12, 2026.

*/s/ Caroline Power*

Caroline Power