Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

*[Additional Counsel Listed on Signature Pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND ORDER REGARDING THE COURT'S ORDER RESOLVING MOTIONS TO STRIKE EXPERT REPORTS (ECF 4701)** |
| This Document Relates to:<br><br>WAVE 1 ACTIONS | Judge:   Hon. Lisa J. Cisneros |

STIPULATION AND ORDER

**RECITALS**

**WHEREAS**, on December 17, 2025, the Court issued an Order resolving motions to strike various expert reports submitted on Wave 1 Bellwether cases (ECF 4701, the "Order");

**WHEREAS**, the Order also directed the parties to submit a stipulation or a joint letter concerning whether that Order applied beyond the first five bellwether cases;

**WHEREAS,** on March 5, 2026, during a discovery status conference before the Court, the parties reached agreement as to the application of the Order beyond the first five bellwether cases and respectfully submit this Stipulation and Proposed Order.

**STIPULATION**

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows: The parties agree that the Order does not apply beyond the first five bellwether cases.

**IT IS SO STIPULATED.**

Dated: March 12, 2026                    Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111

|   |   |
|---|---|
| 1 | Telephone: (415) 426-5641 |
| 2 | rabrams@peifferwolf.com |
| 3 | *Co-Lead Counsel for Plaintiffs* |
| 4 | By: */s/ Christopher D. Cox* |
|   | Christopher D. Cox (Admitted *Pro Hac Vice*) |
| 5 | Jessica Davidson (Admitted Pro Hac Vice) |
|   | **KIRKLAND & ELLIS LLP** |
| 6 | 601 Lexington Avenue |
|   | New York, NY 10022 |
| 7 | Telephone: (212) 446-4800 |
|   | jessica.davidson@kirkland.com |
| 8 | christopher.cox@kirkland.com |

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## **ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 12, 2026                               By: */s/ Ellyn Hurd*
                                                        Ellyn Hurd

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 13, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge