RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br><br>*E.C. v. UBER TECHNOLOGIES, INC., et al.*, 3:26-cv-01873-CRB | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 4, 2026.

///

///

///

CASE NO. 3:23-md-03084-CRB            1            NOTICE OF FILING OF NEW ACTION

| | |
|---|---|
| Dated: March 13, 2026 | Respectfully submitted, |
| | By: */s/ Rachel B. Abrams* <br> RACHEL B. ABRAMS (Cal Bar No. 209316) <br> ADAM B. WOLF (Cal Bar No. 215914) <br> **Peiffer Wolf Carr Kane Conway & Wise, LLP** <br> 555 Montgomery Street, Suite 820 <br> San Francisco, CA 94111 <br> Telephone: 415.766.3544 <br> Facsimile: 415.840.9435 <br> Email: rabrams@peifferwolf.com <br>         awolf@peifferwolf.com |
| | TIFFANY R. ELLIS (*Admitted PHV*) <br> **Peiffer Wolf Carr Kane Conway & Wise, LLP** <br> 15 E. Baltimore Ave. <br> Detroit, MI 48202 <br> Telephone: 313.210.1559 <br> Facsimile: 415.840.9435 <br> Email: tellis@peifferwolf.com |
| | *Counsel for Plaintiff* |

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams