1  [Submitting Counsel Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| This Document Relates to: *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO FILE RESPONSES TO CERTAIN ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed: March 11, 2026<br>Trial Date: April 13, 2026 |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| WHB 823,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  TBD |
|---|---|

1    WHEREAS, on March 10, 2026, the parties filed certain Administrative Motions to
2    Consider Whether Another Party's Material Should Be Filed Under Seal [Dkts. 5464, 5466, 5470,
3    and 5473], which addressed motion papers that include voluminous exhibits.
4    WHEREAS, the parties agree that extensions until March 24, 2026 of the default March 17,
5    2026 deadlines for the parties to file statements in response to the various Administrative Motions
6    to Consider Whether Another Party's Materials Should be Sealed [Dkts. 5464, 5466, 5470, and
7    5473] are necessary for both Uber and plaintiff to review the exhibits for sealable information and
8    prepare sealing papers.
9    WHEREAS, the Court has extended other deadlines in the case, but not these ones.
10   WHEREAS, the requested extensions will have no bearing of the rest of the case schedule.
11   THEREFORE, the parties respectfully request the Court enter the parties' stipulation
12   extending the parties' deadlines to file statements in response to the Administrative Motions to
13   Consider Whether Another Party's Materials Should be Sealed [Dkts. 5464, 5466, 5470, and 5473]
14   until March 24, 2026.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: March 11, 2026 | Respectfully submitted, |
| 2 | | By: */s/ Laura Vartain Horn* |
| 3 | | KIRKLAND & ELLIS LLP |
| 4 | | Laura Vartain Horn (SBN 258485)<br>laura.vartain@kirkland.com |
| 5 | | 555 California Street<br>San Francisco, CA 94104 |
| 6 | | Telephone: (415) 439-1400 |
| 7 | | Allison M. Brown (*Admitted Pro Hac Vice*)<br>alli.brown@kirkland.com |
| 8 | | 2005 Market Street, Suite 1000<br>Philadelphia, PA 19103 |
| 9 | | Telephone: (215) 268-5000 |
| 10 | | Jessica Davidson (*Admitted Pro Hac Vice*)<br>jessica.davidson@kirkland.com |
| 11 | | 601 Lexington Avenue New York, NY 10022<br>Telephone: (212) 446-4800 |
| 12 | | *Attorneys for Defendants* |
| 13 | | UBER TECHNOLOGIES, INC.,<br>RASIER, LLC, and RASIER-CA, LLC |

- 3 -

STIPULATION TO EXTEND DEADLINES
CASE NO. 3:23-MD-03084-CRB

| | | |
|---|---|---|
| 1 | Dated: March 11, 2026 | /s/ Andrew R. Kaufman |

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
       akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
       awolf@peifferwolf.com
       scraig@peifferwolf.com

ROOPAL P. LUHANA (*Admitted Pro Hac Vice*)
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com


*Co-Lead Counsel for Plaintiffs*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: March 11, 2026

*/s/ Laura Vartain Horn*
LAURA VARTAIN HORN

1 | **[PROPOSED] ORDER**

3 **IT IS SO ORDERED.**

Dated: March 13, 2026

_____
Honorable Charles R. Breyer
United States District Judge