RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.J. v. Uber Technologies, Inc., et al;*<br>3:24-cv-03240-CRB | MDL No. 3084 CRB<br><br>**MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF**<br><br>Honorable Charles R. Breyer |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW counsel for Plaintiff A.J., now deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, who respectfully moves this Court for an order substituting Jo Annah Johnson as Party Plaintiff on behalf of her deceased daughter Ashley Elizabeth Johnson.

1. Ashley Elizabeth Johnson filed an Uber passenger sexual assault lawsuit against defendants on May 30, 2024.

2. Ashley Elizabeth Johnson died on September 15, 2024.

3. Jo Annah Johnson, surviving parent of Ashley Elizabeth Johnson, is a proper party to substitute for plaintiff-decedent Ashley Elizabeth Johnson and has proper capacity to proceed with this action on behalf of her estate, pursuant to Fed. R. Civ. 25(a)(1).

4. Jo Annah Johnson was appointed Personal Representative of the estate of Ashley Elizabeth Johnson by the State of South Carolina, County of Greenville – Probate Court on March 6, 2025. *See* Exhibit 1.

5. Plaintiff filed a Suggestion of Death in MDL No. 3084 on March 11, 2026, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. *See* Exhibit 2.

6. Ashley Elizabeth Johnson's personal injury action against defendants survived her death and was not extinguished.

WHEREFORE, counsel for Plaintiff requests that this Court grant this motion for substitution as plaintiff in this action.

Dated: March 13, 2026

Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic Filing* to all CM/ECF registrants.

/s/ *Rachel B. Abrams*
Rachel B. Abrams

# EXHIBIT 1

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF GREENVILLE ) | |
| ) | **CERTIFICATE OF APPOINTMENT** |
| IN THE MATTER OF: ) | |
| **ASHLEY ELIZABETH JOHNSON** ) | CASE NUMBER: 2025ES2300169 |
| (Decedent) ) | |

This is to certify that

## JO ANNAH JOHNSON

is the duly qualified

☒ **PERSONAL REPRESENTATIVE**
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the **6th day of March, 2025**, is now in full force and effect, including authorization to receive all monies, income, principal, interest & dividends of and belonging to said estate.

**RESTRICTIONS:**

EXECUTED: March 6, 2025

*Chadwicke L. Groover*
CHADWICKE L. GROOVER   (By: LSS)
PROBATE COURT JUDGE

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103

# EXHIBIT 2

<pre>
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com
</pre>

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**SUGGESTION OF DEATH**<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*A.J. v. Uber Technologies, Inc., et al;*<br>3:24-cv-03240-CRB | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel gives notice of death of Plaintiff A.J. (Ashley Johnson) on September 15, 2024.

Dated: March 11, 2026                Respectfully submitted,

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
*Counsel for Plaintiff*

1                                        SUGGESTION OF DEATH

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2026, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Rachel B. Abrams*
Rachel B. Abrams