1  RACHEL B. ABRAMS (Cal Bar No. 209316)
   ADAM B. WOLF (Cal Bar No. 215914)
2  **Peiffer Wolf Carr Kane Conway & Wise, LLP**
   555 Montgomery Street, Suite 820
3  San Francisco, CA 94111
   Telephone: 415.766.3544
4  Facsimile: 415.840.9435
   Email: rabrams@peifferwolf.com
5  Email: awolf@peifferwolf.com

6  TIFFANY R. ELLIS (*Admitted PHV*)
   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7  2229 Trumbull St.
   Detroit, MI 48216
8  Telephone: 313.210.1559
   Facsimile: 415.840.9435
9  Email: tellis@peifferwolf.com

10 *Counsel for Plaintiff*

11

12                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13                   **SAN FRANCISCO DIVISION**

14 | IN RE: UBER TECHNOLOGIES, INC., | MDL No. 3084 CRB |
   | PASSENGER SEXUAL ASSAULT | |
15 | LITIGATION | **[PROPOSED] ORDER GRANTING** |
   | | **MOTION FOR SUBSTITUION OF PARTY** |
16 | | **PLAINTIFF** |

17 This Document Relates to:       Honorable Charles R. Breyer

18 *A.J. v. Uber Technologies, Inc., et al;*
   *3:24-cv-03240-CRB*
19

20        The Court, after considering the Plaintiff's Motion to Substitute Parties as well as any

21 responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Jo

22 Annah Johnson, as a surviving parent of A.J., is substituted for Plaintiff A.J., in the above

23

24 captioned cause.

25 **IT IS SO ORDERED.**

26

27 Dated: _____        _____
                                HON. CHARLES R. BREYER
28                              United States District Court Judge