# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____
IN RE: UBER TECHNOLOGIES,           )
INC., PASSENGER SEXUAL ASSAULT      ) MDL No. 3084 CRB
LITIGATION                          )
_____)
_____/


LCHB128 v. Uber Technologies, Inc., et al.
Case No. 3:24-cv-07019-CRB
A.R. v. Uber Technologies, Inc., et al.
Case No. 3:24-cv-07821
B.L. v. Uber Technologies, Inc., et al.,
Case No. No. 24-cv-7940
Jaylynn Dean v. Uber Technologies, Inc., et al.,
3:23-cv-06708
WHB 832 v. Uber Technologies, Inc., et al.,
3:24-cv-04900
_____/


HIGHLY CONFIDENTIAL
UNDER PROTECTIVE ORDER


VIDEOTAPED DEPOSITION OF GREG BROWN, VOL. II -
WAVE 1 PLAINTIFFS' 30(b)(6) DEPOSITION OF UBER
TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC,
(TOPICS 4A-D, 6A-G, 7A-D, 8A-N, 9A-E, 10A, B, C, E,
AND F)


August 26, 2025
7:40 a.m. Pacific Standard Time


Reported by:  Renee Ogden, RPR, California CSR #14485

 1      that.  We can just go right to 282B, the trip log.
 2                MARKED FOR IDENTIFICATION:
 3                DEPOSITION EXHIBIT 1970
 4                Richardson Feedback Tags
 5                9:14 a.m.
 6   BY ATTORNEY PETERS:
 7   Q.  Do you recognize this exhibit, 282B, which will be
 8       1970, as the trip log which includes the feedback
 9       tag for all the trips that Mr. Richardson gave on
10       the Uber platform up until the time of the
11       incident?
12   A.  Yes, I do.
13            ATTORNEY PETERS:  Let's go ahead and
14       filter using Column G for those trips that have a
15       driver rating of one star.  Dianne, if you don't
16       mind, just so we can clean this up a little bit,
17       hiding Column A, C, and E.  Thank you.
18   BY ATTORNEY PETERS:
19   Q.  Do you see that we are now looking at a kind of
20       pared-down list that gives us in Column B the date
21       of each trip and the time of each trip, along with
22       in Column G, the rating that the rider gave for
23       those trips?  And, again, this is just the one-star
24       trip.  And then in Column I any rating tags that
25       came with those trips?

```
 1   A.   Yes, I do.
 2   Q.   Again, in the five -- this is just looking at the
 3        five months -- less than five months that
 4        Mr. Richardson was driving on the Uber platform,
 5        from his start time with Uber until the subject
 6        incident.
 7             And there were six one-star ratings that
 8        he received during that time, right?
 9   A.   Yes, that's my understanding.
10   Q.   They are in reverse chronological order.  So the
11        one at the bottom of this list is the first one,
12        December 6, 2018, right?
13   A.   That's my understanding.
14   Q.   He had -- again, we just looked at, he on-boarded
15        in November of 2018, so this is within his first
16        month of his time driving with Uber that he gets a
17        one-star rating, right?
18   A.   Yes.
19   Q.   That's at 11:06:00 p.m., so a nighttime trip,
20        right?
21   A.   Yes, I believe this trip would have been at
22        11:06 p.m.
23   Q.   When Uber got that one-star rating from a rider who
24        rode with Mr. Richardson at 11:06, it knew that
25        one-star ratings were associated with a higher risk
```

Greg Brown Volume II Highly Confidential
August 26, 2025

```
 1        Uber Sexual Assaults Trends and Correlates document
 2        from July 12, 2017.
 3                  Do you see that?
 4   A.   I do.
 5   Q.   Then going to Page 11 of the PDF, which is --
 6        perfect -- this page titled "One-Star Rating" says
 7        in the summary section, "Sexual assault caused by
 8        drivers are nearly three times more likely to be
 9        caused by a driver with a one-star rate greater
10        than the mean and" -- I'll just stop there.
11                  Do you see that?
12   A.   I do see that written in this document here.
13   Q.   Uber had this analysis in its possession before it
14        received a one-star rating in the first month that
15        Mr. Richardson was driving for Uber, right?
16   A.   Without being able to speak to the specifics about
17        this analysis and whether or not it was done in a
18        sound manner, I do believe this document was
19        created prior to the subject incident.
20                  ATTORNEY PETERS:  Let's take that down,
21        please.  Go back to Exhibit 1970.
22   BY ATTORNEY PETERS:
23   Q.   When this rider left that one-star rating for
24        Mr. Richardson, that was a -- something that the
25        rider can do at the end of the trip, right?
```

```
 1   A.   That's correct.  That's when the rating screen
 2        appears for the rider.
 3   Q.   When the rider selects a lower rating than five
 4        stars, the rider is given a menu of different
 5        options that he or she can select from to tag the
 6        reason for that low rating, right?
 7   A.   That is correct.
 8   Q.   Back in 2018, the rider was not forced to choose a
 9        tag, right?
10   A.   That's my understanding.  I think that has changed
11        and evolved over time as far as whether those
12        feedback tags are compulsory when selecting a star
13        rating less than five stars.
14   Q.   Regardless of time period, there has never been on
15        the options of tags that can be selected, there has
16        never been a tag for sexual assault or sexual
17        misconduct, right?
18   A.   My understanding is that there has never been a tag
19        for sexual assault or sexual misconduct as part of
20        the feedback tags program.
21   Q.   Right.  And so when this rider left this one-star
22        rating -- first of all, that's the lowest rating
23        somebody can leave, right?
24   A.   That's correct.
25   Q.   Did Uber follow up on that rating and ask any
```

```
 1      basis of a one-star rating alone.
 2  Q.  And if we go one line up from there, about one
 3      month later, January 14th, 2019, Uber received
 4      another one-star rating for Mr. Richardson, right?
 5  A.  Yes.
 6  Q.  And that one was tagged with the word "other,"
 7      right?
 8  A.  Yes, I believe so.
 9  Q.  And that might indicate to Uber that whatever that
10      rider is complaining about, with the one-star
11      rating, is not something that is on the menu of
12      options, right?
13  A.  I think that is implied by the word "other," yes.
14  Q.  And, again, something that is not on the menu is
15      sexual assault and sexual misconduct, right?
16  A.  That's correct.  That's not one of the feedback
17      tags.
18  Q.  Did Uber ask any questions of this rider about what
19      was the reason for the one-star rating with the
20      word "other"?
21  A.  No, there would not have been a follow-up on the
22      basis of the feedback tag being selected in the
23      one-star rating without an accompanying report.
24  Q.  And feel free to just respond "no" so we can get
25      through this a little quicker.
```

 1               Going to the third item, within only
 2      another month after that January one-star rating,
 3      Uber got another one-star rating in February of
 4      2019 for Mr. Richardson, right?
 5   A. It does look like there was another trip in
 6      February with the one-star rating.
 7   Q. That trip was -- that feedback was tagged with the
 8      word "professionalism" as the reason for the
 9      one-star rating, right?
10   A. Yes, I see that here.
11   Q. And Uber -- when Uber analyzed the different
12      ratings tags in 2019, it learned that the tags
13      "professionalism, comfort, and conversation" are
14      more likely to result in a sexual assault or sexual
15      misconduct ticket than other tags, right?
16   A. I can't speak to the specifics of the analysis.  We
17      looked at a deck that talks about that.  But I'm
18      not familiar with the analysis or the conclusions
19      in order to support whether or not that's an
20      accurate assessment.
21   Q. Sure.
22               And without asking you to support or get
23      into whether it's an accurate assessment, you have
24      seen we looked at an Uber document that describes
25      the tag "professionalism" being one that is more

```
 1        likely to result in a sexual assault or a sexual
 2        misconduct ticket than other tags, right?
 3                 ATTORNEY LEVY:  Object to form and
 4        foundation and scope with this witness.
 5   A.   Again, I don't feel like I can answer that
 6        question.  I have seen the deck that does talk
 7        about the "professionalism" tag and propensity of
 8        incidents, but I'm not sure whether or not that
 9        analysis or the interpretation of the deck should
10        be trusted.
11   BY ATTORNEY PETERS:
12   Q.   All right.  Well, I was trying to shortcut it, but
13        let's go back to Tab 252, which is Exhibit 1932.
14                 Again, this is from the U.S. and Canada
15        safety product monthly presentation by Uber.  And
16        then if we go to Bates number ending in 5121 and
17        zoom in.  Just go down to the -- if we go down and
18        blow up the very, very bottom right-hand tiny print
19        that says, "Based on trips between January and June
20        from all drivers that have at least 50 completed
21        trips before June 30, 2018."
22                 Do you see that?
23   A.   I do.
24   Q.   Do you see that the analysis that Uber was doing
25        here was one based on trips completed by June 30th
```

Greg Brown Volume II Highly Confidential
August 26, 2025

```
 1      of 2018?
 2   A. I do see that.
 3   Q. 2018 is before 2019, obviously, when the ratings --
 4      the one-star ratings are coming in for
 5      Mr. Richardson right?
 6   A. Yes.
 7   Q. This analysis, if we look at the first bullet
 8      point, says, "The professionalism, comfort, and
 9      conversation tags are more likely to result in a
10      sexual assault or sexual misconduct ticket than
11      others."
12                Right?
13   A. Again, that's what this bullet says, but I don't
14      feel well positioned to speak to the analysis or
15      the accuracy of these conclusions in this deck.
16   Q. Sure.
17                And I'm not asking you about the
18      accuracy of the conclusions.  I'm asking you to
19      confirm that this Uber document, which is based on
20      an analysis done of trips prior to June of 2018,
21      states, "The more professionalism, comfort,
22      conversation, other tags per trip rate the driver
23      has, the more likely the driver will receive
24      another sexual assault and sexual misconduct ticket
25      in the following 10 to 30 trips."
```

```
 1              ATTORNEY LEVY:  Again, object to the
 2       scope for this witness and the form.
 3              You can answer again.
 4   A.  I see that it does state that, as you just read it,
 5       here in this deck.
 6   BY ATTORNEY PETERS:
 7   Q.  Then zooming in on the bar chart to the right.
 8              Again, based on the analysis of trips
 9       before June 30, 2018, this Uber's document states
10       that "The driver's probability of receiving a
11       sexual assault/sexual misconduct report in the next
12       30 trips after receiving one single trip with a
13       one- to four-star rating and professionalism,
14       comfort, or conversation tag" -- looking at the
15       bottom middle -- "is nearly .20 percent."
16              Do you see that?
17   A.  I see that referenced in this bar chart with the
18       same caveats that I'm not familiar with this data
19       or this analysis.
20   Q.  After receiving the -- again, just within the first
21       few months of Mr. Richardson's time with Uber, the
22       third one-star rating, this time with a
23       professionalism tag, Uber, again, did not reach out
24       to the rider to find out more about the reason for
25       that one-star rating and the professionalism tag,
```

Greg Brown Volume II Highly Confidential
August 26, 2025

1       happen at night and in the wee morning hours are
2       associated with more drinking and more risks,
3       right?
4   A.  As a general matter, I am aware of the potential
5       risk factors associated with late trips and the
6       effects of alcohol, as you just mentioned.
7   Q.  This rider who had a trip at 4:38 a.m. on the 25th
8       with Mr. Richardson selected a rating tag "other,"
9       right?
10  A.  I believe so, yes.
11  Q.  That's, again, indicating that whatever that rider
12      is upset about is something that was not on Uber's
13      menu, right?
14  A.  I think that's an interpretation of the word
15      "other," yes.
16  Q.  Again, one of the things that is not on the menu is
17      sexual misconduct, right?
18  A.  Right.  That's not one of the feedback tags.  We
19      would, of course, encourage users to report any
20      issues involving sexual assault, sexual misconduct,
21      or other safety issues through one of our support
22      channels.
23              ATTORNEY PETERS:  I'm going to object as
24      nonresponsive and direct you back to my question.
25

```
 1        immediately safety lock this account and remove the
 2        driver from the platform?
 3   A.   It did.
 4   Q.   Next I want to move to the AR case with the driver
 5        who is Michael Le.  Do you recall giving testimony
 6        about that matter?
 7   A.   I do.
 8   Q.   And back to the star rating topic.  You were asked
 9        by counsel about the fact that Mr. Le had a total
10        of 12 one-star ratings at the time of the subject
11        trip.  Do you recall that testimony?
12   A.   Yes, I do.
13   Q.   What you weren't asked is how many total trips had
14        Mr. Le completed as of the time of the subject
15        trip.  What is the answer to that question?
16   A.   4199 total completed rides.
17   Q.   You were also not asked how many five-star ratings
18        Mr. Le had as of the time of the subject trip.
19        What is the answer to that?
20   A.   Mr. Le had received 110 five-star ratings.
21   Q.   What was Mr. Le's overall rating as of the time of
22        the subject trip with AR?
23   A.   It was 4.96 rated over the last 500 -- over the
24        last 500 rated trips.
25   Q.   I'm moving to WHB832, the driver Jeffery
```

Greg Brown Volume II Highly Confidential
August 26, 2025

```
 1       Richardson.  Again, you were pointed to the fact
 2       that Mr. Richardson had received a total of six
 3       one-star ratings as of the time of the subject
 4       incident with a WHB832.  Do you recall?
 5   A.  I do.
 6   Q.  How many total trips had Mr. Richardson completed
 7       as of the time of the subject ride occurred?
 8   A.  Mr. Richardson had completed 1058 total trips at
 9       the time of subject trip.
10   Q.  Out of 1057 trips, how many of those did riders
11       rate him five stars?
12   A.  668.
13   Q.  Can you tell the jury as of the time of the subject
14       trip, what was Mr. Richardson's average rating?
15   A.  It was 4.94 over the last 500 rated trips.
16   Q.  Now, with respect to this driver, Mr. Richardson,
17       you were also asked questions suggesting that this
18       driver frequently chose to drive at nighttime.
19              Do you recall those questions?
20   A.  I do.
21   Q.  Is it a problem in your perspective that drivers
22       choose to drive at nighttime?
23              ATTORNEY PETERS:  Object to form.
24   A.  It's not a problem in my view.
25   BY ATTORNEY LEVY:
```

Greg Brown Volume II Highly Confidential
August 26, 2025

```
 1                  REPORTER'S CERTIFICATE
 2
 3            I, RENEE J. OGDEN, shorthand reporter
 4       CA CSR No. 14485, do hereby certify that the
 5       witness whose deposition is hereinbefore set
 6       forth was sworn by agreement of all parties,
 7       that the proceedings were reported
 8       stenographically by me, and that this
 9       transcript is a true, correct, and full
10       record of the testimony given.
11
12            I further certify that I am not related
13       to any of the parties to this action by blood
14       or by  marriage, and that I am in no way
15       interested in the outcome of this matter.
16
17            IN WITNESS WHEREOF, I have hereunto set
18       my hand on August 28, 2025.
19
20
21
22
23       _____
24       Renee J. Ogden, CA CSR No. 14485
25
```

U.S. Legal Support | www.uslegalsupport.com