# EXHIBIT 2

# UBER_JCCP_MDL_000454790

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Akamine, Mike;Baker, Matthew;Brown, Greg;Faiz, Bushra;Freivogel, Cory;Hasbun, Andrew;Kansal, Sachin;Luu, Jenny;Muehrcke, Susan;Pimentel, Andi;Sheridan, Danielle;Shuping, Valerie;Silver, Nick | SEMANTIC |
| **All Paths** | Akamine, Mike: \Akamine, Mike\EDISCO-23471_mike.akamine@uber.com_18.zip; Akamine, Mike: \Akamine, Mike\EDISCO-23471_mike.akamine@uber.com_18.zip; Akamine, Mike: \JCCP_Drive001\JCCP_Drive001_16.zip; Akamine, Mike: \JCCP_Drive001\JCCP_Drive001_16.zip; Baker, Matthew: \JCCP-EDISCO-23800_2021_JulyToSep\JCCP-EDISCO-23800_2021_JulyToSep_4.zip; Baker, Matthew: \JCCP-EDISCO-23800_2021_JulyToSep\JCCP-EDISCO-23800_2021_JulyToSep_4.zip; Brown, Greg: \Drive_003_002_Drive003_001\JCCP_Drive003_001\JCCP_Drive003_001_14.zip; Brown, Greg: \Drive_003_002_Drive003_001\JCCP_Drive003_001\JCCP_Drive003_001_14.zip; Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_77.zip; Faiz, Bushra: \EDISCO-25937_bushra.faiz@uber.com,abbied@uber.com\EDISCO-25937_bushra.faiz@uber.com_abbied@uber.com_77.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2021_JulyToSep\JCCP-EDISCO-23800_2021_JulyToSep_4.zip; Freivogel, Cory: \JCCP-EDISCO-23800_2021_JulyToSep\JCCP-EDISCO-23800_2021_JulyToSep_4.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_21.zip; Hasbun, Andrew: \EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com\EDISCO-25937_andrew.hasbun@uber.com_mat@uber.com_meghan@uber.com_21.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_49.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_49.zip; Luu, Jenny: \EDISCO-25695_DR01\EDISCO-25695_DR01_13.zip; Luu, Jenny: \EDISCO-25695_DR01\EDISCO-25695_DR01_13.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_23.zip; Muehrcke, Susan: \EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com\EDISCO-25937_smuehrcke@uber.com_david.richter@uber.com_rachelw@uber.com_23.zip; Pimentel, Andi: \JCCP_DRIVE006\JCCP_DRIVE006_18.zip; Pimentel, Andi: \JCCP_DRIVE006\JCCP_DRIVE006_18.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2021_JulyToSep\JCCP-EDISCO-23800_2021_JulyToSep_4.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2021_JulyToSep\JCCP-EDISCO-23800_2021_JulyToSep_4.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_0.zip; Shuping, Valerie: \EDISCO-25493_valerie.shuping@uber.com\EDISCO-25493_valerie.shuping@uber.com_0.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_35.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_35.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000454790 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 05/01/2019 7:21 pm | SEMANTIC |
| **Date Modified** | 09/23/2021 5:28 am | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000455147 | SEMANTIC |
| **File Size** | 83386977 | SEMANTIC |
| **Filename** | US&C -- Safety Product Monthly Sync_1CLegLoOPzD6iLg23ESE9g86VctsshI3fq0VJx3NXOwQ.pptx | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000454790;UBER_JCCP_MDL_000454791;UBER_JCCP_MDL_000454792;UBER_JCCP_MDL_000454793;UBER_JCCP_MDL_000454794;UBER_JCCP_MDL_000454795;UBER_JCCP_MDL_000454796;UBER_JCCP_MDL_000454797;UBER_JCCP_MDL_000454798;UBER_JCCP_MDL_000454799;UBER_JCCP_MDL_000454800;UBER_JCCP_MDL_000454801;UBER_JCCP_MDL_000454802;UBER_JCCP_MDL_000454803;UBER_JCCP_MDL_000454804;UBER_JCCP_MDL_000454805;UBER_JCCP_MDL_000454806;UBER_JCCP_MDL_000454807;UBER_JCCP_MDL_000454808;UBER_JCCP_MDL_000454809;UBER_JCCP_MDL_000454810;UBER_JCCP_MDL_000454811;UBER_JCCP_MDL_000454812;UBER_JCCP_MDL_000454813;UBER_JCCP_MDL_000454814;UBER_JCCP_MDL_000454815;UBER_JCCP_MDL_000454816;UBER_JCCP_MDL_000454817;UBER_JCCP_MDL_000454818;UBER_JCCP_MDL_000454819;UBER_JCCP_MDL_000454820;UBER_JCCP_MDL_000454821;UBER_JCCP_MDL_000454822;UBER_JCCP_MDL_000454823;UBER_JCCP_MDL_000454824;UBER_JCCP_MDL_000454825;UBER_JCCP_MDL_000454826;UBER_JCCP_MDL_000454827;UBER_JCCP_MDL_000454828;UBER_JCCP_MDL_000454829;UBER_JCCP_MDL_000454830;UBER_JCCP_MDL_000454831;UBER_JCCP_MDL_000454832;UBER_JCCP_MDL_000454833;UBER_JCCP_MDL_000454834;UBER_ | SEMANTIC |



CONFIDENTIAL

**UBER_JCCP_MDL_000454790**
UBER_JCCP_MDL_000454790

## Product Ask #4
## Feedback Tags: Why This Matters

- The **"professionalism," "comfort," and "conversation," tags** are more likely to result in an SA/SM ticket than others.

- The more Professionalism/Comfort/Conversation/Other tag per trip rate driver has, **the more likely the driver will receive another SA/SM ticket** in following 10-30 trips.

- Driver deactivation policy based feedback tags could **prevent about 0.27%~0.45% of IPC/SA incidents** when blocking 0.1% of trips.



Driver's probability of receiving a sexual assault / sexual misconduct report in the next 30 trips after receiving 1 single trip with a 1-4 star rating and...

*Based on trips between Jan and Jun from all drivers that have at least 50 completed trips before Jun 30th 2018.*

CONFIDENTIAL

**UBER_JCCP_MDL_000455121**
UBER_JCCP_MDL_000455121