# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF MR. RICHARDSON'S ONE-STAR REVIEWS** |
| This Document Relates to:<br><br>*WHB 832 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Judge:    Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge:    Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

| | |
|---|---|
| WHB 832,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  501 |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
EVIDENCE OF MR. RICHARDSON'S ONE-STAR REVIEWS
Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion in Limine to Exclude Evidence of Mr. Richardson's One-Star Reviews and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is GRANTED. Accordingly, all evidence on matters discussed in Defendants' Motion is hereby excluded from any trial of this matter.

**IT IS SO ORDERED.**

DATED:_____    By:_____
                                  CHARLES R BREYER
                                  United States District Judge