# EXHIBIT A

CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 397 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05864-CRB | Case 3:23-cv-03084-CRB<br>MDL No. 3084<br><br>Honorable Charles R. Breyer<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF JANE DOE LS 397**<br><br>Date:      March 2, 2026<br>Time:      12:30 p.m. PT<br>Location:  Evans Fears Schuttert McNulty Mickus<br>           6720 Via Austi Parkway, Suite 300<br>           Las Vegas, NV  89119 |

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, and for all purposes allowed by applicable state and federal law, defendant Uber Technologies, Inc. will take the deposition upon oral examination of Plantiff Jane Doe LS 397, beginning at 12:30 p.m. PDT on March 2, 2026, 2026 at Evans Fears Schutter McNulty Mickus, 6720 Via Austi Parkway, Suite 300, Las Vegas, NV 89119, before a certified court

1

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF JANE DOE LS 397
Case No.: 3:23-cv-03084-CRB

reporter and videographer provided by Veritext, LLC. The deposition examination may continue from day to day, excluding weekends and holidays, until completed.

Pursuant to Rule 28 of the Federal Rules of Civil Procedure, the deposition shall be recorded stenographically and by video before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. This deposition shall take place in-person. The deposition will continue from day to day until competed as permitted by the Federal Rules of Civil Procedure, subject only to any applicable limitations order by the Court in this litigation.

A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is shown on the accompanying Proof of Service.

Dated: February 11, 2026          **SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON

**SHOOK, HARDY & BACON L.L.P**.
ALYCIA A. DEGEN
MICHAEL B. SHORTNACY
PATRICK L. OOT, JR.
CHRISTOPHER V. COTTON

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address 2555 Grand Blvd., Kansas City, MO 64108. My email address is lmwilliams@shb.com.  On the date shown below I served the following document(s):

- **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF JANE DOE LS 397**

on the interested parties named herein and in the manner indicated below:

| Parties | Representatives |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*Jane Doe LS 397 v. Uber Technologies, Inc., et al* | William A. Levin (SBN 98592)<br>Laurel L. Simes (SBN 134637)<br>David M. Grimes (SBN 324292)<br>Samira J. Bokaie (SBN 332782)<br>LEVIN SIMES LLP<br>1700 Montgomery Street, Suite 250<br>San Francisco, California 94111<br>Telephone: (415) 426-3000<br>Facsimile: (415) 426-3001<br>Email: wlevin@levinsimes.com<br>Email: llsimes@levinsimes.com<br>Email: dgrimes@levinsimes.com<br>Email: sbokaie@levinsimes.com |

☒ **E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the above documents to be sent to the person at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2026.

_____
LaKasiha Williams

3
DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF JANE DOE LS 397
Case No.: 3:23-cv-03084-CRB

# SERVICE LIST
*(Jane Doe LS 397 vs. Uber Technologies, Inc., et al.)*
Case No. 3:24-cv-05864-CRB

William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com

**Attorneys for Plaintiff**

5

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF JANE DOE LS 397
Case No.: 3:23-cv-03084-CRB