# EXHIBIT B

1  CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
2  ccotton@shb.com
   **SHOOK, HARDY & BACON L.L.P.**
3  2555 Grand Boulevard
   Kansas City, MO 64108
4  Telephone: (816) 474-6550
   Facsimile: (816) 421-5547
5

6  *Attorney for Defendants*
   UBER TECHNOLOGIES, INC.,
7  RASIER, LLC, and RASIER-CA, LLC

8  *[Additional Counsel Listed on Signature Page]*

9                **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

13 IN RE: UBER TECHNOLOGIES, INC.,    Case 3:23-cv-03084-CRB
   PASSENGER SEXUAL ASSAULT           MDL No. 3084
14 LITIGATION

15                                     Honorable Charles R. Breyer

16                                     **DEFENDANT UBER TECHNOLOGIES,
                                       INC.'S NOTICE TO TAKE VIDEOTAPED
17 This Document Relates to:          DEPOSITION OF PLAINTIFF A.E.**

18 *A.E. v. Uber Technologies, Inc., et al.*,   Date:       March 3, 2026
19 No. 3:25-cv-07668-CRB              Time:       1:00PM PT
                                       Location:   Evans Fears Schuttert McNulty
20                                                 Mickus
                                                   6720 Via Austi Parkway, Suite 300
21                                                 Las Vegas, NV  89119

22

23     PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil

24 Procedure, and for all purposes allowed by applicable state and federal law, defendant Uber

25 Technologies, Inc. will take the deposition upon oral examination of Plaintiff A.E., beginning

26 at 1:00 p.m. PT on March 3, 2026 at Evans Fears Schutter McNulty Mickus, 6720 Via Austi

27 Parkway, Suite 300, Las Vegas, NV 89119, before a certified court reporter and videographer

28

                                          1
DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
                                                              PLAINTIFF A.E.
                                                 Case No.: 3:23-cv-03084-CRB

1   provided by Veritext, LLC.  The deposition examination may continue from day to day,

2   excluding weekends and holidays, until completed.

3          Pursuant to Rule 28 of the Federal Rules of Civil Procedure, the deposition shall be

4   recorded stenographically and by video before a person duly authorized to administer oaths

5   who is not counsel of record or interested in the events of this case.  This deposition shall take

6   place in-person.  The deposition will continue from day to day until competed as permitted by

7   the Federal Rules of Civil Procedure, subject only to any applicable limitations order by the

8   Court in this litigation.

9          A list of all parties or attorneys for parties on whom this Notice of Deposition is being

10  served is shown on the accompanying Proof of Service.

11

12  Dated: February 11, 2026                    **SHOOK, HARDY & BACON L.L.P.**

13

14                                               By: */s/ Christopher V. Cotton*

15                                               CHRISTOPHER V. COTTON

16                                               **SHOOK, HARDY & BACON L.L.P**.
                                                 ALYCIA A. DEGEN
17                                               MICHAEL B. SHORTNACY
                                                 PATRICK L. OOT, JR.
18                                               CHRISTOPHER V. COTTON

19                                               *Attorneys for Defendants*
20                                               UBER TECHNOLOGIES, INC.,
                                                 RASIER, LLC, and RASIER-CA, LLC
21

22

23

24

25

26

27                                           2

**PROOF OF SERVICE**

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address 2555 Grand Blvd., Kansas City, MO 64108. My email address is lmwilliams@shb.com. On the date shown below I served the following document(s):

- **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF A.E.**

on the interested parties named herein and in the manner indicated below:

| Parties | Representatives |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*A.E. v. Uber Technologies, Inc., et al* | DENNIS C. REICH, ESQ. (SBN #69631)<br>ANDREW HOLCOMB<br>Reich and Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, Texas 77027<br>Tel: 713.622.7271<br>Fax: 713.623.8724<br>Email: dreich@reichandbinstock.com<br>Email: aholcomb@reichandbinstock.com |

☒ **E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the above documents to be sent to the person at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2026.

_____
LaKasiha Williams

3
DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF PLAINTIFF A.E.
Case No.: 3:23-cv-03084-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**
*(A.E. vs. Uber Technologies, Inc., et al.)*
Case No. 3:23-cv-05930


DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

**Attorneys for Plaintiff**

4

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF A.E.
Case No.: 3:23-cv-03084-CRB