# EXHIBIT E

1   CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
    ccotton@shb.com
2   **SHOOK, HARDY & BACON L.L.P.**
3   2555 Grand Boulevard
    Kansas City, MO 64108
4   Telephone: (816) 474-6550
    Facsimile: (816) 421-5547
5

6   *Attorney for Defendants*
    UBER TECHNOLOGIES, INC.,
7   RASIER, LLC, and RASIER-CA, LLC

8   *[Additional Counsel Listed on Signature Page]*

9                  **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN FRANCISCO DIVISION**

12

13  IN RE: UBER TECHNOLOGIES, INC.,   Case 3:23-cv-03084-CRB
    PASSENGER SEXUAL ASSAULT          MDL No. 3084
14  LITIGATION

15                                    Honorable Charles R. Breyer

16                                    **DEFENDANT UBER TECHNOLOGIES,
                                      INC.'S NOTICE TO TAKE VIDEOTAPED
17  This Document Relates to:         DEPOSITION OF PLAINTIFF JANE DOE
                                      LS 333**
18
    *Jane Doe LS 333 v. Uber Technologies,*   Date:        March 6, 2026
19  *Inc., et al.*, No. 3:23-cv-05930-CRB      Time:        9:30 AM MT
                                      Location:    Colorado Springs Marriot
20                                                 550 Tech Center Drive
                                                   Colorado Springs, CO 80919
21

22

23          PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil

24  Procedure, and for all purposes allowed by applicable state and federal law, defendant Uber

25  Technologies, Inc. will take the deposition upon oral examination of Plaintiff Jane Doe LS

26  333, beginning at 9:30 a.m. MT on March 6, 2026 at the Colorado Springs Marriot, 550 Tech

27  Center Drive, Colorado Springs, CO 80919 before a certified court reporter and videographer

28

                                                 1
    DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
                                              PLAINTIFF JANE DOE LS 333
                                                 Case No.: 3:23-cv-03084-CRB

1    provided by Veritext, LLC.  The deposition examination may continue from day to day,

2    excluding weekends and holidays, until completed.

3          Pursuant to Rule 28 of the Federal Rules of Civil Procedure, the deposition shall be

4    recorded stenographically and by video before a person duly authorized to administer oaths

5    who is not counsel of record or interested in the events of this case.  This deposition shall take

6    place in-person.  The deposition will continue from day to day until competed as permitted by

7    the Federal Rules of Civil Procedure, subject only to any applicable limitations order by the

8    Court in this litigation.

9          A list of all parties or attorneys for parties on whom this Notice of Deposition is being

10   served is shown on the accompanying Proof of Service.

11

12   Dated: February 11, 2026                    **SHOOK, HARDY & BACON L.L.P.**

13

14                                             By: */s/ Christopher V. Cotton*

15                                             CHRISTOPHER V. COTTON

16                                             **SHOOK, HARDY & BACON L.L.P**.
                                              ALYCIA A. DEGEN
17                                             MICHAEL B. SHORTNACY
                                              PATRICK L. OOT, JR.
18                                             CHRISTOPHER V. COTTON

19
                                              *Attorneys for Defendants*
20                                             UBER TECHNOLOGIES, INC.,
                                              RASIER, LLC, and RASIER-CA, LLC
21

22

23

24

25

26

27                                             2

28   DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
     PLAINTIFF JANE DOE LS 333
     Case No.: 3:23-cv-03084-CRB

## **PROOF OF SERVICE**

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address 2555 Grand Blvd., Kansas City, MO 64108. My email address is lmwilliams@shb.com. On the date shown below I served the following document(s):

- **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF JANE DOE LS 333**

on the interested parties named herein and in the manner indicated below:

| Parties | Representatives |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*Jane Doe LS 333 v. Uber Technologies, Inc., et al* | William A. Levin (SBN 98592)<br>Laurel L. Simes (SBN 134637)<br>David M. Grimes (SBN 324292)<br>Samira J. Bokaie (SBN 332782)<br>LEVIN SIMES LLP<br>1700 Montgomery Street, Suite 250<br>San Francisco, California 94111<br>Telephone: (415) 426-3000<br>Facsimile: (415) 426-3001<br>Email: wlevin@levinsimes.com<br>Email: llsimes@levinsimes.com<br>Email: dgrimes@levinsimes.com<br>Email: sbokaie@levinsimes.com |

☒ **E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the above documents to be sent to the person at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2026.

_____
LaKasiha Williams

3

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF JANE DOE LS 333
Case No.: 3:23-cv-03084-CRB

**<u>SERVICE LIST</u>**
*(Jane Doe LS 333 vs. Uber Technologies, Inc., et al.)*
Case No. 3:23-cv-05930-CRB


William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com

**Attorneys for Plaintiff**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF JANE DOE LS 333
Case No.: 3:23-cv-03084-CRB