**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR FINDINGS OF CONTEMPT & TO ENFORCE PRIOR COURT ORDERS** |
| This Document Relates to: | |
| *J.H. v. Uber Technologies., Inc., et al.*, No. 3:25-cv-05342-CRB | Judge:      Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| *R.L. v. Uber Technologies, Inc., et al*, No. 3:25-cv-05515-CRB | |
| *A.E. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-07668-CRB | |
| *Jane Doe LS 333 v. Uber Technologies, Inc. Et al.*, No. 3:23-cv-05930-CRB | |
| *Jane Doe LS 397 v. Uber Technologies, Inc. Et al.*, No. 3:24-cv-05864-CRB | |

# [PROPOSED] ORDER

Having considered Defendants' Motion to Compel Compliance with Court Orders (the "Motion"), the Court hereby FINDS and ORDERS as follows:

1.    FINDINGS OF CONTEMPT

    a.  The Court finds that Plaintiff J.H., R.L., A.E., Jane Doe LS 333, and Jane Doe LS 397 have violated this Court's February 10, 2026 Orders (ECF 5217; ECF 5218) by failing to sit for depositions as expressly ordered. Jane Doe LS 333 and Jane Doe LS 397 also violated the Court's order that they produce documents related to their fraud or a declaration explaining why such documents are not available. ECF 5217. Each Plaintiff had notice of the Court's Orders, notice of their obligations, and notice that failure to comply would result in a finding of contempt.  Each Plaintiff nonetheless failed to comply.

    b.  Each Plaintiff is therefore FOUND IN CIVIL CONTEMPT OF COURT.

2.    COMPLIANCE FINE

    a.  Unless each Plaintiff purges her contempt by fully complying with the terms and conditions of the Court's February 10 order, she must pay to the District Court a daily compliance fine of $___ per day, beginning on the date of this Order and lasting until such time as Plaintiff has purged her contempt or the court orders otherwise. Such fine shall be purged for any Plaintiff who attends the Court's previously ordered deposition.

3.    FURTHER PROCEEDINGS

    a.  Upon Plaintiff's appearance before the Court, the Court will conduct further proceedings as necessary to address compliance, deposition scheduling, and any additional sanctions warranted by Plaintiff's conduct.

[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR FINDINGS OF CONTEMPT

CASE NO. 3:23-md-03084-CRB

1    **IT IS SO ORDERED.**

2

3    Dated: _____, 2026

4                                        _____
                                         HON. CHARLES R. BREYER
5                                        United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR FINDINGS OF CONTEMPT
                                         CASE NO. 3:23-md-03084-CRB