# EXHIBIT B

CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-cv-03084-CRB<br>MDL No. 3084<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*A.E. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07668-CRB | **DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF A.E.**<br><br>Date:      March 3, 2026<br>Time:     1:00PM PT<br>Location: Evans Fears Schuttert McNulty Mickus<br>              6720 Via Austi Parkway, Suite 300<br>              Las Vegas, NV  89119 |

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, and for all purposes allowed by applicable state and federal law, defendant Uber Technologies, Inc. will take the deposition upon oral examination of Plaintiff A.E., beginning at 1:00 p.m. PT on March 3, 2026 at Evans Fears Schutter McNulty Mickus, 6720 Via Austi Parkway, Suite 300, Las Vegas, NV 89119, before a certified court reporter and videographer

1

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF PLAINTIFF A.E.
Case No.: 3:23-cv-03084-CRB

provided by Veritext, LLC.  The deposition examination may continue from day to day, excluding weekends and holidays, until completed.

Pursuant to Rule 28 of the Federal Rules of Civil Procedure, the deposition shall be recorded stenographically and by video before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.  This deposition shall take place in-person.  The deposition will continue from day to day until competed as permitted by the Federal Rules of Civil Procedure, subject only to any applicable limitations order by the Court in this litigation.

A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is shown on the accompanying Proof of Service.

Dated: February 11, 2026            **SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON

**SHOOK, HARDY & BACON L.L.P**.
ALYCIA A. DEGEN
MICHAEL B. SHORTNACY
PATRICK L. OOT, JR.
CHRISTOPHER V. COTTON

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF PLAINTIFF A.E.
Case No.: 3:23-cv-03084-CRB

# PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address 2555 Grand Blvd., Kansas City, MO 64108. My email address is lmwilliams@shb.com. On the date shown below I served the following document(s):

- **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF A.E.**

on the interested parties named herein and in the manner indicated below:

| Parties | Representatives |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*A.E. v. Uber Technologies, Inc., et al* | DENNIS C. REICH, ESQ. (SBN #69631)<br>ANDREW HOLCOMB<br>Reich and Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, Texas 77027<br>Tel: 713.622.7271<br>Fax: 713.623.8724<br>Email: dreich@reichandbinstock.com<br>Email: aholcomb@reichandbinstock.com |

☒ **E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the above documents to be sent to the person at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2026.

LaKasiha Williams

3

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF PLAINTIFF A.E.
Case No.: 3:23-cv-03084-CRB

**SERVICE LIST**
*(A.E. vs. Uber Technologies, Inc., et al.)*
Case No. 3:23-cv-05930

DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

**Attorneys for Plaintiff**

---

4
DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF A.E.
Case No.: 3:23-cv-03084-CRB