# EXHIBIT C

1  CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
2  ccotton@shb.com
   **SHOOK, HARDY & BACON L.L.P.**
3  2555 Grand Boulevard
   Kansas City, MO 64108
4  Telephone: (816) 474-6550
5  Facsimile: (816) 421-5547

6  *Attorney for Defendants*
   UBER TECHNOLOGIES, INC.,
7  RASIER, LLC, and RASIER-CA, LLC

8  *[Additional Counsel Listed on Signature Page]*

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  **SAN FRANCISCO DIVISION**

12

13  IN RE: UBER TECHNOLOGIES, INC., | Case 3:23-cv-03084-CRB
    PASSENGER SEXUAL ASSAULT      | MDL No. 3084
14  LITIGATION                     |
                                   | Honorable Charles R. Breyer
15                                 |
                                   | **DEFENDANT UBER TECHNOLOGIES,**
16                                 | **INC.'S NOTICE TO TAKE VIDEOTAPED**
                                   | **DEPOSITION OF PLAINTIFF R.L.**
17  This Document Relates to:      |
                                   | Date:     March 3, 2026
18                                 | Time:     9:30 a.m. PDT
    *R.L. v. Uber Technologies, Inc., et al.*, | Location: Evans Fears Schuttert McNulty
19  No. 3:25-cv-05515-CRB          |           Mickus
                                   |           6720 Via Austi Parkway, Suite 300
20                                 |           Las Vegas, NV  89119

21

22       PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil
23  Procedure, and for all purposes allowed by applicable state and federal law, defendant Uber
24  Technologies, Inc. will take the deposition upon oral examination of Plaintiff R.L., beginning
25  at 9:30 a.m. PDT on March 3, 2026 at Evans Fears Schutter McNulty Mickus, 6720 Via Austi
26  Parkway, Suite 300, Las Vegas, NV 89119, before a certified court reporter and videographer
27

28

1

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF R.L.
Case No.: 3:23-cv-03084-CRB

1  provided by Veritext, LLC. The deposition examination may continue from day to day,
2  excluding weekends and holidays, until completed.
3  Pursuant to Rule 28 of the Federal Rules of Civil Procedure, the deposition shall be
4  recorded stenographically and by video before a person duly authorized to administer oaths
5  who is not counsel of record or interested in the events of this case. This deposition shall take
6  place in-person. The deposition will continue from day to day until competed as permitted by
7  the Federal Rules of Civil Procedure, subject only to any applicable limitations order by the
8  Court in this litigation.
9  A list of all parties or attorneys for parties on whom this Notice of Deposition is being
10  served is shown on the accompanying Proof of Service.

12  Dated: February 11, 2026             **SHOOK, HARDY & BACON L.L.P.**

14                                       By: */s/ Christopher V. Cotton*
15                                       CHRISTOPHER V. COTTON

16                                       **SHOOK, HARDY & BACON L.L.P**.
                                         ALYCIA A. DEGEN
17                                       MICHAEL B. SHORTNACY
                                         PATRICK L. OOT, JR.
18                                       CHRISTOPHER V. COTTON

19                                       *Attorneys for Defendants*
20                                       UBER TECHNOLOGIES, INC.,
                                         RASIER, LLC, and RASIER-CA, LLC

2

DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF R.L.
Case No.: 3:23-cv-03084-CRB

# PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address 2555 Grand Blvd., Kansas City, MO 64108. My email address is lmwilliams@shb.com. On the date shown below I served the following document(s):

- **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF R.L.**

on the interested parties named herein and in the manner indicated below:

| Parties | Representatives |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*R.L. v. Uber Technologies, Inc., et al* | D. Douglas Grubbs (Admitted PHV)<br>Adam K. Pulaski (Admitted PHV)<br>PULASKI KHERKHER, PLLC<br>2925 Richmond Avenue, Ste 1725<br>Houston, TX 77098<br>Telephone: 713-664-4555<br>Facsimile: 713-664-7543<br>Email: dgrubbs@pulaskilawfirm.com<br>Email: adam@pulaskilawfirm.com |

☒ **E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the above documents to be sent to the person at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2026.

_____
LaKasiha Williams

---

3
DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF PLAINTIFF R.L.
Case No.: 3:23-cv-03084-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE TO TAKE ORAL DEPOSITION OF
PLAINTIFF R.L.
Case No.: 3:23-cv-03084-CRB

**SERVICE LIST**
*(R.L. vs. Uber Technologies, Inc., et al.)*
Case No. 3:23-cv-05930

D. Douglas Grubbs (Admitted PHV)
Adam K. Pulaski (Admitted PHV)
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

**Attorneys for Plaintiff**