UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Technologies, Inc.,*<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE AND EXHIBITS** |

Having considered Plaintiff's December 16, 2025 Administrative Motion to File Under Seal Portions of Plaintiff's Omnibus Motions in Limine and Exhibits, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Exhibit | Description of Material to Be Sealed |
|---|---|
| Portions of Plaintiff's Omnibus Motions in Limine | References to intimate aspects of Plaintiff's personal life, references to names of third parties |
| Exhibit 2 to Plaintiff's Omnibus Motions in Limine | References to Plaintiff WHB 823's name |
| Exhibit 5 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of Plaintiff WHB 823 |
| Exhibit 6 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party A.W.L. |
| Exhibit 7 to Plaintiff's Omnibus Motions in Limine | Rebuttal Report of Dr. A. Reminick |
| Exhibit 8 to Plaintiff's Omnibus Motions in Limine | Expert Report of Dr. A. Reminick |
| Exhibit 9 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000092 |
| Exhibit 10 to Plaintiff's Omnibus Motions in Limine | Supplemental deposition transcript of Plaintiff WHB 823 |
| Exhibit 11 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party M.M. |
| Exhibit 12 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party T. L. |
| Exhibit 13 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party N.Y. |
| Exhibit 14 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000081 |
| Exhibit 15 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000089 |
| Exhibit 16 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000084 |
| Exhibit 17 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. OVBHS-000001 |
| Exhibit 18 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party J.S. |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge