IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| *WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

Having considered Plaintiff's March 13, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiff's Omnibus Motions in Limine | References to information deemed confidential by Uber | Uber |
| Exhibit 3 | UBER-MDL3084-DFS00159967 | Uber |
| Exhibit 4 | Defendants' June 25, 2025 Amended Supplemental Responses to Plaintiff WHB 823's Special Interrogatories | Uber |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER RE: ADMIN MOT. TO SEAL
CASE NO. 23:MD-03084-CRB