1  [Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to: *WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | **CERTIFICATE OF SERVICE** |

I certify that on March 13, 2026 a true and correct copy of the UNSEALED/ UNREDACTED version of the following documents:

| Document | Description |
|---|---|
| Portions of Plaintiff's Omnibus Motions in Limine | Unredacted Plaintiff's Omnibus Motions in Limine |
| Exhibit 2 to Plaintiff's Omnibus Motions in Limine | Compendium of Uber Rider Records related to Plaintiff WHB 823 |
| Exhibit 3 to Plaintiff's Omnibus Motions in Limine | UBER-MDL3084-DFS00159967 |
| Exhibit 4 to Plaintiff's Omnibus Motions in Limine | Defendants' June 25, 2025 Amended Supplemental Responses to Plaintiff WHB 823's Special Interrogatories |
| Exhibit 5 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of Plaintiff WHB 823 |
| Exhibit 6 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party A.W.L. |
| Exhibit 7 to Plaintiff's Omnibus Motions in Limine | Rebuttal Report of Dr. A. Reminick |

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

| Document | Description |
|---|---|
| Exhibit 8 to Plaintiff's Omnibus Motions in Limine | Expert Report of Dr. A. Reminick |
| Exhibit 9 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000092 |
| Exhibit 10 to Plaintiff's Omnibus Motions in Limine | Supplemental deposition transcript of Plaintiff WHB 823 |
| Exhibit 11 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party M.M. |
| Exhibit 12 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party T. L. |
| Exhibit 13 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party N.Y. |
| Exhibit 14 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000081 |
| Exhibit 15 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000089 |
| Exhibit 16 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000084 |
| Exhibit 17 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. OVBHS-000001 |
| Exhibit 18 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party J.S. |

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com

| | |
|---|---|
| 1 | Laura Vartain |
| 2 | laura.vartain@kirkland.com |
| | Kristen Fournier |
| 3 | kristen.fournier@kirkland.com |
| | Alexandra Caritis |
| 4 | alexandra.caritis@kirkland.com |
| | Libby Marden |
| 5 | libby.marden@kirkland.com |
| 6 | Geoffrey Wyatt |
| | geoffrey.wyatt@kirkland.com |
| 7 | Beth Larsen |
| | beth.larsen@kirkland.com |
| 8 | |
| 9 | **O'Melveny and Meyers LLP** |
| | Sabrina Strong |
| 10 | sstrong@omm.com |
| | Jonathan Schneller |
| 11 | jschneller@omm.com |
| | Joshua Revesz |
| 12 | jrevesz@omm.com |
| | Louis Fisher |
| 13 | lfisher@omm.com |
| 14 | |
| | **Shook, Hardy & Bacon LLP** |
| 15 | Michael B. Shortnacy |
| | mshortnacy@shb.com |
| 16 | Patrick L. Oot, Jr. |
| | oot@shb.com |
| 17 | Christopher V. Cotton |
| 18 | ccotton@shb.com |
| | Alycia A. Degen |
| 19 | adegen@shb.com |
| | Veronica Gromada |
| 20 | vgromada@shb.com |
| 21 | |
| | Service Email |
| 22 | UBERMDLSERVICE@LISTSERV.SHB.COM |
| 23 | |
| | *Attorneys for Defendants* |
| 24 | UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |

25  ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced
26  document(s) to be sent in electronic PDF format as an attachment to an
    email addressed to the person(s) on whom such document(s) is/are to be served at
27  the email address(es) shown above, as last given by that person(s) or as obtained
    from an internet website(s) relating to such person(s), and I did not receive an email
28  response upon sending such email indicating that such email was not delivered.

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 13, 2026.

By: */s /Roopal P. Luhana*
Roopal P. Luhana