IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Technologies, Inc.,*<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ROOPAL P. LUHANA, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE**<br><br>Judge: Honorable Charles R. Breyer |

1  I, Roopal P. Luhana, hereby declare as follows:

2  1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New

3  York and duly admitted to practice before this Court, representing Plaintiffs in the above captioned

4  action.

5  2. I submit this declaration in support of Plaintiff's Motions in Limine.

6  3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Jaylynn

7  Dean v. Uber Techs. Trial Transcript.

8  4. Attached hereto as Exhibit 2 is a true and correct copy of a compendium of Rider

9  Trip Records for Plaintiff WHB 823.

10  5. Attached hereto as Exhibit 3 is a true and correct copy of the document produced

11  as bates no. UBER-MDL3084-DFS00159667.

12  6. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' June 25, 2025

13  Amended Supplemental Responses to Plaintiff WHB 823's Special Interrogatories.

14  7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition

15  of transcript Plaintiff WHB 823, dated July 10, 2025.

16  8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition

17  transcript of A.W.L., dated July 23, 2025.

18  9. Attached hereto as Exhibit 7 is a true and correct copy of the Rebuttal Expert Report

19  of Dr. A. Reminick.

20  10. Attached hereto as Exhibit 8 is a true and correct copy of the Expert Report of Dr.

21  A. Reminick.

22  11. Attached hereto as Exhibit 9 is a true and correct copy of the document produced

23  as bate no. FCSO000092.

24  12. Attached hereto as Exhibit 10 true and correct copy of excerpts of the supplemental

25  deposition transcript of Plaintiff WHB 823, dated March 3, 2026.

26  13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the deposition

27  transcript of M.M., dated August 7, 2025.

28  14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the deposition

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF
PLAINTIFFS' MOTIONS IN LIMINE

1  transcript of T.L, dated July 31, 2025.

15. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the deposition transcript of N.Y., dated July 17, 2025.

16. Attached hereto as Exhibit 14 is a true and correct copy of the document produced as bates no. FCSO000081.

17. Attached hereto as Exhibit 15 is a true and correct copy of the document produced as bates no. FCSO000089.

18. Attached hereto as Exhibit 16 is a true and correct copy of the document produced as bates no. FCSO000084.

19. Attached hereto as Exhibit 17 is a true and correct copy of the document produced as bates no. OVBHS-000001.

20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the deposition transcript of J.S., dated August 29, 2025.

Executed this 13th day of March, 2026 in Brooklyn, NY.

/s/ *Roopal P. Luhana*
Roopal P. Luhana

- 3 -

DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE