# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| Jaylynn Dean, an individual, ) | |
| ) | No. 2:25-cv-04276-CRB |
| Plaintiff, ) | |
| ) | |
| vs. ) | Phoenix, Arizona |
| ) | January 13, 2026 |
| UBER TECHNOLOGIES, INC., a ) | 8:32 a.m. |
| Delaware Corporation; RASIER, ) | |
| LLC, a Delaware Limited ) | |
| Liability Company; and DOES 1 ) | |
| through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 2 - A.M. SESSION (Pages 161 - 285)**

Official Court Reporter:
Jennifer A. Pancratz, RMR, CRR, FCRR, CRC
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 42
Phoenix, Arizona 85003-2151
(602) 322-7198

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1  evidence is going to show.
2       And what we know is that we're talking about a lot of
3  trips.  3.5 million trips each day.  More than a billion trips
4  each year.  And I put the slide here to just give you some
5  context to the data we're talking about.  Because I think what
6  is going to happen in the trial is what you just saw, all these
7  numbers are going to be thrown about, and we need to keep the
8  context of how many rides we're talking about.  Because it is
9  true that 99.9998 percent of all rides do not have a serious
10 safety-related report.
11      I think counsel knew I was going to do this, tell you
12 about lightning strike, and she's right, because it's important
13 to keep in mind.  You have a chance of being struck by
14 lightning one in a million times.  Do you know what your chance
15 of having a serious -- the most serious sexual assault case
16 like Ms. Dean is claiming in an Uber?  One in 5 million.  One
17 in 5 million.  That just gives you an idea about how very
18 exceedingly rare what we're talking about is.
19      Plaintiffs are going to put up some charts like this.
20 This comes from one of their experts.  This is an example of
21 misleading data that you will see throughout trial.  Right here
22 is a chart from plaintiffs saying:  Aha.  Here are the numbers.
23      The rate of the five safety report subcategories,
24 that's the data that we provided about the most serious sexual
25 assault incidents.  Now, keep in mind to start with, these are

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| Jaylynn Dean, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UBER TECHNOLOGIES, INC., a )<br>Delaware Corporation; RASIER, )<br>LLC, a Delaware Limited )<br>Liability Company; and DOES 1 )<br>through 50, inclusive, )<br>)<br>Defendants. )<br>_____ ) | No. 2:25-cv-04276-CRB<br><br>Phoenix, Arizona<br>January 27, 2026<br>8:30 a.m. |

**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 11 - A.M. SESSION (Pages 2020 - 2146)**

Official Court Reporter:
Jennifer A. Pancratz, RMR, CRR, FCRR, CRC
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 42
Phoenix, Arizona 85003-2151
(602) 322-7198

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1   the lawyers told us, and we made a decision accordingly.
 2          But no one can inquire into what the lawyers told Uber
 3   because they said, you can't.  Fine.  There's a strong public
 4   policy reason for allowing attorney-client privileged
 5   documents, for allowing people not to have to disclose what
 6   lawyers told them.  A strong, strong public policy in favor of
 7   that, and it's the law.  It is the law.
 8          And the question is, can it then -- it being the law
 9   and it being asserted by Uber, can Uber then take the position,
10   by the way, we did think about what the law was, and not be
11   cross-examined on it?
12          And so that's why the Court's view is that the
13   plaintiffs's instruction in that regard is appropriate.  If you
14   assert the attorney-client privilege, a witness cannot testify
15   that, I considered the legal implications of whatever I did.
16   Even though, Ms. Vartain, it's true.  I'm quite certain that
17   the -- that a witness did consider the legal implications.
18   But, you see, you can't cross-examine him on the legal
19   implications.  And as important as the right to the
20   attorney-client privilege may be, the right to confrontation
21   and cross-examination is also important.
22          So for that reason, after I finished reading your
23   brief, for that reason, I came to the conclusion that the
24   plaintiffs were correct.
25          Now, Ms. Vartain, the floor is yours.
```