# EXHIBITS 2 – 18
# FILED UNDER SEAL