

THE UNITED STATES OF AMERICA

*Northern District of Florida*

I, Jessica J. Lyublanovits, Clerk of the United States District Court, hereby certify **Taylor Therese-Copeland Lang** was duly admitted and qualified to practice as an attorney in the District Court on the 17th day of February, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Pensacola, this 17th day of February, 2026.

*Jessica J. Lyublanovits*
*Clerk of Court*