[*Submitting counsel below*]

UNITED STATES DISTRICT COURT
OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | No. 3:23-md-03084-CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING *DEAN* POST-TRIAL BRIEFING SCHEDULE**<br><br>Judge: Honorable Charles R. Breyer<br><br>Ctrm.: D. Ariz., 501 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>      Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge: Honorable Charles R. Breyer<br><br>Ctrm.: 501 |

STIPULATION AND ~~[PROPOSED]~~ ORDER
N.D. CAL. NO. 24-CV-4900; D. ARIZ. NO. 25-CV-4276

**RECITALS**

**WHEREAS**, on February 6, 2026, the Court entered judgment in favor of Plaintiff and against Uber in the amount of $8,500,000.00.

**WHEREAS**, on March 6, 2026, Uber renewed its motion for judgment as a matter of law and moved in the alternative for a new trial;

**WHEREAS,** under N.D. Cal. L.R.7-3(a) and D. Ariz. L.R. 7.2(c), Plaintiff's opposition to the motion is due on March 20, 2026;

**WHEREAS,** due to the complexity of the motion and the parallel pretrial briefing work in the *WHB823* case, including an opposition to summary judgment due on March 24; proposed jury instructions due on March 30; a reply in support of summary judgment due on March 31; and a pretrial conference scheduled for April 2, 2026, Plaintiff requests additional time to respond to the motion.

**WHEREAS,** the parties stipulate that Plaintiff's opposition to Uber's renewed motion for judgment as a matter of law and alternative motion for a new trial will be due on April 10, 2026, and that Uber's reply will be due May 1, 2026.

**STIPULATION**

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

> Plaintiff's opposition to Uber's renewed motion for judgment as a matter of law and alternative motion for a new trial will be due on April 10, 2026 and Uber's reply will be due May 1, 2026.

**IT IS SO STIPULATED.**

Dated: March 13, 2026              Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*


By: */s/ Laura Vartain Horn*
Christopher D. Cox (Admitted *Pro Hac Vice*)
Jessica Davidson (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Michael R. Huston (SBN 038763)
Jordan Buckwald (SBN 036610)
**PERKINS COIE LLP**
2525 E. Camelback Road, Ste. 500
Phoenix, AZ 85016
Telephone: (602) 351-8000

mhuston@perkinscoie.com
jbuckwald@perkinscoie.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**ATTESTATION**

Under Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 13, 2026                    By: */s/ Andrew R. Kaufman*
                                              Andrew R. Kaufman

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 16, 2026                    _____
                                              HON. CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer