1   RACHEL B. ABRAMS (Cal Bar No. 209316)
    ADAM B. WOLF (Cal Bar No. 215914)
2   **Peiffer Wolf Carr Kane Conway & Wise, LLP**
    555 Montgomery Street, Suite 820
3   San Francisco, CA 94111
    Telephone: 415.766.3544
4   Facsimile: 415.840.9435
    Email: rabrams@peifferwolf.com
5   Email: awolf@peifferwolf.com

6   TIFFANY R. ELLIS (*Admitted PHV*)
    **Peiffer Wolf Carr Kane Conway & Wise, LLP**
7   2229 Trumbull St.
    Detroit, MI 48216
8   Telephone: 313.210.1559
    Facsimile: 415.840.9435
9   Email: tellis@peifferwolf.com

10  *Counsel for Plaintiff*

11

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13                **SAN FRANCISCO DIVISION**

14  IN RE: UBER TECHNOLOGIES, INC.,        MDL No. 3084 CRB
    PASSENGER SEXUAL ASSAULT
15  LITIGATION                             **[PROPOSED] ORDER GRANTING
                                           MOTION FOR SUBSTITUION OF PARTY**
16                                         **PLAINTIFF**

17  This Document Relates to:
                                           Honorable Charles R. Breyer
18  *A.J. v. Uber Technologies, Inc., et al;*
    *3:24-cv-03240-CRB*
19

20          The Court, after considering the Plaintiff's Motion to Substitute Parties as well as any

21  responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Jo

22  Annah Johnson, as a surviving parent of A.J., is substituted for Plaintiff A.J., in the above

23  captioned cause.

24
    **IT IS SO ORDERED.**
25

26
    Dated:  March 16, 2026
27                                         _____
                                           HON. CHARLES R. BREYER
28                                         United States District Court Judge