1  **WAGSTAFF LAW FIRM**
2  Sommer D. Luther, CO 35053
   940 Lincoln Street
3  Denver, CO 80203
   Tel: (720) 208-9417
4  Fax: (888) 875-2889
   sluther@wagstafflawfirm.com
5  Attorney for Plaintiff
6  *Admitted Pro Hac Vice

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8                   **SAN FRANCISCO DIVISION**

9

| | |
|---|---|
| 10  IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| 12  *This document relates to:*  J.M.G. v. UBER TECHNOLIGIES, INC., *et al.*; 3:26-CV-02090-CRB | **NOTICE OF FILING OF NEW ACTION** |

16
17    Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint
18  with Jury Demand in the above-referenced action was filed on March 11, 2026
19  Dated: March 16, 2026
20
21                                              Respectfully submitted,
22                                              */s/ Sommer D. Luther*
                                                Sommer D. Luther, CO 35053
23                                              **WAGSTAFF LAW FIRM**
                                                940 Lincoln Street
24                                              Denver, CO 80203
                                                Tel: (720) 208-9417
25                                              Fax: (888) 875-2889
                                                sluther@wagstafflawfirm.com
26                                              Attorney for Plaintiff
                                                *Admitted Pro Hac Vice
27
28

                              1
CASE NO. 3:23-md-03084-CRB                    NOTICE OF FILING OF NEW ACTION

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Sommer D. Luther*

Sommer D. Luther