1   [Submitting counsel below]

2

3

4                           UNITED STATES DISTRICT COURT

5                       OF NORTHERN DISTRICT OF CALIFORNIA

6                             SAN FRANCISCO DIVISION

7

8   **IN RE: UBER TECHNOLOGIES, INC.,**          No. 3:23-md-03084-CRB
    **PASSENGER SEXUAL ASSAULT**
9   **LITIGATION**                               **PLAINTIFFS' NOTICE OF MOTION;**
                                                  **MOTION FOR LEAVE TO SEEK**
10                                                **DISBURSEMENT OF COMMON BENEFIT**
                                                  **EXPENSE FUNDS; MOTION TO**
11                                                **DISBURSE COMMON BENEFIT**
                                                  **EXPENSE FUNDS**
12
                                                  Judge:  Honorable Charles R. Breyer
13  This Document Relates to:                     Date:   April 24, 2026
                                                  Time:   10:00 AM
14  ALL ACTIONS                                   Ctrm.:  6-17th Floor (zoom)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that on April 24, 2026, at 10:00 AM, in Courtroom 2 (via Zoom) of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, Plaintiffs will and hereby do move for an order for leave to seek disbursement of benefit expenses and to disburse common benefit expenses. The motion is based on the memorandum in support as well as the declaration and exhibits accompanying it.

1

### MOTIONS

2    In PTO 19 (ECF 1754), the Court ordered the creation of two common benefit funds, a

3  "Fee Fund" and an "Expense Fund." PTO 19 at ¶ 16. Defendants were ordered to hold back from

4  any covered settlements or judgments 9% of the gross amount, 7% for fees and 2% for costs. *Id.*

5  at ¶ 39. PTO 19 provides that distributions from the funds may be made only on Court order, and

6  that leave of Court is required to see any disbursement. *Id.* at ¶ 20. After recent settlements, Uber

7  had deposited funds into both the Fee Fund and the Expense Fund. London Decl. at ¶ 3.

8    Exercising their authority under PTO 4 and Second Amended PTO 12, MDL Co-Lead

9  Counsel established a common litigation fund to pay for common expenses in this MDL. London

10  Decl. at ¶ 4; *see also* PTO 12 at § C.1. Every payment made from the common litigation fund was

11  approved by Co-Lead Counsel as reasonable and necessary for the prosecution of this litigation.

12  London Decl. at ¶ 5. Co-Lead and Liaison Counsel for the JCCP established a similar fund to

13  prosecute the litigation in the JCCP. *Id.* at ¶ 6.

14    MDL Co-Lead Counsel and Co-Lead and Liaison Counsel for the JCCP have agreed that

15  the amounts pending in the Expense Fund should be distributed to the common litigation funds to

16  pay outstanding invoices and to further fund the litigations. *Id.* at ¶ 7. The Leadership Groups

17  have agreed on an allocation between the MDL and the JCCP of the available funds. *Id.* at ¶ 9.

18  The two Leadership Groups do not at this time seek to distribute any funds from the Fee Fund.

19    For these reasons, Plaintiffs respectfully request that the Court (1) grant leave to seek

20  disbursement from the Expense Fund and (2) order that the amount allocated by agreement to the

21  MDL be disbursed to the MDL common litigation fund. JCCP leadership will separately seek a

22  disbursement order from Judge Schulman. Should the Court request information on the amounts

23  of the funds available or the allocation between the MDL and the JCCP, Plaintiffs request leave to

24  provide the information under seal.

25

26

27

28

1

2      Dated: March 16, 2026                    Respectfully submitted,

3                                               By: */s/ Sarah R. London*
                                                Sarah R. London (SBN 267083)
4

5                                               **GIRARD SHARP LLP**
                                                601 California St., Suite 1400
6                                               San Francisco, CA 94108
                                                Telephone: (415) 981-4800
7                                               slondon@girardsharp.com

8                                               By: */s/ Rachel B. Abrams*
                                                Rachel B. Abrams (SBN 209316)

9                                               **PEIFFER WOLF CARR KANE
10                                              CONWAY & WISE, LLP**
                                                555 Montgomery Street, Suite 820
11                                              San Francisco, CA 94111
                                                Telephone: (415) 426-5641
12                                              Facsimile: (415) 840-9435
                                                rabrams@peifferwolf.com

13                                              By: */s/ Roopal P. Luhana*
                                                Roopal P. Luhana
14

15                                              **CHAFFIN LUHANA LLP**
                                                600 Third Avenue, 12th Floor
16                                              New York, NY 10016
                                                Telephone: (888) 480-1123
17                                              Facsimile: (888) 499-1123
                                                luhana@chaffinluhana.com

18                                              *Co-Lead Counsel*

19                          **FILER'S ATTESTATION**

20          I am the ECF User whose ID and password are being used to file this document. In

21     compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

22     Dated: March 16, 2026               By:    */s/ Andrew R. Kaufman*
                                                  Andrew R. Kaufman
23

24

25

26

27

28