UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SEEK DISBURSEMENT OF COMMON BENEFIT EXPENSE FUNDS AND MOTION TO DISBURSE COMMON BENEFIT EXPENSE FUNDS** |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion for Leave to Seek Disbursement of Common Benefit Expense Funds and Motion to Disburse Common Benefit Expense Funds.

3. After recent settlements, Uber has deposited funds into the Fee and Expense Funds established under PTO 19.

4. Exercising their authority under PTO 4 and Second Amended PTO 12, MDL Co-Lead Counsel established a common litigation fund to pay for common expenses in this MDL.

5. Every payment from the common litigation fund was approved by Co-Lead Counsel as reasonable and necessary for the prosecution of this litigation.

6. I am informed that Co-Lead and Liaison Counsel for the JCCP established a similar fund to prosecute the litigation in the JCCP.

7. MDL Co-Lead Counsel and Co-Lead and Liaison Counsel for the JCCP have agreed that the amounts pending in the Expense Fund should be distributed to the common litigation funds to pay outstanding invoices and to further fund the litigations.

8. The Leadership Groups have agreed on an allocation between the MDL and the JCCP of the available funds.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of March, 2026 in San Anselmo, California.

　　　　　　　　　　　　　　　　　/s/ Sarah R. London
　　　　　　　　　　　　　　　　　Sarah R. London