UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

This Document Relates to:

ALL ACTIONS

**[PROPOSED] ORDER GRANTING LEAVE TO SEEK DISBURSEMENT OF COMMON BENEFIT EXPENSE FUNDS AND ORDERING DISBURSMENT OF COMMON BENEFIT EXPENSE FUNDS**

Having considered Plaintiffs' Motions for leave to seek disbursement of common benefit expense funds and to disburse common benefit expense funds, the Court **GRANTS** the motion.

Plaintiffs are **GRANTED LEAVE** to seek disbursement of common benefit expense funds.

Co-Lead Counsel and the Escrow Agent are **ORDERED** to distribute from the Expense Fund to the MDL common litigation fund the amount agreed upon by the Leadership Groups.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge