[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO TAKE THE DEPOSITION OF MR. D.Y.** |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|      Plaintiff, | Judge: Honorable Charles R. Breyer |
|     v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|     Defendants. | |

1

I, Sejal K. Brahmbhatt, declare:

1.     I am an attorney in the law firm of Williams Hart & Boundas, and counsel for Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of Texas and am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Exhibits to Plaintiff's Response to Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y.

2.     I have reviewed Exhibits A-D to Plaintiff's Response to Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y.

3.     Exhibit A is Plaintiff WHB 823's Responses to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Interrogatories, Set One (dated April 14, 2025) and contains the names of third parties and information regarding intimate aspects of Plaintiff's personal life.

4.     Exhibit B is Plaintiff WHB 823's Second Amended Plaintiff Fact Sheet (submitted on April 30, 2025) and contains the names and contact information of third parties, information regarding intimate aspects of Plaintiff's personal life, and information regarding the mental health history of Plaintiff.

5.     Exhibit C is Plaintiff WHB 823's Rule 26(A)(1) Initial Disclosures (dated April 30, 2025) and contains the names and contact information of third parties.

6.     Exhibit D is excerpts from Plaintiff WHB 823's Deposition (dated July 10, 2025) containing the name of WHB 823, the names of third parties, and intimate aspects of Plaintiff's life.

7.     The significant privacy concerns of Plaintiff and third parties outweigh any minimal public interest in disclosure of their identities or highly sensitive information. The public's interest in the case may be satisfied without revealing this information.

8.     The intimate aspects of Plaintiff's personal life and the mental health history of Plaintiff are highly sensitive and typify the type of information that may be used by a third party to gratify private spite, promote scandal, or circulate libel.

9.      The disclosure of personally identifiable information would harm the legitimate privacy interests of Plaintiff and third parties. Plaintiff's request is narrowly tailored to sealing only PII and sensitive personal information. There is no less restrictive alternative to sealing portions of the relevant materials that would protect the legitimate privacy interests of Plaintiff and third parties, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2026 in Houston, Texas.

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH &
LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*

DECL. OF SEJAL K BRAHMBHATT ISO PLAINTIFF'S ADMIN. MOT. TO FILE UNDER SEAL
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

1

2          By: /s/ Sarah R. London
           Sarah R. London (SBN 267083)

3          **GIRARD SHARP LLP**
           601 California St., Suite 1400
4          San Francisco, CA 94108
           Telephone: (415) 981-4800
5          slondon@girardsharp.com

6
           By: /s/ Rachel B. Abrams
7          Rachel B. Abrams (SBN 209316)

8          **PEIFFER WOLF CARR KANE**
           **CONWAY & WISE, LLP**
9          555 Montgomery Street, Suite 820
           San Francisco, CA 94111
10         Telephone: (415) 426-5641
           Facsimile: (415) 840-9435
11         rabrams@peifferwolf.com

12
           By: /s/ Roopal P. Luhana
13         Roopal P. Luhana

14         **CHAFFIN LUHANA LLP**
           600 Third Avenue, 12th Floor
15         New York, NY 10016
           Telephone: (888) 480-1123
16         Facsimile: (888) 499-1123
           luhana@chaffinluhana.com
17
           *Co-Lead Counsel for Plaintiffs*
18

19

20

21

22

23

24

25

26

27

28

DECL. OF SEJAL K BRAHMBHATT ISO PLAINTIFF'S ADMIN. MOT. TO FILE UNDER SEAL
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737