[Submitting Counsel below]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

I certify that on March 16, 2026 a true and correct copy of the UNSEALED/ UNREDACTED version of the following documents:

1
2
- **UNREDACTED Plaintiff WHB 823's Rule 26(A)(1) Initial Disclosures**
- **UNREDACTED Plaintiff WHB 823's Responses to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC'S Interrogatories**
3
- **UNREDACTED Plaintiff WHB 823's Second Amended Plaintiff Fact Sheet**
4
- **UNREDACTED Excerpts of the Deposition of WHB 823**

5    were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
6
Alli Brown
7
alli.brown@kirkland.com
Chris Cox
8
christopher.cox@kirkland.com
Jessica Davidson
9
jessica.davidson@kirkland.com
Jennifer Levy
10
jlevy@kirkland.com
Rupal Joshi
11
rupal.joshi@kirkland.com
Laura Vartain
12
laura.vartain@kirkland.com
Kristen Fournier
13
kristen.fournier@kirkland.com
Alexandra Caritis
14
alexandra.caritis@kirkland.com
Libby Marden
15
libby.marden@kirkland.com
Geoffrey Wyatt
16
geoffrey.wyatt@kirkland.com
Beth Larsen
17
beth.larsen@kirkland.com
18

19
**O'Melveny and Meyers LLP**
20
Sabrina Strong
sstrong@omm.com
21
Jonathan Schneller
jschneller@omm.com
22
Joshua Revesz
23
jrevesz@omm.com
Louis Fisher
24
lfisher@omm.com

25
**Shook, Hardy & Bacon LLP**
26
Michael B. Shortnacy
mshortnacy@shb.com
27
Patrick L. Oot, Jr.
oot@shb.com
28
Christopher V. Cotton

2

ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2026.

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

By: /s/ Brett E. Dressler
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC 28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email: bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*

By: /s/ Sarah R. London
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*