[Submitting counsel below]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO TAKE THE DEPOSITION OF MR. D.Y.**<br><br>Judge: Honorable Charles R. Breyer<br>Trial Date: April 13, 2026<br>Ctrm.: 6-17th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>      Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

I, Sejal K. Brahmbhatt, declare:

1. I am an attorney in the law firm of Williams Hart & Boundas, counsel for Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of Texas and am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Response to Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y.

3. The exhibits referred below are attached to Plaintiff's Response to Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y.

4. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff WHB 823's Responses to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Interrogatories, Set One (dated April 14, 2025).

5. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff WHB 823's Second Amended Plaintiff Fact Sheet (submitted on April 30, 2025).

6. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff WHB 823's Rule 26(A)(1) Initial Disclosures (dated April 30, 2025).

7. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from Plaintiff WHB 823's Deposition (dated July 10, 2025).

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of March, 2026 in Houston, Texas.

Respectfully submitted,

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)

|   |   |
|---|---|
| 1 | Stasja Drecun (pro hac vice) |
| 2 | **WILLIAMS HART & BOUNDAS LLP** |
| 3 | 8441 Gulf Freeway, Suite 600 |
|   | Houston, TX 77017-5051 |
|   | Telephone: (713) 230-2227 |
| 4 | Facsimile: (713) 643-6226 |
|   | sbrahmbhatt@whlaw.com |
| 5 | jwilliams@whlaw.com |
|   | jboundas@whlaw.com |
| 6 | babramson@whlaw.com |
|   | mlecocke@whlaw.com |
| 7 | wcubberly@whlaw.com |
|   | bbaskin@whlaw.com |
| 8 | mshaw@whlaw.com |
|   | jmelugin@whlaw.com |
| 9 | sdrecun@whlaw.com |

*Attorneys for Plaintiff WHB 823*

By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC 28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email: bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*


By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com


By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435

3

DECLARATION OF SEJAL K. BRAHMBHATT
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*