# EXHIBIT D

CONFIDENTIAL

Page 1

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION
4  -----------------------------------------x
5  IN RE:  UBER TECHNOLOGIES, INC.,           Case No.
6  PASSENGER SEXUAL ASSAULT LITIGATION    3:23-md-03084-CRB(LJC)
7  -----------------------------------------x
8  This Document Relates to:
9
10  WHB 832 v. Uber Technologies, Inc., et al.
11  Case No.:  3:24-cv-04900
12  -----------------------------------------x
13
14              *** CONFIDENTIAL ***
15       VIDEOTAPED DEPOSITION OF ▮▮▮▮▮▮▮▮▮
16            (Taken by Defendants)
17            Raleigh, North Carolina
18            Thursday, July 10, 2025
19
20
21
22
23
24  Reported by Andrea L. Kingsley, RPR
25  Job No. CS7467363

CONFIDENTIAL

Page 43

```
 1   case during the break?
 2        A.    No.
 3        Q.    You mentioned earlier today that you did
 4   not tell anyone about what happened in the Uber the
 5   night of; correct?
 6        A.    Correct.
 7        Q.    Who was the first person you told?
 8        A.    I'm not sure who I told first.
 9        Q.    You mentioned that you told Mr. ▇
10   the morning after; correct?
11        A.    Yes.
12        Q.    What did you tell him?
13        A.    That some creepy guy in an Uber, like,
14   grabbed me.  And I told him the -- exactly what I
15   told you a minute ago.
16        Q.    How did Mr. ▇ react?
17        A.    I don't know exactly.  I don't remember
18   exactly how he reacted.
19        Q.    Who else did you tell?
20        A.    I told ▇.  I told ▇
21   ▇.  I told ▇, and my mother, and
22   I've told therapists.  I'm not a hundred percent on
23   what the names of all the therapists I've seen were
24   because they were not hired by me; they were in
25   ▇.  I don't know their names.
```

```
 1   friend.
 2       Q.   How often did you see him in 2019?
 3       A.   Nowhere near as often as ▮▮▮▮.  I'm not
 4   sure exactly.
 5       Q.   Did you see him weekly?  Monthly?  Can
 6   you give an estimate?
 7       A.   Biweekly.
 8       Q.   By that do you mean twice a week or
 9   every other week?
10       A.   Every other week.
11       Q.   How do you know ▮▮▮▮▮▮▮▮▮▮?
12       A.   I met him through my son's father.  He
13   was dating his -- my son's father's stepsister at
14   the time that I met him.
15       Q.   What is your son's father's name?
16       A.   ▮▮▮▮▮▮.
17       Q.   What is your son's name?
18       A.   ▮▮▮▮▮▮▮.
19       Q.   When did you tell ▮▮▮▮▮▮▮▮▮▮ about
20   your incident in an Uber?
21       A.   When?
22       Q.   Yes.
23       A.   Again, I'm not a hundred percent on the
24   date, but it was soon after.
25       Q.   What was your relationship to ▮▮▮▮
```

1          ▮▮▮▮▮▮▮ in 2019?
2      A.   He was a family friend.
3      Q.   How often did you see him in 2019?
4      A.   I'm not sure.
5      Q.   When you described Mr. ▮▮▮▮▮▮▮ as a
6  family friend as opposed to a friend, is he older
7  than you?  Is he like an uncle to you?  What's your
8  relationship like?
9           MR. SHAW:  Object to the form.
10     A.   I would consider him like an uncle but
11 not.  He was my dad's work friend.  We had a place
12 at Lake Royale, and he was on our property.  Like,
13 he had a camper and we had a camper.  We shared the
14 lot.  And he worked with my dad.
15     Q.   Is Mr. ▮▮▮▮▮▮▮ the same friend who was
16 the neighbor to Mr. ▮▮▮▮?
17     A.   Yes.
18     Q.   How long did you know Mr. ▮▮▮▮▮▮▮
19 before 2019?
20     A.   I don't know exactly what year, how old
21 I was.  I know I was a teenager.  A guesstimate of
22 probably 14, 15.
23     Q.   When you told Mr. ▮▮▮▮▮ about what
24 happened to you, how did he react?
25     A.   Disgusted.  Like -- yeah.  I mean, just

```
 1   about everybody was shocked and disgusted.
 2        Q.   When you told Mr. ▓▓▓▓ about the
 3   incident, how did he react?
 4        A.   The same way.
 5        Q.   When you told Ms. ▓▓▓▓, Mr. ▓▓▓▓
 6   and Mr. ▓▓▓▓ about the incident, did any of
 7   them encourage you to report it?
 8             MR. SHAW:  Object to the form.
 9             You can --
10             THE WITNESS:  I was thinking.
11        A.   Not that I remember.  Or if they did --
12   I don't know.  I didn't think anyone would do
13   anything.
14        Q.   Why did you believe that?
15        A.   Because I don't really have -- I didn't
16   have, like, physical -- like, I didn't have a
17   video.  I didn't have a picture.  Who's going to --
18   that's what I was thinking at the time.  Who's
19   going to believe me?
20        Q.   You mentioned that you have used Uber
21   since March of 2019; right?
22        A.   Yes, ma'am.
23        Q.   But you don't recall whether you used it
24   before March of 2019?
25        A.   No.
```

CONFIDENTIAL

Page 177

1 STATE OF NORTH CAROLINA

2 WAKE COUNTY

3          REPORTER'S CERTIFICATE

4         I, Andrea L. Kingsley, a Notary Public

5 in and for the State of North Carolina, do hereby

6 certify that there came before me on Thursday, July

7 10, 2025, the person hereinbefore named, who was by

8 me duly sworn to testify to the truth and nothing

9 but the truth of her knowledge concerning the

10 matters in controversy in this cause; that the

11 witness was thereupon examined under oath, the

12 examination reduced to typewriting under my

13 direction, and the deposition is a true record of

14 the testimony given by the witness.

15         I further certify that I am neither

16 attorney or counsel for, nor related to or employed

17 by, any attorney or counsel employed by the parties

18 hereto or financially interested in the action.

19         IN WITNESS WHEREOF, I have hereto set

20 my hand this the 12th day of July, 2025.

21

22      _____

23      Andrea L. Kingsley, Notary Public

24      Notary Public #201903800023

25