1

2

3

4

5

6        **UNITED STATES DISTRICT COURT**

7        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8        **SAN FRANCISCO DIVISION**

9    | IN RE: UBER TECHNOLOGIES, INC., | Case No. 23-md-03084-CRB |
     | PASSENGER SEXUAL ASSAULT |  |
10   | LITIGATION |  |

11   This Document Relates to:        **[PROPOSED] ORDER DENYING**
                                      **DEFENDANTS UBER TECHNOLOGIES,**
12   *WHB 823 v. Uber Techs., Inc.*, et al.   **INC., RASIER LLC, AND RASIER-CA,**
     N.D. Cal. No. 3:24-cv-04900     **LLC'S ADMINISTRATIVE MOTION FOR**
13   W.D.N.C. No. 3:25-cv-00737      **LEAVE TO TAKE THE DEPOSITION OF**
                                      **MR. D.Y.**

14

15

16

17       **UNITED STATES DISTRICT COURT**

18       **WESTERN DISTRICT OF NORTH CAROLINA**

19       **CHARLOTTE DIVISION**

20   WHB 823,                         No. 3:25-cv-00737

21           Plaintiff,              Judge: Honorable Charles R. Breyer

22       v.

23   UBER TECHNOLOGIES, INC., et al.,

24           Defendants.

25

26       Having considered the Defendants' motion, the record, and the applicable law, the Court

27   hereby DENIES Defendants Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC's

28   _____
     [PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO TAKE THE
     DEPOSITION OF MR. D.Y.
     N.D. CAL. 3:24-CV-04900; W.D.N.C. 25-CV-737

1    Administrative Motion for Leave to Take the Deposition of Mr. D.Y.

2    **IT IS SO ORDERED.**

3

4    Dated: _____

5                                                    _____
                                                    HON. CHARLES R. BREYER
6                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO TAKE THE
DEPOSITION OF MR. D.Y.
N.D. CAL. 3:24-CV-04900; W.D.N.C. 25-CV-737