[Submitting Counsel below]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

I certify that on March 16, 2026 a true and correct unredacted copy of Plaintiff's Response to Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y., along with

1
CERTIFICATE OF SERVICE
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

|   |   |
|---|---|
| 1 | supporting declaration and exhibits attached thereto, were served pursuant to Civil L.R. 5-5(a) to |
| 2 | each person named below: |
| 3 | |
| 4 | **Kirkland & Ellis LLP**<br>Alli Brown |
| 5 | alli.brown@kirkland.com<br>Chris Cox |
| 6 | christopher.cox@kirkland.com<br>Jessica Davidson |
| 7 | jessica.davidson@kirkland.com<br>Jennifer Levy |
| 8 | jlevy@kirkland.com<br>Rupal Joshi |
| 9 | rupal.joshi@kirkland.com<br>Laura Vartain |
| 10 | laura.vartain@kirkland.com<br>Kristen Fournier |
| 11 | kristen.fournier@kirkland.com |
| 12 | Alexandra Caritis<br>alexandra.caritis@kirkland.com |
| 13 | Libby Marden<br>libby.marden@kirkland.com |
| 14 | Geoffrey Wyatt |
| 15 | geoffrey.wyatt@kirkland.com<br>Beth Larsen |
| 16 | beth.larsen@kirkland.com |
| 17 | **O'Melveny and Meyers LLP** |
| 18 | Sabrina Strong<br>sstrong@omm.com |
| 19 | Jonathan Schneller<br>jschneller@omm.com |
| 20 | Joshua Revesz |
| 21 | jrevesz@omm.com<br>Louis Fisher |
| 22 | lfisher@omm.com |
| 23 | **Shook, Hardy & Bacon LLP** |
| 24 | Michael B. Shortnacy<br>mshortnacy@shb.com |
| 25 | Patrick L. Oot, Jr.<br>oot@shb.com |
| 26 | Christopher V. Cotton |
| 27 | ccotton@shb.com<br>Alycia A. Degen |
| 28 | adegen@shb.com<br>Veronica Gromada |

|    |    |
|---|---|
| 1  | vgromada@shb.com |
| 2  |    |
| 3  |    |
| 4  | <u>Service Email</u><br>UBERMDLSERVICE@LISTSERV.SHB.COM |
| 5  | *Attorneys for Defendants* |
| 6  | UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC |

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2026

Respectfully submitted,

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

|   |   |
|---|---|
| 1 | By: */s/ Brett E. Dressler* |
| 2 | Brett E. Dressler (NC Bar # 34516) |

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*


By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com


By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*