1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>SEE EXHIBIT A | Case No. 3:23-md-03084-CRB<br><br>**[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

## [AMENDED PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).

2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Name (MDL) | Case Number (MDL) | Records Form Due | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|
| 1143 | Jane Doe LS 237 | 3:23-cv-03973 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 1131 | Jane Doe LS 293 | 3:23-cv-04364 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 1141 | Jane Doe LS 37 | 3:23-cv-04393 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 1158 | Jane Doe LS 384 | 3:23-cv-05292 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 1170 | Jane Doe LS 168 | 3:23-cv-05371 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 1172 | Jane Doe LS 265 | 3:23-cv-05377 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 1179 | Jane Doe LS 98 | 3:23-cv-05412 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 1180 | Jane Doe LS 326 | 3:23-cv-05415 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 1214 | Jane Doe EB 1 | 3:23-cv-05870 | 12/3/2025 | 12/30/2025 | Estey & Bomberger, LLP |
| 1395 | R.S. | 3:24-cv-03607 | 12/3/2025 | 12/30/2025 | Peiffer Wolf Carr Kane Conway & Wise |
| 1773 | Jane Roe CL 11 | 3:24-cv-04672 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 1778 | Jane Roe CL 16 | 3:24-cv-04837 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 1996 | Jane Doe EB 8 | 3:24-cv-05190 | 12/3/2025 | 12/30/2025 | Estey & Bomberger, LLP |
| 2423 | Jane Doe LS 199 | 3:24-cv-05402 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2082 | Jane Roe CL 24 | 3:24-cv-05536 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2538 | Jane Doe LS 60 | 3:24-cv-05618 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2448 | Jane Doe LS 141 | 3:24-cv-05634 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2543 | Jane Doe LS 460 | 3:24-cv-05640 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2477 | Jane Doe LS 456 | 3:24-cv-05654 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2093 | Jane Roe CL 34 | 3:24-cv-05696 | 12/3/2025 | 12/30/2025 | Cutter Law PC |

| MDL ID | Case Name (MDL) | Case Number (MDL) | Records Form Due | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|
| 2096 | Jane Roe CL 37 | 3:24-cv-05728 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2305 | Jane Doe LS 268 | 3:24-cv-05910 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2545 | Jane Doe LS 342 | 3:24-cv-05913 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2288 | Jane Doe LS 269 | 3:24-cv-05922 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2380 | Jane Doe LS 15 | 3:24-cv-05933 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2503 | Jane Doe LS 180 | 3:24-cv-05936 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2525 | Jane Doe LS 86 | 3:24-cv-05970 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2401 | Jane Doe LS 208 | 3:24-cv-06024 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2462 | Jane Doe LS 216 | 3:24-cv-06029 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2492 | Jane Roe CL 65 | 3:24-cv-06189 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2600 | Jane Roe CL 71 | 3:24-cv-06864 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2623 | Jane Doe LS 530 | 3:24-cv-07143 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 2615 | Jane Roe CL 74 | 3:24-cv-07152 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2681 | Jane Roe CL 77 | 3:24-cv-07571 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2683 | Jane Roe CL 79 | 3:24-cv-07587 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3470 | A.R. | 3:24-cv-08177 | 12/3/2025 | 12/30/2025 | Meyer Wilson |
| 2702 | Jane Roe CL 81 | 3:24-cv-08521 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2704 | Jane Roe CL 83 | 3:24-cv-08525 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2719 | Jane Doe NLG (Bi) | 3:24-cv-08614 | 12/3/2025 | 12/30/2025 | Nachawati Law Group |
| 2713 | Jane Roe CL 85 | 3:24-cv-08754 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2778 | Jane Roe CL 88 | 3:24-cv-09145 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2755 | Jane Doe LS 547 | 3:24-cv-09208 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

| MDL ID | Case Name (MDL) | Case Number (MDL) | Records Form Due | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|
| 2781 | Jane Roe CL 91 | 3:24-cv-09235 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2782 | Jane Roe CL 92 | 3:24-cv-09237 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2829 | Jane Roe CL 97 | 3:25-cv-00464 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2830 | Jane Roe CL 98 | 3:25-cv-00853 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2948 | Jane Roe CL 101 | 3:25-cv-01118 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2949 | Jane Roe CL 102 | 3:25-cv-01120 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 2925 | Jane Doe LS 550 | 3:25-cv-01327 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3250 | Jane Roe CL 107 | 3:25-cv-01470 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3252 | Jane Roe CL 109 | 3:25-cv-01652 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3253 | Jane Roe CL 110 | 3:25-cv-01653 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3257 | Jane Roe CL 114 | 3:25-cv-01942 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3262 | Jane Roe CL 119 | 3:25-cv-02133 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3265 | Jane Roe CL 122 | 3:25-cv-02138 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3268 | Jane Roe CL 125 | 3:25-cv-02233 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3087 | Jane Doe LS 580 | 3:25-cv-02460 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3269 | Jane Roe CL 126 | 3:25-cv-02495 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3270 | Jane Roe CL 127 | 3:25-cv-02496 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3271 | Jane Roe CL 128 | 3:25-cv-02497 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3273 | Jane Roe CL 130 | 3:25-cv-02742 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3276 | Jane Roe CL 133 | 3:25-cv-02745 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3179 | Jane Doe LS 581 | 3:25-cv-02758 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

| MDL ID | Case Name (MDL) | Case Number (MDL) | Records Form Due | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|
| 3176 | Jane Doe LS 584 | 3:25-cv-02806 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3239 | Jane Doe LS 589 | 3:25-cv-03216 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3240 | Jane Doe LS 590 | 3:25-cv-03217 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3282 | Jane Roe CL 139 | 3:25-cv-03255 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3242 | Jane Doe LS 592 | 3:25-cv-03266 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3244 | Jane Doe LS 594 | 3:25-cv-03274 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3607 | L.L. | 3:25-cv-03742 | 12/3/2025 | 12/30/2025 | Peiffer Wolf Carr Kane Conway & Wise |
| 3437 | Jane Roe CL 147 | 3:25-cv-03811 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3438 | Jane Roe CL 148 | 3:25-cv-03812 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3441 | Jane Roe CL 151 | 3:25-cv-03816 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3446 | Jane Roe Cl 156 | 3:25-cv-03944 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3379 | Jane Doe LS 597 | 3:25-cv-04070 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3453 | Jane Roe CL 163 | 3:25-cv-04386 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3545 | Jane Roe CL 165 | 3:25-cv-04589 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3639 | Jane Doe LS 608 | 3:25-cv-05312 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3640 | Jane Doe LS 609 | 3:25-cv-05328 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3641 | Jane Doe LS 610 | 3:25-cv-05374 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 3685 | Jane Doe NLG (S.S.) | 3:25-cv-05393 | 12/3/2025 | 12/30/2025 | Nachawati Law Group |
| 3678 | Jane Roe CL 178 | 3:25-cv-05537 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3679 | Jane Roe CL 179 | 3:25-cv-05538 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3883 | Jane Roe CL 182 | 3:25-cv-05628 | 12/3/2025 | 12/30/2025 | Cutter Law PC |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

| MDL ID | Case Name (MDL) | Case Number (MDL) | Records Form Due | Date of Delinquency Notice | Plaintiff Firm |
|---|---|---|---|---|---|
| 3884 | Jane Roe CL 181 | 3:25-cv-05633 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3885 | Jane Roe CL 183 | 3:25-cv-05733 | 12/3/2025 | 12/30/2025 | Cutter Law PC |
| 3760 | Jane Doe LS 615 | 3:25-cv-05887 | 12/3/2025 | 12/30/2025 | Levin Simes LLP |
| 4154 | Jane Doe NLG (J.L.) | 3:25-cv-08523 | 12/3/2025 | 12/30/2025 | Nachawati Law Group |
| 4262 | C.E.H. | 3:25-cv-08817 | 12/3/2025 | 12/30/2025 | Levy Konigsberg LLP |
| 4144 | Jane Doe NLG (G.Z.) | 3:25-cv-09315 | 12/3/2025 | 12/30/2025 | Nachawati Law Group |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB