| | |
|---|---|
| 1 | Laura Vartain Horn (SBN 258485) |
| | **KIRKLAND & ELLIS LLP** |
| 2 | 555 California Street, Suite 2700 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415ll) 439-1625 |
| | laura.vartain@kirkland.com |
| 4 | |
| | Allison M. Brown (Admitted *Pro Hac Vice*) |
| 5 | **KIRKLAND & ELLIS LLP** |
| | 2005 Market Street, Suite 1000 |
| 6 | Philadelphia, PA 19103 |
| | Telephone: (215) 268-5000 |
| 7 | alli.brown@kirkland.com |
| 8 | Christopher V. Cotton (Admitted *Pro Hac Vice*) |
| | **SHOOK, HARDY & BACON L.L.P.** |
| 9 | 2555 Grand Boulevard |
| | Kansas City, MO 64108 |
| 10 | Telephone: (816) 474-6550 |
| | ccotton@shb.com |
| 11 | |
| 12 | *Attorneys for Defendants* |
| | UBER TECHNOLOGIES, INC.; |
| 13 | RASIER, LLC; and RASIER-CA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**WITHDRAWAL OF ECF 5519 PURSUANT TO N.D. CAL. CIV. L.R. 7-7(E)** |
| This Document Relates to:<br><br>*J.H. v. Uber Technologies., Inc., et al.*, No. 3:25-cv-05342-CRB<br><br>*R.L. v. Uber Technologies, Inc., et al*, No. 3:25-cv-05515-CRB<br><br>*A.E. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-07668-CRB<br><br>*Jane Doe LS 333 v. Uber Technologies, Inc. Et al.*, No. 3:23-cv-05930-CRB<br><br>*Jane Doe LS 397 v. Uber Technologies, Inc. Et al.*, No. 3:24-cv-05864-CRB | Judge:     Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**: **PLEASE TAKE NOTICE** that Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC (collectively, "Uber") respectfully submit this notice of withdrawal of ECF 5519 pursuant to N.D. Cal. Civ. L.R. 7-7(e).

On March 13, 2026, Uber filed ECF 5519. which was incorrectly designated as "Limited Admission". ECF 5519. The incorrect filing was identified, and Defendants promptly notified the Court's docket correction email address, as well as the Court's Clerk and the ECF Help Desk. An identical Motion for Findings of Contempt & To Enforce Prior Court Orders was filed correctly under "Miscellaneous Relief" (ECF 5520).

Accordingly, Uber respectfully requests that the Court take ECF 5519 off calendar. Uber's Motion For Findings of Contempt & To Enforce Prior Court Orders (ECF 5520) will proceed as originally noticed. Filing of this notice of withdrawal is timely pursuant to Northern District of California Civil Local Rule 7-7(e).

DATED: March 16, 2026

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC