# EXHIBIT A

## VERIFICATION

I, __Jahkeda Milner_____, hereby state that I have reviewed the Plaintiff Fact Sheet. The statements set forth therein are true and correct to the best of my knowledge, information, and belief. I make this verification based on my personal knowledge. I also declare that I have completed and submitted all required authorizations listed above. I declare under penalty of perjury that the foregoing is true and correct. I understand that I am under an obligation to supplement these responses.

Executed on the __2__ day of __February__, __2026__.

Signature: ___*Jahkeda Milner*___ (Signed by: 1E127863F94C4C1...)

Print Name: __Jahkeda Milner__