[Submitting Counsel below]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | **PLAINTIFF'S VOIR DIRE QUESTIONS** |
| *WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | |

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | Based on the Parties' agreed upon pretrial deadline schedule, ECF 5249, Plaintiff respectfully submits her voir dire questions for the Court's review, attached as **Exhibit A**. |

DATED: March 16, 2026

Respectfully Submitted,

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*


By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*

|   |   |
|---|---|
| 1 | By: */s/ Sarah R. London* <br> Sarah R. London (SBN 267083) |
| 2 |   |
| 3 | **GIRARD SHARP LLP** <br> 601 California St., Suite 1400 |
| 4 | San Francisco, CA 94108 <br> Telephone: (415) 981-4800 |
| 5 | slondon@girardsharp.com |
| 6 | By: */s/ Rachel B. Abrams* <br> Rachel B. Abrams (SBN 209316) |
| 7 |   |
| 8 | **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** <br> 555 Montgomery Street, Suite 820 |
| 9 | San Francisco, CA 94111 <br> Telephone: (415) 426-5641 |
| 10 | Facsimile: (415) 840-9435 <br> rabrams@peifferwolf.com |
| 11 |   |
| 12 | By: */s/ Roopal P. Luhana* <br> Roopal P. Luhana |
| 13 | **CHAFFIN LUHANA LLP** |
| 14 | 600 Third Avenue, 12th Floor <br> New York, NY 10016 |
| 15 | Telephone: (888) 480-1123 <br> Facsimile: (888) 499-1123 |
| 16 | luhana@chaffinluhana.com |
| 17 | *Co-Lead Counsel for Plaintiffs* |

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 16, 2026                              By:   */s/ Myles Shaw*