# EXHIBIT A

PLAINTIFF WHB 823'S PROPOSED JUDICIAL VOIR DIRE

1. Have you or anyone close to you ever owned a business where you had employees? If Yes, was the business ever sued or were there any claims made against the business or the employees?

2. Do you have any concerns or negative views about holding a ride share company legally and financially responsible for the actions of their drivers?

3. This is a civil lawsuit, not a criminal case. The driver of the Uber who is alleged to have assaulted the plaintiff is not a party to the lawsuit, Uber is the only defendant. Knowing this, has anyone already decided they are not able to be an impartial juror in this case?

4. Has anyone already formed the opinion that this should be a criminal matter involving the driver and that Uber should not be involved in any way?

5. If you or anyone close to you has ever driven passengers for a living, have you / the person close to you ever been falsely accused of inappropriate conduct, including sexual harassment, sexual comments / flirting, or sexual assault?

6. Have you ever known about someone who you believe made a claim of molestation, sexual assault, or sexual misconduct that you thought was false or exaggerated?

7. Do you have any personal, moral, religious or other beliefs against the consumption of alcohol?

8. Do you believe that if a woman does not physically resist sexual advances or fight back then she cannot have been sexually assaulted?

9. Do you believe that if a woman has made more than one allegation of sexual assault she should not be believed or is less credible?

10. Do you believe that a lot of times, women who claim they were sexually assaulted really just have emotional problems?

11. Have you ever worked for a company or organization that you believe was sued unfairly?

12. There has been a lot of media coverage about large jury awards, personal injury lawyers, frivolous lawsuits and so on. Do any of you have opinions about these topics?

13. Do you start out believing that most lawsuits where people are seeking monetary compensation are frivolous?

14. Do you have any negative opinions about or have you ever had a negative experience with personal injury lawyers?

15. Do you hold the belief that most people who file lawsuits are simply targeting "deep pockets" as opposed to having legitimate claims?

16. Have you read, seen, or heard anything on social media or in other sources about lawyers who are filing lawsuits against Uber? If Yes, do you have any negative views about these lawyers or lawsuits?

17. Do you start out thinking that most lawsuits against ride share companies are motivated by money?

18. Do you have any negative views about awarding someone monetary compensation in personal injury lawsuit for things like anxiety, depression, and the resulting adverse impact upon the injured party's lifestyle?

19. Do you have an upper limit or cap on the amount of money you would be willing to award in a lawsuit for someone's anxiety, depression, and the resulting adverse impact upon the injured party's lifestyle no matter what the evidence shows?

20. In this case, the Plaintiff does not claim that she was raped or that there was any kind of sexual penetration, but rather that she was touched inappropriately, and suffered emotional distress. Based on this, does anyone have concern about awarding someone like this money damages?

21. Do you believe that a person who has abused alcohol or drugs is generally less truthful or less credible than someone who has not?

22. Would you have difficulty believing a woman's claim of sexual assault if you learned she had a history of alcohol or substance abuse?

23. Does anyone start out believing that if someone who claims they were sexually assaulted did not report it to the police, that it probably did not really happen?

24. Would you have a hard time believing a woman who claimed she was sexually assaulted if she has a criminal history?

25. While outside of this courtroom, in your everyday life many of you may disagree that individuals and corporations should be treated the same. Many of you might say you tend to root for the underdog or choose David over Goliath. But in this courtroom, under the law, there is no distinction between corporations and individuals. Under the law

corporations are treated the same as individuals. Does everyone here agree that they will follow this law, even if you might not agree with it?