[Submitting counsel below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <hr> This Document Relates to: <br> *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:25-cv-00737 | Case No. 3:23-md-03084-CRB <br><br> **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S PROPOSED VOIR DIRE QUESTIONS** <br><br> Judge:     Hon. Charles R. Breyer <br> Courtroom:  6 – 17th Floor <br><br> Date Filed: March 16, 2026 <br> Trial Date: April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, <br><br>      Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br>      Defendants | CASE NO. 3:25-cv-00737-CRB <br><br> **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S PROPOSED VOIR DIRE QUESTIONS** <br><br> Judge:     Hon. Charles R. Breyer <br> Courtroom:  TBD |

Laura Vartain Horn (CA SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
Caroline Power (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com
caroline.power@kirkland.com

Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

Bradley R. Kutrow (NC No. 13851)
**McGUIREWOODS LLP**
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: (704) 343-2049
bkutrow@mcguirewoods.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC, and RASIER-CA, LLC

Defendants respectfully submit the following proposed voir dire questions:

1. Do you rely on social media as a primary source for news?

2. Do you believe that if someone claims they have been sexually assaulted, we should believe that person 100% of the time and not question their claims?

3. Do you believe that perpetrators of sexual assault are not punished enough for their actions?

4. Do you believe that a person who claims they were sexually assaulted never deserves any of the blame?

5. Do you believe that victim blaming, instead of holding perpetrators accountable, is a major issue in our society?

6. Has anyone here ever participated in a protest or demonstration advocating for sexual assault victims?

7. Did anyone here ever participate in the Women's March in 2017 or any of the #MeToo protests or demonstrations?

8. Does anyone have a very positive opinion of protests or demonstrations advocating for sexual assault victims?

9. Do you currently struggle with alcohol or substance abuse or dependence, or have you had alcohol or substance use problems in the past?

10. Some people say that women who choose to get drunk have some responsibility for any negative consequences that occur.  Does anyone strongly disagree with that?

11. If you hear multiple people accuse the same company for similar wrongdoing, would you be much more likely to believe the individuals over the company?

12. Do you think it is unfair for the law to place the burden of proof on an injured person to prove that a defendant corporation caused his or her injury?

13. When an individual sues a company, do you believe that the company should have the burden of proving it did not do anything wrong?

14. Do you have a negative opinion of large corporations?

15. Do you think it is unfair for corporations and individuals to be treated as equal persons under the law?

16. Some folks believe that people who file lawsuits are often looking to capitalize on sympathy to get money that they do not deserve. Who strongly disagrees with that?

17. Have you or anyone close to you ever had a very negative experience with a rideshare driver?

18. Does anyone believe that a rideshare company should always be responsible for the actions of the drivers and riders who meet through the app?

19. Do you think rideshare companies like Uber are bad for society?

20. Have you been diagnosed or treated for anxiety, PTSD, panic attacks, sleeplessness, or depression?

21. In the last five years, have you taken off from work due to stress or fatigue?

22. Do you believe the number of lawsuits against businesses is too low, or that the damages awarded in lawsuits are too low?

23. Does anyone disagree that there are too many lawsuits these days?

24. Some people say that money awards for pain and suffering should be capped at a certain amount.  Does anyone strongly disagree with that?

25. When deciding how much money, if any, to award in a lawsuit, does anything think its more important to consider how much the plaintiff needs the money rather than how much they deserve it?

Dated: March 16, 2026

Respectfully submitted,

*/s/ Caroline Power*
Laura Vartain Horn (CA SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
Caroline Power (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com
caroline.power@kirkland.com

Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

Bradley R. Kutrow (NC No. 13851)
**McGUIREWOODS LLP**
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: (704) 343-2049
bkutrow@mcguirewoods.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Caroline Power*
Caroline Power