**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to: | |
| *J.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-05719 -CRB | Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

This matter comes before the Court on a Rule to Show Cause Regarding Motion to Dismiss Cases for Failure to Comply with Amended PTO 10.

Having considered Defendants' Motion, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 as it pertains to Plaintiff J.M.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10