[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S SECOND MOTION FOR SANCTIONS AGAINST BRET STANLEY** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge: Honorable Lisa J. Cisneros<br>Courtroom: G - 15th Floor |

Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Michael B. Shortnacy (SBN: 277035)
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
mshortnacy@shb.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Bret Stanley (TX SBN 24075116)
bstanley@stanleypllc.com
The Stanley Law Firm, PLLC

13502 Havershire Lane
Houston, TX  77079
Telephone: (512) 695-6416
INDIVIDUALLY

STIPULATION REGARDING SECOND MOTION FOR SANCTIONS AGAINST BRET STANLEY
CASE NO. 3:23-md-03084-CRB

## RECITALS

**WHEREAS,** on February 17, 2026, the Court granted, in part, Defendants Rasier, LLC, Rasier-CA, LLC, and Uber Technologies, Inc.'s ("Uber") Second Motion for Sanctions Against Bret Stanley seeking attorneys' fees. (ECF 4604, the "Order").

**WHEREAS,** the Court ordered Mr. Stanley to pay Uber's reasonable attorneys' fees and costs incurred to bring, brief, and argue the Second Motion for Sanctions.

**WHEREAS,** the Court ordered the parties to meet and confer as to the amount of fees and costs to be awarded pursuant to the Order, and if they could not agree, they should file a joint PTO 8 letter no later than March 17, 2026.

**WHEREAS,** Mr. Stanley and Uber's counsel met and conferred as required by the Order and have reached an agreement on the amount of fees and costs due from Mr. Stanley to Uber, which is an amount that is greater than the amount the Court awarded to Uber in the First Sanctions Motion. The agreed-upon fee amount pursuant to the Order on the Second Motion for Sanctions represents compromise by both parties.

**WHEREAS,** pursuant to the Parties' agreement, the Parties respectfully ask the Court to enter this Proposed Stipulation as an Order of the Court in order to memorialize, and make an order of the Court, the payment terms of the agreed upon fee award.

**WHEREAS,** Mr. Stanley is no longer affiliated with the Johnson Law Group and will be individually responsible for paying Uber's attorneys' fees, Uber agreed to accept payment of the agreed upon award in two equal installment payments to be made on May 1, 2026 and July 1, 2026.

**WHEREAS,** Mr. Stanley no longer represents any plaintiffs in the MDL, he has signed Exhibit A to the Protective Order and agreed to abide by the terms of that agreement. *See* ECF 176-1, and Exhibit A attached hereto.

## **STIPULATION**

**THEREFORE,** the Parties agree and respectfully request the Court enter the Parties' stipulation, as an Order of the Court, as follows:

1.  Pursuant to the Order on the Second Motion for Sanctions, the Parties agree that Mr. Stanley shall make two installment payments to Uber for Uber's attorneys' fees and costs incurred for bringing, briefing, and arguing the Second Motion for Sanctions.

    a.  Mr. Stanley shall pay the first installment to Uber by May 1, 2026.

    b.  Mr. Stanley shall pay the second, and final, installment payment to Uber by July 1, 2026.

2.  The Court retains jurisdiction over Mr. Stanley for enforcement of its Orders, including the payment terms set forth herein.

**IT IS SO STIPULATED.**

Dated: March 17, 2026      Respectfully submitted,

By: */s/ Michael B. Shortnacy*

Michael B. Shortnacy (SBN: 277035)
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
mshortnacy@shb.com

Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com
Allison M. Brown (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

STIPULATION REGARDING SECOND MOTION FOR SANCTIONS AGAINST BRET STANLEY
CASE NO. 3:23-md-03084-CRB

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Bret Stanley (TX SBN 24075116)
bstanley@stanleypllc.com
The Stanley Law Firm, PLLC
13502 Havershire Lane
Houston, TX  77079
Telephone: (512) 695-6146

INDIVIDUALLY

## FILER'S ATTESTATION

I, Michael Shortnacy, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: March 17, 2026                    By:    */s/ Michael B. Shortnacy*
                                                 Michael Shortnacy

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____

                                      HON. JUDGE LISA J. CISNEROS

                                      United States Magistrate Judge

3

STIPULATION REGARDING SECOND MOTION FOR SANCTIONS AGAINST BRET STANLEY
CASE NO. 3:23-md-03084-CRB