[Submitting counsel below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DEFENDANTS' NOTICE OF ERRATA** |
| This Document Relates to: | Judge:         Hon. Charles R. Breyer<br>Courtroom:   Courtroom 6 – 17th Floor |
| *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Date Filed: March 16, 2026 |
| | Trial Date: January 13, 2026 |

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN, | CASE NO. 25-cv-4276-PHX-CRB |
| Plaintiff, | Judge:         Hon. Charles R. Breyer<br>Courtroom:   501 |
| v. | **DEFENDANTS' NOTICE OF ERRATA** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants | |

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

KIM BUENO ((Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th St.
Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

ALLISON M. BROWN (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

THEANE EVANGELIS (Admitted *Pro Hac Vice*)
DANIEL NOWICKI (Admitted *Pro Hac Vice*)
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
TEvangelis@gibsondunn.com
DNowicki@gibsondunn.com

SABRINA H. STRONG (SBN: 200292)
JONATHAN SCHNELLER (SBN: 291288)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
sstrong@omm.com
jschneller@omm.com

MICHAEL R. HUSTON (SBN: 038763)
JORDAN M. BUCKWALD (SBN: 036610)
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: (601)-351-8000
MHuston@perkinscoie.com
JBuckwald@perkinscoie.com

Counsel for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**NOTICE OF ERRATA**

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively Uber) submit this Notice of Errata regarding Defendants' Renewed Motion for Judgment as a Matter of Law, or Alternatively New Trial ("the Motion") filed with this Court on March 6, 2026. The Motion inadvertently failed to include Michael R. Huston and Jordan M. Buckwald, of the law firm Perkins Coie LLP, as attorneys for Defendants. A corrected version of the Motion is attached as Exhibit A.

Dated: March 17, 2026                    Respectfully submitted,

                                         */s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX  78701
Telephone: (512) 678-9100
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Theane Evangelis (Admitted *Pro Hac Vice*)
Daniel Nowicki (Admitted *Pro Hac Vice*)
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
TEvangelis@gibsondunn.com
DNowicki@gibsondunn.com

Sabrina H. Strong (SBN: 200292)
Jonathan Schneller (SBN: 291288)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
sstrong@omm.com
jschneller@omm.com

Michael R. Huston (SBN: 038763)
Jordan M. Buckwald (SBN: 036610)
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Z 85016-4227
MHuston@perkinscoie.com
JBuckwald@perkinscoie.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC