William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to: | |
| *John Doe LS 16 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-09767-CRB* | Judge: Honorable Charles R. Breyer |
| *Jane Doe LS 658 v. Uber Technologies, Inc., et al., No. 3:25-cv-09914-CRB* | Date: May 8, 2026 Time: 10:00 a.m. Courtroom: 6 – 17th Floor |
| *Jane Doe LS 659 v. Uber Technologies, Inc., et al., No. 3:25-cv-10019-CRB* | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## I.    **INTRODUCTION**

Uber wrongly presents this issue as one of refusal by the clients to fill out a Plaintiff Fact Sheet, as if they were unwilling to comply with the Court's Orders. However, this is not the case. The clients are not unwilling; our firm has been unsuccessful in obtaining current contact information in order to reach them to comply with this Court's orders. We acknowledge and understand that under PTO 10, the court created procedures and deadlines to produce a PFS. Our firm is, and has been, employing all of the resources available to us outside of the original contact information in an effort to obtain the necessary information.

There are many reasons why these victims of sexual assault could be unresponsive after having their case stayed for many years. These cases often involve young women who are mobile – changes in address name, phone number, etc. are all real human reasons why their initial contact information is no longer valid. Our office has employed extensive efforts to reach these plaintiffs. Those efforts predate the filing of Uber's motion.

## II.    **ARGUMENT**

Jane Doe LS 659 completed and submitted her Plaintiff Fact Sheet on March 17, 2026. (Bokaie Decl. at ¶ 3.)

With respect to the remaining named clients, we have worked diligently to reach the above name plaintiffs. These efforts include numerous phone calls, emails, texts, written letters, and address searches. (Bokaie Decl. at ¶ 4.) We also employed investigators to trace new contact information for these individuals. (Bokaie Decl. at ¶ 5.) Simply put, while we have made every effort to reach these Plaintiffs to complete a Plaintiff Fact Sheet, we have not received any indication that these clients are actually aware that they have failed to comply with the Court's orders.

## III.    **CONCLUSION**

For the foregoing reasons, we respectfully request this Court deny Uber's motion as to the Plaintiff referenced above who have complied with the Court's order.. We further request that we be given additional time to follow up with the remaining Levin Simes named plaintiffs with missing fact sheets.

Dated:  March 18, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

_/s/ Samira J. Bokaie_

William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
_Attorneys for LS Plaintiffs_

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: _____
Samira J. Bokaie

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10