# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*John Doe LS 16 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-09767-CRB*

*Jane Doe LS 658 v. Uber Technologies, Inc., et al., No. 3:25-cv-09914-CRB*

*Jane Doe LS 659 v. Uber Technologies, Inc., et al., No. 3:25-cv-10019-CRB*

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

Date: May 8, 2026
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**[PROPOSED] ORDER**

Having considered Defendants' March 4, 2026 Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, the Court therefore hereby ORDERS as follows:

Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10 is DENIED as to Plaintiffs John Doe LS 16, Jane Doe LS 658 and Jane Doe LS 659.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1