**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

This Document Relates to:

*J.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09790-CRB

*K.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09794-CRB

*A.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09818-CRB

*E.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09824-CRB

*JA.M.. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09965-CRB

*JE.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09971-CRB

*A.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09768-CRB

*B.D. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10369-CRB

*AN.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10403-CRB

*J.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10434-CRB

| | | |
|---|---|---|
| Judge: | Hon. Charles R. Breyer | |
| Courtroom: | 6 – 17th Floor | |
| Date: | May 8, 2026 | |
| Time: | 10:00 a.m. | |
| Courtroom: | 6 – 17th Floor | |

*K.L. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10472-CRB

*J.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10624-CRB

*B.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10627-CRB

*M.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10650-CRB

*AP.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10659-CRB

*Sha.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10714-CRB

*JE.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10742-CRB

*NE.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10743-CRB

*H.I. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10745-CRB

*LU.L.. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10746-CRB

*JA.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10749-CRB

*SH.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10774-CRB

*N.MP. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10776-CRB

*AL.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10777-CRB

*K.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10778-CRB

*R.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10781-CRB

*D.A. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10856-CRB

*C.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10857-CRB

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of WLF Plaintiffs' Response to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10:

**B.D. [4615]**

3. Plaintiff B.D. cured the deficiency by producing a completed PFS on March 4, 2026.

4. Plaintiff B.D. has diligently produced all of the discovery documents within her possession.

**J.G. [4548]**

5. Plaintiff J.G. cured the deficiency by producing a completed PFS on March 17, 2026.

6. Plaintiff J.G. has diligently produced all of the discovery documents within his possession.

**N.MP. [4657]**

7. On February 10, 2026, I filed a Motion to Withdraw as Counsel of Record for Plaintiff N.MP. [ECF No. 5213].

8. On March 6, 2026, the Court denied the Motion to Withdraw [ECF 5446].

9. My firm continues outreach efforts via various avenues for plaintiff N.MP. to cure any and all deficiencies.

**K.B. [4659]**

10. On February 10, 2026, I filed a Motion to Withdraw as Counsel of Record for Plaintiff K.B. [ECF No. 5214].

11. On March 6, 2026, the Court denied the Motion to Withdraw [ECF 5447].

12. My firm continues outreach efforts via various avenues for plaintiff K.B. to cure any and all deficiencies.

**JA.M. [4542]**

13. On January 22, 2026, Plaintiff authorized me to dismiss this action with her voluntary consent.

14. On March 18, 2026, I filed the appropriate motion to dismiss.

**JE.M. [4546]**

15. On December 30, 2025, Plaintiff authorized me to dismiss this action with her voluntary consent.

16. On March 18, 2026, I filed the appropriate motion to dismiss.

**H.I. [4664]**

17. On January 2, 2026, Plaintiff authorized me to dismiss this action with her voluntary consent.

18. On March 18, 2026, I filed the appropriate motion to dismiss.

**K.C. [4513]**

1.  WLF has attempted to contact K.C. regarding her PFS via 23 phone calls, 22 emails, 2 letters, and 20 text messages.

2.  Efforts continue to reach Plaintiff K.C.

**A.W. [4515[**

3.  WLF's last successful contact with Plaintiff A.W. was a phone call on September 25, 2025.

4.  Since that date, multiple contact attempts have been made, including at least 35 phone calls, 31 emails, 2 letters, and 31 text messages.

5.  Efforts continue to reach Plaintiff A.W

**E.M. [4512]**

6.  WLF's last successful contact with Plaintiff E.M. was by phone on January 20, 2026.

7.  Since that date, multiple contact attempts have been made, including at least 19 phone calls, 20 emails, 1 letter, and 19 text messages.

8.  Efforts continue to reach Plaintiff E.M.

**A.F. [4514]**

9.  WLF's last successful contact with Plaintiff A.F. was by email on January 2, 2026, when she sent back a partially completed PFS, but did not sign any authorizations or verification.

10. Since that date, multiple contact attempts have been made, including at least 24 phone calls, 27 emails, 1 letter, and 25 text messages.

11. Efforts continue to reach Plaintiff A.F.

**AN.C. [4616]**

12. WLF has attempted to contact AN.C. regarding her PFS via 59 phone calls, 13 emails, 1 letter, and 9 text messages.

13. Efforts continue to reach Plaintiff AN.C.

**J.T. [4626]**

14. WLF's last successful contact with Plaintiff J.T. was by phone on February 27, 2026.

15. Since that date, multiple contact attempts have been made, including at least 6 phone calls, 7 emails, and 5 text messages.

16. We understand that Plaintiff J.T. may have a disability that would give rise to a request for accommodation, however we have been unable to reach her to obtain further information.

17. Efforts continue to reach Plaintiff J.T.

**K.L. [4628]**

18. WLF's last successful contact with Plaintiff K.L. was by phone on October 3, 2025.

19. Since that date, multiple contact attempts have been made, including at least 18 phone calls, 15 emails, 2 letters, and 12 text messages.

20. Efforts continue to reach Plaintiff K.L.

**J.H. [4642]**

21. WLF's last successful contact with Plaintiff J.H. was by phone on January 6, 2026. She said she had received the PFS and was working on it.

22. Since that date, multiple contact attempts have been made, including at least 3 phone calls, 4 emails, letters, and 3 text messages.

23. Efforts continue to reach Plaintiff J.H.

**B.G. [4644]**

24. WLF's last successful contact with Plaintiff B.G. was by phone on January 5, 2026. She indicated she would return the PFS.

25. Since that date, multiple contact attempts have been made, including at least 14 phone calls, 14 emails, letters, and 14 text messages.

26. Efforts continue to reach Plaintiff B.G.

**M.R. [4647]**

27. WLF's last successful contact with Plaintiff M.R. was by email on February 12, 2026.

28. Since that date, multiple contact attempts have been made, including at least 6 phone calls, 5 emails, and 6 text messages.

29. Efforts continue to reach Plaintiff M.R.

**AP.P. [4650]**

30. WLF's last successful contact with Plaintiff AP.P. was by phone on January 2, 2026.

31. Since that date, multiple contact attempts have been made, including at least 31 phone calls, 20 emails, 1 letter, and 18 text messages.

32. Efforts continue to reach Plaintiff AP.P.

**Sha.R. [4652]**

33. WLF's last successful contact with Plaintiff Sha.R. was by phone on May 20, 2025. Plaintiff is experiencing significant difficulty engaging with the specific subject matter required by the PFS due to the nature of the allegations.

34. Since that date, multiple contact attempts have been made, including at least 25 phone calls, 19 emails, 2 letters, and 14 text messages.

35. Efforts continue to reach Plaintiff Sha.R.

**JE.H. [4662]**

36. WLF's last successful contact with Plaintiff JE.H. was by email on April 3, 2025.

37. Since that date, multiple contact attempts have been made, including at least 27 phone calls, 15 emails, 3 letters, and 10 text messages.

38. Efforts continue to reach Plaintiff JE.H.

**NE.R. [4663]**

39. WLF's last successful contact with Plaintiff NE.R. was by email on February 13, 2026.

40. Since that date, multiple contact attempts have been made, including at least 30 phone calls, 11 emails, and 6 text messages.

41. Efforts continue to reach Plaintiff NE.R.

**LU.L. [4665]**

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

42. WLF has attempted to contact LU.L. regarding her PFS via 16 phone calls, 15 emails, 2 letters, and 13 text messages.

43. Efforts continue to reach Plaintiff LU.L.

### JA.R. [4667]

44. WLF's last successful contact with Plaintiff JA.R. was by phone on February 6, 2026.

45. Since that date, multiple contact attempts have been made, including at least 22 phone calls, 15 emails, 1 letter, and 14 text messages.

46. Efforts continue to reach Plaintiff JA.R.

### SH.B. [4655]

47. WLF has attempted to contact SH.B. regarding her PFS via at least 33 phone calls, 17 emails, 1 letter, and 17 text messages.

48. Efforts continue to reach Plaintiff SH.B.

### AL.H. [4658]

49. WLF's last successful contact with Plaintiff AL.H. was by phone on October 15, 2025.

50. Since that date, multiple contact attempts have been made, including at least 14 phone calls, 12 emails, 1 letter, and 11 text messages.

51. Efforts continue to reach Plaintiff AL.H.

### R.R. [4661]

52. WLF has attempted to contact R.R. regarding her PFS via at least 53 phone calls, 23 emails, 3 letters, and 23 text messages.

53. Efforts continue to reach Plaintiff R.R.

### D.A. [4653]

54. WLF's last successful contact with Plaintiff D.A. was by phone on October 6, 2025.

55. Since that date, multiple contact attempts have been made, including at least 17 phone calls, 16 emails, 2 letters, and 13 text messages.

56. Efforts continue to reach Plaintiff D.A.

### C.J. [4654]

57. WLF's last successful contact with Plaintiff C.J. was by phone on October 31, 2025.

58. Since that date, multiple contact attempts have been made, including at least 17 phone calls, 13 emails, and 12 text messages.

59. Efforts continue to reach Plaintiff C.J.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of March, 2026, in Denver, Colorado.

_____

Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10