**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** _____ This Document Relates to: *P.S. v. Uber Technologies, Inc., et al.*, Case No. 3 :25-cv-08574-CRB | Case No. 3:23-md-03084-CRB **PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** Judge:        Hon. Charles R. Breyer Courtroom:    6 – 17th Floor |

## I.    INTRODUCTION

Plaintiff P.S. moves this Court to reconsider its Order to dismiss due to her compliance with PTO 10. Despite being incarcerated, Plaintiff and her counsel were able to complete the PFS and submitted it to this Court with an addendum explaining that her verification would be submitted upon receipt, subject to constraints between FedEx and the jail.

On January 9, 2026, Defendants filed a Motion to Dismiss the claims of multiple Plaintiffs, including P.S., on the grounds that Plaintiffs failed to comply with Amended Pretrial Order ("PTO") No. 10. *See* ECF No. 4967. Amended PTO 10 establishes procedures and deadlines related to the production of Plaintiff Fact Sheets. *See* ECF No. 4287. On January 23, 2026, Plaintiff filed an Opposition to Defendant's Motion to Dismiss, explaining that additional time was required due to Plaintiff's incarceration. *See* ECF No. 5096. On February 17, 2026, this Court issued an Order dismissing without prejudice all claims identified in Exhibit A of Defendants' Motion to Dismiss and requiring that counsel for Plaintiffs file notices of dismissal within 14 days of the date of the Order. *See* ECF No. 5253. Plaintiff P.S. now submits this Motion to Reconsider the Court's Order as it relates to Plaintiff P.S.

1

## II.    ARGUMENT

**A. Plaintiff P.S. has complied with Amended PTO 10.**

Plaintiff P.S. is currently incarcerated at the Flagler County Sheriff's Office Jail. On January 23, 2026, counsel successfully contacted Plaintiff at the facility to address the deficiencies in her PFS. On January 28, 2026, counsel spoke with Plaintiff at the facility to cure the remaining deficiencies in her PFS. The PFS Verification and Authorizations were sent to the Jail via Federal Express on January 28, 2026. The PFS was filed with an addendum explaining why it would be filed without the Verification and Authorizations on January 30, 2026. The signed Verification and Authorizations were uploaded to MDL Centrality on March 2, 2026.

Given that Plaintiff has complied with her discovery obligations under Amended PTO 10, which were delayed due to Plaintiff's incarceration, Plaintiff P.S. respectfully requests that the Court reconsider dismissal of her case and remove it from the dismissal Order, ECF No. 5253. Counsel for Plaintiff believes that a reconsideration of the Order dismissing her case is warranted as dismissal is unduly prejudicial to Plaintiff P.S. under the circumstances described above.

## III.    CONCLUSION

For the foregoing reasons, Plaintiff P.S. respectfully requests that this Court amend the Order dismissing cases for failure to comply with Amended PTO 10 to remove Plaintiff P.S.

Dated: March 3, 2026                    Respectfully submitted,

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*

PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated:  March 3, 2026

/s/ *Sommer D. Luther*
Sommer D. Luther

1
PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10