# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 5

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Counsel | Case Number | Receipt Due Date | Days Overdue (as of 3/18/26) | Date of Delinquency Notice |
|---|---|---|---|---|---|---|
| 4614 | Jane Doe NLG (M.F.) | Nachawati Law Group | 3:25-cv-09589 | 11/20/2025 | 118 | 12/17/2025 |
| 4623 | Jane Doe NLG (A.R.) | Nachawati Law Group | 3:25-cv-09839 | 11/28/2025 | 110 | 12/17/2025 |
| 4624 | Jane Doe NLG (L.R.) | Nachawati Law Group | 3:25-cv-09842 | 11/28/2025 | 110 | 12/17/2025 |
| None | R.M. | Reich and Binstock | 3:25-cv-10029 | 12/4/2025 | 104 | 12/17/2025 |
| None | S.G. | Peiffer Wolf | 3:25-cv-11076 | 1/14/2026 | 63 | 1/27/2026 |
| 4749 | Jane Doe NLG (L.H.) | Nachawati Law Group | 3:26-cv-00057 | 1/19/2026 | 58 | 1/27/2026 |
| None | J.C. | Reich and Binstock | 3:26-cv-00207 | 1/22/2026 | 55 | 1/27/2026 |
| None | D.Y. | Reich and Binstock | 3:26-cv-00213 | 1/22/2026 | 55 | 1/27/2026 |
| 4824 | Jane Roe CL 258 | Cutter Law | 3:26-cv-00282 | 1/23/2026 | 54 | 1/27/2026 |
| 4825 | Jane Roe CL 259 | Cutter Law | 3:26-cv-00284 | 1/23/2026 | 54 | 1/27/2026 |