**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |

This Document Relates to:

*R.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10029-CRB

*Jane Doe NLG (M.F.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09589-CRB

*Jane Doe NLG (A.R.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09839-CRB

*Jane Doe NLG (L.R.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09842-CRB

*S.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-11076-CRB

*Jane Doe NLG (L.H.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00057-CRB

*J.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00207-CRB

*D.Y. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00213-CRB

*Jane Roe CL 258 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00282-CRB

*Jane Roe CL 259 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00284-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 5 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1.      The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to PTO No. 5 (ECF No. 175).

2.      Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____

HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDLC ID[1] | Case Name | Counsel | Case Number |
|---|---|---|---|
| None | R.M. | Reich and Binstock | 3:25-cv-10029 |
| 4614 | Jane Doe NLG (M.F.) | Nachawati Law Group | 3:25-cv-09589 |
| 4623 | Jane Doe NLG (A.R.) | Nachawati Law Group | 3:25-cv-09839 |
| 4624 | Jane Doe NLG (L.R.) | Nachawati Law Group | 3:25-cv-09842 |
| None | S.G. | Peiffer Wolf | 3:25-cv-11076 |
| 4749 | Jane Doe NLG (L.H.) | Nachawati Law Group | 3:26-cv-00057 |
| None | J.C. | Reich and Binstock | 3:26-cv-00207 |
| None | D.Y. | Reich and Binstock | 3:26-cv-00213 |
| 4824 | Jane Roe CL 258 | Cutter Law | 3:26-cv-00282 |
| 4825 | Jane Roe CL 259 | Cutter Law | 3:26-cv-00284 |

[1] The Plaintiffs where "None" is indicated have all failed to register for MDL Centrality. For that reason, they lack MDL ID numbers.