UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.  23-md-03084-CRB   (LJC) |
| This Document Relates To: | **ORDER TO SHOW CAUSE WHY STIPULATION SHOULD NOT BE DENIED** |
| ALL CASES. | Re: Dkt. No. 5540 |

The Court has reviewed the parties' Stipulation and Proposed Order, ECF No. 5540. resolving the attorneys' fees owed to Uber by Bret Stanley as a result of the Court granting in part Uber's second motion for sanctions, *see* ECF No. 5245 at 26–29.  The Court is concerned that the proposed order may not be sufficiently definite to constitute an enforceable order to pay a particular sum when it does not state the sum of money owed in each installment (or in total).

The parties are therefore ORDERED TO SHOW CAUSE why the stipulation should not be denied, by filing one of the following no later than April 1, 2026: (1) a response providing legal authority supporting the proposed order as currently presented; (2) a revised proposed order stating the sums the be paid in each installment; or (3) a revised proposed order providing for the Court's continued jurisdiction to enforce the terms of a settlement agreement as a matter of contract, rather than framing the payment of undisclosed sums as itself an order of the Court.

If the parties elect the second option to file a revised proposed order stating the amounts to be paid, and do not wish to disclose those amounts publicly, they may move to file those amounts under seal. The Court would likely grant such a motion in the absence of any opposition, but the material at issue could be subject to a subsequent motion to unseal, to the same extent as any other document filed under seal in this district.  *See* Civ. L.R. 79-5(g)(3).

United States District Court<br>Northern District of California

The Court appreciates the parties' successful negotiation of the amount of fees to be paid and does not intend to stand in the way of their agreement.  This Order is intended only to address a potential procedural defect in the manner in which the parties have proposed to memorialize or effectuate that agreement, and to avoid the potential for further disputes in the unlikely event that there is any question of compliance in the future.

**IT IS SO ORDERED.**

Dated: March 19, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California