Allison M. Brown (Admitted Pro Hac Vice)
alli.brown@kirkland.com
Jessica Davidson (Admitted Pro Hac Vice)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted Pro Hac Vice)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

Attorneys for Defendants
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>SEE EXHIBIT A | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE**<br><br>Date:      May 8, 2026<br>Time:     10:00 a.m.<br>Courtroom: 6 – 17th Floor |

**<u>DECLARATION OF MICHAEL B. SHORTNACY</u>**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On November 3, 2025, this Court entered Amended Pretrial Order ("PTO") No. 10 in this matter, re-establishing requirements for Plaintiffs to submit substantially complete Plaintiff Fact Sheets ("PFS"), including a requirement that they be accompanied by a signed declaration or verification. ECF No. 4287 at 3, 8. Amended PTO 10 also establishes a process for Uber to seek to convert dismissals without prejudice to dismissals with prejudice. ECF 4287 § 9. If, within the 30 days following the Court's dismissal without prejudice, a Plaintiff fails to either (1) cure the underlying deficiency(ies), or (2) move to vacate their dismissal without prejudice, "the Order will be converted to a dismissal with prejudice upon Uber's motion." *Id.*

4. On February 10, 2026, this Court entered an Order (ECF 5216) dismissing without prejudice the claims of certain Plaintiffs who had failed to comply with PTO 31 (ECF 3877) by failing to produce a bona fide ride receipt or a statement explaining in detail the reasonable efforts they have undertaken to search for the receipt and why they have been unable to locate it. On February 13, 2026, this Court entered an Order (ECF 5232) dismissing without prejudice the claims of certain Plaintiffs who had failed to comply with Amended PTO 10 (ECF 4287) by failing to provide the required Plaintiff Fact Sheet. That same day, the Court entered an Order (ECF 5238) dismissing without

M. SHORTNACY DECL. ISO DEFS.' MTN TO CONVERT ORDERS OF DISMISSAL
WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

prejudice the claims of certain Plaintiffs who had failed to comply with PTO 5 (ECF 175) by failing to produce a bona fide ride receipt or an information sheet regarding the trip giving rise to their claims, as required. The Court also entered an Order (ECF 5242) dismissing without prejudice the claims of additional Plaintiffs who have failed to comply with PTO 31. On February 17, 2026, this Court entered an Order (ECF 5253) dismissing the claims of additional Plaintiffs who had failed to comply with Amended PTO 10.

5.      Attached to this declaration as Exhibit A is a table identifying those Plaintiffs who, as of March 19, 2026, have failed to either: (1) cure the underlying deficiency(ies) that were the subject of their Ordered dismissals; or (2) move to vacate their Ordered dismissal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2026 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Michael B. Shortnacy*_____

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

M. SHORTNACY DECL. ISO DEFS.' MTN TO CONVERT ORDERS OF DISMISSAL
WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE          CASE NO. 3:23-MD-03084-CRB