# EXHIBIT A

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 1154 | Jane Doe LS 364 | Levin Simes | 3:23-cv-05237 |
| 1184 | Jane Doe LS 234 | Levin Simes | 3:23-cv-05433 |
| 1187 | Jane Doe LS 322 | Levin Simes | 3:23-cv-05572 |
| 1362 | J.R. | Nachawati Law Group | 3:24-cv-00574 |
| 1349 | P.L. | Potter Handy | 3:24-cv-02847 |
| 1490 | Jane Doe (D.H.) | Nachawati Law Group | 3:24-cv-04322 |
| 1493 | Jane Doe (Y.E.) | Nachawati Law Group | 3:24-cv-04330 |
| 1504 | Jane Doe (S.W.) | Nachawati Law Group | 3:24-cv-04360 |
| 1511 | Jane Doe (E.N.) | Nachawati Law Group | 3:24-cv-04370 |
| 1776 | CL 14 | Cutter Law | 3:24-cv-04680 |
| 2223 | L.B. | Nachawati Law Group | 3:24-cv-05115 |
| 1741 | C.M. (2) | Peiffer Wolf Carr Kane Conway & Wise | 3:24-cv-05182 |
| 1883 | WHB 644 | Williams Hart & Boundas, LLP | 3:24-cv-05272 |
| 2302 | LS 6 | Levin Simes, LLP | 3:24-cv-05316 |
| 2398 | LS 232 | Levin Simes, LLP | 3:24-cv-05327 |
| 2233 | J.J. | Nachawati Law Group | 3:24-cv-05343 |
| 1925 | WHB 703 | Williams Hart & Boundas, LLP | 3:24-cv-05361 |
| 2509 | LS 206 | Levin Simes, LLP | 3:24-cv-05419 |
| 1977 | WHB 470 | Williams Hart & Boundas, LLP | 3:24-cv-05440 |
| 1948 | WHB 1661 | Williams Hart & Boundas, LLP | 3:24-cv-05468 |
| 2420 | LS 136 | Levin Simes, LLP | 3:24-cv-05475 |
| 1988 | WHB 1414 | Williams Hart & Boundas, LLP | 3:24-cv-05495 |
| 1989 | WHB 1468 | Williams Hart & Boundas, LLP | 3:24-cv-05500 |
| 1963 | WHB 1930 | Williams Hart & Boundas, LLP | 3:24-cv-05555 |

1

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2070 | WHB 1659 | Williams Hart & Boundas, LLP | 3:24-cv-05565 |
| 2133 | WHB 1381 | Williams Hart & Boundas, LLP | 3:24-cv-05603 |
| 2148 | WHB 438 | Williams Hart & Boundas, LLP | 3:24-cv-05631 |
| 2152 | WHB 349 | Williams Hart & Boundas, LLP | 3:24-cv-05636 |
| 2176 | WHB 1611 | Williams Hart & Boundas, LLP | 3:24-cv-05665 |
| 2178 | WHB 891 | Williams Hart & Boundas, LLP | 3:24-cv-05666 |
| 2174 | WHB 1348 | Williams Hart & Boundas, LLP | 3:24-cv-05669 |
| 2236 | Jane Doe (C.M.) | Nachawati Law Group | 3:24-cv-05718 |
| 2095 | Jane Roe CL 36 | Cutter Law | 3:24-cv-05720 |
| 2100 | Jane Roe CL 40 | Cutter Law PC | 3:24-cv-05734 |
| 2324 | LS 420 | Levin Simes, LLP | 3:24-cv-05739 |
| 2104 | Jane Roe CL 43 | Cutter Law PC | 3:24-cv-05741 |
| 2395 | LS 430 | Levin Simes, LLP | 3:24-cv-05743 |
| 2106 | Jane Roe CL 45 | Cutter Law PC | 3:24-cv-05746 |
| 2253 | T.M. | Nachawati Law Group | 3:24-cv-05764 |
| 2483 | LS 214 | Levin Simes, LLP | 3:24-cv-05777 |
| 2066 | WHB 1484 | Williams Hart & Boundas, LLP | 3:24-cv-05779 |
| 2067 | WHB 375 | Williams Hart & Boundas, LLP | 3:24-cv-05781 |
| 2255 | K.M. | Nachawati Law Group | 3:24-cv-05796 |
| 2110 | CL 48 | Cutter Law PC | 3:24-cv-05810 |
| 2111 | CL 49 | Cutter Law PC | 3:24-cv-05811 |
| 2200 | Jones, Cody | Pro se | 3:24-cv-05822 |
| 2115 | CL 53 | Cutter Law PC | 3:24-cv-05831 |
| 2322 | LS 406 | Levin Simes, LLP | 3:24-cv-05836 |
| 2120 | CL 58 | Cutter Law PC | 3:24-cv-05846 |
| 2450 | LS 440 | Levin Simes, LLP | 3:24-cv-05862 |

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2499 | LS 173 | Levin Simes, LLP | 3:24-cv-05885 |
| 2490 | LS 368 | Levin Simes, LLP | 3:24-cv-05898 |
| 2471 | LS 215 | Levin Simes, LLP | 3:24-cv-05909 |
| 2470 | LS 304 | Levin Simes, LLP | 3:24-cv-05914 |
| 2440 | LS 504 | Levin Simes, LLP | 3:24-cv-05928 |
| 2256 | E.P. | Nachawati Law Group | 3:24-cv-05946 |
| 2207 | WHB 884 | Williams Hart & Boundas, LLP | 3:24-cv-05948 |
| 2127 | WHB 1273 | Williams Hart & Boundas, LLP | 3:24-cv-05950 |
| 2445 | LS 135 | Levin Simes, LLP | 3:24-cv-05971 |
| 2279 | LS 303 | Levin Simes, LLP | 3:24-cv-05980 |
| 2489 | LS 125 | Levin Simes, LLP | 3:24-cv-05982 |
| 2264 | S. S. | Nachawati Law Group | 3:24-cv-06076 |
| 2599 | CL 70 | Cutter Law PC | 3:24-cv-06863 |
| 2680 | CL 76 | Cutter Law PC | 3:24-cv-07569 |
| 2682 | Jane Roe CL 78 | Cutter Law PC | 3:24-cv-07584 |
| 2703 | CL 82 | Cutter Law PC | 3:24-cv-08522 |
| 2705 | CL 84 | Cutter Law PC | 3:24-cv-08526 |
| 2714 | CL 86 | Cutter Law PC | 3:24-cv-08756 |
| 2756 | LS 548 | Levin Simes, LLP | 3:24-cv-09211 |
| 2788 | C.L. | Pro se | 3:25-cv-00007 |
| 2850 | WHB 2060 | Williams Hart & Boundas, LLP | 3:25-cv-01092 |
| 2862 | WHB 2071 | Williams Hart & Boundas, LLP | 3:25-cv-01130 |
| 2866 | WHB 2075 | Williams Hart & Boundas, LLP | 3:25-cv-01148 |
| 2878 | WHB 2036 | Williams Hart & Boundas, LLP | 3:25-cv-01180 |
| 2884 | WHB 2042 | Williams Hart & Boundas, LLP | 3:25-cv-01206 |
| 2885 | WHB 2043 | Williams Hart & Boundas, LLP | 3:25-cv-01207 |
| 2888 | WHB 2044 | Williams Hart & Boundas, LLP | 3:25-cv-01209 |

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2892 | WHB 2048 | Williams Hart & Boundas, LLP | 3:25-cv-01216 |
| 2896 | WHB 2051 | Williams Hart & Boundas, LLP | 3:25-cv-01226 |
| 2900 | WHB 2054 | Williams Hart & Boundas, LLP | 3:25-cv-01244 |
| 2904 | WHB 2057 | Williams Hart & Boundas, LLP | 3:25-cv-01249 |
| 2906 | WHB 2059 | Williams Hart & Boundas, LLP | 3:25-cv-01255 |
| 2989 | LS 553 | Levin Simes, LLP | 3:25-cv-01493 |
| 2990 | LS 554 | Levin Simes, LLP | 3:25-cv-01693 |
| 3013 | NLG (A.B.) | Nachawati Law Group | 3:25-cv-01711 |
| 3258 | CL 115 | Cutter Law PC | 3:25-cv-01943 |
| 3264 | CL 121 | Cutter Law PC | 3:25-cv-02136 |
| 3266 | CL 123 | Cutter Law PC | 3:25-cv-02139 |
| 3118 | C.O. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-02551 |
| 3151 | Jane Doe NLG (KS) | Nachawati Law Group | 3:25-cv-02616 |
| 3122 | K.B. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-02650 |
| 3178 | LS 582 | Levin Simes, LLP | 3:25-cv-02792 |
| 3177 | LS 583 | Levin Simes, LLP | 3:25-cv-02801 |
| 3314 | NLG (JH) | Nachawati Law Group | 3:25-cv-02949 |
| 3281 | CL 138 | Cutter Law PC | 3:25-cv-03137 |
| 3243 | Jane Doe LS 593 | Levin Simes, LLP | 3:25-cv-03269 |
| 3298 | J.M. | Pro se | 3:25-cv-03364 |
| 3443 | CL 153 | Cutter Law PC | 3:25-cv-03818 |
| 3373 | JLG 134 | Johnson Law Group | 3:25-cv-04041 |
| 3380 | LS 598 | Levin Simes, LLP | 3:25-cv-04071 |
| 3549 | CL 169 | Cutter Law | 3:25-cv-04672 |
| 3512 | LS 601 | Levin Simes, LLP | 3:25-cv-04699 |
| 3552 | CL 172 | Cutter Law PC | 3:25-cv-04708 |

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 3681 | E.M. 3681 | Cohen Hirsch, LP | 3:25-cv-05571 |
| 3748 | NLG (LL) | Nachawati Law Group | 3:25-cv-05865 |
| 3887 | Jane Roe CL 6 | Cutter Law | 3:25-cv-05892 |
| 3814 | NLG (KF) | Nachawati Law Group | 3:25-cv-06031 |
| 3791 | LS 619 | Levin Simes, LLP | 3:25-cv-06243 |
| 3790 | LS 620 | Levin Simes, LLP | 3:25-cv-06249 |
| 3793 | LS 622 | Levin Simes, LLP | 3:25-cv-06306 |
| 3798 | I.C. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-06382 |
| 3828 | LS 626 | Levin Simes, LLP | 3:25-cv-06541 |
| 3865 | B.P. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-06843 |
| 3946 | NLG (K.T.) | Nachawati Law Group | 3:25-cv-07259 |
| 3978 | LS 635 | Levin Simes | 3:25-cv-07376 |
| 3969 | LS 636 | Levin Simes | 3:25-cv-07381 |
| 4058 | LS 14 | Levin Simes | 3:25-cv-07844 |
| 4103 | Jane Doe NLG (R.K.) | Nachawati Law Group | 3:25-cv-07976 |
| 4056 | Jane Doe LS 643 | Levin Simes | 3:25-cv-08050 |
| 4068 | J.C. | Wagstaff Law Firm | 3:25-cv-08073 |
| 4070 | A.R. | Wagstaff Law Firm | 3:25-cv-08075 |
| 4066 | LS 646 | Levin Simes | 3:25-cv-08086 |
| 4097 | M.J. | Wagstaff Law Firm | 3:25-cv-08088 |
| 4105 | Jane Doe NLG 5 (A.H.) | Nachawati Law Group | 3:25-cv-08112 |
| 4107 | Jane Doe NLG (A.C.) | Nachawati Law Group | 3:25-cv-08187 |
| 4110 | Jane Doe NLG (M.U.) | Nachawati Law Group | 3:25-cv-08264 |
| 4196 | S.C. | Wagstaff Law Firm | 3:25-cv-08317 |
| 4197 | S.B. | Wagstaff Law Firm | 3:25-cv-08326 |
| 4198 | C.W. | Wagstaff Law Firm | 3:25-cv-08329 |

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 4205 | Jane Roe CL 211 | Cutter Law | 3:25-cv-08397 |
| 4139 | D.M. | Reich and Binstock | 3:25-cv-08420 |
| 4142 | C.C. | Reich and Binstock | 3:25-cv-08442 |
| 4143 | R.B. | Reich and Binstock | 3:25-cv-08449 |
| 4152 | E.M. | Reich and Binstock | 3:25-cv-08451 |
| 4206 | Jane Roe CL 212 | Cutter Law | 3:25-cv-08470 |
| 4314 | J.G. | Reich and Binstock | 3:25-cv-08507 |
| 4224 | D.S. | Reich and Binstock | 3:25-cv-08519 |
| 4241 | Jane Doe NLG 2 (T.B.) | Nachawati Law Group | 3:25-cv-08633 |
| 4229 | Jane Doe NLG 2 (S.G.) | Nachawati Law Group | 3:25-cv-08707 |
| 4634 | Jane Doe NLG 2 (J.H.) | Nachawati Law Group | 3:25-cv-08736 |
| 4255 | Jane Doe NLG (V.S.) | Nachawati Law Group | 3:25-cv-08757 |
| 4327 | Jane Roe CL 218 | Cutter Law | 3:25-cv-08789 |
| 4311 | J.J. | Wagstaff Law Firm | 3:25-cv-08822 |
| 4312 | K.L.J. | Wagstaff Law Firm | 3:25-cv-08825 |
| 4276 | JLG 180 | Johnson Law Group | 3:25-cv-08985 |
| 4371 | Jane Doe NLG (M.S.) | Nachawati Law Group | 3:25-cv-09006 |
| 4598 | Jane Doe NLG (A.B.) | Nachawati Law Group | 3:25-cv-09180 |
| 4590 | Jane Doe NLG (M.O.) | Nachawati Law Group | 3:25-cv-09181 |
| 4593 | Jane Doe NLG (J.R.) | Nachawati Law Group | 3:25-cv-09186 |
| 4385 | G.M. | Wagstaff Law Firm | 3:25-cv-09190 |
| 4384 | O.G. | Wagstaff Law Firm | 3:25-cv-09192 |
| 4373 | Jane Doe NLG (R.M.) | Nachawati Law Group | 3:25-cv-09197 |
| 4153 | Jane Doe NLG (C.B.) | Nachawati Law Group | 3:25-cv-09213 |
| 4421 | TE.T. | Wagstaff Law Firm | 3:25-cv-09370 |
| 4423 | I.M. | Wagstaff Law Firm | 3:25-cv-09373 |
| 4431 | L.M. | Wagstaff Law Firm | 3:25-cv-09378 |

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 4388 | Jane Doe LS 651 | Levin Simes | 3:25-cv-09396 |
| 4389 | Jane Doe LS 652 | Levin Simes | 3:25-cv-09398 |