**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>SEE EXHIBIT A | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, are subject to conversion of their previously ordered dismissals without prejudice to dismissals with prejudice pursuant to Amended Pretrial Order ("PTO") No. 10.

The Court therefore hereby ORDERS as follows:

1. The prior dismissals of the claims of the Plaintiffs identified in Exhibit A to this Order are subject to conversion from without prejudice dismissal to dismissal with prejudice pursuant to Amended PTO 10 (ECF No. 4287). Accordingly, those Plaintiffs' claims are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____
                                    HON. CHARLES R. BREYER
                                    United States District Court Judge

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

**EXHIBIT A**

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 1154 | Jane Doe LS 364 | Levin Simes | 3:23-cv-05237 |
| 1184 | Jane Doe LS 234 | Levin Simes | 3:23-cv-05433 |
| 1187 | Jane Doe LS 322 | Levin Simes | 3:23-cv-05572 |
| 1362 | J.R. | Nachawati Law Group | 3:24-cv-00574 |
| 1349 | P.L. | Potter Handy | 3:24-cv-02847 |
| 1490 | Jane Doe (D.H.) | Nachawati Law Group | 3:24-cv-04322 |
| 1493 | Jane Doe (Y.E.) | Nachawati Law Group | 3:24-cv-04330 |
| 1504 | Jane Doe (S.W.) | Nachawati Law Group | 3:24-cv-04360 |
| 1511 | Jane Doe (E.N.) | Nachawati Law Group | 3:24-cv-04370 |
| 1776 | CL 14 | Cutter Law | 3:24-cv-04680 |
| 2223 | L.B. | Nachawati Law Group | 3:24-cv-05115 |
| 1741 | C.M. (2) | Peiffer Wolf Carr Kane Conway & Wise | 3:24-cv-05182 |
| 1883 | WHB 644 | Williams Hart & Boundas, LLP | 3:24-cv-05272 |
| 2302 | LS 6 | Levin Simes, LLP | 3:24-cv-05316 |
| 2398 | LS 232 | Levin Simes, LLP | 3:24-cv-05327 |
| 2233 | J.J. | Nachawati Law Group | 3:24-cv-05343 |
| 1925 | WHB 703 | Williams Hart & Boundas, LLP | 3:24-cv-05361 |
| 2509 | LS 206 | Levin Simes, LLP | 3:24-cv-05419 |
| 1977 | WHB 470 | Williams Hart & Boundas, LLP | 3:24-cv-05440 |
| 1948 | WHB 1661 | Williams Hart & Boundas, LLP | 3:24-cv-05468 |
| 2420 | LS 136 | Levin Simes, LLP | 3:24-cv-05475 |
| 1988 | WHB 1414 | Williams Hart & Boundas, LLP | 3:24-cv-05495 |
| 1989 | WHB 1468 | Williams Hart & Boundas, LLP | 3:24-cv-05500 |
| 1963 | WHB 1930 | Williams Hart & Boundas, LLP | 3:24-cv-05555 |
| 2070 | WHB 1659 | Williams Hart & Boundas, LLP | 3:24-cv-05565 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2133 | WHB 1381 | Williams Hart & Boundas, LLP | 3:24-cv-05603 |
| 2148 | WHB 438 | Williams Hart & Boundas, LLP | 3:24-cv-05631 |
| 2152 | WHB 349 | Williams Hart & Boundas, LLP | 3:24-cv-05636 |
| 2176 | WHB 1611 | Williams Hart & Boundas, LLP | 3:24-cv-05665 |
| 2178 | WHB 891 | Williams Hart & Boundas, LLP | 3:24-cv-05666 |
| 2174 | WHB 1348 | Williams Hart & Boundas, LLP | 3:24-cv-05669 |
| 2236 | Jane Doe (C.M.) | Nachawati Law Group | 3:24-cv-05718 |
| 2095 | Jane Roe CL 36 | Cutter Law | 3:24-cv-05720 |
| 2100 | Jane Roe CL 40 | Cutter Law PC | 3:24-cv-05734 |
| 2324 | LS 420 | Levin Simes, LLP | 3:24-cv-05739 |
| 2104 | Jane Roe CL 43 | Cutter Law PC | 3:24-cv-05741 |
| 2395 | LS 430 | Levin Simes, LLP | 3:24-cv-05743 |
| 2106 | Jane Roe CL 45 | Cutter Law PC | 3:24-cv-05746 |
| 2253 | T.M. | Nachawati Law Group | 3:24-cv-05764 |
| 2483 | LS 214 | Levin Simes, LLP | 3:24-cv-05777 |
| 2066 | WHB 1484 | Williams Hart & Boundas, LLP | 3:24-cv-05779 |
| 2067 | WHB 375 | Williams Hart & Boundas, LLP | 3:24-cv-05781 |
| 2255 | K.M. | Nachawati Law Group | 3:24-cv-05796 |
| 2110 | CL 48 | Cutter Law PC | 3:24-cv-05810 |
| 2111 | CL 49 | Cutter Law PC | 3:24-cv-05811 |
| 2200 | Jones, Cody | Pro se | 3:24-cv-05822 |
| 2115 | CL 53 | Cutter Law PC | 3:24-cv-05831 |
| 2322 | LS 406 | Levin Simes, LLP | 3:24-cv-05836 |
| 2120 | CL 58 | Cutter Law PC | 3:24-cv-05846 |
| 2450 | LS 440 | Levin Simes, LLP | 3:24-cv-05862 |
| 2499 | LS 173 | Levin Simes, LLP | 3:24-cv-05885 |
| 2490 | LS 368 | Levin Simes, LLP | 3:24-cv-05898 |
| 2471 | LS 215 | Levin Simes, LLP | 3:24-cv-05909 |
| 2470 | LS 304 | Levin Simes, LLP | 3:24-cv-05914 |
| 2440 | LS 504 | Levin Simes, LLP | 3:24-cv-05928 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2256 | E.P. | Nachawati Law Group | 3:24-cv-05946 |
| 2207 | WHB 884 | Williams Hart & Boundas, LLP | 3:24-cv-05948 |
| 2127 | WHB 1273 | Williams Hart & Boundas, LLP | 3:24-cv-05950 |
| 2445 | LS 135 | Levin Simes, LLP | 3:24-cv-05971 |
| 2279 | LS 303 | Levin Simes, LLP | 3:24-cv-05980 |
| 2489 | LS 125 | Levin Simes, LLP | 3:24-cv-05982 |
| 2264 | S. S. | Nachawati Law Group | 3:24-cv-06076 |
| 2599 | CL 70 | Cutter Law PC | 3:24-cv-06863 |
| 2680 | CL 76 | Cutter Law PC | 3:24-cv-07569 |
| 2682 | Jane Roe CL 78 | Cutter Law PC | 3:24-cv-07584 |
| 2703 | CL 82 | Cutter Law PC | 3:24-cv-08522 |
| 2705 | CL 84 | Cutter Law PC | 3:24-cv-08526 |
| 2714 | CL 86 | Cutter Law PC | 3:24-cv-08756 |
| 2756 | LS 548 | Levin Simes, LLP | 3:24-cv-09211 |
| 2788 | C.L. | Pro se | 3:25-cv-00007 |
| 2850 | WHB 2060 | Williams Hart & Boundas, LLP | 3:25-cv-01092 |
| 2862 | WHB 2071 | Williams Hart & Boundas, LLP | 3:25-cv-01130 |
| 2866 | WHB 2075 | Williams Hart & Boundas, LLP | 3:25-cv-01148 |
| 2878 | WHB 2036 | Williams Hart & Boundas, LLP | 3:25-cv-01180 |
| 2884 | WHB 2042 | Williams Hart & Boundas, LLP | 3:25-cv-01206 |
| 2885 | WHB 2043 | Williams Hart & Boundas, LLP | 3:25-cv-01207 |
| 2888 | WHB 2044 | Williams Hart & Boundas, LLP | 3:25-cv-01209 |
| 2892 | WHB 2048 | Williams Hart & Boundas, LLP | 3:25-cv-01216 |
| 2896 | WHB 2051 | Williams Hart & Boundas, LLP | 3:25-cv-01226 |
| 2900 | WHB 2054 | Williams Hart & Boundas, LLP | 3:25-cv-01244 |
| 2904 | WHB 2057 | Williams Hart & Boundas, LLP | 3:25-cv-01249 |
| 2906 | WHB 2059 | Williams Hart & Boundas, LLP | 3:25-cv-01255 |
| 2989 | LS 553 | Levin Simes, LLP | 3:25-cv-01493 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2990 | LS 554 | Levin Simes, LLP | 3:25-cv-01693 |
| 3013 | NLG (A.B.) | Nachawati Law Group | 3:25-cv-01711 |
| 3258 | CL 115 | Cutter Law PC | 3:25-cv-01943 |
| 3264 | CL 121 | Cutter Law PC | 3:25-cv-02136 |
| 3266 | CL 123 | Cutter Law PC | 3:25-cv-02139 |
| 3118 | C.O. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-02551 |
| 3151 | Jane Doe NLG (KS) | Nachawati Law Group | 3:25-cv-02616 |
| 3122 | K.B. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-02650 |
| 3178 | LS 582 | Levin Simes, LLP | 3:25-cv-02792 |
| 3177 | LS 583 | Levin Simes, LLP | 3:25-cv-02801 |
| 3314 | NLG (JH) | Nachawati Law Group | 3:25-cv-02949 |
| 3281 | CL 138 | Cutter Law PC | 3:25-cv-03137 |
| 3243 | Jane Doe LS 593 | Levin Simes, LLP | 3:25-cv-03269 |
| 3298 | J.M. | Pro se | 3:25-cv-03364 |
| 3443 | CL 153 | Cutter Law PC | 3:25-cv-03818 |
| 3373 | JLG 134 | Johnson Law Group | 3:25-cv-04041 |
| 3380 | LS 598 | Levin Simes, LLP | 3:25-cv-04071 |
| 3549 | CL 169 | Cutter Law | 3:25-cv-04672 |
| 3512 | LS 601 | Levin Simes, LLP | 3:25-cv-04699 |
| 3552 | CL 172 | Cutter Law PC | 3:25-cv-04708 |
| 3681 | E.M. 3681 | Cohen Hirsch, LP | 3:25-cv-05571 |
| 3748 | NLG (LL) | Nachawati Law Group | 3:25-cv-05865 |
| 3887 | Jane Roe CL 6 | Cutter Law | 3:25-cv-05892 |
| 3814 | NLG (KF) | Nachawati Law Group | 3:25-cv-06031 |
| 3791 | LS 619 | Levin Simes, LLP | 3:25-cv-06243 |
| 3790 | LS 620 | Levin Simes, LLP | 3:25-cv-06249 |
| 3793 | LS 622 | Levin Simes, LLP | 3:25-cv-06306 |
| 3798 | I.C. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-06382 |
| 3828 | LS 626 | Levin Simes, LLP | 3:25-cv-06541 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 3865 | B.P. | Peiffer Wolf Carr Kane Conway & Wise | 3:25-cv-06843 |
| 3946 | NLG (K.T.) | Nachawati Law Group | 3:25-cv-07259 |
| 3978 | LS 635 | Levin Simes | 3:25-cv-07376 |
| 3969 | LS 636 | Levin Simes | 3:25-cv-07381 |
| 4058 | LS 14 | Levin Simes | 3:25-cv-07844 |
| 4103 | Jane Doe NLG (R.K.) | Nachawati Law Group | 3:25-cv-07976 |
| 4056 | Jane Doe LS643 | Levin Simes | 3:25-cv-08050 |
| 4068 | J.C. | Wagstaff Law Firm | 3:25-cv-08073 |
| 4070 | A.R. | Wagstaff Law Firm | 3:25-cv-08075 |
| 4066 | LS 646 | Levin Simes | 3:25-cv-08086 |
| 4097 | M.J. | Wagstaff Law Firm | 3:25-cv-08088 |
| 4105 | Jane Doe NLG5 (A.H.) | Nachawati Law Group | 3:25-cv-08112 |
| 4107 | Jane Doe NLG (A.C.) | Nachawati Law Group | 3:25-cv-08187 |
| 4110 | Jane Doe NLG (M.U.) | Nachawati Law Group | 3:25-cv-08264 |
| 4196 | S.C. | Wagstaff Law Firm | 3:25-cv-08317 |
| 4197 | S.B. | Wagstaff Law Firm | 3:25-cv-08326 |
| 4198 | C.W. | Wagstaff Law Firm | 3:25-cv-08329 |
| 4205 | Jane Roe CL 211 | Cutter Law | 3:25-cv-08397 |
| 4139 | D.M. | Reich and Binstock | 3:25-cv-08420 |
| 4142 | C.C. | Reich and Binstock | 3:25-cv-08442 |
| 4143 | R.B. | Reich and Binstock | 3:25-cv-08449 |
| 4152 | E.M. | Reich and Binstock | 3:25-cv-08451 |
| 4206 | Jane Roe CL 212 | Cutter Law | 3:25-cv-08470 |
| 4314 | J.G. | Reich and Binstock | 3:25-cv-08507 |
| 4224 | D.S. | Reich and Binstock | 3:25-cv-08519 |
| 4241 | Jane Doe NLG2 (T.B.) | Nachawati Law Group | 3:25-cv-08633 |
| 4229 | Jane Doe NLG 2 (S.G.) | Nachawati Law Group | 3:25-cv-08707 |
| 4634 | Jane Doe NLG 2 (J.H.) | Nachawati Law Group | 3:25-cv-08736 |
| 4255 | Jane Doe NLG (V.S.) | Nachawati Law Group | 3:25-cv-08757 |
| 4327 | Jane Roe CL 218 | Cutter Law | 3:25-cv-08789 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 4311 | J.J. | Wagstaff Law Firm | 3:25-cv-08822 |
| 4312 | K.L.J. | Wagstaff Law Firm | 3:25-cv-08825 |
| 4276 | JLG 180 | Johnson Law Group | 3:25-cv-08985 |
| 4371 | Jane Doe NLG (M.S.) | Nachawati Law Group | 3:25-cv-09006 |
| 4598 | Jane Doe NLG (A.B.) | Nachawati Law Group | 3:25-cv-09180 |
| 4590 | Jane Doe NLG (M.O.) | Nachawati Law Group | 3:25-cv-09181 |
| 4593 | Jane Doe NLG (J.R.) | Nachawati Law Group | 3:25-cv-09186 |
| 4385 | G.M. | Wagstaff Law Firm | 3:25-cv-09190 |
| 4384 | O.G. | Wagstaff Law Firm | 3:25-cv-09192 |
| 4373 | Jane Doe NLG (R.M.) | Nachawati Law Group | 3:25-cv-09197 |
| 4153 | Jane Doe NLG (C.B.) | Nachawati Law Group | 3:25-cv-09213 |
| 4421 | TE.T. | Wagstaff Law Firm | 3:25-cv-09370 |
| 4423 | I.M. | Wagstaff Law Firm | 3:25-cv-09373 |
| 4431 | L.M. | Wagstaff Law Firm | 3:25-cv-09378 |
| 4388 | Jane Doe LS651 | Levin Simes | 3:25-cv-09396 |
| 4389 | Jane Doe LS652 | Levin Simes | 3:25-cv-09398 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB