C. Brooks Cutter (SBN: 121407)
Jennifer S. Domer (SBN: 305822)
Celine E. Cutter (SBN: 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA  95864
Telephone No.: 916-290-9400
Fax No.: 916-588-9330
E-Mail:  bcutter@cutterlaw.com
         jdomer@cutterlaw.com
         ccutter@cutterlaw.com

*Attorneys for Plaintiffs JOHN ROE CL 4,*
*JANE ROE CL 37, and JANE ROE CL 275*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*John Roe CL 4 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05727*<br><br>*Jane Roe CL 37 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05728*<br><br>*Jane Roe CL 275 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-01066* | |

1

STIPULATION OF DISMISSAL

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), Plaintiffs, John Roe CL 4, Jane Roe CL 37, and Jane Roe CL 275, and the Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, hereby stipulate to the dismissal of these actions with prejudice. Each party to bear their own costs and attorney fees.

DATED: March 19, 2026                    CUTTER LAW P.C.


By: */s/ Jennifer S. Domer*
    Jennifer S. Domer
    *Attorney for Plaintiff, JOHN ROE CL 4, JANE ROE CL 37, and JANE ROE CL 275*


By: */s/ Christopher Cotton*
    Christopher Cotton
    *Attorney for Defendants, UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC*

STIPULATION OF DISMISSAL