C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
           jdomer@cutterlaw.com
           ccutter@cutterlaw.com


*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
|---|---|
| | Hon. Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5216]** |
| *Jane Roe CL 105 v. Uber Technologies, Inc., et al., No. 3:25-cv-01349-CRB* | |

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

## I.   MEMORANDUM OF POINTS AND AUTHORITIES

The Court may relieve a party from a judgment or order for any reason that justifies relief. Rule 60(b)(6). Terminating sanctions are not warranted where a party has complied with discovery obligations, albeit belatedly. "Where the drastic sanctions of dismissal or default are imposed…the losing party's non-compliance must be due to willfulness, fault, or bad faith. *Henry v. Gill Indus., Inc.*, 983 F.2d 943, 946 (9th Cir. 1993). Here there has been no finding that Plaintiff willfully disobeyed PTO 31 or acted in bad faith. In fact, it is not in dispute that Plaintiff has ultimately complied with PTO 31, though admittedly this compliance was overdue. She also complied with the plaintiff fact sheet requirement, which was never in dispute, but is relevant to show her good faith participation in the discovery process.

Plaintiff's case is not a bellwether, so there is no substantial prejudice to the defense's ability to investigate the case arising from Plaintiff's late production of the amended ride information form and receipt search certification. By contrast, a dismissal of Plaintiff's case, even a dismissal without prejudice, could bar her from re-filing and pursuing her claims based on the applicable statute of limitations.

The Court may also consider less drastic sanctions. Plaintiff recognizes that her delay in completing the PTO requirements was in violation of the Court's order, and respectfully requests that, if the Court remains inclined to order sanctions, that it impose sanctions less drastic than dismissal.

Dated: March 19, 2026                                    CUTTER LAW P.C.

By:   */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
jdomer@cutterlaw.com


*Attorney for ROE CL Plaintiffs*

-1-
PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: March 19, 2026                          CUTTER LAW P.C.

                                        By:    */s/ Jennifer S. Domer*

                                               C. Brooks Cutter (SBN 121407)
                                               Jennifer S. Domer (SBN 305822)
                                               Celine Cutter (SBN 312622)
                                               **CUTTER LAW P.C.**
                                               401 Watt Avenue
                                               Sacramento, CA 95864
                                               Telephone: 916-290-9400
                                               Facsimile: 916-588-9330
                                               Email: bcutter@cutterlaw.com
                                                      jdomer@cutterlaw.com
                                                      ccutter@cutterlaw.com

                                               *Attorneys for ROE CL Plaintiffs*

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE