[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
| | **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. VERONIQUE VALLIERE** |
| This Document Relates to: | |
| *WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Judge: Honorable Charles R. Breyer |

## ARGUMENT

Plaintiff WHB 823 respectfully submits this opposition to Defendants' Motion to Partially Exclude the Opinions of Dr. Veronique Valliere. Defendants' motion should be denied for the same reasons previously presented to and considered by this Court in connection with prior Daubert briefing (ECF No. 4941), which Plaintiff incorporates by reference herein.

Defendants' current motion does not raise any new arguments or identify any material change in the evidentiary record. Instead, Defendants expressly rely on and incorporate their prior motion to exclude Dr. Valliere's opinions. The Court has already addressed those arguments and correctly denied the motion in all respects except for a narrow limitation unrelated to the opinions at issue here.

As set forth in Plaintiffs' prior opposition briefing, Dr. Valliere is qualified, her opinions are reliable, and her testimony will assist the trier of fact under Federal Rule of Evidence 702. (ECF No. 4617). Defendants' motion to exclude her testimony is duplicative of arguments previously rejected and does not warrant a different result.

Accordingly, for the reasons set forth in Plaintiffs' prior briefing, which Plaintiff incorporates by reference, and in light of the Court's prior ruling, Defendants' motion should be denied.

Dated: March 20, 2026

Respectfully Submitted,

By: /s/ Sarah R. London
Sarah R. London (SBN 267093)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435

1

rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

By: /s/ Sejal K. Brahmbhatt
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Counsel for Plaintiff WHB 823*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated:  March 20, 2026                    By:    */s/ Roopal P. Luhana*
                                                      Roopal P. Luhana