

March 20, 2026

Honorable Charles R. Breyer
San Francisco Courthouse
Courtroom 6 – 17th Floor
450 Golden Gate Avenue,
San Francisco, CA 94102

**Re: _In Re Uber Technologies, Inc. Passenger Sexual Assault Litigation, Case No. 3:23-md-03084-CRB_**

Dear Judge Breyer,

Our law firm takes the standards of professional conduct seriously. We are writing this letter to inform the Court of the steps that our law firm is taking with respect to the conduct described in Uber counsels' motion to disqualify attorney David Grimes. ECF No. 5477. We will submit a full substantive response addressing the relief sought by Uber.

Following the conduct cited in Uber's motion, our firm addressed the matter directly with Mr. Grimes, and with Uber. (See attached email from my partner, Mr. Levin, to Uber Counsel the following day.) Since Mr. Grimes is an employee, we are not at liberty to discuss the specifics of any of the personal issues that may underlie his conduct. Nor do we seek to excuse the conduct in question. Our goal is to address what happened in a constructive manner, which takes into consideration the interests of all concerned.

Professionally, we are consulting with experts outside of the firm for the purpose of obtaining input as to the optimal path forward. On another level, we are working to provide resources to Mr. Grimes which might be helpful to him, while taking the appropriate remedial and prophylactic measures to ensure that any such conduct is not repeated.

We acknowledge that this is a difficult situation that must be addressed effectively.

Respectfully Submitted,

**LEVIN SIMES LLP**

Laurel L. Simes, Esq.

# EXHIBIT A

**Bela Veksler**

| | |
|---|---|
| **From:** | William Levin |
| **Sent:** | Tuesday, March 10, 2026 3:34 PM |
| **To:** | Cotton, Chris (SHB) |
| **Cc:** | Vartain, Laura; Laurel Simes |
| **Subject:** | Re: Meet & Confer |

Thank you both.

As we discussed,  Laurel and I met with David yesterday afternoon to discuss what happened yesterday and why.  Following my call with you, Laurel and I met with David again.   As I discussed with you on our call today, it will take some more time for our firm to determine where to go from here.  As such, we are not in a position to make any decisions today or meet your 5:00 deadline.

As I discussed with you on today's call, we expect everyone to behave professionally.  As we also discussed, we have had a lot to digest in a short period of time and are still in the process of meeting internally about everything.   On our call, I was clear that we would need a little more time to grapple with all of this and would not be able to conclude that process today.  We also discussed the fact that yesterday's dynamic was impacted by personal issues that still need to be addressed by the firm.  With that conversation in mind,  I question the wisdom of immediately filing a public document concerning yesterday's events, particularly while we are still trying to determine the best path forward for all concerned.

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Tuesday, March 10, 2026 12:56 PM
**To:** William Levin <wlevin@levinsimes.com>
**Cc:** Vartain, Laura <laura.vartain@kirkland.com>
**Subject:** RE: Meet & Confer

Bill,

Thanks for taking the time to speak this afternoon with Laura and me.  As we discussed on the call, Uber intends to file a motion for sanctions today in both the JCCP and MDL in light of the inappropriate conduct and behavior of David Grimes during a meet and confer yesterday.  During our call, we discussed the possibility of a stipulation to address the issue.  Attached is the MDL version of the stipulation; we would also need to do a JCCP version.  Let us know if this stipulation in the MDL and JCCP is acceptable and whose signature from your firm should be added to each stipulation by 5:00 PT today.  If these stipulations aren't agreed to by that time, Uber intends to file its motion after that.

Chris

1