William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250,
San Francisco, CA 94111
Phone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 330*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 330 v. Uber Technologies, Inc., et al.,* Case No.  3:24-cv-05160-CRB | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Jane Doe LS 330, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice against Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

//

//

//

1

PLAINTIFF JANE DOE LS 330'S NOTICE OF
VOLUNTARY DISMISSAL WITH PREJUDICE

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

Dated: March 20, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ William A. Levin*
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 330*

LEVIN SIMES LLP

1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ William A. Levin
William A. Levin

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3