**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 832 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF UBER'S STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [PLAINTIFF'S OPENING MOTIONS IN LIMINE]**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed: March 20, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 832,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No. 3:25-cv-00737-CRB<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF UBER'S STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [PLAINTIFF'S OPENING MOTIONS IN LIMINE]**<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:    501 |

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Plaintiff's Omnibus Motions in Limine].

2.      Plaintiff takes no position as to Uber's proposed redactions.

3.      Attached as Exhibit A is a true and correct copy of Exhibit 3 to Plaintiff's Omnibus Motions in Limine, which Uber seeks to seal in full.

4.      Attached as Exhibit B is a true and correct copy of Exhibit 4 to Plaintiff's Omnibus Motions in Limine with Uber's proposed redactions.

5.      Attached as Exhibit C is a true and correct copy of the JCCP Court's October 22, 2025 Order on Defendants Uber Technologies Inc. and Rasier LLC's Motion to Seal Confidential Material Cited in Support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication; Order on Defendants Uber Technologies, Inc. and Rasier, LLC's Motion to Seal Documents Filed with Opposition to Summary to Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 20, 2026

/s/ Laura Vartain Horn
Laura Vartain Horn