[Submitting counsel below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor |
| *WHB 832 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Date Filed: March 20, 2026<br>Trial Date: April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 832,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants. | Case No.  3:25-cv-00737-CRB |
| | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |
| | Judge:         Hon. Charles R. Breyer |
| | Courtroom:     501 |

1

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [WHB 823's Opening Motions in Limine] ("Statement"), the Court hereby **ORDERS** that the following portions of the Plaintiff's Motions in Limine filings remain under seal, as requested in Uber's Statement:

| Document | Text to Be Sealed[1] |
|---|---|
| Ex. 3 to Plaintiff's Omnibus Motions in Limine (Vartain Decl. Ex. A) (ECF No. 5522-4) | All |
| Ex. 4 to Plaintiff's Omnibus Motions in Limine (Vartain Decl. Ex. B) (ECF No. 5522-5) | Chart at pp. 22-27 |

**IT IS SO ORDERED.**

DATED:_____    By:_____

Hon. Charles R. Breyer
United States District Court Judge

---

[1]    In each case, Uber is the party claiming confidentiality.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)