**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:   March 20, 2026<br>Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>           Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  TBD |

1

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**DEFENDANTS' STATEMENT IN SUPPORT OF SEALING CONFIDENTIAL MATERIALS**

Under Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber" or "Defendants") hereby move this Court for an order to seal exhibit 1 through 7 of Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D.

<u>**Material To Be Filed Under Seal**</u>

The materials to be filed under seal are certain exhibits in support of Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D.:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. | Opposition containing references to material designated confidential by Plaintiff | Plaintiff |
| Exhibit 1 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Alison Reminick, dated November 3, 2025 | Plaintiff |
| Exhibit 2 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| Exhibit 3 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| Exhibit 4 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Heleya Rad, dated October 17, 2025 | Plaintiff |
| Exhibit 5 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Plaintiff, dated July 10, 2025 | Plaintiff |

| Document | Description | Designating Party |
| --- | --- | --- |
| Exhibit 6 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Plaintiff's then best-friend, dated July 23, 2025 | Plaintiff |
| Exhibit 7 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the comprehensive clinical assessment of Plaintiff from Vision Behavioral Health Services | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Laura Vartain Horn in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

4

DATED: March 20, 2026

Respectfully submitted,

/s/ Laura Vartain Horn

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC