[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |
| *WHB 832 v. Uber Techs., Inc.,* *N.D. Cal. No. 3:24-cv-04900* *W.D.N.C. No. 3:25-cv-00737* | Date Filed:   March 20, 2026 |
| | Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 832, | CASE NO. 3:25-cv-00737 |
|          Plaintiff, | Judge:      Hon. Charles R. Breyer |
| v. | Courtroom:   501 |
| UBER TECHNOLOGIES, INC., et al., | |
|          Defendants. | |

---

1

VARTAIN HORN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC, and RASIER-CA, LLC

---

2

VARTAIN HORN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB

I, Laura Vartain Horn, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Certain Materials Attached to Uber's Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the deposition of Alison Reminick, dated November 3, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition of Heleya Rad, dated October 17, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the deposition of Plaintiff, dated July 10, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts of the deposition of Plaintiff's then best-friend, dated July 23, 2025.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of the comprehensive clinical assessment of Plaintiff from Vision Behavioral Health Services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 20, 2026

/s/ Laura Vartain Horn
Laura Vartain Horn