**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 832 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ALISON REMINICK, M.D.**<br><br>**FILED UNDER SEAL**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed:   March 20, 2026<br>Trial Date:    April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 832,<br><br>           Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:         Hon. Charles R. Breyer<br><br>Courtroom:   501 |

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ALISON REMINICK, M.D.
Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts of the deposition of Alison Reminick, dated November 3, 2025.

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services.

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services.

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition of Heleya Rad, dated October 17, 2025.

6.      Attached as **Exhibit 5** is a true and correct copy of excerpts of the deposition of Plaintiff, dated July 10, 2025.

7.      Attached as **Exhibit 6** is a true and correct copy of excerpts of the deposition of Plaintiff's then best-friend, dated July 23, 2025.

8.      Attached as **Exhibit 7** is a true and correct copy of excerpts of the comprehensive clinical assessment of Plaintiff from Vision Behavioral Health Services.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 20, 2026, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

1

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S
MOTION TO EXCLUDE EXPERT TESTIMONY OF ALISON REMINICK, M.D.
Case No. 3:23-md-03084-CRB (LJC)