**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 832 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:   March 20, 2026<br>Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 832,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:         Hon. Charles R. Breyer<br><br>Courtroom:    501 |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Seal Certain Materials Attached to Uber's Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. (the "Opposition"), the Court hereby **ORDERS** that the following portions of the Administrative Motion to Seal filings remain under seal, as requested in Uber's Motion:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. | Opposition containing references to material designated confidential by Plaintiff | Plaintiff |
| Exhibit 1 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Alison Reminick, dated November 3, 2025 | Plaintiff |
| Exhibit 2 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| Exhibit 3 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| Exhibit 4 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Heleya Rad, dated October 17, 2025 | Plaintiff |
| Exhibit 5 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Plaintiff, dated July 10, 2025 | Plaintiff |
| Exhibit 6 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Plaintiff's then best-friend, dated July 23, 2025 | Plaintiff |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 7 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the comprehensive clinical assessment of Plaintiff from Vision Behavioral Health Services | Plaintiff |

**IT IS SO ORDERED.**


DATED:_____          By:_____
                                              Hon. Charles R. Breyer
                                              United States District Court Judge

3

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)