# 4NITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ALISON REMINICK, M.D.** |
| This Document Relates to: | |
| *WHB 832 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| | Date Filed: March 20, 2026<br>Trial Date: April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 832, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | |
| | Judge: Hon. Charles R. Breyer |
| v. | Courtroom: 501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

1

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ALISON REMINICK, M.D.

Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff's Motion is hereby DENIED.

**IT IS SO ORDERED.**

DATED:_____          By:_____

CHARLES R BREYER
United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY
OF ALISON REMINICK, M.D.
Case No. 3:23-md-03084-CRB (LJC)