# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JOSEPH OKPAKU** |
| This Document Relates to: | |
| *WHB 832 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| | Date Filed: March 20, 2026<br>Trial Date: April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 832, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | |
| v. | Judge: Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | Courtroom: 501 |
| Defendants. | |

1

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Opposition to Plaintiff's Motion to Exclude Expert Testimony of Joseph Okpaku and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff's Motion is hereby DENIED.

**IT IS SO ORDERED.**


DATED:_____        By:_____
                                     CHARLES R BREYER
                                     United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF JOSEPH OKPAKU

Case No. 3:23-md-03084-CRB (LJC)