[Submitting counsel below]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF WHB 823'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [ECF NO. 5473]** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Judge:    Honorable Charles R. Breyer |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

## CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF WHB 823'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [ECF NO. 5473] CASE NO. 23-MD-03084-CRB

I, Sejal K. Brahmbhatt, declare:

1.      I am an attorney in the law firm of Williams, Hart & Boundas, LLP, and counsel for Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of Texas and am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff WHB 823's Statement in Support of Defendants' Administrative Motion to Seal ("Plaintiff's Statement"), ECF No. 5473.

2.      I have reviewed Defendants' Motion for Summary Judgment ("Motion") that was filed at ECF 5475.

3.      I have reviewed Exhibit 5 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-6.

4.      I have reviewed Exhibit 7 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-8.

5.      I have reviewed Exhibit 8 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-9.

6.      I have reviewed Exhibit 9 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-10.

7.      I have reviewed Exhibit 10 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-11.

8.      I have reviewed Exhibit 11 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-12.

9.      I have reviewed Exhibit 12 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-13.

10.      I have reviewed Exhibit 13 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-14.

11.      I have reviewed Exhibit 14 to Defendants' Motion for Summary Judgment that

was filed at ECF 5475-15.

12. I have reviewed Exhibit 15 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-16.

13. I have reviewed Exhibit 16 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-17.

14. I have reviewed Exhibit 19 to Defendants' Motion for Summary Judgment that was filed at ECF 5475-20.

15. The Motion includes details of WHB 823's private life and mental health history, as well as the name of third-party TW.

16. Exhibit 5 includes the name of WHB 823.

17. Exhibit 7 includes the names and contact information of third parties, the name of WHB 823, as well as the details of WHB 823's private life and mental health history.

18. Exhibit 8 includes the name of WHB 823 as well as the details of WHB 823's private life and mental health history.

19. Exhibit 9 includes the names of third parties, the name of WHB 823, as well as the details of WHB 823's private life and mental health history.

20. Exhibit 10 includes the names of third parties, as well as the details of WHB 823's private life and mental health history.

21. Exhibit 11 includes the names of third parties, the name of WHB 823, as well as the details of WHB 823's private life and mental health history.

22. Exhibit 12 includes the names of third parties, the name of WHB 823 and PII, as well as the details of WHB 823's private life and mental health history.

23. Exhibit 13 includes the names of third parties, the name of WHB 823 and PII, as well as the details of WHB 823's private life and mental health history.

24. Exhibit 14 includes the names of third parties, the name of WHB 823, as well as the details of WHB 823's private life and mental health history.

25. Exhibit 15 includes the names of third parties, the name of WHB 823, as well as the

details of WHB 823's private life and mental health history.

26.    Exhibit 16 includes the names of third parties, the name of WHB 823 and PII, as well as the details of WHB 823's private life and mental health history.

27.    Exhibit 19 includes the name of WHB 823.

28.    On information and belief, the addresses of third parties contained in Exhibit 7 are not publicly available.

29.    The significant privacy concerns of Plaintiff and third parties outweigh any minimal public interest in disclosure of their identities or highly sensitive information. The public's interest in the case may be satisfied without revealing this information.

30.    The highly sensitive mental health information of WHB 823 and the personal information regarding her private life typify the type of information that may be used by a third party to gratify private spite, promote scandal, or circulate libel.

31.    The disclosure of personally identifiable and highly sensitive private information would harm WHB 823's and third parties' legitimate privacy interests. Plaintiff's request is narrowly tailored to sealing only PII and sensitive personal information. There is no less restrictive alternative to sealing that would protect the legitimate privacy interests of Plaintiff and third parties, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2026 in Houston, Texas.

*/s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt

DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF WHB 823'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [ECF NO. 5473]
CASE NO. 23-MD-03084-CRB