**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge:      Honorable Charles R. Breyer |

Having considered Defendants' March 10, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Motion for Summary Judgment (ECF 5475) | The details of WHB 823's private life at 3:10-11, 9:2, 9:4-21, 10:1-20, 28:24-25, 29:4-5, and 29:7-8<br><br>The name of third-party TW at 8:10<br><br>The details of WHB 823's mental health history at 8:24-27, 9:22-25, 28:20-24, 29:1-3, 29:9, 29:23-25, 30:1, 30:5, 30:11-12, and 30:16 |
| Exhibit 5 to Defendants' Motion for Summary Judgment (ECF 5475-6) | Excerpts from the deposition of Hannah Nilles containing the name of WHB 823 at 391:2, 471:7 |
| Exhibit 7 to Defendants' Motion for Summary Judgment (ECF 5475-8) | Excerpts from the deposition of WHB 823 containing the names and contact information of third parties, the name of WHB 823, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 8 to Defendants' Motion for Summary Judgment (ECF 5475-9) | Excerpts from WHB 823's Interrogatory Responses containing the name of WHB 823, the |

- 1 -

| | |
|---|---|
| | details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 9 to Defendants' Motion for Summary Judgment (ECF 5475-10) | Excerpts from the Report of Dr. Alison Reminick containing the name of WHB 823, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 10 to Defendants' Motion for Summary Judgment (ECF 5475-11) | Excerpts from the Deposition of Heleya Rad, Psy.D. containing the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 11 to Defendants' Motion for Summary Judgment (ECF 5475-12) | Excerpts from the Deposition of Dr. JS containing the name of WHB 823, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 12 to Defendants' Motion for Summary Judgment (ECF 5475-13) | Excerpts of medical records containing the name of WHB 823 and PII, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 13 to Defendants' Motion for Summary Judgment (ECF 5475-14) | Excerpts of medical records containing the name of WHB 823 and PII, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 14 to Defendants' Motion for Summary Judgment (ECF 5475-15) | Excerpts of medical records containing the name of WHB 823, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 15 to Defendants' Motion for Summary Judgment (ECF 5475-16) | Excerpts of medical records containing the name of WHB 823, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 16 to Defendants' Motion for Summary Judgment (ECF 5475-17) | Excerpts of medical records containing the name of WHB 823 and PII, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 19 to Defendants' Motion for Summary Judgment (ECF 5475-20) | A copy of WHB 823's Checkbox Consent History containing the name of WHB 823 |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMIN MOT. CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 23:MD-03084-CRB

- 2 -