**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>Judge:      Honorable Charles R. Breyer |

Having considered Defendants' March 20, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. (ECF 5591) | The details of WHB 823's private life at i:9-12, 1:19, 1:21-22, 1:24-27, 2:3-4, 3:21-24, 5:3-7, 5:9-13, 8:2-3, 8:9-11, 8:13-15, 8:18, 9:18-20, and 11:11-12<br><br>The name of WHB 823 at 4:27, 5:2, 5:7, 5:10, 5:13, 8:15, 11:9-10, 11:12, 11:18, and 11:20<br><br>The name of third-party AW at 5:12, 8:9-10, and 8:12<br><br>The name of third-party ET at 11:17 and 11:19<br><br>The details of WHB 823's mental health history at 2:2-4, 3:6-7, 3:9-21, 4:5-6, 4:9-11, 4:15-5:2, 6:3-5, 8:16-17, 9:21-22, 9:24-25, 10:3-6, 10:18-21, 10:23-26, 11:1-3, 11:6-10, 11:13-21, and 12:2-3 |
| Exhibit 1 to Defendants' Opposition to Plaintiff's Motion to Exclude Expert | Excerpts of the deposition of Alison Reminick, dated November 3, 2025, containing the name of WHB 823, the names of third parties, the details |

- 1 -

| | |
|---|---|
| Testimony of Alison Reminick, M.D. (ECF 5591-2) | of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 2 to Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. (ECF 5591-3) | Excerpts of mental health treatment records of Plaintiff containing the name of WHB 823 and PII, the names and PII of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 3 to Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. (ECF 5591-4) | Excerpts of mental health treatment records of Plaintiff containing the name of WHB 823 and PII, the names and PII of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 4 to Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. (ECF 5591-5) | Excerpts of the deposition of Heleya Rad, dated October 17, 2025, containing the details of WHB 823's private life and the details of WHB 823's mental health history |
| Exhibit 5 to Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. (ECF 5591-6) | Excerpts of the deposition of Plaintiff, dated July 10, 2025, containing the name of WHB 823, the names of third parties, and the details of WHB 823's private life |
| Exhibit 6 to Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. (ECF 5591-7) | Excerpts of the deposition of AW, dated July 23, 2025, containing the name of WHB 823, the names of third parties, and the details of WHB 823's private life |
| Exhibit 7 to Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. (ECF 5591-8) | Excerpts of the comprehensive clinical assessment of Plaintiff containing the name of WHB 823 and PII, the details of WHB 823's private life, and the details of WHB 823's mental health history |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMIN MOT. CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 23:MD-03084-CRB