ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | |
| *WHB 1556 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05986 | |

C. COTTON DECL. ISO DEFS.' OPPOSITION TO MTN
TO VACATE DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-MD-3084-CRB

**<u>DECLARATION OF CHRISTOPHER V. COTTON</u>**

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in Support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants") opposition to Plaintiff WHB 1556's motion to vacate the dismissal of her case without prejudice.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188. I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. More than a year ago, on January 17, 2025, Uber served Plaintiff WHB 1556 with a Defendant Fact Sheet stating that Uber had not been able to substantiate that the ride she alleged she ordered through the Uber application had actually occurred on June 17, 2025. Uber served a delinquency notice on WHB 1556 based on her failure to provide a sufficient approximate date for the ride in question on her August 2024 Ride Information Form (Plaintiff merely listed "2019" as the approximate date).

4. On September 9, 2025, this Court entered PTO 31, which applies to Plaintiffs who only submitted Ride Information Forms but are missing receipts. ECF 3877. PTO 31 requires these Plaintiffs to, within 30 days of receiving Uber's written notice, produce a bona fide ride receipt or a statement indicating that the Plaintiff is unable to locate the receipt, explaining in detail the reasonable efforts that have been undertaken by Plaintiff to search their email and the Uber app for the receipt, and explaining why Plaintiff has been unable to locate the receipt. ECF 3877. Uber provided Plaintiff WHB 1556 with proper notice under PTO 31 and she failed to timely respond, so Uber moved to dismiss her case in November 2025. ECF 4456. This Court granted that motion in February 2026. ECF 5216.

---

1

C. COTTON DECL. ISO DEFS.' OPPOSITION TO MTN
TO VACATE DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-MD-3084-CRB

5.     Plaintiff submitted a statement on March 11, 2026, indicating that she is unable to locate the ride receipt related to the alleged incident—nearly five months after the PTO 31 compliance deadline (October 9, 2025) and over a year after Uber first served Plaintiff with notice that it could not substantiate her ride (January 17, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2026 in Kansas City, Missouri.

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON
(admitted *Pro Hac Vice*)
ccotton@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

2
C. COTTON DECL. ISO DEFS.' OPPOSITION TO MTN
TO VACATE DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-MD-3084-CRB