**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br><br> This Document Relates to: <br><br> *WHB 1556 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05986 | Case No. 3:23-md-03084-CRB <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE** |

## [PROPOSED] ORDER

Having considered Plaintiff's Motion to Vacate Dismissal Without Prejudice (the "Motion"), the Court finds that the Plaintiff has not established the highly unusual circumstances that would justify the extraordinary remedy she seeks.

The Court therefore hereby ORDERS that Plaintiff's Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2026                 _____

HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER REGARDING MOTION TO
VACATE DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-md-03084-CRB