William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **SUPPLEMENTAL DECLARATION OF SAMIRA J. BOKAIE IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| SEE EXHIBIT A TO SUPPLEMENTAL DECLARATION OF SAMIRA J. BOKAIE | Date: March 27, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

1

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, Samira J. Bokaie, declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This supplemental declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10.

3. A list of Levin Simes Plaintiffs subject to Defendants' Motion who have complied with Amended PTO 10 is attached hereto as **"Exhibit A."**

4. Since the filing of the Levin Simes Plaintiffs' Opposition to Uber's Motion, we have produced dozens of records and are continuing to do so. There are still some cases where records have not been produced by a Plaintiff's healthcare provider to our office. .

5. There were three (3) Plaintiffs subject to the Motion who are deceased and whose cases have since been dismissed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2026, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*

Samira J. Bokaie

CASE NO. 3:23-MD-03084-CRB          SUPPLEMENTAL DECL. OF SAMIRA J. BOKAIE ISO LS PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR
FAILURE TO COMPLY WITH AMENDED PTO 10

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: _/s/ Samira J. Bokaie_
Samira J. Bokaie

3

# EXHIBIT A

| No. | MDL ID No. | Plaintiff | Case No. | Date Cert. Form Submitted | Law Firm |
|---|---|---|---|---|---|
| 1 | 2328 | Jane Doe LS 436 | 3:24-cv-05804 | 2/23/2026 | Levin Simes LLP |
| 2 | 2479 | Jane Doe LS 529 | 3:24-cv-05422 | 2/23/2026 | Levin Simes LLP |
| 3 | 2454 | Jane Doe LS 289 | 3:24-cv-05883 | 3/2/2026 | Levin Simes LLP |
| 4 | 2311 | Jane Doe LS 139 | 3:24-cv-05527 | 3/2/2026 | Levin Simes LLP |
| 5 | 1135 | Jane Doe LS 164 | 3:23-cv-04373 | 3/5/2026 | Levin Simes LLP |
| 6 | 2365 | Jane Doe LS 494 | 3:24-cv-05547 | 3/5/2026 | Levin Simes LLP |
| 7 | 2411 | Jane Doe LS 337 | 3:24-cv-05892 | 2/27/2026 | Levin Simes LLP |
| 8 | 3514 | Jane Doe LS 603 | 3:25-cv-04816 | 3/4/2026 | Levin Simes LLP |
| 9 | 1183 | Jane Doe LS 33 | 3:23-cv-05427 | 3/5/2026 | Levin Simes LLP |
| 10 | 2289 | Jane Doe LS 429 | 3:24-cv-05797 | 3/5/2026 | Levin Simes LLP |
| 11 | 2740 | Jane Doe LS 543 | 3:24-cv-09128 | 3/5/2026 | Levin Simes LLP |
| 12 | 3084 | Jane Doe LS 578 | 3:25-cv-02405 | 3/5/2026 | Levin Simes LLP |
| 13 | 2508 | Jane Doe LS 523 | 3:24-cv-05155 | 3/6/2026 | Levin Simes LLP |
| 14 | 1178 | Jane Doe LS 241 | 3:23-cv-05413 | 3/5/2026 | Levin Simes LLP |
| 15 | 2449 | Jane Doe LS 44 | 3:24-cv-05595 | 3/4/2026 | Levin Simes LLP |
| 16 | 2408 | Jane Doe LS 207 | 3:24-cv-05965 | 3/4/2026 | Levin Simes LLP |
| 17 | 1117 | Jane Doe LS 16 | 3:23-cv-03758 | 3/4/2026 | Levin Simes LLP |
| 18 | 1146 | Jane Doe LS 346 | 3:23-cv-05193 | 3/4/2026 | Levin Simes LLP |
| 19 | 2371 | Jane Doe LS 421 | 3:24-cv-05941 | 3/4/2026 | Levin Simes LLP |
| 20 | 2924 | Jane Doe LS 552 | 3:25-cv-01272 | 3/4/2026 | Levin Simes LLP |

| | | | | | |
|---|---|---|---|---|---|
| 21 | 1145 | Jane Doe LS 251 | 3:23-cv-05187 | Original form - 3/4/2026 Amended form - 3/13/2026 | Levin Simes LLP |
| 22 | 1151 | Jane Doe LS 107 | 3:23-cv-05232 | 2/24/2026 | Levin Simes LLP |
| 23 | 3174 | Jane Doe LS 587 | 3:25-cv-02830 | 2/27/2026 | Levin Simes LLP |
| 24 | 2500 | Jane Doe LS 307 | 3:24-cv-05569 | 2/27/2026 | Levin Simes LLP |
| 25 | 2752 | Jane Doe LS 544 | 3:24-cv-09180 | 2/25/2026 | Levin Simes LLP |
| 26 | 2526 | Jane Doe LS 275 | 3:24-cv-05415 | 3/4/2026 | Levin Simes LLP |
| 27 | 2452 | Jane Doe LS 186 | 3:24-cv-05916 | 3/3/2026 | Levin Simes LLP |
| 28 | 2476 | Jane Doe LS 187 | 3:24-cv-05432 | 3/4/2026 | Levin Simes LLP |
| 29 | 2370 | Jane Doe LS 468 | 3:24-cv-05685 | 3/4/2026 | Levin Simes LLP |
| 30 | 2412 | Jane Doe LS 4 | 3:24-cv-05931 | 3/3/2026 | Levin Simes LLP |
| 31 | 3241 | Jane Doe LS 591 | 3:25-cv-03219 | 3/3/2026 | Levin Simes LLP |
| 32 | 2474 | Jane Doe LS 184 | 3:24-cv-05609 | 3/5/2026 | Levin Simes LLP |
| 33 | 1114 | Jane Doe LS 90 | 3:23-cv-03956 | 3/5/2026 | Levin Simes LLP |
| 34 | 1127 | Jane Doe LS 257 | 3:23-cv-04014 | 2/26/2026 | Levin Simes LLP |
| 35 | 2316 | Jane Doe LS 352 | 3:24-cv-05880 | 3/5/2026 | Levin Simes LLP |
| 36 | 1140 | Jane Doe LS 155 | 3:23-cv-04374 | 3/5/2026 | Levin Simes LLP |
| 37 | 2323 | Jane Doe LS 378 | 3:24-cv-05875 | 3/5/2026 | Levin Simes LLP |
| 38 | 2393 | Jane Doe LS 395 | 3:24-cv-05867 | 2/24/2026 | Levin Simes LLP |
| 39 | 1185 | Jane Doe LS 103 | 3:23-cv-05442 | 3/6/2026 | Levin Simes LLP |
| 40 | 2466 | Jane Doe LS 464 | 3:24-cv-05153 | 3/6/2026 | Levin Simes LLP |
| 41 | 2443 | Jane Doe LS 478 | 3:24-cv-05151 | 3/6/2026 | Levin Simes LLP |

| | | | | | |
|---|---|---|---|---|---|
| 42 | 1198 | Jane Doe LS 308 | 3:23-cv-05945 | 3/6/2026 | Levin Simes LLP |
| 43 | 1118 | Jane Doe LS 154 | 3:23-cv-03807 | 3/6/2026 | Levin Simes LLP |
| 44 | 2364 | Jane Doe LS 228 | 3:24-cv-05575 | 3/6/2026 | Levin Simes LLP |
| 45 | 2339 | Jane Doe LS 147 | 3:24-cv-05957 | 3/6/2026 | Levin Simes LLP |
| 46 | 2552 | Jane Doe LS 475 | 3:24-cv-05642 | 3/6/2026 | Levin Simes LLP |
| 47 | 2438 | Jane Doe LS 380 | 3:24-cv-05879 | 3/10/2026 | Levin Simes LLP |
| 48 | 2338 | Jane Doe LS 495 | 3:24-cv-05537 | 3/10/2026 | Levin Simes LLP |
| 49 | 2310 | Jane Doe LS 419 | 3:24-cv-05263 | 3/10/2026 | Levin Simes LLP |
| 50 | 2387 | Jane Doe LS 399 | 3:24-cv-05865 | 2/23/2026 | Levin Simes LLP |
| 51 | 3537 | Jane Doe LS 604 | 3:25-cv-04954 | 3/10/2026 | Levin Simes LLP |
| 52 | 2348 | Jane Doe LS 480 | 3:24-cv-05549 | 3/12/2026 | Levin Simes LLP |
| 53 | 2404 | Jane Doe LS 520 | 3:24-cv-05401 | 3/5/2026 | Levin Simes LLP |
| 54 | 1193 | Jane Doe LS 387 | 3:23-cv-05934 | 3/5/2026 | Levin Simes LLP |
| 55 | 1156 | Jane Doe LS 349 | 3:23-cv-05303 | 3/5/2026 | Levin Simes LLP |
| 56 | 2544 | Jane Doe LS 277 | 3:24-cv-05944 | 3/5/2026 | Levin Simes LLP |
| 57 | 3220 | Jane Doe LS 585 | 3:25-cv-02817 | 3/5/2026 | Levin Simes LLP |
| 58 | 2349 | Jane Doe LS 515 | 3:24-cv-05421 | 3/5/2026 | Levin Simes LLP |
| 59 | 1144 | Jane Doe LS 376 | 3:23-cv-05183 | 3/5/2026 | Levin Simes LLP |
| 60 | 1150 | Jane Doe LS 375 | 3:23-cv-05230 | 3/5/2026 | Levin Simes LLP |
| 61 | 2516 | Jane Doe LS 324 | 3:24-cv-05920 | 3/4/2026 | Levin Simes LLP |
| 62 | 1168 | Jane Doe LS 97 | 3:23-cv-05368 | 3/4/2026 | Levin Simes LLP |

| 63 | 2334 | Jane Doe LS 449 | 3:24-cv-05689 | 3/4/2026 | Levin Simes LLP |
| 64 | 2991 | Jane Doe LS 555 | 3:25-cv-01744 | 3/4/2026 | Levin Simes LLP |
| 65 | 2405 | Jane Doe LS 508 | 3:24-cv-05425 | 3/4/2026 | Levin Simes LLP |
| 66 | 2442 | Jane Doe LS 455 | 3:24-cv-05812 | 3/4/2026 | Levin Simes LLP |
| 67 | 2397 | Jane Doe LS 410 | 3:24-cv-05873 | 3/4/2026 | Levin Simes LLP |
| 68 | 3402 | Jane Doe LS 599 | 3:25-cv-04120 | 2/24/2026 | Levin Simes LLP |
| 69 | 2472 | Jane Doe LS 100 | 3:24-cv-05429 | 2/26/2026 | Levin Simes LLP |
| 70 | 2533 | Jane Doe LS 403 | 3:24-cv-05722 | 2/26/2026 | Levin Simes LLP |
| 71 | 2523 | Jane Doe LS 418 | 3:24-cv-05815 | 2/26/2026 | Levin Simes LLP |
| 72 | 2485 | Jane Doe LS 325 | 3:24-cv-05893 | 2/26/2026 | Levin Simes LLP |
| 73 | 2351 | Jane Doe LS 153 | 3:24-cv-06011 | 2/25/2026 | Levin Simes LLP |
| 74 | 2388 | Jane Doe LS 306 | 3:24-cv-06023 | 2/24/2026 | Levin Simes LLP |
| 75 | 2650 | Jane Doe LS 536 | 3:24-cv-07659 | 2/26/2026 | Levin Simes LLP |
| 76 | 3794 | Jane Doe LS 623 | 3:25-cv-06308 | 2/26/2026 | Levin Simes LLP |
| 77 | 3916 | Jane Doe LS 632 | 3:25-cv-07213 | 2/25/2026 | Levin Simes LLP |
| 78 | 2320 | Jane Doe LS 205 | 3:24-cv-05896 | 2/27/2026 | Levin Simes LLP |
| 79 | 3913 | Jane Doe LS 631 | 3:25-cv-07167 | 2/27/2026 | Levin Simes LLP |
| 80 | 2515 | Jane Doe LS 513 | 3:24-cv-05407 | 3/3/2026 | Levin Simes LLP |
| 81 | 1159 | Jane Doe LS 336 | 3:23-cv-05293 | 3/3/2026 | Levin Simes LLP |
| 82 | 2426 | Jane Doe LS 95 | 3:24-cv-06007 | 3/3/2026 | Levin Simes LLP |
| 83 | 2551 | Jane Doe LS 479 | 3:24-cv-05660 | 3/5/2026 | Levin Simes LLP |

| | | | | | |
|---|---|---|---|---|---|
| 84 | 2342 | Jane Doe LS 451 | 3:24-cv-05757 | 3/5/2026 | Levin Simes LLP |
| 85 | 2554 | Jane Doe LS 9 | 3:24-cv-05942 | 3/5/2026 | Levin Simes LLP |
| 86 | 3673 | Jane Doe LS 613 | 3:25-cv-05475 | 3/5/2026 | Levin Simes LLP |
| 87 | 1176 | Jane Doe LS 256 | 3:23-cv-05410 | 3/6/2026 | Levin Simes LLP |
| 88 | 1191 | Jane Doe LS 302 | 3:23-cv-05577 | 3/6/2026 | Levin Simes LLP |
| 89 | 3513 | Jane Doe LS 602 | 3:25-cv-04813 | 3/6/2026 | Levin Simes LLP |
| 90 | 1125 | Jane Doe LS 320 | 3:23-cv-04010 | 3/6/2026 | Levin Simes LLP |
| 91 | 2496 | Jane Doe LS 458 | 3:24-cv-05679 | 3/6/2026 | Levin Simes LLP |
| 92 | 2446 | Jane Doe LS 485 | 3:24-cv-05540 | 3/10/2026 | Levin Simes LLP |
| 93 | 1182 | Jane Doe LS 317 | 3:23-cv-05424 | 2/20/2026 | Levin Simes LLP |
| 94 | 3483 | Jane Doe LS 600 | 3:25-cv-04631 | 3/12/2026 | Levin Simes LLP |
| 95 | 2543 | Jane Doe LS 460 | 3:24-cv-05640 | 3/16/2026 | Levin Simes LLP |