[*Submitting Counsel Below*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **JOINT STIPULATION REGARDING TRIAL DATE FOR SEPTEMBER BELLWETHER TRIALS** |
| This Document Relates to: | |
| *A.R. v. Uber Technologies, Inc., et al.* Case No: 3:24-cv-07821 | Judge:        Hon. Charles R. Breyer Courtroom:    6-17th Floor |
| *B.L. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-7940 | |

Plaintiff A.R., Plaintiff B.L., and Defendants Uber Technologies, Inc., *et al*. (the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, in a Case Management Conference on March 20, 2026, the Court set the above-captioned cases for trial to run consecutively, beginning on September 8, 2026;

WHEREAS, the Uber Defendants have a conflict that prevents starting trial on September 8, 2026. That conflict resolves on September 10, 2026.

WHEREAS, the Uber Defendants have met and conferred with Plaintiffs, who are amenable to starting trial on September 14, 2026;

WHEREAS, the Parties agree that the Court should set trial in the first of the above-captioned cases for September 14, 2026.

**IT IS HEREBY STIPULATED AND AGREED** that the Court should set trial in the first of the above-captioned cases for September 14, 2026.

DATED: March 24, 2026

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,

1

And RASIER-CA, LLC

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

JOINT STIPULATION RE SEPTEMBER BELLWETHER TRIAL DATE    Case No. 3:23-md-03084-CRB

**FILER'S ATTESTATION**

I, Laura Vartain Horn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: March 24, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

JOINT STIPULATION RE SEPTEMBER BELLWETHER TRIAL DATE    Case No. 3:23-md-03084-CRB

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING TRIAL DATE FOR SEPTEMBER BELLWETHER TRIALS** |
| This Document Relates to: | |
| *A.R. v. Uber Technologies, Inc., et al.* Case No: 3:24-cv-07821 | Judge:          Hon. Charles R. Breyer |
| | Courtroom:   6-17th Floor |
| *B.L. v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-7940 | |

The Court hereby GRANTS the Parties' Stipulation Regarding Trial Date for September Bellwether Trials and sets trial in the first of the above-captioned cases to begin on September 14, 2026.

IT IS SO ORDERED.

Date: _____, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

1