[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*WHB 823 v. Uber Techs., Inc.*,
N.D. Cal. No. 24-cv-4900
W.D.N.C. No. 25-cv-737

Case No. 23-md-03084-CRB

**DECLARATION OF SARAH R. LONDON
IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL
SHOULD BE FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

WHB 823,

       Plaintiff,

  v.

UBER TECHNOLOGIES, INC., et al.,

       Defendants.

No. 25-cv-737

Judge: Honorable Charles R. Breyer

I, Sarah R. London, declare:

1.    I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.    Because the materials at issue were designated by Uber as "CONFIDENTIAL" and /or "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY", Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Opp. to MSJ | Unredacted Plaintiff's Opposition to Defendants' Motion for Summary Judgment | Uber |
| Exhibit CC | Excerpts of August 9, 2021 30(b)(6) deposition transcript of Matthew Baker designated as confidential | Uber |
| Exhibit DD | Excerpts of February 26, 2025 deposition transcript of Meghan Joyce designated as confidential | Uber |

3.    I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2026 in San Anselmo, California.

*/s/ Sarah R. London*
Sarah R. London

DECL. ISO ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737