IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 24-cv-4900 W.D.N.C. No. 25-cv-737 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | No. 25-cv-737<br><br>Judge: Honorable Charles R. Breyer |

Having considered Plaintiff's March 24, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

[PROPOSED] ORDER RE PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

| Document | Description | Designating Party |
|---|---|---|
| Opp. to MSJ | Unredacted Plaintiff's Opposition to Defendants' Motion for Summary Judgment | Uber |
| Exhibit CC | Excerpts of August 9, 2021 30(b)(6) deposition transcript of Matthew Baker designated as confidential | Uber |
| Exhibit DD | Excerpts of February 26, 2025 deposition transcript of Meghan Joyce designated as confidential | Uber |

**IT IS SO ORDERED.**

Dated: _____

_____

HON. CHARLES R. BREYER
United States District Judge

1

[PROPOSED] ORDER RE PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737