**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 24-cv-4900 W.D.N.C. No. 25-cv-737 | Judge: Honorable Charles R. Breyer<br>Date:   April 2, 2026<br>Time:   2 P.M. PT<br>Ctrm.:  6-17th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WHB 823,<br><br>       Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>       Defendants. | No. 25-cv-737<br><br>Judge: Honorable Charles R. Breyer |

I, Sarah R. London, declare:

1.    I am an attorney in the law firm of Girard Sharp, LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.    I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

3.    The exhibits referred below are attached to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

4.    Attached hereto as **Exhibit CC** is a true and correct copy of excerpts from the August 9, 2021 30(b)(6) deposition of Matthew Baker. This document is filed under seal.

5.    Attached hereto as **Exhibit DD** is a true and correct copy of excerpts from the February 26, 2025 deposition of Meghan Joyce. This document is filed under seal.

6.    Attached hereto as **Exhibit EE** is a true and correct copy of excerpts from the July 10, 2025 deposition of Plaintiff WHB 823. Personal identifying information has been redacted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of March, 2026 in San Anselmo, California.

*/s/ Sarah R. London*
Sarah R. London

1

DECLARATION OF SARAH R. LONDON
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737