# EXHIBIT EE

## PERSONAL INFORMATION REDACTED

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-----------------------------------------x

IN RE:  UBER TECHNOLOGIES, INC.,          Case No.

PASSENGER SEXUAL ASSAULT LITIGATION   3:23-md-03084-CRB(LJC)

-----------------------------------------x

This Document Relates to:


WHB 832 v. Uber Technologies, Inc., et al.

Case No.:  3:24-cv-04900

-----------------------------------------x


                    *** CONFIDENTIAL ***

          VIDEOTAPED DEPOSITION OF WHB 823

                  (Taken by Defendants)

                  Raleigh, North Carolina

                  Thursday, July 10, 2025









Reported by Andrea L. Kingsley, RPR

Job No. CS7467363

Page 33

It wasn't too far away.

Q.    What do you recall about your Uber ride home from Mr. Woodham's house on the early morning of March 26, 2019?

A.    I remember when he came to the house, I was going to get in the back seat, and he offered for me to sit in the front for whatever reason. And I figured he just didn't want to chauffeur me. I don't know exactly what was going through his head, but I thought nothing of it and sat in the front seat.

And we had casual conversation on the ride home.  Nothing was out of the ordinary or like sexual talk or anything like that.

And then when I got to my destination, ▓▓▓▓▓▓▓▓▓▓, when I went to go get out of the car, he reached over and grabbed my inner thigh and asked if he could keep it with him.

Q.    How did you respond?

A.    "No."  And I got out -- I immediately got out of the car.

Q.    On that ride do you remember there being anything unusual about the route the driver took?

A.    No.

CONFIDENTIAL

Page 34

Q.    The driver didn't take you somewhere you didn't want to go that evening?

A.    He took me to my house.

Q.    From the time the driver said something to you, reached out to you, to the time you were out of the car, can you estimate how long that was?

A.    From when he touched me to when I got out of the car?

Q.    Yes.

A.    Like a second, two seconds.  Not -- immediate.  It was immediate.

Q.    Is there anything else about the ride that you recall?

A.    No.

Q.    What did you do after you got out of the car?

A.    I, like, went very fast and got into my house and locked the door and was watching the cameras to make sure that that guy was gone.

Q.    Was Mr. Young home when you got home?

A.    Sleeping, yes.

Q.    You said you looked at the cameras.

Did you have security cameras at the house?

A.    Yes, ma'am.  They were on a live feed