IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to: *WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | **DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Roopal P. Luhana, declare:

1.     I am a partner of Chaffin Luhana, LLP, an attorney licensed in the State of New York, and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.     Because the materials at issue were designated by Uber as "CONFIDENTIAL" and /or "HIGHLY CONFIDENTIAL", Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiff's Response to Defendants' Motion in Limine | References to information deemed confidential by Uber | Uber |
| Exhibit A | Excerpts of the Deposition of Greg Brown dated August 26, 2025 | Uber |
| Exhibit B | Excerpts of the Deposition of Sunny Wong dated July 23, 2025 | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2026 in San Francisco, California.

/s/ Roopal P. Luhana
Roopal P. Luhana

LUHANA DECL ISO ADMIN MOT.
RE: ANOTHER PARTY'S MATERIAL
CASE NO. 23-MD-03084-CRB