# EXHIBITS A and B

# FILED UNDER SEAL