John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
Email: jmelugin@whlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084**<br><br>Case No. 3:23-md-03084-CRB<br><br>**ATTORNEY WALT CUBBERLY'S SUPPLEMENTAL DECLARATION ON BEHALF OF PLAINTIFFS PURSUANT TO COURT ORDER (DKT. 3922)**<br><br>Honorable Charles R. Breyer<br>Courtroom 6 – 17th Floor |
| This Document Relates to:<br><br>*WHB 1293 v. Uber Technologies, Inc., et al., No. 3:24-cv-04817*<br><br>*WHB 871 v. Uber Technologies, Inc., et al., No. 3:24-cv-05770* | |

I, Walt Cubberly, declare as follows:

1

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before the courts of the state of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth therein, and if called to testify, I would testify competently to the information below.

2. This supplemental declaration is made on behalf of Plaintiffs pursuant to Court Order (Dkt. 3922) and in response to Defendants' Motion to Enforce (Dkt. 5487).

3. Defendants seek enforcement of the Court's Order through their Motion to Enforce. The Court has not yet entered an Order dismissing Plaintiffs'cases without prejudice. For this reason, Plaintiffs file the present supplemental declaration pursuant to Court Order (Dkt. 3922).

4. Plaintiff WHB 1293, ID 1593 uploaded a substantially complete and verified Plaintiff Fact Sheet to MDL Centrality on March 17, 2026. Exhibit A to the Declaration of Walt Cubberly. Plaintiff WHB 1293, ID 1593 uploaded a complete PTO 10 Certification Form to MDL Centrality on March 4, 2026. Exhibit B to the Declaration of Walt Cubberly.

5. Plaintiff WHB 871, ID 2196 uploaded a substantially complete and verified Plaintiff Fact Sheet to MDL Centrality on March 18, 2026. Exhibit C to the Declaration of Walt Cubberly. Plaintiff WHB 871, ID 2196 uploaded a signed Ride Receipt Personal Statement to MDL Centrality on December 5, 2025. Exhibit D to the Declaration of Walt Cubberly.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 24, 2026, in Houston, Texas.

Dated: March 24, 2026.

/s/ *Walt Cubberly*
Walt Cubberly (SBN 325163)
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: wcubberly@whlaw.com

*Attorney for Plaintiffs*

2