# Exhibit A



## Uber Technologies, Inc., Passenger Sexual Assault Litigation

👤 My Account ▾

◀◀ Return

### Plaintiff Information

✏️ Edit

**Plaintiff ID:** 1593

**Name:** ███████████

**Case Number:** 24-CV-04817

**Date of Birth:**

**Law Firm:** Williams Hart & Boundas, LLP

🗑 Request Deactivation

### Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    In Progress    —

👁 View Draft    ⬆ Import    ⬇ Export    Submit ➡

**Uber Ride Information Form**

✏️ Edit

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2026 BrownGreer PLC. All rights reserved.

2. Plaintiff Fact Sheet   Submitted                                    +

3. PTO 10 Certification Form   Submitted                               +

## Documents

Upload ⬆

Produce

Filter:  | ALL ▼ |

Show | 10 ▼ | entries

| Document ID ▼ | Document Type ⬍ | Upload Date ⬍ | Produced By ⬍ | Produced Date ⬍ | Action |
|---|---|---|---|---|---|
| 208388 | Plaintiff Verification of PFS | 03/17/2026 | Trevino, Marleyn | 03/17/2026 | **Request Removal Approval** |
| 203392 | PTO 10 Certification Form | 03/04/2026 | Trevino, Marleyn | 03/04/2026 | |
| 180955 | Notice of Overdue Discovery | 12/31/2025 | Admin, System | 12/31/2025 | |
| 120505 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Hall, Lisa | 06/30/2025 | |
| 111675 | Defendant Fact Sheet Attachment - 40_WHB 1293 (███████)_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110650 | Defendant Fact Sheet Attachment - 40_WHB 1293 (███████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110494 | Defendant Fact Sheet Attachment - 40_WHB 1293 (███████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 110416 | Defendant Fact Sheet Attachment - 40_WHB 1293 (███████)_Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| 109370 | Defendant Fact Sheet Attachment - 40_WHB 1293 (███████)_Req 31d | 06/17/2025 | Haider, Jay | 06/17/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2026 BrownGreer PLC. All rights reserved.



| Document ID ▾ | Document Type ⬍ | Upload Date ⬍ | Produced By ⬍ | Produced Date ⬍ | Action |
|---|---|---|---|---|---|
| | (█████████_Req 31d | | | | |

Showing 1 to 10 of 67 entries

Previous | 1 | 2 | 3 | 4 | 5 | Next

## Correspondence

Record Correspondence

You can search for specific data by entering at least three characters of your search criteria in the boxes in each column header and then pressing Enter.

No correspondence available