# Exhibit D



# Uber Technologies, Inc., Passenger Sexual Assault Litigation



👤 **My Account** ▾

◀◀ **Return**

## Plaintiff Information

✎ **Edit**

| | |
|---|---|
| **Plaintiff ID:** 2196 | **Date of Birth:** |
| **Name:** ███████ | **Law Firm:** Williams Hart & Boundas, LLP |
| **Case Number:** 24-CV-05770 | |

🗑 **Request Deactivation**

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

**1. Uber Ride Information Form**   Submitted                                  +

**2. Plaintiff Fact Sheet**   Submitted                                          +

**3. PTO 10 Certification Form**   Submitted                                 +

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2026 BrownGreer PLC. All rights reserved.

^

# Documents

**Upload** ⬆

**Produce**

Filter: ALL ▼

Show 10 ▼ entries

| Document ID ▼ | Document Type ⇅ | Upload Date ⇅ | Produced By ⇅ | Produced Date ⇅ | Action |
|---|---|---|---|---|---|
| 208391 | Plaintiff Verification of PFS | 03/18/2026 | Garrette, Crystal | 03/18/2026 | Request Removal Approval |
| 186474 | PTO 10 Certification Form | 01/12/2026 | Zamora, Gabriela | 01/12/2026 | |
| 181186 | Notice of Overdue Discovery | 12/31/2025 | Admin, System | 12/31/2025 | |
| 175147 | Other - Ride Receipt Personal Statement | 12/05/2025 | Cost, Devyn | 12/05/2025 | Request Removal Approval |
| 148583 | PTO 31 Notice of Additional Ride Receipt Discovery - Uber MDL - PTO 31 Notice for 2196 | 09/12/2025 | Admin, System | 09/12/2025 | |
| 143555 | Legal Correspondence and Letters | 08/19/2025 | Glinski, Ryan | 08/19/2025 | Request Removal Approval |
| 120867 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Garrette, Crystal | 06/30/2025 | |
| 112485 | Notice of Deficient Ride Receipt or Ride Information Form | 06/17/2025 | Admin, System | 06/17/2025 | |
| 99402 | PFS Deficiency Notice | 05/30/2025 | Krueger, Mike | 05/30/2025 | |
| 45346 | Defendant Fact Sheet | 01/17/2025 | Lee, Isamu | 01/17/2025 | |

Showing 1 to 10 of 14 entries

Previous | 1 | 2 | Next

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2026 BrownGreer PLC. All rights reserved.

# Correspondence

**Record Correspondence**

You can search for specific data by entering at least three characters of your search criteria in the boxes in each column header and then pressing Enter.

| No correspondence available |
| --- |