# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF UBER'S STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT]** |
| This Document Relates to: | |
| *WHB 832 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | |
| | Judge: Hon. Charles R. Breyer |
| | Courtroom: 6 – 17th Floor |
| | Date Filed: March 20, 2026 |
| | Trial Date: April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 832, | Case No. 3:25-cv-00737-CRB |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. | Courtroom: 501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Plaintiff's Motion for Partial Summary Judgment].

2.      Plaintiff takes no position as to Uber's proposed redactions.

3.      Attached as Exhibit 1 is a true and correct copy of Exhibit X to Plaintiff's Motion for Partial Summary Judgment, with Uber's proposed redactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 24, 2026

/s/ Laura Vartain Horn
Laura Vartain Horn