[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 832 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor<br><br>Date Filed: March 20, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 832,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No.  3:25-cv-00737-CRB<br><br>Judge:        Hon. Charles R. Breyer<br><br>Courtroom:    501 |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [WHB 823's Motion for Partial Summary Judgment] ("Statement"), the Court hereby **ORDERS** that the following portions of the Plaintiff's Motion for Partial Summary Judgment filings remain under seal, as requested in Uber's Statement:

| Document | Text to Be Sealed |
| --- | --- |
| Ex. X to Plaintiff's Motion for Partial Summary Judgment (Vartain Decl. Ex. 1) (ECF No. 5466-18) | 35:14-37:3 |

**IT IS SO ORDERED.**

DATED:_____         By:_____
                                               Hon. Charles R. Breyer
                                               United States District Court Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)