[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 832 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed: March 24, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 832,<br><br>       Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>       Defendants | Case No. 3:25-cv-00737-CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  TBD |

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
Caroline Power (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5100
alli.brown@kirkland.com
Telephone: (215) 268-5004
caroline.power@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC, and RASIER-CA, LLC

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, am at least 18 years old and not a party to this action.  I am a Partner with the law firm Kirkland & Ellis LLP and my business address is 555 California Street, Suite 2700, San Francisco, California 94104.

On the date set forth below, I caused the following sealed documents to be served by providing a true copy on the parties listed in the table below:

1.     **Ex. X to Plaintiff's Motion for Partial Summary Judgment (Vartain Decl. Ex. 1) (ECF No. 5466-18)**

<u>**BY E-MAIL OR ELECTRONIC SUBMISSION:**</u> I caused the above-referenced documents to be sent in electronic PDF format as an attachment to an email addressed to the persons on whom such documents are to be served at the email addresses shown below.

| | |
|---|---|
| Sarah R. London<br>Andrew R. Kaufman<br>**GIRARD SHARP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: slondon@girardsharp.com<br>Email: akaufman@girardsharp.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery St., Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: rabrams@peifferwolf.com |
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: luhana@chaffinluhana.com<br>Email: ubermdldiscovery@chaffinluhana.com |
| Brett E. Dressler<br>**Sellers, Ayers, Dortch Lyons, PA**<br>301 S. McDowell Rd, Suite 410<br>Charlotte, NC 28204 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: bdressler@sellersayers.com |
| John Boundas<br>Joseph Melugin<br>Sejal K. Brahmbhatt<br>Myles Shaw<br>Stasja Drecun<br>Brian Abramson<br>Batami Baskin<br>Margret Lecocke | *Co-Lead Counsel for Plaintiffs*<br><br>Email: erosemond@whlaw.com<br>Email: Jboundas@whlaw.com<br>Email: Jmelugin@whlaw.com<br>Email: Sbrahmbhatt@whlaw.com<br>Email: Mshaw@whlaw.com<br>Email: Sdrecun@whlaw.com<br>Email: Babramson@whlaw.com |

1

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)

| **Williams Hart & Boundas Law Firm**<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017 | Email: Bbaskin@whlaw.com<br>Email: Mlecocke@whlaw.com |
|---|---|

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on March 24, 2026.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

2

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)