[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed: March 24, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>       Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>       Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:       Hon. Charles R. Breyer |

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
laura.vartain@kirkland.com
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY R. KUTROW
**MCGUIRE WOODS LLP**
bkutrow@mcguirewoods.com
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether certain materials—namely, their Motion to Permit Evidence Under FRE 412 and accompanying exhibits—should be sealed. Defendants file these materials under seal because Federal Rule of Evidence 412 mandates that any motion to admit evidence under that Rule and any "related materials, and the record of the hearing must be and remain sealed," unless the Court orders otherwise. Fed. R. Evid. 412(c)(2).[1]

**Material To Be Filed Under Seal**

Defendants respectfully ask the Court to maintain under seal the following materials, pursuant to Federal Rule of Evidence 412(c)(2). These materials contain information and documents designated by Plaintiff as confidential:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 1 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 2 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 3 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 4 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |

---

[1] Because this case remains in the Northern District of California for pre-trial purposes, *see* Dkt. 3484 (PTO 29) and Dkt. 3923 (PTO 32), Uber files this administrative sealing motion in accordance with the Northern District of California's Civil Local Rules 7-11 and 79-5(f). Uber respectfully requests that this administrative motion be treated as a motion to seal under Rule 6.1 of the Western District of North Carolina's Civil Local Rules as well.

1

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE SEALED
CASE NO. 3:23-MD-03084-CRB/3:25-CV-00737-CRB

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 5 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 6 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 7 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 8 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 9 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1.    The Declaration of Jonathan Schneller in Support of this Motion; and

2.    A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: March 24, 2026                    Respectfully submitted,

O'MELVENY AND MYERS LLP

By: */s/ Jonathan Schneller*
JONATHAN SCHNELLER

2

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Sabrina H. Strong (SBN: 200292)
Jonathan Schneller (SBN: 291288)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
sstrong@omm.com
jschneller@omm.com

Bradley R. Kutrow
**MCGUIRE WOODS LLP**
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049
bkutrow@mcguirewoods.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC, and RASIER-CA, LLC

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE SEALED
CASE NO. 3:23-MD-03084-CRB/3:25-CV-00737-CRB