# Defendants' Motion to Permit Evidence Under FRE 412

# Filed Under Seal