[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:        Hon. Charles R. Breyer |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:23-md-03084-CRB/3:25-cv-00737-CRB

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
laura.vartain@kirkland.com
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Bradley R. Kutrow
**MCGUIRE WOODS LLP**
bkutrow@mcguirewoods.com
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:23-md-03084-CRB/3:25-cv-00737-CRB

Having considered Defendants' March 24, 2026 Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Deal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 1 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 2 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 3 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 4 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 5 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 6 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 7 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:23-md-03084-CRB/3:25-cv-00737-CRB

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 8 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |
| **Exhibit 9 to Declaration of Jonathan Schneller ISO Motion to Permit Evidence Under FRE 412** | All | Plaintiff |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:23-md-03084-CRB/3:25-cv-00737-CRB