Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*,<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 3:23-MD-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

1

UBER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3.23-md-03084-CRB / 3:25-cv-00737

Under Local Rules 7-11 and 79-5(f), Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber" or "Defendants") hereby move this Court to consider whether certain materials attached to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine and designated confidential by Plaintiff should be sealed.

## Material To Be Filed Under Seal

The materials to be filed under seal are certain exhibits in support of Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (the "Opposition") as well as certain redacted portions of the Opposition itself:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Opposition to Plaintiff's Omnibus Motions In Limine | Opposition containing references to material designated confidential by Plaintiff | Plaintiff |
| Exhibit 3 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Plaintiff, dated July 10, 2025 | Plaintiff |
| Exhibit 6 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Amended Plaintiff Fact Sheet, dated October 2, 2024 | Plaintiff |
| Exhibit 7 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Expert Report of Dr. Alison Reminick, dated September 26, 2025 | Plaintiff |
| Exhibit 8 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Rebuttal Expert Report of Dr. Alison Reminick, dated October 24, 2025 | Plaintiff |
| Exhibit 9 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the comprehensive clinical assessment of Plaintiff from Vision Behavioral Health Services | Plaintiff |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 10 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the *Dean* Pretrial Conference Transcript, dated January 6, 2026 | Plaintiff |
| Exhibit 11 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of Plaintiff medical records | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Laura Vartain Horn in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: March 24, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

4