Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*,<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:  March 24, 2026<br>Trial Date:  April 14, 2026 |

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal ("Motion"), the Court hereby **ORDERS** that the following portions of Uber's Opposition to Plaintiff's Omnibus Motions in Limine ("Opposition") filings remain under seal, as requested in Uber's Motion:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Opposition to Plaintiff's Omnibus Motions In Limine | Opposition containing references to material designated confidential by Plaintiff | Plaintiff |
| Exhibit 3 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the deposition of Plaintiff, dated July 10, 2025 | Plaintiff |
| Exhibit 6 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Amended Plaintiff Fact Sheet, dated October 2, 2024 | Plaintiff |
| Exhibit 7 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Expert Report of Dr. Alison Reminick, dated September 26, 2025 | Plaintiff |
| Exhibit 8 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Rebuttal Expert Report of Dr. Alison Reminick, dated October 24, 2025 | Plaintiff |
| Exhibit 9 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of the comprehensive clinical assessment of Plaintiff from Vision Behavioral Health Services | Plaintiff |
| Exhibit 10 to Declaration of Laura Vartain Horn ISO Defendants' | Excerpts of the *Dean* Pretrial Conference Transcript, dated January 6, | Plaintiff |

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB (LJC)

| Document | Description | Designating Party |
|---|---|---|
| Opposition | 2026 | |
| Exhibit 11 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Excerpts of Plaintiff records from North Carolina Correctional Institution for Women | Plaintiff |

**IT IS SO ORDERED.**

DATED:_____        By:_____
                                            Hon. Charles R. Breyer
                                            United States District Court Judge

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB (LJC)