Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:   March 24, 2026<br>Trial Date:   April 14, 2026 |

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts of the Expert Report of Veronique Valliere, dated September 26, 2025.

3.      Attached as **Exhibit 2** is a true and correct copy of Order on Parties' Motions in Limine & Motions to Exclude Expert Opinions, dated August 29, 2025.

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts of deposition of Plaintiff, dated July 10, 2025.

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition of Greg Brown, dated August 26, 2025.

6.      Attached as **Exhibit 5** is a true and correct copy of excerpts of a document bearing bates stamp UBER-MDL3084-DFS00074490-4491.

7.      Attached as **Exhibit 6** is a true and correct copy of excerpts of an Amended Plaintiff Fact Sheet, dated October 2, 2024.

8.      Attached as **Exhibit 7** is a true and correct copy of the Expert Report of Dr. Alison Reminick, dated September 26, 2025.

9.      Attached as **Exhibit 8** is a true and correct copy of the Rebuttal Expert Report of Dr. Alison Reminick, dated October 24, 2025.

10.      Attached as **Exhibit 9** is a true and correct copy of excerpts of the comprehensive clinical assessment of Plaintiff from Vision Behavioral Health Services.

11.      Attached as **Exhibit 10** is a true and correct copy of excerpts of the *Dean* Pretrial Conference Transcript, dated January 6, 2026.

1

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE

Case No. 3:23-md-03084-CRB (LJC)

12.    Attached as **Exhibit 11** is a true and correct copy of excerpts Plaintiff medical records.

13.    Attached as **Exhibit 12** is a true and correct copy of excerpts of the deposition of Allison Cissna, dated July 2, 2025.

14.    Attached as **Exhibit 13** is a true and correct copy of the Declaration of Greg Brown, dated March 24, 2026

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.


Executed on March 24, 2026, in San Francisco, California.


*/s/ Laura Vartain Horn*
Laura Vartain Horn

2
DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE
Case No. 3:23-md-03084-CRB (LJC)