# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____
IN RE: UBER TECHNOLOGIES,            )
INC., PASSENGER SEXUAL ASSAULT       ) MDL No. 3084 CRB
LITIGATION                           )
_____)

_____/

LCHB128 v. Uber Technologies, Inc., et al.
Case No. 3:24-cv-07019-CRB
A.R. v. Uber Technologies, Inc., et al.
Case No. 3:24-cv-07821
B.L. v. Uber Technologies, Inc., et al.,
Case No. No. 24-cv-7940
Jaylynn Dean v. Uber Technologies, Inc., et al.,
3:23-cv-06708
WHB 832 v. Uber Technologies, Inc., et al.,
3:24-cv-04900
_____/

HIGHLY CONFIDENTIAL
UNDER PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF GREG BROWN, VOL. II -
WAVE 1 PLAINTIFFS' 30(b)(6) DEPOSITION OF UBER
TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC,
(TOPICS 4A-D, 6A-G, 7A-D, 8A-N, 9A-E, 10A, B, C, E,
AND F)

August 26, 2025
7:40 a.m. Pacific Standard Time

Reported by:  Renee Ogden, RPR, California CSR #14485

A.   I did.

Q.   From your investigation, are you able to say whether Uber's technology functioned as it was supposed to function when the rider invoked it on the trip?

A.   Yes.  My understanding is that the technology functioned as it was expected when the rider invoked the ADT Safety Agent feature.

Q.   Was LCHB128 able to reach support through use of Uber's technology?

A.   They were.

Q.   When Uber received the complaint regarding LCHB128, did Uber immediately deactivate this driver?

A.   It did.

Q.   Let me ask you the same question because I forgot with respect to Jeffery Richardson.  When Uber received the complaint from WHB832, did Uber immediately institute a safety lock and remove this driver from the platform?

A.   When Uber received the complaint, yes, it did.

Q.   Same question with respect to Michael Le.  When Uber received the complaints from AR or about AR's subject trip, was Michael Le immediately removed from the platform?

A.   He was.

Greg Brown Volume II Highly Confidential
August 26, 2025

REPORTER'S CERTIFICATE

I, RENEE J. OGDEN, shorthand reporter CA CSR No. 14485, do hereby certify that the witness whose deposition is hereinbefore set forth was sworn by agreement of all parties, that the proceedings were reported stenographically by me, and that this transcript is a true, correct, and full record of the testimony given.

I further certify that I am not related to any of the parties to this action by blood or by  marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand on August 28, 2025.

_____

Renee J. Ogden, CA CSR No. 14485