# EXHIBIT 12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
------------------------------------------X
In re: UBER TECHNOLOGIES, INC.
       PASSENGER SEXUAL ASSAULT LITIGATION
Case No. 3:23-md-03084-CRB

_____
This Document Relates to:
JAYLYNN DEAN v. UBER TECHNOLOGIES, INC.,
et al.,
3:23-cv-06708

LCHB128 v. UBER TECHNOLOGIES, INC., et al.,
3:24-cv-7019
------------------------------------------X
                     DATE: July 2, 2025
                     TIME: 10:00 A.M. MST


          TESTIMONY of ALLISON CISSNA,

taken by the Plaintiffs, pursuant to a

notice and to the Federal Rules of Civil

Procedure, held remotely via Zoom

Videoconference, before Suzanne Pastor, a

Notary Public of the State of New York.

the trust and safety team by policy for what should happen when you find out that a case has been filed against Uber in the in re sexual assault -- Uber sexual assault litigation?

A.    Is that, like, the tile of the class action?  What I'm referring to as mass tort cases?

Q.    I believe that what you're referring to is the litigation that Jaylynn Dean and E█████ M████████ cases are a part of, yes.

A.    Would be to deactivate the accused party if not already.

Q.    So if a client files a lawsuit against Uber in this MDL and Uber is told about it, the trust and safety team is told to automatically deactivate the driver.

A.    That is the direction.

Q.    Even if the driver had not been deactivated before?

A.    Correct.

Q.    Do you remember earlier we saw that the driver who raped Jaylynn Dean had one notation on his account prior to the

Allison Cissna
July 02, 2025

C E R T I F I C A T E

STATE OF NEW YORK       )
               :    SS.:
COUNTY OF DELAWARE      )

I, SUZANNE PASTOR, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this day, July 7, 2025.

_____
SUZANNE PASTOR