Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER DENYING PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Judge:      Hon. Charles R. Breyer <br> Courtroom:  6 – 17th Floor <br><br> Date Filed:  March 24, 2026 <br> Trial Date:  April 14, 2026 |

1

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Opposition to Plaintiff's Omnibus Motions In Limine and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff's Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                        CHARLES R BREYER
                                        United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE
Case No. 3:23-md-03084-CRB (LJC)