Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Michael B. Shortnacy (SBN: 277035)
SHOOK, HARDY &  BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (424) 285-8330
mshortnacy@shb.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC, and
RASIER-CA, LLC

Bret Stanley (TX SBN 24075116)
bstanley@stanleypllc.com
The Stanley Law Firm, PLLC
13502 Havershire Lane
Houston, TX 77079
Telephone: (512) 695-6416

INDIVIDUALLY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB<br><br>**AMENDED STIPULATION AND ORDER REGARDING UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S SECOND MOTION FOR SANCTIONS AGAINST BRET STANLEY**<br><br>Judge: Honorable Lisa J. Cisneros<br>Courtroom: G - 15th Floor |

1

## RECITALS

**WHEREAS,** on February 17, 2026, the Court granted, in part, Defendants Rasier, LLC, Rasier-CA, LLC, and Uber Technologies, Inc.'s ("Uber") 2nd Motion for Sanctions Against Bret Stanley seeking attorneys' fees. (ECF 4604, the "Order").

**WHEREAS,** the Court ordered Mr. Stanley to pay Uber's reasonable attorneys' fees and costs incurred to bring, brief, and argue the Second Motion for Sanctions.

**WHEREAS,** the Court ordered the parties to meet and confer as to the amount of fees and costs to be awarded pursuant to the Order, and if they could not agree, they should file a joint PTO 8 letter no later than March 17, 2026.

**WHEREAS,** on March 19, 2026, the Court issued an Order to Show Cause (ECF 5564) to address a procedural issue concerning the identification of the exact sum to be paid by Mr. Stanley to Uber pursuant to the Order and the parties' agreement.

**WHEREAS**, in light of the Court's March 19, 2026 Order to Show Cause, the parties have agreed to file this Amended Stipulation and [Proposed] Order concerning attorneys' fees.

**WHEREAS,** Mr. Stanley and Uber's counsel met and conferred as required by the Order, and Order to Short Cause, and have reached an agreement on the amount of fees and costs due from Mr. Stanley to Uber, which is $50,000. The agreed-upon fee amount pursuant to the Order on the 2nd Motion for Sanctions (ECF 5245) represents compromise by both parties.

**WHEREAS,** pursuant to the Parties' agreement, the Parties respectfully ask the Court to enter this Proposed Stipulation as an Order of the Court in order to memorialize, and make an order of the Court, the payment terms of the agreed upon fee award.

**WHEREAS,** Mr. Stanley is no longer affiliated with the Johnson Law Group and will be individually responsible for paying Uber's attorneys' fees, Uber agreed to accept payment of $50,000 in two equal installment payments of $25,000 each to be made on May 1, 2026 and July 1, 2026.

**WHEREAS,** Mr. Stanley no longer represents any plaintiffs in the MDL, but he has signed Exhibit A to the Protective Order and agreed to abide by the terms of that agreement. *See* ECF 176-1, and Exhibit A attached hereto.

## **STIPULATION**

**THEREFORE,** the Parties agree and respectfully request the Court enter the Parties' stipulation, as an Order of the Court, as follows:

1. Pursuant to the Order on the Second Motion for Sanctions, the Parties agree that Mr. Stanley shall pay to Uber $50,000 in two equal installment payments of $25,000 for Uber's attorneys' fees and costs incurred for bringing, briefing, and arguing the Second Motion for Sanctions.

a. Mr. Stanley shall pay the first installment to Uber by May 1, 2026.

b. Mr. Stanley shall pay the second, and final, installment payment to Uber by July 1, 2026.

2. The Court retains jurisdiction over Mr. Stanley for enforcement of its Orders, including the payment terms set forth herein.

**IT IS SO STIPULATED.**

Dated: March 24, 2026                    **SHOOK, HARDY & BACON L.L.P.**

*/s/ Michael B. Shortnacy*
Michael B. Shortnacy (SBN: 277035)
SHOOK, HARDY &  BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (424) 285-8330
mshortnacy@shb.com

Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com
Allison M. Brown (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

AMENDED STIPULATION REGARDING SECOND MOTION FOR SANCTIONS AGAINST BRET STANLEY
CASE NO. 3:23-md-03084-CRB

Bret Stanley (TX SBN 24075116)
bstanley@stanleypllc.com
The Stanley Law Firm, PLLC
13502 Havershire Lane
Houston, TX 77079
Telephone: (512) 695-6146
INDIVIDUALLY

## **FILER'S ATTESTATION**

I, Michael Shortnacy, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:   March 24, 2026                **SHOOK, HARDY & BACON L.L.P.**

/s/ Michael B. Shortnacy
Michael B. Shortnacy (SBN: 277035)

AMENDED STIPULATION REGARDING SECOND MOTION FOR SANCTIONS AGAINST BRET STANLEY
CASE NO. 3:23-md-03084-CRB

## **ORDER**

PURSUANT TO AMENDED STIPULATION, IT IS SO ORDERED.

DATED: <u>March 25, 2026</u>

_____
HON. JUDGE LISA J. CISNEROS
United States Magistrate Judge

AMENDED STIPULATION REGARDING SECOND MOTION FOR SANCTIONS AGAINST BRET STANLEY
CASE NO. 3:23-md-03084-CRB