Jack W. Lurton, III
Rafferty Domnick Cunningham & Yaffa
815 South Palafox Street, 3rd Floor
Pensacola, FL  32502
Tel:  (850)208-0830
Fax:  (561)625-6269
jack@pbglaw.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

IN RE:  UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION

_____

*This document relates to:*

JASMINE NEVELS v. UBER TECHNOLOGIES,
INC. *ET AL.*
3:26-cv-02346-CRB

Case No.: 3:23-md-03084-CRB

**NOTICE OF FILING OF
NEW ACTION**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint was filed on March 18, 2026 and the Amended Complaint with Jury Demand in the above-referenced action was filed on March 19, 2026.

Dated:  March 25, 2026

Respectfully submitted,

*/s/ Jack W. Lurton, III*
Jack W. Lurton, III, Esq.
Florida Bar No. 579599
Rafferty Domnick Cunningham & Yaffa
815 South Palafox Street, 3rd Floor
Pensacola, FL  32502
T:  (850)208-0830
F:  (561)625-6269
Attorney for the Plaintiff
*Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Jack W. Lurton, III*
Jack W. Lurton, III, Esq.