UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR (1) ENTRY OF AN ORDER TO SHOW CAUSE WHY CERTAIN PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE AND (2) ALLOWING DEPOSITIONS OF THREE PLAINTIFFS REFERENCED HEREIN** |
| This Document Relates to: | |
| *N.MP. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10776-CRB | |

I, Sommer D. Luther, declare:

1. I am a partner at Wagstaff Law Firm. I am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the matters stated herein.

2. Circumstances outside counsel's control – including the inability to reach Plaintiff N.MP. and maintain consistent communication – have made continued representation impractical and unreasonably difficult.

3. On March 20, 2026, after months of attempted contact, my office received an SMS message from the Plaintiff.

4. Urgent efforts are underway to speak with Plaintiff and cure the issue with her ride receipt.

5. Additional time is required to cure the ride receipt issue, now that my firm has made contact with the Plaintiff.

6. My firm will continue our urgent efforts to speak with the client and meet and confer with defense

counsel as needed.

Executed this 25 day of March 2026 in Denver, Colorado.

/s/
Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE, CASE NO. 3:25-CV-10776-CRB