**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR (1) ENTRY OF AN ORDER TO SHOW CAUSE WHY CERTAIN PLAINTIFFS WHO HAVE SUBMITTED NON-BONA FIDE RECEIPTS SHOULD NOT BE DISMISSED WITH PREJUDICE AND (2) ALLOWING DEPOSITIONS OF THREE PLAINTIFFS REFERENCED HEREIN** |
| This Document Relates to: | |
| *N.MP. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10776-CRB | Judge:      Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |

This matter comes before the Court on Defendants' Motion for (1) Entry of an Order to Show Cause Why Certain Plaintiffs who have Submitted Non-Bonafide Receipts Should Not Be Dismissed With Prejudice and (2) Allowing Depositions of Three Plaintiffs Referenced Herein.

Having considered Defendants' Motion, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies Inc., Rasier, LLC and Rasier-CA, LLC's (1) Entry of an Order to Show Cause Why Certain Plaintiffs who have Submitted Non-Bonafide Receipts Should Not Be Dismissed With Prejudice and (2) Allowing Depositions of Three Plaintiffs Referenced Herein as it pertains to Plaintiff N.MP.

The Court further GRANTS Plaintiff's request to submit a bona fide receipt or sworn declaration

within thirty days from the date of this order.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge