RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.T. v. Uber Technologies, Inc., et al; 3:24-cv-05592-CRB* | MDL No. 3084 CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFF A.T.'S RESPONSE TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS**<br><br>Date: May 8, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

On March 12, 2026, Defendants filed a Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for the claim of the above-captioned Plaintiff A.T. on the grounds that Plaintiff has failed to comply with Court Orders. See *Docket No. 5487*. Plaintiff

A.T., through undersigned counsel, Peiffer Wolf Carr Kane Conway & Wise, LLP ("Peiffer Wolf"), responds as follows:

The relevant background is set forth in Uber's Motion. Specific to this response, undersigned counsel notes that: (1) Due to Plaintiff A.T.'s unresponsiveness and inability to meet her discovery obligations, Peiffer Wolf notified Defendants of its intent to seek to withdraw from her representation on October 3, 2025, Decl. ¶ 3; (2) Peiffer Wolf subsequently filed a Motion to Withdraw on October 9, 2025, Decl. ¶ 4, See *Docket No. 4103*; and (3) the Court denied this Motion to Withdraw on October 17, 2025. See *Docket No. 4168*.

Since that date, Peiffer Wolf has continued its outreach to Plaintiff A.T. in attempt to get her in compliance with her discovery obligations. Decl. ¶ 5. Despite those ongoing efforts, contact has yet to be established. Decl. ¶ 5. As such, Peiffer Wolf has no basis on which to dispute the facts underlying Defendants' Motion to Enforce. Nonetheless, Peiffer Wolf does not believe that dismissal is warranted, as Defendants will not be materially prejudiced by allowing additional time for Plaintiff to reengage with counsel and comply with her discovery obligations. Accordingly, Defendants' Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases should be denied.

Dated: March 25, 2026                    Respectfully Submitted by:

                                         */s/ Rachel Abrams*_____
                                         Rachel B. Abrams (Bar #209316)
                                         Adam B. Wolf (Cal Bar No. 215914)
                                         **Peiffer Wolf Carr Kane Conway & Wise**
                                         555 Montgomery Street, Suite 820
                                         San Francisco, CA 94111
                                         Ph: 415-766-3544
                                         Fax: (415) 840-9435
                                         Email: rabrams@peifferwolf.com
                                                awolf@peifferwolf.com

                                         Tiffany R. Ellis (*Admitted PHV*)
                                         **Peiffer Wolf Carr Kane Conway & Wise**
                                         15 E. Baltimore Ave.
                                         Detroit, MI 48202
                                         Ph: (313) 210-1559
                                         Fax: (415) 840-9435
                                         Email: tellis@peifferwolf.com

PLAINTIFF A.T'S RESPONSE TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS

## CERTIFICATE OF SERVICE

I hereby certify that, on March 24, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: March 25, 2026

Respectfully Submitted by:

*/s/ Rachel B. Abrams*
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
        awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

PLAINTIFF A.T'S RESPONSE TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS