RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: | **DECLARATION OF RACHEL B. ABRAMS IN SUPPORT OF PLAINTIFF A.T.'s RESPONSE TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS** |
| *A.T. v. Uber Technologies, Inc., et al; 3:24-cv-05592-CRB* | |

I, Rachel B. Abrams, declare:

1. I am an attorney in the law firm of Peiffer Wolf Carr Kane Conway and Wise, LLP ("Peiffer Wolf"). I am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein:

2. On May 9, 2023, Plaintiff A.T. retained Peiffer Wolf as legal counsel.

3. On October 3, 2025, Peiffer Wolf sent Uber advance notice of our intent to withdraw

1

DECLARATION IN SUPPORT OF PLAINTIFF A.T.'S RESPONSE TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS

from Plaintiff A.T.'s representation.

4.  Peiffer Wolf filed a Motion to Withdraw from Plaintiff A.T.'s case on October 9, 2025. See *Docket No. 4103*. The Court denied this Motion to Withdraw on October 17, 2025. See *Docket No. 4168*.

5.  Since that date, Peiffer Wolf has continued its outreach to Plaintiff A.T. in attempt to get her in compliance with her discovery obligations. Despite these ongoing efforts, contact has yet to be established.

6.  To date, Plaintiff A.T. has not agreed to voluntarily dismiss her claims and has not informed our firm that alternative counsel has been retained.

7.  Executed this day of March 25, 2026 in San Francisco, California.

*/s/ Rachel B. Abrams*
Rachel B. Abrams

*Counsel for Plaintiff*

2
DECLARATION IN SUPPORT OF PLAINTIFF A.T.'S RESPONSE TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS