# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|  | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS** |
| This Document Relates to: | |
| *A.T. v. Uber Technologies, Inc., et al; 3:24-cv-05592-CRB* | |

Having considered Defendants' Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders and Plaintiff's Response, the Court hereby DENIES this Motion as to the above captioned case.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS