William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL LEVIN SIMES' PLAINTIFFS | Case No. 3:23-md-03084-CRB<br><br>**LEVIN SIMES' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO BAR DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084 [ECF NO. 5477]**<br><br>Date: May 8, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

Following the conduct cited in Uber's motion at 2:15 – 3:7, Uber now moves for an order from the Court barring Mr. Grimes from any further participation in this MDL. Uber's proposed order would prohibit him from appearing before the Court, participating in depositions, drafting briefs, assisting other attorneys, or interacting with clients in the litigation. We have carefully reviewed Uber's motion and, both prior to and following its filing, have taken prompt and meaningful corrective action. This has included internal measures as well as consultation with outside ethics expert Professor Richard Zitrin to ensure that our response is appropriate.

By way of background, on the date of the incident, upon arriving at the Levin Simes office, Ms. Simes immediately intervened after observing the situation in Mr. Grimes' office and directed that the Zoom meeting be terminated. (Declaration of Laurel L. Simes ("Simes Decl.") at ¶ 3.) Following the conduct cited in Uber's motion, our firm addressed the matter directly with Mr. Grimes, and with Uber. (Simes Decl. at **Exhibit B**.) Ms. Simes further conducted discussions with other firm personnel who were present that morning to fully understand the circumstances. (Simes Decl. at ¶ 4.)  Both prior to, and subsequent to, the filing of Uber's motion, we have worked to address the issue both internally and externally to ensure that the conduct is not repeated.

Our firm recognizes that the conduct at issue warrants a clear and effective response. In determining the appropriate course of action, we carefully balanced the need to address the conduct against the impact that Uber's requested relief would impose on our clients, many of whom have been represented by Mr. Grimes for several years and have relied on his involvement in their cases. We think the remedy should be directed toward the conduct in question in a manner that won't disadvantage clients or provide some apparent advantage to Uber.

To that end, we have imposed concrete and enforceable limitations on Mr. Grimes' role in this litigation. Specifically, we have required that Mr. Grimes, in this MDL, no longer appear before this Court in person, or in depositions, or on briefs, and will avoid any other interaction, either direct or indirect, with opposing counsel. (Simes Decl., at ¶ 5.) In making these requirements, we consulted with Professor Richard Zitrin who has advised that what we are requiring of Mr. Grimes is appropriate. (Simes Decl., at ¶ 7.)

In addition, the firm has undertaken further internal corrective measures with the assistance of

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1

outside resources. (Simes Decl., at ¶ 6.)   While the details of those efforts are necessarily confidential, they are designed to ensure that the issues raised here are addressed comprehensively and that any such conduct does not occur in the future. (Simes Decl., at ¶ 6.)

Therefore, we respectfully request that this Court deny Uber's motion as moot, or in the alternative, enter the Proposed Order, filed concurrently with herewith, which requires that Mr. Grimes, in this MDL, no longer appear before this Court in person, or in depositions, or on briefs, and will avoid any other interaction, either direct or indirect, with opposing counsel.

DATED:  March 25, 2026                          Respectfully Submitted,

                                                **LEVIN SIMES LLP**

                                                _____
                                                William A. Levin
                                                Laurel L. Simes

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: _____
Laurel L. Simes

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax