William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF LAUREL L. SIMES IN SUPPORT OF LEVIN SIMES' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO BAR DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084 [ECF NO. 5477]** |
| This Document Relates to: | |
| ALL LEVIN SIMES' PLAINTIFFS | Date: May 8, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## DECLARATION OF LAUREL L. SIMES

I, Laurel L. Simes, declare as follows:

1. I am a co-founder of Levin Simes LLP and counsel of record for all Levin Simes Plaintiffs in the Uber MDL and Uber JCCP.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

3. I came into Mr. Grimes' office at the end of the meet and confer referenced herein, assessed the situation and I directed that the Zoom be concluded.

4. I have reviewed Uber's motion and have also spoken extensively with other members of our firm who were present that morning.

5. In light of what has occurred, we want to inform the Court and counsel that we have required that Mr. Grimes, in this MDL, no longer appear before this Court in person, or in depositions, or on briefs, and will avoid any other interaction, either direct or indirect, with opposing counsel.

6. We have also taken internal steps involving outside resources that we cannot disclose as they are confidential.

7. We have now consulted with Professor Richard Zitrin, who has advised that what we are requiring of Mr. Grimes is appropriate.

8. Attached hereto as **Exhibit A** is a true and correct copy of the letter that I submitted to the Court on March 20, 2026.

9. Attached hereto as **Exhibit B** is a true and correct copy of the email my partner, William A. Levin, sent to Uber the day after the incident.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2026, in San Francisco, California.

CASE NO. 3:23-MD-03084-CRB                    DECLARATION OF MS. SIMES ISO OF OPPOSITION TO UBER'S MOTION

DATED:  March 25, 2026

Respectfully Submitted,

_____
Laurel L. Simes

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone  •  415.426.3001 fax

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: _____
Laurel L. Simes

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3

# EXHIBIT A



March 20, 2026

Honorable Charles R. Breyer
San Francisco Courthouse
Courtroom 6 – 17th Floor
450 Golden Gate Avenue,
San Francisco, CA 94102

**Re: *In Re Uber Technologies, Inc. Passenger Sexual Assault Litigation, Case No. 3:23-md-03084-CRB***

Dear Judge Breyer,

Our law firm takes the standards of professional conduct seriously. We are writing this letter to inform the Court of the steps that our law firm is taking with respect to the conduct described in Uber counsels' motion to disqualify attorney David Grimes. ECF No. 5477. We will submit a full substantive response addressing the relief sought by Uber.

Following the conduct cited in Uber's motion, our firm addressed the matter directly with Mr. Grimes, and with Uber. (See attached email from my partner, Mr. Levin, to Uber Counsel the following day.) Since Mr. Grimes is an employee, we are not at liberty to discuss the specifics of any of the personal issues that may underlie his conduct. Nor do we seek to excuse the conduct in question. Our goal is to address what happened in a constructive manner, which takes into consideration the interests of all concerned.

Professionally, we are consulting with experts outside of the firm for the purpose of obtaining input as to the optimal path forward. On another level, we are working to provide resources to Mr. Grimes which might be helpful to him, while taking the appropriate remedial and prophylactic measures to ensure that any such conduct is not repeated.

We acknowledge that this is a difficult situation that must be addressed effectively.

Respectfully Submitted,

**LEVIN SIMES LLP**

Laurel L. Simes, Esq.

# EXHIBIT A

## Bela Veksler

| | |
|---|---|
| **From:** | William Levin |
| **Sent:** | Tuesday, March 10, 2026 3:34 PM |
| **To:** | Cotton, Chris (SHB) |
| **Cc:** | Vartain, Laura; Laurel Simes |
| **Subject:** | Re: Meet & Confer |

Thank you both.

As we discussed,  Laurel and I met with David yesterday afternoon to discuss what happened yesterday and why.  Following my call with you, Laurel and I met with David again.   As I discussed with you on our call today, it will take some more time for our firm to determine where to go from here.  As such, we are not in a position to make any decisions today or meet your 5:00 deadline.

As I discussed with you on today's call, we expect everyone to behave professionally.  As we also discussed, we have had a lot to digest in a short period of time and are still in the process of meeting internally about everything.   On our call, I was clear that we would need a little more time to grapple with all of this and would not be able to conclude that process today.  We also discussed the fact that yesterday's dynamic was impacted by personal issues that still need to be addressed by the firm.  With that conversation in mind,  I question the wisdom of immediately filing a public document concerning yesterday's events, particularly while we are still trying to determine the best path forward for all concerned.

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Tuesday, March 10, 2026 12:56 PM
**To:** William Levin <wlevin@levinsimes.com>
**Cc:** Vartain, Laura <laura.vartain@kirkland.com>
**Subject:** RE: Meet & Confer

Bill,

Thanks for taking the time to speak this afternoon with Laura and me.  As we discussed on the call, Uber intends to file a motion for sanctions today in both the JCCP and MDL in light of the inappropriate conduct and behavior of David Grimes during a meet and confer yesterday.  During our call, we discussed the possibility of a stipulation to address the issue.  Attached is the MDL version of the stipulation; we would also need to do a JCCP version.  Let us know if this stipulation in the MDL and JCCP is acceptable and whose signature from your firm should be added to each stipulation by 5:00 PT today.  If these stipulations aren't agreed to by that time, Uber intends to file its motion after that.

Chris

# EXHIBIT B

**Bela Veksler**

**From:** William Levin
**Sent:** Tuesday, March 10, 2026 3:34 PM
**To:** Cotton, Chris (SHB)
**Cc:** Vartain, Laura; Laurel Simes
**Subject:** Re: Meet & Confer

Thank you both.

As we discussed, Laurel and I met with David yesterday afternoon to discuss what happened yesterday and why. Following my call with you, Laurel and I met with David again. As I discussed with you on our call today, it will take some more time for our firm to determine where to go from here. As such, we are not in a position to make any decisions today or meet your 5:00 deadline.

As I discussed with you on today's call, we expect everyone to behave professionally. As we also discussed, we have had a lot to digest in a short period of time and are still in the process of meeting internally about everything. On our call, I was clear that we would need a little more time to grapple with all of this and would not be able to conclude that process today. We also discussed the fact that yesterday's dynamic was impacted by personal issues that still need to be addressed by the firm. With that conversation in mind, I question the wisdom of immediately filing a public document concerning yesterday's events, particularly while we are still trying to determine the best path forward for all concerned.

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Tuesday, March 10, 2026 12:56 PM
**To:** William Levin <wlevin@levinsimes.com>
**Cc:** Vartain, Laura <laura.vartain@kirkland.com>
**Subject:** RE: Meet & Confer

Bill,

Thanks for taking the time to speak this afternoon with Laura and me. As we discussed on the call, Uber intends to file a motion for sanctions today in both the JCCP and MDL in light of the inappropriate conduct and behavior of David Grimes during a meet and confer yesterday. During our call, we discussed the possibility of a stipulation to address the issue. Attached is the MDL version of the stipulation; we would also need to do a JCCP version. Let us know if this stipulation in the MDL and JCCP is acceptable and whose signature from your firm should be added to each stipulation by 5:00 PT today. If these stipulations aren't agreed to by that time, Uber intends to file its motion after that.

Chris

1