William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

<table>
<tr><td>IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br><br>This Document Relates to:<br><br>ALL LEVIN SIMES' PLAINTIFFS</td><td>Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO BAR DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084 [ECF NO. 5477]**</td></tr>
</table>

1

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

### [PROPOSED] ORDER

Having considered Defendant's Motion to Bar Attorney David Grimes from Participating in MDL No. 3084 and Levin Simes LLP's Response In Opposition to Defendants' Motion, the Court orders the follows:

**OPTION 1:**

☐ Defendant's Motion to Bar Attorney David Grimes from Participating in MDL No. 3084 is **DENIED AS MOOT.**

**OPTION 2 (ALTERNATIVE):**

☐ Attorney David Grimes in this MDL No. 3084 shall no longer appear before this Court in person, or in depositions, or on briefs, and shall avoid any other interaction, either direct or indirect, with opposing counsel.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____

HON. CHARLES R. BREYER
United States District Court Judge