**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Judge:      Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|    Plaintiff, | Judge: Honorable Charles R. Breyer |
|   v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|    Defendants. | |

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMIN MOT. CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 23:MD-03084-CRB

Having considered Defendants' March 24, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 5641) | The details of WHB 823's private life at i:20-22, i:24-25, i:27, 13:3-5, 13:7-8, 13:10-11, 13:14-15, 13:21-22, 13:24, 14:10-12, 14:14-15, 14:17-19, 14:26-15:3, 15:5, 15:10-13, 15:15, 16:2, 16:5-6, 16:8-9, 16:17-21, 16:23, 16:27-17:1, 17:6, 17:8, 17:10-15, 17:18-21, 17:23-26, 18:19, 18:24, 19:16, 20:13-16, 20:18, 20:20, 20:23, 20:25, 21:5-7, 21:11, 21:13-16, 21:19-22, 22:19-21, 23:3, and 23:25<br><br>The name of WHB 823 at 17:14, 17:26, 22:6, and 22:21<br><br>The details of WHB 823's mental health history at i:26, ii:1, 13:9, 13:12, 13:26-28, 14:20-24, 17:13-14, 17:16, 18:21-23, 19:3, 19:10-11, 20:2, 20:4-5, 20:7-9, 20:11-12, 20:18-26, 21:11, 21:18, 21:23, 22:2-5, 22:7, 22:15-16, 22:24, 23:6-8, 23:16-20, 23:22, and 23:26 |
| Exhibit 3 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 5641-4) | Excerpts of the deposition of Plaintiff, dated July 10, 2025, containing the name of WHB 823, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 5 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 5641-6) | Uber's Incident Report, dated February 7, 2023, containing the name of WHB 823 |
| Exhibit 6 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 5641-7) | Amended Plaintiff Fact Sheet, dated October 2, 2024, containing the name of WHB 823 and PII, the names and PII of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 7 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 5641-8) | Expert Report of Dr. Alison Reminick, dated September 26, 2025, containing the name of WHB 823, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 8 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 5641-9) | Rebuttal Report of Dr. Alison Reminick, dated October 24, 2025, containing the name of WHB 823, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |

| Exhibit 9 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 5641-10) | Excerpts of the comprehensive clinical assessment of Plaintiff containing the name of WHB 823 and PII, the details of WHB 823's private life, and the details of WHB 823's mental health history |
|---|---|
| Exhibit 10 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 5641-11) | Excerpts of the *Dean* Pretrial Conference Transcript, dated January 6, 2026, containing the details of Plaintiff's private life and mental health history |
| Exhibit 11 to Defendants' Opposition to Plaintiff's Omnibus Motions in Limine (ECF 5641-12) | Excerpts of Plaintiff's medical records containing the name of WHB 823 and PII, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |

**IT IS SO ORDERED.**


Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMIN MOT. CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 23:MD-03084-CRB