**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB (LJC) |
| _____ | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS** |
| This Document Relates to: | |
| *K.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09790-CRB | |
| *K.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09794-CRB | Judge: Hon. Charles R. Breyer |
| *TA.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09818-CRB | Courtroom: 6 – 17th Floor |
| *T.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09824-CRB | Date: May 8, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| *T.T.. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09965-CRB | |

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of WLF Plaintiffs' Response to Defendants' Motion to

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS

Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply With Court Orders.

### K.J. [2727]

3. Due to ongoing issues, Plaintiff K.J. is incapable of completing the PFS at this time.

4. Multiple contact attempts have been made to obtain K.J.'s PFS, with no success.

5. Efforts continue to reach Plaintiff K.J.

### K.G. [3063[

6. Multiple contact attempts have been made to obtain K.G.'s PFS, with no success.

7. Efforts continue to reach Plaintiff K.G.

### TA.W. [3065]

8. Undersigned counsel has received Plaintiff TA.W.'s signed authorizations but has not received a completed PFS.

9. Multiple contact attempts have been made to obtain TA.W.'s PFS, with no success.

10. Efforts continue to reach Plaintiff TA.W.

### T.G. [3482]

11. Multiple contact attempts have been made to obtain T.G.'s PFS, with no success.

12. Efforts continue to reach Plaintiff T.G.

### T.T. [4616]

13. Due to ongoing issues, Plaintiff T.T. is incapable of completing her PFS at this time.

14. Multiple contact attempts have been made to obtain T.T.'s PFS, with no success.

15. Efforts continue to reach Plaintiff T.T.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of March, 2026, in Denver, Colorado.

_____

Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS