**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS** |
| This Document Relates to: | |
| *K.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09790-CRB | Judge:          Hon. Charles R. Breyer |
| *K.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09794-CRB | Courtroom:    6 – 17th Floor |
| *TA.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09818-CRB | |
| *T.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09824-CRB | |
| *T.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09965-CRB | |

This matter comes before the Court on Defendants' Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders.

Having considered Defendants' Motion, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies Inc., Rasier, LLC and Rasier-CA, LLC's Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders as it

pertains to the WLF Plaintiffs listed in the caption above.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge