LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **DECLARATION OF LAYNE HILTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE PREVIOUS COURT ORDERS ON UBER'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDERS** |
| This Document Relates to: | |
| *M.S. v. Uber Technologies, Inc., et al;* Case No. 3 :25-cv-01863 | |
| | Judge Hon. Charles R. Breyer |
| *G.C. v. Uber Technologies Inc., et al., No. 3:24-cv-09195-CRB* | Courtroom: 6 – 17th Floor |
| *D.P. v. Uber Technologies Inc., et al., No. 3:24-cv-04449-CRB* | Date: May 8, 2026 Time: 10:00am |
| *L.L., v. Uber Technologies Inc., et al., 3 :25-cv-03742* | |

I, Layne C. Hilton, declare:

1.     I am an attorney at Meyer Wilson, Co., LPA. I am a member of the Louisiana Bar and am admitted to practice in this action pro hac vice.  I make this declaration based on my personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the maters stated herein.

2.     I submit this declaration in support of Plaintiff M.S., G.C., L.L., and D.P.'s Response to Defendants' Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders.

### *Plaintiff M.S.* (Case No. 3 :25-cv-01863)

3.  Plaintiff M.S. submitted a substantially complete PFS on June 24, 2025. This included all authorizations to allow Defendants to begin requesting medical records.

4.  For a variety of personal reasons, Plaintiff M.S. was unable to cure the ministerial and non-substantive deficiencies until now, but has now re-engaged and provided the necessary information to cure the deficiencies and verified those answers.

### *Plaintiff D.P.* (Case No. 3:24-cv-04449)

5.  Due to ongoing issues, Plaintiff D.P. is incapable of completing the PFS at this time.

6.  Multiple contact attempts through phone, text, certified mail, and skip tracing have been made to obtain D.P.'s PFS, with no success.

7.  Efforts continue to reach Plaintiff D.P.

### *Plaintiff G.C.* (Case No. 3:24-cv-09195)

8.  Due to ongoing issues, Plaintiff G.C. is incapable of completing the PFS at this time.

9.  Multiple contact attempts through phone, text, certified mail, and skip tracing have been made to obtain G.C.'s PFS, with no success.

10. Efforts continue to reach Plaintiff G.C.

### *Plaintiff L.L.* (Case No. 3:25-cv-03742)

11. Due to ongoing issues, Plaintiff L.L. is incapable of completing the PFS at this time.

12. Multiple contact attempts through phone, text, certified mail, and skip tracing have been made to obtain L.L.'s PFS, with no success.

13. Efforts continue to reach Plaintiff L.L.

Executed this 26 day of March, 2026, in New Orleans, Louisiana.



Layne C. Hilton

2    DECLARATION OF LAYNE HILTON