LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS ON UBER'S MOTIONS OT DISMISS CASES FOR FAILURE TO COMPLY WTH COURT ORDERS** |
| *M.S. v. Uber Technologies, Inc., et al;* Case No. 3 :25-cv-01863 | |
| *G.C. v. Uber Technologies Inc., et al.,* No. 3:24-cv-09195-CRB | Judge Hon. Charles R. Breyer |
| *D.P. v. Uber Technologies Inc., et al.,* No. 3:24-cv-04449-CRB | Courtroom: 6 – 17th Floor |
| *L.L., v. Uber Technologies Inc., et al.,* 3 :25-cv-03742 | |

This matter comes before the Court on Defendants' Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders. //

[PROPOSED] ORDER

Having considered Defendants' Motion, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies Inc., Rasier, LLC and Rasier-CA, LLC's Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders as it pertains to the Plaintiffs listed in the caption above.

**IT IS SO ORDERED**

Dated: _____          _____

HON CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER