*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **PLAINTIFF'S FIRST AMENDED WITNESS LIST** |
| This Document Relates to: | Judge:    Hon. Charles R. Breyer |
| *WHB 823 v. Uber Technologies, Inc., et al.* N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), Plaintiff WHB 823 ("Plaintiff") hereby discloses the following list of witnesses who are expected to be called or may be called in Plaintiff's case in chief at trial.

## 1. Expert Witnesses

| Name | May Call/Will Call | Live or Video | Short Statement of Substance of Witness Testimony |
|---|---|---|---|
| Veronique Valliere *Expert* | May Call | Live | Dr. Valliere is expected to testify about the opinions relevant to this case detailed in her expert report(s) and on matters concerning her knowledge, skill, experience, education, and training. |

## 2. Fact Witnesses

| Name | May Call/Will Call | Live or Video | Short Statement of Substance of Witness Testimony |
|---|---|---|---|
| Matthew Baker *Senior Program Leader for Safety Support* | May Call | Video | Mr. Baker is expected to testify about matters relating to Uber's status as a common carrier. |
| Gregory "Greg" Brown *Director, Head of Central Safety* | Will Call | Video | Mr. Brown is expected to testify about the matters in his deposition excerpt including Plaintiff's Uber ride, the Uber driver and matters relating to Uber's status as a common carrier. |
| Phillip Cardenas *Head of Global Safety* | May Call | Video | Mr. Cardenas is expected to testify about matters relating to Uber's status as a common carrier. |
| Heather Childs *Chief Ethics, Compliance & Security Officer* | May Call | Video | Ms. Childs is expected to testify about matters relating to Uber's status as a common carrier. |
| Chad Dobbs *Head of US City Operations* | May Call | Video | Mr. Dobbs is expected to testify about matters relating to Uber's status as a common carrier. |
| Henry "Gus" Fuldner *Senior Vice President of Safety & Core Services* | May Call | Video | Mr. Fuldner is expected to testify about matters relating to Uber's status as a common carrier. |
| Cory Freivogel *Head of Platform Safety Operations* | May Call | Video | Mr. Freivogel is expected to testify about matters related to Uber's status as a common carrier. |

| Ryan Graves<br>*Former Chief Executive Officer and Senior Vice President of Operations* | May Call | Video | Mr. Graves is expected to testify about matters relating to Uber's status as a common carrier. |
|---|---|---|---|
| Nairi Hourdajian<br>*Head of Global Communications* | May Call | Video | Ms. Hourdajian is expected to testify about matters relating to Uber's status as a common carrier. |
| Travis Kalanick<br>*Former Chief Executive Officer* | Will Call | Video | Mr. Kalanick is expected to testify about matters relating to Uber's status as a common carrier. |
| Roger Kaiser<br>*Global Head of Safety* | May Call | Video | Mr. Kaiser is expected to testify about matters relating to Uber's status as a common carrier and the impact of sexual assault on passengers. |
| T.L.<br>*Plaintiff's ex-boyfriend* | May Call | Video | Mr. L is expected to testify about the relevant topics covered during his deposition, more specifically his knowledge of the incident made the basis of this lawsuit. |
| M.M<br>*Plaintiff's mother* | May Call | Video | Ms. M is expected to testify about the relevant topics covered during her deposition, more specifically her knowledge of the incident made the basis of this lawsuit. |
| Hannah Nilles<br>*Director, Head of Safety – Americas* | Will Call | Video | Ms. Nilles is expected to testify concerning the matters in her deposition excerpt including WHB 823's Uber driver and matters relating to Uber's status as a common carrier. |
| Katherine "Kate" Parker<br>*Former, Global Director - Product Marketing, Brand Management & Strategic Initiatives* | May Call | Video | Ms. Parker is expected to testify about matters relating to Uber's status as a common carrier. |
| Elizabeth Ross<br>*Head of Product Marketing, Safety & Sustainability* | Will Call | Video | Ms. Ross is expected to testify about the matters in her deposition excerpt including Uber's marketing and communications, and how Uber holds itself out in a manner consistent with being a common carrier. |

3

| Troy Stevenson *Global Head of Community Operations* | May Call | Video | Mr. Stevenson is expected to testify about matters relating to Uber's status as a common carrier. |
|---|---|---|---|
| Michael Sullivan *Senior Director of Public Safety-Global* | May Call | Video | Mr. Sullivan is expected to testify about matters relating to Uber's status as a common carrier. |
| Sunny Wong *Senior Manager, Applied Science - Safety* | May Call | Video | Mr. Wong is expected to testify about the matters in his deposition excerpt including the pairing of WHB 823 with the Uber driver on March 26, 2019, as well as matters relating to Uber's status as a common carrier. |
| WHB 823 *Plaintiff* | Will Call | Live | WHB 823 is expected to testify about relevant aspects of her background, the Uber ride, and the incident made the basis of this lawsuit. |
| D.Y. *Plaintiff's friend* | May Call | Live | Mr. Y is expected to testify about his knowledge of WHB 823's assault. |
| N.Y. *Plaintiff's ex-boyfriend* | May Call | Video | Mr. Y is expected to testify about the relevant topics covered during his deposition, more specifically his knowledge of the incident made the basis of this lawsuit. |

In serving this witness list, Plaintiff specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Plaintiff also reserves the right to supplement and/or to amend its list with any witnesses identified on Defendant's witness list. Plaintiff further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions. Plaintiff reserves the right to call any of these witnesses and any of Defendants' witnesses whose testimony is designated as live witnesses in its case in chief. Plaintiff reserves the right to amend and/or supplement its witness list based on testimony and witness disclosures presented by Defendants. For any witnesses listed as being called by video, their expected testimony will be fully set forth in the deposition excerpts produced for each witness.

PLAINTIFF'S FIRST AMENDED WITNESS LIST
Case No. 3:23-MD-3084-CRB

Dated: March 26, 2026

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff* WHB 823

By*: /s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff*

By*: /s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

5

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: /s/ Roopal P. Luhana
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*


## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.


Dated:  March 26, 2026              By:    /s/ Myles Shaw
                                            Myles Shaw

PLAINTIFF'S FIRST AMENDED WITNESS LIST
Case No. 3:23-MD-3084-CRB