**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** March 26, 2026 | **Time:** 3 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Tiffany Ellis, Peiffer Wolf Carr Kane Conway & Wise, LLP, Marlene Goldenberg, Nigh Goldenberg Raso & Vaughn, Sommer Luther, Wagstaff Law Firm, counsel for Plaintiffs.

**For Defendants:** Christopher Cox, Kirkland & Ellis; Veronica Gromada and Michael Shortnacy, Shook Hardy & Bacon, counsel for Defendants

**Deputy Clerk:** Brittany Sims                    **Reported by:** Andrea Bluedorn

**PROCEEDINGS**

Discovery Status Conference held. The Court reminded the parties that the cutoff dates for case-specific discovery in the first wave of bellwether cases and the substantial completion deadline for common discovery have passed. The Court encouraged the parties to wrap up any ongoing negotiations and to pick their battles with respect to any disputes that might be presented to the Court.