# EXHIBIT 2

| | |
|---|---|
| **From:** | Bueno, Kim |
| **To:** | Roopal Luhana; Ellyn Hurd |
| **Cc:** | Vartain, Laura; Levy, Jennifer; Cox, Christopher; Blake, Tara |
| **Subject:** | Dean--Todd Gaddis Deposition |
| **Date:** | Monday, December 15, 2025 10:11:00 AM |
| **Attachments:** | 2025.12.04 Declaration of T. Gaddis.pdf |

Roopal and Ellyn,

We intend to call Todd Gaddis to trial to offer testimony about the mobile events log, as discussed in his December 4 declaration.  We will make Mr. Gaddis available for a deposition in advance of trial. Please let us know when you would like to depose him, and we will do our best to accommodate your schedule.

If I should direct this email to another member of your team, please let me know.

Thanks,

Kim

**Kim Bueno, P.C.**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**

401 W. 4th Street, Austin, TX  78701
**T** +1 512 355 4390   **M** +1 512 699 3255
**F** +1 512 678 9101
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
kim.bueno@kirkland.com