# EXHIBIT 3

**From:**     Power, Caroline
**To:**       John Boundas; Myles Shaw; Sejal Brahmbhatt
**Cc:**       Vives, Michael; Vartain, Laura; Ellyn Hurd
**Subject:**  RE: Proposed Stips re Authenticity/Admissibility
**Date:**     Friday, March 20, 2026 2:31:00 PM

On another topic, we wanted to follow-up on our conversation last week related to the Motion to Strike you filed regarding Todd Gaddis and Erin O'Keefe.  While we disagree with your motion, we are willing to make both witnesses available for limited depositions in advance of trial where you can further explore their anticipated testimony.  We offer Mr. Gaddis for a 2-hour deposition and will make Ms. O'Keefe available for a five-hour deposition and would be willing to work with you on scheduling etc..  Because any testimony from Ms. O'Keefe would be limited to common carrier issues, we'd ask that – if you accept our offer –we wait until after the Court rules on the common carrier issues before conducting her deposition.  We'd be happy to discuss further and let us know if you have any questions.  If you'd like, we can add it to the agenda for Monday.

Thanks,
Caroline

**Caroline Power**
_____
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste 1000, Philadelphia, PA  19103
**T** +1 215 268 5004  **M** +1 215 251 4678
**F** +1 312 862 2200
_____

caroline.power@kirkland.com

---

**From:** Power, Caroline
**Sent:** Friday, March 20, 2026 2:23 PM
**To:** 'John Boundas' <jboundas@whlaw.com>; Myles Shaw <mshaw@whlaw.com>; Sejal Brahmbhatt <sbrahmbhatt@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

How does 2:00 eastern look for you on Monday?

**Caroline Power**
_____
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste 1000, Philadelphia, PA  19103
**T** +1 215 268 5004  **M** +1 215 251 4678
**F** +1 312 862 2200
_____

caroline.power@kirkland.com

---

**From:** John Boundas <jboundas@whlaw.com>