Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
**PHILLIPS LAW GROUP, P.C**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipslaw.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIF
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| *JANE DOE PLG (S.B);*<br>*v. Uber Technologies, Inc., et al.* | |
| **This Document Relates to:** | |
| 3:26-cv-02685-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 26, 2026.

Dated: March 26, 2026          **PHILLIPS LAW GROUP**

*/s./ Timothy G. Tonkin*
*Appearance Pro Hac Vice*
**PHILLIPS LAW GROUP, P.C**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipslaw.com

**COUNSEL FOR PLAINTIFF**

1