D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*J.H. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-05342-CRB; and*<br><br>*R.L. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-05515-CRB* | **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR FINDINGS OF CONTEMPT & TO ENFORCE PRIOR COURT ORDERS** |

On November 19, 2025, the Court ordered limited depositions of the above-referenced Plaintiffs. ECF 4440. Plaintiff J.H. was eventually responsive to counsel, but then became non-responsive when pressed for her deposition availability. *See* ECF 4786. Instead, J.H. instructed counsel to dismiss her lawsuit against Defendants. ECF 4666 (case terminated 12/16/2025). Despite the dismissal, Plaintiffs' counsel continued their efforts to contact J.H. to appear for her deposition. Plaintiff R.L. never responded to counsel regarding her deposition availability and her current whereabouts are unknown. *See* ECF 4786. Neither Plaintiff appeared for their depositions despite counsel's numerous attempts to contact and convince them to do so. *Id.*

On February 10, 2026, the Court again ordered Plaintiffs to appear for their limited depositions (ECF 5218) and again neither Plaintiff responded to counsel's communication

efforts nor appeared at their deposition.  Since their noticed deposition dates, neither Plaintiff has contacted counsel.

On March 13, 2026, Defendants filed the present motion seeking findings of contempt and to enforce prior Court orders.  ECF 5520.  While Plaintiffs' counsel is equally frustrated with Plaintiffs' non-responsiveness and non-appearance for their depositions, counsel respectfully requests that any sanctions imposed on Plaintiffs be minimal but appropriate to motivate the Plaintiffs to comply with the Court's prior orders and appear for their limited depositions.

Dated: March 27, 2026                                          Respectfully submitted,

                                                              **PULASKI KHERKHER, PLLC**

                                                              */s/ D. Douglas Grubbs*
                                                              D. Douglas Grubbs (*Admitted Pro Hac Vice*)
                                                              Adam K. Pulaski (*Admitted Pro Hac Vice*)
                                                              2925 Richmond Avenue, Suite 1725
                                                              Houston, Texas 77098
                                                              Tel: 713-664-4555
                                                              Facsimile: 713-664-7543
                                                              dgrubbs@pulaskilawfirm.com
                                                              adam@pulaskilawfirm.com

                                                              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I electronically transmitted the foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR FINDINGS OF CONTEMPT & TO ENFORCE PRIOR COURT ORDERS to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.


*/s/ D. Douglas Grubbs*
D. Douglas Grubbs