UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-3084-CRB<br><br>**PLAINTIFF'S PROPOSED VERDICT FORMS** |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*,<br>N.D. Cal. No. 24-cv-4900<br>W.D.N.C. No. 25-cv-737 | |

UNITED STATES DISTRICT COURT
WESERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHB 832,<br><br>     Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>     Defendants. | No. 25-cv-737<br><br>Judge: Honorable Charles R. Breyer |

PLAINTIFF'S PROPOSED VERDICT FORM
N.D. CAL. NO. 24-CV-4900;
W.D.N.C. NO. 25-CV-737

**JURY VERDICT FORM VERSION 1**

**[If the Court grants Plaintiff's Motion for Partial Summary Judgment]**

1.  **Do you find that Jeffrey Richardson committed an assault or battery against Plaintiff?**

    **Yes\_\_\_    No\_\_\_**

2.  **In what amount, if any, was Plaintiff damaged?**

    **$_____**

    _____
    **Jury Foreperson**

- 1 -

**JURY VERDICT FORM VERSION 2**

**[If the Court denies Plaintiff's Motion for Partial Summary Judgment]**

1.  **Do you find Uber is a common carrier?**          Yes\_\_\_      No\_\_\_

2.  **Do you find that Jeffrey Richardson committed an assault or battery against Plaintiff?**

    **Yes\_\_\_      No\_\_\_**

2.  **In what amount, if any, was Plaintiff damaged?**

    **$_____**

    _____
    **Jury Foreperson**

- 2 -