[Submitting Counsel Listed Below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **JOINT STIPULATION & [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES** |
| *Jane Doe LS 333 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05930-CRB | Judge: Honorable Charles R. Breyer |
| *Jane Doe LS 397 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05864-CRB | Courtroom: 6 – 17th Floor |

## **JOINT STIPULATION**

WHEREAS on March 13, 2026, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively "Uber"), filed a Motion for Findings of Contempt & to Enforce Prior Court Orders (ECF No. 4839);

WHEREAS Plaintiffs Jane Doe LS 333 and Jane Doe LS 397's Opposition to Uber's Motion is currently due on March 27, 2026;

WHEREAS parties met and conferred and agreed on a reciprocal three-day extension to file Plaintiffs' Opposition on March 30, 2026 and for Uber to file its Reply on April 6, 2026;

WHEREAS the hearing on Uber's motion is not until May 8, 2026;

WHEREAS the requested extension will have no bearing on the rest of the case schedule;

NOW AND THEREFORE, the parties respectfully request the Court enter the parties' stipulation extending the deadlines to file Plaintiffs' Opposition to Uber's Motion for Findings of Contempt & to Enforce Prior Court Orders (ECF No. 4839) and Uber's Reply in Support to March 30, 2026 and April 6, 2026 respectively.

**IT IS SO STIPULATED.**

Dated:  March 26, 2026

Respectfully Submitted,
*/s/ Samira J. Bokaie*
William A. Levin (SBN 098592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Phone: (415) 426-3000
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiffs Jane Doe LS 333*
*and Jane Doe LS 397*

Dated: March 26, 2026

*/s/ Christopher V. Cotton*
Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Email: ccotton@shb.com

1

JOINT STIPULATION & [PROPOSED] ORDER
EXTENDING BRIEFING DEADLINES

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
Email: laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Email: alli.brown@kirkland.com

*Attorneys for Defendants* UBER
TECHNOLOGIES, INC., RASIER, LLC, and
RASIER-CA, LLC

2

**<u>ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: March 26, 2026                          By: */s/ Samira J. Bokaie*
                                                                    Samira J. Bokaie

3

<h1 style="text-align:center;">~~[PROPOSED]~~ ORDER</h1>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 27, 2026



IT IS SO ORDERED

Judge Charles R. Breyer

4