DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION FOR FINDINGS OF CONTEMPT & TO ENFORCE PRIOR COURT ORDERS (ECF 5520)** |
| *A.E. v. Uber Technologies, et al., Inc., et al.; 3:25-cv-07668-CRB* | |
| | **Date: May 8, 2026**<br>**Time: 10:00 a.m.**<br>**Courtroom: 6 – 17th Floor** |

A.E. is not an active party to this litigation as their case has been involuntarily dismissed upon Defendant's motions on two separate occasions. *See* ECF Nos. 4979 and 5253. Upon information and belief, A.E. has *never* been issued a subpoena as a third-party witness. Uber now seeks to hold a third-party witness in contempt of court for failing to appear at a party noticed deposition.

Former Plaintiff counsel respectfully requests the Court to deny Defendant's Motion for Findings of Contempt and to Enforce Prior Court Orders in this *twice involuntarily dismissed* case, which has also been voluntarily dismissed without known objection. *See* ECF Nos. 4979,

5253, and 5276.

## I.    Introduction

On November 19, 2025, the Court ordered the limited deposition of A.E. *See* ECF 4440. Counsel for A.E. sought to withdraw from her representation due to the lack of meaningful communication with A.E., however, the Court denied that request. *See* ECF 4436.

On December 17, 2025, Uber attempted to depose A.E., at which time she did not appear for her deposition. Plaintiff counsel was unable to establish communication with A.E.

Subsequently, A.E. could not satisfy the discovery requirements of this litigation and Uber sought to dismiss this case. The Court dismissed the case on January 12, 2026. *See* ECF 4979.

On February 10, 2026, the Court again ordered the deposition of A.E. *See* ECF 5218. The following week, on February 17, 2026, upon Uber's Motion the Court again Ordered that this case be dismissed involuntarily. *See* ECF 5253. Plaintiff filed a Notice of Dismissal in accordance with the Court's Order, as well as a Voluntary Dismissal on February 19, 2026. *See* ECF 5276. Following the multiple dismissals, Plaintiff counsel notified A.E. that their case against Uber had been dismissed multiple times and released A.E. as a client.

On March 3, 2026, Plaintiff counsel appeared at a party deposition noticed by Uber because the Order at issue had separate obligations directed solely at Reich & Binstock, LLP. Counsel objected that A.E. is no longer a party to this case and that the case has been involuntarily dismissed, multiple times. Upon information and belief, A.E. was not issued a subpoena as a third-party witness. A.E. did not appear at the deposition.

## II.    Conclusion

For the avoidance of doubt, Reich & Binstock, LLP, does not currently represent A.E., however, former counsel files this Response due to the Court's denial of its Motion to Withdraw prior to the multiple dismissals of this case. Counsel respectfully requests that the Court deny

RESPONSE TO MOTION FOR
FINDINGS OF CONTEMPT AND
TO ENFORCE PRIOR COURT ORDERS

Defendant's Motion.

Dated: March 27, 2026

Respectfully submitted,

By: */s/ Andrew Holcomb*
DENNIS C. REICH (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiff*

RESPONSE TO MOTION FOR
FINDINGS OF CONTEMPT AND
TO ENFORCE PRIOR COURT ORDERS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Friday, March 27, 2026, I electronically transmitted the foregoing Response to Motion for Findings of Contempt and to Enforce Prior Court Orders to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Andrew Holcomb*
Andrew Holcomb

RESPONSE TO MOTION FOR
FINDINGS OF CONTEMPT AND
TO ENFORCE PRIOR COURT ORDERS