[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S PROPOSED VERDICT FORM**<br><br>Judge:          Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor<br><br>Date Filed: March 27, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>                    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>                    Defendants. | Case No. 3:25-cv-00737-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC AND RASIER-CA, LLC'S PROPOSED VERDICT FORM**<br><br>Judge:          Hon. Charles R. Breyer<br><br>Courtroom:    501 |

DEFENDANTS' PROPOSED VERDICT FORM

Case No. 3:23-md-03084-CRB / 3:25-cv-00737-CRB

## DEFENDANTS' PROPOSED VERDICT FORM

We, the jury in the above-entitled action, find the following:

### SECTION A

### ISSUE 1: LIABILITY

1. Did Plaintiff prove that Uber was a common carrier?

    Yes _____        No _____

    *If your answer to Question 1 is Yes, then answer Question 2.*

    *If you answered No, then skip to Section B and sign and date the form.*

2. Did Plaintiff prove that Uber breached a common carrier's duty to Plaintiff?

    Yes _____        No _____

    *If your answer to Question 2 is Yes, then answer Question 3.*

    *If you answered No, then skip to Section B and sign and date the form.*

3. Did Plaintiff prove that Jeffery Richardson was Uber's employee?

    Yes _____        No _____

    *If your answer to Question 3 is Yes, then answer Question 4.*

    *If you answered No, then skip to Section B and sign and date the form.*

4. Did Plaintiff prove that Jeffery Richardson assaulted or committed a battery against Plaintiff?

    Yes _____        No _____

    *If your answer to Question 4 is Yes, then answer Question 5.*

    *If you answered No, then skip to Section B and sign and date the form.*

1

5.  Did Plaintiff prove that this assault or battery caused an injury to Plaintiff that would not have occurred without the assault or battery?

Yes _____          No _____

*If your answer to Question 5 is Yes, then proceed to Issue 2.*

*If you answered No, then skip to Section B and sign and date the form.*

**ISSUE 2: DAMAGES**

6.  Did Plaintiff prove actual damages?

Yes _____          No _____

*If your answer to Question 6 is Yes, then answer Question 7.*

*If you answered No, then skip to Section B and sign and date the form.*

7.  What are Plaintiff's total damages, if any, that she has proven resulted from aggravation of a preexisting mental condition?

$_____

*Proceed to Section B.*

**SECTION B: SIGNATURE**

DATED: _____          _____
                                                              *Juror*

DEFENDANTS' PROPOSED VERDICT FORM
                                                    Case No. 3:23-md-03084-CRB / 3:25-cv-00737-CRB

Dated: March 27, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

DEFENDANTS' PROPOSED VERDICT FORM

Case No. 3:23-md-03084-CRB / 3:25-cv-00737-CRB

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

4

DEFENDANTS' PROPOSED VERDICT FORM

Case No. 3:23-md-03084-CRB / 3:25-cv-00737-CRB