United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____ /

This Order Relates To:

*WHB 823 v. Uber Techs., Inc.*,
N.D. Cal. No. 3:24-cv-04900
W.D.N.C. No. 3:25-cv-00737

MDL No. 3084

**PRETRIAL ORDER NO. 42:
ORDER REGARDING WHB 823
MOTIONS FOR SUMMARY
JUDGMENT AND TRIAL
SCHEDULE**

Re: Dkt. Nos. 5468, 5475

Having reviewed the submitted briefing on the competing summary judgment motions in WHB 823, and in the interest of providing the Parties with the maximum amount of time to refine their trial strategies, the Court tentatively rules that Plaintiff WHB 823's Motion for Partial Summary Judgment on Common Carrier Status and Liability (dkt. 5468) is **GRANTED** and that Uber's Motion for Summary Judgment (dkt. 5475) is **DENIED**.  A final order will be issued following the conclusion of briefing and will also address the Parties' Daubert Motions and Motions in Limine.

The WHB 823 trial will begin in Charlotte, NC with jury selection on April 14, 2026.  The introduction of evidence will then begin on April 15 with opening statements, and the trial shall proceed on each available court day thereafter until its conclusion— including on April 17, which had previously been designated as a dark day during the March 20 case management conference.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: March 27, 2026



CHARLES R. BREYER
United States District Judge