D. Douglas Grubbs (*Admitted PHV*)
Adam K. Pulaski (*Admitted PHV*)
**PULASKI KHERKHER, PLLC**
2925 Richmond Avenue, Ste 1725
Houston, TX 77098
Telephone: 713-664-4555
Facsimile: 713-664-7543
Email: dgrubbs@pulaskilawfirm.com
Email: adam@pulaskilawfirm.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*N.C. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-05671-CRB;*<br><br>*D.P. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-05680-CRB; and*<br><br>*L.M.B. vs. Uber Technologies, Inc., et al.,*<br>*3:25-cv-08803-CRB* | **PLAINTIFFS' COMPLIANCE WITH COURT ORDER**<br><br>Re: Dkt. No. 5454 |

On March 9, 2026, the Court ordered limited depositions of the above-identified Plaintiffs as well as a sworn declaration describing counsel's presuit investigation of each Plaintiff's claim. ECF 5454. As ordered, counsel has summarized below and attached his sworn declaration detailing the efforts made to investigate Plaintiffs' claims prior to filing their short form complaints. *See* Exhibit A.

**Plaintiff N.C. (MDL ID 3698)**

| Date | Action |
|---|---|
| 10/11/2024 | Plaintiff N.C. retains Pulaski Kherkher |
| 10/12/2024 | Introductory email sent to N.C. requesting her ride receipt and instructing her how to obtain through the app, email or Uber website. |

| 10/14/2024 | Call made to N.C. requesting her ride receipt.  Voicemail left. |
|---|---|
| 10/22/2024 | Call made to N.C. requesting her ride receipt.  Voicemail left. |
| 10/22/2024 | Follow-up email sent to N.C. requesting her receipt and instructing how to obtain through the app, email or Uber website. |
| 10/24/2024 | N.C. uploads screenshot of her ride receipt via email which is reviewed by Pulaski. |
| 12/23/2024 | Email sent to N.C. warning her about scams and fraudulent emails being sent to rideshare assault clients. |
| 3/5/2025 | Call made to N.C. to complete her Plaintiff Fact Sheet ("PFS") and confirm her ride information.  Voicemail left.  Text and email sent as well. |
| 3/5/2025 | N.C. returns call to complete her PFS.  Appointment scheduled for 3/19/2024. |
| 3/19/2025 | Call made to N.C. to complete her PFS.  Voicemail left.  Text and email also sent. |
| 3/19/2025 | N.C. returns call.  Appointment is rescheduled to 3/25/2024. |
| 3/25/2025 | N.C. completes her PFS and confirms her ride information. The call lasts approximately 25 minutes.  Her emailed receipt from Uber is requested, but N.C. states that her sister ordered the ride and her sister does not have email. |
| 7/3/2025 | Short Form Complaint prepared.  SFC, PFS and ride receipt reviewed by attorney for filing approval. |
| 7/7/2025 | Short Form Complaint filed in MDL 3084. |

**Plaintiff D.P. (MDL ID 3700)**

| Date | Action |
|---|---|
| 10/8/2024 | Plaintiff D.P. retains Pulaski Kherkher |
| 10/10/2024 | Introductory email sent to D.P. requesting her ride receipt and instructing her how to obtain through the app, email or Uber website. |
| 10/10/2024 | D.P. emails her ride receipt screenshots which are reviewed by Pulaski |
| 12/23/2024 | Email sent to D.P. warning her about scams and fraudulent emails being sent to rideshare assault clients. |
| 3/19/2025 | Call made to D.P. to complete her Plaintiff Fact Sheet ("PFS"). Appointment scheduled for 3/26/2025. |
| 3/26/2025 | D.P. completes her PFS and confirms her ride information. The call lasts approximately 30 minutes.  Her emailed receipt from Uber is requested. |
| 4/11/2025 | Follow-up email sent to D.P. requesting her emailed ride receipt from Uber. |

| | |
|---|---|
| 6/23/2025 | Follow-up email sent to D.P. requesting her emailed ride receipt from Uber. |
| 7/3/2025 | Short Form Complaint prepared.  SFC, PFS and ride receipt reviewed by attorney for filing approval. |
| 7/7/2025 | Short Form Complaint filed in MDL 3084. |

**Plaintiff L.M.B. (MDL ID 4243)**

| Date | Action |
|---|---|
| 8/21/2024 | Plaintiff L.M.B. retains Pulaski Kherkher |
| 8/21/2024 | Call made to L.M.B. requesting her ride receipt and client emails a PDF copy of her ride receipt the same day.  Pulaski reviews the receipt. |
| 10/30/2024 | Call made to L.M.B.  Voicemail left. |
| 12/9/2024 | Email received from L.M.B. requesting an update. |
| 12/10/2024 | Reply email sent to L.M.B. |
| 12/23/2024 | Email sent to L.M.B. warning her about scams and fraudulent emails being sent to rideshare assault clients. |
| 2/6/2025 | Call made to L.M.B. to complete her Plaintiff Fact Sheet ("PFS"). Voicemail left.  Email sent as well. |
| 2/14/2025 | Call made to L.M.B. to complete her PFS.  Call successful.  The call lasts approximately 40 minutes. |
| 2/18/2025 | Email sent asking L.M.B. for medical provider information.  Call also made. |
| 2/24/2025 | Follow-up email sent asking L.M.B. for medical provider information.  Call and text also made. |
| 3/2/2025 | L.M.B. completes her PFS and confirms her ride information.  Her emailed receipt from Uber is requested. |
| 5/5/2025 | L.M.B. forwards her emailed ride receipt from Uber. |
| 10/14/2025 | Short Form Complaint prepared.  SFC, PFS and ride receipts reviewed by attorney for filing approval. |
| 10/15/2025 | Short Form Complaint directly filed in MDL 3084. |

Plaintiffs' counsel satisfied the ride receipt obligations of Pretrial Order No. 5 by the above-described actions.  Pulaski not only reviewed each receipt and confirmed all ride information with each Plaintiff prior to filing suit, but Pulaski also completed a fact sheet with each Plaintiff presuit.  At no point prior to filing the above-identified Plaintiffs' Short Form Complaints did counsel have

reason to question that the ride receipts were bona fide or fact sheet information provided by Plaintiffs was accurate.

Dated: March 30, 2026

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ D. Douglas Grubbs*
D. Douglas Grubbs (*Admitted Pro Hac Vice*)
Adam K. Pulaski (*Admitted Pro Hac Vice*)
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
dgrubbs@pulaskilawfirm.com
adam@pulaskilawfirm.com

Counsel for Plaintiffs

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 30, 2026, I electronically transmitted the foregoing PLAINTIFFS' COMPLIANCE WITH COURT ORDER to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants. Additionally, the foregoing was served on Defendants' counsel via email at: ubermdlservice@listserv.shb.com.

/s/ D. Douglas Grubbs
D. Douglas Grubbs