DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB, ESQ. (*Admitted Pro Hac Vice*)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *C.C. v. Uber Technologies, et al., Inc., et al.;* *3:25-cv-08442-CRB; and* <br><br> *R.N. v. Uber Technologies, et al., Inc., et al.;* *3:25-cv-07097-CRB* | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **PLAINTIFFS' RESPONSE TO ORDER REGARDING MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE AND DECLARATION (ECF 5454)** |

Former Plaintiffs, C.C., (MDL 4142) and R.N. (MDL 3879) were the subject of Defendants' prior Motions to Dismiss for Failure to Comply with Amended PTO 10, and have been involuntarily dismissed by Court Order. *See* ECF Nos. 4979 and 5253. As a result of the Court ordered dismissals, Plaintiffs filed Notices of Dismissal and were subsequently released as clients by Reich & Binstock, LLP. To date, no party has sought to reinstate the claims.

Upon information and belief, Uber has issued subpoenas seeking the depositions of these former MDL parties.

For the avoidance of doubt, Reich & Binstock, LLP, does not currently represent C.C. and R.N. However, in light of the specific requirements set forth in the Order at issue (ECF 5454), which imposes independent obligations on the firm, Reich & Binstock, LLP submits this

PLAINTIFFS' RESPONSE TO SHOW
CAUSE ORDER AND DECLARATION

Response on behalf of the former Plaintiffs. The factual and legal basis for the submission of the non-bona fide receipts and the vetting of the claims of C.C., (MDL 4142) and R.N. (MDL 3879) has been addressed with the accompanying declaration.

Dated: March 30, 2026

Respectfully submitted,

By: */s/ Andrew Holcomb*
DENNIS C. REICH (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiffs*

PLAINTIFFS' RESPONSE TO SHOW
CAUSE ORDER AND DECLARATION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Monday, March 30, 2026, I electronically transmitted the foregoing Response to Order to Show Cause and Declaration to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Andrew Holcomb*
Andrew Holcomb

PLAINTIFFS' RESPONSE TO SHOW
CAUSE ORDER AND DECLARATION