DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB, ESQ. (*Admitted Pro Hac Vice*)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **DECLARATION OF DENNIS C. REICH IN COMPLIANCE WITH COURT ORDER (ECF 5454)** |
| *C.C. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-08442-CRB; and | |
| *R.N. v. Uber Technologies, et al., Inc., et al.;* 3:25-cv-07097-CRB | |

I, Dennis C. Reich declare:

1. I am an attorney at Reich & Binstock, LLP, ("RB") and counsel of record for former Plaintiffs, C.C. (MDL 4142) and R.N. (MDL 3879) I make this declaration based upon my personal knowledge and could competently testify to the matters stated herein.

2. This declaration is made in Compliance with Court Order (ECF 5454) and is intended to detail the steps taken by RB to vet the claims of C.C. (MDL 4142) and R.N. (MDL 3879) prior to filing.

3. First, RB conducted interviews with each client in order to determine the details of their sexual assault allegations against the rideshare company.

4. Next, RB obtained written client questionnaires from each client for counsel review in order to determine the appropriate next steps for the potential filings.

5. RB obtained a ride receipt from client C.C. (MDL 4142) sent as multiple screenshot images from the ride at issue. RB obtained a ride receipt from client R.N. (MDL 3879) sent as multiple screenshot images from the ride at issue. The respective receipts appeared to be consistent with a receipt provided by Uber to a passenger.

6. RB reviewed those ride receipts prior to the commencement of the filings in these respective cases.

7. Upon review of client provided information, neither C.C. (MDL 4142) nor R.N. (MDL 3879) identified any contemporaneous reports of the incidents to Uber, law enforcement, or healthcare providers. Accordingly, RB was unable to further corroborate the allegations through these third-party sources.

8. Finally, RB conducted a review of the collective materials for any noteworthy inconsistencies or discrepancies, and found that the information provided by C.C. (MDL 4142) and R.N. (MDL 3879) was consistent with claims of a similar nature.

9. Upon review of the client interviews, client questionnaires, and ride receipts, RB counsel concluded, based on information and belief, that each respective claim satisfied the obligations set forth in Pretrial Order No. 5.

10. Prior to notification that the receipts at issue are not bona fide receipts by Uber, RB did not have any knowledge that the ride receipts provided by C.C. (MDL 4142) or R.N. (MDL 3879) were fraudulent.

11. Since RB was first notified of a fraudulent receipt, it has implemented additional verification procedures prior to filing and is currently reviewing ride receipts across its entire client base. Additionally, absent further corroboration beyond client testimony, RB no longer accepts screenshots of receipts, as they have proven difficult to verify. Further, attorneys and staff of RB have now undergone specific sexual assault sensitivity training with licensed professionals in order to conduct client interviews and obtain pertinent information for claims of this nature without retraumatizing victims.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on Monday, March 30, 2026, in Houston, Texas

DECL. OF DENNIS C. REICH

Dated: March 30, 2026

Respectfully submitted,

By: */s/ Dennis C. Reich*
DENNIS C. REICH (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice)*
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiffs*