Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC
[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE REGARDING COMPLIANCE WITH ECF 5619** |

**NOTICE**

In compliance with the Court's Order of March 23, 2026 (ECF 5619), Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC respectfully submit the attached digest (Ex. A) and public versions of all filings previously sought to be redacted by Defendants in connection with their Second Motion for Sanctions Against Bret Stanley (Ex. 1 through Ex. 13).

DATED: March 30, 2026                          Respectfully submitted,

                                               By: */s/ Daniel E. Cummings*
                                                     DANIEL E. CUMMINGS

                                               MICHAEL B. SHORTNACY (SBN: 277035)
                                                     mshortnacy@shb.com
                                               **SHOOK, HARDY & BACON L.L.P.**
                                               2121 Avenue of the Stars, Ste. 1400
                                               Los Angeles, CA 90067
                                               Telephone: (424) 285-8330
                                               Facsimile: (424) 204-9093

                                               PATRICK L. OOT (Admitted *Pro Hac Vice*)
                                                     oot@shb.com
                                               **SHOOK, HARDY & BACON L.L.P.**
                                               1800 K St. NW Ste. 1000
                                               Washington, DC 20006
                                               Telephone: (202) 783-8400
                                               Facsimile: (202) 783-4211

                                               DANIEL E. CUMMINGS (Admitted *Pro Hac Vice*)
                                                     decummings@shb.com
                                               **SHOOK, HARDY & BACON L.L.P.**
                                               2555 Grand Blvd.
                                               Kansas City, MO 64108
                                               Telephone: (816) 474-6550
                                               Facsimile: (816) 421-5547

                                               *Attorneys for Defendants*
                                               UBER TECHNOLOGIES, INC.,
                                               RASIER, LLC, and RASIER-CA, LLC

1

NOTICE REGARDING COMPLIANCE WITH ECF 5619

Case No. 3:23-MD-3084-CRB