*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

Exhibit A – Defendants' Digest in Compliance with ECF 5619

| Document | Description | Defendants' Initial Request | Defendants' Revised Request | Status as of March 30, 2026 |
|---|---|---|---|---|
| **Defendants' Second Motion for Sanctions Against Bret Stanley ("Motion for Sanctions")** | Motion for Sanctions | Seal in part | No request to seal | Public (unredacted version attached hereto as Exhibit 1) |
| **Declaration of Veronica Gromada in support of Motion for Sanctions ("Gromada Declaration")** | Declaration | Seal in part | No request to seal | Public (unredacted version attached hereto as Exhibit 2) |
| **Exhibit 1 to the Gromada Declaration** | Email correspondence | Seal in part | No request to seal | Public (unredacted version attached hereto as Exhibit 3) |
| **Declaration of Greg Brown in support of Motion for Sanctions** | Declaration | Seal in part | No request to seal | Public (unredacted version attached hereto as Exhibit 4) |
| **Mr. Stanley's Response in Opposition to the Sanctions Motion ("Sanctions Response")** | Sanctions Response | Seal in part | Seal in part (portions of pages 6 and 11) | Sealed in part (*see* ECF 5619) (redacted public version attached hereto as Exhibit 5) |
| **Mr. Stanley's Declaration in Support of the Sanctions Response ("Stanley Declaration")** | Declaration | Seal in part | Seal in part (portions of ¶¶17, 42) | Sealed in part (*see* ECF 5619) (redacted public version attached hereto as Exhibit 6) |

1

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

Exhibit A – Defendants' Digest in Compliance with ECF 5619

| Document | Description | Defendants' Initial Request | Defendants' Revised Request | Status as of March 30, 2026 |
|---|---|---|---|---|
| **Exhibit 1 to the Stanley Declaration** | The *Smith* plaintiff's requests for production ("RFP"). | Seal in part | Seal in part (portions of RFPs 65 and 70) | Sealed in part (*see* ECF 5619) (redacted public version attached hereto as Exhibit 7) |
| **Exhibit 2 to the Stanley Declaration** | Defendants' objections to RFPs in the *Smith* case. | Seal in part | Seal in part (portions of RFPs 70 and 72) | Sealed in part (*see* ECF 5619) (redacted public version attached hereto as Exhibit 8) |
| **Exhibit 3 to the Stanley Declaration** | 11/5/25 hearing transcript from the *Smith* case. | Seal in part | No request to seal | Public (unredacted version attached hereto as Exhibit 9) |
| **Exhibit 4 to the Stanley Declaration** | Judge's notes from the *Smith* case. | Seal in part | No request to seal | Public (unredacted version attached hereto as Exhibit 10) |
| **Exhibit 5 to the Stanley Declaration** | Email correspondence | Seal in part | No request to seal | Public (unredacted version attached hereto as Exhibit 11) |
| **Exhibit 6 to the Stanley Declaration** | Email correspondence | Seal in part | No request to seal | Public (unredacted version attached hereto as Exhibit 12) |

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

Exhibit A – Defendants' Digest in Compliance with ECF 5619

| Document | Description | Defendants' Initial Request | Defendants' Revised Request | Status as of March 30, 2026 |
|---|---|---|---|---|
| **Defendants' Reply in Support of Motion for Sanctions** | Reply brief | Seal in part | No request to seal | Public (unredacted version attached hereto as Exhibit 13) |