# EXHIBIT 4

(Exhibit B to Defendants' December 8, 2025 Second Motion for Sanctions Against Bret Stanley)

# EXHIBIT B

ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

PATRICK OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF GREG BROWN SUPPORTING DEFENDANTS' MOTION FOR SANCTIONS AGAINST BRET STANLEY**<br><br>Judge:    Hon. Lisa J. Cisneros<br>Courtroom:  G-15th Floor |

1

DECLARATION OF GREG BROWN IN SUPPORT OF
MOTION FOR SANCTIONS AGAINST BRET STANLEY

I, Greg Brown, declare under penalty of perjury as follows:

1.    I am Director, Head of Central Safety at Uber Technologies Inc. ("Uber"), a Defendant in the above captioned matter. Between 2014 and 2020, I was employed by Uber as "Operations and Logistics Manager," "Senior Operations Manager, Program Lead," "Safety and Senior Program Lead, Safety & Risk." When I returned to Uber in 2022, I initially worked as Director of Safety, United States & Canada. Since August 2024, I have served in my current Director role where my responsibilities include overseeing, organizing, and implementing global risk programs.

2.    I have personal knowledge of the statements set forth in this Declaration and could competently testify to the same if called to do so.

3.    I have reviewed UBER_JCCP_MDL_003941399, titled "INA-4142 | Very Fast Bike VFB Logistic Flow List to Audit" ("VFB Analysis") and its metadata. The VFB Analysis was created on May 5, 2023 and I understand was produced by Uber in this litigation from my custodial file on March 28, 2025.

4.    The VFB Analysis is a multi-tab Excel spreadsheet that analyzes Uber Eats deliveries in the United States and worldwide to determine whether an Earner may be using an unauthorized vehicle–specifically, using a car when they signed up to use a walk/bike only Earner account. The VFB Analysis is central to developing Defendants' proprietary method for identifying potential fraud and unauthorized conduct on the Uber Eats platform;[1] and improving the safety of the Uber Eats platform and by reviewing various datapoints, including accidents. Defendants' step-by-step methodology for their proprietary analysis of this type of information—which is competitively sensitive—is expressly set out in the VFB Analysis.

5.    Access to the VFB Analysis was restricted within Uber by role and responsibility, and is not broadly shared within the Uber organization. The details of the VFB Analysis are unknown to Uber's competitors and application users, and the disclosure of this information would result in a competitive disadvantage to Uber and would also erode the efficacy of Uber's audit process designed to help identify potential unauthorized use of the app.

---

[1] The VFB Analysis does not relate to trips on the Uber Rideshare platform.

2

DECLARATION OF GREG BROWN IN SUPPORT OF
MOTION FOR SANCTIONS AGAINST BRET STANLEY

Case No. 3:23-md-03084-CRB

6. The VFB Analysis included the UUID of Joshua Aldana because it lists Eats Earners who were only approved for bike or foot deliveries where there was a related vehicle accident reported. The VFB Analysis does not indicate that Mr. Aldana was flagged for a VFB. Defendants have no record of any VFB flag for Mr. Aldana.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2025.

*Gregory Brown*
_____
Greg Brown, on behalf of Defendants

---

3

DECLARATION OF GREG BROWN IN SUPPORT OF
MOTION FOR SANCTIONS AGAINST BRET STANLEY

Case No. 3:23-md-03084-CRB