# EXHIBIT 8

## (Exhibit 2 to Mr. Stanley's December 22, 2025 Declaration)

# EXHIBIT 2

CAUSE NO. 2022CI11011

| | | |
|---|---|---|
| IVAN SMITH, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| UBER TECHNOLOGIES, INC.; PORTIER, | § | 57TH JUDICIAL DISTRICT |
| LLC d/b/a UBER EATS; RAISER, LLC; | § | |
| CARLA REYES TREVINO; JOSHUA | § | |
| ALDANA and RUBEN MALDONADO JR., | § | |
| | § | |
| *Defendants*. | § | BEXAR COUNTY, TEXAS |

**DEFENDANTS UBER TECHNOLOGIES, INC., PORTIER, LLC,
AND RASIER, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S
FIFTH SET OF REQUESTS FOR PRODUCTION**

TO:    Plaintiff IVAN SMITH, by and through his lead counsel of record, Bret Stanley of the JOHNSON LAW GROUP, 2925 Richmond Ave., Ste. 1700, Houston, Texas 77098.

Pursuant to Rule 196 of the Texas Rules of Civil Procedure, Defendants Uber Technologies, Inc., Portier, LLC, and Rasier, LLC ("Uber Defendants") hereby serve their Objections and Responses to Plaintiff's Fifth Set of Requests for Production.

**BOWMAN AND BROOKE LLP**

By: */s/ Angela L. Angotti*
Angela L. Angotti
Texas Bar No. 24112893
Angela.Angotti@bowmanandbrooke.com
Jamie J. Giron
Texas Bar No. 24113608
jamie.giron@bowmanandbrooke.com
2901 Via Fortuna Drive, Suite 500
Austin, TX 78746
Telephone: (512) 874-3836
Facsimile: (512) 874-3801

*ATTORNEYS FOR DEFENDANTS
UBER TECHNOLOGIES, INC., PORTIER,
LLC and RASIER, LLC*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2025, a true and correct copy of the foregoing document was served electronically upon all counsel of record pursuant to the Texas Rules of Civil Procedure.

*/s/ Angela L. Angotti*
Angela L. Angotti

| 70 | Produce documents that indicate Uber's system flagged Joshua Aldana (UUID ██████████ ██████ as making VERY FAST BIKE deliveries. | No responsive documents to produce. | |
| 71 | ██████████████████████ | Request was determined to be a violation of the MDL protective order by Plaintiff's counsel Bret Stanley. | |
| 72 | Produce every NUDGE Uber sent to Joshua Aldana (UUID ██████ ████████ Included with this production, produce the contents of the Nudge, the time the Nudge was sent, the method the Nudge was sent, and whether the Nudge resulted in an impression in Uber's system that it was seen by Joshua Aldana. | Nothing to produce. See previous responses. | |