# EXHIBIT 9

(Exhibit 3 to Mr. Stanley's December 22, 2025 Declaration)

# EXHIBIT 3

**REPORTER'S RECORD
VOLUME 1 OF 1 VOLUME(S)
TRIAL COURT CAUSE NO. 2022-CI-11011**

IVAN SMITH                          *       IN THE DISTRICT COURT
                                    *
VS.                                 *       131ST JUDICIAL DISTRICT
                                    *
CARLA REYES TREVINO, ET AL          *       BEXAR COUNTY, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HEARING ON PLAINTIFF'S REQUESTS FOR PRODUCTION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On the 5th day of November, 2025, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Norma Gonzales, Judge Presiding, held in the 131st Judicial District Court, San Antonio, Bexar County, Texas:

Proceedings reported by Machine Shorthand.

Debra A. Doolittle, CSR
Official Court Reporter
100 Dolorosa
Bexar County Courthouse
San Antonio, Texas  78205

**A P P E A R A N C E S**

Mr. Brett Stanley                          Ms. Angela Angotti

JOHNSON LAW GROUP                          BOWMAN AND BROOKE

SBOT NO. 24075116                          SBOT NO. 24112893

2925 Richmond Ave Ste 1700                 2901 Via Fortuna

Houston, Texas  77098                      Austin, Texas  78746

Phone: (713) 626-9336                      Phone: (512) 874-3836

ATTORNEY FOR THE PLAINTIFF                 ATTORNEY FOR UBER TECHNOLOGIES


Mr. Joel Hernandez                         Mr. Larry Goldman

ATTORNEY AT LAW                            GOLDMAN & PETERSON PLLC

SBOT NO. 24106085                          SBOT NO. 08093450

4028 Delta Drive                           10100 Reunion Pl Ste 800

Royse City, Texas  75189                   San Antonio, Texas  78216

Phone: (210)                               Phone: (210) 340-9801

Fax: (210)                                 Fax: (210)

ATTORNEY FOR JOSHUA ALDANA                      --and--

                                           Mr. Jorge Herrera

                                           SBOT NO. 24044242

                                                --and--

                                           Mr. Eric Ramos

                                           SBOT NO. 24099306

                                           ATTORNEYS FOR CARLA TREVINO

                                           AND RUBEN MALDONADO

**CHRONOLOGICAL INDEX**

**VOLUME 1**

**HEARING ON PLAINTIFF'S REQUESTS FOR PRODUCTION**

**NOVEMBER 5, 2025**                                    **PAGE**      **VOL.**

Caption ...................................  1 ....... 1

Appearances ...............................  2 ....... 1

Chronological Index .......................  3 ....... 1

Proceedings ...............................  4 ....... 1

Court Reporter's Certificate .............. 76 ....... 1

Mr. Stanley.  What I'm telling you is:  I understand what the Court is saying, but we went through a very detailed meet and confer where you indicated that many of these are not at issue. Now you're telling the Court that you want affidavits for the ones that you said were no longer at issue for this hearing.

THE COURT:  All right.  That sounds like trial -- Hold on.  Y'all confer on that on your time.  I need to finish this up for today, and then y'all can confer some more.

All right.  So Number 6, 67.  Defense to provide an affidavit within five business days, which is by the end of -- by 5:00 Wednesday of next week.

What's left?

MR. STANLEY:  Number 70, Judge.  We're asking that Uber produce every time between February 10th, 2022 and April 6th, 2022, when Joshua's account was flagged for very fast bike. Very fast bike is an indication on Uber's system accounts and flags for Uber Eats deliveries who are only supposed to drive or only supposed to ride a bike or on foot.  When their system accounts or finds that the person is delivering by car, their system flags it.

And so for the period from when he signed up, which was February 10th, 2022, up until the date of the crash or the day after the crash or the crash is included.  We're seeking every time the system flagged his account for very fast bike.

MS. ANGOTTI:  Your Honor, we responded to this and

said no responsive documents to produce.

MR. STANLEY:  In the conferral, Counsel informed me that she looked for just the day.  And that's not -- that's not what I'm asking for.

I believe that the system probably did flag him on that day if he was driving, especially sustained over 25 miles an hour, but we're looking for every time the system flagged his car between February 10th, 2022 and April 6th, 2022  for very fast bike.

MS. ANGOTTI:  And, Your Honor, we've responded.  If there was no very fast bike designation for Aldana, we said no responsive documents to produce.  We didn't limit it in any way.

THE COURT:  All right.  So motion to compel is granted for that time period.  And I understand there are none.  All right.  Is that it?

MR. STANLEY:  The last one we have or last three are 76 through 78.

(Crosstalk).

THE COURT:  Wait, wait, wait.  You said there was only two more.

MR. STANLEY:  Well, that's because we came to an agreement.  I wanted to put it on the record.

General referral.  Ms. Angotti conferred with me concerning RFP 76, 77 and 78.  We discussed these materials will be produced and that they are being worked on now.

**STATE OF TEXAS  )**

**COUNTY OF BEXAR )**

I, Debra A. Doolittle, Official Court Reporter in and for the 131st Judicial District Court, Bexar County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $_____ and was paid by _____.

WITNESS MY OFFICIAL HAND this the 19th day of December, 2026.

```
                    /s/ DEBRA A. DOOLITTLE, TEXAS CSR 4952
                    Expiration Date: 4/30/27
                    Official Court Reporter
                    131st Judicial District Court
                    Bexar County Courthouse
                    San Antonio, Texas  78205
```