# EXHIBIT 10

(Exhibit 4 to Mr. Stanley's December 22, 2025 Declaration)

# EXHIBIT 4

# JUDGE'S NOTES

Case No: 2022-CI-11011          . Court: 57th          .

Style: Ivan Smith VS Uber Technologies Inc, et al

| Date of Notes: | NOTE    DEBRA A DOOLITTLE, CSR | Judge's Initials: |
|---|---|---|
| 1-5-25 | 131ST DISTRICT COURT<br>DDOOLITTLE131@GMAIL.COM | ng |
| | MTC: | |
| | RFP #6 Δ's to provide Affidavits + | |
| | In-camera docs no later than 11-12-25 @ | |
| | 5:00pm | |
| | RFP #12 granted (ordered to | |
| | produce; if not in poss/cust/control, | |
| | then affidavit supporting) | |
| | RFP #16 Obj; Sustained | |
| | #44 | |
| | RFP # 19 20 36 37 38 61 63  Sustaining obj; w/o prejudice | |
| | to reurge | |

PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE

ATTORNEYS: E. Ramos + J Herrera P

A. Angotti Δ

B. Stanley P

L. Goldman CO Δ          J Hernandez Δ

DOCUMENT SCANNED AS FILED

# JUDGE'S NOTES

Case No: 2022- CI - 11011 . Court: 57ᵗʰ .

Style: Ivan Smith ᵛˢ· Uber Techologies .

| Date of Notes: | NOTE | Judge's Initials: |
|---|---|---|
| 11-5.25 | | ng |
| | RFP ㉓ onboarding material = granted | |
| | ㉔ background check Process = granted | |
| | ㉜ ◇ rating metrics (star ratings, etc) = granted | |
| | ㊾ Communication Logs = granted limited to day of incident | |
| | �51 TAt Summaries - granted | |
| | 65 Telematic Triggers = granted 2 weeks prior to incident | |

PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE

ATTORNEYS:

# JUDGE'S NOTES

Case No: 2022 - CI - 11011 . Court: 57ᵗʰ .

Style: Ivan Smith ᵛˢ Uber Technologies
et al

| Date of Notes: | NOTE | Judge's Initials: |
|---|---|---|
| 11-5-25 | (67) Marketing Messages<br>△ affidavit = burdensome<br>w/ I 5 Bus. day | ng |
| | (70) Flags: "Very fast Bike"<br>granted | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE*

ATTORNEYS:_____

_____

_____

_____

003