**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* <br><br> AL.R.  v. UBER TECHNOLIGIES, INC., *et al.*; 3:26-CV-02610-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 25, 2026.

Dated: March 30, 2026

                                    Respectfully submitted,

                                    */s/ Sommer D. Luther*
                                    Sommer D. Luther, CO 35053
                                    **WAGSTAFF LAW FIRM**
                                    940 Lincoln Street
                                    Denver, CO 80203
                                    Tel: (720) 208-9417
                                    Fax: (888) 875-2889
                                    sluther@wagstafflawfirm.com
                                    Attorney for Plaintiff
                                    *Admitted Pro Hac Vice*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sommer D. Luther*

Sommer D. Luther

CASE NO. 3:23-md-03084-CRB                                NOTICE OF FILING OF NEW ACTION