UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO ORDER REGARDING MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE [ECF 5454]** |
| This Document Relates to:<br><br>*G.M. v. Uber Technologies, Inc., et al.,* No. 3 :25-cv-09190-CRB<br><br>*M.J. v. Uber Technologies Inc., et al.*, No. 3 :25-cv-08088-CRB | |

I, Sommer D. Luther, declare:

1. I am a partner at Wagstaff Law Firm. I am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the matters stated herein.

2. Circumstances outside counsel's control – including the inability to reach Plaintiffs G.M. and M.J. and maintain consistent communication – have made continued representation impractical and unreasonably difficult.

3. On March 20, 2026, after months of attempted contact, my office was able to reach Plaintiff G.M. by phone.

4. My office lost contact with Plaintiff M.J. at the end of 2025. Since that time, multiple attempts have been made to contact Plaintiff M.J., including at least 8 phone calls, 8 text messages, 8 emails, and letters sent via FedEx and Certified Mail.

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO ORDER REGARDING MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE [ECF 5454], CASE NO. 3:25-CV-10776-CRB

5.  Urgent efforts are underway to speak with Plaintiffs and cure the issues with their ride receipts.

6.  Additional time is required to cure the ride receipt issues, especially now that my firm has made contact with Plaintiff G.M.

7.  My firm will continue our urgent efforts to speak with the client and meet and confer with defense counsel as needed.

Executed this 30 day of March 2026 in Denver, Colorado.



/s/
Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO ORDER REGARDING MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE [ECF 5454], CASE NO. 3:25-CV-10776-CRB