William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiffs Jane Doe LS 333
and Jane Doe LS 397*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 333 v. Uber Technologies, Inc., et al., No. 3:23-cv-05930-CRB*<br><br>*Jane Doe LS 397 v. Uber Technologies, Inc., et al., No. 3:24-cv-05864-CRB* | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION FOR FINDINGS OF CONTEMPT & TO ENFORCE PRIOR COURT ORDERS**<br><br>Judge: Honorable Charles R. Breyer<br><br>Date: May 8, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, William A. Levin, declare as follows:

1. I am a co-founder of Levin Simes LLP and counsel of record for all Levin Simes Plaintiffs in the Uber MDL and Uber JCCP. I am also court-appointed lead counsel in the Uber JCCP, *In re: Uber Rideshare Cases,* Case No. CJC-21-005188.

2. This declaration is made in support of Plaintiffs' Opposition to Defendants' Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion for Findings of Contempt & to Enforce Prior Court Orders.

3. Plaintiffs Jane Doe LS 333 and Jane Doe LS 397's cases were dismissed with prejudice on February 10, 2026.

4. Our firm has been unable to maintain consistent contact with these Plaintiffs despite repeated, good-faith efforts to communicate the Court's orders and facilitate compliance.

5. To the extent contact can be reestablished and a deposition scheduled, the content of the depositions at this stage of the litigation present criminal complications.

6. Here, in our capacity as civil tort lawyers, we do not have the requisite competency to meaningfully advise our clients on what is essentially a criminal matter.

7. With respect to Jane Doe LS 397, we have been unable to reach her despite repeated outreach efforts. Prior communications indicated she did not possess responsive documents.

8. With respect to Jane Doe LS 333, prior communications similarly indicated an absence of any responsive documents. We did not have contact with the client prior to the deadline enumerated in ECF 5217 and we were unable to obtain a declaration.

9. We informed Uber's counsel that neither Plaintiff had responsive documents.

10. The limited contact we did have with Jane Doe LS 333 was not enough to ensure compliance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 30, 2026, in San Francisco, California.

//

//

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ William A. Levin*

William A. Levin
*Attorney for Plaintiffs Jane Doe LS 333
and Jane Doe LS 397*

3