[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 24-cv-4900 W.D.N.C. No. 25-cv-737 | |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WHB 823, | No. 25-cv-737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber should be sealed.

PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

On March 31, 2026, Plaintiff filed her Reply in Support of Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability which refers to and attaches documents that Uber designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and / or "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is the attached exhibit.

| Document | Description | Designating Party |
|---|---|---|
| Exhibit FF | Exhibit 0885 from the May 20, 2025 deposition of Michael Akamine designated as confidential | Uber |

Under Local Rule 79-5(f)(3), the designating entities bear the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Sarah R. London in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: March 31, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 31, 2026                              By:     */s/ Andrew R. Kaufman*
                                                                  Andrew R. Kaufman

PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737