[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*,<br>N.D. Cal. No. 24-cv-4900<br>W.D.N.C. No. 25-cv-737 | **DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WHB 823,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | No. 25-cv-737<br><br>Judge: Honorable Charles R. Breyer |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated by Uber as "CONFIDENTIAL" and /or "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY", Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit FF | Exhibit 0885 from the May 20, 2025 deposition of Michael Akamine designated as confidential | Uber |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2026 in San Anselmo, California.

/s/ Sarah R. London
Sarah R. London