[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*WHB 823 v. Uber Techs., Inc.*,
N.D. Cal. No. 24-cv-4900
W.D.N.C. No. 25-cv-737

Case No. 23-md-03084-CRB

**CERTIFICATE OF SERVICE**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

WHB 823,

       Plaintiff,

   v.

UBER TECHNOLOGIES, INC., et al.,

      Defendants.

No. 25-cv-737

Judge: Honorable Charles R. Breyer

I certify that on March 31, 2026 a true and correct copy of the UNSEALED/ UNREDACTED version of the following document:

- **Exhibit FF to Plaintiff's Reply in Support of Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability**

was served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

1

CERTIFICATE OF SERVICE
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2026.

By: */s Andrew R. Kaufman*
Andrew R. Kaufman

---

2
CERTIFICATE OF SERVICE
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737