WALT CUBBERLY (SBN: 325163)
wcubberly@whlaw.com
**WILLIAMS HART BOUNDAS EASTERBY, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone:     (713) 230-2220
Facsimile:     (713) 643-6226

*Attorney for Plaintiff*

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:     (816) 559-2393
Facsimile:     (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC** |
| This Document Relates to: | Date: |
| *WHB 2129 v. Uber Technologies, Inc., et al.*, Case No. 3:26-cv-00082 | Time: |
| | Courtroom: 6 – 17th Floor |
| [as it relates to Plaintiff WHB 2129 ONLY] | Judge:     Honorable Charles R. Breyer |

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC

Case No. 3:23-md-03084-CRB

Plaintiff WHB 2129 ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants"), by and through undersigned counsel, hereby stipulate and agree that Defendants shall be voluntarily dismissed as parties from the above-captioned action, **with prejudice**.


DATED: March 24, 2026                              **WILLIAMS HART BOUNDAS EASTERBY, LLP**

                                                   By: _____

                                                   WALT CUBBERLY (SBN 325163)
                                                   wcubberly@whlaw.com
                                                   **WILLIAMS HART BOUNDAS EASTERBY, LLP**
                                                   8441 Gulf Freeway, Suite 600
                                                   Houston, Texas 77017
                                                   Telephone:    (713) 230-2220
                                                   Facsimile:    (713) 643-6226

DATED: March 24, 2026                              *Attorney for Plaintiff*


                                                   **SHOOK, HARDY & BACON L.L.P.**

                                                   By: */s/ Christopher V. Cotton*

                                                   CHRISTOPHER V. COTTON (*Pro Hac Vice*)
                                                   ccotton@shb.com
                                                   **SHOOK, HARDY & BACON L.L.P.**
                                                   2555 Grand Blvd.
                                                   Kansas City, Missouri 64108
                                                   Telephone:    (816) 559-2393
                                                   Facsimile:    (816) 559-5547

                                                   *Attorney for Defendants*
                                                   UBER TECHNOLOGIES, INC.,
                                                   RASIER, LLC, and RASIER-CA, LLC

1

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC

Case No. 3:23-md-03084-CRB