**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br><br>This Document Relates to:<br><br>*WHB 2129 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-00082<br><br>[as it relates to Plaintiff WHB 2129 ONLY] | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC** |

[PROPOSED] ORDER REGARDING STIPULATION WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC.

Case No. 3:23-md-03084-CRB

## [PROPOSED] ORDER

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's ("Defendants") stipulation of dismissal with prejudice, to which Plaintiff WHB 2129 ("Plaintiff") agrees, the Court therefore hereby ORDERS as follows:

1.  Plaintiff's claim is DISMISSED WITH PREJUDICE.

2.  Plaintiff's counsel shall file a notice of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026          _____

HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER REGARDING STIPULATION WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC.

Case No. 3:23-md-03084-CRB