# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 24-cv-4900 W.D.N.C. No. 25-cv-737 | **DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COMMON CARRIER STATUS AND LIABILITY**<br><br>Judge: Honorable Charles R. Breyer<br>Date:   April 2, 2026<br>Time:   2 P.M. PT<br>Ctrm.:  6-17th Floor |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHB 823,<br><br>        Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | No. 25-cv-737<br><br>Judge: Honorable Charles R. Breyer |

I, Sarah R. London, declare:

1.    I am an attorney in the law firm of Girard Sharp, LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.    I submit this declaration in support of Plaintiff's Reply in Support of Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability.

3.    The exhibits referred below are attached to Plaintiff's Reply in Support of Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability.

4.    Attached hereto as **Exhibit FF** is a true and correct copy of Exhibit 0885 from the May 20, 2025 deposition of Michael Akamine. This document is filed under seal.

5.    Attached hereto as **Exhibit GG** is a true and correct copy of two screenshots taken of Uber's Instagram account on March 27, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March, 2026 in San Anselmo, California.

                                            /s/ Sarah R. London
                                            Sarah R. London

1

DECLARATION OF SARAH R. LONDON
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737