# EXHIBIT GG





11:23

## Posts
uber

Follow



uber ✓
♫ uber · Original audio

If I try to say I'm staying in this summer, send an Uber to my house because no I'm not.

♡ 2,701   💬 73   ⟳ 3   ▽ 74

 uber Officially over the cold

March 5