[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**OF NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF JOSEPH OKPAKU** |
| This Document Relates to: | Judge: Honorable Charles R. Breyer |
| | Date:  April 2, 2026 |
| *WHB 823 v. Uber Technologies., Inc.*, N.D. Cal. No. 3:24-cv-4900 W.D.N.C. No. 3:25-cv-00737 | Time:  2:00 PM |
| | Ctrm.:  6-17th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|     Plaintiff, | Judge: Honorable Charles R. Breyer |
|     v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|     Defendants. | |

**<u>INTRODUCTION</u>**

In its response to Plaintiff WHB 823's Motion to Exclude, Uber has not demonstrated Joseph Okpaku's opinions to be admissible by a preponderance of the evidence. Fed. R. Evid. 702. Moreover, as the Court has tentatively granted Plaintiff's Motion for Partial Summary Judgment as to the issue of Uber's common carrier status and liability, if the Court confirms this tentative ruling, Mr. Okpaku's opinions become irrelevant to the remaining issues of fact for the jury to decide.

**<u>ARGUMENT</u>**

Uber alleges in its response, that "Mr. Okpaku's opinions are relevant in that they tend to prove Uber's argument that it is not a common-carrier". *See* Defs.' Opp'n at 5. Mr. Okpaku's "opinions" are inadmissible legal conclusions that further are unbased in any reliable methodology. They are plainly legal opinions disguised as expert opinions.

And on March 27, 2026, the Court issued PTO 42 in which the Court "tentatively rule[d] that Plaintiff WHB 823's Motion for Partial Summary Judgment on Common Carrier Status and Liability (dkt. 5468) is GRANTED  . . . ." *Id.* North Carolina common law and this Court agree that Uber as a common-carrier owes non-delegable duties to provide transportation safely, duties that are breached when a driver assaults a passenger. Common-carrier status creates vicarious liability, such that Plaintiff need only prove the assault did in fact take place, and the extent of Plaintiff's damages. There are no other ultimate issues of fact in this matter. *See* Pl.'s Mot. at 6-7.

No factual issue remains for which Mr. Okpaku's testimony will be helpful to the trier of fact. Citing to Mr. Okpaku's report, Uber concedes his expertise is in legislation, based on his experience testifying before cities, states, and federal regulatory and legislative bodies. Defs.' Opp'n at 6. He is a lawyer by training, and his function at Lyft was in essence, a legal one. *Id.* Mr. Okpaku therefore will be of no assistance to the jury in deciding whether the assault took place, or the extent of Plaintiff's damages

And even if the Court were to rescind its tentative ruling, for all of the reasons stated in Plaintiff's Motion, none of which Uber has effectively rebutted, Mr. Okpaku's regulatory opinions,

"industry standard," and legal opinions and conclusions centered on the issue of whether Uber is a common carrier (a matter to be determined under North Carolina substantive case law) should be excluded. Mr. Okpaku's opinions are precisely the same as Uber's legal arguments submitted to this Court for judicial determination. Allowing a lawyer and former Director and then Vice President of Government Relations at Lyft to opine also poses an extreme danger that the jury would be confused as to the issues in this case, substantially outweighing the lack of probative value of his proffered opinions. Fed. R. Evid. 403.

## CONCLUSION

For these reasons, and all reasons stated in Plaintiff WHB 823's Motion to Exclude, the opinions of expert Joseph Okpaku should be excluded in this case.

Dated: March 31, 2026

Respectfully Submitted,

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

PL.'S REPLY IN SUPPORT OF *DAUBERT* MOT.
N.D. CAL. NO. 3:24-CV-4900; W.D.N.C. NO. 3:25-CV-00737

By: /s/ Brett E. Dressler
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*


By: /s/ Sarah R. London
Sarah R. London (SBN 267083)


**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

PL.'S REPLY IN SUPPORT OF *DAUBERT* MOT.
N.D. CAL. NO. 3:24-CV-4900; W.D.N.C. NO. 3:25-CV-00737

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.


Dated:  March 31, 2026

By:    */s/ Myles Shaw*

Myles Shaw

PL.'S REPLY IN SUPPORT OF *DAUBERT* MOT.
N.D. CAL. NO. 3:24-CV-4900; W.D.N.C. NO. 3:25-CV-00737