[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ALISON REMINICK, M.D.** |
| *WHB 823 v. Uber Technologies., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

DECL. OF SEJAL K. BRAHMBHATT ISO PLAINTIFF'S ADMIN. MOT. TO FILE UNDER SEAL
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

I, Sejal K. Brahmbhatt, declare:

1.    I am an attorney in the law firm of Williams Hart & Boundas, and counsel for Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of Texas and am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D.

2.    I have reviewed Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D.

3.    Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. contains information regarding the mental health history of Plaintiff and intimate aspects of Plaintiff's personal life.

4.    The significant privacy concerns of Plaintiff outweigh any minimal public interest in disclosure of her highly sensitive information. The public's interest in the case may be satisfied without revealing this information.

5.    The intimate aspects of Plaintiff's personal life and the mental health history of Plaintiff are highly sensitive and typify the type of information that may be used by a third party to gratify private spite, promote scandal, or circulate libel.

6.    Plaintiff's request is narrowly tailored to sealing only sensitive personal information. There is no less restrictive alternative to sealing portions of the relevant materials that would protect the legitimate privacy interests of Plaintiff, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2026 in Houston, Texas.

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)

DECL. OF SEJAL K BRAHMBHATT ISO PLAINTIFF'S ADMIN. MOT. TO FILE UNDER SEAL
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737



Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111

DECL. OF SEJAL K BRAHMBHATT ISO PLAINTIFF'S ADMIN. MOT. TO FILE UNDER SEAL
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com


By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*


I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2026 in Houston, Texas.


*/s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt

DECL. OF SEJAL K BRAHMBHATT ISO PLAINTIFF'S ADMIN. MOT. TO FILE UNDER SEAL
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737