**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**DECLARATION OF STEVEN D. COHN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PERMIT EVIDENCE UNDER FRE 412 AND SUPPORTING EXHIBITS** |

I, Stephen D. Cohn, declare:

1.      I am a partner of Chaffin Luhana, LLP, an attorney licensed in the State of New York, and duly admitted to practice before this Court pro hac vice, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 and supporting exhibits.

2.      I have reviewed Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 and supporting exhibits.  Plaintiff's Opposition contains information regarding the intimate

personal history of Plaintiff WHB 823 and references to a third party who has provided testimony in this case.

3.     Exhibit A is a true and correct copy of the document produced with Bates No. NCCIW-MD-000155, containing references to Plaintiff's intimate personal, medical, and mental health history.

4.     Exhibit B is excerpts of the deposition of third party J.S., containing the name and information of a third party as well as references to Plaintiff's intimate personal, medical, and mental health history.

5.     Exhibit C is a true and correct copy of the document with Bates No. WBHS-000008, containing references to Plaintiff's intimate personal, medical, and mental health history.

6.     Exhibit D is excerpts of the deposition of Plaintiff WHB 823, containing references to Plaintiff's intimate personal, medical, and mental health history.

7.     Exhibit E is a true and correct copy of the document with Bates No. CO-000039, containing references to Plaintiff's intimate personal, medical, and mental health history.

8.     The significant privacy concerns of Plaintiff and third parties outweigh any minimal public interest in disclosure of their identities or highly sensitive information. The public's interest in the case may be satisfied without revealing this information.

9.     The intimate aspects of Plaintiff WHB 823's personal life are highly sensitive and typify the type of information that may be used by a third party to gratify private spite, promote scandal, or circulate libel.

10.     The disclosure of personally identifiable and highly sensitive private information of Plaintiff and a third party would harm their legitimate privacy interests. Plaintiff's request is narrowly tailored to sealing only PII and sensitive personal information. There is no less restrictive alternative to sealing portions of the relevant materials that would protect the legitimate privacy interests of Plaintiff and third parties, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2026 in Hoboken, NJ.

DECLARATION OF STEVEN D. COHN ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PERMIT EVIDENCE UNDER FRE 412
Case No. 23-md-03084-CRB

*/s/ Steven D. Cohn*
Steven D. Cohn

DECLARATION OF STEVEN D. COHN ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PERMIT EVIDENCE UNDER FRE 412
Case No. 23-md-03084-CRB