**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION <br><br>_____ <br><br> This Document Relates to: <br><br> *WHB 823 v. Uber Technologies, Inc.,* <br> N.D. Cal. No. 3:24-cv-04900 <br> W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB <br><br> Honorable Charles R. Breyer <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PERMIT EVIDENCE UNDER FRE 412** |

Having considered Plaintiff's December 16, 2025 Administrative Motion to File Under Seal Portions of Plaintiff's Omnibus Motions in Limine and Exhibits, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Exhibit | Description of Material to Be Sealed |
| --- | --- |
| Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | References to intimate aspects of Plaintiff's personal life |
| Exhibit A to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Document with the bates no. NCCIW-MD-000155 |
| Exhibit B to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Deposition transcript of third party J.S., containing references to intimate aspects of Plaintiff's personal life |
| Exhibit C to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Document with the bates no. VBHS-000008 |
| Exhibit D to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Deposition transcript of Plaintiff WHB 823 |
| Exhibit E to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Document with the bates no. CO-000039 |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PERMIT EVIDENCE UNDER FRE 412
Case No. 23-md-03084-CRB