UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.  23-md-03084-CRB (LJC) |
| This Document Relates To: | **ORDER DENYING CERTAIN SEALING MOTIONS WITHOUT PREJUDICE** |
| *ALL CASES* | |

Several administrative motions to file under seal (or to consider sealing material designated as confidential by an opposing party) that are currently pending before the Court predate guidance that the Court and Judge Cisneros have provided in resolving other such motions, as well as subsequent public disclosures such as the <u>Dean</u> bellwether trial that might affect the need or justification for maintaining information under seal.

The following administrative motions are therefore DENIED WITHOUT PREJUDICE: dkts. 3687, 4007, 4008, 4355, 4369, 4377, 4464, 4470, 4483, 4622, 4676, 4688, 4703, 4835, 4897.

The parties are ORDERED to meet and confer as to those administrative motions. The parties shall file no later than May 28, 2026, a joint omnibus sealing motion presenting narrowed requests for sealing any material at issue in those administrative motions, accounting for subsequent public disclosures (including but not limited to the <u>Dean</u> trial) and guidance from the Court. The joint motion must establish sufficient cause for sealing under the applicable legal standard. If the same document has already been ordered sealed in this litigation when filed in a different context, based on an equally or more demanding standard to seal, the proponent may meet its burden by identifying the applicable sealing order and attesting that no subsequent events

or disclosures undermine the justification for sealing.  To the extent any party opposes another party's renewed sealing request, both parties' positions should be addressed in the omnibus joint motion.

By the same deadline, as a separate joint omnibus filing, the parties shall file in the public record any of the documents at issue in the administrative motions above that the parties no longer seek to seal.  That filing shall include an index identifying for each document therein: (1) the original sealed docket entry number; (2) the original public docket entry number, if any, for a redacted or placeholder version of the document filed in the public record; and (3) a title or brief description of the document.

**IT IS SO ORDERED.**

Dated: March 31, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

2