ARATI FURNESS (SBN: 225435)
afurness@ntrial.com
**NACHAWATI LAW GROUP, PLLC**
5489 Blair Road, Suite 100
Dallas, Texas 75231
Telephone:     (214) 890-0711

*Attorney for Plaintiff*

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:     (816) 559-2393
Facsimile:     (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC** |
| This Document Relates to: | |
| *Jane Doe NLG (N.B.) v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-09219 | Date:<br>Time:<br>Courtroom: 6 – 17th Floor<br>Judge:        Honorable Charles R. Breyer |
| [as it relates to Plaintiff Jane Doe NLG (N.B.) ONLY] | |

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC

Case No. 3:23-md-03084-CRB

Plaintiff Jane Doe NLG (N.B.) ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants"), by and through undersigned counsel, hereby stipulate and agree that Defendants shall be voluntarily dismissed as parties from the above-captioned action, **with prejudice**.

DATED: March 25, 2026      **NACHAWATI LAW GROUP, PLLC**

By: */s/ Arati Furness*

ARATI FURNESS (SBN 225435)
afurness@ntrial.com
**NACHAWATI LAW GROUP, PLLC**
5489 Blair Road, Suite 100
Dallas, Texas 75231
Telephone:    (214) 890-0711

*Attorney for Plaintiff*

DATED: March 25, 2026      **SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON (*Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:    (816) 559-2393
Facsimile:    (816) 559-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC

Case No. 3:23-md-03084-CRB