# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG (N.B.) v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-09219<br><br>[as it relates to Plaintiff Jane Doe NLG (N.B.) ONLY] | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC** |

[PROPOSED] ORDER REGARDING STIPULATION WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC.

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER**

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's ("Defendants") stipulation of dismissal with prejudice, to which Plaintiff Jane Doe NLG (N.B.) ("Plaintiff") agrees, the Court therefore hereby ORDERS as follows:

1.  Plaintiff's claim is DISMISSED WITH PREJUDICE.

2.  Plaintiff's counsel shall file a notice of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026          _____
                                      HON. CHARLES R. BREYER
                                      United States District Court Judge

[PROPOSED] ORDER REGARDING STIPULATION WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC.

Case No. 3:23-md-03084-CRB