# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*WHB 823 v. Uber Techs., Inc.,*
*N.D. Cal. No. 3:24-cv-04900*
*W.D.N.C. No. 3:25-cv-00737*

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO PARTIALLY EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. VERONIQUE VALLIERE**

Judge:       Hon. Charles R. Breyer
Courtroom:   6 – 17th Floor

Date Filed:  March 31, 2026
Trial Date:  April 14, 2026

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

WHB 823,

      Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

      Defendants.

CASE NO. 3:25-cv-00737

Judge:       Hon. Charles R. Breyer

Courtroom:   501

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO PARTIALLY EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. VERONIQUE VALLIERE

Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of a portion of an email chain from C. Power to J. Boundas, dated March 25, 2026 through March 30, 2026.

3.      Attached as **Exhibit 2** is a true and correct copy of a portion of an email chain from C. Power to S. Brahmbhatt, dated March 30, 2026.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 31, 2026, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

1
DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO PARTIALLY EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. VERONIQUE VALLIERE
Case No. 3:23-md-03084-CRB (LJC)