# EXHIBIT 1

**From:** Power, Caroline
**Sent:** Monday, March 30, 2026 12:33 PM
**To:** 'Sejal Brahmbhatt' <sbrahmbhatt@whlaw.com>; John Boundas <jboundas@whlaw.com>; Myles Shaw <mshaw@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

Thanks, Sejal.

To confirm, do you want to stick with the exchange timeline we discussed on the last call?

- 3/30:  Affirmative designations for the North Carolina fact witnesses (listed above)
- 4/8:  Counters/objections to the North Carolina fact witness designations, and affirmative designations for all other witnesses listed as appearing by deposition

For trial schedule management, do you continue to anticipate Dr. Valliere will testify for 2-3 hours on direct examination if called?

Thanks,
Caroline

**Caroline Power**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste 1000, Philadelphia, PA  19103
**T** +1 215 268 5004  **M** +1 215 251 4678
**F** +1 312 862 2200
------------------------------------------------

caroline.power@kirkland.com

---

**From:** Sejal Brahmbhatt <sbrahmbhatt@whlaw.com>
**Sent:** Monday, March 30, 2026 12:27 PM
**To:** Power, Caroline <caroline.power@kirkland.com>; John Boundas <jboundas@whlaw.com>; Myles Shaw <mshaw@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

Hi Caroline,

In light of Judge Breyer's ruling, we will be providing affirmative designations for the North Carolina fact witnesses tomorrow (March 31, 2026). We are going to review and assess the designations of Uber witnesses and therefore suggest we make this exchange after the pretrial conference and/or we have rulings on the motions in limine.

Also, we will provide you with an update on the scope of Dr. Valliere's testimony a few days before she takes the stand.

Best,
Sejal

**From:** Sejal Brahmbhatt
**Sent:** Friday, March 27, 2026 1:51 PM
**To:** 'Power, Caroline' <caroline.power@kirkland.com>; John Boundas <jboundas@whlaw.com>; Myles Shaw <mshaw@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

Hi Caroline,

We do not represent Mr. Yankowski.

Also, following up on the proposal below re exchange of depo designations, if Plaintiff is able to provide Uber with the affirmative designations for all other witnesses listed as appearing by deposition on 3/30 (the same day as the NC fact witnesses), will Uber agree to provide counters/objects on 4/8?

So, the schedule would be:
- 3/30: Affirmative designations for the North Carolina fact witnesses and affirmative designations for all other witnesses listed as appearing by deposition
- 4/8: Counters/objections to the North Carolina fact witness designations and for all other witnesses listed as appearing by deposition.
- 4/8: Exchange of branded exhibits

**From:** Power, Caroline <caroline.power@kirkland.com>
**Sent:** Friday, March 27, 2026 7:57 AM
**To:** John Boundas <jboundas@whlaw.com>; Myles Shaw <mshaw@whlaw.com>; Sejal Brahmbhatt

<sbrahmbhatt@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>;
Ellyn Hurd <ehurd@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

John,

We'll get back to you on your request for communications/agreements.  As I mentioned previously,
there are no additional communications between Uber's counsel and Mr. Richardson.

On a separate note, please advise whether you represent David Yankowski.

Thanks,
Caroline

**Caroline Power**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste 1000, Philadelphia, PA  19103
**T** +1 215 268 5004  **M** +1 215 251 4678
**F** +1 312 862 2200
------------------------------------------------

caroline.power@kirkland.com

---

**From:** John Boundas <jboundas@whlaw.com>
**Sent:** Thursday, March 26, 2026 6:26 PM
**To:** Power, Caroline <caroline.power@kirkland.com>; Myles Shaw <mshaw@whlaw.com>; Sejal
Brahmbhatt <sbrahmbhatt@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>;
Ellyn Hurd <ehurd@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

Caroline

Sure, on the subject of Mr. Richardson, we were advised in an email on March 18 that you were
going to work with him on an electronic draft affidavit, so we are asking for any such draft (or
final) affidavit or related communication with Mr. Richardson, if any.  We are also asking for
production of (1) all communications between Uber/Uber's counsel and Mr. Richardson
relating to contacting or retaining Tucker Ellis, (2) all communications of any kind between
Tucker Ellis and Uber/Uber's counsel relating to this case or Mr. Richardson, and (3) all
communications that Uber's counsel and Tucker Ellis has jointly had with Mr. Richardson.

Also, to the extent you/Uber and Mr. Richardson/his counsel have some sort of common
interest or joint defense agreement, or are asserting common interest or joint defense, please

confirm whether there is an agreement and if in writing, please provide the agreement.

Thanks

-John

---

**From:** Power, Caroline <caroline.power@kirkland.com>
**Sent:** Thursday, March 26, 2026 12:08 PM
**To:** John Boundas <jboundas@whlaw.com>; Myles Shaw <mshaw@whlaw.com>; Sejal Brahmbhatt <sbrahmbhatt@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

Hi John,

Can you please clarify what you mean by "additional documents/communications related to this issue"?  Regarding your request for communications since the last production, there is nothing additional to produce.

Please let us know your position on the remaining items.

Thanks,
Caroline

**Caroline Power**
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste 1000, Philadelphia, PA  19103
**T** +1 215 268 5004  **M** +1 215 251 4678
**F** +1 312 862 2200
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗

caroline.power@kirkland.com

---

**From:** John Boundas <jboundas@whlaw.com>
**Sent:** Thursday, March 26, 2026 12:19 PM
**To:** Power, Caroline <caroline.power@kirkland.com>; Myles Shaw <mshaw@whlaw.com>; Sejal Brahmbhatt <sbrahmbhatt@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

Caroline

We may be requesting additional documents/communications related to this issue but for now can you please produce all communications (in any form, emails, texts, letters, voicemails, etc.) to or from Uber, Uber's attorneys or anyone acting on Uber or its attorneys behalf (eg an investigator) and Mr. Richardson since the last production?

Thanks

**From:** Power, Caroline <caroline.power@kirkland.com>
**Sent:** Wednesday, March 25, 2026 7:30 PM
**To:** John Boundas <jboundas@whlaw.com>; Myles Shaw <mshaw@whlaw.com>; Sejal Brahmbhatt <sbrahmbhatt@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

Hello all,

I write with an update on Mr. Richardson and to follow-up on a few items from our Monday call.

First, Mr. Richardson now has counsel, Mike Zellers of Tucker Ellis.  Mr. Richardson's counsel will handle discussions going forward related to Mr. Richadson's condition and the manner of his trial testimony.

Second, I wanted to document our understanding from the meet and confer that there will be no objection to the use of the depositions of the North Carolina fact witnesses (Young, Lowery, Watkins Lankford, Smith, and Melissa Mensing) at trial without a formal showing of unavailability, with both parties retaining all objections to the admissibility and use of testimony and associated exhibits for the time of trial.   Please let us know if you agree and we'll get it into a stipulation.

Third, on a logistical note, I wanted to confirm that we're able to agree to the following times for exchanges:

- 3/30:  Affirmative designations for the North Carolina fact witnesses (listed above)
- 4/8:  Counters/objections to the North Carolina fact witness designations, and affirmative designations for all other witnesses listed as appearing by deposition
- 4/8:  Exchange of branded exhibits

Please confirm if you agree to those dates for exchanges.

Finally, as you know Dr. Valliere's general report was served in all cases and before Plaintiff narrowed her case.  In light of the more narrowed nature of this case – and the fact that Dr. Valliere has a host of testimony that is Uber related or could open the door to Uber's safety efforts --  can you please identify what portions of the Vallieres report you understand to be within scope of this trial?  We are just trying to ensure we are on the same page as to the general scope of her testimony.  Happy to find time if you'd like to discuss.

Thanks,
Caroline

**Caroline Power**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste 1000, Philadelphia, PA  19103
**T** +1 215 268 5004  **M** +1 215 251 4678
**F** +1 312 862 2200

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

caroline.power@kirkland.com