# EXHIBIT 2

| | |
|---|---|
| **From:** | Sejal Brahmbhatt |
| **To:** | Power, Caroline; John Boundas; Myles Shaw |
| **Cc:** | Vives, Michael; Vartain, Laura; Ellyn Hurd; William Smith |
| **Subject:** | RE: Proposed Stips re Authenticity/Admissibility |
| **Date:** | Monday, March 30, 2026 3:33:21 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Caroline –

We do not have additional information to provide to you regarding the scope of Dr. Valliere's testimony at this time. As previously stated, the scope will be tailored to reflect the narrowing of the case.

How about we stick with 3/30 and 4/8 for the NC fact witnesses and revisit the date to exchange the other witnesses appearing by deposition until after pretrial/we receive the motions in limine rulings? (Apologies for stating 3/31 below.)

In the alternative, we can keep 4/8 on the calendar as a placeholder and if we are able to move this date forward, we will contact you to coordinate a revised schedule asap?

Sejal

---

**From:** Power, Caroline <caroline.power@kirkland.com>
**Sent:** Monday, March 30, 2026 11:55 AM
**To:** Sejal Brahmbhatt <sbrahmbhatt@whlaw.com>; John Boundas <jboundas@whlaw.com>; Myles Shaw <mshaw@whlaw.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

Sejal,

Following up on Dr. Valliere, we have a reply brief due tomorrow related to our motion to exclude Dr. Valliere. We'd appreciate your position on this before that reply is due as we plan to raise for the Court that we are unclear of the scope of Dr. Valliere's proposed testimony and whether it is consistent with your narrowing of the case.

Happy to find time to discuss today if helpful.

Thanks,
Caroline

**Caroline Power**

-------------------------------------------------------------

**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste 1000, Philadelphia, PA  19103
**T** +1 215 268 5004  **M** +1 215 251 4678
**F** +1 312 862 2200

-------------------------------------------------------------

caroline.power@kirkland.com