# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION TO STRIKE AND EXHIBITS** |
| *WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

DECLARATION OF ELLYN HURD ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF'S MOTION TO STRIKE AND EXHIBITS
Case No. 23-md-03084-CRB

I, ELLYN HURD, declare:

1.    I am a partner of Simmons Hanly Conroy, LLP, an attorney licensed in the State of Massachusetts, and duly admitted to practice before this Court pro hac vice, representing Plaintiff in the above caption action.

2.    I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3.    I respectfully submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Motion to Strike and Exhibits.

4.    I have reviewed Plaintiff's Motions to Strike Uber's Designated Trial Witness: Dr. Heleya Rad and Exhibits A and B to the Motion.

5.    Plaintiff's Motion contains information regarding the intimate personal history of Plaintiff, names of third parties, medical providers, and details of Plaintiff's medical and mental health record.

6.    Exhibit A is a report drafted by Dr. Heleya Rad containing references to Plaintiff's mental health history, her medical history, her family history, her intimate personal history, and past traumas and life experiences. The report also references the names of third parties, including extensive detail about Plaintiff's third-party family members.

7.    Exhibit B is the deposition of Dr. Heleya Rad, which contains references Plaintiff's mental health history, her medical history, her family history, her intimate personal history, and past traumas and life experiences. The deposition also references the names of third parties, including extensive detail about Plaintiff's third-party family members.

8.    The significant privacy concerns of Plaintiff and third parties outweigh any minimal public interest in disclosure of their identities or highly sensitive information. The public's interest in the case may be satisfied without revealing this information.

9.    The intimate aspects of Plaintiff's personal life are highly sensitive and typify the type of information that may be used by a third party to gratify private spite, promote scandal, or circulate libel.

10.    The disclosure of personally identifiable and highly sensitive private information of Plaintiff and third parties would harm their legitimate privacy interests. Plaintiff's request is narrowly

tailored to sealing only personally identifiable and sensitive personal information. There is no less restrictive alternative to sealing portions of the relevant materials that would protect the legitimate privacy interests of Plaintiff and third parties, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2026 in West Dennis, MA.


/s/ Ellyn Hurd
Ellyn Hurd

DECLARATION OF ELLYN HURD ISO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF'S MOTION TO STRIKE AND EXHIBITS
Case No. 23-md-03084-CRB