**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*WHB 823 v. Uber Technologies, Inc.,*<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION TO STRIKE AND EXHIBITS** |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

Having considered Plaintiff's March 31, 2026 Administrative Motion to File Under Seal Portions of Plaintiff's Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad and Exhibits, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Portion/Exhibit | Description of Material to Be Sealed |
|---|---|
| Portions of Plaintiff's Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad | References to intimate aspects of Plaintiff's personal life and mental health history. |
| Exhibit A to Plaintiff's Motion to Strike: Dr. Rad's Report | Expert report of Dr. Heleya Rad referencing Plaintiff's mental health and medical history, intimate aspects of Plaintiff's life, and names of third parties, medical providers, and references to family history and extensive detail about third-party family members. |
| Exhibit B to Plaintiff's Motion to Strike: Dr. Rad's Deposition Transcript | Dr. Heleya Rad's deposition transcript referencing Plaintiff's mental health and medical history, intimate aspects of Plaintiff's life, and names of third parties, medical providers, and references to family history and extensive detail about third-party family members. |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF'S MOTION TO STRIKE AND EXHIBITS
Case No. 23-md-03084-CRB