# EXHIBIT B
# FILED UNDER SEAL

## MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESS: DR. HELEYA RAD