UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

D.S.,

        Plaintiff,

    v.

UBER TECHNOLOGIES INC., et al.,

        Defendants.

Case No.  26-cv-02650-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Charles R. Breyer for consideration of whether the case is related to 23-md-3084 *In re Uber Technologies, Inc. Passenger Sexual Assault Litigation*.

**IT IS SO ORDERED.**

Dated:  April 1, 2026

_____

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California