LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiff S.G.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF'S RESPONSE TO UBER'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| *S.G. v. Uber Technologies, Inc., et al.,* No. 3 :25-cv-11076 | Judge Hon. Charles R. Breyer |
| | Courtroom: 6 – 17th Floor |
| | Date: May 8, 2026<br>Time: 10:00am |

**INTRODUCTION**

On March 18, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a bona fide ride receipt or a ride information sheet in connection with Pretrial Order ("PTO") 5. *See* ECF 5561. Counsel acknowledges and understands that under PTO 5, the Court has created procedures and deadlines to produce a ride receipt.

**ARGUMENT**

Counsel produced a ride receipt for Plaintiff S.G. on April 1, 2026, rendering Defendants' motion moot as to Plaintiff S.G.'s case.

## CONCLUSION

Plaintiff S.G. requests that *S.G. v. Uber Technologies, Inc., et al.,* No. 3 :25-cv-11076 be removed from Defendants' Motion to Dismiss due to the fact that S.G has now fulfilled her obligations under PTO 5.

Dated: April 1, 2026                     Respectfully submitted,

By: */s/ Layne C. Hilton*

LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com


*Counsel for Plaintiffs S.G.*