C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 258 v. Uber Technologies, Inc., et al., No. 3:26-cv-00282-CRB*<br><br>*Jane Roe CL 259 v. Uber Technologies, Inc., et al., No. 3:26-cv-00284-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5**<br><br>Date:  May 8, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

## I.  INTRODUCTION

On March 18, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a trip receipt or ride form in connection with Pretrial Order ("PTO") 5. (Doc. 5561). Counsel acknowledges and understands that under PTO 5, the court created procedures and deadlines to produce a bona fide trip receipt, or in the alternative complete a form that identifies information Defendants can utilize to find the referenced ride, along with an explanation for its unavailability. (Doc. 175, at 2-3).

-1-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants' Motion argues that Plaintiffs have willfully violated this requirement and thus deserve dismissal. However, during the course of litigation, there are a number of reasons a client may become unavailable and unable to produce documents or information needed. Failure to provide the information by a certain deadline does not mean a Plaintiff has willfully chosen not to participate in their case. Counsel has undergone extensive efforts to find these clients and assist them, predating Defendants' Motion. (Domer Decl. at ¶ 4).

## II.  ARGUMENT

Counsel has diligently worked on communicating with clients to try to ascertain the missing information needed to complete a PTO 5 document or assist the client in finding a bona fide trip receipt. As indicated, there are many circumstances that may occur to render information not readily available to comply with PTO 5 discovery obligations. For example, Plaintiff contact information changes, or friends who may have ordered referenced rides also lose touch with Plaintiffs as life or circumstances change. New contact information or changing friendships does not mean a Plaintiff has willfully disregarded their obligation. However, it does mean that additional steps may need to be taken to locate information or assist clients in locating information required to comply with PTO 5. These Plaintiffs do not therefore deserve to have their cases dismissed with prejudice as a result. Counsel will continue to reach out to Plaintiffs as described in the attached Declaration.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs Jane Roes CL 258 and 259 should not be dismissed with prejudice as Counsel diligently continues to try to reach them.


Dated: April 1, 2026                    CUTTER LAW P.C.

                                        By:  _/s/ Jennifer S. Domer_____

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email:  jdomer@cutterlaw.com
        bcutter@cutterlaw.com
        ccutter@cutterlaw.com


*Attorneys for ROE CL Plaintiffs*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I hereby certify that, on April 1, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: April 1, 2026                    CUTTER LAW P.C.

                                By:   */s/ Jennifer S. Domer*
                                     _____

                                     C. Brooks Cutter (SBN 121407)
                                     Jennifer S. Domer (SBN 305822)
                                     Celine Cutter (SBN 312622)
                                     **CUTTER LAW P.C.**
                                     401 Watt Avenue
                                     Sacramento, CA 95864
                                     Telephone: 916-290-9400
                                     Facsimile: 916-588-9330
                                     Email: bcutter@cutterlaw.com
                                            jdomer@cutterlaw.com
                                            ccutter@cutterlaw.com


                                     *Attorneys for ROE CL Plaintiffs*

-2-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS