Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2500 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S REPLY IN SUPPORT OF MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084**<br><br>Date:       May 8, 2026<br>Time:      10:00 a.m.<br>Courtroom:   6 – 17th Floor |

It is undisputed that Plaintiffs' counsel David Grimes has repeatedly made beyond-the-pale personal attacks on Uber's counsel. It is also undisputed that Mr. Grimes called Uber's counsel a "cocksucker" and a "pedophile," made disrespectful comments about Uber's counsel's daughter, and asked if Uber's counsel were touching one another sexually during a meet and confer. Various attacks by Mr. Grimes took place more than a year apart.

Levin Simes LLP, Mr. Grimes' employer, agrees with Uber that "a clear and effective response" is warranted by "the conduct at issue." ECF 5650 at 1. Despite the firm's apparent awareness that this conduct is neither out of character for Mr. Grimes nor an isolated instance of wildly disrespectful conduct toward Uber's counsel, Levin Simes nonetheless proposes a grossly inadequate remedy: that Mr. Grimes will "no longer appear before this Court in person, or in depositions, or on briefs, and shall avoid any other interaction, either direct or indirect, with opposing counsel," ECF 5650-2, *but will otherwise be permitted to continue representing Plaintiffs*, in order to not "disadvantage clients or provide some apparent advantage to Uber."[1] ECF 5650 at 1. Levin Simes notes that Professor Richard Zitrin, emeritus lecturer at UC Law San Francisco, has endorsed its plan. ECF 5650 at 1. Levin Simes, however, presents no declaration from Professor Zitrin or even details of the plan to support its hollow conclusion. Instead, Uber is left with Levin Simes' bare assurance that its proposed restrictions are adequate even though Mr. Grimes has already proved otherwise.

Mr. Grimes made the deliberate decision to call Uber's counsel a "pedophile" and a "cocksucker," to make inappropriate comments about Uber's counsel's daughter, and to ask if one Uber lawyer was touching another Uber lawyer sexually. Perhaps he thought that he could intimidate Uber in order to obtain better results for his clients. Mr. Grimes has committed similar conduct multiple times now, spanning over a year. He should not be allowed to participate in this litigation. Full stop. Levin Simes' alternative proposal would not only prejudice Uber but would also undermine the integrity of these proceedings and the orderly administration of justice. *See Lota ex rel. Lota v. Home Depot U.S.A., Inc.*, No. 11-CV-05777-YGR, 2013 WL 6870006, at *6 n.11 (N.D. Cal. Dec. 31, 2013) ("Counsel is reminded that attorneys

---

[1] Levin Simes' proposal does not discuss any disclosure that will be made to clients of Mr. Grimes' sexually charged insults and related conduct.

DEFENDANTS' REPLY ISO MOTION TO BAR ATTORNEY

Case No. 3:23-md-03084-CRB

practicing before this Court are *required* to act with professionalism and respect when presenting matters to this Court and *interacting with opposing counsel*." (second emphasis added; first in original)).

Attorneys in this district must "[p]ractice with the honesty, care, and decorum required for the fair and efficient administration of justice." N.D. Cal. Civ. R. 11-4(a)(4). Mr. Grimes' repeated misconduct—both what he said and what he did—falls far short of this standard and is disqualifying. The Court should therefore exercise its authority to bar Mr. Grimes from further participation in this MDL. Uber respectfully requests that the Court enter an order barring Mr. Grimes from any further participation in MDL No. 3084, including appearing before this Court, participating in depositions, submitting or contributing to briefs, assisting other attorneys, or interacting with clients. Uber defers to the Court as to any other appropriate relief, including disciplinary referrals, that it may order.

DATED: April 1, 2026

Respectfully submitted,

/s/ *Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor

DEFENDANTS' REPLY ISO MOTION TO BAR
ATTORNEY                                                    Case No. 3:23-md-03084-CRB

Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PATRICK L. OOT (Admitted *Pro Hac Vice*)
oot@shb.com
**SHOOK, HARDY & BACON, LLP**
1800 K Street NW, 10th Floor
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN: 211350)
adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON, LLP**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON, LLP**
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

4

DEFENDANTS' REPLY ISO MOTION TO BAR
ATTORNEY                                     Case No. 3:23-md-03084-CRB

**PROOF OF SERVICE**

I hereby certify that on April 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Laura Vartain Horn*
Laura Vartain Horn

DEFENDANTS' REPLY ISO MOTION TO BAR
ATTORNEY                                              Case No. 3:23-md-03084-CRB