HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com


WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | |
| *B.B., v. Uber Technologies, Inc., et al.* Case No. 3:26-cv-02785-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 31, 2026.

///

///

///

///

CASE NO. 3:26-cv-02785-CRB                    1          NOTICE OF FILING OF NEW ACTION

///

Dated: April 2, 2026                    Respectfully submitted,

                                        **ANAPOL WEISS**

                                        By: */s/ Holly Dolejsi*
                                        HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
                                        60 South 6th St. Suite 2800
                                        Minneapolis, MN 55402
                                        Telephone: 202.780.3014
                                        Facsimile: 202.780.3678
                                        Email: hdolejsi@anapolweiss.com

                                        WILLIAM L. SMITH (Cal Bar No. 324235)
                                        6060 Center Drive 10th Floor
                                        Los Angeles, CA 90045
                                        Telephone: 202.780.3014
                                        Facsimile: 202.780.3678
                                        Email: wsmith@anapolweiss.com

                                        *Counsel for Plaintiff*

                        **CERTIFICATE OF SERVICE**

    I hereby certify that on April 2, 2026, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

                                        */s/ Holly Dolejsi*
                                        Holly Dolejsi

CASE NO. 3:26-cv-02785-CRB            2        NOTICE OF FILING OF NEW ACTION