# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS** |

This Document Relates to:

*Jane Doe LS 98 v. Uber Technologies Inc., et al.,* No. 3:23-cv-05412-CRB

*Jane Doe LS 326, v. Uber Technologies Inc., et al.,* No. 3:23-cv-05415-CRB

*D.P. v. Uber Technologies Inc., et al.,* No. 3:24-cv-04449-CRB

*Jane Roe CL 16 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04837-CRB

*Jane Roe CL 24 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05536-CRB

*Jane Roe CL 34 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05696-CRB

*Jane Roe CL 37 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05728-CRB

*Jane Doe LS 268 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05910-CRB

*Jane Roe CL 65 v. Uber Technologies Inc., et al.,* No. 3:24-cv-06189-CRB

*Jane Roe CL 71 v. Uber Technologies Inc., et al.,* No. 3:24-cv-06864-CRB

*Jane Roe CL 77 v. Uber Technologies Inc., et al.,* No. 3:24-cv-07571-CRB

*Jane Roe CL 79 v. Uber Technologies Inc., et al.,* No. 3:24-cv-07587-CRB

*Jane Roe CL 81 v. Uber Technologies Inc., et al.,* No. 3:24-cv-08521-CRB

*Jane Roe CL 83 v. Uber Technologies Inc., et al.,* No. 3:24-cv-08525-CRB

*Jane Roe CL 85 v. Uber Technologies Inc., et al.,* No. 3:24-cv-08754-CRB

*K.J. v. Uber Technologies Inc., et al.,* No. 3:24-cv-09059-CRB

*Jane Roe CL 88 v. Uber Technologies Inc., et al.,* No. 3:24-cv-09145-CRB

*G.C. v. Uber Technologies Inc., et al.,* No. 3:24-cv-09195-CRB

*Jane Doe LS 547 v. Uber Technologies Inc., et al.,* No. 3:24-cv-09208-CRB

*Jane Roe CL 91 v. Uber Technologies Inc., et al.,* No. 3:24-cv-09235-CRB

*Jane Roe CL 92 v. Uber Technologies Inc., et al.,* No. 3:24-cv-09237-CRB

*Jane Roe CL 98 v. Uber Technologies Inc., et al.,* No. 3:25-cv-00853-CRB

*Jane Roe CL 101 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01118-CRB

*Jane Roe CL 102 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01120-CRB

*Jane Doe LS 550 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01327-CRB

*Jane Roe CL 107 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01470-CRB

*Jane Roe CL 109 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01652-CRB

*Jane Roe CL 110 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01653-CRB

*Jane Roe CL 114 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01942-CRB

*K.G. v. Uber Technologies Inc., et al.,*
No. 3:25-cv-01962-CRB

*TA.W. v. Uber Technologies Inc., et al.,*
No. 3:25-cv-01967-CRB

*Jane Roe CL 119 v. Uber Technologies Inc., et al.,* No. 3:25-cv-02133-CRB

*Jane Roe CL 122 v. Uber Technologies Inc., et al.,* No. 3:25-cv-02138-CRB

*Jane Doe LS 580 v. Uber Technologies Inc., et al.,* No. 3:25-cv-02460-CRB

*Jane Roe CL 130 v. Uber Technologies Inc., et al.,* No. 3:25-cv-02742-CRB

*Jane Doe LS 584 v. Uber Technologies Inc., et al.,* No. 3:25-cv-02806-CRB

*Jane Doe LS 589 v. Uber Technologies Inc., et al.,* No. 3:25-cv-03216-CRB

*Jane Doe LS 590 v. Uber Technologies Inc., et al.,* No. 3:25-cv-03217-CRB

*Jane Roe CL 139 v. Uber Technologies Inc., et al.,* No. 3:25-cv-03255-CRB

*Jane Doe LS 592 v. Uber Technologies Inc., et al.,* No. 3:25-cv-03266-CRB

*Jane Doe LS 594 v. Uber Technologies Inc., et al.,* No. 3:25-cv-03274-CRB

*T.G. v. Uber Technologies Inc., et al.,*
No. 3:25-cv-03621-CRB

*Jane Roe CL 125 v. Uber Technologies Inc., et al.,* No. 3:25-cv-02233-CRB

*Jane Roe CL 128 v. Uber Technologies Inc., et al.,* No. 3:25-cv-02497-CRB

*L.L. v. Uber Technologies Inc., et al.,*
No. 3:25-cv-03742-CRB

*Roe CL 148 v. Uber Technologies Inc., et al.,* No. 3:25-cv-03812-CRB

*Roe CL 147 v. Uber Technologies Inc., et al.,* No. 3:25-cv-03811-CRB

*Jane Roe CL 151 v. Uber Technologies Inc., et al.,* No. 3:25-cv-03816-CRB

*Jane Doe CL 156 v. Uber Technologies Inc., et al.,* No. 3:25-cv-03944-CRB

*Jane Roe CL 163 v. Uber Technologies Inc., et al.,* No. 3:25-cv-04386-CRB

*T.S. v. Uber Technologies Inc., et al.,* No. 3:24-cv-00635-CRB

*C.B. v. Uber Technologies Inc., et al.,* No. 3:25-cv-01961-CRB

*Jane Doe LS 597 v. Uber Technologies Inc., et al.,* No. 3:25-cv-04070-CRB

*Jane Roe CI 165 v. Uber Technologies Inc., et al.,* No. 3:25-cv-04589-CRB

*T.T. v. Uber Technologies Inc., et al.,* No. 3:25-cv-04647-CRB

*Jane Roe CL 17 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04915-CRB

*Jane Roe CL 38 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05729-CRB

*Jane Roe CL 67 v. Uber Technologies Inc., et al.,* No. 3:24-cv-06191-CRB

*L.G. v. Uber Technologies Inc., et al.,* No. 3:24-cv-09036-CRB

*Jane Roe CL 126 v. Uber Technologies Inc., et al.,* No. 3:25-cv-02495-CRB

*Jane Roe CL 164 v. Uber Technologies Inc., et al.,* No. 3:25-cv-04587-CRB

*Jane Doe LS 608 v. Uber Technologies Inc., et al.,* No. 3:25-cv-05312-CRB

*Jane Doe LS 609 v. Uber Technologies Inc., et al.,* No. 3:25-cv-05328-CRB

*Jane Doe LS 610 v. Uber Technologies Inc., et al.,* No. 3:25-cv-05374-CRB

*Jane Roe CL 178 v. Uber Technologies Inc., et al.,* No. 3:25-cv-05537-CRB

*Jane Roe CL 179 v. Uber Technologies Inc., et al.,* No. 3:25-cv-05538-CRB

*Jane Roe CL 182 v. Uber Technologies Inc., et al.,* No. 3:25-cv-05628-CRB

*Jane Roe CL 181 v. Uber Technologies Inc., et al.,* No. 3:25-cv-05633-CRB

*Jane Roe CL 183 v. Uber Technologies Inc., et al.,* No. 3:25-cv-05733-CRB

*Jane Doe LS 615 v. Uber Technologies Inc., et al.,* No. 3:25-cv-05887-CRB

*Jane Roe CL 186 v. Uber Technologies Inc., et al.,* No. 3:25-cv-06086-CRB

*Jane Doe NLG (M.E.) v. Uber Technologies Inc., et al.,* No. 3:25-cv-06480-CRB

*Jane Doe LS 37 v. Uber Technologies Inc., et al.,* No. 3:23-cv-04393-CRB

*WHB 1027 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04820-CRB

*WHB 928 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04825-CRB

*WHB 511 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04842-CRB

*WHB 1023 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04877-CRB

*WHB 1293 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04817-CRB

*WHB 1590 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04946-CRB

*WHB 689 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04965-CRB

*WHB 1497 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04891-CRB

*WHB 1619 v. Uber Technologies Inc., et al.,* No. 3:24-cv-04961-CRB

*WHB 676 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05024-CRB

*WHB 666 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05127-CRB

*WHB 1272 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05366-CRB

*A.T. (2) v. Uber Technologies Inc., et al.,* No. 3:24-cv-05592-CRB

*WHB 1043 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05501-CRB

*WHB 1677 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05556-CRB

*WHB 935 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05776-CRB

*WHB 1544 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05622-CRB

*H.L. v. Uber Technologies Inc., et al.,* No. 3:24-cv-04526-CRB

*WHB 1552 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05599-CRB

*WHB 946 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05698-CRB

*WHB 1142 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05712-CRB

*WHB 871 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05770-CRB

*WHB 991 v. Uber Technologies Inc., et al.,* No. 3:24-cv-05959-CRB

*Jane Roe CL 73 v. Uber Technologies Inc., et al.,* No. 3:24-cv-07030-CRB

*WHB 1999 v. Uber Technologies Inc., et al.,* No. 3:24-cv-07048-CRB

*D.C. 2636 v. Uber Technologies Inc., et al.,* No. 3:24-cv-09367-CRB

*Jane Doe NLG (H.K.) v. Uber Technologies Inc., et al.,* No. 3:24-cv-08614-CRB

*C.B. v. Uber Technologies Inc., et al.,* No. 3:24-cv-09049-CRB

*I.A. (2) v. Uber Technologies Inc., et al.,* No. 3:25-cv-00822-CRB

*L.F. (4) v. Uber Technologies Inc., et al.,* No. 3:25-cv-01005-CRB

*WHB 2061 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01095-CRB

*WHB 2070 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01126-CRB

*WHB 2073 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01143-CRB

*WHB 2077 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01150-CRB

*WHB 2039 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01202-CRB

*WHB 2047 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01215-CRB

*WHB 2049 v. Uber Technologies Inc., et al.,* No. 3:25-cv-01218-CRB

*Jane Doe NLG (IM) v. Uber Technologies Inc., et al.,* No. 3:25-cv-02771-CRB

*M.S. (5) v. Uber Technologies Inc., et al.,* No. 3:25-cv-01863-CRB

[AMENDED PROPOSED] ORDER REGARDING MOTION TO ENFORCE COURT ORDERS

Case No. 3:23-MD-03084-CRB

**[AMENDED PROPOSED] ORDER**

Having considered Defendants' Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders  (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A to this Order, have violated Pretrial Order No. 10 by failing to provide complete and verified Plaintiff Fact Sheets or Pretrial Order No. 5 by failing to provide ride receipts or ride information forms. Plaintiffs' violations have caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1.      Each Plaintiff subject to Defendants' Motion, identified in Exhibit A to this Order, is dismissed without prejudice under Federal Rules of Civil Procedure 41(b) and 37(b)(2)(A)(v).

**IT IS SO ORDERED.**

Dated: _____, 2026          _____
                                      HON. CHARLES R. BREYER
                                      United States District Court Judge

## EXHIBIT A

| MDL ID | Case Number |
|---|---|
| 1179 | 3:23-cv-05412-CRB |
| 3501 | 3:24-cv-04449-CRB |
| 1778 | 3:24-cv-04837-CRB |
| 2082 | 3:24-cv-05536-CRB |
| 2093 | 3:24-cv-05696-CRB |
| 2492 | 3:24-cv-06189-CRB |
| 2600 | 3:24-cv-06864-CRB |
| 2681 | 3:24-cv-07571-CRB |
| 2683 | 3:24-cv-07587-CRB |
| 2702 | 3:24-cv-08521-CRB |
| 2704 | 3:24-cv-08525-CRB |
| 2713 | 3:24-cv-08754-CRB |
| 2727 | 3:24-cv-09059-CRB |
| 2778 | 3:24-cv-09145-CRB |
| 3471 | 3:24-cv-09195-CRB |
| 2755 | 3:24-cv-09208-CRB |
| 2781 | 3:24-cv-09235-CRB |
| 2782 | 3:24-cv-09237-CRB |
| 2830 | 3:25-cv-00853-CRB |
| 2948 | 3:25-cv-01118-CRB |
| 2949 | 3:25-cv-01120-CRB |
| 2925 | 3:25-cv-01327-CRB |
| 3250 | 3:25-cv-01470-CRB |
| 3252 | 3:25-cv-01652-CRB |
| 3253 | 3:25-cv-01653-CRB |
| 3257 | 3:25-cv-01942-CRB |
| 3063 | 3:25-cv-01962-CRB |
| 3065 | 3:25-cv-01967-CRB |
| 3262 | 3:25-cv-02133-CRB |
| 3265 | 3:25-cv-02138-CRB |
| 3087 | 3:25-cv-02460-CRB |
| 3273 | 3:25-cv-02742-CRB |
| 3176 | 3:25-cv-02806-CRB |
| 3239 | 3:25-cv-03216-CRB |
| 3240 | 3:25-cv-03217-CRB |
| 3282 | 3:25-cv-03255-CRB |
| 3242 | 3:25-cv-03266-CRB |
| 3244 | 3:25-cv-03274-CRB |
| 3324 | 3:25-cv-03621-CRB |
| 3268 | 3:25-cv-02233-CRB |
| 3271 | 3:25-cv-02497-CRB |
| 3607 | 3:25-cv-03742-CRB |
| 3438 | 3:25-cv-03812-CRB |
| 3437 | 3:25-cv-03811-CRB |
| 3441 | 3:25-cv-03816-CRB |
| 3446 | 3:25-cv-03944-CRB |
| 3453 | 3:25-cv-04386-CRB |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO ENFORCE COURT ORDERS

Case No. 3:23-MD-03084-CRB

| MDL ID | Case Number |
|---|---|
| 1211 | 3:24-cv-00635-CRB |
| 3912 | 3:25-cv-01961-CRB |
| 3379 | 3:25-cv-04070-CRB |
| 3545 | 3:25-cv-04589-CRB |
| 3482 | 3:25-cv-04647-CRB |
| 1779 | 3:24-cv-04915-CRB |
| 2098 | 3:24-cv-05729-CRB |
| 2494 | 3:24-cv-06191-CRB |
| 2771 | 3:24-cv-09036-CRB |
| 3269 | 3:25-cv-02495-CRB |
| 3544 | 3:25-cv-04587-CRB |
| 3639 | 3:25-cv-05312-CRB |
| 3640 | 3:25-cv-05328-CRB |
| 3641 | 3:25-cv-05374-CRB |
| 3678 | 3:25-cv-05537-CRB |
| 3679 | 3:25-cv-05538-CRB |
| 3883 | 3:25-cv-05628-CRB |
| 3884 | 3:25-cv-05633-CRB |
| 3885 | 3:25-cv-05733-CRB |
| 3760 | 3:25-cv-05887-CRB |
| 3889 | 3:25-cv-06086-CRB |
| 3855 | 3:25-cv-06480-CRB |
| 1141 | 3:23-cv-04393-CRB |
| 1533 | 3:24-cv-04820-CRB |
| 1535 | 3:24-cv-04825-CRB |
| 1551 | 3:24-cv-04842-CRB |
| 1563 | 3:24-cv-04877-CRB |
| 1607 | 3:24-cv-04946-CRB |
| 1631 | 3:24-cv-04965-CRB |
| 1632 | 3:24-cv-04891-CRB |
| 1690 | 3:24-cv-04961-CRB |
| 1734 | 3:24-cv-05024-CRB |
| 1788 | 3:24-cv-05127-CRB |
| 1926 | 3:24-cv-05366-CRB |
| 1927 | 3:24-cv-05592-CRB |
| 1972 | 3:24-cv-05501-CRB |
| 2057 | 3:24-cv-05556-CRB |
| 2065 | 3:24-cv-05776-CRB |
| 2149 | 3:24-cv-04526-CRB |
| 2158 | 3:24-cv-05599-CRB |
| 2184 | 3:24-cv-05698-CRB |
| 2187 | 3:24-cv-05712-CRB |
| 2206 | 3:24-cv-05959-CRB |
| 2602 | 3:24-cv-07030-CRB |
| 2629 | 3:24-cv-07048-CRB |
| 2636 | 3:24-cv-09367-CRB |
| 2719 | 3:24-cv-08614-CRB |
| 2733 | 3:24-cv-09049-CRB |

| MDL ID | Case Number |
|---|---|
| 2836 | 3:25-cv-00822-CRB |
| 2841 | 3:25-cv-01005-CRB |
| 2851 | 3:25-cv-01095-CRB |
| 2861 | 3:25-cv-01126-CRB |
| 2864 | 3:25-cv-01143-CRB |
| 2868 | 3:25-cv-01150-CRB |
| 2881 | 3:25-cv-01202-CRB |
| 2891 | 3:25-cv-01215-CRB |
| 2894 | 3:25-cv-01218-CRB |
| 3163 | 3:25-cv-02771-CRB |