**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **WLF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer |
| *J.C. v. Uber Technologies, Inc., et al.,* No. 3: 25-cv-08073-CRB | Courtroom:     6 – 17th Floor |
| *A.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08075-CRB | Date: May 8, 2026 |
| *M.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08088-CRB | Time: 10:00 a.m. Courtroom: 6 – 17th Floor |
| *S.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08317-CRB | |
| *S.B. v. Uber Technologies, Inc., et al.,* No. 3: 25-cv-08326-CRB | |
| *C.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08329-CRB | |
| *J.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08822-CRB | |
| *K.L.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08825-CRB | |
| *G.M. v. Uber Technologies, Inc., et al.,* | |

No. 3:25-cv-09190-CRB

*O.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09192-CRB

*TE.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09370-CRB

*I.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09373-CRB

*L.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09378-CRB

Comes now, the above captioned plaintiffs and their Counsel in Response to Uber's Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal With Prejudice.

## I. INTRODUCTION

On March 19, 2026, Defendants filed a Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal With Prejudice. ECF No. 5567. Counsel acknowledges that under PTO 10, the Court has created procedures and deadlines to produce a PFS. Counsel has and continues to diligently comply with discovery obligations.

## II. ARGUMENT

### a. *Counsel has attempted to withdraw from Plaintiffs M.J. and G.M.'s cases*

Plaintiff's counsel has already addressed some of the issues raised in Defendant's original Motion to Dismiss in Plaintiff's motions to withdraw as counsel for Plaintiffs M.J. and G.M., ECF Nos. 4258 and 5212. The court denied the withdrawal motions. ECF Nos. 4434 and 5548.

### b. *Counsel continues to attempt to reach Plaintiffs J.C., A.R., S.C., S.B., C.W., J.J., K.L.J., O.G., TE.T., I.M. and L.M.*

As explained in the attached Declaration of Sommer D. Luther, circumstances outside of counsel's control have made these cases exceptionally difficult to manage. For months, undersigned counsel has

2

been unable to reach these Plaintiffs, despite repeated attempts to contact them through various means. (Decl. of Sommer Luther, ¶ 3-30).

The undersigned is involved in urgent attempts to perform her due diligence in speaking with Plaintiffs to complete the Plaintiff Fact Sheets.

### III.    THE COURT SHOULD NOT DISMISS THESE CASES WITH PREJUDICE

The court is bound by the five-factor test established in *Malone v. U.S. Postal Serv.*, 833 F.2d 128 (9th Circ. 1987). These factors include: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. *Id.* at 130. Application of these factors confirms that dismissal with prejudice is wholly unwarranted. The public policy favoring disposition on the merits is the paramount concern and outweighs the Court's interest in docket management. Furthermore, dismissal with prejudice is a punitive sanction reserved only for bad faith conduct. There is no evidence of willfulness, fault, or bad faith in the Plaintiffs' actions. The record is devoid of any egregious conduct required to justify a terminal sanction and because less drastic measures are available, any dismissal should be without prejudice.

There is no real prejudice to Uber that warrants dismissal. Meanwhile, the process of producing a PFS is a multifaceted task that requires a survivor to confront their traumatizing experience head-on. It is frequently described as overwhelming. Counsel will continue its efforts with the plaintiffs to cure their deficiencies.

### IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendants' request for immediate dismissal with prejudice and grant Plaintiffs 30 days to continue efforts to engage the affected plaintiffs.

WLF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE
TO ORDERS OF DISMISSAL WITH PREJUDICE
3:23-md-03084-CRB

Dated: April 2, 2026                              Respectfully submitted,

                                                  /s/ *Sommer D. Luther*
                                                  **WAGSTAFF LAW FIRM**
                                                  Sommer D. Luther, CO 35053
                                                  940 Lincoln Street
                                                  Denver, CO 80203
                                                  Tel: (303) 376-6360
                                                  Fax: (303) 376-6361
                                                  sluther@wagstafflawfirm.com
                                                  *Attorney for Plaintiff N.MP.*

WLF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE
TO ORDERS OF DISMISSAL WITH PREJUDICE
3:23-md-03084-CRB

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: April 2, 2026

/s/ *Sommer D. Luther*
**SOMMER D. LUTHER**