**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB (LJC) |

This Document Relates to:

*J.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08073-CRB

*A.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08075-CRB

*M.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08088-CRB

*S.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08317-CRB

*S.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08326-CRB

*C.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08329-CRB

*J.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08822-CRB

*K.L.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08825-CRB

*G.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09190-CRB

*O.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09192-CRB

*TE.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09370-CRB

*I.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09373-CRB

*L.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09378-CRB

**DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| Judge: | Hon. Charles R. Breyer |
| Courtroom: | 6 – 17th Floor |
| Date: | May 8, 2026 |
| Time: | 10:00 a.m. |
| Courtroom: | 6 – 17th Floor |

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of WLF Plaintiffs' Response to Defendants' Motion to Convert Orders Dismissal Without Prejudice to Orders of Dismissal With Prejudice

### J.C. [4068]

3. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 14 phone calls, 14 emails, letters, and 14 text messages.

4. Efforts continue to reach Plaintiff J.C.

### A.R. [4070]

5. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 8 phone calls, 8 emails, letters, and 8 text messages.

6. Efforts continue to reach Plaintiff A.R.

### M.J. [4097]

7. On October 29, 2025, I filed a Motion to Withdraw as Counsel of Record for Plaintiff M.J. [ECF No. 4258]. That Motion was Denied [ECF No. 4434].

8. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 5 phone calls, 5 emails, letters, and 5 text messages.

9. Efforts continue to reach Plaintiff M.J.

### S.C. [4196]

10. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23,

2026 [ECF 5096], multiple contact attempts have been made, including at least 10 phone calls, 10 emails, letters, and 10 text messages.

11. Efforts continue to reach Plaintiff S.C.

## S.B. [4197]

12. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 10 phone calls, 10 emails, letters, and 10 text messages.

13. Efforts continue to reach Plaintiff S.B.

## C.W. [4198]

14. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 4 phone calls, 4 emails, and letters.

15. Efforts continue to reach Plaintiff C.W.

## J.J. [4198]

16. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 1 phone call, 1 email, letters and 1 text message.

17. Efforts continue to reach Plaintiff J.J.

## K.L.J. [4312]

18. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 15 phone calls, 15 emails, and letters.

19. Efforts continue to reach Plaintiff K.L.J.

## G.M. [4385]

20. On February 10, 2026, I filed a Motion to Withdraw as Counsel of Record for Plaintiff G.M.. [ECF No. 5212]. That Motion was Denied on March 6, 2026. [ECF No. 5448].

21. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23,

2026 [ECF 5096], multiple contact attempts have been made, including at least 11 phone calls, 11 emails, letters, and 11 text messages.

22. Efforts continue to reach Plaintiff M.J.

**O.G. [4384]**

23. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 13 phone calls, 13 emails, letters and 13 text messages.

24. Efforts continue to reach Plaintiff O.G.

**TE.T. [4421]**

25. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 10 phone calls, 11 emails, and letters.

26. Efforts continue to reach Plaintiff TE.T.

**I.M. [4423]**

27. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 10 phone calls, 9 emails, letters, and 9 text messages.

28. Efforts continue to reach Plaintiff I.M.

**L.M. [4431]**

29. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 1 emails and letter.

30. Efforts continue to reach Plaintiff L.M.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2 day of April, 2026, in Denver, Colorado.

/s/ Sommer D. Luther
Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE