WALT CUBBERLY (SBN: 325163)
wcubberly@whlaw.com
**WILLIAMS HART BOUNDAS EASTERBY, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone:    (713) 230-2220
Facsimile:    (713) 643-6226

*Attorney for Plaintiff*

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:    (816) 559-2393
Facsimile:    (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC** : ORDER |
| This Document Relates to: | Date: |
| *WHB 2129 v. Uber Technologies, Inc., et al.*, Case No. 3:26-cv-00082 | Time: Courtroom: 6 – 17th Floor |
| [as it relates to Plaintiff WHB 2129 ONLY] | Judge:      Honorable Charles R. Breyer |

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC

Case No. 3:23-md-03084-CRB

Plaintiff WHB 2129 ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants"), by and through undersigned counsel, hereby stipulate and agree that Defendants shall be voluntarily dismissed as parties from the above-captioned action, **with prejudice**.

DATED: March 24, 2026

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: _____

WALT CUBBERLY (SBN 325163)
wcubberly@whlaw.com
**WILLIAMS HART BOUNDAS EASTERBY, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone:    (713) 230-2220
Facsimile:    (713) 643-6226

*Attorney for Plaintiff*

DATED: March 24, 2026

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON (*Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:    (816) 559-2393
Facsimile:    (816) 559-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

1

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC

Case No. 3:23-md-03084-CRB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | [PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC |
| This Document Relates to: | |
| *WHB 2129 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-00082 | |
| [as it relates to Plaintiff WHB 2129 ONLY] | |

[PROPOSED] ORDER REGARDING STIPULATION WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC.

Case No. 3:23-md-03084-CRB

# [PROPOSED] ORDER

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's ("Defendants") stipulation of dismissal with prejudice, to which Plaintiff WHB 2129 ("Plaintiff") agrees, the Court therefore hereby ORDERS as follows:

1. Plaintiff's claim is DISMISSED WITH PREJUDICE.
2. Plaintiff's counsel shall file a notice of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____April 3_____, 2026                        _____

HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER REGARDING STIPULATION WITH PREJUDICE OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC.

Case No. 3:23-md-03084-CRB