Paula S. Bliss, Esq. (BBO #652361)
Kimberly A. Dougherty, Esq. (BBO #658014)
Justice Law Collaborative, LLC
210 Washington Street
North Easton, MA 02356
Tel: 508-230-2700
Fax: 385-278-0287
paula@justicelc.com
kim@justicelc.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANSISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | |
| *K.P. v. UBER TECHNOLOGIES, INC. et al* *3:26-cv-02775-CRB* | |

    Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Short Form Complaints with Jury Demand in the above-referenced action was filed on March 31, 2026.

CASE NO. 3:23-md-03084-CRB                        NOTICE OF FILING NEW ACTION

Dated: April 3, 2026

Respectfully submitted,

/s/ Paula S. Bliss
Paula S. Bliss, Esq. (BBO #652361)
Kimberly A. Dougherty, Esq. (BBO #658014)
**Justice Law Collaborative, LLC**
210 Washington Street
North Easton, MA 02356
Tel: 508-230-2700
Fax: 385-278-0287
Email: paula@justicelc.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I, Paula S. Bliss, hereby certify that on this 3rd day of April 2026, I electronically filed the foregoing Notice of Filing of New Action via the CM/ECF system which will transmit a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Paula S. Bliss
Paula S. Bliss, Esq.