[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION AND SUPPLEMENTAL BRIEF**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed: April 6, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>       Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>       Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:       Hon. Charles R. Breyer |

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
laura.vartain@kirkland.com
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Bradley R. Kutrow
**MCGUIRE WOODS LLP**
bkutrow@mcguirewoods.com
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## MOTION FOR LEAVE

Pursuant to Civil Local Rule 7-3(d), Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") seek leave of the Court to file two items relevant to this Court's decision on Uber's pending Motion for Summary Judgment (Dkt. 5475) and Plaintiff's pending Motion for Summary Judgment (Dkt. 5468): First, a Statement of Recent Decision, attached hereto as **Exhibit 1**, which addresses the same issue pending in the Motions. Second, a Supplemental Brief, attached hereto as **Exhibit 2**, addressing questions raised by the Court at the final pre-trial conference, that were not previously briefed by the parties.

Uber's proposed Statement of Recent Decision (**Exhibit 1**) brings to the Court's attention the final order in *E.B. v. Uber Technologies, Inc.*, No. 2024-CP-46-2996 (Apr. 3, 2026 S.C. Court of Common Pleas). That court dismissed  a common-carrier negligence claim on the ground that Uber is not a common carrier as a matter of North Carolina law. The decision was issued on April 3, 2026, one day after this Court held a hearing on Uber's Motion and placed the Motion under submission. Uber thus had no opportunity to alert the Court to this decision prior to the hearing. Because Uber's Motion remains under submission, Uber respectfully seeks leave to file a Statement of Recent Decision now. The decision is relevant to Part IV.A of Uber's Motion (Dkt. 5475), pages 11-17, and Part II.A of Uber's Reply in support of the Motion (Dkt. 4707), pages 3-9. The *E.B.* decision also supports Uber's opposition to Plaintiff's motion for summary judgment on the common-carrier issue.

Uber's proposed Supplemental Brief (**Exhibit 2**) addresses questions posed by the Court at the Final Pretrial Conference on April 2, 2026 on certain matters that were not argued by Plaintiff in her summary judgment briefs. In particular, the Court asked counsel for Uber whether Uber assumed control over transportation sufficient to make it a common carrier by: (1) enforcing certain criteria for independent drivers and vehicles; and (2) controlling routes for rides. Because Plaintiff did not assert either ground as a basis for common carrier duties in her summary judgment briefing, Uber has not had a chance to address those issues in its papers and therefore respectfully seeks leave to file the attached short Supplemental Brief doing so.

MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION AND SUPPLEMENTAL BRIEF
Case No. 3:23-md-03084-CRB/ 3:25-cv-00737-CRB

Dated: April 6, 2026

**O'MELVENY & MYERS LLP**


By: /s/ *Jonathan Schneller*

**O'MELVENY & MYERS LLP**
JONATHAN SCHNELLER
SABRINA H. STRONG

**KIRKLAND & ELLIS LLP**
LAURA VARTAIN HORN
ALLISON M. BROWN
JESSICA DAVIDSON

**MCGUIRE WOODS LLP**
BRADLEY R. KUTROW

*Counsel for Defendants*

2