[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor<br><br>Date Filed: April 6, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:      Hon. Charles R. Breyer |

DECLARATION OF JONATHAN SCHNELLER ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
CASE NO. 3:23-MD-03084-CRB/ 3:25-CV-00737-CRB

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
laura.vartain@kirkland.com
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY R. KUTROW
**MCGUIRE WOODS LLP**
bkutrow@mcguirewoods.com
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049

Counsel for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

I, Jonathan Schneller, declare:

1.    I am a partner at the law firm of O'Melveny and Myers LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Defendants"). I am a member in good standing of the Bar of the State of California. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I offer this Declaration in the above-captioned matter in support of Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal.

2.    Because the materials at issue were designated confidential by Plaintiff, or Plaintiff has otherwise requested that they be maintained under seal, Defendants filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Opposition to Plaintiff's Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad** | Opposition containing references to material designated confidential by Plaintiff | Plaintiff |
| **Exhibit 1 to Declaration of Jonathan Schneller ISO Opposition to Strike Rad** | Excerpts of the October 17, 2025 Deposition of Dr. Heleya Rad | Plaintiff |
| **Exhibit 2 to Declaration of Jonathan Schneller ISO Opposition to Strike Rad** | Excerpts of the November 3, 2025 Deposition of Dr. Alison Reminick | Plaintiff |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of April, 2026.

/s/ *Jonathan Schneller*

Jonathan Schneller

1