[Submitting counsel below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB <br><br> **DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESS: DR. HELEYA RAD** <br><br> Judge:          Hon. Charles R. Breyer <br> Courtroom:   6 – 17th Floor <br><br> Date Filed: April 6, 2026 <br> Trial Date: April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, <br><br>           Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br>           Defendants | CASE NO. 3:25-cv-00737-CRB <br><br> Judge:          Hon. Charles R. Breyer |

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
laura.vartain@kirkland.com
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY R. KUTROW
**MCGUIRE WOODS LLP**
bkutrow@mcguirewoods.com
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049

Counsel for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DECLARATION OF JONATHAN SCHNELLER ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESS: DR. HELEYA RAD
CASE NO. 3:23-MD-03084-CRB/ 3:25-CV-00737-CRB

I, Jonathan Schneller, declare:

1.      I am a partner at the law firm of O'Melveny and Myers LLP, attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Defendants"). I am a member in good standing of the Bar of the State of California. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I offer this Declaration in the above-captioned matter in support of Defendants' Opposition to Plaintiff's Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad.

2.      Dr. Heleya Rad was deposed in connection with the above-captioned matter on October 17, 2025. Attached hereto as **Exhibit 1**, and concurrently being filed conditionally under seal, are excerpts from the final certified deposition transcript of Dr. Rad.

3.      Dr. Alison Reminick was deposed in connection with the above-captioned matter on November 3, 2025. Attached hereto as **Exhibit 2**, and concurrently being filed conditionally under seal, are excerpts from the final certified deposition transcript of Dr. Reminick.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of April, 2026.

/s/ *Jonathan Schneller*

Jonathan Schneller

---

1

DECLARATION OF JONATHAN SCHNELLER ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESS: DR. HELEYA RAD
CASE NO. 3:23-MD-03084-CRB/ 3:25-CV-00737-CRB