**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESS: DR. HELEYA RAD** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| | Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737-CRB |
| Plaintiff, | |
| v. | Judge:       Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants | |

Before the Court is Plaintiff's Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad (the "Motion"). Having considered the papers filed in support of and in opposition to the Motion and other matters relevant to the determination of the Motion, the Court finds that the Motion should be **DENIED.** It is therefore **ORDERED** that Plaintiff's Motion is **DENIED.** Accordingly, Uber may present Dr. Rad's designated deposition testimony at trial, scheduled to begin on April 14, 2026.

**IT IS SO ORDERED.**


Dated:  _____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DR. RAD
CASE NO. 3:23-MD-03084-CRB / 3:24-cv-04900