**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Judge:         Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |
| | Date Filed:   March 20, 2026 |
| | Trial Date:    April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:         Hon. Charles R. Breyer |
| v. | Courtroom:   501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BEFILED UNDER SEAL

Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [in connection with Uber's Trial Brief Regarding Plaintiff's Exposure to Attorney Advertising], the Court hereby **ORDERS** that the following portions of the Trial Brief filings remain under seal, as requested in Uber's Motion:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Trial Brief Regarding Plaintiff's Exposure to Attorney Advertising | Defendants' Trial Brief containing references to material designated confidential by Plaintiff | Plaintiff |
| Exhibit 2 to Declaration of Laura Vartain Horn ISO Defendants' Trial Brief re Plaintiff's Exposure to Attorney Advertising | Excerpts of Plaintiff WHB 823's deposition, dated July 10, 2025 | Plaintiff |
| Exhibit 5 to Declaration of Laura Vartain Horn ISO Defendants' Trial Brief re Plaintiff's Exposure to Attorney Advertising | Plaintiff WHB 823's Response to Defendants' Requests for Admission, Set One, dated July 16, 2025 | Plaintiff |

**IT IS SO ORDERED.**

DATED:_____    By:_____
                                                          Hon. Charles R. Breyer
                                                          United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BEFILED UNDER SEAL
Case No. 3:23-MD-03084-CRB (LJC)