**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' TRIAL BRIEF REGARDING PLAINTIFF'S EXPOSURE TO ATTORNEY ADVERTISING** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Judge:    Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor |
| | Date Filed:    April 6, 2026<br>Trial Date:    April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
|        Plaintiff, | Judge:    Hon. Charles R. Breyer |
| v. | Courtroom:    501 |
| UBER TECHNOLOGIES, INC., et al., | |
|        Defendants. | |

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts of an *In re Uber Techs., Inc., Passenger Sexual Assault Litigation* Hearing Transcript, dated January 6, 2026.

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts of Plaintiff's deposition, dated July 10, 2025.

4.      Attached as **Exhibit 3** is a true and correct copy of the Complaint in *Jane Doe WHBE 823 et al. v. Uber Technologies, Inc. et al.*, Case No. CGC-22-598770 (Cal. Super. Ct. S.F. Cnty. Mar. 18, 2022).

5.      Attached as **Exhibit 4** is a true and correct copy of the Complaint in *WHB 823 v. Uber Technologies Inc.*, No. 3:24-cv-4900 (N.D. Cal. Aug. 8, 2024).

6.      Attached as **Exhibit 5** is a true and correct copy of Plaintiff WHB 823's Response to Defendants' Requests for Admission, Set One, dated July 16, 2025.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 6, 2026, in San Francisco, California.

/s/ Laura Vartain Horn
Laura Vartain Horn

1

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' TRIAL BRIEF
REGARDING PLAINTIFF'S EXPOSURE TO ATTORNEY ADVERTISING
Case No. 3:23-md-03084-CRB (LJC)