# EXHIBIT 1

**Pages 1 - 108**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Charles R. Breyer, Judge

IN RE:  UBER TECHNOLOGIES,      )
INC., PASSENGER SEXUAL ASSAULT )
LITIGATION                      )
                                )  **NO. C 23-md-03084-CRB**
                                )
_____)

                         San Francisco, California
                         Tuesday, January 6, 2026

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
                    GIRARD SHARP LLP
                    601 California Street - Suite 1400
                    San Francisco, California 94108
                BY: **SARAH R. LONDON, ATTORNEY AT LAW**
                    **ANDREW KAUFMAN, ATTORNEY AT LAW**
                    **SIMON S. GRILLE, ATTORNEY AT LAW**

                    PEIFFER WOLF CARR & KANE
                    555 Montgomery Street - Suite 820
                    San Francisco, California 94111
                BY: **RACHEL B. ABRAMS, ATTORNEY AT LAW**

                    CHAFFIN LUHANA LLP
                    600 Third Avenue - 12th Floor
                    New York, New York 10016
                BY: **ROOPAL P. LUHANA, ATTORNEY AT LAW**
                    **STEVEN COHN, ATTORNEY AT LAW**
                    **ELIZABETH WILKINS, ATTORNEY AT LAW**
                    **(Appearances via Zoom)**

        **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
              Official Reporter, CSR No. 12219

Limine 9 is very, very narrow.  Is that where you are, Your Honor?

**THE COURT:**  Yes, that's where I am.  But what -- can any evidence of contingency fees, advertising, quote, attorney-driven litigation, does any of that come in?

**MS. BUENO:**  The only reason we opposed this is because we want to offer evidence that Ms. Dean filed this lawsuit after she saw an ad on Instagram.  And it will go to the timing of when the assault happened, when she saw the ad on Instagram, when she hired her attorneys.  That is the relevance.

We're not going to talk about this being attorney-driven. We're not talking about contingent fees.  It's a very specific factual issue for Ms. Dean that is relevant.

**THE COURT:**  Let me ask a question.  The assault purportedly -- or the encounter occurred what date?

**MS. BUENO:**  November 15th, 2023.

**THE COURT:**  November 15th, 2023.  When was the lawsuit filed?

**MS. BUENO:**  December of 2023.  I don't have the date. Do you know?

**THE COURT:**  So it was filed within two months --

**MS. BUENO:**  Within the month.

**MS. WALSH:**  Within less than a month.

**THE COURT:**  What difference does it make that there was and ad out there?

**MS. WALSH:**  Your Honor -- Alex Walsh on behalf of plaintiff.

We agree, it's very clear that Ms. Dean believed -- you know, reported that she was raped, began looking for what she could do in response to that, and filed a lawsuit.

**THE COURT:**  Two months.  Two months?  It's out. Next.

**MS. WALSH:**  Thank you.

**THE COURT:**  Number 10, personal use of Uber by counsel, witnesses, and their -- by the way, I use Uber.  So there we are.

That people are using Uber, fine.  I mean, when I say "fine," I'm not endorsing Uber.  I'm not being critical of Uber.  But I don't know that because they're getting around in Ubers so -- or people are using Uber, I think there is an issue, as we've discussed with the plaintiff using Uber and that we've discussed that, so I'm carving that out.

But whether Ms. London uses Uber, whether Ms. Vartain uses -- do you use Uber?

**MS. VARTAIN:**  I do, Your Honor.

**THE COURT:**  Of course.  You have to say you do.  I used everything my clients ever created.  Except my criminal defendants.  I'm not about to use their --

**MS. VARTAIN:**  Nothing of theirs.

**THE COURT:**  -- their means.

## CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:    Wednesday, January 7, 2026

_____

Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG, CSR No. 12219
Official Reporter, U.S. District Court