**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' TRIAL BRIEF REGARDING PLAINTIFF'S EXPOSURE TO ATTORNEY ADVERTISING** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Judge:    Hon. Charles R. Breyer Courtroom:  6 – 17th Floor |
| | Date Filed:  April 6, 2026 Trial Date:  April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:       Hon. Charles R. Breyer |
| v. | Courtroom:   501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' TRIAL BRIEF REGARDING PLAINTIFF'S EXPOSURE TO ATTORNEY ADVERTISING
Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Trial Brief Regarding Plaintiff's Exposure to Attorney Advertising and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED:_____          By:_____

                                                          CHARLES R BREYER
                                                          United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' TRIAL BRIEF REGARDING PLAINTIFF'S EXPOSURE TO ATTORNEY ADVERTISING

Case No. 3:23-md-03084-CRB (LJC)