[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| *WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Date Filed: March 26, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. | Courtroom: 501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

1

CERTIFICATE OF SERVICE

Case No. 3:23-MD-03084-CRB

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

I, Laura Vartain Horn, am at least 18 years old and not a party to this action.  I am a Partner with the law firm Kirkland Ellis LLP and my business address is 555 California Street, Suite 2700, San Francisco, California 94104.

On the date set forth below, I caused the following sealed documents to be served by providing a true copy on the parties listed in the table below:

1. **Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal.**

2. **Defendants' Trial Brief Regarding Plaintiff's Exposure to Attorney Advertising**

3. **Exhibits 2 and 5 to the Declaration of Laura Vartain Horn in Support of Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal.**

2

CERTIFICATE OF SERVICE

Case No. 3:23-MD-03084-CRB

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| | |
|---|---|
| Sarah R. London<br>Andrew R. Kaufman<br>**GIRARD SHARP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: slondon@girardsharp.com<br>Email: akaufman@girardsharp.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: rabrams@peifferwolf.com |
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: luhana@chaffinluhana.com<br>Email: ubermdldiscovery@chaffinluhana.com |
| Brett E. Dressler<br>**SELLERS, AYERS, DORTCH LYONS, PA**<br>301 S. McDowell Rd, Suite 410<br>Charlotte, NC 28204 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: bdressler@sellersayers.com |
| John Boundas<br>Joseph Melugin<br>Sejal K. Brahmbhatt<br>Myles Shaw<br>Stasja Drecun<br>Brian Abramson<br>Batami Baskin<br>Margret Lecocke<br>**WILLIAMS HART & BOUNDAS LAW FIRM**<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: Jboundas@whlaw.com<br>Email: Jmelugin@whlaw.com<br>Email: Sbrahmbhatt@whlaw.com<br>Email: Mshaw@whlaw.com<br>Email: Sdrecun@whlaw.com<br>Email: Babramson@whlaw.com<br>Email: Bbaskin@whlaw.com<br>Email: Mlecocke@whlaw.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 6, 2026

/s/ Laura Vartain Horn
Laura Vartain Horn

3

CERTIFICATE OF SERVICE

Case No. 3:23-MD-03084-CRB