**MCH Law, PLLC**
**Taylor T. Lang**
**Nicholas W. Mucerino**
100 M Street SE, Suite 644
Washington D.C. 20003
Tel: (202) 991-1559
Fax: (202) 978-2639
Taylor@mch.law
Nick@mch.law
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| This document relates to:<br><br>*J.J.M. v. UBER TECHNOLOGIES, INC., et al.*; 3:26-cv-02948-CRB | **NOTICE OF FILING OF NEW ACTION** |

      Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

Complaint with Jury Demand in the above-referenced action was filed on April 6, 2026.

      Dated: April  7, 2026

                                        Respectfully submitted,

                                        */s/ Taylor T. Lang*
                                        Taylor T. Lang
                                        Nicholas W. Mucerino
                                        **MCH Law, PLLC**
                                        100 M Street SE, Suite 644
                                        Washington D.C. 20003
                                        Tel: (202) 991-1559
                                        Fax: (202) 978-2639
                                        Taylor@mch.law
                                        Nick@mch.law
                                        Attorneys for Plaintiff
                                        *Admitted Pro Hac Vice*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Taylor T. Lang*____
Taylor T. Lang

CASE NO. 3:23-md-03084-CRB                                    NOTICE OF FILING OF NEW ACTION