UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

_____

This Document Relates to:

*WHB 823 v. Uber Techs., Inc.*,
N.D. Cal. No. 24-cv-4900
W.D.N.C. No. 25-cv-737

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

**[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

WHB 823,

      Plaintiff,

   v.

UBER TECHNOLOGIES, INC., et al.,

      Defendants.

No. 25-cv-737

Judge: Honorable Charles R. Breyer

[PROPOSED] ORDER GRANTING IN PART AND
DENYING IN PART MOTION FOR LEAVE TO FILE
N.D. CAL. NO. 3:23-MD-03084; W.D.N.C. No. 25-CV-737

Having considered Defendants' Motion for Leave to File Statement of Recent Decision and Supplement Brief, the Court **GRANTS** the motion in part and **DENIES** the motion in part. Defendants are **GRANTED** leave to file the Statement of Recent Decision and **DENIED** leave to file a Supplemental Brief.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge