John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDERS DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*WHB 1673 v. UBER TECHNOLOGIES, INC., et al.* 3:24-cv-05552-CRB | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

**INTRODUCTION**

Plaintiff respectfully moves this Court to reconsider its Order to dismiss due to her failure to provide a signed verification to her Second Amended Plaintiff Fact Sheet. On April 1, 2026, Plaintiff uploaded her signed verification to MDL Centrality. She has complied with her discovery obligations under Amended PTO 10. In accordance with Local Rule 7-9, Plaintiff is filing a motion for leave to file this motion for reconsideration.

On October 22, 2025, Defendants filed an Amended Motion to Dismiss Cases for Failure to Comply with PTO 10. [No. 4203] Plaintiff WHB 1673's case was included as one of the cases Defendants sought to dismiss because she had not verified her Amended Plaintiff Fact Sheet. [No. 4203-A]. Plaintiff has since uploaded her executed verification to MDL Centrality and is in compliance with Amended PTO 10. **Ex. A** to the Declaration of Walt Cubberly. Plaintiff WHB 1673 respectfully submits that her case not be subject to dismissal with prejudice and instead be allowed to proceed.

**ARGUMENT**

There are four grounds that justify the granting of a Rule 59(e) motion: "1) the motion is necessary to correct manifest errors of law or fact upon which the judgement is based; 2) the moving party presents newly discovered or previously unavailable evidence; 3) the motion is necessary to prevent manifest injustice; or 4) there is an intervening change in controlling law." *Hiken v. Dept. of Defense*, 836 F.3d 1037, 1042 (9th Cir. 2016) (*citing Turner v. Burlington Northern Santa Fe R.R.*, 338 F.3d 1058, 1063 (9th Cir. 2003)). Moreover, "a district court has considerable discretion when considering a motion to amend a judgment under Rule 59(e)." *Turner*, 338 F.3d at 1063.

Here, Plaintiff has uploaded her signed fact sheet verification, the sole grounds upon which Defendant moved to dismiss her case. Plaintiff has presented new evidence (her uploaded,

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10

3:23-md-03084-CRB

signed PFS verification) that was not available when the Court dismissed her case with prejudice on February 13, 2026. Plaintiff was undergoing serious medical treatment starting in November of 2025 that culminated in full back surgery on February 26, 2026. **Ex. B** to the Declaration of Walter Cubberly. She was unable to give her full attention to documents that needed to be reviewed and signed during this four-month period. *Id*. As soon as she returned home and was recuperating from her surgery, she was able to catch up on correspondence and reviewed and signed all documents. *Id*.

The motion is also necessary to prevent manifest injustice to Plaintiff who has satisfied her discovery obligations under Amended PTO 10.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court amend the Orders dismissing cases for failure to comply with PTO 10 to remove Plaintiff WHB 1673, and to allow her case to be reinstated to the active docket.

Dated: April 8, 2026

/s/ *Walt Cubberly*
John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10

3:23-md-03084-CRB