John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br><br>**ATTORNEY WALTER CUBBERLY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*WHB 1673 v. Uber Technologies, Inc., et al., No. 3:24-cv-05552* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

I, Walter Cubberly, declare as follows:

1. I am an attorney at Williams Hart & Boundas LLP admitted to practice before the courts of the state of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth therein, and if called to testify, I would testify competently to the information below.

2. This declaration is made in support of Plaintiff's Motion to Reconsider Order Dismissing Case for Failure to Comply with PTO 10.

3. Attached hereto as **Exhibit A** is a true and correct copy of the ECF Notice of Electronic Filing regarding document number 5014, Defendants' Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal With Prejudice, dated January 15, 2026 that shows a response deadline of January 29, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Plaintiff WHB 1673.

5. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 8, 2026 in Houston, Texas.

Dated: April 8, 2026

_____
Walter Cubberly

*Attorney for Plaintiff*

2

Declaration of Walter Cubberly    3:23-md-03084-CRB

# Exhibit A



# Uber Technologies, Inc., Passenger Sexual Assault Litigation



**My Account** ▾

◀◀ Return

## Plaintiff Information

☑ Edit

**Plaintiff ID:** 1962

**Name:** ▮▮▮▮▮▮▮

**Case Number:** 24-CV-05552

**Date of Birth:**

**Law Firm:** Williams Hart & Boundas, LLP

🗑 Request Deactivation

## Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    **Not Yet Started**    —

👁 View Draft     ↑ Import     ↓ Export                    Submit ⊙

**Uber Ride Information Form**

⧖ Start

**Registering Plaintiffs**

2. **Plaintiff Fact Sheet**  Submitted                                       +

3. **PTO 10 Certification Form**  Submitted                                  +

## Documents

Upload ⬆

Filter:   ALL                                    ⌄

Produce

Show   300  ⌄  entries

| Document ID ▼ | Document Type ⬍ | Upload Date ⬍ | Produced By ⬍ | Produced Date ⬍ | Action |
|---|---|---|---|---|---|
| 209191 | Authorization to Disclose Law Enforcement Records | 04/01/2026 | Zamora, Gabriela | 04/01/2026 | **Request Removal Approval** |
| 209190 | Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information | 04/01/2026 | Zamora, Gabriela | 04/01/2026 | **Request Removal Approval** |
| 209189 | Plaintiff Verification of PFS | 04/01/2026 | Zamora, Gabriela | 04/01/2026 | **Request Removal Approval** |
| 209188 | Third Amended Plaintiff Fact Sheet | 04/01/2026 | Zamora, Gabriela | 04/01/2026 | |
| 167958 | PTO 10 Certification Form | 11/18/2025 | Zamora, Gabriela | 11/18/2025 | |
| 167957 | Other - Police Report | 11/18/2025 | Zamora, Gabriela | 11/18/2025 | **Request Removal Approval** |
| 149026 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 123428 | Second Amended Plaintiff Fact Sheet | 06/30/2025 | Rivera, Isreala | 06/30/2025 | |
| 112020 | Defendant Fact Sheet Attachment - 40_WHB 16... ( ████████ )_Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |

| Document ID ▼ | Document Type ⬍ | Upload Date ⬍ | Produced By ⬍ | Produced Date ⬍ | Action |
|---|---|---|---|---|---|
| **111863** | Defendant Fact Sheet Attachment - 40_WHB 1673 (███████) _Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **111443** | Defendant Fact Sheet Attachment - 40_WHB 1673 (███████) _Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **110136** | Defendant Fact Sheet Attachment - 40_WHB 1673 (███████) _Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **110045** | Defendant Fact Sheet Attachment - 40_WHB 1673 (███████) _Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **109758** | Defendant Fact Sheet Attachment - 40_WHB 1673 (███████) _Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **109146** | Defendant Fact Sheet Attachment - 40_WHB 1673 ███████ _Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **108778** | Defendant Fact Sheet Attachment - 40_WHB 1673 (███████) _Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **107814** | Defendant Fact Sheet Attachment - 40_WHB 1673 (███████) _Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **107795** | Defendant Fact Sheet Attachment - 40_WHB 1673 (███████) _Req 26 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **107696** | Defendant Fact Sheet Attachment - 40_WHB 1673 (███████) _Req 27 | 06/17/2025 | Haider, Jay | 06/17/2025 | |
| **99427** | PFS Deficiency Notice | 05/30/2025 | Plettner, Mark | 05/30/2025 | |
| **56423** | Defendant Fact Sheet Attachment - WHB 1673 (███████) - req 9_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| **56422** | Defendant Fact Sheet Attachment - WHB 1673 (███████) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| **56421** | Defendant Fact Sheet Attachment - WHB 1673 | Registering Plaintiffs 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID ▼ | Document Type ⬍ | Upload Date ⬍ | Produced By ⬍ | Produced Date ⬍ | Action |
|---|---|---|---|---|---|
| | ██████████ - req 28_9 | | | | |
| 56420 | Defendant Fact Sheet Attachment - WHB 1673 (██████████) - req 28_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56419 | Defendant Fact Sheet Attachment - WHB 1673 (██████████) - req 28_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56418 | Defendant Fact Sheet Attachment - WHB 1673 ██████████ - req 28_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56417 | Defendant Fact Sheet Attachment - WHB 1673 ██████████) - req 28_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56416 | Defendant Fact Sheet Attachment - WHB 1673 (██████████) - req 28_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56415 | Defendant Fact Sheet Attachment - WHB 1673 (██████████) - req 28_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56414 | Defendant Fact Sheet Attachment - WHB 1673 (██████████) - req 28_23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56413 | Defendant Fact Sheet Attachment - WHB 1673 ██████████ - req 28_22 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56412 | Defendant Fact Sheet Attachment - WHB 1673 (██████████) - req 28_21 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56411 | Defendant Fact Sheet Attachment - WHB 1673 (██████████) - req 28_20 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56410 | Defendant Fact Sheet Attachment - WHB 1673 ██████████ - req 28_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56409 | Defendant Fact Sheet Attachment - WHB 1673 (██████████) - req 28_19 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56408 | Defendant Fact Sheet Attachment - WHB 1673 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | (████████) - req 28_18 | | | | |
| 56407 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 28_17 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56406 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 28_16 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56405 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 28_15 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56404 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 28_14 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56403 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 28_13 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56402 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 28_12 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56401 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 28_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56400 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 28_10 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56399 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 28_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56398 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 27_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56397 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 27_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56396 | Defendant Fact Sheet Attachment - WHB 1673 (████████) - req 27_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56395 | Defendant Fact Sheet Attachment - WHB 1673 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
|  | ▇▇▇▇▇ - req 27_6 |  |  |  |  |
| 56394 | Defendant Fact Sheet Attachment - WHB 1673 (▇▇▇▇) - req 27_5 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56393 | Defendant Fact Sheet Attachment - WHB 1673 (▇▇▇▇) - req 27_4 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56392 | Defendant Fact Sheet Attachment - WHB 1673 (▇▇▇▇) - req 27_3 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56391 | Defendant Fact Sheet Attachment - WHB 1673 (▇▇▇▇) - req 27_2 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56390 | Defendant Fact Sheet Attachment - WHB 1673 ▇▇▇▇) - req 27_14 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56389 | Defendant Fact Sheet Attachment - WHB 1673 (▇▇▇▇) - req 27_13 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56388 | Defendant Fact Sheet Attachment - WHB 1673 (▇▇▇▇) - req 27_12 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56387 | Defendant Fact Sheet Attachment - WHB 1673 (▇▇▇▇) - req 27_11 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56386 | Defendant Fact Sheet Attachment - WHB 1673 ▇▇▇▇) - req 27_10 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56385 | Defendant Fact Sheet Attachment - WHB 1673 (▇▇▇▇) - req 27_1 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56384 | Defendant Fact Sheet Attachment - WHB 1673 ▇▇▇▇) - req 26_7 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56383 | Defendant Fact Sheet Attachment - WHB 1673 ▇▇▇▇) - req 26_6 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |
| 56382 | Defendant Fact Sheet Attachment - WHB 1673 | 01/21/2025 | Haider, Jay | 01/21/2025 |  |

| Document ID ▾ | Document Type ⬍ | Upload Date ⬍ | Produced By ⬍ | Produced Date ⬍ | Action |
|---|---|---|---|---|---|
| | ███████ - req 26_5 | | | | |
| 56381 | Defendant Fact Sheet Attachment - WHB 1673 (███████ - req 26_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56380 | Defendant Fact Sheet Attachment - WHB 1673 (███████ - req 26_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56379 | Defendant Fact Sheet Attachment - WHB 1673 (███████ - req 26_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56378 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 26_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56377 | Defendant Fact Sheet Attachment - WHB 1673 (███████ - req 25_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56376 | Defendant Fact Sheet Attachment - WHB 1673 (███████ - req 25_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56375 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 25_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56374 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 25_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56373 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 25_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56372 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 25_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56371 | Defendant Fact Sheet Attachment - WHB 1673 (███████ - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56370 | Defendant Fact Sheet Attachment - WHB 1673 (███████ - req 25_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56369 | Defendant Fact Sheet Attachment - WHB 1673 | Registering 01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | (███████) - req 24 | | | | |
| 56368 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56367 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_9 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56366 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56365 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56364 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56363 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56362 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56361 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56360 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56359 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_10 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 56358 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47428 | Defendant Fact Sheet Attachment - WHB 1673 (█████) - req 28_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47191 | Defendant Fact Sheet Attachment - WHB 1673 | Registering01/21/2025 | Haider, Jay | 01/21/2025 | |

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | ( ███████ ) - req 8 | | | | |
| 47190 | Defendant Fact Sheet Attachment - WHB 1673 ( ███████ ) - req 28_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47189 | Defendant Fact Sheet Attachment - WHB 1673 ███████ ) - req 28_21 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47188 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 28_20 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47187 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 28_19 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47186 | Defendant Fact Sheet Attachment - WHB 1673 ( ███████ - req 28_17 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47185 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 28_11 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47184 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47183 | Defendant Fact Sheet Attachment - WHB 1673 ███████ - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 45624 | Defendant Fact Sheet | 01/18/2025 | Lee, Isamu | 01/18/2025 | |
| 36747 | First Amended Plaintiff Fact Sheet | 12/10/2024 | Zamora, Gabriela | 12/10/2024 | |
| 36746 | Plaintiff Verification of PFS | 12/10/2024 | Zamora, Gabriela | 12/10/2024 | **Request Removal Approval** |

## Correspondence

**Record Correspondence**

You can search for specific data by entering at least three characters of your search criteria in the boxes in each column header and then pressing Enter.

**Registering Plaintiffs**

| | No correspondence available | | | | |
|---|---|---|---|---|---|
| 32889 | Plaintiff Verification of PFS | 11/01/2024 | Zamora, Gabriela | 11/01/2024 | **Request Removal Approval** |
| 32852 | Plaintiff Fact Sheet | 11/01/2024 | Zamora, Gabriela | 11/01/2024 | |
| 17831 | Ride Receipt | 08/26/2024 | Brown, Sonji | 08/26/2024 | **Request Removal Approval** |

Showing 1 to 104 of 104 entries

Previous    1    Next

**Registering Plaintiffs**

# Exhibit B

John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** <br><br> **(Individual Case No. 3:24-cv-05552-CRB)** |
| This Document Relates to: <br><br> *WHB 1673 v. UBER TECHNOLOGIES, INC., et al.* 3:24-cv-05552-CRB | **DECLARATION OF WHB 1673 IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDERS DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10** <br><br> Judge: Honorable Charles R. Breyer <br> Courtroom: 6 – 17th Floor |

I, Jane Doe WHB 1673, declare as follows:

1. I am over the age of 18 years and am a citizen of the United States. I am a resident of the state of Tennessee. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

1

2. My true name is ███████████████. I am Plaintiff WHB 1673, Id. 1962.

3. I am represented in this matter by my lawyers at Williams Hart & Boundas, LLP.

4. I submit this declaration in support of Plaintiff's Motion For Reconsideration of Orders Dismissing Case for Failure to Comply with PTO 10.

5. In no way do I intend to waive the attorney-client privilege by briefly referencing correspondence between my lawyer and me.

6. I had medical procedures in November and December and 2025, culminating in full back surgery on February 26, 2026.

7. During this time period of roughly four months, I was extremely preoccupied with and by my health. I did not review or sign any documents that my lawyer sent to me because I was focused on my health.

8. After my back surgery, and once I was recuperating at home in late March, I caught up on my correspondence from my lawyer.

9. I reviewed my Amended Plaintiff Fact Sheet in late March.

10. I signed the corresponding verification to my Plaintiff Fact Sheet on March 27, 2026 after reviewing the Amended Plaintiff Fact Sheet because the statements in the Fact Sheet are true and correct to the best of my knowledge, information, and belief. At the same time, I signed the Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information and Authorization to Disclose Law Enforcement Records attendant to the Plaintiff Fact Sheet.

11. My lawyer uploaded my verification and authorizations to MDL Centrality on April 1, 2026.

I declare under penalty of perjury, pursuant to the laws of California that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those matters, I am informed and believe that they are true and correct. This Declaration was executed on April 8, 2026, at 4:20 pm in Nashville, Tennessee.

2

WHB 1673
WHB 1673 (Apr 8, 2026 16:19:47 CDT)

WHB 1673

3