John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB |
| | MDL No. 3084 |
| | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDERS DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to: | |
| *WHB 1673 v. UBER TECHNOLOGIES, INC., et al.* 3:24-cv-05552-CRB | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

[PROPOSED] ORDER ON MOTION
FOR RECONSIDERATION

3:23-md-03084-CRB

This matter comes before the Court on Plaintiff WHB 1673's Motion for Reconsideration of Orders Dismissing Case for Failure to Comply with Amended PTO 10.

Plaintiff's Motion is **GRANTED**. The orders dismissing Plaintiff's case are amended such that Plaintiff's case is no longer dismissed. Plaintiff WHB 1673 is hereby removed from the February 13, 2026 order dismissing cases for failure to comply with PTO 10, ECF 5229 and the November 19, 2026 order dismissing cases for failure to comply with PTO 10, ECF 4442, and her case is reinstated to the active docket.

**IT IS SO ORDERED.**


**Dated:** _____          _____
                                     **HON. CHARLES R. BREYER**
                                     United States District Court Judge

[PROPOSED] ORDER ON MOTION                                3:23-md-03084-CRB
FOR RECONSIDERATION