**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE** |
| *WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I, ELLYN HURD, declare:

1.      I am a partner of Simmons Hanly Conroy, LLP, an attorney licensed in the State of Massachusetts, and duly admitted to practice before this Court pro hac vice, representing Plaintiff in the above caption action.

2.      I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3.      I respectfully submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Reply in Support of Motion to Strike.

4.      I have reviewed Plaintiff's Reply in Support of Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad.

5.      Plaintiff's Motion contains information regarding the intimate personal history of Plaintiff and details of Plaintiff's medical and mental health record.

6.      The significant privacy concerns of Plaintiff outweigh any minimal public interest in disclosure of this highly sensitive information. The public's interest in the case may be satisfied without revealing this information.

7.      The intimate aspects of Plaintiff's personal life are highly sensitive and typify the type of information that may be used by a third party to gratify private spite, promote scandal, or circulate libel.

8.      The disclosure of highly sensitive private information would harm Plaintiff's legitimate privacy interests. Plaintiff's request is narrowly tailored to sealing only sensitive personal information. There is no less restrictive alternative to sealing portions of the relevant materials that would protect the legitimate privacy interests of Plaintiff, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2026 in West Dennis, MA.

*/s/ Ellyn Hurd*
Ellyn Hurd

2