[Submitting Counsel below]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*WHB 823 v. Uber Technologies, Inc.*,
N.D. Cal. No. 3:24-cv-04900
W.D.N.C. No. 3:25-cv-00737

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

**CERTIFICATE OF SERVICE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

WHB 823,

        Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

        Defendants.

No. 3:25-cv-00737

Judge: Honorable Charles R. Breyer

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

I certify that on April 8, 2026, a true and correct unredacted copy of Plaintiff's Reply in Support of Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad was served pursuant to Civil L.R. 5-5(a) on the following counsel for Defendants:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher:
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

Veronica Gromada
vgromada@shb.com

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC


☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced documents to be sent to the persons on whom such documents are to be served at the email addresses shown above, as last given by that persons or as obtained from an internet websites relating to such persons, and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2026.

By: */s/ Ellyn H. Hurd*
Ellyn H. Hurd
Simmons Hanly Conroy, LLP
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
ehurd@simmonsfirm.com

- 3 -