**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>~~[PROPOSED]~~ **ORDER DENYING PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESSES**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:  March 26, 2026<br>Trial Date:  April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:        Hon. Charles R. Breyer<br><br>Courtroom:    501 |

~~[PROPOSED]~~ ORDER DENYING PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESSES
Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Opposition to Plaintiff's Motion to Strike Uber's Designated Trial Witnesses and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff's Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: April 8, 2026



IT IS SO ORDERED

Judge Charles R. Breyer

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESSES
Case No. 3:23-md-03084-CRB (LJC)