[Submitting counsel below]

**UNITED STATES DISTRICT COURT**
**OF NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
| | **PLAINTIFF'S FOURTEENTH AMENDED TRIAL EXHIBIT LIST** |
| This Document Relates to: | Judge:  Honorable Charles R. Breyer |
| | Ctrm.:  D. Ariz., 501 |
| *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| JAYLYNN DEAN, | No. 25-cv-4276-PHX-CRB |
| Plaintiff, | Judge:  Honorable Charles R. Breyer |
| v. | Ctrm.:  501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

**PLAINTIFF'S FOURTEENTH AMENDED EXHIBIT LIST**

On February 6, 2026, Plaintiff filed Plaintiff's Thirteenth Amended Trial Exhibit List, which added exhibits numbered P-01922_Tr, P-01927_Tr, P-01935_Tr, P-04547 through P-04570, and P-05000 through P-05002, and included a redacted file of P-02400. *See* ECF 5202.

On April 9, 2026, Plaintiff served Plaintiff's Fourteenth Amended Trial Exhibit List, which added exhibit number P-05003, a demonstrative used in Court during the direct examination of Plaintiff Jaylynn Dean. Plaintiff's Fourteenth Amended Trial Exhibit List is attached hereto as Exhibit A.

By serving and lodging this Exhibit List, Plaintiff does not waive, and expressly reserves, all rights afforded under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules, and all orders and procedures established by the Court in this action, including the right to amend, modify, withdraw, or supplement Plaintiff's Exhibit List.

Dated: April 9, 2026

Respectfully submitted,

By: */s/ Sarah R. London*

Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*

Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*

Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: April 9, 2026

By:   */s/ Ellyn Hurd*

Ellyn Hurd

PL'S AM. TRIAL EXHIBIT LIST
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276