*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **STIPULATION RE JOINT STATUS REPORT RE: PTO 10** |
| This Document Relates to: | |
| ALL ACTIONS | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding the deadline to file a joint status update to the court regarding PTO topics.

WHEREAS, the Parties agreed in their Joint Case Management Conference filed with the court on March 18, 2026 [Dkt. 5563] to file a status update with their joint and/or competing positions on Plaintiff's requests for changes to various processes, including PTO 10 processes, by March 31, 2026.

WHEREAs, the Parties stipulated, and the Court ordered, that the status update would be due on April 9, 2026 [Dkt. 5775]

WHEREAS, the Parties now agree that the status update shall now be due by 3 PM PT on April 13, 2026.

**IT IS SO STIPULATED.**

DATED: April 9, 2026

By: */s/ Chris Cotton*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

STIPULATION RE JOINT STATUS REPORT RE PTO TOPICS
Case No. 3.23-md-03084-CRB (LJC)

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC


By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

2

STIPULATION RE JOINT STATUS REPORT RE PTO TOPICS
Case No. 3.23-md-03084-CRB (LJC)

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


Dated: April 9, 2026                                    */s/ Andrew R. Kaufman*
                                                                Andrew R. Kaufman

STIPULATION RE JOINT STATUS REPORT RE PTO TOPICS
Case No. 3.23-md-03084-CRB (LJC)

**[PROPOSED] ORDER**

Having reviewed the parties' joint stipulation, the Court hereby GRANTS the stipulation and the new due date and time for the parties joint status report re PTO topics will now be April 10, 2026 by 3 PM PT.

IT IS SO ORDERED.


Dated: _____          _____

Hon. Charles. R. Breyer
United States District Judge

4