[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*WHB 823 v. Uber Technologies, Inc.*,
N.D. Cal. No. 3:24-cv-04900
W.D.N.C. No. 3:25-cv-00737

Case No. 23-md-03084-CRB

**ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE
FILED UNDER SEAL**

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber or third parties associated with Uber should be sealed.

On April 9, 2026, Plaintiff filed her Offer of Proof which refers to and attaches documents and deposition testimony that Uber designated "HIGHLY CONFIDENTIAL" and / or "CONFIDENTIAL."

### Material To Be Filed Under Seal

The material to be filed under seal includes portions of Plaintiff's Offer of Proof and the attached exhibits.

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiff's Offer of Proof | References to information deemed confidential by Uber | Uber |
| Exhibit A | Portions of Allison Cissna's deposition: Uber's trust and safety team leader | Uber |
| Exhibit B | Portions of Jenny Luu's deposition: Uber's corporate witness on safety taxonomy | Uber |
| Exhibit C | Portions of Valeria Shuping's deposition: Uber's employee responsible for safety standards | Uber |
| Exhibit D | UBER-MDL3084-DFS00159967 | Uber |

- 1 -

| Document | Description | Designating Party |
|---|---|---|
| Exhibit E | UBER_JCCP_MDL_002270576 | Uber |

Under Local Rule 79-5(f)(3), the designating entities bear the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1.   The Declaration of Sarah R. London in Support of this Motion; and

2.   A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: April 9, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

## **FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: April 9, 2026                    By:    */s/ Andrew R. Kaufman*
                                                      Andrew R. Kaufman

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB