IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737

Case No. 23-md-03084-CRB

**DECLARATION OF SARAH P. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

I, Sarah R. London, declare:

1.      I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

Because the materials at issue were designated by Uber as "CONFIDENTIAL" and /or "HIGHLY CONFIDENTIAL", Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiff's Offer of Proof | References to information deemed confidential by Uber | Uber |
| Exhibit A | Portions of Allison Cissna's deposition: Uber's trust and safety team leader | Uber |
| Exhibit B | Portions of Jenny Luu's deposition: Uber's corporate witness on safety taxonomy | Uber |
| Exhibit C | Portions of Valeria Shuping's deposition: Uber's employee responsible for safety standards | Uber |
| Exhibit D | UBER-MDL3084-DFS00159967 | Uber |

- 1 -

| Document | Description | Designating Party |
|---|---|---|
| Exhibit E | UBER_JCCP_MDL_002270576 | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2026 in San Anselmo, California.

_/s/ Sarah R. London_
Sarah R. London

LONDON DECL ISO ADMIN MOT.
RE: ANOTHER PARTY'S MATERIAL
CASE NO. 23-MD-03084-CRB