IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to: *WHB 823 v. Uber Technologies, Inc.*, N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered Plaintiff's April 9, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiff's Offer of Proof | References to information deemed confidential by Uber | Uber |
| Exhibit A | Portions of Allison Cissna's deposition: Uber's trust and safety team leader | Uber |
| Exhibit B | Portions of Jenny Luu's deposition: Uber's corporate witness on safety taxonomy | Uber |
| Exhibit C | Portions of Valeria Shuping's deposition: Uber's employee responsible for safety standards | Uber |
| Exhibit D | UBER-MDL3084-DFS00159967 | Uber |
| Exhibit E | UBER_JCCP_MDL_002270576 | Uber |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Judge

- 1 -