[Submitting counsel below]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:          Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| | Date Filed: April 9, 2026<br>Trial Date: April 14, 2026 |

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737-CRB |
| Plaintiff, | |
| v. | Judge:          Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants | |

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
laura.vartain@kirkland.com
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY R. KUTROW
**MCGUIREWOODS LLP**
bkutrow@mcguirewoods.com
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC hereby move the Court to consider whether certain materials should be sealed.[1] Defendants file these materials under seal because they have been produced and marked confidential, contain references to documents produced and marked confidential by Plaintiff, or Plaintiff has otherwise requested that they be maintained under seal.

## Material To Be Filed Under Seal

The materials to be filed under seal are certain exhibits in Support of Defendants' Trial Brief on Plaintiff's damages theory. Defendants respectfully ask the Court to consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Trial Brief on Plaintiff's Damages Theory** | Brief containing references to material designated confidential by Plaintiff | Plaintiff |
| **Exhibit 1 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| **Exhibit 2 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the October 17, 2025 Deposition of Dr. Heleya Rad | Plaintiff |
| **Exhibit 3 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the July 10, 2025 Deposition of Plaintiff WHB 823 | Plaintiff |
| **Exhibit 4 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the August 29, 2025 Deposition of Dr. Jenny Smith | Plaintiff |

---

[1] Because this case remains in the Northern District of California for pre-trial purposes, *see* Dkt. 3484 (PTO 29) and Dkt. 3923 (PTO 32), Uber files this administrative sealing motion in accordance with the Northern District of California's Civil Local Rules 7-11 and 79-5(f). Uber respectfully requests that this administrative motion be treated as a motion to seal under Rule 6.1 of the Western District of North Carolina's Civil Local Rules as well.

1

| Document | Description | Designating Party |
|---|---|---|
| **Exhibit 5 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the July 23, 2025 Deposition of Ariel Watkins Lankford | Plaintiff |
| **Exhibit 6 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the medical and mental health records of Plaintiff from Carolina Outreach | Plaintiff |

Under Civil Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This Motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this Motion:

1.    The Declaration of Jonathan Schneller in Support of this Motion; and

2.    A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: April 9, 2026                    Respectfully submitted,

O'MELVENY AND MYERS LLP

By: */s/ Jonathan Schneller*
    JONATHAN SCHNELLER

    Laura Vartain Horn (SBN 258485)
    **KIRKLAND & ELLIS LLP**
    555 California Street, Suite 2700
    San Francisco, CA 94104
    Telephone: (415) 439-1625
    laura.vartain@kirkland.com

    Allison M. Brown (Admitted *Pro Hac Vice*)
    **KIRKLAND & ELLIS LLP**
    2005 Market Street, Suite 1000
    Philadelphia, PA 19103
    Telephone: (215) 268-5000
    alli.brown@kirkland.com

    Jessica Davidson (Admitted *Pro Hac Vice*)
    **KIRKLAND & ELLIS LLP**
    601 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 446-4800
    jessica.davidson@kirkland.com

2

Sabrina H. Strong (SBN: 200292)
Jonathan Schneller (SBN: 291288)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
sstrong@omm.com
jschneller@omm.com

Bradley R. Kutrow
**MCGUIREWOODS LLP**
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049
bkutrow@mcguirewoods.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC, and RASIER-CA, LLC

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE FILED UNDER SEAL
CASE NO. 3:23-MD-03084-CRB/ 3:25-CV-00737-CRB