[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:         Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| | Date Filed: April 9, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737-CRB |
| Plaintiff, | |
| v. | Judge:         Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants | |

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
laura.vartain@kirkland.com
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Bradley R. Kutrow
**MCGUIREWOODS LLP**
bkutrow@mcguirewoods.com
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's April 9, 2026 Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| **Defendants' Supplemental Brief on Plaintiff's Damages Theory** | Brief containing references to material designated confidential by Plaintiff | Plaintiff |
| **Exhibit 1 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services | Plaintiff |
| **Exhibit 2 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the October 17, 2025 Deposition of Dr. Heleya Rad | Plaintiff |
| **Exhibit 3 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the July 10, 2025 Deposition of Plaintiff WHB 823 | Plaintiff |
| **Exhibit 4 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the August 29, 2025 Deposition of Dr. Jenny Smith | Plaintiff |
| **Exhibit 5 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the July 23, 2025 Deposition of Ariel Watkins Lankford | Plaintiff |
| **Exhibit 6 to Declaration of Jonathan Schneller ISO Supplemental Brief** | Excerpts of the medical and mental health records of Plaintiff from Carolina Outreach | Plaintiff |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-md-03084-CRB/ 3:25-cv-00737-CRB