[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **PROOF OF SERVICE** |
| This Document Relates to: | Judge:          Hon. Charles R. Breyer |
| | Courtroom:    6 – 17th Floor |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Date Filed: April 9, 2026 |
| | Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737-CRB |
| Plaintiff, | |
| | Judge:          Hon. Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants | |

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
laura.vartain@kirkland.com
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY R. KUTROW
**MCGUIREWOODS LLP**
bkutrow@mcguirewoods.com
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**PROOF OF SERVICE**

I am employed in Washington, District of Columbia, in the office of a member of the bar of this court, and counsel for Defendants, at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is O'Melveny and Myers LLP, 1625 Eye Street, NW, Washington, DC 20006.

On April 9, 2026, I served the following document(s) by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error:

1. Defendants' April 9, 2026 Administrative Motion To Consider Whether Another Party's Material Should Be Sealed

2. [**Under Seal**] Defendants' Unredacted Supplemental Brief on Plaintiff's Damages Theory

3. Declaration of Jonathan Schneller in Support of Defendants' Administrative Motion

4. [**Under Seal**] Exhibits 1 through 6 to Declaration of Jonathan Schneller in Support of Defendants' Administrative Motion

5. [Proposed] Order Granting Defendants' Administrative Motion

I served the above documents on the following counsel for Plaintiff in the above captioned matter:

Brett E. Dressler
Sellers, Ayers, Dortch  Lyons, PA
301 S. McDowell Rd, Suite 410
Charlotte, NC 28204
bdressler@sellersayers.com

John Boundas
Joseph Melugin
Sejal K. Brahmbhatt
Myles Shaw
Stasja Drecun
Brian Abramson
Batami Baskin
Margret Lecocke
Willliams Hart & Boundas Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017
erosemond@whlaw.com
Jboundas@whlaw.com

PROOF OF SERVICE
CASE NO. 3:23-MD-03084-CRB/3:25-CV-00737-CRB

Jmelugin@whlaw.com
Sbrahmbhatt@whlaw.com
Mshaw@whlaw.com
Sdrecun@whlaw.com
Babramson@whlaw.com
Bbaskin@whlaw.com
Mlecocke@whlaw.com

Sarah R. London (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

This the 9th day of April, 2026.

2

Dated: April 9, 2026

Respectfully submitted,

*/s/ Steven Segal*
Steven Segal

**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
ssegal@omm.com

PROOF OF SERVICE
CASE NO. 3:23-MD-03084-CRB/3:25-CV-00737-CRB