# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S OFFER OF PROOF REGARDING UBER'S DEACTIVATION OF ITS DRIVER** |
| *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 24-cv-4900 W.D.N.C. No. 25-cv-737 | |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHB 823, | No. 25-cv-737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

DECLARATION OF SARAH R. LONDON
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737

I, Sarah R. London, declare:

1.     I am an attorney in the law firm of Girard Sharp, LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.     I submit this declaration in support of Plaintiff's Offer of Proof regarding Uber's Deactivation of its Driver.

3.     The exhibits referred below are attached to Plaintiff's Offer of Proof regarding Uber's Deactivation of its Driver.

4.     Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the July 2, 2025 deposition of Allison Cissna. This document is filed under seal.

5.     Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the February 27, 2025 deposition of Jenny Luu. This document is filed under seal.

6.     Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the April 17, 2025 deposition of Valerie Shuping. This document is filed under seal.

7.     Attached hereto as **Exhibit D** is a true and correct copy of Uber's document bates stamped UBER-MDL3084-DFS00159967. This document is filed under seal.

8.     Attached hereto as **Exhibit E** is a true and correct copy of Uber's document bates stamped UBER_JCCP_MDL_002270576. This document is filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April, 2026 in San Anselmo, California.


*/s/ Sarah R. London*
Sarah R. London

1

DECLARATION OF SARAH R. LONDON
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737