[Submitting counsel below]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' TRIAL BRIEF ON PLAINTIFF'S DAMAGES THEORY** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:          Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor |
| | Date Filed: April 9, 2026<br>Trial Date: April 14, 2026 |

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

## CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737-CRB |
|    Plaintiff, | |
| v. | Judge:          Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | |
|    Defendants | |

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
laura.vartain@kirkland.com
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice admitted)
**KIRKLAND & ELLIS LLP**
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

SABRINA H. STRONG (SBN: 200292)
sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY R. KUTROW
**MCGUIREWOODS LLP**
bkutrow@mcguirewoods.com
201 N. Tryon St., Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2049

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

-2-

DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' TRIAL BRIEF
CASE NO. 3:23-md-03084-CRB / 3:24-cv-04900

## DECLARATION OF JONATHAN SCHNELLER

I, Jonathan Schneller, declare as follows:

1.      I am an attorney at law and duly licensed to practice before the U.S. District Court for the Northern District of California. I am a partner at the law firm of O'Melveny & Myers LLP and an attorney of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I submit this declaration in support of Uber's Supplemental Brief on Plaintiff's Damages Theory in *WHB 823 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04900. I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would do so under oath.[1]

2.      Attached to this Declaration as **Exhibit 1** is a true and correct copy of excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services, dated July 2, 2018, produced by Plaintiff.

3.      Attached to this Declaration as **Exhibit 2** is a true and correct copy of excerpts of the October 17, 2025 Deposition of Dr. Heleya Rad.

4.      Attached to this Declaration as **Exhibit 3** is a true and correct copy of excerpts of the July 10, 2025 Deposition of Plaintiff WHB 823.

5.      Attached to this Declaration as **Exhibit 4** is a true and correct copy of excerpts of the August 29, 2025 Deposition of Dr. Jenny Smith.

6.      Attached to this Declaration as **Exhibit 5** is a true and correct copy of excerpts of the July 23, 2025 Deposition of Ariel Watkins Lankford.

7.      Attached to this Declaration as **Exhibit 6** is a true and correct copy of excerpts of medical and mental health records of Plaintiff from Carolina Outreach, produced by Plaintiff.

---

[1] Exhibits 1 through 6 are subject to Uber's Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal.

-3-

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2026.

/s/ *Jonathan Schneller*
Jonathan Schneller

DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' TRIAL BRIEF
CASE NO. 3:23-md-03084-CRB / 3:24-cv-04900