**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO ADMIT EVIDENCE RELEVANT TO PLAINTIFF'S DAMAGES THEORY** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| | Date Filed: April 9, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737-CRB |
|     Plaintiff, | |
| v. | Judge:        Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | |
|     Defendants | |

Before the Court is Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Trial Brief on Plaintiff's Damages Theory ("Trial Brief"). Having considered all matters relevant to determination of the Trial Brief, the Court finds that Uber's requested relief should be **GRANTED.**

It is therefore **ORDERED** that Uber may present evidence at trial of Plaintiff's medical history and traumas for purposes of causation, damages, and impeachment, subject to limiting instructions that the jury consider that evidence only for those purposes.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUESTED RELIEF REGARDING DAMAGES
CASE NO. 3:23-MD-03084-CRB / 3:24-cv-04900