Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Case No. 3:23-md-03084-CRB (LJC) <br><br> **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Judge:  Hon. Charles R. Breyer <br> Courtroom:  6 – 17th Floor |

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:23-MD-03084-CRB

I, Laura Vartain Horn, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [in connection with Joint Discovery Letter Regarding Collateral Source and Treater Depositions].

2. Attached as **Defendants' Exhibit A** is a true and correct copy of Plaintiff's 10th Supp. Interrogatory Responses (sealed in full).

3. Attached as **Defendants' Exhibit B** is a true and correct copy of Excerpts from the 11/22/25 Deposition of Dr. Mindy Mechanic (sealed in full).

4. Attached as **Defendants' Exhibit C** is a true and correct copy of Plaintiff's 9th Supp. Rule 26 Disclosures (sealed in full).

5. Attached as **Defendants' Exhibit D** is a true and correct copy of Excerpts from the 6/25/25 Deposition of Plaintiff B.L. (sealed in full).

6. Attached as **Defendants' Exhibit E** is a true and correct copy of Excerpts from the Report of Dr. Mindy Mechanic (sealed in full).

7. Attached as **Defendants' Exhibit F** is a true and correct copy of B.L.-Baobab Psychiatry-000012 (sealed in full).

8. Attached as **Defendants' Exhibit G** is a true and correct copy of BL – SMS – Synthia 000001-14 (sealed in full).

9. Attached as **Defendants' Exhibit H** is a true and correct copy of B.L. – SMS T.R. – 000002 (sealed in full).

10. Attached as **Defendants' Exhibit I** is a true and correct copy of 10/06/25 Benfield Email (sealed in full).

11. Attached as **Defendants' Exhibit J** is a true and correct copy of 10/16/25 Benfield Email (sealed in full).

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-03084-CRB

12.     Attached as **Defendants' Exhibit K** is a true and correct copy of 11/19/25 Benfield Email (sealed in full).

13.     Attached as **Defendants' Exhibit L** is a true and correct copy of 02/13/26 Benfield Email (sealed in full).

14.     Attached as **Defendants' Exhibit M** is a true and correct copy of 11/20/25 Luther Email (sealed in full).

15.     Attached as **Plaintiff's Exhibit 1** is a true and correct copy of 11/20/25 Luther Email (sealed in full).

16.     Attached as **Plaintiff's Exhibit 2** is a true and correct copy of 4/2/26 Luther Email (sealed in full).


Dated: April 9, 2026

/s/ Laura Vartain Horn
Laura Vartain Horn