Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Judge: Hon. Charles R. Breyer |
| | Courtroom: Courtroom 6 – 17th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB

Having considered Defendants' April 9, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [in connection with Joint Discovery Letter Regarding Collateral Source and Treater Depositions], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions. | Joint Discovery Letter | Plaintiff |
| Defendants' Ex. A to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | Plaintiff's 10th Supp. Interrogatory Responses | Plaintiff |
| Defendants' Ex. B to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | Excerpts from the 11/22/25 Deposition of Dr. Mindy Mechanic | Plaintiff |
| Defendants' Ex. C to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | Plaintiff's 9th Supp. Rule 26 Disclosures | Plaintiff |
| Defendants' Ex. D Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | Excerpts from the 6/25/25 Deposition of Plaintiff B.L. | Plaintiff |
| Defendants' Ex. E to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | Excerpts from the Report of Dr. Mindy Mechanic | Plaintiff |
| Defendants' Ex. F to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | B.L.-Baobab Psychiatry-000012 | Plaintiff |
| Defendants' Ex. G to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | BL – SMS – Synthia 000001-14 | Plaintiff |
| Defendants' Ex. H to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | B.L. – SMS T.R. – 000002 | Plaintiff |
| Defendants' Ex. I to Joint PTO 8 Letter Regarding Collateral Source and Treater | 10/06/25 Benfield Email | Plaintiff |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB

| Document | Description | Designating Party |
|---|---|---|
| Depositions | | |
| Defendants' Ex. J to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | 10/16/25 Benfield Email | Plaintiff |
| Defendants' Ex. K to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | 11/19/25 Benfield Email | Plaintiff |
| Defendants' Ex. L to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | 02/13/26 Benfield Email | Plaintiff |
| Defendants' Ex. M to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | 11/20/25 Luther Email | Plaintiff |
| Plaintiff's Ex. 1 to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | 11/20/25 Luther Email | Plaintiff |
| Plaintiff's Ex. 2 to Joint PTO 8 Letter Regarding Collateral Source and Treater Depositions | 4/2/26 Luther Email | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Charles R. Breyer
United States District Judge

3

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB