John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Sejal K Brahmbhatt (pro hac vice)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: sbrahmbhatt@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
Email: jmelugin@whlaw.com
Email: sdrecun@whlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**PLAINTIFF WHB 318's ADMINISTRATIVE MOTION TO LIFT (VACATE) BRIEFING DEADLINES**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

PLAINTIFF WHB 318's ADMINISTRATIVE MOTION TO LIFT (VACATE) BRIEFING DEADLINES
Case No: 3:24-cv-04889

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 6-3, Plaintiff moves the Court to lift (vacate) *Daubert* and summary judgment briefing deadlines currently set in WHB 318 (currently set to begin on April 14, 2026). Pursuant to the rules and in support of this motion, Plaintiff incorporates Exhibit A, the Declaration of Sejal K. Brahmbhatt.

**ARGUMENT**

WHB 318 is not currently set for trial. Since the *Dean* case was finalized as the first bellwether trial, the parties and the Court have briefed expert and dispositive motions only as cases are set for trial, doing so in *Dean* and then in *WHB 823*. No briefing is currently set in the remaining Wave 1 bellwethers. This has yielded great practical benefits, as the parties have needed to brief, and the Court decide, only the claims Plaintiffs seek to try and the experts they seek to call, decisions that are necessarily made only when trial is imminent. The Court should order the same with respect to WHB 318.

The only reason WHB 318 has briefing deadlines set is somewhat of an accident. As the Court is aware, WHB 318 was substituted into Wave 1 on July 22, 2025. *See* ECF No. 3542. Discovery deadlines for WHB 318 have proceeded on a separate schedule from the remaining five Bellwethers in the same wave, which has been extended by Court order multiple times following stipulation of the Parties. *See* ECF Nos. 4437, 4682, 5203, 5319.

Each time, Uber insisted that the stipulation including briefing deadlines even though no trial date was set. It was understandable that Uber would want to make sure that a "defense pick" did not fall behind other bellwethers, but that concern is no longer present, as all bellwethers are subject to the same rule: *Daubert* and summary judgment briefing is set when a case is set for trial. And, in each stipulation, the Parties agreed "to revisit whether dispositive motions and Daubert briefing schedule should be extended or vacated in light of other trial settings." ECF No. 5317 at 2.

Briefing *Daubert* and summary judgment on the currently set schedule would prejudice WHB 318. Her counsel and MDL counsel more generally are busy preparing for trial in *WHB 823* and for pretrial proceedings in *B.L.* and *A.R.*, both set for trial in the fall. On the other side, lifting the WHB 318 deadlines will cause no prejudice to Uber. Those deadlines can be promptly reset once WHB 318 is set for trial.

1

**CONCLUSION**

For all reasons stated above and here incorporated from Exhibit A, the Declaration of Sejal K. Brahmbhatt, Plaintiff WHB 318 respectfully requests this Court vacate the remaining briefing deadlines set out in ECF 5319.

DATED: April 10, 2026                                   Respectfully submitted,


                                                        */s/ Sejal K. Brahmbhatt*
                                                        Sejal K. Brahmbhatt, Esq.

                                                        **WILLIAMS HART & BOUNDAS, LLP**
                                                        John Eddie Williams, Jr. Esq.
                                                        Brian Abramson, Esq.
                                                        Margret Lecocke, Esq.
                                                        Walt Cubberly, Esq.
                                                        Sejal K. Brahmbhatt, Esq.
                                                        Batami Baskin, Esq.
                                                        Myles Shaw, Esq.
                                                        Joseph C. Melugin, Esq.
                                                        Stasja Drecun, Esq.

                                                        COUNSEL FOR PLAINTIFF

PLAINTIFF WHB 318's ADMINISTRATIVE MOTION TO LIFT (VACATE) BRIEFING DEADLINES
Case No: 3:24-cv-04889

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Sejal K. Brahmbhatt
Sejal K. Brahmbhatt, Esq.


**WILLIAMS HART & BOUNDAS, LLP**
John Eddie Williams, Jr. Esq.
Brian Abramson, Esq.
Margret Lecocke, Esq.
Walt Cubberly, Esq.
Sejal K. Brahmbhatt, Esq.
Batami Baskin, Esq.
Myles Shaw, Esq.
Joseph C. Melugin, Esq.
Stasja Drecun, Esq.

COUNSEL FOR PLAINTIFF

PLAINTIFF WHB 318's ADMINISTRATIVE MOTION TO LIFT (VACATE) BRIEFING DEADLINES
Case No: 3:24-cv-04889

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WHB 318'S ADMINISTRATIVE MOTION TO LIFT (VACATE) BRIEFING DEADLINES**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6-17th Floor |

The Court hereby GRANTS Plaintiff WHB 318's Administrative Motion to Lift (Vacate) Briefing Deadlines currently set by stipulation of the parties and granted on March 2, 2026 (ECF No. 5319).

IT IS SO ORDERED.

Date: _____, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

1