[Submitting counsel below]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | **DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF WHB 318'S ADMINISTRATIVE MOTION TO LIFT (VACATE) BRIEFING DEADLINES** |
| This Document Relates to: | |
| *WHB 318 v. Uber Technologies, Inc., et al.* Case No: 3:24-cv-04889 | |

I, Sejal K. Brahmbhatt, declare:

1.     I am an attorney in the law firm of Williams Hart & Boundas, LLP, and counsel for Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of Texas and am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff WHB 318's Administrative Motion to Lift (Vacate) Briefing Deadlines.

2.     I have conferred in past instances with Jennifer Levy, opposing counsel representing Uber to obtain stipulations to extend discovery and briefing deadlines that were subsequently granted by this Court. *See* ECF Nos. 4437, 4682, 5203, 5319.

3.     Per stipulation and Court order, discovery in Plaintiff WHB 318's case closed on February 27, 2026. *See* ECF No. 5319 at 1. The parties agreed to revisit whether the dispositive motion and *Daubert* briefing schedule should be extended or vacated in light of other trial settings. *Id*. at 2.

4.     I have reviewed both the hearing transcript and Court's order following the March 20, 2026, Case Management Conference, setting Plaintiff A.R and Plaintiff B.L.'s cases for trial to run consecutively beginning on September 8, 2026.

5.     In light of the Court's order (ECF No. 5665) and statements made during the case management conference that took place on March 20, 2026, and in light of Plaintiff WHB 318's case not yet having been assigned a trial date, I reached out to Ms. Levy via email on April 6, 2026, suggesting the briefing deadlines in Plaintiff WHB 318's case be vacated.

6.     Ms. Levy responded late on April 9, 2026, stating that Uber is not comfortable with vacating the dates.

7.     The briefing deadlines in Plaintiff WHB 318's case should be vacated for multiple reasons:

1) Her case has not yet been set for trial.

2) As Plaintiff WHB 823's case is set to begin trial next week, and two more Bellwether cases are set for trial beginning September of this year, continuing to arbitrarily extend

briefing deadlines for Plaintiff WHB 318's case will not serve in the interest of judicial efficiency.

3) Plaintiff WHB 318's case was assigned as a replacement Bellwether, and as such, proceeded on separate schedule for purposes of discovery from the remaining Wave 1 cases; as discovery has now been substantially completed, this case warrants no further separate scheduling from the remaining Wave 1 cases.

4) Vacating the remaining deadlines currently stipulated to in Plaintiff WHB 318's case (ECF No. 5319) will put Plaintiff WHB 318 on the same footing as the rest of the Wave 1 Bellwether cases.

5) Uber would not be prejudiced in any identifiable way should the Court vacate the current briefing deadlines and allow the parties to meet and confer on the issue at such time as it becomes ripe (once Plaintiff's case is set for trial).

8. If the Court were to deny vacating Plaintiff WHB 318's remaining briefing deadlines, (namely, for dispositive and *Daubert* motions, oppositions thereto, and replies), Plaintiff WHB 318 would be substantially prejudiced as strategic decisions would have to be made prematurely without knowing when and if her case will be tried at all, without the benefit of lessons to be learned from the three Bellwethers that will be tried this year.

9. Further, as our firm is counsel for both Plaintiff WHB 318 and Plaintiff WHB 823, there is tremendous overlap in our trial teams, and vacating briefing deadlines for Plaintiff WHB 318 would prevent the undue burden of attempting to obtain new briefing deadlines for Plaintiff WHB 318's case during Plaintiff WHB 823's trial, especially should Plaintiff and Uber be of varying mind on the issue.

10. Our trial team will be representing Plaintiff WHB 823 proceeding before this Court next week, and the first briefing deadline as it currently stands in Plaintiff WHB 318's case is impending on May 8, 2026; in an abundance of caution with these time constraints, I am respectfully requesting this Court vacate the remaining briefing deadlines so as not to risk substantial harm and prejudice to Plaintiff WHB 318.

DECL. OF SEJAL K BRAHMBHATT ISO PLAINTIFF'S ADMIN. MOT. TO VACATE DEADLINES
3:24-cv-04889

11. In the alternative, should the Court not be inclined vacate the existing deadlines for dispositive and *Daubert* motions, Plaintiff WHB 318 is requesting the Court extend the current deadlines such that they do not occur until *after* such time as the next two trials in the Wave 1 Bellwether pool that are set to commence September 14, 2026 are completed.

12. Neither Plaintiff's request to vacate the remaining briefing deadlines, or in the alternative, set them until after such time as Plaintiff A.R. and Plaintiff B.L.'s cases have been tried to completion, would at all affect the schedule of Plaintiff WHB 318's case as it stands today, except to relieve the parties of the ongoing obligation to arbitrarily extend deadlines for a trial date that is as of today, hypothetical.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2026 in Houston, Texas.

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 318*

DECL. OF SEJAL K BRAHMBHATT ISO PLAINTIFF'S ADMIN. MOT. TO VACATE DEADLINES
3:24-cv-04889