IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 318 v. Uber Technologies, Inc., et al.*<br>Case No: 3:24-cv-04889 | Case No. 3:23-md-03084-CRB (LJC)<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF WHB 318'S ADMINISTRATIVE MOTION TO LIFT (VACATE) BRIEFING DEADLINES**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6-17th Floor |

The Court hereby GRANTS Plaintiff WHB 318's Administrative Motion to Lift (Vacate) Briefing Deadlines currently set by stipulation of the parties and granted on March 2, 2026 (ECF No. 5319).

IT IS SO ORDERED.

Date: _____ April 10 _____, 2026



HON.
UNI...                    ...RT JUDGE

1