**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE UBER'S DESIGNATED TRIAL WITNESS: DR. HELEYA RAD**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:      Hon. Charles R. Breyer |

Before the Court is Plaintiff's Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad (the "Motion"). Having considered the papers filed in support of and in opposition to the Motion and other matters relevant to the determination of the Motion, the Court finds that the Motion should be **GRANTED.** It is therefore **ORDERED** that Dr. Rad be stricken from Uber's trial witness list.

**IT IS SO ORDERED.**

Dated:  April 10, 2026



HON
UNIT

IT IS SO ORDERED

Judge Charles R. Breyer

-1-