Submitting counsel below]

# UNITED STATES DISTRICT COURT

## OF NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
| | **PLAINTIFF'S NOTICE REGARDING SCHEDULING FOR VERONIQUE VALLIERE'S TESTIMONY** |
| This Document Relates to: | Judge: Honorable Charles R. Breyer |
| *WHB 823 v. Uber Technologies., Inc.*, N.D. Cal. No. 3:24-cv-4900 W.D.N.C. No. 3:25-cv-00737 | |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

## CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|      Plaintiff, | Judge: Honorable Charles R. Breyer |
|    v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|      Defendants. | |

The Court requested information regarding Plaintiff's expert Dr. Veronique Valliere's availability to testify on Thursday, April 16th. Dr. Valliere is scheduled to testify in a trial in Atlanta, Georgia on Wednesday, April 15th and has a professional training with the DOJ in Columbia, South Carolina on Thursday, April 16th that cannot be rescheduled. Given travel, it is likely that she will not be available to testify until after 3:00 PM EST on Thursday, April 16th.

To accommodate Dr. Valliere's schedule, Plaintiff respectfully requests that the Court allow Dr. Valliere to commence her testimony on the morning of Friday, April 17th and either (1) hold the jury charge conference on April 16th after Plaintiff has concluded her case in chief (aside from Dr. Valliere's testimony) or (2) have a shorter trial day on April 16th (only in the event that there is no further evidence from Plaintiff other than Dr. Valliere; otherwise Plaintiff's evidence would continue throughout the entire trial day). In either event, Plaintiff anticipates resting her case on Friday, April 17.

Dated: April 10, 2026

Respectfully Submitted,

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com

PLAINTIFF'S NOTICE RE SCHEDULING FOR
VERONIQUE VALLIERE'S TESTIMONY
N.D. CAL. NO. 24-CV-4900; W.D.N.C. NO. 25-CV-737

sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*


 By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

 By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: April 10, 2026

By: /s/ Myles Shaw
Myles Shaw

PLAINTIFF'S NOTICE RE SCHEDULING FOR
VERONIQUE VALLIERE'S TESTIMONY
N.D. CAL. NO. 24-CV-4900; W.D.N.C. NO. 25-CV-737