*[Submitting counsel below]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **STIPULATION** |
| This Document Relates to: | Judge:          Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Date Filed: April 10, 2026 |
| | Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737-CRB |
|       Plaintiff, | **STIPULATION** |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | Judge:          Hon. Charles R. Breyer |
| | Courtroom:   4A |
|       Defendants | |

1

STIPULATION
CASE NO. 3:23-MD-03084-CRB / 3:24-cv-04900

Plaintiff WHB 823 and Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants") hereby agree as follows:

1.      The Parties hereby stipulate and agree that the medical records collected pursuant to authorizations as part of this litigation are authentic and admissible at trial without the need for a directly sponsoring witness, such as a records custodian. The Parties further stipulate and agree that objections to the content and use of the medical records are reserved for trial. Plaintiff is not stipulating to the relevance that any medical or other record should be admitted into evidence at trial and preserves all objections including hearsay, relevance and Rule 403.

2.      The Parties hereby stipulate and agree that the depositions of M.M., N.Y., T.L., A.W.L., and J.S. may be used at trial without a formal showing of unavailability.  Both parties retain all objections to the admissibility and use of the testimony and associated exhibits for the time of trial.

3.      The Parties hereby stipulate and agree that objective data that Uber produced regarding the subject ride, such as GPS data, are authentic and admissible at trial without the need for a directly sponsoring witness, such as a records custodian. While the Plaintiff agrees sponsorship is not required to for the authentication and admissibility of the data, someone with GPS expertise is required to discuss said evidence at trial. The Parties further stipulate and agree that objections to the content and use of the data are reserved for trial.

**IT IS SO STIPULATED.**

STIPULATION
CASE NO. 3:23-MD-03084-CRB / 3:24-cv-04900

Dated: April 10, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC, and RASIER-CA, LLC

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (*pro hac vice*)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com

*Attorney for Plaintiff WHB 823*

STIPULATION
CASE NO. 3:23-MD-03084-CRB / 3:24-cv-04900

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


Dated: April 10, 2026

/s/ *Laura Vartain Horn*
Laura Vartain Horn

STIPULATION
CASE NO. 3:23-MD-03084-CRB / 3:24-cv-04900