LAURA VARTAIN (SBN: 258485)
laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (*Pro Hac Vice* admitted)
allison.brown@kirkland.com
JESSICA DAVIDSON (*Pro Hac Vice* admitted)
jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Pages]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **PETITIONER-DEFENDANT UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE OF TRANSFER OF SUBPOENA ENFORCEMENT ACTION BY THE U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND REQUEST FOR HEARING ON FULLY-BRIEFED MOTION TO COMPEL SUBPOENA COMPLIANCE REGARDING FRAUD RELATED DISCOVERY** |
| *Uber Technologies, Inc. et al v. Express Digital Services, LLC, et al.*, Case No. 3:26-cv-01082-CRB | |
| | Hon. Charles R. Breyer |

UBER'S NOTICE OF TRANSFER OF SUBPOENA ENFORCEMENT ACTION AND REQUEST FOR HEARING ON FULLY-BRIEFED MOTION TO COMPEL SUBPOENA COMPLIANCE REGARDING FRAUD RELATED DISCOVERY
Case No. 3:23-MD-3084-CRB

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") provide notice to the Court that Defendants' Motion to Compel Subpoena Compliance regarding fraud related discovery, which was initially filed as a miscellaneous subpoena enforcement action in the U.S. District Court for the District of Colorado, has been transferred to this Court by the JPML on April 2, 2026. Defendants' Motion to Compel was fully briefed on its merits in the District of Colorado and is now ripe for decision by this Court. A copy of the transfer order is attached as Exhibit A for the Court's convenience.[1]

By way of background, Respondents Express Digital Services, LLC and Shawn Graft d/b/a Express Digital Services, LLC operate several websites and smartphone apps that allow free and paid users to create their own fake receipts that closely mimic real receipts from real companies, using pre-set receipt templates that Respondents provide—including templates for users to create fraudulent Uber ride receipts on such websites and apps as "Makereceipt.com." In ruling on motions regarding non-bona-fide Plaintiff ride receipts, this Court has found that certain plaintiffs "have submitted non-bona-fide receipts. Some of these receipts show on their face that they were generated using websites designed for creating receipts, such as Makereceipt.com." Dkt. 3876 at 1; *see also* Dkt. 3604 at 9-11, 14, 20; Dkt No. 3784 at 6, Dkt No. 3855 at 4-18; Dkt No. 3953 at 4-11; Dkt No. 3972, Dkt No. 4137 at 6-7; Dkt No. 4294 at 6-13; Dkt No. 4440; Dkt No. 4456; Dkt No. 4569; Dkt No. 4575; Dkt No. 4580; Dkt No. 5483 at 5-19; Dkt No. 5721 at 2-8.

Uber served subpoenas on Respondents in October 2025, with compliance due on October 31. Uber's counsel conferred with Respondents' counsel several times, and after Respondents produced limited information on a few spreadsheets, the parties reached an impasse on two remaining items important to Uber's ability to identify individuals who have used Respondents' services to create potentially fraudulent Uber ride receipts in order to identify yet-undiscovered instances of fraud in this MDL. The discovery is also relevant to the pending Motion for Entry of an Order to Show Cause why

---

[1] The MDL member case in this Court also contains a docket entry noting the transfer: "MEMBER CASE OPENED: RE 23-md-3084-CRB case transferred in from United States District Court for the District of Colorado (Denver), 1:25-mc-00121-NYW, *Uber Technologies, Inc. et al v. Express Digital Services, LLC, et al.* Case opened in California Northern District as 3:26-cv-03008-CRB pursuant to Conditional Transfer Order." *See* No. 3:26-cv-03008-CRB (Apr. 8, 2026).

2

Plaintiffs who have submitted non-bona-fide ride receipts should not be dismissed with prejudice and for depositions of plaintiffs who submitted non-bona-fide ride receipts. *See* Dkt. Nos. 5483, 5721.

After Respondents initially stated they would submit the dispute to Judge Cisneros and Uber provided Respondents with their portion of a joint letter brief pursuant to PTO 8, Respondents abruptly changed positions and demanded that Uber file its Motion to Compel in the District of Colorado, the district for the place where compliance is due. *See* Motion at 22-23 (30-31). On December 19, 2025 (docketed on December 22, 2025), Uber filed a miscellaneous subpoena enforcement action against non-party subpoena recipients Express Digital Services, LLC and Shawn Graft d/b/a Express Digital Services, LLC in the District of Colorado pursuant to Federal Rule of Civil Procedure 45, captioned *Uber Technologies, Inc. et al v. Express Digital Services, LLC et al.*, Case No. 1:25-mc-00121-NYW. Uber's motion requested transfer to this Court (the Court that issued the subpoena in MDL No. 3084) to decide the motion under Rule 45(f) or, in the alternative, to compel compliance with the subpoena.

The District of Colorado directed the parties to brief the substance of the discovery sought and its relevance, deferring the question of the propriety of transfer to the JPML. Briefing on the merits of the Motion to Compel in the District of Colorado was completed on March 25, 2026.

On April 2, 2026, the JPML transferred the subpoena enforcement action to this Court pursuant to its authority under 28 U.S.C. § 1408(a) and "assigned to the Honorable Charles R. Breyer for inclusion in the coordinated or consolidated pretrial proceedings." A true and correct copy of the JPML's transfer order is attached as Exhibit A. In denying Respondents' motion to vacate the JPML's conditional transfer order and transferring the subpoena enforcement motion to this Court, the JPML explained that "Respondents operate websites and apps that allow users to create their own fake receipts that mimic real receipts from real companies, using pre-set receipt templates" and that "Uber seeks information to help uncover the identities of individuals who used respondents' websites and apps to create fraudulent Uber ride receipts." *Id.* at 2. The JPML concluded that "The information sought by the subpoena is squarely related to an issue in the MDL—the transferee [MDL] court's efforts to curb the submission of fraudulent ride receipts." *Id*. The MDL member case docket in this Court is located at Case No. 3:26-cv-03008-CRB.

3

The briefing on Uber's Motion to Compel has been completed and is located at the following docket entries, attached hereto:

- **12/22/2025:** Motion to Transfer or Compel and Supporting Materials [Dkt. 1, 1-1 through 1-8] (Exhibit B)

- **03/01/2026:** Opposition to Motion to Compel and Supporting Materials [Dkt. 18, 18-1 through 18-8] (Exhibit C)

- **03/25/2026:** Reply in Support of Motion to Compel [Dkt. 19] (Exhibit D)

* * * * *

In light of the briefing completed in the District of Colorado on notice to all parties, no further briefing is necessary. If the Court decides that a hearing on the Motion to Compel is required, Uber respectfully requests that the Court set the hearing on an expedited basis, given the longstanding nature of the dispute and the full briefing already completed in the District of Colorado.

DATED: April 10, 2026                    Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Daniel Cummings*
    Daniel Cummings

DANIEL CUMMINGS (Admitted *Pro Hac Vice*)
    decummings@shb.com
JEREMY WIKLER (Admitted *Pro Hac Vice*)
    jwikler@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

MICHAEL B. SHORTNACY
    mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

LAURA VARTAIN (SBN: 258485)
laura.vartain@kirkland.com

4

UBER'S NOTICE OF TRANSFER OF SUBPOENA ENFORCEMENT ACTION AND REQUEST FOR HEARING ON FULLY-BRIEFED MOTION TO COMPEL SUBPOENA COMPLIANCE REGARDING FRAUD RELATED DISCOVERY                                          Case No. 3:23-MD-3084-CRB

**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (*Pro Hac Vice* admitted)
allison.brown@kirkland.com
JESSICA DAVIDSON (*Pro Hac Vice* admitted)
jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

UBER'S NOTICE OF TRANSFER OF SUBPOENA ENFORCEMENT ACTION AND REQUEST FOR HEARING ON FULLY-BRIEFED MOTION TO COMPEL SUBPOENA COMPLIANCE REGARDING FRAUD RELATED DISCOVERY                                                      Case No. 3:23-MD-3084-CRB