[Submitting counsel below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **STATUS UPDATE REGARDING DRIVER DEPOSITION** |
| This Document Relates to: | |
| *WHB 832 v. Uber Techs., Inc.,* *N.D. Cal. No. 3:24-cv-04900* *W.D.N.C. No. 3:25-cv-00737* | Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| | Judge:       Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 832, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:       Hon. Charles R. Breyer |
| v. | Courtroom:    501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Defendants Uber Technologies, Inc., et al., by and through their undersigned counsel, respectfully submit this status update regarding the deposition of the driver, Mr. Richardson, in the above-captioned case.  The parties, along with Mr. Richardson's counsel, have agreed to conduct a videotaped trial preservation deposition of the driver, Mr. Richardson, to occur on or around Sunday, April 12 at 1:00 PM EST by Zoom. Mr. Richardson remains hospitalized and will be attending the deposition from his hospital room. The parties – through Mr. Richardson's counsel – are negotiating time limits on the duration of the deposition, which is particularly important due to the current health condition of the non-party deponent, who remains under the active care of hospital physicians and nurses.  To the extent time limits cannot be agreed upon in advance, Uber reserves the right to bring issues to the Court's attention related to the duration of this deposition and/or any potentially needlessly burdensome or harassing questioning of Mr. Richardson in light of his current medical condition.  Uber respectfully requests that the either of the presiding judges be available via phone if needed, although we hope it will not be necessary and recognize the inconvenience of a weekend filing and deposition.

DATED: April 10, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*

1

STATUS UPDATE

Case No. 3.23-md-03084-CRB (LJC)

UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

STATUS UPDATE
Case No. 3.23-md-03084-CRB (LJC)