**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *WHB 823 v. Uber Techs., Inc.*, et al. <br> N.D. Cal. No. 3:24-cv-04900 <br> W.D.N.C. No. 3:25-cv-00737 | Case No. 3:23-md-03084-CRB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S RESPONSE TO DEFENDANTS' TRIAL BRIEF ON PLAINTIFF'S DAMAGES THEORY** |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, <br><br>      Plaintiff, <br><br>   v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br>      Defendants. | No. 3:25-cv-00737 <br><br> Judge: Honorable Charles R. Breyer |

Having considered Plaintiff's April 11, 2026, Administrative Motion to File Under Seal Portions of Plaintiff's Response to Defendants' Trial Brief on Plaintiff's Damages Theory, the

1

Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| [UNREDACTED]<br>Exhibit 1-<br>Portions of Plaintiff's Response to Defendants' Trial Brief on Plaintiff's Damages Theory | Portions of Plaintiff's Response to Defendants' Trial Brief on Plaintiff's Damages Theory containing the mental health history of Plaintiff WHB 823 and the intimate aspects of her personal life. |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Judge

2