**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER DENYING PLAINTIFF'S TRIAL BRIEF RE: TESTIMONY OF DR. VALLIERE** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer |
| *WHB 823 v. Uber Techs., Inc.,* | Courtroom:   6 – 17th Floor |
| *N.D. Cal. No. 3:24-cv-04900* | Date Filed:   April 12, 2026 |
| *W.D.N.C. No. 3:25-cv-00737* | Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:        Hon. Charles R. Breyer |
| v. | Courtroom:   501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

1

[PROPOSED] ORDER DENYING PLAINTIFF'S TRIAL BRIEF RE: TESTIMONY OF DR. VALLIERE

Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Response to Plaintiff's Trial Brief Regarding Testimony of Dr. Valliere and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff's Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                          CHARLES R BREYER
                                          United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S TRIAL BRIEF RE: TESTIMONY OF DR. VALLIERE

Case No. 3:23-md-03084-CRB (LJC)