[*Submitting counsel below*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S OPPOSITION TO PLAINTIFF'S PROPOSAL TO DELAY TESTIMONY** |
| *WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed:   April 12, 2026<br>Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:          Hon. Charles R. Breyer<br><br>Courtroom:    501 |

Plaintiff seeks to upend the order of this very compressed trial to allow her retained expert, Dr. Veronique Valliere, to testify at Plaintiff's preferred time. According to Plaintiff, the only time Dr. Valliere can appear is the morning of Friday, April 17 because of another trial in Georgia (Wednesday) and a DOJ training session (Thursday). Plaintiff's plan would require the Court to either move up the charge conference or to have a "shorter trial day" Thursday, inconveniencing the jury. Pl.'s Notice, Dkt. No. 5813. Neither of these solutions is efficient or fair. Plaintiff has known about this trial for nearly three months and should have made the appropriate arrangements to secure her expert's presence long before now. At this point, she should either put Dr. Valliere up for a trial preservation deposition tomorrow or Tuesday, or seek relief from one of Dr. Valliere's other commitments and present her live at some point during her two-day case-in-chief (i.e., Wednesday or Thursday).

## **ARGUMENT**

The mode and order in which parties examine witnesses at trial falls within the discretion of the trial judge. Fed. R. Evid. 611. In fashioning a plan for each case, a court must consider what procedure will best enable the factfinder to ascertain the truth and avoid wasting time. *United States v. Woods*, 710 F.3d 195, 200 (4th Cir. 2013). Here, considerations of both fairness and efficiency weigh strongly against approving Plaintiff's proposal.

Plaintiff is asking to inconvenience Defendants, the Court, and jurors in order to accommodate Dr. Valliere's schedule. But Plaintiff has known about this trial date for quite some time and has not explained why Dr. Valliere's other commitments cannot be moved. (For example, why can't Dr. Valliere testify on a different day at the Georgia trial?) Nonetheless, in the spirit of compromise, Defendants have made multiple offers to accommodate Dr. Valliere's schedule, including adjusting the timeline for their opening statements or arranging a trial preservation deposition at a mutually convenient time before trial begins. Ex. 1, 4/8/2026 M. Vives Email. Plaintiff has not accepted any of those offers.

1

DEFENDANTS' OPPOSITION TO PLAINTIFF'S PROPOSAL TO DELAY TESTIMONY
Case No. 3:23-md-03084-CRB (LJC)

If Plaintiff wishes to secure Dr. Valliere's testimony for trial, Dr. Valliere should either: (1) seek to change one of her other commitments; or (2) sit for a trial preservation deposition tomorrow or Tuesday. Given the ongoing dispute over the relevance of Dr. Valliere's testimony, a deposition would have the added benefit of enabling the Court to review that testimony and decide what is and is not admissible before it is played for the jury (thereby enhancing the efficiency of this short trial).

DATED: April 12, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

DEFENDANTS' OPPOSITION TO PLAINTIFF'S PROPOSAL TO DELAY TESTIMONY
Case No. 3:23-md-03084-CRB (LJC)