# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S PROPOSAL TO DELAY TESTIMONY** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Judge:         Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| | Date Filed:    April 12, 2026<br>Trial Date:    April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:         Hon. Charles R. Breyer |
| v. | Courtroom:     501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S PROPOSAL TO DELAY TESTIMONY

Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1.  I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.  Attached as **Exhibit 1** is a true and correct copy of a portion of an email chain from M. Vives to S. Brahmbhatt, dated April 8, 2026.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 12, 2026, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

1
DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S PROPOSAL TO DELAY TESTIMONY
Case No. 3:23-md-03084-CRB (LJC)