# EXHIBIT 1

| **From:** | Vives, Michael |
|---|---|
| **To:** | Sejal Brahmbhatt; Power, Caroline; John Boundas; Myles Shaw |
| **Cc:** | Vartain, Laura; Ellyn Hurd; William Smith |
| **Subject:** | RE: Proposed Stips re Authenticity/Admissibility |
| **Date:** | Friday, April 10, 2026 5:57:00 PM |

Hi all,

We saw the notice you filed re Dr. Valliere. In the interest of working together, we'd be willing to take a trial preservation deposition of Dr. Valliere anytime before trial if that works with her schedule. Let us know if that is agreeable on your end and we can work to get something set up.

Thanks,
Mike


**Michael Vives**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 646 444 9335 **M** +1 845 820 2372
**F** +1 212 446 4900
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
michael.vives@kirkland.com

---

**From:** Vives, Michael
**Sent:** Wednesday, April 8, 2026 5:43 PM
**To:** 'Sejal Brahmbhatt' <sbrahmbhatt@whlaw.com>; Power, Caroline <caroline.power@kirkland.com>; John Boundas <jboundas@whlaw.com>; Myles Shaw <mshaw@whlaw.com>
**Cc:** Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; William Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

Hi Sejal,

We cannot agree to Dr. Valliere testifying on Friday.  As you know, Judge Breyer agreed with us at the pre-trial conference that it would be prejudicial for Dr. Valliere to come in our case and it would be highly unusual to do the charge before the defense has started their case. If you can bring her Wednesday and ask the Court that we open on Tuesday after voir dire in order to accommodate her schedule, we would certainly not object to that.  Happy to discuss if that would be helpful.

Can you please provide a firmer commitment on the offer of proof? Whether the Court allows that evidence in (which as you know he has excluded in full as of now) impacts what evidence and witnesses Uber may need to present in its case.  If this were a longer trial we would not be pressing on this, but because the trial is so truncated we really need some more concrete information on when you'll be submitting the offer of proof so we can quickly get our response on file and get this issue fully teed up with the Court.  If it is not filed tomorrow, we may need to raise with the Court ourselves.

On live witnesses, are you confirming that Mr. Yankowski will be testifying live?

Thanks,
Mike

**Michael Vives**
_____

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 646 444 9335 **M** +1 845 820 2372
**F** +1 212 446 4900
_____

michael.vives@kirkland.com

_____

**From:** Sejal Brahmbhatt <sbrahmbhatt@whlaw.com>
**Sent:** Wednesday, April 8, 2026 5:09 PM
**To:** Power, Caroline <caroline.power@kirkland.com>; John Boundas <jboundas@whlaw.com>;
Myles Shaw <mshaw@whlaw.com>; Vives, Michael <michael.vives@kirkland.com>
**Cc:** Vartain, Laura <laura.vartain@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; William
Smith <wsmith@anapolweiss.com>
**Subject:** RE: Proposed Stips re Authenticity/Admissibility

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

HI Caroline –

We have no objections to the PHV.

Regarding the offer of proof, we cannot commit to filing it tomorrow, but we are certainly
endeavoring to have it before the Court by the end of the week.

As we mentioned at the pretrial conference, Dr. Valliere has a prior commitment on Thursday
morning. She's giving a training to the Department of Justice in Columbia, SC. She plans to
drive up immediately after the training, but she will likely not arrive in Charlotte until mid-
afternoon. We suggest we use that time with the Court to do the charge conference and then
start Dr. Valliere's examination on Friday morning. We would then likely rest later that morning
(depending on how long the cross examination goes). Could you all agree to that given Dr.
Valliere's DOJ training?

Finally, we have shared with you who our live witnesses will be and would appreciate the same
courtesy in return.  When can you provide us with your list?

Thanks,

Sejal