**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S PROPOSAL TO DELAY TESTIMONY**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed:   April 12, 2026<br>Trial Date:    April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>           Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:           Hon. Charles R. Breyer<br><br>Courtroom:     501 |

[PROPOSED] ORDER DENYING PLAINTIFF'S PROPOSAL TO DELAY TESTIMONY
Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Opposition to Plaintiff's Proposal to Delay Testimony and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff's Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                             CHARLES R BREYER
                                             United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S PROPOSAL TO DELAY TESTIMONY
Case No. 3:23-md-03084-CRB (LJC)