[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |
| *WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Date Filed:   April 12, 2026 |
| | Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:        Hon. Charles R. Breyer |
| v. | Courtroom:   501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal.

2. Attached as **Exhibit 2** is a true and correct copy of a Bates-stamped document, UBER_MDL3084-DFS00074490.

3. Attached as **Exhibit 4** is a true and correct copy of a Bates-stamped document, UBER_JCCP_MDL_000366728.

4. Attached as **Exhibit 6** is a true and correct copy of a Bates-stamped document, UBER-MDL3084-DFS00159967.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 12, 2026

/s/ *Laura Vartain Horn*
Laura Vartain Horn

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB