# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to: | Judge:          Hon. Charles R. Breyer |
| *WHB 823 v. Uber Techs., Inc.,* | Courtroom:   6 – 17th Floor |
| *N.D. Cal. No. 3:24-cv-04900* | Date Filed:    April 12, 2026 |
| *W.D.N.C. No. 3:25-cv-00737* | Trial Date:     April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:          Hon. Charles R. Breyer |
| v. | Courtroom:    501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

1

Having considered Defendants Uber Technoplogies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Seal Certain Materials Attached to Uber's Opposition to Plaintiff's Offer of Proof Regarding Driver Deactivation (the "Opposition"), the Court hereby **ORDERS** that the following portions of the Exhibits to the Opposition remain under seal, as requested in Uber's Administrative Motion:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Opposition to Plaintiff's Offer of Proof re Driver Deactivation | Defendants' Opposition to Plaintiff's Offer of Proof re Driver Deactivation containing references to material designated confidential by Uber | Uber |
| Exhibit 2 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Document bearing Bates stamp UBER_MDL3084-DFS00074490 | Uber |
| Exhibit 4 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Document bearing Bates stamp UBER_JCCP_MDL_000366728 | Uber |
| Exhibit 6 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Document bearing Bates stamp UBER-MDL3084-DFS00159967 | Uber |

**IT IS SO ORDERED.**


DATED:_____       By:_____
                                        Hon. Charles R. Breyer
                                        United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)