# EXHIBIT 1





CONFIDENTIAL