# EXHIBIT 3

# Document Produced in Native

CONFIDENTIAL

UBER-MDL3084-BW-00007775

| Driver Name | status | status_note | is_current_status | begin_status_timestamp | end_status_timestamp | flow_type | begin_flow_timestamp | end_flow_timestamp |
|---|---|---|---|---|---|---|---|---|
| Jeffery Richardson | Applied | new partner | FALSE | 2018-10-30 22:12:00 | 2018-11-09 15:40:48 | P2P | 2018-10-30 22:11:59 | \N |
| Jeffery Richardson | Active | Driver was moved to ACTIVE by Automatic Driver Movement (Enforcer) | FALSE | 2018-11-09 15:40:48 | 2019-05-01 4:57:43 | P2P | 2018-10-30 22:11:59 | \N |
| Jeffery Richardson | Waitlisted (Auto-Reactivation) | Driver was moved from active to Waitlisted (Auto-Reactivation) by stsheriff for: Driver did not have at least 1 active vehicle  Automatic Driver Movement | FALSE | 2019-05-01 4:57:43 | 2019-11-09 16:45:20 | P2P | 2018-10-30 22:11:59 | \N |
| Jeffery Richardson | Applied | asgard - in-app reconsent celery job | FALSE | 2019-11-09 16:45:20 | 2023-02-07 22:03:46 | P2P | 2018-10-30 22:11:59 | \N |
| Jeffery Richardson | Wait Listed |  | FALSE | 2023-02-07 22:03:46 | 2025-01-28 18:24:06 | P2P | 2018-10-30 22:11:59 | \N |
| Jeffery Richardson | Rejected | DEACTIVATION: Driver deactivated for Safety. JIRA: https://jira.uberinternal.com/browse/SAFE-3562032, Bliss: https://blissnxt.uberinternal.com/tabs?tabs=contact:c123f23c-6221-4bbe-a5a3-cd5a03aa089b | TRUE | 2025-01-28 18:24:06 | \N | P2P | 2018-10-30 22:11:59 | \N |