# EXHIBIT 5

Title: A message from Uber

User Type: driver

Your account has been permanently deactivated based on information we've received. Unfortunately, we are unable to provide additional information at this time. Please note that other Uber support channels are unable to provide additional details. Please do not come into the Greenlight Hub, as they are unable to assist with this matter. Our decision is final.

sedona christoffersen

Tue, 28 Jan 2025 18:22:57 GMT

via agent (external)

MASS TORT_CREATED FOR ACTIONING DO NOT CONTACT
SAFE JIRAOG (archived)

sedona christoffersen

Tue, 28 Jan 2025 18:22:57 GMT

via agent (internal)

Current user & trip details
Flow Type: P2P

Resolution provided
Changed driver lock to ADD Permanent safety lock through JIRA: SAFE-3562032Added a note to the driver account: "Safety Investigation - SAFE-3562032

"Switched attached trip to 178a5816-a0c1-43b1-ab14-b6450219d4c9 from ""Blacklisted future pairings between spender and earner

sedona christoffersen

Tue, 28 Jan 2025 18:26:32 GMT

via agent (internal)

Current user & trip details
Flow Type: P2P

Resolution provided
Switched attached trip to cfd9ccfa-4f56-11e9-ab63-000af7d2ad20 from ""Switched attached trip to 178a5816-a0c1-43b1-ab14-b6450219d4c9 from ""

sedona christoffersen

Tue, 28 Jan 2025 23:33:03 GMT

via agent (internal)

CONFIDENTIAL

UBER-MDL3084-DFS00159966