**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S OFFER OF PROOF RE DRIVER DEACTIVATION**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:  April 12, 2026<br>Trial Date:  April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:    501 |

1

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Opposition to Plaintiff's Offer of Proof Regarding Driver Deactivation and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff's Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                            CHARLES R. BREYER
                                            United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S OFFER OF PROOF RE DRIVER DEACTIVATION
Case No. 3:23-md-03084-CRB (LJC)