**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *WHB 1673 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05552-CRB | Case No. 3:23-md-03084-CRB <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDERS DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10** |

## [PROPOSED] ORDER

Having considered Plaintiff's Motion for Reconsideration of Orders Dismissing Case for Failure to Comply with PTO 10, the Court finds that the Plaintiff's motion is not timely and does not present newly discovered evidence or other permissible grounds for reconsideration.

The Court therefore hereby ORDERS that Plaintiff's Motion is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER REGARDING MOTION FOR RECONSIDERATION OF ORDERS
DISMISSING CASE FOR FAILURE TO COMPLY WITH PTO 10

Case No. 3:23-md-03084-CRB