IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____ / <br><br>This Order Relates To:<br><br>*ALL CASES* | MDL No. 3084<br><br>**ORDER REGARDING PACER FILING FEES EXEMPTION FOR JUDGE ANDLER** |

In order to support her role as special master in the <u>In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation</u> matter, the Court ORDERS that Judge Gail Andler be granted an exemption from PACER filing fees in the Northern District of California related to this MDL.

**IT IS SO ORDERED.**

Dated: April 13, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California