[Submitting Counsel Below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO FILE RESPONSES TO CERTAIN ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants | CASE NO. 3:25-cv-00737-CRB<br><br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  TBD |

WHEREAS, on April 9, 2026, the parties filed certain Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal [Dkts. 5798, 5799];

WHERE, the parties anticipate that additional Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal related to the *WHB 823* case may be filed during trial in that matter;

WHEREAS, given the pressing needs of the trial, the parties agree that extensions until May 8, 2026, to respond to the motions filed at Dkts. 5798 and 5799, as well as any similar motions filed during trial, are necessary for both Uber and plaintiff to review the exhibits for sealable information and prepare sealing papers. The parties also agree that this extension will also allow them to take into account what information becomes public during the trial.

WHEREAS, the Court has extended other deadlines in the case, but not these ones.

WHEREAS, the requested extensions will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation extending the parties' deadlines to file statements in response to the Administrative Motions to Consider Whether Another Party's Materials Should Be Filed Under Seal [Dkts. 5798, 5799], as well as any Administrative Motions to Consider Whether Another Party's Materials Should be Sealed pertaining to *WHB 823* and filed during trial of that case, to May 8, 2026.

**IT IS SO STIPULATED.**

Dated: April 13, 2026

Respectfully submitted,

By: /s/ *Laura Vartain Horn*

KIRKLAND & ELLIS LLP
Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

STIPULATION TO EXTEND DEADLINES
CASE NO. 3:23-MD-03084-CRB

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated:  April 13, 2026

By: */s/ Andrew R. Kaufman*

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
        akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
        awolf@peifferwolf.com
        scraig@peifferwolf.com

ROOPAL P. LUHANA (*Admitted Pro Hac Vice*)
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

STIPULATION TO EXTEND DEADLINES
CASE NO. 3:23-MD-03084-CRB

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: April 13, 2026

/s/ *Andrew R. Kaufman*
Andrew R. Kaufman

STIPULATION TO EXTEND DEADLINES
CASE NO. 3:23-MD-03084-CRB

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: April __, 2026

_____

Honorable Charles R. Breyer
United States District Judge