William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250,
San Francisco, CA 94111
Phone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Plaintiff Jane Doe LS 425*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 425 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05885-CRB* | |

### <u>PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff Jane Doe LS 425, by and through counsel, hereby gives notice that the above-captioned action is dismissed without prejudice against Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

//

//

//

1

PLAINTIFF JANE DOE LS 425'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

Dated: April 13, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ William A. Levin*
William A. Levin
Laurel L. Simes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 425*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2

PLAINTIFF JANE DOE LS 425'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 13, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

> /s/ William A. Levin
> William A. Levin

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

Case No. 3:24-cv-05885-CRB

PLAINTIFF JANE DOE LS 425'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE