William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250,
San Francisco, CA 94111
Phone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Plaintiff Jane Doe LS 598*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe LS 598 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-04071-CRB*

MDL No. 3084 CRB

Honorable Charles R. Breyer

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Jane Doe LS 598, by and through counsel, hereby gives notice that the above-captioned action is dismissed without prejudice against Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

//

//

//

Case No. 3:25-cv-04071-CRB

PLAINTIFF JANE DOE LS 598'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

Dated: April 13, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ William A. Levin*
William A. Levin
Laurel L. Simes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 598*

2

PLAINTIFF JANE DOE LS 598'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ William A. Levin*
William A. Levin

---

3

Case No. 3:25-cv-04071-CRB                    PLAINTIFF JANE DOE LS 598'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE