**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed:  April 15, 2026<br>Trial Date:  April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>           Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   TBD |

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE FILED UNDER SEAL
Case No. 3.23-md-03084-CRB / 3:25-cv-00737

Under Local Rules 7-11 and 79-5(f), Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber" or "Defendants") hereby move this Court to consider whether to seal Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor and Exhibits A-F in support thereof, which contain confidential information related to Plaintiff and Non-Party Jeffery Richardson.

### Material To Be Filed Under Seal

The materials to be filed under seal are Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor and certain exhibits in support thereof:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Plaintiff and Non-Party Jeffery Richardson |
| Exhibit A to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | April 12, 2026 Deposition of Jeffrey Richardson | Non-Party Jeffery Richardson |
| Exhibit B to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-4194 (Register of Actions in Wilson District Court Case No. 00CR-56738-970) | Non-Party Jeffery Richardson |
| Exhibit C to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-4195 (Wilson County Case No. 00CR056738-970 Records Certification) | Non-Party Jeffery Richardson |
| Exhibit D to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-3813 (Docket in the matter of State of North Carolina v. Xxxxxxx Xxxxx Xxxxxxx, Franklin District Court, Case Number 18CR######-###) | Plaintiff |
| Exhibit E to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-3812 (Docket in the matter of State of North Carolina v. Xxxxxxx Xxxxx Xxxxxxx, Franklin District Court, Case Number 18CR######-###) | Plaintiff |

3

| Document | Description | Designating Party |
|---|---|---|
| Exhibit F to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-4134 (Franklin County Sheriff's Office Records with Certificate of Custodian, XXxxxxxx-FCSO-00001 - XXxxxxxx-FCSO-00006) | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Laura Vartain Horn in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3.23-md-03084-CRB / 3:25-cv-00737

DATED: April 15, 2026

Respectfully submitted,

/s/ Laura Vartain Horn

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE FILED UNDER SEAL
Case No. 3.23-md-03084-CRB / 3:25-cv-00737