[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:  April 15, 2026<br>Trial Date:  April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>       Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>       Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:       Hon. Charles R. Breyer<br><br>Courtroom:     501 |

VARTAIN HORN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

VARTAIN HORN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal, in connection with Uber's Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor.

2.      Attached is Defendant's Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor, which contains confidential information related to Plaintiff and Non-Party Jeffery Richardson.

3.      Attached as **Exhibit A** is a true and correct copy of excerpts of the transcript from the April 12, 2026 deposition of Jeffrey Richardson, which contains confidential information related to Non-Party Jeffery Richardson.

4.      Attached as **Exhibit B** is a true and correct copy of Defendants' Trial Exhibit D-4194 (Register of Actions in Wilson District Court Case No. 00CR-56738-970), which contains confidential information related to Non-Party Jeffery Richardson.

5.      Attached as **Exhibit C** is a true and correct copy of Defendants' Trial Exhibit D-4195 (Wilson County Case No. 00CR056738-970 Records Certification), which contains confidential information related to Non-Party Jeffery Richardson.

6.      Attached as **Exhibit D** is a true and correct copy of Defendants' Trial Exhibit D-3813 (Docket in the matter of State of North Carolina v. Xxxxxxx Xxxxx Xxxxxxx, Franklin District Court, Case Number 18CR######-###), which contains confidential information related to Plaintiff.

7.      Attached as **Exhibit E** is a true and correct copy of Defendants' Trial Exhibit D-3812 (Docket in the matter of State of North Carolina v. Xxxxxxx Xxxxx Xxxxxxx, Franklin District Court, Case Number 18CR######-###), which contains confidential information related to Plaintiff.

VARTAIN HORN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB

8.      Attached as **Exhibit F** is a true and correct copy of Defendants' Trial Exhibit D-4134 (Franklin County Sheriff's Office Records with Certificate of Custodian, XXxxxxxx-FCSO-00001 - XXxxxxxx-FCSO-00006), which contains confidential information related to Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 15, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

VARTAIN HORN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB