# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Judge:       Hon. Charles R. Breyer |
| | Courtroom:  6 – 17th Floor |
| | Date Filed:  April 15, 2026 |
| | Trial Date:  April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:        Hon. Charles R. Breyer |
| v. | Courtroom:  501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [in connection with Uber's Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor], the Court hereby **ORDERS** that the following portions of the Motion and Exhibits A-F remain under seal, as requested in Uber's Motion:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Plaintiff and Non-Party Jeffery Richardson |
| Exhibit A to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | April 12, 2026 Deposition of Jeffrey Richardson | Non-Party Jeffery Richardson |
| Exhibit B to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-4194 (Register of Actions in Wilson District Court Case No. 00CR-56738-970) | Non-Party Jeffery Richardson |
| Exhibit C to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-4195 (Wilson County Case No. 00CR056738-970 Records Certification) | Non-Party Jeffery Richardson |
| Exhibit D to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-3813 (Docket in the matter of State of North Carolina v. Xxxxxxx Xxxxx Xxxxxxx, Franklin District Court, Case Number 18CR######-###) | Plaintiff |
| Exhibit E to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-3812 (Docket in the matter of State of North Carolina v. Xxxxxxx Xxxxx Xxxxxxx, Franklin District Court, Case Number 18CR######-###) | Plaintiff |
| Exhibit F to Declaration of Laura Vartain Horn ISO Defendants' Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor | Defendants' Trial Exhibit D-4134 (Franklin County Sheriff's Office Records with Certificate of Custodian, XXxxxxxx-FCSO-00001 - XXxxxxxx-FCSO-00006) | Plaintiff |

**IT IS SO ORDERED.**


DATED:_____        By:_____
                                                      Hon. Charles R. Breyer
                                                      United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB (LJC)