# DEFENDANTS' MOTION TO EXCLUDE EVIDENCE REGARDING MR. RICHARDSON'S 25-YEAR-OLD MISDEMEANOR

# FILED UNDER SEAL