**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EVIDENCE OF MR. RICHARDSON'S 25-YEAR-OLD MISDEMEANOR** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| | Date Filed:   April 15, 2026<br>Trial Date:    April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
|       Plaintiff, | Judge:        Hon. Charles R. Breyer |
| v. | Courtroom:    501 |
| UBER TECHNOLOGIES, INC., et al., | |
|       Defendants. | |

I, Laura Vartain Horn, declare as follows:

1.    I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.    Attached as **Exhibit A** is a true and correct copy of excerpts of the transcript from the April 12, 2026 deposition of Jeffrey Richardson, which contains confidential information related to Non-Party Jeffery Richardson.

3.    Attached as **Exhibit B** is a true and correct copy of Defendants' Trial Exhibit D-4194 (Register of Actions in Wilson District Court Case No. 00CR-56738-970), which contains confidential information related to Non-Party Jeffery Richardson.

4.    Attached as **Exhibit C** is a true and correct copy of Defendants' Trial Exhibit D-4195 (Wilson County Case No. 00CR056738-970 Records Certification), which contains confidential information related to Non-Party Jeffery Richardson.

5.    Attached as **Exhibit D** is a true and correct copy of Defendants' Trial Exhibit D-3813 (Docket in the matter of State of North Carolina v. Xxxxxxx Xxxxx Xxxxxxx, Franklin District Court, Case Number 18CR######-###), which contains confidential information related to Plaintiff.

6.    Attached as **Exhibit E** is a true and correct copy of Defendants' Trial Exhibit D-3812 (Docket in the matter of State of North Carolina v. Xxxxxxx Xxxxx Xxxxxxx, Franklin District Court, Case Number 18CR######-###), which contains confidential information related to Plaintiff.

7.    Attached as **Exhibit F** is a true and correct copy of Defendants' Trial Exhibit D-4134 (Franklin County Sheriff's Office Records with Certificate of Custodian, XXxxxxxx-FCSO-00001 - XXxxxxxx-FCSO-00006), which contains confidential information related to Plaintiff.

1

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EVIDENCE RE MR. RICHARDSON'S 25-YEAR-OLD MISDEMEANOR

Case No. 3:23-md-03084-CRB (LJC)

8.    Attached as **Exhibit G** is a true and correct copy of the 2019-2020 Uber U.S. Safety Report.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 15, 2026, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

2

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EVIDENCE RE MR. RICHARDSON'S 25-YEAR-OLD MISDEMEANOR

Case No. 3:23-md-03084-CRB (LJC)