# EXHIBIT G

2019–2020

# US Safety Report



Uber Technologies, Inc.
San Francisco, CA
Published: June 30, 2022

Disclaimer: The data included in this report is being provided for informational purposes only and reflects incidents reported to Uber in numerous ways, as discussed further herein. The data consists of reported incidents that allegedly occurred in connection with (as defined here) an Uber-facilitated trip, and includes such reports even if there is no allegation against a rider or driver connected with the trip. Given the limitations described herein, the report does not assess or take any position on whether any of the reported incidents actually occurred, in whole or in part. Accordingly, no data, analysis, statement, representation, or other content contained in this report can be relied upon by any party for any other purpose. This report is issued as of the publication date listed above. Uber has undertaken reasonable efforts to ensure that the data, analysis, statements, representations, and other content contained in this report are accurate as of the publication date, and will not update the report or its contents after such publication date.

# Table of contents

4        Terms used in this report

6        Foreword

7        An introduction letter

9        Executive summary

19       Safety investments

37       Uber's scale in the United States

38       Methodology

48       Data insights

48           Motor vehicle fatalities

54           Fatal physical assaults

56           Sexual assault

67       Conclusion

68       Appendices

68           I. RALIANCE: External validation of Sexual Misconduct and Violence Taxonomy for Uber

71           II. GHSA: Independent validation of Uber's methodology for analyzing fatal crashes

73           III. Sexual Misconduct and Violence Taxonomy

75           IV. Determining which reported safety incidents are Uber-related

# Terms used in this report

**Audit function (or audit process)**
Uber's data-quality assurance process, which is designed to ensure data classification accuracy, reliability, and consistency across all safety incident reports.

**FARS**
The Fatality Analysis Reporting System. Operated by the National Highway Traffic Safety Administration (NHTSA), FARS is a nationwide census of fatal traffic crashes within the 50 states, the District of Columbia, and Puerto Rico.

**Pedalcyclist**
Pedalcyclist is a term that NHTSA defines as "bicyclists and other cyclists including riders of two-wheel, non-motorized vehicles, tricycles, and unicycles powered solely by pedals." For this report, we have chosen to use the word "bicyclist" or "scooter rider."

**Relevant facts**
During the incident-report review process, safety support agents may gather relevant facts that may aid in the ultimate resolution of a report. These relevant facts may include but are not limited to: GPS information, trip timestamps, and any additional information provided to Uber, such as dashcam, phone, audio recordings, or screenshots of text conversations. Although these pieces of information can be useful, they are not necessary for an accused party's account to be removed from the platform. We rely heavily on a survivor's statement of experience.

**Ridesharing (or rideshare platform)**
For the purposes of this report, the Uber rideshare platform involves peer-to-peer ride services inclusive of but not limited to Uber Pool/UberX Share, UberX, Uber Black, Uber Black SUV, and UberXL. It also includes ride services in markets where professional rideshare drivers are commercially licensed (such as New York City).

**Safety support agent(s)**
Customer support personnel at Uber who are tasked with handling and responding to reported safety incidents and actioning user accounts as necessary.

**Sexual assault**
Based on the Sexual Misconduct and Violence Taxonomy, which provides a structure of consistent classification of reports of sexual violence, sexual assault is defined as any physical or attempted physical contact that is reported to be sexual in nature and without consent. This can include incidents within the taxonomy ranging from attempted touching of a non-sexual body part (e.g., a user trying to touch a person's shoulder in a sexual/romantic way) to non-consensual sexual penetration. (For further sexual assault categories and their definitions, please see [Appendix III: Sexual Misconduct and Violence Taxonomy](#)).

**Sexual misconduct**
The Sexual Misconduct and Violence Taxonomy defines sexual misconduct as non-physical conduct (verbal or staring) of a sexual nature that happens without consent or has the effect of threatening or intimidating a user against whom such conduct is directed. This can include incidents within the taxonomy ranging from staring/leering to verbal threat of sexual assault. (For further sexual misconduct categories and their definitions, please see [Appendix III: Sexual Misconduct and Violence Taxonomy](#).)

**Statement of experience**
During the case-review process, specialized safety support agents aim to speak directly with the reporter or survivor to obtain a firsthand account on the details of their reported incident. In cases where a survivor is not able or willing to provide that statement of experience, Uber considers all other relevant facts obtained during the review.

**Taxonomy**
A system used for incident categorization. Uber's Safety Taxonomy is used to categorize safety incidents for proper agent routing, support protocol design, data tracking, and other purposes. The Sexual Misconduct and Violence Taxonomy, developed in partnership with RALIANCE, the National Sexual Violence Resource Center (NSVRC), and the Urban Institute, is used in this report to identify, categorize, and count sexually violent behaviors. In total, the taxonomy includes 21 categories of sexual misconduct and sexual assault behaviors. Data from the 5 most serious sexual assault categories in this taxonomy are presented in this report.

**Third party**

Any person who is not a driver, rider account holder, or guest rider involved in a reported safety incident.

**User**

Any person using the Uber platform. For the purposes of this report, it pertains specifically to drivers and riders.

**Victim/Survivor**

We've learned from safety advocates that people impacted by sexual violence may identify in many ways, which can be deeply personal to the individual. In an effort to be inclusive and to ensure that all people impacted by sexual violence can identify with the language used in this report, Uber has chosen to use the terms victim and survivor throughout this report. Both terms are intended to refer to a person who has experienced any type of sexual misconduct or sexual assault.

**Vulnerable road user**

The term vulnerable road user encompasses any road user who is unprotected by an outside shield (like a vehicle), and therefore at great risk of injury or fatality. For the purposes of this report, the term vulnerable road user includes pedestrians, bicyclists, motorcyclists, and users of any other micromobility vehicles, such as scooters.

# Foreword

## Safety Advisory Board members

**Dr. Indira Henard**, Executive Director, DC Rape Crisis Center, and **Dr. T. Bella Dinh-Zarr**, former Vice Chairman and Acting Chairman of the National Transportation Safety Board (NTSB)



Dr. Indira Henard



Dr. T. Bella Dinh-Zarr

We welcome the publication of Uber's second Safety Report. Reporting on critical safety incidents is never easy, but it is the right thing to do.

Through our work advocating for safety—across public safety, road safety, and supporting survivors of sexual assault—we know the importance of data transparency. Reports like this help us all better understand the scope of these issues, provide us with the data needed to work together on solutions, and keep companies accountable.

Uber was the first company to take a stand of this kind, voluntarily publishing its first US Safety Report in December 2019. This represented a turning point in corporate transparency. In general, companies have been reluctant to share this information, especially when it comes to sexual assault. We know sexual harrassment and abuse can happen in any setting, but all too often it is kept secret.

This report covers a turbulent time for society. National safety statistics speak for themselves: A 2019 national study found that 81% of women and 43% of men report experiencing some form of sexual harassment and/or assault in their lifetime. Violent crime tragically took more lives in the US in 2020 than in the past 20 years, and 2020 was also the deadliest year on US roadways in more than a decade. During this time, we also entered into a global pandemic that amplified these issues and more. As safety advocates, we have seen the impact firsthand.

Rape crisis centers and shelters across the country continue to be on the frontlines of the COVID-19 pandemic. At the DC Rape Crisis Center, the oldest rape crisis center in the country, we are seeing a continued increase in requests for services for survivors of sexual assault, specifically survivors who represent marginalized communities and are disproportionately impacted by both the COVID-19 pandemic and sexual violence. In order to maintain a high response level during this unprecedented time, we turned to Uber to help us meet the needs of our survivor community. We are grateful that Uber was able to provide rides for survivors seeking life-saving services. To that end, it is vital that companies do their part to help disrupt gender-based violence by developing partnerships and standing with organizations like the DC Rape Crisis Center in difficult times.

The devastating effects of traffic crashes were also felt across the country, with an increase in pedestrian and bicycle deaths as well as deaths due to speeding, impairment, and lack of seat belt use. We know it takes a multidisciplinary Safe System Approach to make our roads safer for everyone, and Uber is trying to do its part. Independent studies have shown Uber's direct impact on reducing drunk driving, saving hundreds of lives in 2019 alone. It takes a broad coalition to tackle this epidemic of traffic deaths, and we're pleased Uber is joining advocates and city leaders in supporting Vision Zero efforts throughout the country.

The safety enhancements Uber is making are having a practical, on-the-ground impact in the lives of millions, especially in their support for victims and survivors. We're pleased to see the expanded commitments Uber has made to support survivors through their Survivor Resource Hotline and Fund and the Families for Safe Streets partnership, and for their investment in impaired-driving prevention and organizations that work to end gender-based violence.

Our hope is that more companies follow Uber's lead and commit to being transparent about critical safety incidents. Silence on these issues doesn't mean a company or organization is safe; instead it points to a lack of transparency and willingness to engage. We know from years of experience advocating for change that it doesn't come until companies are honest with themselves, their customers, and the public.

# Uber

**An introduction letter from the desk of Tony West, Chief Legal Officer, Uber**



In December 2019, Uber became the first in our industry to proactively release a comprehensive U.S. Safety Report detailing our safety-related policies and processes, as well as data on the most serious safety incidents reported on our platform.

The report, validated by third-party experts, was part of Uber's larger efforts to drive a new approach to safety in the rideshare industry and set a new standard for corporate transparency.

Since then, no one could have predicted how drastically the world and everyone's lives would change. A global pandemic. A racial reckoning. A complete shift in how we work. Everything we knew to be true was turned upside down in ways that were both challenging and thought-provoking.

Despite the extreme impact of the pandemic on our business, Uber remained steadfast in following through on the safety commitments we had made—and building on them—by:

- Pioneering innovative safety features in the app such as Text-to-911, On-Trip Reporting and Seat Belt Alerts.
- Creating the Industry Sharing Safety Program with Lyft to share driver account deactivation information related to serious safety incidents with Lyft and other platforms.
- Establishing the Uber Survivor Resources Hotline & Fund administered by experts from RAINN.
- Developing and deploying safety education to drivers all over the country.
- Introducing new standards and mask verification technology to prioritize health and safety in the face of COVID-19.

Today we are delivering on yet another commitment by releasing our second U.S. Safety Report, with data that continues to show that the vast majority of trips on Uber–more than 99.9%--are completed without any safety report at all. But we know that each incident included in this report affects a real person. Behind every data point is a personal experience, and sometimes pain and loss, that must be acknowledged. That's why we continue to invest in safety, building new features to help prevent incidents and challenging the entire industry to raise the safety bar.

Because this Safety Report covers the years 2019 and 2020, it reflects the impact of COVID-19 on our business and trends across the country. In early 2020, when COVID-19 began sweeping the globe, Uber encouraged users to stay home. Rides decreased as much as 80% as people limited their travel to essential trips.

Although the impact of COVID-19 on sexual assault generally remains unclear, data from various federal sources shows a significant increase in violent crime during the pandemic, including murder, which according to the CDC increased nearly 30% in 2020. Government data also revealed that 2020 was the deadliest year on American roads since 2007 as a result of a rise in risky behaviors such as drunk driving, speeding, and not wearing a seat belt. Uber's platform was not immune to those broader trends.

As our report shows, Uber received 3,824 reports across the five most severe categories of sexual assault and misconduct. Compared to the first Safety Report, which covered 2017 and 2018, the rate of sexual assault reported on the Uber app decreased by 38%.

# Uber

Similar to our first report, Uber's motor vehicle fatality rate is still half the national average. Consistent with national trends, more than half of the motor vehicle fatalities highlighted in this report include at least one risky behavior, such as impairment or speeding—and 94% were related to third-party drivers. Third parties were also the accused party in the majority of physical assault fatalities.

We have used the same clear principle to guide our transparency efforts and publication of this second safety report: secrecy doesn't make anyone safer. By sharing our safety record, we can help end the silence surrounding issues like gender-based violence that remain far too common in our society, and help improve safety for all.

We wouldn't be where we are today without the guidance and support of experts and advocacy groups. We are thankful for the opportunity to listen, to learn, and to partner with people from around the world. They continue to guide our safety journey and help us create many of the policies and processes we have in place today.

To be clear, disclosing our safety data doesn't mean Uber's platform is less safe—it means we're being more honest about the rare safety incidents that do occur. Most companies won't talk about these tough issues, but pretending they don't exist only leaves everyone less safe. So we hope stakeholders, regulators and others will recognize, support and encourage proactive transparency efforts—not blunt them.

We want Uber to be the safest way to go anywhere and get anything, and we'll continue to lead by taking an expert-driven, action-oriented, and transparent approach. And because safety should never be proprietary, we'll encourage others to be more open themselves and to work together to improve safety for our industry and beyond.


Sincerely,

Tony West
Chief Legal Officer, Uber

# Executive summary

At Uber, we embed safety into everything that we do. We're committed to making Uber safer for everyone using the platform. Since 2017, we've doubled the size of our Safety team, made safety a core company value, and continued our investment in new safety technologies and features.

We've consistently raised the bar on safety for the industry by embracing an expert-driven, action-oriented, and transparent approach while holding ourselves accountable to the commitments we've made.

**Leading on safety means being transparent about safety incidents that happen on our platform**. This is why we released an industry-first US Safety Report in 2019 to track our progress, drive accountability, and strengthen safety on our platform and beyond. Our first Safety Report covered the years 2017 and 2018. This report, our second, looks at 2019 and 2020.

In this report we share the most serious incidents that occur on our rideshare platform in the US: motor vehicle fatalities, physical assault fatalities, and sexual assaults. Though critical safety incidents on our platform are, statistically, extremely rare—**99.9% of Uber trips ended without any safety-related issue at all**—even one critical incident is one too many, as it reflects the experience of an individual using Uber.

Our platform is not immune to deeply ingrained societal issues such as sexual assault, or to significant shifts in national trends, such as the increases in homicides and fatal motor vehicle crashes that were observed during the COVID-19 pandemic. These issues are bigger than Uber, and ultimately our platform reflects the world in which we operate.

Over the following pages, we cover Uber's investments in safety, our scale, the methodology used for this report, and the serious safety incident data. We are transparent in sharing what we learn and which steps we're taking to improve safety on our platform because we believe it can make an impact well beyond our own company.

## Safety investments

Uber's work on safety is never done. We are continuously investing and innovating to enhance the safety of our platform for all users, riders and drivers alike.

**Uber's approach to safety focuses on 4 key pillars:**

1. **Platform access:** Elevate industry standards with clear platform protocols, strong governance, and robust screening technology.
2. **Product experience:** Strive to help reduce safety incidents by building new technology solutions as a core part of the app.
3. **Support and response:** Support riders and drivers with empathy and care in times of need.
4. **Partnering with experts and advocates:** Ensure that Uber's safety approach is guided by expert and advocate advice as part of our commitment to building trust with the people and communities we serve.

# Access to the platform

Uber continues to prioritize robust screening processes and technology to help strengthen the safety of our platform, and we're proud to have applied innovative technology to enhance our overall screening initiatives as outlined below. Every US driver undergoes a thorough screening before their first trip. This includes a motor vehicle records (MVR) review[1] and a criminal history background check. In 2019-2020, more than 500,000 prospective drivers[2] did not make it through Uber's screening process.

In addition, Uber reruns criminal and motor vehicle checks each year, regardless of whether there is a statute or regulation requiring us to do so. We use technology to continuously check new criminal records and, as of the publication of this report, **more than 80,000 drivers have been removed from the app** due to continuous checks.

We believe everyone has the right to a safe experience while using Uber. Everyone who uses the app must commit to adhering to Uber's Community Guidelines, which are centered on 3 key principles: treating everyone with respect, helping to keep one another safe, and following the law.

---

# Safety product experience

We have long set the standard for platform safety technology. Our core safety features include:

 **The Safety Toolkit**, a single spot in the app where drivers and riders can access safety features during their trip.

 **In-app Emergency Button**, which connects riders and drivers directly to 911 with the push of a button and, where available, allows users to text 911.

 **Phone number and address anonymization**, which hides the personal details between riders and drivers.

 **Share My Trip/Follow My Ride**, which allow riders and drivers to share their trip with designated loved ones who can follow their trip in real time.

 **Speed Limit Alerts and Driving-Hours Tool**, which help reduce speeding and fatigued driving.

 **RideCheck** can detect rare events such as long stops, unexpected routes, or possible vehicle crashes and send a notification to riders and drivers to see if all is well. The app also provides tools they can use to get help if needed.

Since the publication of our last report, we have continued to innovate and launch new safety features for riders and drivers. A full list of new features is included in the "Safety investments" section. Highlights include:

- **Verify My Ride:** Riders can opt in to receiving a unique 4-digit PIN before each trip, which they provide verbally to their driver, who needs to enter it into their app to start the trip.
- **On-Trip Reporting:** This feature allows riders to discreetly report a non-emergency safety issue during a trip.
- **Rider Seat Belt Alerts:** To improve adoption of rear seat-belt use, we began rolling out Rider Seat Belt Alerts to prompt riders to take this lifesaving step. After a driver starts the trip, an audio tone will be emitted from the driver's phone and riders will receive a push notification reminding them to buckle up.
- **Audio Recording:** We began piloting a new Audio Recording feature that allows drivers and riders to record audio during a trip. Any recorded content is encrypted on the phone so that no one can access it without permission. Uber can only access it if the user reports a safety incident and includes the audio file.
- **Rider Verification:** Riders who try to set up a new account with an anonymous form of payment, such as a prepaid gift card, are required to upload an ID, which undergoes a series of validity checks. These additional verification requirements can act as a deterrent to those who are trying to use the app for theft or to harm drivers.

---

1. In New York City, the MVR screening is conducted through the NYC Taxi and Limousine Commission (TLC). The TLC driver licensing process is separate from the process described here.

2. Prospective drivers are defined as drivers who consented to a background check in 2019-2020 as part of the signup process to drive on the Uber platform.

# Support and response

At Uber, we're committed to supporting riders and drivers with empathy and care in times of need.

## Reporting channels and response teams

Uber receives and proactively gathers safety incident reports from more than 10 different channels, including the app, our critical safety line, social media, and law enforcement. We encourage feedback and reporting, even though this increases the total number of safety reports we receive and need to manage, because it shows us the reality of our users' experiences and helps us improve our safety processes and policies.

All potential safety-related reports are manually reviewed by teams of specialized customer support agents for proper adjudication. When our support teams receive safety-related reports, they are triaged and classified by agents based on the description given by the reporting party, and appropriate action is then taken in each and every case.

> If anything happens, 24/7 support is available in the app from a specialized team of Uber agents who are trained to handle sensitive reports.

## Approaching safety deactivations

A comprehensive, robust response to safety deactivations is a core part of our work to help reduce serious interpersonal-incident and crash rates—no rider or driver is deactivated from Uber for a safety report without a human review. Uber's Safety team handles a wide range of incidents, and there is no one-size-fits-all approach to managing them. While a single serious safety incident can be grounds for a rider or driver deactivation,[3] the vast majority of reported incidents are less severe behaviors which may not warrant immediate removal from the platform, such as a single complaint about driving. These reports do, however, warrant further examination of the user's past behavior, and our systems are constantly working to identify patterns of potentially risky behavior.

## Sexual assault standards

Uber does not tolerate sexual assault or sexual misconduct. We take all allegations of sexual assault and sexual misconduct by our users extremely seriously and work to take appropriate action on every report quickly and fairly.

Our approach is grounded in learnings from our partnerships with groups, experts, and organizations that advocate against gender-based violence. The core tenets of our approach are to remove requirements of conclusivity, corroboration, and survivor "credibility" when determining whether to ban the accused party from Uber's app.

## Connecting survivors to advocates

We partnered with RAINN (Rape, Abuse & Incest National Network), to provide a dedicated Survivor Resources Hotline offering immediate, confidential, and trauma-informed support for survivors reporting critical sexual assault incidents related to the Uber app in the United States. RAINN specialists also help facilitate assistance through a support fund created by Uber to provide resources such as trauma-informed counseling and other means of support.

## Working with law enforcement

Uber is committed to working closely with law enforcement officials to promote safety within our communities. We have a dedicated global Public Safety Liaison team made up of former law enforcement professionals who work to proactively partner with law enforcement and educate them about how Uber can assist during an emergency or investigation.

---

3. Deactivation refers to the specific Uber account that was being used during the safety incident(s) that led to removal. For example, if a driver is flagged by Uber's system and subsequently deactivated for unsafe driving, they may still be allowed to ride with Uber using the rider app.

## Partnerships and preventative initiatives

We have engaged with hundreds of advocacy organizations worldwide, including women's safety groups, road safety organizations, and crime-prevention organizations to ensure we incorporate their perspectives and follow best practices. We are proud to have worked with partners to develop impactful programs and initiatives, including those highlighted below.

**Drunk-driving prevention**
Since 2012, we have partnered with Mothers Against Drunk Driving (MADD) to reduce drunk driving throughout the country. Last year we launched a first-of-its kind coalition with MADD and Anheuser-Busch to raise awareness and ultimately shift behavior when it comes to drinking and driving. Together we reached tens of millions of people with our "Decide to Ride" campaign and provided discounted rides. In addition, we partnered with the Governors Highway Safety Association (GHSA) to support impaired-driving prevention efforts in states across the country.

**"Return to the Road" safety education**
In 2020, we convened a coalition of road safety advocates to help address the growing national crisis of increased traffic fatalities during COVID-19, due in large part to increased speeding and impaired driving. We partnered with GHSA, the National Safety Council, MADD, and the League of American Bicyclists to create and disseminate educational tips to help address top road safety issues during the pandemic.

**Sexual misconduct education**
In partnership with RAINN, a national anti-sexual-violence organization, we developed and launched comprehensive sexual misconduct education for drivers in the US, led by real drivers. These video modules cover a wide range of topics, including respecting privacy and personal space, conversational boundaries, and sexual assault awareness and bystander intervention; they also offer resources and strategies for promoting safety on the Uber app.

**Driving Change initiative**
Since 2017, Uber's Driving Change initiative has provided funding to organizations working to prevent, address, and respond to gender-based violence. This funding has supported the critical work of organizations working to eliminate gender-based violence, including those that are survivor-led and that provide culturally specific resources and support to communities. This work includes initiatives like NO MORE's #DontStandBy bystander awareness campaign and Rise's Survivor Safe Haven project.

**Industry Safety Sharing Program**
When we published our first US Safety Report, we committed to finding a way to share deactivation[4] data with other rideshare companies. In 2021, we made good on that promise, launching the Industry Safety Sharing Program. This initiative enables companies to exchange basic information about drivers who have been deactivated for serious sexual assault or physical assault fatalities to help prevent these individuals from operating on another platform.

## COVID-19 response

Our longstanding commitment to safety meant Uber was well positioned to respond quickly when the COVID-19 pandemic first emerged and brought our lives to a standstill. Our teams quickly pivoted to focus on public health and worked to support the safety and well-being of our users and the cities and communities we serve. We led the industry in mobilizing our technology and resources to support riders, drivers, and cities[5] by doing the following:

- **We launched a redesign of the Uber app experience with health and safety in mind.** This included implementing a "no mask, no ride" policy in May 2020 with mask verification technology, and launching pre-trip COVID-19 checklists.

---

4. Deactivation refers to the specific Uber account that was being used during the safety incident(s) that led to removal. For example, if a driver is flagged by Uber's system and subsequently deactivated for unsafe driving, they may still be allowed to ride with Uber using the rider app.

5. Our COVID-19 safety responses are grounded in public health and governmental guidance. As governments have lifted requirements such as masking, we have evolved our policies to align with them.

- **We supported drivers to help them stay safe.** We allocated $50 million globally to provide drivers with health safety supplies, sending over 30 million masks, wipes, and bottles of sanitizer to more than 2.5 million earners. We also created a financial assistance policy for drivers affected by COVID-19, with drivers receiving more than $40 million globally.[6]

- **We helped people get to and from vaccine appointments once COVID-19 vaccines were available.** We committed 10 million free or discounted rides to help ensure that lack of transportation didn't prevent anyone from getting the vaccine. We also worked with the White House to donate free rides (up to $25) to and from vaccine appointments for all Americans.

## What's next for safety at Uber?

We're committed to creating safer communities for everyone who uses Uber, as well as thinking about Uber's broader societal impact when it comes to safety. We'll continue to invest in the following ways:

**Safety reporting**
With the publication of this report, we are continuing with our commitment to transparency by reporting on the most serious safety incidents that occur on our platform. As we said when we released our last report, secrecy doesn't make anyone safer, and we encourage other companies to follow suit.

**Supporting driver safety**
We remain as committed as ever to the safety of the drivers who use our platform to earn. Since our last report, we've used our technology and scale to support drivers with, for example, new features like Rider Verification, Audio Recording, and Dashcam Registration. Looking forward, we'll continue to expand these efforts while also listening to and incorporating driver feedback as we design new features and initiatives centered around their safety.

**Preventing drunk driving**
Independent research shows Uber's direct role in reducing drunk driving. In the coming year, we're doubling our efforts on drunk-driving prevention by dedicating an additional $1 million to the cause.

**Supporting Vision Zero efforts**
Cities around the world have signed on to Vision Zero, a commitment to eliminating all traffic fatalities by taking a holistic Safe System approach to road safety. We believe that private companies are critical partners in achieving Vision Zero, and we are committed to supporting Vision Zero efforts in cities across the country.

**Continuing the fight against gender-based violence**
Uber's partnerships with advocates and experts to improve women's safety and address societal issues of gender-based violence will continue in 2022 and beyond, with a renewed focus on equity, survivor-informed initiatives, and supporting women who earn on our platform.

**Expanding support to survivors and victims**
We're expanding our existing survivor support fund (launched in 2020 in partnership with RAINN) to give survivors increased flexibility and choice in how they use the resources made available to them through this fund. We'll also help families of crash victims access support and resources through a new partnership we're launching with Families for Safe Streets, a nonprofit run by volunteers who have lost loved ones in traffic crashes.

---

6. See the "Safety investments, COVID-19 response" section for more detail.

# Uber scale

When interpreting safety data, it is important to understand Uber's scale. For the purposes of this report, we examine data from 2019 and 2020, a time in which the world experienced devastating impacts from the COVID-19 pandemic. Compared with 2019, the number of trips taken with Uber decreased by as much as 80% in April 2020.[7]

With this significant shift, an average of almost 3 million trips took place each day in the US over the 2019-2020 period. **The vast majority (99.9%) of Uber trips in 2019-2020 ended without any safety-related issue at all, similar to our first report.**

> 99.9% of Uber trips end without any safety-related issue at all.

For example, for trips in 2019 and 2020:

- **1%** of trips had a support request of any kind, most frequently for issues such as lost items, refunds, or route feedback
- **0.1%** of trips had a support request for a safety-related concern, and the majority of those concerns were about less-severe safety issues such as complaints about driving or a verbal argument
- **0.0002%** of trips had a report of a critical safety incident, which are the incidents referenced in this report

---

# Methodology

In this report, we share information about 3 categories of critical safety incidents that were reported to occur in connection with the Uber rideshare platform[8] in the United States[9] from January 1, 2019, through December 31, 2020:

- Motor vehicle fatalities
- Fatal physical assault
- Sexual assault (further detailed in 5 subcategories)
    - Non-consensual sexual penetration
    - Non-consensual kissing of a sexual body part
    - Non-consensual touching of a sexual body part
    - Attempted non-consensual sexual penetration
    - Non-consensual kissing of a non-sexual body part

Our approach to safety data in this report is consistent with our first Safety Report, and prioritizes data accuracy, reliability, and consistency. We also continue to work with RALIANCE, a sexual violence prevention expert, and Governors Highway Safety Association (GHSA), a road safety advocate organization, to maintain high levels of data integrity and classification. As part of our commitment to fulsome reporting, our methodology is inclusive of reports even if there is no allegation against a rider or driver connected with the Uber-facilitated trip.

## Motor vehicle methodology

As with our first Safety Report, we have aligned our standards with NHTSA's Fatality Analysis Reporting System (FARS), the national standard for motor vehicle fatality data.

For a fatal motor vehicle crash to be included in this Safety Report, the crash must have involved the vehicle of at least one driver using the Uber platform and the death of at least one person within 30 days of the crash. Fatal crashes are included in this report regardless of whether the deceased party was an Uber user or whether a driver using the Uber platform or their vehicle was the cause of the crash.

---

7. "Uber Q1 2020 Earnings Conference Call," Uber webcast, 5:50, (May 7, 2020), investor.uber.com/news-events/events-and-presentations/event-details/2020/Uber-Q1-2020-Earnings-Conference-Call/default.aspx
8. For the purposes of this report, the Uber rideshare platform involves peer-to-peer ride services including, but not limited to, Uber Black, Uber Black SUV, Uber Pool, UberX, and UberXL. It also includes ride services in markets where professional rideshare drivers are commercially licensed (such as New York City).
9. Excludes US territories.

The Uber-related[10] vehicle miles traveled (VMT) in this report are based on the miles driven during trips and while a driver was on the way to a rider's pickup location (calculated using GPS data). This helps align with national statistics, which use VMT as the denominator (specifically, per 100 million VMT) in calculating a motor vehicle fatality rate.[11]

## Fatal physical assault methodology

This report includes physical assault incidents that resulted in one or more fatalities. In order for a fatal physical assault incident to be established as Uber-related for the purposes of this report, one or more of the following must be true:

- The incident involved at least one person on an Uber-facilitated trip,[12] not necessarily with parties paired by the Uber app[13]
- The incident occurred between parties that were paired by the Uber app, and it occurred within 48 hours[14] of the trip's completion

## Sexual assault methodology

We take very seriously the responsibility of accurately and consistently classifying reports of sexual violence. Unlike the other safety incident categories in this report, there was no common definition for sexual assault and misconduct. We partnered with safety advocates and experts in 2018 to develop the Sexual Misconduct and Violence Taxonomy to better understand and document the reality of unwanted sexual experiences.[15] The taxonomy is open source, which means that it can be used by other companies and organizations. We continue to use this taxonomy today and we believe it is important to have a standardized tool that corporations can use to consistently classify reports of sexual violence.

In order for a sexual assault to be established as Uber-related for purposes of data classification for this report, one or more of the following must be true:

- The incident occurred during an active Uber-facilitated trip,[16] not necessarily with parties paired by the Uber app
- The incident occurred between parties that were paired by the Uber app, and it occurred within 48 hours[17] of the trip's completion

It is important to note that the data prepared and presented in this report comes from initial reports from our users or a third party, and as such represents the number of reports of sexual violence, but does not reflect the number of actual occurrences. Uber uses a survivor-centered approach in our review process, which means that we trust survivors and do not require them to "prove" that they have experienced harm. In an effort to be as overinclusive as possible while also respecting the agency of survivors, we include data about reports that were later withdrawn[18] (but not disaffirmed) by survivors.

## Data quality

As explained in depth in our 2019 Safety Report, categorizing unwanted sexual experiences remains a challenge even among experts. Prioritizing and reporting on just the most severe categories helps us maintain a higher level of classification accuracy and reliability and is consistent with our previous report.

---

10. "Uber-related" or "relation to the Uber platform" is a reference to how the data was classified and applies for the purposes of this Safety Report only.

11. "Glossary of Highway Safety Terms and Definitions," National Highway Traffic Safety Administration (accessed May 3, 2022), nhtsa.gov/resources-guide/glossary-highway-safety-terms-and-definitions#s-z-29531.

12. For the purposes of fatal physical assault data classification for this report, Uber defines a trip for drivers as beginning when the driver has accepted the trip request in the app and is on the way to the rider's pickup location. For riders, a trip begins once they are picked up by their driver. In the exceedingly rare case that a driver was involved in a fatal physical assault incident while on the way to the rider's pickup location, this would be included in the data set.

13. A physical assault fatality does not need to be between persons on an Uber-facilitated trip. For example, a shooting by a third party outside of the vehicle towards the vehicle that leads to a fatality of an occupant is included in our report.

14. Incidents between parties paired by the Uber app may occur after the trip has ended. In general, post-trip incidents happen either immediately after the trip has ended or within a few hours of the trip's end. For audit consistency, and to err on the side of overinclusion, we determined that 48 hours is an auditable standard and adopted it for the purposes of this report only.

15. "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault," Raliance (2018), https://www.raliance.org/wp-content/uploads/2018/11/helping-industries.pdf.

16. For the purposes of sexual assault data classification for this report, Uber defines an active trip for drivers as beginning when the driver has accepted the trip request in the app and is on the way to the rider's pickup location. For riders, an active trip begins once they are picked up by their driver. In the exceedingly rare case that a driver was sexually assaulted by a third party while on the way to the rider's pickup location, this would be included in the data set.

17. Incidents between parties paired by the Uber app may occur after the trip has ended. In general, post-trip incidents happen either immediately after the trip has ended or within a few hours of the trip's end. For audit consistency, and to err on the side of overinclusion, we determined that 48 hours is an auditable standard and adopted it for the purposes of this report only.

18. We know that survivors of sexual violence may withdraw their reports or refuse to pursue them further for any number of personal reasons.

The sexual assault categories included in this Safety Report prioritize:

- Reporting the most serious categories of sexual assault outlined in the taxonomy
- Maintaining a high degree of confidence and consistency in the quality of the overall data set
- Aligning as far as possible with types of sexual assault that are already published in external research and national estimates[19]

To this end, as with our first report, we set aggregated classification confidence benchmarks of 85% as minimum for sexual assault and 99% for all fatalities (see the "Methodology" section).

## Data auditing process

Uber conducts an extensive internal data auditing process on the most serious safety incidents to maintain the data and statistical rigor for producing accurate data for this Safety Report.

Similar to the audit function introduced in our first report, this process is run by our specialized auditing team, which is dedicated to checking and confirming the classification of safety incident reports after they are first categorized and investigated by our frontline agents. We use the same quality controls, including a curriculum and certification process for auditors, to gain confidence in the results of our internal audit.

While this auditing process was initially developed to prepare for our first Safety Report, these standards, performance benchmarks, and processes remain active so we can maintain high levels of data quality.

## Limitations of Uber safety incident data

We recognize that this data and our user base are neither a representative national sample nor, necessarily, a representation of the size or scope of sexual assaults, motor vehicle fatalities, or fatal physical assaults in other contexts. In addition, COVID-19's impact on how society moved affected how, where, and when people used Uber, which makes yearly comparisons a challenge without contextualizing the safety incident rates of the public at large.

# Data insights

We report the most serious incidents that occur on our rideshare platform in the US: motor vehicle fatalities, physical assault fatalities, and sexual assaults. While these incidents on our platform are extremely rare, even one is one too many. They each reflect an intensely tragic and traumatizing experience of an individual using Uber.

Uber ultimately reflects the world in which we operate. Societal issues, national trends, and impacts of major events like a pandemic are also seen on our platform. In the early days of COVID-19, cities ground to a halt, with most people traveling only to meet essential needs. These trends were reflected on the Uber platform, where trips decreased. With the closure of nighttime venues like bars and nightclubs, the number of these types of trips also dropped.

## Motor vehicle fatalities[20]

The year 2020 saw the highest number of motor vehicle fatalities since 2007 and the highest increase in the fatality rate on record.[21] NHTSA attributes the dramatic increase in deaths in 2020 to a rise in 3 risky behaviors in particular: alcohol-involved fatalities (+14%), unbuckled occupant fatalities (+14%), and speeding related fatalities (+17%),[22] due in large part to less congestion on the roadways.

---

19. The categories of incidents we're reporting align with the forms of sexual assault already collected and reported by the National Intimate Partner and Sexual Violence Survey (NISVS) administered through the Centers for Disease Control (CDC). NISVS is an ongoing survey that collects the most current and comprehensive national- and state-level data on intimate partner violence, sexual violence, and stalking victimization in the US.

20. Uber occasionally receives notice of a possible safety incident well after the trip was taken (sometimes years after). This is extremely rare for fatalities, but for this reason the data may change over time. The motor vehicle data presented in this report includes incident reports reported on or before April 15, 2022. The motor vehicle data in this report reconciled to the 2020 FARS release published March 2, 2022.

21. "Overview of Motor Vehicle Crashes in 2020," National Highway Traffic Safety Administration (March 2022), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813266.

22. "Overview of Motor Vehicle Crashes in 2020," National Highway Traffic Safety Administration (March 2022), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813266.

Uber operates on the same streets as everyone else, and we are not immune to the national road safety trends. Overall, motor vehicle fatalities per VMT increased by 7% from 2017-2018 to 2019-2020, in line with a 6% increase nationally comparing the same sets of years.[23] **The motor vehicle fatality rate connected with the Uber platform in both 2019 and 2020 is about half the national average, similar to our first report**.

Half of the fatalities connected to the Uber app in 2019-2020 involved at least one risky driving behavior, such as alcohol impairment, speeding, or wrong-way driving[24]—**94% were the result of such behaviors by third-party drivers**. While there was a marked increase in risky driving by third parties, these trends were not evident among drivers[25] using the Uber app.

High-level findings in 2019-2020 include:

- 101 individual motor vehicle fatalities occurred across 91 fatal Uber-related crashes[26]
    - This accounts for approximately 0.000005% of total trips or one in 20,000,000 trips
- 32% (n=32) of fatalities involved at least one vehicle that was speeding
    - 91% (n=29) were third-party drivers
- 23% (n=23) of fatalities involved an alcohol-impaired driver
    - 100% were third-party drivers
- 15% (n=15) of fatalities involved a driver driving the wrong way[27]
    - 100% were third-party drivers
- 13% (n=9) of occupant fatalities involved an unbuckled third-party driver
- 15% (n=11) of occupant fatalities involved an unbuckled rider using the Uber platform
- 42% (n=42) of fatalities were vulnerable road users; 64% (n=27) of those fatalities were pedestrians, 29% (n=12) were third-party motorcyclists, and 7% (n=3) were bicyclists or scooter riders
    - Of the pedestrian fatalities, the majority were on larger roadways such as interstates and principal arterial roads and not at a crosswalk or intersection

## Fatal physical assault[28]

In 2020, more lives were tragically lost to violent crime in the United States than in any other year over the last 2 decades.[29] According to CDC data, 24,576 people died due to homicide in the US in 2020.[30] This represents a 30% increase from 2019—the largest single-year increase in more than a century.[31] It is critical to acknowledge that numbers alone are unable to capture the devastating impact of these incidents on families and communities.

In 2019 and 2020, 20 fatalities were reported in a total of 19 physical assault incidents in relation to Uber.[32] Of these fatalities, 75% (n=15) were riders using the Uber app, and 25% (n=5) were drivers using the Uber app. This accounts for approximately 0.000001% of total trips, or one in 100,000,000 trips. Overall, we observed an increase of 18% from 2017-2018 to 2019-2020, in line with the increase in national homicide fatalities.

---

23. Derived from the calculated fields in the "Data insights" section - see Table 1.

24. Alcohol impairment, speeding, wrong-way and other data elements in this report regarding Uber-related fatal crashes are derived from FARS data pulled from NHTSA's Fatality and Injury Reporting System Tool (FIRST) at cdan.dot.gov/query on March 2, 2022.

25. Drivers here include drivers as motor vehicle occupants, not as pedestrians.

26. An additional 11 Uber-related road fatalities either fell outside the scope of the FARS definitions or were otherwise unable to be accounted for in FARS (see "Methodology" section). Because these fatal crashes are not in the FARS data set, they are not included in the data analysis presented in this report.

27. The wrong way is defined as a combination of FARS data elements looking at the manner of the vehicle collision (such as "front to front"), pre-crash vehicle events (such as drivers traveling over the lane line of travel), and pre-crash driver events (such as leaving the original travel lane, driving on the wrong side, etc.).

28. Uber occasionally receives notice of a possible safety incident well after the trip was taken (sometimes years after). This is extremely rare for fatalities, but this means that the data could change over time. The data presented in this report includes incident reports reported on or before April 15, 2022.

29. "New CDC/NCHS Data Confirm Largest One-Year Increase in US Homicide Rate in 2020," CDC/National Center for Health Statistics (October 6, 2021), cdc.gov/nchs/pressroom/nchs_press_releases/2021/202110.htm.

30. FastStats, CDC (last reviewed January 5, 2022), cdc.gov/nchs/fastats/homicide.htm.

31. "New CDC/NCHS Data Confirm Largest One-Year Increase in US Homicide Rate in 2020," CDC/National Center for Health Statistics (October 6, 2021), cdc.gov/nchs/pressroom/nchs_press_releases/2021/202110.htm.

32. In one incident, 2 deceased parties were identified.

## Sexual assault[33]

Sexual assault is a devasting crime that impacts every corner of our society. Nationally, nearly 52.2 million women (43.6%) and a quarter of men (24.8%, or 27.6 million) experience some form of sexual violence in their lifetime.[34] While sexual assault is drastically underreported,[35] research shows that raising awareness of sexual assault policies that are in place[36] and drawing attention to the issue of sexual assault[37] can lead to increased incident reporting.

Overall, the rate of sexual assault reported on the Uber app decreased by 38% between our first report (2017–2018) and this report (2019–2020). **The total number of sexual assault reports across the 5 categories included in this report went from 5,981 in 2017–2018 to 3,824 in 2019–2020.**

The change in rate of sexual assault reports over time may have been impacted by a number of factors, including how the COVID-19 pandemic altered usage of the platform as well as Uber's safety and transparency efforts. But each reported incident represents a harrowing lived experience for the survivor. Even one report is one report too many.

**Riders were the accused party nearly half (43%) of the time in sexual assaults from 2019–2020, which is similar to what we found in our first report.**

This second Safety Report also includes a breakdown of reports by category of sexual assault:

- Non-consensual sexual penetration was reported to occur on about 1 in 5,000,000 US trips, or on approximately 0.00002% of US trips.
- Non-consensual kissing of a sexual body part was reported to occur in 1 in every 5,000,000 completed US trips.
- Instances of non-consensual touching of a sexual body part were reported to occur in about 1 in every 1,000,000 trips.
- Attempted non-consensual sexual penetration was reported to occur in about 1 in 7,000,000 completed trips. This category covers a wide range of reports, including reports of attempted clothing removal and reports that are fragmented or incomplete due to memory loss or lack of event recall.
- Non-consensual kissing of a non-sexual body part was reported to occur in about 1 in every 3,000,000 completed trips.

# Conclusion

As this report shows, 99.9% of trips on the Uber platform ended without a safety incident. Only 0.0002% of trips involved a critical safety event, and the rate of sexual assault decreased by over 30% since our last report. Although these incidents are incredibly rare, we recognize that each one represents a devastating experience for the individuals, families, and communities impacted.

That's why our work on safety will never stop. We're constantly innovating and investing in the safety of our platform. We've prioritized robust screening processes and technology, built new safety features, and invested in providing riders and drivers with support in times of need. We remain dedicated to helping protect drivers and riders who use the Uber platform, and we're committed to following the advice and guidance of safety experts and advocates.

Our commitment to transparency also continues. We encourage others—such as airlines and taxi, rideshare, homeshare, and hotel companies—to also be transparent on safety. We all have a responsibility to make our companies and communities as safe as possible, and sharing our data is one step we can all take toward making that goal a reality.

33. This report reflects audited sexual assault reports that were classified into one of the categories defined at the end of the "Sexual assault" section. Uber occasionally receives notice of a potential sexual assault well after the trip has ended. The sexual assault data presented in this report includes incident reports made on or before April 15, 2022, and for this reason may change over time.

34. "National Intimate Partner and Sexual Violence Survey: 2015 Data Brief – Updated Release," CDC/National Center for Injury Prevention and Control (November 2018), cdc.gov/violenceprevention/pdf/2015data-brief508.pdf.

35. "The Criminal Justice System: Statistics," RAINN (accessed May 3, 2022), rainn.org/statistics/criminal-justice-system.

36. "Sexual Violence on the College Campus: A Template for Compliance With Federal Policy." Journal of American College Health (2008) https://doi.org/10.3200/JACH.57.3.361-366.; "Sexual Assault Prevention and Reporting on College Campuses in the US: A Review of Policies and Recommendations"Journal of Education and Practice (2015) https://files.eric.ed.gov/fulltext/EJ1083737.pdf.

37. https://www150.statcan.gc.ca/n1/en/pub/85-002-x/2017001/article/14842-eng.pdf?st=AljMlzJy; Levy, Roee, and Martin Mattsson. "The effects of social movements: Evidence from# MeToo." Available at SSRN 3496903 (2021).

# Safety investments

At Uber, we've consistently raised the bar on safety for the industry by embracing an expert-driven, action-oriented, and transparent approach while holding ourselves accountable to the commitments we've made. We are transparent in sharing what we learn and which steps we're taking to improve safety on our platform because we believe it can make an impact well beyond our own company.

Uber is constantly innovating on safety. That's why we've built new safety features, put in place stronger background checks, and improved our policies to continue to prioritize safety. We remain committed to working closely with experts—including our Safety Advisory Board—to ensure that their guidance and knowledge is reflected in our ongoing efforts.

Since our first Safety Report in 2019, we've kept at our work of enhancing our safety processes and are continually investing in new safety technologies and features, many of which have now been adopted by other companies in the rideshare industry.

We've also led collaboration across companies and sectors by sharing our learnings related to the Sexual Misconduct and Violence Taxonomy, encouraging others to adopt a survivor-centric and transparent approach to safety, and working together to create the Industry Sharing Safety Program, which enables the sharing of information related to drivers whose accounts have been deactivated for the most serious safety incidents.

**Uber's approach to safety focuses on 4 key pillars:**

1. **Platform access controls:** Elevate industry standards with clear platform protocols, strong governance, and robust screening technology.
2. **Product experience:** Strive to help reduce safety incidents by building new technology solutions as a core part of the app.
3. **Support and response:** Support riders and drivers with empathy and care in times of need.
4. **Input from experts and advocates:** Ensure that Uber's safety approach is guided by expert and advocate advice as part of our commitment to building trust with the people and communities we serve.

These pillars and the safety framework we've built over the past several years enabled us to respond quickly and effectively to the COVID-19 outbreak and shaped our efforts to help protect riders, drivers, and our communities during the pandemic.

In this chapter we share the major investments we've made since our last Safety Report.

# COVID-19 response

COVID-19 brought our lives to a standstill and forced everyone around the globe to focus on public health safety to help slow the spread of the virus. Since the earliest days of the pandemic, Uber worked to support the health and well-being of our users and the cities and communities we serve. Guided by experts in health and science, we worked to combine compassion, resources, and innovation with the mission of keeping our users safe.

We led the industry in mobilizing our technology and resources to support riders, drivers, and cities. This included launching a complete redesign of the Uber app experience with health and safety in mind; providing financial assistance to drivers diagnosed with COVID-19 or directed to self-quarantine or isolate by a doctor or public health official; and offering free and discounted rides to help ensure that anyone seeking a vaccine had access to transportation.

During the earliest days of the pandemic, when cities were in lockdown, we encouraged people to stay at home through in-app messaging and a public media campaign thanking users for not riding with Uber. Across our platform, we emphasized our shared responsibility to support essential workers and help keep our communities safe and healthy.

The health and well-being of our users has been a top priority throughout the pandemic, and Uber has taken a number of steps to help support drivers, riders, and communities by grounding our evolving response in updated guidance as we return to a new normal.[38]

# Implementing new health and safety measures

At the start of the pandemic, Uber was quick to launch a Door-to-Door Safety Standard consisting of COVID-specific measures, policies, programs, and features intended to help keep everyone on the Uber platform safe from the virus.



### COVID-19 safety education

We worked with the Centers for Disease Control and Prevention (CDC) and the World Health Organization (WHO) to develop a set of safety tips specific to ridesharing, which included washing hands before riding or driving, wearing a mask while on a trip, rolling down windows to ventilate the vehicle, and having riders sit in the back seat. This messaging was provided in-app on ezvery trip and was communicated to riders and drivers globally.

To remind people to follow important safety tips, we launched several awareness campaigns, including Wash, Wear, Air, which reminds people to follow 3 simple steps on every trip including washing hands, wearing a mask, and sitting in the back seat with the windows down. We made the creative assets available to organizations promoting safety in their own communities.



### No mask, no ride

In May 2020 we implemented our No Mask, No Ride policy, requiring everyone to wear a mask or face cover when using the Uber app. Riders and drivers both had the option to cancel a trip without penalty if another Uber user on their trip was not wearing a mask. Users with multiple reports of mask-policy violations risked losing access to the app.

---

38. Our COVID-19 safety responses are grounded in public health and governmental guidance. As governments have lifted requirements such as masking, we have evolved our policies to align with them.



### Mask verification technology and go-online checklists

Uber was the first platform in the US to implement mask verification technology. Drivers were asked to take a selfie while wearing a mask before they could start accepting trips. Riders reported for not wearing a mask were also required to take a selfie with a mask on in order to request their next ride.

We also launched pre-trip checklists asking riders and drivers using the Uber app to confirm that they had taken steps recommended by public health experts (wearing a mask, keeping hands washed or sanitized) to help stop the spread of COVID-19.



### Restricting front-seat riding and shared trips

To help riders and drivers social distance, we limited the number of passengers per trip and encouraged drivers to have riders sit in the back seat only. We also discontinued shared rides products such as Uber Pool.

## Safety and support for drivers

At the outset of the pandemic, we acted quickly to support drivers so they wouldn't feel like they had to choose between staying safe and making money.

### Safety supplies and PPE

We allocated $50 million globally to provide drivers with cleaning supplies, masks, and sanitizer. We sent more than 30 million masks, wipes, and bottles of sanitizer to more than 2.5 million drivers and delivery people.

### Financial assistance

In March 2020, Uber created a financial assistance policy for drivers affected by COVID-19. The program provided up to 14 days of financial assistance for any driver with an active case of COVID-19 or who had preexisting health conditions that put them at higher risk of serious illness due to COVID-19. Drivers around the world received more than $40 million in assistance through this program.

> 70% of drivers and delivery people in the US told us they thought Uber had either done enough or gone above and beyond for drivers during the pandemic.[38]

Working with policymakers around the world, we pushed to ensure that independent workers were included in government relief packages. And we published government relief guides for all 50 states in the US, featuring up-to-date information for drivers about eligibility and how to request government financial support.

### COVID-19 Resource Hub

Drivers had access to a COVID-19 Resource Hub in the app where they could find the latest health and safety information (including educational videos) and get help with applying for financial relief from local governments.

---

39. "Uber Experience Survey" (October 1–16, 2020), uber.com/us/en/u/your-voices-create-change.

# Collaborating with governments and public health officials

In order to do our part to help keep communities safe during the pandemic, Uber worked with government officials and public health authorities to help slow the spread of the virus.

### Public health portal and contact-tracing efforts

In response to the COVID-19 pandemic, Uber partnered with public health experts to build a dedicated response process for inquiries from public health authorities (PHAs) related to outbreaks or cases that could affect users on our platform.

Our Safety team was available 24/7 to provide information and, in some cases (under the guidance of public health authorities), temporarily restrict the access of users confirmed to have contracted or been exposed to COVID-19. We also consulted with an epidemiologist and public health experts to make sure our efforts as a company were grounded in expert medical advice.

In July 2020, we launched an updated public health portal where officials could submit emergency requests to Uber for data needed to conduct contact tracing.[40]

### Supporting access to vaccines

With the emergence of COVID-19 vaccines, we have continued to use our platform and resources to help people get to and from vaccine appointments. In December 2020, Uber committed 10 million free or discounted rides to help ensure that lack of transportation didn't prevent anyone from getting the vaccine. We partnered with the National Urban League, Morehouse School of Medicine, and National Action Network, all organizations with deep ties to communities of color who had been disproportionately impacted by the pandemic.

In July 2021, we worked with the White House to donate free rides (up to $25) to and from vaccine appointments for all Americans. In partnership with PayPal and Walgreens, we also created the Vaccine Access Fund, which, with help from the Local Initiatives Support Corporation (LISC), allows companies to fund even more rides to communities in need. We also launched an in-app feature allowing users to donate to the fund, which has raised $376,462 to date.

# Access to the platform

Uber continues to prioritize robust screening processes and technology to help strengthen the safety of our platform, and we're proud to have applied innovative technology to enhance our overall screening initiatives as outlined below.

### Driver background checks and screenings

Every US driver undergoes a thorough screening before their first trip. This includes a Motor Vehicle Record (MVR) review[41] and a criminal history background check.

While background check requirements and other driver eligibility limitations in the US vary considerably by state and even by city,[42] Uber's process supplements these requirements in several important ways.

> During 2019 and 2020, more than 500,000 prospective drivers[43] did not make it through Uber's screening process.

---

40. Please refer to Uber's Government Transparency Report, which includes more information about the requests Uber received from public health authorities.
41. In New York City, the MVR screening is conducted through the NYC Taxi and Limousine Commission (TLC). The TLC Driver licensing process is separate from the process described here.
42. The rideshare industry is subject to a diverse array of laws and regulations specifying how potential drivers must be screened and/or whether those drivers are qualified to drive on the Uber platform.
43. Prospective drivers are defined as drivers who consented to a background check in 2019-2020 as part of the signup process to drive on the Uber platform.

- Uber's driver screening process consists of several identity safeguards, including a review of identity information such as a driver's license, Social Security number, proof of insurance, and vehicle registration.
- In the US, we also collect and examine a driver's background history through a third-party vendor accredited by the Professional Background Screening Association. These checks are rerun annually.

The following pages outline our standard screening process for US drivers.

## Motor Vehicle Record check

Given the importance of an individual's driving record, our screening process starts with a thorough MVR check.[44] This includes verification of the individual's license status, a review of their driving history for any violations or crashes,[45] and a check for any driving-related restrictions on their license.

Disqualifying violations from the last 7 years include, but are not limited to, driving under the influence, reckless driving, and leaving the scene of a crash. Our process also disqualifies individuals who have been involved in a fatal crash or have been convicted of vehicular homicide or vehicular manslaughter at any time in their driving history.

## Vehicle safety standards

In order to join the Uber platform, drivers' vehicles must meet vehicle standards set by Uber and local regulations.[46] The average age for a vehicle used for rides on the Uber platform is 5 years old, while the average age of a passenger vehicle on the road in the US is 12 years old.[47] Newer vehicles often have more and improved safety features.

## Criminal background checks and screenings

If an individual passes the MVR check, they then proceed to the criminal background check.

Uber continues to work with Checkr, a third-party background check provider accredited by the Professional Background Screening Association. Drivers are required to provide their full name, date of birth, Social Security number, and driver's license number, which Uber provides to its third parties to use in record collection.

Based on this information, Checkr runs a Social Security trace and checks the potential driver's driving and criminal history in a series of national databases from all 50 states, DC, and territories; sex offender lists; the federal Public Access to Court Electronics Records (PACER) database; and several databases used to flag suspected terrorists. Checkr also runs checks at a local level, checking state and county databases and court record repositories based on the driver's history of residence. After identifying a potential criminal record, Checkr sends an individual to review the record in person at the relevant courthouse or, if possible, pulls the record electronically.

Checkr's criminal history screenings use information that is maintained by national, state, and county-level authorities whose processes may vary by jurisdiction. Verifying potential criminal records at the primary source—the courthouse or court database system—helps ensure that the most up-to-date records available are being checked.

## Disqualification standards

Drivers cannot access the app if they have any felony convictions or any violent or other disqualifying misdemeanors in the last 7 years. Our process also reviews records from more than 7 years ago, as allowed by law and where those records are made available and reported to us.

---

44. In New York City, the MVR screening is conducted through the NYC Taxi and Limousine Commission (TLC). The TLC driver licensing process is separate from the process described here.
45. Violations and crashes may be disqualifying depending on the number or severity of incidents, and depending on the regulatory requirements of the applicable city or state.
46. Regulations may vary by local jurisdiction.
47. "Average age of cars and light trucks in the US rises to 12.1 years, accelerated by COVID-19," IHS Markit (June 14, 2021), ihsmarkit.com/research-analysis/average-age-of-cars-and-light-trucks-in-the-us-rises.html.

If we identify a report made at any time in a person's history for certain serious criminal convictions (listed below), the potential driver will be disqualified according to our standards. These convictions are as follows, and include the "attempted" and "conspiracy" crimes associated with each:[48]

- Sexual assault (includes rape, sexual battery, indecent assault, indecent liberties, criminal sexual abuse, forcible sodomy, sexual exploitation, predatory criminal sexual assault, custodial sexual misconduct, sexual misconduct of a person with a disability)
- Sex crimes against children (includes carnal knowledge of a child, indecent solicitation of a child, using a computer to seduce/lure/entice a child for sexual purposes, possession/distribution/manufacture of child pornography, patronizing a minor engaged in prostitution, permitting sexual abuse of a child)
- Murder/homicide (includes assault with intent to kill, reckless homicide, and concealment of homicidal death)
- Manslaughter
- Terrorism (includes harboring or concealing terrorists, providing material support to terrorists, providing material support or resources to designated foreign terrorist organizations, receiving military-type training from a foreign terrorist organization)
- Kidnapping (includes abduction, child abduction, false imprisonment, human trafficking, unlawful restraint, unlawful/forcible detention)

## Yearly background reruns and ongoing screenings

Beyond the initial screening, Uber reruns criminal and motor vehicle checks each year. This is a standard practice at Uber, regardless of whether there is a statute or regulation requiring us to do so. This helps ensure that our screening standards are applied consistently and continuously across the country.

In addition to a rigorous background check conducted before a driver can start using the platform, we also use technology to continuously check records to strengthen our screening process. This technology continuously receives information from data sources to detect whether a driver is involved in a new criminal offense, and it notifies Uber when this is the case. If an offense involving an active driver is identified, our screening team reviews it to evaluate the driver's continued eligibility with Uber, and removes them from the platform if the driver is found to no longer meet Uber's screening criteria and the criteria set forth in local laws.

> Uber was the first US rideshare company to implement Continuous Checking Technology. Since launching, more than 80,000 drivers have been removed from the app due to continuous checks as of the publication of this report.



## Industry Sharing Safety Program

When we published our first US Safety Report, we committed to finding a way to share deactivation data with other rideshare companies. This was part of our ongoing work to build a survivor-centric process that prioritizes safety, privacy, and fairness in partnership with survivor advocates like RALIANCE, National Sexual Violence Resource Center (NSVRC), National Network to End Domestic Violence (NNEDV), and others. Based on their feedback—and what we heard directly from survivors—we knew that a program like this would not only improve safety across the industry but also support survivors by helping to give them peace of mind.

---

48. This section describes Uber's default standards. The criminal offense descriptions may vary based on jurisdiction. Certain localities or states may require rideshare companies to disqualify drivers for additional offenses or pursuant to different lookback periods. In those jurisdictions, individuals cannot drive on the Uber platform if they do not meet our default standards or if they have otherwise been convicted of any disqualifying offense under the applicable jurisdiction's law.

In March 2021, we made good on this promise with the launch of the Industry Sharing Safety Program. This program helps prevent any offenders from operating on other platforms and potentially harming others.

This is a first-of-its-kind effort to exchange information about drivers and delivery people who have been deactivated for serious sexual assault or physical assault fatalities. Our goal is to further enhance the safety of the ridesharing and delivery industries and equip participating companies with important safety information they can use to help further protect their customers.

- Uber and Lyft are sharing information about driver deactivations related to physical assault fatalities and the 5 most critical safety issues in the RALIANCE Sexual Misconduct and Violence Taxonomy.
- The information sharing is administered by HireRight, a workforce solutions provider that collects and manages the data from individual companies, matches and shares information between the companies, and ensures that each company is abiding by best practices and industry standards informed by sexual violence prevention experts and the RALIANCE Sexual Misconduct and Violence Taxonomy.
- We have worked with HireRight to develop a survivor-centric, comprehensive process that incorporates learnings from anti-sexual-violence advocates over the past several years and prioritizes safety, privacy, and fairness.

We were pleased to launch this initiative in partnership with Lyft, and hope that other companies, including delivery network companies, will participate. We are encouraging others to join this program, adopt the Sexual Misconduct and Violence Taxonomy, and work with experts such as those at RALIANCE Business to implement processes and policies that are data-driven, more transparent, survivor-centric, and trauma-informed.

## Rider verification

Uber is investing in rider verification tools to help increase peace of mind for drivers. We were the first platform in the US to implement a feature that requires an extra layer of verification for riders using anonymous forms of payment such as prepaid cards, gift cards, or Venmo. A rider who sets up a new account using one of these anonymous forms of payment—or who logs in to a new device using an existing account—will be required to upload an ID or driver's license from any state or a passport from any country for verification. The ID then undergoes a series of validity checks. These additional verification requirements can act as a deterrent to those who are trying to use the app to harm drivers.

---

# Uber's Community Guidelines

Our Community Guidelines are at the center of our commitment to safety and foundational to helping create a safe, respectful, and positive platform. We ask all riders, drivers, and couriers to commit to our Community Guidelines in the Uber app. These guidelines help us move Uber forward together. By using the Uber app and accepting our guidelines, users agree to the following principles:



**Treat everyone with respect**
Unwanted physical contact, sexual assault and sexual misconduct, threatening and rude behavior, and discrimination are not tolerated by Uber and have no place on our platform.

**Help keep one another safe**
Everyone has a role to play in helping to create a safe environment. That's why we have standards on account sharing and looking out for others on the road such as pedestrians, people on bicycles, and more.

**Follow the law**
Everyone using the Uber platform must follow the law—no matter what. This includes following all traffic laws and not engaging in any criminal activity while on our platform.

# Safety product experience

Uber is dedicated to continually developing robust technology that puts safety at the heart of our service and platform. We also routinely educate riders and drivers about our safety features and how they can use them.

Below is a summary of our core safety features and those launched since our first Safety Report (marked as "new feature").[49]



### Safety Toolkit

We launched the Safety Toolkit in 2018 as a single place in the app where drivers and riders could access safety features during a trip—including many of the features listed below. We're continuing to create and add new features to the toolkit.

It's important that our users are aware of the safety products available to them,  so continuous education is provided in addition to updates to the features themselves.

## | Pre-trip



### Real-Time ID Check

In-app prompts ask drivers to take a live photo of themselves before they can accept rides, which helps verify that the properly screened driver is behind the wheel.



### Verify My Ride (new feature)

In 2020, we launched an optional feature that sends riders who've opted in a unique 4-digit PIN before each trip. Once they get into the car, they provide this PIN to the driver verbally. The driver can only start the ride once the correct PIN has been entered in the Driver app. This added layer of verification can help ensure that a rider is in the correct car and that a driver is picking up the correct rider.



### Rider Seat Belt Alerts (new feature)

Buckling up may be one of the safest choices riders can make—in 2017, seat belts saved an estimated 14,955 lives in the US.[50] Yet according to the Insurance Institute for Highway Safety, 4 out of 5 adults surveyed say they don't always use a seat belt in a taxi or while using a rideshare platform.[51] In February, we began rolling out Rider Seat Belt Alerts to prompt riders to take this life-saving step. After a driver starts the trip, an audio seat belt tone will be emitted from the driver's phone and riders will receive a push notification reminding them to buckle up.



### Phone number and address anonymization

When riders and drivers contact each other through the app, their actual phone numbers are anonymized for the duration of the trip and are not valid after. Riders can contact drivers post-trip if they have lost an item, and this will be with a new anonymized number. Additionally, we've taken steps to anonymize exact pickup and dropoff addresses in the driver's trip history.

---

49. For an overview of previously announced safety features, please refer to the "Safety investments" section of our 2017-2018 Safety Report (pages 20-32).

50. "Seat Belts: Overview," National Highway Traffic Safety Administration (accessed May 3, 2022,) nhtsa.gov/risky-driving/seat-belts.

51. "Adults admit to not always using safety belts in the back seat, IIHS survey finds," Insurance Institute for Highway Safety (August 3, 2017), iihs.org/news/detail/adults-admit-to-not-always-using-safety-belts-in-the-back-seat-iihs-survey-finds.

## | On-trip



### Share My Trip, Trusted Contacts, and Follow My Ride

Riders can use Share My Trip to provide trip details to their loved ones, giving visibility and peace of mind. Trusted Contacts also allows riders to automatically use Share My Trip with up to 5 friends and family members that they select. They can choose to use the feature on all trips or just select to do so on nighttime trips based on their preferences. Follow My Ride, which is available to drivers, lets them share their live location (during or between trips) with designated loved ones.[52]



### In-app Emergency Button and Text to 911

In 2018, we launched an in-app Emergency Button that connects riders and drivers to their local emergency number with the simple tap of a button. In more than 2,000 cities, trip details and location information are shared automatically with first responders. Also, drivers and riders can send a text to emergency dispatch in cities where text-to-911 is available.



### On-Trip Reporting (new feature)

In addition to providing 24/7 in-app support, we launched On-Trip Reporting to allow riders to discreetly report a non-emergency safety issue during a trip on the Uber platform. This feature enables Uber to capture valuable feedback from riders when it's top of mind instead of after the trip, when they may be distracted.



### RideCheck

When our system detects a possible issue with a trip, such as a suspected crash or unexpected long stop, both the rider and driver will receive a RideCheck notification asking if everything is OK. They can let us know through the app that all is well, or, if all is not well, they can use the Emergency Button or report the issue to Uber's Safety Incident Reporting Line. In late 2021, we expanded the capabilities of our RideCheck technology to detect when a trip takes an unexpected route or when a trip ends before the rider's final destination.



### Unsafe driving notifications (new feature)

When our data suggests a driver may be demonstrating unsafe behavior, like speeding or harsh braking, we send them driving safety education to help make them aware of the issue.

---

52. Follow My Ride does not share any rider information with the driver's designated contacts.



## Bike Lane Alerts

Bike Lane Alerts remind riders to look for people on bikes before opening a door when their upcoming dropoff point is near a bike lane or along a bike route. To date, we have sent more than 100 million notifications. As cities expand their bike networks, we continue to update the feature to include new routes.



## Audio Recording (new feature)

After the success of our Audio Recording feature in Latin America, we began piloting it in selected cities in the US in 2021. Once riders and drivers enable this feature, they can choose to record audio by tapping the shield icon on the map screen and selecting **Record Audio**. Riders and drivers can choose to record individual trips, and drivers will also have the option to leave the feature on while they're online. Before the trip, we'll let the rider know in their app if a driver has opted in to the feature.



## Dashcam Registration (new feature)

Drivers are free to install dashcams in their vehicle and record their trips as long as they follow state and local laws. In 2021, we rolled out a Dashcam Registration feature nationally, which enables drivers to directly share video with Uber Support when reporting a safety incident through the app. Riders receive an alert that their trip will be recorded when matched with a driver who has registered their dashcam.



## Speed Limit Alerts

According to NHTSA, approximately one-third of all motor vehicle fatalities involve speeding.[53] To help reduce speeding, this feature can display the local speed limit in the Driver app and will alert drivers visually or audibly if they go over the limit.



## Driving-Hours Tool

In 2019, 697 people lost their lives due to drowsy driving–related crashes in the US.[54] To help prevent drowsy driving, the Driver app is unavailable for 6 hours after 12 hours of driving on the platform.[55]

---

53. "Speeding: Overview," National Highway Traffic Safety Administration (accessed May 3, 2022), nhtsa.gov/risky-driving/speeding.
54. "Drowsy Driving: Overview," National Highway Traffic Safety Administration (accessed May 3, 2022), nhtsa.gov/risky-driving/drowsy-driving.
55. This may vary by local regulation. Some jurisdictions set other limits, which the app is adjusted to comply with.

## Support and response

At Uber, we're committed to supporting riders and drivers with empathy and care in times of need. This belief has led us to provide multiple reporting channels to make it as easy as possible to share feedback with Uber. We're also continuing to invest in training and development opportunities for the members of our Support team who handle sensitive reports.

## Reporting channels

With Uber, incident reporting is seamless and often much easier than it is at many other companies (including airlines, hotels, and taxi companies). For example, app-based reporting may encourage users to report more often since they can do so more quickly and discreetly than they can in person or by phone.

Currently, Uber receives and proactively gathers safety incident reports from more than 10 different channels, including the app, our critical safety line, social media, and law enforcement. We encourage feedback and reporting, even though this increases the total number of safety reports we receive and need to manage, because it shows us the reality of our users' experiences and helps us improve our safety processes and policies. We have also worked with safety groups and advocates to make our reporting channels and support processes more trauma-informed and easily accessible so survivors can report in the way that best meets their needs.

> If anything happens, 24/7 support is available in the app from a specialized team of Uber agents who are trained to handle sensitive reports.

# Incident Response Teams

Uber's goal is to quickly respond to every report of a safety incident, handle it with care, and gather robust information that helps enable future incident prevention. Our US Incident Response Teams (IRT) are at the front lines of responding to and supporting people who report safety incidents to Uber.

**What IRT does**
These teams are often a rider's or driver's first touchpoint for assistance after a traumatic event such as a serious crash or interpersonal incident.
- Our teams assess the situation, take preliminary action (such as account suspension), and determine next steps for response. Specialized teams provide dedicated customer support to riders and drivers dealing with the most serious and urgent incidents, such as reports of sexual assault, that require an in-depth review and support for the victim.
- They gather any available data pertaining to an incident report (such as GPS information, timestamps, photos/videos submitted, in-app communications, etc.) and may speak to all involved parties, including reporting parties, potential victims, and accused parties.
- This important team is empowered to make immediate account-access decisions (such as whether to deactivate a user's account) and to provide victims with support resources.

**Training and support**
Uber's IRT agents take their responsibilities seriously and share a common mission: to do the right thing for people reporting a safety incident.

IRT safety support agents receive 6 weeks of expert-informed training on how to review, document, and recommend appropriate action to help ensure safety on the platform. They also receive ongoing, tailored training on how to address difficult, often emotional conversations with precision, empathy, and care.

The team receives regular refresher training on Incident Classification and use of the Sexual Misconduct and Violence Taxonomy, as well as training about the Uber Survivor Hotline and Fund, developed in partnership with RAINN. We've also invested in new trainings to support agents on phone investigation skills, investigative sufficiency, and identifying racism and discrimination in customer service.

As with all frontline and crisis-related roles, this is a hard job and Uber is committed to providing agents with ongoing support to help them cope with any possible stress, emotional concerns, and vicarious trauma.

## Approaching safety deactivations

A comprehensive, robust response to safety deactivations is a core part of our work to help reduce serious interpersonal-incident and crash rates. Uber's safety team handles a wide range of incidents, and there is no one-size-fits-all approach to managing them.

- **A single serious safety incident** can be grounds for a rider or driver deactivation.[56] Serious safety incidents, including the ones covered by this report, are quickly routed to our Safety Response team; from there, an agent will reach out to all parties for a thorough review of the report and to take action on an account if needed. This may include temporary or permanent deactivation from the app.
- **Less severe or infrequent behaviors** make up the majority of safety incidents reported to Uber. These may not warrant immediate removal from the platform. For example, deactivation may not be justified based solely on one rider's report of a driver's hard braking, or when a driver reports that a rider initiated a verbal argument. These reports do, however, warrant further examination of the user's past behavior and will be noted in the user's account history.

Uber's systems are constantly working to identify patterns of potentially risky behavior by evaluating a variety of factors including user feedback and local driving patterns. If a pattern is flagged, the system will trigger a review of the user's account by a specialized safety agent who examines the user's history and any previously reported issues to take appropriate action. This approach helps Uber remain accountable and fair to both drivers and riders. It accounts for the fact that a driver with thousands of trips may have received a proportionately small number of infrequent, minor complaints.

Importantly, no rider or driver is deactivated from Uber for a safety report without a human review. While data and technology are useful tools for strengthening platform safety, safety reports are personal—and people will always have a role to play.

## Sexual assault standards

Uber does not tolerate sexual assault or sexual misconduct. We take all allegations of sexual assault and sexual misconduct by our users extremely seriously and work to take appropriate action on every report quickly and fairly.

Our approach to reports of sexual assault relies on learnings from our partnerships with groups, experts, and organizations that advocate against gender-based violence. It is also grounded in the Sexual Misconduct and Violence Taxonomy, developed in partnership with RALIANCE, the National Sexual Violence Resource Center, and the Urban Institute.

This taxonomy addresses the need to consistently and accurately categorize experiences of sexual violence so we no longer have differing definitions and methodologies making statistics about sexual violence difficult to compare. In developing the taxonomy it was important to ensure that categories did not overlap—at the same time, we had to make sure that all categories captured exhaustive scenarios in order to reach consistency in the taxonomy's application. In addition, the taxonomy is behaviorally specific,[57] in line with best practices for measuring acts of sexual violence. Through the development of this free and open-source taxonomy, it is now possible for companies to consistently classify reports of sexual violence.

---

56. Deactivations or "bans" refer to the specific Uber account that was being used during the safety incident(s) that led to removal. For example, if a driver is flagged by Uber's system and subsequently deactivated for unsafe driving, they may still be allowed to ride with Uber using the rider app.

57. "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault," Raliance (2018), https://www.raliance.org/wp-content/uploads/2018/11/helping-industries.pdf.

The core tenets of our approach are to remove requirements of conclusivity, corroboration, and survivor "credibility" when determining whether to ban the accused party from Uber's app.

## Sexual assault standard principles

**We trust survivors**
The issue of "credibility"—and the harm caused by positioning certain populations of survivors as less worthy of trust or plausibility than others—is a subject that has been discussed at length in the gender-based-violence field.[58] When it comes to sexual assault, Uber applies the same standard for everyone (drivers and riders, new and long-time users) without regard to race, gender identity, socioeconomic status, sexual orientation, education level, or app rating or status.

**We do not require conclusivity**
Uber seeks to obtain the most complete and accurate understanding of a reported event. However, we realize it is not realistic to know exactly what happened between users at any given time. In Uber's review process for sexual assault reports, survivors are not required to "prove" their own assault. Instead, Uber's aim is to gather the most pertinent information from the survivor's statement of experience and relevant facts such as GPS data, timestamps, photos/videos, etc. (where possible) to arrive at a resolution that best protects the safety of the Uber community.

**We do not require corroboration**
We know that it may not always be possible to obtain corroborating information in connection with a report of sexual assault. Uber considers all relevant facts gathered about a report, including the survivor's account of events, and can take action against the accused party's account if the information gathered during an agent's review warrants such action. A lack of corroborating information is not an indication that an assault or incident did not occur.

## Response process

When our Incident Response Team (IRT) receives a report of sexual assault, a trained agent begins by identifying the accused party and their associated Uber account.[59]

- **Removing access:** We immediately remove the accused party's access to the Uber app so they cannot take trips while we complete a review.[60] In the event that, after the review, the accused party regains access, we make sure that the user accounts involved are not paired again in the future on the Uber platform. It is important to note that blocking the pairing is not necessarily the only action Uber will take on a report, and that further action will depend on what the agent's subsequent review finds.

- **Case review:** During the case-review process, agents work to obtain the necessary information to make a determination as to whether the accused party should be banned from the Uber app.
  - This may include speaking with the survivor, reporting party, accused party, and any relevant witnesses.
  - Where possible, we also consider any relevant facts that agents gather during the review process—such as GPS information, trip timestamps, and any additional information provided to us. This may include dashcam or audio recordings and screenshots of texts.

---

58. "Incredible women: sexual violence and the credibility discount," University of Pennsylvania Law Review (December 2017) scholarship.law.upenn.edu/cgi/viewcontent.cgi?article=9601&context=penn_law_review.

59. Similar protocols are followed for the following urgent categories of sexual misconduct: indecent photography/video without consent, masturbation/indecent exposure, and verbal threat of sexual assault.

60. If the accused party is a guest rider (that is, not the account holder), we attempt to identify whether they have their own Uber account, and, if they do, we restrict that account. If the guest rider cannot be identified, or if they do not have an Uber account, the account holder may be restricted from the Uber platform because our Community Guidelines state that account holders are responsible for their guest riders' actions while using Uber.

- Although these relevant facts are useful in the ultimate resolution of a report, they are not necessary for an accused party to be removed from the platform. We respect and rely heavily on the survivor's statement of experience, as we know their voice is defining and important in this process.

- While we understand that trauma can prevent survivors from providing painful details, a statement of experience has a great impact on reaching the most fair and swift decision possible. In cases where a survivor is not able or willing to provide a statement of experience, we will consider all other relevant facts obtained during the review.

- **Decision:** Uber will ban users from the platform if we are able to obtain a statement of experience from the survivor and/or obtain relevant facts (such as GPS data, timestamps, videos/photos, in-app communications). We adhere to this standard for all sexual assault categories described in this report.

There are unfortunately instances in which Uber may not have enough information to remove an individual account from the app. Reports with sparse information may limit our ability to take further action. For example, if we receive a report with one single word (for example, "Rape" or "Touched") and we are unable to speak with or obtain further information from the victim, it becomes difficult to review the report effectively. These types of reports, although troubling, unfortunately do not provide adequate information, such as the identity of the accused party or other details that allow us to take further action.

Uber makes every attempt to avoid assumptions about a report unless we have additional clarifying statements or relevant facts. To that end, agents make numerous attempts to contact the reporting party, victim, and other witnesses to clarify the report, though sometimes these attempts are not successful. Again, if we are not able to obtain further information, this may limit our ability to remove an individual account from the app.

**Addressing sexual misconduct**

Sexual misconduct may be far more prevalent in society than sexual assault, with one survey finding that more than 3 in 4 women (77%) and 1 in 3 men (34%) have experienced verbal sexual misconduct.[61] As outlined in the Sexual Misconduct and Violence Taxonomy, some sexual misconduct incident reports can include staring or leering, asking personal questions, making inappropriate comments/gestures, or unwanted flirting.[62]

While these interactions are troubling and not acceptable, they have very different impacts than sexual assault, where attempted or unwanted physical contact has occurred.

Uber's approach to reported sexual misconduct incidents was developed in consultation with national advocacy experts and evidence-based best practices in the field of sexual-violence prevention and response. Our response to these types of incidents focuses on education regarding appropriate boundaries (see "Uber's Community Guidelines" and "Sexual misconduct education"). We also leverage our technology to detect and respond to potentially risky patterns of behavior (see "Approaching  safety deactivations").

When we receive a report of potential sexual misconduct, each incident is routed to the appropriate team of specialized agents, classified, and acted on according to factors including the level of severity and user history. If a pattern of behavior is found, this can trigger further review and result in the accused party's loss of access to the Uber platform.

61. "Measuring #MeToo: A National Study on Sexual Harassment and Assault," UC San Diego Center on Gender Equity and Health Stop Street Harassment (2019).
62. "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault," Raliance (2018), https://www.raliance.org/wp-content/up-loads/2018/11/helping-industries.pdf.

**Connecting survivors to advocates: Uber Survivor Resources Hotline and Fund**
Developed in partnership with RAINN, this dedicated hotline offers immediate, confidential, and trauma-informed support for survivors reporting critical sexual assault incidents related to the Uber app in the United States. The hotline is staffed by RAINN support specialists who are experienced in working with survivors of sexual violence and can help survivors better understand their options related to short- and long-term support. RAINN specialists will also help facilitate assistance through a fund created by Uber to provide survivors with financial support for resources such as trauma-informed counseling.

**Working with law enforcement**
Uber is committed to working closely with law enforcement officials to promote safety within our communities. We have a dedicated global Public Safety Liaison team made up of former law enforcement professionals who work to proactively partner with law enforcement and educate them about how Uber can assist during an emergency or investigation.

Uber also has a law enforcement portal, where public safety officials can quickly and securely submit legal process documents to request trip data and other information that may be critical in investigating potential criminal cases.

Uber's 24/7 Public Safety Response team handles these data requests and works with investigators to help them get the information they need through valid legal processes. This team works diligently 24/7 to handle emergencies and respond to requests after receiving subpoenas, court orders, or search warrants.

# Partnering with experts and advocates

We are committed to continuing to partner closely with experts so we can learn from them and base our approach to safety on their advice, expertise, and proven strategies. We continue to work with third parties to develop prevention policies and proactive campaigns to address unsafe behavior, engage our users, and ultimately do our part to drive systemic change on safety issues.

**Safety Advisory Board**
Uber's Safety Advisory Board was created in 2015 to bring new approaches, feedback, and expertise to our safety processes and technology. The board is chaired by **former US Secretary of Homeland Security Jeh C. Johnson** and includes leaders in gender-based violence and domestic-violence prevention, road safety, public health, and law enforcement.

In addition to Secretary Johnson, current Board Members include:

- **Dr. T. Bella Dinh-Zarr**, former Vice Chairman and Acting Chairman of the National Transportation Safety Board (NTSB); Senior Advisor at TIRF and FIA Foundation
- **Dr. Indira Henard**, Executive Director, DC Rape Crisis Center
- **Roberta Jacobson**, Senior Advisor at ASG; former US Ambassador to Mexico and Special Assistant to President Biden for the Southwest border on the National Security Council
- **Dr. Claire Jarashow**, Principal Epidemiologist, The Public Health Company
- **Erica Olsen**, Director of the Safety Net Project, National Network to End Domestic Violence
- **Dr. Harris Pastides**, Interim President of University of South Carolina; former Dean of the Arnold School of Public Health;. Trustee, American Medical Association
- **John Pistole**, President of Anderson University; former administrator of the US Transportation Security Administration and Deputy Director of the Federal Bureau of Investigation

### Uber's role in reducing drunk driving

Every day, 28 people lose their lives to drunk drivers in the US. And nearly one-third of all traffic fatalities involve alcohol. At Uber, we're committed to doing our part to end drunk driving.

Two independent studies confirmed that Uber plays a big role in reducing drunk driving. A study out of the University of Texas and published in the Journal of the American Medical Association showed that after Uber came to Houston, motor vehicle traumas decreased by 23.8% on Friday and Saturday nights for all ages and by 38.9% for individuals under the age of 30. DUI arrests also declined. And a national study out of UC Berkeley showed that Uber reduced alcohol-related traffic fatalities by 6.1%, equating to 214 lives saved in 2019 alone.

> "These studies confirm what MADD has believed for years—that ridesharing offers a convenient transportation option that helps reduce the risk of drunk-driving crashes, especially among younger drivers. The more options that are available, the easier it is to make sure that if you drink, you don't drive."
>
> Alex Otte, MADD National President

We're committed to working with road safety advocates, city leaders, and law enforcement to end drunk driving. We know that if people have more options for getting around, they're empowered to make better decisions. In 2021, we launched a first-of-its kind coalition with MADD and Anheuser-Busch to end drunk driving. Together we reached tens of millions of people with our "Decide to Ride" marketing campaign and provided rideshare discounts on Friday and Saturday nights. In addition, we partnered with the GHSA to support local anti-DUI efforts in states across the country.

### "Return to the Road" safety education

In 2020, we convened a coalition of road safety advocates to help address the growing crisis of increased traffic fatalities during COVID-19. With fewer cars on the road, auto crashes in the US were less frequent—but they were more severe due to an increase in risky behaviors like excessive speeding and impaired driving. We partnered with the GHSA, National Safety Council, MADD, and the League of American Bicyclists to create a road safety coalition and road safety tips to help address top safety concerns as traffic crashes increased throughout the second half of the pandemic.

### Driving safety education

We partnered with the GHSA to develop a series of driving safety videos designed specifically for rideshare drivers. The content includes 6 modules covering the most important driving safety topics, including speeding, distracted driving, impaired driving, safe pickups and dropoffs, occupant protection, and sharing the road with other users.

### Bicycle-friendly driver education

Bicycling is booming in cities around the country,[63] and we want to do our part to make it safer for the growing number of people taking to 2 wheels. We partnered with the League of American Bicyclists to develop bicycle-friendly driver education for drivers on the platform. The education, which focuses on how to safely share the road with people biking, includes instructions on how to make safe pickups and dropoffs, how to pass bicyclists safely, and how to avoid the most common types of crashes.

> "Uber and the League of American Bicyclists have a shared goal of increasing the safety of all road users. We hope the rollout of Bicycle-Friendly Driver education lays the foundation for continued efforts together to build a bicycle-friendly America for everyone."
>
> Bill Nesper, Executive Director, League of American Bicyclists

### RAINN sexual misconduct education

In partnership with RAINN, we developed and introduced comprehensive sexual misconduct education for drivers in the US, led by actual drivers. The education is made up of 6 video modules covering a wide range of topics including respecting privacy and personal space, conversational boundaries, sexual assault awareness, and bystander intervention. These videos offer resources and strategies for promoting safety on the Uber app. We also continue to send educational videos that were developed by RAINN to riders and drivers when they receive a report of inappropriate behavior.

---

63. "More People Are Cycling During COVID-19. That Matters." Outside Magazine (May 13, 2021), outsideonline.com/outdoor-gear/bikes-and-biking/more-people-cycling-coronavirus-pandemic.

## Driving Change initiative

In 2017, Uber launched our Driving Change initiative, committing $5 million in grant funding over 5 years to support organizations working to prevent, address, and respond to gender-based violence in the US. Not only have we recommitted these funds every year since, but we've also expanded Driving Change to every continent where Uber operates.

In 2021, we maintained longstanding partnerships with national organizations against gender-based violence, and we announced support for new Driving Change partners who provide survivor-led or culturally specific resources to communities in the US.

> "I'm incredibly grateful to Uber for their steadfast commitment in protecting survivors' agency and prioritizing our dignity. Their support will go directly toward our work in uplifting millions of survivors around the country."
>
> Amanda Nguyen, CEO and Founder, Rise

Survivors of color and those who are immigrants face additional barriers in seeking help through mainstream channels. Uber believes it's critically important to support organizations that are responsive to survivors' intersecting identities. We also firmly believe that survivors should be at the forefront of guiding change in this area.

> "Through Tahirih's partnership with Uber, we continue our work to improve the laws, practices, and attitudes that can help immigrant survivors vulnerable to abuse. With Uber's support, we provide each survivor with the resources they need to secure personal protection and support their agency in their healing journey. By working at both the systemic and individual levels, we seek to have a truly transformative impact on our justice system."
>
> Archi Pyati, CEO, Tahirih Justice Center

### College campus safety

Over the years, Uber has partnered with leading college campus organizations to raise awareness of rideshare safety features with college students. This past spring break, Uber partnered with It's On Us and The International Association of Campus Law Enforcement Administrators (IACLEA) to share important rideshare safety tips with riders getting picked up or dropped off near a college campus. Students across the US received emails and in-app messaging that shared safety tips and reminded them of important in-app safety features such as Verify My Ride, Share My Trip, and Uber's Emergency Button.

## Free rides to domestic violence shelters

COVID-19 has had devastating impacts on individuals and communities. Researchers and service providers have maintained that stay-at-home orders and the economic impact of the pandemic heightened risk factors and incidents of domestic violence.[64] With rates of domestic violence rising worldwide amidst the pandemic,[65] we wanted to do our part to help survivors access life-saving services and find a safe place to shelter. Uber partnered with domestic violence organizations and local governments globally to donate 50,000 free rides to shelters and other safe spaces and more than 45,000 free meals.

## Human trafficking education

Nearly 25 million people around the world are estimated to be trapped in some form of forced labor.[66] The economic instability and social disruption resulting from COVID-19 has caused many people to become more vulnerable to human trafficking. In partnership with leading anti-human-trafficking advocacy organizations, we continue to run annual anti-human-trafficking campaigns to mark World Day Against Trafficking in Persons and Human Trafficking Prevention Month in the US. Our most recent campaign in January 2022 included virtual expert-developed resources including videos and tips on identifying human trafficking.

---

64. "Domestic violence during the COVID-19 pandemic - Evidence from a systematic review and meta-analysis," Journal of Criminal Justice (May-June 2021), sciencedirect. com/science/article/pii/S004723522100026X#bb0090.

65. "The Shadow Pandemic: Violence against women during COVID-19," UN Women (accessed May 3, 2022), unwomen.org/en/news/in-focus/ in-focus-gender-equality-in-covid-19-response/violence-against-women-during-covid-19.

66. "Forced labour, modern slavery, and human trafficking," International Labour Organization (accessed May 3, 2022), ilo.org/global/topics/forced-labour/lang--en/index.htm.

# What's next for safety at Uber?

We're committed to creating safer communities for all our users. Over the next 2 years, we'll continue to take action to strengthen safety in the following ways:

### Safety reporting

With the publication of this report, we are continuing with our commitment to transparency by reporting on the most serious safety incidents that occur on our platform—and we encourage other companies to follow suit. As we said when we released our last report, secrecy doesn't make anyone safer.

### Supporting driver safety

We remain as committed as ever to the safety of the drivers who use our platform. Since our last report, we've used our technology and scale to support drivers with new features such as rider verification, audio recording, and dashcam registration. Looking forward, we'll continue to expand our efforts by listening to and incorporating driver feedback as we design new features and initiatives centered around their safety.

### Preventing drunk driving

Independent research shows Uber's direct role in reducing drunk driving. In the last year, we partnered on national and local campaigns to reduce impaired driving. In the coming year, we're doubling our efforts on drunk-driving prevention by dedicating an additional $1 million to the cause.

### Supporting Vision Zero efforts

Cities around the world have signed on to Vision Zero, a commitment to eliminating all traffic fatalities by taking a comprehensive Safe System approach that focuses on safe roads, safe speeds, safe vehicles, safe road users, and post-crash care. We believe that private companies are critical partners in achieving Vision Zero, and we are committed to partnering with city leaders and advocates in helping them reach their Vision Zero goals. In the coming year, in partnership with Vision Zero Network, we will redouble our efforts to support Vision Zero efforts in cities across the country.

### Continuing the fight against gender-based violence

Uber's partnerships with advocates and experts to improve women's safety and address societal issues of gender-based violence will continue in 2022 and beyond, with a renewed focus on equity, survivor-informed initiatives, and supporting women who use the Uber platform as drivers and/or couriers.

### Keeping students safe

We're deepening our efforts to make college campuses safer by working with safety experts and campus law enforcement to increase awareness on how to use Uber as a tool for safety and how to use the safety technology features in the Uber app.

### Expanding support to survivors and victims

- Based on feedback from survivors, we're expanding our existing survivor support fund (launched in 2020 in partnership with RAINN) to increase flexibility for survivors to use this fund to cover transportation, therapy, and a wide range of other accommodations.
- We'll partner with Families for Safe Streets, a national nonprofit run by volunteers who have lost loved ones in traffic crashes. Through this partnership, we'll help provide fiscal support for Families for Safe Streets advocacy; our customer support agents will receive training by Families for Safe Streets; and we'll help the families of crash victims access support and resources by connecting them with Families for Safe Streets.

# Uber's scale in the United States

In 2019-2020, nearly 3 million trips occurred on the Uber platform per day. That's more than 32 rides every second.

At this scale, Uber ultimately reflects the world in which we operate. As we explained in our last report, this means that our platform is not immune to deeply ingrained societal issues and national trends such as sexual assault, fatal physical assault, and fatal motor vehicle crashes. The numbers included in this report continue to show that critical safety incidents on our platform are, statistically, extremely rare. But even just one critical safety incident is one too many, as it reflects the experience of an individual using Uber.

In this report, we examine data from 2019 through 2020, a time in which the world experienced devastating impacts from the COVID-19 pandemic. Compared with 2019, the number of trips taken with Uber decreased by as much as 80% in April 2020, when cities went into lockdown and many people stayed home to prevent the spread of COVID-19.[67]

These figures provide an important backdrop to understanding the incident rates included in the "Data insights" section of this Safety Report.

## US trips[68]

| 2019 | 2020 |
|---|---|
| 1.4 billion | 650 million |
| 2019-2020 total | 2019-2020 average US trips per day |
| 2.1 billion | 2.8+ million |

## US miles[69]

| 2019 | 2020 |
|---|---|
| 10.9 billion | 5.4 billion |
| 2019-2020 total | |
| 16.3 billion | |

## Uber customer support requests

**The overwhelming majority (99.9%) of trips on the Uber app end without any safety-related issue at all.**
For example, for trips in 2019 and 2020:

- **1%** of trips had a support request of any kind, most frequently for issues such as lost items, refunds, or route feedback

- **0.1%** of trips had a support request for a safety-related concern, the majority of which included more minor safety issues, such as complaints about driving or a verbal argument

- **0.0002%** of trips had a reported critical safety incident, which are the incidents referenced in this report[70]

---

67. "Uber Q1 2020 Earnings Conference Call," Uber webcast, 5:50, (May 7, 2020), investor.uber.com/news-events/events-and-presentations/event-details/2020/Uber-Q1-2020-Earnings-Conference-Call/default.aspx.
68. US trips are defined as any completed trip facilitated by the Uber rideshare app within the US (excluding US territories).
69. Miles driven is derived from the GPS data from Uber's rideshare app used by drivers and includes miles driven while the driver was en route to the rider's pickup location, as well as the miles driven during rider trips. We have used Uber's best estimate in calculating the mileage.
70. This percentage includes the 5 categories of sexual assault published in this report, fatal motor vehicle crashes, and fatal physical assaults reported to occur in 2019 and 2020 in relation to the Uber platform.

# Methodology

By publicly sharing safety incident data, we can help improve safety across our industry and beyond through increased transparency and accountability. In order to be impactful, however, we understand that these efforts must be grounded in quality data and methodological rigor. Our approach to safety data in this report is consistent with our first Safety Report (2019), and prioritizes data accuracy, reliability, and consistency. We also continue to work with RALIANCE, a sexual violence prevention expert, and Governors Highway Safety Association (GHSA), a road safety advocate organization, to maintain high levels of data integrity and classification. (See Appendix I: "RALIANCE: External validation of Sexual Misconduct and Violence Taxonomy for Uber" and Appendix II: "GHSA: Independent validation of Uber's methodology for analyzing fatal crashes.")

In this methodology section, we detail the categories included in this report, how Uber collects safety incident data, how data is classified and reconciled, our data quality and auditing processes, and, lastly, some of the limitations of Uber's safety incident data.

This report includes data on critical safety incidents that were reported to occur in connection with the Uber rideshare platform[71] in the United States[72] from **January 1, 2019**, through **December 31, 2020**. Every safety incident included in this report is directly linked to a rideshare trip facilitated by the Uber app and categorized based on Uber's Safety Taxonomy (see "Overview of Uber's Safety Taxonomy"). It's important to note that our data includes reports even if there is no allegation against a rider or driver connected with the Uber-facilitated trip (for example, motor vehicle fatalities caused by a third-party driver).

The categories included represent the most serious safety incidents reported by riders, drivers, and third parties:

- Motor vehicle crash fatalities
- Physical assault fatalities
- Sexual assault, broken down into 5 subcategories:
    - Non-consensual kissing of a non-sexual body part
    - Attempted non-consensual sexual penetration
    - Non-consensual touching of a sexual body part
    - Non-consensual kissing of a sexual body part
    - Non-consensual sexual penetration

**Recap: Why these categories?**
The categories included in this report are consistent with Uber's 2019 report and cover the most serious safety incidents that occur on our platform; they're also the categories with the highest measurable quality of data. Our stance on the importance of data quality remains unchanged—it's imperative for us and others in the industry to maintain a high quality of data so we all can be accountable for improvement.

We continue to prioritize the following when reporting safety data publicly:
- Classification accuracy
- Reliability
- Consistency in standards to ensure a measurable and repeatable process

(See "Uber's safety incident data auditing process.")

---

71. For the purposes of this report, the Uber rideshare platform involves peer-to-peer ride services including, but not limited to, Uber Black, Uber Black SUV,  Uber Pool, UberX, and UberXL. It also includes ride services in markets where professional rideshare drivers are commercially licensed (such as New York City).
72. Excludes US territories.

## Safety incident data collection and support process

Technology has made it easier than ever to provide feedback and report when things go wrong. Uber is constantly looking to improve our incident reporting and support process to help users submit incident reports quickly and easily in a manner that suits their needs. We also continue to proactively reach out to users to gather safety information and incident reports through safety features such as RideCheck.

We receive and gather safety incident reports from multiple channels, including:

**User-driven methods**
Post-trip in-app support
On-trip in-app reporting
Uber's website
24/7 Safety Incident Reporting Line
Uber Greenlight Hubs

**Proactive incident report gathering**
Social media mentions (Twitter, Facebook, etc.)
News media mentions

**Uber outreach to users** (see "Safety investments")
RideCheck
In-app Emergency Button

**Incoming third-party communications**
Law enforcement (see "Working with law enforcement")
Regulator outreach
Insurance claims
Other third parties

Given the multitude of sources Uber uses to aggregate data, it's likely that our data set is more comprehensive than other sources of data, both in transportation and more broadly. It is therefore difficult to draw comparisons between Uber's data set and data sets with more limited reporting channels.

## Safety support processes

At Uber, we rely on feedback from users to inform and improve the Uber app and rideshare experience. Our processes are set up to encourage feedback from our users across almost every interaction. In fact, the vast majority of feedback we receive is unrelated to safety issues.

We have a robust process to isolate and respond to user feedback related to safety. This includes:

- Sorting the data using key words and phrases, in addition to our advanced natural language processing technology, to identify reports that may indicate safety concerns
- Ensuring that all potential safety-related reports are manually reviewed by teams of safety support agents for proper resolution
- Escalating the most serious reports to a specialized support team, which speaks to incident parties and gathers necessary data to determine appropriate account actions
- Classifying incidents within Uber's Safety Taxonomy[73]

---

73. The incidents' data classification may be updated, if appropriate, as additional facts are developed in the course of the case review and then again by a specialized team of data auditors (see "Uber's safety incident data auditing process").

# Overview of Uber's Safety Taxonomy

Our Safety Taxonomy continues to act as the basis for measuring and reporting the data needed to understand and improve safety on our platform. Uber classifies all incident reports according to the description given by the reporting party, and our agents take action according to this initial classification. This approach to classifying reports according to the description of the reporting party is supported by experts[74] and ensures that reports are categorized with as little subjective assessment as possible.

> Uber's Safety Taxonomy is a set of categories used to classify and prioritize incoming safety incidents, apply action on individual reports, and inform Uber's efforts to prevent future incidents.

The Safety Taxonomy uses a hierarchical approach, which means that although multiple incidents or injuries can occur simultaneously during a single event, each report is assigned to only the most serious category. A hierarchical approach helps safety support agents provide appropriate and immediate response to each case, and it ensures that the most serious experiences are preserved and fully represented in the data set.[75]

# Motor vehicle fatalities methodology

As with our first Safety Report, we have chosen to align our standards with the Fatality Analysis Reporting System (FARS), the national standard for motor vehicle fatality data. Operated by the National Highway Traffic Safety Administration (NHTSA), FARS dates to 1975 and is a nationwide annual census of fatal crashes within the 50 states, the District of Columbia, and Puerto Rico.[76]

### Reconciling to the Fatality Analysis Reporting System (FARS)

For methodological purposes, Uber aligned to FARS data standards as closely as possible. Under US Department of Transportation (USDOT) reporting standards, to be included in the FARS data set, "a crash must involve a motor vehicle traveling on a trafficway customarily open to the public and must result in the death of at least one person (occupant of a vehicle or a non-motorist) within 30 days of the crash."[77]

Consistent with recommendations from road safety advocates, we use the word "crash" or "collision" versus "accident." FARS's definition of "crash" is aligned with the definition for "motor vehicle traffic crash" as defined in the American National Standard Institute (ANSI) D16.1 – The Manual on Classification of Motor Vehicle Traffic Crashes (2017).[78] As such, in order for an incident to be considered a motor vehicle traffic crash for inclusion in FARS, the answer to each of the following must be "Yes":[79]

1. Did the incident include one or more occurrences of injury or damage?

2. Was there at least one occurrence of injury or damage which was not a direct result of a cataclysm?[80]

3. Did the incident involve one or more motor vehicles?

---

74. "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault," the National Sexual Violence Resource Center and the Urban Institute, page 49 (2018), nsvrc.org/sites/default/files/publications/2018-11/NSVRC_HelpingIndustries.pdf.

75. As stated in our first Safety Report, Uber's Safety Taxonomy is intended to be exhaustive and comprehensive, but it is not static. For that reason, the taxonomy is open to revision, though any revisions are intended to be narrow so that the taxonomy does not become overly granular or prevent comparisons from being made over time. In some jurisdictions, Uber is required by law to submit periodic reports to certain regulatory bodies with data about safety incidents that occur on the Uber platform. The taxonomy used for those reports and the type of incidents reported may differ from those found in this Safety Report.

76. "Fatality Analysis Reporting System," NHTSA (April 2014), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/811992.

77. "Fatality Analysis Reporting System," NHTSA (April 2014), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/811992.

78. "2020 FARS/CRSS Coding and Validation Manual," NHTSA, page 10 (March 2022), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813251.

79. "Manual on Classification of Motor Vehicle Traffic Crashes," Association of Transportation Safety Information Professionals (ATSIP), page 68 (December 18, 2017), transportation.gov/sites/dot.gov/files/docs/resources/government/traffic-records/304331/ansid16-2017.pdf.

80. A cataclysm is defined as "an avalanche, landslide/mudslide, hurricane, cyclone, downburst, flood, torrential rain, cloudburst, lightning, tornado, tidal wave, earthquake, or volcanic eruption." "Manual on Classification of Motor Vehicle Traffic Crashes," ATSIP, page 21 (December 18, 2017), transportation.gov/sites/dot.gov/files/docs/resources/government/traffic-records/304331/ansid16-2017.pdf.

4. Of the motor vehicles involved, was at least one in-transport?[81]

5. Was the incident an unstabilized situation?[82]

6. Did the unstabilized situation originate on a trafficway or did injury or damage occur on a trafficway?[83]

7. If the incident involved a railway train in-transport, did a motor vehicle in-transport become involved prior to any injury or damage involving the train?

8. Is it true that neither an aircraft in-transport nor a watercraft in-transport was involved in the incident?

Unlike FARS, which collects information on fatal crashes from police, medical, and other source documents maintained by states, Uber classifies motor vehicle crashes according to the information provided to us by the reporting party (such as rider, driver, or third party), or according to additional information retrieved via insurance claims or police reports. For the purposes of data classification, Uber does not act as law enforcement in determining fault or the causal or contributing factors involved in the crash.[84]

By using identifying crash characteristics that Uber has access to (such as a driver's vehicle identification number [VIN], vehicle make and model, location, date, and time), we were able to query the FARS data set to find and reconcile fatal crashes in the Uber data set to specific fatal crashes in the FARS database. As a result, 91 fatal crashes deemed to be Uber-related for the purposes of this report were able to be individually reconciled with FARS. Uber was then able to gather additional contextual data points from FARS on Uber-related crashes, such as occupant seat belt usage, vehicle speed, land use, etc.

There were 11 Uber-related fatal crashes that either fell outside the scope of the FARS definitions or were otherwise unable to be accounted for in FARS. The reasons for this may include, but are not limited to:

- Fatalities occurred more than 30 days after the crash

- Health-related fatalities that occurred immediately prior to a crash (death was deemed by official documentation to not be the result of a motor vehicle crash)

- Fatalities that were reported to Uber, but FARS data does not record the vehicle operated by a driver using the Uber app as a party to the crash[85]

- Other fatalities that were reported to Uber to be the result of a motor vehicle crash but that were not deemed by official documentation to be a result of a motor vehicle crash

Because these fatal crashes are not in the FARS data set, the contextual data points (such as occupant seat belt usage, vehicle speed, etc.) obtained from FARS are not available for these 11 fatal crashes. Including these crashes would reduce comparability to FARS and misalign with the national data standard.

## Defining a motor vehicle fatality's relation to the Uber platform[86]

In order for a fatal motor vehicle crash to be "Uber-related" for the purposes of this Safety Report, the crash must have involved the vehicle of at least one driver using the Uber platform and involved the death of at least one person (occupant of a vehicle or a non-motorist, regardless of whether they were an Uber user or third party) within 30 days of the crash. Fatal crashes are included in this report regardless of whether the deceased party was an Uber user and regardless of fault.

---

81. In-transport is defined as a term that "denotes the state or condition of a transport vehicle which is in motion or within the portion of a transport way ordinarily used by similar transport vehicles. When applied to motor vehicles, 'in-transport' means on a roadway or in motion within or outside the trafficway." "Manual on Classification of Motor Vehicle Traffic Crashes," ATSIP, page 15 (December 18, 2017), transportation.gov/sites/dot.gov/files/docs/resources/government/traffic-records/304331/ansid16-2017.pdf.

82. An unstabilized situation is defined as "a set of events not under human control. It originates when control is lost and terminates when control is regained or, in the absence of persons who are able to regain control, when all persons and property are at rest." "Manual on Classification of Motor Vehicle Traffic Crashes," ATSIP, page 20 (December 18, 2017), transportation.gov/sites/dot.gov/files/docs/resources/government/traffic-records/304331/ansid16-2017.pdf.

83. A trafficway is defined as "any land way open to the public as a matter of right or custom for moving persons or property from one place to another." "Manual on Classification of Motor Vehicle Traffic Crashes," ATSIP, page 3 (December 18, 2017), transportation.gov/sites/dot.gov/files/docs/resources/government/traffic-records/304331/ansid16-2017.pdf.

84. Data included in this report is being provided for informational purposes only and reflects incidents reported to Uber in numerous ways, consisting of reported incidents that allegedly occurred in connection with (as defined here) an Uber-facilitated trip. Given the limitations described herein, the report does not assess or take any position on whether any of the reported incidents actually occurred, in whole or in part, and reporting incidents as "Uber-related" is not an admission of fault.

85. Time and location of crash reconciled to FARS data, but driver/driver's vehicle could not be identified in FARS data set as a party to the crash (when driver is reported as vehicle occupant). An example would be a multi-car pile-up where FARS only recorded certain vehicles as party to the fatal incident.

86. "Relation to the Uber platform" or "Uber-related" is a reference to how the data was classified, and it applies for the purposes of this Safety Report only.

Additionally, the fatal crash must have occurred at any time between when the driver accepted the trip request in the app and when the trip was completed (see Appendix IV: "Determining which reported safety incidents are Uber-related").

### Calculating vehicle miles traveled (VMT)

Calculating miles traveled is a common method of calculating for frequency of traffic fatalities. This is the same measure that NHTSA uses for "determining exposure in calculating fatality rates."[87] Therefore, in this report, Uber uses VMT when representing motor vehicle fatality rates. Uber calculates the miles underlying motor vehicle fatality crashes by using GPS data from Uber's rideshare app used by drivers. The miles included in the calculation encompass miles driven while the driver was on the way to the rider's pickup location and the miles driven during rider trips.

### Data quality measures for motor vehicle fatalities

To help ensure data completeness, Uber underwent a reconciliation process where all fatalities reported via Uber safety support channels were cross-referenced with other internal data sources, including insurance claims data and law enforcement reports. This additional reconciliation process was not used to invalidate any existing incident reports made through safety support channels. Rather, it allowed Uber to identify new cases and escalating details that had not otherwise been reported to Uber through other channels.[88] For example, fatalities that occur weeks or more after a vehicle crash are often discovered through the insurance-claims process, rather than through Uber safety support.

In addition to our own rigorous reconciliation process, this year Uber partnered with the Governors Highway Safety Association (GHSA), a leading national road safety advocate, to conduct a thorough audit of our motor vehicle fatality data. GHSA reviewed Uber's methodology, including a ticket-level analysis of all Uber-related fatalities, to ensure our alignment with FARS was accurate. (See Appendix II: "GHSA: Independent validation of Uber's methodology for analyzing fatal crashes").

# Fatal physical assault methodology

## Physical assault categories

As with our first Safety Report, we have included physical assault incidents that resulted in one or more fatalities. Physical assault incidents that may have resulted in serious, minor, or no injuries were excluded.

This approach supports our intention to include the most serious reported physical assault incidents while also maintaining a high degree of confidence and consistency in the quality of the overall data set. Any physical assault resulting in fatality can be consistently categorized, whereas assaults not resulting in fatalities (e.g. with serious, minor, or no injuries) are less objective, making them more difficult to achieve a classification standard that is both accurate and capable of consistent application.

To ensure consistency and data quality, we conducted a reconciliation process where all fatalities reported through Uber safety support channels were cross-referenced with insurance claims data. The additional reconciliation process is consistent with our approach in the first Safety Report. The process was not used to invalidate any existing incident reports made through safety support channels. Rather, it allowed Uber to identify new cases and escalating details on cases that would not otherwise have been present in the safety support data set. For example, fatalities that occur weeks after the physical assault incident are often discovered through the insurance-claims process, rather than through Uber safety support.

The final data set included in this report is Uber's good-faith effort to responsibly report on information with the highest reasonable degree of accuracy, reliability, and consistency.

---

87. "Glossary of Highway Safety Terms and Definitions," National Highway Traffic Safety Administration (accessed May 3, 2022), nhtsa.gov/resources-guide/glossary-highway-safety-terms-and-definitions#s-z-29531.
88. Safety support agents take action on user accounts using consistent policies, regardless of reporting method.

### Defining a fatal physical assault's relation to the Uber platform[89]

One or more of the following criteria must be true in order for a reported fatal physical assault incident to be defined as Uber-related for purposes of this report:

- The incident involved at least one person on an Uber-facilitated trip,[90] not necessarily with parties paired by the Uber app

- The incident occurred between parties that were paired by the Uber app, and the incident occurred within 48 hours[91] of trip completion (regardless of whether the parties were still on the app at the time)

For more information and examples of Uber-related and non Uber–related incidents, please view Appendix IV: "Determining which reported safety incidents are Uber-related."

There are limited circumstances in which a reported fatality may, on its surface, meet one or both of the preceding qualifying requirements but then, due to additional information from the reporting party, contradict the classification as Uber-related. For example, the reporting party may later disaffirm or refute the accuracy of the original report by stating that the incident was reported to the wrong rideshare company by mistake. Uber also occasionally receives reports where the reporting party's intent is clearly not to report a safety incident (e.g., practical jokes claiming to "test" Uber's response). These incidents were also excluded from the data set for this report.

# Sexual assault methodology

### Sexual Misconduct and Violence Taxonomy[92]

Uber partnered with the National Sexual Violence Resource Center, the Urban Institute, and RALIANCE in 2018 to create the Sexual Misconduct and Violence Taxonomy, a system companies and organizations can use to more clearly classify unwanted sexual experiences and better understand this type of data. This taxonomy, which didn't exist before, also provides a framework that can be used to categorize incidents of sexual assault and misconduct in a consistent manner across companies and industries. The taxonomy includes 2 overarching categories—sexual assault and sexual misconduct—which are further divided into a total of 21 secondary categories (some with tertiary categories) that correspond to behaviorally specific definitions (see Appendix III: "Sexual Misconduct and Violence Taxonomy".)

We've applied this taxonomy to incidents dating back to January 2017 and it's available as a free resource that other companies and organizations can use for the benefit of improving safety for their own customers.

### Sexual assault categories

The categories included in this Safety Report prioritize:

- Reporting the most serious categories of sexual assault outlined in the taxonomy

- Maintaining a high degree of confidence and consistency in the quality of the overall data set

- Aligning as far as possible with types of sexual assault that are already published in external research and national estimates[93]

---

89. "Relation to the Uber platform" or "Uber-related" is a reference to how the data was classified, and applies for the purposes of this Safety Report only.

90. For the purposes of fatal physical assault data classification for this report, Uber defines a trip for drivers as beginning when the driver has accepted the trip request in the app and is en route to the rider's pickup location. For riders, a trip begins once they are picked up by their driver. In the exceedingly rare case that a driver was involved in a fatal physical assault incident while en route to the rider's pickup location, this would be included in the data set.

91. Incidents between parties paired via the Uber app may occur after the trip has ended. In general, post-trip incidents happen either immediately after the trip has ended or within a few hours of the trip's end. For audit consistency, and to err on the side of overinclusion, we determined that 48 hours is an auditable standard and adopted it for the purposes of this report only.

92. For more information on the development and details of the Sexual Misconduct and Violence Taxonomy, please see "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault," Raliance (2018), raliance.org/wp-content/uploads/2018/11/helping-industries.pdf.

93. The categories of incidents we are reporting align with the forms of sexual assault already collected and reported by the National Intimate Partner and Sexual Violence Survey (NISVS) administered through the Centers for Disease Control (CDC). NISVS is an ongoing survey that collects the most current and comprehensive national- and state-level data on intimate partner violence, sexual violence, and stalking victimization in the US.

As explained in depth in our 2019 report, categorizing unwanted sexual experiences remains a challenge even among experts.[94] While the taxonomy helped create shared categories, definitions, and a means of codifying incidents across public and private organizations, there is a risk that classifications may vary by auditor. Limiting the categories of incidents to the most severe helps us maintain a higher level of classification accuracy, reliability, and consistency with our previous report.

**Auditor classification alignment with safety taxonomy experts**

Uber aims to ensure that the categories of sexual assault included in this report have at least 85% of auditor classification alignment[95] with internal safety taxonomy experts (see "Uber's safety incident data auditing process"). For this report, our aggregated confidence benchmark exceeded the 85% threshold, reaching over 90% alignment. Only one category (Attempted non-consensual sexual penetration) was lower than our 85% threshold, a similar finding to our first report. Some categories reached alignment well beyond it, such as Non-consensual sexual penetration and Non-consensual kissing of a sexual body part, both reaching 99% alignment. We continue our work with RALIANCE to improve auditor alignment across the taxonomy (see "Appendix I: RALIANCE: External validation of Sexual Misconduct and Violence Taxonomy for Uber").

**Additional data reconciliation process**

To help ensure data completeness, Uber underwent a reconciliation process where all reports of Non-consensual sexual penetration reported through our safety support channels were cross-referenced with other internal data sources, including reports received directly through law enforcement.[96]

The final data set included in this report is Uber's good-faith effort to responsibly report on information with the highest reasonable degree of accuracy, reliability, and consistency.

## Defining a sexual assault's relation to Uber's rideshare platform[97]

In order for a sexual assault to be established as Uber-related for purposes of data classification for this report, one or more of the following must be true:

- The incident occurred during an active Uber-facilitated trip,[98] not necessarily with parties paired by the Uber app
- The incident occurred between parties that were paired by the Uber app, and the incident occurred within 48 hours[99] of trip completion (regardless of whether the parties were still on the app at the time

As with physical assault fatalities, there are limited circumstances in which an incident report may, on its surface, meet one or both of the preceding qualifying requirements but then, due to additional information from the reporting party, contradict the classification as Uber-related. For example, the reporting party may later disaffirm or refute the accuracy of the original report by stating that the incident was reported to the wrong rideshare company by mistake. In other situations, Uber occasionally receives reports where the reporting party's intent is clearly not to report a safety incident (such as practical jokes claiming to "test" Uber's response). These incidents were excluded from the data set for this report.

We do, however, understand that survivors may withdraw an incident report due to fear, trauma, or simply not wanting to continue with the reporting process for a number of personal reasons. In these cases, where a sexual assault report was withdrawn (and the original details of the incident were not later refuted or disaffirmed by the survivor), these reports are still considered Uber-related and are therefore included in the data set in this report.

---

94. "Scope of the Problem: Statistics," RAINN (accessed May 3, 2022), rainn.org/statistics/scope-problem.

95. Here, "alignment" refers to the rate of agreement when 2 auditors are separately shown the same facts and come to the same conclusion on the classification of an incident.

96. As with our internal physical assault fatality reconciliation process, this additional process was not used to invalidate any existing incident reports made through safety support channels. Rather, it allowed Uber to identify new cases and details that had not otherwise been reported to Uber through other channels. Ultimately, we believe responsible data reporting is critical to improving the safety of the Uber rideshare platform and the communities we serve.

97. "Relation to the Uber platform" or "Uber-related" is a reference to how the data was classified, and applies for the purposes of this Safety Report only.

98. For the purposes of sexual assault data classification for this report, Uber defines an active trip for drivers as beginning when the driver has accepted the trip request in the app and is en route to the rider's pickup location. For riders, an active trip begins once they are picked up by their driver. In the exceedingly rare case that a driver was sexually assaulted by a third party while en route to the rider's pickup location, this would be included in the dataset.

99. Incidents between parties paired by the Uber app may occur after the trip has ended. In general, post-trip incidents happen either immediately after the trip has ended or within a few hours of trip completion. For audit consistency, and to err on the side of overinclusion, we determined that 48 hours is an auditable standard and adopted it for the purposes of this report only.

**Safety support and response protocols**

It's important to note that even if an incident is ultimately deemed unrelated to Uber for purposes of data classification (and thereby not included in this report), Uber's safety support agents still follow our response protocols and take necessary action when able, up to and including deactivation from the Uber app. For example, if Uber is made aware that a driver has been charged with sexual assault stemming from an incident that occurred while they were not driving on the Uber ride-share platform, Uber safety support agents would still conduct a review of that driver's account. If the Uber support agent confirmed a criminal sexual assault charge, then the driver would be removed from the Uber rideshare platform because the charge would violate our background check standards.

For more information and examples of Uber-related and non-Uber related incidents, please see Appendix IV: "Determining which reported safety incidents are Uber-related."

# Uber's safety incident data auditing process

Uber conducts an extensive internal data auditing process on the most serious safety incidents to maintain the data and statistical rigor for producing accurate data for this Safety Report.

Similar to the audit function introduced in our first report, this process is run by our specialized auditing team, which is dedicated to checking and confirming the classification of safety incident reports after they are first categorized and investigated by our frontline agents. Although these frontline agents make the initial classification attempt in order to prioritize the report, we believe their focus should remain on providing support to reporting parties and collecting user statements and information relating to the reported incident.

While this auditing process was initially developed to prepare for our first Safety Report, these standards, performance benchmarks, and processes remain active within the Uber business to maintain high levels of data quality.

> "Our analysis indicates that Uber staff are effectively using the Taxonomy and coding the identified incident data with a high degree of adherence relative to what we see with coding from experts working on issues of sexual misconduct and assault."
>
> Yolanda Edrington, Managing Director, RALIANCE

The specialized audit team has 3 main objectives that translate into key audit phases:

- Ensure that all relevant safety incident reports are audited with the necessary data documented
- Audit to a high standard for quality
- Update our historical data with the most accurate classification, addressing any discrepancies in auditor opinion

### Phase 1: Auditing potentially relevant safety incident reports and documenting necessary data

Uber audits all reports of sexual assault and sexual misconduct, inappropriate post-trip contact, any vehicle crash resulting in bodily injury, and any physical or theft-related altercation resulting in bodily injury to ensure that all critical sexual assault incidents, motor vehicle fatalities, and physical assault fatalities are classified accurately. In addition to ensuring accurate category classification, the auditing process increases accuracy of data elements such as whether the incident report was Uber-related, who the reporting party was, and who the accused party was.[100] For this report, the team reviewed over 350,000 user reports to ensure that all necessary information was documented and that the incident reports were categorized accurately and comprehensively.

### Phase 2: Auditing with a high standard for quality

In order to gain confidence in the results of the internal audit, a robust and rigorous process for measuring the accuracy, reliability, and consistency of our data classifications is required. The most effective way to do this is to measure auditor performance quality and their Safety Taxonomy comprehension. In particular, it is necessary to measure an auditor's understanding of the Safety Taxonomy at 2 valuable checkpoints:

1. Before an auditor begins the internal classification audits
2. At a regular cadence after starting audits

---

100. The reporting party and accused party are available for sexual assaults and fatal physical assaults, but not for motor vehicle fatalities.

These quality checkpoints allow us to understand the baseline for how an auditor interprets our Safety Taxonomy, as well as changes in their performance over time and how this may impact overall data quality.

To measure an auditor's readiness to adequately interpret the Safety Taxonomy and perform classification audits, we use a certification process in which every auditor is required to participate in instructor-led courses, self-study guides, knowledge checks, and various interactive group audit activities. At the end of the training, auditors complete a practical assessment in which they are asked to classify a subset of incident reports. Their classification opinions are then compared to the classifications for the same incident reports (i.e., an "answer key") created by internal subject-matter experts in our Safety Taxonomy. Once the auditor completes the practical assessment, they receive a score that determines whether they are ready to begin classification audits or whether additional training would be required.

The process for measuring auditor performance quality during the active auditing process is similar. On a regular cadence, all auditors classify a subset of safety incident reports that are compared to the classification answer key prepared by the internal Safety Taxonomy experts. Auditor alignment scores are then aggregated to quantify our classification confidence in the overall data set for each issue area. This confidence metric continues to be a critical measurement as we consider where to invest in additional training to enhance quality, and, for the purposes of inclusion in this report, what data categories provide an appropriate level of confidence and reliability.

To this end, similar to our first report, aggregate classification confidence benchmarks of a minimum of 85% for sexual assault and 99% for all fatalities were set.

The final data set included in this report is Uber's good-faith effort to responsibly report on information with the highest reasonable degree of accuracy, reliability, and consistency.

## Phase 3: Addressing differences in auditor opinion and updating underlying data

Our final goal is to change the underlying data classification in Uber's database to the updated, more accurate classification identified during the audit process. Before doing this, however, we conduct additional quality checks on an auditor's classification in circumstances where classification may have been particularly challenging. We've identified 2 potential circumstances for further examination of auditor classification:

1. Circumstances where the auditor classifications differ from the original classification entered by the frontline support agent.
2. Proactive escalation from an auditor to their manager on incident reports they deem to be particularly difficult to classify.

In the event that an auditor's classification opinion differs from the original classification by frontline support agents, a second auditor opinion is required before any underlying data is changed. The second auditor is then able to take into account the incident report itself and the previous classification opinions of other auditors in order to determine the final classification opinion that would be used to update the underlying data.

In addition, auditors are able to self-identify incident reports that they feel are particularly challenging to classify and escalate these reports to an internal audit manager. These escalated reports facilitate collaborative discussions across the internal audit team. If the team still struggles to identify the appropriate classification, the incident report is then escalated to the internal cross-functional taxonomy experts to evaluate. Once the determination on the correct classification is made, it is used to update the initial classification and is then shared with the audit team, who can then use the learnings from the discussion to improve future auditor training.

Based on feedback received from sexual violence advocates following the release of our first Safety Report, all sexual assault incidents included in this report also underwent an additional manual audit to capture key data fields relevant to understanding the prevalence of sexual assault, including identifying the survivor of the incident. This manual audit was extended to physical assault fatalities to identify the deceased party.

## Limitations of Uber safety incident data

The data included in this report is not intended to be a representation of the size or scope of sexual assaults, motor vehicle fatalities, or fatal physical assaults nationally beyond Uber. For example, the vast majority of US Uber users are individuals with access to a smartphone and a credit or debit card who use rideshare services to navigate their geographies. Thus the incident data leans more toward representing these populations. COVID-19 also impacted rideshare trips, both in terms of the number of trips taken as well as the times of day and locations traveled to, which creates differences between Uber's safety incident rates and the safety incident rates of the public at large. As such, Uber urges caution in comparing the data contained in this report to the findings of national prevalence estimates as significant demographic and methodological differences may be present.

## Underreporting of incidents and incident details to Uber

In addition, when interpreting the data in this report, one must consider the issue of underreporting, particularly for incidents of sexual assault. This isn't specific to Uber; research has highlighted this as a challenge across society.[101] For sexual assault, this is dependent on a number of victim identification factors such as an individual having access to, knowledge of, and/or desire to reach Uber reporting channels, and/or those who are able to identify an incident as potentially sexually violent or unwanted. While Uber makes every effort to mitigate underreporting by increasing reporting mechanisms and reducing barriers to reporting (see "Safety incident data collection and support process"), it is important to consider that the data in this report is based only on what is reported to Uber or that Uber became aware of through previously discussed channels.

Incoming Uber data can also be fragmented. Agents and auditors take incident reports at face value when classifying the report. There are times when an initial incident report lacks critical details necessary for auditors to classify the report accurately within the taxonomy. Examples include incident reports that may simply state that a user was sexually harassed or sexually assaulted—both terms encompass many manifestations of experiences and do not provide the necessary details for accurate classification within the Safety Taxonomy. Although frontline support agents will make numerous attempts to contact the reporting party to clarify the report, there are times when further contact is declined or not possible. Incoming requests from law enforcement are primary examples since these requests can often identify the potential crime generally as "sexual assault" with no clarifying details. Due to the sensitive and confidential nature of law-enforcement investigations, Uber is not always privy to additional details. Unless we obtain more information on the incident through law enforcement or other channels (e.g., a subsequent report from the victim), these types of reports are unable to be sufficiently classified within Uber's Safety Taxonomy and are therefore classified as "Insufficient information." All reports of insufficient information were excluded from this report.

## FARS reporting processes and procedures

The data and analysis included in this report using FARS data is subject to the limitations of FARS' data processing. These include underreporting of incidents to the police, inaccurate or incomplete police reports, or any potential errors during the FARS analysts' processing of police reports into FARS codification.[102] FARS also updates their prior year's data set in the following year; any subsequent updates from FARS not available at the time of the report's release are not included.

## Demographics

Lastly, it is important to note certain limitations on Uber's data related to riders, particularly regarding rider demographics. While Uber collects identity details on drivers through our normal background and identity check processes, these same requirements do not exist for riders using the Uber platform. Therefore, some of the demographic data included in this report is not available for riders unless it was collected through a manual audit of incident reports. It is also worth noting that some demographic data that is not relevant for our driver background check processes, such as race or ethnicity, is not available for riders or drivers.

---

101. "Criminal Victimization, 2018," US Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, page 8 (September 2019), bjs.gov/content/pub/pdf/cv18. pdf.
102. "MMUCC Guideline: Model Minimum Uniform Crash Criteria," National Highway Traffic Safety Administration, page 3 (July 2017), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/812433.

# Data insights

In this chapter of the report, we provide a breakdown of the most serious safety incidents reported in connection with the Uber platform in 2019 and 2020: motor vehicle fatalities, physical assault resulting in fatality, and sexual assault. We recognize that behind each of these statistics are devastating personal experiences. We share this data to raise public awareness of safety and work together on solutions, across the rideshare industry and in transportation more broadly.

Uber continues to be intentionally overinclusive when reporting this data. This is detailed in the "Methodology" section, and we provide context below on how adopting less inclusive data standards could adversely impact the overall data set for reporting of these types of safety incidents.

**Impact of the COVID-19 pandemic on Uber's safety incident trends**

Uber's rigorous and inclusive data standards and reporting processes have remained unchanged throughout the pandemic. However, it's necessary to acknowledge the impact the pandemic had on our business and on safety issues in society.

Beyond Uber, the pandemic had a widespread effect on many aspects of our lives and the way we move, which scientists and researchers are still working to understand. Since Uber ultimately reflects the world in which we operate, we expect to see societal issues, national trends, and effects of major events like a pandemic play out on our platform.

In fact, as detailed in "Uber's scale in the United States," when COVID-19 began spreading in the US, cities went into lockdown and Uber encouraged users to stay home if they could. These disruptions in how people interacted with each other and with our platform make yearly comparisons challenging and unclear, especially without contextualizing in light of larger national trends. With that in mind, we highlight within each section below how both national trends in safety incidents as well as the disruption to the business might have interplayed with safety incidents on the Uber platform.

## Motor vehicle fatalities

In the United States, traffic crashes are the leading cause of death for people ages 1-54.[103] Each crash is a tragic loss that impacts families and communities across the country.

In 2019, 36,355 people lost their lives in traffic crashes in the US,[104] and in 2020 that number rose 6.8% to 38,824.[105] The year 2020 saw the highest number of motor vehicle fatalities since 2007 and the highest increase in the fatality rate on record.[106]

---

103. "Road Safety Facts," Association for Safe International Road Travel (accessed May 3, 2022), asirt.org/safe-travel/road-safety-facts.
104. "NHTSA Releases 2020 Traffic Crash Data," NHTSA (March 2, 2022), nhtsa.gov/press-releases/2020-traffic-crash-data-fatalities.
105. "NHTSA Releases 2020 Traffic Crash Data," NHTSA (March 2, 2022), nhtsa.gov/press-releases/2020-traffic-crash-data-fatalities.
106. "Overview of Motor Vehicle Crashes in 2020," NHTSA (March 2022), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813266.

Like all aspects of life, the pandemic changed the way we move. Vehicle miles traveled (VMT) decreased by 11% in 2020 compared to 2019,[107] as schools and businesses went virtual. Even as Americans traveled less, traffic fatalities increased. In 2020, the fatality rate per 100 million VMT increased by 21% compared with 2019.[108]

NHTSA attributes the dramatic increase in deaths to a rise in 3 risky behaviors. In 2020, alcohol-involved fatalities increased by 14%, unrestrained passenger fatalities increased by 14%, and speeding-related fatalities increased by 17%,[109] due in large part to less congestion on the roadways. There were likely other large changes in the mix of road use (time of day, urban vs. rural, etc.) as schools closed and many office workers stayed home.[110] We contextualize the numbers below in light of these drastic changes in the environment.

### Table 1: 2019-2020 motor vehicle fatalities by vehicle miles traveled (Uber-related and US rates)[111]

| | 2017-2018 | | 2019-2020 | | Incident rate change over reports (2019-2020 compared with 2017-2018) | |
|---|---|---|---|---|---|---|
| | Uber rate[112] (per 100 million VMT) | National rate[113] (per 100 million VMT) | Uber rate (per 100 million VMT) | National rate[114] (per 100 million VMT) | Uber rate change[115] | National rate change[116] |
| | 0.58 | 1.15 | 0.62 | 1.22 | +7% | +6% |
| Total miles | 18.5 billion | 6.4 trillion | 16.3 billion | 6.2 trillion | | |

### Table 2: 2019-2020 motor vehicle fatalities by trips (Uber-related)[117]

| 2019-2020 | | | 2019 | | 2020 | |
|---|---|---|---|---|---|---|
| Frequency of rider fatalities (by # of trips) | Frequency of driver fatalities (by # of trips) | Frequency of total fatalities (by # of trips) | # of Uber-related fatalities | % of total trips | # of Uber-related fatalities | % of total trips |
| ~1 in 90,000,000 | ~1 in 140,000,000 | ~1 in 20,000,000 | 59 | 0.000004% | 42 | 0.000006% |
| Total trips | 2.1 billion | | 1.4 billion | | 650 million | |

---

107. "NHTSA Releases 2020 Traffic Crash Data," NHTSA (March 2, 2022), nhtsa.gov/press-releases/2020-traffic-crash-data-fatalities.

108. "NHTSA Releases 2020 Traffic Crash Data," NHTSA (March 2, 2022), nhtsa.gov/press-releases/2020-traffic-crash-data-fatalities.

109. "NHTSA Releases 2020 Traffic Crash Data," NHTSA (March 2, 2022), nhtsa.gov/press-releases/2020-traffic-crash-data-fatalities.

110. "Continuation of Research on Traffic Safety During the COVID-19 Public Health Emergency: January – June 2021," NHTSA (October 2021), nhtsa.gov/sites/nhtsa.gov/files/2021-10/Traffic-Safety-During-COVID-19_Jan-June2021-102621-v3-tag.pdf.

111. Uber occasionally receives notice of a possible safety incident well after the trip was taken (sometimes years after). This is extremely rare for fatalities, but for this reason the data may change over time. The motor vehicle data presented in this report includes incident reports reported on or before April 15, 2022. The motor vehicle data in this report reconciled to 2020 FARS data.

112. Uber yearly rates are rounded.

113. Two-year NHTSA rates are calculated by adding the number of fatalities provided by NHTSA for both years and dividing by VMT, derived from the rate of fatalities per 100M VMT produced by NHTSA (2017, 2018).

114. Two-year NHTSA rates are calculated by adding the number of fatalities provided by NHTSA for both years and dividing by VMT, derived from the rate of fatalities per 100M VMT produced by NHTSA (2019, 2020).

115. Uber rate change may not sum according to chart. The rate change is based on unrounded rates.

116. Derived from the calculated fields in the table.

117. Uber occasionally receives notice of a possible safety incident well after the trip was taken (sometimes years after). This is extremely rare for fatalities, but for this reason, the data presented in this report may change over time. The motor vehicle data presented in this report includes incident reports reported on or before April 15, 2022. The motor vehicle data in this report reconciled to 2020 FARS data.

## Figure 3: 2017-2020 motor vehicle fatality rate, Uber-related and US



> As in our first report, the motor vehicle fatality rate connected with the Uber platform in both 2019 and 2020 is about half the national average.

## Rate of motor vehicle fatalities over time: 2017-2020

In 2019-2020 alone, 101 motor vehicle fatalities occurred across 91 fatal Uber-related crashes. This accounts for approximately 0.000005% of total trips, or one in 20,000,000 trips. As in our first report, the motor vehicle fatality rate connected with the Uber platform in both 2019 and 2020 is about half the national average.

Overall, motor vehicle fatalities per VMT increased by 7% between the 2017-2018 and the 2019-2020 time frames, in line with a 6% increase nationally comparing the same sets of years.[118] The total number of motor vehicle fatalities on the Uber platform decreased from 59 in 2019 to 42 in 2020. While we did see an increase in rate from 2019 to 2020, it is difficult to quantitatively compare Uber's year-on-year data given the significant reduction in trips and volatility the pandemic brought to how and when users interacted with our platform.

## Table 4: Deceased parties in Uber-related motor vehicle crashes[119]

| Deceased party | 2019 | 2020 |
|---|---|---|
| Occupant | 68% (n=40) | 74% (n=31) |
| Driver using Uber app | 10 | 4 |
| Rider using Uber app | 9 | 10 |
| Third-party driver | 9 | 9 |
| Third-party motorcyclist | 6 | 6 |
| Third-party passenger | 6 | 2 |
| Non-occupant | 32% (n=19) | 26% (n=11) |
| Driver/rider using Uber app fatally struck outside of vehicle | 2 | 2 |
| Third-party pedestrian | 15 | 8 |
| Bicyclist/scooter rider | 2 | 1 |
| Total | 59 | 42 |

The increase in motor vehicle fatality rate in 2019-2020 largely represents an increase in occupant fatalities in 2020. Most of these fatalities in 2020 were either third-party drivers[120] (n=15) or riders using the Uber app (n=10).

These changes in the rate of motor vehicle fatalities over time may have been impacted by a combination of national roadway factors, including more risky driving and passenger behaviors.

---

118. Derived from the calculated fields in Table 1.

119. Deceased parties and other data elements in this section regarding Uber-related fatal crashes are derived from FARS data pulled from NHTSA's Fatality and Injury Reporting System Tool (FIRST) at cdan.dot.gov/query on March 2, 2022.

120. Third-party drivers here include both motorcyclists and non-motorcyclist third-party drivers.

## Impact of more risky driving on the roadways

NHTSA identified a sharp increase in particularly risky behavior by drivers in 2020 nationwide, including increases in motor vehicle fatalities involving alcohol-impaired driving (+14%) and speeding (+17%).[121]

**By the numbers: risky driving on the roadways**
Across 2019 and 2020:
- 32% (n=32) of fatalities involved at least one vehicle that was speeding
  - 91% (n=29) were third-party drivers
- 23% (n=23) of fatalities involved an alcohol-impaired driver
  - 100% were third-party drivers
- 15% (n=15) of fatalities involved a driver driving the wrong way[122]
  - 100% were third-party drivers

This national increase in risky driving behaviors appears in our data as well. In fact, 53% (n=54) of the fatalities included in this report from Uber's data involved at least one of the following risky driver behaviors: alcohol-impaired driving, speeding, or wrong-way driving. Of these fatalities, **nearly all (94%) were the result of risky behavior by third-party drivers**. Over a quarter of these fatalities (n=15) included more than one risky behavior.

For example, in 2019-2020, 23% (n=23) of motor vehicle fatalities connected to the Uber platform involved third-party alcohol-impaired drivers. Of those fatalities, half of the third-party drivers (n=12) were also speeding, and 43% of the time (n=10) the third-party driver was the fatal party themselves, with nearly all not wearing their seat belts.[123]

The same holds true when looking only at fatalities of a rider or driver using the Uber app: of those 37 fatalities in 2019-2020, 57% (n=21) involved at least one of the risky behaviors outlined above, and all but one fatality were the result of risky driving by a third-party driver.

These national third-party risky behaviors not only appear in our data but also are increasing over time (Figures 5 and 6). We saw the most significant increases in motor vehicle fatalities involving 2 particular third-party driver behaviors: wrong-way driving, which doubled from 7% (n=8) of fatalities in 2017-2018 to 15% (n=15) in 2019-2020; and unrestrained third-party drivers, which tripled from 4% (n=3) in 2017-2018 to 13% (n=9) of occupant fatalities in 2019-2020.[124] Consistent with national trends, these changes largely stem from increases observed in 2020.

## Figure 5: % of Uber-related fatalities involving risky driving behavior, predominantly by third parties



## Figure 6: % of national fatalities involving risky driving behavior [125]



121. "Overview of Motor Vehicle Crashes in 2020," NHTSA (March 2022), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813266.

122. The wrong way is defined as a combination of FARS data elements looking at the manner of the vehicle collision (such as "front to front"), pre-crash vehicle events (such as drivers "traveling over the lane line of travel"), and pre-crash driver events (such as "leaving the original travel lane", driving on the wrong side, etc.).

123. Three of the 10 third-party drivers were motorcyclists and were excluded from this statistic. Five of the 7 third-party drivers driving passenger vehicles were not wearing seat belts.

124. Unrestrained third-party drivers defined here does not include motorcyclists.

125. FARS data was pulled from NHTSA's Fatality and Injury Reporting System Tool (FIRST) at cdan.dot.gov/query on March 2, 2022.

There was a marked increase in risky driving by third parties, but these trends were not evident among drivers[126] using the Uber app: 91% (n=79) were properly wearing seat belts, and 97% (n=84) were not speeding, impaired by alcohol, or driving the wrong way in traffic. Given that we operate on the same streets as everyone else, riders and drivers using the Uber app are not immune to the impacts of less safe roadways.

## Impact of risky passenger behavior

NHTSA also identified an increase in passengers not buckling seat belts. Nationally, the motor vehicle fatality rate for unrestrained passenger-vehicle occupants rose 14% in 2020, compared to 2019. Among passenger-vehicle occupants killed in 2020, 51% were not wearing a seat belt.[127]

Similar to NHTSA's other noted behaviors, we have seen that increase in our data as well. In addition to the increase in unbuckled third-party drivers, we observed an increase in fatalities of unbuckled riders using Uber, representing 8% (n=3) of occupant fatalities in 2019 and increasing to 26% (n=8) in 2020.

Most riders[128] (70%, or n=77) involved in fatal crashes in 2019-2020 were wearing seat belts in the vehicle. However, of those who were involved in a fatal crash while not wearing a seat belt, half (n=11) were one of the fatal parties.

Research has shown that while most Americans buckle up in the front seat, they don't always do so in the back seat, on shorter rides, in a taxi, or while using ridesharing.[129] We are committed to improving seat-belt usage on the platform by increasing our education efforts and building new technology like Rider Seat Belt Alerts (see "Safety investments").

## Vulnerable road user safety

People walking, biking, or riding motorcycles are considered "vulnerable road users"[130] and are more at risk than other road users because they don't have the structure of a vehicle to protect them. Nationally, rates of pedestrian and bicyclist fatalities have increased faster than the fatality rate of vehicle occupants. Vulnerable road user fatalities are also more likely to occur in urban environments, where the majority of Uber trips occur.[131]

Across 2019 and 2020, 42% (n=42) of motor vehicle fatalities were vulnerable road users. Of those fatalities, 64% (n=27) were pedestrians, 29% were third-party motorcyclists (n=12), and 7% (n=3) were bicyclists or scooter riders.

Of the pedestrian fatalities, most occured in the dark, in either lit or unlit areas (n=23), and on larger roadways such as principal arterials, state highways, or even interstates (n=23). The majority, 70% (n=19), were not at a crosswalk or intersection, and 22% (n=6) were crossing an expressway.

As noted in our last report, Uber-related pedestrian fatalities included drivers or riders who were outside of the vehicle at the time of the crash. This might happen when, for example, a driver exits the vehicle to assist a passenger, or when drivers or riders assist other road users in some way. In 2019-2020, there were 4 such fatalities.

While non-occupant fatalities connected with the Uber platform decreased as a proportion of overall fatalities in 2020, the nationwide increase in vulnerable road user fatalities is concerning.

---

126. Drivers are defined here as occupants, not pedestrians.

127. "Overview of Motor Vehicle Crashes in 2020," National Highway Traffic Safety Administration (March 2022), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813266.

128. Riders are defined here as vehicle occupants only, not pedestrians.

129. "Unbuckled in Back: An Overlooked Issue in Occupant Protection," Governors Highway Safety Association (accessed May 3, 2022), ghsa.org/sites/default/files/2016-11/RearBelts_FINAL.pdf.pdf.

130. "Position/Policy Statement: Vulnerable Road Users," National Safety Council (2018), nsc.org/getattachment/d5babee6-582d-4e66-804f-8d06f9b021a4/t-vulnerable-road-users-147.

131. "Rural/Urban Comparison of Motor Vehicle Traffic Fatalities," NHTSA (November 2021), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813206.

**Challenges to comparisons: how Uber trips differ from the national average**

While there are many similarities between our data and the national numbers, a direct comparison cannot be made due to demographic and methodological differences.

**Demographic differences**

Uber-related trips occur in primarily urban environments, with 91% of fatalities on the platform occurring in an urban setting in 2019-2020. NHTSA data shows that since 2016, fatalities on urban roadways have consistently been more frequent than they've been on rural roadways. In particular, from 2019 to 2020, urban fatalities increased nationwide by 8.5%, whereas rural fatalities increased only 2.3% in that same time frame.[132]

This difference affects which risk factors are more prevalent on the Uber platform relative to the national context, such as fatalities involving pedestrians or bicyclists[133] (defined as pedalcyclists in FARS).

Additionally, Uber's rigorous signup requirements mean that our demographics vary from the national average, in part because of the following factors:
- **Age and experience of driver:** Drivers on the Uber platform must be at least 21 years old and have at least one year of license history.[134] According to NHTSA, drivers aged 15-20 tend to have higher overall crash rates than older and more experienced drivers.[135]
- **Motor vehicle records (MVR) check:** As discussed in the "Safety investments" section, Uber screens every prospective driver's MVR for violations or crashes; verification of license status; and violations such as DUI, reckless driving, or evading police as reported by each state's Department of Motor Vehicles.[136]
- **Vehicle age:** Vehicles on the Uber platform are generally newer than the average age on the road (5 years old compared with 12 years old).[137] NHTSA reports that newer vehicles are safer than older ones because they are more likely to include safety features like electronic stability control, backup cameras, and blind-spot detection.[138]

**Methodological differences**

While we can reconcile fatalities reported to Uber uniquely against the FARS database (see "Methodology" section), the calculation for VMT differs between Uber and NHTSA such that the comparison of motor vehicle fatality rates cannot be made directly.

**Uber considers only the Uber-related vehicle miles traveled, while NHTSA captures the vehicle miles traveled by all vehicles on the road. This key difference results in overcounting or overstating Uber's rate relative to NHTSA's "all vehicles" rate measuring the entire population.**

For example, suppose that only blue and red vehicles exist on the road, that both sets of vehicles have driven 100 miles each, and that a collision between a red vehicle and a blue vehicle occurs, resulting in one fatality. Using a simple ratio of fatalities involving vehicles of one color divided by the miles traveled by vehicles of that color, the blue vehicle fatality rate would be 1 fatality/100 miles. The red vehicle fatality rate would be the same: 1 fatality/100 miles. Each rate is double counting the same fatality.

However, that fatality is only counted once when looking at the "all vehicles" rate, which includes the miles driven by both red and blue vehicles: 1 fatality/200 miles. Thus, the rate for both subsets (1/100 fatalities per VMT) is higher than the "all vehicles" rate (1/200 fatalities per VMT).

One could assign each fatal crash to a single vehicle to avoid double counting when there are multiple vehicles involved. However, that is difficult to do consistently, especially without introducing a concept of fault, which is often disputed. We have therefore not adjusted the rates shown for this effect, even though doing so would lead to a lower fatality rate for Uber-related trips.

---

132. "Overview of Motor Vehicle Crashes in 2020," National Highway Traffic Safety Administration (March 2022), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813266.

133. "Rural/Urban Comparison of Motor Vehicle Traffic Fatalities," NHTSA (November 2021), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/813206.

134. As of November 15, 2021, the licensing requirement for new 23- and 24-year-old drivers is now 3 years. Drivers who are 21 and 22 years old are still required to have at least 3 years of license history.

135. "Young Drivers," NHTSA (May 2019), crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/812753.

136. In New York City, the MVR screening is conducted through the NYC Taxi and Limousine Commission. The TLC driver licensing process is separate from the process described here.

137. "Average age of cars and light trucks in the US rises to 12.1 years, accelerated by COVID-19," IHS Markit (June 14, 2021), ihsmarkit.com/research-analysis/average-age-of-cars-and-light-trucks-in-the-us-rises.html.

138. "Newer Cars Are Safer Cars," NHTSA (accessed May 3, 2022), nhtsa.gov/newer-cars-are-safer-cars.

# Fatal physical assaults

Tragically, more lives were lost to violent crime in the United States in 2020 than in any other year over the last 2 decades.[139] According to CDC data, 24,576 people died due to homicide in the US in 2020.[140] This represents a 30% increase from 2019—the largest single-year increase in more than a century.[141] FBI data also highlights an increase in the number of aggravated assaults (up 12.1% from 2019 to 2020), as well as murder and non-negligent manslaughter (up 29.4%).[142]

## Fatal physical assaults related to the Uber platform

Uber includes reports of fatal physical assaults related to the Uber platform.

- Reported incidents that involved at least one person on an Uber-facilitated trip,[143] not necessarily with parties paired by the Uber app. For example, this could include an incident where a third party was accused of fatally wounding a rider or driver on an Uber-facilitated trip.
- Reported incidents that occurred between parties that were paired via the Uber app, up to 48 hours after the completion of the trip.

The focus on fatality is due to the gravity of the incident as well as data limitations. Any physical assault not resulting in a fatality (for example, a physical assault resulting in serious, minor, or no injuries) is less objective, making it more difficult to achieve accuracy or consistency. Unlike motor vehicle fatalities, Uber data on fatal physical assaults cannot be compared to national criminal standards and definitions, since Uber does not aim to and cannot act as the justice system. Furthermore, our agents and auditors do not have the ability, background, or evidentiary information required to determine the "intent and capability of the assailant to cause serious injury," aspects that the National Incident-Based Reporting System (NIBRS) definition for homicide requires.[144]

## Table 7: 2019-2020 physical assault fatalities[145]

| 2019-2020 | 2019 | | 2020 | | Incident rate change over reports (2019-2020 compared with 2017-2018) |
|---|---|---|---|---|---|
| Frequency of incident reports (by # of trips) | # of fatalities | % of total trips | # of fatalities | % of total trips | % change incident rate[146] |
| 1 in 100,000,000 | 9 | 0.000001% | 11 | 0.000002% | 18% |
| Total US trips | 2.1 billion | 1.4 billion | | 650 million | |

139. "New CDC/NCHS Data Confirm Largest One-Year Increase in US Homicide Rate in 2020," CDC/National Center for Health Statistics (October 6, 2021), cdc.gov/nchs/pressroom/nchs_press_releases/2021/202110.htm.

140. "Assault or Homicide," CDC/National Center for Health Statistics (January 5, 2022), cdc.gov/nchs/fastats/homicide.htm.

141. "New CDC/NCHS Data Confirm Largest One-Year Increase in US Homicide Rate in 2020," CDC/NCHS (October 6, 2021), cdc.gov/nchs/pressroom/nchs_press_releases/2021/202110.htm.

142. "FBI Releases 2020 Crime Statistics," FBI (September 27, 2021), fbi.gov/news/pressrel/press-releases/fbi-releases-2020-crime-statistics.

143. For the purposes of fatal physical assault data classification for this report, Uber defines a trip for drivers as beginning when the driver has accepted the trip request in the app and is on the way to the rider's pickup location. For riders, a trip begins once they are picked up by their driver. In the exceedingly rare case that a driver was involved in a fatal physical assault incident while on the way to the rider's pickup location, this would be included in the data set.

144. "2021 National Incident-Based Reporting System User Manual," FBI Uniform Crime Reporting, page 17 (April 15, 2021), fbi.gov/file-repository/ucr/ucr-2019-1-nibrs-user-manual.pdf/view.

145. Uber occasionally receives notice of a possible safety incident well after the trip was taken (sometimes years after). This is extremely rare for fatalities, but this means that the data could change over time. The data presented in this report includes incident reports reported on or before April 15, 2022.

146. Uber rate change may not sum according to chart. The rate change is based on unrounded rates.

In 2019 and 2020, 20 fatalities were reported in a total of 19 physical assault incidents in relation to Uber.[147] This accounts for approximately 0.000001% of total trips, or one in 100,000,000 trips (see Table 7). It is critical to acknowledge that numbers alone are unable to capture the devastating impact of these incidents on families and communities.

Among the 20 deceased parties:

- 75% (n=15) were riders

- 25% (n=5) were drivers using the Uber app

Of the 15 rider fatalities, the accused was a third party or another rider in nearly all cases (80%, or n=12). In fact, the accused was a third party in the majority of all physical assault fatalities reported (~55%, or n=11).

## Figure 8: 2017-2020 physical assault fatality rate



National homicides increased 30% from 2019 to 2020—the largest single-year increase in more than a century.

## Rate of physical assault fatalities over time: 2017-2020

We observed an increase of 18% from 2017-2018 to 2019-2020, in line with the increase in homicide fatalities. This is largely due to an increase seen in 2020, similar to national homicide and aggravated assault statistics beginning in 2020 during the pandemic.[148]

Similar to what we've observed in motor vehicle fatalities, riders and drivers using the Uber app are not immune to the impacts of a less safe environment. The increase in homicide nationally is deeply concerning, and Uber is committed to doing our part to keep riders and drivers using the Uber app safe (see "Safety investments" section).

147. In one incident, 2 deceased parties were identified.
148. "What we know about the increase in US murders in 2020," Pew Research Center (October 27, 2021), pewresearch.org/fact-tank/2021/10/27/what-we-know-about-the-increase-in-u-s-murders-in-2020.

# Sexual assault

Sexual assault is a devastating crime that impacts every corner of our society. It's estimated that every 68 seconds an American is sexually assaulted.[149] Nationally, **nearly 52.2 million women (43.6%) and a quarter of men (24.8% or 27.6 million)** experience some form of sexual violence in their lifetime.[150]

While the vast majority of sexual violence is perpetrated by individuals known to the survivor,[151] it can happen anywhere and to anyone. Nearly 7 million women and 3 million men reported experiencing sexual violence in the workplace.[152] One in 4 undergraduate women experience non-consensual sexual conduct during their time at college.[153] In 2018, the US military estimated that 20,500 service members experienced sexual assault, and reports increased from 2019 to 2020.[154] No industry, institution, or aspect of public life is immune to sexual violence.

## Categories of sexual assault

For the purposes of this report, we have included the 5 most serious categories in the Sexual Misconduct and Violence Taxonomy.

### Table 9: 2019-2020[155] 5 categories of sexual assault[156]

| Subcategory | 2019-2020 | 2019 | | 2020 | | Incident rate change over reports (2019-2020 compared with 2017-2018) |
|---|---|---|---|---|---|---|
| | Frequency of incident reports (by # of trips) | # of incident reports | % of total trips[157] | # of incident reports | % of total trips | % change incident rate[158] |
| Non-consensual kissing of a non-sexual body part | ~1 in 3,000,000 | 513 | 0.00004% | 137 | 0.00002% | -37% |
| Attempted non-consensual sexual penetration | ~1 in 7,000,000 | 202 | 0.00001% | 82 | 0.00001% | -54% |
| Non-consensual touching of a sexual body part | ~1 in 1,000,000 | 1,526 | 0.00011% | 528 | 0.00008% | -23% |
| Non-consensual kissing of a sexual body part | ~1 in 5,000,000 | 338 | 0.00002% | 110 | 0.00002% | -28% |
| Non-consensual sexual penetration | ~1 in 5,000,000 | 247 | 0.00002% | 141 | 0.00002% | -6% |
| **Total US trips** | 2.1 billion | 1.4 billion | | 650 million | | |

149. "Scope of the Problem: Statistics," RAINN (accessed May 3, 2022), rainn.org/statistics/scope-problem.

150. "National Intimate Partner and Sexual Violence Survey: 2015 Data Brief – Updated Release," NISVS (November 2018), cdc.gov/violenceprevention/pdf/2015data-brief508.pdf.

151. "Perpetrators of Sexual Violence: Statistics," RAINN (accessed May 3, 2022), rainn.org/statistics/perpetrators-sexual-violence; "Fast Facts: Preventing Sexual Violence," CDC (February 5, 2022) cdc.gov/violenceprevention/sexualviolence/fastfact.html.

152. "National Prevalence of Sexual Violence by a Workplace-Related Perpetrator," *American Journal of Preventive Medicine* (December 10, 2019), ncbi.nlm.nih.gov/pmc/articles/PMC7092813.

153. "Report on the AAU Climate Survey on Sexual Assault and Sexual Misconduct," Association of American Universities (2019; revised January 17, 2020), nsvrc.org/resource/report-aau-climate-survey-sexual-assault-and-sexual-misconduct.

154. "Department of Defense Annual Report on Sexual Assault in the Military: Fiscal Year 2020," DOD (March 15, 2021), sapr.mil/sites/default/files/DOD_Annual_Report_on_Sexual_Assault_in_the_Military_FY2020.pdf.

155. This report reflects audited sexual assault reports that were classified into one of the categories in this table. Uber occasionally receives notice of a potential sexual assault well after the trip has ended. The sexual assault data presented in this report includes incident reports reported on or before April 15, 2022, and for this reason may change over time.

156. "Relation to the Uber platform" or "Uber-related" is in reference to data classification for the purposes of this Safety Report only.

157. Incident reports as a percent of total trips are rounded.

158. The Uber rate change may not sum according to the table. Rate change is based on unrounded rates.

**Figure 10: 2017-2020 sexual assault rate, aggregated across 5 categories**



Overall, the rate of sexual assault reported on the Uber app decreased by 38% between our first report (2017-2018) and our second report (2019-2020), and the total number of sexual assault reports in these 5 categories went from 5,981 to 3,824.

## Rate of sexual assault reports over time: 2017-2020

Overall, the rate of sexual assault reported on the Uber app decreased by 38% between our first report (2017-2018) and our second report (2019-2020), and the total number of sexual assault reports in these 5 categories went from 5,981 to 3,824.

Most categories of sexual assault saw reductions of up to 20-30% between 2017-2018 and 2019-2020. The smallest decrease we observed in categories of sexual assault was in reports of non-consensual sexual penetration, a reduction of 6%. The change in rate of sexual assault reports over time may have been impacted by a number of factors, such as how the COVID-19 pandemic altered usage of the platform, as well as Uber's safety and transparency efforts, including the release of our first Safety Report. Although we observed a decreasing trend, each reported incident represents a harrowing lived experience for the survivor. Even one report is one too many.

## Potential impact of COVID-19

The impact of COVID-19 on sexual assault trends remains unclear. Research has shown that disasters, including pandemics, can increase risk factors for sexual violence perpetration and victimization.[159] For example, stay-at-home orders meant that survivors were isolated with their abusers and public spaces became more deserted as a result of mandated movement restrictions.[160]

With 90% of the US population under some form of "shelter-in-place" mandate, Uber saw a large decrease in trips as we encouraged users to stay home and provided free and discounted rides to essential workers. Nighttime trips and those to venues like bars or nightclubs were particularly impacted as societal nightlife halted.

People's caution when moving around cities and interacting with others might have impacted how riders and drivers behaved when on an Uber trip. A study from Yale University reported that regardless of shelter-in-place restrictions, the majority of people socially distanced voluntarily, influenced by media coverage and public messaging highlighting the risk of the virus.[161] Uber also introduced COVID-19 safety messaging and a no mask, no ride policy in 2020.

These shifts in societal behavior, as well as how people used the platform, make comparing our 2020 sexual assault rates against pre-pandemic 2019 difficult and unclear. The year 2020 was an anomaly, and researchers are still examining the effects of the pandemic on sexual assault. We won't have a clear understanding of the pandemic's effect until we are able to view 2020 in relation to both pre- and post-pandemic rates.

159. "Sexual Violence in Disasters," National Sexual Violence Resource Center (November 16, 2021), nsvrc.org/resource/2500/sexual-violence-disasters; "The Shadow Pandemic: Violence against women during COVID-19," unwomen.org/en/news/in-focus/in-focus-gender-equality-in-covid-19-response/violence-against-women-during-covid-19; "COVID-19 and ensuring safe cities and safe public spaces for women and girls," unwomen.org/en/digital-library/publications/2020/05/brief-covid-19-and-ensuring-safe-cities-and-safe-public-spaces-for-women-and-girls; "COVID-19 and ensuring safe transport with and for women and girls," unwomen.org/en/digital-library/publications/2020/12/brief-covid-19-and-ensuring-safe-transport-with-and-for-women-and-girls.
160. "The Shadow Pandemic: Violence against women during COVID-19," UN Women (accessed May 3, 2022), unwomen.org/en/news/in-focus/in-focus-gender-equality-in-covid-19-response/violence-against-women-during-covid-19.
161. "Measuring voluntary and policy-induced social distancing behavior during the COVID-19 pandemic," Yale School of the Environment (May 4, 2021), environment.yale.edu/bibcite/reference/1501.

## Investments in safety and corporate transparency

The launch of Uber's Safety Report in December 2019 was the first time Uber—and indeed, any company in our industry—spoke publicly about assaults reported in connection to their platforms. This drove a significant public conversation about the need for corporate transparency and for companies to shine a light on sexual assault and misconduct.

The majority of sexual assaults are not reported to police, with estimates of more than 2 out of 3 sexual assaults going unreported.[162] Research shows that raising awareness of sexual assault policies that are in place[163] and drawing attention to the issue of sexual assault[164] can lead to increased incident reporting. This has been true in the university setting, where the number of sexual assaults reported on a college campus increases in relation to the amount of attention focused on addressing sexual assault on that campus.[165] Similarly, raising awareness of the school's reporting policies and regulations have been shown to help increase reporting.[166] Safety experts and advocates counseled Uber that highlighting the issue of sexual assault and committing to reporting on these troubling incidents could result in an increase of reports to Uber.

In addition to our commitment to transparency, in 2019 Uber made a series of forward-looking investments as a commitment to continuing to increase the safety of our platform and support for survivors. Uber rolled out sexual misconduct education for drivers on the platform and launched new product features. We invested in making it easier for users to report safety issues, for example with on-trip reporting,[167] and provided more resources to survivors who reported through our Survivor Support Fund and Hotline managed by RAINN specialists. We were, and remain, committed to gaining the confidence of our users, and emphasized that we will listen and take action to end sexual violence on our platform.

### Challenges to comparisons: defining and collecting sexual assault data

Our data standards and approach to reporting sexual assault are grounded in feedback from women's safety advocates. We are intentionally broad and overinclusive, in a number of ways.

- **Defining sexual assault:** Uber follows the Sexual Misconduct and Violence Taxonomy, which uses broader definitions of sexual assault than most criminal codes and research entities. For example, we include reports of sexual assault such as "non-consensual kissing of a non-sexual body part" such as a hand or arm, which would not be deemed sexual assault by criminal codes in many jurisdictions.

- **Defining connection to Uber platform:** Our approach also captures incident reports of sexual assault occurring between parties paired by the Uber app, not only during a trip facilitated by the Uber platform, but within 48 hours of a trip's completion. In addition, we include reports made against third parties and unknown parties where the survivor does not provide clarity on the party being reported.

- **Increasing number of reporting channels:** This report aggregates incidents from an expanding list of ways a user can communicate with Uber (see the "Methodology" section), or that Uber can otherwise learn of an incident. Uber's data set is likely to be relatively comprehensive and, as a result, it may be difficult to compare insights drawn from Uber's data set to those drawn from more limited reporting channels.

- **Survivor accounts:** Uber takes survivor reports at face value.[168] The numbers in this Safety Report include all instances in which an incident has been reported to us. Survivors are able to provide a statement of experience if they so choose. However, Uber does not require it for inclusion in our data. Adding requirements for any additional "proof" or "evidence" such as a third-party witness or other "supporting facts" would have resulted in about 20% of reports being excluded from our data set.

- **Sufficiency of initial report:** We know from advocates that survivors might choose not to speak or correspond with an Uber safety support agent after initially reporting the assault. This could be for any number of valid personal reasons. As a result, Uber does not require a "successful" agent follow-up for the incident to meet our data standards and be included in the Safety Report. In fact, in 17% of the sexual assault incidents in 2019-2020, Uber safety support agents were unable to reach the survivor after an initial report was made. These incidents are still included in this report.

- **Withdrawn reports:** We also know that survivors may choose to withdraw their report of sexual assault. We intentionally include incidents for which the report is withdrawn (but not disaffirmed or refuted) by the survivor at a later date.[169]

As a result of our approach, meaningful comparisons to other data sets are not possible.

162. "The Criminal Justice System: Statistics," RAINN (accessed May 3, 2022), rainn.org/statistics/criminal-justice-system.

163. "Sexual Violence on the College Campus: Template for Compliance with Federal Policy," *Journal of American College Health* (2008) doi.org/10.3200/JACH.57.3.361-366; "Sexual Assault Prevention and Reporting on College Campuses in the US: A Review of Policies and Recommendations," *Journal of Education and Practice* (2015) files.eric.ed.gov/fulltext/EJ1083737.pdf.

164. "The Effects of Social Movements: Evidence from #MeToo," available at SSRN (March 16, 2022), papers.ssrn.com/sol3/papers.cfm?abstract_id=3496903.

165. "The Effects of Feminist Mobilization and Women's Status on Universities' Reporting of Rape," *Journal of School Violence* (July 11, 2017), www.tandfonline.com/doi/abs/10.1080/15388220.2017.1318580?journalCode=wjsv20.

166. "Sexual Violence on the College Campus: Template for Compliance with Federal Policy," *Journal of American College Health* (2008) doi.org/10.3200/JACH.57.3.361-366.

167. See the "Methodology: Safety incident data collection and support process" section of this report.

168. A survivor report is classified by agents and auditors based on a description from the survivor and/or accounting party.

169. We do not include incidents that are actively refuted by survivors.

## The parties involved in sexual assault

Both riders and drivers report sexual assault incidents on the Uber platform. In 2019 and 2020, riders[170] accounted for nearly half (43%) of the accused parties across the 5 most serious categories of sexual assault, similar to our finding in our first Safety Report.

## Figure 11: Breakdown of 5 categories of sexual assault by accused party



## Figure 12: Breakdown of 5 categories of sexual assault by survivor



While only 1% of the reports of all 5 categories of sexual assault were against a third party, this rate doubles and triples for attempted non-consensual sexual penetration and non-consensual sexual penetration, respectively. This highlights the importance of our emphasis on overinclusivity when developing standards for counting total incident numbers and rates of sexual assaults related to the platform (see "Challenges to comparisons: defining and collecting sexual assault data").

For this report, we captured the survivor party in addition to the reporting party for each incident at the recommendation of safety advocates, as noted in the "Methodology" section. We observed that riders were reported as the survivor in 61% of the reports, while drivers were reported as the survivor in 39% of incidents. As noted in the first report, the reporting party and the surviving party are not always the same. In fact, ~5% of reports made by drivers were on behalf of riders.

170. Riders are defined as account holders and guests of account holders.

# Non-consensual sexual penetration

Non-consensual sexual penetration is the most serious category captured in the Taxonomy and is defined as: Without explicit consent from a user, someone penetrated, no matter how slight, the vagina or anus of a user with any body part or object. This also includes penetration of the user's mouth with a sexual organ or sexual body part. This excludes kissing with tongue.

It encompasses forms of penetrative sex acts beyond sexual intercourse, including:

- Non-consensual digital penetration (of the vagina or anus)
- Non-consensual oral sex (of the genitals or anus)
- Non-consensual penetration with a foreign object (of the vagina or anus)
- Non-consensual anal sex
- Non-consensual vaginal sex

## Table 13: Non-consensual sexual penetration (2019-2020)

| Subcategory | 2019-2020 | 2019 | | 2020 | | Incident rate change over reports (2019-2020 compared with 2017-2018) |
|---|---|---|---|---|---|---|
| | Frequency of incident reports (by # of trips) | # of incident reports | % of total trips[171] | # of incident reports | % of total trips | % change incident rate[172] |
| Non-consensual sexual penetration | ~1 in 5,000,000 | 247 | 0.00002% | 141 | 0.00002% | -6% |

Non-consensual sexual penetration incidents were reported to occur in about one in 5,000,000 completed trips during the 2019-2020 time frame. In other words, these incidents were reported on 0.00002% of trips. While these reports are rare, each one represents an intensely traumatic experience for an individual who came forward to share it, and even one report is one too many.

## Survivors

Across both years, for non-consensual sexual penetration, the survivor was the rider in ~91% (n= 354) of incident reports. Drivers were survivors in ~7% (n=26) of incident reports. In 3% (n=13) of incidents, a third party is reported as the accused party—which is 3 times higher than in other sexual assault categories.

## Gender[173]

Women made up 81% (n=316) of the survivors in the data set, while men comprised about 15% (n=57) of non-consensual sexual penetration survivors—doubling from 7% in 2017-2018, as reported in first Safety Report. In 4% (n=15) of incidents, the survivor's gender was unknown.[174] This data is in line with broader research documenting that women are disproportionately affected by sexual violence.[175]

---

171. Incident reports as a percent of total trips are rounded.

172. The Uber rate change may not sum according to the table. Rate change is based on unrounded rates.

173. For the purposes of this report, the gender analysis is limited to the non-consensual sexual penetration category and is the result of a manual audit. A core limitation in Uber's data is that gender (and other demographic) information is not collected from riders generally. Therefore, an analysis of how victimization by gender may vary across subcategories is not currently available. (See "Limitations of Uber safety incident data" in the "Methodology" section.)

174. Identified by manual audit.

175. "Victims of Sexual Violence: Statistics," RAINN (accessed May 3, 2022), rainn.org/statistics/victims-sexual-violence.

## Factors impacting rate of reporting

Comparing our first report to our second, the rate of non-consensual sexual penetration decreased 6%. While we did observe an increase in the rate of reporting unique to 2020, it is difficult to compare year-on-year data given the significant reduction and volatility the pandemic brought to how users interacted with each other and our platform (see "Potential impact of COVID-19").

Increased reports of sexual assault could in part be driven by Uber's public commitment to safety—in particular our first Safety Report published in December 2019, our stance against sexual violence, and continued investment in making reporting easier and more trauma-informed.[176]

It is also important to note that it's not possible for us to compare rates of sexual violence directly to national statistics given how overinclusive Uber is in our reporting standards, as well as a lack of conclusive analysis (see "Challenges to comparisons: defining and collecting sexual assault data").

## Law enforcement involvement

The decision to report to law enforcement is a deeply personal one. Safety advocates note that after a sexual assault, it is very normal for survivors to choose not to report to law enforcement right away, or to not report at all.[177] Uber does not presume to know what's best for survivors. We offer all survivors information on how we can help police with an investigation if they choose to report. Our 24/7 law enforcement response team works with police departments around the world to provide information related to investigations (including through our online portal lert.uber.com).

We also provide the RAINN hotline to survivors who report sexual assault, as well as information about how RAINN can help. RAINN can advise them about laws in their community and can also help connect them with law enforcement.

Fourteen percent (n=56) of non-consensual sexual penetration reports came to Uber through third-party reports, with the vast majority coming from law enforcement, via Uber's Public Safety Liaison team and portal (see "Working with law enforcement" in "Safety investments" section). This is far higher than all other categories of sexual assault, where we see roughly 2% of reports come in from a third party. A potential explanation for this difference may be that non-consensual sexual penetration is more likely to constitute a criminal offense and can be pursued by law enforcement (whereas other categories in the taxonomy may be less likely to be reported or prosecuted under criminal statutes).

---

176. Examples of continued investment include reporting channels like on-trip reporting, and expansion of RideCheck, since the 2019 Uber Safety Report. For a full list of reporting channels, please refer to the "Methodology" section of this report.

177.  Reporting to law enforcement can be a retraumatizing and complex decision for survivors of sexual violence, and this can be particularly true for survivors of marginalized communities such as communities of color. Sources: "Community Approaches to Sexual Assault: VAWA's Role and Survivors' Experiences," Violence Against Women (December 30, 2020), journals.sagepub.com/doi/10.1177/1077801220949696; "A Qualitative Study Of Sexual Assault Survivors' Post-Assault Legal System Experiences," *Journal of Trauma & Dissociation* (May 9, 2019), doi.org/10.1080/15299732.2019.1592643.

# Non-consensual kissing of a sexual body part
## (Includes kissing on the mouth)

This category is defined as: Without consent from the user, someone kissed or forced a kiss on a sexual body part of the user (breast, genitalia, mouth, buttocks). This would include kissing on the lips or kissing while using tongue.

### Table 14: Non-consensual kissing of a sexual body part (2019-2020)

| Subcategory | 2019-2020 | 2019 | | 2020 | | Incident rate change over reports (2019-2020 compared to 2017-2018) |
|---|---|---|---|---|---|---|
| | Frequency of incident reports (by # of trips) | # of incident reports | % of total trips[178] | # of incident reports | % of total trips | % change incident rate[179] |
| Non-consensual kissing of a sexual body part | ~1 in 5,000,000 | 338 | 0.00002% | 110 | 0.00002% | -28% |

The vast majority of reports of non-consensual kissing of a sexual body part (over 75%) involved non-consensual kissing on the mouth.[180]

## Survivors

On average, throughout both years, riders were the survivor in about 79% (n=356) of all reports of non-consensual kissing of a sexual body part; in about 20% (n=91) of these reports, the driver was the survivor.[181]

---

178. Incident reports as a percent of total trips are rounded.
179. The Uber rate change may not sum according to the table. Rate change is based on unrounded rates.
180. Identified by manual audit.
181. The survivor was a third party or unknown in less than 1% of reports.

# Non-consensual touching of a sexual body part

This category is defined as: Without explicit consent from the user, someone touched or forced a touch on any sexual body part (breast, genitalia, mouth, buttocks) of the user.

## Table 15: Non-consensual touching of a sexual body part (2019-2020)

| Subcategory | 2019-2020 | 2019 | | 2020 | | Incident rate change over reports (2019-2020 compared to 2017-2018) |
|---|---|---|---|---|---|---|
| | Frequency of incident reports (by # of trips) | # of incident reports | % of total trips[182] | # of incident reports | % of total trips | % change incident rate[183] |
| Non-consensual touching of a sexual body part | ~1 in 1,000,000 | 1,526 | 0.00011% | 528 | 0.00008% | -23% |

Across the 2019-2020 time frame, ~41% of all reports of non-consensual touching of a sexual body part involved touching of women's breasts, while 15% and 1% of incident reports involved the buttocks and mouth, respectively.[184] Touching of the genitals or the genital area was reported in 44% of user reports of this sexual assault category.[185]

According to the National Sexual Violence Resource Center (NSVRC) and other experts, the comfort level of explicitly naming sexual body parts can vary from person to person, especially when a reporting party may feel shame or fear in describing what happened to them. Uber chose to take an expansive view on what kinds of words or phrases are considered sexual body parts for the purposes of data classification. For example, the Sexual Misconduct and Violence Taxonomy includes the phrase "between the legs" as a sexual body part.[186]

## Survivors

Throughout 2019-2020, riders and drivers were reported as the survivors evenly across incidents. In fact, the driver was the survivor in 49% (n=999) of incidents, whereas riders were survivors 51% (n=1,050) of the time. In 10% of the reports where the rider was the survivor (n=100), the accused was another rider. This is of note since it is the sexual assault category (within the 5 categories published in this report) with the highest percentage of riders accusing other riders.

---

182. Incident reports as a percent of total trips are rounded.

183. The Uber rate change may not sum according to the table. Rate change is based on unrounded rates.

184. Produced through manual review. Body-part percentages are non-cumulative. Multiple body parts can be non-consensually touched/kissed in one incident.

185. Produced through manual review. Body-part percentages are non-cumulative. Multiple body parts can be non-consensually touched/kissed in one incident.

186. "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault," RALIANCE (2018), raliance.org/wp-content/uploads/2018/11/helping-industries.pdf.

# Attempted non-consensual sexual penetration

## (Includes clothing removal and attempted clothing removal)

This category is defined as: Without explicit consent from a user, someone attempted to penetrate the vagina or anus of a user with any body part or object. Any attempted removal of another person's clothing to attempt to access a sexual body part will be classified as attempted non-consensual sexual penetration. This also includes attempted penetration of the user's mouth with a sexual organ or sexual body part; however, it excludes kissing with tongue or attempts to kiss with tongue.

### Table 16: Attempted non-consensual sexual penetration (2019-2020)

| | 2019-2020 | 2019 | | 2020 | | Incident rate change over reports (2019-2020 compared to 2017-2018) |
|---|---|---|---|---|---|---|
| Subcategory | Frequency of incident reports (by # of trips) | # of incident reports | % of total trips[187] | # of incident reports | % of total trips | % change incident rate[188] |
| Attempted non-consensual sexual penetration | ~1 in 7,000,000 | 202 | 0.00001% | 82 | 0.00001% | -54% |

### A note on definitions

The "attempted non-consensual sexual penetration" category covers of a wide range of incident reports that may allude to a potential assault but lack details that would allow it to be categorized more definitively. For example:

- The attempted or completed removal or bypassing of clothing to expose a sexual body part of the survivor

- The use of restraint or force to overcome the survivor (for example, the accused party being on top of the survivor or holding them down)

- Situations where the potential victim can recall and has a record of being on an Uber-facilitated trip, but is experiencing significant memory loss or fragmentation, and without explanation:

  - Woke up/regained consciousness without clothing; or

  - Woke up/regained consciousness not at their intended destination

It is common for sexual assault survivors to experience memory loss, fragmented memories, or a complete lack of memory of the event—either due to the psychological trauma of the incident[189] or to voluntary, coerced, or involuntary substance consumption.[190] This is why the Sexual Misconduct and Violence Taxonomy adopts inclusive and expansive definitions without compromising the categorization accuracy of other, more precise categories (such as touching, kissing, or completed penetration).[191]

On average between 2019 and 2020, only 13% of reports in this category included any mention of genitalia.[192]

---

187. Incident reports as a percent of total trips are rounded.

188. The Uber rate change may not sum according to the table. Rate change is based on unrounded rates.

189. "Why Rape and Trauma Survivors Have Fragmented and Incomplete Memories," *Time* (December 9, 2014), time.com/3625414/rape-trauma-brain-memory.

190. "Drug-Facilitated Sexual Assault," RAINN (accessed May 3, 2022), rainn.org/articles/drug-facilitated-sexual-assault.

191. For example, an incident report stating that a rider tried to pull up a female driver's shirt would be classified as attempted non-consensual sexual penetration, despite the lack of further details of the incident, since there was an attempt to remove clothing to access the breasts. If an incident report contains any mention of touching or kissing of a sexual body part (including the mouth), this automatically escalates the report to a higher category within the taxonomy.

192. Produced by manual review. Body-part percentages are non-cumulative. Multiple body parts can be non-consensually touched/kissed in one incident.

With reports of attempted non-consensual sexual penetration (for example where the accused party "tried to rape" the reporting party), Uber maintains our reporting standard. Uber safety agents will attempt to make further contact with the reporting party to obtain a full statement of experience and clarifying details. If a follow-up conversation is not possible, Uber will still classify such reports as attempted non-consensual sexual penetration per the Sexual Misconduct and Violence Taxonomy (see "Challenges to comparisons: defining and collecting sexual assault data").

## Survivors

Across both years, riders were the survivors in 88% (n=250) of reports in this category. Drivers were the surviving party in 11% (n=32) of the reports.

# Non-consensual kissing of a non-sexual body part

This category is defined as: Without consent from the user, someone kissed, licked, or bit, or forced a kiss, lick, or bite on any non-sexual body part (e.g., hand, leg, thigh) of the user.

Table 17: Non-consensual kissing of a non-sexual body part (2019-2020)

| | 2019-2020 | 2019 | | 2020 | | Incident rate change over reports (2019-2020 compared to 2017-2018) |
|---|---|---|---|---|---|---|
| Subcategory | Frequency of incident reports (by # of trips) | # of incident reports | % of total trips[193] | # of incident reports | % of total trips | % change incident rate[194] |
| Non-consensual kissing of a non-sexual body part | ~1 in 3,000,000 | 513 | 0.00004% | 137 | 0.00002% | -37% |

Through a manual review, Uber identified that the majority (~37%) of reports in this category involved a person kissing another person's cheek or neck.[195] Incidents of non-consensual kissing of a non-sexual body part often involve unwanted kissing on body parts such as the cheek, hands, head, and shoulders.

## Survivors

Across 2019 and 2020, in a slight majority of reports of non-consensual kissing of a non-sexual body part, the driver was the survivor, comprising about 53% (n=347) of incidents for this category. Riders accounted for 47% (n=303) of survivors.

---

193. Incident reports as a percent of total trips are rounded.
194. The Uber rate change may not sum according to the table. Rate change is based on unrounded rates.
195. Produced by manual review. Body-part percentages are non-cumulative. Multiple body parts can be non-consensually touched/kissed in one incident.

# Conclusion

As this report shows, 99.9% of trips on the Uber platform ended without a safety incident. Only 0.0002% of trips involved a critical safety event, and the rate of sexual assault decreased by over 30% since our last report. Although these incidents are incredibly rare, we recognize that each one represents a devastating experience for individuals, families, and communities impacted.

**The safety issues covered in this report are bigger than Uber.**

We remain steadfast in our commitment to making Uber the safest platform in the world. This is why Uber's work on safety will never stop. We're constantly innovating and investing in the safety of our platform. We've prioritized robust screening processes and technology, built new safety features, and invested in providing riders and drivers with support in times of need. We remain dedicated to helping protect drivers and riders who use the Uber platform, guided by expert and advocate advice.

But the safety issues covered in this report are bigger than Uber. What happens in the broader society and across the country impacts our platform as well. Nationally, motor vehicle fatalities and fatal assaults increased during the pandemic, and sexual violence continues to be far too prevalent in our society, affecting the lives of millions of people in the US. These trends are reflected in our numbers as well. Although we are not immune to significant societal shifts in safety, we are doing our part to drive accountability and transparency on these issues so that we can make the world safer for all.

**Tackling these challenges requires a broad coalition of partners committed to safety and transparency.**

Uber can't do this alone. Tackling these societal issues requires a broad coalition of partners committed to safety and transparency. We call on others—such as airline, taxi, rideshare, homeshare, and hotel companies—to also be transparent on safety. We all have a responsibility to make our companies and communities as safe as possible, and sharing our data is one step we can all take toward making that goal a reality.

# Appendix I



## External Validation of Sexual Misconduct and Violence Taxonomy for Uber

### Background

In 2018, RALIANCE published a Sexual Misconduct and Violence Taxonomy[1] (Taxonomy) to track and codify reports of sexual misconduct and sexual assault. RALIANCE developed the Taxonomy for organizations to identify and track reports of sexual misconduct and sexual assault within their systems for purposes of resolution and accountability, as well as to inform their internal sexual violence prevention efforts.

In 2019, RALIANCE published its report *Examining Uber's Use of the Sexual Misconduct and Violence Taxonomy*[2] that validated Uber's use of the Taxonomy to classify incidents reported to have occurred in 2017 and 2018. In 2020 and 2021 RALIANCE reviewed Uber's use of the Taxonomy again for incidents reported to have occurred in 2019-2020.

### Purpose

To conduct an external validation of Uber's application of the Sexual Misconduct and Violence Taxonomy on identified incidents of concern, 2019-2020.

## Sample

Similar to the approach used in the first Safety Report, RALIANCE reviewed two sets of reports: a random sample of reports spanning the entire taxonomy of sexual misconduct and sexual violence, as well as a non-random sample focused on the most serious reports. For the random sample, RALIANCE reviewed a sample of 383 reports from incidents reported in 2019, as well as a random sample of 385 reports from incidents reported in 2020. Both samples were representative of reports across the entire Taxonomy, and were selected by Uber using a power calculation to ensure that RALIANCE would have a subsample of incidents representative of the total sample with 95% confidence.

For the non-random sample which was focused on the most serious incidents such as attempted or actual contact, solicitation, masturbation/indecent exposure, verbal threats of sexual assault, or sexual assault, RALIANCE reviewed 200 incidents reported to have occurred in 2019 and 2020 in the United States. The purpose of this review was to further evaluate Uber's ability to apply the Taxonomy on the more severe, and infrequent events.

Uber staff members had previously coded all subsamples of incidents using the Taxonomy, allowing for external validation of Uber coding by RALIANCE. All tickets reviewed were from events that were reported to have occurred in the United States.

## Methods

The external validation team, comprised of representatives from RALIANCE and an academic research group, reviewed the subsample of incident reports. Uber provided incident data without codes to allow for objective external validation. Incident tickets contained the incident information provided to Uber in text format. Uber redacted all personal information in tickets to ensure anonymity of all involved.

Each incident was reviewed independently by three members of RALIANCE's external validation team. External validation coders then met to review and discuss all coding to reach consensus on codes. Finally, RALIANCE compared the external validation team's coding against Uber coding for both the randomly and non-randomly selected subsamples to assess concordance (i.e., agreement between external validators and Uber) in coding and to determine reasons for discordance. In cases of ambiguity, where Uber coders categorized a given incident at a higher tier or comparable offense as compared with external validation coders, and the external validation coders found justification for higher tier or equivalent categorization, RALIANCE supported concordance with the Uber team. Concordance rates were calculated with updated data for the random and non-random incidents. Subsequently, we conducted Cohen Kappa statistic to account for potential concordance due to chance for both subsamples.

## Results

For the random sample of 383 incidents from 2019, we found 81% concordance, and 87% for the random sample of 385 incidents from 2020.  This concordance was found after removing disagreements that were not meaningful, such as the example given above in our methodology, and when the report provided insufficient detail to the sexual context of the report, which does not support use of the Taxonomy. Ambiguities were more likely to arise from comments and gestures rather than from physical contact-based abuses. Nonetheless, concordance was high even for the comment and gesture incidents. The Cohen kappa for the random subsample of incidents from 2019 and 2020 was 0.78 and 0.85 respectively, indicating strong concordance between coding from the Uber team and the external validation team even after accounting for chance agreement.

For the non-random sample of incidents from 2019-2020 we also found 87% concordance once accounting for ambiguity issues as noted above in our methodology.

## Conclusion

Our analysis indicates that Uber staff are effectively using the Taxonomy and coding the identified incident data with a high degree of adherence relative to what we see with coding from experts working on issues of sexual misconduct and assault.

## Credits

Urban Institute conducted sampling and statistical calculations for the first sample from 2019. Sampling and statistical calculations were conducted by Anita Raj, Ph.D. for the second data set from 2019-2020.

---

[1]Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault, RALIANCE, 2018:
   https://www.raliance.org/wp-content/uploads/2018/11/helping-industries.pdf

[2]Uber's Use of the Sexual Misconduct and Violence Taxonomy in 2019, RALIANCE, 2020,
   https://www.raliance.org/report_posts/examining-ubers-use-of-the-sexual-misconduct-and-violence-taxonomy/

---

# Appendix II



## Independent validation of Uber's methodology for analyzing fatal crashes

Uber requested the assistance of the Governors Highway Safety Association (GHSA), a nonprofit association representing the state and territorial highway safety offices, to independently validate the motor vehicle section of this report. GHSA contracted with Dr. James Hedlund, Principal of Highway Safety North, who retired as Associate Administrator for Traffic Safety Programs after a 22-year career with the National Highway Traffic Safety Administration (NHTSA). Hedlund reviewed Uber's methodology using data from NHTSA's Fatality Analysis Reporting System (FARS) as described below. Based on Dr. Hedlund's analysis, GHSA found Uber's methodology to be sound and agrees with the findings discussed in Appendix II.

Uber supplied a file with FARS case matches for most fatalities recorded by Uber in 2019 and 2020. The Uber file contained the FARS case number and, from both Uber and FARS files, the reported date and time, the latitude and longitude of the crash location (lat/long), and the vehicle identification numbers (VINs) of the involved vehicles. (Uber supplied only the VIN of the vehicle being used on their platform; FARS supplied VINs of all involved vehicles.)

The validation began by comparing the Uber and FARS dates and times. The Uber date-time was the time when the rider requested the trip. Uber also provided the trip duration, from the time when the driver picked up the passenger(s) to the time when the trip ended (often but not always the time of the crash). The FARS date-time was the time of the crash. Subtracting the trip duration time from the FARS crash time usually gives the Uber pickup time, but the time from the trip request time to the pickup time is unknown. This means that the Uber and FARS date-times cannot be matched precisely. They were considered matched if the unknown time from trip request to trip pickup was short, or if the trip continued after the crash. Using these criteria, all cases matched.

The Uber and FARS lat/longs were compared. Lat/longs can contain up to eight decimal places. A difference of one in the third decimal place translates to about 450 feet. The lat/longs were considered matched if they agreed this closely. If not, the two locations were compared via online open-source mapping and with the location recorded in other FARS variables. The Uber lat/long recorded where the trip ended. If the vehicle being used on Uber did not require towing from the crash scene, then the trip may have ended at a hospital or repair shop. Using these criteria, all cases matched.

The VIN provided by Uber and FARS VINs were compared. Each file contained the first 12 characters of the 17-digit VIN. The VIN provided by Uber may not have been involved in the crash (for example, if the fatality was a rider crossing the road to meet up with the driver and was struck by another vehicle). If the VIN of the vehicle on the Uber platform did not appear in FARS, the make and model were identified with a VIN lookup. Uber staff reviewed these cases and all cases matched.

Uber also supplied a file of fatal crashes occurring in connection with Uber's platform that appeared to have no match in FARS – five in 2019 and six in 2020. Each VIN from the Uber platform was compared with a sorted list of FARS VINs and each case date-time was compared with FARS date-times from the hours before, during and after the case's reported hour. No matches were found for either comparison. This likely was because the Uber-related crash did not qualify for FARS, for example if the crash occurred in a parking lot or other location not on a public roadway.

# Appendix III

## Sexual Misconduct and Violence Taxonomy

(Ordered from least to most severe)

| Sexual misconduct | |
|---|---|
| Staring or leering | Someone gazes at a user in an unpleasant, uncomfortable, prolonged, or sexual manner. Staring or leering is constant and unwavering. This includes viewing both sexual and non-sexual body parts. |
| Comments or gestures › asking personal questions | Someone asks specific, probing, and personal questions of the user. This would include questions about the user's personal life, home address, contact information (e.g., phone, email, social media), romantic or sexual preferences. |
| Comments or gestures › comments about appearance | Someone makes uncomfortable comments on the user's appearance. This includes both disparaging and complimentary comments. |
| Comments or gestures › flirting | Someone makes verbally suggestive comments to the user about engaging in romantic or non-romantic activities. This also includes non-verbal, suggestive flirting, including becoming physically close to a person in a way the user felt was sexual or flirtatious. |
| Comments or gestures › explicit gestures | Someone made sexually suggestive gestures at the user. |
| Comments or gestures › explicit comments | Someone described or represented sexual activity or body parts in a graphic fashion. |
| Displaying indecent material | Indecent material, including pornography or other sexual images, was seen by the user. |
| Indecent photography/video without consent | Someone has taken, without consent, an inappropriate photograph of a user's sexual body part (e.g., down shirt, up skirt, etc.). |
| Soliciting a sexual act | Someone directly asks for a kiss, displays of nudity, sex, or contact with a sexual body part (breast, buttock, genitals). This could be a direct solicitation or a solicitation in exchange for money or favors. |
| Masturbation/indecent exposure | Someone has exposed genitalia and/or is engaging in sexual acts in presence of a user. This excludes public urination where no sexual body part (buttock, penis, breast) was exposed. |
| Verbal threat of sexual assault | Someone directed verbal explicit/direct threats of sexual violence at a user. |

| Sexual assault | |
| --- | --- |
| • Sexual body parts are defined as the mouth, female breasts, buttocks, and genitalia. The phrase "between the legs" is considered to reference a sexual body part. All other body parts are characterized as non-sexual.<br>• When only a non-sexual body part is involved, either of the following provides context for the "sexual nature" of the contact/attempted contact:<br>  • Sexual misconduct of any type<br>  • Reporter's explicit perception that the contact was either flirtatious, romantic, or sexual | |
| Attempted touching of a non-sexual body part | Someone attempted to touch, but did not come into contact with, any non-sexual body part (hand, leg, thigh) of the user, and the user perceived the attempt to be sexual. |
| Attempted kissing of a non-sexual body part | Someone attempted to kiss, lick, or bite, but did not come into contact with, any non-sexual body part (hand, leg, thigh) of the user, and the user perceived the attempt to be sexual. |
| Attempted touching of a sexual body part | Someone attempted to touch, but did not come into contact with, any sexual body part (mouth, breast(s), buttock(s), or genitalia) of the user, and the user perceived the attempt to be sexual. |
| Attempted kissing of a sexual body part | Someone attempted to kiss, lick, or bite, but did not come into contact with the mouth, breast(s), or buttock(s) of the user, and the user perceived the attempt to be sexual. |
| Non-consensual touching of a non-sexual body part | Without explicit consent from the user, someone touched or forced a touch on any non-sexual body part (hand, leg, thigh) of the user. |
| Non-consensual kissing of a non-sexual body part | Without consent from the user, someone kissed, licked, or bit, or forced a kiss, lick, or bite on any non-sexual body part (hand, leg, thigh) of the user. |
| Attempted non-consensual sexual penetration | Without explicit consent from a user, someone attempted to penetrate the vagina or anus of a user with any body part or object. Any attempted removal of another person's clothing to attempt to access a sexual body part will be classified as attempted non-consensual sexual penetration. This also includes attempted penetration of the user's mouth with a sexual organ or sexual body part; however, it excludes kissing with tongue or attempts to kiss with tongue. |
| Non-consensual touching of a sexual body part | Without explicit consent from the user, someone touched or forced a touch on any sexual body part (breast, genitalia, mouth, buttocks) of the user. |
| Non-consensual kissing of a sexual body part | Without consent from the user, someone kissed or forced a kiss on either the breast or buttocks of the user. This would include kissing on the lips or kissing while using tongue. |
| Non-consensual sexual penetration | Without explicit consent from a user, someone penetrated, no matter how slight, the vagina or anus of a user with any body part or object. This includes penetration of the user's mouth with a sexual organ or sexual body part. This excludes kissing with tongue. |

For more information on the Sexual Misconduct and Violence Taxonomy, please visit "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault," a publication from the National Sexual Violence Resource Center.

# Appendix IV

## Determining which reported safety incidents are Uber-related

### Table 1: Motor vehicle fatality: What is Uber-related?

| Uber-related (included in report) | Not Uber-related (excluded from report) |
|---|---|
| ✔ Driver has accepted trip request and is on the way to rider's pickup location | ✘ Driver offline, not driving on the Uber platform |
| ✔ Driver or rider is actively entering or exiting the vehicle at the rider's pickup location or destination | ✘ Driver online with no trip requests |
| ✔ During trip, on the way to rider's destination | ✘ Rider has been safely dropped off at their destination |

| Not Uber-related: examples and rationales | |
|---|---|
| **Example** | **Rationale** |
| A third-party vehicle collides with a driver who has an Uber account but is not driving on the Uber platform at that moment. The driver and the third party are both fatally wounded. | Since the incident occurred during a time when the driver was not using the platform, the incident is not considered Uber-related for the purposes of data classification for this report. |
| A driver using the Uber platform drops off a rider at their destination and leaves. The rider walks down the street and is fatally struck by a third-party vehicle. | Since the fatal crash occurred after the driver had safely dropped off the rider at their destination and left the area, the fatality is not considered Uber-related for the purposes of data classification for this report. |
| A driver using the Uber platform writes in to Uber's Safety Support team to report that they witnessed 2 third-party vehicles collide, fatally wounding an occupant. | Despite the fact that the driver witnessed the crash, they were not directly involved in it. These fatalities are therefore not Uber-related for the purposes of data classification for this report. |

| Uber-related: examples and rationales | |
|---|---|
| **Driver has accepted trip request and is on the way to rider's pickup location** | |
| **Example** <br> While a driver using the Uber platform is on the way to pick up a rider, their vehicle fatally strikes a pedestrian. | **Rationale** <br> The fatal crash involved the vehicle of a driver using the Uber platform while they were on the way to pick up a rider; it is therefore considered Uber-related for the purposes of data classification for this report. |
| **Driver or rider is actively entering or exiting vehicle at the rider's pickup location or destination** | |
| **Example** <br> A driver using the Uber platform arrives to pick up their rider and exits their vehicle to help load the rider's luggage into the trunk. A third-party vehicle strikes and fatally wounds the driver while they are outside their vehicle. | **Rationale** <br> The fatal crash occurred while a driver using the Uber platform was exiting their vehicle to assist their rider; this is considered Uber-related for the purposes of data classification for this report. |
| **During trip, on the way to rider's destination** | |
| **Example** <br> During a trip, a third party collides with the vehicle of a driver using the Uber platform, fatally wounding the driver and rider. | **Rationale** <br> The fatal crash involved the vehicle of a driver using the Uber platform during an active trip on the way to the rider's destination; it is therefore considered Uber-related for the purposes of data classification for this report. |
| During a large multi-vehicle crash, 2 passengers in a third-party vehicle are fatally wounded, and the vehicle of a driver using the Uber platform is struck. Neither the driver who's using the Uber app nor their riders are injured. | For the purposes of data classification for this report, Uber counts any human being that is fatally injured during a motor vehicle crash that also involved the vehicle of a driver using the Uber platform during a trip or while on the way to a rider's pickup location. The driver who's using the Uber app does not have to be the cause of the crash, nor carrying the deceased parties. |
| While a driver using the Uber platform is transporting a rider, their vehicle and a third party on a bicycle collide, and the third party on the bicycle is fatally wounded. | For the purposes of data classification for this report, Uber counts any human being that is fatally injured during a motor vehicle crash that also involved the vehicle of a driver using the Uber platform during a trip or while on the way to a rider's pickup location. The driver who's using the Uber app does not have to be the cause of the crash, nor carrying the deceased parties. |
| While a driver using the Uber platform is transporting a rider, they collide with another vehicle and are seriously injured. Two weeks after the crash, the driver who was using the Uber app passes away due to injuries sustained. | The fatality occurred within 30 days of a crash involving the vehicle of a driver using the Uber platform, and is therefore considered Uber-related for the purposes of data classification for this report. |

Determining which reported safety incidents are Uber-related

## Table 2: Fatal physical assault: What is Uber-related?

| Uber-related (included in report) | Not Uber-related (excluded from report) |
|---|---|
| ✓ During trip[1] | ✗ Driver is online with no trip requests |
| ✓ Involves parties matched by app, incident takes place up to 48 hours after trip completion | ✗ Involves parties matched by app, incident takes place more than 48 hours after trip completion |

| Uber-related: examples and rationales | |
|---|---|
| **Incident occurred during an Uber-facilitated trip** | |
| **Example**<br>During an Uber-facilitated trip, a third party outside of the vehicle fatally wounds the rider in the back seat of the vehicle. | **Rationale**<br>Even though the Uber app did not pair the victim and the accused, the incident occurred while at least one of the involved parties was actively on a trip facilitated by the Uber app; it is therefore considered Uber-related for the purposes of data classification for this report. |
| During an Uber-facilitated trip, 2 riders get into a physical altercation and one fatally wounds the other. | This incident occurred during a trip facilitated by the Uber app, and is therefore considered Uber-related for the purposes of data classification for this report. |
| **Incident parties were paired via the Uber app (and incident occurred up to 48 hours after the trip concluded)** | |
| **Example**<br>During an Uber-facilitated trip, the driver and rider get into a physical altercation, and the rider fatally wounds the driver. | **Rationale**<br>The victim and the accused party were paired by the Uber app; the incident is therefore Uber-related for the purposes of data classification for this report. |
| After an Uber-facilitated trip ends, the rider fatally wounds the driver. | Even though the trip had ended, the accused party was initially paired with the victim via the Uber app, and the fatal incident occurred within 48 hours of the trip's conclusion; the incident is therefore Uber-related for the purposes of data classification for this report. |

| Not Uber-related: examples and rationales | |
|---|---|
| **Example**<br>Law enforcement requests data on a rider who took an Uber-facilitated trip to a destination where they fatally wounded third parties. | **Rationale**<br>Since the incident did not occur during an Uber-facilitated trip and did not involve parties paired by the Uber app, this incident is not considered Uber-related for the purposes of data classification for this report. |
| While a rider using the Uber platform is waiting to be picked up by their driver, a third party robs and fatally wounds them. | Since the incident did not occur during an Uber-facilitated trip and did not involve parties paired by the Uber app, this incident is not considered Uber-related for the purposes of data classification for this report. |

1. For the purposes of fatal physical assault data classification for this report, Uber defines a trip for drivers as beginning when the driver has accepted the trip request in the app and is on their way to the rider's pickup location. For riders, a trip begins once they are picked up by their driver. In the exceedingly rare case that a driver was fatally wounded by a third party while on their way to the rider's pickup location, this would be included in the data set..

Determining which reported safety incidents are Uber-related

## Table 3: Sexual assault: What is Uber-related?

| Uber-related (included in report) | Not Uber-related (excluded from report) |
|---|---|
| ✔ During trip | ✘ Driver is online with no trip requests |
| ✔ Involves parties paired by the app, incident occurs up to 48 hours after trip completion | ✘ Involves parties paired by the app, incident occurs more than 48 hours after trip completion |

| Uber-related: examples and rationales | |
|---|---|
| **Incident occurred during an active Uber-facilitated trip** | |
| **Example** <br> During an Uber-facilitated trip, a driver touched a rider's buttocks and the rider reported the assault to Uber. | **Rationale** <br> This incident occurred while on an Uber-facilitated trip, so it is considered Uber-related for the purposes of data classification for this report. |
| A man and a woman meet at a club and decide to share a ride home on the man's Uber account. During the trip, the woman falls asleep and the man sexually assaults the woman. The driver observes the incident and reports it to Uber. | Even though the Uber app did not pair the victim and the accused party, the incident occurred while the riders were on an Uber-facilitated trip; it is therefore considered Uber-related for the purposes of data classification for this report. |
| **Incident parties were paired via the Uber app (up to 48 hours after the trip concluded)** | |
| **Example** <br> During an UberPool trip, one rider non-consensually kisses another rider on the cheek, and the rider who was kissed reports the incident to Uber. | **Rationale** <br> The victim and the accused party were paired on an UberPool trip by the Uber app; therefore, the incident is Uber-related for the purposes of data classification for this report. |
| A rider takes an Uber-facilitated trip. After the driver arrives at the destination and completes the trip, the rider tries to remove the driver's clothes without their consent, and the driver later reports the incident to Uber. | Even though the trip had ended, the accused party was initially paired with the victim by the Uber app, and the assault occurred within 48 hours of the trip's completion; the incident is therefore Uber-related for the purposes of data classification for this report. |

| Not Uber-related: examples and rationales | |
|---|---|
| **Example** <br> A driver using the Uber platform picks up a rider who immediately discloses that their aquaintance attempted to rape them just prior to the trip. The driver reports the disclosure to Uber. | **Rationale** <br> Since the incident did not occur during an Uber-facilitated trip, and because the parties were not paired by the Uber app, this incident is not considered Uber-related for the purposes of data classification for this report. |
| Law enforcement requests data on a rider who took an Uber-facilitated trip to a destination where they sexually assaulted a third party. | Although we would cooperate with law enforcement's request, the incident did not occur on an Uber-facilitated trip and did not involve parties paired by the Uber app, so this assault is not considered Uber-related for the purposes of data classification for this report. |
| A rider and driver are paired for a trip through the Uber app and begin dating. A week or 2 into their relationship, the driver sexually assaults the rider, and the victim reports the incident to Uber. | While the incident parties were paired through the app, the incident occurred more than 48 hours after the trip concluded. Since Uber's taxonomy is intended to capture events that occur as a result of temporary or episodic interactions facilitated through the app rather than prolonged interpersonal relationships, this incident is outside of Uber's scope, and is not Uber-related for the purposes of data classification for this report. |

Determining which reported safety incidents are Uber-related