4NITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 832 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EVIDENCE REGARDING MR. RICHARDSON'S 25-YEAR-OLD MISDEMEANOR**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:  April 15, 2026<br>Trial Date:  April 14, 2026 |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 832,<br><br>      Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:     Hon. Charles R. Breyer<br><br>Courtroom:    501 |

1

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor. and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby GRANTED.

**IT IS SO ORDERED.**

DATED:_____          By:_____

                                                                    CHARLES R BREYER
                                                                    United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EVIDENCE
REGARDING MR. RICHARDSON'S 25-YEAR-OLD MISDEMEANOR
Case No. 3:23-md-03084-CRB (LJC)