**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 24-cv-4900<br>W.D.N.C. No. 25-cv-737 | **DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF PLAINTIFF'S TRIAL BRIEF RE: DRIVER CONVICTON** |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WHB 823,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | No. 25-cv-737<br><br>Judge: Honorable Charles R. Breyer |

I, Andrew R. Kaufman, declare:

1.    I am an attorney in the law firm of Girard Sharp, LLP, counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of Wisconsin and am admitted *pro hac vice* to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.    I submit this declaration in support of Plaintiff's Trial Brief re: Driver Conviction.

3.    The exhibits referred below are attached to Plaintiff's Trial Brief re: Driver Conviction.

4.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the April 12, 2026 deposition of Jeffrey Richardson. This document is filed under seal.

5.    Attached hereto as **Exhibit B** is a true and correct copy of a document found by a paralegal on Plaintiff's trial team searching the Wilson County website for court records related to Jeffrey Richardson.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of April, 2026 in Charlotte, North Carolina.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman

DECLARATION OF ANDREW R. KAUFMAN
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737