GZJ KDKV'B

**Wilson District Court**

## Case Summary

**Case No. 00CR056738-970**

| | | |
|---|---|---|
| **STATE OF NORTH CAROLINA VS JEFFREY RICHARDSON** | § | Location: **Wilson District Court** |
| | § | Filed on: **10/23/2000** |
| | § | Criminal Process Number: **00WFA25411** |
| | § | ACIS File Number Key: **9702000056738D** |
| | § | Electronic Warrants Warrant ID: **89250c0d296660c427ed0d1d505** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| 01. SIMPLE ASSAULT | 14-33(A) | M2 | 10/23/2000 | 10/23/2000 | Case Type: Criminal |
| 02. COMMUNICATING THREATS | 14-277.1 | M1 | 10/23/2000 | 10/23/2000 | Case Status: **12/13/2000  Disposed** |

---

### Assignment Information

**Current Case Assignment**
Case Number   00CR056738-970
Court         Wilson District Court
Date Assigned 10/30/2000

---

### Party Information

**Defendant**   **RICHARDSON, JEFFREY**
4200 AIRPORT DR.
WILSON, NC 27893-0000
Black
Male

**State**   **STATE OF NORTH CAROLINA**
State of North Carolina
Other

**Complainant**   **DAVIS, HENRY III**
1701 ORANGE ST.
WILSON, NC 27893-0000

---

### Case Events

12/18/2000   Conviction and/or FTA Compliance Reported
*NCONC97KGW970CRDISPO D*
Created:  12/18/2000 12:00 AM

12/13/2000   Counsel Waived
Created:  12/13/2000 12:00 AM

12/13/2000   ACIS Special Conditions
*NT COMM,THREATEN,HARASS SELENA DAVIS,APPLY REG COND PROB*
Charges:
02. COMMUNICATING THREATS (5328)
Created:  12/13/2000 12:00 AM

10/30/2000
Warrant for Arrest Returned Served      (Judicial Officer: BASS, E R)
*Process Status: 'SERVED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N'*
*DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'N' Event Date: Comment: Time of Service: Arrest #: Serving Officer Agency: Serving*
*Officer Badge #: Serving Officer:*
Crim Proc #:   00WFA25411

Wilson District Court

## Case Summary

### Case No. 00CR056738-970

Charges:
  01.  SIMPLE ASSAULT (1368)
  02.  COMMUNICATING THREATS (5328)
    Created:   10/30/2000 12:00 AM

10/30/2000    Legacy Process Served Date
        Created:   10/30/2000 12:00 AM

10/23/2000
Warrant for Arrest Issued on Paper      (Judicial Officer: BASS, E R)
  *Process Status: 'SERVED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N'*
  *DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'N'*
  Crim Proc #:   00WFA25411
Charges:
  01.  SIMPLE ASSAULT (1368)
  02.  COMMUNICATING THREATS (5328)
    Created:   10/23/2000 12:00 AM

10/23/2000    Warrant For Arrest Issued
      *CRRPRC:W*
      Created:   10/23/2000 12:00 AM

---

## Dispositions

12/13/2000    **Plea**
    RICHARDSON, JEFFREY
    01. SIMPLE ASSAULT
      Not Guilty
    Created:   12/13/2000 12:00 AM

12/13/2000    **Plea**
    RICHARDSON, JEFFREY
    02. COMMUNICATING THREATS
      Not Guilty
    Created:   12/13/2000 12:00 AM

12/13/2000    **Disposition** (Judicial Officer: ACIS, RAE)
    01. SIMPLE ASSAULT
      District Not Guilty - Judge
    Created:   12/13/2000 12:00 AM

12/13/2000    **Disposition** (Judicial Officer: ACIS, RAE)
    02. COMMUNICATING THREATS
      District Guilty - Judge
    Created:   12/13/2000 12:00 AM

12/13/2000    **Community**
    02. COMMUNICATING THREATS
      10/23/2000 (M1) 14-277.1 (5328)

    Confinement
      Minimum: 0 Years, 0 Months, 45 Days
      Maximum: 0 Years, 0 Months, 0 Days
      Prior Record Points: 0
      Conclusions of Law and Judicial Findings
        Findings Not Entered in Legacy System
      Adult
      Agency Responsible for Confinement: Sheriff
     Probation
      Adult
      Unsupervised
      Duration: 12 Months
    Created:   12/13/2000 12:00 AM

---

## Hearings

Printed on 04/12/2026 at 2:15 PM

Wilson District Court

## Case Summary

**Case No. 00CR056738-970**

12/13/2000    **Disposition Hearing**    (9:00 AM)
              *Hearing Held*
              Created:   12/13/2000 12:00 AM

---

## Financial Information

| **Defendant**     RICHARDSON, JEFFREY | |
|---|---:|
| Total Financial Assessment | 160.00 |
| Total Payments and Credits | 160.00 |
| **Balance Due as of 04/12/2026** | **0.00** |

| | | | |
|---|---|---|---:|
| 12/13/2000 | Transaction Assessment | | 160.00 |
| 12/29/2000 | Courthouse Payment | Receipt # CR00074130-970 | (160.00) |

Printed on 04/12/2026 at 2:15 PM