[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to:<br><br>*WHB 823 v. Uber Technologies, Inc.*,<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber or third parties associated with Uber should be sealed.

On April 15, 2026, Plaintiff filed Plaintiff's Trial Brief re: Driver Conviction which refers to and attaches documents and deposition testimony that Uber designated "HIGHLY CONFIDENTIAL" and / or "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal includes portions of Plaintiff's Trial Brief re: Driver Conviction and the attached exhibits.

| Document | Description | Designating Party |
|---|---|---|
| Portions of Plaintiff's Trial Brief | References to information in confidential disposition transcript | Uber / Jeffrey Richardson |
| Exhibit A | Portions of Jeffrey Richardson's April 12, 2026 deposition | Uber / Jeffrey Richardson |

Under Local Rule 79-5(f)(3), the designating entities bear the responsibility to establish that all of the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

    1.    The Declaration of Sarah R. London in Support of this Motion; and

    2.    A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: April 15, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB

**<u>FILER'S ATTESTATION</u>**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: April 15, 2026                                   By:    */s/ Andrew R. Kaufman*
                                                                        Andrew R. Kaufman

ADMIN MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MAT. SHOULD BE SEALED
CASE NO. 23-MD-03084-CRB