[Submitting Counsel below]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*WHB 823 v. Uber Techs., Inc.*, et al.
N.D. Cal. No. 3:24-cv-04900
W.D.N.C. No. 3:25-cv-00737

Case No. 23-md-03084-CRB

**PLAINTIFF'S FIRST AMENDED TRIAL EXHIBIT LIST**

JUDGE: HONORABLE CHARLES R. BREYER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

WHB 823,

      Plaintiff,

  v.

UBER TECHNOLOGIES, INC., et al.,

      Defendants.

No. 3:25-cv-00737

JUDGE: HONORABLE CHARLES R. BREYER

CTRM.: W.D.N.C., 4A

1
PLAINTIFF'S NOTICE OF FILING COURT EXHIBITS
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

## PLAINTIFF'S FIRST AMENDED EXHIBIT LIST

On April 8, 2026, Plaintiff served Plaintiff's Trial Exhibit List, which encompassed exhibits numbered P-00001 through P-04962.

On April 14, 2026, Plaintiff served Plaintiff's First Amended Trial Exhibit List, which added exhibits numbered P-01396 and P-04963 through P-04981, and included replacement files for exhibits numbered P-04796, P-04797, and P-04803.

Plaintiff's First Amended Trial Exhibit List is attached hereto as Exhibit A.

By serving and lodging this Exhibit List, Plaintiff does not waive, and expressly reserves, all rights afforded under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules, and all orders and procedures established by the Court in this action, including the right to amend, modify, withdraw, or supplement Plaintiff's Exhibit List before and during trial. Plaintiff reserves the right to modify, withdraw, or supplement her Exhibit List before and during trial including, but not limited, to the following non-exclusive set of circumstances: (1) to include documents produced untimely in this litigation for trial by an opposing party; (2) upon receipt of Defendants' exhibit lists and/or deposition designations or counter-designations and amendments to deposition designations or counter-designations; (3) in the event that additional relevant documents or materials are produced in this action, identified in supplemental expert reports, or discovered subsequent to the date of service of the exhibit list; (4) for purposes of adding any medical or scientific literature, other data, regulatory filings or communications issued or published after the date of submission of the exhibit list; (5) as required to cure an evidentiary objection; (6) in response to Plaintiff or Defendants proffering any documents they have not listed on their Exhibit Lists; (7) in response to rulings of the Court on any pretrial motions, including any expert motions, motions for summary judgment, motions in limine, or any other Court decisions that affect the scope of this trial; and (8) as necessary based on the future severance, settlement, and/or dismissal involving any party.

The inclusion of any exhibit on this list does not waive or affect any confidentiality designation under the Protective Order. Plaintiff expressly reserves the right to object to the introduction, use, or admissibility of any document listed on any party's Exhibit List. The inclusion

of a particular document on Plaintiff's Exhibit List does not waive any right to object to the introduction, use, or admissibility of that document for any purpose. Plaintiff also reserves the right to use any deposition transcripts and any exhibits to deposition transcripts for any witnesses being called to testify at trial and/or use any deposition exhibits or other documents associated with any testimony that has been or will be designated or counter-designated by any party. Plaintiff reserves the right to use any and all documents or materials listed by any other party, including Defendants. Certain exhibits that were previously produced during discovery are further identified by bates number, native file name or description, as applicable. Plaintiff further reserves all rights to use documents de-designated and/or redacted, initially withheld for privilege, and subsequently produced by Defendants pursuant to Judge Cisneros' and Judge Jones' Orders including the most recent Orders. Plaintiff expressly reserves the right to use alternative copies of such exhibits where appropriate, including physical, color, redacted, more legible, and/or native documents, or copies with or without deposition exhibit stickers. Plaintiff also reserves the right to use at trial summaries created in accordance with the federal rules and demonstrative exhibits, including without limitation: charts, graphs, photographs, animations, timelines, objects, models, PowerPoint slides, drawings, graphics, and other demonstrative aids. Plaintiff reserves the right to offer enlargements of any exhibits on the list or on any party's exhibit list.

DATED:    April 15, 2026                     Respectfully Submitted,

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com

PLAINTIFF'S NOTICE OF FILING COURT EXHIBITS
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123

4

luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

PLAINTIFF'S NOTICE OF FILING COURT EXHIBITS
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: April 15, 2026            By: */s/ Ellyn H. Hurd*
                                                 Ellyn H. Hurd