**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF T.K.'S MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE [ECF 4979]** |
| This Document Relates to: | |
| *T.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06734 -CRB | Judge:        Hon. Charles R. Breyer |
| | Courtroom:    6 – 17th Floor |

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff T.K.'s Motion to Vacate Order of Dismissal Without Prejudice [ECF 4979].

3. On March 19, 2026, after months of no contact, my office received an email from Plaintiff T.K. Plaintiff T.K. advised that she had been incarcerated.

4. My office worked with Plaintiff T.K. to finalize the PFS and produced the PFS and attachments on April 15, 2026 via MDL Centrality.

Case No. 3:23-md-03084-CRB (LJC)                                        1
DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF T.K.'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5107], CASE NO. 3:25-CV-06734

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of April, 2026, in Denver, Colorado.

_____

Sommer D. Luther

Case No. 3:23-md-03084-CRB (LJC)                    2

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF T.K.'S MOTION TO VACATE DISMISSAL
WITHOUT PREJUDICE [ECF 5107], CASE NO. 3:25-CV-06734