**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*T.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06734 -CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF T.K.'S MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE [ECF 4979]**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

This matter comes before the Court on Plaintiff T.K.'s Motion to Vacate Order of Dismissal Without Prejudice [ECF 4979].

Having considered Plaintiff's Motion, the record, and the applicable law, the Court hereby GRANTS Plaintiff's Motion and Vacates the Order Dismissal Without Prejudice [ECF 4979] pertaining to Plaintiff T.K.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge