# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Plaintiff Fact Sheet Due | Deficiency Notice Date |
|---|---|---|---|---|---|
| 4640 | JLG 229 | 3:25-cv-10874 | Johnson Law Group | 1/20/2026 | 2/9/2026 |
| 4691 | S.T. | 3:25-cv-10918 | Wagstaff Law Firm | 1/23/2026 | 2/9/2026 |
| 4738 | T.H. | 3:25-cv-11021 | Wagstaff Law Firm | 1/30/2026 | 2/9/2026 |
| 4742 | St.H. | 3:25-cv-11024 | Wagstaff Law Firm | 1/30/2026 | 2/9/2026 |
| 4739 | A.L. | 3:25-cv-11049 | Wagstaff Law Firm | 1/30/2026 | 2/9/2026 |
| 4740 | G.G. | 3:25-cv-11050 | Wagstaff Law Firm | 1/30/2026 | 2/9/2026 |
| 5100 | S.G. | 3:25-cv-11076 | Peiffer Wolf | 1/31/2026 | 2/9/2026 |
| 4678 | Jane Roe CL 254 | 3:25-cv-11089 | Cutter Law | 1/31/2026 | 2/9/2026 |
| 4749 | Jane Doe NLG (L.H.) | 3:26-cv-00057 | Nachawati Law Group | 2/5/2026 | 2/9/2026 |
| 5096 | J.C. (2) | 3:26-cv-00207 | Reich and Binstock | 2/8/2026 | 2/27/2026 |
| None | D.Y. | 3:26-cv-00213 | Reich and Binstock | 2/8/2026 | 2/27/2026 |
| 4824 | Jane Roe CL 258 | 3:26-cv-00282 | Cutter Law | 2/9/2026 | 2/27/2026 |
| 4825 | Jane Roe CL 259 | 3:26-cv-00284 | Cutter Law | 2/9/2026 | 2/27/2026 |
| 4827 | Jane Roe CL 261 | 3:26-cv-00366 | Cutter Law | 2/13/2026 | 2/27/2026 |
| 4793 | Jane Doe LS 671 | 3:26-cv-00422 | Levin Simes | 2/15/2026 | 2/27/2026 |
| 4794 | Jane Doe LS 672 | 3:26-cv-00423 | Levin Simes | 2/15/2026 | 2/27/2026 |
| 4795 | Jane Doe LS 673 | 3:26-cv-00445 | Levin Simes | 2/15/2026 | 2/27/2026 |
| 4782 | Jane Doe NLG (L.T.) | 3:26-cv-00454 | Nachawati Law Group | 2/16/2026 | 2/27/2026 |

1

2

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Plaintiff Fact Sheet Due | Deficiency Notice Date |
|---|---|---|---|---|---|
| 4781 | Jane Doe NLG (A.Z.) | 3:26-cv-00465 | Nachawati Law Group | 2/16/2026 | 2/27/2026 |
| 4806 | Jane Doe LS 674 | 3:26-cv-00510 | Levin Simes | 2/16/2026 | 2/27/2026 |
| 4813 | Jane Doe LS 681 | 3:26-cv-00541 | Levin Simes | 2/17/2026 | 2/27/2026 |
| 4816 | Jane Doe LS 684 | 3:26-cv-00546 | Levin Simes | 2/18/2026 | 2/27/2026 |
| 4832 | Jane Doe NLG (H.D.) | 3:26-cv-00690 | Nachawati Law Group | 2/22/2026 | 2/27/2026 |