# DX-1

**From:** Walsh, Alexandra <awalsh@anapolweiss.com>
**Sent:** Monday, November 3, 2025 10:51 AM
**To:** Levy, Jennifer <jlevy@kirkland.com>
**Subject:** Re: Boman

Be cautious, particularly with links and attachments.

So sorry Jenny! My bad. But good news: We've decided to stick with the record with Boman as is. So no need for you to travel out there, at least for this purpose!

**Alexandra M. Walsh**

ANAPOLWEISS

14 Ridge Square NW
Third Floor
Washington, DC 20015
awalsh@anapolweiss.com
www.anapolweiss.com

CONFIDENTIALITY NOTICE: This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Anapol Weiss by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

**From:** Levy, Jennifer <jlevy@kirkland.com>
**Date:** Monday, November 3, 2025 at 10:42 AM
**To:** Walsh, Alexandra <awalsh@anapolweiss.com>
**Subject:** FW: Boman

Third nudge on this.  Sorry to nag, but in addition to Emilie asking me for an answer, I have two kids with birthdays at the end of the week (11/6 and 11/7) and whether I can travel for birthday celebrations or need to head to SF this weekend.  Any chance you can get me an answer today ?  Thanks.

Jennifer G. Levy

-------------------------------------------------------------
KIRKLAND & ELLIS LLP

1

1301 Pennsylvania Ave., N.W., Washington, D.C. 20004
T +1 202 389 5211  M +1 202 378 8015
F +1 202 389 5200
------------------------------------------------------------
jennifer.levy@kirkland.com

-----Original Message-----
From: Levy, Jennifer <jlevy@kirkland.com>
Sent: Friday, October 31, 2025 2:43 PM
To: Alex Walsh <awalsh@anapolweiss.com>
Subject: Boman

Are we on for 11/10 at 9am ?

Jennifer G. Levy, P.C.
Kirkland & Ellis LLP
(202) 389-5211 office
(202) 378-8015 cell


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.