*Submitting counsel on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB-LJC **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: All Cases | Magistrate Judge: Honorable Lisa J. Cisneros |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider whether certain materials should be sealed. Plaintiffs file these materials under seal because they have been produced and marked confidential or contain references to documents produced and marked confidential by Uber. Plaintiffs take no position on the propriety of Uber's confidentiality designations at this time.

**Material To Be Filed Under Seal**

Plaintiffs request the Court consider whether the following should be filed under seal: Plaintiffs request the Court consider whether the following should be filed under seal:

| Exhibit | Seal or redact | Description | Designating Party |
|---|---|---|---|
| **DX-1:** 11/3/25 Email chain between Walsh and Levy | None | N/A | Uber |
| **DX-2:** 6/25/25 Wong Dep. Ex. 1243 **DX-3:** 1/7/26 Wong Dep. Ex. 3867 **DX-6:** 4/26/25 Wong Dep. Ex. 2827 | Seal | S-RAD document used in all three depositions with confidential information about S-RAD data, design, and functionality. | Uber |

- 1 -
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-3084-CRB

| DX-4: 1/7/26 Wong Tr. at 96:4-100:3; 162:23-163:6 | Seal | Confidential deposition testimony about S-RAD variables, thresholds, and trigger rates. | Uber |
|---|---|---|---|
| DX-5: 4/16/25 Wong Tr. at 405:20-409:1 | Seal | Confidential deposition testimony about S-RAD trigger rates, recall, and considered variables. | Uber |
| DX-7: 10/1/25 Boman Dep. Ex. 2059 | Seal | Confidential E. Boman deposition aid listing payments to third party organizations. | Uber |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1.    The Declaration of Samantha Hoefs in support of this Motion; and

2.    A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: April 15, 2026

Respectfully submitted,

By: /s/ Roopal P. Luhana
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267093)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-3084-CRB

*Co-Lead Counsel for Plaintiffs*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-3084-CRB