UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB-LJC<br><br>**[PROPOSED ORDER] REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to:<br><br>All Cases | Magistrate Judge: Honorable Lisa J. Cisneros |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material should be Filed Under Seal, the Court hereby ORDERS that the following documents [ARE/ARE NOT] to remain under seal.

| Exhibit | Seal or redact | Description | Designating Party |
|---|---|---|---|
| DX-1: 11/3/25 Email chain between Walsh and Levy | None | N/A | Uber |
| DX-2: 6/25/25 Wong Dep. Ex. 1243<br>DX-3: 1/7/26 Wong Dep. Ex. 3867<br>DX-6: 4/26/25 Wong Dep. Ex. 2827 | Seal | S-RAD document used in all three depositions with confidential information about S-RAD data, design, and functionality. | Uber |
| DX-4: 1/7/26 Wong Tr. at 96:4-100:3; 162:23-163:6 | Seal | Confidential deposition testimony about S-RAD variables, thresholds, and trigger rates. | Uber |
| DX-5: 4/16/25 Wong Tr. at 405:20-409:1 | Seal | Confidential deposition testimony about S-RAD trigger rates, recall, and considered variables. | Uber |
| DX-7: 10/1/25 Boman Dep. Ex. 2059 | Seal | Confidential E. Boman deposition aid listing payments to third party organizations. | Uber |

- 2 -

DATED: _____          _____
                                        HON. LISA J. CISNEROS
                                        UNITED STATES MAGISTRATE JUDGE