**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <hr> This Document Relates to: <br><br> *WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** <br><br> Judge:      Hon. Charles R. Breyer <br> Courtroom:  6 – 17th Floor <br><br> Date Filed:  April 16, 2026 <br> Trial Date:  April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, <br><br>      Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br>      Defendants. | CASE NO. 3:25-cv-00737 <br><br> Judge:      Hon. Charles R. Breyer <br><br> Courtroom:  501 |

1

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [in connection with Uber's Reply In Support of Admission of Testimony of Mr.'s Richardson's Denial of Plaintiff's Allegations], the Court hereby **ORDERS** that the Reply remain under seal, as requested in Uber's Motion:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Reply In Support of Admission of Testimony of Mr. Richardson's Denial of Plaintiff's Allegations | Defendants' Reply In Support of Admission of Testimony of Mr. Richardson's Denial of Plaintiff's Allegations | Plaintiff and Non-Party Jeffery Richardson |

**IT IS SO ORDERED.**

DATED:_____        By:_____
                                          Hon. Charles R. Breyer
                                          United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB (LJC)