# FILED UNDER SEAL

# DEFENDANTS' REPLY IN SUPPORT OF ADMISSION TESTIMONY OF MR. RICHARDSON'S DENIAL OF ALLEGATIONS