[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
| | **PLAINTIFF'S PROPOSED JURY INSTRUCTION RE: DAMAGES TIMEFRAME** |
| This Document Relates to: | Judge: Honorable Charles R. Breyer |
| *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 24-cv-4900 W.D.N.C. No. 25-cv-737 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHB 823, | No. 25-cv-737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

**<u>PLAINTIFF'S PROPOSED JURY INSTRUCTION</u>**
**<u>DAMAGES TIMEFRAME</u>**

Plaintiff claims mental suffering from the battery she alleges and the 24-hour period immediately following it. If you found the battery occurred, you may award damages, if any, only for that timeframe.

### **<u>ARGUMENT</u>**

Uber's proposed instruction has four problems.

*First*, Uber uses the term "personal injury," which is an umbrella concept. In this case, Plaintiff seeks damages for emotional distress, which the North Carolina instructions refer to as "mental suffering." *See* N.C.P.I.-Civil 810.08 ("Damages for personal injury include fair compensation for the actual [] physical pain and mental suffering experienced by the Plaintiff …."). Plaintiff's proposed instruction accurately points the jury to the type of damages claimed in this case.

*Second*, Uber's proposed instruction points the jury to the 24-hour period following the assault, but does not make clear that Plaintiff seeks damages for her experience during the assault itself.

*Third*, Uber's proposed instruction focuses the jury on specific times, but there is no evidence of any harm that arose, for example, at 1:54 a.m. Uber's instruction will suggest to the jury that it needs to parse non-existence evidence to nail down specific times.

*Fourth*, Uber includes "assault and battery" in its instruction. As Plaintiff will explain to the Court at the charge conference, she elects to proceed only on a battery theory.

For these reasons, Plaintiff respectfully requests that the Court give her proposed instruction, set out above.

PLAINTIFF'S PROPOSED JURY INSTRUCTION
N.D. CAL. NO. 24-CV-4900; W.D.N.C. NO. 25-CV-737

Dated: April 16, 2026                          Respectfully submitted,

                                               By: */s/ Sarah R. London*
                                               Sarah R. London (SBN 267083)

                                               **GIRARD SHARP LLP**
                                               601 California St., Suite 1400
                                               San Francisco, CA 94108
                                               Telephone: (415) 981-4800
                                               slondon@girardsharp.com

                                               By: */s/ Rachel B. Abrams*
                                               Rachel B. Abrams (SBN 209316)

                                               **PEIFFER WOLF CARR KANE
                                               CONWAY & WISE, LLP**
                                               555 Montgomery Street, Suite 820
                                               San Francisco, CA 94111
                                               Telephone: (415) 426-5641
                                               Facsimile: (415) 840-9435
                                               rabrams@peifferwolf.com

                                               By: */s/ Roopal P. Luhana*
                                               Roopal P. Luhana

                                               **CHAFFIN LUHANA LLP**
                                               600 Third Avenue, 12th Floor
                                               New York, NY 10016
                                               Telephone: (888) 480-1123
                                               Facsimile: (888) 499-1123
                                               luhana@chaffinluhana.com

                                               *Co-Lead Counsel*

### FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: April 16, 2026                    By:    */s/ Andrew R. Kaufman*
                                                Andrew R. Kaufman

PLAINTIFF'S PROPOSED JURY INSTRUCTION
                                                 N.D. CAL. NO. 24-CV-4900; W.D.N.C. NO. 25-CV-737