**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | **MDL NO. 3084** |
| | **HON. CHARLES R. BREYER** |

This Document Relates to:

ALL ACTIONS

---

**MOTION TO APPEAR *PRO HAC VICE***

---

Pursuant to Pretrial Order No. 1, and the Northern District of California Civil Local Rule 11-3, I, Jeffrey P. Berniard, hereby moves this Court for an Order for admission to practice pro hac vice in the above-styled case only, and in support thereof states as follows:

1. Movant is an active member in good standing of the bar of a United States District Court, Eastern District of Louisiana.

2. Movant agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and has become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules.

3. Movant has not been granted pro hac vice admission by the Court in the twelve months preceding the application.

4. Movant resides in Louisiana and is not a resident of the State of California.

5. Movant is admitted to practice and is a member in good standing of the bar of the State of Louisiana. A copy of a Certificate of Good Standing from the State of

1

Louisiana dated within 30 days of this Motion is attached hereto as Exhibit "A" and made part hereof.

6. Movant has submitted to the Clerk the required *pro hac vice* admission fee.

WHEREFORE, Jeffrey P. Berniard, respectfully requests that this Court enter an Order granting this Motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: April 16, 2026

Respectfully Submitted,

/s/ Jeffrey P. Berniard
Jeffrey P. Berniard (Louisiana Bar #29088)
Berniard Law Firm, L.L.C.
1140 St. Charles Ave.
New Orleans, LA 70130
Telephone: (504) 521-6000
Email: Jeff@GetJeff.Com
All Pleadings and Correspondence may be served by Email only via email address:
Jeff@GetJeff.com

### CERTIFICATE OF SERVICE

In compliance with Rule 5-5 of the Local Rules of the United States District Court Northern District of California, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

Dated: April 16, 2026

/s/ Jeffrey P. Berniard
Jeffrey P. Berniard