**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC.,** **PASSENGER SEXUAL ASSAULT LITIGATION** | **MDL NO. 3084** |
| | **HON. CHARLES R. BREYER** |
| This Document Relates to: | |
| ALL ACTIONS | |

**EXHIBIT "A" WITH MOTION TO APPEAR *PRO HAC VICE***

1

## Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

Mr. Jeffrey Paul Berniard

whose address is_____

1140 Saint Charles Ave

New Orleans, LA 70130

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____day of _____._____.

15th         October         2004

Given over my hand and the Seal of the Louisiana State Bar Association, this_____

14th

day of_____._____.

April         2026

Executive Director
Louisiana State Bar Association

2