**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC.,**<br>**PASSENGER SEXUAL ASSAULT LITIGATION** | **MDL NO. 3084**<br><br>**HON. CHARLES R. BREYER** |

This Document Relates to:

ALL ACTIONS

---

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

---

The Court has considered the Motion to Appear Pro Hac Vice filed by Jeffrey P. Berniard.

**IT IS HEREBY ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Jeffrey P. Berniard is admitted to practice pro hac vice in the above-styled case. The Clerk of Court is directed to provide notice of Electronic Case Filings (ECF) to the following counsel:

**Jeffrey P. Berniard**, Berniard Law Firm, L.L.C. 1140 St. Charles Ave. New Orleans, LA 70130 **Email:** Jeff@GetJeff.com

**IT IS SO ORDERED.**

_____

**HON. CHARLES R. BREYER**

**United States District Judge**

1