**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | **JOINT STATEMENT IN RESPONSE TO DKT 5823 ORDER REGARDING JOINT LETTERS** |
| *B.L. v. Uber Technologies, Inc. et al*, No. 24-cv-7940 | Judge:        Hon. Lisa J. Cisneros Courtroom:   G - 15th Floor |

Dear Judge Cisneros:

Pursuant to the Court's Order Regarding Joint Letters (ECF No. 5823), the Parties respectfully submit this joint statement.

DATED: April 16, 2025                                     Respectfully Submitted,


By:    */s/Sommer D. Luther*
SOMMER D. LUTHER (*Pro Hac Vice*)
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Telephone: (303) 376-6360
Email: sluther@wagstafflawfirm.com


ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com


SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

By:    *Christopher V. Cotton*
CHRISTOPHER V. COTTON (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri  64108
Telephone: (816) 474-6550
ccotton@shb.com


**KIRKLAND & ELLIS LLP**
ALLISON M. BROWN (*pro hac vice*)
Alli.brown@kirkland.com
JESSICA DAVIDSON (*pro hac vice*)
Jessica.davidson@kirkland.com
LAURA VARTAIN
Laura.vartain@kirkland.com


**O'MELVENY AND MYERS LLP**
SABRINA H. STRONG
sstrong@omm.com
JONATHAN SCHNELLER
jschneller@omm.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**
PATRICK OOT (*pro hac vice*)
ALYCIA A. DEGEN (SBN 211350)
MICHAEL B. SHORTNACY (SBN 277035)

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

As required by the Court's Order, ECF 5823, the Parties provide the following information pertaining to B.L.'s case:

**<u>The names of the attorneys representing B.L. who worked with her to prepare her amended discovery responses to Uber</u>**:

Sommer D. Luther
Tara Doyle
Wagstaff Law Firm
940 Lincoln Street
Denver, CO 80203
(303) 376-6360
sluther@wagstafflawfirm.com
tdoyle@wagstafflawfirm.com

**<u>The names of the attorneys representing Uber who conducted or were presented for the deposition of B.L.'s father P.L.:</u>**

Jessica Grant
Shook Hardy & Bacon, LLP
555 Mission Street, Suite 2300
San Francisco, CA 94105
(415) 544.1900
jgrant@shb.com

**<u>Availability for a Status Conference In Person</u>**

Plaintiff's counsel is available for an in-person hearing with the Court on April 23, 24, 27, 28, 29, 30 and May 1, 2026.  Counsel understands the conflict Uber outlines below and defers to the Court regarding scheduling.  Counsel for Plaintiff is available during the week of May 18, 2026.

Uber's counsel (Ms. Grant) who conducted the deposition of B.L's father is currently serving as lead trial counsel in an ongoing trial in the matter of *Marianne Calvin v. Albertsons Companies, Inc, et al*., Case No. 24STCV10310 in Los Angeles County Superior Court, before the Honorable Judge Michael I. Levanas.  Closing arguments in that trial are expected to occur on or about May 11, 2026.  While the timing of a verdict in that matter is of course not known, Uber

respectfully suggests scheduling the Status Conference required by ECF 5823 during the week of May 18, 2026.

**FILER'S ATTESTATION**

I, Sommer D. Luther, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: April 16, 2025

By: _/s/ Sommer D. Luther_
Sommer D. Luther

3