[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:  April 16, 2026<br>Trial Date:  April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>     Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>     Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge:     Hon. Charles R. Breyer<br><br>Courtroom:   4A |

1

Under Local Rules 7-11 and 79-5(f), Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Uber" or "Defendants") hereby move this Court to consider whether to seal Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records, which contains confidential information related to Plaintiff.

**Material To Be Filed Under Seal**

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records | Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records | Plaintiff |
| Exhibit 1 to Declaration of Laura Vartain Horn ISO Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records | Excerpt of Defendants' Trial Exhibit D-4145 (Perkins Counseling & Psychological Services Medical Records, at 4145.0006-.0010, 4145.0015-.0017, and 4145.0031-.0033) | Plaintiff |
| Exhibit 2 to Declaration of Laura Vartain Horn ISO Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records | Excerpt of Defendants' Trial Exhibit D-4135 (Holly Hill Hospital Medical Records, at 4135.0006 and 4135.0010) | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1.  The Declaration of Laura Vartain Horn in Support of this Motion; and

2.  A Proposed Order that lists in tabular format all material sought to be sealed.

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3.23-md-03084-CRB / 3:25-cv-00737

DATED: April 16, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS
SHOULD BE FILED UNDER SEAL
Case No. 3.23-md-03084-CRB / 3:25-cv-00737