**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed:   April 16, 2026<br>Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:        Hon. Charles R. Breyer<br><br>Courtroom:   4A |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [in connection with Uber's Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records], the Court hereby **ORDERS** that the following remain under seal, as requested in Uber's Motion:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records | Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records | Plaintiff |
| Exhibit 1 to Declaration of Laura Vartain Horn ISO Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records | Excerpt of Defendants' Trial Exhibit D-4145 (Perkins Counseling & Psychological Services Medical Records, at 4145.0006-.0010, 4145.0015-.0017, and 4145.0031-.0033) | Plaintiff |
| Exhibit 2 to Declaration of Laura Vartain Horn ISO Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records | Excerpt of Defendants' Trial Exhibit D-4135 (Holly Hill Hospital Medical Records, at 4135.0006 and 4135.0010) | Plaintiff |

**IT IS SO ORDERED.**

DATED:_____        By:_____
                                                Hon. Charles R. Breyer
                                                United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB (LJC)