# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' TRIAL BRIEF REGARDING ADMISSIBILITY OF PLAINTIFF'S STATEMENTS TO MEDICAL PROVIDERS IN MEDICAL RECORDS** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| | Date Filed:  April 16, 2026<br>Trial Date:  April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:      Hon. Charles R. Breyer |
| v. | Courtroom:      4A |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' TRIAL BRIEF REGARDING ADMISSIBILITY OF PLAINTIFF'S STATEMENTS TO MEDICAL PROVIDERS IN MEDICAL RECORDS

Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of an excerpt of Defendants' Trial Exhibit D-4145 (Perkins Counseling & Psychological Services Medical Records, at 4145.0006-.0010, 4145.0015-.0017, and 4145.0031-.0033).

3.      Attached as **Exhibit 2** is a true and correct copy of an excerpt of Defendants' Trial Exhibit D-4135 (Holly Hill Hospital Medical Records, at 4135.0006 and 4135.0010).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 16, 2026, in Charlotte, North Carolina.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

1
DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' TRIAL BRIEF REGARDING ADMISSIBILITY OF PLAINTIFF'S STATEMENTS TO MEDICAL PROVIDERS IN MEDICAL RECORDS
Case No. 3:23-md-03084-CRB (LJC)