**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' TRIAL BRIEF REGARDING ADMISSIBILITY OF PLAINTIFF'S STATEMENTS TO MEDICAL PROVIDERS IN MEDICAL RECORDS**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:   April 16, 2026<br>Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:       Hon. Charles R. Breyer<br><br>Courtroom:    4A |

[PROPOSED] ORDER GRANTING DEFENDANTS' TRIAL BRIEF REGARDING ADMISSIBILITY OF PLAINTIFF'S STATEMENTS TO MEDICAL PROVIDERS IN MEDICAL RECORDS
Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records, and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Brief is hereby GRANTED.

**IT IS SO ORDERED.**


DATED:_____        By:_____

CHARLES R BREYER
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' TRIAL BRIEF REGARDING ADMISSIBILITY OF PLAINTIFF'S STATEMENTS TO MEDICAL PROVIDERS IN MEDICAL RECORDS
Case No. 3:23-md-03084-CRB (LJC)