# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*WHB 823 v. Uber Techs., Inc.,*
*N.D. Cal. No. 3:24-cv-04900*
*W.D.N.C. No. 3:25-cv-00737*

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' TRIAL BRIEF REGARDING OFFER OF PROOF OF TESTIMONY OF TODD GADDIS**

Judge:        Hon. Charles R. Breyer
Courtroom:  6 – 17th Floor

Date Filed:  April 17, 2026
Trial Date:  April 14, 2026

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

WHB 823,

          Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

          Defendants.

CASE NO. 3:25-cv-00737

Judge:        Hon. Charles R. Breyer

Courtroom:   4A

I, Laura Vartain Horn, declare as follows:

1.    I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.    Attached as **Exhibit 1** is a true and correct copy of P-01528.00015.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 17, 2026, in Charlotte, North Carolina.

/s/ *Laura Vartain Horn*
Laura Vartain Horn

1
DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' TRIAL BRIEF
REGARDING OFFER OF PROOF OF TESTIMONY OF TODD GADDIS
Case No. 3:23-md-03084-CRB / 3:25-cv-00737