# EXHIBIT 1



Recreation of P-01528.00015