# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' TRIAL BRIEF REGARDING OFFER OF PROOF OF TESTIMONY OF TODD GADDIS** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| | Date Filed:  April 17, 2026<br>Trial Date:  April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:    Hon. Charles R. Breyer |
| v. | Courtroom:   4A |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING DEFENDANTS' TRIAL BRIEF REGARDING OFFER OF PROOF OF TESTIMONY OF TODD GADDIS
Case No. 3:23-md-03084-CRB / 3:25-cv-00737

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Trial Brief Regarding Offer of Proof of Testimony of Todd Gaddis, and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Brief is hereby GRANTED.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                              CHARLES R BREYER
                                              United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' TRIAL BRIEF REGARDING OFFER OF PROOF OF TESTIMONY OF TODD GADDIS
Case No. 3:23-md-03084-CRB / 3:25-cv-00737