UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | [PROPOSED] ORDER GRANTING LEAVE TO SEEK DISBURSEMENT OF COMMON BENEFIT EXPENSE FUNDS AND ORDERING DISBURSMENT OF COMMON BENEFIT EXPENSE FUNDS |
| ALL ACTIONS | |

Having considered Plaintiffs' Motions for leave to seek disbursement of common benefit expense funds and to disburse common benefit expense funds, the Court **GRANTS** the motion.

Plaintiffs are **GRANTED LEAVE** to seek disbursement of common benefit expense funds.

Co-Lead Counsel and the Escrow Agent are **ORDERED** to distribute from the Expense Fund to the MDL common litigation fund the amount agreed upon by the Leadership Groups.

**IT IS SO ORDERED.**

Dated: April 17, 2026

IT IS SO ORDERED

Judge Charles R. Breyer