ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to: | |
| *Jane Doe NLG (L.T.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00454-CRB | Date:      June 12, 2026 |
| | Time:      10:00 a.m. |
| | Courtroom: 6 – 17th Floor |
| *Jane Doe NLG (A.Z.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00465-CRB | |
| *Jane Doe NLG (H.D.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00690-CRB | |

*Canales v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01084-CRB

*A.T. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01118-CRB

*E.J. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01120-CRB

*S.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01122-CRB

*S.M. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01124-CRB

*T.L. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01126-CRB

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1.     I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Motion to Dismiss Cases for Failure to Comply with PTO 5.

2.     I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3.     On December 28, 2023, this Court entered Pretrial Order No. 5 ("PTO 5") in this matter, requiring each Plaintiff to "produce to Defendants a bona fide ride receipt from an Uber trip connected to the alleged incident." ECF No. 175 at 2. PTO 5 required each Plaintiff whose case was a part of the MDL by February 1, 2024, to produce the receipt (or, if a receipt was not readily available, certain ride information) within 14 days of that date - i.e., by February 15, 2024. *Id.* Each Plaintiff who joined the MDL after February 1, 2024 had to produce the ride receipt or ride information within 14 days of joining the MDL. *Id.* at 3.

4.     Attached to this declaration as Exhibit A is a table identifying Plaintiffs who, as of April 17, 2026, have failed to produce a ride receipt or ride information as required by PTO 5. The Plaintiffs' deadlines to comply with PTO 5 are identified in the table at Exhibit A, as well as the date each of these Plaintiffs was sent a written Delinquency Notice informing them of their con-compliance with PTO 5.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 17, 2026 in Scottsdale, Arizona.

SHOOK, HARDY & BACON L.L.P.

*/s/ Michael B. Shortnacy*

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC, and RASIER-CA, LLC

2