# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 5

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID[1] | Case Name | Counsel | Case Number | Receipt Due Date | Date of Delinquency Notice |
|---|---|---|---|---|---|
| 4782 | Jane Doe NLG (L.T.) | Nachawati Law Group | 3:26-cv-00454 | 1/30/2026 | 2/12/2026 |
| 4781 | Jane Doe NLG (A.Z.) | Nachawati Law Group | 3:26-cv-00465 | 1/30/2026 | 2/12/2026 |
| 4832 | Jane Doe NLG (H.D.) | Nachawati Law Group | 3:26-cv-00690 | 2/6/2026 | 2/12/2026 |
| None | Canales | Garces, Grabler & LeBrocq, P.C. | 3:26-cv-01084 | 2/19/2026 | 3/3/2026 |
| 5185 | A.T. | Reich and Binstock | 3:26-cv-01118 | 2/20/2026 | 3/3/2026 |
| 5183 | E.J. | Reich and Binstock | 3:26-cv-01120 | 2/20/2026 | 3/3/2026 |
| 5186 | S.C. | Reich and Binstock | 3:26-cv-01122 | 2/20/2026 | 3/3/2026 |
| 5184 | S.M. | Reich and Binstock | 3:26-cv-01124 | 2/20/2026 | 3/3/2026 |
| 5182 | T.L. | Reich and Binstock | 3:26-cv-01126 | 2/20/2026 | 3/3/2026 |

---

[1] The Plaintiffs where "None" is indicated have all failed to register for MDL Centrality. For that reason, they lack MDL ID numbers.