ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31** |
| This Document Relates to: | Date:        June 12, 2026 |
| *C.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00914-CRB, | Time:        10:00 a.m. |
| | Courtroom:   6 – 17th Floor |
| *L.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01451-CRB, | |
| *T.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03583-CRB, | |
| *NLG (V.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08545-CRB, | |

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-MD-3084-CRB

*NLG (B.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08732-CRB,

*LS 657 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09904-CRB,

*LS 658 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09914-CRB,

*JLG 211 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10144-CRB,

*JLG 227 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10872-CRB,

*LS 681 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00541-CRB, and

*JLG 234 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00701-CRB.

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-MD-3084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in Support of Defendants Uber Technologies, Inc.'s, Raiser LLC's, and Raiser-CA, LLC's (collectively, "Defendants") motion to dismiss the cases of certain Plaintiffs for noncompliance with Pretrial Order No. 31 ("PTO 31").

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On September 9, 2025, the Court ordered, in PTO 31: "Within 30 days of receiving Uber's written notice, the Plaintiff must either (i) produce a bona fide ride receipt to Defendants via MDL Centrality, or (ii) serve a statement indicating that the Plaintiff is unable to locate the receipt, explaining in detail the reasonable efforts that have been undertaken by Plaintiff to search their email and the Uber app for the receipt, and explaining why Plaintiff has been unable to locate the receipt." ECF 3877. Exhibit A to PTO 31 listed ninety Plaintiffs who were initially subject to the Order's requirements and whose receipts or statements were therefore due within thirty days, or on October 9, 2025. *Id*

4. In addition, PTO 31 provided that "Uber may serve written notice on [additional] Plaintiff[s] requiring that [they] comply with the procedures set forth in this Order." *Id.* ¶ a. Subsequently, Uber identified hundreds of additional Plaintiffs who claimed to have ordered their own rides on the Uber platform, had not submitted ride receipts, and whose alleged rides could not be substantiated by Uber.

5. The Plaintiffs at issue in Uber's Motion, identified in Exhibit A to this Declaration, have been notified in writing of their obligation to provide either a ride receipt or a sworn statement

1

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-MD-3084-CRB

regarding their inability to do so, but have failed to submit either the receipt or statement within thirty days as required by PTO 31. Specifically, Uber has served all Plaintiffs at issue in Uber's Motion with PTO 31 delinquency notices via MDL Centrality on the dates listed in Exhibit A to this Declaration. All have failed to timely cure their delinquencies.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 17, 2026 in Scottsdale, Arizona.

**SHOOK, HARDY & BACON L.L.P.**

 /s/ Michael B. Shortnacy

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

2

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH PTO 31