# EXHIBIT A

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*,
(Case No. 23-md-03084-CRB)

**EXHBIT A to Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31**

| MDL ID | Case Number | PTO 31 Delinquency | Service Date for Notice of Delinquency | Deadline to Cure |
|---|---|---|---|---|
| 2824 | 3:25-cv-00914-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 3/5/2026 | 4/6/2026 |
| 2963 | 3:25-cv-01451-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 3/5/2026 | 4/6/2026 |
| 3309 | 3:25-cv-03583-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 3/5/2026 | 4/6/2026 |
| 4174 | 3:25-cv-08545-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 1/12/2026 | 2/11/2026 |
| 4190 | 3:25-cv-08732-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 2/26/2026 | 3/30/2026 |
| 4491 | 3:25-cv-09904-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 1/12/2026 | 2/11/2026 |
| 4492 | 3:25-cv-09914-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 1/12/2026 | 2/11/2026 |
| 4501 | 3:25-cv-10144-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 1/12/2026 | 2/11/2026 |
| 4638 | 3:25-cv-10872-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 2/26/2026 | 3/30/2026 |
| 4813 | 3:26-cv-00541-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 2/26/2026 | 3/30/2026 |
| 4835 | 3:26-cv-00701-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 2/26/2026 | 3/30/2026 |