Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FOR LEAVE TO FILE JOINT PTO 8 LETTER REGARDING PLAINTIFF'S IMPROPER USE OF REDACTIONS** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | |
| | Judge:        Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |

VIVES DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE JOINT PTO 8
LETTER REGARDING PLAINTIFF'S IMPROPER USE OF REDACTIONS
Case No. 3:23-MD-03084-CRB

I, Michael Vives, declare as follows:

1.    I am a partner at Kirkland & Ellis LLP, counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion for Leave to File a Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions.

2.    On April 9, 2026, the Parties filed a Joint PTO 8 Letter Brief regarding Plaintiff's redactions of text messages produced pursuant to Uber's Requests for Production. Dkt. No. 5802-3.

3.    On April 12, 2026, the Court issued an Order striking that filing, noting that the relief sought required leave of Court. Dkt. No. 14.

4.    On April 14, 2026, I contacted Plaintiff's counsel to inform them that Uber intended to file an Administrative Motion Under Local Rule 7-11 seeking to raise the issues briefed in the April 12, 2026 Letter. Ex. A, 04/14/2026 M. Vives Email. I requested that Plaintiff stipulate that there is good cause for the issue to be heard by the Court.

5.    Plaintiff's counsel responded that Plaintiff was unwilling to so stipulate. Ex. B, 04/14/2026 S. Luther email.

6.    On April 17, 2017, I contacted Plaintiff's counsel again to confirm that they would not stipulate to good cause. Ex. C, 04/17/2026 M. Vives Email.

7.    Plaintiff's counsel confirmed that her position was unchanged and Plaintiff would not stipulate to good cause.  Ex. D, 04/17/2026 S. Luther email.

Dated: April 17, 2026

/s/ Michael Vives
Michael Vives

VIVES DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE JOINT PTO 8 LETTER REGARDING PLAINTIFF'S IMPROPER USE OF REDACTIONS
Case No. 3:23-MD-03084-CRB