| | |
|---|---|
| **From:** | Vives, Michael |
| **To:** | Sommer Luther; Benfield, Katie; Tara Doyle; Emma Guidry; Lambert, Haydn C.; Rachel Abrams |
| **Cc:** | UberBW@wagstafflawfirm.com; Bueno, Kim; Michael Nimmo; Uber PW Bellwether; Trangle, Asher; John, Brady; Blake, Tara; Vartain, Laura; Cox, Christopher; Love, Cohl K.; Piasecki, Paulina; Davidson, Jessica; Benjamin Gillig; Roopal Luhana; Sarah London; Rachel Abrams; Andrew Kaufman |
| **Subject:** | RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages |
| **Date:** | Tuesday, April 14, 2026 8:50:20 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Sommer,

Thanks for sending this over.  We checked in with Ms. Grant on her availability.  She is currently trying a case in LA so if that trial continues, she may only be available May 8 or May 11.  Do you all have any flexibility in May or no? We'll get back to you hopefully later today with a better understanding of her availability.

Relatedly, consistent with Judge Cisneros's order, can you please let us know if you are representing/will accept service for any of the eight witnesses who Judge Cisneros ordered that we could depose (L.P., R.H, M.B., L.B., G.B., S.S., J.L., and T.R.)? If you are representing them, we are of course happy to work on scheduling at a time that is mutually beneficial for all parties consistent with the Court's order.  Please get back to us by Thursday on this at the latest so we start getting this on calendar.

Lastly, on the redactions brief which Judge Cisneros struck, we likely plan to file an admin motion under LR 7-11.  We will pass that along today and will ask that you all stipulate that there is good cause for this issue to be heard by Judge Cisneros at this point.  If that is going to be an issue, please let us know.

Thanks,
Mike

**Michael Vives**
----------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 646 444 9335 **M** +1 845 820 2372
**F** +1 212 446 4900
----------------------------------------------------
michael.vives@kirkland.com