| | |
|---|---|
| **From:** | Sommer Luther |
| **To:** | Vives, Michael; Benfield, Katie; Tara Doyle; Emma Guidry; Lambert, Haydn C.; Rachel Abrams |
| **Cc:** | UberBW@wagstafflawfirm.com; Bueno, Kim; Michael Nimmo; Uber PW Bellwether; Trangle, Asher; John, Brady; Blake, Tara; Vartain, Laura; Cox, Christopher; Love, Cohl K.; Piasecki, Paulina; Davidson, Jessica; Benjamin Gillig; Roopal Luhana; Sarah London; Rachel Abrams; Andrew Kaufman |
| **Subject:** | Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages |
| **Date:** | Tuesday, April 14, 2026 9:01:40 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

---

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Michael

I believe I've provided dates in the time frame that the Court requested.  I can also be available on May 7th or May 8th.  If Uber wishes to schedule this outside of the time period set forth by the Court, they will need to ask the Court about that.

I will respond today regarding representation of witnesses and service of subpoenas and let you know.

I will not stipulate that good cause exists for Uber's request for redactions.  This issue was discussed a year ago with a number of lawyers on behalf of Uber and the issue appeared to be resolved.  This issue has now been discussed with a new group of lawyers for Uber and frankly Plaintiff has gone well beyond her disclosure obligations and Uber remains unsatisfied.  I've offered solutions that Uber has flat out rejected, namely by telling me that the entire conferral process was useless, completely rejecting any meaningful discussion.

Sommer D. Luther