| | |
|---|---|
| **From:** | Vives, Michael |
| **To:** | Sommer Luther; Benfield, Katie; Tara Doyle; Emma Guidry; Lambert, Haydn C.; Rachel Abrams |
| **Cc:** | UberBW@wagstafflawfirm.com; Bueno, Kim; Michael Nimmo; Uber PW Bellwether; Trangle, Asher; John, Brady; Blake, Tara; Vartain, Laura; Cox, Christopher; Love, Cohl K.; Piasecki, Paulina; Davidson, Jessica; Benjamin Gillig; Roopal Luhana; Sarah London; Rachel Abrams; Andrew Kaufman |
| **Subject:** | RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages |
| **Date:** | Friday, April 17, 2026 12:55:58 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

Hi Sommer,

As a heads up, we will be filing an admin motion today on the redactions letter brief consistent with my email from Tuesday and consistent with Judge Cisneros's prior order.  I understand from the below that you will not stipulate to that motion and will be planning to oppose it.  I trust your position has not changed on that, but if it has, please let me know.

Thanks,
Mike

**Michael Vives**
══════════════════════════════════════════════
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 646 444 9335 **M** +1 845 820 2372
**F** +1 212 446 4900
══════════════════════════════════════════════
michael.vives@kirkland.com