| | |
|---|---|
| **From:** | Sommer Luther |
| **To:** | Vives, Michael; Benfield, Katie; Tara Doyle; Emma Guidry; Lambert, Haydn C.; Rachel Abrams |
| **Cc:** | UberBW@wagstafflawfirm.com; Bueno, Kim; Michael Nimmo; Uber PW Bellwether; Trangle, Asher; John, Brady; Blake, Tara; Vartain, Laura; Cox, Christopher; Love, Cohl K.; Piasecki, Paulina; Davidson, Jessica; Benjamin Gillig; Roopal Luhana; Sarah London; Rachel Abrams; Andrew Kaufman |
| **Subject:** | Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages |
| **Date:** | Friday, April 17, 2026 1:45:45 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

**This message is from an EXTERNAL SENDER**

Be cautious, particularly with links and attachments.

Yes, my position remains the same that I will not stipulate to good cause.

Sommer

Sommer D. Luther