Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Case No. 3:23-md-03084-CRB (LJC) <br><br> **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** <br><br> Judge:　　　Hon. Charles R. Breyer <br> Courtroom:　6 – 17th Floor |

1

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:23-MD-03084-CRB

I, Laura Vartain Horn, declare as follows:

1.    I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [in connection with Defendants Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC's Administrative Motion for Leave to Refile Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions].

2.    Attached as **Exhibit 1** is Defendants Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC's Administrative Motion for Leave to Refile Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions.

3.    Attached as **Exhibit 2** is Exhibit B to Defendants Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC's Administrative Motion for Leave to Refile Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions.

Dated: April 17, 2026

/s/ Laura Vartain Horn
Laura Vartain Horn

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:23-MD-03084-CRB