## Love, Cohl K.

**From:** Love, Cohl K.
**Sent:** Saturday, April 18, 2026 8:53 AM
**To:** Love, Cohl K.
**Subject:** FW: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

**From:** Benfield, Katie <katie.benfield@kirkland.com>
**Date:** Wednesday, November 19, 2025 at 6:53 PM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>, Emma Guidry <eguidry@wagstafflawfirm.com>, Rachel Abrams <rabrams@peifferwolf.com>, Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>, Bueno, Kim <kim.bueno@kirkland.com>, Karizamimba, Johanne <johanne.karizamimba@kirkland.com>, Uber PW Bellwether <uberbellwether@peifferwolf.com>, Trangle, Asher <asher.trangle@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

Sommer,

Thank you for agreeing to send the unredacted ███████ messages and also for posting the privilege log.

Sure. I don't think any of the remaining issues flagged in my email on the thread below from October 28 have been cured:



==Outstanding and Redacted Text Messages, Emails, and Instagram Messages Privilege Log==:





- *Id.* at 000006.

- *Id.* at 0007.

4



- *Id.* at 00008.











14

15





These are meant to be examples and are not the only issues. Please produce unredacted and complete messages at your earliest convenience.

Thank you,

Katie

**Katie Benfield**

**KIRKLAND & ELLIS LLP**
401 Congress Avenue, Austin, TX 78701

**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101

—————————————————————

katie.benfield@kirkland.com

*Admitted in Georgia & Tennessee

Not admitted in Texas

**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101

—————————————————————