**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Tuesday, April 7, 2026 4:09 PM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; Benfield, Katie <katie.benfield@kirkland.com>; Sommer Luther <SLuther@wagstafflawfirm.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** UberBW@wagstafflawfirm.com; Bueno, Kim <kim.bueno@kirkland.com>; Michael Nimmo <mnimmo@wagstafflawfirm.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Sommer and Tara:

Thanks for meeting with us yesterday related to discovery issues Uber has identified in the BL case. We write to memorialize what we discussed and propose a final briefing schedule for our PTO8 letter briefs.

In general, Uber reached out to Plaintiff to meet and confer related to what Uber views to be systematic deficiencies in Plaintiff's productions. Uber asked Plaintiff to explain why those deficiencies occurred and, in general, did not receive any specific information or explanations. Instead, Plaintiff's counsel largely reiterated that they believe they acted in good faith without explaining how or why that is or was accurate.

A few specific issues were discussed, including:

- Uber relayed its concerns surrounding the delayed production of text messages between BL and ████ █ An incomplete set of these text messages was produced on 7/16/2025, with heavy redactions. At a meet and confer on 2/20/2026, you agreed to personally review these and other text messages and make a supplemental production, which you did on 2/24/2026. In that production, the 121 missing messages were added back into the thread, but under heavy redactions. It was not until 4/1/2026 that the complete and unredacted thread was produced. You maintain your position that the messages are irrelevant to the litigation and not responsive to Uber's discovery requests, even though they include discussions between Plaintiff and Ms. S████ about ████████████████████████████████████████████ did not have any explanation as to how or why these redactions were previously applied (and reiterated as recently as February 2026) or why Plaintiff was deciding now, almost seven months after the close of fact discovery to finally underact this information.
- We also asked you why Ms. S████ was not previously disclosed as a mental health provider. You suggested she was not a mental health provider, but that Plaintiff had paid her to provide some sort of text-based therapy. We pointed out that publicly available information suggests Ms. S████ holds herself out as a therapist and asked you whether there were further texts with Ms. S████ and Plaintiff related to Ms. S████ apparent treatment of Plaintiff. You indicated you did not know.

- We also discussed Plaintiff's email production including emails between Plaintiff and two ex-boyfriends which was produced without redactions for the first time on 4/1/2026. You stated that you believe the messages to also be irrelevant and non-responsive, despite Plaintiff saying ████████████████████████ ████████████████████████████

- You clarified that the Facebook Messenger thread produced on 4/1/2026, at B.L. - SMS T.R. - 000001 – 000004 represents a conversation with BL and T███r R███ prior to the incident ride. You stated that you received these messages directly from Tr███ R███ who you contacted for the first time in the days before you produced the messages to Uber on 4/1/2026. You also represented that you believe Plaintiff's Facebook account no longer exists and was deactivated by Facebook after her account was hacked.  We asked you if Plaintiff had any documentation related to her account being hacked and you said you were not sure.

- We discussed our continued concern that citations in at least six of Plaintiff's production logs were hallucinated by Artificial Intelligence. You stated that the errors were purely technical and represent real cases, though they "maybe cover different topics."  You did not answer whether the privilege log was created through the use or assistance of AI.

Since we appear to be at an impasse with these, we intend to move forward with filing both Joint Letters tomorrow in addition to a Motion for Sanctions. We propose the following briefing schedule for the PTO8 letters:
- Tuesday, 4/7 at 2 PM PST – Uber provides its updated position on both briefs.
- Wednesday, 4/8 at 2 PM PST – Plaintiff provides its updated position on both briefs.
- Wednesday, 4/8 at 5 PM PST – Both briefs are filed by the Court by Uber.

In full disclosure, Uber intends to file a Motion for Sanctions with Judge Breyer as we previously discussed.  We are planning to have that motion on file later this week.

Thanks,
Mike

**Michael Vives**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
T +1 646 444 9335 M +1 845 820 2372
F +1 212 446 4900

michael.vives@kirkland.com

From: Tara Doyle <Tdoyle@wagstafflawfirm.com>
Sent: Monday, April 6, 2026 11:42 AM
To: Benfield, Katie <katie.benfield@kirkland.com>; Vives, Michael <michael.vives@kirkland.com>; Sommer Luther <SLuther@wagstafflawfirm.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
Cc: UberBW@wagstafflawfirm.com; Bueno, Kim <kim.bueno@kirkland.com>; Michael Nimmo <mnimmo@wagstafflawfirm.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>
Subject: Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Katie -
My apologies, I meant to say 2 pm MST - does that time work?

**From:** Benfield, Katie <katie.benfield@kirkland.com>
**Sent:** Monday, April 6, 2026 8:52 AM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; Vives, Michael <michael.vives@kirkland.com>; Sommer Luther <SLuther@wagstafflawfirm.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>; Bueno, Kim <kim.bueno@kirkland.com>; Michael Nimmo <mnimmo@wagstafflawfirm.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Hi Tara,

This works. I sent an invite over the weekend. We will talk to you at 2:00 PT today.

Thanks,

Katie

**Katie Benfield**

**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101

katie.benfield@kirkland.com

**From:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Sent:** Friday, April 3, 2026 5:53 PM
**To:** Vives, Michael <michael.vives@kirkland.com>; Sommer Luther <SLuther@wagstafflawfirm.com>; Benfield, Katie <katie.benfield@kirkland.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** UberBW@wagstafflawfirm.com; Bueno, Kim <kim.bueno@kirkland.com>; Michael Nimmo <mnimmo@wagstafflawfirm.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

2 pm PST works for us. If that works for your schedule, can you please circulate the zoom?
Thanks!

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Friday, April 3, 2026 2:42 PM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; Sommer Luther <SLuther@wagstafflawfirm.com>; Benfield, Katie <katie.benfield@kirkland.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>; Bueno, Kim <kim.bueno@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher

<asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara
<tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher
<christopher.cox@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina
<paulina.piasecki@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Hi Tara and Sommer:

Can we please plan to discuss these briefs on Monday? We have very serious concerns with what has now been
unredacted and we may need to seek alternative relief with the Court, including sanctions. We will need a very clear
explanation as to how or why the materials that were now unredacted  (7 months after the close of fact discovery after
months of follow-up) were not provided previously because, based on what we are seeing, it does not appear that the
redactions previously applied were appropriate or made in good faith and have deprived Uber of its ability to seek highly
relevant discovery in this case.  Please provide times where you are available to meet and confer.

Thanks,

Mike

**Michael Vives**

––––––––––––––––––––––––––––––––––––––

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

––––––––––––––––––––––––––––––––––––––

michael.vives@kirkland.com

---

**From:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Sent:** Friday, April 3, 2026 4:18 PM
**To:** Vives, Michael <michael.vives@kirkland.com>; Sommer Luther <SLuther@wagstafflawfirm.com>; Benfield, Katie
<katie.benfield@kirkland.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C.
<haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** UberBW@wagstafflawfirm.com; Bueno, Kim <kim.bueno@kirkland.com>; Uber PW Bellwether
<uberbellwether@peifferwolf.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady
<brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox,
Christopher <christopher.cox@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina

<paulina.piasecki@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Katie, Michael - Happy Friday --

I have attached our edits to both PTO 8 briefs with the corresponding exhibits. I have two requests:

One, can you please send the draft admin motion to seal so that we can review ahead of filing?

Two, per your email below, I have not seen any updated edits to your section. Please send in a timely fashion so that if we need to make final changes we can do so efficiently in order for you to file the final drafts.

Thanks!

Tara

<paulina.piasecki@kirkland.com>