Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Judge:      Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 3:23-MD-03084-CRB

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with the Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions.

**Material To Be Filed Under Seal**

The following materials contain information and documents designated by Plaintiff as confidential.

| Document | Description | Designating Party |
|---|---|---|
| Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | Redactions to quotations from text messages designated confidential by Plaintiff | Plaintiff |
| Ex. A to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | B.L. - SMS L.L. – 000001-000010 | Plaintiff |
| Ex. B to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | B.L. - SMS L.L. – 000011-000047 | Plaintiff |
| Ex. C to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | Emails between counsel with references to Plaintiff-designed confidential information and documents redacted | Plaintiff |
| Ex. D to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | Emails between counsel with references to Plaintiff-designed confidential information and | Plaintiff |

-2-

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 3:23-MD-03084-CRB

| Document | Description | Designating Party |
|---|---|---|
| | documents redacted | |
| Ex. F to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | Emails between counsel with references to Plaintiff-designed confidential information and documents redacted | Plaintiff |

DATED:  April 18, 2026                    Respectfully submitted,


/s/ Laura Vartain Horn

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*

-3-

UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 3:23-MD-03084-CRB