Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Judge:       Hon. Charles R. Breyer |
| | Courtroom:   Courtroom 6 – 17th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB

Having considered Defendants' April 18, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | Redactions to quotations from text messages designated confidential by Plaintiff | Plaintiff |
| Ex. A to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | B.L. - SMS L.L. – 000001-000010 | Plaintiff |
| Ex. B to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | B.L. - SMS L.L. – 000011-000047 | Plaintiff |
| Ex. C to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | Emails between counsel with references to Plaintiff-designed confidential information and documents redacted | Plaintiff |
| Ex. D to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | Emails between counsel with references to Plaintiff-designed confidential information and documents redacted | Plaintiff |
| Ex. F to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions | Emails between counsel with references to Plaintiff-designed confidential information and documents redacted | Plaintiff |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB

**IT IS SO ORDERED.**

Dated:_____

                                              _____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB