[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | **PLAINTIFF'S NOTICE OF FILING OF COURT EXHIBITS FOR APRIL 15 AND 16, 2026** |
| This Document Relates to: | |
| *WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | JUDGE: HONORABLE CHARLES R. BREYER |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|      Plaintiff, | JUDGE: HONORABLE CHARLES R. BREYER |
|   v. | CTRM.: W.D.N.C., 4A |
| UBER TECHNOLOGIES, INC., et al., | |
|      Defendants. | |

Plaintiff gives notice of the filing of the following court exhibits for April 15 and 16, 2026:

| Court Exhibit | Court Exhibit Description |
|---|---|
| 1 | Designation Run Report for Melissa Mensing (08/07/2025) as played in Court 04/15/2026 |
| 2 | Designation Run Report for Sunny Wong (07/23/2025) as played in Court 04/16/2026 |
| 3A | Designation Run Report for Greg Brown (08/25/2025) as played in Court 04/16/2026 |
| 3B | Designation Run Report for Greg Brown (08/26/2025) as played in Court 04/16/2026 |
| 3C | Greg Brown Deposition Exhibit Chart |
| 4A | Designation Run Report for Phillip Cardenas (02/26/2025) as played in Court 04/16/2026 |
| 4B | Phillip Cardenas Deposition Exhibit Chart |
| 5A | Designation Run Report for Roger Kaiser (11/19/2024) as played in Court 04/16/2026 |
| 5B | Designation Run Report for Roger Kaiser (04/22/2025) as played in Court 04/16/2026 |
| 6 | Designation Run Report for Neal Young (07/17/2025) as played in Court 04/16/2026 |

DATED:   April 19, 2026

Respectfully Submitted,

By: */s/ Sejal K. Brahmbhatt*
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
John Boundas (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)

PLAINTIFF'S NOTICE OF FILING COURT EXHIBITS
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
jboundas@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*


By: */s/ Brett E. Dressler*
Brett E. Dressler (NC Bar # 34516)

**SELLERS AYERS DORTCH & LYONS, P.A.**
301 South McDowell Street, Suite 410
Charlotte, NC  28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
Email:  bdressler@sellersayers.com

*Local Counsel for Plaintiff WHB 823*

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

3

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

PLAINTIFF'S NOTICE OF FILING COURT EXHIBITS
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: April 19, 2026

By: */s/ Ellyn H. Hurd*
Ellyn H. Hurd

PLAINTIFF'S NOTICE OF FILING COURT EXHIBITS
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737