# COURT EXHIBIT 1

Designation Run Report for Melissa Mensing as played in Court 04/15/2026 (08-07-2025)

# Melissa Mensing 08/07/25 - As Played in Court on 4-15-26

## Designation List Report

**Mensing, Melissa**                                         **2025-08-07**

| | |
|---|---|
| Plaintiff Affirmatives | 00:09:10 |
| Defense Affirmatives | 00:10:39 |
| Plaintiff Counters | 00:01:25 |
| **TOTAL RUN TIME** | **00:21:15** |



**ID: MM_Comb**

**MM_Comb - Melissa Mensing 08/07/25 - As Played in Court on 4-15-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:01 - 7:18 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:45 | **MM_Comb.1** |

7:01　Q.　Good morning.  My name is Chris Cowan.

7:02　　　We met off the record briefly, but I represent Uber

7:03　　　in this case.  Do you understand that?

7:04　A.　Yes.

7:05　Q.　I am not representing the driver.  Do

7:06　　　you understand that?

7:07　A.　Yes.

7:08　Q.　Can you please state your full name for

7:09　　　the record?

7:10　A.　Melissa M. Mensing.

7:11　Q.　I'm going to ask you a favor if I could.

7:12　　　Because we're going to be talking about your

7:13　　　daughter and maybe some of your other children, I

7:14　　　would like to call you Melissa as opposed to

7:15　　　Ms. Mensing if that's okay because if I call Brianna

7:16　　　Ms.  Mensing and you Ms. Mensing it may become very

7:17　　　difficult who I may be talking about.  Is that okay?

7:18　A.　Oh, yeah, that's fine.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:18 - 9:18 | **Mensing, Melissa 2025-08-07 PIP** | 00:01:10 | **MM_Comb.4** |

8:18　　　Melissa, is Brianna Mensing your

8:19　　　daughter?

8:20　A.　Yes, she is.

8:21　Q.　Is it okay if I refer to her as Brianna?

8:22　A.　Of course.

8:23　Q.　Are you married?

8:24　A.　Yes.

8:25　Q.　Who are you married to?

9:01　A.　Mark Mensing.

9:02　Q.　How long have you and Mark been married?

9:03　A.　It will be 36 years in September.

9:04　Q.　Congratulations.  You have other

9:05　　　children?

9:06　A.　Yes, I have two other children.

9:07　Q.　What are their names?

9:08　A.　Danica and Max.

9:09　Q.　I assume Danica is a woman and Max is a

9:10　　　man?

9:11　A.　Yes.

9:12　Q.　How old are they now?

**MM_Comb - Melissa Mensing 08/07/25 - As Played in Court on 4-15-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

9:13  A.  Danica is 34 and Max is 31.  I think.

9:14      Yeah.

9:15  Q.  I'm trying to do the math, but does that

9:16      make Brianna kind of the middle child?

9:17  A.  No, she's the baby.  She's 30.  Yeah.

9:18      Yeah.  Her and Max are pretty close.

| 12:10 - 12:13 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:09 | **MM_Comb.6** |

12:10  Q.  You understand that you just took an

12:11      oath to tell the truth just like you would do in

12:12      front of a judge or jury; you understand that?

12:13  A.  Yes.

| 12:10 - 12:13 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:09 | **MM_Comb.7** |

12:10  Q.  You understand that you just took an

12:11      oath to tell the truth just like you would do in

12:12      front of a judge or jury; you understand that?

12:13  A.  Yes.

| 12:14 - 12:24 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:33 | **MM_Comb.8** |

12:14  Q.  I'm going to ask you some personal

12:15      questions today.  Mostly about your daughter

12:16      obviously.  I am not doing that to be rude, I am not

12:17      doing that to make you uncomfortable, I am doing

12:18      that because those issues are relevant to the claims

12:19      that are being made against my client.  And so I

12:20      just ask that you forgive me in advance for asking

12:21      kind of personal questions about your daughter, and

12:22      your family for that matter.  I'm just doing my job.

12:23      Do you understand?

12:24  A.  Yes.

| 15:23 - 16:02 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:18 | **MM_Comb.9** |

15:23      You don't have any kind of communications or (edited)

15:24      medical records, social media posts, anything like

15:25      that concerning the incident or your daughter's

16:01      alleged damages in this case; is that fair?

16:02  A.  Correct.

| 16:05 - 16:12 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:15 | **MM_Comb.10** |

16:05      Are you represented here today by an

16:06      attorney?

16:07  A.  Yes.

16:08  Q.  Is that Mr. Myles Shaw?

**MM_Comb - Melissa Mensing 08/07/25 - As Played in Court on 4-15-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

16:09  A.  Yes, it is.

16:10  Q.  Did you meet with Mr. Shaw or any other

16:11       attorney to prepare for this deposition?

16:12  A.  Yes.

| 16:13 - 17:11 | **Mensing, Melissa 2025-08-07 PIP** | 00:01:25 | **MM_Comb.11** |

16:13  Q.  When did you do that?

16:14  A.  A few days ago.

16:15  Q.  I don't want you to tell me what you

16:16       guys talked about because that's privileged.  Okay?

16:17       So how long did that meeting last?

16:18  A.  Maybe half-hour or so.  45 minutes.  I

16:19       don't think it was a full hour.

16:20  Q.  Was it over Zoom?

16:21  A.  Yes.

16:22  Q.  During that Zoom meeting with the

16:23       attorneys, did they show you any documents at all?

16:24  A.  I think it was just a copy of the

16:25       document you just shared.

17:01  Q.  Any other documents that you can recall

17:02       that you reviewed at the direction of attorneys in

17:03       preparation for your deposition here today?

17:04  A.  No, I don't believe so.

17:05  Q.  So you don't recall reviewing any of

17:06       Brianna's medical records or perhaps court documents

17:07       or the complaint in this case, pleadings, you

17:08       don't -- didn't recall reviewing any of that?

17:09       MR. SHAW:  Object to the form.  You

17:10       can answer.

17:11  A.  No, I did not see any of that.

| 17:15 - 18:03 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:48 | **MM_Comb.12** |

17:15  Q.  Have you reviewed any of the transcripts

17:16       of other folks' depositions in this case?

17:17  A.  No.

17:18  Q.  Because you know that your daughter's

17:19       been deposed, some other folks have been deposed,

17:20       and just like today, a court reporter was there

17:21       writing down everything they said and at the end of

17:22       the day you get a transcript of what was said.  You

17:23       never reviewed any of those?

17:24  A.  No, I've never seen any of those.

**MM_Comb - Melissa Mensing 08/07/25 - As Played in Court on 4-15-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | Q. Have you talked to anyone about your deposition here today other than your attorneys?<br>A. I just reminded my husband that I had it. That's pretty much it. | | |
| 18:04 - 18:13 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:34 | **MM_Comb.13** |
| | Q. Did you speak with Brianna about her testimony following her deposition?<br>A. No.<br>Q. Did you speak with anyone else who's been deposed in this case about their testimony?<br>A. No.<br>Q. These are just some general questions. Do you have an understanding of what the lawsuit is about?<br>A. Yes. | | |
| 19:07 - 20:10 | **Mensing, Melissa 2025-08-07 PIP** | 00:02:29 | **MM_Comb.14** |
| | Just generally, how would you describe Brianna as a preteen child? What was her childhood like?<br>A. She was a relatively good kid as a preteen. She was feisty and tomboyish and she didn't take -- she was very athletic, always doing things like going on the skateboard and having the dog pull her on it and doing things like -- she was just kind of a wild child. But not -- she was good but she was -- she would do things that was kind of wild I guess. Things that were kind of dangerous like climb to a top of a tree. Like she was not afraid of things, let's put it that way.<br>Q. And moving into the teenage years, how would you describe Brianna during those years?<br>A. Moving into teenage years she did have, you know -- she was a girl. Just like any other teenage girl. You ask them to do something, they want to argue back. They kind of exhaust you. She was...<br>Q. How did she do in middle school and high school as a student?<br>A. I think she had a harder time once she got out of elementary school and made her way into | | |

**MM_Comb - Melissa Mensing 08/07/25 - As Played in Court on 4-15-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

20:06 middle school and stuff, I think she had a harder
20:07 time. But as a student, she probably wasn't the
20:08 best student. I think she was just -- as I figured
20:09 and I know for sure now she had ADHD so I'm sure
20:10 she probably drove some teachers crazy.

| 20:25 - 21:01 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:05 | **MM_Comb.16** |

20:25 Q. When do you believe that your daughter
21:01 started using drugs recreationally?

| 21:03 - 21:11 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:37 | **MM_Comb.19** |

21:03 A. Probably around 14 or so. 14, 15.
21:04 Q. How did you come to know that?
21:05 A. I mean, it's kind of obvious when you
21:06 see somebody that may have been smoking pot or, you
21:07 know, glazed over red eyes and stuff.
21:08 Q. So you recall as early as 14 that you
21:09 could tell that based on your perceptions that
21:10 Ms. -- I'm sorry, Brianna was likely under the
21:11 influence of some sort of recreational drug?

| 21:13 - 21:14 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:03 | **MM_Comb.20** |

21:13 Q. Is that a yes?
21:14 A. Yes.

| 22:11 - 22:13 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:13 | **MM_Comb.21** |

22:11 My question was: During Brianna's 14-
22:12 to 15-year-old time, what types of drugs did you
22:13 believe that she was taking recreationally?

| 22:15 - 22:22 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:31 | **MM_Comb.22** |

22:15 A. I believe she was smoking pot.
22:16 Q. Did Brianna ever tell you that she
22:17 smoked pot when she was 14 or 15?
22:18 A. I don't recall. I don't know.
22:19 Q. The reason that you believed she was
22:20 smoking pot was the way in which she was acting and
22:21 appeared in front of you when she was 14 or 15; is
22:22 that fair?

| 22:25 - 22:25 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:01 | **MM_Comb.23** |

22:25 A. Yes.

| 23:01 - 23:15 | **Mensing, Melissa 2025-08-07 PIP** | 00:01:24 | **MM_Comb.24** |

23:01 Q. As she got older into 16, 17, 18, was

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 23:02  Brianna still living with you during those years? | | |
| | 23:03  A.  Yes. | | |
| | 23:04  Q.  Do you recall her behavior changing in | | |
| | 23:05      any way during that time period? | | |
| | 23:06  A.  At times. | | |
| | 23:07  Q.  Can you describe that for me? | | |
| | 23:08  A.  I suspected she could have been doing | | |
| | 23:09      something that may have been a little harder | | |
| | 23:10      because she just -- she seemed more angry. | | |
| | 23:11  Q.  How did that anger that you witnessed | | |
| | 23:12      manifest itself at times? | | |
| | 23:13  A.  She might like kick a door or something. | | |
| | 23:14      I don't know.  She just could have been more | | |
| | 23:15      argumentative or outbursts, like an outburst. | | |
| 23:24 - 23:24 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:01 | **MM_Comb.25** |
| | 23:24  A.  Yeah. | | |
| 23:25 - 24:18 | **Mensing, Melissa 2025-08-07 PIP** | 00:01:19 | **MM_Comb.26** |
| | 23:25  Q.  You said that you suspected that she was | | |
| | 24:01      taking some sort of harder drug than marijuana | | |
| | 24:02      during that time frame.  Do you have any idea what | | |
| | 24:03      Brianna was taking as far as recreational drugs when | | |
| | 24:04      she was 16, 17 or 18 years old? | | |
| | 24:05  A.  I feel like it may have been -- I don't | | |
| | 24:06      think 16, maybe not 17, I feel like it may have | | |
| | 24:07      been more like 18 or so.  And I suspect that she | | |
| | 24:08      may have been when we moved to this area, the | | |
| | 24:09      neighbors I think were stealing some sort of -- | | |
| | 24:10      some pain medication that one of the neighbors had. | | |
| | 24:11      She hung out with neighbors that were a couple | | |
| | 24:12      houses down. | | |
| | 24:13  Q.  When you say pain medication, are you | | |
| | 24:14      talking about prescription medication? | | |
| | 24:15  A.  Yes. | | |
| | 24:16  Q.  And you suspected during the time when | | |
| | 24:17      she was in her very late teen years she may have | | |
| | 24:18      been abusing pain medication? | | |
| 24:20 - 25:08 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:44 | **MM_Comb.27** |
| | 24:20  A.  She may have been, yes. | | |
| | 24:21  Q.  At any point in time did Brianna ever | | |
| | 24:22      tell you that she was a habitual pain medication | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:23    user? | | |
| | 24:24    A.  No. | | |
| | 24:25    Q.  At any point in time did Brianna ever | | |
| | 25:01    tell you that she was habitually using heroin? | | |
| | 25:02    A.  No. | | |
| | 25:03    Q.  At any point in time did Brianna ever | | |
| | 25:04    tell you that she was habitually using crack | | |
| | 25:05    cocaine? | | |
| | 25:06    A.  I think she told me she had a problem | | |
| | 25:07    but she never said it was habitual and this was -- | | |
| | 25:08    she was older at that time. | | |
| 25:11 - 25:14 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:27 | **MM_Comb.28** |
| | 25:11    Did Brianna ever tell you that she once | | |
| | 25:12    used pain medication that was not prescribed to her? | | |
| | 25:13    A.  I don't remember.  I don't know for sure | | |
| | 25:14    if she told me that in particular. | | |
| 25:20 - 25:21 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:11 | **MM_Comb.29** |
| | 25:20    Q.  Did Brianna ever tell you that she used | | |
| | 25:21    crack cocaine before? | | |
| 25:23 - 25:23 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:02 | **MM_Comb.30** |
| | 25:23    A.  She might have. | | |
| 48:10 - 48:12 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:08 | **MM_Comb.31** |
| | 48:10    Q.  Have you also at times been concerned | | |
| | 48:11    about Brianna's lack of insight into her mental | | |
| | 48:12    health and sobriety? | | |
| 48:14 - 48:14 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:01 | **MM_Comb.32** |
| | 48:14    A.  Yes. | | |
| 56:11 - 56:25 | **Mensing, Melissa 2025-08-07 PIP** | 00:01:02 | **MM_Comb.33** |
| | 56:11    A.  She's taken steps.  I -- I feel like she | | |
| | 56:12    could take more steps, but she has taken steps. | | |
| | 56:13    Q.  What steps has she taken recently as of | | |
| | 56:14    January 2025 to address her mental health and | | |
| | 56:15    sobriety? | | |
| | 56:16    A.  She had gone to some AA meetings.  She | | |
| | 56:17    has gone to a doctor, I believe she had a doctor's | | |
| | 56:18    appointment today.  She's the one that has done | | |
| | 56:19    things such as parenting classes and things like | | |
| | 56:20    that which KC has not done.  So. | | |
| | 56:21    Q.  You said that you think she could take | | |

**MM_Comb - Melissa Mensing 08/07/25 - As Played in Court on 4-15-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 56:22    more steps.  What steps would you like your daughter | | |
| | 56:23    to take to address her mental health and sobriety | | |
| | 56:24    that she hasn't already taken? | | |
| | 56:25  A.  I feel she needs consistency. | | |
| 57:05 - 57:08 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:16 | **MM_Comb.34** |
| | 57:05  Q.  Has it been your observation that your | | |
| | 57:06    daughter Brianna has not been consistent in getting | | |
| | 57:07    treatment for her mental health and sobriety? | | |
| | 57:08  A.  Yes, I observe that, yes. | | |
| 72:05 - 73:17 | **Mensing, Melissa 2025-08-07 PIP** | 00:02:27 | **MM_Comb.35** |

72:05  Q.  Let's talk about the -- what I'm going
72:06    to call the Uber incident.  Okay?
72:07  A.  Okay.
72:08  Q.  I will just represent to you that this
72:09    case is about allegations of sexual misconduct,
72:10    unwanted touching, that your daughter says happened
72:11    in an Uber in March of 2019.  Okay?
72:12  A.  Okay.
72:13  Q.  So when I say Uber incident, that's what
72:14    I'm talking about.  Fair enough?
72:15  A.  Yes.
72:16  Q.  When did you first hear about the Uber
72:17    incident?
72:18  A.  I don't know.  I believe she probably
72:19    told me soon after it happened but I don't know
72:20    what day or how long, you know, before it had
72:21    happened.
72:22  Q.  When she told you, do you have a
72:23    recollection sitting here today that it was soon
72:24    after it had occurred?
72:25  A.  I'm sure it was soon after.  Whether it
73:01    was the same day or days later I don't know.
73:02  Q.  Do you actually have a recollection
73:03    sitting here today of the conversation you had with
73:04    Brianna about this?
73:05  A.  Yeah.
73:06  Q.  What did Brianna tell you about the Uber
73:07    incident?
73:08  A.  That she called an Uber to go back -- I
73:09    think she was leaving with Neal at the time and got

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

an Uber to go there and I think she said he told
her to sit in the front. And she did. When she
went to get out of the car, he I guess grabbed her
by the thigh and said something about keeping this
right here, something gross before she got out of
the car.

Q. Anything else that you can remember that
Brianna told you about that Uber incident?

| 73:18 - 73:20 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:15 | **MM_Comb.51** |

A. Just that it was a creepy incident. I
don't recall -- I think she was pretty shocked by
it.

| 73:21 - 73:25 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:22 | **MM_Comb.52** |

Q. Why do you say you think she was pretty
shocked by it?
A. Because you don't expect to have a
service person kind of grab you while you're
getting out of a car.

| 74:10 - 74:21 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:45 | **MM_Comb.38** |

When you were speaking with your
daughter about the Uber incident, what was her
demeanor?
A. Well, my recollection is I think she
told me about it over the phone.
Q. Understood.
A. Her demeanor was like she was surprised
by it happening.
Q. Was she crying on the phone?
A. She wasn't crying.
Q. Did she seem upset on the phone?
A. Yeah.

| 74:22 - 74:24 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:12 | **MM_Comb.53** |

Q. Can you recall sitting here today
anything else about that conversation?
A. No, I can't.

| 74:25 - 75:03 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:14 | **MM_Comb.40** |

Q. Did you ever have any discussions with
Brianna about her attempts to find security video
after the incident?

**MM_Comb - Melissa Mensing 08/07/25 - As Played in Court on 4-15-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 75:03    A.   No. | | |
| 75:09 - 75:11 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:05 | **MM_Comb.42** |
| | 75:09    Q.   Was she living with her boyfriend at the<br>75:10          time?<br>75:11    A.   Yes. | | |
| 78:16 - 78:24 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:27 | **MM_Comb.43** |
| | 78:16    Q.   Currently, based on your observations<br>78:17          given that she's been living with you since 2024,<br>78:18          does Brianna still drink alcohol?<br>78:19    A.   I think so.<br>78:20    Q.   Why do you think that?<br>78:21    A.   I suspect it.<br>78:22    Q.   Have you ever smelled alcohol on her<br>78:23          breath?<br>78:24    A.   I think so. | | |
| 78:25 - 79:01 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:06 | **MM_Comb.44** |
| | 78:25    Q.   Has she ever appeared intoxicated in<br>79:01          front of you since 2024 when she moved in? | | |
| 79:02 - 79:02 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:01 | **MM_Comb.55** |
| | 79:02    A.   Yeah. | | |
| 79:03 - 79:05 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:09 | **MM_Comb.45** |
| | 79:03    Q.   Do you know if Brianna is still using<br>79:04          any sort of recreational drugs?<br>79:05    A.   I have no idea. | | |
| 79:06 - 79:07 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:06 | **MM_Comb.46** |
| | 79:06    Q.   Has she told you that she is not using<br>79:07          recreational drugs? (edited) | | |
| 79:09 - 79:09 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:01 | **MM_Comb.47** |
| | 79:09    A.   Yes. | | |
| 83:04 - 83:08 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:10 | **MM_Comb.48** |
| | 83:04    Q.   You know that Brianna had a bad<br>83:05          experience in an Uber; right?<br>83:06    A.   Yes.<br>83:07    Q.   She told you soon after it happened?<br>83:08    A.   Yes. | | |
| 84:10 - 84:13 | **Mensing, Melissa 2025-08-07 PIP** | 00:00:11 | **MM_Comb.50** |
| | 84:10    Q.   Separate from Brianna's social history, | | |

**MM_Comb - Melissa Mensing 08/07/25 - As Played in Court on 4-15-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 84:11 | the fact is that she was touched and spoken to | | |
| 84:12 | inappropriately by an Uber driver; true? | | |
| 84:13 | A.  True. | | |

| | |
|---|---|
| Plaintiff Affirmatives | 00:09:10 |
| Defense Affirmatives | 00:10:39 |
| Plaintiff Counters | 00:01:25 |
| **TOTAL RUN TIME** | **00:21:15** |