# COURT EXHIBIT 4

Designation Run Report for Uｗpp{"
Y qpi "as played in Court 04/38/2026
(29-45-4247)

# Sunny Wong 7/23/25 - As Played in Court on 4-16-26

Designation List Report

 **Wong, Sunny** **2025-07-23**

| Plaintiff Affirmatives | 00:01:51 |
|---|---|
| **TOTAL RUN TIME** | **00:01:51** |



**ID: SW3**

**SW3 - Sunny Wong 7/23/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:08 - 10:10 | **Wong, Sunny 2025-07-23** | 00:00:10 | **SW3.1** |

Q. Okay. Do you understand that today you are speaking for Uber on certain topics?
A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:03 - 13:09 | **Wong, Sunny 2025-07-23** | 00:00:15 | **SW3.2** |

Q. Do you understand that it's your obligation to testify as to what is known or reasonably available to Uber, the company, on these topics?
A. Yes.
Q. Are you prepared to do so today?
A. I am.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 83:15 - 83:21 | **Wong, Sunny 2025-07-23** | 00:00:21 | **SW3.3** |

Q. I want to turn with you first to the case of Brianna Mensing versus Uber. Do you understand generally that this case arises out of an incident that occurred March 26, 2019 where an Uber driver named Jeffery Richardson sexually assaulted Ms. Mensing?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 83:24 - 84:13 | **Wong, Sunny 2025-07-23** | 00:00:37 | **SW3.4** |

A. Sorry. I'm just referring to my aid here, Doc 9, just like the high level

details. I'm just aware that it's -- the trip request happened on March 26, 2019 in looks like Raleigh, North Carolina.
Q. And you know that we're here in a sexual assault case, right?
A. Yes.
Q. You understand Ms. Mensing is alleging that on that trip on March 26, 2019 that she was sexually assaulted by her Uber driver Jeffery Richardson, right?
A. At a very high level, I don't know the other details.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 101:11 - 101:13 | **Wong, Sunny 2025-07-23** | 00:00:09 | **SW3.5** |

Q. Uber received Ms. Mensing's trip request around 1:25 a.m., right?

**SW3 - Sunny Wong 7/23/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 101:13  A.  Yes, on March 26, 2019, yeah. | | |
| 102:07 - 102:15 | **Wong, Sunny 2025-07-23** | 00:00:19 | **SW3.6** |
| | 102:07  Q.  Yeah.  And you're using passive | | |
| | 102:08      voice.  What I'm trying to get at is, it's | | |
| | 102:09      not just that a driver is dispatched, Uber | | |
| | 102:10      dispatched him, right? | | |
| | 102:11  A.  That's correct, through our | | |
| | 102:12      platform. | | |
| | 102:13  Q.  Ms. Mensing did not pick from a | | |
| | 102:14      menu of drivers, right? | | |
| | 102:15  A.  Not that I'm aware of. | | |

| | |
|---|---|
| Plaintiff Affirmatives | 00:01:51 |
| **TOTAL RUN TIME** | **00:01:51** |