# COURT EXHIBIT 3A

Designation Run Report for Greg Brown
as played in Court 04/16/2026
(08-25-2025)

# Greg Brown 08/25/25 - As Played in Court on 4-16-26

## Designation List Report

 **Brown, Greg** **2025-08-25**

| | |
|---|---|
| Plaintiff Affirmatives | 00:00:18 |
| **TOTAL RUN TIME** | **00:00:18** |



**ID: GB2**

**GB2 - Greg Brown 08/25/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:14 - 10:16 | **Brown, Greg 2025-08-25 PIP** | 00:00:04 | **GB2.1** |

10:14    Q.  Would you please state your full name for the
10:15          record?
10:16    A.  Gregory Brown.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:21 - 10:24 | **Brown, Greg 2025-08-25 PIP** | 00:00:07 | **GB2.2** |

10:21    Q.  Do you understand that you are under oath, just as
10:22          if you were testifying in front of a judge and a
10:23          jury?
10:24    A.  Yes, I do.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:05 - 11:07 | **Brown, Greg 2025-08-25 PIP** | 00:00:07 | **GB2.3** |

11:05    Q.  You understand that you are testifying today on
11:06          behalf of Uber on a number of topics, right?
11:07    A.  I do.

| | | |
|---|---|---|
| Plaintiff Affirmatives | 00:00:18 | |
| **TOTAL RUN TIME** | **00:00:18** | |