# COURT EXHIBIT 3B

## Designation Run Report for Greg Brown as played in Court 04/16/2026 (08-28-2025)

# Greg Brown 08/26/25 - As Played in Court on 4-16-26

## Designation List Report

| |  Brown, Greg | 2025-08-26 |
| | Brown, Greg | 2025-08-26 |

| | |
|---|---|
| Plaintiff Affirmatives | 00:06:07 |
| Defense Counters | 00:02:19 |
| **TOTAL RUN TIME** | **00:08:26** |

**ID: GB3**

**GB3 - Greg Brown 08/26/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 319:23 - 320:09 | **Brown, Greg 2025-08-26 PIP** | 00:00:48 | **GB3.1** |

319:23  Q.  I want to turn now to the case of WHB832 versus
319:24      Uber.  Do you understand that this case arises out
319:25      of a sexual assault incident involving an Uber
320:01      driver named Jeffery Richardson and Uber rider
320:02      WHB832, which occurred on March 26, 2019?
320:03  A.  Yes, I am.
320:04  Q.  And do you understand that you are designated today
320:05      to speak on Uber's behalf about a number of topics
320:06      that generally include Mr. Richardson's history
320:07      with Uber, Uber's communications with WHB832 and
320:08      Uber's investigation of the incident itself?
320:09  A.  Yes, I do.

| | | | |
|---|---|---|---|
| 321:12 - 321:21 | **Brown, Greg 2025-08-26 PIP_2** | 00:00:29 | **GB3.86** |

321:12  Q.  Do you see the status and flow log for
321:13      Mr. Richardson on the screen?
321:14  A.  Yes, I do.
321:15  Q.  Do you see that he became active as a driver with
321:16      Uber on November 9th of 2018?
321:17  A.  Yes, I do.
321:18  Q.  And the incident occurred less than five months
321:19      later, March 26, 2019, right?
321:20  A.  That's my understanding of the date of the report
321:21      of the incident.

| | | | |
|---|---|---|---|
| 344:10 - 344:14 | **Brown, Greg 2025-08-26 PIP** | 00:00:18 | **GB3.17** |

344:10      BY ATTORNEY PETERS:
344:11  Q.  Go to the subject incident.
344:12      So WHB138 [sic] requested a ride from
344:13      Uber on the night of March 26th, 2019, right?
344:14  A.  That's my understanding, yes.

| | | | |
|---|---|---|---|
| 345:07 - 345:13 | **Brown, Greg 2025-08-26 PIP** | 00:00:19 | **GB3.85** |

345:07  Q.  So Uber did, in fact, receive a ride request on the
345:08      night of March 26th, right?
345:09  A.  I think you -- the reason I'm hedging is I don't
345:10      have the exact time and timestamps in front of me.
345:11      To the best of my recollection, without
345:12      looking at the subject investigation details, is
345:13      that it was on the evening of the 26th.

| | | | |
|---|---|---|---|
| 350:05 - 350:23 | **Brown, Greg 2025-08-26 PIP** | 00:01:02 | **GB3.18** |

**GB3 - Greg Brown 08/26/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | | **GB3.18** |

Q. Well, Uber knew that Ms. -- that WHB138 [sic] had just signed up to drive with Uber, that that was her first day with Uber, right?

A. It's my understanding that she had recently signed up at the time of the incident.

Q. And that was -- that day, March 26, 2019, was her first day taking an Uber ride, right?

A. That's consistent with my recollection.

Q. Is that a "yes"?

A. I don't have the document in front of me of her exact sign-up time, but, yes, that's consistent with what I recall in preparation for this deposition.

Q. She had only taken one trip prior to the subject trip where this incident occurred, right?

A. I believe that's accurate, yes.

Q. And that earlier trip was earlier the same day, March 26th, 2019, right?

A. I believe it was.

| 350:24 - 351:04 | **Brown, Greg 2025-08-26 PIP** | 00:00:24 | **GB3.72** |

Q. Did Uber ask what WHB138's [sic] gender was?

A. To the best of my knowledge, no. I don't believe it would have.

Q. Did it ask what her age was?

A. I don't believe, as part of the sign-up process, it asks for a user's age.

| 351:05 - 351:08 | **Brown, Greg 2025-08-26 PIP** | 00:00:16 | **GB3.19** |

Q. You learned, in reviewing the case and investigative materials, that this was a young woman -- WHB138 [sic] is a young woman, right?

A. I believe that's accurate, yes.

| 371:05 - 371:12 | **Brown, Greg 2025-08-26 PIP** | 00:00:28 | **GB3.32** |

Q. In the time of this trip that WHB138 [sic] was taking it, it was at 1:25 a.m. trip, right?

A. I would have to refresh my recollection for the exact timestamp, but that sounds accurate based on my memory.

ATTORNEY PETERS: And let's just go just briefly to Tab 302, which is the ride receipt, and we'll make that Exhibit 1972.

**GB3 - Greg Brown 08/26/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 372:04 - 372:19 | **Brown, Greg 2025-08-26 PIP** | 00:01:04 | **GB3.33** |

372:04 Q. Every time, Mr. Brown, that I have been asking you
a question about WHB138, have you understood that I
was still talking about WHB832?
372:07 A. Yes.
372:08 Q. I'm sorry about that.
We're looking at Tab 302. This is
Exhibit 1972. Do you recognize this as the ride
receipt for WHB832?
372:12 A. Yes, I do.
372:13 Q. And if we scroll down to the time of the trip, do
you see this was a trip with a start time of
1:25 a.m.?
372:16 A. Yes, I do.
372:17 Q. It was almost a 30-minute trip, ending at 1:53 a.m.
Do you see that?
372:19 A. I do.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 373:04 - 373:08 | **Brown, Greg 2025-08-26 PIP** | 00:00:17 | **GB3.56** |

373:04 BY ATTORNEY PETERS:
373:05 Q. After receiving the driver en route card, WHB832
did, in fact, get into the car with Mr. Richardson,
right?
373:08 A. Yes, no reason to dispute that.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 374:05 - 374:15 | **Brown, Greg 2025-08-26 PIP** | 00:00:35 | **GB3.35** |

374:05 Q. Did she do anything that violated Uber's terms of
service, as far as Uber knows, when she took that
trip?
374:08 A. I don't believe so, no.
374:09 Q. Did she get into the car that she had been
instructed to get into in the app?
374:11 A. I believe so, yes.
374:12 Q. And she did not -- you understand now that she is
alleging that there was a sexual assault incident
that occurred during that trip, right?
374:15 A. Yes, I do.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 374:16 - 374:17 | **Brown, Greg 2025-08-26 PIP** | 00:00:06 | **GB3.74** |

374:16 Q. She did not report that to Uber at the time, right?
374:17 A. That's my understanding.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 374:22 - 374:23 | **Brown, Greg 2025-08-26 PIP** | 00:00:06 | **GB3.36** |

**GB3 - Greg Brown 08/26/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 374:22  Q.  And Uber knows that sexual assault and sexual | | **GB3.36** |
| | 374:23      misconduct are generally underreported, right? | | |
| 375:01 - 375:06 | **Brown, Greg 2025-08-26 PIP** | 00:00:16 | **GB3.37** |
| | 375:01  A.  I think I have seen research that supports that, | | |
| | 375:02      generally speaking, these are underreported crimes. | | |
| | 375:03      BY ATTORNEY PETERS: | | |
| | 375:04  Q.  WHB832 did not rate Mr. Richardson after the trip, | | |
| | 375:05      right? | | |
| | 375:06  A.  That's consistent with my recollection. | | |
| 375:07 - 375:19 | **Brown, Greg 2025-08-26 PIP** | 00:00:54 | **GB3.75** |
| | 375:07  Q.  And that's -- many riders who ride with Uber do not | | |
| | 375:08      leave ratings after their trip, right? | | |
| | 375:09  A.  I generally think it's common for there not to be a | | |
| | 375:10      rating associated with the trip. | | |
| | 375:11  Q.  Is that a "yes"? | | |
| | 375:12  A.  Yes, I think it's -- I don't know.  I don't have | | |
| | 375:13      the exact percentages to qualify that, but I think, | | |
| | 375:14      generally speaking, yes, I think there are unrated | | |
| | 375:15      trips that happen on the platform. | | |
| | 375:16  Q.  And many of them, right? | | |
| | 375:17  A.  I don't know how to qualify "many."  But I would | | |
| | 375:18      say, yes, as a general matter, yes, there are trips | | |
| | 375:19      that are unrated on the platform. | | |
| 375:20 - 375:22 | **Brown, Greg 2025-08-26 PIP** | 00:00:09 | **GB3.38** |
| | 375:20  Q.  Ms. Richardson -- Ms. -- WHB832, did not tip | | |
| | 375:21      Mr. Richardson, right? | | |
| | 375:22  A.  That's my understanding, correct. | | |
| 375:23 - 375:25 | **Brown, Greg 2025-08-26 PIP** | 00:00:08 | **GB3.76** |
| | 375:23  Q.  She did not try to get her money back or get a | | |
| | 375:24      refund from Uber, right? | | |
| | 375:25  A.  No, not to my knowledge. | | |
| 376:01 - 376:04 | **Brown, Greg 2025-08-26 PIP** | 00:00:10 | **GB3.77** |
| | 376:01  Q.  I think we did a double negative. | | |
| | 376:02      Did she ask for a refund or do anything | | |
| | 376:03      to try to get her money back from Uber? | | |
| | 376:04  A.  Not to my knowledge. | | |
| 488:20 - 488:24 | **Brown, Greg 2025-08-26 PIP** | 00:00:10 | **GB3.78** |
| | 488:20  Q.  Good afternoon.  Can you state your name again for | | |
| | 488:21      the record and tell the jury a little bit about | | |

**GB3 - Greg Brown 08/26/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 488:22     yourself? | | |
| | 488:23   A.   Sure.  I'm Greg Brown.  I work for Uber as the head | | |
| | 488:24     of central safety. (edited) | | |
| 490:14 - 490:22 | **Brown, Greg 2025-08-26 PIP** | 00:00:27 | **GB3.79** |

490:14   Q.   What do you do, what is your primary focus as the
490:15     head of central safety?
490:16   A.   Our primary focus is to analyze and understand
490:17     safety incidents as they are reported on the
490:18     platform.  Generally speaking, we're working with
490:19     cross functional partners to improve our safety
490:20     policies, processes, and technology with the aim of
490:21     making Uber as safe as it can be for riders on the
490:22     platform, and drivers on the platform notably.

| | |
|---|---|
| Plaintiff Affirmatives | 00:06:07 |
| Defense Counters | 00:02:19 |
| **TOTAL RUN TIME** | **00:08:26** |