# COURT EXHIBIT 3C

## Greg Brown Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-00636 | 1969 | Driver Jeffery Richardson Status and Flow |
| P-04713 | 1972 | Uber Ride Receipt |