# COURT EXHIBIT 4A

Designation Run Report for Phillip
Cardenas as played in Court 04/16/2026
(02-26-2025)

# Phillip Cardenas 02/26/25 - As Played in Court on 4-16-26

## Designation List Report

| | | |
|---|---|---|
|  **Cardenas, Phillip** | | **2025-02-26** |

| | |
|---|---|
| Plaintiff Affirmatives | 00:01:47 |
| Defense Counters | 00:02:36 |
| **TOTAL RUN TIME** | **00:04:22** |

**PC - Phillip Cardenas 02/26/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:13 - 12:14 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:03 | **PC.1** |

12:13   Q.   Could you please state your name, sir?
12:14   A.   Phillip Cardenas.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:01 - 13:04 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:08 | **PC.12** |

13:01   Q.   You understand your deposition testimony
13:02        here today is essentially the same as if it was live
13:03        in a courtroom before a judge, a jury, or both?
13:04   A.   I do.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 24:16 - 24:18 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:06 | **PC.13** |

24:16   Q.   What is Exhibit 1200?
24:17   A.   I believe it's a printed-out screenshot of
24:18        my LinkedIn profile.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 24:23 - 25:04 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:16 | **PC.14** |

24:23   Q.   And from this first entry here, where it
24:24        says "Various Organizations, Advisor/Mentor,
24:25        September 2012 through present" --
25:01   A.   Yep.
25:02   Q.   -- that includes all the time you were at
25:03        Uber, correct?
25:04   A.   That is correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 29:24 - 30:04 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:15 | **PC.15** |

29:24        So outside of the 2014 to 2016 period with
29:25        Uber that's here on your LinkedIn, you didn't do --
30:01        you have not done any work for them other than
30:02        prepare for and appear at depositions since you've
30:03        left; is that correct?
30:04   A.   That is correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:05 - 30:10 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:18 | **PC.2** |

30:05   Q.   Could you be any more specific, as far as
30:06        your time at Uber, other than 2014 to 2016?
30:07   A.   I think I left in September, but I'm not
30:08        positive.  And I don't remember exactly when I
30:09        started, but I believe it was around two years
30:10        exactly month to month, but I'm not positive.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:11 - 30:13 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:05 | **PC.16** |

30:11   Q.   Did you say "month to month"?  Were you on
30:12        a month-to-month --
30:13   A.   No.

**PC - Phillip Cardenas 02/26/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:14 - 30:20 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:10 | **PC.3** |

30:14  Q.  -- contract?

30:15  A.  Sorry.  I meant, month -- so I believe I

30:16  started in September, and I ended in September.  So

30:17  started --

30:18  Q.  September of '14?

30:19  A.  Yes.

30:20  Q.  Ended in September of '16?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 30:21 - 30:21 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:01 | **PC.17** |

30:21  A.  I believe, yeah.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 31:18 - 31:22 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:16 | **PC.18** |

31:18  Q.  What -- what were your job titles while

31:19  you were at Uber in that two-year period?

31:20  A.  I don't recall them if they changed, but I

31:21  do remember one of the job titles being head of

31:22  global safety.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 31:23 - 32:07 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:28 | **PC.19** |

31:23  Q.  Okay.  I saw somewhere that you were also

31:24  head of global security.  Is that --

31:25  A.  I don't remember that being a job title

32:01  that I had internal to Uber, but I do remember

32:02  managing over the physical security team for a short

32:03  time.

32:04  Q.  Was that at the beginning or at the end of

32:05  the --

32:06  A.  Kind of towards the beginning, and then

32:07  midpoint.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 32:08 - 32:11 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:09 | **PC.4** |

32:08  Q.  Okay.  So the only title that you remember

32:09  is head -- that you had while you were at Uber is

32:10  head of global safety; is that right?

32:11  A.  I believe so.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 33:04 - 33:10 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:14 | **PC.5** |

33:04  Q.  Who was the person who hired you at Uber?

33:05  Or persons?

33:06  A.  I believe it was Ryan Graves.

33:07  Q.  And Ryan Graves was the -- was he chief

33:08  operating officer while you were there?

33:09  A.  I believe that was his title, but I'm not

**PC - Phillip Cardenas 02/26/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 33:10        positive. | | |
| 43:07 - 43:09 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:05 | **PC.20** |
| | 43:07        Have you ever seen this document, (edited) | | |
| | 43:08        Exhibit 501? | | |
| | 43:09    A.  Not to my recollection. | | |
| 44:05 - 44:21 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:35 | **PC.6** |
| | 44:05    Q.  You see the definition there of "sexual | | |
| | 44:06        violence"? | | |
| | 44:07    A.  "Sexual violence."  Yep. | | |
| | 44:08    Q.  Okay.  Can you read that term, please? | | |
| | 44:09    A.  "Broad term that refers to any form of | | |
| | 44:10        unwanted sexual experience." | | |
| | 44:11    Q.  I'm sorry.  Can you read it out loud? | | |
| | 44:12    A.  Oh, yes.  "Sexual violence:  A broad term | | |
| | 44:13        that refers to any form of sex-" -- "unwanted sexual | | |
| | 44:14        experience.  Includes, but not limited to, acts of | | |
| | 44:15        sexual harassment, sexual misconduct, and sexual | | |
| | 44:16        assault as described above." | | |
| | 44:17    Q.  Okay.  And for purposes of today's | | |
| | 44:18        deposition, are you comfortable with that -- using | | |
| | 44:19        that term "sexual violence" -- when we say "sexual | | |
| | 44:20        violence" today, that's what we're talking about? | | |
| | 44:21    A.  Yes. | | |
| 67:24 - 67:25 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:07 | **PC.21** |
| | 67:24    Q.  Okay.  Let's go on to the page marked 1213 | | |
| | 67:25        there in Exhibit 501.  And in the -- you see the | | |
| 68:01 - 68:10 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:27 | **PC.22** |
| | 68:01        bullet pointed paragraphs on the left-hand column | | |
| | 68:02        there? | | |
| | 68:03    A.  Yes. | | |
| | 68:04    Q.  The one that says, "Second," do you see | | |
| | 68:05        that?  It's the second bullet-pointed paragraph. | | |
| | 68:06    A.  Yes. | | |
| | 68:07    Q.  Do you see the sentence that begins, "Many | | |
| | 68:08        of the most un-" -- "many of the most common | | |
| | 68:09        unwanted."  Do you see that? | | |
| | 68:10    A.  Yes. | | |
| 69:06 - 69:13 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:22 | **PC.23** |
| | 69:06    Q.  Can you read the following sentence, | | |

**PC - Phillip Cardenas 02/26/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

69:07    please?

69:08    A.  "While not illegal, these experiences can

69:09    have profoundly damaging" -- "can be profoundly

69:10    damaging to those who experience them, limited" --

69:11    "limiting the harmed person's ability to feel

69:12    comfortable or safe in the setting in which the" --

69:13    "in which it occurred."

| 69:14 - 69:20 | **Cardenas, Phillip 2025-02-26 PIP** | 00:00:19 | **PC.11** |
|---|---|---|---|

69:14    Q.  Do you agree with that statement, that

69:15    while many of the most common unwanted sexual

69:16    experiences are not illegal, they can be profoundly

69:17    damaging to the people who experience them?

69:18    A.  I do agree that they can be profoundly

69:19    damaged.  Again, I can't speak to the legality of

69:20    the situations.

| Plaintiff Affirmatives | 00:01:47 |
|---|---|
| Defense Counters | 00:02:36 |
| **TOTAL RUN TIME** | **00:04:22** |