# COURT EXHIBIT 4B

## Phillip Cardenas Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-01396 | 501 | NSVRC_HelpingIndustries.pdf |