# COURT EXHIBIT 5A

Designation Run Report for Roger
Kaiser as played in Court 04/16/2026
(11-19-2024)

# Roger Kaiser 11/19/24 - As Played in Court on 4-16-26

## Designation List Report

**Kaiser, Roger**                                        **2024-11-19**

| | |
|---|---|
| Plaintiff Affirmatives | 00:00:47 |
| Defense Counters | 00:01:44 |
| **TOTAL RUN TIME** | **00:02:31** |



**ID: RK1**

**RK1 - Roger Kaiser 11/19/24 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:17 - 10:20 | **Kaiser, Roger 2024-11-19 PIP** | 00:00:07 | **RK1.1** |

10:17 Q. Good morning, sir. Can you state your name 09:29
10:18 and spell your last for the record, please. 09:29
10:19 A. Good morning. My name is Roger Kaiser, 09:29
10:20 K-A-I-S-E-R. 09:29

| | | | |
|---|---|---|---|
| 13:22 - 14:02 | **Kaiser, Roger 2024-11-19 PIP** | 00:00:11 | **RK1.2** |

13:22 Q. And let's talk about your 09:32 (edited)
13:23 occupational background, then. 09:32
13:24 Who's your current employer? 09:32
13:25 A. Uber Technologies. 09:32
14:01 Q. And what's your current title? 09:32
14:02 A. I'm the head of safety operations. 09:32

| | | | |
|---|---|---|---|
| 14:03 - 14:15 | **Kaiser, Roger 2024-11-19 PIP** | 00:00:46 | **RK1.10** |

14:03 Q. And what are your duties as the head of 09:32
14:04 safety operations? 09:32
14:05 A. My job is to ensure that the senior 09:32
14:06 executives at Uber have the best understanding of our 09:32
14:07 material safety risks on the platform. So think of 09:32
14:08 the types of safety incidents that can or could occur, 09:33
14:09 things like auto car crashes interpersonal conflict. 09:33
14:10 And to also ensure that they have -- the senior 09:33
14:11 leadership has options and recommendations to invest 09:33
14:12 in ways to mitigate or to try to control for those 09:33
14:13 types of risks, as well as a responsibility to 09:33
14:14 operationalize some of those controls once they're 09:33
14:15 decided upon. 09:33

| | | | |
|---|---|---|---|
| 18:08 - 18:12 | **Kaiser, Roger 2024-11-19 PIP** | 00:00:11 | **RK1.11** |

18:08 Q. How many employees do you have underneath 09:37
18:09 you? 09:37
18:10 A. Approximately a hundred. 09:37
18:11 Q. Okay. And does that team have a name? 09:37
18:12 A. The safety operations team. 09:37

| | | | |
|---|---|---|---|
| 18:13 - 18:17 | **Kaiser, Roger 2024-11-19 PIP** | 00:00:10 | **RK1.3** |

18:13 Q. How long have you held the title 09:37 (edited)
18:14 of head of safety operations? 09:38
18:15 A. Approximately three and a half years. 09:38
18:16 Q. How long have you been with Uber in total? 09:38
18:17 A. A little over ten years. 09:38

| | | | |
|---|---|---|---|
| 46:24 - 47:04 | **Kaiser, Roger 2024-11-19 PIP** | 00:00:18 | **RK1.7** |

**RK1 - Roger Kaiser 11/19/24 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 46:24  Q.  You'd agree with me that sexual        10:13  (edited) | | **RK1.7** |
| | 46:25        assaults or acts of sexual violence are underreported    10:13 | | |
| | 47:01        in general; right?                        10:13 | | |
| | 47:02  A.  I believe that is what third-party experts    10:13 | | |
| | 47:03        in this space and advocate groups talk about, and I    10:13 | | |
| | 47:04        think they're right.  But, yes, I believe that.      10:13 | | |
| 69:17 - 70:08 | **Kaiser, Roger 2024-11-19 PIP**                          00:00:47 | | **RK1.20** |
| | 69:17  Q.  Okay.  Do you have a background in          11:02 | | |
| | 69:18        investigating assault or sexual misconduct          11:02 | | |
| | 69:19        allegations?                        11:02 | | |
| | 69:20  A.  I do.                        11:02 | | |
| | 69:21  Q.  All right.  Tell me about your background,    11:02 | | |
| | 69:22        please.                        11:02 | | |
| | 69:23  A.  So, prior to Uber, I spent ten years in      11:02 | | |
| | 69:24        federal law enforcement.  I worked for an agency known   11:02 | | |
| | 69:25        as the Air Force Office of Special Investigations.  As   11:02 | | |
| | 70:01        part of that job, I received probably upwards of six    11:02 | | |
| | 70:02        months of federal law enforcement training.  With the    11:02 | | |
| | 70:03        first couple of years of that job, I was predominantly   11:02 | | |
| | 70:04        working on investigating more traditional crimes,      11:02 | | |
| | 70:05        felony level crimes, for the Air Force.  Those were    11:02 | | |
| | 70:06        predominantly sexual assaults, but they also included   11:02 | | |
| | 70:07        things like drug distribution, drug trafficking, and    11:03 | | |
| | 70:08        other types of traditional felonies.                11:03 | | |

| | | |
|---|---|---|
| Plaintiff Affirmatives | 00:00:47 | |
| Defense Counters | 00:01:44 | |
| **TOTAL RUN TIME** | **00:02:31** | |