# COURT EXHIBIT 5B

Designation Run Report for Roger Kaiser as played in Court 04/16/2026 (04-22-2025)

# Roger Kaiser 04/22/25 - As Played in Court on 4-16-26

## Designation List Report

**Kaiser, Roger**                    **2025-04-22**
**Kaiser, Roger**                    **2025-04-22**

| | |
|---|---:|
| Plaintiff Affirmatives | 00:05:05 |
| Defense Counters | 00:01:35 |
| **TOTAL RUN TIME** | **00:06:40** |



**ID: RK2**

**RK2 - Roger Kaiser 04/22/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:24 - 12:25 | **Kaiser, Roger 2025-04-22 PIP** | 00:00:02 | **RK2.35** |

12:24   Q.   Good morning.
12:25   A.   Good morning.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:01 - 13:19 | **Kaiser, Roger 2025-04-22 PIP** | 00:00:32 | **RK2.1** |

13:01   Q.   Could you please state your name for the
13:02        record.
13:03   A.   My name is Roger Kaiser, K-A-I-S-E-R.
13:04   Q.   Thank you.  And you are the global head of
13:05        safety for Uber, correct?
13:06   A.   That's correct.
13:07   Q.   And you have had that role for a little
13:08        over four years, right?
13:09   A.   That's correct.
13:10   Q.   Okay.  And you report to Gus Fuldner?
13:11   A.   Yes.
13:12   Q.   And he is a senior vice president of Uber,
13:13        correct?
13:14   A.   Yes.
13:15   Q.   And Gus Fuldner, he reports to the CEO of
13:16        all of Uber, right?
13:17   A.   Yes.
13:18   Q.   And what is his name?
13:19   A.   Dara Khosrowshahi.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 13:25 - 14:09 | **Kaiser, Roger 2025-04-22 PIP** | 00:00:22 | **RK2.2** |

13:25   Q.   you report to Mr. Fuldner.  (edited)
14:01        Mr. Fuldner reports to the CEO, correct?
14:02   A.   That's correct.
14:03   Q.   So you are just two levels down from the
14:04        top?
14:05   A.   That's correct.  My manager reports to the
14:06        CEO.
14:07   Q.   So senior director for global safety at
14:08        Uber, that's a pretty important job?
14:09   A.   I like to think so, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 59:03 - 59:08 | **Kaiser, Roger 2025-04-22_1** | 00:00:19 | **RK2.36** |

59:03   Q.   And that happening, to have a woman or a
59:04        man be in a car with a stranger and have them reach
59:05        out and without their consent touch their leg, that
59:06        can be a really traumatic experience.

**RK2 - Roger Kaiser 04/22/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

59:07    Do you agree?
59:08  A.  100 percent.  It's entirely inappropriate.

| 59:14 - 59:20 | **Kaiser, Roger 2025-04-22_1** | 00:00:17 | **RK2.37** |

59:14  Q.  So if anyone were to try to downplay the
59:15    kind of traumatic and lasting harm that could have
59:16    on a woman for that to happen during an Uber ride,
59:17    you would disagree with an attempt to downplay that,
59:18    right?
59:19  A.  I would -- I don't think you would find me
59:20    downplaying it.

| 60:15 - 60:20 | **Kaiser, Roger 2025-04-22_1** | 00:00:14 | **RK2.38** |

60:15  Q.  All of this is unacceptable for this to
60:16    happen on an Uber ride, correct?
60:17  A.  Yes.  All of these things would be
60:18    unacceptable anywhere in society.
60:19  Q.  Including on an Uber ride, correct?
60:20  A.  Of course.  Of course.

| 186:16 - 187:13 | **Kaiser, Roger 2025-04-22 PIP** | 00:01:18 | **RK2.21** |

186:16  Q.  Now, again, Mr. Kaiser, you would not
186:17    discount the severe impact that experiencing any of
186:18    these forms of sexual misconduct could have on a
186:19    woman or a man, right?
186:20  A.  Certainly not.
186:21  Q.  A woman traveling late at night, in a car
186:22    with a man who verbally threatens sexual assault,
186:23    that can be a deeply traumatic experience for a
186:24    woman, correct?
186:25  A.  Yes, I would think that would be true
187:01    regardless of the circumstance.  Yes, that would be
187:02    deeply troubling.
187:03  Q.  Or a woman traveling alone any time of
187:04    day, in a car with a strange man, and that man grabs
187:05    her thigh above her knee, that could be a deeply
187:06    traumatic experience for a woman, correct?
187:07  A.  Yes.  Again, I believe that would be
187:08    deeply troubling, regardless of the
187:09    circumstances that we were talking about.
187:10  Q.  You agree that all forms of sexual assault
187:11    can cause trauma, correct?
187:12  A.  That's my understanding of it, to varying

**RK2 - Roger Kaiser 04/22/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

187:13 degrees.

| 188:01 - 188:25 | **Kaiser, Roger 2025-04-22 PIP** | 00:01:46 | **RK2.23** |

188:01 Q. And if someone tried to downplay the trauma that a woman experienced after, for example, a strange man threatening sexual assault, someone said, That's not that big of a deal, you would disagree with that person, right?

188:06 A. I have spent pretty much my entire career trying to do right in this space, so I would certainly take exception to, or want to understand, what in the hell they are talking about.

188:10 Q. I mean, the impact that sexual assault or sexual misconduct has on a person, on a woman, is for that woman to explain and, you know, it's her truth, correct?

188:14 A. I am not sure what you mean by that.

188:15 Q. I guess what I am trying to say is, to the extent that anyone in this litigation were to claim that sexual misconduct that didn't, for example, involve actual touching was not that big of a deal, you would take issue with that?

188:20 A. Yes. I mean, personally, I don't like the idea of people downplaying somebody else's experience at all. Obviously, that doesn't mean that I can't look at a step ranking of severity and reasonably come to a conclusion that it's step ranked.

| 189:09 - 189:15 | **Kaiser, Roger 2025-04-22 PIP** | 00:00:17 | **RK2.24** |

189:09 Q. Have you ever been the subject of a verbal threat of sexual assault?

189:11 A. Yes, I have.

189:12 Q. I am sorry to hear that. So you know that it can have a very severe effect?

189:15 A. It can.

| 355:12 - 356:14 | **Kaiser, Roger 2025-04-22 PIP** | 00:01:33 | **RK2.29** |

355:12 Q. Shifting gears, Mr. Kaiser, tell us about your background and how you came to work at Uber.

355:14 A. So I spent approximately 10 years in federal law enforcement working for a small DOD

**RK2 - Roger Kaiser 04/22/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

355:16    agency known as the Office of Special
355:17    Investigations.  I started my career conducting
355:18    felony-level investigations, many of them were
355:19    sexual assaults, homicide, drug-related crimes,
355:20    fraud.
355:21    And then spent several years also doing
355:22    what people considered to be crimes against the
355:23    State.  So investigating things like treason,
355:24    espionage type of crimes.
355:25  Q.  How did you decide to make the move to
356:01    Uber?
356:02  A.  Certainly one of my more difficult career
356:03    choices, but it got to the point where it was
356:04    difficult to see how I could have impact in a very
356:05    large and sprawling bureaucracy that can be slow to
356:06    move and act at times.
356:07    So I started looking externally.  I knew
356:08    some folks that were working at tech companies in
356:09    Silicon Valley, one of which was at Uber.  Applied.
356:10    Really like the culture of finding problems and
356:11    solving them and joined the team.
356:12  Q.  And am I correct that you have been
356:13    employed by Uber for almost 11 years?
356:14  A.  That's correct.

| | | |
|---|---|---|
| Plaintiff Affirmatives | 00:05:05 |
| Defense Counters | 00:01:35 |
| **TOTAL RUN TIME** | **00:06:40** |