# COURT EXHIBIT 6

Designation Run Report for Neal Young
as played in Court 04/16/2026
(07-17-2025)

# Neal Young 07/17/25 - As Played in Court on 4-16-26

## Designation List Report

**Young, Neal**                                    **2025-07-17**

| | |
|---|---|
| Plaintiff Affirmatives | 00:10:45 |
| Defense Affirmatives | 00:14:31 |
| Plaintiff Counters | 00:01:33 |
| Defense Counters | 00:00:11 |
| **TOTAL RUN TIME** | **00:27:00** |



ID: NY_

**NY_ - Neal Young 07/17/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 3:25 - 4:03 | **Young, Neal 2025-07-17 PIP** | 00:00:08 | **NY_.1** |

3:25    Q. Good morning, Mr. Young.  How are you?
4:01    A. Doing good, thank you.
4:02    Q. My name is Caroline Power, and I
4:03        represent Uber here.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 4:04 - 4:06 | **Young, Neal 2025-07-17 PIP** | 00:00:06 | **NY_.2** |

4:04        Do you understand I do not represent
4:05        any individual driver?
4:06    A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 4:07 - 4:12 | **Young, Neal 2025-07-17 PIP** | 00:00:14 | **NY_.4** |

4:07    Q. Could you please state your full name
4:08        for the record.
4:09    A. Neal Kevin Young.
4:10    Q. And where do you live?
4:11    A. 9705 Fayetteville Road, Raleigh, North
4:12        Carolina 27603.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 4:22 - 4:25 | **Young, Neal 2025-07-17 PIP** | 00:00:07 | **NY_.5** |

4:22    Q. Do you understand that the oath you
4:23        just gave is the same oath as you would give as if
4:24        you were in a court of law?
4:25    A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:05 - 7:14 | **Young, Neal 2025-07-17 PIP** | 00:00:21 | **NY_.6** |

7:05    Q. Mr. Young, what did you do to prepare
7:06        for today's deposition?
7:07    A. Nothing.
7:08    Q. I want to ask you a question about
7:09        conversations with counsel, but I want to caution
7:10        you that I'm not asking for the substance of any
7:11        of those conversations.
7:12        In preparation for today's deposition,
7:13        did you speak with counsel?
7:14    A. Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:15 - 7:21 | **Young, Neal 2025-07-17 PIP** | 00:00:13 | **NY_.7** |

7:15    Q. How many times have you spoken with
7:16        counsel?
7:17    A. Once.
7:18    Q. When was that?
7:19    A. Yesterday.
7:20    Q. How long was that conversation?

**NY_ - Neal Young 07/17/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 7:21    A.  Approximately 20 minutes. | | |
| 7:22 - 7:24 | **Young, Neal 2025-07-17 PIP** | 00:00:06 | **NY_.8** |
| | 7:22    Q.  Was the counsel you spoke to Mr. Shaw | | |
| | 7:23        who's here with you today? | | |
| | 7:24    A.  I believe so, yes. | | |
| 10:24 - 11:02 | **Young, Neal 2025-07-17 PIP** | 00:00:09 | **NY_.9** |
| | 10:24   Q.  Sure.  Have you spoken to anyone else | | |
| | 10:25       about this litigation before today's deposition? | | |
| | 11:01   A.  Only that I had to -- I had this | | |
| | 11:02       appointment. | | |
| 11:03 - 11:09 | **Young, Neal 2025-07-17 PIP** | 00:00:12 | **NY_.10** |
| | 11:03   Q.  In preparation for this deposition, has | | |
| | 11:04       anyone suggested you'd be compensated for your | | |
| | 11:05       testimony today? | | |
| | 11:06   A.  No. | | |
| | 11:07   Q.  Are you being compensated for your time | | |
| | 11:08       here today? | | |
| | 11:09   A.  No. | | |
| 12:01 - 12:10 | **Young, Neal 2025-07-17 PIP** | 00:00:22 | **NY_.11** |
| | 12:01   Q.  Before we talk about Ms. Mensing, I'd | | |
| | 12:02       like to ask a few background questions.  Where are | | |
| | 12:03       you from? | | |
| | 12:04   A.  I was born in West Virginia. | | |
| | 12:05   Q.  When did you come to North Carolina? | | |
| | 12:06   A.  The year 2000. | | |
| | 12:07   Q.  What brought you there? | | |
| | 12:08   A.  My job. | | |
| | 12:09   Q.  What do you do? | | |
| | 12:10   A.  I'm in commercial roofing. | | |
| 12:16 - 14:12 | **Young, Neal 2025-07-17 PIP** | 00:02:08 | **NY_.12** |
| | 12:16   Q.  Have you worked for the same commercial | | |
| | 12:17       roofing company since you've been in North | | |
| | 12:18       Carolina? | | |
| | 12:19   A.  No. | | |
| | 12:20   Q.  When you first moved to North Carolina, | | |
| | 12:21       what company were you with? | | |
| | 12:22   A.  Service Roofing and Sheet Metal. | | |
| | 12:23   Q.  When did you stop working for Service | | |
| | 12:24       Roofing and Sheet Metal? | | |

**Plaintiff Affirmatives**    **Defense Affirmatives**    **Plaintiff Counters**    **Defense Counters**

**NY_ - Neal Young 07/17/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

12:25  A.  2013.

13:01  Q.  Where did you work after that?

13:02  A.  Team Roofing.

13:03  Q.  Is that T-E-A-M Roofing?

13:04  A.  Yes, yes.

13:05  Q.  How long had you worked for Team
13:06      Roofing?

13:07  A.  Two years.

13:08  Q.  Did you leave there in 2015?

13:09  A.  Yes.

13:10  Q.  Where did you work after Team Roofing?

13:11  A.  Commercial Solutions, Inc.

13:12  Q.  How long had you worked for Commercial
13:13      solutions, Inc.?

13:14  A.  I'm still here.

13:15  Q.  Do you have any medical training?

13:16  A.  I have CPR training.

13:17  Q.  Do you have any other medical training?

13:18  A.  No.

13:19  Q.  Do you have any mental health training?

13:20  A.  No.

13:21  Q.  Do you have any legal training?

13:22  A.  No.

13:23  Q.  Have you ever been a plaintiff in a
13:24      lawsuit before?

13:25  A.  No.

14:01  Q.  Have you ever been a defendant in a
14:02      lawsuit before?

14:03  A.  No.

14:04  Q.  You mentioned your deposition earlier.
14:05      Have you ever testified at trial?

14:06  A.  No.

14:07  Q.  Have you ever been convicted of a
14:08      crime?

14:09  A.  Traffic violations.

14:10  Q.  Have you ever been arrested or charged
14:11      with a crime for which you were not convicted?

14:12  A.  No.

| 14:13 - 15:16 | **Young, Neal 2025-07-17 PIP** | 00:01:45 | **NY_.14** |
|---|---|---|---|

14:13  Q.  How did you first meet Brianna Mensing?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | A. We met at Lake Royale in Bunn of North Carolina. | | |
| | Q. Can you describe Lake Royale, please. | | |
| | A. It's a gated community that surrounds a private lake in Franklin County. | | |
| | Q. Are there docks and boats on the lake? | | |
| | A. Yes. | | |
| | Q. What kinds of activities do you do at Lake Royale? | | |
| | A. All types of water activities.  There's camping, multiuse, there's beaches and game courts and playgrounds. | | |
| | Q. About when did you meet Ms. Mensing at Lake Royale? | | |
| | A. 2017 or 2018. | | |
| | Q. How did you meet? | | |
| | A. Through -- my neighbor was friends with her family, and I met her at my neighbor's house. | | |
| | Q. What's the name of your neighbor? | | |
| | A. Dave Yankowski. | | |
| | Q. Is Mr. Yankowski still your neighbor? | | |
| | A. Yes. | | |
| | Q. Am I right that you and Ms. Mensing were romantically involved at some point? | | |
| | A. Yes. | | |
| | Q. When did you begin seeing each other romantically? | | |
| | A. I believe that was in 2019. | | |
| **15:22 - 15:25** | **Young, Neal 2025-07-17 PIP** | 00:00:11 | **NY_.17** |
| | Q. Has Ms. Mensing ever lived with you? | | |
| | A. Yes. | | |
| | Q. When did Ms. Mensing live with you? | | |
| | A. I believe it was 2019 and 2020. | | |
| **16:01 - 16:04** | **Young, Neal 2025-07-17 PIP** | 00:00:15 | **NY_.82** |
| | Q. Do you recall when in 2019 she moved in? | | |
| | A. It was still -- I think it was still hot.  Maybe the beginning before fall. | | |
| **16:05 - 16:07** | **Young, Neal 2025-07-17 PIP** | 00:00:12 | **NY_.83** |
| | Q. How long had you been together before | | |

**NY_ - Neal Young 07/17/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 16:06   Ms. Mensing moved in? | | |
| | 16:07   A.   A couple of months maybe. | | |
| 16:08 - 16:17 | **Young, Neal 2025-07-17 PIP** | 00:00:29 | **NY_.20** |

16:08   Q.   What kinds of things did you and
16:09         Ms. Mensing do together?
16:10   A.   We did all the -- you know, all the
16:11         lake stuff.  We were doing a lot of boating.  Her
16:12         friends would come up.  I entertained them that
16:13         way.  My parents also have a place there, so we
16:14         would do activities with them.
16:15   Q.   What kinds of activities did you do
16:16         with your parents?
16:17   A.   Cookouts, barbecues, boating.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:18 - 16:21 | **Young, Neal 2025-07-17 PIP** | 00:00:13 | **NY_.21** |

16:18   Q.   Other than lake activities, did
16:19         Ms. Mensing have hobbies when you got together?
16:20   A.   Not -- nothing specific that I
16:21         recollect.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:22 - 16:25 | **Young, Neal 2025-07-17 PIP** | 00:00:14 | **NY_.22** |

16:22   Q.   Did she play any sports?
16:23   A.   Not -- I mean recreationally possibly
16:24         at the lake because we had the game courts, but
16:25         nothing -- nothing organized.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:01 - 17:07 | **Young, Neal 2025-07-17 PIP** | 00:00:18 | **NY_.23** |

17:01   Q.   You mentioned Ms. Mensing brought her
17:02         friends up to the lake.  Do you recall which
17:03         friends she brought around?
17:04   A.   There were a few.  I remember one
17:05         friend's name was Ariel.
17:06   Q.   Is that Ariel Watkins?
17:07   A.   Yes, it is.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:08 - 17:10 | **Young, Neal 2025-07-17 PIP** | 00:00:05 | **NY_.24** |

17:08   Q.   Did you know of a friend of
17:09         Ms. Mensing's named Trevor Woodham?
17:10   A.   Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:11 - 17:13 | **Young, Neal 2025-07-17 PIP** | 00:00:10 | **NY_.26** |

17:11   Q.   Did you know Ms. Ariel Watkins outside
17:12         of your relationship with Ms. Mensing?
17:13   A.   Briefly after we split up, yes.

**NY_ - Neal Young 07/17/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:14 - 17:25 | **Young, Neal 2025-07-17 PIP** | 00:00:44 | **NY_.27** |

Q. How was Ms. Mensing's relationship to Ms. Watkins in your -- to your knowledge?

A. They were best friends.

Q. What kinds of things did they do together?

A. What girl best friends do.  They would spend time together at my house, our house.  They would do things -- they would do girl -- have girl time.  Do things out.  They went shopping.  They would go out for Mexican together, I remember.  Beyond that, I can't be any more specific.  I don't know.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:01 - 18:16 | **Young, Neal 2025-07-17 PIP** | 00:00:54 | **NY_.28** |

Q. What can you tell me about Ms. Mensing's friendship with Trevor Woodham?

A. I never met him personally.  He was some kind of artist, and she would work on that with him.  I'm not remembering if it was art, like painting art, or it was music.  The reason I remember that is because we bought -- I bought tickets for one of his shows that got canceled, and that's why I remember it.

Q. When you bought tickets for a Trevor Woodham show that was canceled, was that while you were with Ms. Mensing?

A. Yes.

Q. Do you recall if that show was in Raleigh?

A. I believe so, yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:17 - 18:22 | **Young, Neal 2025-07-17 PIP** | 00:00:11 | **NY_.81** |

Q. What year was that show, if you remember?

A. I do not remember.

Q. Do you remember if it was before or after the pandemic?

A. I would say after.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 18:23 - 18:25 | **Young, Neal 2025-07-17 PIP** | 00:00:06 | **NY_.29** |

Q. Besides Ms. Watkins and Mr. Woodham,

**NY_ - Neal Young 07/17/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 18:24　　were there any other friends of Ms. Mensing that | | |
| | 18:25　　you can recall? | | |
| 19:03 - 19:03 | **Young, Neal 2025-07-17 PIP** | 00:00:03 | **NY_.93** |
| | 19:03　A.　Not specifically, no. | | |
| 19:24 - 19:25 | **Young, Neal 2025-07-17 PIP** | 00:00:05 | **NY_.30** |
| | 19:24　Q.　When you got together with Ms. Mensing | | |
| | 19:25　　in 2019, how often was she drinking alcohol? | | |
| 20:02 - 20:07 | **Young, Neal 2025-07-17 PIP** | 00:00:13 | **NY_.33** |
| | 20:02　A.　Maybe weekends.  Not often. | | |
| | 20:03　　BY MS. POWER: | | |
| | 20:04　Q.　To your knowledge, when you got | | |
| | 20:05　　together with Ms. Mensing, was she using any other | | |
| | 20:06　　substances besides alcohol? | | |
| | 20:07　A.　No. | | |
| 20:08 - 20:11 | **Young, Neal 2025-07-17 PIP** | 00:00:14 | **NY_.91** |
| | 20:08　Q.　When you were with Ms. Mensing in 2019, | | |
| | 20:09　　were you aware of Ms. Mensing's history of | | |
| | 20:10　　substance use? | | |
| | 20:11　A.　No. | | |
| 20:12 - 20:20 | **Young, Neal 2025-07-17 PIP** | 00:00:28 | **NY_.35** |
| | 20:12　Q.　When you were with Ms. Mensing, did you | | |
| | 20:13　　spend time with her family? | | |
| | 20:14　A.　Yes. | | |
| | 20:15　Q.　What can you tell me about her mother, | | |
| | 20:16　　Melissa Mensing? | | |
| | 20:17　A.　Her business was doing grooming.  She | | |
| | 20:18　　had a mobile grooming business.  She was a great | | |
| | 20:19　　grandmother to her grandson.  A good person in | | |
| | 20:20　　general. | | |
| 20:21 - 20:23 | **Young, Neal 2025-07-17 PIP** | 00:00:08 | **NY_.36** |
| | 20:21　Q.　How was Brianna Mensing's relationship | | |
| | 20:22　　with her mother? | | |
| | 20:23　A.　Stressed at times. | | |
| 23:01 - 23:04 | **Young, Neal 2025-07-17 PIP** | 00:00:09 | **NY_.37** |
| | 23:01　Q.　Did you know Casey Gilbert? | | |
| | 23:02　A.　I know who he is. | | |
| | 23:03　Q.　Have you ever met Casey Gilbert? | | |
| | 23:04　A.　Yes. | | |

**NY_ - Neal Young 07/17/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 23:08 - 23:11 | **Young, Neal 2025-07-17 PIP** | 00:00:09 | **NY_.38** |

23:08    Q.    How was Ms. Brianna Mensing's
relationship with Casey Gilbert while you were
together to your knowledge?
23:11    A.    Stressful.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 24:12 - 24:14 | **Young, Neal 2025-07-17 PIP** | 00:00:09 | **NY_.39** |

24:12    Q.    Did Ms. Mensing ever talk to you about
Casey Gilbert's substance use?
24:14    A.    Enough -- yes.  Enough for me to know

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 24:20 - 24:22 | **Young, Neal 2025-07-17 PIP** | 00:00:05 | **NY_.40** |

24:20    Q.    When you were with Ms. Mensing, did you
ever see her use recreational drugs?
24:22    A.    No.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 25:16 - 26:19 | **Young, Neal 2025-07-17 PIP** | 00:01:51 | **NY_.42** |

25:16    Q.    Do you recall what your relationship
with Ms. Mensing was like in March of 2019?
25:18    A.    Yes.  We were -- yeah, that was in the
beginning, so, yeah, we had a good relationship, I
thought.
25:21    Q.    How often did you and Ms. Mensing spend
time together in March of 2019?
25:23    A.    All the time.
25:24    Q.    Was Ms. Mensing staying over at your
house in March of 2019?
26:01    A.    Yes.
26:02    Q.    What is your understanding of what this
litigation is about?
26:04    A.    My understanding is that there was an
incident with the driver when she was dropped off
at my house.
26:07    Q.    Do you recall Ms. Mensing first telling
you about that incident?
26:09    A.    I recall her searching the video
recording equipment to see the car, to identify
the car.
26:12    Q.    When was that?
26:13    A.    I don't know the date.
26:14    Q.    Was it around March of 2019?
26:15    A.    Yes.
26:16    Q.    Other than seeing Ms. Mensing searching

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 26:17   video records, did Ms. Mensing tell you about what | | |
| | 26:18   happened? | | |
| | 26:19   A.   I can't remember. | | |
| 26:20 - 26:22 | **Young, Neal 2025-07-17 PIP** | 00:00:06 | **NY_.84** |
| | 26:20   Q.   Sitting here today, what is your | | |
| | 26:21   understanding of what happened at that incident? | | |
| | 26:22   A.   I don't know. | | |
| 26:23 - 27:01 | **Young, Neal 2025-07-17 PIP** | 00:00:14 | **NY_.45** |
| | 26:23   Q.   How long were you and Ms. Mensing | | |
| | 26:24   together? | | |
| | 26:25   A.   I want to say two years straight, and | | |
| | 27:01   then off and on for a year after that. | | |
| 27:02 - 27:14 | **Young, Neal 2025-07-17 PIP** | 00:00:31 | **NY_.46** |
| | 27:02   Q.   I understand you lived together during | | |
| | 27:03   the pandemic restrictions; is that right? | | |
| | 27:04   A.   Yes. | | |
| | 27:05   Q.   So you spent a lot of time together for | | |
| | 27:06   those months? | | |
| | 27:07   A.   Yes. | | |
| | 27:08   Q.   During that time together, did | | |
| | 27:09   Ms. Mensing ever bring up this incident that you | | |
| | 27:10   can recall? | | |
| | 27:11   A.   I can't recall. | | |
| | 27:12   Q.   When you said you were together for two | | |
| | 27:13   years straight, did that end in about 2021? | | |
| | 27:14   A.   I believe so. | | |
| 27:15 - 28:01 | **Young, Neal 2025-07-17 PIP** | 00:00:54 | **NY_.85** |
| | 27:15   Q.   Do you recall an incident in which you | | |
| | 27:16   drove Ms. Mensing to a rehab facility? | | |
| | 27:17   A.   I remember that, yes. | | |
| | 27:18   Q.   Can you tell me about what happened | | |
| | 27:19   that night? | | |
| | 27:20   A.   That -- that was for drinking alcohol. | | |
| | 27:21   I had convinced her to go to the facility and | | |
| | 27:22   checked her in. And then she left the facility on | | |
| | 27:23   her own, and I went back to pick her up. And then | | |
| | 27:24   leaving from there, we had trouble on the highway | | |
| | 27:25   where I had to call 911, and they picked her up | | |
| | 28:01   along the highway. | | |

**NY_ - Neal Young 07/17/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 28:08 - 28:09 | **Young, Neal 2025-07-17 PIP** | 00:00:04 | **NY_.47** |

Q. About how much was Ms. Mensing drinking at the time?

| 28:11 - 28:11 | **Young, Neal 2025-07-17 PIP** | 00:00:02 | **NY_.48** |
|---|---|---|---|

A. I don't recall how much.

| 29:11 - 29:13 | **Young, Neal 2025-07-17 PIP** | 00:00:08 | **NY_.49** |
|---|---|---|---|

Q. When you first got together with Ms. Mengsing in 2019, what was her work?
A. She was unemployed.

| 29:17 - 30:03 | **Young, Neal 2025-07-17 PIP** | 00:00:49 | **NY_.50** |
|---|---|---|---|

Q. Sure. The incident you described of convincing Ms. Mensing to go to rehab for her alcohol use, do you recall about when that was?
A. I do not recall.
Q. Was it earlier in your relationship?
A. No.
Q. Were you living together at the time?
A. Yes.
Q. How long after Ms. Mensing checked in to the rehab facility did she check herself out again?
A. With -- within minutes.

| 30:07 - 30:21 | **Young, Neal 2025-07-17 PIP** | 00:01:11 | **NY_.51** |
|---|---|---|---|

When you came back to the rehab facility to pick up Ms. Mensing, what was she doing?
A. She was walking on one of the streets close. I think that she had her phone and called me. That's why I knew that she had not stayed.
Q. What happened on the drive back?
A. She was inebriated and opened the car door while I was driving.
Q. When you convinced Ms. Mensing to go to rehab, before she checked in, was she inebriated at that time?
A. Yes.
Q. Was there any particular reason that Ms. Mensing was drinking that day?

| 30:23 - 30:23 | **Young, Neal 2025-07-17 PIP** | 00:00:02 | **NY_.52** |
|---|---|---|---|

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | A. I wouldn't know the reason. | | **NY_.52** |
| 30:24 - 31:07 | **Young, Neal 2025-07-17 PIP** | 00:00:26 | **NY_.86** |

BY MS. POWER:

Q. After Ms. Mensing opened the car door while you were driving on the highway, what did you do?

A. I slowed down and got on to the shoulder of the road, but I couldn't stop there. The shoulder was too small. I couldn't get out of the road. So I moved slowly until the shoulder was big enough.

| 31:21 - 31:24 | **Young, Neal 2025-07-17 PIP** | 00:00:20 | **NY_.53** |
|---|---|---|---|

Q. How did that incident impact your relationship with Ms. Mensing?

A. Yeah. That was terrible. I don't know how else to answer that.

| 31:25 - 32:10 | **Young, Neal 2025-07-17 PIP** | 00:00:36 | **NY_.54** |
|---|---|---|---|

Q. Understanding this all happened six years or more ago, is it possible that that incident was either early in 2019 or in late 2018?

A. It's possible there -- I would imagine there would be a record of that at the rehab facility.

Q. And if there are mental health treatment records that would refer to that event and put a date on that, would you defer to the records on the timing of the event?

A. I would.

| 32:13 - 32:25 | **Young, Neal 2025-07-17 PIP** | 00:00:51 | **NY_.55** |
|---|---|---|---|

Q. Other than the incident you just described, had you tried to convince Ms. Mensing to go to rehab at any other time?

A. No.

Q. Why not?

A. I think that it was all for one time. I want to say that that took a month of convincing.

Q. After the incident when she ran away from your car after trying to check her into

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:23    rehab, did you ever try to convince her to go to<br>32:24    rehab afterwards?<br>32:25    A.  No. | | |
| 33:01 - 33:05 | **Young, Neal 2025-07-17 PIP**<br>33:01    Q.  Why did you and Ms. Mensing end your<br>33:02        relationship?<br>33:03    A.  I want to say -- I think -- I want to<br>33:04        say that there was someone else on her end, and I<br>33:05        don't remember his name. | 00:00:27 | **NY_.56** |
| 35:16 - 35:21 | **Young, Neal 2025-07-17 PIP**<br>35:16    Q.  Between the time that you got together<br>35:17        with Ms. Mensing in 2019 and the time that you<br>35:18        broke up in 2021, did Ms. Mensing have a job?<br>35:19    A.  Yes.<br>35:20    Q.  Do you recall where she worked?<br>35:21    A.  I want to say it was a carwash. | 00:00:18 | **NY_.57** |
| 35:22 - 35:23 | **Young, Neal 2025-07-17 PIP**<br>35:22    Q.  Was she employed there long?<br>35:23    A.  I don't remember. | 00:00:08 | **NY_.59** |
| 36:03 - 36:04 | **Young, Neal 2025-07-17 PIP**<br>36:03    Q.  Did she have financial help from anyone<br>36:04        other than you during your relationship? | 00:00:05 | **NY_.60** |
| 36:06 - 36:06 | **Young, Neal 2025-07-17 PIP**<br>36:06    A.  Her parents. | 00:00:02 | **NY_.61** |
| 36:13 - 36:14 | **Young, Neal 2025-07-17 PIP**<br>36:13    Q.  Did Ms. Mensing buy food for your home?<br>36:14    A.  No.  I covered most of that. | 00:00:07 | **NY_.62** |
| 36:15 - 36:21 | **Young, Neal 2025-07-17 PIP**<br>36:15    Q.  When Ms. Mensing went shopping with her<br>36:16        friends, did she spend her own money or would you<br>36:17        give her money for that?<br>36:18    A.  She would spend her own money there.<br>36:19    Q.  Do you know what financial assistance<br>36:20        her parents gave her at that time?<br>36:21    A.  No. | 00:00:18 | **NY_.63** |
| 37:05 - 37:18 | **Young, Neal 2025-07-17 PIP**<br>37:05    Q.  Did Ms. Mensing talk to you about her<br>37:06        use of recreational drugs when she was young? | 00:00:45 | **NY_.64** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 37:07  A.  Yes. | | |
| | 37:08  Q.  What did she tell you about that? | | |
| | 37:09  A.  Nothing in detail.  Just that there was | | |
| | 37:10  drug use. | | |
| | 37:11  Q.  When Ms. Mensing was with you, did she | | |
| | 37:12  indicate whether her drug use was behind her or | | |
| | 37:13  ongoing? | | |
| | 37:14  A.  Behind her. | | |
| | 37:15  Q.  When Ms. Mensing told you about her | | |
| | 37:16  prior drug use, did she tell you which drugs she | | |
| | 37:17  had been using? | | |
| | 37:18  A.  I don't remember. | | |
| 37:19 - 38:11 | **Young, Neal 2025-07-17 PIP** | 00:01:03 | **NY_.87** |
| | 37:19  Q.  After you broke up in 2021 -- you said | | |
| | 37:20  you were on again off again for about a year; is | | |
| | 37:21  that right? | | |
| | 37:22  A.  Yes. | | |
| | 37:23  Q.  How often would you see each other in | | |
| | 37:24  that year? | | |
| | 37:25  A.  Every -- every couple of weeks for a | | |
| | 38:01  few days. | | |
| | 38:02  Q.  Was that approximately 2021 to 2022? | | |
| | 38:03  A.  Yes. | | |
| | 38:04  Q.  And the time period of 2021 to 2022, | | |
| | 38:05  did you know whether Ms. Mensing was using | | |
| | 38:06  recreational drugs at that time? | | |
| | 38:07  A.  I do not know. | | |
| | 38:08  Q.  In the time period of 2021 to 2022, do | | |
| | 38:09  you know if Ms. Mensing was struggling with her | | |
| | 38:10  alcohol use at that time? | | |
| | 38:11  A.  I do not know. | | |
| 38:12 - 38:14 | **Young, Neal 2025-07-17 PIP** | 00:00:09 | **NY_.88** |
| | 38:12  Q.  Why did you ultimately stop seeing | | |
| | 38:13  Ms. Mensing? | | |
| | 38:14  A.  I think that she chose to move on. | | |
| 38:15 - 38:20 | **Young, Neal 2025-07-17 PIP** | 00:00:22 | **NY_.66** |
| | 38:15  Q.  I understand this is a personal | | |
| | 38:16  question, but what did you like about Ms. Mensing | | |
| | 38:17  when you were in a relationship together? | | |
| | 38:18  A.  Yes.  She was bubbly and had a | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

38:19    beautiful smile.  We could make each other laugh.
38:20    We understood the same jokes.

| 38:21 - 39:17 | **Young, Neal 2025-07-17 PIP** | 00:01:04 | **NY_.67** |

38:21    Q.  Have you spoken to Ms. Mensing since
38:22    you two stopped seeing each other in 2022?
38:23    A.  Yes.
38:24    Q.  How often do you speak with
38:25    Ms. Mensing?
39:01    A.  Three times a year maybe.
39:02    Q.  How do you communicate?
39:03    A.  I would get a text.
39:04    Q.  Was she usually the one to start the
39:05    conversation?
39:06    A.  Yes.
39:07    Q.  What kinds of things would she text you
39:08    about?
39:09    A.  Just -- it would start out, "How's it
39:10    going?"  Just, "Have you on my mind."
39:11    Q.  Have you seen each other in person in
39:12    the past few years?
39:13    A.  Only in passing.
39:14    Q.  Is there any reason why you have not
39:15    gotten together in person in the past few years?
39:16    A.  Oh, I'm in a committed relationship
39:17    now.

| 40:11 - 40:12 | **Young, Neal 2025-07-17 PIP** | 00:00:03 | **NY_.69** |

40:11    Did Ms. Mensing ever tell you about a
40:12    time when she used heroin?

| 40:14 - 40:14 | **Young, Neal 2025-07-17 PIP** | 00:00:02 | **NY_.70** |

40:14    A.  I don't remember.

| 40:24 - 41:01 | **Young, Neal 2025-07-17 PIP** | 00:00:05 | **NY_.71** |

40:24    Did Ms. Mensing (edited)
40:25    ever tell you about a time when she used crack
41:01    cocaine?

| 41:05 - 41:07 | **Young, Neal 2025-07-17 PIP** | 00:00:15 | **NY_.72** |

41:05    A.  I don't remember.
41:06    Q.  Did Ms. Mensing ever tell you about a
41:07    time period she used opiates?

| 41:09 - 41:09 | **Young, Neal 2025-07-17 PIP** | 00:00:02 | **NY_.73** |

**NY_ - Neal Young 07/17/25 - As Played in Court on 4-16-26**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 41:09    A.  I do not remember. | | **NY_.73** |
| 42:01 - 42:07 | **Young, Neal 2025-07-17 PIP** | 00:00:19 | **NY_.74** |
| | 42:01       BY MS. POWER: | | |
| | 42:02    Q.  Mr. Young, do you recall if Ms. Brianna | | |
| | 42:03       Mensing and Ms. Ariel Watkins had a falling out in | | |
| | 42:04       their relationship? | | |
| | 42:05    A.  Yes. | | |
| | 42:06    Q.  About when was that falling out? | | |
| | 42:07    A.  Around the time in 2021, I believe. | | |
| 42:08 - 42:09 | **Young, Neal 2025-07-17 PIP** | 00:00:04 | **NY_.89** |
| | 42:08    Q.  Do you know why they had a falling out? | | |
| | 42:09    A.  I do not. | | |
| 42:16 - 43:09 | **Young, Neal 2025-07-17 PIP** | 00:01:01 | **NY_.76** |
| | 42:16    Q.  Have you spoken to Ariel Watkins since | | |
| | 42:17       2021? | | |
| | 42:18    A.  I took care of her dog for a few months | | |
| | 42:19       in 2021, so I saw her then. | | |
| | 42:20    Q.  Was that after she and Ms. Mensing had | | |
| | 42:21       had a falling out? | | |
| | 42:22    A.  Yes. | | |
| | 42:23    Q.  When you were taking care of | | |
| | 42:24       Ms. Watkins' dog in 2021, did you see her very | | |
| | 42:25       often? | | |
| | 43:01    A.  Ms. Watkins? | | |
| | 43:02    Q.  Yes. | | |
| | 43:03    A.  Probably once a week, yes. | | |
| | 43:04    Q.  When you were seeing Ms. Watkins once a | | |
| | 43:05       week, did you talk to her at all about her | | |
| | 43:06       relationship with Ms. Mensing? | | |
| | 43:07    A.  Yes. | | |
| | 43:08    Q.  What did you talk about? | | |
| | 43:09    A.  What she was up to at the time. | | |
| 43:10 - 43:11 | **Young, Neal 2025-07-17 PIP** | 00:00:04 | **NY_.90** |
| | 43:10    Q.  And what was Ms. Mensing up to around | | |
| | 43:11       2021? | | |
| 43:13 - 43:13 | **Young, Neal 2025-07-17 PIP** | 00:00:02 | **NY_.77** |
| | 43:13    A.  I'm not sure. | | |
| 44:02 - 44:08 | **Young, Neal 2025-07-17 PIP** | 00:00:18 | **NY_.78** |
| | 44:02    Q.  Have you ever spoken with Ms. Watkins | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 44:03    about Ms. Mensing's Uber ride in March of 2019? | | |
| | 44:04    A.  No. | | |
| | 44:05    Q.  Have you ever spoken with Melissa | | |
| | 44:06    Mensing about Ms. Brianna Mensing's Uber ride in | | |
| | 44:07    2019? | | |
| | 44:08    A.  No. | | |
| 44:09 - 44:11 | **Young, Neal 2025-07-17 PIP** | 00:00:07 | **NY_.79** |
| | 44:09    Q.  Have you ever spoken with anyone about | | |
| | 44:10    Ms. Mensing's Uber ride in March of 2019? | | |
| | 44:11    A.  No. | | |
| 44:12 - 44:15 | **Young, Neal 2025-07-17 PIP** | 00:00:07 | **NY_.80** |
| | 44:12    Q.  Do you have any information about the | | |
| | 44:13    Uber ride in March of 2019 that we have not | | |
| | 44:14    discussed today? | | |
| | 44:15    A.  No. | | |

| | | |
|---|---|---|
| Plaintiff Affirmatives | 00:10:45 | |
| Defense Affirmatives | 00:14:31 | |
| Plaintiff Counters | 00:01:33 | |
| Defense Counters | 00:00:11 | |
| **TOTAL RUN TIME** | **00:27:00** | |