[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*WHB 823 v. Uber Techs., Inc.*, et al.
N.D. Cal. No. 3:24-cv-04900
W.D.N.C. No. 3:25-cv-00737

Case No. 23-md-03084-CRB

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DR. ALISON REMINICK'S TESTIMONY**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

WHB 823,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., et al.,

        Defendants.

No. 3:25-cv-00737

Judge: Honorable Charles R. Breyer

Having considered Plaintiff's Motion to Strike Dr. Alison Reminick, the Court hereby **ORDERS** that the following opinions and related testimony from Dr. Reminick be stricken:

(1) that Plaintiff has an extensive history of alcohol and substance abuse;

(2) that Plaintiff acknowledged she lied about or minimized her substance abuse use to medical providers; and,

(3) that Plaintiff did not report the alleged assault to her medical providers.

**IT IS SO ORDERED.**

DATED:_____        By:_____
                                            Hon. Charles R. Breyer
                                            United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-cv-00737