# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:  April 19, 2026<br>Trial Date:  April 14, 2026 |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

## CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>     Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>     Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:     Hon. Charles R. Breyer<br><br>Courtroom:   4A |

[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW
Case No. 3:23-md-03084-CRB / 3:25-cv-00737

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Rule 50(A) Motion for Judgment as a Matter of Law, and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby GRANTED.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                                               CHARLES R BREYER
                                                               United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW
Case No. 3:23-md-03084-CRB / 3:25-cv-00737