[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' NOTICE OF FILING OF COURT EXHIBITS**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed: April 20, 2026<br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>       Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>       Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>**DEFENDANTS' NOTICE OF FILING OF COURT EXHIBITS**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   4A |

Defendants hereby give notice of the filing of the following marked as Defendants' Court Exhibits:

| Court Exhibit | Court Exhibit Description |
|---|---|
| 7 | Designation Run Report for Ariel Watkins Lankford (7/23/2025) as played in Court on 4/16/2026 |
| 8A | Designation Run Report for Dr. Jenny Smith (8/29/2025) as played in Court on 4/16/2026 |
| 8B | Dr. Jenny Smith Deposition Exhibit Chart |
| 9A | Designation Run Report for Jeffrey Richardson (4/12/2026) as played in Court on 4/16/2026 |
| 9B | Jeffrey Richardson Deposition Exhibit Chart |

DATED:  April 20, 2026                          Respectfully submitted,


                                                */s/ Laura Vartain Horn*
                                                Laura Vartain Horn (SBN 258485)
                                                **KIRKLAND & ELLIS LLP**
                                                555 California Street, Suite 2700
                                                San Francisco, CA 94104
                                                Telephone: (415) 439-1625
                                                laura.vartain@kirkland.com

                                                Allison M. Brown (Admitted *Pro Hac Vice*)
                                                **KIRKLAND & ELLIS LLP**
                                                2005 Market Street, Suite 1000
                                                Philadelphia, PA 19103
                                                Telephone: (215) 268-5000
                                                alli.brown@kirkland.com

                                                Jessica Davidson (Admitted *Pro Hac Vice*)
                                                **KIRKLAND & ELLIS LLP**
                                                601 Lexington Avenue
                                                New York, NY 10022
                                                Telephone: (212) 446-4800
                                                jessica.davidson@kirkland.com


                                                *Attorneys for Defendants*
                                                UBER TECHNOLOGIES, INC.,
                                                RASIER, LLC, and RASIER-CA, LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 20, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

---

CERTIFICATE OF SERVICE                                    CASE NO. 3.23-MD-03084-CRB / 3:25-CV-00737