# DEFENDANTS' COURT EXHIBIT 7

Designation Run Report for 7/23/2025 Deposition of Ariel Watkins Lankford as played in Court on 4/16/2026

# Watkins-Lankford, Ariel - AS PLAYED

## Designation List Report

**Watkins-Lankford, Ariel**                     **2025-07-23**

| | |
|---|---|
| Defendant Affirmatives | 00:07:29 |
| Plaintiff Counters | 00:01:50 |
| Overlaps | 00:03:57 |
| **TOTAL RUN TIME** | **00:13:16** |



**ID: WLA**

2026-04-19

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 4:12 - 4:25 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:28 | **WLA.1** |

4:12  Q.  Good morning.  Do you prefer
Ms. Watkins or Ms. Lankford?
4:14  A.  Ms. Lankford.
4:15  Q.  Thank you for joining us today
Ms. Lankford.
Can you please state your full name for
the record?
4:19  A.  Ariel Heather Lankford.
4:20  Q.  Ms. Lankford, do you know Ms. Brianna
Mingsing?
4:22  A.  I do.
4:23  Q.  How long have you known Ms. Mingsing?
4:24  A.  Since we were in elementary school,
maybe early middle school.

| 5:02 - 5:07 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:24 | **WLA.2** |

5:02  Q.  When was the last time you spoke with
Ms. Mingsing?
5:04  A.  Earlier this year before May.  I
remember it was still kind of cold outside
March -- February, March.  I can't remember
exactly when.

| 5:08 - 5:22 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:35 | **WLA.3** |

5:08  Q.  Before today's deposition, have you had
any conversations to prepare for the deposition?
5:10  A.  No.
5:11  Q.  Have you done anything to prepare for
today's deposition?
5:13  A.  No.
5:14  Q.  Have you searched for any
communications with Ms. Mingsing that might be
relevant to today's deposition?
5:17  A.  The only thing I have is pictures
around the time frame of the date of incident that
is on my subpoena.
5:20  Q.  Okay.  And that's in March of 2019,
correct?
5:22  A.  Yes.

| 6:05 - 6:07 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:09 | **WLA.4** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 6:05  Q. I saw you reaching for your phone.  Are | | **WLA.4** |
| | 6:06      you looking for those photos now? | | |
| | 6:07  A. Yes.  Let's see. | | |
| 6:21 - 7:01 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:19 | **WLA.5** |
| | 6:21  A. So that is a picture that I have of the | | |
| | 6:22      four of us from March 30, 2019.  So I think that's | | |
| | 6:23      four days after the incident took place. | | |
| | 6:24  Q. Besides you and Ms. Mingsing, who else | | |
| | 6:25      is in this photo? | | |
| | 7:01  A. Our children. | | |
| 7:02 - 7:14 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:57 | **WLA.6** |
| | 7:02  Q. In early 2019, how often did you and | | |
| | 7:03      Ms. Mingsing see one another? | | |
| | 7:04  A. It started to dwindle how often I would | | |
| | 7:05      see her just because of the fact that the father | | |
| | 7:06      of my daughter didn't want her around as much | | |
| | 7:07      anymore now that our daughter was born.  So | | |
| | 7:08      definitely dwindled on seeing her. | | |
| | 7:09      I used to see her every single day | | |
| | 7:10      for many years.  We were pretty much inseparable. | | |
| | 7:11      But then as time went on, I think the last time | | |
| | 7:12      that I had officially seen her was in 2020, I | | |
| | 7:13      believe, and then we caught back up in -- at the | | |
| | 7:14      end of 2020.  (edited) | | |
| 7:14 - 7:15 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:06 | **WLA.7** |
| | 7:14      So shortly after that picture was  (edited) | | |
| | 7:15      when we started dwindling in our friendship. | | |
| 7:21 - 7:24 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:15 | **WLA.8** |
| | 7:21      At the beginning of March 2019, were | | |
| | 7:22      you seeing Ms. Mingsing almost every day? | | |
| | 7:23  A. No.  That was every now and then.  I | | |
| | 7:24      would see her maybe two, three times a week. | | |
| 7:25 - 8:18 | **Watkins Lankford, Ariel 2025.07.23** | 00:01:00 | **WLA.9** |
| | 7:25  Q. When did you stop seeing Ms. Mingsing | | |
| | 8:01      almost every day? | | |
| | 8:02  A. Early 2020 when I started my new job at | | |
| | 8:03      a car dealership.  I was working every day.  So I | | |
| | 8:04      definitely didn't have time to drive out there to | | |
| | 8:05      see her with two kids full time as well.  So early | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 8:06  2020. | | |
| | 8:07  Q.  How far away from you did Ms. Mingsing | | |
| | 8:08  live at that point? | | |
| | 8:09  A.  It was a good 30-, 40-minute drive, | | |
| | 8:10  depending on what time of day and when I was going | | |
| | 8:11  out there. | | |
| | 8:12  Q.  In March of 2019, were you and | | |
| | 8:13  Ms. Mingsing close? | | |
| | 8:14  A.  Yeah, we were.  I still made -- we | | |
| | 8:15  still made it a point to talk every day. | | |
| | 8:16  Q.  And did you share personal details | | |
| | 8:17  about your lives with each other? | | |
| | 8:18  A.  Yes. | | |
| 8:22 - 9:01 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:23 | **WLA.10** |
| | 8:22  Q.  Was Ms. Mingsing living with (edited) | | |
| | 8:23  Mr. Neal Young in March of 2019? | | |
| | 8:24  A.  I don't exactly remember.  Every time I | | |
| | 8:25  would see her would be at her parents' house, so | | |
| | 9:01  I'm not exactly sure where she lived at the time. | | |
| 9:02 - 9:17 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:52 | **WLA.11** |
| | 9:02  Q.  Did Ms. Mingsing tell you in March of | | |
| | 9:03  2019 about an incident she had in an Uber? | | |
| | 9:04  A.  No. | | |
| | 9:05  Q.  Had Ms. Mingsing ever told you about an | | |
| | 9:06  incident that she had in an Uber? | | |
| | 9:07  A.  When I recently saw her this year, she | | |
| | 9:08  was suing Uber.  I didn't ask questions because I | | |
| | 9:09  didn't want to get pulled into her drama to be | | |
| | 9:10  realistic.  But she asked if she could put me down | | |
| | 9:11  as a witness, and I -- I didn't really answer her. | | |
| | 9:12  I didn't say yes; I didn't say no.  I just kind of | | |
| | 9:13  said "I didn't know what happened and I'd rather | | |
| | 9:14  not be involved in it," and here we are. | | |
| | 9:15  Q.  We really do appreciate your time. | | |
| | 9:16  Thank you. | | |
| | 9:17  A.  No problem. | | |
| 9:23 - 10:02 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:12 | **WLA.12** |
| | 9:23  You mentioned earlier that the father | | |
| | 9:24  of your children preferred not to have | | |
| | 9:25  Ms. Mingsing around.  Did he tell you why he felt | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 10:01    that way? | | |
| | 10:02    A.  Yes, many, many times. | | |
| 11:07 - 11:08 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:06 | **WLA.13** |
| | 11:07    Have you ever seen Ms. Mingsing either using (edited) | | |
| | 11:08    substances or abusing alcohol? | | |
| 11:12 - 11:14 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:11 | **WLA.14** |
| | 11:12    A.  Yes. | | |
| | 11:13    Q.  How often did Ms. Mingsing use | | |
| | 11:14    recreational drugs in 2018 or 2019? | | |
| 11:16 - 11:16 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:02 | **WLA.15** |
| | 11:16    A.  Every day. | | |
| 11:19 - 12:03 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:37 | **WLA.16** |
| | 11:19    Q.  Do you know what kinds of recreational | | |
| | 11:20    drugs she was using in 2019? | | |
| | 11:21    A.  I know crack.  Variations of pills. | | |
| | 11:22    And she hid it from me, what they were.  I knew | | |
| | 11:23    she was doing them but didn't know to the extent | | |
| | 11:24    of what they were because I was very strongly | | |
| | 11:25    against it. | | |
| | 12:01    Q.  Has Ms. Mingsing ever told you about | | |
| | 12:02    instances in which she suffered unwanted sexual | | |
| | 12:03    touching? | | |
| 12:05 - 12:05 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:02 | **WLA.17** |
| | 12:05    A.  No. | | |
| 14:19 - 14:24 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:16 | **WLA.18** |
| | 14:19    Q.  Between the last time you saw | | |
| | 14:20    Ms. Mingsing in person in 2020 and when | | |
| | 14:21    Ms. Mingsing reached out to you in 2025 about this | | |
| | 14:22    deposition, have you communicated in between those | | |
| | 14:23    times? | | |
| | 14:24    A.  No. | | |
| 14:25 - 15:08 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:23 | **WLA.19** |
| | 14:25    Q.  Besides the preferences of the father | | |
| | 15:01    of your children, did you have any other | | |
| | 15:02    motivation to end your friendship with | | |
| | 15:03    Ms. Mingsing? | | |
| | 15:04    A.  Yes. | | |
| | 15:05    Q.  What was that motivation? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

A. It was a one-sided friendship. It was all about her. She didn't have a car. She couldn't drive. (edited)

| 15:08 - 16:02 | **Watkins Lankford, Ariel 2025.07.23** | 00:01:13 | **WLA.20** |

She (edited) was staying at this guy's house or staying at this guy's house, or -- it just became too hectic and chaotic to continue a friendship when I was working full time, having my kids full time. And in 2020 at the end, I started a new relationship, and I moved to Chapel Hill. So that put us even further apart. The last time I had seen her was right after that relationship started. I picked her up. She had somebody else with her. You could tell they were both drunk and high -- I don't know which one or both. Similar to the gas station. Got some gas in my car. She was clearly messed up on something. It was just very annoying the entire experience. So I just cut it short, went home, and that was the last time I had communicated anything back to her. And I just couldn't deal with the chaotic -- her lifestyle anymore, so...

| 16:03 - 16:10 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:28 | **WLA.21** |

Q. Do you know a man named Neal Young?

A. Unfortunately, yes, I do.

Q. Do you mind if I ask why it's unfortunate?

A. He is just -- the last time I saw him he was just as bad as she was. I -- we stayed at Neal's house for a little while, the father of my child, me. She wasn't living there at the time.

| 17:20 - 17:22 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:09 | **WLA.22** |

Q. Did you hear a conversation in which Ms. Mingsing described drug use or needing drugs to Mr. Young?

| 17:24 - 18:08 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:31 | **WLA.23** |

A. Yeah. There was one day clearly to

**WLA - Watkins-Lankford, Ariel - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 17:25  where I walked into their bedroom when I had first | | |
| | 18:01  gotten to his house, and she was screaming and | | |
| | 18:02  yelling at him about needing money. | | |
| | 18:03  And he didn't want to give her -- he | | |
| | 18:04  walked out of the room, slammed the door, got mad | | |
| | 18:05  and said, I don't want to give her money today | | |
| | 18:06  because she's going to go buy drugs. | | |
| | 18:07  And then they kept arguing, and he | | |
| | 18:08  ended up giving her money for what she wanted. | | |
| 18:14 - 18:16 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:09 | **WLA.24** |
| | 18:14  Q.  Based on your observations of Mr. Young | | |
| | 18:15      and Ms. Mingsing, do you believe Mr. Young knew | | |
| | 18:16      that Ms. Mingsing was using drugs at the time? | | |
| 18:18 - 18:18 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:01 | **WLA.25** |
| | 18:18  A.  Yes. | | |
| 20:11 - 21:12 | **Watkins Lankford, Ariel 2025.07.23** | 00:01:25 | **WLA.26** |
| | 20:11  Q.  About how long did you spend time with | | |
| | 20:12      Ms. Mingsing at the beginning of this year? | | |
| | 20:13  A.  Maybe four or five hours. | | |
| | 20:14  Q.  At that time did Ms. Mingsing tell you | | |
| | 20:15      whether or not she was still using recreational | | |
| | 20:16      substances? | | |
| | 20:17  A.  She did not.  I learned to not ask that | | |
| | 20:18      question.  She didn't seem like she was.  She | | |
| | 20:19      definitely didn't have -- you know, she got really | | |
| | 20:20      good at hiding it or she just isn't doing them.  I | | |
| | 20:21      would like to think that she's not because I've | | |
| | 20:22      seen her many times while she's drinking, when | | |
| | 20:23      she's on drugs, and she didn't seem like she was | | |
| | 20:24      doing that anymore. | | |
| | 20:25  Q.  When you spoke with Ms. Mingsing at the | | |
| | 21:01      beginning of this year, did she talk to you about | | |
| | 21:02      her decision to bring the lawsuit? | | |
| | 21:03  A.  She said that she was suing Uber, and I | | |
| | 21:04      knew that I didn't want any part of that.  So I | | |
| | 21:05      just didn't ask her any details.  Didn't ask her | | |
| | 21:06      about it.  Just told her that I didn't want any | | |
| | 21:07      part of it. | | |
| | 21:08  Q.  Understanding you didn't ask her any | | |
| | 21:09      questions about it, did she volunteer any | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

21:10  information about why she was bringing the
21:11  lawsuit?
21:12  A. No.

| 21:13 - 22:03 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:46 | **WLA.27** |
|---|---|---|---|

21:13  Q. Do you know Brianna Mingsing's mother
21:14  Melissa Mingsing?
21:15  A. Yes.
21:16  Q. How is your relationship with Melissa
21:17  Mingsing?
21:18  A. She was always like my second mom.  We
21:19  were very close.  She -- I love her.  I miss her
21:20  more than I miss Bri, to be honest.
21:21  So I don't have anything bad to say
21:22  about her mom.
21:23  Q. Can you tell me a bit about Melissa
21:24  Mingsing, what she's like?
21:25  A. She is just very sweet, nice lady.  But
22:01  if you make her mad or you push her buttons, she's
22:02  going to let you know.  She's not afraid to tell
22:03  it like it is (edited)

| 23:16 - 23:18 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:06 | **WLA.28** |
|---|---|---|---|

23:16  Q. Does counsel for the plaintiff
23:17  represent you as you're sitting here today?
23:18  A. No.

| 23:19 - 23:22 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:09 | **WLA.29** |
|---|---|---|---|

23:19  Q. Understanding that they're not your
23:20  counsel, have you discussed the substance of the
23:21  litigation with them?
23:22  A. No.

| 24:05 - 24:11 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:29 | **WLA.30** |
|---|---|---|---|

24:05  Q. When you were growing up with
24:06  Ms. Mingsing, do you recall about -- at what age
24:07  Ms. Mingsing began drinking?
24:08  A. Very young.  Maybe 14, 15.
24:09  Q. Do you recall at about what age
24:10  Ms. Mingsing began using recreational drugs?
24:11  A. About the same age, 14, 15.

| 27:16 - 27:18 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:07 | **WLA.31** |
|---|---|---|---|

27:16  Q. Has there been a point in time where

**WLA - Watkins-Lankford, Ariel - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:17    you knew Ms. Mingsing to be clean, to have stopped | | |
| | 27:18    using recreational drugs? | | |
| 27:20 - 27:20 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:01 | **WLA.32** |
| | 27:20    A.  No. (edited) | | |
| 28:01 - 28:04 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:11 | **WLA.33** |
| | 28:01    Q.  Is there anything you know about | | |
| | 28:02        Ms. Mingsing's alleged experience in an Uber in | | |
| | 28:03        March of 2019 that we have not yet talked about | | |
| | 28:04        today? | | |
| 28:09 - 28:13 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:16 | **WLA.34** |
| | 28:09    A.  No. | | |
| | 28:10    Q.  Is there anything you know about the | | |
| | 28:11        alleged impact of Ms. Mingsing's Uber ride from | | |
| | 28:12        March of 2019 on Ms. Mingsing that we have not yet | | |
| | 28:13        talked about today? | | |
| 28:15 - 28:15 | **Watkins Lankford, Ariel 2025.07.23** | 00:00:01 | **WLA.35** |
| | 28:15    A.  No. | | |

| | |
|---|---|
| Defendant Affirmatives | 00:07:29 |
| Plaintiff Counters | 00:01:50 |
| Overlaps | 00:03:57 |
| **TOTAL RUN TIME** | **00:13:16** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|