# DEFENDANTS' COURT EXHIBIT 8A

Designation Run Report for 8/29/2025 Deposition of Jenny Smith as played in Court on 4/16/2026

# Smith, Jenny - AS PLAYED

Designation List Report

**Smith, Jenny**                               **2025-08-29**

| | |
|---|---|
| Defendant Affirmatives | 00:13:01 |
| Defendant Counters | 00:02:52 |
| Plaintiff Counters | 00:02:50 |
| Overlaps | 00:01:00 |
| **TOTAL RUN TIME** | **00:19:44** |

Documents linked to video:
4140



**ID: SJ**

2026-04-16

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:09 - 5:16 | **Smith, Jenny 2025.08.29** | 00:00:19 | **SJ.1** |

5:09    Q.   Good afternoon, Dr. Smith.  Thank you for
being here today.  As you heard, my name is Jordan
Sagalowsky.  I'm an attorney representing Uber in
this lawsuit.  I do not represent any drivers in
this lawsuit.
For the record, please could you state
your full name.
A.   I'm Jenny Gray Smith.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:17 - 5:18 | **Smith, Jenny 2025.08.29** | 00:00:06 | **SJ.2** |

5:17    Q.   And where are you located today?
A.   In Raleigh, North Carolina.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:14 - 7:16 | **Smith, Jenny 2025.08.29** | 00:01:11 | **SJ.3** |

6:14    Q.   Okay.  Did you bring any materials with
you today like documents or notes?
A.   I have my computer with electronic
medical records.
Q.   Do you have any communication platforms
open on your computer like email or instant
messaging?
A.   No.
Q.   And when you referred to records there,
are you referring to specific records that you
have pulled up on your computer or is that more
sort of access to a portal where you can access
records?
A.   I'm looking in the electronic medical
record.
Q.   Is that a medical record for a specific
individual?
A.   Yes.
Q.   And whose medical records are you looking
at?
A.   Brianna Mensing.
Q.   And do you understand we're here today
for a lawsuit brought by Ms. Mensing?
A.   That is my understanding.
Q.   Do you have any understanding as to what
is the nature of the allegations by Ms. Mensing in
this lawsuit?

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 7:16   A.  No. | | |
| 7:17 - 7:19 | **Smith, Jenny 2025.08.29** | 00:00:09 | **SJ.4** |
| | 7:17   Q.  Have you had any context with Ms. Mensing | | |
| | 7:18        since March of 2024? | | |
| | 7:19   A.  No. | | |
| 10:25 - 11:13 | **Smith, Jenny 2025.08.29** | 00:00:43 | **SJ.5** |
| | 10:25   Q.  Did you do anything in  (edited) | | |
| | 11:01        particular to prepare for today's deposition? | | |
| | 11:02   A.  I reviewed my notes on the patient. | | |
| | 11:03   Q.  And when you say your notes, do you mean | | |
| | 11:04        the notes that you recorded as medical records for | | |
| | 11:05        Ms. Mensing? | | |
| | 11:06   A.  Yes. | | |
| | 11:07   Q.  And we will see some of those later | | |
| | 11:08        today.  Did you review any other documents to | | |
| | 11:09        prepare for today's deposition? | | |
| | 11:10   A.  I looked at a mental health assessment | | |
| | 11:11        which those are done by a psychologist or a social | | |
| | 11:12        worker prior to the psychiatrist doing the initial | | |
| | 11:13        evaluation. | | |
| 11:14 - 11:16 | **Smith, Jenny 2025.08.29** | 00:00:05 | **SJ.6** |
| | 11:14   Q.  Do you recall who performed that | | |
| | 11:15        assessment? | | |
| | 11:16   A.  I don't. | | |
| 11:17 - 12:04 | **Smith, Jenny 2025.08.29** | 00:00:50 | **SJ.7** |
| | 11:17   Q.  Do you recall when that assessment was | | |
| | 11:18        performed? | | |
| | 11:19   A.  It was in probably -- well, I'm not | | |
| | 11:20        exactly sure but I'm thinking around January | | |
| | 11:21        of 2023. | | |
| | 11:22   Q.  Do you recall reviewing any other | | |
| | 11:23        documents to prepare for your deposition today? | | |
| | 11:24   A.  No. | | |
| | 11:25   Q.  I will represent to you that from my | | |
| | 12:01        review of medical records it appeared that your | | |
| | 12:02        first session with Ms. Mensing was in or around | | |
| | 12:03        January 23, 2023.  Does that sound right to you? | | |
| | 12:04   A.  That's right. | | |
| 12:05 - 12:13 | **Smith, Jenny 2025.08.29** | 00:00:23 | **SJ.8** |

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 12:05  Q.  When you had sessions with Ms. Mensing, did you have access to any of her preceding medical records from treaters before January of 2023? 12:09  A.  No. 12:10  Q.  At any point did you obtain access to medical records that preceded your first session with Ms. Mensing? 12:13  A.  No. | | **SJ.8** |
| 12:21 - 12:25 | **Smith, Jenny 2025.08.29** | 00:00:13 | **SJ.9** |
| | 12:21  Q.  Have you had any (edited) conversations prior to today with Mr. Rosemond or anyone you understood to be representing Ms. Mensing in this lawsuit? 12:25  A.  No. | | |
| 15:16 - 15:22 | **Smith, Jenny 2025.08.29** | 00:00:18 | **SJ.10** |
| | 15:16  Q.  Do you have any -- apart from the medical records you just identified, do you have any files relating to your care of Ms. Mensing? 15:19  A.  No. 15:20  Q.  You don't have any direct communications with Ms. Mensing? 15:22  A.  No. | | |
| 16:12 - 16:14 | **Smith, Jenny 2025.08.29** | 00:00:05 | **SJ.11** |
| | 16:12  Q.  So we'll mark this as Exhibit 2, Dr. Smith.  Are you able to see this? 16:14  A.  Yes. | | |
| 16:15 - 16:17 | **Smith, Jenny 2025.08.29** | 00:00:11 | **SJ.12** |
| | 16:15  Q.  Does this appear to you to be your professional experience and education as presented by you on your LinkedIn profile? | | |
| 16:18 - 16:18 | **Smith, Jenny 2025.08.29** | 00:00:03 | **SJ.13** |
| | 16:18  A.  Up until 2022. (edited) | | |
| 16:20 - 16:23 | **Smith, Jenny 2025.08.29** | 00:00:14 | **SJ.14** |
| | 16:20  Q.  Okay.  So if you were to update this information from 2022 through today, what would you add? 16:23  A.  That I'm an attending psychiatrist (edited) | | |

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 16:24 - 17:03 | **Smith, Jenny 2025.08.29** | 00:00:15 | **SJ.15** |

16:24      for Women in  (edited)

16:25      both outpatient and residential psychiatry.

17:01  Q.  And have you held that position

17:02      consistently from 2022 through today?

17:03  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:04 - 18:02 | **Smith, Jenny 2025.08.29** | 00:01:27 | **SJ.16** |

17:04  Q.  So just for ease of the record, where did

17:05      you obtain your undergraduate degree?

17:06  A.  University of North Carolina Chapel Hill.

17:07  Q.  And you also hold some advanced degrees,

17:08      correct?

17:09  A.  I do.

17:10  Q.  Could you identify those please?

17:11  A.  I have a master's in life sciences from

17:12      North Carolina State University, and I have a

17:13      medical school degree from Eastern Virginia

17:14      Medical School.  I have a residency, completed

17:15      residency at UNC Hospitals in Chapel Hill.

17:16  Q.  I take it you hold at least some

17:17      professional licenses, correct?

17:18  A.  Yes.

17:19  Q.  What licenses do you hold?

17:20  A.  I am a member of the North Carolina

17:21      Psychiatric Association, and I'm board certified

17:22      in psychiatry.

17:23  Q.  So do you hold any active license that

17:24      allows you to treat patients in certain states?

17:25  A.  I am a medical doctor.  I have my license

18:01      to practice medicine in the State of North

18:02      Carolina.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:12 - 20:18 | **Smith, Jenny 2025.08.29** | 00:00:27 | **SJ.17** |

20:12  Q.  Is any of your education or training

20:13      specifically focused around treating victims of

20:14      sexual violence?

20:15  A.  My training is very general in terms of

20:16      psychiatry, so I don't have any training beyond

20:17      what we are trained in in medical school and

20:18      residency.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 32:07 - 32:09 | **Smith, Jenny 2025.08.29** | 00:00:13 | **SJ.18** |

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:07  Q.  And specifically in terms of trauma,<br>32:08      Ms. Mensing never discussed with you a trauma from<br>32:09      a rideshare incident, did she? | | **SJ.18** |
| 32:11 - 32:11 | **Smith, Jenny 2025.08.29**<br>32:11      THE WITNESS:  No. | 00:00:02 | **SJ.19** |
| 32:15 - 32:17 | **Smith, Jenny 2025.08.29**<br>32:15  Q.  All right.  Why don't we go ahead and get<br>32:16      into the medical record that I have for<br>32:17      Ms. Mensing or specifically your treatment of her. | 00:00:11 | **SJ.20** |
| 32:18 - 32:19 | **Smith, Jenny 2025.08.29**<br>32:18      So, Mackenzie, can we put that up?  I<br>32:19      guess this will be Exhibit 3. | 00:00:04 | **SJ.21** |
| 33:18 - 34:19 | **Smith, Jenny 2025.08.29**<br>33:18  Q.  All right.  I asked you earlier today<br>33:19      when your first session with Ms. Mensing was, and<br>33:20      you agreed it was around January 23, 2023,<br>33:21      correct?<br>33:22  A.  Correct.<br>33:23  Q.  And my review of the records suggest that<br>33:24      you saw Ms. Mensing 12 times with the last visit<br>33:25      being in April 2024.  Does that sound right to<br>34:01      you?<br>34:02  A.  March of 2024.<br>34:03  Q.  Is that March 21, 2024?<br>34:04  A.  Correct.<br>34:05  Q.  For the last session, okay.<br>34:06      Yes, I have a record of a psychiatric<br>34:07      evaluation on January 23, 2023, and then further<br>34:08      sessions on February 10, 2023, February 21, 2023,<br>34:09      March 21, 2023, April 14, 2023, May 12, 2023,<br>34:10      May 26, 2023, July 12, 2023, September 19, 2023,<br>34:11      November 20, 2023, January 19, 2024, and March 21,<br>34:12      2024.  Does that match your records, Dr. Smith?<br>34:13  A.  Yes.<br>34:14  Q.  In your records, do you see any<br>34:15      indication of any additional sessions with<br>34:16      Ms. Mensing?<br>34:17  A.  There are therapy appointments with a<br>34:18      therapist, psychologist, and aftercare, social | 00:01:53 | **SJ.22** |

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 34:19    work notes. | | |
| 35:08 - 35:22 | **Smith, Jenny 2025.08.29** | 00:01:18 | **SJ.23** |

35:08   Q.   Do you recall any of your personal
impressions of Ms. Mensing from that initial
meeting?
A.   Kind of from the way I said in the mental
status exam, she was fidgety.  She was
cooperative.  She was well spoken.  She seemed
anxious which is where my focus was.  I think at
the time because she was anxious but she was also
fidgety, I wanted to think about looking at ADHD
as well.
So I do remember that she had the anxiety
talking about feeling like a lot of pressure on
her chest and kind of telling me about the
medications she had and what she didn't like and
what she liked.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 35:23 - 35:25 | **Smith, Jenny 2025.08.29** | 00:00:15 | **SJ.24** |

35:23   Q.   Did you have any impression as to whether
Ms. Mensing's recall when it came to her
medication history was fairly accurate?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:02 - 36:03 | **Smith, Jenny 2025.08.29** | 00:00:03 | **SJ.25** |

36:02   THE WITNESS:  I felt like it was
accurate.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:05 - 36:17 | **Smith, Jenny 2025.08.29** | 00:00:57 | **SJ.26** |

36:05   Q.   Do you recall whether you asked
Ms. Mensing to go through her personal medical
history with you during that first session?
A.   So we did go through the psychiatric
history, and also there was psychiatric history
from the mental health assessment as well from a
social worker.  But I mean, sort of briefly we
talked about the ADHD as a child, not getting the
treatment, her substance abuse as a child,
basically the social history that she had a child
who was 6 years old, she wasn't married, she had
her GED, her parents were adopted and her work
history.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 37:08 - 37:14 | **Smith, Jenny 2025.08.29** | 00:00:24 | **SJ.27** |

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 37:08 Q. In terms (edited) | | **SJ.27** |
| | 37:09 of your general practice for making written notes | | |
| | 37:10 of your sessions, Dr. Smith, is it your practice | | |
| | 37:11 to record in the notes any significant traumatic | | |
| | 37:12 incident that a patient does identify during the | | |
| | 37:13 session? | | |
| | 37:14 A. Yes. | | |
| 38:03 - 38:08 | **Smith, Jenny 2025.08.29** | 00:00:16 | **SJ.28** |
| | 38:03 Q. I want to spend (edited) | | |
| | 38:04 a little time going through the medical record | | |
| | 38:05 document that I believe we presented as an | | |
| | 38:06 exhibit. My copy of this is not in chronological | | |
| | 38:07 order so I'm going to be jumping around a little | | |
| | 38:08 bit in the document. (edited) | | |
| 38:11 - 38:14 | **Smith, Jenny 2025.08.29** | 00:00:15 | **SJ.29** |
| | 38:11 But I want to start with page 48 of the | | |
| 🔗 4140.1 | 38:12 PDF which has a Bates number in the bottom right | | |
| | 38:13 of the page ending in 47. Okay. | | |
| | 38:14 A. Okay. | | |
| 39:02 - 39:15 | **Smith, Jenny 2025.08.29** | 00:00:33 | **SJ.30** |
| | 39:02 Q. All right, Dr. Smith, do you see this | | |
| | 39:03 history and physical document that's on the shared | | |
| | 39:04 screen? | | |
| | 39:05 A. Yes. | | |
| | 39:06 Q. And near the top there's a header that | | |
| 🔗 4140.1.1 | 39:07 lists an encounter date of January 3rd of 2023 and | | |
| 🔗 4140.1.2 | 39:08 the provider is a doctor, Reginald Fennell; is | | |
| | 39:09 that right? | | |
| | 39:10 A. Yes, it is Mr. Reginald Fennell, a nurse | | |
| | 39:11 practitioner. | | |
| | 39:12 Q. A nurse practitioner, thank you. | | |
| | 39:13 Are you professionally acquainted with | | |
| | 39:14 Mr. Fennell? | | |
| | 39:15 A. Yes. | | |
| 39:19 - 40:05 | **Smith, Jenny 2025.08.29** | 00:00:44 | **SJ.31** |
| | 39:19 Q. And is this a document that you would | | |
| | 39:20 have received in connection with your care of | | |
| | 39:21 Ms. Mensing? | | |
| | 39:22 A. Yes. | | |

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. Could you describe for me just generally what is the purpose of this report?

A. This is basically a health assessment just to make sure there are no physical conditions that are -- that she needs treatment for. It is also a -- with the -- the history and physical, the first history and physical done in case the patient has come in on medications. (edited)

| 40:06 - 41:09 | **Smith, Jenny 2025.08.29** | 00:01:51 | **SJ.32** |
|---|---|---|---|

then those medications are written for 28 days until (edited) she can be seen. Let's say, if there are psychiatric meds by a psychiatrist or whatever other medications the person is on, they will be followed up by a primary care physician afterwards.

🔗 4140.2

Q. Okay. If we go to the second page of report that's the Bates ending in 048, about a

🔗 4140.2.5

quarter of the way down the page do you see there is a header for infectious disease risk factors?

A. Uh-huh.

Q. Just below that it says:

🔗 4140.2.4

"IV drug use? Yes.

🔗 4140.2.3

IV drug use needles? Shared."

Do you see that?

A. Yes.

Q. Did Ms. Mensing discuss her history of IV drug use with you during any of your sessions?

A. No, not that I recall.

Q. I'm sorry. Go on.

A. Usually how I pick that up in the initial assessment and the focus was on the alcohol as a drug of choice.

Q. Okay. Setting aside alcohol for a moment, during any of your sessions with Ms. Mensing, did she discuss any recreational drug use other than IV drug use?

A. You mean other than alcohol and marijuana, no, she didn't, that I recall.

| 42:18 - 43:13 | **Smith, Jenny 2025.08.29** | 00:01:11 | **SJ.33** |
|---|---|---|---|

Stay in the same section we (edited)

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|

🔗 4140.3.1

42:19 were just discussing but a few lines up there's a
42:20 line that reads HX.  Is that history?
42:21 A.  Yes.
42:22 Q.  History of mental health treatment,
42:23 inpatient one to three times.  Do you see that?
42:24 A.  Yes.
42:25 Q.  Okay.  Do you have an understanding as to
43:01 what that refers to?
43:02 A.  Inpatient psychiatric treatment.
43:03 Q.  So does this indicate that prior to your
43:04 treatment of Ms. Mensing she received inpatient
43:05 treatment between one and three times for
43:06 psychiatric issues?
43:07 A.  Yes.
43:08 Q.  Okay.  And do you know specifically how
43:09 old she was for any of that treatment?
43:10 A.  So, like I said, she told me she was 15.
43:11 That would have been the first one.  And then she
43:12 told me that in 2018 she was admitted but that was
43:13 associated with alcohol use.

---

**48:15 - 48:22**   **Smith, Jenny 2025.08.29**   **00:00:23**   **SJ.34**

❌ Clear

48:15 Q.  Did Ms. Mensing ever discuss with you her
48:16 parents abuse of alcohol?
48:17 A.  Yes.
48:18 Q.  What do you recall Ms. Mensing saying
48:19 about that issue?
48:20 A.  I believe she said that her father
48:21 introduced her to alcohol when she was somewhere
48:22 like around 10.

---

**72:19 - 72:23**   **Smith, Jenny 2025.08.29**   **00:00:13**   **SJ.35**

72:19 Q.  Now, when you would visit with Brianna
72:20 during your care and treatment of her, how long
72:21 did those visits go?
72:22 A.  Well, for one thing they were probably
72:23 around 30 minutes.

---

**73:07 - 73:16**   **Smith, Jenny 2025.08.29**   **00:00:42**   **SJ.36**

73:07 Q.  And did you provide her counseling?
73:08 A.  Yes.
73:09 Q.  For what?
73:10 A.  So I was concerned about her getting

**SJ - Smith, Jenny - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 73:11 better, and so, you know, I saw her actually | | |
| | 73:12 fairly frequently because it -- because of her | | |
| | 73:13 problems with anxiety, irritability, difficulties, | | |
| | 73:14 and it was -- I wanted to see her, you know, more | | |
| | 73:15 frequently that I see some patients that are seen | | |
| | 73:16 every three months. | | |
| 73:17 - 73:25 | **Smith, Jenny 2025.08.29** | 00:00:25 | **SJ.37** |
| | 73:17 Q. So having said that, what was the | | |
| | 73:18 nature -- you said you provided her counseling. | | |
| | 73:19 What did you understand the term "counseling" to | | |
| | 73:20 mean? | | |
| | 73:21 A. I mean it is supportive, just being | | |
| | 73:22 supportive counseling, supportive therapy, but | | |
| | 73:23 again, that's why she has both her therapy | | |
| | 73:24 appointments and her doctor's appointments so | | |
| | 73:25 we're working in tandem. | | |
| 74:23 - 75:08 | **Smith, Jenny 2025.08.29** | 00:00:51 | **SJ.38** |
| | 74:23 Q. Okay. And would she sit down and talk | | |
| | 74:24 with you and go through all of the live events | | |
| | 74:25 that she feels may have given rise to some of her | | |
| | 75:01 psychiatric issues? | | |
| | 75:02 A. She would, yes, and that was part of the | | |
| | 75:03 initial assessment. So, you know, my expertise is | | |
| | 75:04 in diagnostics and treatment, and it takes a while | | |
| | 75:05 to do that sometimes, and I felt like I developed | | |
| | 75:06 a relationship with her over time as her treating | | |
| | 75:07 provider to have a clear picture about what was | | |
| | 75:08 driving her symptoms. | | |

| | |
|---|---|
| Defendant Affirmatives | 00:13:01 |
| Defendant Counters | 00:02:52 |
| Plaintiff Counters | 00:02:50 |
| Overlaps | 00:01:00 |
| **TOTAL RUN TIME** | **00:19:44** |

Documents linked to video:
4140