# DEFENDANTS' COURT EXHIBIT 8B

## Dr. Jenny Smith Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| D-4140 | 3 | North Carolina Medical Records |