# DEFENDANTS' COURT EXHIBIT 9A

Designation Run Report for 4/12/2026 Deposition of Jeffrey Richardson as played in Court on 4/16/2026

# Richardson, Jeffrey - AS PLAYED

Designation List Report

**Richardson, Jeffrey**                                **2026-04-12**

| Defendant Affirmatives | 00:13:54 |
|---|---|
| Defendant Counters | 00:03:33 |
| Plaintiff Counters | 00:09:06 |
| Overlaps | 00:01:03 |
| **TOTAL RUN TIME** | **00:27:36** |

Documents linked to video:

Exhibit2

Exhibit3

Exhibit4



**ID: RJC**

2026-04-16

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:13 - 5:20 | **Richardson, Jeffrey 2026-04-12** | 00:00:19 | **RJC.1** |

Q. Mr. Richardson, sir, my name is Mike Brown. How are you doing today?

A. I'm doing.

Q. I hear you, sir. Could you please tell the members of the jury where you are right now?

A. Right now, I'm in a hospital bed at University Health in Rocky Mount, North Carolina.

Q. Yes, sir.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:21 - 6:10 | **Richardson, Jeffrey 2026-04-12** | 00:00:40 | **RJC.2** |

Can you tell us why you're in the hospital bed, sir?

A. I had a -- originally started with a toe amputation and ended up with a worse infection they got into my body and made my whole body septic, and I'm still recovering from all of that.

Q. All right. I'm sorry to hear that, sir. I'm sending prayers up to you as you deal with this.

Now, how long do you think you're going to be in the hospital?

A. As I'm here right now, leave here, rehab two to six weeks. They're looking at six weeks, and then I'll be off my feet about another six months by their estimates.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 6:15 - 6:23 | **Richardson, Jeffrey 2026-04-12** | 00:00:22 | **RJC.3** |

Could you please (edited) tell us a little bit about yourself and where you're from?

A. From Nashville, North Carolina.

Q. All right.

A. I've been here all my life. I'm a truck driver. I've been all over the country but always came home. Married, two daughters. Tell you the truth, that's about it. I'm a simple man.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 7:13 - 7:17 | **Richardson, Jeffrey 2026-04-12** | 00:00:12 | **RJC.4** |

Q. -- how long have (edited) you been married?

A. Been married? Excuse the way I

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

7:16 calculate it. My daughter, 19, so 20 years. This
7:17 coming year will be 21.

| 7:22 - 7:25 | **Richardson, Jeffrey 2026-04-12** | 00:00:12 | **RJC.5** |

7:22 Q. You go to high school? (edited)
7:23 A. Graduated high school, 1990, Northern
7:24 Nash, Rocky Mount, North Carolina. Been working
7:25 ever since.

| 8:02 - 8:07 | **Richardson, Jeffrey 2026-04-12** | 00:00:15 | **RJC.6** |

8:02 A. Mainly -- my main career been truck
8:03 driver.
8:04 Q. Yes, sir.
8:05 A. I've been everywhere. Got -- have a lot
8:06 of different hobbies or whatever. But mainly --
8:07 besides working, I'm mainly into computers.

| 9:07 - 9:11 | **Richardson, Jeffrey 2026-04-12** | 00:00:11 | **RJC.7** |

9:07 Do you remember when it was that you (edited)
9:08 applied to be an Uber driver?
9:09 A. I totally remember nothing about Uber.
9:10 Q. Okay. If I --
9:11 A. I hate to be blunt, but nothing at all.

| 9:14 - 9:21 | **Richardson, Jeffrey 2026-04-12** | 00:00:11 | **RJC.8** |

9:14 Q. Yeah. Just say, look -- if you don't
9:15 remember something, you don't remember something,
9:16 and that is all right.
9:17 A. It's been a long time.
9:18 Q. Yes, sir, I get that. But an answer of
9:19 "I don't remember" works just right, and that's
9:20 fine with me, okay?
9:21 A. Yeah.

| 9:22 - 10:03 | **Richardson, Jeffrey 2026-04-12** | 00:00:26 | **RJC.9** |

9:22 Q. So I have November of 2018. Does that
9:23 sound like a day that -- could that be one of the
9:24 dates where you applied to be an Uber driver?
9:25 A. It sounds about right.
10:01 Q. Okay.
10:02 A. Can't be guaranteed, but sounds about
10:03 right.

| 12:20 - 13:07 | **Richardson, Jeffrey 2026-04-12** | 00:00:38 | **RJC.10** |

12:20 Q. Were you working during the day and then

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

12:21  driving Uber at night?
12:22  A.  I can't even remember.  That was --
12:23  Q.  Talking about 2018?
12:24  A.  I can't even remember that.
12:25  Q.  Okay.  That's all right.  Let me be sure
13:01  I'm clear, Mr. Richardson.  If you don't remember,
13:02  you don't remember.  It's all good, okay?
13:03  Now, do you recall whether there were any
13:04  particular days that you drove for Uber?  Was it
13:05  weekends or weeknights or do you remember?  And if you
13:06  don't remember, that's fine.
13:07  A.  I don't remember that.

| 13:09 - 13:17 | **Richardson, Jeffrey 2026-04-12** | 00:00:24 | **RJC.11** |

13:09  Are there any particular areas where you
13:10  tried to drive in order to try and catch rides, for
13:11  instance, like downtown or suburbs or --
13:12  A.  Downtown.  Downtown Raleigh is where I
13:13  normally would try to start at.
13:14  Q.  Okay.  And when you were driving the
13:15  Uber -- because you mentioned that you are
13:16  married -- were you driving Uber to try to meet
13:17  women?

| 13:18 - 13:18 | **Richardson, Jeffrey 2026-04-12** | 00:00:01 | **RJC.12** |

13:18  A.  Say it again?

| 13:21 - 13:23 | **Richardson, Jeffrey 2026-04-12** | 00:00:06 | **RJC.13** |

13:21  Q.  Were you driving the Uber in order to
13:22  try to meet women?
13:23  A.  No, I wasn't.

| 14:02 - 14:05 | **Richardson, Jeffrey 2026-04-12** | 00:00:11 | **RJC.14** |

14:02  Do you have an idea of how many rides you
14:03  may have completed when you did your driving with
14:04  Uber?
14:05  A.  I have no idea.  I don't remember.

| 14:07 - 14:12 | **Richardson, Jeffrey 2026-04-12** | 00:00:13 | **RJC.15** |

14:07  And do you recall when it was that you
14:08  stopped driving with Uber?
14:09  A.  I don't remember that either.
14:10  Q.  Okay.  Yes, sir, thank you.
14:11  "I don't remember" works for me,

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 14:12    Mr. Richardson.  Thank you very much. | | |
| 14:13 - 15:03 | **Richardson, Jeffrey 2026-04-12** | 00:00:48 | **RJC.16** |
| | 14:13    Now, let me ask you, do you have an | | |
| | 14:14    understanding as to why you are here today? | | |
| | 14:15    A.  Yes, sir, I have a basic understanding. | | |
| | 14:16    Q.  Okay.  And could you tell us what your | | |
| | 14:17    understanding is? | | |
| | 14:18    A.  My understanding is there was a | | |
| | 14:19    complaint from a rider about something that may | | |
| | 14:20    have been said or done -- I'm not sure -- | | |
| | 14:21    allegedly that I -- from me to the rider, but I | | |
| | 14:22    can't even remember that. | | |
| | 14:23    Q.  Okay.  Yes, sir. | | |
| | 14:24    The allegations were that on March 26th | | |
| | 14:25    allegations were made relating to an incident that | | |
| | 15:01    occurred on March 26, 2019, but you don't have a | | |
| | 15:02    memory of that, correct? | | |
| | 15:03    A.  No, I don't.  I don't. | | |
| 15:04 - 15:09 | **Richardson, Jeffrey 2026-04-12** | 00:00:12 | **RJC.17** |
| | 15:04    Q.  Okay.  And as of March 26 of 2019, you | | |
| | 15:05    had already been driving for Uber for a few | | |
| | 15:06    months, right?  Or -- I mean, do you recall | | |
| | 15:07    whether or not you had already been driving for | | |
| | 15:08    Uber? | | |
| | 15:09    A.  I don't remember. | | |
| 15:13 - 16:07 | **Richardson, Jeffrey 2026-04-12** | 00:00:49 | **RJC.18** |
| | 15:13    Sir, we're going to put on the screen what I | | |
| | 15:14    guess we'll be marking as Exhibit 1, which is just a | | |
| | 15:15    picture of the plaintiff, and I just want to ask you | | |
| | 15:16    if you recall seeing this person, okay? | | |
| | 15:17    (Exhibit Number 1 was identified as of | | |
| | 15:18    this date.) | | |
| | 15:19    A.  Where is it at? | | |
| | 15:20    Oh, no, I don't remember her. | | |
| | 15:21    BY MR. BROWN: | | |
| | 15:22    Q.  Okay.  That person does not look | | |
| | 15:23    familiar to you at all? | | |
| | 15:24    A.  Does not look familiar to me at all. | | |
| | 15:25    Q.  All right, thank you. | | |
| | 16:01    Do you have any recollection of riding with | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 16:02   the woman that I just showed you a picture of? | | |
| | 16:03   A.  No, I don't. | | |
| | 16:04   Q.  Now, the plaintiff alleges that you | | |
| | 16:05   invited her to sit in the front seat of your | | |
| | 16:06   vehicle with you.  Do you recall inviting her to | | |
| | 16:07   sit in the front seat of your vehicle with you? | | |
| 16:09 - 16:09 | **Richardson, Jeffrey 2026-04-12** | 00:00:01 | **RJC.19** |
| | 16:09   A.  No, I don't. | | |
| 17:25 - 18:06 | **Richardson, Jeffrey 2026-04-12** | 00:00:16 | **RJC.20** |
| | 17:25   Q.  My question still stands:  Do you | | |
| | 18:01   remember ever asking passengers to sit in the | | |
| | 18:02   front seat with you while you were driving your | | |
| | 18:03   Uber? | | |
| | 18:04   A.  As far -- I really don't remember every | | |
| | 18:05   ride, but I can't remember ever inviting anybody | | |
| | 18:06   in that front seat. | | |
| 18:13 - 18:17 | **Richardson, Jeffrey 2026-04-12** | 00:00:09 | **RJC.21** |
| | 18:13   Q.  Did you engage in conversation with the | | |
| | 18:14   people who were riding with you when you were | | |
| | 18:15   driving for Uber? | | |
| | 18:16   A.  Yes.  People did talk to me, I remember | | |
| | 18:17   that. | | |
| 18:18 - 18:22 | **Richardson, Jeffrey 2026-04-12** | 00:00:09 | **RJC.22** |
| | 18:18   Q.  Okay.  And you talked back to them and | | |
| | 18:19   had a conversation with them.  Did you talk back | | |
| | 18:20   to them and have a conversation with the | | |
| | 18:21   passenger? | | |
| | 18:22   A.  Yes, I have had conversations with them. | | |
| 18:23 - 19:01 | **Richardson, Jeffrey 2026-04-12** | 00:00:10 | **RJC.23** |
| | 18:23   Q.  And was that something that was a common | | |
| | 18:24   thing that occurred when you had passengers in | | |
| | 18:25   your car when you were driving for Uber? | | |
| | 19:01   A.  I can't remember enough to say "common." | | |
| 19:02 - 19:08 | **Richardson, Jeffrey 2026-04-12** | 00:00:20 | **RJC.24** |
| | 19:02   Q.  Okay.  Now, the allegations made by | | |
| | 19:03   plaintiff are that when you brought her to her | | |
| | 19:04   destination where she was getting out, you reached | | |
| | 19:05   over, grabbed her inner thigh and asked if you | | |
| | 19:06   could keep it with you. | | |

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

19:07    Do you recall ever doing anything like that?
19:08    A.  No, I don't.

| 19:11 - 19:13 | **Richardson, Jeffrey 2026-04-12** | 00:00:07 | **RJC.25** |

19:11    Q.  Do you recall ever grabbing the thigh of
19:12        any passenger that you had in your car when you
19:13        were driving for Uber?

| 19:15 - 19:15 | **Richardson, Jeffrey 2026-04-12** | 00:00:01 | **RJC.26** |

19:15    A.  No.

| 19:17 - 19:19 | **Richardson, Jeffrey 2026-04-12** | 00:00:07 | **RJC.27** |

19:17    Q.  Okay.  Do you recall ever touching any
19:18        passenger that you were driving with for Uber
19:19        without their consent?

| 19:21 - 19:22 | **Richardson, Jeffrey 2026-04-12** | 00:00:01 | **RJC.28** |

19:21    A.  No.
19:22        BY MR. BROWN:

| 19:23 - 20:04 | **Richardson, Jeffrey 2026-04-12** | 00:00:16 | **RJC.29** |

19:23    Q.  Now, plaintiff also alleged that when
19:24        you reached over and grabbed her thigh that you
19:25        said, "Can I keep it with me?"
20:01        Do you recall ever saying anything like that
20:02        to a passenger?
20:03        (edited)
20:04    A.  No, I don't.

| 20:06 - 20:08 | **Richardson, Jeffrey 2026-04-12** | 00:00:08 | **RJC.30** |

20:06    Q.  Did you typically tell passengers you
20:07        wanted to grab their thigh or grab them when you
20:08        were driving them?

| 20:10 - 20:10 | **Richardson, Jeffrey 2026-04-12** | 00:00:01 | **RJC.31** |

20:10    A.  No.

| 21:13 - 21:14 | **Richardson, Jeffrey 2026-04-12** | 00:00:06 | **RJC.32** |

21:13    A.  To the best of my memory, that I can
21:14        remember, it never happened to anybody.

| 21:16 - 21:18 | **Richardson, Jeffrey 2026-04-12** | 00:00:08 | **RJC.33** |

21:16    Q.  And was it a habit of yours to grab
21:17        passengers who were riding in the car with you
21:18        when you were driving for Uber?

| 21:20 - 21:20 | **Richardson, Jeffrey 2026-04-12** | 00:00:03 | **RJC.34** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 21:20   A.  I don't remember it ever happening. | | **RJC.34** |
| 21:22 - 22:04 | **Richardson, Jeffrey 2026-04-12** | 00:00:15 | **RJC.35** |
| | 21:22   Q.  Now, sir, there's a Sheetz gas station | | |
| | 21:23       on Fayetteville Road.  Do you recall that? | | |
| | 21:24   A.  I've been told. | | |
| | 21:25   Q.  In Raleigh? | | |
| | 22:01   A.  The Sheetz -- exactly where Fayetteville | | |
| | 22:02       Road one is -- | | |
| | 22:03   Q.  Okay. | | |
| | 22:04   A.  -- I can't recall. | | |
| 23:05 - 23:07 | **Richardson, Jeffrey 2026-04-12** | 00:00:07 | **RJC.36** |
| | 23:05   Q.  Okay.  Now, while you were driving your | | |
| | 23:06       Uber, did you have a preference on where you would | | |
| | 23:07       stop to get snacks or drinks? | | |
| 23:09 - 23:14 | **Richardson, Jeffrey 2026-04-12** | 00:00:12 | **RJC.37** |
| | 23:09   A.  To the best of my memory, I had no | | |
| | 23:10       certain place to stop.  I stopped at the place | | |
| | 23:11       that was closest to save fuel. | | |
| | 23:12       BY MR. BROWN: | | |
| | 23:13   Q.  Okay. | | |
| | 23:14   A.  To keep from having to run around. | | |
| 23:20 - 23:22 | **Richardson, Jeffrey 2026-04-12** | 00:00:07 | **RJC.38** |
| | 23:20   A.  I didn't have a particular spot I liked | | |
| | 23:21       to stop at.  I stopped to save fuel until the next | | |
| | 23:22       ride came in that I can remember. | | |
| 23:24 - 24:02 | **Richardson, Jeffrey 2026-04-12** | 00:00:09 | **RJC.39** |
| | 23:24   Q.  Do you recall stopping at a Sheetz gas | | |
| | 23:25       station? | | |
| | 24:01   A.  I don't recall stopping at a particular | | |
| | 24:02       one. | | |
| 24:10 - 24:12 | **Richardson, Jeffrey 2026-04-12** | 00:00:07 | **RJC.40** |
| | 24:10   Q.  If a rider asked you to stop for food, | | |
| | 24:11       would you sometimes stop at the Sheetz gas station | | |
| | 24:12       on Fayetteville Road? | | |
| 24:14 - 24:20 | **Richardson, Jeffrey 2026-04-12** | 00:00:05 | **RJC.41** |
| | 24:14   A.  I can't remember that. | | |
| | 24:15       BY MR. BROWN: | | |
| | 24:16   Q.  Okay. | | |

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

24:17  A.  I can't remember stopping at a
24:18      particular one.
24:19  Q.  Yes, sir.
24:20  A.  At any store.

| 25:02 - 25:08 | **Richardson, Jeffrey 2026-04-12** | 00:00:20 | **RJC.42** |

25:02      Now, when did you first learn of the
25:03      plaintiff's allegations about you in this case?
25:04  A.  When I received a subpoena.
25:05  Q.  Okay.  You learned of these allegations
25:06      after you had already stopped driving for Uber; is
25:07      that correct?
25:08  A.  Yes.

| 25:17 - 25:18 | **Richardson, Jeffrey 2026-04-12** | 00:00:05 | **RJC.43** |

25:17  Q.  Okay.  When you heard of plaintiff's
25:18      allegations, do you remember how you reacted?

| 25:19 - 25:19 | **Richardson, Jeffrey 2026-04-12** | 00:00:05 | **RJC.44** |

25:19  A.  Shock, simple and plain.

| 25:21 - 25:24 | **Richardson, Jeffrey 2026-04-12** | 00:00:13 | **RJC.45** |

25:21  A.  Simple and plain, shock, pure shock.  I
25:22      couldn't believe it.
25:23  Q.  Were the allegations upsetting to you?
25:24  A.  I wouldn't say upsetting but surprising.  (edited)

| 26:01 - 26:05 | **Richardson, Jeffrey 2026-04-12** | 00:00:12 | **RJC.46** |

26:01  Q.  But, Mr. Richardson, just to be clear,
26:02      you don't recall ever having touched this
26:03      plaintiff at any time while she was riding in your
26:04      vehicle, correct?
26:05  A.  I don't recall her at all.

| 26:25 - 27:04 | **Richardson, Jeffrey 2026-04-12** | 00:00:08 | **RJC.47** |

26:25  Q.  All right.  Good afternoon,
27:01      Mr. Richardson.  My name is William Smith, and I
27:02      represent the plaintiff.
27:03      Do you understand that?
27:04  A.  Yes.

| 27:09 - 27:17 | **Richardson, Jeffrey 2026-04-12** | 00:00:13 | **RJC.48** |

27:09  Q.  Have you heard the name Brianna Mensing
27:10      before?
27:11  A.  I may have seen it on the paper.  I'm

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:12      not sure. | | |
| | 27:13    Q.   Okay. | | |
| | 27:14    A.   I can't remember the name that was up | | |
| | 27:15      there. | | |
| | 27:16    Q.   Well, sir, who all is in the room with | | |
| | 27:17      you right now? | | |
| 27:20 - 28:01 | **Richardson, Jeffrey 2026-04-12** | 00:00:17 | **RJC.49** |
| | 27:20    A.   The lawyer and my wife. | | |
| | 27:21    Q.   Your wife is in the room with you? | | |
| | 27:22    A.   Yes, she is. | | |
| | 27:23    Q.   Okay. I apologize because, you know, we | | |
| | 27:24      are talking about allegations of sexual assault | | |
| | 27:25      that are alleged to be perpetrated by you. You | | |
| | 28:01      understand that? | | |
| 28:09 - 28:10 | **Richardson, Jeffrey 2026-04-12** | 00:00:06 | **RJC.50** |
| | 28:09    A.   I said it doesn't matter. She knows me | | |
| | 28:10      and my character, no doubt. | | |
| 28:12 - 28:14 | **Richardson, Jeffrey 2026-04-12** | 00:00:07 | **RJC.51** |
| | 28:12    Q.   And you were married to her on March 26, | | |
| | 28:13      2019 when you -- | | |
| | 28:14    A.   Yes, I was. | | |
| 32:25 - 33:10<br>🔗 Exhibit2.1 | **Richardson, Jeffrey 2026-04-12** | 00:00:24 | **RJC.52** |
| | 32:25    Q.   Okay. What we have on the screen, | | |
| | 33:01      Mr. Richardson, is an image of what I believe to | | |
| | 33:02      be your phone. Does it look like your phone? | | |
| | 33:03    A.   Yes. | | |
| | 33:04    Q.   Okay. And do you recognize this | | |
| | 33:05      picture? | | |
| | 33:06    A.   The law firm. | | |
| | 33:07    Q.   Okay. And that's the number -- that's a | | |
| | 33:08      number that's called you to talk to you about your | | |
| | 33:09      testimony in this case; is that right? | | |
| | 33:10    A.   Yes. | | |
| 33:13 - 33:19 | **Richardson, Jeffrey 2026-04-12** | 00:00:14 | **RJC.53** |
| | 33:13    Q.   It says Kirkland & Ellis, right? Do you | | |
| | 33:14      see that? | | |
| | 33:15    A.   Yes. | | |
| | 33:16    Q.   Those are Uber's lawyers, right? | | |
| | 33:17    A.   I guess. Like I said, I am having | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

33:18    trouble remembering a lot of stuff that been going
33:19    on the last couple of weeks.

| 34:11 - 34:25 | **Richardson, Jeffrey 2026-04-12** | 00:00:30 | **RJC.54** |

🔗 Exhibit2.4

34:11    Q.  It looks like you were first contacted
34:12        by Kirkland & Ellis on February 27th.  Do you see
34:13        that?
34:14    A.  Yes.
34:15    Q.  And there are two declined calls, one at
34:16        2:51 p.m., another at 2:54 p.m.  Do you see that?
34:17    A.  Yes.
34:18        BY MR. SMITH:
34:19    Q.  And then there's an outgoing call at
34:20        3:14 p.m.  Do you see that?
34:21    A.  Yes.
34:22    Q.  Now, the outgoing call is you calling
34:23        this number back.  Do you see that?  Do you know
34:24        that?
34:25    A.  Yes.

| 35:01 - 35:04 | **Richardson, Jeffrey 2026-04-12** | 00:00:11 | **RJC.55** |

35:01    Q.  Why did you call this number back?
35:02    A.  I don't remember.  Maybe I forgot what
35:03        was going on, I'm not sure, because of what's been
35:04        going on.

| 35:13 - 35:20 | **Richardson, Jeffrey 2026-04-12** | 00:00:17 | **RJC.56** |

35:13    Q.  Okay.  Did Kirkland & Ellis or anyone
35:14        from that number that called you with those two
35:15        declined calls -- did anyone leave you a voice
35:16        message?
35:17    A.  Can't remember.
35:18    Q.  Did you check your voice messages to
35:19        see, in response to our request --
35:20    A.  I don't have voicemail set up.

| 35:21 - 36:01 | **Richardson, Jeffrey 2026-04-12** | 00:00:10 | **RJC.57** |

35:21    Q.  I'm sorry?
35:22    A.  I don't have voicemail set up.  I don't
35:23        deal with voicemail.
35:24    Q.  Did you have voicemail set up in
35:25        February -- February 27th of this year?
36:01    A.  No, I didn't.

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 36:10 - 37:23 | **Richardson, Jeffrey 2026-04-12** | 00:01:37 | **RJC.58** |

Q.  This call that says February 27th, that was this year, 2026, right?

A.  Yes, I think so.

Q.  Do you recall that conversation?

A.  No.

Q.  Do you know who you were talking to that day?

A.  Can't remember.

Q.  And you talked to them for about 12 minutes and 44 seconds, it looks like.

A.  Okay.

Q.  Right?  Is that accurate?

A.  By what the phone record says.

Q.  Okay.  You have no reason to dispute the accuracy of how long this call was, as represented here on your call log?

A.  No, I don't.

Q.  Okay.  Then it looks like Uber again called you on March 3rd.  Do you see that?

A.  Yes.

Q.  Okay.  And then again on -- well, I'm not sure what date this is, if we could scroll up to the next page up.  And to the next page up. It says Wednesday, March -- and then it looks like there are three calls here and maybe a fourth one on the page below. Do you know what date this was where you had two separate 7-minute conversations with Uber?

A.  No, I don't.

Q.  But it was this year, a few weeks ago, in March of this year, right?

A.  By the phone log.

Q.  Okay.  And do you remember at all what you discussed with Uber when you were talking to them in these phone conversations?

A.  I don't remember.

Q.  No memory at all of this 7-minute 41-second conversation and then another one that happened earlier that afternoon, right?

🔗 Exhibit2.2

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 37:25 - 37:25 | **Richardson, Jeffrey 2026-04-12** | 00:00:01 | **RJC.59** |

37:25   A.  I don't remember it at all.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 38:04 - 38:07 | **Richardson, Jeffrey 2026-04-12** | 00:00:11 | **RJC.60** |

🔗 Exhibit2.4

38:04   Q.  Likewise, you have no memory what you
38:05       said whatsoever or what Uber said back to you in
38:06       the 12-minute and 44-second conversation that you
38:07       had with them on February 27th.  True?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 38:16 - 38:16 | **Richardson, Jeffrey 2026-04-12** | 00:00:02 | **RJC.61** |

38:16   A.  I don't remember.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 38:18 - 38:23 | **Richardson, Jeffrey 2026-04-12** | 00:00:16 | **RJC.62** |

🔗 Exhibit2.1

38:18   Q.  And then you had another call with them
38:19       on Friday March 20 at 12:41 p.m.  Do you see that?
38:20   A.  I see the phone log.
38:21   Q.  Do you remember what all was said during
38:22       that phone conversation with Uber?
38:23   A.  No, I don't.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 39:03 - 39:08 | **Richardson, Jeffrey 2026-04-12** | 00:00:12 | **RJC.63** |

39:03   Q.  And then I see another call -- maybe
39:04       that's the same one on Friday, March 20th.  But
39:05       here we go, March 24th, they called you again, and
39:06       you spoke for about two minutes.
39:07       Do you remember that?
39:08   A.  I don't remember.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 39:10 - 39:16 | **Richardson, Jeffrey 2026-04-12** | 00:00:19 | **RJC.64** |

❌ Clear

39:10       Have you ever had Zoom conferences or video
39:11       conferences with Uber?
39:12   A.  No.  I've never done Zoom.  Wait a
39:13       minute.  Yes, I have had Zoom done -- conference
39:14       before --
39:15   Q.  With Uber?
39:16   A.  -- with the church that I belong to.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 39:19 - 39:20 | **Richardson, Jeffrey 2026-04-12** | 00:00:03 | **RJC.65** |

39:19   Q.  With Uber?
39:20   A.  With the church I belong to.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 42:10 - 42:15 | **Richardson, Jeffrey 2026-04-12** | 00:00:15 | **RJC.66** |

42:10   Q.  You first learned about these
42:11       allegations, you said, in your cross -- or in your
42:12       examination with Mr. Brown, you first learned

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

42:13   about these allegations when you got the subpoena;
42:14   is that true?
42:15   A.   Yes.

| 43:24 - 43:25 | **Richardson, Jeffrey 2026-04-12** | 00:00:04 | **RJC.67** |

43:24   Q.   Do you agree that sexual assault is bad?
43:25   A.   Yes, it is.

| 44:19 - 44:22 | **Richardson, Jeffrey 2026-04-12** | 00:00:13 | **RJC.68** |

44:19   Is it wrong for a driver to  (edited)
44:20   grab a passenger in her upper thigh during or at
44:21   the end of an Uber ride?
44:22   A.   Yes, it is.

| 51:04 - 51:11 | **Richardson, Jeffrey 2026-04-12** | 00:00:22 | **RJC.69** |
| 🔗 Exhibit3.1 | | | |

51:04   Q.   Mr. Richardson, what you have in your
51:05   hand is the ride receipt for this ride.  Do you
51:06   see that?
51:07   A.   Yes.
51:08   Q.   Okay.  And I know you don't recall
51:09   anything about the ride, but do you have any
51:10   reason to doubt that this ride took place?
51:11   A.   I have no reason to doubt or deny it.

| 51:12 - 51:17 | **Richardson, Jeffrey 2026-04-12** | 00:00:16 | **RJC.70** |
| 🔗 Exhibit3.1.1 | | | |

51:12   Q.   Okay.  And if we look here at the top of
51:13   this document, there's a date.  It says Tuesday,
51:14   March 26, 2019.  Do you understand that's the date
51:15   that is alleged to have been the day that you
51:16   assaulted the plaintiff here?
51:17   A.   Yes.

| 52:02 - 52:07 | **Richardson, Jeffrey 2026-04-12** | 00:00:10 | **RJC.71** |
| 🔗 Exhibit3.2.1 | | | |

52:02   Do you see here, Mr. Richardson, that it
52:03   says "You rode with Jeffrey," and there's a picture
52:04   there?
52:05   A.   Yes.
52:06   Q.   Is that your picture?
52:07   A.   Yes, it is.

| 52:08 - 52:20 | **Richardson, Jeffrey 2026-04-12** | 00:00:36 | **RJC.72** |
| 🔗 Exhibit3.3 | | | |
| 🔗 Exhibit3.3.1 | | | |

52:08   Q.   Okay.  If we scroll down to the next
52:09   page, hopefully, here is the time of the ride.  It
52:10   says it started at 1:25 a.m., and it ended at
52:11   1:53 a.m.

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

52:12    Do you see that?
52:13    A.  Yes.
52:14    Q.  Okay.  And you have no reason to doubt
52:15    that's when the ride started, and that's when the
52:16    ride ended.  True?
52:17    A.  Can't confirm or deny it.
52:18    Q.  You can't confirm or deny it?
52:19    A.  Yes, because -- I can't recall this, no
52:20    matter what the paper said.

| 52:22 - 52:24 | **Richardson, Jeffrey 2026-04-12** | 00:00:06 | **RJC.73** |

52:22    -- you don't have some reason  (edited)
52:23    in your mind that you think this did not take
52:24    place, right?

| 53:01 - 53:02 | **Richardson, Jeffrey 2026-04-12** | 00:00:06 | **RJC.74** |

53:01    A.  I don't -- I don't know.  I can't
53:02    recall.

| 53:06 - 53:10 | **Richardson, Jeffrey 2026-04-12** | 00:00:11 | **RJC.75** |

Clear

53:06    Q.  How tall are you?
53:07    A.  How tall am I?
53:08    Q.  Yes, sir.
53:09    A.  I guess 6'1, 6'2.
53:10    Q.  Okay.  And how much do you weigh, sir?

| 53:12 - 53:19 | **Richardson, Jeffrey 2026-04-12** | 00:00:20 | **RJC.76** |

53:12    A.  I couldn't tell you -- for a month.
53:13    About 375 or something like that, I don't know.
53:14    BY MR. SMITH:
53:15    Q.  And did you weigh about that same amount
53:16    in 2019?
53:17    A.  No.  I was a lot heavier than that.
53:18    Q.  Okay.  How much did you weigh in 2019?
53:19    A.  Over 500 pounds.

| 53:21 - 54:04 | **Richardson, Jeffrey 2026-04-12** | 00:00:18 | **RJC.77** |

53:21    I think earlier you testified your normal
53:22    job was a truck driver; is that right?
53:23    A.  Yes.
53:24    Q.  How long had you been driving as a truck
53:25    driver for your career?
54:01    A.  From when to when?
54:02    Q.  Well, when did you first start driving

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 54:03   as a truck driver? | | |
| | 54:04   A.  Roundabout 2000. | | |
| 54:05 - 54:12 | **Richardson, Jeffrey 2026-04-12** | 00:00:20 | **RJC.78** |
| | 54:05   Q.  Okay.  Is that still -- I know you're in | | |
| | 54:06       the hospital right now, but is truck driving still | | |
| | 54:07       your main source of income when you're able to do | | |
| | 54:08       it? | | |
| | 54:09   A.  Up until when I got in here. | | |
| | 54:10   Q.  And when you're healthy and recovered, | | |
| | 54:11       do you plan to continue truck driving? | | |
| | 54:12   A.  Yes, I do. | | |
| 54:17 - 54:22 | **Richardson, Jeffrey 2026-04-12** | 00:00:15 | **RJC.79** |
| | 54:17   Q.  In 2019 -- 2018 and 2019, when you were | | |
| | 54:18       driving for Uber, was Uber your main source of | | |
| | 54:19       income? | | |
| | 54:20   A.  When I was driving for Uber that was my | | |
| | 54:21       only income. | | |
| | 54:22   Q.  Okay.  And can you explain that, sir? | | |
| 54:25 - 55:01 | **Richardson, Jeffrey 2026-04-12** | 00:00:05 | **RJC.80** |
| | 54:25   A.  The economy went bad and everything.  I | | |
| | 55:01       had health issues.  I came off the road. | | |
| 55:04 - 55:11 | **Richardson, Jeffrey 2026-04-12** | 00:00:15 | **RJC.81** |
| | 55:04       I think you testified earlier that your | | |
| | 55:05       normal practice was to drive at night; is that right? | | |
| | 55:06   A.  In the evening, yes, start in the | | |
| | 55:07       evenings. | | |
| | 55:08   Q.  And what would you do during the day, | | |
| | 55:09       sir? | | |
| | 55:10   A.  Nothing.  Sit around the house.  Take | | |
| | 55:11       care of my family.  Take care of the house. | | |
| 55:12 - 55:21 | **Richardson, Jeffrey 2026-04-12** | 00:00:21 | **RJC.82** |
| | 55:12   Q.  Why did you stop driving for Uber? | | |
| | 55:13   A.  Because it wore -- it tore my car up. | | |
| | 55:14   Q.  It tore your car up? | | |
| | 55:15   A.  Tore my car up, uh-huh. | | |
| | 55:16   Q.  And do you mean through wear and tear | | |
| | 55:17       from driving around, or was there an accident? | | |
| | 55:18   A.  Wear and tear.  It literally destroyed | | |
| | 55:19       my car. | | |

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

Q. What kind of car were you driving?
A. 2010 Nissan Maxima.

| 56:13 - 56:17 | **Richardson, Jeffrey 2026-04-12** | 00:00:11 | **RJC.83** |

Q. If someone described Uber as your
   livelihood, that wouldn't really be accurate,
   would it?
A. No, it wouldn't.  It cost me more than I
   made.

| 58:19 - 59:11 | **Richardson, Jeffrey 2026-04-12** | 00:00:54 | **RJC.84** |

🔗 Exhibit4.1

Q. Mr. Richardson, is this an image of your
   phone, Exhibit 4?
A. I think so.
Q. It says:  Hi, Mr. Richardson, this is
   Caroline Power for Uber.  Is there an OK time for
   me to give you a call in the next few days?
   That's Friday, March 13th.  Do you see that?
A. Yes.
Q. Okay.  But above it, in the top
   left-hand corner, it says AshrafZadehkian.  I'm
   not sure.  What does that mean, do you know?
A. I have no idea.
Q. Okay.  And then if we scroll down this
   exhibit, it looks like there are several text
   messages that you've had with Uber in the last
   couple of weeks.
   Do you see that?
A. Yes.

| 59:23 - 59:25 | **Richardson, Jeffrey 2026-04-12** | 00:00:08 | **RJC.85** |

Q. You've had text messages and calls with
   Uber and Uber's lawyers in getting ready for this
   testimony here today, right?

| 60:03 - 60:04 | **Richardson, Jeffrey 2026-04-12** | 00:00:04 | **RJC.86** |

A. To the best of my knowledge.  I think I
   did.  I'm not sure.

| 60:06 - 60:12 | **Richardson, Jeffrey 2026-04-12** | 00:00:16 | **RJC.87** |

Q. Okay.  We see it here in this Exhibit 4,
   right, your text messages with Uber, true?
A. I see the phone record.
Q. All right.  And we saw the call log

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

earlier, right?
A. Yes, but I cannot recall a call, either
one, because of my current situation.

| 65:19 - 67:05 | **Richardson, Jeffrey 2026-04-12** | 00:01:37 | **RJC.88** |

☒ Clear

Now, you mentioned earlier that there was a health problem in 2019. Do you mind telling us a little bit about what you were referring to?

A. 2019? That's --

Q. Yes, sir.

A. Could have been when I had -- I was diagnosed with a fibrillation, and my weight had gone way up. I was trying to lose that. Pretty much, the main reason that I ended up coming off the road -- all that was building up, but the main reason I came off the road -- the company I worked for was Swift Transportation. They were freezing owner-operators.

Q. Okay.

A. And basically that means, for example, me and a lot of other owner-operators, sat, let's say, in Salt Lake City for a week and a half not moving, and you can't take care of your family like that.

Q. Yes, sir.

A. With the layover pay they paid, I'd be lucky if I bring home $300 a week.

Q. Yes, sir.

A. So I said it's best for me to come off the road, come home and try to find something quick that I can get some money coming in. And right off the bat, I had a friend recommend Uber. He said he had dealt with them before and also with Lyft. So I researched a little bit and I went with Uber, and that's how I ended up with them.

Q. Okay. Thank you, sir.

A. That's why I came off the road, off -- that ended up being settled out of court through a lawsuit, and they admitted to a certain extent that they were pushing out drivers, and so

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 67:05 basically I was out a career because of that. | | |
| 67:09 - 67:14 | **Richardson, Jeffrey 2026-04-12** | 00:00:17 | **RJC.89** |

67:09 You had mentioned a couple times in this
67:10 deposition, sir, that, you know, it's been a little
67:11 rough from February through now with your health. And
67:12 I'm sorry again to keep asking you personal questions,
67:13 but could you give us an idea of what's been going on
67:14 since February of this year?

| 67:16 - 68:11 | **Richardson, Jeffrey 2026-04-12** | 00:01:14 | **RJC.90** |
|---|---|---|---|

67:16 A. Since February, there's been little
67:17 things here and there that have sprung up, but it
67:18 hasn't kept me from working. I might miss --
67:19 mainly the only problem I was having was having to
67:20 leave work early or come in late, going to
67:21 doctor's office, getting different stuff with my
67:22 health like my AFib and stuff like -- I got AFib,
67:23 congestive heart failure, a lot of stuff. And
67:24 missing time out of work trying to get all that
67:25 taken care of by doctors, that slowly added up.
68:01 But the main thing was, like I said, it
68:02 was about -- it's been about a month and a half,
68:03 almost two months ago now. When I went to work,
68:04 my leg was falling asleep, and I couldn't figure
68:05 out what was going on. But from the signs that I
68:06 was seeing, I had previously had a big toe
68:07 amputated, and I was noticing some of the same
68:08 signs. And that day, that minute I turned around,
68:09 took my truck back to Nashville. I went back to
68:10 where my -- we call it home base is -- and I told
68:11 them I got to go see my doctor. And --

| 68:13 - 69:02 | **Richardson, Jeffrey 2026-04-12** | 00:01:12 | **RJC.91** |
|---|---|---|---|

68:13 Q. Oh, I'm sorry, sir. Mr. Richardson, you
68:14 need to take a break, so we can take a break.
68:15 Sorry to ask you these questions.
68:16 A. I went to the doctor. That's when I
68:17 found out I had infection in another toe, and I
68:18 came to the hospital. One thing led to another.
68:19 I had a different infection in my body that they
68:20 didn't catch because they ended up -- I ended up
68:21 leaving the hospital, and I ended up coming back

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 68:22 because of the infection they didn't catch. And | | |
| | 68:23 right now, I went from losing just one more toe to | | |
| | 68:24 my whole foot looking like a nightmare. And the | | |
| | 68:25 only way I can describe it is I have no skin, | | |
| | 69:01 hardly any at all on my foot. I don't want to | | |
| | 69:02 talk about it no more. | | |

**72:16 - 72:21** — **Richardson, Jeffrey 2026-04-12** — **00:00:10** — **RJC.92**

72:16  Q. There was some text messages between you
72:17     and a woman named Caroline Power. Do you recall
72:18     that?
72:19  A. Yes.
72:20  Q. Okay. Did she ever visit with you?
72:21  A. No.

**72:23 - 73:01** — **Richardson, Jeffrey 2026-04-12** — **00:00:14** — **RJC.93**

72:23     Okay. And when was it that you were
72:24     hospitalized?
72:25  A. I was admitted to the hospital March the
73:01     9th.

**73:02 - 73:05** — **Richardson, Jeffrey 2026-04-12** — **00:00:07** — **RJC.94**

73:02  Q. Okay. You never met Ms. Power at all at
73:03     any time, correct?
73:04  A. No, I haven't. I haven't met anybody
73:05     from Uber.

**75:04 - 75:07** — **Richardson, Jeffrey 2026-04-12** — **00:00:11** — **RJC.95**

75:04  Q. Okay. And do you know -- or has anyone
75:05     explained to you that this lawsuit was filed in
75:06     2023?
75:07  A. Can't remember that.

**76:07 - 77:07** — **Richardson, Jeffrey 2026-04-12** — **00:01:18** — **RJC.96**

76:07  Q. No. My question is: The first time
76:08     they contacted you was not until a few weeks ago
76:09     to talk about this case?
76:10  A. Let me say this. The first time I
76:11     remember the Uber contacting me about anything,
76:12     any kind of correspondence, is when I got off of
76:13     work. This may have been about -- I can't
76:14     remember exact date, but a guy who ran up on my
76:15     car in my parking lot where I live at and shove
76:16     his arm in my window with a subpoena. That

**RJC - Richardson, Jeffrey - AS PLAYED**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 76:17 | subpoena was the first I heard regarding this. | | |
| 76:18 | I'm like, if I have seen Uber -- | | |
| 76:19 | anything pop up in the past, I never paid | | |
| 76:20 | attention to it.  I'm thinking it's spam, | | |
| 76:21 | whatever.  But the subpoena is what got my | | |
| 76:22 | attention. | | |
| 76:23 | And I called the number up there, the | | |
| 76:24 | Kirkland and whatever law firm.  That's when Uber | | |
| 76:25 | was on my radar.  I don't do spam.  I don't do a | | |
| 77:01 | lot of emails, none of that, voicemails, anything. | | |
| 77:02 | Anything important, anybody that's close to me | | |
| 77:03 | texts me. | | |
| 77:04 | So when I got the subpoena and I saw it, | | |
| 77:05 | that's when I started asking questions.  And | | |
| 77:06 | that's how any correspondence started between me | | |
| 77:07 | and Uber.  Simple and plain. | | |

| | | |
|---|---|---|
| Defendant Affirmatives | | 00:13:54 |
| Defendant Counters | | 00:03:33 |
| Plaintiff Counters | | 00:09:06 |
| Overlaps | | 00:01:03 |
| **TOTAL RUN TIME** | | **00:27:36** |

Documents linked to video:
Exhibit2
Exhibit3
Exhibit4