# DEFENDANTS' COURT EXHIBIT 9B

## Jeffery Richardson Deposition Exhibit Chart

| Trial Exhibit Number | Deposition Exhibit Number | Deposition Exhibit Description |
|---|---|---|
| P-4968 | 2 | Jeffery Richardson Call Log |
| P-4969 | 3 | Ride Receipt |
| P-4970 | 4 | Jeffery Richardson Text Messages |