Jack W. Lurton, III
Rafferty Domnick Cunningham & Yaffa
815 South Palafox Street, 3rd Floor
Pensacola, FL  32502
Tel:  (850)208-0830
Fax:  (561)625-6269
jack@pbglaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE:  UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION

_____

*This document relates to:*

JASMINE NEVELS v. UBER TECHNOLOGIES,
INC. *ET AL.*
3:26-cv-02346-CRB

Case No.: 3:23-md-03084-CRB

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Jasmine Nevels, by and through counsel hereby gives notice that the above captioned action, Case No. 3:26-cv-02346-CRB is dismissed without prejudice against Defendants, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

Dated:  April 20, 2026.

Respectfully submitted,

*/s/ Jack W. Lurton, III*
Jack W. Lurton, III, Esq.
Florida Bar No. 579599
Rafferty Domnick Cunningham & Yaffa
815 South Palafox Street, 3rd Floor
Pensacola, FL  32502
T:  (850)208-0830
F:  (561)625-6269
Attorney for the Plaintiff
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, I electronically transmitted the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic Filing* to all CM/ECF registrants.

*/s/ Jack W. Lurton, III*
Jack W. Lurton, III, Esq.