IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| _____/ | **JUDGMENT** |
| This Order Relates To: | |
| *WHB 823 v. Uber Techs., Inc.*, N.D. Cal. No. 24-cv-4900 W.D.N.C. No. 25-cv-737 | |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHB 823, | No. 25-cv-737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

United States District Court
Northern District of California

In accordance with the jury's verdict, judgment is entered in favor of plaintiff and against defendants for $5,000.00.

The clerk is directed to close the individual member case and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: April 20, 2026



CHARLES R. BREYER
United States District Judge