UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UBER TECHNOLOGIES, INC.; et al.,

Petitioners,

v.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA, SAN FRANCISCO,

Respondent,

PLAINTIFFS IN MDL NO. 3084; et al.,

Real Parties in Interest.

No. 26-2390

D.C. No.
3:23-md-03084-CRB
Northern District of California,
San Francisco

ORDER

For court efficiency and administration, the court has decided to process this case as a Large Party Case.

Instead of listing each real party in interest who is represented by Plaintiffs' Co-Lead Counsel, the plaintiffs-real parties in interested listed in the Representation Statement, Docket Entry No. 3, pages 8-82 ("Representation Statement") will proceed under the grouping name of:  Plaintiffs in MDL No. 3084.  All other separately represented real parties in interest or pro se real parties in interest have been added to the docket.

Moving forward, the phrase "Plaintiffs in MDL No. 3084" in any court notice, order, or opinion in this case will refer to all real parties in interest listed in

the Representation Statement, Docket Entry No. 3, pages 8-82.  The case will

proceed under the name listed in the caption above.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-2390