**MCH Law, PLLC**
**Taylor T. Lang**
**Nicholas W. Mucerino**
100 M Street SE, Suite 644
Washington D.C. 20003
Tel: (202) 991-1559
Fax: (202) 978-2639
Taylor@mch.law
Nick@mch.law
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| This document relates to:  A.T.C. v. Uber Technologies, Inc., et al.; 3:26-cv-03301-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on April 20, 2026.

Dated: April  21, 2026

Respectfully submitted,

/s/ Taylor T. Lang
Taylor T. Lang
Nicholas W. Mucerino
**MCH Law, PLLC**
100 M Street SE, Suite 644
Washington D.C. 20003
Tel: (202) 991-1559
Fax: (202) 978-2639
Taylor@mch.law
Nick@mch.law
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

1

CASE NO. 3:23-md-03084-CRB                                    NOTICE OF FILING OF NEW ACTION

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Taylor T. Lang
Taylor T. Lang

CASE NO. 3:23-md-03084-CRB                    NOTICE OF FILING OF NEW ACTION