# EXHIBIT 1

 **Outlook**

---

## Fw: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

---

**From** Emma Guidry <eguidry@wagstafflawfirm.com>

**Date** Tue 4/21/2026 4:22 PM

**To** Emma Guidry <eguidry@wagstafflawfirm.com>

---

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Sent:** Thursday, April 2, 2026 11:31 AM
**To:** Benfield, Katie <katie.benfield@kirkland.com>; Emma Guidry <eguidry@wagstafflawfirm.com>;
Lambert, Haydn C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; UberBW@wagstafflawfirm.com; Bueno, Kim
<kim.bueno@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle,
Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara
<tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher
<christopher.cox@kirkland.com>; Vives, Michael <michael.vives@kirkland.com>; Love, Cohl K.
<cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

---

Katie

I wanted to reiterate a few things on the PTO 8 disputes.  Following our meet and confer on Tuesday, I sent the below email as well as our input on the PTO 8 briefs but in a continued effort to resolve this disputes, I wanted to just reiterate our positions:

Depositions – as I've noted in our calls, in my email and in the PTO 8 brief, it is our position that these depositions can move forward but with a time limit in place.  Our initial proposal was a time limit of 5 hours.  I have not received any response from Uber as to their position on this but frankly, I think our proposal is reasonable and I've also been clear that I am open to discussions on this.

Redactions – similarly, I've previously noted that Uber's blanket statements about redactions (as opposed to pointing out the specific redactions that are of concern) concerns me in the sense that it feels as if we will continue to come back to this issue.  That is not efficient and will not help either party focus on trial preparation.  I propose that we put together a group of search terms and I will

agree to search through all text messages and/or emails (we can discuss the scope as well) that are flagged through the search.

My proposal is that we search the following terms: Uber, Rape, Assault, Litigation, Settlement, Driver

Again, as with the depositions, I am open to discussion on this topic as well and I am simply offering a proposal to start the conversation.

Thank you,

Sommer

_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*

**Attorney at Law**

**Licensed and Practicing in Colorado**

**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 |** **sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.**

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Date:** Tuesday, March 31, 2026 at 4:08 PM
**To:** Benfield, Katie <katie.benfield@kirkland.com>, Emma Guidry <eguidry@wagstafflawfirm.com>, Lambert, Haydn C. <haydn.lambert@kirkland.com>, Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>, UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>, Bueno, Kim

<[kim.bueno@kirkland.com](mailto:kim.bueno@kirkland.com)>, Uber PW Bellwether <[uberbellwether@peifferwolf.com](mailto:uberbellwether@peifferwolf.com)>, Trangle, Asher <[asher.trangle@kirkland.com](mailto:asher.trangle@kirkland.com)>, John, Brady <[brady.john@kirkland.com](mailto:brady.john@kirkland.com)>, Blake, Tara <[tara.blake@kirkland.com](mailto:tara.blake@kirkland.com)>, Vartain, Laura <[laura.vartain@kirkland.com](mailto:laura.vartain@kirkland.com)>, Cox, Christopher <[christopher.cox@kirkland.com](mailto:christopher.cox@kirkland.com)>, Vives, Michael <[michael.vives@kirkland.com](mailto:michael.vives@kirkland.com)>, Love, Cohl K. <[cohl.love@kirkland.com](mailto:cohl.love@kirkland.com)>, Piasecki, Paulina <[paulina.piasecki@kirkland.com](mailto:paulina.piasecki@kirkland.com)>

**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Katie,

That is not what we discussed on the call today.   Rather, I called you to tell you that in reviewing your PTO 8 Brief, it was clear that you misunderstood our position.   I did not and I have not taken the position that we will not agree to any additional depositions in B.L.'s case.  Instead, I have consistently taken the position that even though we have arguments that there is no good faith basis to proceed with depositions for some of the witnesses, we will agree to go forward with depositions with certain parameters in place.

For several reasons, the specific parameter that we believe is appropriate is an allocation of time for all depositions.  This is what was previously agreed to in B.L.'s case and what was contemplated in PTO 12.

You asked me what my initial proposal was and I told you that my initial proposal was a total of 5 hours but that I was open to further discussion with Uber.  You advised me that this was a non-starter, and we should proceed with PTO 8 Briefing.  I am preparing my input on the PTO 8 Brief now and will send that to you shortly.

Sommer

_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*

**Attorney at Law**

***Licensed and Practicing in Colorado ***

**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 |** [**sluther@wagstafflawfirm.com**](mailto:sluther@wagstafflawfirm.com)

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.**