**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*
*Appearing Pro Hac Vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO REFILE JOINT PTO 8 LETTER REGARDING PLAINTIFF'S IMPROPER USE OF REDACTIONS**<br><br>Honorable Lisa J. Cisneros |

This matter comes before the Court on Defendants' Administrative Motion for Leave to Refile Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions [ECF 5917].

Having considered Defendants' Motion, Plaintiff's Response, the record, and the applicable law, the Court hereby DENIES Defendants Motion.

**IT IS SO ORDERED.**

DATED: _____          By: _____
                                    Hon. Lisa J. Cisneros
                                    United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S
ADMINISTRATIVE MOTION TO SEAL
MDL NO. 3084 CRB, CASE NO. 24-CV-7940