**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Judge:     Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|              Plaintiff, | Judge: Honorable Charles R. Breyer |
|       v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|              Defendants. | |

- 1 -

Having considered Defendants' April 9, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Trial Brief on Plaintiff's Damages Theory (ECF 5801) | The details of WHB 823's private life at 2:12, 6:24<br><br>The details of WHB 823's mental health history at 2:2-6, 4:16-17, 5:1-3, 5:5-10, 6:19-20, 6:26 |
| Exhibit 1 to Defendants' Trial Brief on Plaintiff's Damages Theory (ECF 5801-2) | Excerpts of mental health treatment records of Plaintiff from Perkins Counseling & Psychological Services containing the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 2 to Defendants' Trial Brief on Plaintiff's Damages Theory (ECF 5801-3) | Excerpts of the October 17, 2025 deposition of Dr. Heleya Rad containing the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 3 to Defendants' Trial Brief on Plaintiff's Damages Theory (ECF 5801-4) | Excerpts of the July 10, 2025 Deposition of Plaintiff WHB 823 containing the names and PII of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 4 to Defendants' Trial Brief on Plaintiff's Damages Theory (ECF 5801-5) | Excerpts of the August 29, 2025 Deposition of Dr. Jenny Smith containing the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 5 to Defendants' Trial Brief on Plaintiff's Damages Theory (ECF 5801-6) | Excerpts of the July 23, 2025 Deposition of Ariel Watkins Lankford containing the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 6 to Defendants' Trial Brief on Plaintiff's Damages Theory (ECF 5801-7) | Excerpts of the medical and mental health records of Plaintiff from Carolina Outreach containing the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMIN MOT. CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 23:MD-03084-CRB