**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Judge:    Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|         Plaintiff, | Judge: Honorable Charles R. Breyer |
|    v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|         Defendants. | |

- 1 -

Having considered Defendants' April 15, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Trial Brief to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor (ECF 5879) | The sensitive details of WHB 823's private life. |
| Exhibit D to Defendants' Trial Brief to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor (ECF 5879-5) | Defendants' Trial Exhibit D-3813 containing the sensitive details of Plaintiff WHB 823's private life and the PII of Plaintiff |
| Exhibit E to Defendants' Trial Brief to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor (ECF 5879-6) | Defendants' Trial Exhibit D-3812 containing the sensitive details of Plaintiff WHB 823's private life and the PII of Plaintiff |
| Exhibit F to Defendants' Trial Brief to Exclude Evidence Regarding Mr. Richardson's 25-Year-Old Misdemeanor (ECF 5879-7) | Defendants' Trial Exhibit D-4134 containing the names and PII of third parties, the PII of Plaintiff WHB 823, the sensitive details of Plaintiff's private life, and the details regarding the private mental health history of Plaintiff |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge