**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE |
| This Document Relates to: | |

*A.B. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07699-CRB

*A.D. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07091-CRB

*A.E. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07668-CRB

*C.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07698-CRB

*CLF T.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04281-CRB

*D.V. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07747-CRB

*J.K.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07734-CRB

*Jane Doe LS 618 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06160-CRB

*Jane Doe LS 619 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06243-CRB

*Jane Doe LS 620 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06249-CRB

*Jane Doe LS 621 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06297-CRB

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

*Jane Doe LS 622 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06306-CRB

*Jane Doe LS 625 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06539-CRB

*Jane Doe LS 626 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06541-CRB

*Jane Doe LS 627 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06547-CRB

*Jane Doe LS 628 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06552-CRB

*Jane Doe LS 630 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06861

*Jane Doe LS 633 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07285-CRB

*Jane Doe LS 634 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07323-CRB

*Jane Doe LS 639 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07616-CRB

*Jane Doe LS 640 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07628-CRB

*Jane Doe LS 642 v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07894-CRB

*Jane Doe NLG (A.D.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07407-CRB

*Jane Doe NLG (J.D.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07482-CRB

*Jane Doe NLG (J.L.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07545-CRB

*Jane Doe NLG (N.T.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07540-CRB

*Jane Doe NLG (R.H.) v. Uber Technologies, Inc., et al.,* No. 3:25-cv-07403-CRB

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

*Jane Doe NLG (T.P.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07484-CRB

*Jane Doe NLG (V.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07467-CRB

*Jane Roe CL 192 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06608-CRB

*Jane Roe CL 201 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06826-CRB

*John Roe CL 202 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07377-CRB

*Jane Roe CL 204 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07472-CRB

*Jane Doe LS 15 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07862-CRB

*K.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07700-CRB

*M.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07831-CRB

*M.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07753-CRB

*R.N. 02 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07097-CRB

*S.S. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07149-CRB

*S.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07695-CRB

*T.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06734-CRB

*Jane Doe NLG (N.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08109-CRB

*Jane Doe NLG (D.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08258-CRB

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal with Prejudice (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, are subject to conversion of their dismissals without prejudice to dismissals with prejudice pursuant to Amended Pretrial Order ("PTO") No. 10.

The Court therefore hereby ORDERS as follows:

1. The dismissal of the claims of the Plaintiffs identified in Exhibit A to this Order are subject to conversion from without prejudice to dismissal with prejudice pursuant to Amended PTO 10 (ECF No. 4287). Accordingly, those Plaintiffs' claims are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____April 22_____, 2026



IT IS SO ORDERED

Judge Charles R. Breyer

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

**EXHIBIT A**

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 3976 | A.B. | Reich and Binstock | 3:25-cv-07699 |
| 3877 | A.D. | Reich and Binstock | 3:25-cv-07091 |
| 3962 | A.E. | Reich and Binstock | 3:25-cv-07668 |
| 3975 | C.F. | Reich and Binstock | 3:25-cv-07698 |
| 3487 | CLF T.M. | Clarkson Law Firm | 3:25-cv-04281 |
| 3994 | D.V. | Reich and Binstock | 3:25-cv-07747 |
| 3992 | J.K.R. | Reich and Binstock | 3:25-cv-07734 |
| 3786 | Jane Doe LS 618 | Levin Simes | 3:25-cv-06160 |
| 3791 | Jane Doe LS 619 | Levin Simes | 3:25-cv-06243 |
| 3790 | Jane Doe LS 620 | Levin Simes | 3:25-cv-06249 |
| 3792 | Jane Doe LS 621 | Levin Simes | 3:25-cv-06297 |
| 3793 | Jane Doe LS 622 | Levin Simes | 3:25-cv-06306 |
| 3823 | Jane Doe LS 625 | Levin Simes | 3:25-cv-06539 |
| 3828 | Jane Doe LS 626 | Levin Simes | 3:25-cv-06541 |
| 3824 | Jane Doe LS 627 | Levin Simes | 3:25-cv-06547 |
| 3825 | Jane Doe LS 628 | Levin Simes | 3:25-cv-06552 |
| 3914 | Jane Doe LS 630 | Levin Simes | 3:25-cv-06861 |
| 3920 | Jane Doe LS 633 | Levin Simes | 3:25-cv-07285 |
| 3968 | Jane Doe LS 634 | Levin Simes | 3:25-cv-07323 |
| 3972 | Jane Doe LS 639 | Levin Simes | 3:25-cv-07616 |
| 3973 | Jane Doe LS 640 | Levin Simes | 3:25-cv-07628 |
| 4055 | Jane Doe LS 642 | Levin Simes | 3:25-cv-07894 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 3950 | Jane Doe NLG (A.D.) | Nachawati Law Group | 3:25-cv-07407 |
| 3954 | Jane Doe NLG (J.D.) | Nachawati Law Group | 3:25-cv-07482 |
| 3959 | Jane Doe NLG (J.L.) | Nachawati Law Group | 3:25-cv-07545 |
| 3956 | Jane Doe NLG (N.T.) | Nachawati Law Group | 3:25-cv-07540 |
| 3949 | Jane Doe NLG (R.H.) | Nachawati Law Group | 3:25-cv-07403 |
| 3955 | Jane Doe NLG (T.P.) | Nachawati Law Group | 3:25-cv-07484 |
| 3951 | Jane Doe NLG (V.M.) | Nachawati Law Group | 3:25-cv-07467 |
| 3896 | Jane Roe CL 192 | Cutter Law | 3:25-cv-06608 |
| 3905 | Jane Roe CL 201 | Cutter Law | 3:25-cv-06826 |
| 4042 | Jane Roe CL 202 | Cutter Law | 3:25-cv-07377 |
| 4044 | Jane Roe CL 204 | Cutter Law | 3:25-cv-07472 |
| 4059 | John Doe LS 15 | Levin Simes | 3:25-cv-07862 |
| 3977 | K.H. | Reich and Binstock | 3:25-cv-07700 |
| 4001 | M.T. | Reich and Binstock | 3:25-cv-07831 |
| 3995 | M.W. | Reich and Binstock | 3:25-cv-07753 |
| 3879 | R.N.02 | Reich and Binstock | 3:25-cv-07097 |
| 3909 | S.S. | Wagstaff Law Firm | 3:25-cv-07149 |
| 3974 | S.W. | Reich and Binstock | 3:25-cv-07695 |
| 3843 | T.K. | Wagstaff Law Firm | 3:25-cv-06734 |
| 4104 | Jane Doe NLG (N.H.) | Nachawati Law Group | 3:25-cv-08109 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 4108; 4319 | Jane Doe NLG (D.S.) | Nachawati Law Group | 3:25-cv-08258 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB