**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31 |
| This Document Relates to: | |
| *Jane Doe NLG (MLP) v. Uber Technologies, Inc., et al., No. 3:25-cv-01717-CRB* | Judge: Honorable Charles R. Breyer |
| *Jane Doe (CH) v. Uber Technologies, Inc., et al., No. 3:24-cv-05340-CRB* | |
| *Jane Doe NLG (MG) v. Uber Technologies, Inc., et al., No. 3:24-cv-01714* | |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 31, the Court hereby GRANTS Plaintiffs' Motion for Reconsideration and AMENDS its Order Dismissing Cases for Failure to Comply with PTO 31 (ECF No. 5216) to remove Plaintiffs Jane Doe NLG (MLP), 3:25-cv-01717, Jane Doe CH, 3:24-cv-05340 and Jane Doe NLG (MG), 3:24-cv-01714.

**IT IS SO ORDERED.**

DATED:  April 22, 2026



HO_____
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

CASE NO. 3:23-MD-03084-CRB     [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 31