# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Roe CL 225 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09555-CRB

*Jane Doe NLG (M.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09589-CRB

*John Doe LS 16 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09767-CRB

*K.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09794-CRB

*A.W. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09818

*E.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09824-CRB

*Jane Doe NLG (A.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09839-CRB

*Jane Doe NLG (L.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09842-CRB

*Jane Roe CL 232 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09861-CRB

*Jane Doe LS 658 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09914-CRB

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

*Jane Roe CL 234 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09916-CRB

*A.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09768

*R.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10029-CRB

*AN.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10403-CRB

*J.T. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10434-CRB

*K.L. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10472

*J.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10624-CRB

*B.G. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10627-CRB

*M.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10650-CRB

*AP.P. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10659-CRB

*Sha.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10714-CRB

*Jane Roe CL 247 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10725-CRB

*Jane Roe CL 249 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10727-CRB

*Jane Doe DMA (N.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10736-CRB

*Jane Roe CL 250 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10737-CRB

*JE.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10742-CRB

*NE.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10743-CRB

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

*LU.L. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10746-CRB

*JA.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10749-CRB

*Jane Roe CL 252 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10758-CRB

*Sh.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10774-CRB

*N.MP. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10776-CRB

*Al.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10777-CRB

*K.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10778

*R.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10781-CRB

*D.A. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10856-CRB

*C.J. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10857-CRB

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), ECF 5382, the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1.      The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF 4287).

2.      Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: ___April 22___, 2026



HON.
United States District Judge

## EXHIBIT A

| MDLC ID | Case Number |
| --- | --- |
| 4477 | 3:25-cv-09555 |
| 4614 | 3:25-cv-09589 |
| 4461 | 3:25-cv-09767 |
| 4513 | 3:25-cv-09794 |
| 4515 | 3:25-cv-09818 |
| 4512 | 3:25-cv-09824 |
| 4623 | 3:25-cv-09839 |
| 4624 | 3:25-cv-09842 |
| 4484 | 3:25-cv-09861 |
| 4492 | 3:25-cv-09914 |
| 4486 | 3:25-cv-09916 |
| 4514 | 3:25-cv-09768 |
| None | 3:25-cv-10029 |
| 4616 | 3:25-cv-10403 |
| 4626 | 3:25-cv-10434 |
| 4628 | 3:25-cv-10472 |
| 4642 | 3:25-cv-10624 |
| 4644 | 3:25-cv-10627 |
| 4647 | 3:25-cv-10650 |
| 4650 | 3:25-cv-10659 |
| 4652 | 3:25-cv-10714 |
| 4671 | 3:25-cv-10725 |
| 4673 | 3:25-cv-10727 |
| 4630 | 3:25-cv-10736 |
| 4674 | 3:25-cv-10737 |
| 4662 | 3:25-cv-10742 |
| 4663 | 3:25-cv-10743 |
| 4665 | 3:25-cv-10746 |
| 4667 | 3:25-cv-10749 |
| 4676 | 3:25-cv-10758 |
| 4655 | 3:25-cv-10774 |
| 4657 | 3:25-cv-10776 |
| 4658 | 3:25-cv-10777 |
| 4659 | 3:25-cv-10778 |
| 4661 | 3:25-cv-10781 |
| 4653 | 3:25-cv-10856 |
| 4654 | 3:25-cv-10857 |