*Submitting counsel on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB-LJC |
| | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO PRODUCE DOCUMENTS PURSUANT TO 15 U.S.C. § 1681B(A)(1)** |
| | Magistrate Judge: Honorable Lisa J. Cisneros |
| This Document Relates to: | |
| All Cases | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD, AND TO HIRERIGHTAND ITS COUNSEL:**

Please take notice that on a date and time to be set by the Court, before the Honorable Lisa J. Cisneros in Courtroom G on the 15th Floor of the San Francisco Courthouse for the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs by and through the undersigned counsel, will and hereby do, move the Court for an Order pursuant to 15 U.S.C. § 1681b(a)(1) for the potential disclosure of consumer reports furnished to Defendant Uber Technologies, Inc. by third party HireRight.

**BACKGROUND**

**I.        The ISSP**

Throughout this litigation, Plaintiffs have sought to discovery the criminal history and sexual misconduct of the Uber drivers who sexually assaulted them (collectively "subject drivers") *and* whether that information was or should have been known by Uber. Ahead of the upcoming bellwether trials, Plaintiffs are attempting to develop a complete picture of the driver's past

- 1 -

misconduct history and the information available about this history through two main avenues: (1) background checks; and (2) the Industry Sharing Safety Program (ISSP).[1] Plaintiffs requested both kinds of documents from Uber as part of general and case-specific discovery.

Plaintiffs also requested documents related to the ISSP from Uber; however, given this background, Plaintiffs have no way of knowing whether these productions are complete. Plaintiffs need a complete picture of the subject drivers' prior history, including deactivations from other rideshare platforms for sexual conduct or physical assault resulting in fatalities and therefore need to ensure they have all ISSP-related documents.

## II.     HireRight Subpoena

Plaintiffs served HireRight LLC ("HireRight") with a subpoena on April 18, 2024. Hoefs Decl. Ex. A. The subpoena included ten document requests, including, as relevant here:

> 4. Please produce all documents relating to work HIRERIGHT has performed on Uber's behalf or at Uber's request relating to sexual assault, sexual misconduct, passenger safety, driver education, or training for Uber employees.
> …
> 8. Please produce all documents relating to the monitoring or auditing of driver background checks or criminal offenses on Uber's behalf or at Uber's request.

*Id.* HireRight made several productions responsive to the subpoena in 2025. Hoefs. Decl. Ex. B. On February 25, 2025, Plaintiffs indicated that production was incomplete because it did not contain "ISSP records for the drivers involved in bellwether cases… to the extent they exist." *Id.*

On February 27, 2025, counsel HireRight notified Plaintiffs that because it is a consumer reporting agency, it is prohibited from serving ISSP records on Plaintiffs except as provided in 15 U.S.C.§ 1681. *Id.* Counsel for HireRight notified Plaintiffs that because the rideshare companies participating in the ISSP are *not* consumer reporting agencies, they are not subject to the same

---

[1] The ISSP is a program through which Uber and Lyft share information about driver deactivation for past misconduct including sexual misconduct. [ECF 695 at 6–7] However, Uber and Lyft do not directly share this information but rather share the information through an intermediary, HireRight.*See What is the Industry Sharing Safety Program?* HIRERIGHT.COM, https://support.hireright.com/en-US/articles/what-is-the-industry-sharing-safety-program (last accessed April 7, 2026)

restrictions. *Id.* Uber's productions did not include ISSP notifications for any of the subject drivers at issue in this Motion. Hoefs Decl. ¶ 4. HireRight's confirmed it can produce "copies of the ISSP reports HireRight provided to Uber" upon receipt of a court order. Hoefs Decl. Ex. B.

## ARGUMENT

HireRight is a consumer reporting agency that potentially generated consumer reports (i.e., ISSP reports) on the Uber's drivers within the meaning of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 *et seq.* 15 U.S.C. § 1681a(d), (f) on behalf of Defendant Uber Technologies, Inc. Accordingly, HireRight "may furnish a consumer report" under the circumstances delineated by 15 U.S.C. § 1681b(a) "and no other." These circumstances include furnishing a report "in response to the order of a court." 15 U.S.C. § 1681b(a)(1); *Young v. Trans Union*, 616 Fed.Appx. 301, 302 (9th Cir. 2015) ("consumer reporting agencies may furnish consumer reports in response to a proper court order"). HireRight stated it could produce ISSP reports for subject drivers in response to Plaintiffs' subpoena upon receipt of a court order. Hoefs Decl. Ex. B. Here, the ISSP reports potentially generated for rideshare drivers that drove for both Lyft and Uber, are central to Plaintiffs' negligence claims, among others. *See* MCL ¶¶ 17, 160, 163, 165–66, 216, 365. Plaintiffs have sought complete records of the ISSP reports performed from Uber through party discovery but because Uber's case-specific productions have been lacking, Uber has not produced ISSP reports for all drivers, and Plaintiffs have no other way of determining whether additional reports exist, Plaintiffs need to obtain the ISSP reports directly from HireRight, which, in turn, requires a Court order. *See* 15 U.S.C. § 1681b(a)(1).

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an Order authorizing third party HireRight to produce consumer reports for the Subject Drivers in the identified cases, if in existence, generated on behalf of Defendant Uber Technologies, Inc.

Dated: April 22, 2026

Respectfully submitted,

By: /s/ Sarah R. London

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: April 22, 2026                         By:    */s/ Samantha Hoefs*

                                                       Samantha Hoefs