UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB <br><br> **DECLARATION OF SAMANTHA HOEFS IN SUPPORT OF MOTION FOR AN ORDER TO PRODUCE DOCUMENTS PURSUANT TO 15 U.S.C. § 1681B** |
| This Document Relates to: <br><br> All Cases | Judge: Hon. Lisa J. Cisneros |

1. I, Samantha Hoefs, declare and state as follows:

2. I am an attorney at Nigh Goldenberg Raso & Vaughn, PLLC, counsel for Plaintiffs, and admitted *pro hac vice* in *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*, 3:23-MD-03084-CRB.

3. I submit this Declaration in support of Plaintiffs' Motion for an Order to Produce Documents Pursuant to 15 U.S.C. § 1681b.

4. Uber's productions do not include Industry Sharing Safety Program records received from HireRight LLC for any of the Subject Drivers below:

| Case Number | Plaintiff | Subject Driver |
|---|---|---|
| 3:24-cv-07019 | LCHB128 | Felix Perez Rodriguez |
| 3:24-cv-07940 | B.L. | Edwin Castaneda Orozco |
| 3:24-cv-07821 | A. R. 2 | Hung Quang Le (aka Michael Le, aka Michale Le) |

5. Attached hereto as **Exhibit A** is a true and correct copy of the subpoena to HireRight, LLC served April 18, 2024.

6. Attached hereto as **Exhibit B** is a true and correct copy of email correspondence between Samantha Hoefs on behalf of Plaintiffs and Stephanie Morgan on behalf of HireRight, LLC dated March 14, 2024.

7. I certify under penalty of perjury that the foregoing is true and correct.

- 1 -

Dated: April 22, 2026

*/s/ Samantha Hoefs*
Samantha Hoefs

DECLARATION OF SAMANTHA HOEFS