**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 5894]** |
| This Document Relates to: | |
| *ALL ACTIONS* | Judge:      Hon. Lisa J. Cisneros |
| | Courtroom:  Courtroom G – 15th Floor |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 5894]

Case No. 3:23-MD-3084-CRB,

Having considered statement in support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Filed Under Seal, dated April 15, 2026, ECF 5894 ("Plaintiffs' Motion"), and Defendants' Statement in Support of Plaintiffs' Motion, dated April 22, 2026, ECF ____ ("Statement in Support"), the Court hereby ORDERS that the following materials remain under seal as requested in Defendants' Statement in Support:

| Document | Description | Defendants' Request |
|---|---|---|
| **Exhibit DX-4:** Excerpts of January 7, 2026 deposition of Sunny Wong | Confidential deposition testimony about S-RAD variables, thresholds, and trigger rates. | Seal in Part (100:8-101:1) |
| **Exhibit DX-7:** Exhibit 2059 to October 1, 2025 deposition of E. Bowman | Highly Confidential Emilie Boman deposition aid listing payments to third party organizations. | Seal in Full |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [ECF NO. 5894]

Case No. 3:23-MD-3084-CRB