Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| | Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with the Defendants' Motion for Sanctions for Plaintiff's Discovery Misconduct.

### Material To Be Filed Under Seal

The following materials contain information and documents designated by Plaintiff as confidential or otherwise reveal potentially confidential information related to Plaintiff.

| Document | Description | Designating Party |
|---|---|---|
| Motion For Sanctions for Plaintiff's Discovery Misconduct | Motion For Sanctions containing references to material designated confidential by Plaintiff | Plaintiff |
| Ex. 1 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS L.P. - 000001 – 000002, as produced on October 30, 2025 | Plaintiff |
| Ex. 2 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS - Synthia - 000001 – 000004_Redacted, as produced on July 16, 2025 | Plaintiff |
| Ex. 3 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS R.H. - 000001 – 000008, as produced on July 16, 2025 | Plaintiff |
| Ex. 4 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Plaintiff's Privilege Log, dated February 24, 2026 | Plaintiff |
| Ex. 5 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Guidry Email, dated February 24, 2026 | Plaintiff |
| Ex. 6 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS - Synthia - 000001 – 000014, as produced on April 1, 2026 | Plaintiff |

| Document | Description | Designating Party |
|---|---|---|
| Ex. 7 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - Email Communications - 000001 – 000006, as produced on July 2, 2025 | Plaintiff |
| Ex. 8 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - Email Communications - 000001 – 000006, as produced on April 1, 2026 | Plaintiff |
| Ex. 9 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS W.L. - 000001 – 000052, as revised on June 24, 2025 | Plaintiff |
| Ex. 10 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp SMS Lu.L. - 000006 – 000021_Redacted | Plaintiff |
| Ex. 11 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - Instagram Messages M.G. - 000001 – 000003 | Plaintiff |
| Ex. 12 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. SMS - Ashley Nakano - 000001 – 000004 | Plaintiff |
| Ex. 13 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. SMS - Ashley Nakano - 000001 – 000006 | Plaintiff |
| Ex. 14 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS L.L. - 000001 – 000010, as produced on April 30, 2025 | Plaintiff |
| Ex. 15 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS L.L. -000011 – 000047_Redacted | Plaintiff |
| Ex. 16 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Luther Email, dated April 8, 2026 | Plaintiff |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)

| Document | Description | Designating Party |
|---|---|---|
| Ex. 17 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS R.H. - 000001 – 000008, as produced February 24, 2026 | Plaintiff |
| Ex. 18 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS - Missy L. - 000001 – 000003, as produced April 1, 2026 | Plaintiff |
| Ex. 19 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - SMS T.R. - 000002 | Plaintiff |
| Ex. 20 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Plaintiff's Tenth Supplemental Interrogatory Responses, dated February 24, 2026 | Plaintiff |
| Ex. 21 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Excerpts of the deposition of M. Mechanic, dated November 22, 2025 | Plaintiff |
| Ex. 22 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Excerpts of the deposition of Plaintiff, dated June 25, 2025 | Plaintiff |
| Ex. 23 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Plaintiff's Eighth Supplemental Responses to Interrogatories, Set One, dated August 25, 2025 | Plaintiff |
| Ex. 24 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Opening Expert Report of M. Mechanic, dated September 26, 2025 | Plaintiff |
| Ex. 25 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Plaintiff's Ninth Supplemental Responses to Interrogatories, Set One, dated October 30, 2025 | Plaintiff |
| Ex. 26 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Document bearing Bates stamp B.L. - Baobab Psychiatry - 000012 | Plaintiff |
| Ex. 27 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Plaintiff's Ninth Supplemental Rule 26(A)(1) Initial Disclosures, dated February 24, 2026 | Plaintiff |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)

| Document | Description | Designating Party |
|---|---|---|
| Ex. 28 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Plaintiff's Tenth Supplemental Rule 26 Disclosures, dated March 31, 2026 | Plaintiff |
| Ex. 29 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Benfield Email, dated February 23, 2026 | Plaintiff |
| Ex. 30 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Benfield Email, dated October 16, 2025 | Plaintiff |
| Ex. 31 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Vives Email, dated April 7, 2026 | Plaintiff |
| Ex. 33 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Plaintiff's Privilege Log, dated June 27, 2025 | Plaintiff |
| Ex. 34 to Declaration of Laura Vartain Horn ISO Defendants' Motion for Sanctions | Plaintiff's Eleventh Supplemental Responses to Interrogatories, Set One, dated March 31, 2026 | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Laura Vartain Horn in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)

DATED:  April 22, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC

-6-

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)