Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | **[FILED UNDER SEAL]** |
| | Judge:     Hon. Charles R. Breyer<br>Courtroom:     6 – 17th Floor |
| | Judge:     Mag. Lisa J. Cisneros<br>Courtroom:     G – 15th Floor |

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 24-cv-7940-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [in connection with Uber's Motion for Sanctions for Plaintiff's Discovery Misconduct].

2. Attached as **Exhibit 1** is a true and correct copy of a Document bearing Bates stamp B.L. - SMS L.P. - 000001 – 000002, as produced on October 30, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of a Document bearing Bates stamp B.L. - SMS - Synthia - 000001 – 000004_Redacted, as produced on July 16, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of a Document bearing Bates stamp B.L. - SMS R.H. - 000001 – 000008, as produced on July 16, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of Plaintiff's Privilege Log, dated February 24, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of the Guidry Email, dated February 24, 2026.

7. Attached as **Exhibit 6** is a true and correct copy of a Document bearing Bates stamp B.L. - SMS - Synthia - 000001 – 000014, as produced on April 1, 2026.

8. Attached as **Exhibit 7** is a true and correct copy of a Document bearing Bates stamp B.L. - Email Communications - 000001 – 000006, as produced on July 2, 2025.

9. Attached as **Exhibit 8** is a true and correct copy of a Document bearing Bates stamp B.L. - Email Communications - 000001 – 000006, as produced on April 1, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of a Document bearing Bates stamp B.L. - SMS W.L. - 000001 – 000052, as revised on June 24, 2025.

11. Attached as **Exhibit 10** is a true and correct copy of a Document bearing Bates stamp SMS Lu.L. - 000006 – 000021_Redacted.

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 24-cv-7940-CRB (LJC)

12.     Attached as **Exhibit 11** is a true and correct copy of a Document bearing Bates stamp B.L. - Instagram Messages M.G. - 000001 – 000003.

13.     Attached as **Exhibit 12** is a true and correct copy of a Document bearing Bates stamp B.L. SMS - Ashley Nakano - 000001 – 000004.

14.     Attached as **Exhibit 13** is a true and correct copy of a Document bearing Bates stamp B.L. SMS - Ashley Nakano - 000001 – 000006.

15.     Attached as **Exhibit 14** is a true and correct copy of a Document bearing Bates stamp B.L. - SMS L.L. - 000001 – 000010, as produced on April 30, 2025.

16.     Attached as **Exhibit 15** is a true and correct copy of a Document bearing Bates stamp B.L. - SMS L.L. -000011 – 000047_Redacted.

17.     Attached as **Exhibit 16** is a true and correct copy of the Luther Email, dated April 8, 2026.

18.     Attached as **Exhibit 17** is a true and correct copy of a Document bearing Bates stamp B.L. - SMS R.H. - 000001 – 000008, as produced February 24, 2026.

19.     Attached as **Exhibit 18** is a true and correct copy of B.L. - SMS - Missy L. - 000001 – 000003, as produced April 1, 2026.

20.     Attached as **Exhibit 19** is a true and correct copy of a Document bearing Bates stamp B.L. - SMS T.R. - 000002.

21.     Attached as **Exhibit 20** is a true and correct copy of Plaintiff's Tenth Supplemental Interrogatory Responses, dated February 24, 2026.

22.     Attached as **Exhibit 21** is a true and correct copy of excerpts of the deposition of M. Mechanic, dated November 22, 2025.

23.     Attached as **Exhibit 22** is a true and correct copy of excerpts of the deposition of Plaintiff, dated June 25, 2025.

24.     Attached as **Exhibit 23** is a true and correct copy of Plaintiff's Eighth Supplemental Responses to Interrogatories, Set One, dated August 25, 2025.

25.     Attached as **Exhibit 24** is a true and correct copy of the Opening Expert Report of M. Mechanic, dated September 26, 2025.

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 24-cv-7940-CRB (LJC)

26.     Attached as **Exhibit 25** is a true and correct copy of Plaintiff's Ninth Supplemental Responses to Interrogatories, Set One, dated October 30, 2025.

27.     Attached as **Exhibit 26** is a true and correct copy of a Document bearing Bates stamp B.L. - Baobab Psychiatry - 000012.

28.     Attached as **Exhibit 27** is a true and correct copy of Plaintiff's Ninth Supplemental Rule 26(A)(1) Initial Disclosures, dated February 24, 2026.

29.     Attached as **Exhibit 28** is a true and correct copy of Plaintiff's Tenth Supplemental Rule 26 Disclosures, dated March 31, 2026.

30.     Attached as **Exhibit 29** is a true and correct copy of the Benfield Email, dated February 23, 2026.

31.     Attached as **Exhibit 30** is a true and correct copy of the Benfield Email, dated October 16, 2025.

32.     Attached as **Exhibit 31** is a true and correct copy of the Vives Email, dated April 7, 2026.

33.     Attached as **Exhibit 33** is a true and correct copy of Plaintiff's Privilege Log, dated June 27, 2025.

34.     Attached as **Exhibit 34** is a true and correct copy of Plaintiff's Eleventh Supplemental Responses to Interrogatories, Set One, dated March 31, 2026.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 22, 2026, in San Francisco, California.

/s/ Laura Vartain Horn
Laura Vartain Horn

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 24-cv-7940-CRB (LJC)