# EXHIBIT 5

| | |
|---|---|
| **From:** | Emma Guidry <eguidry@wagstafflawfirm.com> |
| **Sent:** | Tuesday, February 24, 2026 10:20 PM |
| **To:** | Benfield, Katie; Lambert, Haydn C.; Rachel Abrams; Sommer Luther |
| **Cc:** | Tara Doyle; UberBW@wagstafflawfirm.com; Bueno, Kim; Uber PW Bellwether; Trangle, Asher; John, Brady; Blake, Tara; Vartain, Laura; Vives, Michael; Cox, Christopher |
| **Subject:** | Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages |
| **Attachments:** | Plaintiff's Tenth Supplemental Responses to ROG.pdf; Plaintiff's Tenth Supplemental Responses to RFP.pdf; B.L. - SMS L.L. - 000048 - 000051.pdf; B.L. - Kihm Jones, LPC - 000001 - 000003.pdf; B.L. Ninth Supplemental Rule 26 Disclosure.pdf; B.J. - Instagram Messages M.G. - 000001 - 000003.pdf; B.L. - SMS - Synthia - 000001 - 000014.pdf; B.L. - SMS H.G. - 000001 - 000007.pdf; B.L. - SMS Lu.L. - 000006 - 000021.pdf; B.L. - SMS Pa.L. - 000001 - 000012.pdf; B.L. - SMS R.H. - 000001 - 000008.pdf; B.L. SMS - Ashley Nakano - 000001 - 000006.pdf; Privilege Log Produced 2.24.26.xlsx |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Please see below from B.L. team:

Katie:

As discussed in Friday's meet and confer, here are our responses to the discovery claims. Please note that we are also producing updated communications where we believe we could remove redactions, an updated privilege log reflecting these updates, and discovery responses.

- **Identities and Depositions of New Treaters and Updated Discovery Responses**: As you are aware, Plaintiff has sought treatment from additional mental health treatment providers since the close of fact discovery. Plaintiff supplemented her discovery responses in October with some additional providers. However, based on our review of records, Defendants believe there are additional mental health care providers Plaintiff has failed to identify. By Tuesday, 2/24/2026, please provide verified discovery responses identifying all mental health treatment providers Plaintiff has sought or received treatment from. As we discussed, we plan to request their records and depose Plaintiff's new treaters. I am not clear on if you intend to oppose these depositions or what perimeters you are proposing and would appreciate if you could confirm by tomorrow.

Regarding new treaters and updated discovery responses. You are correct that in October of 2025, Plaintiff supplemented her discovery responses and identified new mental health treatment providers. As of today, we are not aware of any other mental health treatment providers that have not been identified. We intend to update our Discovery Responses with any additional providers today.

With respect to the request for depositions (including mental health providers and the three collateral witnesses interviewed by Dr. Mechanic) – I do not agree with the representations that have been made thus far as it relates to Plaintiff's disclosures and if need be, we can go through a detailed timeline of disclosures in this case. However, we are willing to meet and confer regarding the scheduling of these depositions only and would propose a time limitation for all of the depositions, as previously applied in this case. At this point, we would propose an allocation of 5 hours for the completion all depositions requested (that is not a per deposition time limit)

- **Depositions of Additional Fact Witnesses and Updated Discovery Responses**: As we have discussed at multiple meet and confers and via email, we do not believe Plaintiff accurately or adequately identified a number of fact witnesses prior to the fact discovery cut-off. We only learned of this after the close of fact discovery when Dr. Mechanic disclosed that she had interviewed several of Plaintiff's friends and that their statements conflicted with what Plaintiff disclosed about their knowledge. We would like to depose the collateral source witnesses who have not yet been deposed and were not properly identified during the course of discovery (█████████████████████████████). *See* also email from me on 10/6/2025, 10/16/2025, etc. for additional explanation. Please provide updated discovery responses by Tuesday, 2/24/2026, with correct information about the scope of these witnesses knowledge. As I understand it, you oppose our requests for these depositions, and we intend to seek the Court's intervention.

<span style="color:red">Please see my notes above regarding the depositions. Plaintiff will update her Discovery Responses with additional information related to these witnesses.</span>

- **Redactions to Plaintiff Production Documents:** As discussed in our email exchanges on 10/16/2025, 10/30/2025, 11/17/2025, and 11/19/2025, etc.  and on several meet and confers, there are heavy redactions and/or omissions in Plaintiff's text, email, social media message, etc. productions. You previously submitted a "privilege log" asserting your objections to producing these documents in unredacted and/or complete form. We do not believe Plaintiff's objections are valid or that any of the materials are privileged, based on the authorities cited in Plaintiff's privilege log or based on our own research. We discussed this again on Friday. You indicated that you would review the productions and unredact some additional material. You confirmed that you would update Uber with any modifications and/or the basis for continued redactions no later than Tuesday, 2/24/2026.

<span style="color:red">Plaintiff is disclosing the following today:</span>

- <span style="color:red">████████████:</span>
  - <span style="color:red">These messages have been re-reviewed and there are no changes to the redactions to be made.</span>
- <span style="color:red">███████████</span>
  - <span style="color:red">These messages have been re-reviewed and we believe that it's appropriate to unredact some messages. We are disclosing amended communications and the corresponding privilege log, today, February 24, 2026.</span>
- <span style="color:red">█████████:</span>
  - <span style="color:red">These messages have been re-reviewed and we believe that it's appropriate to unredact some messages. We are disclosing amended communications and the corresponding privilege log, today, February 24, 2026.</span>
- <span style="color:red">████████</span>
  - <span style="color:red">These messages have been re-reviewed and there are no changes to the redactions to be made.</span>
- <span style="color:red">████████</span>
  - <span style="color:red">These messages have been re-reviewed and we believe that it's appropriate to unredact some messages. We are disclosing amended communications and the corresponding privilege log, today, February 24, 2026.</span>
- <span style="color:red">██████████</span>
  - <span style="color:red">These messages have been re-reviewed and there are no changes to the redactions to be made.</span>
- <span style="color:red">█████████</span>
  - <span style="color:red">These messages have been re-reviewed and there are no changes to the redactions to be made.</span>

- ███████

  - *These messages have been re-reviewed and we believe that it's appropriate to unredact some messages. We are disclosing amended communications and the corresponding privilege log, today, February 24, 2026.*

- ███████████

  - *These messages have been re-reviewed and we believe that it's appropriate to unredact some messages. We are disclosing amended communications and the corresponding privilege log, today, February 24, 2026.*

- █████████

  - *These messages have been re-reviewed and we believe that it's appropriate to unredact some messages. We are disclosing amended communications and the corresponding privilege log, today, February 24, 2026.*

- ██████████

  - *These messages have been re-reviewed and we believe that it's appropriate to unredact some messages. We are disclosing amended communications and the corresponding privilege log, today, February 24, 2026.*

- ████████

  - *These messages have been re-reviewed and we believe that it's appropriate to unredact some messages. We are disclosing amended communications and the corresponding privilege log, today, February 24, 2026.*

- **Authorizations:** Thank you for sending the authorizations earlier today. We are covered on that front for now.

- ████████ **Records:** Ms. ████ has notified Uber that it is her policy to only release records directly to patients. Per our medical records vendor, Plaintiff's records were mailed to her on or before 6/25/2025. My understanding based on prior meet and confers is that you are requesting these records. We have been requesting the records since August. Please supplement Plaintiff's production ASAP.

*As we discussed during our meet and confer, we are working to obtain these records and will provide the same upon receipt.*

- **Dr. Mechanic Deposition and Invoices:** We are in receipt of Dr. Mechanic's notes and assessment materials. As we shared on Friday's call, we note that Dr. Mechanic's notes include significant details not reflected in her report. Accordingly, Uber requests additional deposition time so that we may examine her about these late-disclosed materials. Further, we note that we have not received Dr. Mechanic's invoices as requested in her deposition notice, at the deposition, and in our 10/16/2025, 11/17/2025, and 11/19/2025 email messages, or our MTC. Please provide these materials as soon as possible.

*This is being handled on a global basis and we are working on this and will produce the same upon receipt.*

**Emma Guidry, ACP | *Wagstaff Law Firm***
**Senior Paralegal**
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 961-5788 | eguidry@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you**

must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.