# FILED UNDER SEAL
# EXHIBIT 11