[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | |
| This Document Relates to: | **DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF WHB 823'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF NO. 5896]** |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |
| | Judge:    Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|     Plaintiff, | Judge: Honorable Charles R. Breyer |
|   v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|     Defendants. | |

- 1 -

I, Sejal K. Brahmbhatt, declare:

1.      I am an attorney in the law firm of Williams, Hart & Boundas, LLP, and counsel for Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of Texas and am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff WHB 823's Statement in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Plaintiff's Statement"), ECF No. 5896.

2.      I have reviewed Defendants' Reply Brief in Support of Admission of Testimony of Mr. Richardson's Denial of Plaintiff's Allegations ("Reply Brief") that was filed at ECF 5897.

3.      The Reply Brief includes the sensitive details of WHB 823's private life.

4.      The significant privacy concerns of Plaintiff outweigh any minimal public interest in disclosure of her highly sensitive information. The public's interest in the case may be satisfied without revealing this information.

5.      The personal information regarding WHB 823's private life typifies the type of information that may be used by a third party to gratify private spite, promote scandal, or circulate libel.

6.      The disclosure of highly sensitive private information would harm WHB 823's legitimate privacy interests. Plaintiff's request is narrowly tailored to seal only sensitive personal information. There is no less restrictive alternative to sealing that would protect the legitimate privacy interests of Plaintiff, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2026 in Houston, Texas.


/s/ Sejal K. Brahmbhatt
Sejal K. Brahmbhatt

- 2 -

DECLARATION OF SEJAL K. BRAHMBHATT IN SUPPORT OF PLAINTIFF WHB 823'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [ECF NO. 5896] CASE NO. 23-MD-03084-CRB