**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Judge:    Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|         Plaintiff, | Judge: Honorable Charles R. Breyer |
|     v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|         Defendants. | |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMIN MOT. CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED CASE NO. 23:MD-03084-CRB

Having considered Defendants' April 16, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Reply Brief in Support of Admission of Testimony of Mr. Richardson's Denial of Plaintiff's Allegations (ECF 5897) | The sensitive details of WHB 823's private life at 2:14 and 9:8-9 |

**IT IS SO ORDERED.**

Dated: _____

_____

Hon. Charles R. Breyer
United States District Judge

- 2 -