John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE |
| This Document Relates to:<br><br>*WHB 1556 v. Uber Technologies, Inc., et al., No. 3:24-cv-05986-CRB* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

ORDER ON MOTION TO VACATE DISMISSAL
WITHOUT PREJUDICE

3:23-md-03084-CRB

Plaintiff's Motion to Vacate Dismissal Without Prejudice is **GRANTED** and the Order of Dismissal as to Plaintiff WHB 1556, No. *3:24-cv-05986-CRB,* [ECF 5216] is hereby **VACATED**.

**IT IS SO ORDERED.**

**Dated:** __April 23, 2026__



IT IS SO ORDERED

Judge Charles R. Breyer

_____
CHARLES R. BREYER
United States District Judge

ORDER ON MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE                                    3:23-md-03084-CRB