Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted Pro Hac Vice)
Christopher D. Cox (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Case No. 3:23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:          Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**: **PLEASE TAKE NOTICE** Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether certain materials should be sealed. Defendants file these materials under seal because they have been produced and marked Confidential or Highly Confidential – Attorneys' Eyes Only or contain references to documents produced and marked as confidential by Plaintiffs.

### Material To Be Filed Under Seal

The materials to be filed under seal are certain exhibits in Support of Defendants' portion of the Joint Submission Regarding the Parties' Position Statements on Amendment of Pretrial Order No. 10. Defendants respectfully ask the Court to consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| **Joint Submission Regarding Amendment of Pretrial Order No. 10** | Portion of Joint Submission describing Highly Confidential – Attorneys' Eyes Only deposition testimony | Plaintiffs |
| **C. Cotton Declaration** | Portion of Declaration describing Highly Confidential – Attorneys' Eyes Only deposition testimony | Plaintiffs |
| **Exhibit B to C. Cotton Declaration** | Excerpt of transcript of April 7, 2026 deposition of Plaintiff N.C., designated as Highly Confidential – Attorneys' Eyes Only | Plaintiffs |
| **Exhibit C to C. Cotton Declaration** | Excerpt of transcript of March 19, 2026 deposition of Plaintiff D.P., designated as Highly Confidential – Attorneys' Eyes Only | Plaintiffs |

1

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1.  The Declaration of Daniel Cummings in Support of this Motion; and

2.  A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: April 23, 2026

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: /s/ Daniel Cummings

DANIEL CUMMINGS (Admitted Pro Hac Vice)
decummings@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted Pro Hac Vice)
oot@shb.com
SHOOK, HARDY & BACON L.L.P.
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL

Case No. 3:23-md-03084-CRB