Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted Pro Hac Vice)
Christopher D. Cox (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *ALL ACTIONS* | |
| | Judge:     Hon. Charles R. Breyer |
| | Courtroom:  6 – 17th Floor |

DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-md-03084-CRB

I, Daniel Cummings, declare:

1.      I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, (collectively, "Uber"). I am a member in good standing of the Bars of the States of Missouri, Kansas, and Nebraska. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal, dated April 23, 2026.

2.      Because the materials at issue were designated Highly Confidential–Attorneys' Eyes Only by Plaintiffs, or describe materials designated Highly Confidential–Attorneys' Eyes Only by Plaintiffs, Defendants filed the following under seal:

| Document | Description | Requesting Party |
|---|---|---|
| **Joint Submission Regarding Amendment of Pretrial Order No. 10** | Portion of Joint Submission describing Highly Confidential – Attorneys' Eyes Only deposition testimony | Plaintiffs |
| **C. Cotton Declaration** | Portion of Declaration describing Highly Confidential – Attorneys' Eyes Only deposition testimony | Plaintiffs |
| **Exhibit B to C. Cotton Declaration** | Excerpt of transcript of April 7, 2026 deposition of Plaintiff N.C., designated as Highly Confidential – Attorneys' Eyes Only | Plaintiffs |
| **Exhibit C to C. Cotton Declaration** | Excerpt of transcript of March 19, 2026 deposition of Plaintiff D.P., designated as Highly Confidential – Attorneys' Eyes Only | Plaintiffs |

DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-3084-CRB

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April, 2026.

By: /s/ *Daniel Cummings*
**Daniel Cummings**

2
DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-md-03084-CRB