# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*ALL ACTIONS*

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER RE:
ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE FILED UNDER
SEAL**

Judge:        Hon. Charles R. Breyer
Courtroom:   6 – 17th Floor

Having considered Defendants' April 23, 2026 Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| **Joint Submission Regarding Amendment of Pretrial Order No. 10** | Portion of Joint Submission describing Highly Confidential – Attorneys' Eyes Only deposition testimony | Plaintiffs |
| **C. Cotton Declaration** | Portion of Declaration describing Highly Confidential – Attorneys' Eyes Only deposition testimony | Plaintiffs |
| **Exhibit B to C. Cotton Declaration** | Excerpt of transcript of April 7, 2026 deposition of Plaintiff N.C., designated as Highly Confidential – Attorneys' Eyes Only | Plaintiffs |
| **Exhibit C to C. Cotton Declaration** | Excerpt of transcript of March 19, 2026 deposition of Plaintiff D.P., designated as Highly Confidential – Attorneys' Eyes Only | Plaintiffs |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Charles R. Breyer
United States District Judge

1

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL

Case No. 3:23-MD-3084-CRB