**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB <br><br> MDL No. 3084 |
| This Document Relates to: <br><br> *B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF NO. 5920]** <br><br> Honorable Charles R. Breyer |

Having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [ECF 5920], the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions (ECF 5919) | Quotations from plaintiff's text messages including the details of B.L.'s private life at p. 2, lines 19-20, and p. 7, lines 2-4 which are highly personal and in which the public has no interest. |
| Ex. A to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint | B.L.'s text messages with a third party containing the name of third parties, the details |

| | |
|---|---|
| PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions (ECF 5919-1) | of B.L.'s private life, and the details of B.L.'s mental health history |
| Ex. B to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions (ECF 5919-2) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history |
| Ex. C to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions (ECF 5919-3) | Emails between counsel containing:<br>• The names of third parties at p. 2, 3, 4, 11, 12, 13, 14, 16, 17, 18, 19, 20, 24<br>• The details of B.L.'s private life at p. 12, 13, 24 |
| Ex. D to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions (ECF 5919-4) | Emails between counsel containing:<br>• The names of third parties at p. 1, 2, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16<br>• The details of B.L.'s private life at p. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16<br>• The name of B.L. at p. 3, 4, 5, 7 |
| Ex. F to Declaration of Katelyn Marshall Benfield in Support of Defendants' Administrative Motion for Leave to File Joint PTO 8 Letter Regarding Plaintiff's Improper Use of Redactions (ECF 5919-6) | Emails between counsel containing:<br>• The names of third parties at p. 1, 2<br>• The details of B.L.'s private life at p. 1, 2 |

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge