DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AND ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5 (ECF 5979)** |
| This Document Relates to: | |
| *J.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00207-CRB*; and* | |
| *D.Y. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00213-CRB | Judge: Honorable Charles R. Breyer |

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AND ORDER REGARDING DEFENDANT'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5 (ECF 5979)**

Pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Court's Order of April 23, 2026 (Dkt. #5979), the Plaintiffs, J.C. (MDL# 5096) and D.Y. (MDL# 5197), and their counsel, hereby give notice that the above-captioned actions are dismissed, without prejudice, against all Defendants.

Dated: April 24, 2026

Respectfully submitted,

By: */s/ Andrew Holcomb*
DENNIS C. REICH (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, April 24, 2026, I electronically transmitted the foregoing Notice of Dismissal to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Andrew Holcomb*
Andrew Holcomb