Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:          Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor |

1

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:23-MD-03084-CRB

I, Laura Vartain Horn, declare as follows:

1.  I am a partner at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [in connection with Joint Discovery Letter Regarding Deficient Productions by Plaintiff B.L.].

2.  Attached as **Defendants' Exhibit A** is a true and correct copy of Index of Deficiencies in Plaintiff's Production Materials.

3.  Attached as **Defendants' Exhibit B** is a true and correct copy of Uber's Requests for Production, Set One (sealed in full).

4.  Attached as **Defendants' Exhibit C** is a true and correct copy of 10/16/25 Benfield Email (sealed in full).

5.  Attached as **Defendants' Exhibit D** is a true and correct copy of B.L. - Email Communications - 000001 - 000006 (sealed in full).

6.  Attached as **Defendants' Exhibit E** is a true and correct copy of Plaintiff's Initial Privilege Logs (sealed in full).

7.  Attached as **Defendants' Exhibit F** is a true and correct copy of 2/23/26 Benfield Email (sealed in full).

8.  Attached as **Defendants' Exhibit G** is a true and correct copy of 2/24/26 Guidry Email (sealed in full).

9.  Attached as **Defendants' Exhibit H** is a true and correct copy of Plaintiff's Updated Privilege Log (sealed in full).

10.  Attached as **Defendants' Exhibit I** is a true and correct copy of B.L. - SMS - Synthia - 000001 – 000004 as produced 7/16/25 (sealed in full).

11.  Attached as **Defendants' Exhibit J** is a true and correct copy of B.L. - SMS - Synthia - 000001 – 000014 as produced 2/24/26 (sealed in full).

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-03084-CRB

12.     Attached as **Defendants' Exhibit K** is a true and correct copy of B.L. - SMS - Synthia - 000001 – 000014 as produced 4/1/26 (sealed in full).

13.     Attached as **Defendants' Exhibit L** is a true and correct copy of BL-SMS-JH00001 (sealed in full).

14.     Attached as **Defendants' Exhibit M** is a true and correct copy of B.L.-SMS Pa.L.-000001-12 (sealed in full).

15.     Attached as **Defendants' Exhibit N** is a true and correct copy of B.L.-Instagram Messages M.G.-000001 (sealed in full).

16.     Attached as **Defendants' Exhibit O** is a true and correct copy of B.L. SMS-Ashley Nakano-00001-4 (sealed in full).

17.     Attached as **Defendants' Exhibit P** is a true and correct copy of B.L. SMS-Ashley Nakano-000001-6 (sealed in full).

18.     Attached as **Defendants' Exhibit Q** is a true and correct copy of Excerpts from the 6/25/25 Deposition of Plaintiff B.L. (sealed in full).

19.     Attached as **Plaintiff's Exhibit 1** is a true and correct copy of Plaintiff's Discovery Responses (sealed in full).

20.     Attached as **Plaintiff's Exhibit 2** is a true and correct copy of Chart of Text Messages Disclosed (sealed in full).

Dated: April 26, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

VARTAIN DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-03084-CRB