Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Judge:        Hon. Charles R. Breyer<br>Courtroom:   Courtroom 6 – 17th Floor |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB

Having considered Defendants' April 26, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [in connection with Joint Discovery Letter Regarding Deficient Productions by Plaintiff B.L.], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L.. | Joint Discovery Letter | Plaintiff |
| Defendants' Ex. A to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | Index of Deficiencies in Plaintiff's Production Materials | Plaintiff |
| Defendants' Ex. B to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | Uber's Requests for Production, Set One | Plaintiff |
| Defendants' Ex. C to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | 10/16/25 Benfield Email | Plaintiff |
| Defendants' Ex. D Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | B.L. - Email Communications - 000001 - 000006 | Plaintiff |
| Defendants' Ex. E to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | Plaintiff's Initial Privilege Logs | Plaintiff |
| Defendants' Ex. F to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | 2/23/26 Benfield Email | Plaintiff |
| Defendants' Ex. G to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | 2/24/26 Guidry Email | Plaintiff |
| Defendants' Ex. H to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | Plaintiff's Updated Privilege Log | Plaintiff |
| Defendants' Ex. I to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | B.L. - SMS - Synthia - 000001 – 000004 as produced 7/16/25 | Plaintiff |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Ex. J to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | B.L. - SMS - Synthia - 000001 – 000014 as produced 2/24/26 | Plaintiff |
| Defendants' Ex. K to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | B.L. - SMS - Synthia - 000001 – 000014 as produced 4/1/26 | Plaintiff |
| Defendants' Ex. L to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | BL-SMS-JH00001 | Plaintiff |
| Defendants' Ex. M to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | B.L.-SMS Pa.L.-000001-12 | Plaintiff |
| Defendants' Ex. N to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | B.L.-Instagram Messages M.G.-000001 | Plaintiff |
| Defendants' Ex. O to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | B.L. SMS-Ashley Nakano-00001-4 | Plaintiff |
| Defendants' Ex. P to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | B.L. SMS-Ashley Nakano -000001-6 | Plaintiff |
| Defendants' Ex. Q to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | Excerpts from the 6/25/25 Deposition of Plaintiff B.L. | Plaintiff |
| Plaintiff's Ex. 1 to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | Plaintiff's Discovery Responses | Plaintiff |
| Plaintiff's Ex. 2 to Joint PTO 8 Letter Regarding Deficient Productions By Plaintiff B.L. | Chart of Text Messages Disclosed | Plaintiff |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB

**IT IS SO ORDERED.**

Dated:_____                    _____

                                                  Hon. Charles R. Breyer
                                                  United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 3:23-MD-3084-CRB