# EXHIBIT A
# FILED UNDER SEAL

# EXHIBIT B
# FILED UNDER SEAL

# EXHIBIT C
# FILED UNDER SEAL

# EXHIBIT D
# FILED UNDER SEAL

# EXHIBIT E
# FILED UNDER SEAL

# EXHIBIT F

# FILED UNDER SEAL

# EXHIBIT G
# FILED UNDER SEAL

# EXHIBIT H

# FILED UNDER SEAL

# EXHIBIT I
# FILED UNDER SEAL

# EXHIBIT J

# FILED UNDER SEAL

# EXHIBIT K
# FILED UNDER SEAL

# EXHIBIT L

# FILED UNDER SEAL

# EXHIBIT M
# FILED UNDER SEAL

# EXHIBIT N

# FILED UNDER SEAL

# EXHIBIT O
# FILED UNDER SEAL

# EXHIBIT P

# FILED UNDER SEAL

# EXHIBIT Q
# FILED UNDER SEAL

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL