RACHEL ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No.: 3:23-MD-03084-CRB |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| *Keisha Grier v. Uber Technologies, Inc., et al.* (Individual Case No: 3:23-cv-05960) | Judge: Hon. Charles R. Breyer |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Keisha Grier, by and through undersigned counsel, hereby voluntarily dismisses all claims against all Defendants in this action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: April 27, 2026

Respectfully submitted,

By: _____
RACHEL ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2026, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By:     /s/ *Rachel Abrams*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE