*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Details |
|---|---|---|---|---|---|
| 2193 | 3:24-cv-05693 | Williams Hart & Boundas, LLP | Missing Production | 5/30/2025 | The parties met and conferred between 2/25/2026 to 2/27/2026 and 3/30/2026 to 4/1/2026, but were unable to resolve the dispute.  Plaintiff verified in her PFS that she communicated in writing with the independent driver of the subject trip.  Plaintiff then claimed that she no longer possesses those communications.  During the meet and confer, Plaintiff's counsel was notified that Amended PTO 10 requires them to either produce the responsive communications or provide a verified amended PFS stating that Plaintiff no longer possesses the responsive documents.  As of 4/27/2026, Plaintiff has failed to cure their deficiency in accordance with Amended PTO 10. |
| 2234 | 3:24-cv-05346 | Nachawati Law Group | Missing Verification | 7/11/2025 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it.  No follow up communications have been received from Plaintiff's counsel. |
| 3687 | 3:25-cv-05477 | Nachawati Law Group | Missing Release | 8/14/2025 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it.  No follow up communications have been received from Plaintiff's counsel. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Details |
|---|---|---|---|---|---|
| 3733 | 3:25-cv-05814 | Nachawati Law Group | Missing Release | 9/16/2025 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it. No follow up communications have been received from Plaintiff's counsel. |
| 3752 | 3:25-cv-05972 | Nachawati Law Group | Missing Verification | 9/2/2025 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it. No follow up communications have been received from Plaintiff's counsel. |
| 3845 | 3:25-cv-06222 | Nachawati Law Group | Missing Verification | 9/2/2025 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it. No follow up communications have been received from Plaintiff's counsel. |
| 3852 | 3:25-cv-06478 | Nachawati Law Group | Missing Release, Missing Verification | 9/23/2025 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it. No follow up communications have been received from Plaintiff's counsel. |
| 3857 | 3:25-cv-06504 | Nachawati Law Group | Missing Verification | 9/23/2025 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it. No follow up communications have been received from Plaintiff's counsel. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Details |
|---|---|---|---|---|---|
| 3948 | 3:25-cv-07400 | Nachawati Law Group | Failed to Answer Questions 19 and 20 | 2/18/2026 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it.  No follow up communications have been received from Plaintiff's counsel. |
| 3958 | 3:25-cv-07543 | Nachawati Law Group | Missing Release, Missing Production | 2/18/2026 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it.  No follow up communications have been received from Plaintiff's counsel. |
| 3961 | 3:25-cv-07665 | Reich & Binstock, LLP | Missing Release | 10/28/2025 | Uber requested a meet and confer on 3/30/2026 and 4/1/2026, but has not received a response. |
| 4188 | 3:25-cv-09845 | Nachawati Law Group | Missing Release | 2/20/2026 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel acknowledged the deficiency and indicated that they were working to cure it.  No follow up communications have been received from Plaintiff's counsel. |
| 4302 | 3:25-cv-09061 | Peiffer Wolf Carr Kane | Missing Release | 12/8/2025 | Meet & confer occurred on 4/6/2026; Plaintiff's counsel indicated that they were working to cure it.  No follow up communications have been received from Plaintiff's counsel. |