**WAGSTAFF LAW FIRM**
Sommer D. Luther *
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*TA.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01967-CRB | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor |

Plaintiff TA.W., by and through undersigned counsel, hereby provides notice that the above-captioned action has been dismissed without prejudice in accordance with the Court's Order regarding Defendants' Motion to Enforce the Court's Prior Orders, dated April 23, 2026 (ECF 5972).

Dated: April 27, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated:  April 27, 2026

/s/ <i>Sommer D. Luther</i>
Sommer D. Luther

NOTICE OF DISMISSAL WITHOUT PREJUDICE