**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO BAR #35053*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to: | |
| *S.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10918-CRB | Judge:   Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |
| *T.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-11021-CRB | Date:   June 12, 2026<br>Time:   10:00 a.m.<br>Courtroom:   6 – 17th Floor |
| *ST.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-11024-CRB | |
| *A.L. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-11049-CRB | |
| *G.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-11050-CRB | |

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of WLF Plaintiffs' Response to Defendants' Motion to

Dismiss Cases for Failure to Comply with Amended PTO 10 [Dkt 5891]:

**S.T. [4691]**

3. WLF lost contact with Plaintiff S.T. at the beginning of 2026.

4. Since that date, multiple contact attempts have been made, including at least 25 phone calls, 26 emails, 2 letters, and 24 text messages.

5. Efforts continue to reach Plaintiff S.T.

**T.H. [4738]**

6. WLF lost contact with Plaintiff T.H. in the summer of 2025.

7. Since that date, multiple contact attempts have been made, including at least 34 phone calls, 33 emails, 3 letters, and 31 text messages.

8. Efforts continue to reach Plaintiff T.H.

**ST.H. [4742]**

9. WLF lost contact with Plaintiff ST.H. at the beginning of 2026.

10. Since that date, multiple contact attempts have been made, including at least 24 phone calls, 19 emails, 1 letter, and 10 text messages.

11. Efforts continue to reach Plaintiff ST.H.

**A.L. [4739]**

12. WLF lost contact with Plaintiff A.L. in the fall of 2025.

13. Since that date, multiple contact attempts have been made, including at least 34 phone calls, 24 emails, 2 letters, and 24 text messages.

14. Efforts continue to reach Plaintiff A.L.

**G.G. [4740]**

15. Multiple contact attempts have been made reach Plaintiff G.G., including at least 26 phone calls, 24 emails, 2 letters, and 24 text messages.

16. Efforts continue to reach Plaintiff G.G.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Executed this 28 day of April, 2026, in Denver, Colorado.

_____
Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10