Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
Lucs P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS LAW GROUP, P.C**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipslaw.com
Email: lucas.frei@phillipslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIF
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| *JANE DOE PLG (V.C);* *v. Uber Technologies, Inc., et al.* **This Document Relates to:** | |
| | **NOTICE OF FILING OF NEW ACTION** |
| **3:26-cv-03689-CRB** | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on April 28, 2026.

Dated: April 28, 2026          **PHILLIPS LAW GROUP**

*/s/ Timothy G. Tonkin*
*Appearance Pro Hac Vice*
Lucs P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons (NY Bar No. 5464524)
*Appearance Pro Hac Vice*
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012

1

Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipslaw.com
Email: lucas.frei@phillipslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**COUNSEL FOR PLAINTIFF**

NOTICE OF FILING OF NEW ACTION