[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL |
| This Document Relates to: | Judge:          Hon. Charles R. Breyer |
| *WHB 823v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Courtroom:     6 – 17th Floor |
| | Date Filed: March 20, 2026 |
| | Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | Case No.  3:25-cv-00737-CRB |
| Plaintiff, | Judge:          Hon. Charles R. Breyer |
| v. | Courtroom:     501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [WHB 823's Motion for Partial Summary Judgment] ("Statement"), the Court hereby **ORDERS** that the following portions of the Plaintiff's Motion for Partial Summary Judgment filings remain under seal, as requested in Uber's Statement:

| Document | Text to Be Sealed |
|---|---|
| Ex. X to Plaintiff's Motion for Partial Summary Judgment (Vartain Decl. Ex. 1) (ECF No. 5466-18) | 35:14-37:3 |

**IT IS SO ORDERED.**

DATED: April 28, 2026

By:

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)