**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ALISON REMINICK, M.D. AND EXHIBITS** |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|      Plaintiff, | Judge: Honorable Charles R. Breyer |
|      v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|      Defendants. | |

Having considered Plaintiff's March 10, 2026, Administrative Motion to File Under Seal Portions of Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D. and

Exhibits, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| [UNREDACTED] Exhibit A- Portions of Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Motion to Exclude Expert Testimony of Alison Reminick, M.D. containing the mental health history and intimate aspects of Plaintiff WHB 823's personal life. |
| [UNREDACTED] Exhibit 1 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Expert report of Alison Reminick containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. |
| [UNREDACTED] Exhibit 2 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Excerpts from the deposition of Alison Reminick containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. |
| [UNREDACTED] Exhibit 3 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Rebuttal report of Alison Reminick containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. |
| [UNREDACTED] Exhibit 4 to Plaintiff's Motion to Exclude Expert Testimony of Alison Reminick, M.D | Expert report of Heleya Rad containing the mental health history of Plaintiff, intimate aspects of Plaintiff's life, and the names of third parties. |

**IT IS SO ORDERED.**

Dated: April 28, 2026

_____
HON. CHARLES R. BREYER
United States District Judge