ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* *K.S.02,        an        individual v.                  UBER TECHNOLOGIES,   INC., et al.,  3:26-cv-00975-CRB* | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on January 30, 2026.

///

///

///

CASE NO. 3:23-md-03084-CRB                1        NOTICE OF FILING OF NEW ACTION

Dated: April 28, 2026                    Respectfully submitted,

                                          By: */s/ Roopal P. Luhana*
                                          ROOPAL P. LUHANA (*admitted PHV*)
                                          **Chaffin Luhana LLP**
                                          600 Third Avenue
                                          12th Floor
                                          New York, NY 10016
                                          Telephone: (888) 480-1123
                                          Facsimile: (888) 499-1123
                                          Email: luhana@chaffinluhana.com

                                          *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

                                          */s/ Roopal P. Luhana*
                                          Roopal P. Luhana