Ellyn Hurd (*Pro Hac Vice)*
Jo Anna Pollock *(Pro Hac Vice)*
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: (800) 479-9533
Facsimile: (618) 259-2251
Email: ehurd@simmonsfirm.com
Email: jpollack@simmonsfirm.com

*Attorneys for Plaintiff SHC (M.G.)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **NOTICE OF FILING OF NEW ACTION** |
| *SHC (M.G.) v. Uber Technologies, Inc., et al.* Case No: 3:26-cv-02065-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on March 10, 2026.

Dated: April 28, 2026

By: */s/ Ellyn Hurd*
Ellyn Hurd (*Pro Hac Vice)*
Jo Anna Pollock *(Pro Hac Vice)*
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: (800) 479-9533
Facsimile: (618) 259-2251
Email: ehurd@simmonsfirm.com
Email: jpollack@simmonsfirm.com

*Attorney for Plaintiff SHC (M.G.)*

## CERTIFICATE OF SERVICE

I, Ellyn Hurd, hereby certify that on April 28, 2026, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


*/s/ Ellyn Hurd*
Ellyn Hurd

NOTICE OF FILING OF NEW ACTION – CASE NO. 3:23-md-03084-CRB