**WAGSTAFF LAW FIRM**
Sommer D. Luther *
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *JE.H. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10742-CRB | Courtroom: 6 – 17th Floor |

Plaintiff JE.H., by and through undersigned counsel, hereby provides notice that the above-captioned action has been dismissed without prejudice in accordance with the Court's Order granting Defendants' Motion to Dismiss Cases for Failure to Comply with Amended Pretrial Order No. 10, dated April 22, 2026 (ECF 5958).

Dated: April 28, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: April 28, 2026

/s/ *Sommer D. Luther*
Sommer D. Luther

2
NOTICE OF DISMISSAL WITHOUT PREJUDICE