Case 3:23-md-03084-CRB    Document 6042    Filed 04/29/26    Page 1 of 2

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street,
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>~~[PROPOSED]~~ **ORDER**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

Case No. 3.23-md-03084-CRB

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Motion for Entry of Fifth Receipts Order and Accompanying Documents, the Court hereby **ORDERS** that the following portions of the filings remain under seal, as requested in Uber's Motion:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| March 11, 2026 Motion for (1) Entry of an Order to Show Cause Why 3 Plaintiffs Who Have Submitted Non-Bona Fide Receipts Should Not Be Dismissed with Prejudice and (2) Allowing Limited Depositions of 3 Plaintiffs Referenced Herein | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies, Inc.; Rasier LLC; and Rasier-CA, LLC |
| March 11, 2026 Declaration of Brett D. Harrison and FTI | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies, Inc.; Rasier LLC; and Rasier-CA, LLC |
| March 11, 2026 Exhibits to the Declaration of Christopher V. Cotton | Personal identifying information, specifically the names, addresses, contact information, and financial information | Uber Technologies, Inc.; Rasier LLC; and Rasier-CA, LLC |

**IT IS SO ORDERED.**

DATED: April 29, 2026

By: _____
Hon. Charles R. Breyer
United States District Court Judge

2
[PROPOSED] ORDER

Case No. 3.23-md-03084-CRB