**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | ~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S  ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer |
| *WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Courtroom:   6 – 17th Floor |
| | Date Filed: March 12, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants. | CASE NO. 3:25-cv-00737-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S  ADMINISTRATIVE MOTION TO SEAL** |
| | Judge:        Hon. Charles R. Breyer |
| | Courtroom:   501 |

~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB

Having considered Defendants Uber Technologies, Inc. and Rasier, LLC's (collectively, "Uber") Administrative Motion to Seal Certain Materials Attached to Uber's Administrative Motion for Leave to Depose Mr. D.Y. (the "Motion"), the Court hereby **ORDERS** that the following portions of the Administrative Motion for Leave filings remain under seal, as requested in Uber's Motion:

| Document | Text to Be Sealed |
|---|---|
| Ex. B | PII in Plaintiff WHB 823's First Amended Responses to Defs' Interrogatories, Set 1 |
| Ex. C | PII in Deposition Transcript of Mr. N.Y., dated July 17, 2025 |
| Ex. D | PII in Deposition Transcript of Mr. T.L., dated July 31, 2025 |
| Ex. E | PII in Deposition Transcript of Ms. A.W., dated July 23, 2025. |
| Ex. F | PII in Deposition Transcript of Dr. J.S., dated August 29, 2025 |
| Ex. G | PII in Deposition Transcript of Plaintiff WHB 823, dated July 7, 2025 |

**IT IS SO ORDERED.**

DATED: April 29, 2026



By: _____
United States District Judge
IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB