**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

_____

This Document Relates to:

*WHB 823 v. Uber Technologies, Inc.,*
N.D. Cal. No. 3:24-cv-04900
W.D.N.C. No. 3:25-cv-00737

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL PORTIONS OF
PLAINTIFF'S OMNIBUS MOTIONS IN
LIMINE AND EXHIBITS**

Having considered Plaintiff's December 16, 2025 Administrative Motion to File Under Seal Portions of Plaintiff's Omnibus Motions in Limine and Exhibits, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Exhibit | Description of Material to Be Sealed |
|---|---|
| Portions of Plaintiff's Omnibus Motions in Limine | References to intimate aspects of Plaintiff's personal life, references to names of third parties |
| Exhibit 2 to Plaintiff's Omnibus Motions in Limine | References to Plaintiff WHB 823's name |
| Exhibit 5 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of Plaintiff WHB 823 |
| Exhibit 6 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party A.W.L. |
| Exhibit 7 to Plaintiff's Omnibus Motions in Limine | Rebuttal Report of Dr. A. Reminick |
| Exhibit 8 to Plaintiff's Omnibus Motions in Limine | Expert Report of Dr. A. Reminick |
| Exhibit 9 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000092 |
| Exhibit 10 to Plaintiff's Omnibus Motions in Limine | Supplemental deposition transcript of Plaintiff WHB 823 |
| Exhibit 11 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party M.M. |
| Exhibit 12 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party T. L. |
| Exhibit 13 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party N.Y. |
| Exhibit 14 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000081 |
| Exhibit 15 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000089 |
| Exhibit 16 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. FCSO-000084 |
| Exhibit 17 to Plaintiff's Omnibus Motions in Limine | Document with the bates no. OVBHS-000001 |
| Exhibit 18 to Plaintiff's Omnibus Motions in Limine | Deposition transcript of third party J.S. |

**IT IS SO ORDERED.**

Dated:  April 29, 2026

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF'S OMNIBUS MOTIONS IN LIMINE AND EXHIBITS
Case No. 23-md-03084-CRB