**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF NO. 5963]**<br><br>Honorable Charles R. Breyer |

Having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [ECF 5963], the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Motion for Sanctions for Plaintiff's Discovery Misconduct (ECF 16) | Quotations from plaintiff's text messages including the details of B.L.'s private life at p. 2, lines 19-20, and p. 7, lines 2-4 which are highly personal and in which the public has no interest. |
| Ex. 1 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-2) | B.L.'s text messages with a third party containing the names of B.L. and third parties, |

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL [ECF NO. 5963]
MDL NO. 3084 CRB, CASE NO. 24-CV-7940

| | |
|---|---|
| | the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 2 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-3) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 3 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-4) | B.L.'s text messages with a third party containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 4 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-5) | B.L.'s Privilege Log containing the names of third parties. |
| Ex. 5 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-6) | Emails between counsel containing the names of third parties. |
| Ex. 6 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-7) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 7 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-8) | B.L.'s emails with third parties containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 8 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-9) | B.L.'s emails with third parties containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 9 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-10) | B.L.'s text messages with a third party containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 10 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-11) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 11 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-12) | B.L.'s private social media messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 12 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-13) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 13 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-14) | B.L.'s text messages with a third party containing the names of B.L. and third parties, |

| | the details of B.L.'s private life, and the details of B.L.'s mental health history. |
|---|---|
| Ex. 14 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-15) | B.L.'s text messages with a third party containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 15 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-16) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 16 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-17) | Emails between counsel containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 17 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-18) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 18 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-19) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 19 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-20) | B.L.'s private social media messages with a third party containing the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 20 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-21) | B.L.'s discovery responses containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 21 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-22) | Excerpts from the deposition of Mindy Mechanic containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 22 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-23) | Excerpts from the deposition of B.L. containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 23 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-24) | B.L.'s discovery responses containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 24 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-25) | Mindy Mechanic's expert report containing the names of B.L. and third parties, the details of |

| | |
|---|---|
| | B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 25 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-26) | B.L.'s discovery responses containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 26 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-27) | B.L.'s private medical records containing her personally identifying information, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 27 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-28) | B.L.'s Rule 26(A)(1) Initial Disclosures containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 28 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-29) | B.L.'s Rule 26(A)(1) Initial Disclosures containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 29 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-30) | Emails between counsel containing the names of third parties. |
| Ex. 30 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-31) | Emails between counsel containing the names of third parties. |
| Ex. 31 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-32) | Emails between counsel containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. 33 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-34) | B.L.'s Privilege Log containing the names of third parties. |
| Ex. 34 to Declaration of Laura Vartain Horn in Support of Defendants' Motion (ECF 16-35) | B.L.'s discovery responses containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge