**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO TAKE THE DEPOSITION OF MR. D.Y.** |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
| Plaintiff, | Judge: Honorable Charles R. Breyer |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Having considered Plaintiff's March 16, 2026, Administrative Motion to File Under Seal Portions of Exhibits to Plaintiff's Response to Defendants' Administrative Motion for Leave to

1

Take the Deposition of Mr. D.Y., the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| [UNREDACTED] Exhibit A to Plaintiff's Response to Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y. | Plaintiff WHB 823's Responses to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Interrogatories, Set One (dated April 14, 2025) containing the names of third parties and intimate aspects of Plaintiff's life. |
| [UNREDACTED] Exhibit B to Plaintiff's Response to Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y. | Plaintiff WHB 823's Second Amended Plaintiff Fact Sheet (submitted on April 30, 2025) containing the names and contact information of third parties, intimate aspects of Plaintiff's life, and the mental health history of Plaintiff. |
| [UNREDACTED] Exhibit C to Plaintiff's Response to Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y. | Plaintiff WHB 823's Rule 26(A)(1) Initial Disclosures (dated April 30, 2025) containing the names and contact information of third parties. |
| [UNREDACTED] Exhibit D to Plaintiff's Response to Defendants' Administrative Motion for Leave to Take the Deposition of Mr. D.Y. | Excerpts from Plaintiff WHB 823's Deposition (dated July 10, 2025) containing the name of WHB 823, the names of third parties, and intimate aspects of Plaintiff's life. |

**IT IS SO ORDERED.**

Dated:  April 29, 2026

HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER RE PLAINTIFF'S ADMIN. MOT. TO FILE UNDER SEAL
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737