William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 671 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00422-CRB*<br><br>*Jane Doe LS 672 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00423-CRB*<br><br>*Jane Doe LS 673 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00445-CRB*<br><br>*Jane Doe LS 674 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00510-CRB*<br><br>*Jane Doe LS 681 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00541-CRB*<br><br>*Jane Doe LS 684 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00546-CRB* | Case No. 3:23-md-03084-CRB<br><br>**LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Judge: Honorable Charles R. Breyer<br>Date: June 12, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## I.    INTRODUCTION

Uber wrongly presents this issue as one of refusal by the clients to fill out a Plaintiff Fact Sheet, as if they were unwilling to comply with the Court's Orders. However, this is not the case. The clients are not unwilling; our firm has been unsuccessful in obtaining current contact information in order to reach them to comply with this Court's orders. We acknowledge and understand that under PTO 10, the court created procedures and deadlines to produce a PFS. Our firm is, and has been, employing all of the resources available to us outside of the original contact information in an effort to obtain the necessary information.

There are many reasons why these victims of sexual assault could be unresponsive after having their case stayed for many years. These cases often involve young women who are mobile – changes in address name, phone number, etc. are all real human reasons why their initial contact information is no longer valid. Our office has employed extensive efforts to reach these plaintiffs. Those efforts predate the filing of Uber's motion.

## II.    ARGUMENT

Counsel was able to briefly get in touch with Jane Doe LS 673 and Jane Doe LS 681 but was unable to maintain steady and consistent contact in order to complete the fact sheets before both clients became unresponsive again. We are working to reestablish contact. so that these clients can complete their discovery. Bokaie Decl. at ¶ 3. With respect to Jane Doe LS 672 and 684, we have made contact with these clients and are in the process of completing the outstanding discovery. As such we request a short extension of thirty days to bring these two Plaintiffs into compliance. *Id.* at ¶ 4.

With respect to the remaining clients, we have worked diligently to reach the above-named plaintiffs. These efforts include numerous phone calls, emails, texts, written letters, and address searches. *Id.* at ¶ 5. We also employed investigators to trace new contact information for these individuals. *Id.* at ¶ 6. Simply put, while we have made every effort to reach these Plaintiffs to complete a Plaintiff Fact Sheet, we have not received any indication that these clients are actually aware that they have failed to comply with the Court's orders.

//

**III.    CONCLUSION**

For the foregoing reasons, we respectfully request this Court deny Uber's motion as to the Plaintiff referenced above who have complied with the Court's order. We further request that we be given additional time to follow up with the remaining Levin Simes named plaintiffs with missing fact sheets.

Dated:  April 29, 2026                                                  Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
William A. Levin
Laurel L. Simes
Samira J. Bokaie
*Attorneys for LS Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Samira J. Bokaie*
Samira J. Bokaie

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10