William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

---

This Document Relates to:

*Jane Doe LS 671 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00422-CRB*

*Jane Doe LS 672 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00423-CRB*

*Jane Doe LS 673 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00445-CRB*

*Jane Doe LS 674 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00510-CRB*

*Jane Doe LS 681 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00541-CRB*

*Jane Doe LS 684 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00546-CRB*

Case No. 3:23-md-03084-CRB

**DECLARATION OF SAMIRA J. BOKAIE IN SUPPORT OF LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

Judge: Honorable Charles R. Breyer
Date: June 12, 2026
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, Samira J. Bokaie, declare as follows:

1.  I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2.  This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Amended PTO 10.

3.  Counsel was able to briefly get in touch with Jane Doe LS 673 and Jane Doe LS 681 but was unable to maintain steady and consistent contact in order to complete the fact sheets before both clients became unresponsive again. We are working to reestablish contact. so that these clients can complete their discovery.

4.  With respect to Jane Doe LS 672 and 684, we have made contact with these clients and are in the process of completing the outstanding discovery. As such we request a short extension of thirty days to bring these two Plaintiffs into compliance.

5.  With respect to the remaining named clients, we have worked diligently to reach the above name plaintiffs. These efforts include numerous phone calls, emails, texts, written letters, and address searches.

6.  We also employed investigators to trace new contact information for these individuals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 29, 2026, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*

Samira J. Bokaie
*Attorney for LS Plaintiffs*

2