**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

_____

This Document Relates to:

*Jane Doe LS 671 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00422-CRB*

*Jane Doe LS 672 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00423-CRB*

*Jane Doe LS 673 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00445-CRB*

*Jane Doe LS 674 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00510-CRB*

*Jane Doe LS 681 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00541-CRB*

*Jane Doe LS 684 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00546-CRB*

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

Judge: Honorable Charles R. Breyer
Date: June 12, 2026
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**[PROPOSED] ORDER**

Having considered Defendants' April 15, 2026 Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, the Court therefore hereby ORDERS as follows:

Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10 is DENIED as to Plaintiffs Jane Doe LS 671, Jane Doe LS 672, Jane Doe LS 673, Jane Doe LS 674, Jane Doe LS 681, and Jane Doe LS 684.

**IT IS SO ORDERED.**

DATED: _____, 2026          _____
                                       HON. CHARLES R. BREYER
                                       United States District Court Judge

1