Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *Jane Doe NLG (H.D.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00690-CRB <br><br> *Jane Doe NLG (A.Z.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00465-CRB | Case No. 3:23-md-03084-CRB <br><br><br> **NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |

**DECLARATION OF ARATI FURNESS**

I, Arati Furness, declare as follows:

1.  I am an attorney who is admitted to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the Plaintiffs represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10. ECF No. 5891. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for

1

DECL. OF ARATI FURNESS ISO NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

CASE NO. 3:23-MD-03084-CRB

Failure to Comply with Amended PTO 10. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. The following Plaintiffs have submitted verified plaintiff fact sheets and are therefore in compliance with Amended PTO 10, as follows:

(a) Plaintiff Jane Doe NLG (H.D.) has two accounts under MDL Centrality. A completed, verified plaintiff fact sheet was completed under plaintiff portal ID 4019. The PFS, verification, authorizations and ride receipt were produced 4/29/2026. Plaintiff portal ID 4832 is duplicative and we have requested deactivation. (Case No 3:26-cv-00690).

(b) Plaintiff Jane Doe NLG (A.Z.)'s verified plaintiff fact sheet was completed under under plaintiff portal ID 4237. Although previously uploaded, it appears the PFS, verification, authorizations and ride receipt were not produced until 4/29/2026. Plaintiff portal ID 4781 is duplicative and we have requested deactivation. (Case No. 26-cv-00465).

3. I would therefore dispute the inclusion of these Plaintiffs on Defendants' list of deficiencies, as well as respectfully request for their exclusion on any future entry of dismissal by the Court.

Executed on April 29, 2026, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Arati Furness*
Arati Furness (CA Bar No. 225435)

2

DECL. OF ARATI FURNESS ISO NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

CASE NO. 3:23-MD-03084-CRB