[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFFS' STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (ECF 5978)**<br><br>Judge:      Honorable Charles R. Breyer |

DECLARATION OF ELLYN HURD ISO PLAINTIFFS'
STATEMENT IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL
CASE NO. 23-MD-03084-CRB

I, Ellyn Hurd, declare:

1.      I am a partner at the law firm of Simmons Hanly Conroy, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of Massachusetts and am admitted to practice before this Court pro hac vice.

2.      I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3.      I respectfully submit this declaration in support of Plaintiffs' Statement in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal ("Plaintiff's Statement"), ECF No. 5978.

4.      I have reviewed the Joint Submission Regarding Amendment of Pretrial Order No. 10 filed at ECF 5978-2.

5.      I have reviewed the C. Cotton Declaration filed at ECF 5978-3.

6.      I have reviewed Exhibit B to the C. Cotton Declaration filed at ECF 5978-5.

7.      I have reviewed Exhibit C to the C. Cotton Declaration filed at ECF 5978-6.

8.      The above documents include excerpts from and reference to two Plaintiff depositions, which have been designated highly confidential-attorney eyes only. The documents reveal the identities of Plaintiffs who have filed anonymously in these sexual assault litigations, as well as the identity of third parties related to their lawsuits.

9.      The significant privacy concerns of Plaintiffs and third parties outweigh any minimal public interest in disclosure of their identities or information. The public's interest in the case may be satisfied without revealing this information.

10.     Plaintiff's request, which applies to only excerpted portions of the transcript, is narrowly tailored, and the redactions do not impact the public's understanding of the issues that have been briefed and already publicly filed on the Court's docket. There is no less restrictive alternative to sealing that would protect the legitimate privacy interests of Plaintiffs and third parties.

- 2 -

DECLARATION OF ELLYN HURD ISO PLAINTIFFS'
STATEMENT IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL
CASE NO. 23-MD-03084-CRB

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2026 in West Dennis, MA.

/s/ Ellyn Hurd
Ellyn Hurd

DECLARATION OF ELLYN HURD ISO PLAINTIFFS'
STATEMENT IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL
CASE NO. 23-MD-03084-CRB