**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>Judge:       Honorable Charles R. Breyer |

- 1 -

Having considered Defendants' April 23, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, and Plaintiffs' statement in support thereof, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Materials to be Sealed |
|---|---|
| Joint Submission Regarding Amendment of Pretrial Order No. 10 | Portion of Joint Submission describing Highly Confidential – Attorneys' Eyes Only deposition testimony |
| C. Cotton Declaration | Portion of Declaration describing Highly Confidential – Attorneys' Eyes Only deposition testimony |
| Exhibit B to C. Cotton Declaration | Excerpt of transcript of April 7, 2026 deposition of Plaintiff N.C., designated as Highly Confidential – Attorneys' Eyes Only |
| Exhibit C to C. Cotton Declaration | Excerpt of transcript of March 19, 2026 deposition of Plaintiff D.P., designated as Highly Confidential – Attorneys' Eyes Only |

**IT IS SO ORDERED.**

Dated: _____    _____

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMIN MOT. CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 23:MD-03084-CRB