William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL LEVIN SIMES PLAINTIFFS | **LEVIN SIMES' NOTICE OF MOTION AND MOTION FOR LEAVE TO SUBMIT LETTER BRIEF LIMITED TO NEW FACTS AFFECTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PENDING MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084 [ECF 5477]**<br><br>Date: May 7, 2026<br>Time: 11:30 a.m.<br>Courtroom: 6 – 17th Floor |

**NOTICE OF MOTION AND MOTION FOR LEAVE**

Pursuant to Civil L.R. 7-3 (d), Levin Simes respectfully moves for leave to file a short supplemental letter brief to inform the Court of material developments that occurred after the completion of briefing on Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's March 11, 2026 Motion to Bar Attorney David Grimes from Participating in MDL No. 3084.

This Motion is based on this Notice, the following Memorandum of Points and Authorities, the proposed letter brief lodged herewith, all pleadings and papers on file in this action, and any argument the Court may permit.

Dated:  April 30, 2026                                    Respectfully Submitted,

                                                          **LEVIN SIMES LLP**

                                                          */s/ Laurel L. Simes*
                                                          _____
                                                          William A. Levin
                                                          Laurel L. Simes
                                                          Samira J. Bokaie
                                                          *Attorneys for LS Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES' NOTICE OF MOTION AND MOTION FOR LEAVE TO SUBMIT LETTER BRIEF LIMITED TO NEW FACTS AFFECTING DEFENDANTS' PENDING MOTION [ECF 5477]

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Levin Simes respectfully seeks leave to submit a letter[1] bringing the Court's attention to recent developments that bear directly on the issues raised in Defendants' Motion to Bar Attorney David Grimes from Participating in MDL No. 3084. These developments arose after Plaintiff filed the Opposition and therefore could not have been included in the original briefing. Levin Simes does not seek to reargue prior points, but rather to ensure that the Court's decision is based on a complete and current factual record.

## II.    LEGAL STANDARD

Under Civil Local Rule 7-3(d), additional memoranda may not be filed without prior Court approval. However, courts retain discretion to permit supplemental filings where they will assist in resolving the dispute before the Court, including when new facts arise after briefing is complete. "District Courts have the inherent discretion to permit sur-replies." *EEOC v. Sunshine Raisin Corp.*, No. 21-cv-01424, 2023 WL 4352426, at *1 (E.D. Cal. June 13, 2023); see, e.g., *Jian-Ming Zhao v. RelayRides, Inc.,* No. 17-cv-04099, 2017 WL 6336082, *6 n.7 (N.D. Cal. Dec. 12, 2017) (allowing filing of sur-reply).

## III.    ARGUMENT

### A.    New Developments Have Occurred Since the Close of Briefing.

Since the completion of briefing the following material developments have occurred:

- The Honorable Ethan P. Schulman of the San Francisco Superior Court has offered guidance on Defendants' parallel motion in the state court JCCP. The Court encouraged the parties to meet and confer and resolve the issue outside of the Court and without formal order and vacated the hearing on Defendants' Motion which was previously scheduled for April 22, 2026. Simes Decl. at ¶ 4.

- The parties met and conferred briefly before Ms. Laura Vartain of Kirkland Ellis had to

---

[1] Exhibit A to the Declaration of Laurel L. Simes.

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES' NOTICE OF MOTION AND MOTION FOR LEAVE TO SUBMIT LETTER BRIEF LIMITED TO NEW FACTS AFFECTING DEFENDANTS' PENDING MOTION [ECF 5477]

travel to North Carolina for the April 14, 2026 trial and will continue to do so to reach an agreement that is workable for both sides. Simes Decl. at ¶ 5.

- Levin Simes met and conferred with Plaintiffs' Leadership Counsel, Sarah London, in this MDL regarding both Uber's Motion and Levin Simes' proposed solution and have indicated they agree with Levin Simes' approach. *Id.* at ¶ 6.

### B. Levin Simes Could Not Have Raised These Issues Earlier.

The developments described above occurred after Levin Simes filed the Opposition and therefore could not have been addressed previously.

### C. Limited Supplemental Briefing Will Assist the Court.

Allowing a narrowly tailored letter or supplemental brief will assist the Court by ensuring it has a complete and accurate understanding of the current factual landscape. Levin Simes proposes a brief filing of no more than 2 pages, limited solely to these new developments.

### D. Defendants Will Not Be Prejudiced

Any potential prejudice can be mitigated by permitting Defendants a short response if the Court deems it appropriate.

## IV.    CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to submit a supplemental letter brief addressing the new developments described above.

Dated:  April 30, 2026                                      Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Laurel L. Simes*
William A. Levin
Laurel L. Simes
Samira J. Bokaie
*Attorneys for Levin Simes Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: _/s/ Laurel L. Simes_____
Laurel L. Simes

4

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES' NOTICE OF MOTION AND MOTION FOR LEAVE TO SUBMIT LETTER BRIEF LIMITED TO NEW FACTS AFFECTING DEFENDANTS' PENDING MOTION [ECF 5477]