William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL LEVIN SIMES PLAINTIFFS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF LAUREL L. SIMES IN SUPPORT OF LEVIN SIMES' MOTION FOR LEAVE TO SUBMIT LETTER BRIEF LIMITED TO NEW FACTS AFFECTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PENDING MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084 [ECF 5477]**<br><br>Date: May 7, 2026<br>Time: 11:30 a.m.<br>Courtroom: 6 – 17th Floor |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, Laurel L. Simes, declare as follows:

1. I am a co-founder of Levin Simes LLP and counsel of record for all Levin Simes Plaintiffs in the Uber MDL and Uber JCCP.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

3. A true and correct copy of the Letter Brief that Levin Simes is seeking to submit is attached hereto as **"Exhibit A."**

4. Since the completion of briefing the following material developments have occurred:

The Honorable Ethan P. Schulman of the San Francisco Superior Court has offered guidance on Defendants' parallel motion in the state court JCCP. The Court encouraged the parties to meet and confer and resolve the issue outside of the Court and without formal order and vacated the hearing on Defendants' Motion which was previously scheduled for April 22, 2026.

5. The parties met and conferred briefly before Ms. Laura Vartain of Kirkland Ellis had to travel to North Carolina for the April 14, 2026 trial and will continue to do so to reach an agreement that is workable for both sides.

6. Levin Simes met and conferred with Plaintiffs' Leadership Counsel, Sarah London, in this MDL regarding both Uber's Motion and Levin Simes' proposed solution and have indicated they agree with Levin Simes' approach.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 30, 2026, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Laurel L. Simes*

Laurel L. Simes
*Attorney for Levin Simes Plaintiffs*

2

CASE NO. 3:23-MD-03084-CRB        DECL. OF LAUREL L. SIMES IN SUPPORT OF MOTION FOR LEAVE TO SUBMIT LETTER BRIEF LIMITED TO NEW FACTS AFFECTING DEFENDANTS' PENDING MOTION [ECF 5477]