# EXHIBIT A



April 30, 2026

Honorable Charles R. Breyer
San Francisco Courthouse
Courtroom 6 – 17th Floor
450 Golden Gate Avenue,
San Francisco, CA 94102

      **Re:** ***In Re Uber Technologies, Inc. Passenger Sexual Assault Litigation,***
          ***Case No. 3:23-md-03084-CRB***

Dear Judge Breyer,

We are currently set to appear before Your Honor on May 7, 2024 on Uber's Motion to Bar Attorney David Grimes from Participating in MDL No. 3084. Since our response was filed, there have been several developments that bear on the pending motion.

Most notably, the Honorable Ethan P. Schulman considered Uber's parallel motion filed in the Uber JCCP on March 12, 2026, and provided guidance to the parties during an April 13, 2026 hearing. During that hearing, Judge Schulman indicated that he was reluctant to issue a formal order that could follow a younger attorney throughout his career. He instead encouraged the parties to meet and confer, particularly given that Levin Simes is amenable to nearly all of the relief sought by Uber.

In response to that guidance, the parties began the meet-and-confer process to address the remaining issues. Although those discussions were temporarily paused due to Ms. Vartain needing to fly to the trial in North Carolina, the parties intend to resume their efforts shortly.

In addition, Levin Simes has conferred with Plaintiffs' Leadership Counsel in this MDL, Ms. Sarah London, regarding a proposed path forward for Mr. Grimes. MDL Leadership has indicated its agreement with Levin Simes' approach.

Accordingly, Levin Simes does not seek to reargue prior points, but rather to ensure that the Court has a complete and up-to-date factual record before the May 7, 2026 hearing.

                        Respectfully Submitted,

                        **LEVIN SIMES LLP**

                        */s/ Laurel L. Simes*
                        Laurel L. Simes