William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING LEVIN SIMES' MOTION FOR LEAVE TO SUBMIT LETTER BRIEF LIMITED TO NEW FACTS AFFECTING DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PENDING MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084 [ECF 5477]** |
| This Document Relates to: | |
| ALL LEVIN SIMES PLAINTIFFS | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB       [PROPOSED] ORDER REGARDING LEVIN SIMES' MOTION FOR LEAVE

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**[PROPOSED] ORDER**

Having considered Levin Simes' Motion for Leave to Submit Letter Brief Limited To New Facts Affecting Defendants Uber Technologies, Inc., Rasier, LLC, And Rasier-CA, LLC's Pending Motion to Bar Attorney David Grimes from Participating In MDL No. 3084 [ECF 5477] the Court orders the follows:

Levin Simes' Motion is GRANTED. The Letter Brief attached to Levin Simes' Motion for Leave as Exhibit A is deemed submitted.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

CASE NO. 3:23-MD-03084-CRB        [PROPOSED] ORDER REGARDING LEVIN SIMES' MOTION FOR LEAVE