IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / | MDL No. 3084 |
| This Order Relates To: *ALL CASES* | **PRETRIAL ORDER NO. 44: ORDER REGARDING AMENDING PTO NO. 10 AND BELLWETHER WAVE 1 CASE-SPECIFIC DISCOVERY** Re: Dkt. No. 5979 |

## I.    AMENDING PTO NO. 10 AND DEFENDANT FACT SHEETS

Having considered the Parties' joint submission regarding the amendment of Pretrial Order No. 10, see dkt. 5979, as well as oral argument during the April 29, 2026, status conference, the Court agrees with Plaintiffs that adding certain new discovery categories to the DFS disclosures is appropriate in consideration of the lessons learned from the two bellwether trials conducted thus far.  Therefore, the DFS is amended to include discovery regarding the following categories:[1]

1. Information and production related to S-RAD scores and alternative supply plans for each Subject Trip.
2. Information as to whether an Uber-affiliated rental car was being used by the Subject Driver.
3. Production of Safety Lens and Workbench screen captures.
4. Logs of RideCheck alerts generated during the Subject Ride.

---

[1] The Amended DFS is appended to this Order.

United States District Court
Northern District of California

The Amended DFS requirements shall apply to all cases filed after the date of this Order.  In addition, Plaintiffs are ordered to select 200 existing cases, including the 18 remaining bellwether cases, in which to conduct the additional discovery.  Uber may also select up to 200 other cases in which to make these productions, although it is not required to do so.

**II.      REOPENING WAVE 1 BELLWETHER CASE-SPECIFIC DISCOVERY**

The Court orders that case-specific discovery for the remaining Wave 1 bellwether cases be immediately reopened.[2]  The Parties are ordered to confer regarding what an appropriate new discovery cutoff deadline would be in relation to the September trials for the B.L. and A.R.2 cases.

**IT IS SO ORDERED.**

Dated: May 1, 2026

_____

CHARLES R. BREYER
United States District Judge

---

[2] Four cases remain in Wave 1: B.L. (24-cv-7940), A.R.2 (24-cv-7821), LCHB128 (24-cv-7019), and WHB 318 (24-cv-4889).