Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| *Jane Doe NLG (A.Z.) v. Uber Technologies, Inc., et al., No. 3:26-cv-00465-CRB* | |

## DECLARATION OF ARATI FURNESS

I, Arati Furness, declare as follows:

1. I am an attorney who is admitted to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the Plaintiffs represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5. ECF No. 5914. This declaration is made in support of Nachawati Law Group Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 5. I make this declaration based on my own personal

1

knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.  The following Plaintiffs have submitted verified plaintiff fact sheets and are therefore in compliance with Amended PTO 5, as follows:

> (a) Plaintiff Jane Doe NLG (A.Z.)'s bonafide ride receipt was produced on 4/29/2026 under plaintiff portal ID 4237.  Plaintiff portal ID 4781 is duplicative and we have requested deactivation.  (Case No. 26-cv-00465).

3.  I would therefore dispute the inclusion of this Plaintiff on Defendants' list of deficiencies, as well as respectfully request for their exclusion on any future entry of dismissal by the Court.

Executed on May 1, 2026, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Arati Furness*
Arati Furness (CA Bar No. 225435)

DECL. OF ARATI FURNESS ISO NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

CASE NO. 3:23-MD-03084-CRB