DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB (Admitted Pro Hac Vice)
**REICH & BINSTOCK, LLP**
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| *R.M. v. Uber Technologies, Inc., et al.,* Case No. 3:25-cv-10029-CRB | Judge: Honorable Charles R. Bayer |

This matter comes before the Court on Plaintiff's Motion to Reconsider Order Dismissing Cases for Failure to Comply with Amended PTO 10.

Plaintiff's Motion is **GRANTED**. Plaintiff R.M. (MDL ID# 5086) is hereby removed from April 22, 2026, Order dismissing cases for failure to comply with Amended PTO 10, ECF No. 5958.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BEYER
United States District Court Judge

- 1 -

| | |
|---|---|
| **CASE NO. 3:23-MD-03084-CRB** | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER** |