William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>*Jane Doe LS 657 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-09904-CRB*<br><br>*Jane Doe LS 658 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-09914-CRB*<br><br>*Jane Doe LS 681 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00541-CRB* | Case No. 3:23-md-03084-CRB<br><br>**LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31**<br><br>Judge: Honorable Charles R. Breyer<br>Date: June 12, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## I.    **INTRODUCTION**

Uber wrongly presents this issue as one of refusal by the clients to provide the ride receipt declaration, as if they were unwilling to comply with the Court's Orders or have brought forth a fraudulent claim. However, this is not the case. The clients are not unwilling; our firm has been unsuccessful in obtaining current contact information in order to reach them to comply with this Court's orders. We acknowledge and understand that under PTO 31, the court created procedures and deadlines to produce certain documentation. Our firm is, and has been, employing all of the resources available to us outside of the original contact information in an effort to obtain the necessary information.

There are many reasons why these victims of sexual assault could be unresponsive after having their case stayed for many years. These cases often involve young women who are mobile – changes in address name, phone number, etc. are all real human reasons why their contact information is no longer valid. Our office has employed extensive efforts to reach these plaintiffs. Those efforts predate the filing of Uber's motion.

## II.    **ARGUMENT**

Jane Doe LS 657 completed and uploaded her declaration pursuant to PTO 31 on May 1, 2026, and is now in compliance with her PTO 31 obligations. Bokaie Decl., at ¶ 3.

Jane Doe LS 658 has been subject to a prior motion to dismiss, and the Court ordered her case to be dismissed without prejudice on April 22, 2026. ECF 5958. *Id.* at ¶ 4.

Jane Doe LS 681 is already subject to a prior Motion to Dismiss and should not also be subject to this motion. *Id.* at ¶ 5. We have worked diligently to reach Jane Doe LS 681. These efforts include numerous phone calls, emails, texts, written letters, and address searches. Simply put, we have made every effort to reach this Plaintiff in order to make sure she is in compliance with this Court's Order. *Id.* at ¶ 6.

## III.    **CONCLUSION**

For the foregoing reasons, we respectfully request that we be given additional time to follow up with Jane Doe LS 681 in order to submit her PTO 31 declaration.

//

1

Dated:  May 1, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
William A. Levin
Laurel L. Simes
Samira J. Bokaie
*Attorneys for LS Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Samira J. Bokaie*
Samira J. Bokaie

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3

CASE NO. 3:23-MD-03084-CRB      LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31