William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31** |
| *Jane Doe LS 657 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-09904-CRB* | |
| *Jane Doe LS 658 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-09914-CRB* | Judge: Honorable Charles R. Breyer<br>Date: June 12, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| *Jane Doe LS 681 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00541-CRB* | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, Samira J. Bokaie, declare as follows:

1.  I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2.  This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with PTO 31.

3.  Jane Doe LS 657 completed and uploaded her declaration pursuant to PTO 31 on May 1, 2026, and is now in compliance with her PTO 31 obligations.

4.  Jane Doe LS 658 has been subject to a prior motion to dismiss, and the Court ordered her case to be dismissed without prejudice on April 22, 2026. ECF 5958.

5.  Jane Doe LS 681 is already subject to a prior Motion to Dismiss and should not also be subject to this motion.

6.  We have worked diligently to reach Jane Doe LS 681. These efforts include numerous phone calls, emails, texts, written letters, and address searches. Simply put, we have made every effort to reach this Plaintiff in order to make sure she is in compliance with this Court's Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 1, 2026, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
Samira J. Bokaie
*Attorney for LS Plaintiffs*

2