**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31** |
| *Jane Doe LS 657 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-09904-CRB* | Judge: Honorable Charles R. Breyer<br>Date: June 12, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |
| *Jane Doe LS 658 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-09914-CRB* | |
| *Jane Doe LS 681 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-00541-CRB* | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**[PROPOSED] ORDER**

Having considered Defendants' April 15, 2026 Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, the Court therefore hereby ORDERS as follows:

Defendants' Motion to Dismiss for Failure to Comply with PTO 31 is DENIED as to Plaintiffs Jane Doe LS 657 and Jane Doe LS 681.

Defendants' Motion to Dismiss for Failure to Comply with PTO 31 is moot with respect to Jane Doe LS 658.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

CASE NO. 3:23-MD-03084-CRB        [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 31

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax