**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF NO. 5986]**<br><br>Honorable Charles R. Breyer |

Having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [ECF 5986], the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987) | Names of third parties on p. 1, 2, 3 and the details of B.L.'s private life and mental health history at p. 2, 3, 4 which are highly personal and in which the public has no interest. |
| Defendants' Ex. A to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | Chart of productions containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |

| Defendants' Ex. B to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | Uber's discovery requests to Plaintiff B.L. |
|---|---|
| Defendants' Ex. C to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | Emails between counsel containing the names of third parties. |
| Defendants' Ex. D to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s emails with third parties containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Defendants' Ex. E to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s Privilege Log containing the names of third parties. |
| Defendants' Ex. F to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | Emails between counsel containing the names of third parties. |
| Defendants' Ex. G to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | Emails between counsel containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Defendants' Ex. H to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s Privilege Log containing the names of third parties. |
| Defendants' Ex. I to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Defendants' Ex. J to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Defendants' Ex. K to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Defendants' Ex. L to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s text messages with a third party containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Defendants' Ex. M to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |

| Defendants' Ex. N to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s Instagram messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
|---|---|
| Defendants' Ex. O to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Defendants' Ex. P to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Defendants' Ex. Q to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s deposition transcript containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Plaintiff's Ex. 1 to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | B.L.'s Eleventh Supplemental Response to Interrogatories, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Plaintiff's Ex. 2 to Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (ECF 5987-1) | Chart of documents produced containing the names of third parties. |

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL [ECF NO. 5986]
MDL NO. 3084 CRB, CASE NO. 24-CV-7940