IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*WHB 823 v. Uber Techs., Inc.*,
N.D. Cal. No. 24-cv-4900
W.D.N.C. No. 25-cv-737

Case No. 23-md-03084-CRB

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

WHB 823,

      Plaintiff,

  v.

UBER TECHNOLOGIES, INC., et al.,

      Defendants.

No. 25-cv-737

Judge: Honorable Charles R. Breyer

Having considered Plaintiff's March 24, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Opp. to MSJ | Unredacted Plaintiff's Opposition to Defendants' Motion for Summary Judgment | Uber |
| Exhibit CC | Excerpts of August 9, 2021 30(b)(6) deposition transcript of Matthew Baker designated as confidential | Uber |
| Exhibit DD | Excerpts of February 26, 2025 deposition transcript of Meghan Joyce designated as confidential | Uber |

**IT IS SO ORDERED.**

Dated:   May 4, 2026

_____
HON. CHARLES R. BREYER
United States District Judge

1

[PROPOSED] ORDER RE PLAINTIFF'S ADMIN. MOT. RE: ANOTHER PARTY'S MATERIALS
N.D. CAL. 24-CV-4900; W.D.N.C. 25-CV-737