Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*,<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 3:23-md-03084-CRB (LJC)<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Date Filed:  March 24, 2026<br>Trial Date:  April 14, 2026 |

~~[PROPOSED]~~ ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Seal Certain Materials Attached to Uber's Opposition to Plaintiff's Omnibus Motions In Limine (the "Opposition"), the Court hereby **ORDERS** that the following portions of Exhibit remain under seal, as requested in Uber's Administrative Motion:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 5 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Document bearing bates stamp UBER-MDL3084-DFS00074490-4491 | Uber |

**IT IS SO ORDERED.**

DATED:___May 4, 2026_____        By:_____
                                               Hon. Charles R. Breyer
                                               United States District Court Judge

[PROPOSED] ORDER GRANTING UBER'S ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)