**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*WHB 823 v. Uber Technologies, Inc.,*
N.D. Cal. No. 3:24-cv-04900
W.D.N.C. No. 3:25-cv-00737

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PERMIT EVIDENCE UNDER FRE 412**

Having considered Plaintiff's December 16, 2025 Administrative Motion to File Under Seal Portions of Plaintiff's Omnibus Motions in Limine and Exhibits, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Exhibit | Description of Material to Be Sealed |
|---|---|
| Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | References to intimate aspects of Plaintiff's personal life |
| Exhibit A to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Document with the bates no. NCCIW-MD-000155 |
| Exhibit B to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Deposition transcript of third party J.S., containing references to intimate aspects of Plaintiff's personal life |
| Exhibit C to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Document with the bates no. VBHS-000008 |
| Exhibit D to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Deposition transcript of Plaintiff WHB 823 |
| Exhibit E to Plaintiff's Opposition to Defendants' Motion to Permit Evidence Under FRE 412 | Document with the bates no. CO-000039 |

**IT IS SO ORDERED.**

Dated:  May 4, 2026

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PERMIT EVIDENCE UNDER FRE 412
Case No. 23-md-03084-CRB