C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
|---|---|
| | Hon. Charles R. Breyer |
| This Document Relates to: *Jane Roe CL 169 v. Uber Technologies, Inc., et al., No. 3:25-cv-04672-CRB* | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5242]** |

I, Jennifer S. Domer, declare as follows:

1.      I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2.      This declaration is made in support of the Motion to Vacate Dismissal without Prejudice for Jane Roe CL 169, No. 3:25-cv-04672-CRB, MDLC ID 3549.

3.      The plaintiff provided an Amended Ride Information Form on January 20, 2026.

4.      The plaintiff provided a signed PTO-31 statement regarding the ride receipt search on January 28, 2028.

-1-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF MOTION TO VACATE

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 5, 2026, in Sacramento, California.

Dated: May 5, 2026                CUTTER LAW P.C.

                              By:    /s/ Jennifer S. Domer

                                    Jennifer S. Domer

                                    *Attorney for Jane Roe CL Plaintiffs*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF MOTION TO VACATE