**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | Judge:      Honorable Charles R. Breyer |

Having considered Defendants' April 6, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Opposition to Plaintiff's Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad (ECF 5755) | The details of WHB 823's private life at 1:18-22, 3:2, 3:4-5, 3:7-9, 3:11-12, 3:19-20, 3:27-28, 4:4, 4:15-16, 5:17, 5:19, 5:21-23, 5:28-6:1, 6:8-9, 6:11, 6:22<br><br>The details of WHB 823's mental health history at 1:4, 1:6-7, 1:16-17, 3:15-19, 3:21-23, 3:25, 4:1-3, 4:7-14, 4:27-28, 5:25, 5:27, 6:11-12, 6:14 |
| Exhibit 1 to Defendants' Opposition to Plaintiff's Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad (ECF 5755-2) | Excerpts of the October 17, 2025 Deposition of Dr. Heleya Rad, containing the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 2 to Defendants' Opposition to Plaintiff's Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad (ECF 5755-3) | Excerpts of the November 3, 2025 Deposition of Dr. Alison Reminick, containing the name of WHB 823, the details of WHB 823's private life, and the details of WHB 823's mental health history |

**IT IS SO ORDERED.**

Dated: May 6, 2026



Hon. Charles R. Breyer
United States District Judge

- 1 -