**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL<br><br>Judge:      Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

Having considered Defendants' April 6, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Trial Brief Regarding Plaintiff's Exposure to Attorney Advertising (ECF 5757) | The details of WHB 823's private life at 2:22-27, 3:1, 3:5-6 |

- 1 -

| Exhibit 2 to Defendants' Trial Brief Regarding Plaintiff's Exposure to Attorney Advertising (ECF 5757-3) | Excerpts of Plaintiff WHB 823's deposition, dated July 10, 2025, containing the name of WHB 823, the names and PII of third parties, and the details of WHB 823's private life |
|---|---|
| Exhibit 5 to Defendants' Trial Brief Regarding Plaintiff's Exposure to Attorney Advertising (ECF 5757-3) | Plaintiff WHB 823's Response to Defendants Requests for Admission, Set One, dated July 16, 2025, containing the details of WHB 823's private life. |

**IT IS SO ORDERED.**

Dated:  May 6, 2026

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMIN MOT. CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 23:MD-03084-CRB