**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Technologies, Inc.,*<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE** |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>   Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>   Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF'S MOTION TO STRIKE AND EXHIBITS
Case No. 23-md-03084-CRB

Having considered Plaintiff's April 8, 2026 Administrative Motion to File Under Seal Portions of Plaintiff's Reply in Support of Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Portion/Exhibit | Description of Material to Be Sealed |
|---|---|
| Portions of Plaintiff's Reply in Support of Motion to Strike Uber's Designated Trial Witness: Dr. Heleya Rad | References to intimate aspects of Plaintiff's personal life and mental health history. |

**IT IS SO ORDERED.**

Dated: May 6, 2026

_____

Hon. Charles R. Breyer
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF'S MOTION TO STRIKE AND EXHIBITS
Case No. 23-md-03084-CRB