C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: *Jane Roe CL 88 v. Uber Technologies, Inc., et al., No. 3:24-cv-09145-CRB* | **[PROPOSED] ORDER GRANTING MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5953]** |

The Court hereby GRANTS Plaintiff's Motion to Vacate Dismissal Without Prejudice and the Order of Dismissal as to *Jane Roe CL 88 v. Uber Technologies, Inc., et al., No. 3:24-cv-09145-CRB* [ECF 5953], is hereby VACATED.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge