**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* <br><br> TA.H.  v. UBER TECHNOLOGIES, INC., *et al.*; 3:26-CV-03932-CRB | **NOTICE OF FILING OF NEW ACTION** |

    Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 1, 2026.

Dated: May 6, 2026

                              Respectfully submitted,

                              */s/ Sommer D. Luther*
                              Sommer D. Luther, CO 35053
                              **WAGSTAFF LAW FIRM**
                              940 Lincoln Street
                              Denver, CO 80203
                              Tel: (720) 208-9417
                              Fax: (888) 875-2889
                              sluther@wagstafflawfirm.com
                              Attorney for Plaintiff
                              *Admitted Pro Hac Vice*

CASE NO. 3:23-md-03084-CRB                              NOTICE OF FILING OF NEW ACTION

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Sommer D. Luther*

Sommer D. Luther

CASE NO. 3:23-md-03084-CRB                    NOTICE OF FILING OF NEW ACTION