**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING PLAINTIFF T.K.'S MOTION TO VACATE ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE [ECF 5954]** |
| This Document Relates to: | |
| *T.K. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-06734 -CRB | Judge:      Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |

This matter comes before the Court on Plaintiff T.K.'s Motion to Vacate Order Regarding Defendants' Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal With Prejudice [ECF 5954].

Having considered Plaintiff's Motion, the record, and the applicable law, the Court hereby GRANTS Plaintiff's Motion and Vacates the Order Regarding Defendants' Motion to Convert Order of Dismissal Without Prejudice to Order of Dismissal With Prejudice [ECF 5954] pertaining to Plaintiff T.K.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge