C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5953]** |
| *Jane Roe CL 163 v. Uber Technologies, Inc., et al., No. 3:25-cv-04386-CRB* | |

PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

## I.   BRIEF HISTORY

On February 19, 2026, Defendant filed a Motion to Dismiss Plaintiff's case for failure to submit a Plaintiff Fact Sheet and a PTO 10 records certification form along with any related documentation. (Doc. 5279). Plaintiff opposed the motion on the grounds that she needed additional time to complete and collect these required documents. (Doc. 5459, 5459-1). On April 21, 2026, Plaintiff submitted a Plaintiff Fact Sheet and a PTO 10 Certification Form. (Declaration of Jennifer Domer ¶ 3). On April 22, 2026, the Court ordered Plaintiff's case dismissed without prejudice. (Doc. 5953).

## II.  PLAINTIFF REQUESTS THAT THE ORDER OF DISMISSAL BE VACATED BECAUSE SHE HAS COMPLIED WITH HER OBLIGATIONS

As indicated above, Plaintiff complied with her obligations under amended PTO 10 prior to the order of dismissal.  The case was ordered dismissed without prejudice, and Plaintiff was ordered to file a notice of dismissal.  Therefore, rather than file a notice of dismissal at this time, Plaintiff asks that the Court vacate the dismissal of her case and relieve her from the obligation to file a notice of dismissal.

Dated: May 6, 2026                          CUTTER LAW P.C.

By:   */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

-1-
PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that, on May 6, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.


Dated: May 6, 2026                    CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

-4-
PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE