LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiff S.G.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE PER ECF 5953** |
| *R.S. v. Uber Technologies Inc., et al ;* Case No. 3:24-cv-03607 | Judge Hon. Charles R. Breyer |
| *A.R. v. Uber Technologies, Inc.,* Case No. 3:24-cv-08177 | Courtroom: 6 – 17th Floor |
| *L.L. v. Uber Technologies, Inc.,* Case No. 3:25-03742 | |

**INTRODUCTION**

Plaintiffs R.S. (Case No. 3:24-cv-03607), A.R. (Case No. 3:24-cv-08177) and L.L. (Case No. 3:25-cv-03742) (hereafter "Plaintiffs") respectfully move this Court to vacate the dismissal of their cases entered on April 22, 2026 per ECF No. 5953.  While Plaintiffs' cases were dismissed for failure to timely submit PTO 10 records certifications, Plaintiffs had, in fact, remedied that deficiency well before the Court's order of dismissal. The dismissal resulted not from Plaintiffs' neglect or disregard of their obligations, but from technical difficulties experienced on Counsel's behalf, which were promptly identified and corrected. Moreover, Uber has indicated it would not oppose Plaintiffs' request to vacate.

**PROCEDURAL BACKGROUND**

On February 19, 2026, Defendant filed a Motion to Dismiss the above-listed Plaintiffs' cases for failure to submit a PTO 10 records certification by December 30, 2025.  ECF. 5279. PTO 10 Certifications were submitted on March 17, 2026. Declaration of Layne Hilton (hereafter "Decl.") ¶¶3-6.  On April 22, 2026, the Court ordered Plaintiffs cases dismissed without prejudice. ECF No. 5953.  As part of that dismissal, the Court required Plaintiffs identified in the order to file a notice of dismissal within 14 days.  *Id.*

**ARGUMENT**

As indicated above, Plaintiffs complied with their obligations to produce PTO 10 certifications prior to the Court's order of dismissal.  Indeed, on March 22, 2026, Counsel for Plaintiffs reached out to Counsel for Uber to inform them of certain technical difficulties which occurred (on Counsel's behalf) and that these issues had been remedied.  *See* Decl  at ¶¶7-8. Counsel for Plaintiff further asked whether Uber would stipulate to Counsel filing a sur-reply to Motion D.E. 5279 to inform the Court that there had been technical issues with these cases, but that those technical issues had been remedied.  *Id.*.  Counsel for Uber indicated that Uber believed the proper course of action would be for Plaintiffs to file a Motion to Vacate.  *Id.* at ¶¶9-10. Uber further stated that it would not oppose such a Motion to Vacate.  *Id.*

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that this Court vacate the April 22, 2026 order of dismissal per ECF 5953 and relieve Plaintiffs of their obligation to file notices of dismissal in their respective cases as per this order. Plaintiffs fulfilled their obligations under PTO 10 by submitting the required certifications on March 17, 2026, prior to the Court's dismissal order on April 22, 2026. The dismissal was the result of technical difficulties on Counsel's part, which were promptly remedied upon discovery. Defendant Uber has consented to the relief requested herein and has confirmed it will not oppose this Motion. Vacating the dismissal will

not prejudice Defendant, will serve the interests of justice, and will allow Plaintiffs' cases to proceed on the merits. Accordingly, Plaintiffs respectfully urge the Court to grant this Motion in its entirety.

Dated: May 6, 2026

Respectfully submitted,

By: */s/ Layne C. Hilton*

LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiffs R.S., A.R. and L.L.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 6, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

By: */s/ Layne C. Hilton*

LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com