**Outlook**

## PTO 10 Briefing (ECF 5533)

**From** Layne Hilton <lhilton@meyerwilson.com>

**Date** Tue 3/17/2026 5:13 PM

**To** Shortnacy, Michael (SHB) <mshortnacy@shb.com>

**Cc** Cotton, Chris (SHB) <ccotton@shb.com>; Cox, Christopher <christopher.cox@kirkland.com>

Hi Michael --

I have several clients who are on ECF 5533, and there were some technical issues there, which I seem to have resolved.  For example, R.S., No. 3:24-cv-03607 (which is actually my client that I co-counsel with Peiffer Wolf on) had a form submitted by someone on the MDL Centrality side (I think?) which is why it is blank. LL (Case No. 3:25-03742) is another case of mine (another one of my clients that I co-counsel with Peiffer Wolf), where we had an issue.  Plaintiff AR (Case No. 3:24-cv-08177) is another one where we actually did submit the PTO 10 certification last week, but I guess somehow that didn't make the timing of your list filed yesterday.

I think I have remedied these, and would like to notify that Court that I have remedied these issues, but I believe I need to file a sur-reply as to this.  Is Uber amenable to stipulating to such a sur-reply?

Thanks so much,

Layne Hilton

**Layne C. Hilton, Esq. | Attorney**

**PHONE** 866.827.6537 **| DIRECT** 614.255.2697

**EMAIL** lhilton@meyerwilson.com