**Outlook**

---

## FW: PTO 10 Briefing (ECF 5533)

---

**From**   Hoerl, Brandon J. (SHB) <BHOERL@shb.com>

**Date**   Thu 3/19/2026 6:26 AM

**To**     Layne Hilton <lhilton@meyerwilson.com>

**Cc**     Cotton, Chris (SHB) <CCOTTON@shb.com>; Arnone, Mike (SHB) <marnone@shb.com>


Hi Layne,

Uber believes the appropriate course of action is to wait to see if Breyer grants the motion and then file a motion to vacate for those 3 plaintiffs, which Uber will not oppose.

Thanks,

Brandon

Brandon Hoerl | Staff Attorney

SHOOK, HARDY & BACON L.L.P.

---

**From:** Layne Hilton <lhilton@meyerwilson.com>
**Sent:** Tuesday, March 17, 2026 3:14 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Cc:** Cotton, Chris (SHB) <ccotton@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Subject:** PTO 10 Briefing (ECF 5533)


**EXTERNAL**

Hi Michael --

I have several clients who are on ECF 5533, and there were some technical issues there, which I seem to have resolved. For example, R.S., No. 3:24-cv-03607 (which is actually my client that I co-counsel with Peiffer Wolf on) had a form submitted by someone on the MDL Centrality side (I think?) which is why it is blank. LL (Case No. 3:25-03742) is another case of mine (another one of my clients that I co-counsel with Peiffer Wolf), where we had an issue. Plaintiff AR (Case No. 3:24-cv-08177) is another one where we actually did submit the PTO 10 certification last week, but I guess somehow that didn't make the timing of your list filed yesterday.

I think I have remedied these, and would like to notify that Court that I have remedied these issues, but I believe I need to file a sur-reply as to this. Is Uber amenable to stipulating to such a sur-reply?

Thanks so much,

Layne Hilton

**Layne C. Hilton, Esq. | Attorney**

**PHONE** 866.827.6537 **| DIRECT** 614.255.2697

**EMAIL** lhilton@meyerwilson.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.