**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | |
| This Document Relates to: | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S RESPONSE TO DEFENDANTS' TRIAL BRIEF ON PLAINTIFF'S DAMAGES THEORY |
| *WHB 823 v. Uber Techs., Inc.*, et al. N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737 | |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | No. 3:25-cv-00737 |
|     Plaintiff, | Judge: Honorable Charles R. Breyer |
|   v. | |
| UBER TECHNOLOGIES, INC., et al., | |
|     Defendants. | |

Having considered Plaintiff's April 11, 2026, Administrative Motion to File Under Seal Portions of Plaintiff's Response to Defendants' Trial Brief on Plaintiff's Damages Theory, the

1

Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| [UNREDACTED] Exhibit 1- Portions of Plaintiff's Response to Defendants' Trial Brief on Plaintiff's Damages Theory | Portions of Plaintiff's Response to Defendants' Trial Brief on Plaintiff's Damages Theory containing the mental health history of Plaintiff WHB 823 and the intimate aspects of her personal life. |

**IT IS SO ORDERED.**

Dated: May 6, 2026

HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER RE PLAINTIFF'S ADMIN. MOT. TO FILE UNDER SEAL
N.D. CAL. 3:24-CV-04900; W.D.N.C. 3:25-CV-00737