Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, <br><br> This Document Relates to: <br><br> *ALL ACTIONS* | Case No. 3:23-md-03084-CRB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO BAR ATTORNEY DAVID GRIMES FROM PARTICIPATING IN MDL NO. 3084** <br><br> Judge:      Hon. Charles R. Breyer <br> Courtroom: 6 – 17th Floor |

Defendants Uber Technologies, Inc. Rasier, LLC, and Rasier-CA, LLC ("Uber") and Levin Simes LLP stipulate and agree as follows:

Uber has moved to bar attorney David Grimes of Levin Simes LLP from participation in MDL No. 3084 (ECF 5477) based on outrageous, highly inappropriate conduct and remarks made by Mr. Grimes to Uber's counsel during a March 9, 2026 meet and confer, as described at ECF 5477 including ECF 5477-5;

Plaintiffs' counsel Levin Simes LLP acknowledges Mr. Grimes' outrageous, inappropriate conduct and remarks, and has addressed them as set out in ECF 5650;

Plaintiffs' counsel Levin Simes LLP acknowledges that Mr. Grimes' conduct, as described in Uber's motion, occurred and was improper;

In connection with MDL No. 3084 attorney David Grimes shall no longer appear before this Court in person or via teleconference, or in depositions, or on briefs, and shall avoid any other interaction, either direct or indirect, with opposing counsel in MDL No. 3084 on behalf of his clients or MDL Plaintiffs' leadership;

In the event of further misconduct by Mr. Grimes, Uber shall have the right to seek additional relief from the Court.

**IT IS SO STIPULATED.**

Dated: May 6, 2026            **LEVIN SIMES LLP**

*/s/ Laurel L. Simes*
William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO BAR ATTORNEY
CASE NO. 3:23-MD-03084-CRB

Dated: May 6, 2026

**KIRKLAND & ELLIS LLP**

/s/ *Laura Vartain*
Laura Vartain Horn (SBN: 258485)
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

Allison M. Brown, P.C. (*Pro Hac Vice*)
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson, P.C. (*Pro Hac Vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO BAR ATTORNEY
CASE NO. 3:23-MD-03084-CRB

## [PROPOSED] ORDER

The Court, having reviewed the foregoing stipulation, hereby GRANTS the parties' stipulation as it concerns Uber's pending Motion to Bar Attorney David Grimes.

**IT IS HEREBY ORDERED.**

Dated: _____

_____
Honorable Charles R. Breyer

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO BAR ATTORNEY
CASE NO. 3:23-MD-03084-CRB