**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | **[PROPOSED] ORDER GRANTING PLAINTIFF B.L.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Honorable Charles R. Breyer |

Having considered Plaintiff B.L.'s Administrative Motion to Seal, the Court hereby

**GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Exhibit 1 to Plaintiff's Opposition to Defendants' Motion for Sanctions | Chart of Plaintiff's specific productions that contains the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 2 to Plaintiffs' Opposition to Defendants' Motion for Sanctions | B.L.'s Eleventh Supplemental Response to Requests for Production, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF B.L.'S
ADMINISTRATIVE MOTION TO SEAL
MDL NO. 3084 CRB, CASE NO. 24-CV-7940