**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER RE: UBER'S MOTION FOR SANCTIONS** |
| This Document Relates to: | Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Regarding: ECF No. 5964 |

Before the Court is another request from Uber for sanctions based on alleged discovery misconduct. This motion was referred to me by Judge Breyer. ECF No. 5971. Having reviewed the parties' submissions, the Court finds that Uber's motion, ECF No. 5964, does not comply with Rule 37 or the local rules governing sanctions motions. The Court also concludes that, even if the motion had complied with applicable rules, Uber has failed to identify a violation of a court order, a violation of an obligation under Rule 26 or Rule 37, or a complete failure to respond to discovery requests, and does not supply proof that sanctions under the Court's inherent powers are warranted. Further, any potential prejudice has been dissipated by the Court's orders reopening Wave 1 bellwether discovery. ECF Nos. 6063, 6067. The motion is therefore denied.

The Court reminds the parties of their obligation to confer in good faith without immediately

resorting to threats of sanctions. It appears that this motion was filed without the requisite good-faith conferrals. Accordingly, the Court orders that no further motions for sanctions shall be filed in this bellwether case, no. 24-cv-7940, absent leave of court. Any party seeking leave shall file an administrative motion under Civil Local Rule 7-11, to which the party shall attach the declarations required by Civil Local Rule 37-4(b). If leave is granted, such declarations and any required certifications shall also accompany the motion.

Dated: _____               So ordered.


_____
Hon. Lisa J. Cisneros
United States Magistrate Judge