William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF SAMIRA J. BOKAIE IN SUPPORT OF LEVIN SIMES PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER TO DISMISS CASES WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH AMENDED PTO 10 (ECF NO. 5953)** |
| *Jane Doe LS 15 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05933-CRB* | |
| *Jane Doe LS 86 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05970-CRB* | |
| *Jane Doe LS 168 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05371-CRB* | |
| *Jane Doe LS 199 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05402-CRB* | |
| *Jane Doe LS 208 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06024-CRB* | |
| *Jane Doe LS 216 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06029 -CRB* | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

*Jane Doe LS 269 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05922-CRB*

*Jane Doe LS 342 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05913-CRB*

*Jane Doe LS 384 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05292-CRB*

*Jane Doe LS 456 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05654-CRB*

*Jane Doe LS 460 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05640-CRB*

*Jane Doe LS 530 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07143-CRB*

*Jane Doe LS 581 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-02758-CRB*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, Samira J. Bokaie, declare:

1. I am an associate attorney at Levin Simes LLP and attorney of record for all LS Plaintiffs. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion for Leave to File Motion for Reconsideration of the Court's April 22, 2026 Order Dismissing Cases for Failure to Comply with Amended PTO 10.

3. A true and correct copy of Levin Simes Plaintiffs' Motion for Reconsideration of the Court's April 22, 2023 Order Dismissing Cases for Failure to Comply with Amended PTO 10 is attached here to as **"Exhibit A.**

4. Jane Doe LS 15 submitted her PTO 10 certification form by uploading it to MDL Centrality on May 6, 2026.

5. With respect to Jane Doe LS 86, Plaintiff's counsel have not been able to get an updated signed authorization from the Plaintiff in order to determine if there is a police report in connection with her case. Plaintiff lives overseas and it is sometimes difficult to maintain a constant stream of communication. Plaintiff's counsel is working diligently to get the signed authorization and request the report in order to determine whether one exists.

6.  Because Plaintiff does not yet know if there is a report, she cannot accurately fill out and submit a PTO certification form. Other than this specific issue, Plaintiff Jane Doe LS 86 is in compliance with all of her other discovery obligations.

7. Jane Doe LS 460 submitted her PTO certification form by uploading it to MDL Centrality on March 16, 2026.

8. Jane Doe LS 530 submitted her PTO certification form and records by uploading them to MDL Centrality on March 25, 2026.

9. The remaining above-named Plaintiffs all fall into the same category. It is not that they are withholding evidence or choosing not to comply with Amend PTO 10. These Plaintiffs did

3

receive treatment, but they genuinely do not recall the names of their providers or the facilities. In this situation, Plaintiffs' counsel is unable to order the possible records or submit the PTO certification forms as the forms do not include an option that accurately captures this situation such that counsel can certify.

10. Plaintiffs are happy to meet and confer with Uber about how to remedy this issue and to report back to the Court on our progress.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except as to those matters stated on information and belief, and as to those matters, I am informed and believe that they are true and correct. This Declaration was executed on May 6, 2026, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*

Samira J. Bokaie
*Attorney for Levin Simes Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB    DECL. OF SAMIRA J. BOKAIE IN SUPPORT OF LEVIN SIMES PLAINTIFFS'
MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF
ORDER TO DISMISS CASES WITHOUT PREJUDICE FOR FAILURE TO
COMPLY WITH AMENDED PTO 10