LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |

This Document Relates to:

*Jane Doe LS 15 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05933-CRB*

*Jane Doe LS 86 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05970-CRB*

*Jane Doe LS 168 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05371-CRB*

*Jane Doe LS 199 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05402-CRB*

*Jane Doe LS 208 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06024-CRB*

*Jane Doe LS 216 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06029 -CRB*

*Jane Doe LS 269 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05922-CRB*

*Jane Doe LS 342 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05913-CRB*

*Jane Doe LS 384 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05292-CRB*

*Jane Doe LS 456 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05654-CRB*

**[PROPOSED] ORDER GRANTING LEVIN SIMES PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10 (ECF NO. 5953)**

*Jane Doe LS 460 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05640-CRB*

*Jane Doe LS 530 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07143-CRB*

*Jane Doe LS 581 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-02758-CRB*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB        [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

# [PROPOSED] ORDER

Having considered Levin Simes Plaintiffs' Motion for Leave to File Motion for Reconsideration of the Court's April 22, 2026 Order Dismissing Cases for Failure to Comply with Amended PTO 10, the Court therefore hereby ORDERS as follows:

1. Levin Simes Plaintiffs' Motion for Leave to File Motion for Reconsideration is GRANTED.

2. Levin Simes Plaintiffs' Motion for Reconsideration is deemed filed at of the time of filing their Motion for Leave.

3. Levin Simes Plaintiffs' Motion for Reconsideration is GRANTED and the Court amends it's April 22, 2026 Order Dismissing Cases For Failure to Comply with Amended PTO 10 to remove the following Plaintiffs:

- Jane Doe LS 15 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05933-CRB
- Jane Doe LS 86 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05970-CRB
- Jane Doe LS 168 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05371-CRB
- Jane Doe LS 199 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05402-CRB
- Jane Doe LS 208 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06024-CRB
- Jane Doe LS 216 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-06029 -CRB
- Jane Doe LS 269 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05922-CRB
- Jane Doe LS 342 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05913-CRB
- Jane Doe LS 384 v. Uber Technologies, Inc., et al., Case No. 3:23-cv-05292-CRB
- Jane Doe LS 456 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05654-CRB
- Jane Doe LS 460 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-05640-CRB
- Jane Doe LS 530 v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07143-CRB
- Jane Doe LS 581 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-02758-CRB

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

1