LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiff D.P. .*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **NOTICE OF DISMISAL WITHOUT PREJUDICE** |
| *D.P. v. Uber Technologies Inc., et al.,* Case No. 3:24-cv-04449-CRB | Judge Hon. Charles R. Breyer |
| | Courtroom: 6 – 17th Floor |

Plaintiff D.P., by and through undersigned counsel, hereby provides notice that the above-captioned action has been dismissed without prejudice in accordance with the Court's Order granting Defendants' Motion to Enforce the Court's Prior Orders.  *See* ECF No. 5972.

Dated: May 7, 2026

Respectfully submitted,

By: */s/ Layne C. Hilton*

LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiff D.P.*

1    NOTICE OF DISMISSAL WITHOUT PREJUDICE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 7, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

By: */s/ Layne C. Hilton*

LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com