LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiff L.L.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*L.L. v. Uber Technologies Inc., et al.,* Case No. 3:25-cv-03742 | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF DISMISAL WITHOUT PREJUDICE**<br><br>Judge Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

Plaintiff L.L., by and through undersigned counsel, hereby provides notice that the above-captioned action has been dismissed without prejudice in accordance with the Court's Order granting Defendants' Motion to Enforce the Court's Prior Orders.  *See* ECF No. 5972.

 Dated: May 7, 2026

Respectfully submitted,

By: */s/ Layne C. Hilton*

LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiff L.L.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 7, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

By: */s/ Layne C. Hilton*

LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com