C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5972]** |
| *Jane Roe CL 88 v. Uber Technologies, Inc., et al., No. 3:24-cv-09145-CRB* | |

## I.   BRIEF HISTORY

On July 16, 2025, and August 12, 2025, Defendants filed a Motion to Dismiss Plaintiff's case for failure to submit a Plaintiff Fact Sheet and a bona fide trip receipt or PTO 5 Ride Information Form, respectively. (Doc. 3493, 3682). Plaintiff opposed the motions on the grounds that she needed additional time to complete and collect these required documents. (Doc. 3605, 3605-1; 3760, 3760-1). On April 16, 2026, Plaintiff submitted a PTO 5 Ride Information Form and Plaintiff Fact Sheet along with a PTO 10 Certification Form. (Declaration of Jennifer Domer ¶ 3). On April 23, 2026, the Court ordered Plaintiff's case dismissed without prejudice. (Doc. 5972).

## II.   PLAINTIFF REQUESTS THAT THE ORDER OF DISMISSAL BE VACATED BECAUSE SHE HAS COMPLIED WITH HER OBLIGATIONS

As indicated above, Plaintiff complied with her obligations under amended PTO 10 and PTO 5 prior to the order of dismissal.  The case was ordered dismissed without prejudice, and Plaintiff was ordered to file a notice of dismissal.  Therefore, rather than file a notice of dismissal at this time, Plaintiff asks that the Court vacate the dismissal of her case and relieve her from the obligation to file a notice of dismissal.

Dated: May 7, 2026                          CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 7, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: May 7, 2026                    CUTTER LAW P.C.

By:  /s/ Jennifer S. Domer

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

-4-
PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE