**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |

This Document Relates to:

*Jane Doe NLG (L.T.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00454-CRB

*Jane Doe NLG (A.Z.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00465-CRB

*Jane Doe NLG (H.D.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-00690-CRB

*Canales v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01084-CRB

*A.T. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01118-CRB

*E.J. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01120-CRB

*S.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01122-CRB

*S.M. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01124-CRB

*T.L. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01126-CRB

## [AMENDED PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 5 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1.  The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to PTO No. 5 (ECF No. 175).

2.  Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDLC ID[1] | Case Name | Counsel | Case Number |
|---|---|---|---|
| 4782 | Jane Doe NLG (L.T.) | Nachawati Law Group | 3:26-cv-00454 |
| None | Canales | Garces, Grabler & LeBrocq, P.C. | 3:26-cv-01084 |
| 5185 | A.T. | Reich and Binstock | 3:26-cv-01118 |
| 5186 | S.C. | Reich and Binstock | 3:26-cv-01122 |

---

[1] The Plaintiffs where "None" is indicated have all failed to register for MDL Centrality. For that reason, they lack MDL ID numbers.

[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS
CASES FOR FAILURE TO COMPLY WITH PTO 5                CASE NO. 3:23-MD-03084-CRB