# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084-CRB

**[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31**

This Document Relates to:

*C.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00914-CRB,

*L.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01451-CRB,

*T.C. (3:25-cv-03583) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03583-CRB,

*NLG (V.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08545-CRB,

*NLG (B.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08732-CRB,

*Jane Doe LS 657 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09904-CRB,

*Jane Doe LS 658 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09914-CRB,

*JLG 211 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10144-CRB,

*JLG 227 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10872-CRB,

*Jane Doe LS 681 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00541-CRB, and

*JLG 234 v. Uber Technologies, Inc., et al.*,
No. 3:26-cv-00701-CRB.

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-md-03084-CRB

## [AMENDED PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 31 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1.  The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 31 (ECF No. 3877).

2.  Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-md-03084-CRB

## EXHIBIT A

| MDL ID | Case Number | Plaintiff |
|--------|-------------|-----------|
| 2824 | 3:25-cv-00914-CRB | C.F. |
| 2963 | 3:25-cv-01451-CRB | L.C. |
| 3309 | 3:25-cv-03583-CRB | T.C. (3:25-cv-03583) |
| 4174 | 3:25-cv-08545-CRB | NLG (V.F.) |
| 4501 | 3:25-cv-10144-CRB | JLG 211 |
| 4638 | 3:25-cv-10872-CRB | JLG 227 |
| 4813 | 3:26-cv-00541-CRB | Jane Doe LS 681 |
| 4835 | 3:26-cv-00701-CRB | JLG 234 |