**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.,*<br>*N.D. Cal. No. 3:24-cv-04900*<br>*W.D.N.C. No. 3:25-cv-00737* | Case No. 3:23-md-03084-CRB (LJC)<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Date Filed:   April 12, 2026<br>Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>           Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants. | CASE NO. 3:25-cv-00737<br><br>Judge:        Hon. Charles R. Breyer<br><br>Courtroom:    501 |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technoplogies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Seal Certain Materials Attached to Uber's Opposition to Plaintiff's Offer of Proof Regarding Driver Deactivation (the "Opposition"), the Court hereby **ORDERS** that the following portions of the Exhibits to the Opposition remain under seal, as requested in Uber's Administrative Motion:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Opposition to Plaintiff's Offer of Proof re Driver Deactivation | Defendants' Opposition to Plaintiff's Offer of Proof re Driver Deactivation containing references to material designated confidential by Uber | Uber |
| Exhibit 2 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Document bearing Bates stamp UBER_MDL3084-DFS00074490 | Uber |
| Exhibit 4 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Document bearing Bates stamp UBER_JCCP_MDL_000366728 | Uber |
| Exhibit 6 to Declaration of Laura Vartain Horn ISO Defendants' Opposition | Document bearing Bates stamp UBER-MDL3084-DFS00159967 | Uber |

**IT IS SO ORDERED.**

DATED: May 11, 2026

By: _____
Hon. Charles R. Breyer
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)