**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | [PROPOSED] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** |
| *WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737* | Judge:      Hon. Charles R. Breyer Courtroom:  6 – 17th Floor |
| | Date Filed:  April 15, 2026 Trial Date:   April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823, | CASE NO. 3:25-cv-00737 |
| Plaintiff, | Judge:         Hon. Charles R. Breyer |
| v. | Courtroom:   501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

1

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA LLC's (collectively, "Uber") Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal, the Court hereby **ORDERS** that Exhibit A remain under seal, as requested in Uber's Motion:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A to Declaration of Laura Vartain Horn ISO Defendants' Motion to Seal | April 12, 2026 Deposition of Jeffrey Richardson | Non-Party Jeffery Richardson |

**IT IS SO ORDERED.**

DATED: May 11, 2026

By: _____
Hon. Charles R. Breyer
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 3:23-MD-03084-CRB