**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-04900<br>W.D.N.C. No. 3:25-cv-00737 | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL<br><br>Judge:        Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | No. 3:25-cv-00737<br><br>Judge: Honorable Charles R. Breyer |

Having considered Defendants' April 16, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records (ECF 5907) | The details of WHB 823's private life at 2:2-8<br><br>The details of WHB 823's mental health history at 5:4-13, 6:19-20 |
| Exhibit 1 to Declaration of Laura Vartain Horn ISO Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records (ECF 5907-2) | Excerpt of Defendants' Trial Exhibit D-4145 (Perkins Counseling & Psychological Services Medical Records, at 4145.0006-.0010, 4145.0015-.0017, and 4145.0031-.0033) containing the PII of WHB 823, the names of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |
| Exhibit 2 to Declaration of Laura Vartain Horn ISO Defendants' Trial Brief Regarding Admissibility of Plaintiff's Statements to Medical Providers in Medical Records (ECF 5907-3) | Excerpt of Defendants' Trial Exhibit D-4135 (Holly Hill Hospital Medical Records, at 4135.0006 and 4135.0010) containing the PII of WHB 823, the names and PII of third parties, the details of WHB 823's private life, and the details of WHB 823's mental health history |

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____

Hon. Charles R. Breyer
United States District Judge