John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**ATTORNEY WALTER CUBBERLY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10** |
| This Document Relates to:<br><br>*WHB 1843 v. Uber Technologies, Inc., et al., No. 3:24-cv-05693* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

1

Declaration of Walter Cubberly                                                    3:23-md-03084-CRB

I, Walter Cubberly, declare as follows:

1.  I am an attorney at Williams Hart & Boundas LLP admitted to practice before the courts of the state of California. I am one of the counsels of record for all filed WHB claimants. I have personal knowledge of the matters set forth therein, and if called to testify, I would testify competently to the information below.

2.  This declaration is made in support of WHB 1843's Memorandum of Law in Support of Opposition to Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10.

3.  Plaintiff WHB 1843 uploaded her original Plaintiff Fact Sheet to MDL Centrality on October 31, 2024. **Exhibit 1** to the Declaration of Walt Cubberly.

4.  A true and correct copy of the November 12, 2024 Deficiency Letter Defendants served on Plaintiff via MDL Centrality is attached hereto as **Exhibit 2** to the Declaration of Walter Cubberly.

5.  Plaintiff WHB 1843 uploaded her First Amended Plaintiff Fact Sheet to MDL Centrality on December 18, 2024. **Exhibit 1** to the Declaration of Walt Cubberly.

6.  Plaintiff WHB 1843 uploaded her Second Amended Plaintiff Fact Sheet and verification to MDL Centrality on January 21, 2025. **Exhibit 1** to the Declaration of Walt Cubberly.

7.  A true and correct copy of the May 2025 Deficiency Letter Defendants served on Plaintiff via MDL Centrality is attached hereto as **Exhibit 3** to the Declaration of Walter Cubberly.

8.  Plaintiff WHB 1843 uploaded her Third Amended Plaintiff Fact Sheet, together with Additional Information Page, to MDL Centrality on June 30, 2025. **Exhibit 1** to the Declaration of Walt Cubberly.

9.  Plaintiff WHB 1843 uploaded the verification to her Third Amended Plaintiff Fact Sheet, including Additional Information Page, to MDL Centrality on November 4, 2025. **Exhibit 1** to the Declaration of Walt Cubberly.

10. A true and correct copy of correspondence dated February 27, 2026 between Mike Arnone and Margret Lecocke is attached hereto as **Exhibit 4** to the Declaration of Walter Cubberly.

11. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 11, 2026 in Houston, Texas.

Dated: May 11, 2026

_____
Walter Cubberly

*Attorney for Plaintiff*

3