# Exhibit 1



## Uber Technologies, Inc., Passenger Sexual Assault Litigation



**My Account** ▾

◀◀ Return



### Plaintiff Information

✎ Edit

**Plaintiff ID:** 2193                    **Date of Birth:**

**Name:** ███████████        **Law Firm:** Williams Hart & Boundas, LLP

**Case Number:** 24-CV-05693

🗑 Request Deactivation

### Plaintiff Forms

If you have a receipt, please upload it in the Documents Section at the bottom of this page. Select the "Check here to produce this document after you upload it" checkbox to produce the receipt to the defendant as it is uploaded. You can also choose to produce it to the defendant later from the Documents list.

If you don't have a receipt, complete the Uber Ride Information Form below and submit it to the defendant.

Click Start/Edit next to the section that you want to complete and start providing information.

1. Uber Ride Information Form    Not Yet Started                    —

👁 View Draft    ↑ Import    ↓ Export                    Submit ⊙

**Uber Ride Information Form**

⏳ Start

2. Plaintiff Fact Sheet   Submitted                                              +

3. PTO 10 Certification Form   Submitted                                         +

## Documents

**Upload** ⬆

**Produce**

Filter:   ALL ⌄

Show   300 ⌄   entries

| Document ID ⌄ | Document Type ⇅ | Upload Date ⇅ | Produced By ⇅ | Produced Date ⇅ | Action |
|---|---|---|---|---|---|
| 186473 | PTO 10 Certification Form | 01/12/2026 | Zamora, Gabriela | 01/12/2026 | |
| 181185 | Notice of Overdue Discovery | 12/31/2025 | Admin, System | 12/31/2025 | |
| 164053 | Plaintiff Verification of PFS | 11/04/2025 | Trevino, Marleyn | 11/04/2025 | Request Removal Approval |
| 149022 | Notice of Missing Amended PFS Verification - PTO 10 Missing Verification Notice | 09/18/2025 | Admin, System | 09/18/2025 | |
| 123273 | Other - Additional Information Page | 06/30/2025 | Trevino, Marleyn | 06/30/2025 | Request Removal Approval |
| 123272 | Third Amended Plaintiff Fact Sheet | 06/30/2025 | Trevino, Marleyn | 06/30/2025 | |
| 99393 | PFS Deficiency Notice | 05/30/2025 | Krueger, Mike | 05/30/2025 | |
| 57740 | Plaintiff Verification of PFS | 01/21/2025 | Trevino, Marleyn | 01/21/2025 | Request Removal Approval |
| 57739 | Second Amended Plaintiff Fact Sheet | 01/21/2025 | Trevino, Marleyn | 01/21/2025 | |
| | Defendant Fact Sheet Attachment - WHB 1843 | | | | |

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.
© 2026 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| 57632 | Defendant Fact Sheet Attachment - WHB 1843 (⬛) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57631 | Defendant Fact Sheet Attachment - WHB 1843 (⬛) - req 27_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57630 | Defendant Fact Sheet Attachment - WHB 1843 (⬛) - req 27_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57629 | Defendant Fact Sheet Attachment - WHB 1843 (⬛) - req 25_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57628 | Defendant Fact Sheet Attachment - WHB 1843 ⬛ - req 25_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57627 | Defendant Fact Sheet Attachment - WHB 1843 (⬛) - req 25_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57626 | Defendant Fact Sheet Attachment - WHB 1843 (⬛) - req 25_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57625 | Defendant Fact Sheet Attachment - WHB 1843 ⬛ - req 25_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57624 | Defendant Fact Sheet Attachment - WHB 1843 ⬛ - req 25_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57623 | Defendant Fact Sheet Attachment - WHB 1843 (⬛) - req 24 | 01/21/2025 | Haider, Jay | 01/21/2025 | |

**Registering Plaintiffs**

If you require further assistance, contact us at **Uber@browngreer.com** or (888) 361-0741.

© 2026 BrownGreer PLC. All rights reserved.

| Document ID | Document Type | Upload Date | Produced By | Produced Date | Action |
|---|---|---|---|---|---|
| | ( ███████ ) - req 23 | | | | |
| 57621 | Defendant Fact Sheet Attachment - WHB 1843 ( ███████ ) - req 22b_8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57620 | Defendant Fact Sheet Attachment - WHB 1843 ( ███████ ) - req 22b_7 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57619 | Defendant Fact Sheet Attachment - WHB 1843 ( ███████ ) - req 22b_6 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57618 | Defendant Fact Sheet Attachment - WHB 1843 ( ███████ ) - req 22b_5 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57617 | Defendant Fact Sheet Attachment - WHB 1843 ( ███████ ) - req 22b_4 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57616 | Defendant Fact Sheet Attachment - WHB 1843 ( ███████ ) - req 22b_3 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57615 | Defendant Fact Sheet Attachment - WHB 1843 ( ███████ ) - req 22b_2 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 57614 | Defendant Fact Sheet Attachment - WHB 1843 ( ███████ ) - req 22b_1 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 47411 | Defendant Fact Sheet Attachment - WHB 1843 ( ███████ ) - req 8 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| | Defendant Fact Sheet Attachment - WHB 1843 | | | | |

| Document ID ▼ | Document Type ⇕ | Upload Date ⇕ | Produced By ⇕ | Produced Date ⇕ | Action |
|---|---|---|---|---|---|
| 47409 | Defendant Fact Sheet Attachment - WHB 1843 (▮▮▮▮▮▮▮) - req 23 | 01/21/2025 | Haider, Jay | 01/21/2025 | |
| 45409 | Defendant Fact Sheet | 01/18/2025 | Lee, Isamu | 01/18/2025 | |
| 39250 | First Amended Plaintiff Fact Sheet | 12/18/2024 | Trevino, Marleyn | 12/18/2024 | |
| 33871 | Other - Plaintiffs' Compliance with Pretrial Order No. 10 | 11/12/2024 | Gold, Emily | 11/12/2024 | |
| 32792 | Plaintiff Fact Sheet | 10/31/2024 | Trevino, Marleyn | 10/31/2024 | |

# Correspondence

**Record Correspondence**

You can search for specific data by entering at least three characters of your search criteria in the boxes in each column header and then pressing Enter.

| Description | Correspondence Date | Updated By | Corre |
|---|---|---|---|
| | | No correspondence available | |

◄ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ►

© 2026 BrownGreer PLC. All rights reserved.