# Exhibit 2

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

DIRECT DIAL: (202) 223-7407
EMAIL: KSMITH@PAULWEISS.COM

| | |
|---|---|
| NEW YORK | LOS ANGELES |
| BEIJING | SAN FRANCISCO |
| BRUSSELS | TOKYO |
| HONG KONG | TORONTO |
| LONDON | WILMINGTON |

November 12, 2024

**<u>VIA EMAIL</u>**

Walt Cubberly, Esq.
Williams Hart & Boundas LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
wcubberly@whlaw.com

Re:    MDL 3084 – Plaintiffs' Compliance with Pretrial Order No. 10

Counsel,

We write to discuss your firm's recent fact sheet filings.  Pretrial Order No. 10 ("PTO 10") requires each Plaintiff to submit a "substantially complete" Plaintiff Fact Sheet ("PFS").  PTO 10 at 6.  For cases filed after March 26, 2024, the substantially complete PFS is due "within 30 days of the case being filed in, removed to, or transferred to MDL 3084." *Id.*  On August 22, 2024, the Court adopted Williams Hart's and Uber's stipulation to extend this deadline for cases brought by Williams Hart following the California Court of Appeal's forum non conveniens decision. Stipulation & Order Regarding Certain Fact Sheet Deadlines at 7, ECF 1281.  Pursuant to the Court's order, Plaintiffs who filed their claims in connection with the forum non conveniens decision were obligated to submit a substantially complete PFS by no later than November 1, 2024.

To be substantially complete, the PFS must include, among other things, "a signed Declaration."  PTO 10 at 6.  The following Plaintiffs have not submitted a signed verification swearing to the truth of the Plaintiff's responses in the PFS:

1.  WHB 1882, No. 3:24-cv-04813, MDLC ID 1531
2.  WHB 1027, No. 3:24-cv-04820, MDLC ID 1533
3.  WHB 1290, No. 3:24-cv-04823, MDLC ID 1534
4.  WHB 928, No. 3:24-cv-04825, MDLC ID 1535
5.  WHB 1682, No. 3:24-cv-04835, MDLC ID 1540
6.  WHB 531, No. 3:24-cv-04846, MDLC ID 1543
7.  WHB 860, No. 3:24-cv-04845, MDLC ID 1549
8.  WHB 682, No. 3:24-cv-04805, MDLC ID 1550
9.  WHB 511, No. 3:24-cv-04842, MDLC ID 1551
10. WHB 1958, No. 3:24-cv-04861, MDLC ID 1557

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Williams Hart & Boundas LLP                                                                   2

11.   WHB 1598, No. 3:24-cv-04868, MDLC ID 1560
12.   WHB 1023, No. 3:24-cv-04877, MDLC ID 1563
13.   WHB 1144, No. 3:24-cv-04859, MDLC ID 1567
14.   WHB 189, No. 3:24-cv-04887, MDLC ID 1574
15.   WHB 195, No. 3:24-cv-04802, MDLC ID 1582
16.   WHB 1017, No. 3:23-cv-04806, MDLC ID 1583
17.   WHB 1293, No. 3:24-cv-04817, MDLC ID 1593
18.   WHB 600, No. 3:24-cv-04941, MDLC ID 1594
19.   WHB 333, No. 3:24-cv-04905, MDLC ID 1595
20.   WHB 1658, No. 3:24-cv-04907, MDLC ID 1597
21.   WHB 56, No. 3:24-cv-04908, MDLC ID 1598
22.   WHB 1603, No. 3:24-cv-04852, MDLC ID 1600
23.   WHB 317, No. 3:24-cv-04853, MDLC ID 1604
24.   WHB 1948, No. 3:24-cv-4880, MDLC ID 1606
25.   WHB 700, No. 3:24-cv-04899, MDLC ID 1612
26.   WHB 526, No. 3:24-cv-04901, MDLC ID 1614
27.   WHB 310, No. 3:24-cv-04903, MDLC ID 1616
28.   WHB 319, No. 3:24-cv-04904, MDLC ID 1617
29.   WHB 1002, No. 3:24-cv-04885, MDLC ID 1627
30.   WHB 203, No. 3:24-cv-04912, MDLC ID 1630
31.   WHB 689, No. 3:24-cv-04965, MDLC ID 1631
32.   WHB 1497, No. 3:24-cv-04891, MDLC ID 1632
33.   WHB 603, No. 3:24-cv-04971, MDLC ID 1633
34.   WHB 1387, No. 3:24-cv-04958, MDLC ID 1635
35.   WHB 1896, No. 3:24-cv-04975, MDLC 1638
36.   WHB 1422, No. 3:24-cv-04925, MDLC ID 1648
37.   WHB 1123, No. 3:24-cv-4850, MDLC ID 1659
38.   WHB 1873, No. 3:24-cv-04933, MDLC ID 1682
39.   WHB 1904, No. 3:24-cv-04953, MDLC ID 1687
40.   WHB 1619, No. 3:24-cv-04961, MDLC ID 1690
41.   WHB 696, No. 3:24-cv-04979, MDLC ID 1695
42.   WHB 175, No. 3:24-cv-04982, MDLC ID 1697
43.   WHB 859, No. 3:24-cv-04934, MDLC ID 1701
44.   WHB 1345, No. 3:24-cv-05008, MDLC ID 1706
45.   WHB 530, No. 3:24-cv-05091, MDLC ID 1711
46.   WHB 1489, No. 3:24-cv-05093, MDLC ID 1715
47.   WHB 184, No. 3:24-cv-05015,  MDLC ID 1725
48.   WHB 1900, No. 3:24-cv-05031,  MDLC ID 1726
49.   WHB 646, No. 3:24-cv-05022,  MDLC ID 1730

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Williams Hart & Boundas LLP                                                           3

50. WHB 1007, No. 3:24-cv-05023, MDLC ID 1731
51. WHB 1269, No. 3:24-cv-05025, MDLC ID 1732
52. WHB 676, No. 3:24-cv-05024, MDLC ID 1734
53. WHB 1941, No. 3:24-cv-05032, MDLC ID 1739
54. WHB 1891, No. 3:24-cv-05037, MDLC ID 1744
55. WHB 1837, No. 3:24-cv-05033, MDLC ID 1747
56. WHB 999, No. 3:24-cv-05036, MDLC ID 1748
57. WHB 1902, No. 3:24-cv-05040, MDLC ID 1749
58. WHB 1606, No. 3:24-cv-05066, MDLC ID 1757
59. WHB 1431, No. 3:24-cv-05057, MDLC ID 1759
60. WHB 1919, No. 3:24-cv-05059, MDLC ID 1761
61. WHB 599, No. 3:24-cv-05062, MDLC ID 1764
62. WHB 979, No. 3:24-cv-05082, MDLC ID 1770
63. WHB 666, No. 3:24-cv-05127, MDLC ID 1788
64. WHB 504, No. 3:24-cv-05243, MDLC ID 1838
65. WHB 823, No. 3:24-cv-05041, MDLC ID 1845
66. WHB 396, No. 3:24-cv-05134, MDLC ID 1858
67. WHB 931, No. 3:24-cv-05130, MDLC ID 1865
68. WHB 427, No. 3:24-cv-05132, MDLC ID 1866
69. WHB 1425, No. 3:24-cv-05129, MDLC ID 1868
70. WHB 1935, No. 3:24-cv-05142, MDLC ID 1871
71. WHB 638, No. 3:24-cv-05116, MDLC ID 1874
72. WHB 1610, No. 3:24-cv-05118, MDLC ID 1875
73. WHB 1386, No. 3:24-cv-05128, MDLC ID 1878
74. WHB 510, No. 3:24-cv-05278, MDLC ID 1879
75. WHB 1832, No. 3:24-cv-05305, MDLC ID 1893
76. WHB 451, No. 3:24-cv-05256, MDLC ID 1897
77. WHB 373, No. 3:24-cv-05224, MDLC ID 1910
78. WHB 428, No. 3:24-cv-05236, MDLC ID 1917
79. WHB 1962, No. 3:24-cv-05240, MDLC ID 1918
80. WHB 1024, No. 3:24-cv-05258, MDLC ID 1921
81. WHB 703, No. 3:24-cv-05361, MDLC ID 1925
82. WHB 1272, No. 3:24-cv-05366, MDLC ID 1926
83. WHB 873, No. 3:24-cv-05351, MDLC ID 1931
84. WHB 662, No. 3:24-cv-05355, MDLC ID 1940
85. WHB 1048, No. 3:24-cv-05462, MDLC ID 1943
86. WHB 1661, No. 3:24-cv-05468, MDLC ID 1948
87. WHB 1540, No. 3:24-cv-05449, MDLC ID 1959
88. WHB 981, No. 3:24-cv-05573, MDLC ID 1967

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Williams Hart & Boundas LLP                                                      4

89.  WHB 1457, No. 3:24-cv-05576,  MDLC ID 1971
90.  WHB 1043, No. 3:24-cv-05501,  MDLC ID 1972
91.  WHB 1338, No. 3:24-cv-05434,  MDLC ID 1974
92.  WHB 473, No. 3:24-cv-05459,  MDLC ID 1980
93.  WHB 406, No. 3:24-cv-05560, MDLC ID 1985
94.  WHB 1414, No. 3:24-cv-05495, MDLC ID 1988
95.  WHB 1468, No. 3:24-cv-05500, MDLC ID 1989
96.  WHB 1324, No. 3:24-cv-05561, MDLC ID 2055
97.  WHB 1677, No. 3:24-cv-05556, MDLC ID 2057
98.  WHB 1860, No. 3:24-cv-05568, MDLC ID 2061
99.  WHB 1010, No. 3:24-cv-05773, MDLC ID 2064
100. WHB 935, No. 3:24-cv-05776, MDLC ID 2065
101. WHB 1484, No. 3:24-cv-05779, MDLC ID 2066
102. WHB 375, No. 3:24-cv-05781, MDLC ID 2067
103. WHB 1659, No. 3:24-cv-05565, MDLC ID 2070
104. WHB 494, No. 3:24-cv-05767, MDLC ID 2073
105. WHB 498, No. 3:24-cv-05769, MDLC ID 2074
106. WHB 497, No. 3:24-cv-05956, MDLC ID 2077
107. WHB 678, No. 3:24-cv-05961, MDLC ID 2078
108. WHB 1922, No. 3:24-cv-05601, MDLC ID 2132
109. WHB 1381, No. 3:24-cv-05603, MDLC ID 2133
110. WHB 632, No. 3:24-cv-05604, MDLC ID 2134
111. WHB 517, No. 3:24-cv-05608, MDLC ID 2135
112. WHB 339, No. 3:24-cv-05614, MDLC ID 2141
113. WHB 1544, No. 3:24-cv-05622, MDLC ID 2146
114. WHB 438, No. 3:24-cv-05631, MDLC ID 2148
115. WHB 393, No. 3:24-cv-05633, MDLC ID 2150
116. WHB 338, No. 3:24-cv-05635, MDLC ID 2151
117. WHB 349, No. 3:24-cv-05636, MDLC ID 2152
118. WHB 1552, No. 3:24-cv-05599, MDLC ID 2158
119. WHB 465, No. 3:24-cv-05617, MDLC ID 2162
120. WHB 1348, No. 3:24-cv-05669, MDLC ID 2174
121. WHB 1332, No. 3:24-cv-05670, MDLC ID 2175
122. WHB 1611, No. 3:24-cv-05665, MDLC ID 2176
123. WHB 891, No. 3:24-cv-05666, MDLC ID 2178
124. WHB 435, No. 3:24-cv-05668, MDLC ID 2179
125. WHB 1556, No. 3:24-cv-05986, MDLC ID 2180
126. WHB 1947, No. 3:24-cv-05714, MDLC ID 2183
127. WHB 946, No. 3:24-cv-05698, MDLC ID 2184

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Williams Hart & Boundas LLP                                                                    5

    128.  WHB 505, No. 3:24-cv-05709, MDLC ID 2186
    129.  WHB 1142, No. 3:24-cv-05712, MDLC ID 2187
    130.  WHB 1057, No. 3:24-cv-05715, MDLC ID 2189
    131.  WHB 1470, No. 3:24-cv-05716,  MDLC ID 2190
    132.  WHB 1843, No. 3:24-cv-05693, MDLC ID 2193
    133.  WHB 856,  No. 3:24-cv-05699, MDLC ID 2194
    134.  WHB 1398, No. 3:24-cv-05705, MDLC ID 2195
    135.  WHB 871, No. 3:24-cv-05770, MDLC ID 2196
    136.  WHB 413, No. 3:24-cv-05782, MDLC ID 2198
    137.  WHB 1317, No. 3:24-cv-05791, MDLC ID 2199
    138.  WHB 1481, No. 3:24-cv-05794, MDLC ID 2201
    139.  WHB 991,  No. 3:24-cv-05959,  MDLC ID 2206
    140.  WHB 884, No. 3:24-cv-05948, MDLC ID 2207
    141.  WHB 513, No. 3:24-cv-05951, MDLC ID 2208
    142.  WHB 1413, No. 3:24-cv-05620, MDLC ID 2212
    143.  WHB 1999, No. 3:24-cv-07048, MDLC ID 2629

In light of these Plaintiffs' deficient fact sheets, we request that you confirm by no later than November 19, 2024, that you are in contact with these Plaintiffs and will be able to provide the discovery the Court has ordered.

In addition, under PTO 10, a party has thirty (30) days to correct deficiencies in a fact sheet submission after receiving a deficiency notice.  In each case where a verification has not been provided and Plaintiff has not already received a deficiency letter alerting them to this problem, please provide the missing verification by no later than December 6, 2024.[1]  As Uber continues to review Plaintiffs' submissions, it may send additional deficiency letters noting other problems with Plaintiffs' submissions.  These later letters shall not constitute extensions of Plaintiffs' December 12, 2024, deadline to verify their fact sheet submissions as the Court has required.  Uber reserves all rights with respect to all deficiencies in your clients' Plaintiff Fact Sheets, including the right to move for dismissal with prejudice as to any Plaintiff who does not promptly provide sufficient disclosures in compliance with PTO 10.

*(Continued on next page)*

---

[1] Uber has already sent certain of the Plaintiffs identified above separate letters identifying deficiencies in their fact sheet submissions such as the lack of a verification.  This letter does not alter or extend Plaintiffs' 30-day deadline for curing the deficiencies noted in Uber's past letters.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Williams Hart & Boundas LLP                                                6

Sincerely,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: */s/ Kyle Smith*

Kyle Smith
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7407
ksmith@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP