# Exhibit 4

**From:** Arnone, Mike (SHB)
**To:** Margret Lecocke
**Cc:** John Boundas; Brian Abramson; Cotton, Chris (SHB)
**Subject:** RE: Uber MDL 3084: M&C Request Re: Overdue Discovery Pursuant to Amended PTO 10
**Date:** Friday, February 27, 2026 5:31:08 PM
**Attachments:** image002.png
image003.png
image004.png
image005.png
image006.png

Hi Margret,

If Plaintiff served a verified Amended PFS that included such language in response to Question 20, that would cure this deficiency if Plaintiff does not possess the text messages themselves.

At bottom, the issue here is that the additional information page is unverified and therefore does not carry the same evidentiary weight as Plaintiff's verified PFS. So, it is not accurate to say that Uber already knows Plaintiff does not have the text messages. Uber knows that an unverified additional information page claims Plaintiff does not have the text messages, but whether Plaintiff has reviewed and verified that statement cannot be determined on the current record.

Best,

**Mike Arnone**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

| marnone@shb.com



---

**From:** Margret Lecocke <mlecocke@whlaw.com>
**Sent:** Friday, February 27, 2026 4:41 PM
**To:** Arnone, Mike (SHB) <marnone@shb.com>
**Cc:** John Boundas <jboundas@whlaw.com>; Brian Abramson <babramson@whlaw.com>
**Subject:** RE: Uber MDL 3084: M&C Request Re: Overdue Discovery Pursuant to Amended PTO 10

**EXTERNAL**

Plaintiff is to amend her verified Third Amended Fact Sheet so that the words "I am no longer in possession of the text messages the Uber driver sent me" are in the incident details rather than on the additional information page that we uploaded eight months ago?

We do not believe that this is a material deficiency or a deficiency at all under Amended PTO

10. Uber already knows that Plaintiff does not have the text messages per the message below in which you acknowledge that you previously reviewed the additional information page.

**Margret Lecocke**
Attorney
Direct: (713) 230-2362
mlecocke@whlaw.com



**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com

   

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.
WKHBLLP

**From:** Arnone, Mike (SHB) <marnone@shb.com>
**Sent:** Thursday, February 26, 2026 12:44 PM
**To:** Margret Lecocke <mlecocke@whlaw.com>
**Cc:** John Boundas <jboundas@whlaw.com>; Brian Abramson <babramson@whlaw.com>; Gabriela Zamora <gzamora@whlaw.com>; Myles Shaw <mshaw@whlaw.com>
**Subject:** RE: Uber MDL 3084: M&C Request Re: Overdue Discovery Pursuant to Amended PTO 10

Hi Margret,

We can confirm receipt of the Mental Health Release (Exhibit B) served by Plaintiff Grimes (MDLC ID 1571) on February 25 and consider that deficiency cured—thank you.

As to Plaintiff Nyirabahay (MDLC ID 2193), we previously reviewed the additional information page (MDLC Doc ID 123273), but it does not cure the deficiency at issue. I believe we have discussed this issue in past meet and confers, but to clarify our position on Question 15.a. productions: we consider deficiencies for failure to serve such productions cured only if (1) the productions are served, or (2) a verified Amended PFS is served that indicates in response to Question 20 that the productions are unavailable.

We would be happy to discuss this further if you would like. Please let me know if you have any questions.

Best,

**Mike Arnone**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

| marnone@shb.com



**From:** Margret Lecocke <mlecocke@whlaw.com>
**Sent:** Wednesday, February 25, 2026 5:46 PM
**To:** Arnone, Mike (SHB) <marnone@shb.com>
**Cc:** John Boundas <jboundas@whlaw.com>; Brian Abramson <babramson@whlaw.com>; Gabriela Zamora <gzamora@whlaw.com>; Myles Shaw <mshaw@whlaw.com>
**Subject:** RE: Uber MDL 3084: M&C Request Re: Overdue Discovery Pursuant to Amended PTO 10

**EXTERNAL**

Hi Mike. Thank you for your email.

On Ms. Grimes (Id 1571), her signed mental health authorization has been uploaded to MDL Centrality. There is no material deficiency in this PFS.

With regard to Ms. Nyirabahay (Id **2193**), Plaintiff uploaded an additional information page to MDL Centrality on June 30, 2025 to address question 15(a). This additional information page notes that Plaintiff is no longer in possession of the text messages that the Uber driver sent her. There is no material deficiency in this PFS.

I am available tomorrow before 4:30 pm Central and most of Friday after 10:00 am Central to meet and confer about these cases. Thank you.

**Margret Lecocke**
Attorney
Direct: (713) 230-2362
mlecocke@whlaw.com



**Williams Hart & Boundas, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
(713) 230-2200 Main
(800) 220-9341
(713) 643-6226 Fax
www.whlaw.com



This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.



**From:** Arnone, Mike (SHB) <marnone@shb.com>
**Sent:** Tuesday, February 24, 2026 6:23 PM
**To:** Margret Lecocke <mlecocke@whlaw.com>
**Cc:** John Boundas <jboundas@whlaw.com>; Brian Abramson <babramson@whlaw.com>; Gabriela Zamora <gzamora@whlaw.com>; Myles Shaw <mshaw@whlaw.com>
**Subject:** Uber MDL 3084: M&C Request Re: Overdue Discovery Pursuant to Amended PTO 10

Hi Margret,

I write with respect to the following plaintiffs whom you represent in MDL 3084. To date, we note the most recent PFS for each plaintiff below is materially deficient. While those deficiencies were noticed well over 30 days ago, we are contacting you pursuant to Amended PTO 10, Section 9(b) in the spirit of cooperation to request a meet and confer by Monday, March 2. Any unresolved deficiencies will be addressed with the Court.

Plaintiff Abigail Grimes (MDLC ID 1571)

- Plaintiff has failed to serve a Mental Health Release (Exhibit B).

Plaintiff Queenie Nyirabahay (MDLC ID 3322)

- Plaintiff has failed to serve productions responsive to PFS Question 15.a.

Please let us know your availability for a meet and confer between now and March 2 and we will circulate a Zoom invitation. Alternatively, with your explicit confirmation in writing, we are also amenable to letting this email thread serve as a meet and confer.

Best,

**Mike Arnone**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

| marnone@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.