**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC.,**                    **MDL NO. 3084**
**PASSENGER SEXUAL ASSAULT LITIGATION**

_____                    **HON. CHARLES R. BREYER**

This Document Relates to:

    ALL ACTIONS.

_____ /

### OATH CERTIFICATION WITH MOTION TO APPEAR _PRO HAC VICE_

Pursuant to Pretrial Order No. 1, and the Northern District of California Civil Local Rule 11-3, I, George E. Clause II, hereby affirms to the Court the following:

1.    Movant is an active member in good standing of the bar of a United States District Court, Middle District of Florida and Southern District of Florida.

2.    Movant agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and has become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules.

3.    Movant has not been granted pro hac vice admission by the Court in the twelve months preceding the application.

4.    Movant resides in Florida and is not a resident of the State of California.

5.    Movant is admitted to practice and is a member in good standing of the bar of the State of Florida. A copy of a Certificate of Good Standing from the State of Florida dated within 30 days of this Motion is attached hereto as "**Exhibit A**" and made part hereof.

**WHEREFORE**, George E. Clause II, respectfully requests that this Court enter an Order granting this Motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: May 12, 2026

Respectfully Submitted,

**THE CLAUSE LAW GROUP**
*Attorney for Plaintiff*
2336 SE Ocean Blvd., #355
Stuart, Florida 34996
Telephone: (772) 341-5855
Facsimile: (772) 410-3494

BY:    /s/*George E. Clause II*
GEORGE E. CLAUSE II, ESQ.
Florida Bar No.: 1022682
Primary Email: gclause@clauselawgroup.com
All pleadings and Correspondence may be served
by Email only via email address:
gclause@clauselawgroup.com

## CERTIFICATE OF SERVICE

In compliance with Rule 5-5 of the Local Rules of the United States District Court Northern District of California, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system on May 12, 2026, which will automatically serve notice of this filing via email to all registered counsel of record.

/s/ *George Clause*
GEORGE E. CLAUSE II