**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC.,**                    **MDL NO. 3084**
**PASSENGER SEXUAL ASSAULT LITIGATION**

_____              **HON. CHARLES R. BREYER**

This Document Relates to:

    ALL ACTIONS.

_____ /

**"EXHIBIT A" WITH MOTION TO APPEAR _PRO HAC VICE_**



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida       )

County of Leon       )                    In Re:   1022682
                                                    George Edward Clause II
                                                    The Clause Law Group
                                                    PO Box 241
                                                    Newfoundland, PA 18445-0241

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **May 8, 2020**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  11th  day of **May, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-410692