**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC.,**                    **MDL NO. 3084**
**PASSENGER SEXUAL ASSAULT LITIGATION**

_____          **HON. CHARLES R. BREYER**

This Document Relates to:

    ALL ACTIONS.

_____ /

**<u>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE</u>**

The Court has considered the Motion to Appear Pro Hac Vice by George E. Clause II.

**IT IS HEREBY ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

George E. Clause II is admitted to practice pro hac vice in the above-styled case. The

Clerk of Court is directed to provide notice of Electronic Case Filings (ECF) to the following

counsel:

George E. Clause II, The Clause Law Group, 2336 SE Ocean Blvd., Unit: 355, Stuart,

Florida 34996; Email: gclause@clauselawgroup.com

**IT IS SO ORDERED.**

_____
**HON. CHARLES R. BREYER**
**United States District Judge**