**WAGSTAFF LAW FIRM**
Sommer D. Luther *
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*N.MP. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10776-CRB | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

Plaintiff N.MP., by and through undersigned counsel, hereby provides notice that the above-captioned action is dismissed with prejudice against Defendants Uber Technologies, Inc., Rasier, LLC , and Rasier-CA, LLC.

Dated: May 13, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, PHV
940 Lincoln Street
Denver, CO 80203
Tel: (720) 208-9417
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: May 13, 2026

/s/ *Sommer D. Luther*
Sommer D. Luther

NOTICE OF DISMISSAL WITH PREJUDICE
CASE NO. 3:25-CV-10776-CRB