RAMESH RAGHUTHAMAN (TX SBN 24056184)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: ramesh@dmillerlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| | JURY TRIAL DEMANDED |
| This Document Relates to: | |
| Jane Doe DMA (C.C.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00654 | |
| Jane Doe DMA (C.P.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-03335 | |
| Jane Doe DMA (D.E.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-02199 | |
| L.B.S. v Uber Technologies, Inc., et al 3:25-cv-00685 | |
| Jane Doe DMA (N.L.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-02781 | |
| John Doe DMA (R.A.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-10801 | |
| Jane Doe DMA (S.R.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00677 | |
| Jane Doe DMA (T.R.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00641 | |
| Jane Doe DMA (N.B.) v. Uber Technologies, Inc. *et al*.; 3:25-cv-10736 | |

D. MILLER & ASSOCIATES, PLLC
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**(CIVIL LOCAL RULE 11-3)**

I, Ramesh Raghuthaman, an active member in good standing of the bars of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: L.B.S. in the above-entitled action.

**My Address of Record**

2610 W Sam Houston Pkwy S #200, Houston, TX 77042

**My Telephone of Record**

(713) 850-8600

**My Email of Record**

ramesh@dmillerlaw.com

ridesharelit@dmillerlaw.com

I am an active member in good standing with the State Bar of Texas, as indicated above; my bar number is 24056184 (TX), A true and correct copy of my certificate of good standing or equivalent official document from said bars are attached to this application. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13th, 2026

Sincerely,

/s/ Ramesh Raghuthaman
Ramesh Raghuthaman

D. MILLER & ASSOCIATES, PLLC
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 25, 2025

Re: Ramesh Raghuthaman, State Bar Number 24046675

To Whom It May Concern:

This is to certify that Ramesh Raghuthaman was licensed to practice law in Texas on November 05, 2004, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253