RAMESH RAGHUTHAMAN (TX SBN 24056184)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: ramesh@dmillerlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**D. MILLER & ASSOCIATES, PLLC**
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
| | Honorable Charles R. Breyer |

JURY TRIAL DEMANDED

This Document Relates to:

Jane Doe DMA (C.C.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00654

Jane Doe DMA (C.P.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-03335

Jane Doe DMA (D.E.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-02199

L.B.S. v Uber Technologies, Inc., et al 3:25-cv-00685

Jane Doe DMA (N.L.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-02781

John Doe DMA (R.A.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-10801

Jane Doe DMA (S.R.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00677

Jane Doe DMA (T.R.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00641

Jane Doe DMA (N.B.) v. Uber Technologies, Inc. *et al*.; 3:25-cv-10736

**PROPOSED ORDER ADMISSION OF ATTORNEY PRO HAC VICE**

**D. MILLER & ASSOCIATES, PLLC**
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600

## <u>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE</u>

IT IS HEREBY ORDERED THAT the application of Ramesh Raghuthaman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE