*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION RE EXTENSION OF TIME FOR UBER TO RESPOND TO COURT INQUIRY ON S-RAD PRESERVATION**<br>ORDER<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

STIPULATION RE EXTENSION OF TIME TO FILE RESPONSE RE S-RAD PRESERVATION
Case No. 3.23-md-03084-CRB (LJC)

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding the deadline for Uber to provide responses to the Court's questions regarding S-RAD preservation.

WHEREAS, at the last Status Conference held on April 29, 2026, the Court asked Uber to provide responses to Court questions about S-RAD preservation and indicated that Uber could have two weeks to do so. Uber has conferred with Plaintiffs, who do not object to Uber filing on May 15, 2026 rather than on May 13, 2026.

WHEREAS, the Parties agree to extend Uber's deadline from May 13, 2026 to May 15, 2026.

**IT IS SO STIPULATED.**

DATED: May 12, 2026

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

1

STIPULATION RE EXTENSION OF TIME TO FILE RESPONSE RE S-RAD PRESERVATION
Case No. 3.23-md-03084-CRB (LJC)

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

STIPULATION RE EXTENSION OF TIME TO FILE RESPONSE RE S-RAD PRESERVATION
Case No. 3.23-md-03084-CRB (LJC)

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


Dated: May 12, 2026                    */s/ Laura Vartain Horn*
                                       Laura Vartain Horn

STIPULATION RE EXTENSION OF TIME TO FILE RESPONSE RE S-RAD PRESERVATION
Case No. 3.23-md-03084-CRB (LJC)

## [~~PROPOSED~~] ORDER

Having reviewed the parties' joint stipulation, the Court hereby GRANTS the stipulation and the new due date for Uber to file a response to the Court regarding S-RAD preservation will now be May 15, 2026.

IT IS SO ORDERED.

Dated:  May 13, 2026

Hon. Charles. R. Breyer
United States District Judge

STIPULATION RE EXTENSION OF TIME TO FILE RESPONSE RE S-RAD PRESERVATION
Case No. 3.23-md-03084-CRB (LJC)