RAMESH RAGHUTHAMAN (TX SBN 24056184)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: ramesh@dmillerlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | JURY TRIAL DEMANDED |
| | ORDER |
| Jane Doe DMA (C.C.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00654 | |
| Jane Doe DMA (C.P.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-03335 | |
| Jane Doe DMA (D.E.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-02199 | |
| L.B.S. v Uber Technologies, Inc., et al 3:25-cv-00685 | |
| Jane Doe DMA (N.L.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-02781 | |
| John Doe DMA (R.A.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-10801 | |
| Jane Doe DMA (S.R.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00677 | |
| Jane Doe DMA (T.R.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00641 | |
| Jane Doe DMA (N.B.) v. Uber Technologies, Inc. *et al*.; 3:25-cv-10736 | |

*Margin:* D. MILLER & ASSOCIATES, PLLC — 2610 W Sam Houston Pkwy S, Ste 200 — Houston, TX 77042 — Telephone: (713) 850-8600

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**(CIVIL LOCAL RULE 11-3)**

I, Ramesh Raghuthaman, an active member in good standing of the bars of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: L.B.S. in the above-entitled action.

**My Address of Record**

2610 W Sam Houston Pkwy S #200, Houston, TX 77042

**My Telephone of Record**

(713) 850-8600

**My Email of Record**

ramesh@dmillerlaw.com

ridesharelit@dmillerlaw.com

I am an active member in good standing with the State Bar of Texas, as indicated above; my bar number is 24056184 (TX), A true and correct copy of my certificate of good standing or equivalent official document from said bars are attached to this application. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13th, 2026

Sincerely,

/s/ Ramesh Raghuthaman
Ramesh Raghuthaman

D. MILLER & ASSOCIATES, PLLC
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600

RAMESH RAGHUTHAMAN (TX SBN 24056184)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: ramesh@dmillerlaw.com
*Attorneys for Plaintiffs*

**D. MILLER & ASSOCIATES, PLLC**
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>JURY TRIAL DEMANDED |

This Document Relates to:

Jane Doe DMA (C.C.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00654

Jane Doe DMA (C.P.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-03335

Jane Doe DMA (D.E.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-02199

L.B.S. v Uber Technologies, Inc., et al 3:25-cv-00685

Jane Doe DMA (N.L.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-02781

John Doe DMA (R.A.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-10801

Jane Doe DMA (S.R.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00677

Jane Doe DMA (T.R.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-00641

Jane Doe DMA (N.B.) v. Uber Technologies, Inc. *et al*.; 3:25-cv-10736

**PROPOSED ORDER ADMISSION OF ATTORNEY PRO HAC VICE**

## <u>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE</u>

IT IS HEREBY ORDERED THAT the application of Ramesh Raghuthaman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __May 13, 2026__



UNITED STATES DISTRICT/MAGISTRATE JUDGE

**D. MILLER & ASSOCIATES, PLLC**
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600