Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
*Appearance Pro Hac Vice*
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ARATI FURNESS**<br><br>Judge: Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe NLG (BG) v. Uber Technologies, Inc., et al., No. 3:25-cv-08732-CRB* | |

I, Arati Furness, declare:

1.  I am an attorney who is admitted to practice before this Court in MDL No. 3084.  I am a partner at the law firm of Nachawati Law Group and am counsel of record for the Plaintiff MDLC ID 4190.

2.  I make this declaration based on my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

CASE NO. 3:23-MD-03084-CRB          DECL. OF ARATI FURNESS ISO PLTFS' MOT. TO
EXTEND TIME TO SUBMIT TO DEPOSITION

3. On or about April 24, 2026, Chris Cotton, defense counsel for Uber, contacted me to arrange for the deposition for Plaintiff MLD ID 4190. With client's cooperation, we agreed to May 18, 2026 at 9:00 AM.

4. Another attorney will now be appearing in my place. We need additional time to coordinate available times for counsel and Plaintiff.

Executed on May 13, 2026.

**NACHAWATI LAW GROUP**

*/s/ Arati Furness*
Arati Furness (CA Bar No. 225435)

*Counsel for Plaintiffs*

CASE NO. 3:23-MD-03084-CRB      2      DECL. OF ARATI FURNESS ISO PLTFS' MOT. TO EXTEND TIME TO SUBMIT TO DEPOSITION