**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SUBMIT TO DEPOSITION** |
| This Document Relates to: | |
| *Jane Doe NLG (BG) v. Uber Technologies, Inc., et al., No. 3:25-cv-08732-CRB* | Judge: Honorable Charles R. Breyer |

**[PROPOSED] ORDER**

Good cause appearing, and having considered Plaintiffs' Motion to Extend Time to Submit to Deposition, the Court hereby GRANTS Plaintiffs' Motion and extends the deadline for Plaintiff MDL ID 4190 to comply and submit to a deposition as outlined by Order in ECF 5970 by thirty (30) days, to June 23, 2026.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge

CASE NO. 3:23-MD-03084-CRB        [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SUBMIT TO DEPOSITION