Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

COTTON DECL. ISO DEFS.' MTN TO DISMISS FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-MD-3084-CRB

I, Christopher V. Cotton, state as follows:

1.    I am over the age of 18 and a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Defendants" or "Uber") Motion to Dismiss Cases for Failure to Comply With Show Cause Orders and to Convert submitted to the Court on May 13, 2026 ("Motion").

2.    I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in *In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, Case No. 3:23-md-03084-CRB (N.D. Cal.) (the "MDL"). I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge, and upon information and belief. If called as a witness, I could and would competently testify to the matters set forth herein.

3.    On November 19, 2025, this Court found that seven Plaintiffs in this litigation submitted fraudulent receipts in support of their claims and ordered them to show cause why their cases should not be dismissed. ECF 4440. The Court set a December 5, 2025 deadline for these seven Plaintiffs to make their submissions. *Id*. Subsequently, the Court found another six Plaintiffs had engaged in similar conduct and ordered them to show cause as well. ECF 5454. The Court set a March 30, 2026 deadline for these six Plaintiffs to make their submissions. *Id*. None of the 13 Plaintiffs substantively responded to these respective deadlines:

- In response to the Court's November 19, 2025, show cause order (ECF 4440), Peiffer Wolf submitted a response for Plaintiff A.G. representing that A.G. has been "uncooperative with Counsel and unresponsive" (ECF 4485) and later indicated they do not oppose dismissal (ECF 4567).

COTTON DECL. ISO DEFS.' MTN TO DISMISS FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-MD-3084-CRB

- In response to the Court's March 9, 2026, show cause order (ECF 5454), Reich & Binstock submitted a response identifying their "[f]ormer" Plaintiff C.C. and containing no factual or legal basis for the submission of Plaintiff C.C.'s non-bona fide receipt. *See* ECF 5678.

- In response to the Court's March 9, 2026, show cause order (ECF 5454), Wagstaff Law Firm submitted a response for Plaintiffs M.J. and G.M.—already dismissed without prejudice—that provides no responsive information to the Court's order, only that "[t]he circumstances surrounding the receipt's creation remain under active investigation by undersigned counsel." *See* ECF 5689 at 4.

4.      A list of these Plaintiffs who (1) failed to respond, and (2) have not already been dismissed with prejudice is attached to this declaration as **Exhibit A**. A list of these Plaintiffs who (1) failed to respond, and (2) are currently dismissed without prejudice is attached to this declaration as **Exhibit B**.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  May 13, 2026

Respectfully submitted,

By: */s/ Christopher V. Cotton*
Christopher V. Cotton (admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

COTTON DECL. ISO DEFS.' MTN TO DISMISS FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-MD-3084-CRB

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: May 13, 2026                                    Respectfully submitted,

                                                       */s/ Laura Vartain Horn*
                                                       Laura Vartain Horn

COTTON DECL. ISO DEFS.' MTN TO DISMISS FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-MD-3084-CRB