**EXHIBIT A**

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 3666 | R.L. | Pulaski Law Firm | 3:25-cv-05515 |
| 3699 | P.T. | Pulaski Law Firm | 3:25-cv-05677 |
| 3787 | S.W. | Pulaski Law Firm | 3:25-cv-06329 |
| 3921 | A.G. | Peiffer Wolf | 3:25-cv-07373 |
| 3698 | N.K. | Pulaski Law Firm | 3:25-cv-05671 |
| 3700 | D.P. | Pulaski Law Firm | 3:25-cv-05680 |

5

COTTON DECL. ISO DEFS.' MTN TO DISMISS FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-MD-3084-CRB