**EXHIBIT B**

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 4097 | M.J. | Wagstaff Law Firm | 3:25-cv-08088 |
| 4142 | C.C. | Reich & Binstock, LLP | 3:25-cv-08442 |
| 4385 | G.M. | Wagstaff Law Firm | 3:25-cv-09190 |

6

COTTON DECL. ISO DEFS.' MTN TO DISMISS FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-MD-3084-CRB