# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING MOTION TO DISMISS FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | |
| *See Exhibits to Order* | |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with the Show-Cause Orders, the Court finds that:

1.     The Plaintiffs subject to this Court's November 19, 2025 and March 9, 2026 orders to show cause have failed to show cause why their cases should not be dismissed with prejudice for their submission of fraudulent receipts in support of their claims. The Court orders that the Plaintiffs listed in Exhibit A to this Order, are DISMISSED WITH PREJUDICE.

2.     The dismissal of the claims of the Plaintiffs identified in Exhibit B to this Order are subject to conversion from without prejudice to dismissal with prejudice pursuant to this Court's November 19, 2025 and March 9, 2026 orders to show cause. Accordingly, those Plaintiffs' claims are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

1

[PROPOSED] ORDER REGARDING MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:23-md-03084-CRB

**EXHIBIT A**

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 3666 | R.L. | Pulaski Law Firm | 3:25-cv-05515 |
| 3699 | P.T. | Pulaski Law Firm | 3:25-cv-05677 |
| 3787 | S.W. | Pulaski Law Firm | 3:25-cv-06329 |
| 3921 | A.G. | Peiffer Wolf | 3:25-cv-07373 |
| 3698 | N.K. | Pulaski Law Firm | 3:25-cv-05671 |
| 3700 | D.P. | Pulaski Law Firm | 3:25-cv-05680 |

2

[PROPOSED] ORDER REGARDING MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-md-03084-CRB

**EXHIBIT B**

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 4097 | M.J. | Wagstaff Law Firm | 3:25-cv-08088 |
| 4142 | C.C. | Reich & Binstock, LLP | 3:25-cv-08442 |
| 4385 | G.M. | Wagstaff Law Firm | 3:25-cv-09190 |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

Case No. 3:23-md-03084-CRB