Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Judge:     Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| | Judge:     Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with the Defendants' Reply in Support of Motion for Sanctions for Plaintiff's Discovery Misconduct.

**Material To Be Filed Under Seal**

The following materials contain information and documents designated by Plaintiff as confidential or otherwise reveal potentially confidential information related to Plaintiff.

| Document | Description | Designating Party |
|---|---|---|
| Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct | Motion For Sanctions containing references to material designated confidential by Plaintiff | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 | Declaration of Katelyn Marshall Benfield | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. A to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. - SMS L.L. – 000001 – 000010 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. B to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. - SMS L.L. – 000011-000047 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. C to Declaration of Katelyn Marshall Benfield) | Email chain | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. D to Declaration of Katelyn Marshall Benfield) | Email chain | Plaintiff |

-2-

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)

| Document | Description | Designating Party |
|---|---|---|
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. F to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. – Email Communications – 000001-000006 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. G to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. – Email Communications – 000001-000006 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. H to Declaration of Katelyn Marshall Benfield) | Plaintiff's Fourth Supplemental Rules 26(A)(1) Initial Disclosures | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. I to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. SMS – Synthia_Redacted – 000001-000004 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. J to Declaration of Katelyn Marshall Benfield) | Plaintiff's Conversation Details | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. K to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. SMS Synthia – 000001-000014 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. L to Declaration of Katelyn Marshall Benfield) | Email chain | Plaintiff |

-3-

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)

| Document | Description | Designating Party |
|---|---|---|
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 2 | Declaration of Michael Vives | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 2 (Ex. A to Declaration of Michael Vives) | Sommer Email, dated April 8, 2026 | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Laura Vartain Horn in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

-4-

DATED:  May 13, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC

-5-