Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Judge:       Mag. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

I, Laura Vartain Horn, am at least 18 years old and not a party to this action. I am a Partner with the law firm Kirkland & Ellis LLP, and my business address is 555 California Street, Suite 2700, San Francisco, California 94104.

On the date set forth below, I caused the following sealed documents to be served by providing a true copy on the parties listed in the table below:

1. **Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal.**

2. **Defendant's Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct**

3. **Exhibits 1 and 2 of Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct**

4. **Exhibits A – D and F – L of Exhibit 1 to Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct (Benfield Declaration)**

5. **Exhibit A of Exhibit 2 to Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct (Vives Declaration)**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| | |
|---|---|
| Sommer D. Luther<br>**Wagstaff Law Firm**<br>940 Lincoln Street<br>Denver, CO 80203<br>Tel: (303) 263-8949<br>Fax: (303) 376-6361 | *Attorney for Plaintiff*<br><br>Email: sluther@wagstafflawfirm.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiff*<br><br>Email: rabrams@peifferwolf.com |

CERTIFICATE OF SERVICE
CASE NO. 24-cv-7940-CRB (LJC)

DATED:  May 13, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC

-3-