UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB-LJC |
| | **ORDER TO PRODUCE DOCUMENTS PURSUANT TO 15 U.S.C. § 1681B** |
| | Magistrate Judge: Honorable Lisa J. Cisneros |
| This Document Relates to: | |

This matter comes on before the Court on Plaintiffs' Motion to Produce Documents Pursuant to 15 U.S.C. § 1681b(a)(1). For good cause shown, Plaintiffs' Motion is GRANTED as follows:

1. Third Party HireRight, LLC is directed to produce consumer reports (background checks) it generated, if any, on behalf of Uber Technologies, Inc. for the Subject Drivers in the following cases in satisfaction of Request 4 of the subpoenas issued by Plaintiffs:

| Case Number | Plaintiff | Subject Driver |
|---|---|---|
| 3:24-cv-07019 | LCHB128 | Felix Perez Rodriguez |
| 3:24-cv-07940 | B.L. | Edwin Castaneda Orozco |
| 3:24-cv-07821 | A. R. 2 | Hung Quang Le (aka Michael Le, aka Michale Le) |

2. These documents shall be designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY " pursuant to the Protective Order entered in this litigation.

Dated:  May 14, 2026

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge

- 1 -