# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe NLG (BG) v. Uber Technologies, Inc., et al., No. 3:25-cv-08732-CRB*

Case No. 3:23-md-03084-CRB

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SUBMIT TO DEPOSITION

Judge: Honorable Charles R. Breyer

## [~~PROPOSED~~] ORDER

Good cause appearing, and having considered Plaintiffs' Motion to Extend Time to Submit to Deposition, the Court hereby GRANTS Plaintiffs' Motion and extends the deadline for Plaintiff MDL ID 4190 to comply and submit to a deposition as outlined by Order in ECF 5970 by thirty (30) days, to June 23, 2026.

**IT IS SO ORDERED.**

DATED:   May 14, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

CASE NO. 3:23-MD-03084-CRB       [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO SUBMIT TO DEPOSITION