**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER RE: EMERGENCY ADMINISTRATIVE MOTION TO SEAL ECF NO. 6194**<br><br>Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

An emergency administrative motion to seal all of ECF No. 6194 has been filed by Plaintiff. It appears that Defendants ("Uber") filed highly sensitive information including B.L.'s true name, the name of non-parties, and highly personal information on the public docket. Given the emergent nature of the issues presented in this motion, the motion is **GRANTED** without further briefing. The Clerk is directed to **SEAL** ECF No. 6194, including all exhibits and attachments, forthwith. Any party seeking unsealing of said documents at a later date may file an appropriate motion.

In addition, it appears that the as-filed materials in ECF No. 6194 will be retained by certain docket monitoring systems absent affirmative steps being taken to remove them. Uber is therefore **ORDERED** to immediately contact all docket monitoring services in use in this MDL, including but not limited to

PacerPro, Docketbird, Courtdrive, and any other service that holds itself out as recording the docket entries in this MDL, and ensure they have permanently deleted the as-filed version of ECF No. 6194. Uber shall within 48 hours file a declaration that all docket monitoring services have deleted the ECF No. 6194 materials. It shall attach to that declaration communications with said docket monitoring services confirming the required deletions. The parties are directed to confer if Plaintiff believes that Uber's efforts have been insufficient.

Dated:  May 14, 2026.                    So ordered.

_____