Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG (J.D.) v. Uber Technologies, Inc., et al., No. 3:25-CV-01909-CRB* | (Individual Case No. 3:25-CV-01909-CRB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Honorable Charles R. Breyer |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

This case is a duplicate filing. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe NLG (J.D.), by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to all Defendants.

Dated: May 13, 2026                    Respectfully submitted,

By: */s/ Arati Furness*
By: */s/ John Raggio*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**

1

NOTICE OF DISMISSAL                                          CASE NO. 3:23-MD-03084-CRB

5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 13, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: May 13, 2026                    By: */s/ Arati Furness*

2

NOTICE OF DISMISSAL                                          CASE NO. 3:23-MD-03084-CRB