LAURA VARTAIN HORN (SBN: 258485)
Laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400

ALLISON M. BROWN (Pro Hac Vice
admitted)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

JESSICA DAVIDSON (Pro Hac Vice
admitted)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to:<br><br>All Cases | STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE JOINT OMNIBUS SEALING FILINGS<br><br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

WHEREAS, on March 30, 2026, this Court entered an Order Denying Certain Sealing Motions Without Prejudice and ordering the parties to meet and confer as to those motions and to file by May 28, 2026 a joint omnibus sealing motion as well as a separate joint omnibus filing with public materials. ECF No. 5676.

Whereas, on March 31, 2026, Judge Breyer entered a similar order denying sealing motions pending before him and likewise ordering the parties to meet and confer and setting a May 28, 2026

deadline for the two joint filings. ECF No. 5702.

WHEREAS, the parties have been working diligently to meet and confer and to prepare these voluminous filings, and are in position to file the two filings ordered by Judge Breyer by the May 28, 2026 deadline.

Whereas the parties agree that in order to permit the parties sufficient time to meet and confer, to narrow any disputes that must be briefed to the Court, and to prepare the two joint filings, the deadline to file the joint filings contemplated by this Court's order should be extended until June 25, 2026.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation permitting the parties to file the two joint filings contemplated by this Court's March 30, 2026 Order by June 25, 2026.

**IT IS SO STIPULATED.**

DATED:  May 14, 2026                    Respectfully submitted,

                                        By: */s/Laura Vartain*

                                        KIRKLAND & ELLIS LLP
                                        Laura Vartain (SBN 258485)
                                        laura.vartain@kirkland.com
                                        555 California Street
                                        San Francisco, CA 94104
                                        Telephone: (415) 439-1400

                                        Allison M. Brown (*Admitted Pro Hac Vice*)
                                        alli.brown@kirkland.com
                                        2005 Market Street, Suite 1000
                                        Philadelphia, PA 19103
                                        Telephone: (215) 268-5000

                                        Jessica Davidson (*Admitted Pro Hac Vice*)
                                        jessica.davidson@kirkland.com
                                        601 Lexington Avenue New York, NY 10022
                                        Telephone: (212) 446-4800

                                        *Attorneys for Defendants*
                                        UBER TECHNOLOGIES, INC.,

RASIER, LLC, and RASIER-CA, LLC

Dated: May 14, 2026                    /s/Andrew Kaufman

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
          akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
          awolf@peifferwolf.com
          scraig@peifferwolf.com

ROOPAL P. LUHANA (*Admitted Pro Hac Vice*)
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com


*Co-Lead Counsel for Plaintiffs*

STIPULATION AND ORDER TO EXTEND THE
MAY 28, 2026 SEALING DEADLINE CASE NO.
3:23-MD-03084-CRB

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: May 14, 2026

/s/ Laura Vartain
Name

STIPULATION AND ORDER TO EXTEND THE
MAY 28, 2026 SEALING DEADLINE CASE NO.
3:23-MD-03084-CRB

# **ORDER**

**IT IS SO ORDERED.**

Dated:  May 15, 2026

_____

Honorable Lisa J. Cisneros
United States Magistrate Judge

STIPULATION AND  ORDER TO EXTEND THE
MAY 28, 2026 SEALING DEADLINE CASE NO.
3:23-MD-03084-CRB