UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.  23-md-03084-CRB   (LJC) |
| This Document Relates To:<br><br>ALL CASES. | **ORDER RESOLVING JOINT LETTER REGARDING TRIAL WITNESS DISCOVERY**<br><br>Re: Dkt. No. 6000 |

The parties have filed a joint letter regarding discovery issues related to Uber's trial witnesses.  The Court takes into accounts the arguments presented, the testimony of Uber's witnesses at the first two bellwether trials, and Judge Breyer's recent Pretrial Order No. 44 and related comments on the record on April 29, 2026 regarding the value of discovery based on lessons learned at the bellwether trials.  This joint letter is resolved as follows.

**(a)** Uber shall supplement its initial disclosures no later than seven days from the date of this Order to include any witnesses it intends to call at trial.  Uber need not specify in its initial disclosures *which* witnesses it intends to call, but witnesses who will be called at trial are by definition "individual[s] likely to have discoverable information . . . that the disclosing party may use to support its claims or defenses," and must be disclosed as such.  *See* Fed. R. Civ. P. 26(a)(1)(A).  If, after that deadline, Uber becomes aware of additional relevant witnesses it may call at trial, it must timely supplement its initial disclosures to include them.

**(b)** For any employee witnesses[1] that Uber intends to reserve the right to call at trial, Uber must produce custodial files (using the same search terms as for previous custodians) no later

---

[1] For the purpose of this Order, the term "employee witnesses" includes any witness whose custodial file is within Uber's custody or control.

than thirty days from the date of this Order.  If Uber becomes aware of the need for additional employee witnesses later that it may wish to call at trial, the parties shall meet and confer regarding an appropriate deadline for production of such witnesses' custodial files.

**(c)** Uber shall produce custodial files for Chad Dobbs, Emilie Boman, Todd Gaddis, and Erin O'Keefe no latter than thirty days from the date of this Order.

**(d)** For any Uber employee witness whose custodial file is disclosed (or required to be disclosed) within thirty days of the date of this Order, Plaintiffs may notice individual-capacity depositions to occur no later than sixty days from the date of this Order.  To the extent Uber later produces custodial files of additional potential trial witnesses pursuant to this Order, Plaintiffs may notice those depositions to occur within a reasonable time after production.

**(e)** Uber shall produce Sachin Kansal for a deposition not to exceed four hours no later than thirty days from the date of this Order.

**IT IS SO ORDERED.**

Dated: May 15, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2