Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF JAKE ATLAS** |
| This Document Relates to: | Judge:    Hon. Charles R. Breyer |
| ALL MATTERS | Courtroom:  6 – 17th Floor |

Docusign Envelope ID: 95AAA188-450E-407D-B8A7-F108BE91D58D

I, JAKE ATLAS, having personal knowledge of the following, state:

1.      I am a Senior Applied Scientist at Uber. I was first employed by Uber in 2020, and previously worked as a Technical Data Analyst Consultant, a Data Scientist, and an Applied Scientist I and II. In my current role, I am responsible for applying machine learning and statistics to improve Uber's Safety Risk Assessed Dispatch ("S-RAD") model.

2.      As part of my daily work, I am familiar with Uber's S-RAD data, as well as Uber's supply plan data. Based on my experience, I can explain why retaining an S-RAD score for every supply plan has extremely limited utility, why retaining it for extended periods provides no meaningful benefit, and why such retention imposes substantial costs and operational burdens on Uber.

**S-RAD and Supply Plan Overview**

3.      S-RAD is a proprietary machine learning model that aims to assess the relative risk of a reported incident of sexual assault or sexual misconduct on each potential trip. S-RAD is trained on historical data from extremely rare reports of serious sexual assault and misconduct, and evaluates whether any patterns exist between dozens of variables and the outcome of reported incidents.

4.      When a rider requests a trip in the Uber app, many different drivers may be available in the area. S-RAD generates a score for all potential driver-rider matches ("supply plans"). The S-RAD score is based on characteristics of the driver account, the rider account, the environment, and the geographic location where the trip is requested.

5.      Once a supply plan has been assigned a score, S-RAD assesses whether that score is above the applicable S-RAD threshold, which varies city-by-city and differs based on whether the trip is requested during the daytime or nighttime. If the supply plan's score is above the threshold, S-RAD seeks to intervene to reduce the likelihood that that particular supply plan will be dispatched.

6.      If a supply plan's S-RAD score is *below* the threshold, the supply plan proceeds to matching based on other factors such as the estimated time of arrival.

**Business Use of Supply Plan Data**

7.      S-RAD data for completed trips is used to train the S-RAD model. S-RAD is trained by reviewing the characteristics of trips that resulted in reported incidents of serious sexual assault and

2

DECLARATION OF JAKE ATLAS

misconduct to determine what factors related to the driver, the rider, the environment, and the geographic location have some correlation with such reported incidents.

8. Supply plan data cannot be used to train the S-RAD model. Supply plans reflect potential driver-rider matches that were never dispatched—meaning the trip never occurred. Because these matches were never dispatched, there is no way to know whether they would have resulted in a reported incident. Accordingly, the S-RAD model cannot derive any meaning from supply plan data: there is no outcome to correlate with the trip characteristics, and thus no way to determine whether any given undispatched match would have resulted in a report of a serious sexual assault or sexual misconduct.

9. At most, supply-plan-level S-RAD score data can be used to validate that the S-RAD system is working as designed. For example, if a trip is dispatched with a score above the applicable S-RAD threshold, examining the supply plan data can validate that there were no below-threshold alternatives available.

10. Supply plan S-RAD score data serves no other business purpose at Uber. It is not used in incident investigations, and I do not know of any other safety features or initiatives that utilize or depend on supply plan S-RAD score data.

**Volume of Supply Plan Data**

11. The volume of supply plan data generated by Uber's platform is extraordinary. Each individual trip request can generate an extremely high volume of supply plans and associated data. The number of supply plans available for a single trip request varies greatly by various factors, including time of day and location.

12. Using aggregated data from San Francisco on May 2, 2026 as an example, the number of unique drivers identified for a single trip request was as high as 1,836, with an average of 110 and a median of 88.

13. Uber's matching program scans for potential drivers every 5 to 10 seconds, depending on the city. Each scan captures data about every potentially eligible driver in the area—meaning the same driver is captured repeatedly across multiple scans for a single trip request. This repeated scanning generates massive volumes of duplicative data.

DECLARATION OF JAKE ATLAS

Case No. 3:23-MD-03084-CRB

14. Using aggregated data from San Francisco on May 2, 2026 as an example, the number of scans for a single trip request was as high as 2,445, with an average of 26 scans and the median of 12 scans.

15. Because the matching program repeatedly scans for drivers and captures many of the same drivers on subsequent scans, there are many duplicates of unique drivers in the supply plan data for a single trip request. This duplication compounds the storage burden exponentially as data is retained over time.

16. Using aggregated data from San Francisco on May 2, 2026 as an example, the number of records (rows of data) associated with a single trip request was as high as 475,764 rows of data. The average was 1,213 rows and the median was 522 rows.

17. Supply plan data as described above is generated for each potential driver-rider pairing for every scan for each trip request.

18. With respect to S-RAD, supply plan data fields can include the S-RAD score, the active S-RAD model, whether S-RAD is active or in a holdout, and the applicable daytime and nighttime S-RAD thresholds. Other data fields include information on the trip request parameters, the estimated time of arrival, and more.

19. Each day, Uber's Safety data team generates and stores over 16 terabytes of supply plan data. This results in a monthly storage consumption of approximately 1200 to 1450 terabytes, for supply plan data alone.

20. S-RAD supply plan data is, by a wide margin, the largest set of data in Uber's safety storage infrastructure. It is more than ten times larger than the next largest data set. Currently, Uber's stored S-RAD supply plan data occupies over a third of all storage space on Uber's safety and insurance servers.

21. In addition, the size and volume of supply plan data makes it difficult to analyze more than a week's worth of data at a time due to the compute limitations of Uber's query engines. Excess data overloads Uber's query engines and renders analysis impossible because attempted analysis that incorporates more data than the analytics servers have capacity for results in auto-cancellation of the requested analysis and errors.

DECLARATION OF JAKE ATLAS
Case No. 3:23-MD-03084-CRB

**Cost of Storage**

22.    The table below reflects the estimated annual costs (in dollars) for Uber to preserve supply plan data for various lengths of time, and the approximate amount of storage required (in terabytes):

| Length of preservation | Terabytes of storage | Estimated Annual Cost |
|---|---|---|
| 30 days | 480 TB | $91,701 |
| 90 days | 1434 TB | $275,100 |
| 6 months | 2871 TB | $550,200 |
| 1 year | 5742 TB | $1,100,400 |
| 2 years | 11484 TB | $2,200,800 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 15, 2026

/s/   *Jake Atlas*
Jake Atlas

DECLARATION OF JAKE ATLAS

Case No. 3:23-MD-03084-CRB