**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Case No. 3:23-md-03084-CRB |

**DECLARATION OF JONATHAN JAFFE**
**RE: THE JOINT PTO 8 LETTER ON SUPPLEMENTATION OF DISCOVERY**

I, Jonathan Jaffe, declare the following:

**Background**

1. I am over the age of 18 and am a resident of New York.

2. I am the founder and owner of www.its-your-internet.com, a technology and ESI discovery consulting firm, established in 2008.

3. For the past fifteen years, I have provided ESI discovery and litigation consulting for attorneys in complex litigation throughout the lifecycle of each litigation (from inception to the ultimate resolution). In multiple multi-district litigations ("MDLs") and actions inclusive of this one, I have assisted with discovery efforts regarding the structure of corporate ESI and methods by which to produce data. These corporate systems include the primary systems for multiple Fortune 500 companies.

4. Between 2003 and 2008, I worked in-house for Weitz & Luxenberg, P.C. overseeing software development, the submission of hundreds of thousands of claims in mass tort litigation and testifying as an expert witness in federal cases.

5. I graduated magna cum laude from Columbia University with a BA in Economics-Mathematics in 1999.

6. A copy of my *curriculum vitae* is attached hereto as Exhibit A.

7.    I have personal knowledge of the statements set forth below and could testify as to same if called upon to do so.

8.    I was retained in this MDL litigation to assist with ESI issues on March 18, 2024.

9.    I signed the Protective Order in this MDL on July 23, 2024.

**Jaime Brown Declaration Overstates Estimated Time and Cost**

10.    I have read the declaration of Jamie A. Brown in support of Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S position in the joint PTO 8 letter regarding supplementation of discovery.

11.    Mr. Brown enumerates the estimated time and costs to collect, process, review and produce December 1, 2024 through December 31, 2025 documents for 28 of the 55 custodians.

12.    It is my opinion that the estimated time and costs are significantly overstated.

13.    Mr. Brown's estimates assume that each of the 28 custodians has 13 months of documents to collect. This assumption is unlikely to hold.

14.    Mr. Brown estimates $579,643 for TAR review and validation.[1] Mr. Brown bases this estimate in part on the time to retrain the TAR models and the volume of the data.[2]

15.    In my opinion, any requirement to retrain TAR models is mitigated by the following:

    a.    The set of training documents used in TAR to determine responsiveness should remain nearly identical to pre-2025 training documents.

---

[1] Brown declaration ¶ 14.
[2] *Ibid*, see ¶ 8 and fn 1.

2026.05.15 DECLARATION OF JONATHAN JAFFE
IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, MDL No. 3084

    b.   Documents for these 28 custodians have already been collected and searched.

    c.   The newly collected documents are unlikely to contain different vocabulary or cover different topics from previously collected documents for these custodians.

    d.   The newly collected documents are expected to be a small fraction of what has already been produced.

16.    As such, it is my opinion that his $579,643 TAR review and validation estimate includes unnecessary time and expense.

17.    Mr. Brown estimates $50,000-$78,000 for privilege and redaction logging, review, and QC.[3] Mr. Brown does not enumerate how much of his estimated $296,000-$395,200 for 1L and 2L review is attributed to privilege review.[4] Mr. Brown explains that "the privilege review for the post-December 1, 2024 data set is expected to take longer and cost more than previous data sets, because the documents were generated during the pendency of the litigation."[5]

18.    I disagree with Mr. Brown's assertion that the privilege review would take longer simply because these are documents that have been created post the litigation. It is my opinion that the privilege review would be expedited by the following factors:

    a.   The list of attorneys who would be copied and sent emails is largely known[6] and similarly the collection points where privileged documents were previously found are known.

---

[3] *Ibid*, see ¶ 15.
[4] *Ibid.*
[5] *Ibid*, see ¶ 11.
[6] Of course it would have to be updated with outside trial counsel.

b. During litigation, documents are more likely to be flagged or otherwise indicated as privileged, making them more readily identifiable and distinguishable.

c. In my experience, once litigation begins, far stricter controls and clearer guidance are implemented for marking documents as privileged.

19. To the extent that costs and time are reduced for the reasons above, the related derivative costs[7] cited by Mr. Brown would be proportionally reduced.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2025.                                    _____
                                                                          Jonathan Jaffe

---

[7] including project management, review time, and review managment

# Exhibit A

**JONATHAN JAFFE**

www.its-your-internet.com                                                                  (866) 526-1836

Forest Hills, New York 11375                                                  jjaffe@its-your-internet.com

linkedin.com/in/jonathankjaffe

## EXPERT TECHNOLOGY + LITIGATION ESI CONSULTING

**Database/Data Analysis...Bespoke Technical Solutions**
**Federal Expert Witness...ESI Discovery Consulting...Forensics**

**Its-Your-Internet**                                                                  **2008-present**

Its-Your-Internet specializes in bespoke technical solutions, data science, and ESI litigation support. I established the firm in March 2008.

*Founding Owner, 2008-present;*

- Plaintiffs' Designated ESI Representative on Federal Opioid MDL Litigation, Federal Data Breach Case, and other cases involving very large technology litigants
- Plaintiffs' Designated ESI Representative for Over 500 Firms on Multiple Mass Tort Litigations involving Product Liability with Medical Devices and Drugs (hundreds of thousands of individual plaintiffs collectively) extensive engagement from early discovery through trial
- Plaintiffs' Designated ESI Representative in Multiple Class Action Suits (majority involving alleged violations of the Fair Credit Reporting Act)
- Plaintiffs' Designated ESI Representative in Attorney General Suits involving Product Liability
- Expert Witness in Multiple Federal Cases (Product Liability ("PL"), Fair Credit Reporting Act ("FCRA"), Electronic Funds Transfer Act ("EFTA"), and the Fair Labor Standards Act ("FLSA"))
- Database Analysis (medical data, consumer reports, adverse event/safety, clinical trial, registry, call note, sales and marketing, statistical analysis)
- Assisting with Class List development and certification
- Working with Extremely Large Document Productions (50MM+ documents)
- Working with Extremely Large Database Productions and Extracts (100B+ record tables)
- Analysis of Statistical Results from Clinical Studies
- Trial Support (exhibit list document selection and preparation, helping find documents used with adverse witnesses and in cross examination, translating finds into usable exhibits, demonstratives, jury charges)
- Plaintiff Document Production including Social Media (workflow, redaction, privilege review, staging and producing)
- Built Bespoke Production Review Software
- Discovery Format and Production Negotiation
- Redaction / Privilege Review Management
- Keyword Search Term Recommendations, Predictive Coding Recommendations
- Custodial Production Forensics
- Custodial Production Storage Recommendations
- Drafting ESI Related Interrogatories, Requests for Production, Requests for Admission
- Deduplication, Gap Analysis, Statistical Sampling, Forensic Analysis, Discovery Issues Analysis

1 | P a g e

- Assisting Attorneys on 30(b)(6) Depositions, Meet and Confers, Hearings, Motions, Draft Orders, Stipulations, Rule 34 issues
- Supporting other Expert Witnesses
- Creating Supporting ESI Reports for Court Hearings
- Deposition Workup and Providing Deposition Assistance
- Supervising and participating (design, coding, analysis) over a large variety of projects, most with significant teams, inclusive of:
  - Litigation Support Custom Applications / Software / Data Analysis
  - Subscription Site for M&A Information, Oauth2 Authentication, Graph Analysis, and Internal Application Development for Investment Bank
  - Real-time Chat Extension for Large VoIP Provider
  - Redesign of Class Action Support System for a Top 3 Legal Administrative Services Firm (Billions of Dollars of Administration)
  - LMS and Exam SaaS applications for West African Market
  - Mobile West Africa #1 App – FindAMed
  - Subscription Based Site for Theater and Performing Arts Companies
  - School Based Management Systems Development
  - Raffle Contest Site and Variations
  - Writing and Support for Core Remake of Multi-Million Page Web Site
  - SEO and SEM Management for Multiple Clients
  - Finalist in Multi-Billion $ RFP for NYC DOE
  - > 50 original web sites inclusive of e-Commerce
  - Countless consultations with Entrepreneurs
- Multiple Entrepreneurial Projects Using Bleeding Edge Technology
- Established a Dozen Key Reciprocal Partnerships
- > 30 Talks and Lectures on Technology and Social Media for Chambers of Commerce, SBA, Charities and Non-Profit, Business Groups and Organizations
- Day to Day Resource Management, Staffing, Administration
- Oversight of Remote and Offshore Resources
- Branding, Marketing, Materials (for Firm and Clients)

General Technologies: R, AI, Python, Rust, NoSQL, SQL, C#, C++, PHP, NodeJS, Django, NPM, PaaS, Heroku, HTML5, AngularJS, MongoDB, Cloudant, Redis, MSSQL, Oracle, MySQL, MariaDB, Postgres SQL, Tableau, ExpressJS, Git/GitHub, GruntJS, E2E Testing, ASP.NET MVC, ASP.NET, Cordova PhoneGap, Amazon Web Services (S3, Athena, EMR, Glue, RedShift, CloudFront, EC2), Azure (Data Lake, Synapse, AI, PowerBI), XML, XML Schema, LESS, CSS3, SocketJS, Bower, Joomla, Drupal, WordPress, Office365, SharePoint, SalesForce, JIRA, Photoshop, Illustrator, GIMP, RESTful and Agile Methodologies, Quantum Computing (early exploration).

Legal Review Platforms: Relativity, Reveal, Everlaw, iConect-Xera, Eclipse, Disco, Crivella, Nuix Ringtail, Catalyst Insight, Opus, Nextpoint

Forensic Software: FTK Imager, Encase, Cellebrite PA UFED, Transend Migrator, Magnet IEF

**Weitz & Luxenberg, P.C.**                                                             **2002-2008**

Weitz & Luxenberg is one of the nation's original and foremost firms in mass tort asbestos litigation handling nearly one million simultaneous pending court actions, 250,000 bankruptcy claims, and over 50 other personal injury litigations.

*Manager of Software Development, 2003-2008*
*Sr. Project Manager, 2002-2003*

- Federal Expert Witness resulting in substantial eDiscovery Sanctions
- Collection of documents for litigation; Validation; Forensic Analysis
- Coordinated activities of 5 teams, comprising 20 resources
- Achievements included: establishing and overseeing the 4th largest personal injury law firm site, www.weitzlux.com, all internal development, sales/marketing efforts, public relations, and client services.
- Chief software architect.
- Increased site traffic 5,000% (to 12,000+ unique visitors/day) and original content by 2MM+ pages.
- Positioned web site as a new sales channel, netting $MM in new revenue, 45,000% increase in leads to 1,500 new case leads/week.
- Gained first page ranking for 750,000+ search terms used to find the site including some of the most competitive (ex. *asbestos lawyer*).
- Reduced annual Internet marketing costs by $3.6 million, or 96%, while increasing returns.
- Transformed internal development into a premier asset of the firm resulting in joint development efforts with Federal Express, 2 case studies on our use of Web Services by Microsoft, and the adoption of our proprietary document management technologies by other law firms across the country.
- Oversaw distribution of $300 million/year in settlements to tens of thousands of clients.
- Increased overall internal system performance 500% with a 75% reduction in system downtime.
- Mentored technical team, developers, analysts, SEO (search engine optimization)

Technologies: C#. VB.NET, ASP.NET, SQL2005, SQL2000, OLTP, OLAP, JavaScript, HTML, Exchange2003, Win2003, IPSec, CISCO VPN, Citrix Presentation Server, Win2000, WinNT4, Project, PowerPoint, WebSense, eSafe, Active Directory (LDAP) Interface, XML, xHTML, Web Services, Visual Studio Team Foundation Server, VSS, VB6, Access, Microsoft Office, Cisco PIX (Firewall), Tape Library Backup, Document Management, CRM, ERP, Great Plains 7.0, Great Plains 6.0, Goldmine, ASP3.0, IIS 6.0, Windows Services, Snap NAS, LeadTools (Imaging), SharePoint, AscentCapture, Concordance, Summation, iConnect, ComponentOne for .NET, Flash, Mac OSX, Photoshop, SEO

Case Studies (Business + Technology):

http://download.microsoft.com/documents/customerevidence/27250_Weitz_Lux_Final_BA.doc

http://download.microsoft.com/documents/customerevidence/27249_Weitz_Lux_Final_CS.doc

**IMJ Group Inc.**                                                                                                                      **2001-2002**

IMJ was a startup business/technology consulting think tank and solution implementation firm I started with two partners.

### *Vice President, Technology / Founding Partner*

- Established corporate status for the firm and branding.
- Recruited and supervised staff.

Technologies: Linux, BSD, Java, Access, Microsoft Project, Microsoft PowerPoint, Microsoft Excel.


**Winstar Communications, Inc., Web Development Group**                                                    **2000-2001**

The Winstar Web Development Group was an Internet consultancy, part of Winstar (a dot-com telecommunications firm), specializing in large Intranets and Internet sites.

### *Acting Director of Technology, 2001;*
### *Senior Technology Architect, 2000-2001*

*Technical Leadership*

- Directed a team of 17 – project managers, developers, system engineers, and site designers.
- Managed full project lifecycle for six and seven digit budgets.
- Chief Software Architect.
- Designed Internet and Intranet sites, including Hosting Solutions.
- Established procedures and process, integrating what had been five company acquisitions into one team.
- Mentored development team.


*Business Development*

- Increased average project value 10,000% (from $50,000) to $5 million, including winning the team's first $1 million contract.
- Liaised successfully with other Winstar divisions (Hosting, Office.com, Professional Services, and Winstar for Buildings) resulting in improved sales and project coordination.
- Led Winstar team on a $50 million proposal for the NYC Board of Education with partners Sun, Oracle, Lucent, Microsoft and Compaq.

Technologies: ASP 3.0, SQL2000, SQL 7.0, JavaScript, HTML, Project, PowerPoint, VSS, Exchange2000, Win2000, WinNT4, WebSense, Active Directory, VB6, VB5, Visio, Microsoft Office, Flash, Photoshop, QuarkXpress.

Example web site: http://www.nationalmssociety.org still largely uses the same information architecture laid out over 20 years ago.

**Valinor, Inc.**                                                                                    **1995-2000**

Valinor Inc., a wholly owned subsidiary of IKON Office Solutions, was the original Microsoft Solutions Partner/Provider & Authorized Technical Education Center in New York City, consulting for Fortune 500 firms.

*Technical Project Manager / Microsoft Certified Trainer*, 1998-2000
(after graduating Columbia);

*Technical Project Leader / Senior Technical Architect*, 1996-1998
(while attending Columbia full time 20+ hrs/wk);

*Senior Application Developer / Application Developer*, 1995-1996
(while attending Columbia full time, 20+ hrs/wk)

*General Achievements*

- Increased average project value, formerly $100,000 average, 500% to $500,000
- Led teams of up to 10 developers

*Valinor Key Consulting Projects*

- **AIG/AIU NAD** — migration of AIG Europe's mainframe-based quotation and policy generation system to Microsoft Windows/Office workstation platforms, reducing the time to policy from days to minutes.
- **Berkery, Noyes & Co.** — a company-wide line of business application matching companies seeking to sell themselves with potential buyers.
- **The College Board** — Internet application to gather annual survey data for all United States accredited colleges and universities.
- **DLJ** — on site training.
- **Garban Intercapital** — a cash derivatives trading system utilized by 60 brokers.
- **IKON Office Solutions** — reconciled revenue reporting data from multiple disparate databases.
- **Matsushita** — workflow support ticketing system.
- **Maersk Shipping** — reconciled multiple shipping databases.
- **Merrill Lynch** — on site training on active trading floors.
- **NYC Department of Technology** — on site training.
- **Sumitomo Mitsui** — application to monitor, track and handle all transactions and interest calculations for a multi-billion per year transfer of high risk loans.
- **Sun Chemical** — on site training and follow up consulting.
- **Yankee Copyrights Management** — a large eCommerce application for a startup to create a marketplace for permissions to use and replicate copyrighted materials.

Technologies: ASP2.0. SQL7.0,  SQL6.0, Sybase, Oracle, MTS, COM, JavaScript, HTML, Project, Powerpoint, VSS, Exchange5, WinNT4, WinNT3.51, Unix-Solaris, C++, MFC, VB6, VB5, VB4, VB3, Access, Visio, Goldmine, Microsoft Word, Excel

## ADJUNCT PROFESSOR

**Columbia University School of Continuing Education, evening classes**        **2003-2005**

- Taught Database Design/Advanced SQL, and .NET Programming courses — QC7304, QC7305, QC7403.
- Developed curriculum for courses, part of SASE track certificate program.

## EDUCATION

Bachelor of Arts, Economics/Mathematics, *magna cum laude*, Columbia University, 1999

Stuyvesant High School, 1995

## CERTIFICATIONS

Microsoft Certified Professional, 1998

Microsoft Certified Trainer, 1998

## MAJOR LAW FIRMS

| | |
|---|---|
| LANIER LAW FIRM | CRONIN FRIED |
| BARON BUDD | NEBLETT, BEARD & ARSENAULT |
| SIMMONS HANLY CONROY | BLASINGAME BURCH GARRARD ASHLEY |
| SEEGER WEISS | NICHOLS KASTER |
| MOTLEY RICE | PODHURST ORSECK |
| FARRELL & FULLER | KIRTLAND & PACKARD |
| WEITZ & LUXENBERG | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ |
| BERGER MONTAGUE | BEASLEY ALLEN |
| NORTON ROSE FULBRIGHT | KAZAN, MCCLAIN, SATTERLEY & GREENWOOD |
| MAZIE SLATER KATZ & FREEMAN | |
| BAILEY PEAVY BAILEY | NAPOLI SHKOLNIK |
| KAISER GORNICK | LEVIN PAPANTONIO |
| SANDERS VIENER GROSSMAN | FRANCIS MAILMAN SOUMILAS |
| SALIM BEASLEY | THE HOLLAND LAW FIRM |

# EXPERT TESTIMONY

*Depositions*

**2026**

DIANE WATTS, *et al.* v. LIBERTY MUTUAL PERSONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

No. 1:23-cv-12845-BEM

RIDDICK v. CHEX SYSTEMS, INC.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA

No. 2:24-cv-00700-JKW-LRL

WILLIAM NORMAN BROOKS, III, *et al.* v. TRANS UNION LLC

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

No. 2:22-CV-00048-GEKP

**2025**

YAAKOV CINNER, *et al.* v XACTUS, LLC, CREDIT PLUS, LLC

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

No. 2:23-cv-04531-JMY

IN RE GEICO CUSTOMER DATA BREACH LITIGATION

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

No. 21-CV-02210-KAM-SJB

WILLIAM NORMAN BROOKS, III, *et al.* v. TRANS UNION LLC

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

No. 2:22-CV-00048-GEKP

RICKY CHRISTIAN, *et al.* v. TRANS UNION LLC

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

No. 2:22-cv-02253 MSG

PAULA SPARKMAN, *et al.* v COMERICA BANK, *et al.*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

No. 2:24-cv-01206-DJC-DMC


**2024**

MANDY WILSON, *et al.* v TRANSUNION, LLC

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

No. 1:23-cv-00131-JPH-MJD


LARS F. BRAUER, *et al.* v. EXAMONE WORLD WIDE INC., *et al.*

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

No. 2:22-cv-07760-MEMF-JC


GARY NELSON and KAYLEIGH POTTER, *et al.* v. BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

No. 5:23-cv-00255-JS


WILLIAM NORMAN BROOKS, III, *et al.* v. TRANS UNION LLC

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

No. 2:22-CV-00048-GEKP


**2023**

DONNA WOOD, *et al.* v MIKE BLOOMBERG 2020, INC.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

No. 1:20-CV-2489-LTS-GWG


JAMES HEALY, *et al.* v. MILLIMAN, INC. d/b/a INTELLISCRIPT

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

No. 2:20-CV-01473 JCC

DR. ANTHONY TORRES, D.O. , *et al.* v. EQUIFAX INFORMATION SERVICES LLC.,

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA

No. 1:21-cv-02056-CCC


MARCO A. FERNANDEZ, *et al.* v. CORELOGIC CREDCO, LLC

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

No. 3:20-cv-01262-JM-AGS


**2022**

DUANE E. NORMAN, SR., *et al.* v. TRANS UNION, LLC

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

No. 18-cv-05225-GAM


JAMES HEALY, *et al.* v. MILLIMAN, INC. d/b/a INTELLISCRIPT

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

No. 2:20-CV-01473 JCC


**2019**

RALPH GAMBLES, THOMAS MERCK, AND ELISE COMPO, *et al.* v. STERLING INFO SYSTEMS

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

No. 1:15-cv-09746-PAE


SCOTT RILLEY, MICHELLE KUNZA, VENUS COLQUITT-MONTGOMERY, JONATHON ALDRICH, AND KENDRA BUETTNER, *et al.* v. MONEYMUTUAL, LLC, SELLING SOURCE, LLC, AND PARTNERWEEKLY, LLC

UNITED STATES DISTRICT COURT MINNESOTA

No. 16-cv-4001 (DWF/LIB)

**2015**

PLAINTIFFS V. SMITHKLINE BEECHAM CORPORATION D/B/A,

GLAXOSMITHKLINE

PHILADELPHIA COUNTY COURT OF COMMON PLEAS

Nos. 01144, 0402, 3694, 3678, 3672, 3758, 3686, 3727, 0489


JOSEPH JAUHOLA VS. CANADIAN NATIONAL RAILWAY COMPANY,

AND WISCONSIN CENTRAL, LTD.

UNITED STATES DISTRICT COURT MINNESOTA

No. 14-cv-1433


**2007**

In re SEROQUEL PRODUCTS LIABILITY LITIGATION.

UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA, ORLANDO DIVISION

No. 6:06-md-1769-Orl-22DAB.

*(deposed twice)*


*Hearings*

**2025**

IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

No. 2:25-ml-03144-GW-RAO


**2015**

IN RE BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION.

UNITED STATES DISTRICT COURT NEW JERSEY, CAMDEN VICINAGE

No. 1:15-md-02606


**2010**

IN RE: GADOLINIUM BASED CONTRAST AGENTS LITIGATION.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

No. 1:08-GD-50000, MDL NO. 1909

**2007**

In re SEROQUEL PRODUCTS LIABILITY LITIGATION.

UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA, ORLANDO DIVISION

No. 6:06-md-1769-Orl-22DAB.

## SPEAKING ENGAGEMENTS

*Chambers of Commerce*

- Greater NY Chamber of Commerce
- Forest Hills Chamber of Commerce
- Franklin Square Chamber of Commerce
- Medford Chamber of Commerce
- Rockville Centre Chamber of Commerce
- Oceanside Chamber of Commerce
- BRiSC - the Unofficial Silicon Alley Chamber of Commerce

*Small Business Administration*

- USSBA (March 2010)
- USSBA (April 2010)
- USSBA (May 2010)

*Business Groups and Organizations*

- Independent Business Women's Group
- Associated Builders & Contractors – Lower NY State
- Associated Builders & Contractors – Nassau/Suffolk
- East End Women's Network

*Charities and Non-Profits*

- Northport Rotary
- Kiwanis International

*Continuing Education*

- Columbia University – School of Continuing Education – adjunct professor
- Locust Valley Adult Education
- College of New Rochelle – Graduate Program
- Monroe College – Graduate Program