Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | |
| | Judge:        Hon. Charles R. Breyer |
| | Courtroom:  6 – 17th Floor |
| | |
| | Judge:        Mag. Lisa J. Cisneros |
| | Courtroom:  G – 15th Floor |

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-md-03084-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1.     I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.     Attached as Exhibit 1 is an email chain beginning with Tara Doyle's email sent at 11:47 AM on May 14, 2026, containing third-party first and last names that Plaintiff has asked Uber to redact.

3.     Attached as Exhibit 2 is an email chain beginning with Tara Doyle's email sent at 11:50 AM on May 14, 2026, containing third-party first and last names that Plaintiff has asked Uber to redact.

4.     Attached as Exhibit 4 is an email chain beginning with my email sent at 12:24 PM on May 14, 2026, containing third-party first and last names that Plaintiff has asked Uber to redact.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 19, 2026, in San Francisco, California.

/s/ Laura Vartain Horn
Laura Vartain Horn

1

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-md-03084-CRB (LJC)