Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| | Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Defendants' May 19, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to Vartain Declaration ISO Response to Plaintiff's Emergency Motion to Seal ECF No. 6194, and Order Uber to Make All Efforts to Destroy Retained Public Copies | Third-party first and last names in email chain | Plaintiff |
| Ex. 2 to Vartain Declaration ISO Response to Plaintiff's Emergency Motion to Seal ECF No. 6194, and Order Uber to Make All Efforts to Destroy Retained Public Copies | Third-party first and last names in email chain | Plaintiff |
| Ex. 4 to Vartain Declaration ISO Response to Plaintiff's Emergency Motion to Seal ECF No. 6194, and Order Uber to Make All Efforts to Destroy Retained Public Copies | Third-party first and last names in email chain | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
Case No. 24-cv-7940-CRB (LJC)