Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO SEAL ECF NO. 6194, AND ORDER UBER TO MAKE ALL EFFORTS TO DESTROY RETAINED PUBLIC COPIES**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Judge:      Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO SEAL ECF NO. 6194, AND ORDER UBER TO MAKE ALL EFFORTS TO DESTROY RETAINED PUBLIC COPIES
Case No. 24-cv-7940-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      On May 13, 2026, at 11:14 PM PT, Uber filed its Reply re [ECF 5964] Motion for Sanctions for Plaintiff's Discovery Misconduct (the "Reply Brief"). Included in that filing were declarations from Katelyn Marshall Benfield, Michael Vives, and me. The Reply Brief was filed at ECF 6194.

3.      On May 14, 2026 at 8:47 AM PT, I received an email from Tara Doyle requesting that Ms. Benfield's Declaration be taken down immediately, noting that certain information was not redacted in the public version of that document submitted with the Reply Brief. Ex. 1.

4.      On May 14, 2026 at 8:50 AM PT, I received a follow-up email from Ms. Doyle requesting that the entire filing be taken down immediately. Ex. 2.

5.      On May 14, 2026 at 8:57 AM PT, I emailed the courtroom deputy requesting that she lock ECF 6194. Ex. 3.

6.      At approximately 9 AM PT, I asked the Kirkland & Ellis Managing Attorney's Office to contact third-party sites to ensure removal. Those efforts are detailed in the declaration of Lamina Bowen, filed contemporaneously.

7.      Other efforts to contact the Clerk's Office regarding the lock down of the Benfield declaration are detailed in the declaration of Lamina Bowen, filed contemporaneously.

8.      On May 14, 2026 at 9:24 AM PT, I informed Ms. Doyle that Ms. Benfield's Declaration was locked based on what I understood the Clerk's Office had done. Ex. 4.

9.      On May 14, 2026 at 9:25 AM PT, the courtroom deputy emailed me that she had locked ECF 6194. Ex. 5.

10.     On May 14, 2026 at 9:34 AM PT, I emailed the courtroom deputy about the status. I informed the courtroom deputy that we contacted the Clerk's Office, which was able to lock down Ms. Benfield's declaration, but not the entire filing. I noted that Ms. Benfield's declaration was locked and I requested that the courtroom deputy lock the entire filing if she had not done so already. Ex. 6.

11.     On May 14, 2026 at 9:38 AM PT, the courtroom deputy emailed me noting that she had locked the entire entry. Ex. 7.

12.     On May 14, 2026 at 9:43 AM PT, Ms. Doyle emailed the courtroom deputy that the entire entry was not locked. Ex. 8.

13.     On May 14, 2026 at 10:10 AM PT, the courtroom deputy responded that she messaged the IT Department regarding locking ECF 6194. Ex. 9.

14.     On May 14, 2026 at 10:20 AM PT, I had a phone call with Sommer Luther and Benjamin Gillig, both of whom are attorneys at Wagstaff Law Firm. On that call, Ms. Luther requested that Kirkland & Ellis contact third-party services to ensure that the relevant docket entry was removed from their sites. Ms. Luther also stated Plaintiff's intent to file an Emergency Administrative Motion to Seal. I informed Ms. Luther that the relief she was seeking was moot because we had initiated contact with the third-party vendors and had done so before she requested it.

15.     On May 14, 2026 at 10:30 AM PT, I emailed Ms. Luther and Plaintiff's counsel and provided an update on Kirkland & Ellis's efforts, as described above. Ex. 10.

16.     On May 14, 2026 at 10:52 AM, Ms. Luther circulated the draft version of Plaintiff's Emergency Administrative Motion to Seal. Ex. 11.

17.     On May 14, 2026 at 1:02 PM PT, Plaintiff filed her Emergency Administrative Motion. ECF 6199.

18.     On May 14, 2026 at 2:15 PM PT, Mr. Gillig informed me that Pacer Pro had taken down the Reply Brief, but CourtListener still had the as-filed version of the Reply Brief, and that the courtroom deputy had locked the entire filing. Ex. 12. The Bowen Declaration further addresses CourtListener.

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO SEAL ECF NO. 6194, AND ORDER UBER TO MAKE ALL EFFORTS TO DESTROY RETAINED PUBLIC COPIES
Case No. 24-cv-7940-CRB (LJC)

19.    On May 14, 2026 at 3:10 PM PT, I received confirmation that the IT Department of the U.S. District Court for the Northern District of California had locked the entire filing as of 2:48 PM PT. Ex. 13.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 15, 2026, in San Francisco, California.

/s/ Laura Vartain Horn
Laura Vartain Horn

DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO SEAL ECF NO. 6194, AND ORDER UBER TO MAKE ALL EFFORTS TO DESTROY RETAINED PUBLIC COPIES
Case No. 24-cv-7940-CRB (LJC)