Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAMINA BOWEN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO SEAL ECF NO. 6194, AND ORDER UBER TO MAKE ALL EFFORTS TO DESTROY RETAINED PUBLIC COPIES**<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Judge:       Mag. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

DECLARATION OF LAMINA BOWEN IN SUPPORT OF DEFENDANTS' RESPONSE TO
PLAINTIFF'S EMERGENCY MOTION TO SEAL ECF NO. 6194, AND ORDER UBER TO MAKE
ALL EFFORTS TO DESTROY RETAINED PUBLIC COPIES
Case No.: 3:23-MD-03084-CRB

I, Lamina Bowen, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.      I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants" or "Uber"). I make this declaration based upon my personal knowledge and information conveyed to me by personnel working under my direction in connection with the matters described herein. If called as a witness, I could and would testify competently thereto.

2.      On the morning of May 14, 2026, following identification of the issue concerning public accessibility of information included in Exhibit 2 – Declaration of Katelyn Marshall Benfield in Support of Uber's Reply in Support of Motion for Sanctions as filed at ECF 6194-2, I personally spoke with personnel from the Clerk's Office for the United States District Court for the Northern District of California regarding the issue. I was advised that, absent a court order, the Clerk's Office could not seal an entire docket entry and could seal only material containing protected confidential or sensitive information, such as a minor's identifying information, address, telephone number, or medical information. I was further advised that personnel within chambers may have broader capability to restrict access to docket entries.

3.      Separately, I directed personnel (i.e., paralegals) within the Kirkland & Ellis Managing Attorney's Office ("MAO") to begin contacting third-party litigation support, docketing, and legal research vendors to request removal and/or restriction of access to the documents at issue.

4.      Outreach efforts began at approximately 9:00 a.m. PT on May 14, 2026. Several members of the MAO conducted outreach efforts via telephone to vendors identified below, including placing calls, leaving messages where necessary, and conducting follow-up communications to ensure receipt and escalation of the requests. I, or members of the MAO, subsequently sent follow-up email communications to the vendors again requesting removal and/or restriction of access to the purported confidential material. Most of the sites removed or restricted access to the documents within approximately one hour of contact.

5.      Vendors contacted via telephone and subsequently, electronic mail on May 14, 2026 were:
- Bloomberg
- CourtAlert

- CourtHouse News
- CourtLink/Lexis
- DocketAlerm
- DocketBird
- Docket Navigator
- FastCase
- Justia
- Law360
- LexMachina
- LexisNexis
- PacerMonitor
- Westlaw
- CourtDrive
- PacerPro

6. As of 12:37 p.m. PT, all of the above third-party vendors confirmed the removal of Exhibit 2 – Declaration of Katelyn Marshall Benfield in Support of Defendants' Reply in Support of Motion for Sanctions (ECF No. 6194-2).

7. Additionally, members of the MAO team manually checked each of those websites and confirmed the removal of Exhibit 2 – Declaration of Katelyn Marshall Benfield in Support of Defendants' Reply in Support of Motion for Sanctions (ECF No. 6194-2).

8. At approximately, 2:15 p.m. PT, Plaintiff's counsel informed counsel for Uber that ECF 6194 was available on the CourtListener (FreeLaw Project) site. I immediately submitted a request with the vendor to have the documents removed.

9. At 3:32 p.m. PT, I received written confirmation that the documents were removed from the CourtListener website.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 15, 2026, in New York, New York.


/s/Lamina Bowen
Lamina Bowen

DECLARATION OF LAMINA BOWEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO SEAL ECF NO. 6194, AND ORDER UBER TO MAKE ALL EFFORTS TO DESTROY RETAINED PUBLIC COPIES
Case No.: 3:23-MD-03084-CRB