# EXHIBIT 2

| From: | Tara Doyle |
|---|---|
| To: | Vives, Michael; Vartain, Laura; Benfield, Katie |
| Cc: | UberBW@wagstafflawfirm.com; Roopal Luhana; Rachel Abrams; slondon; Alexandra Walsh; Bueno, Kim; Trangle, Asher; John, Brady; Blake, Tara; Cox, Christopher; Love, Cohl K.; Piasecki, Paulina; Davidson, Jessica |
| Subject: | Re: Uber MDL - BL - Improper Subpoena |
| Date: | Thursday, May 14, 2026 11:50:21 AM |
| Importance: | High |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

@Vives, Michael @Vartain, Laura and @Benfield, Katie --

Apologies - let me be clearer - everything related to this reply brief needs to be taken down immediately. We have not even had time to review all the papers yet.

Of particular offense is **6194_2:** There are NUMEROUS exhibits with **highly confidential, highly sensitive and private information that is not redacted and not under seal that are clearly in direct violation of the Court's orders and local rules.**

Most obviously our client's name is not redacted nor under seal. In particular, Ms. Benfield's declaration filed as exhibit 1 under Ms. Vartain's declaration is filed **missing obviously highly confidential redactions** - including our client's name, ██████████ name, their email addresses, and the inclusion of the email between them regarding *__highly sensitive personal information of each party.__*

There are also names such as ██████ and ██████ that are not redacted. The list goes on. This needs to be taken down immediately.

Confirm with me in writing when this is done. Thank you.

---

**From:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Sent:** Thursday, May 14, 2026 9:47 AM
**To:** Vives, Michael <michael.vives@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>
**Cc:** UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>; Roopal Luhana <luhana@chaffinluhana.com>; Rachel Abrams <rabrams@peifferwolf.com>; slondon <slondon@girardsharp.com>; Alexandra Walsh <awalsh@anapolweiss.com>; Bueno, Kim <kim.bueno@kirkland.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Re: Uber MDL - BL - Improper Subpoena

@Vives, Michael @Vartain, Laura and @Benfield, Katie --

Uber's reply brief needs to be taken down **immediately for 6194_2.**
There are NUMEROUS exhibits with **highly confidential, highly sensitive and private information that is not redacted and not under seal that are clearly in direct violation of the Court's orders and local rules.**

Most obviously our client's name is not redacted nor under seal. In particular, Ms. Benfield's declaration filed as exhibit 1 under Ms. Vartain's declaration is filed **missing obviously highly confidential redactions** - including our client's name, ████████ name, their email addresses, and the inclusion of the email between them regarding ***highly sensitive personal information of each party.***
There are also names such as ███████ and ██████ that are not redacted. The list goes on. This needs to be taken down immediately.

Confirm with me in writing when this is done. Thank you.

---

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Tuesday, May 12, 2026 12:27 PM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; Vartain, Laura <laura.vartain@kirkland.com>
**Cc:** UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>; Roopal Luhana <luhana@chaffinluhana.com>; Rachel Abrams <rabrams@peifferwolf.com>; Sarah London <slondon@girardsharp.com>; Alexandra Walsh <awalsh@anapolweiss.com>; Benfield, Katie <katie.benfield@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: Uber MDL - BL - Improper Subpoena

Tara/Sommer:

Please see attached and let us know your availability to meet and confer this week on the issues laid out in the attached.

Thanks,

Mike

**Michael Vives**

--------------------------------------------------------

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

--------------------------------------------------------

michael.vives@kirkland.com

---

**From:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Sent:** Thursday, May 7, 2026 8:53 PM
**To:** Vartain, Laura <laura.vartain@kirkland.com>
**Cc:** UberBW@wagstafflawfirm.com; Roopal Luhana <luhana@chaffinluhana.com>; Rachel Abrams <rabrams@peifferwolf.com>; Sarah London <slondon@girardsharp.com>; Alexandra Walsh <awalsh@anapolweiss.com>; Vives, Michael <michael.vives@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Uber MDL - BL - Improper Subpoena

Ms. Vartain:

Please see the attached letter from Ms. Sommer Luther regarding issues pertaining to the subpoena received by ██████████.  We are happy to meet and confer to discuss further.

A box link with the subpoena served on Ms. ████ will be sent to follow from TFryan@wagstafflawfirm.com.

Best,

**Tara Doyle | *Wagstaff Law Firm***

**Attorney**

**\*\*Licensed and Practicing in Colorado\*\***

**940 Lincoln Street, Denver, Colorado 80203**

**Direct - 303-228-0688 | tdoyle@wagstafflawfirm.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.