# EXHIBIT 3

| | |
|---|---|
| **From:** | Vartain, Laura |
| **To:** | Lashanda Scott |
| **Cc:** | Tara Doyle; Bowen, Lamina |
| **Subject:** | In re Uber Rideshare |
| **Date:** | Thursday, May 14, 2026 11:56:30 AM |
| **Importance:** | High |

Lashanda: Plaintiffs counsel, copied here, believes that information that should be sealed was not sealed at docket 6194, filed last night. While we review this, can you help us lock the filing please? We'll also contact the clerk's office now.

Thanks,

Laura

**Laura Vartain**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1625  **M** +1 628 224 3989
**F** +1 415 439 1500

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

laura.vartain@kirkland.com