# EXHIBIT 6

**From:** Vartain, Laura
**To:** Lashanda Scott; Tara Doyle
**Cc:** Bowen, Lamina; UberBW@wagstafflawfirm.com; Rachel Abrams; Roopal Luhana; slondon
**Subject:** RE: In re Uber Rideshare
**Date:** Thursday, May 14, 2026 12:33:49 PM
**Attachments:** image001.jpg

Hi Lashanda: We also contacted the clerk's office, who was able to lock down the declaration, but not the entire filing without a court order. I am showing that only the Benfield declaration is locked down. Can you please lock the entire ECF, if you have not done so already.

Thanks,
Laura

**Laura Vartain**

⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1625  **M** +1 628 224 3989
**F** +1 415 439 1500
⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺

laura.vartain@kirkland.com

**From:** Lashanda Scott <Lashanda_Scott@cand.uscourts.gov>
**Sent:** Thursday, May 14, 2026 9:25 AM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; Vartain, Laura <laura.vartain@kirkland.com>
**Cc:** Bowen, Lamina <lamina.bowen@kirkland.com>; UberBW@wagstafflawfirm.com; Rachel Abrams <rabrams@peifferwolf.com>; Roopal Luhana <luhana@chaffinluhana.com>; slondon <slondon@girardsharp.com>
**Subject:** RE: In re Uber Rideshare

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Good Morning,

I've locked ECF No. 6194.

Thank you.

Lashanda Scott
Courtroom Deputy to the
Honorable Charles R. Breyer
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102
(415) 522-2062

https://cand.uscourts.gov

crbcrd@cand.uscourts.gov



**From:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Sent:** Thursday, May 14, 2026 8:59 AM
**To:** Vartain, Laura <laura.vartain@kirkland.com>; Lashanda Scott
<Lashanda_Scott@cand.uscourts.gov>
**Cc:** Bowen, Lamina <lamina.bowen@kirkland.com>; UberBW@wagstafflawfirm.com; Rachel Abrams
<rabrams@peifferwolf.com>; Roopal Luhana <luhana@chaffinluhana.com>; slondon
<slondon@girardsharp.com>
**Subject:** Re: In re Uber Rideshare

<mark>**CAUTION - EXTERNAL:**</mark>

Thanks, Laura.
Adding in our team.

**From:** Vartain, Laura <laura.vartain@kirkland.com>
**Sent:** Thursday, May 14, 2026 9:56 AM
**To:** Lashanda Scott <Lashanda_Scott@cand.uscourts.gov>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; Bowen, Lamina <lamina.bowen@kirkland.com>
**Subject:** In re Uber Rideshare

Lashanda: Plaintiffs counsel, copied here, believes that information that should be sealed was not
sealed at docket 6194, filed last night. While we review this, can you help us lock the filing please?
We'll also contact the clerk's office now.

Thanks,
Laura

**Laura Vartain**
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1625  **M** +1 628 224 3989
**F** +1 415 439 1500
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
laura.vartain@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.