# EXHIBIT 10

| From: | Sommer Luther |
|---|---|
| To: | Vartain, Laura; Vives, Michael; UberBW@wagstafflawfirm.com; slondon; Rachel Abrams; Roopal Luhana; Alexandra Walsh |
| Subject: | Re: B.L. Emergency Admin Motion |
| Date: | Thursday, May 14, 2026 2:54:32 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Laura

We will update the Court as to your efforts in our filing.

Sommer

Sommer D. Luther

**From:** Vartain, Laura <laura.vartain@kirkland.com>
**Sent:** Thursday, May 14, 2026 12:30:19 PM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>; Vives, Michael <michael.vives@kirkland.com>; UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>; slondon <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Roopal Luhana <luhana@chaffinluhana.com>; Alexandra Walsh <awalsh@anapolweiss.com>
**Subject:** RE: B.L. Emergency Admin Motion

Sommer, Ben:

In a call at 10:20am PT, you asked us to contact third party services to ensure that the relevant docket entry was removed from their sites. You further said that you'd be seeking court relief to require us to do that. We informed you that your motion is moot because Uber had already taken the steps requested to have this information removed form third parties before receiving your request. In fact, we started process soon after receiving notice from you this morning about the inadvertent material left in last night's filing. In fact, at approximately 9am PT this morning (10 minutes after you first notified us that there was confidential material that was left unredacted) we began contacting third-party vendors to request removal of the document from their respective platforms. Because several vendors do not provide designated legal or takedown contacts, the initial outreach process necessarily began through general support channels and phone calls, which has been time-intensive.

The following vendors have been contacted to date:
Bloomberg
CourtAlert
CourtHouse News
CourtLink/Lexis
DocketAlerm
DocketBird
Docket Navigator

FastCase
Justia
Law360
LexMachina
LexisNexis
PacerMonitor
Westlaw
CourtDrive
PacerPro

We have received verbal confirmation and/or independently confirmed removal or restricted access or there was nothing to remove from many of the above and are continuing removal efforts from certain additional vendors.

We request that you include this status information in your motion.

**Laura Vartain**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1625
**F** +1 415 439 1500
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

laura.vartain@kirkland.com


**Laura Vartain**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1625  **M** +1 628 224 3989
**F** +1 415 439 1500
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

laura.vartain@kirkland.com

---

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Sent:** Thursday, May 14, 2026 10:52 AM
**To:** Vartain, Laura <laura.vartain@kirkland.com>; Vives, Michael <michael.vives@kirkland.com>; UberBW@wagstafflawfirm.com; slondon <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Roopal Luhana <luhana@chaffinluhana.com>; Alexandra Walsh <awalsh@anapolweiss.com>
**Subject:** B.L. Emergency Admin Motion

Laura and Michael,

Following our call a few minutes ago, please find attached the Plaintiff's Emergency Administration Motion to Seal.

Please get back to us no later than 12:30pm MST.  As we explained on the call, it is imperative that this be filed as soon as possible with the Court.

Sommer

_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*
**Attorney at Law**
***Licensed and Practicing in Colorado ***
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.