# EXHIBIT 11

| | |
|---|---|
| **From:** | Sommer Luther |
| **To:** | Vartain, Laura; Vives, Michael; UberBW@wagstafflawfirm.com; slondon; Rachel Abrams; Roopal Luhana; Alexandra Walsh |
| **Subject:** | B.L. Emergency Admin Motion |
| **Date:** | Thursday, May 14, 2026 1:54:54 PM |
| **Attachments:** | DRAFT Emergency Admin Motion to Seal_vv.docx |

---

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Laura and Michael,

Following our call a few minutes ago, please find attached the Plaintiff's Emergency Administration Motion to Seal.

Please get back to us no later than 12:30pm MST.  As we explained on the call, it is imperative that this be filed as soon as possible with the Court.

Sommer

---

**Sommer D. Luther, Esq. | *Wagstaff Law Firm***
**Attorney at Law**
***\*\*Licensed and Practicing in Colorado \*\****
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.