C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5953 and 5972]** |
| *Jane Roe CL 186 v. Uber Technologies, Inc., et al., No. 3:25-cv-06086-CRB* | |

I, Jennifer S. Domer, declare as follows:

1.      I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2.      This declaration is made in support of the Motion to Vacate Dismissal without Prejudice for Jane Roe CL 186, No. 3:25-cv-06086-CRB, MDLC ID 3889.

3.      Counsel produced Jane Roe CL 186 Ride Receipt on August 26, 2025.

4.      Counsel produced Jane Roe CL 186 PTO 10 Certification Form on March 5, 2026.

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF MOTION TO VACATE

5.      Counsel produced Jane Roe CL 186 Plaintiff Fact Sheet on May 15, 2026.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 20, 2026, in Sacramento, California.


Dated: May 20, 2026                    CUTTER LAW P.C.


                                    By:    /s/ Jennifer S. Domer

                                        Jennifer S. Domer

                                        *Attorney for Jane Roe CL Plaintiffs*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF MOTION TO VACATE