Laura Vartain Horn (SBN: 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and
RASIER-CA, LLC

Michael Merriman (SBN: 234663)
mmerriman@hilgerslaw.com
Hilgers PLLC
655 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232

*Counsel for Respondents*
EXPRESS DIGITAL SERVICES, LLC and
SHAWN GRAFT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND ORDER REGARDING UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC'S MOTION TO COMPEL EXPRESS DIGITAL SERVICES, LLC'S AND SHAWN GRAFT'S COMPLIANCE WITH SUBPOENAS REGARDING FRAUD-RELATED DISCOVERY**<br><br>Hon. Lisa J. Cisneros |

1

Defendants Rasier, LLC, Rasier-CA, LLC, and Uber Technologies, Inc.'s (collectively, "Uber") and Respondents Express Digital Services, LLC and Shawn Graft (collectively, "Respondents") respectfully submit this joint stipulation regarding Uber's Motion to Compel Compliance with Subpoenas (ECF 5818-2).

### **RECITALS**

**WHEREAS,** in October 2025, Defendants Rasier, LLC, Rasier-CA, LLC, and Uber Technologies, Inc.'s (collectively, "Uber") served subpoenas on Respondents Express Digital Services, LLC and Shawn Graft (collectively, "Respondents") with compliance due on October 31, 2025.

**WHEREAS,** Uber and Respondents reached an impasse regarding Uber's requests that Respondents produce or provide the following: (1) Stripe IDs associated with individuals who used Respondents' services to create Uber trip receipts; (2) any other available identifying information for individuals who used any of Respondents' services to create Uber trip receipts, which Respondents have not yet produced to Uber; and (3) a declaration from Respondents stating that Respondents do not have access to, and have not previously had access to, any other additional identifying information for individuals who used any of Respondents' services to create an Uber trip receipt, beyond what Respondents have produced to Uber.

**WHEREAS,** on December 19, 2025 (docketed on December 22, 2025), Uber filed a miscellaneous subpoena enforcement action against Respondents in the District of Colorado pursuant to Federal Rule of Civil Procedure 45, captioned *Uber Technologies, Inc. et al v. Express Digital Services, LLC et al.*, Case No. 1:25-mc-00121-NYW, and Uber's motion requested transfer to this Court (the Court that issued the subpoena in MDL No. 3084) to decide the motion under Rule 45(f) or, in the alternative, to compel compliance with the subpoena. *See* ECF 5818-2.

**WHEREAS**, on December 23, 2025, Uber filed a notice of potential tag-along action in the

2

JPML regarding the District of Colorado action.

**WHEREAS,** the District of Colorado directed Uber and Respondents to brief the substance of the discovery sought and its relevance, deferring the question of the propriety of transfer to the JPML.

**WHEREAS,** briefing on the merits of the Motion to Compel in the District of Colorado was completed on March 25, 2026.

**WHEREAS,** on April 2, 2026, the JPML transferred the subpoena enforcement action to this Court pursuant to its authority under 28 U.S.C. § 1408(a) and "assigned to the Honorable Charles R. Breyer for inclusion in the coordinated or consolidated pretrial proceedings." *See* ECF 5818-1 at 4.

**WHEREAS**, on April 10, 2026, Uber notified the Court of the JPML's transfer of the subpoena enforcement action. *See* ECF 5818.

**WHEREAS,** Uber and Respondents have reached an agreement regarding Uber's requests.

## STIPULATION

**THEREFORE,** Uber and Respondents agree and respectfully request the Court enter their stipulation, as an Order of the Court, as follows:

1.    Uber and Respondents agree that Respondents will provide Stripe IDs for all individuals who have used any of Respondents' services to create an Uber facilitated trip receipt.

2.    Uber and Respondents agree that Respondents will provide IP addresses for all individuals who have used any of Respondents' services to create an Uber facilitated trip receipt.

3.    Uber and Respondents agree that Respondents will produce all other available identifying information, including, but not limited to, email addresses, for individuals who used any of Respondents' services to create an Uber facilitated trip receipt, which Respondents have not yet produced to Uber.

4.    Uber and Respondents agree that Respondents will produce all non-privileged communications with customers and all third parties relating to Uber and/or Uber facilitated trip

3

STIPULATION REGARDING MOTION TO COMPEL COMPLIANCE
WITH SUBPOENAS REGARDING FRAUD-RELATED DISCOVERY
CASE NO. 3:23-md-03084-CRB

receipts and will log all privileged communications except those between Respondents and Respondents' counsel.

5.      Uber and Respondents agree that Respondents will provide a declaration from Respondents stating the scope of accessible data and relevant retention policies regarding the data at issue. The declaration will also provide that Respondents have produced all identifying information in its possession for individuals who used any of Respondents' services to create an Uber facilitated trip receipt.

6.      Uber and Respondents agree that Respondents will immediately stop assisting, facilitating, or enabling the creation of Uber facilitated trip receipts.

7.      Uber and Respondents agree that the MDL Court will have continuing jurisdiction to enforce the terms of this stipulation.

8.      As the MDL Court will have stipulated jurisdiction, Uber and Respondents agree to dismiss the District of Colorado action.

**IT IS SO STIPULATED.**

Dated: May 20, 2026

*/s/ Michael B. Shortnacy*
Michael B. Shortnacy (SBN: 277035)
SHOOK, HARDY &  BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (424) 285-8330
mshortnacy@shb.com

Laura Vartain Horn (SBN: 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP

STIPULATION REGARDING MOTION TO COMPEL COMPLIANCE
WITH SUBPOENAS REGARDING FRAUD-RELATED DISCOVERY
CASE NO. 3:23-md-03084-CRB

2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and
RASIER-CA, LLC


*/s/ Michael Merriman*
Michael Merriman (SBN: 234663)
mmerriman@hilgerslaw.com
Hilgers PLLC
655 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232

*Counsel for Respondents*
EXPRESS DIGITAL SERVICES, LLC and
SHAWN GRAFT

5

**FILER'S ATTESTATION**

I, Michael Shortnacy, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:   May 20, 2026                                          **SHOOK, HARDY & BACON L.L.P.**

                                                                           */s/ Michael B. Shortnacy*
                                                                           Michael B. Shortnacy (SBN: 277035)

STIPULATION REGARDING MOTION TO COMPEL COMPLIANCE
WITH SUBPOENAS REGARDING FRAUD-RELATED DISCOVERY
CASE NO. 3:23-md-03084-CRB

## **ORDER**

Having reviewed Uber's and Respondents' joint stipulation, the Court hereby GRANTS the stipulation and enters Uber and Respondents' stipulation as an Order of the Court.


IT IS SO ORDERED.


DATED:  May 21, 2026_____        _____
                                                                Hon. Lisa J. Cisneros
                                                                United States Magistrate Judge

STIPULATION REGARDING MOTION TO COMPEL COMPLIANCE
WITH SUBPOENAS REGARDING FRAUD-RELATED DISCOVERY
CASE NO. 3:23-md-03084-CRB