DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (ECF 5970)** |
| *E.M. v. Uber Technologies, et al., Inc., et al.; 3:24-cv-08451-CRB;* | |

In an effort to comply with the Court's Order to Show Cause, Plaintiff's counsel submits this response on behalf of former client, E.M. (MDL# 4152).

Despite efforts to meet the obligations and requirements of this MDL, former Plaintiff was unable to meet those discovery requirements.

Their case was involuntarily dismissed by Court Order on February 17, 2026. *See* ECF 5253. A Notice of Dismissal was filed with the Court on February 19, 2026. *See* ECF 5276. Upon information and belief, no effort to revive or reinstate the claims of E.M. (MDL# 4152) has been filed.

Following dismissal in February, Reich & Binstock, LLP, terminated its attorney-client relationship with E.M. (MDL# 4152).

Dated: May 21, 2026

Respectfully submitted,

By: */s/ Andrew Holcomb*
DENNIS C. REICH (SBN #69631)
ANDREW HOLCOMB (*Admitted Pro Hac Vice*)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

*Counsel for Plaintiff*

RESPONSE TO SHOW CAUSE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on Thursday, May 21, 2026, I electronically transmitted the foregoing Response to Order to Show Cause (ECF 5970) to the Clerk's office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Andrew Holcomb*
Andrew Holcomb

RESPONSE TO SHOW CAUSE