**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | **MDL No. 3084**<br>**3:23-md-03084**<br><br>**Case No.: 3:26-cv-4834** |
| **This Document Relates to:**<br>**K.N.2 v. Uber Technologies, Inc., et al** | |

## NOTICE OF THE FILING OF A NEW ACTION

Pursuant to Pretrial Order No. 6, notice is hereby given that the Complaint with Jury

Demand in the above-captioned action was filed on May 21, 2026.


Dated: May 21, 2026                              Respectfully submitted,

                                                 */s/ Marlene Goldenberg*
                                                 Marlene Goldenberg
                                                 Samantha Hoefs
                                                 Nigh Goldenberg Raso & Vaughn, PLLC
                                                 14 Ridge Square NW, Third Floor
                                                 Washington, DC 20016
                                                 (202) 978-2228
                                                 mgoldenberg@nighgoldenberg.com
                                                 shoefs@nighgoldenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


Dated: May 21, 2026                          Respectfully submitted,

                                             */s/ Marlene Goldenberg*
                                             Marlene Goldenberg
                                             Nigh Goldenberg Raso & Vaughn, PLLC
                                             14 Ridge Square NW, Third Floor
                                             Washington, DC 20016
                                             (202) 978-2228
                                             mgoldenberg@nighgoldenberg.com