TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| | **NOTICE OF CHANGE OF ATTORNEY BUSINESS ADDRESS** |
| This Document Relates to: | |
| ALL ACTIONS | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that the business address for Tracey B. Cowan has changed to:

    Tracey B. Cowan
    Clarkson Law Firm, P.C.
    633 Howard Street
    San Francisco, CA 94105
    The telephone number and email address remain unchanged.

It is respectfully requested that all service lists in this action be updated to reflect counsel's new contact information and that copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the new address.

DATED: May 21, 2026

        Respectfully submitted,

        By: */s/ Tracey B. Cowan*
        Tracey B. Cowan
        tcowan@clarksonlawfirm.com
        Clarkson Law Firm, P.C.
        633 Howard Street
        San Francisco, CA 94105
        Telephone: (213) 788-4050

        *Counsel for Plaintiffs*

NOTICE OF CHANGE OF ATTORNEY BUSINESS ADDRESS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 21, 2026, I electronically transmitted the foregoing NOTICE OF

CHANGE OF ATTORNEY BUSINESS ADDRESS to the Clerk's Office using the CM/ECF System

for filing, thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.


<u>*/s/ Tracey B. Cowan*</u>
Tracey B. Cowan

NOTICE OF CHANGE OF ATTORNEY BUSINESS ADDRESS