Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |
| *Jane Doe NLG (B.G) v. Uber Technologies, Inc., et al., No. 3:25-cv-08732-CRB* | |

Plaintiff Jane Doe NLG (B.G.), hereinafter "Plaintiff", through undersigned counsel, responds to the Court's Order to Show Cause [ECF No. 5970] and Defendant's Motion [ECF No. 5483] and respectfully requests the Court to deny dismissal with prejudice.

## I.      INTRODUCTION

Plaintiff and Plaintiff's counsel do not take lightly the concerns raised by Defendant regarding ride receipts submitted in compliance the Court's orders.  As noted in the attached Declaration of Arati Furness, the Plaintiff in this case was previously unresponsive.  Subsequent to the Court's Order to Show Cause, counsel was able to reestablish contact.  Plaintiff is adamant that her receipt is bonafide, and has agreed to appear for a limited deposition which is scheduled for June 23, 2026. [Decl. Arati Furness, (2), Exhibit 1-Notice of Deposition].

1

## II.   DISMISSAL WITH PREJUDICE IS NOT WARRANTED AT THIS STAGE

While Defendants involve the five-factor test set forth in *Malone v. U.S. Postal Service,* 833 F.2d 128, 130 (9th Cir. 1987), the factors do not support the most severe sanction here, particularly before the Plaintiff has had a meaningful opportunity to respond and before her deposition.

### A.  The Court's Docket and Lack of Prejudice to Defendant

Counsel recognizes that the public interest in the timely resolution of litigation and respects the Court's mandate to efficiently manage its docket, particularly within an MDL with thousands of coordinated cases.  However, as the Plaintiff's deposition is scheduled next month, will not materially burden the Court's calendar or unduly delay the broader proceedings.

### B.  Public Policy Favoring Disposition on the Merits

The Ninth Circuit has consistently recognized that "public policy favors disposition of cases on their merits." *Malone,* 833 F.2d at 130.  Dismissal with prejudice permanently bars a litigant's claims, and it is a severe sanction that courts should not impose without first allowing the plaintiff a meaningful change to be heard.

### C.  Availability of Less Drastic Sanctions

The Ninth Circuit has consistently held that dismissal with prejudice is a remedy of last resort, which should be only imposed after lesser sanctions have been considered and found inadequate. *Malone,*  833 F.2d at 132; *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.,* 460 F3d 1217, 1228 (9th Cir. 2006).  As no lesser sanction has yet been attempted or evaluated with respect to Plaintiff, resorting to the ultimate sanction of dismissal with prejudice would be premature. Several less drastic and proportionate sanctions are available and appropriate.

### D.  Willfulness

2

A dismissal with prejudice based on allegations of fraud requires a clear showing of the plaintiff's personal culpability or willful misconduct, which is lacking here. *Prof'l Seminar Consultants, Inc. v. Sino Am. Tech. Exch. Council, Inc.,* 727 F.2d 1470, 1474 (9th Cir. 1984)(upholding dismissal where the offending party "willfully, deliberately, and intentionally submitted false documents." In fact, Plaintiff here is adamant that the submitted receipt is bonafide [Decl. Arati Furness (2)].

### III.    CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendant's dismissal with prejudice.

Dated: May 21, 2026                        Respectfully submitted,

By: */s/ Arati Furness*
By: */s/ John Raggio*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on May 21, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: May 21, 2026

Respectfully submitted,

By: */s/ Arati Furness*
By: */s/ John Raggio*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

4
PLAINTIFFS RESPONSE TO ORDER TO SHOW CAUSE

CASE NO. 3:23-MD-03084-CRB