Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLATION OF ARATI FURNESS IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |
| *Jane Doe NLG (B.G.) v. Uber Technologies, Inc., et al., No. 3:25-cv-08732-CRB* | |

**DECLARATION OF ARATI FURNESS**

I, Arati Furness, declare as follows:

1. I am an attorney who is admitted to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the Plaintiff Jane Doe NLG (B.G.) ("Plaintiff") represented by Nachawati Law Group whose claim is the subject of Defendants' Motion for Entry of Order to Show Cause (ECF 5483) and the Court's Order to Show Cause why Plaintiff's case should not be dismissed with Prejudice. This declaration is made in support of Plaintiffs' Response to the above. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

1

2. Plaintiff, who has the MDLC Plaintiff ID, 4190, has been accused of providing a non-bonafide ride receipt [ECF 5483]. For a period of time, this Plaintiff was non-responsive. However, subsequent to the Order requiring Plaintiff to submit to a limited deposition, I was able to speak with her. Plaintiff is adamant that the receipt she provided is legitimate. Additionally, Plaintiff anticipates to appear at her upcoming deposition, at which time she can provide additional details regarding her receipt.

Executed on May 21, 2026, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Arati Furness*
Arati Furness (CA Bar No. 225435)

DECL. OF ARATI FURNESS ISO PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
CASE NO. 3:23-MD-03084-CRB