**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER DENYING DISMISSAL WITH PREJUDICE** |
| *Jane Doe NLG (B.G.) v. Uber Technologies, Inc., et al., No. 3:25-cv-08732-CRB* | |

## [PROPOSED] ORDER

Having considered Defendant's Motion to Dismiss with Prejudice [ECF 5483], Plaintiff's Response to the Order to Show Cause, the Court therefore hereby ORDERS as follows:

Defendants' Motion to Dismiss with Prejudice as it relates to Jane Doe NLG (B.G.) is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2026          _____
                                        HON. CHARLES R. BREYER
                                        United States District Court Judge

[PROPOSED] ORDER DENYING MOTION TO DISMISS WITH PREJUDICE
CASE NO. 3:23-MD-03084-CRB