**WAGSTAFF LAW FIRM**
Sommer D. Luther,*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **WLF PLAINTIFF'S RESPONSE TO ORDER REGARDING MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE [ECF 5970]** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer |
| *N.MP. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10776-CRB | Courtroom:    6 – 17th Floor |

Plaintiff N.MP., by and through undersigned counsel, submits this response to the Courts Order to Show Cause (ECF No. 5958). Plaintiff's case has since been dismissed ***with prejudice*** on May 13, 2026. See ECF. No. 6183. As a result of the dismissal, undersigned counsel believes that any further Response is now moot. To the extent that the Court disagrees and seeks further information from counsel, counsel will comply and provide any further response and information as requested.

Dated: April 29, 2026

Respectfully submitted,

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Attorney for Plaintiff N.MP.*

WLF PLAINTIFF'S RESPONSE TO ORDER REGARDING MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE [ECF 5970],
CASE NO. 3:23-MD-03084-CRB

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated:  May 21, 2026

/s/ *Sommer D. Luther*
**SOMMER D. LUTHER**

3