Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS & ASSOCIATES LAW FIRM P.C.**
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**COUNSEL FOR PLAINTIFFS**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>**This Document Relates to:**<br><br>*ALL ACTIONS* | Case No. 3:23-md-03084-CRB<br><br>**Honorable Charles R. Breyer**<br><br>**NOTICE OF FIRM NAME CHANGE AND CHANGE OF FIRM ADDRESS**<br><br>**Judge: Honorable Charles R. Breyer**<br>**Courtroom: 6 – 17th Floor** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that effective immediately, counsel's law firm's name and address have changed as follows:

**FORMER FIRM NAME**:
Phillips Law Group
**FORMER FIRM ADDRESS:**
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012

**NEW FIRM NAME**:
Phillips & Associates

1

**NEW FIRM ADDRESS**:
700 South Flower Street, Suite 1000
Los Angeles, CA 90017

Telephone: (602) 258-8900
Facsimile: (602) 900-0107
**FORMER EMAIL**
tim.tonkin@phillipslaw.com
lucas.frei@phillipslaw.com

**NEW EMAIL:**
tim.tonkin@phillipsandassociateslaw.com
lucas.frei@phillipsandassociateslaw.com
vara.lyons@phillipsandassociateslaw.com

Counsel appearing in this action remains the same. It is respectfully requested that all service lists in this action be updated to reflect counsel's new contact information and that copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the new email and business address.

Dated: May 22, 2026

Respectfully submitted,
*/s/ Timothy G. Tonkin*
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons (NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS & ASSOCIATES LAW FIRM P.C.**
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**COUNSEL FOR PLAINTIFFS**

NOTICE OF FILING OF NEW ACTION