C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5953 and 5972]** |
| *Jane Roe CL 178 v. Uber Technologies, Inc., et al., No. 3:25-cv-05537-CRB* | |

PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

## I. BRIEF HISTORY

On September 26, 2025, and February 19, 2026, Defendants filed a Motion to Dismiss Plaintiff's case for failure to submit a Plaintiff Fact Sheet, a bona fide ride receipt or PTO 5 Ride Information Form, and a PTO 10 records certification form along with any related documents. (Doc. 4026, 4027, 5279). Plaintiff opposed the motions on the grounds that she needed additional time to complete and collect these required documents. (Doc. 4121, 4121-1; 4122, 4122-1; 5459, 5459-1). On April 22, 2026, and April 23, 2026, the Court ordered Plaintiff's case dismissed without prejudice. (Doc. 5953, 5972). On May 21, 2026, Plaintiff submitted a Plaintiff Fact Sheet, PTO 5 Ride Information Form, and a PTO 10 Certification Form. (Declaration of Jennifer Domer ¶ 4).

## II. PLAINTIFF REQUESTS THAT THE ORDER OF DISMISSAL BE VACATED BECAUSE SHE HAS COMPLIED WITH HER OBLIGATIONS

As indicated above, Plaintiff complied with her obligations under amended PTO 10 and PTO 5 albeit a little belatedly after the order of dismissal but prior to the order of dismissal's conversion to with prejudice. The case was ordered dismissed without prejudice. Therefore, rather than file a notice of dismissal at this time, Plaintiff asks that the Court vacate the dismissal of her case and relieve her from the obligation to file a notice of dismissal as she has produced all the documents needed for her claim.

Dated: May 22, 2026          CUTTER LAW P.C.

By:   */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
       jdomer@cutterlaw.com
       ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 22, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: May 22, 2026                     CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE