Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.,* No. 24-cv-7940 | Judge:    Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor |
| | Judge:    Mag. Lisa J. Cisneros<br>Courtroom:    G – 15th Floor |

Having considered Defendants' May 13, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Reply ISO Motion For Sanctions for Plaintiff's Discovery Misconduct | Motion For Sanctions containing references to material designated confidential by Plaintiff, that otherwise reveal potentially confidential information related to Plaintiff, or that Plaintiff has requested that Uber seal | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 | Declaration of Katelyn Marshall Benfield | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. A to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. - SMS L.L. – 000001 – 000010 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. B to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. - SMS L.L. – 000011-000047 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. C to Declaration of Katelyn Marshall Benfield) | Email chain | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. D to Declaration of Katelyn Marshall Benfield) | Email chain | Plaintiff |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 24-cv-7940-CRB (LJC)

| Document | Description | Designating Party |
|---|---|---|
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. F to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. – Email Communications – 000001-000006 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. G to Declaration of Katelyn Marshall Benfield) | Document bearing Bates stamp B.L. – Email Communications – 000001-000006 | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. H to Declaration of Katelyn Marshall Benfield) | Plaintiff's Fourth Supplemental Rules 26(A)(1) Initial Disclosures | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. I to Declaration of Katelyn Marshall Benfield) | Plaintiff's text messages with S.S. | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. J to Declaration of Katelyn Marshall Benfield) | Plaintiff's Conversation Details | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. K to Declaration of Katelyn Marshall Benfield) | Plaintiff's text messages with S.S. | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 1 (Ex. L to Declaration of Katelyn Marshall Benfield) | Email chain | Plaintiff |
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 2 | Declaration of Michael Vives | Plaintiff |

3

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 24-cv-7940-CRB (LJC)

| Document | Description | Designating Party |
|---|---|---|
| Vartain Declaration ISO Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct Ex. 2 (Ex. A to Declaration of Michael Vives) | Luther Email, dated April 8, 2026 | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____                    _____

Hon. Charles R. Breyer
United States District Judge

4

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 24-cv-7940-CRB (LJC)