Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN REGARDING DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS FOR PLAINTIFF'S DISCOVERY MISCONDUCT**<br><br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Judge:  Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

1
DECLARATION OF LAURA VARTAIN HORN REGARDING DEFENDANTS' REPLY IN
SUPPORT OF MOTION FOR SANCTIONS FOR PLAINTIFF'S DISCOVERY MISCONDUCT
Case No. 24-cv-7940-CRB (LJC)

I, Laura Vartain Horn, declare as follows:

1.    I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.    Attached as **Exhibit 1** is a true and correct copy of the Declaration of Katelyn Marshall Benfield in Support of Defendants' Reply in Support of Motion for Sanctions (with Exhibits A-L), dated May 13, 2026.

3.    Attached as **Exhibit 2** is a true and correct copy of the Declaration of Michael Vives in Support of Defendants' Reply in Support of Motion for Sanctions (with Exhibit A), dated May 13, 2026.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 22, 2026, in San Francisco, California.

/s/ Laura Vartain Horn
Laura Vartain Horn

2
DECLARATION OF LAURA VARTAIN HORN REGARDING DEFENDANTS' REPLY IN
SUPPORT OF MOTION FOR SANCTIONS FOR PLAINTIFF'S DISCOVERY MISCONDUCT
Case No. 24-cv-7940-CRB (LJC)