# EXHIBIT D

**From:** Benfield, Katie <katie.benfield@kirkland.com>
**Sent:** Tuesday, October 28, 2025 11:09 AM
**To:** Rachel Abrams <rabrams@peifferwolf.com>; Sommer Luther <SLuther@wagstafflawfirm.com>; Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Bueno, Kim <kim.bueno@kirkland.com>; Karizamimba, Johanne <johanne.karizamimba@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

Good morning, Sommer and Rachel,

I am following up regarding the outstanding discovery items outlined below and in the attached email. I am also attaching proprietary authorizations we need Plaintiff to sign.

Please let us know by Thursday, 10/30, if you planning to address any of these items. We plan to move to compel on the outstanding items.

Thank you,

Katie

**Katie Benfield**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
401 Congress Avenue, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

katie.benfield@kirkland.com

*Admitted in Georgia & Tennessee

Not admitted in Texas

**From:** Benfield, Katie
**Sent:** Thursday, October 16, 2025 1:02 PM
**To:** 'Rachel Abrams' <rabrams@peifferwolf.com>; Sommer Luther <SLuther@wagstafflawfirm.com>; Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Bueno, Kim <kim.bueno@kirkland.com>; Karizamimba, Johanne <johanne.karizamimba@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

Sommer and Rachel,

Thank you for speaking with me. As promised, I am sending a recap below.

**Depositions of Collateral Source Interviewees**: We discussed our request to depose Mr. ███ ███ ███████████████████████ As noted in my prior email, Plaintiff's sworn statements in her discovery responses conflict with what Dr. Mechanic claims these witnesses told her. Had Plaintiff timely disclosed the scope of these witnesses' knowledge, we would have deposed them and questioned Plaintiff about their knowledge at her deposition on June 12. However, Plaintiff did not disclose ██████████████ until after her deposition and only disclosed that she had spoken with ███ a handful of times. Additionally, Plaintiff's 7th and 8th Supplemental Interrogatory Responses, served on July 16, 2025 and August 25, 2025, respectively, represent that she has not spoken to ████████ since September 2022 or ████████ since December 2022. Yet, Dr. Mechanic claims that she interviewed these witnesses on July 2, 2025 and that they had current and extensive knowledge of Plaintiff's alleged damages. Thus, we seek to depose the 3 friends Dr. Mechanic claims to have interviewed.

Your position, as I understand it, is that we are not entitled to take these depositions because fact discovery is closed, you believe Plaintiff's disclosures were sufficient, and that we can ask Dr. Mechanic about what the witnesses told her instead of deposing them. We cannot agree to this. Plaintiff prevented Defendants from timely taking these depositions by making late and incomplete disclosures that are totally inconsistent with what Dr. Mechanic claims these witnesses told her weeks prior to Plaintiff serving her inaccurate discovery responses. We reiterate our request to depose these witnesses and plan to raise this with the Court, if necessary.

**Outstanding and Redacted Text Messages, Emails, and Instagram Messages Privilege Log**: We have not received Plaintiff's messages with ████████████████████████████████████████, ██████ *See* Pl. 8th Sup. Resp. to Int. No. 2, at 9 ("texts and emails to be produced"); *See id.* at 24 (referencing texts with ████████ discussing Facebook post the day after the incident); *see id.* (referencing multiple conversations with ████████); Pl. Second Sup. Disclosures, at 10. Additionally, many of the texts and emails are heavily redacted and not covered by the existing privilege log. *See e.g.,* texts with ████████; Texts with ████████; 8/22/22 email with ████████. Some of the text threads also appear incomplete based on the total count. *See e.g.* ████████ thread, S.M.S. R.H. 00001 (indicating total message count was 1036—approximately 50 heavily redacted messages were produced). Based on Dr. Mechanic's report, it appears there are more recent messages with ████████████████████████ that should be produced. Please supplement with the outstanding privilege log and complete messages.

**Dr. Mechanic Reliance Materials**: There are a couple things on Dr. Mechanic's reliance list we have not received. Please produce "Ally Medical, 8/15/25" and "████████ Notes, Bates 00001-0000023." *See* Mechanic Rep. on B.L., at 5.

**New Treaters/Treater Depositions:** On our call, we discussed that Plaintiff started seeing a new treater or possibly treaters in August 2025. Please confirm the names of the new treaters. We discussed deposing these new treaters. You do not object to the depositions but would like for these to take place at a later date closer to trial. Please provide proposed dates and Plaintiff's records from these treaters at your earliest convenience.

**Dr. Syed Sajjad Zaidi, M.D. – Focus Psychiatry:** Plaintiff identified Dr. Zaidi as one of her treaters. Focus Psychiatry denies ever seeing Plaintiff. Please confirm Plaintiff never sought treatment at this provider.

**Authorizations:** Please have Plaintiff sign and return the attached authorizations.

**Updated Discovery Responses:** Please provide updated discovery responses with correct and current information regarding the scope of the collateral source interviewees knowledge and the identities of Plaintiff's treaters.

Thank you,

Katie

**Katie Benfield**

---

**KIRKLAND & ELLIS LLP**
401 Congress Avenue, Austin, TX 78701
T +1 512 355 4465  M +1 737 737 1176
F +1 512 678 9101

---

katie.benfield@kirkland.com

*Admitted in Georgia & Tennessee

Not admitted in Texas

---

**From:** Rachel Abrams <rabrams@peifferwolf.com>
**Sent:** Monday, October 13, 2025 3:08 PM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>; Benfield, Katie <katie.benfield@kirkland.com>; Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Bueno, Kim <kim.bueno@kirkland.com>; Karizamimba, Johanne <johanne.karizamimba@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

**This message is from an EXTERNAL SENDER**

Be cautious, particularly with links and attachments.

Either time today work for me. Thanks.

**Rachel Abrams**
Partner



555 Montgomery Street, Suite 820
San Francisco, CA 94111
**Main:** 415-766-3544 **I Direct:** 415-426-5641

**peifferwolf.com**                                      f in ▶

This message is intended for the named recipient(s) only. It may contain
information protected by the attorney-client and/or work product privilege. If you
have received this email in error, please notify the sender immediately, do not
disclose this message to anyone, and delete the message and any attachments.
Thank you very much. No attorney-client relationship is formed unless agreed to
explicitly in writing.

_____

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>

**Date:** Monday, October 13, 2025 at 11:41 AM

**To:** Benfield, Katie <katie.benfield@kirkland.com>, Tara Doyle
<Tdoyle@wagstafflawfirm.com>, Rachel Abrams <rabrams@peifferwolf.com>

**Cc:** Bueno, Kim <kim.bueno@kirkland.com>, Karizamimba, Johanne
<johanne.karizamimba@kirkland.com>

**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

Unfortunately, I will not be available tomorrow, but I am available this afternoon at the times
you offered.

We just need to confirm Ms. Abrams' availability.

Sommer


_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*
**Attorney at Law**
***Licensed and Practicing in Colorado ***
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which
may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are
hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution
or use of any of the information contained in or attached to this transmission is prohibited. If you have received
this transmission in error, please notify us immediately by e-mail and delete the original transmission.**

_____

**From:** Benfield, Katie <katie.benfield@kirkland.com>
**Date:** Monday, October 13, 2025 at 12:39 PM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>, Tara Doyle

<Tdoyle@wagstafflawfirm.com>, Rachel B. Adams <rabrams@peifferwolf.com>
**Cc:** Bueno, Kim <kim.bueno@kirkland.com>, Karizamimba, Johanne
<johanne.karizamimba@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews
No worries. Thanks,  Sommer.

Does 5:30 or 6:00 ET this afternoon work? I can also do 10 or 11 ET tomorrow morning. Let me know what you prefer, and I will send an invite.

**Katie Benfield**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
401 Congress Avenue, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101
━━━━━━━━━━━━━━━━━━━━━━━━━━━━

katie.benfield@kirkland.com

*Admitted in Georgia & Tennessee

Not admitted in Texas

---

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Sent:** Monday, October 13, 2025 2:12 PM
**To:** Benfield, Katie <katie.benfield@kirkland.com>; Tara Doyle <Tdoyle@wagstafflawfirm.com>;
Rachel B. Adams <rabrams@peifferwolf.com>
**Cc:** Bueno, Kim <kim.bueno@kirkland.com>; Karizamimba, Johanne
<johanne.karizamimba@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

Hi Katie,
Yes, I apologize because I meant to follow up on this over the weekend.

I am available anytime this afternoon.

I am cc'ing Rachel Abrams who will also be joining our meet and confer.

Please let me know what works best for you.

Sommer

_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*
**Attorney at Law**
**\*\*Licensed and Practicing in Colorado \*\***
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

---

**From:** Benfield, Katie <katie.benfield@kirkland.com>

**Date:** Monday, October 13, 2025 at 10:47 AM

**To:** Sommer Luther <SLuther@wagstafflawfirm.com>, Tara Doyle <Tdoyle@wagstafflawfirm.com>

**Cc:** Bueno, Kim <kim.bueno@kirkland.com>, Karizamimba, Johanne <johanne.karizamimba@kirkland.com>

**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

Hi Sommer and Tara,

Following up on this. Could you please let me know your availability to confer this afternoon?

Thanks,

Katie

**Katie Benfield**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
401 Congress Avenue, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101
━━━━━━━━━━━━━━━━━━━━━━━━━━━━
katie.benfield@kirkland.com

*Admitted in Georgia & Tennessee

Not admitted in Texas

---

**From:** Benfield, Katie

**Sent:** Friday, October 10, 2025 12:18 PM

**To:** 'Sommer Luther' <SLuther@wagstafflawfirm.com>; Tara Doyle <Tdoyle@wagstafflawfirm.com>

**Cc:** Bueno, Kim <kim.bueno@kirkland.com>; Karizamimba, Johanne <johanne.karizamimba@kirkland.com>

**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

Thanks, Sommer. Does Monday at 11:00 ET work for you?

**Katie Benfield**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**

401 Congress Avenue, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101

————————————————————————

katie.benfield@kirkland.com

*Admitted in Georgia & Tennessee

Not admitted in Texas

_____

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Sent:** Thursday, October 9, 2025 9:40 PM
**To:** Benfield, Katie <katie.benfield@kirkland.com>; Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Bueno, Kim <kim.bueno@kirkland.com>; Karizamimba, Johanne <johanne.karizamimba@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

Katie,

I apologize for the delay in responding.  I have had a chance to review your email, and I was wondering if you'd like to schedule a time to discuss these issues. I am available tomorrow afternoon or Monday for a meet and confer.

Thank you,
Sommer


_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*
**Attorney at Law**
***Licensed and Practicing in Colorado ***
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.**

_____

**From:** Benfield, Katie <katie.benfield@kirkland.com>
**Date:** Monday, October 6, 2025 at 11:43 AM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>, Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Bueno, Kim <kim.bueno@kirkland.com>, Karizamimba, Johanne <johanne.karizamimba@kirkland.com>

**Subject:** B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews

Sommer and Tara,

We are in receipt of Dr. Mechanic's report regarding B.L. As you are aware, Dr. Mechanic claims to have conducted "collateral source" interviews of four of Plaintiff's friends: ███████████████ ████████████████████████████ Dr. Mechanic claims these witnesses have extensive knowledge regarding Plaintiff's current mental status and damages. However, this directly conflicts with Plaintiff's prior sworn statements.

For example, as of August 25, 2025, Plaintiff claimed in her verified discovery responses that she has not spoken to ███████████████ since 2022 and 2024, respectively. *See* 2025.08.25 Pl. 8th Supplemental Resp., at 9 ("Plaintiff told her friend ██████ about the assault and her ████ ████████ via text message in December of 2024. ***They have not spoken since.***); ("Plaintiff told her friend ███████ about the sexual assault on August 16, 2022 via text message and continued to message with him off and on until September of 2022. ***They have not spoken since.***"). Plaintiff's discovery responses indicated she spoke with ███████████ nly "a handful of times." *Id.*

However, according to Dr. Mechanic, Plaintiff sees ████████████████████ egularly, and these witnesses have extensive knowledge about her current conditions, limitations, and alleged injuries.

Dr. Mechanic's interviews took place on July 2. Accordingly, Defendants should have been notified that the information in Plaintiff's sworn statements was inaccurate long before now. Because of Plaintiff's failure to timely and completely disclose, only one of these witnesses ████████████ ██████ has been deposed. This is unfair, prejudicial, and a wrongful attempt to back-door unsworn witness statements that are in direct conflict with Plaintiff's sworn statements into evidence.

We intend to pursue the depositions of ████████████████████ Let us know if you will be representing them, and, if so, the soonest dates they are available for deposition.

Thank you,

Katie

**Katie Benfield**

----------------------------------------

**KIRKLAND & ELLIS LLP**
401 Congress Avenue, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101

----------------------------------------

katie.benfield@kirkland.com

*Admitted in Georgia & Tennessee

Not admitted in Texas

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.