Case 3:23-md-03084-CRB    Document 6280-7    Filed 05/22/26    Page 1 of 9

# EXHIBIT E

## Love, Cohl K.

| | |
|---|---|
| **From:** | Love, Cohl K. |
| **Sent:** | Saturday, April 18, 2026 9:02 AM |
| **To:** | Love, Cohl K. |
| **Subject:** | FW: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages |

---

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Sent:** Thursday, April 2, 2026 5:57 PM
**To:** Benfield, Katie <katie.benfield@kirkland.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; UberBW@wagstafflawfirm.com; Bueno, Kim <kim.bueno@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Vives, Michael <michael.vives@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

They were uploaded to the Box folder on Tuesday.

Sommer

_____

**Sommer D. Luther, Esq. | *Wagstaff Law Firm***
**Attorney at Law**
***Licensed and Practicing in Colorado ****
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.**

---

**From:** Benfield, Katie <katie.benfield@kirkland.com>
**Date:** Thursday, April 2, 2026 at 3:56 PM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>, Emma Guidry <eguidry@wagstafflawfirm.com>, Lambert, Haydn C. <haydn.lambert@kirkland.com>, Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>, UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>, Bueno, Kim <kim.bueno@kirkland.com>, Uber PW Bellwether

<uberbellwether@peifferwolf.com>, Trangle, Asher <asher.trangle@kirkland.com>, John, Brady <brady.john@kirkland.com>, Blake, Tara <tara.blake@kirkland.com>, Vartain, Laura <laura.vartain@kirkland.com>, Cox, Christopher <christopher.cox@kirkland.com>, Vives, Michael <michael.vives@kirkland.com>, Love, Cohl K. <cohl.love@kirkland.com>, Piasecki, Paulina <paulina.piasecki@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Thanks, Sommer. Who did you send the productions to? Thanks.


**Katie Benfield**
_____

**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101
_____

katie.benfield@kirkland.com

---

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Sent:** Thursday, April 2, 2026 5:54 PM
**To:** Benfield, Katie <katie.benfield@kirkland.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; UberBW@wagstafflawfirm.com; Bueno, Kim <kim.bueno@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Vives, Michael <michael.vives@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Katie,

I am reviewing this now and will respond with any additional edits now that some of the positions and arguments have changed.

We will provide our final comments shortly and I will be signing both documents.

It is also my understanding that the updated productions were filed yesterday, and Uber should have those.

Thankyou,
Sommer


_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*
**Attorney at Law**
***Licensed and Practicing in Colorado ****
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.

**From:** Benfield, Katie <katie.benfield@kirkland.com>
**Date:** Thursday, April 2, 2026 at 3:43 PM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>, Emma Guidry <eguidry@wagstafflawfirm.com>, Lambert, Haydn C. <haydn.lambert@kirkland.com>, Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>, UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>, Bueno, Kim <kim.bueno@kirkland.com>, Uber PW Bellwether <uberbellwether@peifferwolf.com>, Trangle, Asher <asher.trangle@kirkland.com>, John, Brady <brady.john@kirkland.com>, Blake, Tara <tara.blake@kirkland.com>, Vartain, Laura <laura.vartain@kirkland.com>, Cox, Christopher <christopher.cox@kirkland.com>, Vives, Michael <michael.vives@kirkland.com>, Love, Cohl K. <cohl.love@kirkland.com>, Piasecki, Paulina <paulina.piasecki@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Thanks for your email, Sommer.

We have attempted to meet and confer over this for many months. At this point, we intend to move forward with the PTO 8 process. We have made some revisions to our letter briefs. The updated versions are attached. We would like to get these on file today. Please confirm we have your permission to file. (I assume you will be signing for Plaintiff, but please let me know if we should include someone else's signature.)

Our positions are outlined in our briefing. We are requesting the Court allow us to take 5-hour depositions of each of the outstanding witnesses. We think this is reasonable given the default rule under the federal rules is 7 hours per deposition.

As to the redactions, we think it apparent on the face of the documents what the issues are and think the Court will see for itself what the issues are, but, per your request, we have added an additional column to Exhibit A with additional information as to some of the issues with each document. I also reviewed the chart you sent. My understanding of your chart is that you plan to indicate to the court that you sent additional unredacted messages to us. Assuming I am understanding your chart correctly, we haven't received this supplemental production yet and would appreciate if you could send any documents you are intending to produce as soon as possible to avoid additional delays in discovery.

Thank you,

Katie

**Katie Benfield**

_____

**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101

_____

katie.benfield@kirkland.com

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Sent:** Thursday, April 2, 2026 11:31 AM
**To:** Benfield, Katie <katie.benfield@kirkland.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C.

<haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; UberBW@wagstafflawfirm.com; Bueno, Kim <kim.bueno@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Vives, Michael <michael.vives@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Piasecki, Paulina <paulina.piasecki@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Katie

I wanted to reiterate a few things on the PTO 8 disputes.  Following our meet and confer on Tuesday, I sent the below email as well as our input on the PTO 8 briefs but in a continued effort to resolve this disputes, I wanted to just reiterate our positions:

Depositions – as I've noted in our calls, in my email and in the PTO 8 brief, it is our position that these depositions can move forward but with a time limit in place.  Our initial proposal was a time limit of 5 hours.  I have not received any response from Uber as to their position on this but frankly, I think our proposal is reasonable and I've also been clear that I am open to discussions on this.

Redactions – similarly, I've previously noted that Uber's blanket statements about redactions (as opposed to pointing out the specific redactions that are of concern) concerns me in the sense that it feels as if we will continue to come back to this issue.  That is not efficient and will not help either party focus on trial preparation.  I propose that we put together a group of search terms and I will agree to search through all text messages and/or emails (we can discuss the scope as well) that are flagged through the search.
My proposal is that we search the following terms:  Uber, Rape, Assault, Litigation, Settlement, Driver
Again, as with the depositions, I am open to discussion on this topic as well and I am simply offering a proposal to start the conversation.

Thank you,
Sommer

_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*
**Attorney at Law**
***Licensed and Practicing in Colorado ***
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.**

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Date:** Tuesday, March 31, 2026 at 4:08 PM
**To:** Benfield, Katie <katie.benfield@kirkland.com>, Emma Guidry <eguidry@wagstafflawfirm.com>,

4

Lambert, Haydn C. <haydn.lambert@kirkland.com>, Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>, UberBW@wagstafflawfirm.com
<UberBW@wagstafflawfirm.com>, Bueno, Kim <kim.bueno@kirkland.com>, Uber PW Bellwether
<uberbellwether@peifferwolf.com>, Trangle, Asher <asher.trangle@kirkland.com>, John, Brady
<brady.john@kirkland.com>, Blake, Tara <tara.blake@kirkland.com>, Vartain, Laura
<laura.vartain@kirkland.com>, Cox, Christopher <christopher.cox@kirkland.com>, Vives, Michael
<michael.vives@kirkland.com>, Love, Cohl K. <cohl.love@kirkland.com>, Piasecki, Paulina
<paulina.piasecki@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Katie,

That is not what we discussed on the call today.   Rather, I called you to tell you that in reviewing your PTO 8 Brief, it was clear that you misunderstood our position.   I did not and I have not taken the position that we will not agree to any additional depositions in B.L.'s case.  Instead, I have consistently taken the position that even though we have arguments that there is no good faith basis to proceed with depositions for some of the witnesses, we will agree to go forward with depositions with certain parameters in place.

For several reasons, the specific parameter that we believe is appropriate is an allocation of time for all depositions.  This is what was previously agreed to in B.L.'s case and what was contemplated in PTO 12.

You asked me what my initial proposal was and I told you that my initial proposal was a total of 5 hours but that I was open to further discussion with Uber.  You advised me that this was a non-starter, and we should proceed with PTO 8 Briefing.  I am preparing my input on the PTO 8 Brief now and will send that to you shortly.

Sommer

_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*
**Attorney at Law**
***Licensed and Practicing in Colorado ****
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.**

**From:** Benfield, Katie <katie.benfield@kirkland.com>
**Date:** Tuesday, March 31, 2026 at 3:50 PM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>, Emma Guidry <eguidry@wagstafflawfirm.com>, Lambert, Haydn C. <haydn.lambert@kirkland.com>, Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>, UberBW@wagstafflawfirm.com
<UberBW@wagstafflawfirm.com>, Bueno, Kim <kim.bueno@kirkland.com>, Uber PW Bellwether
<uberbellwether@peifferwolf.com>, Trangle, Asher <asher.trangle@kirkland.com>, John, Brady

<brady.john@kirkland.com>, Blake, Tara <tara.blake@kirkland.com>, Vartain, Laura
<laura.vartain@kirkland.com>, Cox, Christopher <christopher.cox@kirkland.com>, Vives, Michael
<michael.vives@kirkland.com>, Love, Cohl K. <cohl.love@kirkland.com>, Piasecki, Paulina
<paulina.piasecki@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Sommer,

Thanks for the call.  As I understand it, you offered 5 hours of additional deposition time if we pull down our PTO8 letter briefs.  We do not agree.  Please provide your responses today, consistent with the process outlined in PTO8 so we can get these on file tomorrow.

Thank you,

Katie

**Katie Benfield**
━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101
━━━━━━━━━━━━━━━━━
katie.benfield@kirkland.com

---

**From:** Benfield, Katie
**Sent:** Friday, March 27, 2026 3:10 PM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn
C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; UberBW@wagstafflawfirm.com; Bueno, Kim
<kim.bueno@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher
<asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>;
Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Vives, Michael
<michael.vives@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Hi Sommer,

I have attached Exhibit 1 to the redactions PTO, which is a chart that summarizes the redactions issues. The remaining exhibits are all documents you have produced with bates labels specified in the briefs, so this should not impact your ability to timely respond. Please ensure you comply with the time requirements in PTO 8 to avoid further delays in the discovery process.

Thanks, and have a nice weekend!

**Katie Benfield**
━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101
━━━━━━━━━━━━━━━━━
katie.benfield@kirkland.com

**From:** Sommer Luther <SLuther@wagstafflawfirm.com>
**Sent:** Friday, March 27, 2026 2:37 PM
**To:** Benfield, Katie <katie.benfield@kirkland.com>; Emma Guidry <eguidry@wagstafflawfirm.com>; Lambert, Haydn C. <haydn.lambert@kirkland.com>; Rachel Abrams <rabrams@peifferwolf.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>; UberBW@wagstafflawfirm.com; Bueno, Kim <kim.bueno@kirkland.com>; Uber PW Bellwether <uberbellwether@peifferwolf.com>; Trangle, Asher <asher.trangle@kirkland.com>; John, Brady <brady.john@kirkland.com>; Blake, Tara <tara.blake@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Cox, Christopher <christopher.cox@kirkland.com>; Vives, Michael <michael.vives@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Subject:** Re: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Katie,
I have reviewed Uber's potion of the PTO 8. Please send all attachments that are referenced in this PTO 8 brief.  Plaintiffs are unable to fully prepare input without also reviewing the attachments that are referenced. Please send as soon as possible.
Sommer

_____

**Sommer D. Luther, Esq. |** *Wagstaff Law Firm*
**Attorney at Law**
***Licensed and Practicing in Colorado ***
**940 Lincoln Street, Denver, Colorado 80203**
**Direct - (720) 208-9417 | sluther@wagstafflawfirm.com**

**www.WagstaffLawFirm.com**

**This e-mail transmission contains information from the Wagstaff Law Firm and Andrus Wagstaff, PC and which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.**

**From:** Benfield, Katie <katie.benfield@kirkland.com>
**Date:** Thursday, March 26, 2026 at 12:47 PM
**To:** Emma Guidry <eguidry@wagstafflawfirm.com>, Lambert, Haydn C. <haydn.lambert@kirkland.com>, Rachel Abrams <rabrams@peifferwolf.com>, Sommer Luther <SLuther@wagstafflawfirm.com>
**Cc:** Tara Doyle <Tdoyle@wagstafflawfirm.com>, UberBW@wagstafflawfirm.com <UberBW@wagstafflawfirm.com>, Bueno, Kim <kim.bueno@kirkland.com>, Uber PW Bellwether <uberbellwether@peifferwolf.com>, Trangle, Asher <asher.trangle@kirkland.com>, John, Brady <brady.john@kirkland.com>, Blake, Tara <tara.blake@kirkland.com>, Vartain, Laura <laura.vartain@kirkland.com>, Cox, Christopher <christopher.cox@kirkland.com>, Vives, Michael <michael.vives@kirkland.com>, Love, Cohl K. <cohl.love@kirkland.com>
**Subject:** RE: B.L. v. Uber, et al. - Dr. Mechanic "Collateral Source" Interviews & Redacted Messages

Hi Rachel, Sommer, and Emma,

I hope you are well. Thank you for supplementing Plaintiff's discovery responses, but many of the discovery issues we discussed remain outstanding. As you are aware, we have conferred many times over these issues to try to resolve our

discovery disputes without court involvement. We seem to be at an impasse at this point and intend to seek the court's intervention.

We have attached draft PTO 8 letters regarding the outstanding issues. Please provide your insert within the time frame outlined by PTO 8.

Thank you,

Kate

**Katie Benfield**

_____

**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
**T** +1 512 355 4465   **M** +1 737 737 1176
**F** +1 512 678 9101

_____

katie.benfield@kirkland.com