# FILED UNDER SEAL
# EXHIBIT G