**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND TO STAY**<br><br>Judge:        Mag. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion For Leave to File Motion for Reconsideration and to Stay and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED:_____        By:_____

LISA J. CISNEROS
United States Magistrate Judge

---

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION
FOR RECONSIDERATION AND TO STAY
Case No. 24-cv-7940-CRB (LJC)