John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5972]** |
| This Document Relates to:<br><br>*WHB 1142 v. Uber Technologies, Inc., et al., No. 3:24-cv-05712-CRB* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**INTRODUCTION**

On March 12, 2026, Defendants filed a Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders. [ECF 5487] Plaintiff

1

WHB 1142's case was included in the group of cases Defendants sought to dismiss for lack of Plaintiff Fact Sheet Verification. Plaintiff uploaded her signed verification to MDL Centrality her Second Amended Fact Sheet on MDL Centrality on May 15, 2026.

## BRIEF HISTORY

Defendants moved to dismiss Plaintiff's case in August of 2025 because her Second Amended Fact Sheet was "missing" a verification. [ECF 3731-1] Plaintiff timely responded to Defendants' August 22, 2025 Motion to Dismiss on November 5, 2025. [ECF 3731-2; 3847] The Court entered an Order on September 16, 2025 in which it required all Plaintiffs subject to Defendants' motion to provide a substantially complete PFS within 14 days of the order. [ECF 3922] Uber was to submit a declaration within 21 days of the order in which it identified any plaintiffs who had not complied with the order. *Id*. If any Plaintiffs disagreed with their inclusion on Uber's declaration, they were to submit a declaration with 28 days of the Order in which they identified the date on which they had submitted a substantially complete and verified PFS. *Id*. Finally, any Plaintiffs who did not comply with the Order would be dismissed without prejudice. *Id*.

Defendants filed a Motion to Enforce the Court's Prior Orders on Uber's Motions to Dismiss Cases for Failure to Comply with Court Orders on March 12, 2026. Plaintiff was included on Defendants' Motion to Enforce. The Court entered an Order on April 23, 2026 related to Defendants' Motion to Enforce in which it dismissed without prejudice each Plaintiff subject to Defendants' motion and ordered Plaintiffs' counsel to file notices of dismissal within 14 days of the Order. [ECF 5972] Following the Court's order, Plaintiff's counsel filed a notice of dismissal in her individual case and the MDL on May 8, 2026 and May 7, 2026 respectively. [ECF 6150]

PLAINTIFF'S MOTION TO VACATE DISMISSAL
WITHOUT PREJUDICE

3:23-md-03084-CRB

On May 15, 2026, Plaintiff WHB 1142 uploaded a signed verification to MDL Centrality. **Exhibit A** to the Declaration of Walt Cubberly.

## ARGUMENT

Pursuant to Amended PTO 10, if the Court dismisses a case without prejudice, the Order will be converted to a dismissal with prejudice upon Uber's motion unless (1) a plaintiff submits the information required under the order or (2) moves to vacate the dismissal without prejudice within the same time period [no earlier than 30 days after the Court's entry of the order of Dismissal Without Prejudice. [ECF 4287] The entry of the Order of Dismissal in this case was on April 23, 2026. [ECF 5972]

Plaintiff submitted her verification and now moves to vacate the dismissal without prejudice within 30 days of April 23, 2026.

## CONCLUSION

Plaintiff has complied with her obligations under PTO 10. Her case was ordered dismissed without prejudice. Plaintiff respectfully asks the Court to vacate the dismissal of her case.

Dated: May 23, 2026

/s/ *Walt Cubberly*
John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
*Attorneys for Plaintiffs*

PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE                3:23-md-03084-CRB