John Eddie Williams, Jr.
Brian Abramson
Margret Lecocke
Walt Cubberly (SBN 325163)
Batami Baskin
Myles Shaw
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**ATTORNEY WALTER CUBBERLY'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to:<br><br>*WHB 1142 v. Uber Technologies, Inc., et al., No. 3:24-cv-05712-CRB* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Walter Cubberly, declare as follows:

1.  I am an attorney at Williams Hart & Boundas LLP admitted to practice before the courts of the state of California. I am one of the counsels of record for all filed WHB claimants. I

1

Declaration of Walter Cubberly                                    3:23-md-03084-CRB

have personal knowledge of the matters set forth therein, and if called to testify, I would testify competently to the information below.

2. This declaration is made in support of Plaintiff's Motion to Vacate Dismissal Without Prejudice.

3. Plaintiff WHB 1147 uploaded a signed Plaintiff Fact Sheet Verification to MDL Centrality on May 15, 2026. **Exhibit A** to the Declaration of Walt Cubberly.

4. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 22, 2026 in Houston, Texas.

Dated: May 23, 2026

_____

Walter Cubberly

*Attorney for Plaintiff*

_____

2

Declaration of Walter Cubberly                                           3:23-md-03084-CRB