Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS & ASSOCIATES LAW FIRM P.C.**
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| *JANE DOE PNA (C.P.); v. Uber Technologies, Inc., et al.* | |
| | **NOTICE OF FILING OF NEW ACTION** |
| **This Document Relates to:** | |
| **3:26-cv-04926-CRB** | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the

Complaint with Jury Demand in the above-referenced action was filed on May 24, 2026.

Dated: May 24, 2026          **PHILLIPS & ASSOCIATES LAW FIRM P.C**

*/s/ Timothy G. Tonkin*
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons (NY Bar No. 5464524)
*Appearance Pro Hac Vice*
700 South Flower Street, Suite 1000
Los Angeles, CA 90017 Tel: (602) 258-8900
Fax: (602) 900-0107

Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**COUNSEL FOR PLAINTIFF**

NOTICE OF FILING OF NEW ACTION