Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS & ASSOCIATES LAW FIRM P.C.**
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>**This Document Relates to:**<br><br>*JANE DOE PNA( T.H.) ;*<br>*v. Uber Technologies, Inc., et al.*<br><br>**3:26-cv-04929-CRB** | **MDL No. 3084 CRB**<br><br>**Honorable Charles R. Breyer**<br><br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 24, 2026.

Dated: May 24, 2026,                    **PHILLIPS & ASSOCIATES LAW FIRM P.C.**

                                        */s/ Timothy G. Tonkin*
                                        *Appearance Pro Hac Vice*
                                        Lucas P. Frei (AZ Bar No. 032255)
                                        *Appearance Pro Hac Vice*
                                        Vara G. Lyons (NY Bar No. 5464524)
                                        *Appearance Pro Hac Vice*
                                        700 South Flower Street, Suite 1000
                                        Los Angeles, CA 90017
                                        Tel: (602) 258-8900
                                        Fax: (602) 900-0107

1

Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**COUNSEL FOR PLAINTIFF**

NOTICE OF FILING OF NEW ACTION