RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF A.G.'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE** |
| *A.G. v. Uber Technologies, Inc., et al; 3:25-cv-07373-CRB* | |
| | Date: July 10, 2026 |
| | Time: 10:00 a.m. |
| | Courtroom: 6 – 17th Floor |

On May 13, 2026, Defendants filed a Motion to Dismiss the above-captioned claim for failure to comply with show-cause orders and to convert orders of dismissal without prejudice. See *Docket No. 6192*. Previously, on November 19, 2025, the Court issued an Amended Order to Show Cause why 7 Plaintiffs who have submitted non-bona fide receipts should not be

dismissed with prejudice. See *Docket No. 4440*. Thereafter, on December 5, 2025, Counsel for Plaintiff A.G. submitted a response stating they do not oppose this dismissal with prejudice as A.G. has been uncooperative and unresponsive. See *Docket No. 4567*. Counsel for Plaintiff A.G. remains unopposed to dismissal with prejudice.

Dated: May 26, 2026                                   Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
          awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

PLAINTIFF A.G.'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that, on May 26, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: May 26, 2026

Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
        awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

PLAINTIFF A.G.'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH SHOW-CAUSE ORDERS AND TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE