**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF B.L.'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF NO. 6228]**<br><br>Honorable Charles R. Breyer |

I, Sommer D. Luther, declare:

1. I am an attorney in the law firm of Wagstaff Law Firm, and counsel for Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of Colorado and am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff B.L.'s Statement in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [ECF NO. 6228].

-1-

2.  I have reviewed Exhibit 1 to the Declaration of Laura Vartain Horn In Support of Response to Plaintiff's Emergency Motion to Seal ECF No. 6194 that was filed at ECF 6229-3.

3.  I have reviewed Exhibit 2 to the Declaration of Laura Vartain Horn In Support of Response to Plaintiff's Emergency Motion to Seal ECF No. 6194 that was filed at ECF 6229-4.

4.  I have reviewed Exhibit 4 to the Declaration of Laura Vartain Horn In Support of Response to Plaintiff's Emergency Motion to Seal ECF No. 6194 that was filed at ECF 6229-6.

5.  These materials include the names of third parties.

6.  The significant privacy concerns of third parties outweigh any minimal public interest in disclosure of their identities or highly sensitive information. The public's interest in the case may be satisfied without revealing this information.

7.  The disclosure of personally identifiable information would harm third parties' legitimate privacy interests. Plaintiff's request is narrowly tailored to sealing only PII and sensitive personal information. There is no less restrictive alternative to sealing that would protect the legitimate privacy interests of the third parties, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2026 in Denver, Colorado

_____
Sommer D. Luther
*Attorney for Plaintiff B.L.*

DECLARATION OF SOMMER D. LUTHER ISO
PLAINTIFF'S STATEMENT ISO DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL [ECF NO. 6228]
MDL NO. 3084 CRB, CASE NO. 24-CV-7940