Sommer D. Luther*
WAGSTAFF LAW FIRM
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF NO. 6228]**<br><br>Honorable Charles R. Breyer<br><br>Magistrate Lisa J. Cisneros |

Having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [ECF 6228], the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Exhibit 1 to the Declaration of Laura Vartain Horn In Support of Response to Plaintiff's Emergency Motion to Seal ECF No. 6194 (ECF No. 6229-3) | The names of third parties |
| Exhibit 2 to the Declaration of Laura Vartain Horn In Support of Response to Plaintiff's | The names of third parties |

| Emergency Motion to Seal ECF No. 6194 (ECF No. 6229-4) | |
| --- | --- |
| Exhibit 4 to the Declaration of Laura Vartain Horn In Support of Response to Plaintiff's Emergency Motion to Seal ECF No. 6194 (ECF No. 6229-6) | The names of third parties |

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL [ECF NO. 6228]
MDL NO. 3084 CRB, CASE NO. 24-CV-7940