Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer |
| *M.J. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08088-CRB | Courtroom:   6 – 17th Floor |
| *G.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09190-CRB | Date:       July 10, 2026<br>Time:       10:00 a.m.<br>Courtroom:    6 – 17th Floor |

I, Sommer D. Luther, declare:

1.  I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.  I submit this declaration in support of WLF Plaintiffs' Response to Defendants' Motion to Convert Orders Dismissal Without Prejudice to Orders of Dismissal With Prejudice

### M.J. [4097]

3.  On October 29, 2025, I filed a Motion to Withdraw as Counsel of Record for Plaintiff M.J. [ECF No. 4258]. That Motion was Denied [ECF No. 4434].

1

4. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 5 phone calls, 5 emails, letters, and 5 text messages.

5. Efforts continue to reach Plaintiff M.J.

**G.M. [4385]**

6. On February 10, 2026, I filed a Motion to Withdraw as Counsel of Record for Plaintiff G.M. [ECF No. 5212]. That Motion was Denied on March 6, 2026. [ECF No. 5448].

7. Since the date of WLF's Response to Defendants' Original Motion to Dismiss on January 23, 2026 [ECF 5096], multiple contact attempts have been made, including at least 11 phone calls, 11 emails, letters, and 11 text messages.

8. Efforts continue to reach Plaintiff G.M.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of May, 2026, in Denver, Colorado.

Sommer D. Luther

2