Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer |
| *M.J. v. Uber Technologies, Inc., et al.* No. 3:25-cv-08088-CRB | Courtroom:     6 – 17th Floor |
| *G.M. v. Uber Technologies, Inc., et al.* No. 3:25-cv-09190-CRB | |

This matter comes before the Court on Defendants' Motion To Convert Orders of Dismissal Without Prejudice to Orders of Dismissal With Prejudice, ECF No. 6192.

Having considered Defendants' Motion, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies Inc., Rasier, LLC and Rasier-CA, LLC's Motion To Convert Orders of Dismissal Without Prejudice to Orders of Dismissal With Prejudice as it pertains to WLF Plaintiffs above.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10, CASE NO. 3:23-MD-03084-CRB