Jonathan Gdanski (*SBN# 0032097*)
Jeffrey L. Haberman (*SBN# 0098522*)
Elana B. Goodman (*SBN# 0145076*)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
          JHaberman@schlesingerlaw.com
          egoodman@schlesingerlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| *Christiana Frasqueri v. Uber Technologies, Inc., et al; 3:26-cv-00452-CRB* | |

Plaintiff, Christiana Frasqueri, by and through counsel hereby gives notice that the above captioned action, Case No. 3:26-cv-00452-CRB is dismissed without prejudice against Defendants, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

Dated: May 28, 2026

Respectfully submitted,

By: */s/ Elana B. Goodman*
Elana B. Goodman (*SBN# 0145076*)
Jonathan R. Gdanski (*SBN# 0032097*)
Jeffrey L. Haberman (*SBN# 0098522*)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2026, I electronically transmitted the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

By: */s/ Elana B. Goodman*
Elana B. Goodman (*SBN# 0145076*)