Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF NO. 6279]**<br><br>Honorable Charles R. Breyer<br><br>Magistrate Lisa J. Cisneros |

Having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [ECF 6279], the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Reply ISO Motion for Sanctions for Plaintiff's Discovery Misconduct [ECF 6280] | The details of B.L.'s private life and mental health history which are highly personal and in which the public has no interest, at:<br>• p. 1, lines 6, 14-15, 20-21<br>• p. 5, lines 8-9<br>• p. 7, line 27<br>The names of third parties at: |

| | |
|---|---|
| | • p. 3, lines 5, 8, 16-20<br>• p. 4, lines 1-3, 9,<br>• p. 9, footnote line 27 |
| Ex. 1 to Declaration of Laura Vartain Horn in Support of Defendants' Reply (Declaration of Katelyn Marshall Benfield) [ECF 6280-2] | The details of B.L.'s private life and mental health history which are highly personal and in which the public has no interest, at:<br>• p. 2, lines 24-25<br>• p. 8, lines 14-23, 26<br>• p. 9, lines 3-11<br>• p. 10<br>• p. 11, line 6<br>• p. 12<br>• p. 13<br>• p. 14, lines 1-20, 22<br>• p. 15<br>The names of third parties at:<br>• p. 3, lines 2, 12-14, 27-28<br>• p. 5, lines 23, 27<br>• p. 7, lines 1-2<br>• p. 8, lines 3, 6-8, 11, 16, 25-26<br>• p. 9, lines 4-5, 12-15, 17-20<br>• p. 10<br>• p. 11, lines 2-3, 5<br>• p. 12<br>• p. 13, lines 9-10, 12<br>• p. 14, lines 1-20, 22<br>• p. 15<br>The name of plaintiff at:<br>• p. 8, lines 14-15<br>• p. 9, line 3<br>• p. 10, lines 3, 6<br>• p. 12 |
| Ex. A to Declaration of Katelyn Marshall Benfield [ECF 6280-3] | B.L.'s text messages with a third party containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. B to Declaration of Katelyn Marshall Benfield [ECF 6280-4] | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. C to Declaration of Katelyn Marshall Benfield [ECF 6280-5] | The details of B.L.'s private life and mental health history which are highly personal and in which the public has no interest, at:<br>• p. 12<br>Emails between counsel containing the names of third parties at:<br>• p. 2 – 4, 11-14, 16-19, 24 |
| Ex. D to Declaration of Katelyn Marshall Benfield [ECF 6280-6] | The details of B.L.'s private life and mental health history which are highly personal and in which the public has no interest, at: |

| | |
|---|---|
| | • p. 9<br>Emails between counsel containing the names of third parties at:<br>• p. 2, 9 |
| Ex. F to Declaration of Katelyn Marshall Benfield [ECF 6280-8] | B.L.'s emails with third parties containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. G to Declaration of Katelyn Marshall Benfield [ECF 6280-9] | B.L.'s emails with third parties containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. H to Declaration of Katelyn Marshall Benfield [ECF 6280-10] | B.L.'s Rule 26 disclosures containing the names and PII of third parties, and the details of B.L.'s private life. |
| Ex. I to Declaration of Katelyn Marshall Benfield [ECF 6280-11] | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. J to Declaration of Katelyn Marshall Benfield [ECF 6280-12] | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. K to Declaration of Katelyn Marshall Benfield [ECF 6280-13] | B.L.'s text messages with a third party containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Ex. L to Declaration of Katelyn Marshall Benfield [ECF 6280-14] | The details of B.L.'s private life and mental health history which are highly personal and in which the public has no interest, at:<br>• p. 1-2<br>Emails between counsel containing the names of third parties at:<br>• p. 1-2 |
| Ex. 2 to Declaration of Laura Vartain Horn in Support of Defendants' Reply (Declaration of Michael Vives) [ECF 6280-15] | The details of B.L.'s private life and mental health history which are highly personal and in which the public has no interest, at:<br>• p. 4, lines 9-10<br>• p. 5, lines 7-9<br>The names of third parties at:<br>• p. 3, line 7<br>• p. 4, lines 8, 11, 13 |
| Ex. A to Declaration of Michael Vives [ECF 6280-16] | The details of B.L.'s private life and mental health history which are highly personal and in which the public has no interest, at:<br>• p. 3-4 |

| | Emails between counsel containing the names of third parties at: <br> • p. 3-4 |
|---|---|

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL [ECF NO. 6279]
MDL NO. 3084 CRB, CASE NO. 24-CV-7940