# EXHIBIT A

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 1143 | Jane Doe LS 237 | Levin Simes LLP | 3:23-cv-03973 |
| 1131 | Jane Doe LS 293 | Levin Simes LLP | 3:23-cv-04364 |
| 1179 | Jane Doe LS 98 | Levin Simes LLP | 3:23-cv-05412 |
| 1214 | Jane Doe EB 1 | Estey & Bomberger | 3:23-cv-05870 |
| 1211 | T.S. | Pro Se | 3:24-cv-00635 |
| 3501 | D.P. (3) | Meyer Wilson | 3:24-cv-04449 |
| 2149 | H.L. | Pro Se | 3:24-cv-04526 |
| 1773 | Jane Roe CL 11 | Cutter Law PC | 3:24-cv-04672 |
| 1533 | WHB 1027 | Williams Hart | 3:24-cv-04820 |
| 1535 | WHB 928 | Williams Hart | 3:24-cv-04825 |
| 1778 | Jane Roe CL 16 | Cutter Law PC | 3:24-cv-04837 |
| 1551 | WHB 511 | Williams Hart | 3:24-cv-04842 |
| 1563 | WHB 1023 | Williams Hart | 3:24-cv-04877 |
| 1632 | WHB 1497 | Williams Hart | 3:24-cv-04891 |
| 1779 | Jane Roe CL 17 | Cutter Law | 3:24-cv-04915 |
| 1607 | WHB 1590 | Williams Hart | 3:24-cv-04946 |
| 1690 | WHB 1619 | Williams Hart | 3:24-cv-04961 |
| 1631 | WHB 689 | Williams Hart | 3:24-cv-04965 |
| 1734 | WHB 676 | Williams Hart | 3:24-cv-05024 |
| 1788 | WHB 666 | Williams Hart | 3:24-cv-05127 |
| 1996 | Jane Doe EB 8 | Estey & Bomberger, LLP | 3:24-cv-05190 |
| 1926 | WHB 1272 | Williams Hart | 3:24-cv-05366 |
| 1972 | WHB 1043 | Williams Hart | 3:24-cv-05501 |
| 2082 | Jane Roe CL 24 | Cutter Law PC | 3:24-cv-05536 |
| 2057 | WHB 1677 | Williams Hart | 3:24-cv-05556 |
| 1927 | A.T. (2) | Peiffer Wolf | 3:24-cv-05592 |
| 2158 | WHB 1552 | Williams Hart | 3:24-cv-05599 |
| 2538 | Jane Doe LS 60 | Levin Simes LLP | 3:24-cv-05618 |
| 2448 | Jane Doe LS 141 | Levin Simes LLP | 3:24-cv-05634 |
| 2093 | Jane Roe CL 34 | Cutter Law PC | 3:24-cv-05696 |
| 2184 | WHB 946 | Williams Hart | 3:24-cv-05698 |

1

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2098 | Jane Roe CL 38 | Cutter Law | 3:24-cv-05729 |
| 2065 | WHB 935 | Williams Hart | 3:24-cv-05776 |
| 2206 | WHB 991 | Williams Hart | 3:24-cv-05959 |
| 2492 | Jane Roe CL 65 | Cutter Law PC | 3:24-cv-06189 |
| 2494 | Jane Roe CL 67 | Cutter Law | 3:24-cv-06191 |
| 2600 | Jane Roe CL 71 | Cutter Law PC | 3:24-cv-06864 |
| 2602 | Jane Roe CL 73 | Cutter Law | 3:24-cv-07030 |
| 2629 | WHB 1999 | Williams Hart | 3:24-cv-07048 |
| 2615 | Jane Roe CL 74 | Cutter Law PC | 3:24-cv-07152 |
| 2681 | Jane Roe CL 77 | Cutter Law PC | 3:24-cv-07571 |
| 2683 | Jane Roe CL 79 | Cutter Law PC | 3:24-cv-07587 |
| 2702 | Jane Roe CL 81 | Cutter Law PC | 3:24-cv-08521 |
| 2704 | Jane Roe CL 83 | Cutter Law PC | 3:24-cv-08525 |
| 2719 | Jane Doe NLG (H.K.) | Nachawati Law Group | 3:24-cv-08614 |
| 2713 | Jane Roe CL 85 | Cutter Law PC | 3:24-cv-08754 |
| 2771 | L.G. (2) | Pro se | 3:24-cv-09036 |
| 2733 | C.B. | Pro se | 3:24-cv-09049 |
| 2727 | K.J. (2) | Wagstaff Law Firm | 3:24-cv-09059 |
| 2778 | Jane Roe CL 88 | Cutter Law PC | 3:24-cv-09145 |
| 3471 | G.C. (2) | Meyer Wilson | 3:24-cv-09195 |
| 2755 | Jane Doe LS 547 | Levin Simes LLP | 3:24-cv-09208 |
| 2781 | Jane Roe CL 91 | Cutter Law PC | 3:24-cv-09235 |
| 2782 | Jane Roe CL 92 | Cutter Law PC | 3:24-cv-09237 |
| 2636 | D.C. 2636 | Cohen Hirsch | 3:24-cv-09367 |
| 2836 | I.A. (2) | Pro se | 3:25-cv-00822 |
| 2830 | Jane Roe CL 98 | Cutter Law PC | 3:25-cv-00853 |
| 2841 | L.F. (4) | Pro se | 3:25-cv-01005 |
| 2851 | WHB 2061 | Williams Hart | 3:25-cv-01095 |
| 2948 | Jane Roe CL 101 | Cutter Law PC | 3:25-cv-01118 |
| 2949 | Jane Roe CL 102 | Cutter Law PC | 3:25-cv-01120 |
| 2861 | WHB 2070 | Williams Hart | 3:25-cv-01126 |

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2864 | WHB 2073 | Williams Hart | 3:25-cv-01143 |
| 2868 | WHB 2077 | Williams Hart | 3:25-cv-01150 |
| 2881 | WHB 2039 | Williams Hart | 3:25-cv-01202 |
| 2891 | WHB 2047 | Williams Hart | 3:25-cv-01215 |
| 2894 | WHB 2049 | Williams Hart | 3:25-cv-01218 |
| 2925 | Jane Doe LS 550 | Levin Simes LLP | 3:25-cv-01327 |
| 3250 | Jane Roe CL 107 | Cutter Law PC | 3:25-cv-01470 |
| 3252 | Jane Roe CL 109 | Cutter Law PC | 3:25-cv-01652 |
| 3253 | Jane Roe CL 110 | Cutter Law PC | 3:25-cv-01653 |
| 3010 | Jane Doe NLG (WJ) | Nachawati Law Group | 3:25-cv-01705 |
| 3257 | Jane Roe CL 114 | Cutter Law PC | 3:25-cv-01942 |
| 3912 | C.B. (2) | Wagstaff Law Firm | 3:25-cv-01961 |
| 3063 | K.G. (2) | Wagstaff Law Firm | 3:25-cv-01962 |
| 3065 | TA.W. | Wagstaff Law Firm | 3:25-cv-01967 |
| 3262 | Jane Roe CL 119 | Cutter Law PC | 3:25-cv-02133 |
| 3265 | Jane Roe CL 122 | Cutter Law PC | 3:25-cv-02138 |
| 3268 | Jane Roe CL 125 | Cutter Law PC | 3:25-cv-02233 |
| 3087 | Jane Doe LS 580 | Levin Simes LLP | 3:25-cv-02460 |
| 3269 | Jane Roe CL 126 | Cutter Law PC | 3:25-cv-02495 |
| 3270 | Jane Roe CL 127 | Cutter Law PC | 3:25-cv-02496 |
| 3271 | Jane Roe CL 128 | Cutter Law PC | 3:25-cv-02497 |
| 3273 | Jane Roe CL 130 | Cutter Law PC | 3:25-cv-02742 |
| 3276 | Jane Roe CL 133 | Cutter Law PC | 3:25-cv-02745 |
| 3163 | Jane Doe NLG (IM) | Nachawati Law Group | 3:25-cv-02771 |
| 3176 | Jane Doe LS 584 | Levin Simes LLP | 3:25-cv-02806 |
| 3239 | Jane Doe LS 589 | Levin Simes LLP | 3:25-cv-03216 |
| 3240 | Jane Doe LS 590 | Levin Simes LLP | 3:25-cv-03217 |
| 3282 | Jane Roe CL 139 | Cutter Law PC | 3:25-cv-03255 |
| 3242 | Jane Doe LS 592 | Levin Simes LLP | 3:25-cv-03266 |
| 3244 | Jane Doe LS 594 | Levin Simes LLP | 3:25-cv-03274 |
| 3324 | T.G. | Wagstaff Law Firm | 3:25-cv-03621 |

3

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 3607 | L.L. (5) | Meyer Wilson; Peiffer Wolf | 3:25-cv-03742 |
| 3437 | Roe CL 147 | Cutter Law PC | 3:25-cv-03811 |
| 3438 | Roe CL 148 | Cutter Law PC | 3:25-cv-03812 |
| 3441 | Jane Roe CL 151 | Cutter Law PC | 3:25-cv-03816 |
| 3446 | Jane Doe CL 156 | Cutter Law PC | 3:25-cv-03944 |
| 3379 | Jane Doe LS 597 | Levin Simes LLP | 3:25-cv-04070 |
| 3453 | Jane Roe CL 163 | Cutter Law PC | 3:25-cv-04386 |
| 3544 | Jane Roe Cl 164 | Cutter Law | 3:25-cv-04587 |
| 3545 | Jane Roe Cl 165 | Cutter Law PC | 3:25-cv-04589 |
| 3482 | T.T. (5) | Wagstaff Law Firm | 3:25-cv-04647 |
| 3543 | John Doe KGDG 020 | Kherkher Garcia | 3:25-cv-04979 |
| 3639 | Jane Doe LS 608 | Levin Simes LLP | 3:25-cv-05312 |
| 3649 | Jane Doe KG 008 | Kherkher Garcia | 3:25-cv-05320 |
| 3640 | Jane Doe LS 609 | Levin Simes LLP | 3:25-cv-05328 |
| 3641 | Jane Doe LS 610 | Levin Simes LLP | 3:25-cv-05374 |
| 3685 | Jane Doe NLG (S.S) | Nachawati Law Group | 3:25-cv-05393 |
| 3679 | Jane Roe CL 179 | Cutter Law PC | 3:25-cv-05538 |
| 3883 | Jane Roe CL 181 | Cutter Law PC | 3:25-cv-05633 |
| 3884 | Jane Roe CL 182 | Cutter Law PC | 3:25-cv-05628 |
| 3885 | Jane Roe CL 183 | Cutter Law PC | 3:25-cv-05733 |
| 3760 | Jane Doe LS 615 | Levin Simes LLP | 3:25-cv-05887 |
| 3855 | Jane Doe NLG (M.E.) | Nachawati Law Group | 3:25-cv-06480 |
| 4154 | Jane Doe NLG 4 (J.L.) | Nachawati Law Group | 3:25-cv-08523 |
| 4262 | C.E.H. | Levy Konigsberg LLP | 3:25-cv-08817 |
| 4144 | Jane Doe NLG (G.Z.) | Nachawati Law Group | 3:25-cv-09315 |
| 4477 | Jane Roe CL 225 | Cutter Law PC | 3:25-cv-09555 |
| 4614 | Jane Doe NLG (M.F.) | Nachawati Law Group | 3:25-cv-09589 |
| 4461 | John Doe LS 16 | Levin Simes LLP | 3:25-cv-09767 |

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 4514 | A.F. (2) | Wagstaff Law Firm | 3:25-cv-09768 |
| 4513 | K.C. | Wagstaff Law Firm | 3:25-cv-09794 |
| 4515 | A.W. (10) | Wagstaff Law Firm | 3:25-cv-09818 |
| 4512 | E.M. (6) | Wagstaff Law Firm | 3:25-cv-09824 |
| 4623 | Jane Doe NLG (A.R.) | Nachawati Law Group | 3:25-cv-09839 |
| 4624 | Jane Doe NLG (L.R.) | Nachawati Law Group | 3:25-cv-09842 |
| 4484 | Jane Roe CL 232 | Cutter Law PC | 3:25-cv-09861 |
| 4492 | Jane Doe LS 658 | Levin Simes LLP | 3:25-cv-09914 |
| 4486 | Jane Roe CL 234 | Cutter Law PC | 3:25-cv-09916 |
| 4616 | AN.C. | Wagstaff Law Firm | 3:25-cv-10403 |
| 4626 | J.T. (6) | Wagstaff Law Firm | 3:25-cv-10434 |
| 4628 | K.L. (6) | Wagstaff Law Firm | 3:25-cv-10472 |
| 4642 | J.H. (15) | Wagstaff Law Firm | 3:25-cv-10624 |
| 4644 | B.G. (3) | Wagstaff Law Firm | 3:25-cv-10627 |
| 4647 | M.R. (6) | Wagstaff Law Firm | 3:25-cv-10650 |
| 4650 | AP.P. | Wagstaff Law Firm | 3:25-cv-10659 |
| 4652 | Sha.R. | Wagstaff Law Firm | 3:25-cv-10714 |
| 4671 | Jane Roe CL 247 | Cutter Law PC | 3:25-cv-10725 |
| 4673 | Jane Roe CL 249 | Cutter Law PC | 3:25-cv-10727 |
| 4630 | Jane Doe DMA (N.B.) | D. Miller & Associates, PLLC | 3:25-cv-10736 |
| 4674 | Jane Roe CL 250 | Cutter Law PC | 3:25-cv-10737 |
| 4662 | JE.H. | Wagstaff Law Firm | 3:25-cv-10742 |
| 4663 | NE.R. | Wagstaff Law Firm | 3:25-cv-10743 |
| 4665 | LU.L. | Wagstaff Law Firm | 3:25-cv-10746 |
| 4667 | JA.R. | Wagstaff Law Firm | 3:25-cv-10749 |
| 4676 | Jane Roe CL 252 | Cutter Law PC | 3:25-cv-10758 |
| 4655 | SH.B. | Wagstaff Law Firm | 3:25-cv-10774 |
| 4658 | AL.H. | Wagstaff Law Firm | 3:25-cv-10777 |
| 4659 | K.B. (8) | Wagstaff Law Firm | 3:25-cv-10778 |
| 4661 | R.R. (3) | Wagstaff Law Firm | 3:25-cv-10781 |

Exhibit A – Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 4653 | D.A. (2) | Wagstaff Law Firm | 3:25-cv-10856 |
| 4654 | C.J. (4) | Wagstaff Law Firm | 3:25-cv-10857 |
| 4749 | Jane Doe NLG (L.H.) | Nachawati Law Group | 3:26-cv-00057 |
| 5197 | D.Y. | Reich & Binstock LLP | 3:26-cv-00213 |
| 4824 | Jane Roe CL 258 | Cutter Law | 3:26-cv-00282 |
| 4825 | Jane Roe CL 259 | Cutter Law | 3:26-cv-00284 |