# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| SEE EXHIBIT A | |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal with Prejudice (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, are subject to conversion of their previously ordered dismissals without prejudice to dismissals with prejudice pursuant to Amended Pretrial Order ("PTO") No. 10.

The Court therefore hereby ORDERS as follows:

1.     The prior dismissals of the claims of the Plaintiffs identified in Exhibit A to this Order are subject to conversion from dismissal without prejudice to dismissal with prejudice pursuant to Amended PTO 10 (ECF No. 4287). Accordingly, those Plaintiffs' claims are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL
WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

**EXHIBIT A**

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 1143 | Jane Doe LS 237 | Levin Simes LLP | 3:23-cv-03973 |
| 1131 | Jane Doe LS 293 | Levin Simes LLP | 3:23-cv-04364 |
| 1141 | Jane Doe LS 37 | Levin Simes LLP | 3:23-cv-04393 |
| 1179 | Jane Doe LS 98 | Levin Simes LLP | 3:23-cv-05412 |
| 1214 | Jane Doe EB 1 | Estey & Bomberger | 3:23-cv-05870 |
| 1211 | T.S. | Pro Se | 3:24-cv-00635 |
| 3501 | D.P. (3) | Meyer Wilson | 3:24-cv-04449 |
| 2149 | H.L. | Pro Se | 3:24-cv-04526 |
| 1773 | Jane Roe CL 11 | Cutter Law PC | 3:24-cv-04672 |
| 1533 | WHB 1027 | Williams Hart | 3:24-cv-04820 |
| 1535 | WHB 928 | Williams Hart | 3:24-cv-04825 |
| 1778 | Jane Roe CL 16 | Cutter Law PC | 3:24-cv-04837 |
| 1551 | WHB 511 | Williams Hart | 3:24-cv-04842 |
| 1563 | WHB 1023 | Williams Hart | 3:24-cv-04877 |
| 1632 | WHB 1497 | Williams Hart | 3:24-cv-04891 |
| 1779 | Jane Roe CL 17 | Cutter Law | 3:24-cv-04915 |
| 1607 | WHB 1590 | Williams Hart | 3:24-cv-04946 |
| 1690 | WHB 1619 | Williams Hart | 3:24-cv-04961 |
| 1631 | WHB 689 | Williams Hart | 3:24-cv-04965 |
| 1734 | WHB 676 | Williams Hart | 3:24-cv-05024 |
| 1788 | WHB 666 | Williams Hart | 3:24-cv-05127 |
| 1996 | Jane Doe EB 8 | Estey & Bomberger, LLP | 3:24-cv-05190 |
| 1926 | WHB 1272 | Williams Hart | 3:24-cv-05366 |
| 1972 | WHB 1043 | Williams Hart | 3:24-cv-05501 |
| 2082 | Jane Roe CL 24 | Cutter Law PC | 3:24-cv-05536 |
| 2057 | WHB 1677 | Williams Hart | 3:24-cv-05556 |
| 1927 | A.T. (2) | Peiffer Wolf | 3:24-cv-05592 |
| 2158 | WHB 1552 | Williams Hart | 3:24-cv-05599 |
| 2538 | Jane Doe LS 60 | Levin Simes LLP | 3:24-cv-05618 |
| 2448 | Jane Doe LS 141 | Levin Simes LLP | 3:24-cv-05634 |
| 2093 | Jane Roe CL 34 | Cutter Law PC | 3:24-cv-05696 |
| 2184 | WHB 946 | Williams Hart | 3:24-cv-05698 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2098 | Jane Roe CL 38 | Cutter Law | 3:24-cv-05729 |
| 2065 | WHB 935 | Williams Hart | 3:24-cv-05776 |
| 2206 | WHB 991 | Williams Hart | 3:24-cv-05959 |
| 2492 | Jane Roe CL 65 | Cutter Law PC | 3:24-cv-06189 |
| 2494 | Jane Roe CL 67 | Cutter Law | 3:24-cv-06191 |
| 2600 | Jane Roe CL 71 | Cutter Law PC | 3:24-cv-06864 |
| 2602 | Jane Roe CL 73 | Cutter Law | 3:24-cv-07030 |
| 2629 | WHB 1999 | Williams Hart | 3:24-cv-07048 |
| 2615 | Jane Roe CL 74 | Cutter Law PC | 3:24-cv-07152 |
| 2681 | Jane Roe CL 77 | Cutter Law PC | 3:24-cv-07571 |
| 2683 | Jane Roe CL 79 | Cutter Law PC | 3:24-cv-07587 |
| 2702 | Jane Roe CL 81 | Cutter Law PC | 3:24-cv-08521 |
| 2704 | Jane Roe CL 83 | Cutter Law PC | 3:24-cv-08525 |
| 2719 | Jane Doe NLG (H.K.) | Nachawati Law Group | 3:24-cv-08614 |
| 2713 | Jane Roe CL 85 | Cutter Law PC | 3:24-cv-08754 |
| 2771 | L.G. (2) | Pro se | 3:24-cv-09036 |
| 2733 | C.B. | Pro se | 3:24-cv-09049 |
| 2727 | K.J. (2) | Wagstaff Law Firm | 3:24-cv-09059 |
| 2778 | Jane Roe CL 88 | Cutter Law PC | 3:24-cv-09145 |
| 3471 | G.C. (2) | Meyer Wilson | 3:24-cv-09195 |
| 2755 | Jane Doe LS 547 | Levin Simes LLP | 3:24-cv-09208 |
| 2781 | Jane Roe CL 91 | Cutter Law PC | 3:24-cv-09235 |
| 2782 | Jane Roe CL 92 | Cutter Law PC | 3:24-cv-09237 |
| 2636 | D.C. 2636 | Cohen Hirsch | 3:24-cv-09367 |
| 2836 | I.A. (2) | Pro se | 3:25-cv-00822 |
| 2830 | Jane Roe CL 98 | Cutter Law PC | 3:25-cv-00853 |
| 2841 | L.F. (4) | Pro se | 3:25-cv-01005 |
| 2851 | WHB 2061 | Williams Hart | 3:25-cv-01095 |
| 2948 | Jane Roe CL 101 | Cutter Law PC | 3:25-cv-01118 |
| 2949 | Jane Roe CL 102 | Cutter Law PC | 3:25-cv-01120 |
| 2861 | WHB 2070 | Williams Hart | 3:25-cv-01126 |
| 2864 | WHB 2073 | Williams Hart | 3:25-cv-01143 |
| 2868 | WHB 2077 | Williams Hart | 3:25-cv-01150 |
| 2881 | WHB 2039 | Williams Hart | 3:25-cv-01202 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 2891 | WHB 2047 | Williams Hart | 3:25-cv-01215 |
| 2894 | WHB 2049 | Williams Hart | 3:25-cv-01218 |
| 2925 | Jane Doe LS 550 | Levin Simes LLP | 3:25-cv-01327 |
| 3250 | Jane Roe CL 107 | Cutter Law PC | 3:25-cv-01470 |
| 3252 | Jane Roe CL 109 | Cutter Law PC | 3:25-cv-01652 |
| 3253 | Jane Roe CL 110 | Cutter Law PC | 3:25-cv-01653 |
| 3010 | Jane Doe NLG (WJ) | Nachawati Law Group | 3:25-cv-01705 |
| 3257 | Jane Roe CL 114 | Cutter Law PC | 3:25-cv-01942 |
| 3912 | C.B. (2) | Wagstaff Law Firm | 3:25-cv-01961 |
| 3063 | K.G. (2) | Wagstaff Law Firm | 3:25-cv-01962 |
| 3065 | TA.W. | Wagstaff Law Firm | 3:25-cv-01967 |
| 3262 | Jane Roe CL 119 | Cutter Law PC | 3:25-cv-02133 |
| 3265 | Jane Roe CL 122 | Cutter Law PC | 3:25-cv-02138 |
| 3268 | Jane Roe CL 125 | Cutter Law PC | 3:25-cv-02233 |
| 3087 | Jane Doe LS 580 | Levin Simes LLP | 3:25-cv-02460 |
| 3269 | Jane Roe CL 126 | Cutter Law PC | 3:25-cv-02495 |
| 3270 | Jane Roe CL 127 | Cutter Law PC | 3:25-cv-02496 |
| 3271 | Jane Roe CL 128 | Cutter Law PC | 3:25-cv-02497 |
| 3273 | Jane Roe CL 130 | Cutter Law PC | 3:25-cv-02742 |
| 3276 | Jane Roe CL 133 | Cutter Law PC | 3:25-cv-02745 |
| 3163 | Jane Doe NLG (IM) | Nachawati Law Group | 3:25-cv-02771 |
| 3176 | Jane Doe LS 584 | Levin Simes LLP | 3:25-cv-02806 |
| 3239 | Jane Doe LS 589 | Levin Simes LLP | 3:25-cv-03216 |
| 3240 | Jane Doe LS 590 | Levin Simes LLP | 3:25-cv-03217 |
| 3282 | Jane Roe CL 139 | Cutter Law PC | 3:25-cv-03255 |
| 3242 | Jane Doe LS 592 | Levin Simes LLP | 3:25-cv-03266 |
| 3244 | Jane Doe LS 594 | Levin Simes LLP | 3:25-cv-03274 |
| 3324 | T.G. | Wagstaff Law Firm | 3:25-cv-03621 |
| 3607 | L.L. (5) | Meyer Wilson; Peiffer Wolf | 3:25-cv-03742 |
| 3437 | Roe CL 147 | Cutter Law PC | 3:25-cv-03811 |
| 3438 | Roe CL 148 | Cutter Law PC | 3:25-cv-03812 |
| 3441 | Jane Roe CL 151 | Cutter Law PC | 3:25-cv-03816 |
| 3446 | Jane Doe CL 156 | Cutter Law PC | 3:25-cv-03944 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 3379 | Jane Doe LS 597 | Levin Simes LLP | 3:25-cv-04070 |
| 3453 | Jane Roe CL 163 | Cutter Law PC | 3:25-cv-04386 |
| 3544 | Jane Roe Cl 164 | Cutter Law | 3:25-cv-04587 |
| 3545 | Jane Roe Cl 165 | Cutter Law PC | 3:25-cv-04589 |
| 3482 | T.T. (5) | Wagstaff Law Firm | 3:25-cv-04647 |
| 3543 | John Doe KGDG 020 | Kherkher Garcia | 3:25-cv-04979 |
| 3639 | Jane Doe LS 608 | Levin Simes LLP | 3:25-cv-05312 |
| 3649 | Jane Doe KG 008 | Kherkher Garcia | 3:25-cv-05320 |
| 3640 | Jane Doe LS 609 | Levin Simes LLP | 3:25-cv-05328 |
| 3641 | Jane Doe LS 610 | Levin Simes LLP | 3:25-cv-05374 |
| 3685 | Jane Doe NLG (S.S) | Nachawati Law Group | 3:25-cv-05393 |
| 3679 | Jane Roe CL 179 | Cutter Law PC | 3:25-cv-05538 |
| 3883 | Jane Roe CL 181 | Cutter Law PC | 3:25-cv-05633 |
| 3884 | Jane Roe CL 182 | Cutter Law PC | 3:25-cv-05628 |
| 3885 | Jane Roe CL 183 | Cutter Law PC | 3:25-cv-05733 |
| 3760 | Jane Doe LS 615 | Levin Simes LLP | 3:25-cv-05887 |
| 3855 | Jane Doe NLG (M.E.) | Nachawati Law Group | 3:25-cv-06480 |
| 4154 | Jane Doe NLG 4 (J.L.) | Nachawati Law Group | 3:25-cv-08523 |
| 4262 | C.E.H. | Levy Konigsberg LLP | 3:25-cv-08817 |
| 4144 | Jane Doe NLG (G.Z.) | Nachawati Law Group | 3:25-cv-09315 |
| 4477 | Jane Roe CL 225 | Cutter Law PC | 3:25-cv-09555 |
| 4614 | Jane Doe NLG (M.F.) | Nachawati Law Group | 3:25-cv-09589 |
| 4461 | John Doe LS 16 | Levin Simes LLP | 3:25-cv-09767 |
| 4514 | A.F. (2) | Wagstaff Law Firm | 3:25-cv-09768 |
| 4513 | K.C. | Wagstaff Law Firm | 3:25-cv-09794 |
| 4515 | A.W. (10) | Wagstaff Law Firm | 3:25-cv-09818 |
| 4512 | E.M. (6) | Wagstaff Law Firm | 3:25-cv-09824 |
| 4623 | Jane Doe NLG (A.R.) | Nachawati Law Group | 3:25-cv-09839 |
| 4624 | Jane Doe NLG (L.R.) | Nachawati Law Group | 3:25-cv-09842 |
| 4484 | Jane Roe CL 232 | Cutter Law PC | 3:25-cv-09861 |
| 4492 | Jane Doe LS 658 | Levin Simes LLP | 3:25-cv-09914 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB

| MDLC ID | Case Name | Law Firm | Case Number |
|---|---|---|---|
| 4486 | Jane Roe CL 234 | Cutter Law PC | 3:25-cv-09916 |
| 4616 | AN.C. | Wagstaff Law Firm | 3:25-cv-10403 |
| 4626 | J.T. (6) | Wagstaff Law Firm | 3:25-cv-10434 |
| 4628 | K.L. (6) | Wagstaff Law Firm | 3:25-cv-10472 |
| 4642 | J.H. (15) | Wagstaff Law Firm | 3:25-cv-10624 |
| 4644 | B.G. (3) | Wagstaff Law Firm | 3:25-cv-10627 |
| 4647 | M.R. (6) | Wagstaff Law Firm | 3:25-cv-10650 |
| 4650 | AP.P. | Wagstaff Law Firm | 3:25-cv-10659 |
| 4652 | Sha.R. | Wagstaff Law Firm | 3:25-cv-10714 |
| 4671 | Jane Roe CL 247 | Cutter Law PC | 3:25-cv-10725 |
| 4673 | Jane Roe CL 249 | Cutter Law PC | 3:25-cv-10727 |
| 4630 | Jane Doe DMA (N.B.) | D. Miller & Associates, PLLC | 3:25-cv-10736 |
| 4674 | Jane Roe CL 250 | Cutter Law PC | 3:25-cv-10737 |
| 4662 | JE.H. | Wagstaff Law Firm | 3:25-cv-10742 |
| 4663 | NE.R. | Wagstaff Law Firm | 3:25-cv-10743 |
| 4665 | LU.L. | Wagstaff Law Firm | 3:25-cv-10746 |
| 4667 | JA.R. | Wagstaff Law Firm | 3:25-cv-10749 |
| 4676 | Jane Roe CL 252 | Cutter Law PC | 3:25-cv-10758 |
| 4655 | SH.B. | Wagstaff Law Firm | 3:25-cv-10774 |
| 4658 | AL.H. | Wagstaff Law Firm | 3:25-cv-10777 |
| 4659 | K.B. (8) | Wagstaff Law Firm | 3:25-cv-10778 |
| 4661 | R.R. (3) | Wagstaff Law Firm | 3:25-cv-10781 |
| 4653 | D.A. (2) | Wagstaff Law Firm | 3:25-cv-10856 |
| 4654 | C.J. (4) | Wagstaff Law Firm | 3:25-cv-10857 |
| 4749 | Jane Doe NLG (L.H.) | Nachawati Law Group | 3:26-cv-00057 |
| 5197 | D.Y. | Reich & Binstock | 3:26-cv-00213 |
| 4824 | Jane Roe CL 258 | Cutter Law | 3:26-cv-00282 |
| 4825 | Jane Roe CL 259 | Cutter Law | 3:26-cv-00284 |

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

CASE NO. 3:23-MD-03084-CRB