ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to: | |
| *CLF K.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04288-CRB | Date:        July 10, 2026 Time:        10:00 a.m. Courtroom:  6 – 17th Floor |
| *Canales v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01084-CRB | |
| *A.T. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01118-CRB | |
| *Mo.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01150-CRB | |
| *D.M. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01151-CRB | |

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-MD-3084-CRB

*Jane Roe CL 276 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01165-CRB

*K.G.02 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01175-CRB

*Jane Roe CL 278 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01267-CRB

*T.P. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01337-CRB

*J.N. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01377-CRB

*V.R. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01379-CRB

*Jane Roe CL 280 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01425-CRB

*S.W. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01747-CRB

*Jane Doe LS 686 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01751-CRB

*Jane Roe CL 284 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01828-CRB

*E.D. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02008-CRB

*DE.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02053-CRB

*AM.M. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02089-CRB

*Jane Doe NLG (L.N.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02222-CRB

*Jane Roe CL 291 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02307-CRB

*Jane Doe LS 689 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02315-CRB

*Jane Doe LS 690 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02316-CRB

*C.F. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02370-CRB

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-MD-3084-CRB

*Jane Doe NLG (R.J.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02387-CRB

*Jane Doe NLG (D.A.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02393-CRB

*Jane Doe NLG (L.W.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02405-CRB

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-MD-3084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in Support of Defendants Uber Technologies, Inc.'s, Raiser LLC's, and Raiser-CA, LLC's (collectively, "Defendants") motion to dismiss the cases of certain Plaintiffs for noncompliance with Amended Pretrial Order No. 10 ("Amended PTO 10").

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL. I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. In March 2024, the Court entered Pretrial Order No. 10 in this matter, requiring each Plaintiff to submit a "substantially complete" PFS that "answer[ed] all applicable questions," "[i]nclude[d] a signed declaration" or verification that the PFS answers are true and correct, "provide[d] duly executed record release Authorizations," and was accompanied by a production of "the requested documents." ECF No. 348 at 6. For Plaintiffs who filed their cases before March 26, 2024, the PFS were due within sixty days. *Id.* at 5. For all other Plaintiffs, the PFS were due within 30 days of the case being filed in, removed to, or transferred to this MDL. *Id.* at 5-6.

4. On October 31, 2025, the parties filed a stipulation proposing amendments to PTO 10 ("Amended PTO 10"). ECF No. 4274. The Court granted the stipulation on November 3. ECF No. 4286.

5. Amended PTO 10 states that if a Plaintiff fails to timely and substantially comply with the Order, Uber may serve them with a "Notice of Overdue Discovery" identifying the Plaintiff's violation(s) and stating that if Plaintiff does not comply their case may be subject to dismissal. ECF No. 4274-1 at 8. If that Plaintiff then fails to cure within thirty days of service of the Notice of Overdue

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-MD-3084-CRB

Discovery, Uber may, move the Court for an Order dismissing the relevant Complaint without prejudice.[1] *Id.*

6.    The Plaintiffs listed in the attached **Exhibit A** have, as of June 1, 2026, all failed to comply with their Amended PTO 10 obligations. Specifically, none of the identified Plaintiffs have produced a Plaintiff Fact Sheet, or "PFS," as required by Amended PTO 10. Uber served each of these Plaintiffs, listed in Exhibit A, with a written Notice of Overdue Discovery on a date more than thirty days ago. Plaintiffs have still not produced a PFS of any kind and have therefore failed to cure their non-compliance with Amended PTO 10.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2026, in Los Angeles, California.

*/s/ Michael B. Shortnacy*
Michael B. Shortnacy

---

[1] Amended PTO 10 also requires the Parties to meet and confer regarding any PFS deficiencies prior to Uber moving the Court for a dismissal without prejudice based on such deficiencies. However, this Motion only pertains to Plaintiffs that have failed to submit a PFS altogether (as opposed to submitting anything that Uber argues is deficient) and therefore this PTO conferral provision is not applicable here and no conferral is required.

2

M. SHORTNACY DECL. ISO DEFS.' MTN TO DISMISS CASES
FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-MD-3084-CRB