# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Plaintiff Fact Sheet Due | Deficiency Notice Date |
|---|---|---|---|---|---|
| 3486 | CLF K.P. | 3:25-cv-04288 | Pro Se | 8/5/2025 | 9/19/2025 |
| None | Canales | 3:26-cv-01084 | Garces, Grabler & LeBrocq, P.C. | 3/9/2026 | 3/18/2026 |
| 5185 | A.T. | 3:26-cv-01118 | Reich and Binstock | 3/9/2026 | 3/18/2026 |
| 4910 | Mo.C. | 3:26-cv-01150 | Wagstaff Law Firm | 3/9/2026 | 3/18/2026 |
| 4912 | D.M. | 3:26-cv-01151 | Wagstaff Law Firm | 3/9/2026 | 3/18/2026 |
| 4927 | Jane Roe CL 276 | 3:26-cv-01165 | Cutter Law | 3/9/2026 | 3/18/2026 |
| 4905 | K.G.02 | 3:26-cv-01175 | Chaffin Luhana | 3/9/2026 | 3/18/2026 |
| 4972 | Jane Roe CL 278 | 3:26-cv-01267 | Cutter Law | 3/14/2026 | 3/18/2026 |
| 4967 | T.P. | 3:26-cv-01337 | Zimmerman Reed LLP | 3/16/2026 | 3/18/2026 |
| 4953 | J.N. | 3:26-cv-01377 | Simmons Hanly Conroy, LLP | 3/20/2026 | 4/6/2026 |
| 4954 | V.R. | 3:26-cv-01379 | Simmons Hanly Conroy, LLP | 3/20/2026 | 4/6/2026 |
| 4985 | Jane Roe CL 280 | 3:26-cv-01425 | Cutter Law | 3/21/2026 | 4/6/2026 |
| 5025 | S.W. | 3:26-cv-01747 | Wagstaff Law Firm | 3/30/2026 | 4/6/2026 |
| 4998 | Jane Doe LS 686 | 3:26-cv-01751 | Levin Simes | 3/30/2026 | 4/6/2026 |
| 5044 | Jane Roe CL 284 | 3:26-cv-01828 | Cutter Law | 4/2/2026 | 4/21/2026 |
| 5022 | E.D. | 3:26-cv-02008 | Slater Slater Schulman LLP | 4/8/2026 | 4/21/2026 |
| 5079 | DE.C. | 3:26-cv-02053 | Wagstaff Law Firm | 4/9/2026 | 4/21/2026 |
| 5081 | AM.M. | 3:26-cv-02089 | Wagstaff Law Firm | 4/9/2026 | 4/21/2026 |

1

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Plaintiff Fact Sheet Due | Deficiency Notice Date |
|---|---|---|---|---|---|
| 5244 | Jane Doe NLG (L.N.) | 3:26-cv-02222 | Nachawati Law Group | 4/12/2026 | 4/21/2026 |
| 5051 | Jane Roe CL 291 | 3:26-cv-02307 | Cutter Law | 4/16/2026 | 4/21/2026 |
| 5031 | Jane Doe LS 689 | 3:26-cv-02315 | Levin Simes | 4/16/2026 | 4/21/2026 |
| 5032 | Jane Doe LS 690 | 3:26-cv-02316 | Levin Simes | 4/16/2026 | 4/21/2026 |
| 5098 | C.F. | 3:26-cv-02370 | Wagstaff Law Firm | 4/17/2026 | 4/21/2026 |
| 5251 | Jane Doe NLG (R.J.) | 3:26-cv-02387 | Nachawati Law Group | 4/18/2026 | 4/21/2026 |
| 5252 | Jane Doe NLG (D.A.) | 3:26-cv-02393 | Nachawati Law Group | 4/18/2026 | 4/21/2026 |
| 5253 | Jane Doe NLG (L.W.) | 3:26-cv-02405 | Nachawati Law Group | 4/18/2026 | 4/21/2026 |