**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

This Document Relates to:

*CLF K.P. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04288-CRB

*Canales v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01084-CRB

*A.T. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01118-CRB

*Mo.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01150-CRB

*D.M. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01151-CRB

*Jane Roe CL 276 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01165-CRB

*K.G.02 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01175-CRB

*Jane Roe CL 278 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01267-CRB

*T.P. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01337-CRB

*J.N. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01377-CRB

*V.R. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01379-CRB

*Jane Roe CL 280 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01425-CRB

*S.W. v. Uber Technologies, Inc., et al.,*
No. 3:26-cv-01747-CRB

*Jane Doe LS 686 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01751-CRB

*Jane Roe CL 284 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01828-CRB

*E.D. v. Uber Technologies, Inc., et al.,*
No. 3:26-cv-02008-CRB

*DE.C. v. Uber Technologies, Inc., et al.,*
No. 3:26-cv-02053-CRB

*AM.M. v. Uber Technologies, Inc., et al.,*
No. 3:26-cv-02089-CRB

*Jane Doe NLG (L.N.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02222-CRB

*Jane Roe CL 291 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02307-CRB

*Jane Doe LS 689 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02315-CRB

*Jane Doe LS 690 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02316-CRB

*C.F. v. Uber Technologies, Inc., et al.,*
No. 3:26-cv-02370-CRB

*Jane Doe NLG (R.J.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02387-CRB

*Jane Doe NLG (D.A.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02393-CRB

*Jane Doe NLG (L.W.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02405-CRB

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

## **[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1.      The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).

2.      Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.


**IT IS SO ORDERED.**


Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

**EXHIBIT A**

| MDLC ID | Case Name | Case Number |
|---|---|---|
| 3486 | CLF K.P. | 3:25-cv-04288 |
| None | Canales | 3:26-cv-01084 |
| 5185 | A.T. | 3:26-cv-01118 |
| 4910 | Mo.C. | 3:26-cv-01150 |
| 4912 | D.M. | 3:26-cv-01151 |
| 4927 | Jane Roe CL 276 | 3:26-cv-01165 |
| 4905 | K.G.02 | 3:26-cv-01175 |
| 4972 | Jane Roe CL 278 | 3:26-cv-01267 |
| 4967 | T.P. | 3:26-cv-01337 |
| 4953 | J.N. | 3:26-cv-01377 |
| 4954 | V.R. | 3:26-cv-01379 |
| 4985 | Jane Roe CL 280 | 3:26-cv-01425 |
| 5025 | S.W. | 3:26-cv-01747 |
| 4998 | Jane Doe LS 686 | 3:26-cv-01751 |
| 5044 | Jane Roe CL 284 | 3:26-cv-01828 |
| 5022 | E.D. | 3:26-cv-02008 |
| 5079 | DE.C. | 3:26-cv-02053 |
| 5081 | AM.M. | 3:26-cv-02089 |
| 5244 | Jane Doe NLG (L.N.) | 3:26-cv-02222 |
| 5051 | Jane Roe CL 291 | 3:26-cv-02307 |
| 5031 | Jane Doe LS 689 | 3:26-cv-02315 |
| 5032 | Jane Doe LS 690 | 3:26-cv-02316 |
| 5098 | C.F. | 3:26-cv-02370 |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

| MDLC ID | Case Name | Case Number |
|---------|-----------|-------------|
| 5251 | Jane Doe NLG (R.J.) | 3:26-cv-02387 |
| 5252 | Jane Doe NLG (D.A.) | 3:26-cv-02393 |
| 5253 | Jane Doe NLG (L.W.) | 3:26-cv-02405 |