**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** June 1, 2026 | **Time:** 3:12 p.m.- 4:22 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Sarah London, Lieff Cabraser Heimann & Bernstein LLC, Roopal Luhana, Chaffin Luhana LLP., Rachel Abrams and Tiffany Ellis, Peiffer Wolf Carr Kane Conway & Wise, LLP, counsel for Plaintiffs

**For Defendants:** Allison Brown and Christopher Cox, Kirkland & Ellis LLP, counsel for Defendants

**Deputy Clerk:** Brittany Sims                **Reported by:** Stephen Franklin

**PROCEEDINGS**

Discovery Hearing held. The Court noted the pending stipulation (Dkt. No. 6281) regarding erroneously disclosed documents, and that there may be limits to the Court's authority to order third parties to return or destroy such documents.  The Court may request further briefing on that matter.

The Court reiterated that the parties are to meet and confer regarding a feasible deadline for Uber to produce documents from the additional custodians pursuant to Dkt. No. 6209, as modified by Dkt. No. 6319.

Plaintiffs represented that there are now around 240 cases based on alleged conduct in 2025.

The Court denied Plaintiffs' request for updated custodial discovery (Dkt. No. 6213) without prejudice to a narrowed request focusing on the custodians most important to the case, as well as potentially narrowing search terms, forgoing TAR retraining, or other parameters to reduce burden and focus on what is most relevant to the litigation. The parties will file a joint statement no later than June 8, 2026, regarding the status of their negotiations.

The Court heard argument on the joint letter in which Plaintiffs seek updated and international incident data.  Dkt. No. 6251.  Uber represented that it will not rely at trial on its purported reduction in global incidents of sexual assault (i.e., trends not limited to the United States).  The Court took the matter under submission and will issue a written order.