Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415ll) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT** |
| *R.N.02 v. Uber Technologies., Inc., et al.*, No. 3:25-cv-07097-CRB | |
| *E.M. v. Uber Technologies, Inc., et al,* No. 3:25-cv-08451-CRB | Judge:  Honorable Charles R. Breyer<br>Courtroom:  6-17th Floor |
| *C.C. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08442-CRB | |
| *N.MP. v. Uber Technologies, Inc., et al,* No. 3:25-cv-10776-CRB | |

ADMINISTRATIVE MOTION TO SEAL PERSONALLY IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

Case No. 3:23-md-03084-CRB

## DEFENDANTS' STATEMENT IN SUPPORT OF SEALING CONFIDENTIAL MATERIALS

Under Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc., Rasier, LLC, and Raiser-CA, LLC ("Uber" or "Defendants") hereby move this Court for an order to seal the personal identifying information ("PII") contained in Exhibits A, C-G and I to Defendants' Motion to Enforce the Court's March 9 and April 23, 2026 Orders & For Findings of Contempt (the "Motion to Enforce"). The Motion to Enforce is attached as Exhibit A, filed concurrently with this Administrative Motion.

A party seeking to seal a judicial record bears the burden of establishing that "compelling reasons" support that request. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). Specifically, that party must "articulate[] compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure [of court records], such as the 'public interest in understanding the judicial process.'" *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). "In turn, the [C]ourt must 'conscientiously balance[] the competing interests' of the public and the party who seeks to keep certain judicial records secret." *Id*. at 1179 (quoting *Foltz*, 331 F.3d at 1135).

Assessment of the public and private interests implicated here warrant sealing this information. Local Rule 79-5(c)(1)(i). Uber seeks to seal emails, deposition transcripts, a letter and subpoena and proof of service containing PII regarding Plaintiffs that is considered confidential and subject to the Protective Order entered in this matter. *See* ECF 176. Courts have found that such information "is sealable under the compelling reasons standard." *See, e.g., Kumandan v. Google LLC*, No. 19-cv-04286-BLF, 2022 WL 17971633, at *1 (N.D. Cal. Nov. 17, 2022). That is because such information is "not relevant to any of the issues in this litigation, nor would the public have any real interest in its disclosure." *O'Connor v. Uber Techs., Inc.*, No. C-13-3826 EMC, 2015 WL 355496, at *3 (N.D. Cal. Jan. 27, 2015). On the other hand, the public disclosure of the PII could cause significant and avoidable harm or embarrassment to the affected individuals. Moreover, no less restrictive alternative to sealing the PII within the exhibits is sufficient. Local Rule 79-5(c)(1)(iii). Uber's request is narrowly tailored

2

ADMINISTRATIVE MOTION TO SEAL PERSONALLY IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

Case No. 3:23-md-03084-CRB

to seal only the PII while ensuring that the public retains access to the Motion and other related documents. This Court may therefore "appropriately balance[]" the privacy interests of the affected individuals with the public's right to access by allowing redaction of all such PII in the Motion. *O'Connor*, 2015 WL 355496, at *2.

## CONCLUSION

For the foregoing reasons, Uber respectfully requests this Court grant this Administrative Motion to seal the personal identifying information, specifically the names, addresses, contact information, and other identifying information contained in the Motion to Enforce.

DATED: June 2, 2026

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

3

ADMINISTRATIVE MOTION TO SEAL PERSONALLY IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

Case No. 3:23-md-03084-CRB

**<u>PROOF OF SERVICE</u>**

I hereby certify that on June 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Christopher V. Cotton*
Christopher V. Cotton

---

ADMINISTRATIVE MOTION TO SEAL PERSONALLY IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

Case No. 3:23-md-03084-CRB