Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415ll) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT** |
| *R.N.02 v. Uber Technologies., Inc., et al.*, No. 3:25-cv-07097-CRB | |
| *E.M. v. Uber Technologies, Inc., et al*, No. 3:25-cv-08451-CRB | |
| *C.C. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08442-CRB | Judge:          Honorable Charles R. Breyer<br>Courtroom:    6-17th Floor |
| *N.MP. v. Uber Technologies, Inc., et al*, No. 3:25-cv-10776-CRB | |

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

Case No. 3:23-md-03084-CRB

**DECLARATION OF CHRISTOPHER V. COTTON**

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1.      I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Motion for a Finding of Contempt and to Enforce the Court's March 9, 2026 and April 23, 2026 Orders ("the Sealing Motion").

2.      The PII addressed in the present Sealing Motion and accompanying materials is representative of information this Court has already ordered sealed in connection with Defendants' prior motions. *See e.g.* ECF Nos. 3604, 3784, 4137, and 4933.

3.      Sealing the PII in Uber's motion and accompanying documents is necessary to avoid significant and avoidable harm or embarrassment to the affected individuals by public disclosure. Moreover, no less restrictive alternative to sealing that information exists.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct. Executed on June 2, 2026, in Kansas City, Missouri.

**SHOOK, HARDY & BACON L.L.P.**

 */s/ Christopher V. Cotton*_____

CHRISTOPHER V. COTTON
(admitted *Pro Hac Vice*)
ccotton@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

1

DECLARATION OF CHRISTOPHER V. COTTON ISO DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

Case No. 3:23-md-03084-CRB