Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT** |
| This Document Relates to: | |
| *R.N.02 v. Uber Technologies., Inc., et al.*, No. 3:25-cv-07097-CRB | Judge:        Hon. Charles R. Breyer |
| | Courtroom:    6 – 17th Floor |
| *E.M. v. Uber Technologies, Inc., et al,* No. 3:25-cv-08451-CRB | |
| *C.C. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08442-CRB | |
| *N.MP. v. Uber Technologies, Inc., et al,* No. 3:25-cv-10776-CRB | |

[PROPOSED] ORDER ON DEFENDANTS' ADMIN. MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

CASE NO. 3:23-md-03084-CRB

Having considered Defendants' Administrative Motion to Seal Personal Identifying Information Contained in Defendants' Motion to Enforce the Court's March 9 and April 23, 2026 Orders & For Findings of Contempt, dated June 2, 2026 (the "Sealing Motion"), the Court hereby **ORDERS** that the following materials remain under seal as stated in Defendants' Sealing Motion:

| Documents | Description | Scope of Sealing |
|---|---|---|
| Exhibit A to C. Cotton Decl. in support of Defendants' Motion to Enforce the Court's March 9 and April 23, 2026 Orders & For Findings of Contempt | Emails between counsel - March 12-16, 2026. | Single redaction of personal identifying information. |
| Exhibit C to C. Cotton Decl. in support of Defendants' Motion to Enforce the Court's March 9 and April 23, 2026 Orders & For Findings of Contempt | Deposition Transcript of Plaintiff R.N.02, Apr. 7, 2026 | Limited redactions of personal identifying information. |
| Exhibit D to C. Cotton Decl. in support of Defendants' Motion to Enforce the Court's March 9 and April 23, 2026 Orders & For Findings of Contempt | Emails between counsel - Apr. 24, 2026 | Limited redactions of personal identifying information. |
| Exhibit E to C. Cotton Decl. in support of Defendants' Motion to Enforce the Court's March 9 and April 23, 2026 Orders & For Findings of Contempt | Deposition Transcript (Nonappearance) of Plaintiff E.M.- May 13, 2026 | Limited redactions of personal identifying information. |
| Exhibit F to C. Cotton Decl. in support of Defendants' Motion to | Emails between counsel - Apr. 27, 2026 | Limited redactions of personal identifying information. |

1

[PROPOSED] ORDER ON DEFENDANTS' ADMIN. MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

CASE NO. 3:23-md-03084-CRB

| Documents | Description | Scope of Sealing |
|---|---|---|
| Enforce the Court's March 9 and April 23, 2026 Orders & For Findings of Contempt | | |
| Exhibit G to C. Cotton Decl. in support of Defendants' Motion to Enforce the Court's March 9 and April 23, 2026 Orders & For Findings of Contempt | Deposition Transcript of Plaintiff N.MP. - May 14, 2026 | Limited redactions of personal identifying information. |
| Exhibit I to C. Cotton Decl. in support of Defendants' Motion to Enforce the Court's March 9 and April 23, 2026 Orders & For Findings of Contempt | Letter and Subpoena to Plaintiff E.M. and Proof of Service | Limited redactions of personal identifying information. |

**IT IS SO ORDERED:**

Dated: _____    _____

HON. CHARLES R. BREYER
United States District Judge

2

[PROPOSED] ORDER ON DEFENDANTS' ADMIN. MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION CONTAINED IN DEFENDANTS' MOTION TO ENFORCE THE COURT'S MARCH 9 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

CASE NO. 3:23-md-03084-CRB