# C. COTTON DECL. EXHIBIT A

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Wednesday, March 18, 2026 12:34 PM
**To:** Andrew Holcomb <aholcomb@reichandbinstock.com>; Dennis Reich <dreich@reichandbinstock.com>
**Subject:** RE: Uber MDL - March 9 Order Compelling Certain Depositions

Andrew,

Thank you for your response.  These depositions are properly noticed to take place on April 7 (see attached deposition notices).  The timing of the depositions is consistent with Judge Breyer's March 9 order, which ordered these depositions to take place.  ECF 5454.  My understanding, based on your email below, is your firm's position is your firm does not currently represent these individuals and that Uber must serve subpoenas on these witnesses. If I am mistaken about your positions, please let me know by this afternoon at 4:00 Central.  We will proceed with attempting to serve subpoenas after that.  We will separately watch for the declaration that Judge Breyer ordered your firm to provide by March 30.

Thanks again.

Chris

---

**From:** Andrew Holcomb <aholcomb@reichandbinstock.com>
**Sent:** Wednesday, March 18, 2026 11:46 AM
**To:** Cotton, Chris (SHB) <CCOTTON@shb.com>; Dennis Reich <dreich@reichandbinstock.com>
**Cc:** Andrew Holcomb <aholcomb@reichandbinstock.com>
**Subject:** Re: Uber MDL - March 9 Order Compelling Certain Depositions

**EXTERNAL**

Chris,

I've tried to review this as best that I can. These two people are Reich & Binstock, LLP, former clients. Whether we will represent them at the time of any deposition(s), if properly noticed, is unknown.

Yes, they are former Plaintiffs to the MDL, however, they are not parties now. What is your basis for these two people being current parties? You mentioned the Motions and Orders, have you not received the notices of dismissal?

1

No, I do not think these depositions are properly noticed under Rule 30. We will be seeking a protective order within the time prescribed under the rules.

Again, if you do decide to subpoena these witnesses, please include Reich & Binstock, LLP, on them because we are also included in the Order at issue.

Thanks,

Andrew Holcomb
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Fax: (713) 623-8724
aholcomb@reichandbinstock.com
www.reichandbinstock.com

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Date:** Wednesday, March 18, 2026 at 10:32 AM
**To:** Andrew Holcomb <aholcomb@reichandbinstock.com>, Dennis Reich <dreich@reichandbinstock.com>
**Subject:** RE: Uber MDL - March 9 Order Compelling Certain Depositions

Andrew,

I'm following up again on my two questions below.  Please let me know today whether it is your firm's position that (1) your firm does not represent Plaintiff with MDL ID 3879 or Plaintiff with MDL ID 4142 and (2) Uber will need to serve subpoenas on those individuals for the depositions ordered by the Court?

Chris

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Tuesday, March 17, 2026 1:06 PM
**To:** Andrew Holcomb <aholcomb@reichandbinstock.com>; Dennis Reich <dreich@reichandbinstock.com>
**Subject:** RE: Uber MDL - March 9 Order Compelling Certain Depositions

Andrew,

Yes, we've received the motions and orders.  But it is unclear to me whether these two individuals subject to Judge Breyer's recent are still represented by your law firm.  That is why I have asked whether it is your firm's position that (1) your firm does not represent Plaintiff with MDL ID 3879 or Plaintiff with MDL ID 4142 and (2) Uber will need to serve subpoenas on those individuals for the depositions ordered by the Court?  Please let me know the answers to those questions.

Chris

**From:** Andrew Holcomb <aholcomb@reichandbinstock.com>
**Sent:** Tuesday, March 17, 2026 1:00 PM
**To:** Cotton, Chris (SHB) <CCOTTON@shb.com>; Dennis Reich <dreich@reichandbinstock.com>
**Cc:** Andrew Holcomb <aholcomb@reichandbinstock.com>
**Subject:** Re: Uber MDL - March 9 Order Compelling Certain Depositions

**EXTERNAL**

Chris,

These cases have been dismissed involuntarily upon Uber's Motions and subsequent Notices of Dismissal have been filed. Uber has been notified of these Motions, Orders, and Notices, right?

At this time, these identified people are not parties.

If you do decide to subpoena these witnesses, please include Reich & Binstock, LLP on them because we are also included in the Order at issue.

Thanks,

Andrew Holcomb
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Fax: (713) 623-8724
aholcomb@reichandbinstock.com
www.reichandbinstock.com

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Date:** Tuesday, March 17, 2026 at 11:02 AM
**To:** Andrew Holcomb <aholcomb@reichandbinstock.com>, Dennis Reich <dreich@reichandbinstock.com>
**Subject:** RE: Uber MDL - March 9 Order Compelling Certain Depositions
Andrew,

Just wanted to follow up again on my two questions below.  Please get back to me on those.  We will be serving notices on your firm today for the depositions of Plaintiff with MDL ID 3879 and Plaintiff with MDL ID 4142.  I need to know whether it is your firm's position that (1) your firm does not represent Plaintiff with MDL ID 3879 or Plaintiff with MDL ID 4142 and (2) Uber will need to serve subpoenas on those individuals for the depositions ordered by the Court?

Chris

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Monday, March 16, 2026 2:02 PM
**To:** Andrew Holcomb <aholcomb@reichandbinstock.com>; Dennis Reich <dreich@reichandbinstock.com>
**Subject:** RE: Uber MDL - March 9 Order Compelling Certain Depositions

Andrew,

I just wanted to follow up on my two questions below.  Please let me know your firm's position on the two questions I raised.  Specifically, is it your firm's position that (1) your firm does not represent Plaintiff with MDL ID 3879 or Plaintiff with MDL ID 4142 and (2) Uber will need to serve subpoenas on those individuals for the depositions ordered by the Court?

Chris

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Monday, March 16, 2026 10:56 AM
**To:** Andrew Holcomb <aholcomb@reichandbinstock.com>; Dennis Reich <dreich@reichandbinstock.com>
**Subject:** RE: Uber MDL - March 9 Order Compelling Certain Depositions

Hi Andrew,

Thanks for your email.  Just to make sure I'm following what you're saying:  Is it your firm's position that (1) your firm does not represent Plaintiff with MDL ID 3879 or Plaintiff with MDL ID 4142 and (2) Uber will need to serve subpoenas on those individuals for the depositions ordered by the Court?

Chris

---

**From:** Andrew Holcomb <aholcomb@reichandbinstock.com>
**Sent:** Monday, March 16, 2026 10:48 AM
**To:** Cotton, Chris (SHB) <CCOTTON@shb.com>; Dennis Reich <dreich@reichandbinstock.com>
**Cc:** Andrew Holcomb <aholcomb@reichandbinstock.com>
**Subject:** Re: Uber MDL - March 9 Order Compelling Certain Depositions

**EXTERNAL**

Chris,

I've had a chance to review these two cases (MDLs 3879 and 4142) and have confirmed each has been involuntarily dismissed pursuant to Court Order upon Uber's Motion on January 12, 2026, and February 17, 2026 (ECF 4979 and ECF 5253). Notices of Dismissal have been filed on each of these cases.

If you do decide to subpoena these witnesses, please include Reich & Binstock, LLP on them because we are also included in the Order at issue.

Thanks,

Andrew Holcomb
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271

4

Fax: (713) 623-8724
aholcomb@reichandbinstock.com
www.reichandbinstock.com

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Date:** Thursday, March 12, 2026 at 5:11 PM
**To:** Andrew Holcomb <aholcomb@reichandbinstock.com>, Dennis Reich <dreich@reichandbinstock.com>
**Subject:** RE: Uber MDL - March 9 Order Compelling Certain Depositions

Andrew,

Apologies.  Let's plan on April 7 if that works on your end.  I just realized that April 5 is Easter, so I suspect folks will understandably want to avoid the 6th.

Chris

---

**From:** Cotton, Chris (SHB)
**Sent:** Thursday, March 12, 2026 4:55 PM
**To:** Andrew Holcomb <aholcomb@reichandbinstock.com>; Dennis Reich <dreich@reichandbinstock.com>
**Subject:** Uber MDL - March 9 Order Compelling Certain Depositions

Hi Andrew,

Just wanted to follow up on our discussion yesterday afternoon and the attached March 9 Order which compels certain depositions.

Your firm represents two of the Plaintiffs at issue: MDL ID 3879 and MDL ID 4142.  My understanding is those two individuals live in (or near) ▓▓▓▓▓▓▓▓▓▓    Let know if I'm mistaken about any of that.

We'll plan to serve notices for their deposition separately – setting the depositions for April 6 (one in the morning and one in the afternoon).  If you prefer a different date, we can certainly discuss.  I'll be happy to work with you on that.  We'll plan to serve the notices on your firm on March 16.  Please let me know before that if you'd like to explore discuss different dates or if you have a preference as to which one goes first.

Thanks.

Chris

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.