# C. COTTON DECL. EXHIBIT B

| | |
|---|---|
| **From:** | Hillburn, Deborah (SHB) |
| **Sent:** | Tuesday, March 17, 2026 1:29 PM |
| **To:** | dreich@reichandbinstock.com; aholcomb@reichandbinstock.com |
| **Cc:** | Cotton, Chris (SHB); Jackson, Ambyr L. (SHB) |
| **Subject:** | In Re: Uber Technologies, Inc., Passenger Sexual Assault Litigation; Case No. 3:23-md-03084-CRB |
| **Attachments:** | 2026-03-17 Defendants' Notice to Take Videotaped Deposition of Plaintiff C.C..pdf; 2026-03-17 Defendants' Notice to Take Videotaped Deposition of Plaintiff R.N.02.pdf |

Counsel,

Please see the attached.

**Deborah Hillburn**
*Legal Administrative Assistant III*
Shook, Hardy & Bacon L.L.P.

415-544-1938 | dhillburn@shb.com



Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

CHRISTOPHER V. COTTON (Admitted Pro Hac Vice)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

[*Additional Counsel Listed on Signature Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*C.C. v. Uber Technologies, Inc., et al., 3:25-cv-08442* | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF C.C.**<br><br>Date: April 7, 2026<br>Time: 12:30 p.m. Central Time<br>Location:, Holiday Inn Downtown-Superdome<br>330 Loyola Avenue<br>New Orleans, LA, 70112 |

PLEASE TAKE NOTICE THAT, in accordance with Rule 30 of the Federal Rules of Civil

Procedure, and for all purposes allowed by applicable state and federal law, defendant Uber

DEFENDANTS' NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF C.C.

Case No. 3:23-MD-3084-CRB

Technologies, Inc, Rasier, LLC, and Rasier-CA, LLC ("Defendants") will take the deposition upon oral examination of Plaintiff C.C. (MDL ID 4142), **on April 7, 2026, beginning at 12:30 PM Central Standard Time,** at the Holiday Inn Downtown-Superdome 330 Loyola Avenue New Orleans, LA, 70112, before a certified court reporter and videographer by **Veritext, LLC**. The deposition examination may continue from day to day, excluding weekends and holidays, until completed.

Pursuant to Rule 28 of the Federal Rules of Civil Procedure, the deposition shall be recorded stenographically and by video before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. This deposition shall take place in-person. The deposition will continue from day to day until completed as permitted by the Federal Rules of Civil Procedure, subject only to any applicable limitations ordered by the Court in this litigation. The video recording of the deposition may be used, played, or presented at trial or for any other purpose related to this litigation, including but not limited to motion practice, hearings, or other proceedings, as permitted by the Federal Rules of Civil Procedure and any applicable orders of the Court.

A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is shown on the accompanying Proof of Service.

DATED: March 17, 2026

Respectfully submitted,

By: */s/ Christopher V. Cotton*
    CHRISTOPHER V. COTTON

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
    ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

2
DEFENDANTS' NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF C.C.
Case No. 3:23-MD-3084-CRB

## PROOF OF SERVICE

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 555 Mission Street, Suite 2300, San Francisco, CA 94105.

On the date shown below I served the following document(s): **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE TO TAKE VIDEOTAPED DEPOSITION OF R.L.** and **DEFENDANT UBER TECHNOLOGIES, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS RELATED TO THE VIDEOTAPED DEPOSITION OF C.C.** on the interested parties named herein and in the manner indicated below:

| Parties | Representatives |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*C.C. v. Uber Technologies, Inc., et al., 3:25-cv-08442* | **Plaintiffs' Counsel:**<br><br>**Dennis Craig Reich**<br>**Andrew Holcomb**<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>713-622-7271<br>Fax: 713-623-8724<br>Email: dreich@reichandbinstock.com<br>Email: aholcomb@reichandbinstock.com |

☒ **E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the above documents to be sent to the person at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing

Executed on March 17, 2026, at San Francisco, California.

_____
Deborah Hillburn

DEFENDANTS' NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF C.C.
Case No. 3:23-MD-3084-CRB

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

CHRISTOPHER V. COTTON (Admitted Pro Hac Vice)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

[*Additional Counsel Listed on Signature Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*R.N.02 v. Uber Technologies, Inc., et al., 3:25-cv-07097* | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF R.N.02**<br><br>Date: April 7. 2026<br>Time: 9:00 a.m. Central Time<br>Location: Holiday Inn Downtown-Superdome<br>330 Loyola Avenue<br>New Orleans, LA, 70112 |

PLEASE TAKE NOTICE THAT, in accordance with Rule 30 of the Federal Rules of Civil

Procedure, and for all purposes allowed by applicable state and federal law, defendant Uber

1

DEFENDANTS' NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF R.N.02

Case No. 3:23-MD-3084-CRB

Technologies, Inc, Rasier, LLC, and Rasier-CA, LLC ("Defendants") will take the deposition upon oral examination of Plaintiff R.N.02 (MDL ID 3879), **on April 7, 2026, beginning at 9:00 AM Central Standard Time,** at the Holiday Inn Downtown-Superdome 330 Loyola Avenue New Orleans, LA, 70112, before a certified court reporter and videographer by **Veritext, LLC**. The deposition examination may continue from day to day, excluding weekends and holidays, until completed.

Pursuant to Rule 28 of the Federal Rules of Civil Procedure, the deposition shall be recorded stenographically and by video before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. This deposition shall take place in-person. The deposition will continue from day to day until completed as permitted by the Federal Rules of Civil Procedure, subject only to any applicable limitations ordered by the Court in this litigation. The video recording of the deposition may be used, played, or presented at trial or for any other purpose related to this litigation, including but not limited to motion practice, hearings, or other proceedings, as permitted by the Federal Rules of Civil Procedure and any applicable orders of the Court.

A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is shown on the accompanying Proof of Service.

DATED: March 17, 2026

Respectfully submitted,

By: */s/ Christopher V. Cotton*
    CHRISTOPHER V. COTTON

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
   ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DEFENDANTS' NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF R.N.02
Case No. 3:23-MD-3084-CRB

## PROOF OF SERVICE

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 555 Mission Street, Suite 2300, San Francisco, CA 94105.

On the date shown below I served the following document(s): **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S NOTICE TO TAKE VIDEOTAPED DEPOSITION OF R.L.** and **DEFENDANT UBER TECHNOLOGIES, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS RELATED TO THE VIDEOTAPED DEPOSITION OF R.N.02.** on the interested parties named herein and in the manner indicated below:

| Parties | Representatives |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*R.N.02. v. Uber Technologies, Inc., et al., 3:25-cv-07097* | **Plaintiffs' Counsel:**<br><br>**Dennis Craig Reich**<br>**Andrew Holcomb**<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>713-622-7271<br>Fax: 713-623-8724<br>Email: dreich@reichandbinstock.com<br>Email: aholcomb@reichandbinstock.com |

☒ **E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the above documents to be sent to the person at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing

Executed on March 17, 2026, at San Francisco, California.

_____
Deborah Hillburn

---
3
DEFENDANTS' NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF R.N.02
Case No. 3:23-MD-3084-CRB