# C. COTTON DECL. EXHIBIT D

**From:** Andrew Holcomb <aholcomb@reichandbinstock.com>
**Sent:** Friday, April 24, 2026 9:04 PM
**To:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Cc:** Dennis Reich <dreich@reichandbinstock.com>; Andrew Holcomb <aholcomb@reichandbinstock.com>
**Subject:** Re: Uber MDL - April 23 Order Compelling Certain Depositions

**EXTERNAL**

Chris,

Reich & Binstock, LLP has not represented this client since their case was dismissed upon Uber's Motion by the Court. (ECF 5253). Unfortunately, we could not meet the ongoing requirements of the suit to keep the case active and have not sought to have the case reinstated.

We released E.M. as a client and have had no further contact.

Their last known address is:

Currently, Reich & Binstock, LLP can make no representations with regard to this former client regarding their availability for a deposition, nor can we accept service on their behalf.

I am happy to discuss this further, as needed, at (832) 741-3004.

Thanks,

Andrew Holcomb
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Fax: (713) 623-8724
aholcomb@reichandbinstock.com
www.reichandbinstock.com

CONFIDENTIALITY, PRIVILEGE & LEGAL NOTICE: This email and any attachments may contain confidential, privileged, proprietary, and/or legally protected information, including attorney-client communications and attorney work product. It is intended only for the named recipient(s) for legitimate legal and/or business purposes. Unauthorized review, use, disclosure, copying, distribution, or reliance is prohibited. If you are not the intended recipient, please notify the sender immediately, delete this email and any attachments, and do not use or share them. Inadvertent receipt does not waive any attorney-client privilege, work-product protection, or other applicable protection. Unless expressly stated otherwise in writing, this message does not constitute service of process, acceptance of service, or a binding agreement.

FRAUD PREVENTION: Reich & Binstock, LLP does not change wiring or payment instructions by email. Always verify payment instructions by calling a known firm number before sending funds.

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Friday, April 24, 2026 3:09 PM
**To:** Dennis Reich <dreich@reichandbinstock.com>; Andrew Holcomb <aholcomb@reichandbinstock.com>
**Subject:** Uber MDL - April 23 Order Compelling Certain Depositions

Dennis and Andrew,

Just wanted to follow up on the attached order entered yesterday by Judge Breyer which compels the depositions of certain Plaintiffs.

Your firm represents one of the Plaintiffs at issue: MDL ID 4152 ██████████. I would like to schedule her deposition for May 13. Please confirm whether that date works for your team and ██████████. If it does not work, please send a few alternative options that would work the week of May 11. Also, no address was provided for ██████████ in this litigation to my knowledge. Please provide her address and let me know whether ██████████ or you have a preference on the location for the deposition.

Thanks.

Chris

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.