# C. COTTON DECL.
# EXHIBIT E

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL ACTION NO. 3:23-md-03084-CRB

E. M.,

                    Plaintiff,

vs.

UBER TECHNOLOGIES, INC., et al.,

                    Defendants.

NONAPPEARANCE FOR THE

REMOTE VIDEO DEPOSITION OF E. M.

Regus - Meadow Brook

2700 Corporate Drive

Birmingham, Alabama 35242

May 13, 2026

REPORTED BY:  Laura H. Nichols

              Certified Realtime Reporter,

              Registered Professional

              Reporter and Notary Public

Job No. CS8048025

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 2

APPEARANCES

FOR THE PLAINTIFF:

Mr. Andrew Holcomb (Present Remotely)
Attorney at Law
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271
aholcomb@reichandbinstock.com

FOR THE DEFENDANT, UBER:

Ms. Annie Y.S. Chuang
Attorney at Law
Shook Hardy & Bacon L.L.P.
555 Mission Street Suite 2300
San Francisco, California 94105
(415) 544-1900
achuang@shb.com

Page 3

APPEARANCES (Continuing)

ALSO FOR THE DEFENDANT:

Mr. Ricky Brown (Present Remotely)
Attorney at Law
Shook Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
rlbrown@shb.com

ALSO PRESENT:

Ms. Lauren Di Lella (Present Remotely)
Uber In-House Counsel
ldilel@ext.uber.com

Mr. John Badgley, Videographer

Page 4

May 13, 2026
9:31 a.m. CDT
MS. CHUANG: All right. Thank you. On April 23rd, 2026, the Court ordered ▉▉▉▉▉, referenced in the pleadings by her initials E. M., Order MDL ID No. 4152, to appear for a deposition.

The Reich & Binstock law firm filed a lawsuit for ▉▉▉▉▉ and is aware of this order and the obligation for ▉▉▉▉▉ to appear for her deposition.

Counsel for Uber communicated with the Reich & Binstock firm regarding the scheduling of this deposition on May 13th, 2026, at 9:30 in light of this Court's order.

On April 24th, 2026, the Reich & Binstock took the position that it no longer represented ▉▉▉▉▉.

And in light of this position taken by Reich & Binstock firm, Uber in turn served a subpoena on ▉▉▉▉▉ for this deposition. And a copy of the subpoena was provided to her law firm, Reich & Binstock.

The subpoena called for the deposition to start today at 9:00 a.m. Central Time on May 13th, 2026. It is now 9:32 a.m. I am here

Page 5

in person ready to proceed with the deposition.

The Reich & Binstock firm has not appeared. They have not called into the Zoom. The court reporter and the videographer are also here. And as we have stated, we waited thirty-two minutes, but ▉▉▉▉▉ has not appeared.

I'm not aware of any communication from ▉▉▉▉▉ indicating that she is running late or that she intends to appear. As such --

MR. HOLCOMB: Yeah. I am a little confused. I am here from Reich & Binstock.

MS. CHUANG: Oh, wonderful. Andrew, I did not realize you were on Zoom. I will amend my statement that you have not appeared. Are you aware that she will appear today?

MR. HOLCOMB: Well, I can amend your statement a few ways. I am just confused. Did you -- I was told that you guys served her personally. Did that not happen?

MS. CHUANG: We did serve her personally with a subpoena.

MR. HOLCOMB: Okay. So maybe put that on the record. We don't represent her, but I am here for the firm -- we had separate obligations under the order, so, yeah, I am here for Reich &

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 6

Binstock.

MS. CHUANG: Okay.

MR. HOLCOMB: Other than that, I am fine with whatever it is you have said so far. But no, we don't represent the deponent.

MS. CHUANG: Okay.

MR. HOLCOMB: The case was dismissed.

MS. CHUANG: I understand. So for record clarity, you used to represent ███████, but you no longer represent her because the case was dismissed, correct?

MR. HOLCOMB: Correct. That's correct, yes.

MS. CHUANG: All right. And then I did put on the record, but I will clarify. We did, in turn, serve a subpoena that was accepted by ███████ for her deposition on this date. And then I take it -- is it Mr. Holcomb?

MR. HOLCOMB: Yeah.

MS. CHUANG: I take it that the deponent has not contacted you about appearing today?

MR. HOLCOMB: I have not had any contact with the deponent since we dismissed her as a client when her case was dismissed.

Page 7

MS. CHUANG: Okay.

MR. HOLCOMB: I can't -- I don't believe she has had any contact with anyone at our firm since that time. Do you know what day she was served, offhand?

MS. CHUANG: Let me look.

(Pause.)

MS. CHUANG: She was served on April 29th, 2026.

MR. HOLCOMB: I was curious.

MS. CHUANG: Okay.

MR. HOLCOMB: I hadn't seen a proof of service. I had seen the subpoena, but I haven't seen the service document.

MS. CHUANG: All right. I do have an affidavit of service. I am happy to send that to you afterwards.

But regarding today, it sounds like you have no information to the contrary, whether she will or will not appear.

MR. HOLCOMB: I do not.

MS. CHUANG: Okay. And you haven't talked to her since plaintiff's case was dismissed on February 17th, 2026; is that correct?

MR. HOLCOMB: If that is the date of

Page 8

the dismissal -- I don't mean that I have spoken with her. She has received communications from our office about the dismissal. I know that has occurred.

MS. CHUANG: All right. But she has received no other communications from you about this particular deposition?

MR. HOLCOMB: No.

MS. CHUANG: That is correct, you haven't communicated with her?

MR. HOLCOMB: That's correct.

MS. CHUANG: Okay. All right. Well, thank you for -- I'm sorry I didn't recognize your name on Zoom.

So just to conclude the record, Judge Breyer ordered ███████ to appear for a deposition in an order entered on April 23rd, 2026, at Docket Entry 5970. The subpoena was properly served on ███████ on April 29th at 9:33 at ███████ ███████ by personal service.

Plaintiff as of 9:36 has failed to appear for her deposition. And as a result of ███████ failure to appear, she should be found in contempt of the Court's order for failure to comply with the Court's order.

Page 9

And Uber will seek all appropriate relief, including sanctions pursuant to FRCP 37, Paragraph A -- or (a).

Mr. Holcomb, do you have anything to add?

MR. HOLCOMB: I do not.

MS. CHUANG: All right. All right. Thank you all.

(PROCEEDINGS CONCLUDED AT 9:37 a.m. CDT)

3 (Pages 6 - 9)

Veritext Legal Solutions

800-567-8658                                        973-410-4098

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 10

C E R T I F I C A T E

STATE OF ALABAMA)

JEFFERSON COUNTY)

I hereby certify that the above and foregoing proceedings was taken down by me in stenotypy, and the proceedings thereto were reduced to typewriting under my supervision, and that the foregoing represents a true and correct transcript of the proceedings upon said hearing, to the best of my ability.

I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

/s/ LAURA H. NICHOLS

Commissioner-Notary Public, State of AL
ACCR License No. 3, Exp. 9/30/2026
GA CCR No. 2714, Exp. 4/1/2026
TN LCR No. 679, Exp. 6/30/2027
Transcript Certified on 5/13/2026

4 (Page 10)