# C. COTTON DECL. EXHIBIT F

| | |
|---|---|
| **From:** | Cotton, Chris (SHB) |
| **Sent:** | Wednesday, May 13, 2026 9:24 PM |
| **To:** | Tara Doyle |
| **Cc:** | Uber; Michael Perez |
| **Subject:** | RE: Uber MDL - April 23 Order Compelling Certain Depositions |
| **Attachments:** | Re: Uber MDL - April 23 Order Compelling Certain Depositions |

Tara,

The notice for the deposition of Plaintiff with MDL ID 4657 ▮▮▮▮▮▮▮▮▮▮▮▮ was properly served on May 4.  Prior to serving the notice, I invited your firm to suggest alternative dates for the deposition.  Your firm did not suggest alternative dates.  After the notice was properly served, we communicated regarding the deposition, including the fact it would proceed tomorrow in-person as-noticed.  See attached.  What is the claimed basis for your firm now suggesting – on the eve of the deposition, after Uber counsel has traveled for the deposition – that the notice for the deposition which the Court ordered was not proper?

I did not ask for any attorney-client communications.  Instead, I simply asked whether your firm (1) provided ▮▮▮▮▮▮▮▮▮▮ notice of the deposition that was previously noticed for tomorrow pursuant to the Court's order, and (2) whether you expect her to appear. I gather from your email below that you do not expect her to appear tomorrow; if I am mistaken about that, please let me know.  You have not said whether ▮▮▮▮▮ ▮▮▮▮ has notice of the deposition.  If ▮▮▮▮▮▮▮▮ does not have notice of the deposition, please let me know.

As I said below, Judge Breyer's April 23 order contemplated both (1) the dismissal of the case pursuant to a show cause process; <u>and</u> (2) a deposition to address how plaintiff became involved in the litigation, how the fraudulent receipt was generated and distributed, and who else was involved in or aware of the fraud.  If ▮▮ ▮▮▮▮▮▮ does not appear for the deposition tomorrow, as I said below, we will seek enforcement of the April 23 order and a finding of contempt as appropriate.

Chris

**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.868.6840 | ccotton@shb.com



---

**From:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Sent:** Wednesday, May 13, 2026 6:06 PM
**To:** Cotton, Chris (SHB) <CCOTTON@shb.com>

**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** Re: Uber MDL - April 23 Order Compelling Certain Depositions

**EXTERNAL**

Hi Chris -
Thanks for your email. I don't think we can agree that the depo notice was entirely proper here, either before or after the case was dismissed. Happy to confer as needed (I note you haven't now or prior asked to confer as may be required).
I also don't think I can disclose the prior attorney-client communications you request.
I think that her dismissal of her case with prejudice suggests she will likely not appear. But, candidly, I also worry about the purpose of continued pushing here in a closed case.

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Wednesday, May 13, 2026 2:36 PM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** Re: Uber MDL - April 23 Order Compelling Certain Depositions

Tara,

The deposition of ██████████████ that is scheduled for tomorrow was properly noticed pursuant to Judge Breyer's April 23 Order long before ██████████████ filed a notice of dismissal this morning. Please let me know whether your firm (1) provided ██████████████ notice of the deposition that was previously noticed for tomorrow pursuant to the Court's order, and (2) whether you expect her to appear. If ██████████████ does not appear for the deposition tomorrow, we will seek enforcement of the order and a finding of contempt.

Chris

Sent from my iPhone

> On May 13, 2026, at 3:24 PM, Tara Doyle <Tdoyle@wagstafflawfirm.com> wrote:

**EXTERNAL**

Hi Chris -
My apologies for not getting back to you sooner, I have been in meetings all day.

You are correct, ██████████████ did dismiss her case with prejudice. I'm not sure that ██████████ can be deposed in a closed case. In all events, I do not think that a deposition notice will suffice under the Rules. I also wanted to flag that we are not in a position to accept service of any discovery your client may wish to serve on ██████████████ going forward. If you do plan to serve a subpoena, please keep in mind that Rule 30 requires prior notice to all the parties (we've had some trouble with your client issuing discovery without notice lately).

2

Best,
Tara

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Wednesday, May 13, 2026 10:11 AM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** RE: Uber MDL - April 23 Order Compelling Certain Depositions

Tara,

I just wanted to follow up on my emails below.  I see that a notice of dismissal was filed this morning as to Plaintiff with MDL ID 4657 ███████████.  As I noted below, Uber intends to proceed with the deposition noticed for tomorrow consistent with Judge Breyer's April 23.  Please let me know whether you expect ███████████ to appear.  If she does not appear, we will seek enforcement of the order and a finding of contempt.

Chris

**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.868.6840 | ccotton@shb.com



---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Wednesday, May 13, 2026 10:23 AM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** RE: Uber MDL - April 23 Order Compelling Certain Depositions

Tara,

3

Thanks for getting back to me. Uber intends to proceed with the deposition even if the case is dismissed. Judge Breyer's April 23 order contemplated both the dismissal of the case pursuant to a show cause process and for the deposition to address how plaintiff became involved in the litigation, how the fraudulent receipt was generated and distributed, and who else was involved in or aware of the fraud.

Chris

**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.868.6840 | ccotton@shb.com

**From:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Sent:** Tuesday, May 12, 2026 4:35 PM
**To:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** Re: Uber MDL - April 23 Order Compelling Certain Depositions

**EXTERNAL**

Hi Chris -

We're confirming, but we will likely be filing a notice of dismissal with prejudice. The deposition can be taken down.

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Tuesday, May 12, 2026 7:54 AM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>

4

**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** RE: Uber MDL - April 23 Order Compelling Certain Depositions

Tara,

Just wanted to follow up on this.  Have you made contact with ████████████, and do you expect her to appear for her deposition this Thursday?

Thanks.

Chris

**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.868.6840 | ccotton@shb.com

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Monday, May 11, 2026 12:28 PM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** RE: Uber MDL - April 23 Order Compelling Certain Depositions

Tara,

Just wanted to follow up on the deposition of Plaintiff with MDL ID 4657 ████████████ noticed for this Thursday, May 14.  Have you made contact with her, and do you expect her to appear?

Thanks.

5

Chris

**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.868.6840 | ccotton@shb.com

**From:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Sent:** Monday, May 4, 2026 10:49 AM
**To:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** Re: Uber MDL - April 23 Order Compelling Certain Depositions

**EXTERNAL**

Hi Chris -

Thanks for following up. Unfortunately, I do not have confirmation if that date will work for ██████ ██████

However, I can be available on that date. As we continue our outreach efforts, I will try to confirm that date with █████████████

Her last known address is ████████.

Best,

Tara

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Monday, May 4, 2026 8:56 AM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** RE: Uber MDL - April 23 Order Compelling Certain Depositions

Hi Tara,

Hope you had a nice weekend.  Just wanted to follow up again.  We'd like to get the deposition of Plaintiff with MDL ID 4657 ████████████ on calendar in light of the deadline set by the Court.  Please let me know if May 14 works on your end and where ████████ is located.

Thanks.

Chris

**Christopher V. Cotton**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.868.6840 | ccotton@shb.com

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Thursday, April 30, 2026 11:52 AM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** RE: Uber MDL - April 23 Order Compelling Certain Depositions

Tara,

Just wanted to follow up on scheduling the deposition of Plaintiff with MDL ID 4657 ████████ ████████ ordered by Judge Breyer.  We'd like to get this on calendar in light of the deadline set by the Court.  Where is ████████ located?

Thanks.

Chris

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Monday, April 27, 2026 9:21 PM
**To:** Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Cc:** Uber <uber@wagstafflawfirm.com>; Michael Perez <mperez@wagstafflawfirm.com>
**Subject:** Re: Uber MDL - April 23 Order Compelling Certain Depositions


Thanks, Tara.  We plan to conduct this deposition in person.


Chris


Sent from my iPad


> On Apr 27, 2026, at 9:18 PM, Tara Doyle <Tdoyle@wagstafflawfirm.com> wrote:


**EXTERNAL**

Hi Chris -

Thank you for reaching out about this, I will try to get you more information within the next few days regarding this deposition.

Do you plan on conducing this virtually?

Best,

Tara

---

**From:** Cotton, Chris (SHB) <CCOTTON@shb.com>
**Sent:** Friday, April 24, 2026 2:13 PM
**To:** Sommer Luther <SLuther@wagstafflawfirm.com>; Tara Doyle <Tdoyle@wagstafflawfirm.com>
**Subject:** Uber MDL - April 23 Order Compelling Certain Depositions

Sommer and Tara,

Just wanted to follow up on the attached order entered yesterday by Judge Breyer which compels the depositions of certain Plaintiffs.

Your firm represents one of the Plaintiffs at issue: MDL ID 4657 ███████████. I would like to schedule her deposition for May 14.  Please confirm whether that date works for your team and ███████████.  If it does not work, please send a few alternative options that would work the week of May 11.  Also, no address was provided for ███████████ in this litigation to my knowledge.  Please provide her address and let me know whether ███████████ or you have a preference on the location for the deposition.

Thanks.

Chris

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.