# C. COTTON DECL. EXHIBIT G

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE: UBER TECHNOLOGIES, INC.,

PASSENGER SEXUAL ASSAULT

LITIGATION

Case No. 3:23-md-03084-CRB

This Document Relates to:

Jane Doe N. MP.  v. Uber Technologies,

Inc., et al.,

-cv-10776                                                    3:25

DEFENDANTS UBER TECHNOLOGIES,

INC., RASIER, LLC, AND RASIER-CA,

LLC'S NOTICE TO TAKE VIDEOTAPED

DEPOSITION OF PLAINTIFF JANE DOE N. MP.

_____

STATEMENT OF NON-APPEARANCE

OF

N. MP.

May 14, 2026

Job No. CS8155885

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 2

The deposition of N. MP. is taken on this, the 14th day of May, 2026, on behalf of the Defendant, pursuant to notice and consent of counsel, beginning at approximately 9:00 a.m. in the offices of Veritext, 236 Adams Avenue, Memphis, Tennessee.

This deposition is taken pursuant to the terms and provisions of the Federal Rules of Civil Procedure.

All forms and formalities, including the signature of the witness, are waived, and objections alone as to matters of competency, irrelevancy and immateriality of the testimony are reserved to be presented and disposed of at or before the hearing.

Page 3

A P P E A R A N C E S

ANNIE CHUANG, ESQ.
SHOOK HARDY & BACON
555 Mission Street
Suite 2300
San Francisco, CA 94105

GEOFFREY GEFTMAN
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard Kansas City, MO 64108
(816) 474-6550
ccotton@shb.com

COURT REPORTING FIRM:
    ALPHA REPORTING, A VERITEXT COMPANY
    DANA MAY WEBB, COURT REPORTER
    236 Adams Avenue
    Memphis, Tennessee 38103
    (901) 523-8974

Page 4

************************

MS. CHUANG:  All right.  On April 23rd, 2026, the Court ordered Plaintiff, ███ ███████, referenced in the pleadings by her initials, N.MP. or her MDL ID Number 4657 to appear for the deposition by May 22nd. Plaintiff's counsel is aware of this order and the obligations for Plaintiff to appear for her deposition.

Counsel for Uber communicated with Plaintiff's counsel regarding the scheduling of this deposition in light of the Court's order.  Uber, in turn, served a notice for the deposition on plaintiff's counsel, the Wagstaff Law Firm, on May 4th, 2026, which I'm going to mark as exhibit one.

According to the deposition notice, which was properly served on Plaintiff's counsel, the deposition was noticed to start today at 9 a.m. central.  The time is now 9:31.  I'm prepared to proceed with this deposition.  The court reporter and

Page 5

the videographer are here to proceed and ready to proceed with this deposition.  Plaintiff's counsel is not present with us to proceed with this deposition.

We've waited 31 minutes but Plaintiff has not appeared nor has her counsel.  Plaintiff's counsel indicated yesterday that she dismissed her case with prejudice.  This dismissal does not relieve the Plaintiff of her obligation to comply with the Court's order ordering this deposition regarding how the plaintiff's became involved in the litigation, how the fraudulent receipts were generated and distributed, and who else was involved in or aware of the fraud.

As such, we will -- Plaintiff has properly -- has failed to properly appear for her deposition.  As a result of Plaintiff, N.MP.'s failure to appear, she should be found in contempt of this Court's order for failure to comply with the Court's March 23rd, 2026 order at Docket entry 5970.  And Uber will seek all appropriate relief, including sanctions,

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 6

pursuant to FRCP-37 paren, little A, closed paren.

That concludes this deposition.

(WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS MARKED AS EXHIBIT NO. 1, AND IS ATTACHED HERETO.)

(WHEREUPON, STATEMENT CONCLUDED AT 9:33 a.m.)

Page 7

C E R T I F I C A T E

STATE OF TENNESSEE

COUNTY OF SHELBY

I, Dana May Webb, LCR #109, Licensed Court Reporter, in and for the State of Tennessee, do hereby certify that the above proceeding was reported by me, and the transcript is a true and accurate record to the best of my knowledge, skills, and ability.

I further certify that I am not related to nor an employee of counsel or any of the parties to the action, nor am I in any way financially interested in the outcome of this case.

I further certify that I am duly licensed by the Tennessee Board of Court Reporting as a Licensed Court Reporter as evidenced by the LCR number and expiration date following my name below.

I further certify that this transcript is the work product of this court reporting agency and any unauthorized reproduction and/or transfer of it will be in violation of Tennessee Code Annotated 39-14-104, Theft of Services.

Dana May Webb, CCR, LCR #109
Expiration Date 06-30-2026
VERITEXT CORPORATION
236 Adams Avenue
Memphis, Tennessee 38103

3 (Pages 6 - 7)