Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING MOTION TO ENFORCE THE COURT'S MARCH 9, 2026 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT** |
| This Document Relates to: | |
| *R.N.02 v. Uber Technologies., Inc., et al.*, No. 3:25-cv-07097-CRB | |
| *E.M. v. Uber Technologies, Inc., et al*, No. 3:25-cv-08451-CRB | |
| *C.C. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08442-CRB | |
| *N.MP. v. Uber Technologies, Inc., et al*, No. 3:25-cv-10776-CRB | |

## **[PROPOSED] ORDER**

Having considered Defendants' Motion to Enforce the Court's March 9, 2026 and April 23, 2026 Orders & for Findings of Contempt, the Court finds that the Plaintiffs R.N.02, and C.C. have violated this Court's March 9, 2026 Order (ECF 5454) and Plaintiffs N.MP. and E.M. have violated this Court's April 23, 2026 Order (ECF 5970) by failing to file written responses addressing the factual and legal basis for the submission of non-bona fide receipts, and for failing to appear for their properly noticed depositions.

1. The Court ORDERS Plaintiffs R.N.02., C.C., E.M. and N.MP. to immediately comply with this Court's March 9, 2026 and April 23, 2026 Orders by submitting within 30 days of this Order to a deposition not to exceed 3 hours regarding how the Plaintiffs became involved in the litigation, how the fraudulent receipts were generated and distributed, and who else was involved in or aware of the fraud described in Uber's Motions (ECF 4933 and ECF 5483). If any Plaintiff does not appear for their noticed depositions, such Plaintiff(s) will be found in contempt of Court. Further proceedings will be addressed separately in the event any Plaintiff is in contempt of Court.

2. The Court further finds that Plaintiffs E.M. and N.MP. have violated this Court's April 23, 2026 Order (ECF 5970) by failing to sit for a deposition as expressly ordered. Plaintiffs E.M. and N.MP. had notice of the Court's Order and notice of their obligations. Plaintiffs E.M. and N.MP. nonetheless failed to comply.

   a. Plaintiffs E.M. and N.MP. are therefore FOUND IN CIVIL CONTEMPT OF COURT.

      i. COMPLIANCE FINE

         1. Unless Plaintiffs E.M. and N.MP. purge their contempt by fully complying with the terms and conditions of the Court's April 23 Order, they must pay to the District Court a daily compliance fine of $\$$___ per day, beginning on the date of this Order and lasting until such time as each Plaintiff has purged her contempt or the court orders otherwise. Such fine shall be purged if said Plaintiff attends the Court's previously-ordered deposition.

1

[PROPOSED] ORDER RE MOTION TO ENFORCE THE COURT'S MARCH 9, 2026 AND APRIL 23, 2026
ORDERS & FOR FINDINGS OF CONTEMPT

ii.  FURTHER PROCEEDINGS

1.  Upon Plaintiffs E.M. and N.MP.'s appearance before the Court, the Court will conduct further proceedings as necessary to address compliance, deposition scheduling, and any additional sanctions warranted by said Plaintiff's conduct.

3.  The Court further ORDERS the Reich & Binstock, LLP law firm to cooperate with counsel for Defendants in coordinating the depositions of C.C., R.N.02, and E.M. and the Wagstaff law firm to cooperate with counsel for Defendants in coordinating the deposition of N.MP. Such cooperation shall include, but will not be limited to, obtaining available deposition dates from C.C., R.N.02, E.M. and N.MP. and providing Defendants' Notices of Deposition to C.C., R.N.02, E.M. and N.MP.

**IT IS SO ORDERED.**

Dated: _____, 2026         _____
                                     HON. CHARLES R. BREYER
                                     United States District Court Judge

2

[PROPOSED] ORDER RE MOTION TO ENFORCE THE COURT'S MARCH 9, 2026 AND APRIL 23, 2026 ORDERS & FOR FINDINGS OF CONTEMPT

Case No. 3:23-MD-3084-CRB