Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB |
| | MDL No. 3084 |
| | **JOINT STATEMENT FOLLOWING MAY 29, 2026 HEARING** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | Honorable Charles R. Breyer |
| | Magistrate Lisa J. Cisneros |

The parties respectfully submit the following Joint Statement following the May 29, 2026 hearing.

1.    On May 29, 2026, during the Discovery Status Conference, the Court addressed issues raised in the parties' Joint PTO 8 Letter Regarding Deficient Productions by Plaintiff B.L. (Dkt. No. 5987) and Defendants' Motion for Sanctions (Dkt. No. 5964).   At the conclusion of the conference, the Court ordered the parties to, "meet and confer no later than June 1, 2026, regarding any narrow redactions that Plaintiff intends to retain, and file a joint letter no later than Tuesday, June 2, 2026." (Dkt. No. 6348).

2.    On June 1, 2026, the parties conducted a meet and confer via Zoom to discuss the applicability of redactions to third party communications involving third party private information.

3.      During the meet and confer, Plaintiff identified three instances where redactions have been applied to communications between the plaintiff and a third party due to assertions of third-party privacy protections. Specifically, Plaintiff identified that there were three text conversations between Plaintiff and third-party witnesses, which included statements made by third parties about their own personal experiences – statements by A.M about her marital issues; text conversations that include statements by M.B. about a sexual assault that M.B. suffered; and text conversations with L.L. that include statements about his marital issues.

4.      Based on guidance from the Court at the time of the May 29, 2026, Plaintiff agrees to remove all redactions other than privilege redactions (if any), including any redactions based on third party privacy protections.

5.      In order to resolve this issue and minimize the need for additional disputes to be raised with the Court, counsel for Uber proposed that prior to any depositions of AM, MB, and LL, the parties would meet and confer to discuss whether the information referred to in Paragraph 3 would be used to question a witness, and if so, the basis for any such questioning. If the parties have a disagreement regarding the scope of questioning of these specific third-party witnesses, the parties will raise the dispute with the Court as set out in PTO 8.

6.      Plaintiff agrees that she will advise Uber no later than June 12, 2026 as to when she will be able to produce messages with no redactions for all witnesses discussed in Uber's PTO 8 Letter Brief related to Redactions (Dkt. No. 5987) – including in Exhibit A to that Letter Brief.

7.      Nothing in this Joint Statement is meant to diminish a party's ability to assert attorney client privilege consistent with applicable court orders.

Dated: June 2, 2026

/s/ *Sommer D. Luther*
**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 361-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff B.L.*

/s/ *Michael Vives*
**KIRKLAND & ELLIS LLP**
ALLISON M. BROWN (*pro hac vice*)
Alli.brown@kirkland.com
JESSICA DAVIDSON (*pro hac vice*)
Jessica.davidson@kirkland.com
LAURA VARTAIN
Laura.vartain@kirkland.com
MICHAEL VIVES
Michael.vives@kirkland.com

*Counsel for Defendants Uber Technologies, Inc.,
Rasier, LLC, and Rasier-CA, LLC*

JOINT STATEMENT FOLLOWING MAY 29, 2026
HEARING
MDL NO. 3084 CRB, CASE NO. 24-CV-7940

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated:  June 2, 2026

/s/ *Sommer D. Luther*
**SOMMER D. LUTHER**