**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MARLENE GOLDENBERG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Marlene Goldenberg, declare:

1.      I am a partner at Nigh Goldenberg Raso & Vaughn and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.      Because the materials at issue were designated confidential by Defendants or contain references to documents produced and marked confidential by Defendants, Plaintiffs filed the following under seal:

| Exhibit | Seal or redact | Description | Designating Party |
|---|---|---|---|
| DX-1:  6/2/26 Declaration of Todd Gaddis | Seal | Declaration of Uber corporate witness containing material designated confidential by Uber. | Uber |
| PX-1: 12/4/25 Declaration of Todd Gaddis | Seal | Declaration of Uber corporate witness containing material designated confidential by Uber. | Uber |
| PX-2: Uber's Second Supplemental Responses to Plaintiff LCHB128's Special Interrogatories | Seal | Discovery responses containing material designated confidential by Uber. | Uber |
| PX-3:  Uber's Response to Special Interrogatory No. 11, *LCHB128 v.* | Seal | Discovery responses containing material designated confidential by Uber. | Uber |

| *Uber Technologies, Inc.*, No. 3:24-cv-7019 (N.D. Cal. June 12, 2025) | | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of June 2026.

/s/ *Marlene Goldenberg*

**Marlene Goldenberg**