**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL CASES | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal, the Court hereby ORDERS that the following materials remain under seal as stated in Plaintiffs' Sealing Motion:

| Exhibit | Seal or redact | Description | Designating Party |
|---|---|---|---|
| DX-1: 6/2/26 Declaration of Todd Gaddis | Seal | Declaration of Uber corporate witness containing material designated confidential by Uber. | Uber |
| PX-1: 12/4/25 Declaration of Todd Gaddis | Seal | Declaration of Uber corporate witness containing material designated confidential by Uber. | Uber |
| PX-2: Uber's Second Supplemental Responses to Plaintiff LCHB128's Special Interrogatories | Seal | Discovery responses containing material designated confidential by Uber. | Uber |
| PX-3: Uber's Response to Special Interrogatory No. 11, *LCHB128 v. Uber Technologies, Inc.*, No. 3:24-cv-7019 (N.D. Cal. June 12, 2025) | Seal | Discovery responses containing material designated confidential by Uber. | Uber |

IT IS SO ORDERED:

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Judge