Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS & ASSOCIATES LAW FIRM P.C.**
700 South Flower Street, Suite 1000
Los Angeles, California 90017
Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIF**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*JANE DOE PNA (J.M.)*<br>*v. Uber Technologies, Inc., et al.*<br>**This Document Relates to:**<br><br>**3:26-cv-05278-CRB** | **MDL No. 3084 CRB**<br><br>**Honorable Charles R. Breyer**<br><br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 2, 2026.

Dated: June 2, 2026    **PHILLIPS & ASSOCIATES LAW FIRM P.C.**

/s/ Timothy G. Tonkin
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons (NY Bar No. 5464524)
*Appearance Pro Hac Vice*
700 South Flower Street, Suite 1000
Los Angeles, California 90017

1

Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**COUNSEL FOR PLAINTIFF**

NOTICE OF FILING OF NEW ACTION