Ruth Rizkalla (SBN: 224973)
Michael McDowell (SBN: 356528)
**The Carlson Law Firm, PC**
1500 Rosecrans Ave, Suite 500
Manhattan Beach, CA 90266
Phone: (254) 526-5688
Fax: (254) 526-8204
rrizkalla@carlsonattorneys.com
mmcdowell@carlsonattorneys.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:26-cv-04826-CRB <br><br> **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* <br><br> Jane Doe (A.D.) v. UBER TECHNOLOGIES, INC., et al.,3:24-cv-00499-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Amended Complaint with Jury Demand in the above-referenced action was filed on 05/21/2026 .

Dated: 06/02/2026

Respectfully submitted,

By: */s/ Ruth Rizkalla*
Ruth Rizkalla
rrizkalla@carlsonattorneys.com
Michael McDowell
mmcdowell@carlsonattorneys.com
THE CARLSON LAW FIRM
1500 Rosecrans Ave Suite 500
Manhattan Beach CA, 90266
Tel: (254) 526-5688
Fax: (254) 526-8204

COUNSEL FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on  06/02/2026 , I electronically transmitted the foregoing

**NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System

for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Ruth Rizkalla*
Ruth Rizkalla