*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **JOINT FILING REGARDING DEAN TRIAL TESTIMONY CONCERNING "INVALID" CLAIMS** |
| This Document Relates to: | |
| ALL MATTERS | |
| | Magistrate Judge:    Hon. Lisa J. Cisneros<br>Courtroom:        G – 15th Floor |

Pursuant to the Court's June 1, 2026 Order (ECF 6354), the Parties respectfully submit this joint letter regarding *Dean* trial testimony concerning "invalid" claims.

**Joint Excerpts:**

Below are the citations that the Parties agree are relevant to Plaintiff's assertion that Uber "claim[ed] that some unidentified number of incidents that it provided in its discovery responses were 'invalid' claims." *Id.*

- Lacey Keller (Plaintiff's expert witness on cross-exam), 1/27/2026 Trial Tr. (PM), 2160:8-2161:23. *See* Ex. 1.
- Emilie Boman (Uber company witness), 1/29/2026 Trial Tr. (AM), 2662:11-2664:3. *See* Ex. 2.
- Defendants' Closing Argument, 2/3/2026 Trial Tr. (AM), 3494:7-11. *See* Ex. 3.

**Plaintiffs' Excerpts:**

Below are the citations that Plaintiffs believe are relevant to Plaintiff's assertion that Uber "claim[ed] that some unidentified number of incidents that it provided in its discovery responses were 'invalid' claims." *Id.*

- Chad Dobbs (Uber company witness), 1/27/2026 Trial Tr. (PM), 2257:19-2258:23. *See* Ex. 4.
- Allison Cissna (Uber company witness), 1/20/2026 Trial Tr. (AM), 958:18-961:25, 1/20/2026 Trial Tr. (PM), 1064:2-13, 1065:2-8; 1072:14-1073:13, and 1074:23-1075:12. *See* Ex. 5.

**Defendants' Excerpts:**

Below are the citations that Defendants believe are relevant to Plaintiff's assertion that Uber "claim[ed] that some unidentified number of incidents that it provided in its discovery responses were 'invalid' claims." *Id.*

- Emilie Boman (*See* description above), 1/28/2026 Trial Tr. (PM), 2455:6-2456:12. *See* Ex. 6.

1

DATED:  June 3, 2026

Respectfully submitted,

/s/ Roopal P. Luhana

Roopal P. Luhana (*Pro Hac Vice*)
Elizabeth M. Wilkins (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

/s/ Laura Vartain Horn

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

2

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


Dated: June 3, 2026                                      /s/ *Laura Vartain Horn*
                                                                    Laura Vartain Horn



**CERTIFICATE OF SERVICE**

I, Laura Vartain Horn, hereby certify that on June 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.


Dated: June 3, 2026                                      /s/ *Laura Vartain Horn*
                                                                    Laura Vartain Horn

JOINT FILING RE DEAN TRIAL TESTIMONY CONCERNING "INVALID" CLAIMS
Case No. 3.23-md-03084-CRB (LJC)