# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| Jaylynn Dean, an individual, ) | |
| ) | No. 2:25-cv-04276-CRB |
| Plaintiff, ) | |
| ) | |
| vs. ) | Phoenix, Arizona |
| ) | January 27, 2026 |
| UBER TECHNOLOGIES, INC., a ) | 12:54 p.m. |
| Delaware Corporation; RASIER, ) | |
| LLC, a Delaware Limited ) | |
| Liability Company; and DOES 1 ) | |
| Through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 11 P.M. SESSION (Pages 2147 - 2294)**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

will hear more about it.  But just to be clear, a comment about appearance or a staring, all of those things are included in this number, correct?

A.  Those are included in those -- this number.  So -- and those are categorized at different severity levels.  And all of those, and I think we talked about it earlier, go into the S-RAD model as a precursor indicator of that risk score.

Q.  And you know that some of the reports that are included in that 546,000 are not valid, they are something called support abuse, correct?

A.  That's incorrect.

Q.  It is correct that there is -- is it your testimony that that number does not include invalid examples of support abuse?

A.  There is a field in the Flack data, the raw data, that says it's -- the logic is backwards, but it says like is dominant ticket invalid, and they all say false, which means all of the tickets are true.

Q.  Okay.  It's your testimony --

A.  Or all the tickets are valid.  Sorry.

Q.  Let's go back, because I want to make sure this is clear.

It's your testimony that all of this 546,420 are valid complaints that have not been determined to be support abuse?

A.  So I remember you and I talked about this in our --

Q.  We sure did.

A.  -- deposition.

Q.   Yep.

A.   And you were asking me did Uber later investigate.  And at the time of the data, that it was produced to me, all of those tickets had the -- has a value that indicates that they are valid, that Uber determined that they were valid.

Q.   You are familiar with, because you have reviewed the deposition of Frank Chang, the VP of Applied Science at Uber, correct?

A.   Yes.

Q.   And you know that Mr. Chang has said that 10 to 20 percent of the reports that come into Uber are something called support abuse, correct?

A.   I've seen that, but other documents that say it's far less.

Q.   Okay.  You are not quibbling that Mr. Chang, who is the VP of Applied Science has given that testimony under oath, that 10 to 20 percent of all complaints that Uber gets are support abuse, correct?

A.   So that might be something different that Mr. Chang is talking about.  The tickets that I analyzed and that Uber tabulated in that -- remember the tabulated data and then there is the raw data -- both of those match when you tabulate -- sorry -- when you add them together, and all of those tickets say valid on that field from the Flack database.

Q.   Let's talk about that number, that 546,000 that you have in your report.  And I am correct, aren't I, that when it comes to

2294

C E R T I F I C A T E

I, CHRISTINE M. COALY, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 28th day of January, 2026.

/s/ Christine M. Coaly_____
Christine M. Coaly, RMR, CRR

UNITED STATES DISTRICT COURT