# EXHIBIT 2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| Jaylynn Dean, an individual, ) | |
| ) | No. 2:25-cv-04276-CRB |
| Plaintiff, ) | |
| ) | |
| vs. ) | Phoenix, Arizona |
| ) | January 29, 2026 |
| UBER TECHNOLOGIES, INC., a ) | 9:15 a.m. |
| Delaware Corporation; RASIER, ) | **AMENDED** |
| LLC, a Delaware Limited ) | |
| Liability Company; and DOES 1 ) | |
| Through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**<u>REPORTER'S TRANSCRIPT OF PROCEEDINGS</u>**

**<u>JURY TRIAL - DAY 13 A.M. SESSION (Pages 2627 - 2741)</u>**

Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

A.   I do.

Q.   And part of your -- strike that.

With respect to information that's included in the safety report in the reported incidences, are claims or reports related to support abuse, or invalidated complaints, are those included in the numbers in the safety report?

MS. WALSH:  Objection.  Foundation, please.

THE COURT:  Yeah, I think you should lay a foundation.

MS. BLAKE:  Absolutely, Your Honor.

BY MS. BLAKE:

Q.   Ms. Boman, in your role as head of central policy, do you have understanding as to the information that's included in the report in the safety reports?

A.   Yes, I do.

Q.   And do you have information as to the processes, in terms of what's included in the reports that are counted in the safety report?

A.   Yes.  I speak regularly with the data science team, who -- who has explained to me their process where they audit all of the data, and that results in the final numbers that are included in the safety report.

Q.   And in auditing the data, and the information that you have reviewed and understood, are incidences of invalidated complaints or support abuse included in those numbers in the safety report?

A.   Right.   So we go through a process where we try to detect support abuse, and that can look like trying to identify incident reports where we are able to detect that this is not actually a legitimate safety incident.

So one example that has always stuck in my mind that is very relevant --

THE COURT:   I think the question is:   Are they included?

THE WITNESS:   Right.   So known instances of support abuse is something that we try our best to audit out and we remove.   There, of course, might be instances of support abuse that we are not able to detect ever, or we were not able to detect by the time that we put out the safety report.

MS. WALSH:   Your Honor, again, I would say foundation on this.

MS. BLAKE:   Your Honor, she described how she knows and --

THE COURT:   I am going to allow it, but let's move on. Okay?

MS. BLAKE:   May she finish her answer?

THE COURT:   Yes.   Yes.

Finish your answer.

THE WITNESS:   Yes.   So known instances of support abuse, we do our best to remove them.   There might be instances of support abuse that we haven't been able to detect, or that

we find years later, and so for those they would have been included in the count or the data that was published when we put out our safety report.

BY MS. BLAKE:

Q.  And the last area I want to ask you about, you were just asked questions about the women preferences program generally.

Do you recall those?

A.  I do.

Q.  And in your work with advocates, did you have any conversations or understanding as to the advocate's responses with respect to a women preferences program?

A.  Yes.  I think --

MS. WALSH:  Objection, Your Honor.  Hearsay.

THE COURT:  Sustained.

BY MS. BLAKE:

Q.  And you, as part of your role, you work with and interact with advocates on a daily basis.  Is that fair?

A.  Yes, it's fair to say.

Q.  And when you are -- as part of your role, do you obtain feedback from advocates about various programs or areas at Uber?

A.  Yes.

Q.  And did you obtain feedback or engage in conversations with advocates with respect to the women's preference program?

MS. WALSH:  Same objection, Your Honor.

C E R T I F I C A T E

I, CHRISTINE M. COALY, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 30th day of January, 2026.

/s/ Christine M. Coaly_____
Christine M. Coaly, RMR, CRR