# EXHIBIT 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| Jaylynn Dean, an Individual, ) | |
| ) | 2:25-cv-04276-CRB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Phoenix, Arizona |
| UBER TECHNOLOGIES, INC., a ) | February 3, 2026 |
| Delaware Corporation; RASIER, LLC, a ) | 8:43 a.m. |
| Delaware Limited Liability Company; and ) | |
| DOES 1 through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |

_____)

**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 16 - A.M. SESSION (Pages 3387-3519)**

Official Court Reporter:
Elva Cruz-Lauer, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 33
Phoenix, Arizona  85003-2151
(602) 322-7261

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

abuser. You remember him -- or her. And this is the rider that also was -- made a complaint that was against Mr. Turay, as well as many, many other drivers. And this was determined to be support abuse because Kevin was looking for a refund.

And you heard about this concept of support abuse throughout the trial, both Jennifer and Kevin, where they tried to get a refund. And you heard that 10 to 20 percent of all reports against Uber are these kind of fake fraudulent support abuse. Where somebody says something to try to get their money back, and that's a big number, but unfortunately it's the correct one.

So it brings us back to foreseeability. Foreseeability.

Mr. Turay. There was nothing in his record to suggest that he was going to break the rules and have sex with a passenger. There was nothing. Foreseeable it was not.

What else Uber knew about Mr. Turay is that he had recommitted to the community guidelines, not once but twice. He also completed the sexual assault and sexual misconduct education.

If you want to go and look at these records, you can. It's Trial Exhibit 04070 that is in the record. No question. And there's no question Mr. Turay knew these rules.

(Video clip is played for the jury.)

MS. BUENO: He knew the rules. He knew the no-sex

3519

C E R T I F I C A T E

I, ELVA CRUZ-LAUER, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 4th day of February, 2026.

s/Elva Cruz-Lauer
Elva Cruz-Lauer, RMR, CRR

UNITED STATES DISTRICT COURT