# EXHIBIT 4

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

Jaylynn Dean, an individual, )
                             )    No. 2:25-cv-04276-CRB
         Plaintiff,       )
                             )
         vs.              )    Phoenix, Arizona
                             )    January 27, 2026
UBER TECHNOLOGIES, INC., a    )    12:54 p.m.
Delaware Corporation; RASIER, )
LLC, a Delaware Limited     )
Liability Company; and DOES 1 )
Through 50, inclusive,      )
                             )
         Defendants.     )
_____ )

**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**


<u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

<u>**JURY TRIAL – DAY 11 P.M. SESSION (Pages 2147 – 2294)**</u>


Official Court Reporter:
Christine M. Coaly, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 37
Phoenix, Arizona 85003-2151
(602) 322-7248

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

are onboarded from your department?

A.   Sure.  So there are a number of things that drivers need to do prior to accessing the platform.  Some of it's submitting documents like I mentioned previously.  One of those things is also going through this education around sexual assault and misconduct that you see -- it sounds like you've seen some videos shown on.

Q.   And is that something that Arizona law requires Uber to do?

A.   No, it is not.

Q.   And does the Arizona law require Uber to have community guidelines that are enforced?

A.   It does not.

Q.   Does Arizona law require us to have minimum driving licensing history?

A.   No.

Q.   Okay.  Are all these things that you discussed with the jury things that Uber does to exceed the industry standards?

A.   That's right.

Q.   And before I go on, I just want to ask you a quick question about something the jury's heard called support abuse.

     You're familiar with that concept?

A.   I am.

Q.   And in your role as Director of City Operations, is that something that comes to your level or to your plate every once in a while?

A.   It does.

Q.   Okay.  And how does -- what's your understanding of how support abuse affects the drivers on the Uber platform?

A.   Sure.  Support abuse can come in a variety of different kind of shapes and sizes, but the general principle is a user of one of Uber's platforms writes in and falsifies some sort of story in hopes that they get a refund or a credit, or, you know, some sort of kind of monetary appeasement.  And oftentimes folks will make things up, or they'll report the same incident 20 times in hopes to get a bunch of refunds or whatever it might be.

And we have to kind of sort through those and figure out kind of what's real and what's not.

Q.   And I think the jury heard today, I know they did, there was a slide put up of Frank Chang.

Who is Mr. Chang?

A.   Frank's a senior individual within our data science team.

Q.   And he testified, and the jury saw his testimony, that anywhere between 10 and 20 percent of all complaints that Uber gets is support abuse.

Do those numbers sound right to you?

A.   Yeah.  Frank would know best, but that certainly sounds accurate.

Q.   And going back to this education.  Based on your review of the documentation for this case with Mr. Turay, were you able