# EXHIBIT 6

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| Jaylynn Dean, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-cv-04276-CRB |
| v. | ) | |
| | ) | Phoenix, Arizona |
| UBER TECHNOLOGIES, INC., a, | ) | January 28, 2026 |
| Delaware Corporation; RASIER, | ) | 1:03 p.m. |
| LLC, a Delaware Limited | ) | |
| Liability Company; and DOES | ) | |
| 1 through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

_____)


**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 12 PM SESSION**
**(Pages 2442-2626)**


Official Court Reporter:
Teri Veres, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 38
Phoenix, Arizona 85003-2151
(602) 322-7251


Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

UNITED STATES DISTRICT COURT

didn't want it to be an Uber taxonomy because we wanted this to be open source.  We wanted other companies to use it.

So that's why the taxonomy today is available, it's on the RALIANCE website, and we do see a small number of other companies using it.

Q.   And in the data that's in the safety report that's been published, do you know whether or not the reported incidents of sexual assault and sexual misconduct that are in the safety reports, do those include any support abuse complaints?

A.   No.  So what's really important about our safety reports is that we go through a really rigorous auditing process of all of the data.  And if you've had a chance to look at the reports, you will see that we have a really extensive methodology section where we explain all of that; but I will give you the very short summary, which is, for the reports of sexual assault that are included in our safety reports, we partner with RALIANCE to go through what we call a third-party validation process.

And it's basically where our agents look at the reports, make sure we are classifying them in the appropriate category, and then we share a random sample of those reports with RALIANCE.  They go through the reports and do the exact same thing to make sure that we are putting them in the right bucket and that the numbers we are putting out are -- are accurate.

Q.   And -- I'm sorry, I apologize.

A.   No, I was going to say it takes a lot of time, but it's really important because we think data integrity here is just -- is really key because we are -- we were the first ones to do it and we want to hold a high bar.

Q.   And the jury has heard some about support abuse complaints.  If someone makes a complaint for sexual assault or sexual misconduct that's later deemed to be support abuse, is that still counted and included in the number in the safety report?

A.   No, so it's something that would be excluded from the data in the safety report.

Q.   And when you were working -- kind of go back to what's here on the screen.  The advocates that Uber worked with that are listed here, are these non-profit or for-profit organizations just to be clear?

A.   They're non-profits.

Q.   And I wanted to go to this slide.  I know that you wanted to show the jury this slide.  Can you tell us what's being depicted here?

A.   Sure.  So this is a picture of Karen Baker, who's the CEO of the National Sexual Violence Resource Center.  I've been referring to them as NSVRC, but that's the full title.

     Karen is somebody that we worked closely with, both in the development of the taxonomy, but also who advised us on

***REPORTER'S CERTIFICATION***

I, TERI VERES, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 29th of January, 2026.

_____s/Teri Veres_____
TERI VERES, RMR, CRR

UNITED STATES DISTRICT COURT