M. Kevin Queenan (TX SBN 16427150)
*Appearance pro hac vice*
Carlos Lopez (TX SBN 24083414)
*Appearance pro hac vice*
**QUEENAN LAW FIRM, P.C.**
731 Station Drive
Arlington, Texas 76015
Phone: (817) 635-3333
Facsimile: (817) 635-4444
E-mail: service@queenanlaw.com
E-mail: carlos@queenanlaw.com
*Attorneys for Plaintiff Jane Doe QLF 002*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: *Jane Doe QLF 002 v. Uber Technologies, Inc., et al.; C.A. No. 3:26-cv-05186-CRB* | |

**PLAINTIFF JANE DOE QLF 002'S NOTICE OF FILING OF NEW ACTION**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 1, 2026.

C.A. No. 3:26-cv-05186-CRB

-1-

PLAINTIFF JANE DOE QLF 002'S
NOTICE OF FILING OF NEW ACTION

Dated: June 4, 2026

Respectfully submitted,

By: /s/ M. Kevin Queenan
    M. Kevin Queenan, TX SBN 16427150
    *Appearance pro hac vice*
    Carlos Lopez, TX SBN 24083414
    *Appearance pro hac vice*

731 Station Drive
Arlington, Texas 76015
(817) 635-3333
(817) 635-4444 (fax)

ATTORNEYS FOR
PLAINTIFF JANE DOE QLF 002

OF COUNSEL:

**QUEENAN LAW FIRM, P.C.**
731 Station Drive
Arlington, Texas 76015
Phone: (817) 635-3333
Facsimile: (817) 635-4444

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ M. Kevin Queenan
M. Kevin Queenan