*Submitting Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S AND PLAINTIFFS' INDEX FOR JOINT OMNIBUS PUBLIC FILING**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

Pursuant to the Court's March 31, 2026 Order (ECF No. 5702), Defendants Uber Technologies Inc., Rasier LLC, and Rasier-CA, LLC (collectively, "Uber") and Plaintiffs respectfully submit this index identifying the documents previously subject to motions to seal[1] that are now being filed publicly:

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| **Motion to Seal at ECF 3687** | | | | |
| A.1 | Plaintiff's Letter Brief Regarding Order of Wave 1 Trials | 3687-1 | 3686 | Plaintiff's Letter Brief Regarding Order of Wave 1 Trials |
| **Motions to Seal at ECF 4007 and 4008[2]** | | | | |
| B.1 | Joint PTO-8 Letter Regarding Outstanding S-RAD Issues | 4008-3 | 4009 | Joint PTO 8 Letter Regarding Outstanding S-RAD Issues |
| B.2 | Ex. A to Joint PTO-8 Letter Regarding Outstanding S-RAD Issues | 4008-4 | 4009-1 | Detailed Description of Plaintiffs' S-RAD Discovery Requests |
| **Motions to Seal at 4355, 4377, and 4622 (Summary Judgment Materials)[3]** | | | | |
| C.1 | Uber's Motion for Partial Summary Judgment | 4377-2 | 4379 | Motion |

[1] The Court's March 31 Order also included ECF No. 4369, which was not a sealing motion.

[2] ECF No. 4008 is the corrected version of ECF No. 4007.

[3] ECF No. 4377 is the amended version of ECF No. 4355. These sealing motions involve attachments to Uber's motion for summary judgment. ECF No. 4622 involves attachments to Plaintiff's opposition to Uber's motion for summary judgment.

Certain of these publicly filed exhibits include Personally Identifying Information redactions that the Court has already ordered. ECF No. 5358. In addition, Exhibits 22 and 69 (driver's licenses) were sealed by the Court in full, *id.*, so they are not part of this public filing. Although not ordered by the Court, Exhibit 67 to Plaintiffs' Opposition also includes the same driver phone number that is redacted in Exhibits 64 and 70, so the Parties are also redacting it in that exhibit.

INDEX FOR JOINT OMNIBUS PUBLIC FILING                              Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| C.2 | Declaration of Jonathan Schneller in Support of Uber's Motion for Partial Summary Judgment | 4377-3 | 4379-1 | Declaration |
| C.3 | Ex. 6 to Uber's Motion for Partial Summary Judgment | 4377-4 [4355-3] | N/A | Excerpts from Weiner Opening Report (9/26/2025) |
| C.4 | Ex. 8 to Uber's Motion for Partial Summary Judgment | 4377-5 | N/A | Excerpt of transcript of June 27, 2025 deposition of Plaintiff Jaylynn Dean. |
| C.5 | Ex. 9 to Uber's Motion for Partial Summary Judgment | 4377-6 [4355-4] | N/A | Excerpt of transcript of July 22, 2025 deposition of Scott McLaughlin |
| C.6 | Ex. 10 to Uber's Motion for Partial Summary Judgment | 4377-7 [4355-5] | N/A | Tempe Police Department Subpoena (3/25/2025) |
| C.7 | Ex. 20 to Uber's Motion for Partial Summary Judgment | 4377-8 [4355-6] | N/A | Excerpts from Valliere Opening Report (9/26/2026) |
| C.8 | Ex. 1 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-1 | N/A | Excerpts from the June 11-12, 2025, 30(b)(6) Deposition of Elizabeth Ross |
| C.9 | Ex. 2 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-2 | N/A | Ex. 3308-B to the 30(b)(6) Deposition of Hannah Nilles |

INDEX FOR JOINT OMNIBUS PUBLIC FILING                Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| C.10 | Ex. 3 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-3 | N/A | Ex. 434 to the Deposition of Gus Fuldner |
| C.11 | Ex. 4 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-4 | N/A | Ex. 2707 to the April 10, 2025 Deposition of Andrew Hasbun |
| C.12 | Ex. 5 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-5 | N/A | Ex. 1110 to the 30(b)(6) Deposition of Greg Brown |
| C.13 | Ex. 6 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-6 | N/A | Ex. 2005 to the 30(b)(6) Deposition of Mariana Esteves |
| C.14 | Ex. 7 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-7 | N/A | Excerpts from the August 28, 2025, 30(b)(6) Deposition of Mariana Esteves |
| C.15 | Ex. 9 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-9 | N/A | Excerpts from the June 30, 2025, 30(b)(6) Deposition of Hannah Nilles |

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| C.16 | Ex. 10 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-10 | N/A | Ex. 1052 to the 30(b)(6) Deposition of Elizabeth Ross |
| C.17 | Ex. 11 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-11 | N/A | Excerpts from the August 25-26, 2025, 30(b)(6) Deposition of Greg Brown |
| C.18 | Ex. 13 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-13 | N/A | Ex. 1693 to the 30(b)(6) Deposition of Greg Brown |
| C.19 | Ex. 14 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-14 | N/A | Ex. 1092 to the 30(b)(6) Deposition of Greg Brown |
| C.20 | Ex. 15 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-15 | N/A | Ex. 2000 to the 30(b)(6) Deposition of Mariana Esteves |
| C.21 | Ex. 16 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-16 | N/A | Excerpts from the March 26-27, 2025, Deposition of Gus Fuldner |

4

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| C.22 | Ex. 17 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-17 | N/A | Excerpts from the June 25, 2025, 30(b)(6) Deposition of Sunny Wong |
| C.23 | Ex. 18 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-18 | N/A | Excerpts from the July 15, 2025, 30(b)(6) Deposition of Greg Brown |
| C.24 | Ex. 20 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-20 | N/A | Ex. 2003 to the 30(b)(6) Deposition of Mariana Esteves |
| C.25 | Ex. 23 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-23 | N/A | Ex. 1884 to the 30(b)(6) Deposition of Hannah Nilles |
| C.26 | Ex. 25 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4625-25 | N/A | Ex. 613 to the JCCP Deposition of Kate Parker |
| C.27 | Ex. 28 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-1 | N/A | Excerpts from the August 7, 2025, 30(b)(6) Deposition of Hannah Nilles |

5

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| C.28 | Ex. 29 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-2 | N/A | Ex. 1239 to the 30(b)(6) Deposition of Sunny Wong |
| C.29 | Ex. 30 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-3 | N/A | Ex. 2067A to the 30(b)(6) Deposition of Sunny Wong |
| C.30 | Ex. 31 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-4 | N/A | Excerpts from the July 23, 2025, 30(b)(6) Deposition of Sunny Wong |
| C.31 | Ex. 32 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-5 | N/A | Ex. 1240 to the 30(b)(6) Deposition of Sunny Wong |
| C.32 | Ex. 33 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-6 | N/A | Ex. 1249 to the 30(b)(6) Deposition of Sunny Wong |
| C.33 | Ex. 34 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-7 | N/A | Ex. 1248 to the 30(b)(6) Deposition of Sunny Wong |

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| C.34 | Ex. 35 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-8 | N/A | Ex. 3900 to the Deposition of Michael Akamine |
| C.35 | Ex. 36 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-9 | N/A | Excerpts from the July 23, 2025, 30(b)(6) Deposition of Hannah Nilles |
| C.36 | Ex. 37 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-10 | N/A | Ex. 636 to the Deposition of Roger Kaiser |
| C.37 | Ex. 38 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-11 | N/A | Ex. 1062 to the 30(b)(6) Deposition of Elizabeth Ross |
| C.38 | Ex. 39 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-12 | N/A | Ex. 1049 to the 30(b)(6) Deposition of Elizabeth Ross |
| C.39 | Ex. 40 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-13 | N/A | Ex. 1570 to the 30(b)(6) Deposition of Todd Gaddis |

INDEX FOR JOINT OMNIBUS PUBLIC FILING                Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| C.40 | Ex. 41 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-14 | N/A | Ex. 1736 to the 30(b)(6) Deposition of Greg Brown |
| C.41 | Ex. 42 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-15 | N/A | Ex. 1102 to the 30(b)(6) Deposition of Greg Brown |
| C.42 | Ex. 43 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-16 | N/A | Ex. 1930 to the 30(b)(6) Deposition of Greg Brown |
| C.43 | Ex. 44 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-17 | N/A | UBER_JCCP_MDL_000108957[4] |
| C.44 | Ex. 45 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-18 | N/A | Ex. 1104 to the 30(b)(6) Deposition of Greg Brown |
| C.45 | Ex. 46 to Plaintiff's Opposition to Uber's Motion for Partial | 4626-19 | N/A | Ex. 1101 to the 30(b)(6) Deposition of Greg Brown |

[4] This document was also filed under seal as Ex. 23 to Plaintiff's Opposition to Uber's Motions in Limine. ECF No. 4835-24.

8

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| | Summary Judgment | | | |
| C.46 | Ex. 47 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-20 | N/A | Ex. 617 to the JCCP Deposition of Kate Parker |
| C.47 | Ex. 49 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-22 | N/A | Ex. 1100 to the 30(b)(6) Deposition of Greg Brown |
| C.48 | Ex. 50 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-23 | N/A | Excerpts from the July 11, 2025, Deposition of Todd Gaddis |
| C.49 | Ex. 51 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-24 | N/A | Excerpts from the June 17, 2025, 30(b)(6) Deposition of Greg Brown |
| C.50 | Ex. 53 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-26 | N/A | Excerpts from the October 14, 2025, 30(b)(6) Deposition of Sunny Wong |
| C.51 | Ex. 56 to Plaintiff's Opposition to Uber's Motion for Partial | 4626-29 | N/A | Ex. 2202 to the Deposition of Gus Fuldner |

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| | Summary Judgment | | | |
| C.52 | Ex. 57 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-30 | N/A | Ex. 1243 to the 30(b)(6) Deposition of Sunny Wong |
| C.53 | Ex. 58 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-31 | N/A | Ex. 645 to the Deposition of Roger Kaiser |
| C.54 | Ex. 59 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-32 | N/A | Excerpts from the May 13, 2025, Deposition of Rebecca Payne |
| C.55 | Ex. 60 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-33 | N/A | Ex. 2549 to the Deposition of Rebecca Payne |
| C.56 | Ex. 61 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4626-34 | N/A | Ex. 1197 to the Deposition of Jill Hazelbaker |
| C.57 | Ex. 63 to Plaintiff's Opposition to Uber's Motion for Partial | 4627-1 | N/A | ACCURATE001 |

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| | Summary Judgment | | | |
| C.58 | Ex. 64 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4627-2 | N/A | UBER-MDL3084-BW-00012056 |
| C.59 | Ex. 65 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4627-3 | N/A | CHECKR000891 |
| C.60 | Ex. 66 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4627-4 | N/A | UBER_JCCP_MDL_005696277 |
| C.61 | Ex. 67 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4627-5 | N/A | CHECKR000894 |
| C.62 | Ex. 68 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4627-6 | N/A | Excerpts from the Second August 7, 2025, 30(b)(6) Deposition of Hannah Nilles |
| C.63 | Ex. 70 to Plaintiff's Opposition to Uber's Motion for Partial | 4627-8 | N/A | UBER-MDL3084-DFS00003621 |

11

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| | Summary Judgment | | | |
| C.64 | Ex. 72 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4628-1 | N/A | Ex. 1055 to the 30(b)(6) Deposition of Elizabeth Ross |
| C.65 | Ex. 73 to Plaintiff's Opposition to Uber's Motion for Partial Summary Judgment | 4628-2 | N/A | Excerpts from the Expert Report of Jason Morris |
| **Motions to Seal at 4464, 4470, and 4477 (Rule 702 Materials)[5]** | | | | |
| D.1 | Ex. 3 to Uber's Motion to Exclude Bruce Weiner | 4346-2 | N/A | Weiner Invoice 20042 (May) |
| D.2 | Ex. 4 to Uber's Motion to Exclude Bruce Weiner | 4346-3 | N/A | Weiner Invoice 20044 (June) |
| D.3 | Ex. 5 to Uber's Motion to Exclude Bruce Weiner | 4346-4 | N/A | Weiner Invoice 20046 (July) |
| D.4 | Ex. 6 to Uber's Motion to Exclude Bruce Weiner | 4346-5 | N/A | Weiner Invoice 20048 (August) |

---

[5] The Court's November 7, 2025 Modified Pretrial Order No. 34 permitted the Parties to file all expert materials in connection with their *Daubert* briefs provisionally under seal. Accordingly, the motions to seal that the Parties filed did not include all originally sealed materials, but only those materials that one or both Parties wanted to seal. The Parties are therefore filing all previously sealed expert materials that were not subject to a motion to seal into the public record.

INDEX FOR JOINT OMNIBUS PUBLIC FILING                      Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| D.5 | Ex. 7 to Uber's Motion to Exclude Bruce Weiner | 4346-6 | N/A | Weiner Invoice 20050 (September) |
| D.6 | Ex. 1 to Uber's Motion to Exclude Cynthia Rando | 4348 | N/A | Rando Opening Report (9/26/2025) |
| D.7 | Ex. 2 to Uber's Motion to Exclude Cynthia Rando | 4348-1 | N/A | November 11, 2025 Deposition of Cynthia Rando |
| D.8 | Ex. 3 to Uber's Motion to Exclude John Chandler | 4342-2 | N/A | Stodden Opening Report (9/26/2025)[6] |
| D.9 | Ex. 5 to Uber's Motion to Exclude John Chandler | 4342-4 | N/A | 8/29/2025 JCCP Order re MILs & Motions to Exclude[7] |
| D.10 | Ex. 9 to Uber's Motion to Exclude John Chandler | 4342-8 | N/A | Bradshaw, Casey "A Bayesian Model of Underreporting for Sexual Assault on College Campuses" (2024) |
| D.11 | Ex. 1 to Uber's Motion to Exclude Jay Feldis | 4344 | N/A | October 10, 2025 Deposition of Jay Feldis |
| D.12 | Ex. 2 to Uber's Motion to Exclude Jay Feldis | 4344-1 | N/A | Feldis Opening Report (9/26/2025) |
| D.13 | Ex. 2 to Uber's Motion to Exclude Minette Drumwright | 4352-1 | N/A | Drumwright Opening Report (9/26/2025) |

[6] This document was also attached as Ex. 3 to Uber's Motion to Exclude Lacey Keller (ECF No. 4338-2) and Ex. I to Plaintiff's Omnibus Motion to Exclude (ECF No. 4357-9).

[7] This document was also filed as Ex. 3 to Uber's Motion to Exclude Jay Feldis (ECF No. 4344-2), Ex. 1 to Uber's Motion to Exclude Minette Drumwright (ECF 4352), and Ex. 2 to Uber's Motion to Exclude Veronique Valliere (ECF No. 4340-1).

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| D.14 | Ex. 3 to Uber's Motion to Exclude Minette Drumwright | 4352-2 | N/A | October 26, 2025 Deposition of Minette Drumwright (MDL) |
| D.15 | Ex. 4 to Uber's Motion to Exclude Minette Drumwright | 4352-3 | N/A | July 7, 2024 Deposition of Minette Drumwright (JCCP) |
| D.16 | Ex. 2 to Uber's Motion to Exclude Thomas Tremblay | 4350-1 | N/A | October 29, 2025 Deposition of Thomas Tremblay |
| D.17 | Ex. 3 to Uber's Motion to Exclude Thomas Tremblay | 4350-2 | N/A | *LSA 78* Trial Verdict Form (JCCP) |
| D.18 | Ex. 3 to Uber's Motion to Exclude Veronique Valliere | 4340-2 | N/A | October 24, 2025 Deposition of Veronique Valliere |
| D.19 | Ex. 4 to Uber's Motion to Exclude Veronique Valliere | 4340-3 | N/A | 9/30/2025 Order Ruling on MIL for October 2025 Trial, *In re Lyft Rideshare Cases* |
| D.20 | Ex. 5 to Uber's Motion to Exclude Veronique Valliere | 4340-4 | N/A | July 18, 2025 Deposition of Veronique Valliere |
| D.21 | Ex. 2 to Uber's Motion to Exclude Lindsey Cameron | 4399-1 | 4398-1 | November 12, 2025 Deposition of Lindsey Cameron[8] |
| D.22 | Ex. A to Plaintiff's Omnibus Motion to Exclude | 4357-1 | N/A | Okpaku Opening Report (9/26/2025) |

---

[8] At the time of the original filing, only the rough version of this transcript was available. The Parties are including the final version of the transcript with this filing.

14

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| D.23 | Ex. B to Plaintiff's Omnibus Motion to Exclude | 4357-2 | N/A | November 5, 2025 Deposition of Joseph Okpaku |
| D.24 | Ex. D to Plaintiff's Omnibus Motion to Exclude | 4357-4 | N/A | Morris Opening Report (9/26/2025) |
| D.25 | Ex. E to Plaintiff's Omnibus Motion to Exclude | 4357-5 | N/A | Morris Rebuttal Report (10/24/2025) |
| D.26 | Ex. F to Plaintiff's Omnibus Motion to Exclude | 4357-6 | N/A | Piza Opening Report (9/26/2025) |
| D.27 | Ex. G to Plaintiff's Omnibus Motion to Exclude | 4357-7 | N/A | October 30, 2025 Piza Deposition Transcript |
| D.28 | Ex. H to Plaintiff's Omnibus Motion to Exclude | 4357-8 | N/A | Wilson Rebuttal Report (10/24/2025) |
| D.29 | Ex. K to Plaintiff's Omnibus Motion to Exclude | 4357-11 | N/A | October 21, 2025 Deposition of Victoria Stodden with Ex. 2073 |
| D.30 | Ex. N to Plaintiff's Omnibus Motion to Exclude | 4357-14 | N/A | 2017-2018 Uber US Safety Report |
| D.31 | Ex. O to Plaintiff's Omnibus Motion to Exclude | 4357-15 | N/A | 2019-2020 Uber US Safety Report |
| D.32 | Ex. P to Plaintiff's Omnibus Motion to Exclude | 4357-16 | N/A | 2021-2022 Uber US Safety Report |
| D.33 | Ex. A to Plaintiff's Motion to Exclude | 4389-1 | N/A | Orchowski Rebuttal Report (10/24/2025) |

15

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| | Lindsay Orchowski | | | |
| **Motion to Seal at ECF 4688 (Materials Attached to Plaintiff's Opening Motion in Limine)** | | | | |
| E.1 | Ex. 5 to Dean's Omnibus Motion in Limine | 4688-4 | N/A | Excerpts from the August 28th, 2025 Deposition of Greg Brown |
| E.2 | Ex. 6 to Dean's Omnibus Motion in Limine | 4688-5 | N/A | 10/24/2025 Expert Report of Vida Thomas (MDL) |
| E.3 | Ex. 9 to Dean's Omnibus Motion in Limine | 4688-8 | N/A | Ex. 1831 to the Deposition of Jamie Brown |
| E.4 | Ex. 15 to Dean's Omnibus Motion in Limine | 4688-9 | N/A | 11/5/2025 Uber's Objections & Responses to 3d Interrogatories |
| E.5 | Ex. 16 to Dean's Omnibus Motion in Limine | 4688-10 | N/A | 11/5/2025 Uber's Objections & Responses to 3d RFPs |
| E.6 | Ex. 17 to Dean's Omnibus Motion in Limine | 4688-11 | N/A | Excerpts from the April 29, 2025 Deposition of Gus Fuldner |
| E.7 | Ex. 18 to Dean's Omnibus Motion in Limine | 4688-12 | N/A | Excerpts from the May 28, 2025 Deposition of Sachin Kansal |
| E.8 | Ex. 19 to Dean's Omnibus Motion in Limine | 4688-13 | N/A | Excerpts from the February 26, 2025 Deposition of Meghan Joyce |
| E.9 | Ex. 20 to Dean's Omnibus Motion in Limine | 4688-14 | N/A | 3/17/2025 Master Determinations |
| E.10 | Ex. 21 to Dean's Omnibus Motion in Limine | 4688-15 | N/A | 4/2/2025 Master Determinations |
| E.11 | Ex. 22 to Dean's Omnibus Motion in Limine | 4688-16 | N/A | Determinations re Privilege Logs Issued Before March 3, 2025 (Attachment A) |

16

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| E.12 | Ex. 23 to Dean's Omnibus Motion in Limine | 4688-17 | N/A | Determinations re Privilege Logs Issued Before March 3, 2025 (Attachment A, Part 3) |
| E.13 | Ex. 24 to Dean's Omnibus Motion in Limine | 4688-18 | N/A | Motions *in Limine* Redactions |
| E.14 | Ex. 25 to Dean's Omnibus Motion in Limine | 4688-19 | N/A | Excerpts from the August 28, 2025 Deposition of Mariana Esteves |
| E.15 | Ex. 26 to Dean's Omnibus Motion in Limine | 4688-20 | N/A | Excerpts from the July 23, 2025 Deposition of Hannah Nilles |
| E.16 | Ex. 27 to Dean's Omnibus Motion in Limine | 4688-21 | N/A | Excerpts from the March 27, 2025 Deposition of Andi Pimentel |
| E.17 | Ex. 32 to Dean's Omnibus Motion in Limine | 4688-25 | N/A | UBER00023178 |
| E.18 | Ex. 33 to Dean's Omnibus Motion in Limine | 4688-26 | N/A | Excerpts from the May 20, 2025 Deposition of Michael Akamine |
| E.19 | Ex. 34 to Dean's Omnibus Motion in Limine | 4688-27 | N/A | Excerpts from the February 14, 2025 Deposition of Kate Parker |
| E.20 | Ex. 35 to Dean's Omnibus Motion in Limine | 4688-28 | N/A | Excerpts from the April 16, 2025 Deposition of Sunny Wong |
| E.21 | Ex. 36 to Dean's Omnibus Motion in Limine | 4688-29 | N/A | Excerpts from the April 2, 2025 Deposition of Rebecca Payne |
| E.22 | Ex. 37 to Dean's Omnibus Motion in Limine | 4688-30 | N/A | Excerpts from the April 24, 2025 Deposition of Katherine McDonald |
| E.23 | Ex. 38 to Dean's Omnibus Motion in Limine | 4688-31 | N/A | UBER_JCCP_MDL_001687315 |
| E.24 | Ex. 39 to Dean's Omnibus Motion in Limine | 4688-32 | N/A | Excerpts from the May 29, 2025 Deposition of Hannah Nilles |

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| E.25 | Ex. 40 to Dean's Omnibus Motion in Limine | 4688-33 | N/A | Excerpts from the May 30, 2025 Deposition of Hannah Nilles |
| E.26 | Ex. 41 to Dean's Omnibus Motion in Limine | 4688-34 | N/A | Excerpts from the November 19, 2025 Deposition of Roger Kaiser |
| E.27 | Ex. 42 to Dean's Omnibus Motion in Limine | 4688-35 | N/A | Excerpts from the July 8, 2025 Deposition of Todd Gaddis |
| E.28 | Ex. 44 to Dean's Omnibus Motion in Limine | 4688-36 | N/A | Excerpts from the February 7, 2025 Deposition of Nairi Hourdajian |
| E.29 | Ex. 45 to Dean's Omnibus Motion in Limine | 4688-37 | N/A | UBER_JCCP_MDL_004910959 |
| E.30 | Ex. 46 to Dean's Omnibus Motion in Limine | 4688-38 | N/A | Excerpts from the June 5, 2025 Deposition of Heather Childs |
| E.31 | Ex. 47 to Dean's Omnibus Motion in Limine | 4688-39 | N/A | Excerpts from the October 21, 2025 Deposition of Troy Stevenson |
| E.32 | Ex. 48 to Dean's Omnibus Motion in Limine | 4688-40 | N/A | Ex. 1047 to the Deposition of Elizabeth Ross |
| E.33 | Ex. 49 to Dean's Omnibus Motion in Limine | 4688-41 | N/A | UBER_JCCP_MDL_004647390 |
| E.34 | Ex. 50 to Dean's Omnibus Motion in Limine | 4688-42 | N/A | UBER_JCCP_MDL_005549945 |
| E.35 | Ex. 51 to Dean's Omnibus Motion in Limine | 4688-43 | N/A | UBER_JCCP_MDL_000562747 |
| E.36 | Ex. 52 to Dean's Omnibus Motion in Limine | 4688-44 | N/A | UBER_JCCP_MDL_001636569 |
| E.37 | Ex. 53 to Dean's Omnibus Motion in Limine | 4688-45 | N/A | UBER_JCCP_MDL_005207782 |

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| E.38 | Ex. 54 to Dean's Omnibus Motion in Limine | 4688-46 | N/A | UBER_JCCP_MDL_005207788 |
| E.39 | Ex. 56 to Dean's Omnibus Motion in Limine | 4688-48 | N/A | UBER_JCCP_MDL_005154815 |
| E.40 | Ex. 57 to Dean's Omnibus Motion in Limine | 4688-49 | N/A | UBER_JCCP_MDL_003255312 |
| E.41 | Ex. 58 to Dean's Omnibus Motion in Limine | 4688-50 | N/A | UBER_JCCP_MDL_003359920 |
| E.42 | Ex. 60 to Dean's Omnibus Motion in Limine | 4688-52 | N/A | UBER_JCCP_MDL_002658984 |
| **Motion to Seal at ECF 4835 (Materials Attached to Plaintiff's Opposition to Uber's Motion in Limine)** | | | | |
| F.1 | Ex. 2 to Dean's Opposition to Uber's Motion in Limine | 4835-4 | N/A | UBER_JCCP_MDL_000337623 |
| F.2 | Ex. 8 to Dean's Opposition to Uber's Motion in Limine | 4835-10 | N/A | Screenshots of video exhibits 1015 and 1016, Heather Childs Deposition, June 5, 2025 |
| F.3 | Ex. 9 to Dean's Opposition to Uber's Motion in Limine | 4835-11 | N/A | Excerpts from the April 10, 2025 Deposition of Andrew Hasbun |
| F.4 | Ex. 10 to Dean's Opposition to Uber's Motion in Limine | 4835-12 | N/A | Excerpts from the May 2, 2025 Deposition of Brooke Anderson |
| F.5 | Ex. 11 to Dean's Opposition to Uber's Motion in Limine | 4835-13 | N/A | Excerpts from the August 7, 2025 Deposition of Hannah Nilles |
| F.6 | Ex. 12 to Dean's Opposition to Uber's Motion in Limine | 4835-14 | N/A | UBER_JCCP_MDL_000562614 |

19

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| F.7 | Ex. 13 to Dean's Opposition to Uber's Motion in Limine | 4835-15 | N/A | UBER_JCCP_MDL_001441325 |
| F.8 | Ex. 14 to Dean's Opposition to Uber's Motion in Limine | 4835-16 | N/A | UBER_JCCP_MDL_000890205 |
| F.9 | Ex. 16 to Dean's Opposition to Uber's Motion in Limine | 4835-18 | N/A | UBER000205949 |
| F.10 | Ex. 18 to Dean's Opposition to Uber's Motion in Limine | 4835-59 | N/A | Excerpt from the April 18, 2025 Deposition of Valerie Shuping |
| F.11 | Ex. 21 to Dean's Opposition to Uber's Motion in Limine | 4835-22 | N/A | UBER_JCCP_MDL_003231342 |
| F.12 | Ex. 24 to Dean's Opposition to Uber's Motion in Limine | 4835-25 | N/A | UBER_JCCP_MDL_003922272 |
| F.13 | Ex. 25 to Dean's Opposition to Uber's Motion in Limine | 4835-26 | N/A | UBER_JCCP_MDL_000484014 |
| F.14 | Ex. 26 to Dean's Opposition to Uber's Motion in Limine | 4835-27 | N/A | Excerpts from the July 1, 2025 Deposition of Dara Khosrowshahi |
| F.15 | Ex. 27 to Dean's Opposition to Uber's Motion in Limine | 4835-28 | N/A | Excerpt from the April 22, 2025 Deposition of Roger Kaiser |
| F.16 | Ex. 28 to Dean's Opposition to Uber's Motion in Limine | 4835-29 | N/A | UBER_JCCP_MDL_001732337 |
| F.17 | Ex. 29 to Dean's Opposition to Uber's Motion in | 4835-30 | N/A | UBER_JCCP_MDL_001636209 |

INDEX FOR JOINT OMNIBUS PUBLIC FILING               Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| | Limine | | | |
| F.18 | Ex. 30 to Dean's Opposition to Uber's Motion in Limine | 4835-31 | N/A | UBER_JCCP_MDL_000898569 |
| F.19 | Ex. 31 to Dean's Opposition to Uber's Motion in Limine | 4835-32 | N/A | Excerpts from the May 13, 2025 Deposition of Rebecca Payne |
| F.20 | Ex. 33 to Dean's Opposition to Uber's Motion in Limine | 4835-33 | N/A | Excerpts from the July 3, 2025 Deposition of Travis Kalanick |
| F.21 | Ex. 34 to Dean's Opposition to Uber's Motion in Limine | 4835-34 | N/A | UBER_JCCP_MDL_004753672 |
| F.22 | Ex. 36 to Dean's Opposition to Uber's Motion in Limine | 4835-36 | N/A | UBER_JCCP_MDL_003441012 |
| F.23 | Ex. 37 to Dean's Opposition to Uber's Motion in Limine | 4835-37 | N/A | UBER_JCCP_MDL_000564141 |
| F.24 | Ex. 38 to Dean's Opposition to Uber's Motion in Limine | 4835-38 | N/A | UBER_JCCP_MDL_004216886 |
| F.25 | Ex. 39 to Dean's Opposition to Uber's Motion in Limine | 4835-39 | N/A | UBER_JCCP_MDL_001563463 |
| F.26 | Ex. 40 to Dean's Opposition to Uber's Motion in Limine | 4835-40 | N/A | UBER_JCCP_MDL_001739193 |
| F.27 | Ex. 41 to Dean's Opposition to Uber's Motion in Limine | 4835-41 | N/A | UBER_JCCP_MDL_001100749 |

21

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| F.28 | Ex. 42 to Dean's Opposition to Uber's Motion in Limine | 4835-42 | N/A | UBER_JCCP_MDL_001072809 |
| F.29 | Ex. 43 to Dean's Opposition to Uber's Motion in Limine | 4835-43 | N/A | UBER_JCCP_MDL_000031164 |
| F.30 | Ex. 44 to Dean's Opposition to Uber's Motion in Limine | 4835-44 | N/A | UBER_JCCP_MDL_001773711 |
| F.31 | Ex. 45 to Dean's Opposition to Uber's Motion in Limine | 4835-45 | N/A | UBER_JCCP_MDL_000084521 |
| F.32 | Ex. 46 to Dean's Opposition to Uber's Motion in Limine | 4835-46 | N/A | UBER_JCCP_MDL_004752785 |
| F.33 | Ex. 47 to Dean's Opposition to Uber's Motion in Limine | 4835-47 | N/A | UBER_JCCP_MDL_003040649 |
| F.34 | Ex. 51 to Dean's Opposition to Uber's Motion in Limine | 4835-51 | N/A | Excerpts from the October 7, 2024 Deposition of Katherine McDonald |
| F.35 | Ex. 52 to Dean's Opposition to Uber's Motion in Limine | 4835-52 | N/A | Excerpts from the July 10, 2025 Deposition of Hannah Nilles |
| F.36 | Ex. 53 to Dean's Opposition to Uber's Motion in Limine | 4835-53 | N/A | Excerpts from the October 14, 2025 Deposition of Sunny Wong |
| F.37 | Ex. 54 to Dean's Opposition to Uber's Motion in Limine | 4835-54 | N/A | UBER-MDL3084-DFS00159600 |
| F.38 | Ex. 55 to Dean's Opposition to Uber's Motion in | 4835-55 | N/A | UBER-MDL3084-DFS00003713 |

22

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| | Limine | | | |
| F.39 | Ex. 56 to Dean's Opposition to Uber's Motion in Limine | 4835-56 | N/A | Transcript of Audio, UBER-MDL3084-DFS00159677 |
| F.40 | Ex. 57 to Dean's Opposition to Uber's Motion in Limine | 4835-57 | N/A | UBER-MDL3084-DFS00003692 |
| F.41 | Ex. 58 to Dean's Opposition to Uber's Motion in Limine | 4835-58 | N/A | Transcript of Audio, UBER-MDL3084-DFS00003741 |
| **Motion to Seal at ECF 4703** | | | | |
| G.1 | Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions | 4703-2 | 4700 | Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions |
| G.2 | Ex. B to Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions | 4703-5 | N/A | Excerpts of Katy McDonald 5/7/2025 deposition transcript |
| G.3 | Ex. C to Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions | 4703-6 | N/A | Excerpts of Sunny Wong 6/25/2025 deposition transcript |
| G.4 | Ex. D to Plaintiff's Opposition to Uber's Motion to Quash Trial Depositions | 4703-7 | N/A | Excerpts of Sunny Wong 10/14/2025 deposition transcript |

INDEX FOR JOINT OMNIBUS PUBLIC FILING                      Case No. 3:23-md-03084-CRB (LJC)

| Sequential Exhibit Identifier in Current Filing | Document | Original Sealed Docket Number | Original Public Docket Number | Description |
|---|---|---|---|---|
| **Motion to Seal at ECF 4897** | | | | |
| H.1 | Defendant's Trial Brief Regarding Pre-Trial Legal Issues | 4897-4 | 4897-2 (redacted) | Defendant's Trial Brief Regarding Pre-Trial Legal Issues |

Dated: June 4, 2026

Respectfully submitted,

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Sarah R. London (SBN 267093)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, And RASIER-CA, LLC

*Co-Lead Counsel for Plaintiffs*

INDEX FOR JOINT OMNIBUS PUBLIC FILING                    Case No. 3:23-md-03084-CRB (LJC)