# C.2

LAURA VARTAIN HORN (SBN: 258485)
  laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (*Pro Hac Vice* admitted)
  allison.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

JESSICA DAVIDSON (*Pro Hac Vice* admitted)
  jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Pages]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| This Document Relates to: | |
| *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Judge: Hon. Charles R. Breyer |
| | Courtroom: Courtroom 6 – 17th Floor |

DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB

SABRINA H. STRONG (SBN: 200292)
    sstrong@omm.com
JONATHAN SCHNELLER (SBN: 291288)
    jschneller@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PATRICK L. OOT, JR. (*Pro Hac Vice* admitted)
    oot@shb.com
**SHOOK, HARDY & BACON, LLP**
1800 K Street NW, 10th Floor
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

ALYCIA A. DEGEN (SBN: 211350)
    adegen@shb.com
MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

CHRISTOPHER V. COTTON (*Pro Hac Vice* admitted)
    ccotton@shb.com
255 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

-2-

DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB

**DECLARATION OF JONATHAN SCHNELLER**

I, Jonathan Schneller, declare as follows:

1.    I am an attorney at law and duly licensed to practice before the U.S. District Court for the Northern District of California. I am a partner at the law firm of O'Melveny & Myers LLP and an attorney of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I submit this declaration in support of Uber's Motion for Partial Summary Judgment in *Jaylynn Dean v. Uber Technologies Inc., et al.*, No. 23-cv-6708.  I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would do so under oath.[1]

2.    Attached to this Declaration as **Exhibit 1** is a true and correct copy of Uber's "Vehicle for Hire Permit" from the Arizona Department of Transportation.

3.     Attached to this Declaration as **Exhibit 2** is a true and correct copy of Uber's Platform Access Agreement, dated January 1, 2022, produced by Uber as UBER-MDL3084-BW-00005365 - 00005391.

4.    Attached to this Declaration as **Exhibit 3** is a true and correct copy Uber's Fare Addendum, dated April 4, 2022, produced by Uber as UBER-MDL3084-BW-00005514 - 00005517.

5.    Attached to this Declaration as **Exhibit 4** is a true and correct copy of Uber's U.S. Terms of Use, effective January 17, 2023 produced by Uber as UBER-MDL3084-BW-00001048 – 00001073.

6.    Attached to this Declaration as **Exhibit 5** is a true and correct copy of excerpts of the July 23, 2025 Deposition of Hannah Nilles.

7.    Attached to this Declaration as **Exhibit 6** is a true and correct copy of excerpts of the Expert Report of Bruce Weiner, served by Plaintiff on September 26, 2025.

8.    Attached to this Declaration as **Exhibit 7** is a true and correct copy of a publicly available article, titled "Uber's New 'Women Preferences' Program Violates Civil Rights Law,"

---

[1] Exhibits 22 through 34 are subject to Uber's Motion to Seal.

-3-

DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB

HERITAGE FOUNDATION COMMENTARY (Aug. 8, 2025), *available at* https://perma.cc/47EW-XHGY.

9.      Attached to this Declaration as **Exhibit 8** is a true and correct copy of excerpts of the June 27, 2025 Deposition of Plaintiff Jaylynn Dean.

10.     Attached to this Declaration as **Exhibit 9** is a true and correct copy of excerpts of the July 22, 2025 Deposition of Scott McLaughlin.

11.     Attached to this Declaration as **Exhibit 10** is a true and correct copy of a Tempe Police Department General Offense Report dated November 15, 2023, produced by the Tempe Police Department as JDean-TempePD-000001 - 000025.

12.     Attached to this Declaration as **Exhibit 11** is a true and correct copy of Plaintiff's November 15, 2023 trip receipt, produced by Uber as UBER-MDL3084-BW-00027901 - 00027902.

13.     Attached to this Declaration as **Exhibit 12** is a true and correct copy of excerpts from Uber's record of Mobile Events for Hassan Turay, produced by Uber in native format as UBER-MDL3084-BW-00006299 and converted to PDF.

14.     Attached to this Declaration as **Exhibit 13** is a true and correct copy of excerpts from the July 15, 2025 Deposition of Greg Brown.

15.     Attached to this Declaration as **Exhibit 14** is a true and correct copy of excerpts from the July 23, 2025 Deposition of Hassan Turay.

16.     Attached to this Declaration as **Exhibit 15** is a true and correct copy of excerpts of the Expert Report of Rajeev Kelkar, served by Plaintiff September 26, 2025.

17.     Attached to this Declaration as **Exhibit 16** is a true and correct copy of excerpts of the July 15, 2025 Deposition of Mariana Esteves.

18.     Attached to this Declaration as **Exhibit 17** is a true and correct copy of screenshots of Plaintiff's phone produced by Plaintiff as BW-DEAN_JAYLYNN_000083 - 000085.

19.     Attached to this Declaration as **Exhibit 18** is a true and correct copy of certain Uber communications with Hassan Turay, dated November 15 and 17, 2023, produced as UBER-

-4-

MDL3084-DFS00003701.

20.     Attached to this Declaration as **Exhibit 19** is a true and correct copy Uber's record of Hassan Turay's "status and flow," produced by Uber in native format as UBER-MDL3084-BW-00007772 and converted to PDF format.

21.     Attached to this Declaration as **Exhibit 20** is a true and correct copy of excerpts of the Expert Report of Veronique Valliere, served by Plaintiffs on September 26, 2025.

22.     Attached to this Declaration as **Exhibit 21** is a true and correct copy of an excerpt of the Expert Report of Lacey R. Keller, served by Plaintiffs September 26, 2025.

23.     Attached to this Declaration as **Exhibit 22** is a true and correct redacted copy of a background check of Hassan Turay dated December 7, 2016, produced by Uber as UBER-MDL3084-BW-00012056 – 00012058.

24.     Attached to this Declaration as **Exhibit 23** is a true and correct redacted copy of a background check of Hassan Turay dated December 22, 2016, produced by Uber as UBER-MDL3084-BW-00012056 – 00012058.

25.     Attached to this Declaration as **Exhibit 24** is a true and correct redacted copy of a background check of Hassan Turay dated March 6, 2017, produced by Uber as UBER-MDL3084-DFS00003619 - 00003620.

26.     Attached to this Declaration as **Exhibit 25** is a true and correct redacted copy of a background check of Hassan Turay dated January 4, 2018, produced by Uber as UBER-MDL3084-DFS00003615 - 00003618.

27.     Attached to this Declaration as **Exhibit 26** is a true and correct redacted copy of a background check of Hassan Turay dated September 10, 2018, produced by Uber as UBER-MDL3084-DFS00003647 – 00003650.

28.     Attached to this Declaration as **Exhibit 27** is a true and correct redacted copy of a background check of Hassan Turay dated January 29, 2020, produced by Uber as UBER-MDL3084-DFS00003643 - 0003646.

29.     Attached to this Declaration as **Exhibit 28** is a true and correct redacted copy of a

-5-

DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB

background check of Hassan Turay dated June 3, 2021, produced by Uber as UBER-MDL3084-DFS00003639 - 00003642.

30.    Attached to this Declaration as **Exhibit 29** is a true and correct redacted copy of a background check of Hassan Turay dated May 2, 2022, produced by Uber as UBER-MDL3084-DFS00003633 - 00003364.

31.    Attached to this Declaration as **Exhibit 30** is a true and correct redacted copy of a background check of Hassan Turay dated May 2, 2022, produced by Uber as UBER-MDL3084-DFS00003635 - 00003638.

32.    Attached to this Declaration as **Exhibit 31** is a true and correct redacted copy of a background check of Hassan Turay dated April 4, 2023, produced by Uber as UBER-MDL3084-DFS00003631 – 00003632.

33.    Attached to this Declaration as **Exhibit 32** is a true and correct redacted copy of a background check of Hassan Turay dated April 9, 2023, produced by Uber as UBER-MDL3084-DFS00003627 - 00003630.

34.    Attached to this Declaration as **Exhibit 33** is a true and correct redacted copy of a background check of Hassan Turay dated June 5, 2023, produced by Uber as UBER-MDL3084-DFS00003625 – 00003626.

35.    Attached to this Declaration as **Exhibit 34** is a true and correct redacted copy of a background check of Hassan Turay dated June 6, 2023, produced by Uber as UBER-MDL3084-DFS00003611 - 00003614.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 10, 2025.

/s/ Jonathan Schneller
Jonathan Schneller

-6-

DECLARATION OF JONATHAN SCHNELLER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 3:23-md-03084-CRB