# C.6

# EXHIBIT 10

# FILED UNDER SEAL





**Tempe Police Department**

Serving the community since 1894

March 25, 2025

# CERTIFICATION

## SUBPOENA:
## General Offense Report, Photos, 911 audio, & CAD Report
## #23-132207

I, Jeanne Pennington, Custodian of Records for the Tempe Police Department, do

hereby certify that the attached to be a true and exact copy of the records on file with the

Tempe Police Department.

Pursuant to A.R.S. 41-1351 and in compliance with the approved Tempe Police

Department's records retention policy, arrest or reports that have met the established

criteria for purging would not have been accessible for inclusion in this records check.

JEANNE PENNINGTON, CUSTODIAN OF RECORDS

DATED THIS ___25th___ DAY OF ___March___, 2025.

STATE OF ARIZONA)
COUNTY OF MARICOPA)

SUBSCRIBED AND SWORN to before me on this ___25th___ day of

___March___, 2025.

NOTARY PUBLIC

HOLLY SORENSEN
Notary Public, State of Arizona
Maricopa County
Commission # 661919
My Commission Expires
December 05, 2027

120 East Fifth Street, Tempe, Arizona 85281 ◆ (480) 350-8306 ◆ Fax (480) 350-8337 ◆ www.tempe.gov/police

**Confidential-Attorney Eyes Only-JDean-TempePD-000001**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**    **Operational Status: CLOSED**

| Report Date: Nov-15-2023 (Wed.) | Officer: 27143 - BAH, BOUBACAR | | Approved by: 22190 - SEWELL, LANCE | |
|---|---|---|---|---|
| Date Occurred: Nov-15-2023 (Wed.) | | Time: 108 | Latest Possible Date: | Time: |

**Location of Occurrence:** 1601 W RIO SALADO PKWY , TEMPE    **District:** N    **Beat:** 12    **Grid:** 0502

| Domestic Violence: No | Loss: | Damage: | Recovered: |
|---|---|---|---|

**Offense: #1   SEXUAL ASSAULT - COMPLETED**

## Related Person(s)

### VICTIM # 1 - DEAN, JAYLYNN ALAYAH

| Sex: ▮ | Race: ▮ | | DOB: ▮ |
|---|---|---|---|
| Height: ▮ | Weight: ▮ | Hair: | Eyes: BROWN |

Address: ▮

| Home #: | Work #: | Cell #: ▮ |
|---|---|---|

| Employer: ▮ | Employer Address: |
|---|---|
| Driver's License #: ▮ | School: |

**Victim of Offense: #1   SEXUAL ASSAULT - COMPLETED**

### WITNESS # 1 - BAGBY, KENYAUN NIKAL

| Sex: Male | Race: BLACK | | DOB ▮ |
|---|---|---|---|
| Height: 5'08 | Weight: 200 | Hair: BLACK | Eyes: BROWN |

Address: ▮

| Home #: | Work #: | Cell #: ▮ |
|---|---|---|

| Employer: | Employer Address: |
|---|---|
| Driver's License #: ▮ | School: |

### INVOLVED/IL # 1 - TURAY, HASSAN IBRAHIM

| Sex: Male | Race: BLACK | | DOB: ▮ |
|---|---|---|---|
| Height: 6'01 | Weight: 190 | Hair: BLACK | Eyes: |

Address: ▮

| Home #: | Work #: | Cell #: ▮ |
|---|---|---|

| Employer: | Employer Address: |
|---|---|
| Driver's License #: ▮ | School: |

## Related Vehicle(s)

### Involved #1 - 2016 Toyota Camry

| License Plate: PBA1LN | License State: Arizona | VIN#: 4T1BF1FKXGU128928 |
|---|---|---|
| Miscellaneous Information: | | Color: Black |
| Make: Toyota | Model: Camry | Style: 4DR AUTOMOBILE |

**Confidential-Attorney Eyes Only-JDean-TempePD-000002**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**     **Operational Status: CLOSED**

## Narrative Text

**Type** ORIGINAL OFFICER NARRATIVE
**Author** 27143 - BAH, BOUBACAR
**Related Date** Nov-15-2023  7:19

*****Digital Evidence uploaded*****

On 11-15-2023 at approximately 0110 hours, (V) Jaylynn Alayah Dean reported she was sexually assaulted by her Uber driver (IL) "Hassan" on 11-15-2023 at approximately 0040 hours, in his vehicle a Black Toyota Camry bearing Arizona license plate PBA1LN. Jaylynn stated "Hassan" picked her up at 2100 N. Scottsdale Rd, Tempe, AZ to drop her off at the Spring Hill Suites located at 1601 W. Rio Salado PKWY, Tempe, AZ. Jaylynn stated during the Uber ride, Hassan changed routes and pulled into an area and parked. According to Jaylynn, "Hassan" went to the backseat and forced her to have vaginal intercourse. Jaylynn was transported by 'Care 7' for a "Forensic Nurse Examination" and her clothes were impounded as evidence. Hassan has not been contacted by the Police at this point.

On 11-15-2023 at approximately 0110 hours, I was dispatched to the Springhill Suites located at 1601 W. Rio Salado Pkwy, Tempe, AZ, for the report of a sexual assault. The Tempe Police Department dispatch advised a complainant who identified herself as Jaylynn Dean, reported she was sexually assaulted by her Uber driver after she got picked up from the Scottsdale Gateway Apartments.

Upon my arrival, I located a female who identified herself with her Texas Driver's license as Jaylynn Alayah Dean in the front lobby with her friend Jade. Jaylynn told me she was afraid of getting in trouble because she had been drinking and she was only 19 years old. I smelled an intoxicant beverage emitting from her mouth and she had bloodshot eyes. Jaylynn was told she would not get in trouble, and we went and sat on the couch. I asked Jaylynn to explain what happened. The following is a summary of what she reported:

Jaylynn is from Texas, and she was staying at the SpringHill Suites for three weeks as she was attending flight attendant school with Mesa Airlines. Jaylynn stated she finally completed the program, and she was out celebrating with her friend named "Scott Mclaughlin". Scott lived at the Scottdale Gateway Apartments located at 2100 North Scottsdale RD, Tempe, AZ, 85281, unknown apartment number. Jaylynn met Scott through a dating app called "Bumble". Jaylynn has been in contact with Scott since she arrived in Arizona. On 11-14-2023 at about 2030 hours, Jaylynn was in Scott's apartment, and she was drinking at. Jaylynn mentioned she had half of a can of Truly, about five shots of Malibu, half of can of Malibu, and a quarter of beer. It should be noted that Jaylynn said she had consensual sexual intercourse with Scott about an hour prior to her Uber ride. Jaylynn said it was completely consensual.

After the consensual sexual intercourse with Scott, Jaylynn said she was very intoxicated, and she was throwing up inside of the apartment. Jaylynn she was taking Lexapro and she admitted saying she should not mix Lexapro with alcohol. Jaylynn then called an Uber to pick her up to drop off back at the Spring Hill

Confidential-Attorney Eyes Only-JDean-TempePD-000003



# TEMPE POLICE DEPARTMENT

**General Offense Report**

**GO# TE 2023-132207          Operational Status: CLOSED**

Suites.

At about 0030 hours, her Uber ride picked her up. Jaylynn said Scott walked her outside, but he did not see the Uber. Jaylynn said when she was in the backseat of the Uber, the Uber driver asked her why she was giggly. Jaylynn told the driver she had been drinking and she had sexual intercourse with her friend. According to Jaylynn the Uber driver told her at least somebody had sexual relation with her. During the Uber ride, Jaylynn said the Uber driver made a left turn and changed his route and he pulled into an area she was not familiar with and parked his vehicle. Per Jaylynn, the Uber driver exited from his driver side and went to the back seat, opened the door, and lifted her skirt up and had vaginal intercourse with her for about 15 minutes and finished on her vagina. Jaylynn said it was against her will, and she kept pushing the Uber driver away from her. Jaylynn then said, the Uber driver told her she was being charged with these extra minutes and then the Uber driver dropped her off at the Spring Hill Suites and left.

Jaylynn did not remember if they were any oral intercourse or any other things. She was too intoxicated. When Jaylynn was dropped off at the Hotel, she told the front lobby employee about what happened, and she called her mother. Her mother told her to call the Police. Jaylynn further told her friend Jade who was staying in the same hotel and taking the same flight attendant program.

Jaylynn described the Uber driver to be an African American male with a thick accent, medium built, wore glasses. Jaylynn was able to pull up the Uber driver Biography on the app, with the name of "Hassan". Below the name it said "Sierra Leone". The app did not show a telephone number.

Jaylynn showed me the tracking map of their uber ride. On the map it showed Jaylynn was getting picked at the Scottsdale Gateway Apartments, and then making a left turn on Rio Salado Pkwy heading. southeast, which was opposite of the Spring Hill Suites and ultimately, the Uber ride tracking showed them coming to the Spring Hill Suites.

Jaylynn voluntarily agreed for a Forensic Nurse Examination. Benjamin Brassington from Care 7 responded and transported Jaylynn to the Chandler Family Advocacy Center located at 221 E. Boston Street, Chandler, AZ.

Nurse Jessica Weaver performed the examination. Jessica told me Jaylynn had an abrasion on her back and her cervix was a little irritated. Jessica further advised the exam kit will be ready for pick up later during the day.

After the examination, Benjamin transported Jaylynn and Jade to the HQ building to interview with detectives. Upon our arrival, Detective () assumed the investigation.

**Confidential-Attorney Eyes Only-JDean-TempePD-000004**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**    **Operational Status: CLOSED**

This concluded my involvement.

Confidential-Attorney Eyes Only-JDean-TempePD-000005



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**      **Operational Status: CLOSED**

## Narrative Text

**Type** CLEARANCE BLOCK
**Subject** GO INVESTIGATIONS ECC
**Author** 17710 - LOMELI JR, JORGE
**Related Date** Jan-30-2024

```
Tempe Police Department
                   Criminal Investigations Bureau
```

Due to the following checked reasons a detective in the Tempe Police Department Investigations Division will not be assigned this incident for follow-up:

```
[    ]Information in the original report was of no viable evidentiary value
[    ]No witnesses can identify the suspect
[    ]No witnesses to actual crime
[    ]Investigative efforts to follow up the case have already been made
[ X ]Insufficient information exists to support the elements of crime
[ X ]Totality of case does not warrant further investigative follow up

[    ]The incident described falls under existing turndown criteria, or patterns
     of prosecuting authorities for case filing
[    ]Excessive time has elapsed since the crime was committed
[    ]Investigation is being handled by a separate agency
[    ]Suspect/subject known to victim who no longer desires prosecution
[    ]Other (Please Describe Below)
     [
]
```

Although this investigation is not currently active, in the event any new information or investigative leads are received, this case may be reactivated.

```
        *** THIS CASE WILL BE CONSIDERED ECC (Early Case Closure) ***
```

Confidential-Attorney Eyes Only-JDean-TempePD-000006



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**   **Operational Status: CLOSED**

## Follow Up Report #1

| | | |
|---|---|---|
| **Assigned to:**26286 - NIGHTINGALE, AUSTIN | **Assigned on:** Nov-15-2023 (Wed.) 614 | **Capacity:**Supplemental |
| **Completed:**Yes | **Approved on:**11/15/2023 | **Approved by:**ALLEN, THOMAS |

### Narrative Text

**Type** SUPPLEMENTAL OFFICER NARRATIVE
**Author** 26286 - NIGHTINGALE, AUSTIN
**Related Date** Nov-15-2023  3:29

***Digital Evidence Uploaded***

On 11/15/2023 at approximately 0154 hours, I responded to 1601 W. Rio Salado Pkwy., Tempe, Springhill Suites, as a backup unit in reference to a delayed sexual assault. Upon arrival on scene, I spoke with Officer J. Gebbie who advised me that the Springhill Suites clerk needed to be interviewed.

I then spoke with the clerk who was identified as (W) Kenyaun Bagby and interviewed him about what he witnessed and was told by (V) Jaylynn Dean. The following is a summary of my interview and is not verbatim. For full detail on my interview refer to my body worn camera footage uploaded to Evidence.com.

Kenyaun stated at approximately 0100 hours, he observed Jaylynn stumble out of a dark colored Toyota Camry (unknown license plate) and into the lobby of the Springhill Suites. Kenyaun said Jaylynn looked in distress and placed her hand on her head as if she was having a headache. Kenyaun provided Jaylynn with a bottle of water and ibuprofen and asked if she was okay. Jaylynn told Kenyaun that she was raped by her uber driver during her ride. Kenyaun assisted Jaylynn however he could and had her contact the Tempe Police after calling her parents. Kenyaun was able to use Jaylynn's phone and Uber app to screenshot the driver's information. Kenyaun was also able to use the "360 App" to observe the route the Uber driver used during the ride. The 360 app showed the driver driving south on N. Priest Dr., Tempe, then turn east onto W. Rio Salado Pkwy instead of turning west. The driver then continues into the parking lot of 1095 W. Rio Salado Pkwy., Tempe, where the vehicle stopped in the southeast corner of the lot. The driver then completed the ride.

Jaylynn told Kenyaun that during her ride she told the Uber driver she was intoxicated and was coming back from her friend "Scott's" house after having intercourse. Jaylynn then told Kenyaun that she fell asleep in the back of the Uber and woke up to the Uber driver on top of her. Jaylynn did not go into further detail about the sexual assault but told Kenyaun she was vaginally penetrated by the Uber driver's penis without a condom.

Kenyaun said Jaylynn has been staying at the Springhill Suites since 10/23/2023, and during this time he has been able to talk with her consistently. When he first observed Jaylynn enter the lobby of the hotel Kenyaun said she did not seem like herself. Kenyaun described Jaylynn as outgoing and happy, but when seeing her she did not act that way.

Kenyaun did not see the Uber driver but stated the vehicle was a dark color Toyota Camry. This concluded my interview with Kenyaun.

After my interview I canvased the parking lot and surrounding buildings of 1095 W. Rio Salado Pkwy., for any exterior security cameras. I was unable to locate any cameras in the area.

My actions on this call were captured on my body worn camera and the video was later uploaded to Evidence.com. For further details about this incident refer to Officer B. Boubacar's original report.

***PENDING***

Confidential-Attorney Eyes Only-JDean-TempePD-000007



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2023-132207 | Operational Status: CLOSED | |
|---|---|---|

**Follow Up Report #2**

| Assigned to:18847 - LOPEZ, OSCAR | Assigned on: Nov-15-2023  (Wed.) 943 | Capacity:Lead Investigator |
|---|---|---|
| Completed:Yes | Approved on:01/30/2024 | Approved by:LOMELI JR, JORGE |

### Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Author** 18847 - LOPEZ, OSCAR
**Related Date** Jan-03-2024 17:18

**Call out**

On 11/15/23 while assigned to the Special Victims Unit in the Criminal Investigations Bureau, Sgt. R. Elcock called me to inform me of a stranger sexual assault that just occurred near 1035 W. Rio Salado Pkwy, Tempe, at approximately 0108 hours.  I responded to the SpringHill Suites by Marriot where the victim was dropped off.

Upon our arrival, Officer Nightingale briefed Sgt. Elcock, Detective A. Cordova and I of the information learned so far.  I learned the following information:  On 11/15/23 at approximately 0108 hours, the Tempe Police Department responded to a call for service at 1601 W Rio Salado Parkway Tempe AZ reference a delayed sexual assault report. Upon arrival, officers learned a 19-year-old female victim, Jaylynn Dean had been picked up by an Uber at 2100 N Scottsdale Rd at approximately 0033 hours. Per the victims Uber record, the driver of the Uber was only identified as Hassan and or Hassan-30. The vehicle associated with Hassan was described as a dark colored Toyota Camry with Arizona License Plate PBA1LN. This vehicle was discovered to be registered to Fast Track Leasing.

**Dedicated Forensic Interview**

Jaylynn further described the driver as a dark-skinned black male, in his 40's, wearing glasses and having short hair. Jaylynn recalled the suspect had an accent and she had seen an unknown identification in the vehicle with Hassan's photograph, the name Hassan, and an unknown reference to Sierra Leone, West Africa. While en route to her final destination of 1601 W. Rio Salado Parkway, Tempe Arizona, the victim stated the driver asked her how her night was going and they had a conversation where she informed him she had sex with her male friend, was drunk and had been throwing up in his apartment.  He made sexual comments to her and they talked about sex then she began to feel tired and laid down in the back seat of his car.  He told her he would pull over and park somewhere but would have to end the ride, otherwise Uber would charge her.  Once he parked, he opened her door, got on top of her and started having sex with her and ejaculated on her stomach.  He then drove her back to the SpringHill hotel and dropped her off in the front entrance.

Jaylynn was participating in a forensic nurse examination at this time.  I responded to the Tempe PD headquarters where Jaylynn would be transported to conduct a forensic interview.  It should be noted Jaylynn agreed she would participate in the interview after the FNE.

 Once Jaylynn was transported to the Tempe PD headquarters, I introduced myself and asked if she would be willing to do a forensic interview with me, to which she stated she would.  We entered the interview room and I first asked rapport building questions.  I then explained the guidelines and she stated she understood them.  I asked what she came to talk to me about and she related it was regarding the incident with the Uber driver.  She stated she got in the Uber after being at her male friends house who she had recently met online while being in Arizona for her flight attendant job and school.  She stated she had consensual sex with him and then was really drunk and began throwing up in his room so she decided to

Confidential-Attorney Eyes Only-JDean-TempePD-000008



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**          **Operational Status: CLOSED**

go back to her hotel room and ordered the Uber.  Once in the Uber, she began to tell the driver that she had sex with her friend and that she was drunk.  She stated she did not know why she told the driver this information but mentioned she was intoxicated and just had sex with her friend.  She stated the driver then told her at least she got to have fun before she started throwing up. He went on to say he wishes he could have sex with her.  Jaylynn said she did not know how to respond to that and said "ok" in a sarcastic tone. They talked about sexual things and he made sexual comments to her.  The Uber driver then told her he was going to pull over to find a place to park, and Jaylynn again said "ok," in a sarcastic tone at which point the vehicle exited the main roadway and entered an empty parking lot of a business complex later determined to be 1035 W. Rio Salado Pkwy, Tempe.  Jaylynn stated she was really tired and was going in and out of consciousness and she laid in the back seat of his car.  She recalled the driver opened her rear passenger door and pushed her skirt up and proceeded to have non-consensual sexual intercourse with her.  Jaylynn stated she attempted to push the suspect off but was too weak to do so. Jaylynn estimated the assault lasted approximately 10 to 15 minutes and it concluded with the suspect ejaculating on her stomach and her skirt. The driver then got back into the driver seat and drove her to her final destination which was the SpringHill Suites by Marriott in Tempe. Jaylynn stated she clearly saw the driver's face when the car dome light came on and stated it was a match with the driver Uber profile on her application. After exiting the Uber vehicle, Jaylynn walked into the hotel lobby and informed the front desk clerk that she had just been raped and police were called. Jaylynn also stated the driver spoke with a heavy accent and at times, she could not fully understand what he was saying to her.

Jaylynn then showed me the application on her cell phone.  The Uber application showed the route the driver took from the pick up to the first stop driving around in circles searching for a place to park, then going to her hotel. The driver prematurely ended the ride approximately two minutes prior to arriving to the victims hotel. The vehicle remained at the location for approximately 10 minutes and showed the victim arriving at SpringHill by Marriott at 1601 W Rio Salado at approximately 0108 hours.

Jaylynn consented to having her cell phone downloaded for data within containing any information regarding her contact with Hassan.

### Uber Search warrant

Detective Cordova drafted a search warrant to Uber to obtain subscriber information and data from Uber regarding Hassan's account.

### Hassan Turay

The drivers first name was displayed on the Uber app and cross referenced with known police data bases which then revealed the drivers identity, Hassan Ibrahim Turay, ▓▓▓▓▓▓▓▓ The known photograph was compared to the Uber application photograph and determined to be a match. The Uber application indicated he was from Sierra Leone which was also indicated on other social media profiles of his. A previous search warrant to Uber requesting driver information was drafted and served to Uber. Refer to Detective A. Cordova's supplement report for further details.  Uber was then able to further confirm Hassan's identity as the driver on that specific ride with the victim. They also provided a last known home

**Confidential-Attorney Eyes Only-JDean-TempePD-000009**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**    **Operational Status: CLOSED**

address. It was learned through Uber that it is common practice for drivers to maintain video surveillance in their vehicles for safety of the drivers and passengers, however, this practice is at their own discretion. The vehicle driven by Hassan was captured on video displaying an Arizona plate of PBA1LN on a Black four door Toyota Camry. The license plate associated to Hassan was also displayed through the application and said to be the vehicle assigned to him at the time of this ride. The vehicle is registered to Fast Track Leasing.

**Video**

Surveillance video was obtained from the SpringHill by Marriot.   Review of the video at the SpringHill by Marriot showed Hassan driving the aforementioned vehicle and dropping Jaylynn off at the front entrance of her hotel.  He waits for her to exit the vehicle and then he drives away.  Jaylynn can be seen slowly walking through the lobby after being dropped off.  Hassan could be seen pulling over near the front of the driveway entrance to the hotel, exit the vehicle and then crouching down whitle bringing his hands towards his face.

**Search warrant for Hassan and his vehicle**

Based on this information, I drafted search warrant SW2023-045606 for Hassan's buccal swabs, photographs and vehicle.   On 11/16/23 at approximately 1845 hours, Detective Cordova, Sgt. Elcock and I responded to Hassan's last known address at ██████████████████   After noticing the apartment appeared to be vacant, I called and spoke with Hassan.   I conducted an interview with him over the phone asking about everything that happened during this pick up with Jaylynn.  Hassan ultimately provided a statement describing a consensual sexual encounter with Jaylynn.  He stated he went to pick her up from the apartment and when she got in she began telling him that she had just had sex with the guy she was with and had some drinks but then began to throw up in his apartment so she called for an Uber. Hassan told her at least she got to have fun before she got sick.  He asked whether or not she came and she said she did not and that it was not that good.  He stated after exchanging in some flirting with her, he told her he would want to have sex with her and she responded by saying "ok" and she would want to him to make her come.  Hassan stated after this he offered to take her to a hotel but she told him she had to get up early and asked if they could do it in his car.  Hassan stated he began to look for a place to park and when he found a parking lot near her hotel, he told her he was going to pull over and park and she said "ok."  He explained that he would have to end her transport, otherwise Uber would charge her for the time they are parked so he ended the transport.  He stated once he parked, he got out of the car and walked over to her car door.  He stated he opened the door and she already had her clothes off at that point.  He stated she was playing with herself as he found a place to park.  She then asked him to perform oral sex on her so he did.  He then put his penis in her vagina and had sex with her until he ejaculated inside of her.  He stated she still had her top on and pulled the top off to expose her breasts but she covered them back up.  He stated he noticed some type of a mark on the breast he was exposing and believed it must have been something she was self conscious of.  He stated after he ejaculated, she asked him to perform oral sex on her again and so he did.  She then told him she had to go back to her hotel, so he took her back and dropped her off in the front.  She stated he did not believe she was very intoxicated but she had mentioned she had drank earlier and had thrown up.  He stated he pulled over near the driveway area to wash his face and mouth since he did not want to smell like sex since he had to return to work.

Confidential-Attorney Eyes Only-JDean-TempePD-000010



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**      **Operational Status: CLOSED**

Upon asking, Hassan stated he was in his new home in Mesa and no longer lived in Peoria. He stated he would be willing to meet me at Tempe PD headquarters for the purpose of obtaining his buccals and process his vehicle. Hassan soon met me at the Tempe PD headquarters. He arrived in the same vehicle and parked in front of the Tempe PD headquarters. I provided Hassan his copy of his warrant to which he stated he understood. Detective A. Cordova and I inspected his vehicle for cameras and there were none that were visible. Detective Cordova advised no other obvious signs of evidence. Upon asking, Hassan stated he did not have cameras in his vehicle and mentioned it was a rental. He stated they are optional as a Uber driver but he does not have them. Photographs of Hassan and his vehicle were taken and uploaded to evidence.com. Using a fresh pair of latex gloves, I obtained a buccal swab sample from Hassan and impounded it as evidence.

Throughout my contact with Hassan he maintained that the encounter was consensual and they had flirted before engaging in sexual contact. He was also questioned regarded her saying he ejaculated on her stomach and he again reiterated that he ejaculated inside of her vagina.

Refer to evidence.com for recorded statements and photographs obtained.

The buccal swab and FNE kit were submitted to the lab and awaiting results by the close of this report.

## CASE CLOSURE

At this time, this case has reached an impasse due to conflicting accounts of events surrounding consent versus non consent, no known independent witnesses, lack of DNA evidence and lack of evidence corroborating one account over the other. This case will be considered inactive but may be reopened in the future if additional pertinent information is learned. CARE 7 has been notified of this disposition and will follow-up with resources for the victim.

**\*\*\*INACTIVE\*\*\***

**Confidential-Attorney Eyes Only-JDean-TempePD-000011**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**          Operational Status: CLOSED

## Follow Up Report #3

| | | |
|---|---|---|
| **Assigned to:**18847  -  LOPEZ, OSCAR | **Assigned on:** Nov-16-2023  (Thu.) 1055 | **Capacity:**Transport Evidence |
| **Completed:**Yes | **Approved on:**11/20/2023 | **Approved by:**ELCOCK, RONALD |

### Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Author** 18847 - LOPEZ, OSCAR
**Related Date** Nov-17-2023 11:05

**FNE pick up**

On 11/15/23 Detective J. Ells picked up this kit from the Chandler Family Advocacy Center and transported it to the Tempe PD property room located at 1875 E. Apache Blvd, Tempe, where she then impounded it as evidence.  She also impounded the urine, clothing and chain of custody paperwork accompanied with the FNE.

**\*\*Pending\*\***

**Confidential-Attorney Eyes Only-JDean-TempePD-000012**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**       **Operational Status: CLOSED**

## Follow Up Report #4

| Assigned to:18847 - LOPEZ, OSCAR | Assigned on: Nov-16-2023 (Thu.) 1055 | Capacity:Supplemental |
|---|---|---|
| Completed:Yes | Approved on:11/20/2023 | Approved by:ELCOCK, RONALD |

### Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Author** 18847 - LOPEZ, OSCAR
**Related Date** Nov-17-2023 11:14

***DNA Analysis:***

On 11/17/23 I completed the required Mesa Forensic Services Lab forms and forwarded them to their email, requesting the Sexual Assault Kit be submitted for DNA analysis. I also requested the urine be tested for any foreign substances and blood alcohol concentration.

I also requested Hassan's buccal DNA be compared to potential male DNA found on the FNE kit.

This investigation remains open and in pending status.

***Pending***

**Confidential-Attorney Eyes Only-JDean-TempePD-000013**



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2023-132207 | Operational Status: CLOSED | |
|---|---|---|

**Follow Up Report #5**

| Assigned to:19445 - DECOURVAL, MATTHEW | Assigned on: Nov-28-2023 (Tue.) 921 | Capacity:Supplemental |
|---|---|---|
| Completed:Yes | Approved on:11/28/2023 | Approved by:DURAN, LILIANA |

## Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Subject** DVR REQUEST
**Author** 19445 - DECOURVAL, MATTHEW
**Related Date** Nov-28-2023

On 11/15/23, I was called to assist with this already ongoing investigation. I was asked to respond to 1601 W Rio Salado Pkwy, Tempe, to assist as a detective in the Digital Forensics Unit.

I learned that a sexual assault investigation led detectives to the Springhill Suites by Mariott located at 1601 W Rio Salado Pkwy, Tempe, and I was directed to collect surveillance video. I learned that Detective L. Fernandez #22959 was provided access to the system, but was unable to extract or save the video for evidence.

For complete details, refer to the related investigative reports.

---

### CCTV: 1601 W Rio Salado Pkwy, Tempe

On 11/15/23 at 1048 hours, I arrived to 1601 W Rio Salado Pkwy. I spoke with Detective Fernandez and Springhill Suites Manager Marimel Dunn who provided me access to the office and showed me their surveillance system.

I noted that the surveillance system had the following details:

- Device Make: **Network Video Recorder**
- Device Model: **NVR**
- Device Name: **NVR**
- Device Serial #: **7C112B5PAZA8369**
- (20) Cameras total were in use.
- (4) Cameras were mounted outside with exterior views of the parking lot.
- (3) Cameras were mounted in or near the main lobby.
- (11) Cameras were mounted inside with interior views. (not collected)
- (1) Camera was mounted with an outside view of the pool. (not collected)

The live video did not display a time stamp. I noted within the settings that the current time stamp was listed as 11/15/23 at 11:17:09 AM (-0700 Arizona). The actual time was 11/15/23 at 10:53 AM (-0700 Arizona). This indicated that the stored video clips could be 24 minutes ahead of actual time.

Photographs of the NVR system were taken to document its appearance, details, and condition. The photographs were later uploaded to Evidence.com reference this report number.

Detective Fernandez requested that I export the video cameras facing the exterior parking lot, and the interior lobby as the victim arrived to the hotel in a vehicle and entered the main lobby where she remained until police arrival.

Confidential-Attorney Eyes Only-JDean-TempePD-000014

# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**      **Operational Status: CLOSED**

**Camera 8** is located inside the breakfast / lounge area adjacent to the main lobby. This camera also has audio.

**Camera 9** is located inside the main lobby and captures the front entry doors and main carport. This camera also has audio.

**Camera 11** is located outside on the east side of the hotel, and captures the private drive leading in a northeast direction toward Rio Salado Pkwy.

**Camera 12** is located inside the main lobby and captures the front desk and main entry doors.

**Camera 13** is located outside on the east side of the hotel and faces southeast capturing the southeast parking lot.

**Camera 14** is located outside on the north side of the hotel, and faces northeast capturing the north parking lot and main carport.

**Camera 15** is located outside on the south side of the hotel, and faces south capturing the green space.

**Camera 17** is on the north side of the hotel, and faces northwest capturing the north parking lot entry from Lindon Ln.

---

### Video Export

I exported surveillance video from Cameras 8, 9, 11, 12, 13, 14, 15, and 17 from **11/15/23 at 0030 until 11/15/23 at 0200 hours**.

The export split the time frame for each camera into two clips spanning from 0030 to 0051 and then from 0051 to 0200. The exported files are as follows:

-NVR_ch8_main_20231115**003**000_20231115**005101**
-NVR_ch8_main_20231115**005101**_20231115**020000**

-NVR_ch9_main_20231115**003**000_20231115**005102**
-NVR_ch9_main_20231115**005102**_20231115**020000**

-NVR_ch11_main_20231115**003**000_20231115**005103**
-NVR_ch11_main_20231115**005103**_20231115**020000**

-NVR_ch12_main_20231115**003**000_20231115**005103**
-NVR_ch12_main_20231115**005103**_20231115**020000**

-NVR_ch13_main_20231115**003**000_20231115**005104**

**Confidential-Attorney Eyes Only-JDean-TempePD-000015**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**      **Operational Status: CLOSED**

-NVR_ch13_main_20231115**005**104_20231115**020**000

-NVR_ch14_main_20231115**003**000_20231115**005**104
-NVR_ch14_main_20231115**005**104_20231115**020**000

-NVR_ch15_main_20231115**003**000_20231115**005**105
-NVR_ch15_main_20231115**005**105_20231115**020**000

-NVR_ch17_main_20231115**003**000_20231115**005**106
-NVR_ch17_main_20231115**005**106_20231115**020**000

The exported files are in .DAV format, and were playable in VLC player.

On 11/15/23 at 1223 hours, I departed the Springhill Suites.

---

### Video Review

I later reviewed the exported video files and made the following observations.

Jaylynn is seen arriving to the Springhill Suites inside of a dark colored four door sedan. The vehicle appears to have been traveling northbound on Lindon Ln before entering the hotel property from the west as seen on Parking Lot Camera 17 at DVR Timestamp 11/15/23 at 0118 hours.

The vehicle continues to travel east through the parking lot into the view of Parking Lot Camera 14, where the vehicle is seen parking underneath the main entrance and carport area.

Jaylynn is seen exiting the driver side rear door of the vehicle. She walks around the rear of the vehicle and enters the main lobby at DVR Timestamp 11/15/23 at 0119 hours. Jaylynn is captured on the Carport / Front Door Camera 9 and the Main Lobby Camera 12 when entering the hotel as she contacts the main desk employee before calling police. Jaylynn is also captured on Lounge Area Camera 8 upon police arrival.

The vehicle is seen on Parking Lot Camera 11 pulling away from the main entrance / carport area toward the northeast exit to Rio Salado Pkwy. The vehicle is seen pulling over to the right at DVR Timestamp 11/25/23 at 0119 hours. The driver can be seen walking around the exterior of the vehicle near the driver side rear door, and the front of the vehicle.

At DVR Timestamp 11/15/23 at 0122 hours, the vehicle continues to travel northeast and turns eastbound onto Rio Salado Pkwy where it leaves the view of Camera 11.

---

### Conclusion

**Confidential-Attorney Eyes Only-JDean-TempePD-000016**



# TEMPE POLICE DEPARTMENT
### General Offense Report

**GO# TE 2023-132207**      **Operational Status: CLOSED**

I provided the original video clips to Detective Lopez to review.

The surveillance video was later uploaded to Evidence.com reference this report number, and was also transferred to the secure Digital Forensics Storage Server.

This concluded my involvement in this investigation at this time. Please refer to the various supplemental reports for additional details.

***PENDING***

**Confidential-Attorney Eyes Only-JDean-TempePD-000017**



# TEMPE POLICE DEPARTMENT
### General Offense Report

**GO# TE 2023-132207**    **Operational Status: CLOSED**

## Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Subject** VICTIM PHONE
**Author** 19445 - DECOURVAL, MATTHEW
**Related Date** Nov-28-2023

### Definitions

**Artifact:** This is a term used to describe a specific item recovered from a piece of digital media. An artifact could be any item to include, an image, a video, a document, a message, a note, a location, an email, or any other file.

**Cellebrite Physical Analyzer:** This is a piece of software made by the company Cellebrite. This software assists in forensic analysis, decoding, and reporting on mobile devices. Often used in conjunction with a forensic extraction device, this software decodes the data extraction to a readable format and provides various analysis and reporting features.
may include user files, application files, hidden files, and/or recently deleted files.

**Full File System (FFS) Extraction:** This is a data extraction conducted by use of a forensic extraction device. This extraction captures data via reading the file system of a device at the root or administrative access level. This extraction may include user files, system files, application files, keychain files, database files, and/or secure folder files.

**GrayKey Forensic Extraction Device:** This is a forensic tool made by the company GrayShift. The GrayKey forensic extraction device is used for the automated downloading (data extraction) of digital data from mobile devices. In some cases, depending on the specific mobile device and/or operating system, GrayKey can recover passcodes and/or data from locked mobile devices.

**ICCID (Integrated Circuit Card ID):** This is a 19 or 20 digit number used to identify a specific SIM card. In addition to being stored electronically on a SIM card, the ICCID is also printed on the outside of the card. The ICCID is structured to identify the country, issuer, and account.

**IMEI (International Mobile Equipment Identity):** This is a 15-digit number unique to a specific device, thus every mobile device will have a different IMEI. The IMEI is structured to identify the vendor, model, and specific unit.

**IMSI (International Mobile Subscriber Identity):** This is a 15-digit number unique to a specific subscriber on a GSM cellular network. Every subscriber will have a different IMSI, however the IMSI may appear on multiple devices. The IMSI is structured to identify the country, network, and subscriber.

**Manual Scroll:** This means to physically power on the phone and scroll by hand through the contents stored on the device. If items relevant to an investigation are located, they are documented via digital photographs or videos of the device's screen. A manual scroll may be used in conjunction with, or entirely separate from, an automated data extraction process.

**MSISDN (Mobile Station International Subscriber Directory Number):** This is an 11-digit number used to reach a specific mobile device, also known as the phone number.

Confidential-Attorney Eyes Only-JDean-TempePD-000018



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**     **Operational Status: CLOSED**

*SIM Card (Subscriber Identity Module):* This is a digital storage card that holds important data needed to make a successful connection to a specific cellular network provider.

---

### Notification of Incident

On 11/15/23, while working as a Detective in the Digital Forensics Unit, I was asked to assist with an investigation being conducted under Tempe Police Report #**2023-132207**.

Detective **O. Lopez #18847** requested assistance with the recovery of digital artifacts from an item of evidence that had been seized during the course of his investigation. The item of evidence was described as follows:

    -Apple iPhone cell phone, provided under consent by Jaylynn Dean.

A consent to search form signed by **Jaylynn Dean** was shown to me by Detective Lopez granting authority to conduct the data extraction and analysis of the item. For additional details regarding the consent to search, refer to the supplemental report drafted by Detective Lopez.

On 11/15/23 at 1525 hours, the phone was transferred to my custody from Detective Lopez while at the Digital Forensics Lab. During my examination, the phone was kept in the secured Digital Forensics Lab at 120 E 5th St, Tempe.

---

### Consent: Apple iPhone 13 mini Cell Phone

On 11/15/23, I began my examination of the cell phone provided by Jaylynn Dean. I observed a dark colored Apple iPhone cell phone in a clear protective case. The phone displayed minor cracking to the front screen protector.

The phone was powered on and I observed it was already in airplane mode. A four-digit passcode of  had been provided by Detective Lopez to allow access to the phone.

I connected the phone to GrayKey's forensic extraction device. The SIM card remained in the phone. I followed the onscreen instructions while utilizing the provided passcode, and GrayKey successfully completed a FFS data extraction. The following device information was located:

**Name:** Jaylynn Phone
**Model:** Apple iPhone 13 mini
**Software Version:** iOS 16.6
**Serial Number:** L33955H64M
**IMEI 1:** 3523 7763 9485 347

**Confidential-Attorney Eyes Only-JDean-TempePD-000019**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**    **Operational Status: CLOSED**

**IMEI 2:** 3523 7763 9873 500
**ICCID:** 8901 1503 2774 8339 5452
**IMSI:** 3102 6016 1437 370
**MSISDN (phone number):** ▮▮▮▮▮▮▮
**Owner Name:** jaylynn dean
**Account(s):** ▮▮▮▮▮▮▮▮▮

Following the completed extraction, I removed the protective case and found the phone contained a Nano SIM card. No SD card or other removable media items were attached.

The SIM card was removed and displayed the following identifying information:

   **ICCID:** 8901 1503 2774 8339 5452

The SIM tray displayed the following identifying information:

   **IMEI:** 3523 7763 9485 347

I then used Cellebrite Physical Analyzer to decode and examine the data. In Cellebrite Physical Analyzer, I created a report incorporating all of the extracted data.

**I also created a report including only the data between the dates of 11/09/23 and 11/16/23, which was provided to Detective Lopez at his request for review.**

I briefly reviewed the report to ensure the data was decoded and displayed correctly, however I did not complete a full review or analysis of the data.

Copies of the Cellebrite report and data extraction were saved as evidence to the secure Digital Forensics Storage Server. A copy of the report was provided to Detective Lopez.

During my examination I took digital photographs of the phone. A PDF file containing the digital photographs was later saved as evidence to the secure Digital Forensics Storage Server. A copy of the PDF file containing the photographs was provided to Detective Lopez.

---

### Conclusion

On 11/16/23 at 1113 hours following my examination, I transferred custody of the phone to Detective Lopez as requested to be returned to the consenting party.

This concluded my involvement in this investigation at this time.  Please refer to the various supplemental reports for additional details.

***PENDING***

**Confidential-Attorney Eyes Only-JDean-TempePD-000020**



# TEMPE POLICE DEPARTMENT
## General Offense Report

| GO# TE 2023-132207 | Operational Status: CLOSED | |
|---|---|---|
| **Follow Up Report #6** | | |
| Assigned to:22959 - FERNANDEZ, LINDSEY | Assigned on: Dec-15-2023 (Fri.) 1449 | Capacity:Supplemental |
| Completed:Yes | Approved on:01/03/2024 | Approved by:LOMELI JR, JORGE |

## Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Subject** RESPONDED TO SPRING HILL SUITES
**Author** 22959 - FERNANDEZ, LINDSEY
**Related Date** Dec-15-2023

### Notification:

On 11/15/2023, while working as a Child Crimes Detective within the Tempe Police Department's Special Victims Unit I was informed that on 11/15/2023 at approximately 0110 hours, Jaylynn Alayah Dean reported that she had been sexually assaulted by an unidentified Uber driver she identified as "Hassan". I was advised that Jaylynn reported that Hassan had picked her up at 2100 N. Scottsdale Rd., Tempe, Arizona, and that he had dropped her off at the Spring Hill Suites, located at 1601 W. Rio Salado Parkway, Tempe, Arizona. Please refer to the original and associated police reports for further details pertaining to the initial investigation.

### Response to Spring Hill Suites:

On 11/15/2023 at approximately 0804 hours, I spoke with Springhill Suites Manager Kim Bresee via telephone. Kim informed me that the video surveillance remained in their system for approximately one week. On 11/15/2023 at approximately 1028 hours, I responded to Springhill Suites. I spoke with Springhill Suites Manager Marimel Dunn, who provided access to the video surveillance system, for the purpose of this investigation. Marimel indicated that she did not know how to save video or extract video from the system. Marimel expressed that it was fine for Tempe Police to review the video surveillance and download any necessary footage.

Digital Forensic Unit Detective Decourval responded to Springhill Suites. Detective Decourval downloaded video surveillance for exterior cameras, and down loaded video surveillance for cameras facing the main lobby parking lot. I left prior to Detective Decourval completing the download of the video surveillance. Detective Decourval later informed me that he had shared the exported video surveillance with the lead Special Victims Unit Detective Lopez. It should be documented, I did not individually view the videos that were exported.

### Conclusion:

This concluded my involvement in this investigation. Please refer to the original and associated supplemental reports for additional details.

***PENDING***

Confidential-Attorney Eyes Only-JDean-TempePD-000021



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**     Operational Status: CLOSED

## Follow Up Report #7

| | | |
|---|---|---|
| Assigned to:21562 - CORDOVA, ADAM | Assigned on: Jan-03-2024  (Wed.) 1740 | Capacity:Supplemental |
| Completed:Yes | Approved on:02/26/2024 | Approved by:LOMELI JR, JORGE |

### Narrative Text

**Type** INVESTIGATIONS NARRATIVE
**Author** 21562 - CORDOVA, ADAM
**Related Date** Feb-24-2024

**Call Out:**

On 11/15/23 while on assignment with Tempe Police Department Special Victim's Unit I was contacted by SVU Sgt. R. ELCOCK and advised of an active stranger Sexual Assault investigation. Per Sgt. ELCOCK, the victim had been sexually assaulted by an Uber driver. I then responded to 1601 W Rio Salado Parkway Tempe AZ where I assisted lead investigator, O. LOPEZ. For further, please refer to Detective LOPEZ's report for further.

After receiving a briefing, I responded to the area of 1035 W. Rio Salado Pkwy, Tempe and conducted a canvass for video surveillance. The canvass was met with negative results.

**Uber Search Warrant:**

I then drafted and was granted Maricopa County Superior Court Search Warrant 2023-045474 by Honorable LACEY FISHER. This warrant was subsequently executed on Uber and confirmed the driver's identify was HASSAN TURAY.

**Contact with HASSAN:**

I concluded my involvement by assisting Det. LOPEZ in attempting to contact HASSAN at his listed address ███████████████████ After learning HASSAN no longer resided at the address, I then accompanied Det. LOPEZ to meet HASSAN in person at Tempe Police Headquarters. For further please refer to Det. LOPEZ's original report for further.

This concluded my involvement in this investigation.

**Confidential-Attorney Eyes Only-JDean-TempePD-000022**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**     Operational Status: CLOSED

## Related Property Report(s)

## Property Report #469261

| Property Case Status: EVIDENCE/SEIZED | Related Items: 5 |
|---|---|
| Submitted on: Nov-15-2023 (Wed.) | Submitted by: 22038 - ELLS, JESSICA |

**Related Item(s):**

**Articles**
ITEM: RAPE KITS/SEXUAL ASSAULT KIT
SERIAL #: AZ1908050
DESCRIPTION: SEX ASSAULT KIT- JAYLYNN DEAN

**Articles**
ITEM: URINE
SERIAL #: UNKNOWN
DESCRIPTION: URINE

**Articles**
ITEM: CLOTHING/BELT
SERIAL #: UNKNOWN
DESCRIPTION: TOP

**Articles**
ITEM: CLOTHING/BELT
SERIAL #: UNKNOWN
DESCRIPTION: SKIRT

**Articles**
ITEM: BUSINESS CARDS/DOCUMENTS/PAPERS-OTHER
SERIAL #: UNKNOWN
DESCRIPTION: CHAIN OF CUSTODY

**Confidential-Attorney Eyes Only-JDean-TempePD-000023**



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**      **Operational Status: CLOSED**

**Related Property Report(s)**

**Property Report #469334**

| | |
|---|---|
| **Property Case Status:** EVIDENCE/SEIZED | **Related items:** 1 |
| **Submitted on:** Nov-16-2023 (Thu.) | **Submitted by:** 18847 - LOPEZ, OSCAR |

**Related Item(s):**

Articles
ITEM: SWAB
SERIAL #: UNKNOWN
DESCRIPTION: HASSAN TURAY

Confidential-Attorney Eyes Only-JDean-TempePD-000024



# TEMPE POLICE DEPARTMENT
## General Offense Report

**GO# TE 2023-132207**     **Operational Status: CLOSED**

### Related Property Report(s)

### Property Report #478401

| | |
|---|---|
| **Property Case Status:** EVIDENCE/SEIZED | **Related items:** 2 |
| **Submitted on:** Apr-30-2024 (Tue.) | **Submitted by:** 18847 - LOPEZ, OSCAR |

**Related Item(s):**

Articles
ITEM: SWAB
SERIAL #: UNKNOWN
DESCRIPTION: ZC9GT6U40TMRAV CUTTING

Articles
ITEM: SWAB
SERIAL #: ZC9GT6U40TMRSR
DESCRIPTION: RETAINED DNA CUTTINGS

**Confidential-Attorney Eyes Only-JDean-TempePD-000025**