# C.9

# EXHIBIT 2

## EXHIBIT FILED UNDER SEAL

## UBER_JCCP_MDL_000253572

EXHIBIT
3308-B
5|5|25 CC

## Metadata

| #Author | haas@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 10/10/2016 | SEMANTIC |
| #DateCreated | 10/06/2016 | SEMANTIC |
| #Title | Understanding SV Facilitation Guide.pdf | SEMANTIC |
| Account | tbreeden@uber.com | SEMANTIC |
| All Custodians | Breeden, Tracey | SEMANTIC |
| All Paths | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_36.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_36.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_12.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_12.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_9.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_9.zip | SEMANTIC |
| Application | Portable Document Format | SEMANTIC |
| Attachment Names | [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image]; [Unnamed Image] | SEMANTIC |
| Author | Lindsay Ashworth | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000253572 | SEMANTIC |
| Collaborators | tbreeden@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/06/2016 8:54 pm | SEMANTIC |
| Date Modified | 10/10/2016 7:11 pm | SEMANTIC |
| DocID | 0B7N_JEnoRlqDQm9kZXFtaFhaVWFkdGU1YzNMQm54a1FQOGtz | SEMANTIC |
| End Family | UBER_JCCP_MDL_000253615 | SEMANTIC |
| File Path | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_36.zip | SEMANTIC |
| File Size | 1404768 | SEMANTIC |
| Filename | Understanding SV Facilitation Guide_0B7N_JEnoRlqDQm9kZXFtaFhaVWFkdGU1YzNMQm54a1FQOGtz.pdf | SEMANTIC |
| Hash Value | f071e8dd09f94dd52a28b3a0c97eb06e | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000253572;UBER_JCCP_MDL_000253573;UBER_JCCP_MDL_000253574;UBER_JCCP_MDL_000253575;UBER_JCCP_MDL_000253576;UBER_JCCP_MDL_000253577;UBER_JCCP_MDL_000253578;UBER_JCCP_MDL_000253579;UBER_JCCP_MDL_000253580;UBER_JCCP_MDL_000253581;UBER_JCCP_MDL_000253582;UBER_JCCP_MDL_000253583;UBER_JCCP_MDL_000253584;UBER_JCCP_MDL_000253585;UBER_JCCP_MDL_000253586;UBER_JCCP_MDL_000253587;UBER_JCCP_MDL_000253588;UBER_JCCP_MDL_000253589;UBER_JCCP_MDL_000253590;UBER_JCCP_MDL_000253591;UBER_JCCP_MDL_000253592;UBER_JCCP_MDL_000253593;UBER_JCCP_MDL_000253594;UBER_JCCP_MDL_000253595;UBER_JCCP_MDL_000253596;UBER_JCCP_MDL_000253597;UBER_JCCP_MDL_000253598;UBER_JCCP_MDL_000253599;UBER_JCCP_MDL_000253600;UBER_JCCP_MDL_000253601;UBER_JCCP_MDL_000253602;UBER_JCCP_MDL_000253603;UBER_JCCP_MDL_000253604;UBER_JCCP_MDL_000253605;UBER_JCCP_MDL_000253606;UBER_JCCP_MDL_000253607;UBER_JCCP_MDL_000253608;UBER_JCCP_MDL_000253609;UBER_JCCP_MDL_000253610;UBER_JCCP_MDL_000253611;UBER_JCCP_MDL_000253612;UBER_JCCP_MDL_000253613;UBER_JCCP_MDL_000253614;UBER_JCCP_MDL_000253615 | SEMANTIC |
| ILS Document Date | 10/10/2016 | SEMANTIC |
| ILS Prod Date | 8/30/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL001 | SEMANTIC |
| Other Custodians | Breeden, Tracey | SEMANTIC |
| Primary Date | 10/06/2016 8:54 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL001; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 10/10/2016 7:11 pm | SEMANTIC |

# Understanding Sexual Violence:
# Training Facilitation Guide

October 2016





CONFIDENTIAL

UBER_JCCP_MDL_000253572



**SLIDE 12: SEXUAL ASSAULT DYNAMICS**

**Most victims are targeted**[3]

"Perpetrators look for victims who are:

- easily accessible (e.g., in close proximity, isolated)
- vulnerable (e.g., intoxicated, alone)
- lacking credibility (most factors that make someone vulnerable also make them appear less credible)

In short, perpetrators look for people who are easily accessible and who are unlikely to be believed if they were to report."

### REFERENCES

[1] Black, M.C., Basile, K.C., Breiding, M.J., Smith, S.G., Walters, M.L., Merrick, M.T., Chen, J., & Stevens, M.R. (2011). *The National Intimate Partner and Sexual Violence Survey (NISVS): 2010 summary report.* Atlanta, GA: National Center for Injury Prevention and Control, Centers for Disease Control and Prevention.

[2] Amir, M. (1971). *Patterns in forcible rape.* Chicago, IL: University of Chicago Press.

[3] Powers, P. (2011). *Overcoming the consent and "big lie" defenses: Using DNA in non-stranger sexual assault cases.* Retrieved from http://victimsofcrime.org/docs/DNA%20Trainings/Patti_Powers_NSSA_8%20(3)%20white.pdf?sfvrsn=0

Understanding Sexual Violence | 14

CONFIDENTIAL