# C.13

# EXHIBIT 6

## EXHIBIT FILED UNDER SEAL

# UBER_JCCP_MDL_001739175

## Metadata

| Account | pcardenas@uber.com; | SEMANTIC |
|---|---|---|
| All Custodians | Cardenas, Philip; | SEMANTIC |
| All Paths | Cardenas, Philip: \Multi Custodian Gmail\EDISCO-23472_Gmail-108.zip\EDISCO-23472_Gmail--pcardenas@uber.com-lU8mqh.mbox; Cardenas, Philip: \Multi Custodian Gmail\EDISCO-23472_Gmail-108.zip\EDISCO-23472_Gmail--pcardenas@uber.com-lU8mqh.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001739175 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 11/03/2015 4:57 pm | SEMANTIC |
| Date Modified | 11/03/2015 4:57 pm | SEMANTIC |
| Date Received | 11/03/2015 4:57 pm | SEMANTIC |
| Date Sent | 11/03/2015 4:57 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_001739183 | SEMANTIC |
| File Path | \Multi Custodian Gmail\EDISCO-23472_Gmail-108.zip\EDISCO-23472_Gmail--pcardenas@uber.com-lU8mqh.mbox | SEMANTIC |
| File Size | 66086 | SEMANTIC |
| From | Terence Lim <tl@uber.com> | SEMANTIC |
| Hash Value | f388448b2ae7c6471c8263be2c13568d | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_001739175;UBER_JCCP_MDL_001739176;UBER_JCCP_MDL_001739177;UBER_JCCP_MDL_001739178;UBER_JCCP_MDL_001739179;UBER_JCCP_MDL_001739180;UBER_JCCP_MDL_001739181;UBER_JCCP_MDL_001739182;UBER_JCCP_MDL_001739183 | SEMANTIC |
| ILS Document Date | 11/03/2015 | SEMANTIC |
| ILS Prod Date | 3/10/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL130 | SEMANTIC |
| Labels | ^ARCHIVED; ^OPENED | SEMANTIC |
| Message Id | <CAJpNfRopWo2oL=xkZiS8U2mSwOOciLF4heuX9CmYs4KvGureLA@mail.gmail.com> | SEMANTIC |
| Other Custodians | Cardenas, Philip; | SEMANTIC |
| Primary Date | 11/03/2015 4:57 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL059;JCCP_MDL130; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Redaction Text | REDACTED - PRIVILEGED; | SEMANTIC |
| Sort Date | 11/03/2015 4:57 pm | SEMANTIC |
| Subject | Re: 3rd Party Rider Video Recorder: TripCam Startup | SEMANTIC |
| To | Phillip Cardenas <pcardenas@uber.com> | SEMANTIC |

Message

| | |
|---|---|
| From: | Terence Lim [tl@uber.com] |
| Sent: | 11/3/2015 4:57:20 PM |
| To: | Phillip Cardenas [pcardenas@uber.com] |
| Subject: | Re: 3rd Party Rider Video Recorder: TripCam Startup |

It's worth clarifying that my convo with Dorothy came after her comments below and after she heard back from her team.

On Nov 3, 2015 8:53 AM, "Terence Lim" <tl@uber.com> wrote:

I heard the opposite, that their concerns were legitimate. I can pick up with her today to double check

On Nov 3, 2015 8:51 AM, "Phillip Cardenas" <pcardenas@uber.com> wrote:

Ok...I thought that Dorothy pushed this to the regional P&C teams earlier in this thread and there was no issue from them?

On Tue, Nov 3, 2015 at 8:48 AM, Terence Lim <tl@uber.com> wrote:

Thats interesting...

We decided not to pursue this with the US rgms due to policy reasons and i informed Rachel and Mac of this yesterday via email (our ops meeting was cancelled last week).

I verified the legitimacy of their cited concerns with Dorothy and asked her to do the same with the local policy team. And what I heard back from Dorothy is that their concerns are legit, that there are potentially severe ramifications.

Jeana and I discussed this as well and we jointly made this decision.

On Nov 3, 2015 8:42 AM, "Phillip Cardenas" <pcardenas@uber.com> wrote:

So I chatted with Mac in-person yesterday and we discussed driver side safety (due to the Newport incident). He seemed loosely open to the idea of cameras.

How did you leave the conversation with the RGM's?

On Wed, Oct 21, 2015 at 6:25 PM, Terence Lim <tl@uber.com> wrote:

All,

Jeana, Dorothy and I spoke about this and we agreed to drop this one for now - it's not worth the churn and we prefer to save the fight for when we have a proven game changer that could be contentious.

We can still trial this in another international market once we have better incident tracking available elsewhere - i.e. Mexico or EU when the IRT comes online there in the coming quarters.

I'll take the action to close the loop with the RGMs at our next weekly ops meeting.

Thanks,
Terence

On Tue, Oct 20, 2015 at 7:16 PM, Dorothy Chou <dorothy@uber.com> wrote:

+ Matt

Agree let's get it offline. We're not going to get anywhere on email.

CONFIDENTIAL                                                     UBER_JCCP_MDL_001739175

Yes -- it's unclear to me what lingering effects one Forbes story has. We already have the talking points to counter it -- and our team has been using them to shut down any further discussion pretty effectively. The Forbes story happened partly bc it looks like we were sneaking around instead of being up front about what we're doing. If we own the story about safety innovation and announce what we're doing on our own terms, it will change that conversation.

Can you add Matt and me to the meeting?

On Tue, Oct 20, 2015 at 7:03 PM, Terence Lim <tl@uber.com> wrote:

All,

I am going to suggest we surface this for a f2f meeting with rgms next Tuesday at our weekly ops mtg. They've said a lot in this thread and my sense it's easier to talk through this at this point then go back/forth via email. We can probably close this off, one way or another in 5-10 mins discussion.

Dorothy, are you sure their concerns are exaggerated?

Jeana, per our chat, be great if you can summarize need / biz problem in one

T

On Oct 20, 2015 3:24 PM, "Jeana Williams" <jeana.williams@uber.com> wrote:
I'll get you the list later today - running behind on email responses today. US cities are definitely the priority from a critical incident perspective, but again I'll get you numbers to back that up tonight.

On Tue, Oct 20, 2015 at 3:20 PM, Dorothy Chou <dorothy@uber.com> wrote:
We could test there first I just don't want to set the precedent of not letting you guys innovate bc of hypotheticals. I don't think the Forbes story was as damaging as they're making it out to be.

On Tue, Oct 20, 2015 at 2:20 PM, Terence Lim <tl@uber.com> wrote:
trimming to safety & policy for a moment

@Jeana, do you have the stack rank of rider-instigated % of tickets across all cities globally?  it would be helpful to frame the opportunity here.

@all - if the data tells us that there are non-US cities that rank high in the list and these cities have no reg/policy issues in those markets, why wouldn't test there first?

On Tue, Oct 20, 2015 at 1:57 PM, William Barnes <william.barnes@uber.com> wrote:
Considering I haven't responded to this thread yet, I wanted to clarify:

- camera's have come up in conversation in meetings with regulators across my region.
- I'm 100% aligned with all the points that Mac & Rachel have brought.

That said - I don't want to dilute Mac's thoughts and suggest we continue the thread as a response to his email.

On 20 October 2015 at 13:45, Andrew Macdonald <mac@uber.com> wrote:
We've seen cameras show up as an issue in Toronto, as well as elsewhere in Canada (Edmonton). Obviously not the US, but Toronto is a major North American market for us, so if we lost an argument on this

UBER_JCCP_MDL_001739176

there it could spread elsewhere. I can't recall anywhere else, though I do believe some other US cities require these in taxis (this is probably research the safety team should have handy).

Can you help me understand the statement: "We are trying to make the argument that we can and should test safety features publicly…" Who are we trying to make this argument to? We either should or we shouldn't - based on weighing the benefits of the data gathered vs. the risks associated with that test being made public, working it's way into our regulatory discussions, etc. Again, I'll point back to the article Rachel shared as evidence that we are introducing very real risk when we run tests on sensitive issues.

Also, when you say significant upswing in the number of rider related incidents - are you talking relative, or absolute? Are we seeing more incidents per trip? Or just more incidents because we are growing?

What is the hypothesis on cameras? That drunk people will see them and adjust their behavior? That we'll be better able to adjudicate disputes? That they will give comfort to drivers, even if there is no deterrent effect? Understanding what the upside is here will help us get comfortable with the potential downside.

Come January, we'll be right back in the thick of a 50 state regulatory fight. And weird provisions will find their way from state-to-state - it only takes one state to spawn something that can spread nationally, quickly. We should be really, really careful not to spawn these things ourselves.

Maybe I'm being oversensitive here. But any rules that emerge requiring cameras would be a huge detriment to our ability to build supply effectively/cost efficiently, so it is worth treading lightly here, especially since no one has made a particularly compelling case for the upside.

Mac


On October 19, 2015 at 3:11:02 PM, Dorothy Chou (dorothy@uber.com) wrote:

+ Matt

Mac, could you help us understand where this has been proposed as a requirement in the US? I checked with a few folks and they hadn't heard of this being brought up -- but we could definitely be missing something from further back.

We are trying to make the argument that we can and should test safety features publicly to see if they're effective in reducing incidents before deciding whether or not to implement them. The safety team has found a significant upswing in the number of rider-initiated incidents, so the camera feature would be an interesting way to see if we could decrease the number of those types of incidents. If there's a way to test this (and a few other things) in a smaller U.S. market, and be proactive about how we message it, that may help? Matt would know best how to do this from a comms pov.

On Mon, Oct 19, 2015 at 7:26 AM, Terence Lim <tl@uber.com> wrote:

Hey Jeana,

Let's have a quick huddle this morning to see which cities internationally have the highest proportion of rider instigated incidents. Given what we learned last week in Mexico and Panama, latam could be an interesting market to test in.

All, we'll come back to this thread later this morning.

Regards,
Terence

On Oct 19, 2015 7:07 AM, "Andrew Macdonald" <mac@uber.com> wrote:
Got it. Thanks Phil and Dorothy.

CONFIDENTIAL                                                                                      UBER_JCCP_MDL_001739177

I'd suggest we test these things in places outside the US, where things are somewhat less in flux (if we can identify such places). The national precedent issue is so sensitive in the US right now, and our opponents are more sophisticated in finding things on the margin that hurt us. Perhaps somewhere like Manilla or Mexico City for some of these more visible experiments?

On Thu, Oct 15, 2015 at 11:15 PM, Phillip Cardenas <pcardenas@uber.com> wrote:
AC Privilege

Im okay if we want to delay this test. @Dorothy - Please message back to the group when we feel comfortable with our safety brand and when we can move forward.

@Mac, Rachel and Barnes - We (Trust & Safety) do not want to dissolve our current favorable regulations or arguments. Our objective for these tests are to get to the truth and see if they provide benefit for incident rate reduction. We will work with your teams and policy to make sure that our efforts have limited negative impact.

Cheers

Phil

On Thu, Oct 15, 2015 at 6:13 PM, Dorothy Chou <dorothy@uber.com> wrote:
Attorney client privileged

Hi everyone,

In general, I think the Safety team needs to be seen as an innovative, forward-looking group that's investing in R&D that will make riders safer. We've seen in our focus groups that the most effective argument against our our opponents' assertions about fingerprinting, etc, is that our technology solutions can create better solutions to reduce incidents on our platform.

But there is a difference between visible experiments like cameras in cars and fingerprinting, and less visible ones like smart matching and telematics that make us less vulnerable to a leak. There's also an issue of us testing out what policymakers are looking to require.

What I'd suggest is that we figure out how to own the story a bit more -- announce proactively that we're analyzing ratings and reports, and using that data to figure out different ways to reduce incidents. These projects are trial solutions that we're willing to consider to see if they reduce incident rates or improve ratings. If they don't, then we can decide not to deploy them. If they do, we can decide how we want to implement them (possibly a recording functionality in the app instead of an actual camera in the car). In the wider announcement we'd name the camera experiment as one of many (the truth is we are testing several of them anyhow).

This way, we can give folks a peek at all the industry-leading stuff we're doing and get a bit more leeway on the different pilots we'll run as opposed to being seen as 'found out' for doing something we've been avoiding. It would also be helpful to understand how many jurisdictions are demanding the camera requirement -- if it's too many of them, this strategy might not work. I can look into that with our US team if folks on this thread aren't sure of the answer.

**REDACTED - PRIVILEGED** Justin, **REDACTED - PRIVILEGED**
Happy to discuss this all live.

Thanks,

Dorothy

On Wed, Oct 14, 2015 at 6:34 PM, Rachel Holt <rachel@uber.com> wrote:
A/C priv

I assume you have seen this article. This is exactly why I share Mac's concerns.

http://www.forbes.com/sites/ellenhuet/2015/10/14/uber-publicly-resists-fingerprinting-its-drivers-but-is-quietly-testing-it-live-scan/

On Oct 14, 2015, at 7:19 PM, Phillip Cardenas <pcardenas@uber.com> wrote:

A/C Privilege

+Dorothy and Justin S (Legal Employment)

Dorothy is Security's business partner on the policy side. @Dorothy - What are your thoughts here? As we just discussed we need to find a blend of being able to test, but also the same time not erode our arguments on the ground.
@ Justin - [ REDACTED - PRIVILEGED ]

Cheers

Phil

On Wed, Oct 14, 2015 at 4:08 PM, Andrew Macdonald <mac@uber.com> wrote:
I think we are underestimating the risk of setting precedent here. Has anyone on the policy side - RW, Corey, David, Justin K, etc. been briefed?

When cities try to make an argument for mandatory cameras in cars (which has happened, though it is not a major theme right now), we use many arguments in response, including that it isn't feasible from a logistics perspective, it's too costly, drivers are part time and this adds friction for them, etc. etc. etc. I worry that we disarm these arguments somewhat by rolling this out.

I'm happy to told I'm being overly sensitive here, but I'd at least like to hear a plan to mitigate that risk, and I'd like a few policy folks to be briefed on this test before we roll it out.

Thanks,
Mac

On Tue, Oct 13, 2015 at 11:58 PM, Jeana Williams <jeana.williams@uber.com> wrote:
A/C privilege

Mac,

CONFIDENTIAL

We are looking to test cameras as a deterrent to safety incidents (primarily those caused by riders) and as a mechanism for building a feeling of security for partners who drive at high-risk times (1-3am). The pilot we had discussed with Will was small-scale (< 200 driver partners in Denver) and would be structured as a camera giveaway to drivers who would own the cameras going forward.

If successful, the data from this experiment would give us a starting point for conversations around whether we build some sort of recording functionality into the app, potentially triggered by a user or by an event (e.g. detection of aggressive voice patterns). We are far off from this at the moment and any move toward recording would involve much broader discussions of implications, but as Phil mentioned we are keen to take risks in our small-scale incident reduction testing. There is real potential here to impact behavior in the car, in particular with safety issues instigated by riders, which make up more than half of our critical (level 3/4) incidents.

I'm more than happy to discuss further and work through any concerns.

@Keith, [REDACTED - PRIVILEGED]
[REDACTED - PRIVILEGED]

Best,
Jeana

On Tue, Oct 13, 2015 at 7:23 PM, Phillip Cardenas <pcardenas@uber.com> wrote:
+Jeana and Keith

A/C Privilege

Hey Mac,

I understand your concerns, but we also need to take risks when testing incident reduction techniques. I also believe that we can run these tests with limited exposure externally (i.e. LiveScan pilot) @Jeana - can you provide some additional color around our thought process here?

@Keith - Any additional thoughts or concerns?

Cheers

Phil

On Tuesday, October 13, 2015, Andrew Macdonald <mac@uber.com> wrote:
Terence/Phil,

We need to be really careful testing cameras in cars. There are multiple ways this could go wrong. I'd love to hear more about what we're hoping to achieve, because it's not clear to me that the upside is worth the risk.

Pls let me know.
Mac

CONFIDENTIAL

---------- Forwarded message ----------
From: **Andrew Macdonald** <mac@uber.com>
Date: Tue, Oct 13, 2015 at 9:14 PM
Subject: Re: 3rd Party Rider Video Recorder: TripCam Startup
To: Will McCollum <willm@uber.com>
Cc: Kenny Tsai <kenny@uber.com>, Jeana Williams <jeana@uber.com>, Prevention Team <prevention@uber.com>, Ian Snow <isnow@uber.com>, Joseph Sanfilippo <joes@uber.com>, Meggie Brennan <meggie@uber.com>, Mooni Patel <mooni@uber.com>

Will,

Thanks for flagging. Betsy and team, I believe, have "drivers filming riders" on their list of things to develop and position on. If TripCam actually gets any traction, we'll have that policy ready to go.

Re: piloting cameras in cars - who is leading that effort? This is something we sometimes deal with in regulatory discussions - we need to be **very careful** in testing this anywhere. We **do not** want this to find its way into regulations, as it would be majorly expensive and a major drag on conversion. It doesn't scale in a cost effective way (to my knowledge), and so I'm not sure what the upside of the test is here. Our key arguments often hinge on this being very part-time, most drivers working very few hours, not being a taxi, etc. - putting cameras in cars looks much more like a full-time, taxi-like thing. Plus, it begs the question of what we are solving for, since we argue everywhere that we are the safest ride on the road without cameras. So lots to consider here.

Mac

On Tue, Oct 13, 2015 at 12:29 PM, Will McCollum <willm@uber.com> wrote:
 Mac -

 TL;DR

 • 　TripCam - New tablet available to drivers to install in back seat of uberX

 •

 o 　Video Records Riders
 o 　Enables Advertising
 o 　Collect Data
 • 　Launch scheduled for Q42015 in LA and throughout US in 2016

 Recently, a new company called TripCam has started advertising very aggressively on Facebook. TripCam provides a tablet specifically designed for ridsharing drivers that records passengers, charges phones, provides news articles and offers a revenue sharing model for drivers to advertise to riders. As of today, this facebook page only has 88 likes. However, I do see this product as a threat and want to flag it now.

 **Threats:**

 • 　TripCam owns footage of riders

 •

CONFIDENTIAL

- o Privacy Concerns
- o Incident Investigation
- o Abuse
- Advertising
- 
- o *Not* Uber to be bombarded by advertising in the back of an Uber
- o Loss of Revenue - if there will be advertising, it shouldn't go to another company
- o No Control over Content --> Lyft ads in the back of an Uber, illicit content, etc
- Data Collection
- 
- o Privacy Concerns
- o Lack of Responsibility

**Response:**  What is our position on this platform?

As an aside, the Safety & Prevention Team has reached out to the Colorado team to pilot having cameras available to drivers with the idea of increasing supply hours, increasing women drivers, and reducing rates of incidence.  However, our plan isn't as comprehensive or advanced as TripCam's business platform / model.
Thank you,

Will

--

Will McCollum | UBER Colorado GM
720.319.1183
Colorado | @Uber_CO | Facebook | Blog

--

Andrew Macdonald
**Uber | Central**

--

Andrew Macdonald
**Uber | Central**

CONFIDENTIAL

UBER_JCCP_MDL_001739182



--
Andrew Macdonald
**Uber | Central**

--
Andrew Macdonald
**Uber | Central**

--
William Barnes
310.746.8990
@williampbarnes

CONFIDENTIAL

UBER_JCCP_MDL_001739183