# C.15

# EXHIBIT 9

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------------X

IN RE: UBER TECHNOLOGIES, INC.,

PASSENGER SEXUAL ASSAULT LITIGATION

Case no. 3:23-md-03084-CRB

-------------------------------------------X

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION

OF

HANNAH NILLES

Monday, June 30, 2025

10:35 a.m.

Reported by:

ROBERTA CAIOLA

Stenographic Reporter

is the biggest driver of trust among Riders, nearly 3x the impact of any other attribute and the second biggest driver of trust among Drivers."

Do you see that?

A.    Yes, I see that.

Q.    And the second arrow says:  "Lack of safety fundamentally changes people's behavior and decision-making."

You see that?

A.    I see that's what this is asserting, yes.

Q.    It goes on to say:  "Half of existing drivers limit supply hours due to safety."

Right?  That's what it says?

A.    Um-hum.

Q.    It goes on to say:  "Women change their travel patterns - across all modes of transportation - based on perceptions of safety."

Right?  That's what it says?

A.    Well, that's definitely --

MR. PREMO-HOPKINS:  Object to form.

A.    That's definitely true.