# C.16

# EXHIBIT 10

**EXHIBIT FILED UNDER SEAL**

# UBER_JCCP_MDL_000159491

## Metadata

| | | |
|---|---|---|
| **#Author** | dmitriy@uber.com | SEMANTIC |
| **#Date Modified** | 03/22/2022 | SEMANTIC |
| **#DateCreated** | 03/08/2016 | SEMANTIC |
| **#Title** | Safety Experience 2016 Overview | SEMANTIC |
| **Account** | tbreeden@uber.com | SEMANTIC |
| **All Custodians** | Breeden, Tracey;Cardenas, Philip;Chang, Frank;Fuldner, Gus;Kansal, Sachin;Lake, Carley;McDonald, Katy;Parker, Kate;Silver, Nick | SEMANTIC |
| **All Paths** | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip; Cardenas, Philip: \Drive_003_002_Drive003_001\JCCP_DRIVE003_002\JCCP_DRIVE003_002_0.zip; Cardenas, Philip: \Drive_003_002_Drive003_001\JCCP_DRIVE003_002\JCCP_DRIVE003_002_0.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_45.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_45.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2022_8\JCCP-EDISCO-23800_2022_8_79.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2022_8\JCCP-EDISCO-23800_2022_8_79.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_41.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_41.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_21.zip; Lake, Carley: \EDISCO-24394_Drive\EDISCO-24394_Drive_21.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_94.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_94.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_16.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_16.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_21.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_21.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000159491 | SEMANTIC |
| **Collaborators** | bhav@uber.com; ambar@uber.com; mananp@uber.com; brianz@uber.com; jeana.williams@uber.com; sharmaed@uber.com; nick.silver@uber.com; candace@uber.com; hollis@uber.com; meron@uber.com; rmawas@uber.com; shimul@uber.com; nirveek@uber.com; dhruv@uber.com; kchiu@uber.com; jackieg@uber.com; trumike@uber.com; kateparker@uber.com; hraina@uber.com; krishna.veer@uber.com; tbreeden@uber.com; haas@uber.com; amritha@uber.com; carley@uber.com; bmar@uber.com; brian.tan@uber.com; sumers@uber.com; safety-ds@uber.com; s.team-disabled@uber.com; UNKNOWN; safety-personal@uber.com; safety-program@uber.com; safety-research@uber.com; uber.com; safety-team@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 03/08/2016 11:04 pm | SEMANTIC |
| **DocID** | 1NhvMIY50Vmt7P6O-X1wSQk9I9ygbQ2P-phbDr0D1C94 | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000159585 | SEMANTIC |
| **File Path** | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip | SEMANTIC |
| **File Size** | 23274851 | SEMANTIC |
| **Filename** | Safety Experience 2016 Overview_1NhvMIY50Vmt7P6O-X1wSQk9I9ygbQ2P-phbDr0D1C94.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **Hash Value** | b1d8e42774c99ded9e4973ceb2e7dc0e | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000159491;UBER_JCCP_MDL_000159492;UBER_JCCP_MDL_000159493;UBER_JCCP_MDL_000159494;UBER_JCCP_MDL_000159495;UBER_JCCP_MDL_000159496;UBER_JCCP_MDL_000159497;UBER_JCCP_MDL_000159498;UBER_JCCP_MDL_000159499;UBER_JCCP_MDL_000159500;UBER_JCCP_MDL_000159501;UBER_JCCP_MDL_000159502;UBER_JCCP_MDL_000159503;UBER_JCCP_MDL_000159504;UBER_JCCP_MDL_000159505;UBER_JCCP_MDL_000159506;UBER_JCCP_MDL_000159507;UBER_JCCP_MDL_000159508;UBER_JCCP_MDL_000159509;UBER_JCCP_MDL_000159510;UBER_JCCP_MDL_000159511;UBER_JCCP_MDL_000159512;UBER_JCCP_MDL_000159513;UBER_JCCP_MDL_000159514;UBER_JCCP_MDL_000159515;UBER_JCCP_MDL_000159516;UBER_JCCP_MDL_000159517;UBER_JCCP_MDL_000159518;UBER_JCCP_MDL_000159519;UBER_JCCP_MDL_000159520;UBER_JCCP_MDL_000159521;UBER_JCCP_MDL_000159522;UBER_JCCP_MDL_000159523;UBER_JCCP_MDL_000159524;UBER_JCCP_MDL_000159525;UBER_JCCP_MDL_000159526;UBER_JCCP_MDL_000159527;UBER_JCCP_MDL_000159528;UBER_JCCP_MDL_000159529;UBER_JCCP_MDL_000159530;UBER_JCCP_MDL_000159531;UBER_JCCP_MDL_000159532;UBER_JCCP_MDL_000159533;UBER_JCCP_MDL_000159534;UBER_JCCP_MDL_000159535;UBER | SEMANTIC |

EXHIBIT 1052

Deponent: Ross 30(b)(6)
Date: 6/11/2025

Rebecca Romano CSR No. 12546

| | JCCP_MDL_000159536;UBER_JCCP_MDL_000159537;UBER_JCCP_MDL_0001595 38;UBER_JCCP_MDL_000159539;UBER_JCCP_MDL_000159540;UBER_JCCP_MD L_000159541;UBER_JCCP_MDL_000159542;UBER_JCCP_MDL_000159543;UBER_ JCCP_MDL_000159544;UBER_JCCP_MDL_000159545;UBER_JCCP_MDL_0001595 46;UBER_JCCP_MDL_000159547;UBER_JCCP_MDL_000159548;UBER_JCCP_MD L_000159549;UBER_JCCP_MDL_000159550;UBER_JCCP_MDL_000159551;UBER_ JCCP_MDL_000159552;UBER_JCCP_MDL_000159553;UBER_JCCP_MDL_0001595 54;UBER_JCCP_MDL_000159555;UBER_JCCP_MDL_000159556;UBER_JCCP_MD L_000159557;UBER_JCCP_MDL_000159558;UBER_JCCP_MDL_000159559;UBER_ JCCP_MDL_000159560;UBER_JCCP_MDL_000159561;UBER_JCCP_MDL_0001595 62;UBER_JCCP_MDL_000159563;UBER_JCCP_MDL_000159564;UBER_JCCP_MD L_000159565;UBER_JCCP_MDL_000159566;UBER_JCCP_MDL_000159567;UBER_ JCCP_MDL_000159568;UBER_JCCP_MDL_000159569;UBER_JCCP_MDL_0001595 70;UBER_JCCP_MDL_000159571;UBER_JCCP_MDL_000159572;UBER_JCCP_MD L_000159573;UBER_JCCP_MDL_000159574;UBER_JCCP_MDL_000159575;UBER_ JCCP_MDL_000159576;UBER_JCCP_MDL_000159577;UBER_JCCP_MDL_0001595 78;UBER_JCCP_MDL_000159579;UBER_JCCP_MDL_000159580;UBER_JCCP_MD L_000159581;UBER_JCCP_MDL_000159582;UBER_JCCP_MDL_000159583;UBER_ JCCP_MDL_000159584;UBER_JCCP_MDL_000159585 | |
|---|---|---|
| **ILS Document Date** | 03/22/2022 | SEMANTIC |
| **ILS Prod Date** | 8/19/2024 | SEMANTIC |
| **ILS Prod Vol** | Vol039 | SEMANTIC |
| **LINKSOURCEBEGBA TES** | UBER_JCCP_MDL_000148587; UBER_JCCP_MDL_000162985 | SEMANTIC |
| **Other Custodians** | Breeden, Tracey;Cardenas, Philip;Fuldner, Gus;Lake, Carley;McDonald, Katy;Parker, Kate;Silver, Nick;Chang, Frank;Kansal, Sachin | SEMANTIC |
| **Primary Date** | 03/08/2016 11:04 pm | DOC_TYP E_ALIAS |
| **Production Volume** | Vol039; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 03/22/2022 4:31 am | SEMANTIC |
| **SourceHash** | d05e969a1321392794487c8baaecea15 | SEMANTIC |



CONFIDENTIAL

UBER000179593
UBER_JCCP_MDL_000159491



CONFIDENTIAL

UBER000179599
UBER_JCCP_MDL_000159497

## Summary

**We're not there yet**
We're fairly safe, but that doesn't mean we can't do more. Preventing incidents will not only materially reduce cost, but will have a profound impact on the lives of our users.

**Trust is a huge opportunity**
There's a large gap between users' perception of safety and the reality. Increasing user trust in Uber as a safe ride will lead to growth.

CONFIDENTIAL

UBER000179601
UBER_JCCP_MDL_000159499

... *so what assurances are users looking for in order to give up control over their Uber experience?*

CONFIDENTIAL

UBER000179663
UBER_JCCP_MDL_000159561



Ultimately, our users want to be assured of three things:

**Reliability** - They will get to their destination quickly at the agreed upon price

**Safety** - They will not be put in harm's way before, during or after a trip

**Privacy** - No one will abuse privileged access to their personal information

Our Focus

CONFIDENTIAL

UBER000179664
UBER_JCCP_MDL_000159562