# C.18

# EXHIBIT 13

## EXHIBIT FILED UNDER SEAL

**#6342.1**

## Metadata

| All Custodians | Sara Peters | SEMANTIC |
|---|---|---|
| **Application** | iTextSharp 5.1.2 (c) 1T3XT BVBA | SEMANTIC |
| **Date Created** | 12/08/2021 2:28 pm PST | SEMANTIC |
| **Date Modified** | 12/08/2021 2:28 pm PST | SEMANTIC |
| **Filename** | Uber_DOE_0012645.pdf | SEMANTIC |
| **MD5 Hash** | 4b803c7d0391fdddc4da212c80b8c391 | SEMANTIC |
| **Primary Date** | 12/08/2021 2:28 pm PST | DOC_TYPE_ALIAS |



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012645



BTC Module 5 "SAFETY" Creative Brief

**Objective**  Re-instill trust in Uber by proving Uber is committed to **Safety**

**Opportunity**

Context
Gen Pop has a negative perception of Uber being safe due to incidents that have occured with drivers in the past. Some riders associate the low fare of Uber rides to unprofessional drivers and thus, and unsafe service.

Opportunity
Have Riders & Gen Pop perceive Uber as a safe service by highlighting the experienced and professional drivers. Leverage the vetting they go through and the product feature of driver profiles.

Proof points
Vetting & Driver Profile (name, picture, experience, ratings, experience, license plate, car)

**Role of the Brand**

Audience
Safety is a consistent theme being requested from EMEA markets. It sits at the core of all human needs, and is instrumental in shaping the perception of Gen Pop. Vetted and experienced drivers converts to safe drivers, which is the most impactful element in shaping a positive perception on safety. Riders seek reassurance that this foundational aspect of safety is being addressed by Uber and its drivers.

Core Insight/Tension
The information about drivers (picture, name, # of trips, license plate, tenure, achievements) made available to riders prior to the ride provides a sense of familiarity with the driver. This makes the riders feel confident about making the decision to take a ride with Uber, and effectively, provides a feeling of safety when stepping into the car. Once they are seated, the makes them trust the person behind the wheel.

**Proposition**  The high ratings in the app reflect the services delivered by the drivers.







Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC                    Uber_DOE_0012649



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC





Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC    Uber_DOE_0012653





Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012655



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012656



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012657



HUMAN, HONEST, HUMBLE. EVERYDAY. WE CAN OWN THAT CLOSENESS.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC



HUMAN, HONEST, HUMBLE. EVERYDAY. WE CAN OWN THAT CLOSENESS.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012659



HUMAN, HONEST, HUMBLE. EVERYDAY. WE CAN OWN THAT CLOSENESS.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012661



HUMAN, HONEST, HUMBLE. EVERYDAY. WE CAN OWN THAT CLOSENESS.

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012662





Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012664



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012665



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012666

# WHAT CREATES THE FEELING OF SAFETY?

Recognising a **friendly face and name**
(on your phone and in the car window).

A **vetted certification.**

A **track record** that proves out safe rides
(rating, experience).

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012667

# Visual approach

## Sign Off

To convey our driver-vetting in a visceral way, we have explored an animation device that we can use to sign off our safety films. We show all the individual vetting steps as a 'counter' that ends on certified driver since...

No driving offenses √
Vehicle safety check √
Licensed driver certificate √
Background check √

Certified driver since ...

We can add different steps into the counter for different films, and even add more playful 'vetting' into the mix to humanize it. Like i.e. 'cute profile picture √' or 'excellent name pronunciation √'



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC



Route Tittle

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC                    Uber_DOE_0012669



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012670

30"

### CHECK, CHECK, TRIPLE CHECK - 30"

We open on a single dad helping his eight-year-old daughter get ready for school.
He clearly takes his job seriously, double and triple checking if everything is ok.

He checks if she brushed her teeth. Twice.
He checks if she's dressed warm enough.
He checks to see if she has everything in her backpack.
And all the while he's checking the time.
When the school bus arrives, he walks her all the way to her seat. A bit ridiculous, but cute too.

VO: "To me there's no such thing as being overprotective. You can never be too sure right?"

We then cut to dad getting into his car. We see him click his phone into the dock and open the Uber app.

VO: "So I didn't really mind getting vetted when I started this job. I do that all the time, ha".

A ride request comes in and he accepts.

Title up: Raul. 4.89 *
                    Certified driver since 2015

**Uber.** Where to?



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC



# 6" YOUTUBE BUMPER

CHECK, CHECK, TRIPLE CHECK - 6"

Title up: Raul. 4.89 *

We open on Raul driving while the titles are still on. But instead of them disappearing, we start adding more titles. Almost like a resumé of all of the vetting boxes he ticked i.e.:

- no driving offenses V
- vehicle safety check V
- licensed driver certificate V

All leading up to:

-Certified driver since 2015

**Uber.** Where to?

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012673



Route Tittle

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

# 30"

## AOIBHEANN – 30"

We open on an Uber driver, Richard, in his car by himself repeating different iterations of the same word. It sounds like he's doing voice exercises or something. Nonsensical gibberish.

*Ayobean*
*Oybeyan*
*Ahhbyen*
*Aaoybh...*

He sighs. Then takes his phone and types something in. We hear a robot voice say:

"Eeven"

He repeats. *Eeven...*
And again: *Eeven.*
That's not too hard.

Suddenly, the backseat door opens and a girl leans in, looking a bit hesitant. She asks: *'Richard?'*
He nods and says *'Aoibheann?'.*
She looks pleasantly surprised that someone got her name right for once, which is totally disarming.
Cut to Aoibheann and Richard having a laugh as they drive off.

Title up: Richard.
**Correct name pronunciation √**
No driving offenses √
Vehicle safety check √
Licensed driver certificate √

Certified driver since 2014

**Uber.** Where to?



Richard
Certified Driver since 2014

Uber

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC



# 6" YOUTUBE BUMPER

AOIBHEANN – 6"

Title up: Richard.
Certified driver since 2015

We see Richard, in his car by himself repeating
different iterations of the same word.

*Ayobean*
*Oybeyan*
*Ahhbyen*
*Aaoybh...*

We then move to the right and see a second phone on
the dashboard with the Uber app open: "Pickup
request Aoibheann"

**Uber.** Where to?

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012676



Route Tittle

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC                    Uber_DOE_0012677



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012678

## 30"



### SAY CHEESE - 30"

We open on a 50+ man, getting dressed. He puts on his suit. Fixes his tie. Checks his moustache in the mirror.

We then see him in the living room, with his wife. They are bickering a bit, trying to figure out how the camera on his smartphone works.

VO:
"..what's that thing they always say... ?

We then see him pose for the camera and we discover he's not wearing a whole suit, but just the top part for the picture. He's still in his pajama pants.

He straightens his back, puts his chin up and smiles. "CLICK". They check the result together.

"...only one chance to make a first impression".

We cut to a girl alone on a quiet street late at night, waiting for an Uber. She checks the driver's profile and sees the disarming photo smile of our driver from the opening. She relaxes. She puts her phone back in her purse and looks out for the car to arrive.

We then cut to the girl in the car, chatting with the driver.

Title up

**Cute profile picture** ✓
No driving offenses ✓
Vehicle safety check ✓
Background check ✓

Certified driver since 2018

**Uber.** Where to?

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012679

# 30"



### SAY CHEESE - 30" - UK VERSION

We open on a 50+ man, getting dressed. He puts on a suit. Fixes his tie. Checks his moustache in the mirror. His wife gives him a nod approval.

VO:
"..what's that thing they always say…?

We cut to him at a Greenlight Hub, going into the photo booth to get his picture taken. His wife is watching with a very critical look, giving him cues for his pose. He sits down. Back straight. Chin up. Big smile. And FLASH!

They check the shots together. *Mehh*, eyes closed. He decides to go again. FLASH. Awkward look. And again. FLASH. This one's perfect.

"…only one chance to make a first impression".

We cut to a girl alone on a quiet street late at night, waiting for an Uber. She checks the driver's profile and sees the disarming photo of our driver from the opening. Big smile and eyes wide open from the flash. It's kind of funny. She relaxes. She puts her phone back in her purse and looks out for the car to arrive.

We then cut to the girl in the car, chatting with the driver.

Title up ▇▇▇▇

**Cute profile picture √**
No driving offenses √
Vehicle safety check √
Background check √

Certified driver since 2018

**Uber.** Where to?

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012680



# 6" YOUTUBE BUMPER

### SAY CHEESE

Title ██████

Certified Driver since 2018

We see an older women snapping pictures of her husband. The last picture animates in to Patrice's driver profile. A big disarming photo smile that ends on someone's phone.

**Uber.** Where to?

Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

# IG STORY

## SAY CHEESE

**Story 1:** We see a sequence of snaps of a middle aged man in a suit, striking different poses and pulling faces in front of a camera.

**Story 2:** We reveal the context. The man's wife is taking pictures of him. We see that he's only wearing the top part of a suit and has pajama pants underneath.

**Story 3:** We cut to a girl alone on a quiet street late at night, waiting for an uber. She checks the driver's profile and sees the disarming photo smile of our driver from the opening. She relaxes.

**Title up:** Patrice
Certified Driver since 2018

**Uber.** Where to?



Confidential: Subject to Protective Order in Case No. 3:19-cv-03310-JSC

Uber_DOE_0012682