# C.19

# EXHIBIT 14

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_005389723**



Greg Brown

EXHIBIT
June 17, 2025

**1092**

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Chang, Frank;Cinelli, Dennis;Fuldner, Gus;Sheridan, Danielle; | SEMANTIC |
| **All Paths** | Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_46.zip; Cinelli, Dennis: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_2\JCCP-EDISCO-23800_2022_2_4.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2022_8\JCCP-EDISCO-23800_2022_8_87.zip; Sheridan, Danielle: \JCCP-EDISCO-23800_2022\JCCP-EDISCO-23800_2022_3\JCCP-EDISCO-23800_2022_3_10.zip | SEMANTIC |
| **Date Created** | 01/25/2018 4:14 am | SEMANTIC |
| **Date Modified** | 02/09/2022 10:00 pm | SEMANTIC |
| **File Path** | \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_46.zip | SEMANTIC |
| **Other Custodians** | Cinelli, Dennis;Fuldner, Gus;Sheridan, Danielle;Chang, Frank; | SEMANTIC |

# Document Produced in Native

CONFIDENTIAL

UBER_JCCP_MDL_005389723

# Changes in the Power of Ratings Over Time

Frank Chang
Todd Gaddis
2018-01-24



# Predictive Power of Ratings



# Predictive Power of Ratings : Full Study

Full Dataset covers *over 2 years* of U.S. trip data with:

- Over **7.6 Billion** trip miles

- Over **1.2 Billion** trips

- Over **1.5 Million** Safety Tickets

- Over **20,000** Accident Claims

- Ratings calculated for each driver at time of trip based on 500 previous trips



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Predictive Power of Ratings

Ratings provide a strong signal for accident propensity



At time of trip:
**Drivers below 4.5** are **at least twice as likely** to get into an accident

**Drivers below 4.2** are *4x as likely* to get into an accident

Rating bands are based on the 500 previous rated trips at time of trip

**UBER**
Safety & Insurance

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Predictive Power of Ratings

Ratings provide a strong signal for safety incidents



At time of trip:
**Drivers below 4.6** are <span style="color:red">**at least twice as likely**</span> to have a safety incident

**Drivers below 4.2** are <span style="color:red">*6x as likely*</span> to have a safety incident

Rating bands are based on the 500 previous rated trips at time of trip



<span style="color:red">**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**</span>

# Predictive Power of Ratings

Due to their predictive power, ratings are <u>one of the primary inputs</u> for initiatives to reduce costs and stand for safety.

| Rating-based deactivation | Ticket- and rating-based deactivation | Insurance Cost KPI Metric |
|---|---|---|
| Low-rated drivers receive warnings and are deactivated if their ratings do not improve | Ratings and safety incident history are used to identify and deactivate drivers with a pattern of dangerous driving behavior | Central Operations and Finance use ratings as a factor in computing insurance savings from initiatives |

UBER
Safety & Insurance

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**



# Changes in the Power of Ratings Over Time



# Changes in the Power of Rating Over Time

Over three years, the predictive power of ratings has decreased.



**Less signal:**
**DECREASE** in rated trips



**More noise:**
**INCREASE** in "junk ratings"



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Impact on Safety and Insurance

Drivers who should be deactivated remain on the platform longer



Less signal:
DECREASE in rated trips

It takes *two to three times as many trips* to identify bad drivers



More noise:
INCREASE in "junk ratings"

The predictive power of ratings has been *greatly diluted* by 5-star "junk ratings", driver ratings become inflated



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Change in Ratings (U.S. Only)

Massive Change in Distribution of 1-, 2-, 3-, 4-, 5-star Ratings Over Time



A lot more 5-star ratings, a lot fewer 4- and 3-star ratings.
The average rating given (*black dotted line*) increased from **4.75 to 4.85** over the same period



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Change in Ratings (U.S. Only)

## Increase in average rating and in 5-star ratings driven by changes in app





No change in ERA, clear change in Helix

Source: https://shiny-prod.uberinternal.com/apps/dr_helix_ratings/



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Change in Ratings (U.S. Only)

## Volume of rated trips is now nearly one-third of ERA



Source: https://shiny-prod.uberinternal.com/apps/dr_helix_ratings/



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Change in Ratings (U.S. Only)

App Feature rollouts create quantum leaps in 5-star ratings given

- Helix / Optional ratings
- Compliments

- Ratings Protection v2
- Mandatory Feedback <4 stars

- Mandatory feedback <3 stars
- Rider receipt redesign

- Push Notifications
- Tipping
- Ratings Protection v1

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

UBER
Safety & Insurance

# Impact of Nov 2015 Octane Change

| Week of Trip | 1-star | 2-star | 3-star | 4-star | 5-star |
|---|---|---|---|---|---|
| 10/15/2015 - 10/21/2015 | 1.4% | 0.9% | 2.8% | 10.0% | 85.0% |
| 10/22/2015 - 10/28/2015 | 1.4% | 0.9% | 2.7% | 9.9% | 85.1% |
| 10/29/2015 - 11/4/2015 | 1.5% | 0.9% | 2.7% | 9.7% | 85.2% |
| 11/5/2015 - 11/11/2015 | 1.3% | 0.8% | 2.6% | 9.7% | 85.5% |
| 11/12/2015 - 11/18/2015 | 1.3% | 0.8% | 2.6% | 9.6% | 85.6% |
| 11/19/2015 - 11/25/2015 | 1.3% | 0.8% | 2.6% | 9.3% | 86.0% |
| 11/26/2015 - 12/2/2015 | 1.4% | 0.8% | 2.6% | 9.3% | 85.9% |
| 12/3/2015 - 12/9/2015 | 1.3% | 0.8% | 2.5% | 9.3% | 86.2% |
| 12/10/2015 - 12/16/2015 | 1.3% | 0.8% | 2.5% | 9.3% | 86.1% |
| 12/17/2015 - 12/23/2015 | 1.6% | 0.8% | 2.5% | 8.9% | 86.2% |
| 12/24/2015 - 12/30/2015 | 1.6% | 0.8% | 2.6% | 9.1% | 85.9% |
| 12/31/2015 - 1/6/2016 | 1.7% | 0.8% | 2.6% | 9.0% | 85.9% |
| 1/7/2016 - 1/13/2016 | 1.3% | 0.8% | 2.4% | 9.0% | 86.5% |

In late November 2015:

1. **Mandatory Feedback** and a **Rider Receipt Redesign** were launched in Octane

2. The proportion of 5-star ratings jump from 85% to 86% and continue to increase

3. Simultaneously, the proportion of 4-star ratings drop from 10% to 9% and continue to decrease



**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Impact of Nov 2016 Helix / Optional Ratings

| Week of Trip | 1-star | 2-star | 3-star | 4-star | 5-star |
|---|---|---|---|---|---|
| 10/6/2016 - 10/12/2016 | 1.4% | 0.7% | 2.6% | 7.8% | 87.5% |
| 10/13/2016 - 10/19/2016 | 1.4% | 0.7% | 2.6% | 7.8% | 87.5% |
| 10/20/2016 - 10/26/2016 | 1.4% | 0.7% | 2.6% | 7.8% | 87.4% |
| 10/27/2016 - 11/2/2016 | 1.6% | 0.8% | 2.6% | 7.7% | 87.3% |
| 11/3/2016 - 11/9/2016 | 1.5% | 0.8% | 2.5% | 7.5% | 87.7% |
| 11/10/2016 - 11/16/2016 | 1.3% | 0.7% | 2.4% | 7.3% | 88.1% |
| 11/17/2016 - 11/23/2016 | 1.5% | 0.8% | 2.4% | 7.1% | 88.2% |
| 11/24/2016 - 11/30/2016 | 1.5% | 0.8% | 2.4% | 7.0% | 88.2% |
| 12/1/2016 - 12/7/2016 | 1.5% | 0.8% | 2.4% | 7.0% | 88.4% |
| 12/8/2016 - 12/14/2016 | 1.5% | 0.8% | 2.4% | 6.9% | 88.4% |
| 12/15/2016 - 12/21/2016 | 1.7% | 0.8% | 2.4% | 6.9% | 88.2% |
| 12/22/2016 - 12/28/2016 | 1.8% | 0.8% | 2.4% | 6.8% | 88.2% |
| 12/29/2016 - 1/4/2017 | 1.7% | 0.8% | 2.3% | 6.5% | 88.7% |

In November 2016:

1. **Optional Rating** was launched 100% in Helix

2. The proportion of 5-star ratings jump from 87.5% to 88.5% and continue to increase

3. Simultaneously, the proportion of 4-star ratings drop from 7.8% to 6.5% and continue to decrease



UBER

Safety & Insurance

ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT

# Impact of May 2017 Ratings Protection

| Week of Trip | 1-star | 2-star | 3-star | 4-star | 5-star |
|---|---|---|---|---|---|
| 4/6/2017 - 4/12/2017 | 1.7% | 0.7% | 2.1% | 6.2% | 89.3% |
| 4/13/2017 - 4/19/2017 | 1.7% | 0.7% | 2.1% | 6.1% | 89.4% |
| 4/20/2017 - 4/26/2017 | 1.8% | 0.7% | 2.1% | 6.0% | 89.4% |
| 4/27/2017 - 5/3/2017 | 1.8% | 0.7% | 2.0% | 5.9% | 89.6% |
| 5/4/2017 - 5/10/2017 | 1.8% | 0.7% | 2.1% | 6.0% | 89.4% |
| 5/11/2017 - 5/17/2017 | 1.8% | 0.7% | 2.1% | 6.0% | 89.4% |
| 5/18/2017 - 5/24/2017 | 1.8% | 0.7% | 2.1% | 6.0% | 89.4% |
| 5/25/2017 - 5/31/2017 | 1.7% | 0.7% | 2.0% | 5.6% | 90.1% |
| 6/1/2017 - 6/7/2017 | 1.5% | 0.7% | 1.9% | 5.4% | 90.5% |
| 6/8/2017 - 6/14/2017 | 1.5% | 0.7% | 1.9% | 5.4% | 90.6% |
| 6/15/2017 - 6/21/2017 | 1.6% | 0.7% | 1.9% | 5.4% | 90.4% |
| 6/22/2017 - 6/28/2017 | 1.5% | 0.7% | 1.9% | 5.4% | 90.5% |
| 6/29/2017 - 7/5/2017 | 1.6% | 0.7% | 1.9% | 5.3% | 90.6% |

In May 2017:

1. **Ratings Protection v1** was launched as part of driver forward

2. The proportion of 5-star ratings jump from 89.3% to 90.3% and continue to increase

3. Simultaneously, the proportion of ALL OTHER RATINGS drop as they are removed wholesale



UBER

Safety & Insurance

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**

# Impact of Nov 2017 Ratings Protection

| Week of Trip | 1-star | 2-star | 3-star | 4-star | 5-star |
|---|---|---|---|---|---|
| 10/5/2017 - 10/11/2017 | 1.6% | 0.7% | 1.8% | 5.1% | 90.8% |
| 10/12/2017 - 10/18/2017 | 1.6% | 0.7% | 1.8% | 5.1% | 90.8% |
| 10/19/2017 - 10/25/2017 | 1.6% | 0.7% | 1.7% | 5.0% | 90.9% |
| 10/26/2017 - 11/1/2017 | 1.7% | 0.7% | 1.7% | 4.9% | 91.0% |
| 11/2/2017 - 11/8/2017 | 1.6% | 0.7% | 1.7% | 4.9% | 91.2% |
| 11/9/2017 - 11/15/2017 | 1.6% | 0.6% | 1.7% | 4.9% | 91.1% |
| 11/16/2017 - 11/22/2017 | 1.6% | 0.6% | 1.7% | 4.9% | 91.2% |
| 11/23/2017 - 11/29/2017 | 1.6% | 0.6% | 1.5% | 4.5% | 91.8% |
| 11/30/2017 - 12/6/2017 | 1.5% | 0.6% | 1.5% | 4.5% | 91.9% |
| 12/7/2017 - 12/13/2017 | 1.5% | 0.6% | 1.5% | 4.4% | 92.0% |
| 12/14/2017 - 12/20/2017 | 1.6% | 0.6% | 1.5% | 4.3% | 92.0% |
| 12/21/2017 - 12/27/2017 | 1.6% | 0.6% | 1.4% | 4.1% | 92.5% |
| 12/28/2017 - 1/2/2018 | 1.5% | 0.5% | 1.3% | 4.0% | 92.7% |

In November 2017:

1. **Ratings Protection v2, More Mandatory Feedback** was launched as part of driver forward

2. The proportion of 5-star ratings jump from 91.0% to 92.5% and continue to increase

3. Simultaneously, the proportion of ALL OTHER RATINGS drop as they are removed wholesale



UBER
Safety & Insurance

**ATTORNEY-CLIENT PRIVILEGED WORK PRODUCT**