**C.20**

# EXHIBIT 15

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_000322925**

## Metadata

| Account | kateparker@uber.com | SEMANTIC |
|---|---|---|
| **All Custodians** | Parker, Kate | SEMANTIC |
| **All Paths** | Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_50.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_50.zip | SEMANTIC |
| **Application** | Microsoft 2007 Word Document | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000322925 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 11/03/2017 4:11 pm | SEMANTIC |
| **Date Modified** | 11/03/2017 4:11 pm | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000322935 | SEMANTIC |
| **File Path** | \JCCP_DRIVE006\JCCP_DRIVE006_50.zip | SEMANTIC |
| **File Size** | 23997 | SEMANTIC |
| **Hash Value** | 3ce79dcbc28236f4c6f3b822f5fdf657 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_000322925;UBER_JCCP_MDL_000322926;UBER_JCCP_MDL_000322927;UBER_JCCP_MDL_000322928;UBER_JCCP_MDL_000322929;UBER_JCCP_MDL_000322930;UBER_JCCP_MDL_000322931;UBER_JCCP_MDL_000322932;UBER_JCCP_MDL_000322933;UBER_JCCP_MDL_000322934;UBER_JCCP_MDL_000322935 | SEMANTIC |
| **ILS Document Date** | 11/03/2017 | SEMANTIC |
| **ILS Prod Date** | 8/30/2024 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL001 | SEMANTIC |
| **Other Custodians** | Parker, Kate | SEMANTIC |
| **Primary Date** | 11/03/2017 4:11 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL001; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 11/03/2017 4:11 pm | SEMANTIC |

| INITIATIVES | RESONANCE & EXECUTIONAL STRATEGIES |
|---|---|
| **Confirming Driver's Identity**<br>To confirm that the driver is the correct and registered background-checked person, photo verification software is utilized to verify the driver's identity. When the driver logs in to the app, he or she is prompted to take a selfie. The selfie picture is then compared to the picture on file and the driver's app will only be activated to pick-up riders if the selfie picture matches the picture on file for that driver. If not, the driver will need to produce verification to customer support. | • Perceived as taking too much time by both riders and drivers<br>• Drivers complain that current interim ID happens while moving<br>• Selfie not considered reliable because of subtle changes to appearance (breakouts, hat, hairstyle, etc.)<br>• Fingerprint seen as working better, but unnecessary<br>• General perception is that "who would steal my car and pick up passengers to make money for me?"<br>• Doesn't offer meaningful benefit |
| **Share your Trip Status with Friends and Family**<br>While en route, a rider can click a link in the app to text a notification to someone letting them know exactly where they are and what time they are expected to arrive. The rider can either input contact info or choose from their contacts. The notification includes GPS tracking of the trip as well as key information including car make and model, license plate number, and the driver's picture and name. | • Highly appealing and moves needle for most, even getting vulnerables to try<br>• Easy way to document<br>• Full information provided: driver, car, license plate, location, time<br>• Provides paper trail and potential heads-up to contacts<br>• Makes women more likely to feel safe using Uber in places where there is concern, but doesn't move the needle much on high risk situations (night, bad part of town)<br>• Dynamic nature of map appeals and impresses<br>• Risk: Sometimes doesn't go through<br>• Would use for everyday use and also for emergency<br>• Okay to access contacts with permission, no concerns |
| **Helping Drivers be Safer through Safety Coaching**<br>Using the driver's smartphone GPS, accelerometer, and gyroscope, data is collected in real time about driving behavior such as braking, acceleration, or smartphone handling. These data are collected and shared with drivers via a daily report which lets them know how their driving patterns compare to other drivers in their city—with suggestions on how to provide a smoother, safer ride. It could also send alerts through the app to drivers in real-time for things like driving over 80 miles per hour, holding a phone while driving, or driving for too many hours without taking a break. | • Benefit not clear to riders or drivers<br>• Some drivers eager to improve and would welcome feedback at end of shift via email<br>• Real time alerts not preferred and perceived to represent safety risk<br>• Expectation that Uber would suspend or terminate drivers with repeated poor reports<br>• Expectation to act not simply report<br>• Mandatory rider ratings are seen as more effective method to improve driver's attention to driving skills and for Uber to identify unsafe drivers |

**Formatted:** Indent: Left: 0.05", Hanging: 0.19", Outline numbered + Level: 1 + Numbering Style: Bullet + Aligned at: 0.75" + Indent at: 0.5"

**Formatted:** Font: (Default) Arial, 11 pt

UBER_JCCP_MDL_000322925

| | |
|---|---|
| **In Case of Emergency: Driver/Rider SOS Button**<br>An SOS button within the ridesharing app that could be pressed in the event of an emergency. A driver or a rider would have the option of pressing the button mid-ride to reach emergency services by phone, and send an "SOS alert" to local authorities that lets them track the vehicle's whereabouts in real time. | • Expectation that police or third party security service will pull over car within a few minutes<br>• Appealing feature that moves the needle<br>• Concern for false positives<br>• Button doesn't have to be physical (mounted in car) – can be digital, in app<br>• Must be equally offered to rider and driver (mutual)<br>• Alarm should be silent and discrete so neither knows it's been pushed<br>• Seen as beneficial in criminal and medical emergencies<br>• No expectation for real time action from company, but expectation that Uber will be alerted and follow up within a few hours with both rider and driver for debrief and act on info received<br>• Some similar apps in use, but this feels more relevant to Uber usage<br>• Likened to silent alarm in banks<br>• Secondary to Share My Trip, but additive in terms of value |
| **Occupational Testing for Drivers to Predict Success**<br>A series of questions that drivers would need to answer online prior to becoming a driver. Similar to inventories used in certain occupations and the military, questions would focus on what drivers would do in the event of various circumstances to identify those who are a higher risk for bad driving behaviors, poor choices, or unacceptable interpersonal interactions. Those who are determined to be high risk could then be prevented from becoming a driver on the ridesharing platform. | • Appeals more when positioned as occupational exam more than psychological exam (the latter indicates Facebook or magazine quiz)<br>• Not regarded as completely reliable/credible<br>• Most appealing and credible when positioned as similar to military or other regulated career inventory<br>• Drivers and riders quickly question Uber's ability to verify correct test taker and some point out that drivers would "share the test questions" so there would be a need to large number of randomized questions<br>• Does not directly indicate high quality drivers<br>• Background checks are seen as more effective way of elevating caliber of drivers activated<br>• Mandatory rider ratings are seen as more effective method of maintaining high level of driving skill |
| **Matching Riders and Drivers Based on Preferences**<br>By learning more about what riders prefer, riders are matched with drivers who are likely to give them the experience they most want. For example, those who are always in a hurry, those who like to chat, those who like to be asked about the route vs. follow GPS no matter what. This could also be used to avoid poor matches based on past ratings, so | • Not appealing, no obvious consumer facing benefit<br>• Immediately indicates slowed matching, which reduces perceptions of convenience (deal breaker)<br>• Matching based on "different kinds of drivers" implies that some are less capable, which reflects negatively on Uber |

CONFIDENTIAL

| | |
|---|---|
| if a rider rated a driver 2 or lower, they would not be paired again. Additionally, drivers' patterns can be used to optimize routes as well. For example, certain drivers may be better at city-driving than highway driving. Understanding these slight differences in driving style could ensure the safest potential route is identified. | • Matching based on personality traits feels invasive and gratuitous ("I don't need to know if he like jazz")<br>• A main responsibility of drivers is being sensitive to riders' needs and preferences (music or no, AC or no, talk or no, GPS or other route, etc.). Collecting any more info digitally feels unnecessary, artificial, and not beneficial<br>• Related: Alerting riders and drivers when one or the other is a first timer builds empathy and is appealing<br>• Related: Knowing tenure for drivers (how many trips, how many ratings) is of interest to riders and may be appealing if executed mutually |
| **Internal Audio and Video Monitoring**<br>Recording what's happening **inside** a car on a ride. This could be a camera recording audio and video of everything that happens from a dashboard perspective, or it could be as simple as audio recordings made using an app on a smartphone that just records sounds. In either case, the objective would be to record all the activities and communications occurring inside the car during the ride so it could be used in the event of an issue. | • Internal AV seen as more beneficial than external<br>• Needs to have video and audio<br>• Benefit is both to prevent incidents, and document for punitive purposes<br>• Most countries aware of and comfortable with CCTV<br>• Would be helpful in event of driver criminal activity, minor interpersonal incidents between rider/driver, accidents, rider behavior issues, rider on rider issues with POOL, medical emergencies, taxi violence, and driver complaints<br>• Some drivers have their own today (some internal, some external)<br>• Footage should only be owned and accessible by Uber<br>• Riders and drivers expect Uber to house the footage and use it only in event of issue (archive approach)<br>• There is also an expectation that Uber will audit rides randomly to ensure quality of service and driving (like a call center)<br>• Footage should be collected for every ride, triggered to record on ping<br>• There are concerns about who sees or has the footage but benefit outweighs concern as long as neither rider nor driver has access to footage |
| **External Audio and Video Monitoring**<br>Technology to record what's happening **outside** the car during a ride. This could be a camera located inside the vehicle recording activities and communications occurring outside of the car during the ride so it could be used in the event of an issue. | • Perceived as less useful than internal AV<br>• perceived as benefitting driver and company more than riders<br>• More appealing in markets with high taxi violence (but still low) |

UBER_JCCP_MDL_000322927

|  | • Footage should be collected entire time driver logged in to app<br>• Less concern with who can see footage, but generally same rules apply as far as who owns footage and what it is used for and how |
| --- | --- |
| **Driver Background Screening**<br>All ridesharing drivers must currently provide license and vehicle documentation before being able to drive for the service. Drivers are also required to go through a pre-screening process that includes a review of their motor vehicle records and a search through criminal records at the county, state, and federal levels.<br><br>All drivers must meet the following requirements:<br>• A minimum of 1 year licensing history (if under 23, must have at least 3 years history)<br>• A clean Motor Vehicle Report (MVR) with no more than 3 incidents in the past 3 years<br>• No DUIs and no reckless driving<br>• A clean criminal background check with no felonies or misdemeanors involving theft, violence or drugs in past 7 years<br>No speeding violations for driving 20 mph or greater over speed limit in the past 3 years. | • Improves perceptions of safety greatly<br>• Some assume this, some never thought about it, few look it up prior<br>• Moves the needle because it means "not everyone can be an Uber driver" – it is competitive and they are vetted<br>• Both criminal and motor vehicle record matters – combo is very strong<br>• Specifics matter: No speeding over 20 mph, no DUI, no reckless driving, no felonies, no misdemeanors<br>• Time span on back checks less important (5 years vs. 10 years)<br>• Doesn't add any incremental value if third party agency conducts background check (people trust Uber to do it)<br>• Once is not enough<br>• Need to re-check every two years max (would prefer every year but realize this may not be feasible). If doing every two years, explain that it's because info is only updated every 18 months<br>• Would need to be entire thing again<br>• Petty theft, bar fights, parking violations don't matter<br>• Marijuana possession not important, but zero tolerance policy for drug and alcohol use matters greatly<br>• mentioning national sex offender list brings up elephant in room – better to use clinical language of criminal and motor vehicle records to not get minds racing<br>• Removing background screening reflect negatively on Uber and perceived trust and safety. Although awareness is low, would cause media outcry. Opportunity for positive messaging that will move the needle<br>• Multi-state better |
| **Using Substitute Phone Numbers instead of Actual Personal Contact Into**<br>Technology to hide your phone number which would allow you to keep your contact | • On a glance confusing to riders and drivers who don't understand |

UBER_JCCP_MDL_000322928

| | |
|---|---|
| details confidential so when you and your driver need to contact each other, your personal information stays private. | <ul><li>Explaining it as Uber serving "as a switchboard that connects riders and drivers using a central phone number" helps</li><li>Currently in place in some markets, not in others, which may lend false sense of security for those who travel</li><li>Concerns include retrieving lost items</li><li>Drivers in markets without anonymized phone numbers are actively reaching out to riders after the fact and many don't see anything wrong with approaching an attractive woman</li></ul> |
| **Confirming Rider's Identity and Account**<br>Verifying the account information of riders prior to a driver accepting the ride. Rider information is displayed to see along with some other key information to indicate that the rider is legitimate. | <ul><li>Not a big need</li><li>Most feel Uber has enough info about them already</li><li>Possibly a need for riders to be able to input info about passenger when ordering a car for someone else (would help riders and driver locate one another better and drivers feel less at risk having undocumented passengers)</li><li>With cash transactions, verifying account less meaningful</li><li>Credit card is seen as most foolproof way of identifying rider in event of incident</li><li>Verifying via social not appealing at all, feels inaccurate, invasive, and limiting to those no on social media</li><li>Drivers feel not having full or accurate name of riders puts them at a disadvantage and potentially represents a safety concern (non-mutual)</li><li>Idea: Would be helpful to know how many riders and how much luggage they have; possibly enforce max number of riders for vehicle type (or match by it) and match by ability to carry luggage; drivers say they would feel more safe knowing how many riders or being able to limit number of riders at night</li></ul> |
| **Verifying Driving Ability: Practical Exam**<br>Technology used to evaluate the driving skills of new drivers prior to picking up any passengers. Potential new drivers are asked to drive a test route outlined in their area, similarly to taking a practical driving test at the department of motor vehicles. Instead of having an examiner in the car, data is collected from the driver's smartphone GPS, accelerometer, and gyroscope, to monitor driving behavior such as braking, acceleration, and sharp turning. The driver's data is then compared to thousands of other drivers who have driven the same route to determine if the potential driver is a high or low risk for bad driving behavior. | <ul><li>Not valuable to most because it is seen as an artificial evaluation of driving style, habits, and skill ("anyone can drive well for a few minutes")</li><li>Very low benefit to riders and none seen to drivers</li><li>Largely non-credible</li><li>Ratings system in place now seen as much more accurate and effective and offering greater benefit</li></ul> |

CONFIDENTIAL

| | |
|---|---|
| **Preventing Exact Addresses to be Shown: Destination Anonymization**<br>Offers riders the ability to choose to be dropped off a comfortable distance from their home address or final destination so the exact address is hidden from the driver. | • Not much value seen in this<br>• Most can enter nearby address or street corner now if desired very easily so incremental value is nil<br>• Introduces the thought that you may not want the driver to know exactly where you live or are going, which decreases perceptions of safety<br>• Doesn't do anything that they aren't doing or can't do today |
| **Emergency Contact Notification**<br>The ability to notify others via text when certain conditions exist that may indicate an issue. The app allows you to notify emergency contacts stored in your phone if there is something strange about your trip (such as taking too long or a going on a strange route), if you're traveling alone late at night, or even if your phone battery is very low. | • Less appealing than Share My Trip for everyday use and less effective in emergency than SOS<br>• There are apps that do this today<br>• Typically today riders and drivers use Share My Trip to accomplish this<br>• Idea: Perhaps SMT could offer enhanced feature where it notifies recipient when something is off – ride takes 20% longer than expected at time of send, car stops for longer than 1 minute, car strays from GPS route, etc.) |
| **Vehicle Screening**<br><br>Minimum vehicle requirements and required vehicle inspections.<br>  • Cars have to be 10 years old or newer and have four doors<br>  • Cars are inspected for safety features such as seatbelts and airbags prior to driver authorization<br>  • Car insurance policy requirements | • Matters more in US than other markets<br>• Matters more for Uber Black than X<br>• 10 years old feels arbitrary<br>• Condition and make of car matters more to many<br>• In most markets, general condition of car (no dents, good tires, working windshield wipers, etc.) should matter more in terms of approving vehicle<br>• Many want to know about insurance coverage – does driver have coverage, does Uber offer coverage, who is covered in event of accident, is coverage in place when rider not in car<br>• Some have tried to find insurance information with varying degrees of success. Some users end up on Uber driver site and are confused by what they read, misinterpreting it as rider-facing<br>• Seatbelts matter in most markets (some only matter in front seat), airbags don't really<br>• Vehicle screenings should be done in person prior to activation and periodically based on time elapsed or trips taken/miles driven |
| **Rider and Driver Ratings**<br>  • At the end of every trip, both drivers and rider rate their experience | • Ratings pull the vast majority of the weight today in ensuring safety perceptions among riders – hugely valuable |

CONFIDENTIAL

UBER_JCCP_MDL_000322930

| | |
|---|---|
| • If a driver or rider receives too many low ratings they may be deactivated | • Ratings should be mutual and required<br>• Optional would lessen validity of system<br>• Removing ratings would fundamentally alter the value prop<br>• Ratings ensure mutual accountability – speak to rider and driver behavior, respect, and driving skill<br>• Strong in combo with background checks<br>• Background checks ensure high caliber drivers are let on the platform; ratings ensure drivers maintain high caliber service and that bad actors are not allowed to remain on the platform<br>• Some less sophisticated users not sure how to use star system<br>• Should show the number of reviews / ratings (like Yelp, Amazon, eBay) to lend ability to calibrate accuracy of rating<br>• Most expect Uber to use ratings to monitor drivers and riders<br>• Perceptions of how low of a rating is too low vary greatly based on culture and personal scale usage and rating style<br>• Some riders rate 5 out of fear drivers will lose job<br>• Some only use anchors (1 or 5)<br>• No strong desire for collecting addition information<br>• Observations indicate that a priori list selection following rating is often not indicative of rating provided<br>• If drivers who maintain a rating below 4.6 are deactivated, that seems too harsh to many<br>• Riders have no strong opinion of whether drivers should be required to accept at least 80% of rides, some drivers wish this wasn't the case<br>• Some don't know drivers rate riders – opportunity to message this<br>• Few have looked at your rating, most can't find it or don't even know it's there<br>• Expectation that Uber will suspend and then deactivate drivers who receive too many low ratings; bar is very low however |
| **Driver Information & Profiles**<br>After ordering a car, riders have access to the driver's picture, contact info, car type, license plate number, history (number of trips, rating, and years driving) and personal information in the app. | • Information provided is sufficient and does offer some assurance<br>• Would be better if picture was more useful: able to zoom, no hats or sunglasses |

CONFIDENTIAL

UBER_JCCP_MDL_000322931

| | |
|---|---|
| | • Some don't know that the string of numbers and letters is the license plate number, some don't realize car color is indicated (most do though)<br>• No interest in additional information – feels too invasive and like social media<br>• Most say sharing info should be done in person, when appropriate and organic |
| **In App Mapping Technology**<br>In-app mapping and GPS technology that enables:<br>  • Turn-by-turn directions from passenger pickup to drop-off in app<br>  • Company tracks and logs all rides in real-time using GPS<br>  • Real-time mapping in-app allows rider to see route and location during the ride<br>  • Allows friends / family to track your route and location in real-time<br>  • Allows riders to share your ETA with friends / family | • GPS tracking is primary differentiator vs. taxi<br>• Offers "paper trail" that up-levels safety perceptions<br>• Riders prefer drivers who ask for route preference and then either follow advice or follow GPS<br>• Not asking and deviating from GPS is red flag<br>• Phone needs to be mounted and easy to see GPS guidance<br>• Sometimes network goes down and GPS goes out, making it impossible for drivers to navigate<br>• Riders expect drivers to have knowledge of area<br>• Expectation that Uber logs all trips and can provide this info in the event of an issue for as far back as necessary<br>• However the word "permanently" and the word "track" both have negative connotations<br>• Uber is seen as responsible for ensuring GPS works to keep both parties safe<br>• GPS in a foreign language makes riders feel less safe |
| **Customer Support for Safety Issues**<br>The following support services:<br>  • 24/7 emergency response phone number to reach the company<br>  • Quick customer service response time in the event of a complaint or inquiry<br>  • Incident Response Team dedicated to investigating any incidents that occur<br>  • Driver assistance if something happens (accident, passenger damages car) | • Assistance should be 24/7 because Uber is a 24/7 company<br>• Email is often okay, but less so for Safety issues<br>• Phone line is better, should be in local language and better if call center is in local area (US not a deal breaker)<br>• In-app feedback better for smaller, less time sensitive issues<br>• Real time 24/7 phone number is strongly preferred for anymore more than minor safety concern<br>• Expectation that Uber will act on info |
| **Fare communication and verification**<br>  • Informs rider of cost of ride ahead of time<br>  • Provides ride receipt sent via email with all ride details including origination, destination, time, route, driver, and cost | • Exact fare estimate better than range<br>• Fare estimates need to be accurate<br>• Should never charge you a different amount, but does happen (sometimes in US, in cash markets due to accrued cancellation fees)<br>• If system didn't give you fare estimate at all, that would fundamentally alter the Uber value prop |

CONFIDENTIAL

UBER_JCCP_MDL_000322932

| | |
|---|---|
| | • In some markets, range pricing makes Uber a second choice to market leader who commits to exact fare<br>• Receiving receipts in email much better for expensing<br>• Idea: consider option to automatically forward to Concur |
| **[DRIVERS ONLY] Payment transaction and compensation**<br>• Verifies and stores rider's email or telephone number and payment card<br>• If rider pays in cash, the app automatically issues the driver a credit so there is no need to make change<br>• Straightforward breakdown of fares and incentives<br>• See earnings after every ride<br>• Get paid directly to your bank account, every week | • Critically important for drivers to be paid every week, makes Uber employer of choice for many<br>• Very important to see earnings after each ride; feels transparent and trustworthy<br>• Sometimes does not happen, feels shady and discouraging<br>• Cash transactions not hugely problematic, most seem comfortable and carrying cash not a top of mind concern<br>• Credit/debit transactions seen as seamless and convenient<br>• Credit card info is most credible source of identity info for riders<br>• Cash transactions sometimes allow drivers to up supply hours because they can pay gas and tolls that they otherwise wouldn't have money for until the end of the week<br>• Idea: Payment debit card that would allow drivers to pay for gas or tolls with earned but not-yet-paid earnings |
| **[DRIVERS ONLY] Driver Training and On-boarding**<br>Offers drivers on-boarding materials such educational videos, learning courses and face-to-face time with trainers. | • Need for driver training on policies, tips for dealing with incidents, and building interpersonal skills<br>• Driver questions prior to first trip include: how does the app work, what if I lose network connection, what if the rider wants to go somewhere really far away, what if it's more than one person, should I get out, should I follow GPS or ask them, what if I know a better route than GPS, what if it's a cash transaction and they don't have money, what if the rider is drunk, what if the rider passes out, what if I can't find the rider, what if I can't find the address<br>• Rider questions prior to first trip include: how does it work, where should I sit, how do I pay, will they drop me at the door, will the driver talk to me, what if the driver isn't nice<br>• Questions drivers have prior to deciding to drive: How often do I have to work, do I have to take every passenger, can I control the hours/area/times I drive, what qualifications do I have meet, what qualifications does my car have to meet, what if I get in an accident, what should I do if someone is drunk and passes out/vomits, what kind of insurance |

CONFIDENTIAL

UBER_JCCP_MDL_000322933

| | |
|---|---|
| | coverage do I need to have, what kind of insurance coverage does Uber have for me/for rider, does insurance cover me while traveling to pick up rider, who pays for tolls, who pays for tolls traveling to pick up rider, who pays for tolls traveling to pick up rider who cancels, how often do I get paid, how many riders do I have to pick up each day, how much money will I make<br>• Many Current Drivers say they had to figure it out on their own or talk to other drivers to know what to expect (some use Facebook groups) |
| **Policies**<br>Has published driver and rider behavior policies such as:<br>  • Zero tolerance policy for driver drug and alcohol use<br>  • No open container / alcohol policy<br>  • No weapons policy<br>  • No smoking policy | • Some policies are seen as necessary and helpful, other are seen as best left to the discretion of the driver as owner of the car<br>• Policies need to be dual facing (both riders and drivers)<br>• Welcome policies: Forbidding anything illegal such as no open containers, no weapons and zero tolerance policies<br>• Discretionary policies: Things that pertain to driver as owner of vehicle such as no smoking, no pets<br>• Some say no smoking and no pet policies would be fine (and nice as fallback) as long as driver has ability to override<br>• Zero tolerance policy has greatest impact on perceptions of safety |
| **Rider Safety Tips**<br>1. Wait safely indoors while waiting for your driver to arrive.<br>2. Before you get in the car, confirm the license plate number and that the driver matches the photo and name provided. Never accept street hail solicitations from those claiming to be part of a ridesharing company<br>3. If you're riding alone, choose to sit in the backseat.<br>4. While en route, share your trip details with friends and family. Simply tap the "Send Status" button to immediately send your driver's name, photo, vehicle, and where you are on the map to a friend or family member<br>5. As you would anywhere, be cautious when sharing any personal information. There is no need to share your phone number or personal contact details.<br>6. Give Feedback. Our 24/7 global support team reviews this feedback and will follow up regarding reports of conduct that violates our community guidelines.<br>7. Take time to review the safety features available to you in the app before you head out with friends, so you know how to use them. | • May be interesting as overlay UX during download or first ride<br>• Rule 3 about sitting in the front seat should be localized: in taxi violence markets (no placards), it is generally preferred to have rider in front seat<br>• Driver reminders to riders to buckle up generally increase perceptions of safety; driver can expect rider to comply if in front seat, but it should be more of a suggestion if rider is in back seat |

CONFIDENTIAL

UBER_JCCP_MDL_000322934

8. Please treat your driver as you would want to be treated. Be respectful of his or her personal vehicle.
9. Be aware of your surroundings and if you ever feel you're in an emergency situation, always call 911 immediately.
10. Don't Forget—Buckle up

CONFIDENTIAL

UBER_JCCP_MDL_000322935