# C.21

# EXHIBIT 16

## EXHIBIT FILED UNDER SEAL

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION


IN RE:                              :   CASE NO. CJC-21-005188
UBER RIDESHARE CASES                :
                                    :
                                    :


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

IN RE:                              :   CASE NO. 3:23-md-03084-CRB
UBER TECHNOLOGIES, INC,             :
PASSENGER SEXUAL ASSAULT            :
LITIGATION                          :


***HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER***

VIDEOTAPED DEPOSITION OF HENRY (GUS) FULDNER

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, MARCH 26, 2025


REPORTED BY:

DEBBIE LEONARD, CSR, RDR, CRR

CSR NO. 14350

PAGES 1 to 277

MR. LUSKEY:  Could we take a break when you get a chance?

MR. ESTEY:  Sure.  Let me -- let me ask a couple more questions, and then we'll take a break.

MR. LUSKEY:  Sounds good.

BY MR. ESTEY:

Q    Is reducing sexual violence a key performance indicator at -- at Uber?

A    Yes, it is.

Q    And are bonuses paid to the ELT and/or other executives if the rate of sexual violence is deemed to be going down?

MR. LUSKEY:  Object to form.

THE WITNESS:  We have targets set, targets that are agreed upon with the compensation committee of the board to have -- to reduce incidents on the platform. The targets related to safety have two components: reducing the rate of sexual assault and reducing the rate of traffic, road fatalities.

And compensation for the executive leadership team is tied in part to the outcomes of -- on those two metrics over a three-year period.

BY MR. ESTEY:

Q    And what -- when you say "metrics," what percentage of a reduction in sexual violence results in a

Henry (Gus) Fuldner  Highly Confidential
March 26, 2025

bonus or additional pay to -- to ELT members?

MR. LUSKEY:  Objection.  Vague as to time.
Foundation.

THE WITNESS:  The targets are a rolling target
to -- to reduce incidents by -- by 10 percent over each
period.  That structure has been in place for multiple --
multiple years, and so the goal is to keep reducing it in
each subsequent period.

BY MR. ESTEY:

Q   All right.  And was that target hit for 2024?

A   We, I believe, did not fully achieve the target
but did make progress in reduction.  More details are
available in Uber's proxy statement.

MR. ESTEY:  All right.  We can take a break.

MR. LUSKEY:  Off the record.

MR. ESTEY:  Ten minutes?

MR. LUSKEY:  Sounds good.

THE VIDEOGRAPHER:  The time 11:13 a.m. Pacific
time.  We're going off the record.

(Recess taken from 11:13 a.m. to 11:26 a.m.)

THE VIDEOGRAPHER:  The time is 11:26 a.m.
Pacific time.  We're back on the record.

BY MR. ESTEY:

Q   Sir, you mentioned earlier that somewhere in the
terms Uber has "ride at your own risk"; is that right?

somewhere.  I don't know which specific document.

BY MR. ESTEY:

Q    And as part of that safe rides fee lawsuit, Uber settled the case for 25 million; is that right?

A    Something in that ballpark, yes.

Q    When a passenger wants a ride from Uber, they send a request directly to Uber, right?

A    Sorry?

Q    Yeah, when a passenger wants a ride from Uber, they send a request to Uber, right?

A    Yes, the request is made in our app and comes to us first, yes.

Q    It doesn't go directly to the driver, right?

A    The request comes to us, and we match that with a driver and transmit that request to a driver.

Q    Okay.  How much of the fare does Uber keep?

MR. LUSKEY:  Objection.  Foundation.  Vague as to time.

BY MR. ESTEY:

Q    Yeah.  Currently, how -- what percentage of the fare does Uber keep on any given ride?

A    That varies quite significantly from ride to ride, geographically.  It varies quite significantly.

Q    And if I wanted to find that information out, where would I find that?