# C.24

# EXHIBIT 20

## EXHIBIT FILED UNDER SEAL

# UBER000234361

## Metadata

| Account | gus@uber.com | SEMANTIC |
|---|---|---|
| All Custodians | Fuldner, Gus;Kansal, Sachin | SEMANTIC |
| All Paths | Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_5.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_5.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_65.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_65.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Begin Family | UBER000234361 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 10/12/2018 5:03 pm | SEMANTIC |
| Date Modified | 12/10/2018 6:18 am | SEMANTIC |
| Document Type | PRESENTATION | SEMANTIC |
| End Family | UBER000234396 | SEMANTIC |
| File Path | \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_5.zip | SEMANTIC |
| File Size | 33153170 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER000234361;UBER000234362;UBER000234363;UBER000234364;UBER000234365;UBER000234366;UBER000234367;UBER000234368;UBER000234369;UBER000234370;UBER000234371;UBER000234372;UBER000234373;UBER000234374;UBER000234375;UBER000234376;UBER000234377;UBER000234378;UBER000234379;UBER000234380;UBER000234381;UBER000234382;UBER000234383;UBER000234384;UBER000234385;UBER000234386;UBER000234387;UBER000234388;UBER000234389;UBER000234390;UBER000234391;UBER000234392;UBER000234393;UBER000234394;UBER000234395;UBER000234396 | SEMANTIC |
| ILS Document Date | 12/10/2018 | SEMANTIC |
| ILS Prod Date | 8/9/2024 | SEMANTIC |
| ILS Prod Vol | UBER025 | SEMANTIC |
| Other Custodians | Fuldner, Gus;Kansal, Sachin | SEMANTIC |
| Primary Date | 10/12/2018 5:03 pm | DOC_TYPE_ALIAS |
| Production Volume | UBER025;Vol039; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Redaction Text | REDACTED - OUS | SEMANTIC |
| Sort Date | 12/10/2018 6:18 am | SEMANTIC |



CONFIDENTIAL

UBER000234361

## How do we get there

**We know and trust every rider and driver on the platform.**

Drivers are regularly background and selfie-checked, and riders have a robust identity profile.

**We always find you the safest match possible.**

And we provide options to let you choose the ride you prefer.

**Riders and drivers feel Uber is committed to their safety.**

Because they are aware of and trust all the measures Uber has in place to keep them safe.

**Every ride is recorded for safety purposes.**

Video and audio recording can enable safer driving, deter bad behavior and provide evidence when it is needed.

**We proactively provide help when we detect something is wrong.**

And when things go wrong, we go above and beyond to respond with empathy and care.

**Couriers, eaters, bikers, scooters and freight drivers all feel the same.**

Our safety practices extend and scale to all lines of business.

Find a balance between employment risk and helping our drivers drive safely

CONFIDENTIAL

UBER000234362