# C.26

# EXHIBIT 25

## EXHIBIT FILED UNDER SEAL

# UBER_JCCP_MDL_000323562

## Metadata

| | | |
|---|---|---|
| # Author | drivestorage@uber.com | SEMANTIC |
| # Date Created | 08/22/2016 | SEMANTIC |
| # Date Modified | 02/27/2017 | SEMANTIC |
| #Title | Sexual Misconduct Analysis | SEMANTIC |
| Account | kateparker@uber.com; | SEMANTIC |
| All Custodians | Parker, Kate; | SEMANTIC |
| All Paths | Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_65.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_65.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Attachment Names | word | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000323562 | SEMANTIC |
| Collaborators | kateparker@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 08/22/2016 9:33 pm | SEMANTIC |
| Date Modified | 02/27/2017 6:16 pm | SEMANTIC |
| Doc Id | 1ssPUW8TjSMkrUulxXGwQ6cHl70VCXTFM-8NPr9xpBO0 | SEMANTIC |
| End Family | UBER_JCCP_MDL_000323562 | SEMANTIC |
| Family Date | 02/27/2017 6:16 pm | VIRTUAL |
| File Path | \JCCP_DRIVE006\JCCP_DRIVE006_65.zip | SEMANTIC |
| File Size | 5797109 | SEMANTIC |
| Filename | Sexual Misconduct Analysis_1ssPUW8TjSMkrUulxXGwQ6cHl70VCXTFM-8NPr9xpBO0.docx | SEMANTIC |
| GoogleDocumentType | DOCUMENT | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000323562;UBER_JCCP_MDL_000323562.0001;UBER_JCCP_MDL_000323562.0002;UBER_JCCP_MDL_000323562.0003;UBER_JCCP_MDL_000323562.0004;UBER_JCCP_MDL_000323562.0005;UBER_JCCP_MDL_000323562.0006;UBER_JCCP_MDL_000323562.0007;UBER_JCCP_MDL_000323562.0008;UBER_JCCP_MDL_000323562.0009;UBER_JCCP_MDL_000323562.0010;UBER_JCCP_MDL_000323562.0011 | SEMANTIC |
| ILS Document Date | 02/27/2017 | SEMANTIC |
| ILS Prod Date | 11/08/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL035 | SEMANTIC |
| Other Custodians | Parker, Kate; | SEMANTIC |
| Primary Date | 02/27/2017 6:16 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL001;JCCP_MDL035; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 02/27/2017 6:16 pm | SEMANTIC |
| Source Hash | e455d29408a621104948872758401cca | SEMANTIC |



PENGAD 800-631-6989

EXHIBIT nyB

6/3

12/3/24 Parker

A/C Privileged and Confidential

# Preliminary Exploratory Analysis On Sexual Offenses

@sugang Aug-2016

## TL;DR

- Alleged sexual offences consist of a small fraction of all incidents, but may incur severe physical damage and financial loss, as well as intangible damage to rider / driver partner and Uber. Therefore it's critical to understand the scale and severity of such incidents on our platform and develop specific diffusion / interventions.
- Sexual offense incidents on our platform are inherently complex and were not previously analyzed in-detail.
- Data veracity and integrity for sexual offences are lower than average, which may lead to wrong interpretations if not analyzed and interpreted with caution, specifically:
    - Duplicate tickets due to multiple reporting sources and escalation
    - Mislabeled categories and issue types
    - Wrong severity level assignment
    - Unclear final resolution (whether the alleged perpetrators were at fault)
- The following early insights were extracted with the available data; it should be noted that results are subject to change as our curation of incident tickets continue to improve
    - There are ~ 3,100 tickets related to sexual offense globally this year
    - Sexual misconduct consists of 0.225% of all incidents; 1.6% of lv1 up incidents; 6.45% of lv3+4 incidents without the issue_type "41 Quality - Negative::Inappropriate behavior - 4115". This issue type contains the major bulk of zendesk sexual offense tickets, but also contains other issue types such as generic in appropriate behavior, physical violence, etc. Including this issue type will bring the estimate to 5.25%. Li and Tae ran a classification with Arnold NLP and the estimated % of sexual harassment accounts for approximately 4.16% of all incidents.
    - Happens frequently after midnight / weekends
    - Intoxication often accompanies with explicit sexual references or innuendos
    - Female drivers/riders are especially at higher risk
    - May sometimes be associated w/ fraud, difficult to resolve

> **Commented [1]:** What about female riders?
>
> **Commented [2]:** Female driver / riders are especially at high risk. I will clarify in the "gender" section.
>
> **Commented [3]:** curious about this one?
>
> **Commented [4]:** Hi Kate, here are a couple of examples. This case: https://bliss.uberinternal.com/contacts/13a5c6c4-4ae9-4fd4-83bf-2510f1d9bf08 the rider repeatedly reported rape before. And this one in Mandarin: https://bliss.uberinternal.com/contacts/8d094b46-c3d7-4743-8723-561320614244, in which the rider reported rape but the driver said the rider tried to land a sale of possibly scam investment opportunity to him during the trip. Rider claimed she reported to police but there were no follow ups thereafter.

UBER_JCCP_MDL_000323562

UBER_JCCP_MDL_000323562.0001

A/C Privileged and Confidential

- Partially curated sexual offense incidents from chronicle can be accessed **here** we manually curated ~ 70 tickets, covering majority of the level 4 ones.
- JIRA tickets related to sexual offenses link here
- QB query showing some sexual offense incidents may be mis-classified into other categories, making it difficult to estimate the actual incident rates: link here. NLP could be leveraged to improve recall.

## Overview

Global Sexual offenses since Jan-2016 were extracted from chronicle with this query, using the latest issue type curated here.

## Trend

In order to control for changes in general ticket processes (such as high confidence filter) which could affect incident rate dramatically, I used # of sexual offense tickets / # number of all tickets as a metric to monitor trend. Nevertheless, sexual offense specific workflow changes (such as change in bliss issue types) will affect the incident estimates. Estimates for August is unreliable as tickets are still being ingested. Despite a downward trend of percentage of sexual offense to all tickets, this landscape is likely to change as we improve ticket curation and continue to backfill.

UBER_JCCP_MDL_000323562.0001

A/C Privileged and Confidential



## Region

Overall U.S. and China (prior to July) generated the largest number of sexual offense tickets, which are approximately proportional to trip volume. When investigating the % sexual harassments tickets to all incident tickets, the differences across regions become smaller; with the exception in India and Brazil. There could resulted from poor ticket labeling / misclassification and/or reporting biases for certain cultures. Some audited tickets in China also showed victims maybe reluctant to report sexual offenses because they fear public disclosure of the incidents (some refuse to disclose details in writing but prefer to talk on the phone), or retribution from alleged offenders as they may be aware of victim's whereabouts. Secure and specific channels are necessary to reduce the number of "silent sufferers".

**Commented [5]:** What do you mean by audited? Are these the 70 or so global tickets you manually reviewed?

**Commented [6]:** Yes, that's amongst the 70 tickets I manually audited, some reporters explicitly expressed such concerns. This is purely observational, prevalence won't be known until a larger scale audit.

A/C Privileged and Confidential



## Time of Day / Day of Week

Limited auditing suggest sexual offenses tend to happen more at night. It is also corroborated with data: late nights and weekends are high risk temporal segments - and may require specific intervention from both the driver and rider side.

CONFIDENTIAL

UBER_JCCP_MDL_000323562.0003

A/C Privileged and Confidential





UBER_JCCP_MDL_000323562.0004

A/C Privileged and Confidential





## Gender

Driver - Riders of opposite gender are at highest risk of sexual offense. The following is a summary of some major observations:

- The largest number of sexual offence tickets were generated by female rider reporting male driver perpetrator, following by male rider reporting male driver perpetrator and female driver reporting male rider perpetrator.
- A much larger percentage of female drivers' tickets are related to sexual offenses from a male rider 1.4%, comparing with average of 0.29% for U.S. data.

The following plots were generated using U.S. data using the R babynames package (for accurate name to gender inference). Gender is inferred with the majority vote of from historical name-gender statistics. Darker / Lighter shaded bars correspond to rider / driver reported incidents, respectively.

> **Commented [7]:** We should include a link to how this name to gender reference is conducted.
>
> **Commented [8]:** Added a link to the R babynames package.

A/C Privileged and Confidential



## Driver/Rider

Sexual offense are predominantly reported by riders. The following data is shown without de-duplication.

| Severity Level | Reported By Driver | Reported By Rider/Client |
|---|---|---|
| 1 | 132 | 58 |
| 2 | 33 | 1,123 |
| 3 | 203 | 1,440 |
| 4 | 27 | 74 |

**Commented [9]:** Is this really representative then? Don't we need to de-dupe to know what the numbers really look like?

**Commented [10]:** It's difficult to de-duplicate, both from the data perspective and the nature of the incidents. We have had difficulty to de-duplicate tickets without trip_uuids (5% - 10%). Some tickets are reported by multiple parties (driver, rider, third party) and with different accounts of the incidents. For such incidents, I don't think it will be fair to decide which party is at fault and which is not, but we can only be sure that both party reported. We can further discuss how to develop a more robust strategy to resolve such duplicates.

UBER_JCCP_MDL_000323562.0006

A/C Privileged and Confidential

## Geo

As previously shown, sexual offenses are more likely to occur at night. This is especially notable for metro areas. The following are screenshots for San Francisco, New York and Chicago, in which black dot indicates a night trip and blue dot for a day trip. Entertainment areas with bars and movie theaters and remote areas with little traffic seem to have higher risk of generating a ticket. In-depth spatial-temporal analysis is necessary to develop robust insights.



                    UBER_JCCP_MDL_000323562.0007

A/C Privileged and Confidential



UBER_JCCP_MDL_000323562.0008

A/C Privileged and Confidential



CONFIDENTIAL

A/C Privileged and Confidential

## Data Source and Issues

### Missing City IDs in Safety Incidents

Overall most of the incidents in the safety_incident table are associated with the corresponding city_id. However, there are more severe incidents missing city_id. This could result in under-estimate of incident rate if incidents are filtered by city_id. One temporary fix is to join safety_incident table with trips table to obtain city_id if trip_uuid is available. Level 3 and 4 incidents should especially counted with caution. Data is not without de-duplication.

**Commented [11]:** Again, why not?

**Commented [12]:** As explained before, we have both technical and analytical difficulty to de-duplicate tickets.

Missing city_id and trip_uuid: all tickets

| Level | % incidents without city_id | % incidents without trip_uuiid |
|---|---|---|
| 1 | 8.95% | 5.30% |
| 2 | 21.2% | 3.67% |
| 3 | 28.7% | 4.75% |
| 4 | 21.9% | 14.0% |

Missing city_id and trip_uuid: sexual offenses

| Level | % incidents without city_id | % incidents without trip_uuiid |
|---|---|---|
| 1 | 10.5% | 4.71% |
| 2 | 65.5% | 5.69% |
| 3 | 66.9% | 3.63% |
| 4 | 53.9% | 11.76% |

### Duplicate Tickets for Sexual Offense

Duplicate tickets are quite common for sexual assault cases presumably due to multiple reporting and ticket escalations. There are **20.3%** of trips with sexual offenses have duplicate entries. Careful deduplication is necessary to obtain a correct estimate of rates of severe (L3/L4) sexual offenses.

### Incidents with Wrong Levels

After a round of manual audit here, it's apparent that the majority of the level 4 bliss tickets were assigned wrong level (should have been level 2/3). In future analysis, one naive fix will be merging

UBER_JCCP_MDL_000323562.0010

A/C Privileged and Confidential

L1 into L2 and merging L4 into L3; a thought audit is necessary to identify cases which involve verified non-consensual intercourse.

CONFIDENTIAL

UBER_JCCP_MDL_000323562.0011