# C.28

# EXHIBIT 29

## EXHIBIT FILED UNDER SEAL

**#621245.1**

## Metadata

| All Custodians | Wong, Sunny Deposition | SEMANTIC |
|---|---|---|
| **Application** | PFU PDF Library 2.0.1 | SEMANTIC |
| **Date Created** | 06/27/2025 11:45 am PDT | SEMANTIC |
| **Date Modified** | 06/27/2025 11:45 am PDT | SEMANTIC |
| **Filename** | EX 1239 Sunny Wong 062525 CONFIDENTIAL.pdf | SEMANTIC |
| **MD5 Hash** | e19ff5b2bb867e7f6a5cdba1448a35ab | SEMANTIC |
| **Primary Date** | 06/27/2025 11:45 am PDT | DOC_TYPE_ALIAS |

# UBER_JCCP_MDL_002266899

## Metadata

| #Author | drivestorage2@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 12/17/2018 | SEMANTIC |
| #DateCreated | 11/10/2018 | SEMANTIC |
| #Title | S-RAD Predictive Performance Overview [Nov 2018] | SEMANTIC |
| Account | frank@uber.com; | SEMANTIC |
| All Custodians | Chang, Frank; | SEMANTIC |
| All Paths | Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_83.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_83.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_002266899 | SEMANTIC |
| Collaborators | jonathan.wang@uber.com; dkolta@uber.com; actuaryzhang@uber.com; jvh@uber.com; frank@uber.com; akankshu@uber.com; sjeon@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 11/10/2018 7:01 pm | SEMANTIC |
| Date Modified | 12/17/2018 6:34 pm | SEMANTIC |
| DocID | 1x2z7VGMjDQeAQ8qB-1rn4EVRZMGMtGgw0u8bNbrZsKM | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_002266917 | SEMANTIC |
| File Path | \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_83.zip | SEMANTIC |
| File Size | 1210969 | SEMANTIC |
| Filename | S-RAD Predictive Performance Overview -Nov_1x2z7VGMjDQeAQ8qB-1rn4EVRZMGMtGgw0u8bNbrZsKM.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_002266899;UBER_JCCP_MDL_002266900;UBER_JCCP_MDL_002266901;UBER_JCCP_MDL_002266902;UBER_JCCP_MDL_002266903;UBER_JCCP_MDL_002266904;UBER_JCCP_MDL_002266905;UBER_JCCP_MDL_002266906;UBER_JCCP_MDL_002266907;UBER_JCCP_MDL_002266908;UBER_JCCP_MDL_002266909;UBER_JCCP_MDL_002266910;UBER_JCCP_MDL_002266911;UBER_JCCP_MDL_002266912;UBER_JCCP_MDL_002266913;UBER_JCCP_MDL_002266914;UBER_JCCP_MDL_002266915;UBER_JCCP_MDL_002266916;UBER_JCCP_MDL_002266917 | SEMANTIC |
| ILS Document Date | 12/17/2018 | SEMANTIC |
| ILS Prod Date | 1/21/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL072 | SEMANTIC |
| Labels | Google Drive Environment Scan->ALL OUs v3->ALL 3; Google Drive Environment Scan->OU ownership v3->Service Accounts3 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_001578894 | SEMANTIC |
| MD5 Hash | 819ca6be9703113ed71ef8a666beb409 | SEMANTIC |
| Other Custodians | Chang, Frank; | SEMANTIC |
| Primary Date | 11/10/2018 7:01 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL068;JCCP_MDL072; | SEMANTIC |
| Redacted | Yes | SEMANTIC |
| Redaction Text | REDACTED - PII;REDACTED - PRIVILEGED; | SEMANTIC |
| Sort Date | 12/17/2018 6:34 pm | SEMANTIC |
| SourceHash | 3cae9d94fa66b21deccbb8124cd98243 | SEMANTIC |



#21749.1



# Summary

- These slides provide a high-level summary of S-RAD model performance.
- Main results:
  - S-RAD may represent Uber's most effective intervention for preventing sexual assaults.
  - S-RAD model can flag ~20% of US sexual assaults (by flagging 1% of highest risk trips).
  - Model easily outperforms alternative approaches to identifying high risk trips, such as those based on rules or deactivation processes.
  - Improving female driver safety may increase female supply and female rider safety.
- For more details see:
  - S-RAD PRD available here.
  - Modeling strategy + results described in detail in this S-RAD Model Overview.
  - Potential marketplace effects documented in this S-RAD Offline Marketplace Analysis.

Uber  #standforsafety          Attorney-Client Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_002263900

#21749.3

# Contents

1. Motivation

2. Predictive Performance

3. Comparison to Alternative Methods

    a. Rules

    b. Deactivation Policies (DACT) - *coming soon*

4. Evaluation Plan

Uber   #standforsafety          Attorney-Client Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_00426690 **#21749.4**

# Motivation

Reduce sexual assaults on the Uber Platform by identifying + preventing driver-rider matches with elevated risk.

Uber   #standforsafety

CONFIDENTIAL

#21749.5



## Problem for Females and Males

### Female Reporters
*Top 5 Most Common Safety Incident Types*

| Incident Category | Proportion Of Cases |
|---|---|
| 1. Accident or Claim | 52% |
| 2. Sexual Assault | 22% |
| 3. Physical Altercation | 10% |
| 4. Sexual Misconduct | 6% |
| 5. Substance Abuse | 2% |

### Male Reporters
*Top 5 Most Common Safety Incident Types*

| Incident Category | Proportion Of Cases |
|---|---|
| 1. Accident or Claim | 50% |
| 2. Physical Altercation | 25% |
| 3. Sexual Assault | 12% |
| 4. Verbal Altercation | 3% |
| 5. Health / Self-Harm | 3% |

*Notes: Data divided by "gender of reported user" (inferred gender based on first name). JIRA data only. Incidents from US P2P trips only (May 2017 - May 2018). Excluding Law Enforcement/Regulatory. [Query]*

Uber    #standforsafety    Attorney-Client Privileged & Confidential

CONFIDENTIAL

# Female Drivers Face Elevated Risks

For female drivers, rate of sexual assault is **>4x** when matched with male instead of female.

Female drivers face elevated risks, but incidents are still a rare event (<0.003% of trips).

**Sexual Assault Incident Rate by Gender of Driver + Rider**

| | Female Drivers | | Male Drivers | |
| --- | --- | --- | --- | --- |
| | + Female Rider | + Male Rider | + Female Rider | + Male Rider |
| Rate of Sexual Assaults (Per 1M Trips) | 6.4 | 31.4 | 11.3 | 6.3 |
| Num of Sexual Assaults | 446 | 2799 | 5049 | 3589 |
| Num of Trips | 70M | 89M | 447M | 565M |

Notes: Only US P2P trips and incidents occurring Oct 2017 - Oct 2018 with inferred gender data. Safety data source: JIRA. [Query]

Uber  #standforsafety

Attorney-Client Privileged & Confidential

CONFIDENTIAL

# Incidents are Reported Against Males

### Gender of User Sexual Assault is Reported Against

| | Gender of User Assault is Reported Against | |
| --- | --- | --- |
| | Female | Male |
| L3 Sexual Assaults (13,342 cases) | 14% | 86% |
| L4 Sexual Assaults (371 cases) | 4% | 96% |

Notes: JIRA sexual assault tickets from US P2P trips occurring May 2017 - May 2018. Includes only sexual assaults with inferred gender data (97% of incidents) and those where the alleged offender is the driver or rider (73% of incidents). [Query]

Uber  #standforsafety          Attorney-Client Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_002266905

#21749.8

# Prevention Strategy: Risk Signals

- Sexual assaults are rare and appear unpredictable, but many have **risk signals**.
- In the US:
    - Sexual assault rate >5x between 12-3am.
    - High-risk trips originate from a bar area.
    - >90% of L4 sexual assaults estimated to have an alleged offender that is male.
    - Alleged offenders receive lower ratings, especially from peers of the opposite gender.
- Can these risk signals be leveraged to **better anticipate + prevent** sexual assaults?

Uber   #standforsafety          Attorney-Client Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_002266908
**#21749**.9

# Safety Risk Assessed Dispatch (S-RAD)

- Motivation:
  - Prevent sexual assaults on the Uber platform.
- Prevention Strategy:
  - (1) Leverage machine learning to flag driver-rider matches with elevated risk, and,
  - (2) Down-rank those matches at the point of dispatch (subject to marketplace constraints).
- Main Results:
  - Model:
    - Can predict 20% of US sexual assaults by flagging 1% of highest risk trips.
    - Better at predicting sexual assaults involving female drivers than male drivers.
    - Model easily outperforms alternative approaches to identifying high risk trips, such as those based on rules or deactivation processes.
  - Intervention:
    - Coming soon (need experiments).

Uber    #standforsafety         Attorney-Client Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_002266907

#21749.10



CONFIDENTIAL

# S-RAD Model Overview

- *Machine Learning Model:*
  - Driver-rider dyad level model trained on sexual assaults
  - Trained on >15k incidents, 18 months of data
  - ~40 features based on driver, rider, and trip attributes
  - US P2P trips only
- *Performance Metrics (for model):* *
  - Recall (sexual assaults flagged)
  - Trip Trigger Rate (trips flagged)
  - *Goal:* Want to maximize recall at a small trigger rate $k$ (e.g., 1%).

* All performance metrics computed on out-of-sample test set or on real-time predictions made in shadow mode (Los Angeles only).

Uber   #standforsafety                    Attorney-Client Privileged & Confidential

| Sexual Assault Subcategories |
| --- |
| Attempted Kissing |
| Attempted Non-Consensual Sexual Penetration |
| Attempted Touching |
| Non-Consensual Kissing |
| Non-Consensual Sexual Penetration |
| Non-Consensual Touching |

UBER_JCCP_MDL #21749_12



# S-RAD Performance

Results from out-of-sample test set (US P2P Exc. Pool; 7/1 - 9/30/2018)

- At 1% trip trigger rate:
  - Can predict 20% of sexual assaults (555 / 2711)
  - Can predict 21% of L4 sexual assaults (172 / 802)
- Can flag more incidents by flagging more trips, but diminishing returns after 1%.

**S-RAD Performance by Incident Severity**
*Offline results from out-of-sample test set*

Model
— All Sexual Assaults
···· L4 Sexual Assaults

[Link to Michelangelo Model]

[Link to R Code]

Uber  #standforsafety          Attorney-Client Privileged & Confidential

CONFIDENTIAL





CONFIDENTIAL

UBER_JCCP_MDL_002260912

**#21749.15**

## Comparison to Alternative Methods

Results coming soon

Uber   #standforsafety          Attorney-Client Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_0022609613 #21749.16



CONFIDENTIAL

UBER_JCCP_MDL_002260914    #21749.17

# Evaluation Plan

Evaluation plan aims to answer the following 4 legal, marketplace, and safety questions (in order):

1. **REDACTED - PRIVILEGED**

2. What is the risk of long lapses in driver trips?

3. Can down-ranking / filtering be achieved within marketplace constraints? (e.g., thresholds set on ETA/ATA, driver earnings)

4. Can down-ranking / filtering based on models scores reduce the sexual assault incident rate? How does performance vary across markets (e.g., small v. large cities) and user cohorts (e.g., new v. tenured users, male v. female users)?

[Link to Full Evaluation Plan]

Uber  #standforsafety                    Attorney-Client Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_0022669151 #21749.18



## 3 Stages of Experiments

| Experiment | Question | Description | Rationale | Duration / Location | Sample | Hypotheses |
|---|---|---|---|---|---|---|
| | | | | | Experiment Scope [WIP] | |
| Stage 1 Blue-Red Experiment [MCP] | *Local:* REDACTED PRIVILEGED | REDACTED - PRIVILEGED | | | | |
| Stage 2 Within-City Switchback | *Marketplace:* Earnings, ATAs | Switchback experiment where 1 city switches between treatment + control at fixed time intervals. | - Can quickly measure impact on marketplace. - Recommended by Marketplace. | (a) 2 weeks in Los Angeles (b) 2 weeks in 6 large US cities | (a) 65k drivers · 3M UberX trips, with 1% flag rate (b) 288k drivers + 13M UberX trips, with 1% flag rate | - No difference in earnings across gender - < 1% impact on average ETAs |
| Stage 3 City-Level Randomization | *Marketplace & Safety:* Incident rate reduction within marketplace constraints | N cities assigned to treatment v. control Difference-in-difference methodology. | - Can measure impact on safety. - Recommended by Marketplace. | 3 months phased roll-out across 20 large, med, small US cities (remainder of US cities serve as control group) | 20 cities with 1M-8M UberX trips/month, with 1% flag rate | - 15% reduction in sexual assaults - No difference in earnings across gender - < 1% impact on average ETAs |

Uber    #standforsafety          Attorney-Client Privileged & Confidential

CONFIDENTIAL

# Team

- *Data Science:* Sunny Jeon, David Purdy, Frank Chang
- *Engineering:* Peng Sun, Simon Chaffetz, Misha Bosin
- *Legal:* Daniel Kolta, Scott Binnings
- *Product:* Akankshu Dhawan
- *Product Operations:* Jose Sandi
- *Safety Operations:* Eric Schroeder

Uber  #standforsafety          Attorney-Client Privileged & Confidential

CONFIDENTIAL

UBER_JCCP_MDL_002268917

#21749.20