# C.29

# EXHIBIT 30

## EXHIBIT FILED UNDER SEAL

Control Number :          CNTRLSI00056842

File Name :               SRAD Data - Jaylynn
                          Dean.xlsx

Custodian :               Uber Technologies,
                          Inc.

Author :

Date Created (App) :

Date Last Modified (App) :

Parent Doc Date :

Production - Beginning Ba
tes :                     UBER-MDL3084-BW-0004
                          8903

**EXHIBIT**

**2067**

10/14/25          CB

**Document Produced in Native**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    UBER-MDL3084-BW-00048903

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SRAD data | | | | | | | | |
| 2 | trip_uuid | job_creation_at_local | datestr | srad_experiment_group_name | daypart | srad_prod_score | day_threshold | night_threshold | is_job_flagged |
| 3 | 7088dc4a-90cc-4b78-bf3f-2f98c5c326e7 | 2023-11-15 0:20:01 | 2023-11-15 | enabled | night | 0.810984373 | 0.880822659 | 0.936161816 | FALSE |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | SRAD features | | | | | | | | |
| 7 | feature name | feature value | | | | | | | |
| 8 | trip_uuid | 0cc-4b78-bf3f-2f98c5c326e7 | | | | | | | |
| 9 | datestr | 2023-11-15 | | | | | | | |
| 10 | client_1star_rate_total | 0.00% | | | | | | | |
| 11 | client_2star_rate_total | 0.00% | | | | | | | |
| 12 | client_1star_given_rate_total | 0.00% | | | | | | | |
| 13 | client_2star_given_rate_total | 0.00% | | | | | | | |
| 14 | driver_1star_rate_total | 1.07% | | | | | | | |
| 15 | driver_2star_rate_total | 0.18% | | | | | | | |
| 16 | driver_1star_given_rate_total | 0.10% | | | | | | | |
| 17 | driver_2star_given_rate_total | 0.00% | | | | | | | |
| 18 | client_bliss_l1234_count_all_ao_total | 0.0000% | | | | | | | |
| 19 | client_bliss_l1234_rate_all_ao_total | 0.0000% | | | | | | | |
| 20 | driver_bliss_l1234_rate_all_ao | 0.0910% | | | | | | | |
| 21 | driver_ipc_incident_rate_driver_ao | 0.0303% | | | | | | | |
| 22 | driver_sexual_rate_driver_ao_total | 0.0202% | | | | | | | |
| 23 | client_trip_completion_rate | 50.00% | | | | | | | |
| 24 | client_canceled_on_rate_total | 0.00% | | | | | | | |
| 25 | client_cancellation_rate_total | 0.00% | | | | | | | |
| 26 | client_cash_rate | 0.00% | | | | | | | |
| 27 | client_latenight_request_rate_total | 0.00% | | | | | | | |
| 28 | client_weekend_request_rate_total | 50.00% | | | | | | | |
| 29 | client_request_to_begin_distance_miles_sum | 0.01 | | | | | | | |
| 30 | client_avg_ata | 1194 | | | | | | | |
| 31 | log_client_ltd_completed_count | 0.301029996 | | | | | | | |
| 32 | driver_canceled_on_rate_total | 9.49% | | | | | | | |
| 33 | driver_latenight_request_rate_total | 28.49% | | | | | | | |
| 34 | driver_weekend_request_rate_total | 63.97% | | | | | | | |
| 35 | log_driver_lifetime_trip_count | 3.995415799 | | | | | | | |
| 36 | log_driver_trip_duration_seconds_sum_total | 6.923914688 | | | | | | | |
| 37 | geohash6_cash_trip_rate_6mo | 0.00% | | | | | | | |
| 38 | geohash6_flack_ipc_rate_all_ao_6mo | 0.00% | | | | | | | |
| 39 | geohash6_latenight_trip_rate_6mo | 8.08% | | | | | | | |
| 40 | geohash6_log_trip_count_6mo | 3.906335042 | | | | | | | |
| 41 | geohash6_client_1star_rate_6mo | 0.98% | | | | | | | |
| 42 | geohash6_driver_cancellation_rate_6mo | 2.07% | | | | | | | |
| 43 | geohash6_jira_sexual_rate_all_ao_6mo | 0.000000% | | | | | | | |
| 44 | geohash6_trip_count_6mo | 8059 | | | | | | | |
| 45 | trip_sub_region | West | | | | | | | |
| 46 | log_city_trip_count_6mo | 6.968416632 | | | | | | | |
| 47 | trip_country_id | 1 | | | | | | | |
| 48 | city_sexual_assault_l1234_rate_6mo | 1.16E-05 | | | | | | | |
| 49 | trip_dow_hour_sexual_assault_l1234_rate_6m | 5.44E-05 | | | | | | | |
| 50 | client_confirmed_mobile | yes | | | | | | | |
| 51 | client_days_since_signup | 215 | | | | | | | |
| 52 | client_first_token_type | STORED_VALUE | | | | | | | |
| 53 | trip_global_product_name | UberX | | | | | | | |
| 54 | is_pool_matched | FALSE | | | | | | | |
| 55 | trip_hour_local | 0 | | | | | | | |
| 56 | trip_dow_local | 3 | | | | | | | |
| 57 | geohash7_bar_count | 3 | | | | | | | |
| 58 | geohash7_restaurant_count | 7 | | | | | | | |
| 59 | | | | | | | | | |