# C.30

# EXHIBIT 31

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION



Case no. 3:24-cv-07019-CRB
Case no. 3:24-cv-07821
Case no. 3:24-cv-7940
Case no. 3:23-cv-06708
Case no. 3:24-cv-04900
-------------------------------------------------X


*** HIGHLY CONFIDENTIAL ***


VIDEOTAPED DEPOSITION

OF

SUNNY WONG

WEDNESDAY, JULY 23, 2025







Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6929785-001

S. Wong - Highly Confidential

by .61 kilometers, it's larger than a geohash7 which is, you know, 150 -- roughly 153 meters by the 152 meters.  But bottom line, geohash6 is larger than geohash7.

Q.   Got it.  So geohash7 means -- strike that.

Where Uber says geohash7 bar count, that means there are -- there's a number four, there that means there are four bars that are within an area that is 153 meters by 152 meters around the trip request; is that right?

A.   That is correct.

Q.   And the same thing for the geohash7 restaurant count, that was in that same area there were 68 restaurants around this trip request, right?

A.   Correct.

Q.   Those were things that Uber knew were associated with a heightened risk for sexual assault or sexual misconduct, right?

A.   We put that as one of the factors or one of the features into the model.  I know we discussed some correlations last time

S. Wong - Highly Confidential

Q.   Yeah, it's a little messy.

The way Uber comes up with the threshold score at a given place and time is by looking to what it's trying to get at as an aggregate 1.25 percent trip flag rate, right?

A.   In aggregate, yes, that's what we're trying to get to in a given city.  And then, again, we will set different thresholds by day or night within a given city, an aggregate will try to be and the target flag rate.

Q.   And right down at the bottom of this slide it says that Uber sets thresholds according to trip flagging budget methodology, right?

A.   That's what it looks like on the deck there.

Q.   And that's your understanding, right?

A.   Whether it's a budget, it's basically a trigger rate that we've aligned with our cross-functional partners on what the target trigger rate is and we'll

S. Wong - Highly Confidential

generally try to stay around that target.

Q.   And that -- and that target trigger rate or flag rate is the engine that generates the thresholds, that's where the thresholds come from, right?

A.   It starts from the trigger rate and then we'll convert it into a threshold.

Q.   Great.  And that conversion, is that done by a human or is that done by an algorithm?

A.   There are some analysis that's done, you can see in the second bullet, thresholds are computed via uWorc pipeline, that just means like a process that will process some data for us.  So it's relatively automated, but someone will review it at least just to make sure everything kinda checks out, right, so we have a human that can at least sign-off on it.

Q.   And to be clear, there's never been any S-RAD risk score that Uber has said, we're never okay with pairing a trip that has a score higher than this number, right?

A.   Say that again.

S. Wong - Highly Confidential

Q.   There's no -- there's no absolute threshold that Uber has set where it says, a trip that has a score -- a trip pairing that has a score higher than this will never be okay with it, we're never gonna pair it, correct?

A.   Well, we have downrank enforcement, right, so we're literally -- we're moving plans from the trip request, right, so most cases like that -- that plan is complete removed as eligible plan for a given trip request.

So it depends what you're, you know, your exact definition there, but I do view that our current enforced downranking exactly just pulling out specific plans.

Q.   Is there any number, any numeric score that across all times and places in the US Uber will make sure it never goes above that score for a trip pairing?

A.   I'm not aware.  Again, S-RAD is at the driver/rider supply level and we've got, again, downrank enforcement to have impact on those specific plans.

S. Wong - Highly Confidential

Q.   Is there any score -- is there any trip supply plan score where Uber says we will always flag it if it's above this number?

A.   Well, we've established a threshold, right.  I mean, that's gonna trigger some type of matching intervention, right, either, you know, we're pulling out those plans to enforce downranking, so -- and we are -- we've established a threshold to have some intervention.

Q.   But the threshold is set at the city level and changed approximately monthly, right?

A.   Right, each city, you know, we have to calibrate a city level threshold for day and night, right.

Q.   So it's a moving target depending on where we are and when we are, right?

A.   Well, I wouldn't call it a moving target, I mean, we're just recalibrating thresholds as needed, potentially on a monthly basis, right, to make sure that, you know, we are right around, you know, our

S. Wong - Highly Confidential

target trigger rate and how we're allocating, you know, to day and night still within expectations.

Q.   Is there any threshold score where you can tell the jury no matter what city we're in, no matter what year it is or what month it is, we're gonna always flag a trip that has a score above this number?

A.   S-RAD does not score at the trip level, right.  I think we established that, right, it's the driver/rider supply plan level.

Q.   Sure.  I'll reword it.

Is there any score for the risk of sexual assault and sexual misconduct where you can tell the jury no matter what city we're in, no matter what year it is, no matter what month it is, no matter if it's day, no matter if it's night, we are always going to flag a potential trip pairing, a/k/a driver supply plan, that has a score above this number?

A.   There's nothing like that I'm aware of.  But, again, safety is a very regional

S. Wong - Highly Confidential

thing and we have to calibrate the threshold appropriately, right.  So essentially, one, it sounds like you're saying, can we just have one threshold for all of US, is that what you're asking, essentially?

Q.   I want to stick with my question, not --

A.   Yeah, yeah, go for it, please. Maybe you can clarify again.

Q.   Yeah.  Is there -- we talked about like for each of these cases and we're getting into the other ones, they have a particular threshold score for a place and time, right?

A.   Yes.

Q.   And those threshold scores as we looked across these different cases are different for different places and times, right?

A.   Correct.

Q.   And just to make sure I don't have a problem with asking that question: Depending on the place and time, the threshold score is different, right?

Sunny Wong  Highly Confidential
July 23, 2025

S. Wong - Highly Confidential

A.   Correct.

Q.   There's no threshold score that Uber sets as a constant across all places and times, right?

A.   That is correct, because the score distributions will look different by at least places, right, and potential places and time of day as well.  So that wouldn't probably be a good way to set a threshold kinda across the board.

MS. PETERS:  I'm gonna object as nonresponsive to everything starting with the word "because."

Q.   Let me just try to get a clean question and answer.

There's no threshold score that Uber sets as a constant across all places and times, true?

A.   True.

Q.   And that's been true for 2022, 2023 and 2024, right?

A.   Yes.

MS. PETERS:  We can take that down.  And I want to move to the