# C.33

# EXHIBIT 34

## EXHIBIT FILED UNDER SEAL

### UBER000204698



## Metadata

| | | |
|---|---|---|
| #Author | haas@uber.com | SEMANTIC |
| #Date Modified | 08/17/2018 | SEMANTIC |
| #DateCreated | 08/08/2018 | SEMANTIC |
| #Title | Safety Trends and Insights - LE Event | SEMANTIC |
| Account | tbreeden@uber.com | SEMANTIC |
| All Custodians | Breeden, Tracey;Fuldner, Gus;McDonald, Katy;Parker, Kate | SEMANTIC |
| All Paths | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_19.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_19.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; Breeden, Tracey: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Breeden, Tracey: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_79.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2018yr\JCCP-EDISCO-23800_2018yr_79.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_124.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_124.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; McDonald, Katy: \MassTort_Category2_DRIVE\MassTort_Category2_DRIVE_10.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; McDonald, Katy: \MassTort_Category4_DRIVE\MassTort_Category4_DRIVE_7.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_38.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_38.zip | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER000204698 | SEMANTIC |
| Collaborators | tbreeden@uber.com; dkolta@uber.com; binnings@uber.com; gus@uber.com; johnathon@uber.com; kateparker@uber.com; sjeon@uber.com; kmcdonald@uber.com; hollis@uber.com; sunny.wong@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 08/08/2018 1:12 am | SEMANTIC |
| Date Modified | 08/17/2018 11:14 pm | SEMANTIC |
| Doc Id | 1XMMCrrOkjyDFQDptm3HBq6zuTQmgzu0Lw1DY7GY2IPI | SEMANTIC |
| Document Type | PRESENTATION | SEMANTIC |
| End Family | UBER000204715 | SEMANTIC |
| Family Date | 08/17/2018 11:14 pm | SEMANTIC |
| File Path | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_19.zip | SEMANTIC |
| File Size | 10402070 | SEMANTIC |
| Filename | Safety Trends and Insights - LE Event_1XMMCrrOkjyDFQDptm3HBq6zuTQmgzu0Lw1DY7GY2IPI.pptx | SEMANTIC |
| Google Drive Production Source Documents | UBER000041478; UBER000041480; UBER000050373 | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER000204698;UBER000204699;UBER000204700;UBER000204701;UBER000204702;UBER000204703;UBER000204704;UBER000204705;UBER000204706;UBER000204707;UBER000204708;UBER000204709;UBER000204710;UBER000204711;UBER000204712;UBER000204713;UBER000204714;UBER000204715 | SEMANTIC |
| ILS Document Date | 08/17/2018 | SEMANTIC |
| ILS Prod Date | 8/9/2024 | SEMANTIC |
| ILS Prod Vol | UBER025 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_001774060; UBER000041478; UBER000041480; UBER000050373 | SEMANTIC |
| MD5 Hash | cb963b1a4045287e293439ff130e84fd | SEMANTIC |
| MDL BEGBATES | UBER_JCCP_MDL_000180779 | SEMANTIC |
| Other Custodians | Breeden, Tracey;Fuldner, Gus;McDonald, Katy;Parker, Kate | SEMANTIC |
| Primary Date | 08/08/2018 1:12 am | DOC_TYPE_ALIAS |
| Prod Date | 08/09/2024 | SEMANTIC |
| Production Volume | UBER025; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 08/17/2018 11:14 pm | SEMANTIC |
| SourceHash | d8842f64b41629254cc3fff95e7585d0 | SEMANTIC |

#21710.1



UBER

# Safety Trends and Insights
Sexual assault and sexual misconduct incidents

CONFIDENTIAL

UBER #217710.2



CONFIDENTIAL

UBER#21740.3

# Challenges Classifying Sexual Violence Incidents

Challenges in data and classification

### No current standard exists

Based on our research and work with advocates, there is no uniform industry standard for categorizing this data for public release.

In a 2016 report, the Government Accountability Office found that there are 23 different terms to describe sexual violence across four federal agencies.*

### Reports often lack detail and are underreported

Vague or incomplete reports such as "I was harassed" do not lend themselves to easy or consistent classification. Attempts at follow up are not always answered.

Furthermore, we know that sexual violence is a vastly underreported crime.

### Classification must be intuitive to be consistent

There is a need to balance the granularity of incident classification with the accessibility of the system for staff implementation.

More granularity makes it difficult for humans to accurately and consistently classify and thus track reports.

*Https://www.gao.gov/assets/680/678510.pdf

CONFIDENTIAL

UBER#21710.4



We are committed to being part of the solution

**Expert-developed taxonomy** to categorize incidents and improve precision

**Open-source this methodology** to encourage others in the industry to be transparent

**Publish a transparency report** on sexual assaults that occur on the Uber platform

CONFIDENTIAL



CONFIDENTIAL

UBER #21710.6

Top Safety Concerns / Reports from Riders and Drivers in the US:

1. Dangerous Driving
2. Verbal Altercation
3. Vehicle Crash
4. Substance Abuse
5. Sexual Misconduct
6. Physical Altercation
7. Sexual Assault
8. Theft or Robbery

Data Source: https://qb.uberinternal.com/querybuilder/builder/kCcaUCKNtO

CONFIDENTIAL

UBER00620470 #21710.7

UBER#2174108

## Focusing on trends to guide our discussion

We do not want to let a lack of precision stop us from discussing prevention strategies.

For the purposes of our discussion we are bucketing any report of unwanted sexual behavior no matter how minor under the umbrella of "Sexual Assault".

We've discussed how we will work on improving our precision and accuracy of data

In the meantime, I've asked my team to pull some analysis of high level trends based on what we currently have to guide our discussions today

In this analysis we bucket any report of unwanted sexual behavior together. No matter how minor

Data Source: https://qb.uberinternal.com/querybuilder/builder/kCcaUCKNtO

CONFIDENTIAL

UBER#2174108



If we look at LA we see that the count of SA incidents are densest in those areas with the greatest number of trips.

CONFIDENTIAL

UBER#03104106.9



Data Source:
https://docs.google.com/spreadsheets/d/1Yx8Z_yWwUzTF2EsFaRzEZYbU0Kq1ubHOnUB8_e1lEng/edit#gid=1764012053

CONFIDENTIAL

UBER#2017010410

## Reports of sexual assaults are also more common on the weekends



Sexual Assault Report Rate by Hour of Day and Day of Week

This reinforces that alcohol is a huge issue.

The trends in the evening and on the weekends show that closing time at bars and the end or parties are the most likely times that we will receive a report.

Data Source:
https://docs.google.com/spreadsheets/d/1Yx8Z_yWwUzTF2EsFaRzEZYbU0Kq1ubHOnUB8_e1lEng/edit#gid=1764012053

CONFIDENTIAL

UBER#21710.11

## A report of sexual assault is

4x more likely if the trip occurred between 12am - 3 am

3x more likely if most of the rider's or driver's previous trips occurred between 12am - 5am

2.5x more likely if rider had less than 5% battery power left on their phone

2.5x more likely if the trip was surged at least 2x

2x more likely if the pick up location is within 150 feet of a bar

1.5x more likely if the rider's phone was not connected to WIFI at the time of request

1.2x more likely if rider or driver had fewer than 20 lifetime trips

Note: These are correlations, not causations and are not controlled for other factors

CONFIDENTIAL

UBER#20174012

Most reports of sexual assault occur between female rider / male driver...

... However, female drivers matched with male riders stand out....

Distribution of Reports of Sexual Assault by
Inferred Rider and Driver Gender

| | | Driver | |
| --- | --- | --- | --- |
| | | Male | Female |
| Rider | Male | 29% | 24% |
| | Female | **43%** | 4% |

Relative frequency of report of sexual assault
between inferred genders

| | | Driver | |
| --- | --- | --- | --- |
| | | Male | Female |
| Rider | Male | 1x | **4x** |
| | Female | 1.5x | 1x* |

**1x equals female : female report frequency

CONFIDENTIAL

UBER#21710.13



CONFIDENTIAL

UBER #21710.14



# We see a big opportunity for greater awareness of Uber's features and policies

There is tremendous opportunity for greater awareness of Uber's safety features and guidelines

Only 17% of US riders and 50% of US Riders are aware of the Community Guidelines. We've heard that this is consistent with what you have seen in your investigations as well. Most users don't know that Uber has a no tolerance policy for any sexual activity on the platform even if it is consensual.

And only 13% of riders and 10% of drivers in the US know that Uber has an emergency button in the app to connect them with 911

CONFIDENTIAL

## We see that awareness of the most impactful safety features is often the lowest



Furthermore, the most impactful features on sentiments of safety often have the lowest awareness.

We believe that greater feature awareness empowers users to act if they feel unsafe or contact emergency services if needed.

CONFIDENTIAL

## Moving Forward

We've come a long ways, but we have further to go.

We are looking forward to moving forward with advocates, law enforcement, and our communities to identify solutions.

We value your insight and expertise as we work to achieve this.



CONFIDENTIAL



We have 10 mins or so to answer specific questions.
Keep in mind we have an entire section of the brainstorm to discuss trends and solutions so we can dive deep there

CONFIDENTIAL

UBER#2017-0148



CONFIDENTIAL

UBER#21710:19