C.34

# EXHIBIT 35

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_003504225**

## Metadata

| Account | mike.akamine@uber.com; | SEMANTIC |
|---|---|---|
| **All Custodians** | Akamine, Mike;Muehrcke, Susan; | SEMANTIC |
| **All Paths** | Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_11.zip; Akamine, Mike: \REFRESH_Drive_Set1\REFRESH_Drive_Set1_11.zip; Muehrcke, Susan: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_18.zip; Muehrcke, Susan: \REFRESH_Drive_Set14\REFRESH_Drive_Set14_18.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_003504225 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 04/09/2024 5:39 pm | SEMANTIC |
| **Date Modified** | 08/13/2024 4:55 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_003504225 | SEMANTIC |
| **File Path** | \REFRESH_Drive_Set1\REFRESH_Drive_Set1_11.zip | SEMANTIC |
| **File Size** | 13748524 | SEMANTIC |
| **Hidden Content** | Yes; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_003504225 | SEMANTIC |
| **ILS Document Date** | 08/13/2024 | SEMANTIC |
| **ILS Prod Date** | 03/14/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL132 | SEMANTIC |
| **Labels** | Data Classification->Data Classification->Confidential; Google Drive Environment Scan->OU ownership v3->FTE3; Google Drive Environment Scan->ALL OUs v3->ALL 3 | SEMANTIC |
| **Other Custodians** | Akamine, Mike;Muehrcke, Susan; | SEMANTIC |
| **Primary Date** | 04/09/2024 5:39 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL132; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 08/13/2024 4:55 pm | SEMANTIC |

# Intoxicated Riders

## Checkpoint Deck

**Srishti Bajaj**

**4.2.2024**



| Problem definition | Solution definition | Design | Development | XP/Pilot | Launch | Monitor & Insights |
|---|---|---|---|---|---|---|

# Meeting goals

**01** Understand the problems and opportunities

**02** Align on proposed solution

# Context

# Trips originating within 50m of a bar are at higher risk of serious incidents

Nearly **half** of sexual assaults in the US originated within 50m of a bar.



[US] Proportion of Sexual Asaults Originating within 50m of a Bar

Proportion of US P2P trips with 0 versus 1+ bars within 50 meters of request point.

Notes: 100% sample of sexual assaults (13555 L3 sexual assaults, 382 L4 sexual assaults) and 250k randomly selected trips without sexual assaults (source: JIRA). US P2P occurring March 1 - May 14, 2018.

Uber I Intoxicated Rider

# Serious IPC rates are highly concentrated to late-nights and weekends



**US&C - Serious IPC rate by hour of day and day of week**
( LTM Sept-19, Source: Blackbird)

*Each blue bar representing S-IPC rate by hour of day*
— *Daily Weighted avg.*

- Almost half of the serious incidents happened on weekends; serious IPC rate increase as approaching late-night hours and the weekends

- Reducing IPC rate in only Sat and Sun to the daily bottom quartile of 16.4 suggest **~15% reduction in S-IPC rate**

Intoxicated riders are a **major contributor or victim** of critical safety incidents on the platform.

# Intoxication as a contributing factor to elevated risks of SA/SM

## Intoxication is a risk factor for SA/SM in Mobility and Delivery

Primarily in Mobility for US, ANZ, UK and France where it is mentioned **40%** of the time in SA/SM incidents - compared to 14-30% of the time in other regions.

## Evenings, weekends & late nights are especially risky for SA/SM

Evening & late night trips are anywhere from **2-11x riskier** than daytime trips and make up 50% of all SA/SM incidents globally.

## Riders riding alone & riders in the front seat may be a risk factor in SA/SM

In the US/C, noted in **68%** of the time; in other regions, noted 42-52%

Uber I Presentation name

# Top 5 intoxicated rider hazard types that lead to serious IPC globally (After reviewing nearly 400 tickets across EN, ES, PT, and other languages )

| Aggravated Behavior | Policy Violator | Vomiting | Invasive | Sleeping |
|---|---|---|---|---|
| Groups become aggressive and attack DP or their property | Open Alcohol Container in the Car | DP feels they could've prevented this | RD touching DP's personal property | Aggressive RD reaction upon being woken up |
| RD touches DP aggressively, persistently, or sexually | Smoking/Vaping in car, Overcapacity, or No Mask | DP tries to collect cleaning fee, make RD clean car | DP touches Rider sexually | DPs don't know how to respond to sleeping RDs |
| RD uses verbally abusive language | RDs drinking on street prior to getting in | Users don't know how to proceed post vomit  (eject user/RDs cancel) | | SA/SM DP takes advantage of RD |

# What do we want to focus on?

Rider's challenges

# Riders are susceptible to opportunistic crimes when intoxicated.

Rider was at a club and was a little drunk. Rider fell asleep in the **front seat**. Driver **rolled her dress and touched her thigh** and stopped when she woke up.

Incident



Rider's challenges

# Drivers lingering at destination

Rider was very drunk. Driver pulled up at drop off point, talked with them for an hour, and **solicited sexual act**.

Incident



Rider's challenges

# Rider is dropped off mid-way in a vulnerable state.



Rider was drunk, and took an Uber to get home. Close to her house, she asked driver to stop so she could vomit. Driver got angry about her vomiting in his car and pushed her out of the car and left. Driver **didn't drop her in a safe location**, and about 2km away from drop-off location.

Driver's challenges

# Drivers struggle getting intoxicated riders out of car.

Driver tapped the rider on the arm to try to wake up rider,  and then shouted but the rider did not wake up. He then picked up the rider by the arm and put them in a sitting position. Driver stated the rider is still in a deep sleep and is **not sure what to do**.

| Final Disposition / Final Disposition Tag(s) | # of Incidents |
|---|---|
| POLICE_ADVISED_CUSTOMER_REQUESTED_ASSISTANCE | 415 |
| SAFETY_CONCERN | 52 |
| REFUSAL_TO_EXIT | 52 |
| INVOLVED_IN_COLLISION | 45 |
| REFUSAL_TO_EXIT, SUBSTANCE_ABUSE | 21 |
| REFUSAL_TO_EXIT, SAFETY_CONCERN | 18 |
| INVOLVED_IN_COLLISION, SAFETY_CONCERN | 18 |
| VERBAL_ALTERCATION, SAFETY_CONCERN | 15 |
| DANGEROUS_DRIVING, SAFETY_CONCERN, SUBSTANCE_ABUSE | 15 |
| DANGEROUS_DRIVING, SAFETY_CONCERN | 14 |
| VERBAL_ALTERCATION, REFUSAL_TO_EXIT | 10 |
| SAFETY_CONCERN, SUBSTANCE_ABUSE | 9 |
| VERBAL_ALTERCATION | 8 |
| DANGEROUS_DRIVING | 7 |
| VERBAL_ALTERCATION, REFUSAL_TO_EXIT, SAFETY_CONCERN | 7 |
| SUBSTANCE_ABUSE | 7 |
| VERBAL_ALTERCATION, SAFETY_CONCERN, SUBSTANCE_ABUSE | 4 |
| REFUSAL_TO_EXIT, SAFETY_CONCERN, SUBSTANCE_ABUSE | 4 |
| VERBAL_ALTERCATION, REFUSAL_TO_EXIT, SAFETY_CONCERN, SUBSTANCE_ABUSE | 4 |

**ADT Mar, 2024 tickets**

# Product solutions

# Proposal

## Phase 1

**Riders are susceptible to opportunistic crimes**

- **Wake up prompt** - Buzz riders to wake up 2-mins before a rider arrives at their destination.

- **Front seat warning at pickup** - Prompt riders to sit in the back seat for bar/night trips.

- **Safety Preferences for bar trips** - Prompt riders to turn on key safety preferences when they are

## Phase 2

**Drivers struggle to get intoxicated riders out of car**

- **Driver Checklist -** Provide drivers with a real time checklist on best practices for waking up an intoxicated riders.

- **Robocall/ADT escalation -** Allow drivers to escalate to Uber and then ADT if they are unresponsive

**Drivers lingering at destination**

- **Destination lingering -** Build a new 'Destination lingering' anomaly for RideCheck with ADT escalation

## Phase 3

**Rider is dropped off mid-way in a vulnerable state.**

- **Ejector seat -** assist with mid-trip drop offs.

Uber | Earner PIN

# Flow - Wake up sleepy rider and help driver get out of them out of the car



source   16

John Lunsford  to  Everyone 11:13 AM
Mari - I do have an xp designed (but not run yet) for intoxicated people drinking at a bar - to test message awareness, content readability, and task memory.

Dhaval Shah  to  Everyone 11:15 AM
Also a callout that solution like ADT is also limited just in US, so internal agents would be great to explore

Xindeling Pan  to  Everyone 11:16 AM
Some of the existing buzz feature, like buzz when pickup ETA is long (https://docs.google.com/document/d/160cmqWk_F3_lKcoynF7YtYgKx_A_A4O0Co9Cvv7wmK4/edit). However, this long-buzz feature may only work on Android.

From an engineering perspective, I would like to understand if this is still true and would like to explore options such as alarms, which many riders prefer

Ali Rorabaugh  to  Everyone 11:09 AM
Flagging - other teams leverage buzz to trigger certain behavior, so hopefully we can leverage existing tech that's built.

James Stewart 11:12 AM
Do we have a policy doc/PRD/UX doc which collects all buzz uses?

Amy Bickerton (she/her) 11:17 AM
I think Hilda did an audit of our haptics, at least in the rider app. I'll see if I can find it.

James Stewart 11:21 AM
+1 to @Xindeling Pan comment too. Let's update the audit as we move forward and learn more.

Uber 1

38

John Lunsford  to  Everyone 11:25 AM