# C.35

# EXHIBIT 36

**EXHIBIT FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------------

IN RE: UBER TECHNOLOGIES, INC.,

PASSENGER SEXUAL ASSAULT LITIGATION

Case no. 3:23-md-03084-CRB

------------------------------------------

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION

OF

HANNAH NILLES

Wednesday, July 23, 2025

9:13 a.m.

Hannah Nilles  Highly Confidential
July 23, 2025

data, including to eliminate duplicates and so forth, that happened sometime before 2024, correct?

A.    Yes.

Q.    Uber continued to look at this issue of whether the intoxication of the rider contributes to the risk of sexual assault after that audit was completed, right?

A.    Yes.

Q.    Uber has looked at it as recently as 2024, right?

A.    Yes.

Q.    Okay.

So let's take a look at this document, which we're going to mark --

MR. REDE:  1725.

MS. WALSH:  1725.  It's AW 88.

MR. REDE:  It's MDL 3900.

MS. WALSH:  Sorry.  We're going to mark it as MDL 3900.

MR. REDE:  We're well clear of everything.

MS. WALSH:  Okay.  There you go.

No.  Sorry.  MDL 3900.

(Reporter seeks clarification.)

Hannah Nilles  Highly Confidential
July 23, 2025

MR. REDE:  It's already been marked.

MS. WALSH:  It's already been marked.  Sorry.  Sorry.

BY MS. WALSH:

Q.   Okay.  Ms. Nilles, if you look at the first page of this PowerPoint, it's called "Intoxicated Riders --

MR. PREMO-HOPKINS:  Can we get a copy?

MS. WALSH:  Oh, sorry.

Q.    -- Checkpoint" -- Ms. Nilles, if you look at the first page of this presentation, it's called:  "Intoxicated Riders Checkpoint Deck."

Do you see that?

A.   Yes.

Q.   Tell us who the author is?

A.   Srishti is someone that works in the product organization.

Q.   Okay.  And this document is dated April 2, 2024, correct?

A.   Yes.

Q.   Okay.  And if we look forward to page -- the slide that's number 6.

Do you see that?

A.    Yes.

Q.    Okay.  What -- on Slide 6, what Srishti is saying -- or what this Uber document is saying on Slide 6 is:  "Intoxicated riders are a major contributor or victim of critical safety incidents on the platform."

Do you see that?

A.    Yes.

Q.    Does Uber agree with that statement?

A.    It's a contributor, I would say.

Q.    So Uber doesn't agree that it's a major contributor?

A.    Well, I don't know what -- we don't have a clear definition of major in this doc or otherwise, to my knowledge.  So I think that's a -- someone's personal opinion.

But it is definitely a contributor.

Q.    Okay.  So where a rider has -- has been drinking and drinking to the point of intoxication, that can be a contributor of that person being a victim of critical safety on the platform?

A.    Or of committing a critical safety incident.

Q.    You understand this litigation is