**C.36**

# EXHIBIT 37

**EXHIBIT FILED UNDER SEAL**



PENGAD 800-631-6989

DEPOSITION
EXHIBIT

C036

# Fact Base Deck

## Personal Safety

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY




UBER_JCCP_MDL_002289722.0003

# Policy/Comms/Marketing Information on Causal Factor #1: Alcohol

1. Do we have any current partnerships that focus on alcohol (excluding drunk driving)? Not specifically.
   a. Building off of NO MORE's and Uber's Stand Up, Don't Stand By campaign, Uber partnered with NO MORE to create a sexual assault training for nightlife staff. This has not yet been rolled out. This would also accompany a relaunch of the campaign's website (in part related to alcohol).
2. What campaigns have we run in this space?
   a. Stand Up, Don't Stand By Campaign - focused on stopping sexual assault before it happens, including things like not leaving friends alone in cars if they are overly intoxicated
      i. https://dontstandby.org/
      ii. https://nomore.org/stand-up-dont-stand-by-campaign-expands-across-the-u-s/
      iii. https://abc7.com/dont-stand-by-campaign-uber-sex-assault-sexual/5138012/
   b. Upcoming Driver Information Center
      i. Top 5 scenarios (sleeping rider)
   c. Press tips (given directly to press, but not documented anywhere)
   d. Uber.com Public Facing Tips (Link)
3. What comms have we sent out globally for Earners/Spenders? None outside of dui. Alcohol is a primary use case for Uber (don't drink and drive, etc.) so telling people not to drink too much is not really our place and goes against our business.
4. Is there any pressure from regulators in relation to alcohol (excluding drunk driving)? No

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY