# C.37

# EXHIBIT 38

## EXHIBIT FILED UNDER SEAL

1

Rebecca Romano CSR No. 12546

**EXHIBIT 1062**

**Deponent: Ross 30(b)(6)**
**Date: 6/12/2025**



# Uber - Rider
# App Store Change Log

## June 2025

Prepared for Deposition of Lizzie Ross

CONFIDENTIAL

UBER_JCCP_MDL_005757293

# App Store Subtitle [iOS]



*Data Source: AppTweak*

*\*Green indicates added content. Red indicates removed content.*

2024-05-07

Rideshare, taxi cabs and more

~~Request and ride with Uber.~~ideshare, taxi cabs and more

2023-10-19

Request and ride with Uber.

~~Find no-stress rides, anytime~~Request and ride with Uber.

2023-10-17

Find no-stress rides, anytime.

~~Request and ride with Uber~~Find no-stress rides, anytime.

2023-07-04

Request and ride with Uber.

~~Find no-stress rides, anytime~~Request and ride with Uber.

2023-06-27

Find no-stress rides, anytime.

~~Request and ride with Uber~~Find no-stress rides, anytime.

2023-06-20

Request and ride with Uber.

~~Find no-stress rides, anytime~~Request and ride with Uber.

2022-04-26

Find no-stress rides, anytime.

~~Fast and safe~~ind no-stress rides, anytime.

2022-04-12

Fast and safe rides, anytime.

~~Request rides 24/7~~Fast and safe rides, anytime.

2020-06-30

Request rides 24/7

Request rides~~, get a JUMP bike~~ 24/7

2020-01-14

Request rides, get a JUMP bike

~~Know the cost before riding.~~Request rides, get a JUMP bike

2018-10-17

Know the cost before riding.

~~Need a lift? Ride with Uber~~Know the cost before riding.

2018-01-19

Need a lift? Ride with Uber

~~Affordable rides 24/7~~Need a lift? Ride with Uber

2017-09-19

Affordable rides 24/7

Affordable rides 24/7

CONFIDENTIAL

UBER_JCCP_MDL_005757298

# App Store Long Descriptions [iOS]

2023-10-17

Join the millions of riders who trust Uber for their everyday travel needs. Whether you're running an errand across town or exploring a city far from home, getting there should be easy.

FIND THE RIDE YOU WANT
Find the perfect ride right at your fingertips! Uber is here to make your journey stress-free and enjoyable.

Pick from a wide range of products that the Uber app has to offer including:
- UberX: Affordable rides, all to yourself
- Uber Green: Eco-Friendly
- UberXL: Affordable rides for groups up to 6
- Comfort: Newer cars with extra legroom
- Comfort Electric: Premium zero-emission cars
- Uber Pet: Affordable rides for you and your pet
- Black: Luxury rides with professional drivers
- Taxi: You now have the option to request a cab or a taxi on demand using Uber in select cities
- 2-wheels: Find a scooter to start riding roday

UPFRONT PRICING
With Uber, you no longer need to worry about hidden costs or unexpected surprises. As you enter your destination in the app, you get upfront pricing and the estimated time of arrival.

SAFETY TOGETHER
Safety is a top priority at Uber. We have established comprehensive safety features to help ensure every rider and driver feels secure and comfortable.

AFFORDABLE PRICING
We're doing all we can to make our pricing as transparent as possible.

- UberX Share: UberX Share connects you to other riders headed in the same direction.
- Group Rides: Share the journey with friends.
- Split Fare: Don't worry about doing the math later—split the cost evenly while you're still on the ride.\

JOIN UBER ONE FOR EXCLUSIVE PERKS
Benefit from $0 Delivery Fee and up to 10% off eligible delivery and pickup orders, 6% Uber Cash back on eligible rides and a $5 credit if our Latest Arrival Estimate on your order is off. Other fees & terms apply. For more details see uber.com/uberone.

RESERVE RIDES IN ADVANCE
Need a ride at a specific time? No problem! Uber allows you to reserve rides in advance, so you can plan your day with confidence.

GO GREEN
Uber is committed to building a sustainable future for our cities. With a growing fleet of electric and hybrid vehicles, you can choose eco-friendly rides to reduce your carbon footprint.

RENT CARS AND HAVE THEM DELIVERED TO YOU
Whether you need a car today or later, the online booking experience will help you find the right vehicle for a family vacation, a weekend getaway, airport travel, and more. You can have a rental car delivered to your door at the time and location of your choice with Valet, currently available in select cities.

MORE FEATURES
Delivery: Order food from your favorite restaurants through Uber Eats. Stock up on groceries, shop pharmacy, convenience and pet supplies and get them all delivered.

Uber Connect: an easy, same-day, no-contact delivery solution that allows people to send items whether it's a care package for a loved one or an item you sold online.

Transit: Say goodbye to complicated time schedules, hectic transfers, and unexpected waits while reducing your trip's emissions.

Uber Charter: Book high-capacity group rides in vehicles seating 14-55 passengers, such as limo buses, luxury vans, and coach buses.

2-Wheels: Did you know you can also bike or ride a scooter with the Uber app?

Uber for Business: Manage and track business travel, meal programs, and more on one dashboard.

Uber Hourly: Keep a car and driver with you for hours.

Uber Car Seat: Uber Car Seat provides one forward-facing car seat for a child who is at least 2 years old, 22 pounds, and 31 inches tall.

Get Started Now! Download the Uber app and create an account today. Uber is available in the following cities: Boston, DC, LA, New York, San Francisco, Vegas, Orlando, Chicago and more. Check if Uber is available in your city at https://www.uber.com/cities. Stay updated on the latest news, promotions, and offers by following us on Twitter at https://twitter.com/uber and liking us on Facebook at https://www.facebook.com/uber.

*Data Source: AppTweak*

CONFIDENTIAL

UBER_JCCP_MDL_005757311