# C.39

# EXHIBIT 40

**EXHIBIT FILED UNDER SEAL**

**UBER_JCCP_MDL_000251111**

## Metadata

| #Author | kateparker@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 11/07/2018 | SEMANTIC |
| #DateCreated | 02/17/2017 | SEMANTIC |
| #Title | Sexual Misconduct Reducation - Long-Term Strategy Narrative | SEMANTIC |
| Account | brooke.anderson@uber.com | SEMANTIC |
| All Custodians | Anderson, Brooke;Breeden, Tracey;Fuldner, Gus;Kaiser, Roger;Kansal, Sachin;Kawada Page, Jodi;Lake, Carley;Parker, Kate;Sheridan, Danielle;Shuping, Valerie | SEMANTIC |
| Collaborators | tbreeden@uber.com; rafiq@uber.com; kaiser@uber.com; shimul@uber.com; jgoodman@uber.com; eric.schroeder@uber.com; carley@uber.com; dmitriy@uber.com; johnathon@uber.com; uber.com | SEMANTIC |

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Tracey Breeden; Johnathon Purcell
Working Document

# Sexual Assault / Misconduct Reduction Strategy

**TABLE OF CONTENTS**

OVERVIEW:                                                      1

OBJECTIVES:                                                   2

STRATEGY:                                                     2

    I. Screening                                           3
    II. Awareness (Internal and External Efforts)         4
    III. Deterrents and Interventions                     6
    IV. Early Warnings & Reporting Systems                 7
    V. Accountability                                     8
    VI. Larger Ecosystem                                  9
    VII. Appendix                                        10

## OVERVIEW:

Safety & Insurance strives to make Uber the safe and trusted transportation choice for everyone, everywhere — and a key element to achieving that mission is a cross-functional goal to **eradicate all sexual misconduct incidents from the Uber ecosystem.**

To obtain our goal, as a company we need to navigate and align on four core environmental contexts:

**1. We will not be successful unless we start with internal efforts to engage employees around this cause:**

- Work and input from our **Sexual Harassment, Violence Against Women, Sexual Assault national experts** has made abundantly clear that our work must start internally -- with a focus on the policies, education and community-building that creates a healthy culture to ensure that we are aligned and galvanized as human beings against sexual harassment, and other forms of sexual misconduct.

**2. Uber's business model provides a unique challenge to solving this problem:**

- In January of 2017, Uber had over 2.6 million active drivers — with an even larger rider base. The sheer size of this population means that monitoring, changing and creating stronger accountability for behavior must occur with one of the largest independent contractor workforces in the world and with millions of consumers.

UBER_JCCP_MDL_000251111

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Tracey Breeden; Johnathon Purcell
Working Document

- Because of our independent contractor model, there are very specific constraints in the amount of mandated training and interventions that can be imposed.
- In our current ecosystem, the majority of individual drivers do not define their primary identity as an "Uber driver" and may have very minimal interactions with other Uber drivers.
  - This presence or lack of a normative environment is a key component to successfully (or unsuccessfully) encouraging behavior changes. This current lack of community makes it difficult to have a common underlying identity for our drivers that encourages good behavior. (Social Norms Approach)

### 3. There is no silver bullet that can solve the issue of sexual misconduct:

- Targeting sexual assault / misconduct requires a cross-functional and collaborative effort — utilizing a combination of multiple initiatives (applied again and again) that when utilized simultaneously, can have an impact on improving behavior.
- Efforts must stretch across employee engagement / awareness, internal policy creation, external education, product interventions, scalable and tech-centric quality assurance, advanced data analytics and monitoring, customer service training, and more.

### 4. Impact will be tough to measure but action is critical:

- Multi-layered strategies applied in conjunction make it difficult to pinpoint relative effectiveness of individual tactics.
- High-level incidents are very rare; so assessing impact reduction will be difficult.
- Insurance data trails by 6+ months; creating reporting lags.
- There is a high likelihood of under-reporting for both high and low level incidents.
- Data for lower-level incidents are not clean.

## OBJECTIVES:

Our plan commits us to the following six goals:

1. Ensure users with a previous, detectable history of sexual misconduct are restricted from the platform.
2. Create appropriate awareness of sexual harassment/misconduct guidelines and expectations both within our company and in our company ecosystem.
3. Reduce and deter opportunities to commit sexual misconduct on the platform.
4. Realize improved internal data systems and user reporting capabilities to enable strong warning signals for violating offenders.
5. Ensure a business ecosystem that holds people accountable for their inappropriate behavior.
6. Be a force for good against domestic violence, human trafficking, child violence and sexual assault within our broader communities.

## STRATEGY:

Keeping these challenges in mind, our approach to address this issue in 2017 involves a multi-layer approach that aims to address sexual misconduct throughout our brand lifecycle:

UBER_JCCP_MDL_000251111.0001

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Tracey Breeden; Johnathon Purcell
Working Document

# I. Screening

**Objective:**
Ensure users with a previous, detectable history of sexual misconduct are restricted from the platform.

**Background:**
The first line of defense in keeping bad actors off the Uber platform is through proper screening. While background checks do not prevent all sexual misconduct incidents, improving the accuracy of our adjudication process will help ensure bad actors with a previous record of unacceptable crimes are not able to access the Uber platform.

**Tactics:**
**Increase the effectiveness of current screening processes:**
- Map gaps across stages of onboarding funnel, targeting criminal database and manual adjudication
- Launch a 100% QA process for BGC in-house manual adjudication.
- Launch engineering and process improvements to improve in-house adjudication error rate

**Evaluate effectiveness for additional screening tools:**
- Consider new background check and screening processes to improve effectiveness
- Expand access to additional screening databases that can help further mitigate incremental gaps in offenses currently captured
- Identify gaps in international markets and strengthen systems globally.

# II. Awareness (Internal and External Efforts)

**Objective:**
Create appropriate awareness of sexual harassment/misconduct guidelines and expectations both within our company and in our ecosystem.

**Background:**
A key element to mitigating unwanted behavior is to ensure individuals are aware of our guidelines and expectations when it pertains to sexual harassment and misconduct. While our primary focus has been eradicating this behavior for our users, it's important — now more than ever — that we contribute to creating awareness around this issue in the workplace.

**Internally,** there is now a budding focus on creating internal awareness on sexual harassment (started in Q1). Creating an environment where employees have a clear understanding of unacceptable behaviors is key. For our efforts, ensuring that managers and ICs understand sexual assault and sexual misconduct is critical to ensuring the success of external efforts — particularly as individual managers often play a role in setting the programs, incentives, and quality standards that can impact success of external sexual misconduct reduction.

**Externally,** there is currently minimal proactive outreach from Uber to communicate our guidelines and expectations to our users.  As we've grown, a primary focus has been to communicate conversion content first and foremost to our user base. One aim is to focus on the basics, ensuring that there is a

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Tracey Breeden; Johnathon Purcell
Working Document

foundational awareness with our users around safety and what is acceptable behavior on the Uber platform.

While we know that education alone will not prevent sexual misconduct incidents on our platform, it does create a foundation with our employees and users, and allows us to reinforce our guidelines throughout a user's lifecycle on our platform. Specific efforts around this initiative include:

Tactics:

## A. Internal Awareness
*Coordinated with the appropriate HR and Legal leadership*
- Contribute to the company's efforts to create internal awareness and accountability of sexual assault and harassment prevention.
- Expert-backed recommendations include:
  - Employee listening sessions — moderated by trained male professionals. [Tony Porter]
  - Mandatory, in-person broad-based sexual assault and sexual harassment education for every employee. All created and facilitated by expert advisors.
    - Initial education sessions intended to help attendees understand the scope of behavior that constitutes sexual harassment / assault, but also the warning signs associated with these issues.
    - Covering bystander engagement – how everyone can be part of addressing and therefore hopefully preventing this violence – is another very important focus area of the education.
    - Potentially including, in their own words, a sexual assault survivor, and a perpetrator of sexual violence, share their experiences, the impact not only on them but also on those around them, and how others either helped or could have helped them.
    - For remote offices, new hires, and staff who are not able to be present at live sessions, an online version of the presentation available and mandatory.
    - Conduct post-tests after every session to help determine the efficacy of the education and ways it might be improved.
  - Launch Critical Response Teams to train appropriate employees to provide immediate and confidential crisis assistance – safety, medical, social services, and legal – to anyone in the Uber family.
  - Update the internal Personal Conduct Policy. In consultation with leading experts throughout the country, overhaul our approach on discipline and accountability for employees both in their actions within the company and their decisions / interactions in supporting the platform.
    - Ensure revised policy lays out a clear series of steps to be taken when there is an incident that requires review.
  - Enable more resources for IRT Agent initiatives to improve their reporting effectiveness and overall mental health.
  - Create more meaningful company volunteering efforts to align to the issue
    - Creating empathy through firsthand interactions is a powerful tool that can help individuals grasp the severity and prevalence of sexual misconduct in our society.
  - Amp up internal reporting efforts for internal employees
    - Giving employees effective tools to anonymously report what they feel are unsafe behaviors or practices is critical to creating a safe working environment.

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Tracey Breeden; Johnathon Purcell
Working Document

- This includes initiatives such as the Uber Integrity Helpline and will build off of the best practices and recommendations provided by Covington Burling.

**B. External Awareness**
*Ensuring awareness on the Uber platform*
- Conduct a base survey to understand the relative percentage of our users (drivers and riders) who are aware of Uber's Community Guidelines and our sexual assault regulations.
- Engage in robust, smart and tailored protocol marketing to increase awareness, including efforts such as:
  - Experiment and incorporate Driver & Rider in-app acknowledgement of community guidelines.
  - Incorporate In-app visibility of safety features and approach to safety to all users.
  - Build peacemeal community guideline education into the lifecycle flow for all users.
  - Build new resources that communicate specific standards and utilize creative marketing channels (ie., CustomerOperations Macros, Uber web, Uber social, etc)
- Reinforce these guidelines through collaboration with Comms & Policy on public relations efforts.

# III. Deterrents and Interventions

**Objective:**
Reduce and deter opportunities to commit sexual misconduct on the platform.

**Background:**
One of the strongest deterrents experts cite in minimizing sexual misconduct is in utilizing "Bystander Intervention." In working with experts, we are adapting its approach for our platform. For background:
- Bystander Intervention is the ability for an individual to notice an event, interpret it as a problem, feel responsible to intervene, and possess the necessary skills to act
- Many times, bystanders may not intervene due to social influence, fear of embarrassment, diffusion of responsibility, or fear of retaliation

We believe Uber has a unique opportunity to utilize **technology as the continuous bystander,** enabling us to intervene as appropriate despite our inability to be a human bystander in all of our cars globally.

**Tactics:**
High impact opportunities include:
- Utilize both behavioral and trip level correlates to identify high risk users on our platform, driving:
  - Real-time rules/risk based dispatch
    - Potential blocking / better pairing during high risk times and locations (cancellations / pick-ups near bar locations)
  - Trip level anomaly detection to deter bad behavior (i.e. real time check-ins) by surfacing targeted, friendly messages that make it clear folks are still on the map.
    - For example, "Hi! We noticed it's taking you longer to get from A to B. We're here to help if needed."
  - As we continue to work with experts the Product team will build this out more.

UBER_JCCP_MDL_000251111.0004

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Tracey Breeden; Johnathon Purcell
Working Document

# IV. Early Warnings & Reporting Systems

**Objective:**

Realize improved internal data systems and user-reporting capabilities to enable stronger warning signals for potential offenders.

**Background:**

In order to target sexual misconduct offenders on our platform, it's critical that we're able to obtain more robust signals around unacceptable behaviors that may be occurring on our systems.

Currently, we know that there is a high likelihood of underreporting of incidents and behaviors on our platform — due to unintuitive reporting feedback flows, societal influences, and a prevalent belief that we will not act on the information. For low-level incidents, such as ongoing feedback to a driver's or rider's overall demeanor, the issues of underreporting and data cleanliness are magnified and also suffer from issues of internal routing fails due to volume and data quality.

**Tactics:**

High impact opportunities include:

- Increase awareness around the value of reporting incidents in markets where there is significant under-reporting due to cultural norms.
- Improve ratings / feedback systems to increase data quality and cleanliness for consumer usability.
- Obtain and utilize real-time specific user level metrics such as demographics and gender to improve our ability to target violators before a serious incident occurs (i.e. consistent feedback from certain demographics, cancellation rates based on gender, etc.)
    - Behavioral Correlates
    - Trip Level, Driver Level, and Rider Level Correlates

# V. Accountability

**Objective:**

Ensure a business ecosystem that holds people accountable for inappropriate behavior on our platform.

**Background:**

While our northstar is to eradicate sexual misconduct incidents from occurring on the platform, incidents may happen. When they do, it is critical that our data, policies and infrastructure best enable and ensure accountability on the platform — ranging from remedial education to offboarding depending on severity. Currently, the prevailing policy is a "three-strike" regulation, that is not research-backed and does not look effectively across issue types or behavior escalation.

The upgrade effort to ensure a more sound policy is being coordinated in conjunction with our internal criminologist, external consultants, safety legal and regulation teams and the business teams.

**Tactics:**

High impact opportunities include:

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Tracey Breeden; Johnathon Purcell
Working Document

- Revise our current policies to ensure a data-backed Sexual Assault policy that articulates clear, appropriate and just remedial actions.
- Once offending users are identified, match reported behaviors with targeted real-time accountability:
  - Low severity offenders: to potentially receive remedial education and more specific language about the behaviors reported.
  - High severity incidents: swift and just investigation for deactivation decision.
- Implement and enforce the new policy to ensure accountability across business units:
  - Adoption (socialization and stakeholder management across necessary teams)
  - Enforcement (ongoing quality assurance programs — particularly engineering-based programs that scale to reduce human error).
- Continuous process improvements
  - As information and systems become more nuanced, enable continued process improvement.

# VI. Larger Ecosystem

Objective
Be a force for good against Domestic Violence, Human Trafficking, Child Violence and Sexual Assault within our communities.

Background
Uber has the unique responsibility of being a technology company that also exists on a local level, moving real people throughout the real world. As a part of our commitment to celebrate the cities in which we operate, we recognize our responsibility to contribute positively to larger efforts to move the needle against societal issues of human trafficking, domestic violence, human trafficking, child violence and sexual assault.

Tactics:
High impact opportunities include:
- Ensure our technology is a force for good on areas that include:
  - Improving driver-to-rider matching technology to reduce overall effectiveness of perpetrators who are seeking to "mask" themselves as imposter Uber drivers.
  - Enable technology to help with Amber Alert reporting, and human trafficking data.
- Commitment to using our global platform to address human trafficking, domestic violence, child violence and sexual assault in society at large, including:
  - $5M dollar 5-year partnerships with and support for key nonprofits combating sexual violence.
  - Partnerships between Uber regional offices and local domestic violence and sexual assault organizations on activities ranging from abuse intervention programs, and local public service campaigns.
  - Regular meetings with hundreds of DV/SA organizations around the global to continue our commitment.

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Tracey Breeden; Johnathon Purcell
Working Document

# VII. Appendix

**External Consultants (Subject Matter Experts)**
As part of our work to ensure that we leverage the best minds possible on this important workstream, we have been connecting with the following experts:

**Ebony Tucker - Advocacy Director for the National Alliance to End Sexual Violence (NAESV) and Member of the Uber Safety Board**
*Advise on full 2017 and beyond strategy to eradicate sexual misconduct*
> Prior to her role at NAESV, she was Executive Director at the Louisiana Foundation Against Sexual Assault and Associate Executive Director at the Florida Council Against Sexual Violence. She's based in DC.

**Cindy Southworth - Executive Vice President, National Network to End Domestic Violence; Member of the Uber Safety Board**
*Advise and consult on general strategies and products*
> Founder of the Safety Net Technology Project and Board Member of the Global Network of Women's Shelters. Cindy also helped Uber think through how we could measure trust and improve women's safety through strategic partnerships and launch our 1M Women initiative.

**Jane Randel - Educational Campaign Expert**
*Advise and consult on internal engagement and phase 2 efforts on brand work*
> Jane is the co-founder of NO MORE, a national awareness campaign designed to end domestic violence and sexual assaults. She serves as a consultant to the NFL and NASCAR, helping them address issues of sexual assault within their organizations.

**A CALL TO MEN (ACTM)**
ACTM is an internationally-recognized violence prevention organization and leader on issues of male socialization and its intersection with violence against women and girls. ACTM engages men as bystanders to prevent gender-based violence.

**NO MORE**
NO MORE is a unifying, open-source initiative committed to engaging and reaching people from diverse communities to amplify the movement to prevent sexual violence, in homes, schools, workplaces and communities around the world.

**RALIANCE**
RALIANCE is a collaborative effort of several sexual violence prevention organizations and advances prevention initiatives across all industries by awarding grants, advancing research, influencing policy, and helping leaders establish safe environments and strong communities.

**NATIONAL NETWORK TO END DOMESTIC VIOLENCE (NNEDV)**
NNEDV is the leading voice for survivors of domestic violence and their allies. The institutional knowledge and familiarity with tech in particular have been particularly advantageous to Uber.

**WOMEN OF COLOR NETWORK (WOCN)**

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Tracey Breeden; Johnathon Purcell
Working Document

WOCN is a national grassroots initiative dedicated to building the capacity of women of color advocates responding to violence against women in marginalized populations -- an area particularly important in the current climate.

### NATIONAL COALITION OF ANTI-VIOLENCE PROGRAMS (NCAVP)

NCAVP works to prevent, respond to, and end all forms of violence against and within LGBTQ communities while striving to increase power, safety and resources through data analysis, policy advocacy, education and technical assistance.

### CASA DE ESPERANZA (CASA)

CASA is a leader in the domestic violence/sexual assault movement and a national resource center for organizations working with Latin@s in the United States. CASA is expanding to be a resource in the areas of sexual assault and trafficking.

### RAPE, ABUSE & INCEST NATIONAL NETWORK (RAINN)

RAINN is the nation's largest anti-sexual violence organization and operates the National Sexual Assault Hotline in partnership with more than 1,000 local sexual assault service providers.

### FUTURES WITHOUT VIOLENCE (FUTURES)

Futures has been providing groundbreaking programs, policies, and campaigns to empower individuals and organizations working to end violence against women and children for more than 30 years. The organization works to build community leadership and educate people about respect and healthy relationships.

UBER_JCCP_MDL_000251111.0008