# C.40

# EXHIBIT 41

**EXHIBIT FILED UNDER SEAL**

# UBER_JCCP_MDL_000323152

## Metadata

| | | |
|---|---|---|
| #Author | kateparker@uber.com | SEMANTIC |
| #Date Modified | 06/23/2017 | SEMANTIC |
| #DateCreated | 06/21/2017 | SEMANTIC |
| #Title | Copy of Sexual Misconduct Reducation - 2017 Strategy Narrative | SEMANTIC |
| Account | kateparker@uber.com; | SEMANTIC |
| All Custodians | Parker, Kate; | SEMANTIC |
| All Paths | Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_57.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_57.zip | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Attachment Names | word | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000323152 | SEMANTIC |
| Collaborators | Robbie.Karp@gmail.com; jrandel99@gmail.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 06/21/2017 2:16 pm | SEMANTIC |
| Date Modified | 06/23/2017 6:05 pm | SEMANTIC |
| DocID | 1TUdhR89-fpHIMg_g4FbYevfrC_c0cXPl1z2q6us6J5o | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_000323152 | SEMANTIC |
| File Path | \JCCP_DRIVE006\JCCP_DRIVE006_57.zip | SEMANTIC |
| File Size | 79638 | SEMANTIC |
| Filename | Copy of Sexual Misconduct Reducation - 2017 Strategy Nar_1TUdhR89-fpHIMg_g4FbYevfrC_c0cXPl1z2q6us6J5o.docx | SEMANTIC |



EXHIBIT nyb
1736
3/14/25 Brown
PENGAD 800-631-6989

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

# Sexual Assault / Misconduct Reduction Strategy

**TABLE OF CONTENTS**

**OVERVIEW:**   1

**OBJECTIVES:**   2

**STRATEGY:**   2

    I. Screening   3
    II. Awareness (Internal and External Efforts)   4
    III. Deterrents and Interventions   6
    IV. Early Warnings & Reporting Systems   7
    V. Accountability   8
    VI. Larger Ecosystem   9
    VII. Appendix   10

## OVERVIEW:

Trust & Safety strives to make Uber the safe and trusted transportation choice for everyone, everywhere — and a key element to achieving the mission is a cross-functional goal to **eradicate all sexual misconduct incidents (harassment, assault, etc) from the Uber ecosystem.**

To obtain our goal, as a company we need to navigate and align on four core environmental contexts:

**1. We will not be successful unless we start with internal efforts to engage employees around this cause:**

- Work and input from our **Sexual Harassment, Violence Against Women, Sexual Assault national experts** has made abundantly clear that our work must start internally -- with a focus on the policies, education and community-building that creates a healthy culture to ensure that we are aligned and galvanized as human beings against sexual harassment, and other forms of sexual misconduct.
- There are no current go-forward internal plans on sexual harassment (above and beyond existing foundational policies and trainings). The silver lining of identifying the gap now (Q2) is that proactive measures will help ensure we're not caught on our back foot. A coordinated plan with Internal HR (POC: Yong Lee, Adrianne Mera, etc.) will also ensure that we're using this time period from Fowler to Holder to do some foundational internal community building on the topic — showing that we're a business, a community (and a collection of human beings!) that cares about our employees and engages actively in larger contextual opportunities of being champions against sexual harassment / sexual assault in the broader world (of which Uber is certainly not immune).

CONFIDENTIAL

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

2. **Uber's business model provides a unique challenge to solving this problem:**
   - In January of 2017, Uber had over [REDACTED] million active drivers — with an even larger rider base. The sheer size of this population means that monitoring, changing and creating stronger accountability for behavior must occur with one of the largest independent contractor workforces in the world and with millions of consumers.
   - Because of our independent contractor model, there are very specific constraints in the amount of mandated training and interventions that can be imposed.
   - In our current ecosystem, the majority of individual drivers do not define their primary identity as an "Uber driver" and may have very minimal interactions with other Uber drivers.
     - This presence or lack of a normative environment is a key component to successfully (or unsuccessfully) encouraging behavior changes. This current lack of community makes it difficult to have a common underlying identity for our drivers that encourages good behavior. (Social Norms Approach)

3. **There is no silver bullet that can solve the issue of sexual misconduct:**
   - Targeting sexual assault / misconduct requires a cross-functional and collaborative effort — utilizing a combination of multiple initiatives (applied again and again) that when utilized simultaneously, can have an impact on improving behavior.
   - Efforts must stretch across employee engagement / awareness, internal policy creation, external education, product interventions, scalable and tech-centric quality assurance, advanced data analytics and monitoring, customer service training, and more.

4. **Impact will be tough to measure but action is critical:**
   - Multi-layered strategies applied in conjunction make it difficult to pinpoint relative effectiveness of individual tactics.
   - High-level incidents are very rare; so assessing impact reduction will be difficult.
   - Insurance data trails by 6+ months; creating reporting lags.
   - There is a high likelihood of under-reporting for both high and low level incidents.
   - Data for lower-level incidents are not clean.

## OBJECTIVES:

Our plan commits us to the following six goals:

1. Ensure users with a previous, detectable history of sexual misconduct are restricted from the platform.
2. Create appropriate awareness of sexual harassment/misconduct guidelines and expectations both within our company and in our company ecosystem.
3. Reduce and deter opportunities to commit sexual misconduct on the platform.
4. Realize improved internal data systems and user reporting capabilities to enable strong warning signals for violating offenders.
5. Ensure a business ecosystem that holds people accountable for their inappropriate behavior.
6. Be a force for good against domestic violence, human trafficking, child violence and sexual assault within our broader communities.

CONFIDENTIAL

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

## STRATEGY:

Keeping these challenges in mind, our approach to address this issue in 2017 involves a multi-layer approach that aims to address sexual misconduct throughout our brand lifecycle:



# I. Screening

Objective:

Ensure users with a previous, detectable history of sexual misconduct are restricted from the platform.

Background:

The first line of defense in keeping bad actors off the Uber platform is through proper screening. While background checks do not prevent all sexual misconduct incidents, improving the accuracy of our adjudication process will help ensure bad actors with a previous record of unacceptable crimes are not able to access the Uber platform.

Tactics:

**Increase the effectiveness of current screening processes:**

- Map gaps across stages of onboarding funnel (targeting criminal database and manual adjudication).
- Launch a 100% QA process for BGC in-house manual adjudication.
    - Expand the automated audit process (build on the Criminal BGC Adjudication QA Pilot)
    - Target to reduce adjudication error-rate to [REDACTED].
    - **Update 3/21/2017:** The overall goal of our BGC auditing tool is to identify errors in the adjudication of criminal and MVR history information for US drivers. This week we completed a retroactive audit and took action on the identified errors. This has given us new insights on how to increase the accuracy of our current tool and we plan to roll out real-time audits starting next week.

CONFIDENTIAL

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

- Launch engineering and process improvements to improve in-house adjudication error rate (such as checklists, tips / warning flags, etc.).
- Background check reruns now required in all US markets (every two years minimum).

**Evaluate effectiveness for additional screening tools:**
- Alternative screening methods (behavioral testing / in-person onboarding check-ins) that can help to screen further.
- Expand access to additional screening databases that can help further mitigate incremental gaps in offenses currently captured.
- Identify new approaches for criminal database access (look back regulations, database pool, and variations state by state).
- Identify gaps in international markets and strengthen systems globally.

# II. Awareness (Internal and External Efforts)

Objective:
Create appropriate awareness of sexual harassment/misconduct guidelines and expectations both within our company and in our ecosystem.

Background:
A key element to mitigating unwanted behavior is to ensure individuals are aware of our guidelines and expectations when it pertains to sexual harassment and misconduct. While our primary focus has been eradicating this behavior for our users, it's important — now more than ever — that we contribute to creating awareness around this issue in the workplace.

**Internally,** there is now a budding focus on creating internal awareness on sexual harassment (started in Q1). Creating an environment where employees have a clear understanding of unacceptable behaviors is key. For our efforts, ensuring that managers and ICs understand sexual assault and sexual misconduct is critical to ensuring the success of external efforts — particularly as individual managers often play a role in setting the programs, incentives, and quality standards that can impact success of external sexual misconduct reduction.

**Externally,** there is currently minimal proactive outreach from Uber to communicate our guidelines and expectations to our users. As we've grown, a primary focus has been to communicate conversion content first and foremost to our user base. One aim in 2017 is to focus on the basics, ensuring that there is a foundational awareness with our users around safety and what is acceptable behavior on the Uber platform.

While we know that education alone will not prevent sexual misconduct incidents on our platform, it does create a foundation with our employees and users, and allows us to reinforce our guidelines throughout a user's lifecycle on our platform. Specific efforts around this initiative include:

Tactics:
**A. Internal Awareness**
*Addressing Sexual Assault and Sexual Harassment within Uber (to be coordinated with the appropriate HR leadership)*
- Contribute to the company's efforts to create internal awareness and accountability of sexual assault and harassment prevention.

CONFIDENTIAL

UBER_JCCP_MDL_000323152.0003

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

- Expert-backed recommendations include:
  - "Manhood" employee listening sessions for men — moderated by trained male professionals. [Tony Porter]
    - Through this exercise, program leaders will obtain a better and more open understanding of potential gaps in expectations, appropriate responses, etc. certain workplace situations (what men may believe to be acceptable vs. reality).
    - This exercise should start with internal employees, including front-line managers that have behaviors that may be impacting internal culture but also Uber's external sexaul assault response (such as IRT managers, Ops Quality Assurance team, and GLH Managers). Eventually expand to focus group exercises with male drivers to obtain similar insights which will guide our education and intervention strategies.
  - Mandatory, in-person broad-based sexual assault and sexual harassment education for every employee. All created and facilitated by expert advisors.
    - Initial education sessions intended to help attendees understand the scope of behavior that constitutes sexual harassment / assault, but also the warning signs associated with these issues.
    - Covering bystander engagement – how everyone can be part of addressing and therefore hopefully preventing this violence – is another very important focus area of the education.
    - Potentially including, in their own words, a sexual assault survivor, and a perpetrator of sexual violence, share their experiences, the impact not only on them but also on those around them, and how others either helped or could have helped them.
    - For remote offices, new hires, and staff who are not able to be present at live sessions, an online version of the presentation available and mandatory.
    - Conduct post-tests after every session to help determine the efficacy of the education and ways it might be improved.
  - Partner with our women-led ERGs and host "hackathons" to empower teams outside of Trust and Safety to brainstorm approaches and interventions to address sexual misconduct issues.
  - Launch Critical Response Teams to train more than 200 employees to provide immediate and confidential crisis assistance – safety, medical, social services, and legal – to anyone in the Uber family.
  - Update the internal Personal Conduct Policy. In consultation with leading experts throughout the country, overhaul our approach on discipline and accountability for employees both in their actions within the company and their decisions / interactions in supporting the platform. Ensure revised policy lays out a clear series of steps to be taken when there is an incident that requires review.
  - Enable more resources for IRT Agent initiatives to improve their reporting effectiveness and overall mental health.
    - Launch effective investigation training to address the issue of agent bias in sexual assault (a common ecosystem issue). For example, if an agent believes a reporter is guilty or innocent due to preconceived notions or factors outside the specific incident (such as seeing a photo of the potential perpetrator), he or she will transfer that bias into their reporting. Ensuring our IRT agents have proper investigative training will ensure each incident is evaluated in a fair and just manner.

CONFIDENTIAL

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

- Launch revised secondary trauma training for all IRT agents to ensure they have the right resources and support available to them to cope of the severe incidents they deal with on a daily basis.
  - Create more meaningful company volunteering efforts
    - Creating empathy through first hand interactions is a powerful tool that can help individuals grasp the severity and prevalence of sexual misconduct in our society. Partnering with third party organizations (e.g., Kering Foundation) where employees can leverage their professional skill-sets to help organizations that are serving victims of sexual harassment/violence.
  - Amp up internal reporting efforts for internal employees
    - Giving employees effective tools to anonymously report what they feel are unsafe behaviors or practices is critical to creating a safe working environment.
    - This includes initiatives such as the Uber Integrity Helpline and will build off of the best practices and recommendations provided by Covington Burling.

## B. External Awareness
*Ensuring awareness on the Uber platform*

- Conduct a base survey to understand the relative percentage of our users (drivers and riders) who are aware of Uber's Community Guidelines and our sexual assault regulations.
- Engage in robust, smart and tailored protocol marketing to increase awareness, including efforts such as:
  - Education lifecycle / in-app acknowledgement
    - Inclusion of Uber's Community Guidelines into the US & Canada activation email that is released to 30k - 40k drivers on a weekly basis
    - Physical poster created and shipped out to over 60 GLH locations in the US & Canada that drive 60k in person traffic on a weekly basis communicating Uber's Community Guidelines.
    - Experiment and incorporate Driver in-app acknowledgement of community guidelines for all new drivers.
    - Incorporate In-app acknowledgement of safety features and Uber's community guidelines for all new riders.
    - Build community guideline education into the lifecycle flow for all users, not just new riders and drivers.
  - Consumer-facing marketing such as "Community Guideline" Video / Website content (full marketing plan to be developed)
- Reinforce these guidelines through collaboration with Comms on public relations efforts.
  - Tips and tricks stories on Uber accountability.

# III. Deterrents and Interventions

Objective:
Reduce and deter opportunities to commit sexual misconduct on the platform.

Background:

CONFIDENTIAL

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

One of the strongest deterrents experts cite in minimizing sexual misconduct is in utilizing "Bystander Intervention." In working with experts, we are adapting its approach for our platform. For background:

- Bystander Intervention is the ability for an individual to notice an event, interpret it as a problem, feel responsible to intervene, and posses the necessary skills to act
- Many times, bystanders may not intervene due to social influence, fear of embarrassment, diffusion of responsibility, or fear of retaliation

We believe Uber has a unique opportunity to utilize **technology as the continuous bystander,** enabling us to intervene as appropriate despite our inability to be a human bystander in all of our cars globally.

Tactics:
Develop intelligent/targeted interventions to take action against and deter unwanted behavior on the platform:

- Utilize both behavioral and trip level correlates to identify high risk users on our platform, driving:
    - Real-time rules/risk based dispatch
        - Potential blocking / better pairing during high risk times and locations (cancellations / pick-ups near bar locations)
    - Trip level anomaly detection to deter bad behavior (i.e. real time check-ins) by surfacing targeted, friendly messages that make it clear folks are still on the map.
        - For example, "Hi! We noticed it's taking you longer to get from A to B. We're here to help if needed."
    - [Add information here about Pool-to-Pool issues and training Drivers on tips for how to employee bystander intervention tactics]
    - As we continue to work with experts we will be building this out more.


# IV. Early Warnings & Reporting Systems


Objective:
Realize improved internal data systems and user-reporting capabilities to enable stronger warning signals for potential offenders.

Background:
In order to target sexual misconduct offenders on our platform, it's critical that we're able to obtain more robust signals around unacceptable behaviors that may be occurring on our systems.

Currently, we know that there is a high likelihood of underreporting of incidents and behaviors on our platform — due to unintuitive reporting feedback flows, societal influences, and a prevalent belief that we will not act on the information. For low-level incidents, such as ongoing feedback to a driver's or rider's overall demeanor, the issues of underreporting and data cleanliness are magnified and also suffer from issues of internal routing fails due to volume and data quality.

Tactics:
High impact opportunities include:

- Increase awareness around the value of reporting incidents in markets where there is significant under-reporting due to cultural norms.

CONFIDENTIAL

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

- Improve ratings / feedback systems to increase data quality and cleanliness for consumer usability.
- Obtain and utilize real-time specific user level metrics such as demographics and gender to improve our ability to target violators before a serious incident occurs (i.e. consistent feedback from certain demographics, cancellation rates based on gender, etc.)
  - Behavioral Correlates
    - Working with a subject matter expert (SME) in the field, we've identified leading indicators, both sexual and non-sexual, that are associated with sexual misconduct incidents. To further validate the indicators identified by the SME, our Research Team has conducted a taxonomy analysis to determine if the indicators identified have correlation to historic sexual misconduct incidents on our platform (Analysis: HERE).
    - To utilize these indicators, we're working with CommOps to update the current issue/category type classifications for IRT safety incidents to ensure these indicators are captured with granularity. With this information, we have the ability to intervene using targeted response macros. Utilizing issue specific responses that provide the offender with clear visibility into the offending behavior, Uber's policy and expectations, and justified remedial action
  - Trip Level, Driver Level, and Rider Level Correlates
    - The T&S Data Science team has conducted a detailed analysis to identify correlates associated with sexual misconduct incidents on our platform. This includes:
      - Trip level correlates (time of day, day of week, location, and gender)
      - Driver level correlates (Ratings, Age, Language, Incident History)
      - Rider level correlates (Ratings, Language, Incident History)
    - Note: Legal review to be able to utilize driver/rider and trip level correlates to be completed by end of April 2017. This will be critical milestone before any real world application.

# V. Accountability

Objective:

Ensure a business ecosystem that holds people accountable for inappropriate behavior on our platform.

Background:

While our northstar is to eradicate sexual misconduct incidents from occurring on the platform, incidents may happen. When they do, it is critical that our data, policies and infrastructure to best enable and ensure accountability on the platform — ranging from remedial education to offboarding depending on severity. Currently, the prevailing policy is a "three-strike" regulation, that is not research-backed and does not look effectively across issue types or behavior escalation.

The upgrade effort to ensure a more sound policy is being coordinated in conjunction with our internal criminologist, external consultants, safety legal and regulation teams and the business teams.

Tactics:

- Revise our current policies to ensure a data-backed Sexual Assault policy that articulates clear, appropriate and just remedial actions.

UBER_JCCP_MDL_000323152.0007

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

- - IN PROGRESS HERE
- Once offending users are identified, match reported behaviors with targeted real-time accountability:
  - Low severity offenders: to potentially receive remedial education and more specific language about the behaviors reported.
  - High severity incidents: swift and just investigation for deactivation decision.
- Implement and enforce the new policy to ensure accountability across business units:
  - Adoption (socialization and stakeholder management across necessary teams)
  - Enforcement (ongoing quality assurance programs — particularly engineering-based programs that scale to reduce human error).
- Continuous process improvements
  - As information and systems become more nuanced, enable continued process improvement.

# VI. Larger Ecosystem

### Objective
Be a force for good against Domestic Violence, Human Trafficking, Child Violence and Sexual Assault within our communities.

### Background
Uber has the unique responsibility of being a technology company that also exists on a local level, moving real people throughout the real world. As a part of our commitment to celebrate the cities in which we operate, we recognize our responsibility to contribute positively to larger efforts to move the needle against societal issues of human trafficking, domestic violence, human trafficking, child violence and sexual assault.

### Tactics:
- Ensure our technology is a force for good on areas that include:
  - Improving driver-to-rider matching technology to reduce overall effectiveness of perpetrators who are seeking to "mask" themselves as imposter Uber drivers.
  - Enable technology to help with Amber Alert reporting, and human trafficking data.
- Commitment to using our global platform to address human trafficking, domestic violence, child violence and sexual assault in society at large, including:
  - [$] multi-X dollar multi-year partnerships with and support for key nonprofits combating sexual violence.
  - Partnerships between Uber regional offices and local domestic violence and sexual assault organizations on activities ranging from abuse intervention programs, and local public service campaigns.
  - Regular meetings with hundreds of DV/SA organizations around the global to continue our commitment.

CONFIDENTIAL

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

# VII. Appendix

## Project Tracker

[2017 project tracker to be filled out in March with timelines; based prioritization, and budget, headcount and resource allocation.]

## Dashboards

To keep pulse on initiatives implemented to mitigate sexual misconduct and key trends, a dashboard tracking baseline metrics over time will be essential. Below is a list of initial metrics recommended. This data will help develop the baseline of the current landscape by city of critical sexual misconduct incidents and allow for precise tracking against insurance data captured (with an expected 6 month lag).

NOTE: The data science team (lead by Frank) is currently working with the platform team to ensure the appropriate security features are in place within Hive to ensure access controls — once complete, primary dashboards should be available.

## Primary Dashboard:

Objective:
Driver top-level tracking and awareness
- Location: mega-region (executive oversight); city (pinpoint areas of opportunity)
- Timeframe: date of incident; week / week; month / month
- S.A. Tracking: # SA Incident and % SA; SA_Type1; SA_Type2; SA_rate_per1m
- Context: % of trip count; % of all IPC; % of Non-SA

| Mega Region | City | Week | Trip Count | All IPC | SA Incidents | Non-SA Incidents | SA_Type_1 | SA_Type_2 | SA_rate_per1m |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

## Business-Led Analysis:

Objective:
Drive on-going insights for interventions, product, and continuous improvement and strategies assess impact. Utilize further insights such as:
- Demographics (time of day; alcohol involvement; geo-location; proximity to bars; gender etc)
- Perpetrator profiles (driver; rider; third-party)
- Onboarding flow / source / length of tenure
- Harsh driving signals (telematics) - anomalies
- Ratings / Feedback / Early Warnings
- Additional contextual information

## External Consultants (Subject Matter Experts)

CONFIDENTIAL

Attorney-Client Privilege (Attention: Scott Binnings)
Questions: Kate Parker; Rafiq Merchant
Working Document

As part of our work to ensure that we leverage the best minds possible on this important workstream, we have been connecting with the following experts:

**Ebony Tucker - Advocacy Director for the National Alliance to End Sexual Violence (NAESV) and Member of the Uber Safety Board**
*Advise on full 2017 and beyond strategy to eradicate sexual misconduct*
> Prior to her role at NAESV, she was Executive Director at the Louisiana Foundation Against Sexual Assault and Associate Executive Director at the Florida Council Against Sexual Violence. She's based in DC.

**Cindy Southworth - Executive Vice President, National Network to End Domestic Violence; Member of the Uber Safety Board**
*Advise and consult on general strategies and products*
> Founder of the Safety Net Technology Project and Board Member of the Global Network of Women's Shelters. Cindy also helped Uber think through how we could measure trust and improve women's safety through strategic partnerships and launch our 1M Women initiative.

**Jane Randel & Robbie Karp - Consultants**
*Advise and consult on internal engagement and phase 2 efforts on brand work*
> Jane is the co-founder of NO MORE, a national awareness campaign designed to end domestic violence and sexual assaults. She serves as a consultant to the NFL and NASCAR, helping them address issues of sexual assault within their organizations.

**Dr. Alan Berkowitz - Sexual Misconduct Prevention Specialist**
*Advise and consult on sound principles of intervention targeting and measurement*
> Alan is a professor, researcher, and consultant who specializes in sexual assault and rape prevention strategies. His research and creation of education interventions is highly cited in the field and he has worked with Universities and divisions of the U.S. Military as an educational consultant.

**Lynn Rosenthal - Policy Lead for the White House Violence Against Women Task Force**
*Review safety education, offboarding policies, and review and advise on interventions*
> Lynn served as the White House Advisor on Violence Against Women under the Obama Administration. In this position, Lynn coordinated across federal agencies on new initiatives to reduce sexual assault and represented Vice President Biden on the White House Council on Women and Girls. In 2014, Lynn co-chaired the White House Task Force to Protect Students from Sexual Assault and worked with federal agencies to develop groundbreaking policy recommendations for colleges and universities.

CONFIDENTIAL