# C.43

# EXHIBIT 44

## EXHIBIT FILED UNDER SEAL

Message

---

| | |
|---|---|
| **From**: | Rebecca Payne [rebecca.payne@uber.com] |
| **Sent**: | 12/6/2018 10:07:18 PM |
| **To**: | Emma Pan [huijun.pan@uber.com] |
| **CC**: | Roger Kaiser [roger@uber.com]; slimb@uber.com; Dhruv Tyagi [dhruv@uber.com]; Catherine Gibbons [cgibbons@uber.com]; Thomas Corfmat [thomasc@uber.com]; Justin Quan [jquan@uber.com]; cliftonh@uber.com; Eric Schroeder [eric.schroeder@uber.com]; David Purdy [dpurdy@uber.com] |
| **Subject**: | Re: Quick link to submit tickets |
| **Attachments**: | Screen Shot 2018-11-09 at 11.44.31 AM.png |

Thanks Emma.

Hi everyone,

I asked Emma to add me to the thread so that I can follow it's progress. I had a request from Charlotte Seres yesterday on this exact subject - essentially making it easier to report an incident during the ratings process. Especially with the scrutiny they are getting on women's safety in the region, they want to make sure that if people want to report something, it's obvious where to go.

If it is a question of IRT resources and estimating how much this will increase ticket volume, I'm sure Charlotte could help make the case in LatAm if we wanted to test before rolling it out more broadly.

Please let me know if I can help push this along in any way.

Thanks,
Rebecca

On Thu, Dec 6, 2018 at 12:00 PM Emma Pan <huijun.pan@uber.com> wrote:
+Rebecca Payne Add Rebecca since she is Safety's POC for feedback tag.

On Mon, Nov 12, 2018 at 2:41 PM Roger Kaiser <roger@uber.com> wrote:
All-

Let's please make sure we are not implementing any changes that can impact volumes without first presenting a business case and giving IRT around the world time to plan for and incorporate the change.

roger kaiser | global safety support | +1.571.424.0264 | uber

On Fri, Nov 9, 2018 at 3:56 PM Emma Pan <huijun.pan@uber.com> wrote:
Sally,

Thank you for sharing this. When will this change be implemented?

On Fri, Nov 9, 2018 at 11:55 AM Sally Limb <slimb@uber.com> wrote:
Adding to Thomas's thoughts - we've also been looking at this issue through the driver feedback flow Below is an exploration of how we would capture driver feedback including determining issue type while offering immediate resolutions ie. ban rider/driver pairing

CONFIDENTIAL

UBER000129059
UBER_JCCP_MDL_000108957



On Fri, Nov 9, 2018 at 9:39 AM Roger Kaiser <roger@uber.com> wrote:
+Catherine

Thanks Emma fo sending this out. It's definitely something that we can both explore and execute on, but it will take some substantial coordination with all of the regional teams. I've added Catherine who is back in the office next week and she can take a look at how we might get this onto the IRT roadmap in the coming months.

-Rog

roger kaiser | global safety support | +1.571.424.0264 | uber

On Fri, Nov 9, 2018 at 7:32 AM Dhruv Tyagi <dhruv@uber.com> wrote:
Correct - eng work on our side will be fairly minimal (maybe a day's worth of work). Real discussion will need to be with commops/IRT. My rough take at what we'd need is (1) Forecast of expected ticket volume, (2) Forecast of % of those tickets that would make it to IRT, (3) Approval for change, and (4) Timeline for change.

CONFIDENTIAL

UBER000129060
UBER_JCCP_MDL_000108958

Thoughts? #1 and #2 is that something you could help with Emma?

On Thu, Nov 8, 2018 at 8:51 PM Thomas Corfmat <thomasc@uber.com> wrote:
+ Justin + Clifton + Sally

Hi Dhruv,

If the Contact Support link is already available for certain tags, I'm guessing the work needed to add it to other tags is fairly small.  The bigger issue would be working with CommOps/IRT to ensure they are fully staffed to handle the additional load.

Note that another option could be to link to the upcoming Feedback about Driver workflow (also see the Design Explorations) to further qualify the type/severity of the issue to help gauge whether to forward it to an agent immediately or to handle it automatically.

Justin, Clif, Sally, please feel free to add your thoughts.

Cheers,

Thomas

On Thu, Nov 8, 2018 at 12:07 PM Emma Pan <huijun.pan@uber.com> wrote:
+Roger Kaiser +Eric Schroeder

Roger and Eric,

One reason for underreported safety incidents is that some riders do not know how to submit tickets or contact support. There is a "contact support" link on the rating page(pasted below) that could guide riders to submit a ticket easily. However, this link only shows up when riders select certain tags on the page, e.g. 'driving' . So I suggested Dhruv(PM of this page) to present this link when riders select "professionalism", "conversation" and "comfort" which, according to my analysis, are the top three tags related SA/SM incidents. So riders could submit SA/SM tickets easily.
This may increase inbound tickets to Support centers. So I add you two to this loop to see if you have any comments or concerns.

Thanks!

CONFIDENTIAL

UBER000129061
UBER_JCCP_MDL_000108959

On Thu, Nov 8, 2018 at 9:07 AM Dhruv Tyagi <dhruv@uber.com> wrote:
We can add it to any tag we want - we just need to work with Customer Obsession to give them a heads up. This will obviously increase support tickets, which is fine if the issues are insightful/actionable, but the comm-ops team needs to be staffed to handle that.

+Thomas Corfmat thoughts on what the best process would be to add the Contact Support link on the rating screen to more tags? Safety has seen some very compelling data about feedback tags and future behavior.

CONFIDENTIAL

UBER000129062
UBER_JCCP_MDL_000108960

On Tue, Nov 6, 2018 at 4:13 PM Emma Pan <huijun.pan@uber.com> wrote:
+David Purdy for visibility.

Totally agree with you. Could you add it to "professionalism" ? and to "Conversation" and "Comfort" as well?  Data shows these three tags are most likely to lead to Sexual Assault/Misconduct Tickets.

On Fri, Nov 2, 2018 at 12:14 PM Dhruv Tyagi <dhruv@uber.com> wrote:
Hmm Professionalism *should* probably have the link. If it doesn't that's something that I think would be a good addition to the rating flow.

On Wed, Oct 31, 2018 at 11:17 AM Emma Pan <huijun.pan@uber.com> wrote:
The framework makes sense to me. But seems tag "Driving" has the "contact support" link but "Professionalism" does not. What actions will agents take for "Driving" that cannot be applied to "Professionalism"?

On Tue, Oct 30, 2018 at 5:06 PM Dhruv Tyagi <dhruv@uber.com> wrote:
So we can - really our call. The direction to remove this link came from the support team since the tickets that were being created for some tags were not something that the support agents can action it. If there's nothing a support agent can do it's debatable whether or not that should ever have been a support ticket. (ie. could we have just captured it as feedback and deflected a support ticket).

On Tue, Oct 30, 2018 at 3:44 PM Emma Pan <huijun.pan@uber.com> wrote:
Hi Dhruv,

One challenging for rider/driver to give feedbacks to Uber is that sometimes they don't know where to submit a ticket. I saw there is a "contact support" link on the feedback tag page when some tags are selected. Have you thought of expand this link to all tags and also link it to ticket submission system?

Thanks!


--
Dhruv Tyagi
Product Manager | Ratings & Tipping
Uber Technologies Inc.


--
Dhruv Tyagi
Product Manager | Ratings & Tipping
Uber Technologies Inc.


--
Dhruv Tyagi
Product Manager | Ratings & Tipping
Uber Technologies Inc.

CONFIDENTIAL

UBER000129063
UBER_JCCP_MDL_000108961

--

Thomas Corfmat | Product Management - Customer Obsession | 1-650-387-7135

--

Dhruv Tyagi
Product Manager | Ratings & Tipping
Uber Technologies Inc.

CONFIDENTIAL

UBER000129064
UBER_JCCP_MDL_000108962