# C.44

# EXHIBIT 45

## EXHIBIT FILED UNDER SEAL

UBER_JCCP_MDL_000508970

EXHIBIT
June 17, 2025
**1104**

## Metadata

| | | |
|---|---|---|
| **#Author** | lisahand@uber.com | SEMANTIC |
| **#Date Modified** | 08/06/2021 | SEMANTIC |
| **#DateCreated** | 04/22/2019 | SEMANTIC |
| **#Title** | (2) FG REPORT Qual-Safety User Research (R & D) | SEMANTIC |
| **All Custodians** | Freivogel, Cory;Kaiser, Roger | SEMANTIC |
| **Collaborators** | kaiser@uber.com; lisa.handalian@meraki.net; lrenery@gmail.com; cory.freivogel@uber.com; lisahand@cisco.com; uber.com | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **Filename** | (2) FG REPORT Qual-Safety User Research (R & _12KaF89MNnARRrxMxlUA8j5OoJrruDOqWcGRiOAKxlG8.pptx | SEMANTIC |
| **Other Custodians** | Freivogel, Cory;Kaiser, Roger | SEMANTIC |
| **Primary Date** | 04/22/2019 12:44 am | DOC_TYPE_ALIAS |



# Quality | Safety UX Research
Joint-Driver/Rider Focus Groups &
Rider Usability Interviews

Granular Feedback Tagging (Driver Quality, Rider Safety)
On-Trip Safety Reporting

LisaHand@Uber.com
April 18 - May 2, 2019

**UXR** **Uber**

- Confidential - Attorney Client Privileged -

4/9 Story Time
Tip boosting mini-prd dhruv

# This report details

How **riders** evaluate drivers
and feel more secure;

How **drivers** may utilize that feedback;

& How **Uber** may improve both in order
to better serve and protect our users.

- Confidential - Attorney Client Privileged -



2

 such as not using windshield wipers, not realizing they didn't want to chat, and not having a car seat in their vehicle

We think of it as 'safety' whereas they do as emergency, in the moment, rather than prevention.

Framing it as prevention per se might bridge that gap

# tl;dr

## Research focus

To learn:

★ Drivers' definitions of "quality;" their associations of the current system; and the kinds of feedback that would help them improve

★ Riders' mental models, attitudes, and behaviors around the current feedback options and safety reporting choices.

★ What tags could enable drivers to improve while facilitating the identification of high risk drivers and reduction of safety-related incidents

## Research rationale

Driver "quality" is currently undefined, yet pervasive across overlapping projects within Engagement (e.g., Granular Tagging) and Safety (e.g., On-trip Reporting), among others.

This research examined both sides of the rider-to-driver feedback system to understand how both align with one another and how they might be expanded.

To understand possible actions riders might take when encountering a safety issue, we conducted a cognitive walkthrough and usability-lite interviews on the latest on-trip safety reporting designs.

## Bottom line

Both drivers and riders are in favor of more specific tags to fill their respective needs to be heard, feel protected, and enable improvement.

Since riders think of "Safety" in terms of 'as needed' action rather than prevention, they did not feel most tools would help them in an emergency and/or easily discernible.

This research will be a success if Product and Eng are able to balance business needs with the user-centered, qualitative nature these findings.

- Confidential - Attorney Client Privileged -



3

TABLE OF CONTENTS

**01** Key Takeaways

**02** Methods & Participants

**03** Detailed Findings, incl Accordion Usability

**04** Recommendations & Next Steps

**05** Appendix

4

- Confidential - Attorney Client Privileged -

UXR Uber

# 01 Key Takeaways

# Driver-based learnings

**Want actionable feedback**

Receiving more specific and actionable feedback would reduce driver stress and help them improve - and in so doing, reduce rider power over them (mentioned by about half).

**Align their feedback with Uber's**

In "good" and "bad" experience brainstorms, drivers (and riders too) generated categories and tags that were very similar to one another's and to those being floated around by both Quality and Safety. Many of their criteria were utilized as terms tested in the subsequent online card sort (results).

**Want rider education**

Drivers know that riders don't understand the impact of different ratings. They believe riders' rating systems to be arbitrary and subjective, and wish for ratings definitions and standardization to be taught to riders.

- Confidential - Attorney Client Privileged -

 Uber

such as not using windshield wipers, not realizing they didn't want to chat, and not having a car seat in their vehicle

We think of it as 'safety' whereas they do as emergency, in the moment, rather than prevention.

Framing it as prevention per se might bridge that gap

# Rider-based learnings

**Reporting hesitation**

Many riders expressed concern about drivers receiving during a trip for fear of escalating an already tense situation (including 911 Assistance). Several also weigh the impact of poor feedback on drivers when considering how to rate, or the driver's personality.

**'As needed' safety measures**

Half the Safety Toolkit components were considered incongruous with riders' 'as needed' approach to issues on trip. This stems from their thinking of safety as a reaction to a current situation, rather than a preventive measure (per Uber's intention). How to use urgent tools like 911 Assistance and the Critical Hotline was also unclear to them.

**Immediate response desired**

When using safety tools, riders were disappointed to find text boxes and a 24-hour turnaround in the event of an emergency. A few mentioned wanting live chat instead.

7

- Confidential - Attorney Client Privileged -

 Uber

 such as not using windshield wipers, not realizing they didn't want to chat, and not having a car seat in their vehicle

We think of it as 'safety' whereas they do as emergency, in the moment, rather than prevention.

Framing it as prevention per se might bridge that gap

# 02 Methods & Participants



**Focus group work**



**Cognitive walkthrough**

8

# Research methods

### Focus group topics (4/18)

All three groups followed a similar progression, according to each user set's perspective and experience (scripts):

★ Session 1 focused on **riders'** own definitions of "good" drivers, negative tags, and low rating criteria. They also shared past safety issues and their feedback behavior.

★ Session 2 also focused on **drivers'** definitions of "good" drivers, their response to negative tags, and ways to improve the feedback system.

★ Session 3 combined drivers and riders. Each group generated and shared their own criteria for driver quality; sought consensus around low ratings; and sorted issues under existing categories and new ones of their own making.

### Cognitive walkthrough (4/18)

The last 45 minutes of focus group 1 were spent conducting a "cog walk" - a scenario-based, screen-by-screen exercise aimed at providing designers with quick targeted UI feedback. Learn more

The designs evaluated were for On-Trip Reporting (findings in Appendix).

### Rider usability interviews (5/2)

Task-based research was conducted with riders who walked through their own "bad Uber trip" scenarios. They were shown two different prototypes presented in a counter-balanced fashion to eliminate the influence of learning effect.

The prototypes strung together designs from both the Granular Tagging and On-trip Reporting projects, allowing participants to proceed and provide feedback naturally.

- Confidential - Attorney Client Privileged -

 Uber

9

# Participant recruiting criteria

### Focus groups (22 users)

On April 18, **three focus groups** and **one cog walk** were made up of the following user cohorts:

- ★ **5 riders** who had previously rated under 4 stars and had reported a Safety-related issue
- ★ **6 drivers** whose 1-4 star ratings had included a Professionalism* tag
- ★ **6 riders** together with **5 drivers** with the above profiles

\* The Safety Data Science team have reported on this (undefined) tag as being a precursor to safety-related incidents. It is being eliminated.

### 1:1 Interviews (5 users)

On May 2, **interviews** were sourced with **5 riders** who met the same criteria as previously.

All but one participant were women (one of whom being elderly and physically impaired). The fifth was a male in his 20s.

### Upcoming card sort (310 responses)

310 responses were completed out of 15,000 riders in every US city with Uber service. Over 1100 categories were generated from across the respondents across the 45 tags provided them. Analysis complete (results).

The randomized sample did not target riders with any columns indicative of their past rating or tagging behavior.

- Confidential - Attorney Client Privileged -

 Uber

Case 3:23-md-03084-CRB    Document 6401-47    Filed 06/04/26    Page 14 of 67

# 03 Detailed Findings



★ <u>UX Feedback: Granular Tagging</u>
★ <u>Safety-related Reporting</u> (incl. Toolkit)
★ <u>Ratings & Driver Descriptions</u>
★ <u>Content Considerations</u>

11



# Views on current tags

The following attitudes validate the importance of granular tagging for both drivers and riders.

**Drivers**

★ All driver participants generally feel skeptical of tag-based feedback.

★ As we know, it is rarely specific enough to be actionable (see right).

**Riders**

★ A few believed that bad tags have as much deactivation potential as low ratings.

★ This causes most riders we spoke with to hesitate to add tags to a lower rating, in case drivers lose their livelihood



Areas for improvement

Vehicle Appearance
6 reports
A rider suggested that your vehicle could use some surface level cleaning. We tell you this because it might help you increase your rating.

Professionalism
3 reports

13                    - Confidential - Attorney Client Privileged -

They also had no idea how the feedback was delivered and felt anxious that drivers would know who gave it.

# Accordion experience

**Note:** Prototype content is placeholder only.

★ Accordion functionality was clear and familiar. Participants found them to be an efficient use of space.

★ All expected that the number of tags chosen would appear at the category level (which they will). This UI feedback made one user feel like his selection had been sent successfully.

★ Horizontal scroll was unexpected, though easy to use (except for an 60-something participant with tremor issues)



14    - Confidential - Attorney Client Privileged -

# Accordion experience

★ No riders doubted that they would be able to select more than one category and as many tags as they wanted under the categories - which is accurate.

★ All agreed that seeing all the categories open at one time would be overwhelming / distracting.

★ One participant mentioned the expectation that she shouldn't need to tap on a different accordion section to close the current one.

★ One participant anticipated that the POOL category would be present only while taking a POOL trip

15

- Confidential - Attorney Client Privileged -



# Reactions to category / tag combos

There was no observable difference according to the order of the version presentation.

**More categories, fewer tags**



★ Clean, neat

★ Easy to find what you're looking for

★ "I can't figure out where the safety issues are."

★ More descriptive

★ Easier to break down and scan as Uber has already broken it down for users

**Fewer categories, more tags**



★ Too compact

★ More pleasing to the eye

★ "Better because I get more invested the more I have to read"

★ More efficient to see a lot of tags at the same time, no back and forth tapping

★ Engendered curiosity: "What's under each?"

★ Better because fewer sections require less accordion opening

**Note:** 5 users are too few to base design decisions on. The card sort will be the best indicator of the number and category names and contents.

16                                                    - Confidential - Attorney Client Privileged -

 Uber

# "Contact" issues

In the prototype, tapping a Safety-related tag ("inappropriate") would invoke a "Contact Support" button.

★ Most did not notice the button, thinking it was decorative, non-functional or a heading for Submit

★ Participants were confused about when the button showed up and when it didn't, making them unsure how to make it show up again if they needed it.

★ A few were dissatisfied that it led to the "Report Issue" screen, anticipating an immediate response.



**Note:** The label 'Contact support' was used without UX Writing support. It did perform better than the original button label below.

- Confidential - Attorney Client Privileged -

17

# Reactions to "Other"

★ Participants were surprised that "Other" would take them to a text box, rather than "miscellaneous" tags that didn't belong anywhere else.

★ One or two commented that it was "kind of weird" for the button to say "Add." That said, no one expected it would allow them to add a new tag.

★ After saving an "Other" comment, "Add" changed to "Edit" it. As this was a mid-research change, only two participants saw it.



**Reminder**: Button labels and wording were put into the prototype without UX Writing support.

18

- Confidential - Attorney Client Privileged -

Uber

# Helping drivers improve

★ According to a recent Labs study, improvements are more likely to 'take' under these circumstances:

  ○ When drivers have the "knowledge and skills to perform the target behavior"

  ○ When they believe in their ability to change

★ Riders mentioned wanting to add written constructive criticism ("tips") or use a feedback tag to help drivers even on a 5 star trip.

★ They also wished for a way to thank drivers even when they give them a lower rating.



- Confidential - Attorney Client Privileged -

Uber

They also had no idea how the feedback was delivered and felt anxious that drivers would know who gave it.





**Ratings & Driver Quality Feedback**



# Drivers' views on feedback

★ Drivers have long felt <u>frustrated and stressed</u> by the rating system because of the power it gives Riders to make or break their livelihood

★ They referred to ratings as "arbitrary" and "subjective" (and riders concur)

★ As is, drivers do not feel in control of their own ratings

★ This research emphasized the above points, with rider reasons for giving 1 star often extending to relatively trivial matters (covered later)

"Riders shouldn't have the ability to measure performance. That's Uber's job. Riders can provide feedback for improvement, though."

**M.C.** - Driver
(15K+ trips since 4/2015)

23

- Confidential - Attorney Client Privileged -

 Uber

# "Good" drivers - according to drivers

Derived from focus group participants, **not** in reference to existing or proposed tags. The card sort included some of these items along with those from other sources (e.g., those of Safety DS).

- ★ Not picking up or dropping off in bus stops or other restricted areas
- ★ Skillfully working around difficult conditions (weather, traffic)
- ★ Providing excellent service (per former chauffeurs or those in hospitality industry)
- ★ Treating Uber as their business
- ★ Don't drop off passengers in the middle of a street
- ★ Customer service-focused

- ★ Anticipating riders' tastes in selecting music and volume
- ★ Smooth braking
- ★ Knowledgeable of local laws, including where - and where not - to park
- ★ Using turn signals!
- ★ Local: knowing the city (able to drive without GPS)
- ★ Don't triple park at airport
- ★ Not dropping riders off in middle of the street

See Q1 Quality Hub research for related topics



24

- Confidential - Attorney Client Privileged -

 Uber

# "Good" drivers - shared perspectives

The following were generated by **both drivers and riders** across the three focus groups.

- ★ Polite demeanor
- ★ Attentiveness to riders' social cues
- ★ Welcoming attitude
- ★ Obeying rules of the road
- ★ Driving smoothly
- ★ Open to rider diversity
- ★ Luggage, car door assistance
- ★ Driving neither too fast nor too slow

- ★ Don't use too many pine trees!
- ★ Professional appearance
- ★ Mounted phone
- ★ Strong English skills
- ★ Well-kept car inside and out
- ★ Mechanically maintained
- ★ App knowledge (GPS, Pin location)
- ★ Doing what riders want (despite Uber policy)
- ★ Good rating



25

- Confidential - Attorney Client Privileged -

UXR Uber

# "Bad" drivers - according to riders only

While most riders told us they do not rate with 2-4 stars, the following stemmed from both past rider as
The majority of safety-related issues land in the 1 star bucket. Red and green text show safety
concerns and 1-4 star overlap, speaking to the lack of standardization.

**1 star**

★ Driver has friend in car (2-4 stars for some riders)

★ Unwanted advances (also safety issue)

★ Dangerous driving (safety)

★ Angry (with rider or other drivers on road) (safety) (2-4 for some)

★ Driver calls to determine rider destination

★ Unpleasant tone of voice (safety) (2-4 for some)

★ Driver not wearing seatbelt (safety)

★ No baby car seat! (1 person)

Included to show the subjectivity and relative triviality of some rider ratings.

**2-4 stars**

★ Inappropriate comments (safety) (1 for some)

★ Racist, xenophobic comments, incl ESL (safety) (1 for some)

★ Don't have FastTrak

★ Disrespectful (safety)

★ Talk when rider doesn't want to

★ Surly, don't want to talk

★ Has food or was eating in car

★ Too much cologne

★ Drowsy (safety) (1 for some)

UXR    Uber

26    - Confidential - Attorney Client Privileged -

Note: showing the harshness indicates desire for binary

Rider behaviors
- Slam door
- More riders than indicated
- Smelly food in car
- Smoke
- No car seat with them
- Cranky before entering car / bad mood or day - take it out on driver
- Racist or xenophobic comments (including ESL)
- Ignorant of Community Conduct guidelines, including around rating logic
- Body odor

# Why no negative feedback?

★ Guilt can prevent a low rating or tag because riders don't want to deprive a driver of his livelihood and recognize how hard they work for so little earnings.

★ When they'd typically give a lower rating for car smell, riders show pity if they assume the driver lives in her car.

★ They will cut the driver some slack if he has a "nice personality" or has an interesting story

★ They fear driver (or Uber) retribution (see right)

★ At the end of a trip, riders often don't have time or it's inconvenient to stop and report and issue. They may also forget issue details afterwards.

"My driver pulled off on the side of the freeway, but I already had an issue weeks before. And I thought Uber would hold me more accountable than the driver [if she reported it]. I didn't want them to shut me down."    (**J.S. -** rider)



27

- Confidential - Attorney Client Privileged -

# Binary rating tendencies

The majority of Riders utilized their own form of a binary rating system.

★ They had strong ideas about 1 and 5 stars only; it is difficult to distinguish among 2, 3, and 4 stars, so they often don't use them.

★ This consistent sense of ambiguity causes them to use either 1 or 5 stars.

★ The EATS model was mentioned by some riders (**as well as most drivers**)

★ The use of either 5 stars or no rating at all was mentioned several times by both user types.

"If I don't give them 5, I don't even rate." (**C.B.** -  longtime rider)

"Ratings 2 to 4 are pointless."
(**M.K. -** newer rider)

"No rating at all is second best to 5 stars." (**M,** longtime Driver)

28

- Confidential - Attorney Client Privileged -

 Uber

They also had no idea how the feedback was delivered and felt anxious that drivers would know who gave it.

# Participant wishlists

The following improvement ideas were shared by focus group participants.

**DRIVERS want rating parity with riders**

★ The ratings screen shown to drivers is pre-filled with 5 stars. Presenting empty stars to riders "feels unfair" and unhelpful to drivers. They wish Uber would make the default driver rating 5 stars as well (see speaker notes).

★ Also in regard to fairness, they feel Uber should **require** riders to rate drivers, as they do with drivers.

**RIDERS want to provide constructive criticism**

★ A few riders wished Uber would let them show drivers their appreciation even when they rate fewer than 5 stars (at least for 4 stars). This could include a sticker.

★ Many expressed interest in using feedback tags on 5 star trips. This is because they wanted to help good drivers do even better on future trips.

- Confidential - Attorney Client Privileged -

 Uber

29

Drivers substantiated these points accordingly:
- The majority of trips are 5-star
- Across Web and app reviews users tend to provide feedback when they feel most strongly / negative about an experience.
- Default 5-stars would even the playing field.
  Drivers told us that they often don't have time to rate thoughtfully - esp across a series of POOL rides, at the end of which it's hard to remember who deserved a poorer rating.
- More often than not they keep the 5 stars out of convenience and speed.



# Prevention vs response

- ★ Riders' mental model of "Safety" differs fundamentally from Uber's
  - ○ Uber's framework is prevention / preparation-based
  - ○ Riders' revolves around just-in-time outreach and resolution
- ★ Safety Center ("Learn More") and "Share My Trip" do not meet riders' time-sensitive criteria
- ★ Several riders felt the order of elements in the Safety Toolkit should be reversed due to their helpfulness in an urgent situation



Least

**Urgency spectrum**

Most

- Confidential - Attorney Client Privileged -

Case 3:23-md-03084-CRB    Document 6401-47    Filed 06/04/26    Page 35 of 67

# "How's your trip going?"

★ **1** The majority of riders across the focus groups and interviews know about this module and where to find it

★ While upfront tipping* during the trip was not considered likely, riders would tap on the link to report issues during a trip

★ It seems much more likely that they would utilize that over going directly to the Safety Toolkit on the map screen

\* Upfront tipping hesitation is described in this EATS study

32    - Confidential - Attorney Client Privileged -



UXR Uber

- Feedback delivery
  - Product teams are hoping that this project will transfer some of the feedback onus (including safety tags?) onto Riders
  - Riders feel it's Uber's responsibility to screen all tag feedback before sending them to drivers

**Slide 32**

---

@smw@uber.com mention of tipping and reference to an Eats study:

https://docs.google.com/presentation/d/17qtdNCiE1IOSSYfM8w3Z4C
JwqOQpi_2hswWA0Kpa_Tg/edit#slide=id.g458df0455c_0_0

are we still interested in tipping? should I continue letting you know if I
run across tipping findings?
Yuri Choi; 8/6/2021 2:02:24 AM

# Why **not** report on-trip?

★ Riders were unsure whether drivers receive on-trip feedback during the trip. If so, riders fear it might escalate tensions in the car. That doubt causes them to hold back.

★ Riders weigh tradeoffs to decide whether to report a safety issue, based on how much longer or farther the trip will be

★ They sometimes rely on co-riders to report issues, or assume that they will.

★ Participants won't report because resolution seems unlikely (also observed in a Rider Support study from Bangalore).

"There really is no incentive to report." J.S.

The above rider expressed her doubt that anything would come from reporting an issue. She likened text boxes below to black holes.

Riders were disappointed that it would take 24 hours for a response. They had hoped it would be immediate.

Report Issue

Every Uber experience should be safe and respectful. Please describe what happened in as much detail as you can. A member of our Safety Team will contact you within 24 hours.

For emergency help, use 811 assistance

Share details (required)

We'll respond within 24 hours

UXR Uber

33     - Confidential - Attorney Client Privileged -

# On-trip 911 assumptions

★ Riders envisioned "911 Assistance" starting an **actual call** during the trip, an assumption strengthened by the headset icon on the "Critical Safety Response Line" link.

★ Fear of causing tensions to escalate would prevent riders from using it

★ Since calling 911 is basically a 'nuclear option,' riders felt unsure just how bad a concern needs to be to use it

★ Circumstances warranting its use would include:
  ○ Driver deviating from route at night time
  ○ Driver "brandishing a weapon"
  ○ Riders having a physical altercation with co-riders, drivers, or both.

- Confidential - Attorney Client Privileged -

34



The color red was the sole indicator of urgency. The icon itself was unintelligible.

911 Assistance
Call 911 and get location and trip information to share with authorities.

Critical Safety Response Line

UXR Uber

# On-trip 911 observations

- ★ Only a few riders stopped to read the text beyond "911."

- ★ They were comforted to know that their report would be "shared with authorities."
  - ○ Two riders wished for this specifically.

- ★ Some riders pointed out that the title "Assistance" is too mild
  - ○ They would have expected "Emergency" or "Help" and a similar icon - both internationally recognized, as are the icons used by Ola (right)
  - ○ This is something to keep in mind internationally - even when localized for home country (e.g. India's "100 Assistance")

- Confidential - Attorney Client Privileged -



Ola example

# Desired ways to report

Immediacy and Uber-controlled action characterize the following emergency responses on participants' wishlists:

★ **Live chat for on-trip reporting** (currently implemented in India - see right).

★ In addition, participants liked the specific distinction around calling Uber or the police.

★ Two SF riders suggested a non-spoken approach:

    a. Rider contacts Uber

    b. Then Uber ends the trip with an explanation that masks rider's intent

    c. Trip is ended at the same time as a different Uber auto-magically appears

36

- Confidential - Attorney Client Privileged -

Such content would provide the very reassurance our SF riders wished for

source

Uber

# Desired Uber responses

★ Immediate responses - or at least some transparency around responses by type of reporting

★ Being connected with a live person empowered to help, rather than read from boilerplate text (likely post-trip)

★ Certainty that they will not be matched again with a given driver. Participants mentioned "learning" this virally, but not officially from Uber.



37

- Confidential - Attorney Client Privileged -



# Importance of UX Writer

Since no writer had touched the content used in the prototypes, the following that were mentioned previously bear repeating.

1. Capitalizing "Assistance" may indicate its status as a feature. Not capitalizing may reinforce riders' suspicion that it is a gateway to on-trip telephone intervention.

2. The "Contact..." button (which none realized was a button) that appears when a safety-related tag is selected needs labeling that is specific to its destination and differentiated from the Submit button.

3. Riders indicated that the label "Critical Safety Response Line" meant nothing to them. In a way Critical (meaning urgent) and Safety (meaning prevention to Uber) are oxymorons of one another.

- Confidential - Attorney Client Privileged -



Explicit tagging comments are made on the next slide.

UXR Uber



They also had no idea how the feedback was delivered and felt anxious that drivers would know who gave it.

# Need for MECE labels

Tags and categories are still being decided - the following rider inputs were organically generated by riders, and were used in card sort items.

Once the card sort results are in, the input of a UXW is essential to make the categories and tags MECE.

★ Riders searched for a "Safety" category

★ Ratings seem subjective: "What Uber considers 'unfriendly' might not be 'unfriendly' to me." (J.S.)

★ Some differentiated between what drivers can - and cannot - control, as well as who (e.g., driver or another driver) or what (e.g., Uber, traffic, weather) is to blame

★ A few distinguished between Interpersonal vs Situational issues, referred to as Interpersonal vs Factual in this US-based driver-to-rider tagging research.

41                                                    - Confidential - Attorney Client Privileged -



UXR  Uber

# 04 Recommendations & Next Steps

42

# Quality recommendations

**1. Standardize the "meanings" of tags (and ratings), and then educate riders**

Once tags and categories are finalized (post-card sort), both riders and drivers would benefit from educational modules, whether in-app, via Comms, Product Ops, in GLHs, etc.

**2. Base granular feedback tag categories and granular tags on Driver and Rider input**

Rather than relying on an Uber-centric approach to tag and category grouping and labeling, this research suggests that users' definitions of quality may not be in complete alignment with Uber's perspectives. Without organic definitions, drivers will not get specific feedback on how to improve. Recent Quality Hub research also supports this recommendation.

**3. Consider alternate rider-to-driver feedback means**

Given the user groundswell for binary tagging, it may be worth - down the road - experimenting with other ways to rate drivers, as well as giving riders the ability to provide feedback on 5 star trips and prefilling rider-to-driver ratings with 5 stars as they are for driver-to-rider ratings. This may be explored in H2 Quality Vision research.

43                    - Confidential - Attorney Client Privileged -                    UXR  Uber

# Quality recommendations

**4. Enable riders to give drivers constructive criticism**

Riders expressed a strong desire to provide positive, but constructive feedback to drivers, even when rating them 5 stars, to help them hone their craft. Conversely, they would also like to be able to use tags ("Great Music" etc.) when rating below 5 stars. This speaks to rider sentiment that their experiences on trip and/or with a driver may not be 100% bad.

**5. Consider ratings mechanism parity across rider and driver feedback**

Drivers stated a deep-seated desire for the way riders rate them to emulate the way they rate riders, i.e. with a required post-trip rating and a 5-star default. This could help "level the playing field" for drivers, as well as show that Uber listens to them and "has their back."

**6. Localize content for global markets - both quality and safety**

Terms like "boot" and concepts around safety (e.g., cash) need to be localized for different markets. It is highly likely that quality definitions and practices around performance (ratings) differ culturally.

44

- Confidential - Attorney Client Privileged -

UXR Uber

# Safety recommendations

**1. Enhance the clarity, specificity, and findability of Safety content**
Riders had difficulty finding the Safety Toolkit on the map. Their unmet expectations around safety content (especially in emergencies) suggests the need to revisit the labeling, location, and iconography making up proposed on-trip Safety reporting elements.

**2. Explore live, in-app chat safety reporting to supplement or replace current means**
Without being shown the Live Chat being utilized in India, riders expressed the desire to report emergencies in a discreet and time-sensitive way. Reaching a live person would give them comfort and not escalate tension inside the car. The latter point emphasizes their lack of understanding around the 911 feature.

**3. Decrease the gap between riders' and Uber's mental models around Safety**
Although Uber approaches Safety from a prevention perspective, riders definitely think of it in an urgent, just-in-time way. With Safety content difficult to find (Rec. #1), once riders arrived at it, they were frustrated by introductory and prevention sections. They saw the most use in the Report content, but were disappointed to see the 24-hour turnaround.

45                                    - Confidential - Attorney Client Privileged -                    UXR  Uber

# Recommended next steps

**1. Card sort** (next slide)

Once results are analyzed, they will provide insight into category and tag labels, as well as how riders compartmentalize the topics, as well as whether they might prefer more categories with fewer tags, or fewer categories with more tags (slide here).

**2. More user testing (iterative)**

As findings are incorporated into Once wording is finalized and UX interview findings are incorporated, the next step is to test a series of higher fidelity prototype with real content.

**3. A/B experiments**

After the Eng handoff (May 15-29), UXR will support experiments to determine the best combination of feedback experiences.

**4. Global research**

This report started with US-based riders and topics only. Issues may be insufficient for countries that accept cash, for example, or requiring different labels such as "boot."

International testing in appropriate regions is in order.

**5. Quality 2.0 (H2) Vision work**

This research may serve as the foundation for a deep-seated re-evaluation of the driver evaluation and feedback system that would entail discovery and innovation research.

46

- Confidential - Attorney Client Privileged -



# Card sort & content

From **May 1 to May 9**, an online card sort is being conducted to learn how riders group tags and what they name the categories.

The 45 tags provided to riders were derived from tags identified by Safety DS (from 500 Bliss tickets and other analyses); existing feedback tags; and additional topics generated by focus group participants (riders and drivers).



47

- Confidential - Attorney Client Privileged -

# Thank you!

**Quality Team**
Lisa Handalian, UXR lead
Anthony Tadina, Design lead
Dhruv Tyagi, PM
Roy West, UX Writing
Jeremy Le, Eng
Isabella Liu, Product Ops

**Safety Team**
Chloe Fan, Design
Aakanksha Mirdha, Design
Rebecca Payne, PM
Neil Chopra, PM
Emma Pan, DS
Hadi Khazraee, DS
Roy West, UX Writing

48

Enduro

# 05 APPENDIX

★ Compilation of feedback resources

★ List of existing tags

★ Ratings & tag resources

★ On-trip Reporting: Screen-by-screen feedback

49

# Quality & safety feedback resources

★ Research Proposal for this research

★ Tagging folder 2019 work (Drive)

★ Tagging folder 2017 (UXR)

★ Quality Hub UXR report (May 2019)

★ Mini-PRD (Dhruv's)

★ Carbon: Ratings & Feedback Current State

★ Driver Pro-Tip Library
★ Drive folder: Feedback Tag Resources
   (Eng, Product - pre-2019)

★ Card Sort findings

★ Rating Anxiety (UXR, 2017)

★ Driver Survey results around feedback (2016)

★ Compliment survey UXR (2016)

★ On-Trip Reporting PRD (Neil Chopra)

★ Chloe and Aankanksha design deck (On-trip...)

★ Safety Feedback Tag Usage (Emma, Safety)

★ Feedback-tag-based driver deactivation
   (Safety, Helen Z) and Rebecca (PM)'s PRD

★ Hadi's Ticket Audit presentation (Safety)

50

- Confidential - Attorney Client Privileged -

UXR  Uber



- Full list , various concerns
- Complicated selection method:
  - Four
  - Product based
  - Random select
- Summary , different…
- We mainly focus on but also explored



# What is a "Cog walk?"

**What.** A cognitive walkthrough ("cog walk") is a formalized way of imagining people's thoughts and actions when they use an interface for the first time.

**Why.** Walkthroughs identify problems that new users will likely have when they first use an interface.

**How.** The facilitator selects one of the tasks that the design is intended to support. Participants are asked to step through the task, action by action, seeing if they can identify any problems with the interface.



53

# "Cog walk" details

**Scenario**

You are on a trip, and your driver starts driving in a way that makes you feel quite uncomfortable. What do you do?

**Participant instructions**

After taking a look at each screen presented, write down and share:

1. What you notice first
2. What action you would take on the screen
3. What result would you expect

54

Uber

# Toolkit icon



No one noticed this icon or knew what it referred to.

Riders unequivocally rejected the shield as representing "help" or "safety." It was no clearer even after they were told its meaning.

In addition, it failed to 'jump out' visually, possibly due to the size, placement, or lack of text.

All six cog walk participants had noticed this section before; it is where they would go to report an incident.

A few didn't understand why they would access feedback any other way.

Uber



Would it be possible for users to rearrange the order? (grabbers?)



Would it be possible for users to rearrange the order? (grabbers?)

# Report issue



The blue text stood out visually and appeared tappable.

There was confusion over how it would work, however. Wouldn't the situation escalate if they made such a call during the ride?

It was also unclear whether it would yield different options than the link on the previous screen.

Participants doubted they would take the time to fill out this text box.

In an urgent situation, they would not have the presence of mind (and would resort to 911 instead) or have the time or need once the ride had ended given their busy schedules. A couple said they'd "call support" instead.

Uber



# Report confirmation

The couple of riders who had contacted Support (via Help) to report a dangerous situation confirmed the 24-hour turnaround. They found it a sign that Uber "really cares."

Being "thanked" for the report of an emergency felt a little odd to one participant.

Uber



# Your trips: Flow 1

When initially asked where they would go to "report their safety concern," nearly all mentioned accessing Help through the hamburger menu.

The other 2 said they would "call Support" without stating where from.

It didn't seem to occur to anyone to go to Your Trips while they were on the current trip, leading to the confusion on the next screen

60

Uber



# Your trips: Flow 1

**No one commented on this**

**Although all said they noticed the blue block, none seemed to read the "current trip" text.**

**Instead they were confused as to why they had been taken to a "completed" trips screen. It was all they saw.**

**Once they actually read what was in the blue block, they assumed that the "Report Issue" link would take them to the same screen as in the Safety Toolkit flow.**

**Riders mentioned this being a sheet up, rather than static banner ...**

61

Uber





HUB SOURCE: https://docs.google.com/presentation/d/1kDclwFJgD-11ztb70_u8Z6xfRmjSqHCuvyP91zQPAbQ/edit#slide=id.g4344ce61d1_0_403

1. ~~In the Uber Pro city Seattle, we learned that eligibility now plays a role in their motivation to be mindful of their ARCRs.~~
2. Participants focused on information relevant to "themselves." As soon as they concluded that certain content pertained to Uber information and not them, they stopped trying to read it.
3. Relative progress mattered to participants as a way of tracking their success. Unless they are grounded in clear parameters, metrics can be a source of stress, however.
4. Both drivers and riders are in favor of more specific tags to fill their respective needs to be heard, feel protected, and enable improvement.
5. Receiving more specific and actionable feedback would reduce driver stress and help them improve - and in so doing, reduce rider power over them (mentioned by about half).