# C.45

# EXHIBIT 46

## EXHIBIT FILED UNDER SEAL



**UBER_JCCP_MDL_004522493**

## Metadata

| Begin Family | UBER_JCCP_MDL_004522493 | SEMANTIC |
|---|---|---|
| **Date Modified** | 09/30/2020 6:38 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **Filename** | Feedback tags + safety_1Ia9omoQAu9a-gW6oBWJOLV8NilI0TzNfma2ijJzHs8I.pptx | SEMANTIC |

# Document Produced in Native

CONFIDENTIAL

UBER_JCCP_MDL_004522493

# Feedback tags usage

Uber

#standforsafety

A/C Privileged Work Product

Agenda

01 Granular feedback design
02 Pros & cons of feedback tags
03 Options for the path forward

#standforsafety

# Granular feedback design

# Granular feedback tag design

## Safety principles:

- Only L1/L2 incident types
- Clicking on a safety-related tag also surfaces a "Contact support" link



**Dangerous Driving**
- Fast driving
- Distracted by phone
- Drowsy driving
- Swerves, sharp turns
- Harsh stop and go
- Illegal driving

**Vehicle**
- Wrong vehicle
- Vehicle cleanliness
- Unpleasant car smell
- Mechanical issue
- Vehicle damage
- Disturbing radio

**Driver behavior**
- Driver not polite
- Improper remarks
- Sexual remarks
- Ignored my requests
- Communication issues
- Talked too much

**Navigation**
- Bad map route
- Didn't follow map
- Wrong turns
- Slow driving

**Pickup / Dropoff**
- Wrong driver
- Dropoff too far
- Pickup too far
- Unsafe dropoff
- Unsafe pickup
- Wrong pin location

**Uber issues**
- App crashed
- Driver ETA too long

**Uber Pool issues**
- Bad Pool route
- Bad pickup location
- Bad dropoff location
- Co-rider behavior
- Co-rider late

**Health and hygiene**
- No face cover or mask
- Vehicle not cleaned for trip
- Hair cover not provided
- No partition

**Car / booster seat**
**Pets**
**Premium**

# Pros & cons of feedback tags

## Pros & cons of feedback tags

Pros

- **Behavior improvement:** Users can correct their behavior if they know what they are doing wrong
- **Underreporting:** Allows us to collect information from users who may not take the time to write in a report, while also not increasing support cost
- **Additional signal:** provides an additional signal for patterns of behavior that may be concerning and warrant removal from the platform

Cons

- **Limited Space:** tags are limited in character count, making it difficult to describe the specific feedback sought
- **Lack of Details:** tags are a binary outcome with no additional detail to help understand the user's feedback, including evaluation of the effectiveness of the tag
- **Abuse of Tags:** without context, it is incredibly difficult to separate genuine user feedback from those who use tags for purposes other than feedback

Concerns for incorporating feedback tags in deactivation policies

- Too many uncontrolled variables impacting tag rate
  - Limitations intrinsic to tags (e.g. Limited Space, Lack of Details, and Abuse) already create basis risk between true safety issue rate and tag rate
  - Further product changes, such as new tags, tag placement, wording, UI adjustments, or communication to drivers about tags will introduce additional, extremely hard-to-quantify variability
  - User knowledge of deactivation consequence will change tagging behavior
- Upward shifts in tag rate will greatly increase false-positive deactivations
  - Current Tech (SIPS / VTM / Flack) not equipped to mitigate shifting rates
  - Data Science not resourced to research solutions
- Difficult to level with Safety Incidents
  - Proper support or notification for tags vs tickets
  - How do we achieve fairness and ticket-equivalent safety when tag rate is volatile?
- Intended behavior change is difficult to achieve without quality feedback
  - Drivers are dismissive of rider feedback due to history and level of abuse

# Options for the path forward

Options for the path forward

1. Tags
   - **Invest fully to make Tags useful for education and action**, requires Incident Analytics (IA), GSRS, DS/Eng, PM, and UX; will bump other priorities to address substantial concerns
   - **Invest in improving Tag design** which could include requiring more details for safety-related tags, or linking them to a specific help node; will bump priorities for IA, GSRS, and PM but only address half of the concerns
   - **Proceed as planned** without additional investment, keep granular feedback tags based on previous DS and UX research, continue development in iOS
   - **Roll back and pause further development on safety-related tags,** but keep non-safety tags as well as critical tags needed for COVID and wrong courier
2. Deactivation
   - **Proceed as planned** including SIPS, credibility-weighted parameters, etc.
   - **Pause** all DS and Eng work (SIPS) on Feedback Tag-related deactivation

Options for the path forward: Rebecca

1. Tags
   - **Invest fully to make Tags useful for education and action,\*** requires Incident Analytics (IA), GSRS, DS/Eng, PM, and UX; will bump other priorities to address substantial concerns
   - **Invest in improving Tag design\*** which could include requiring more details for safety-related tags, or linking them to a specific help node; will bump priorities for IA, GSRS, and PM but only address half of the concerns
   
   - **Proceed as planned\*** without additional investment, keep <u>granular feedback tags</u> based on previous DS and UX research, development in iOS
   - **Roll back and pause further development on safety-related tags** keep non-safety tags as well as critical tags needed for COVID and wrong courier
2. Deactivation
   - **Proceed as planned** including SIPS, credibility-weighted parameters, etc.
   - **Pause** all DS and Eng work (SIPS) on Feedback Tag-related deactivation

\* Continue with rollout of granular feedback on Android, and continue development on iOS. Use rollouts to understand tag usage, correlation to riskiness, and weighting a compared to incident reports, to see if they could be incorporated in DACT policies. Consider UX optimizations to gather more details on safety-related tags (eg. free text box, guided questions)

Options for the path forward: Frank

1. Tags
    ○ **Invest fully to make Tags useful for education and action**, requires Incident Analytics (IA), GSRS, DS/Eng, PM, and UX; will bump other priorities to address substantial concerns
   ○ **Invest in improving Tag design** which could include requiring more details for safety-related tags, or linking them to a specific help node; will bump priorities for IA, GSRS, and PM but only address half of the concerns
   ○ **Proceed as planned\*** without additional investment, keep <u>granular feedback tags</u> based on previous DS and UX research, development in iOS
    ○ **Roll back and pause further development on safety-related tags** keep non-safety tags as well as critical tags needed for COVID and wrong courier
2. Deactivation
   ○ **Proceed as planned** including SIPS, credibility-weighted parameters, etc.
   ○ **Pause** all DS and Eng work (SIPS) on Feedback Tag-related deactivation

Scratchwork // Notes

- Weighting of tags vs. incident reports
  - RP: the shortcomings of tags (limited space, lack of details, abuse) could be overcome when considering a higher number of tags needed for deactivation, as compared to incident tickets. One tag on its own may not mean much, but can be helpful in pointing out a pattern of behavior from a driver.