# C.47

# EXHIBIT 49

## EXHIBIT FILED UNDER SEAL

Greg Brown
EXHIBIT
June 17, 2025
**1100**



Rider/Driver Underreporting

Safety Risk

January 2017

UBER

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER000182899



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY    UBER000182900



We cannot properly address the concerns of our drivers and riders if they do not report all issues, which could have negative consequences, such as increased safety risk or churn and decreased NPS or supply hours.

Without understanding the scope of under-reporting, we cannot evaluate its impact on both the business and our users.

Without understanding the scope of under-reporting, we cannot determine its impact of are unable to determine its impact on the business or on our riders and drivers, from churn and supply hours to user NPS and safety.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER000182901