# C.48

# EXHIBIT 50

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE:   UBER TECHNOLOGIES,   Case No. 3:23-md-03084
INC., PASSENGER SEXUAL                    CRB
ASSAULT LITIGATION
_____
This Document Relates to:

ALL ACTIONS
_____

VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

30(b)(6) CORPORATE REPRESENTATIVE - TODD GADDIS

San Francisco, California

Friday, July 11, 2025

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6919226-001

Q.   Okay.  In addition -- or, above, talking about the societal underreporting to the police, does Uber anywhere in its safety report disclose that incidents are underreported to Uber specifically?

MR. COX:  Object to the form.

THE DEPONENT:  Within, I believe, the earlier safety reports, we do have sections relating to that being a possible concern or consideration.  However, we can't -- we don't provide a specific number or -- relating to that.

Q.   (By Ms. Goldenberg)  Okay.  And sitting here today, as Uber's corporate representative, does Uber know what the underreporting rate is of sexual assault incidents?

A.   No, we do not.  Unfortunately, we're dealing with the data that we have that is reported to us.  And if it's not reported, it can be very difficult to understand that.

MS. GOLDENBERG:  Okay.  Let's go to page 19, please.

Q.   (By Ms. Goldenberg)  On this page, you'll see that there are some tallies or information given about the number of reports of sexual assault incident data aggregated across five categories.

as well, right?

A.    Yes, I am.

Q.    Okay.  As we discussed earlier, sexual assaults are consistently underreported, correct?

MR. COX:  Object to the form.

THE DEPONENT:  As we discussed in the safety report, we provided information relating to the impact of underreporting specific to police.

Q.    (By Ms. Goldenberg)  But Uber understands that sexual assaults are also underreported when it comes to sexual assaults on the Uber platform specifically as well, right?

MR. COX:  Object to the form.

THE DEPONENT:  We understand that it certainly can be a factor in terms of the reporting of these types of incidents.

Q.    (By Ms. Goldenberg)  Well, it's not a factor.

I mean, it's a fact, right, that sexual assaults are underreported on Uber's platform?

MR. COX:  Object to the form.

THE DEPONENT:  As I talked about early -- earlier, we haven't done an analysis to understand factually or the impact relating to underreporting.

But it's certainly something that we