# C.49

# EXHIBIT 51

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


VIDEOTAPED 30(b)(6) DEPOSITION OF
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC
GREG BROWN

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084-CRB

_____


DEPONENT:          GREG BROWN

DATE:              June 17, 2025

TIME:              9:41 A.M.

LOCATION:          NELSON MULLINS
                   CHARLESTON, SC

REPORTED BY:       JESSICA BOLANOS

cannot evaluate its impacts on either the business or our users.

And that's also true, right?

A.  I think that's a logical statement, yes.

Q.  Okay.  And Uber again understands that sexual assaults are significantly under-reported, correct?

A.  I think as we talked about earlier, that is our understanding based on sexual assault experts and advocates, that it is an underreported issue in society at large.

Q.  Can you tell me what Uber has done to understand the under-reporting rate of sexual assaults specifically on Uber?

MS. LEVY:  Object to the form.

A.  I'm not aware of specific studies or research to study under-reporting of sexual assault on Uber.  That's not to say that teams haven't looked into this over time.

Q.  So it's your testimony, as Uber's corporate representative, that Uber has not specifically studied the sexual assault under-reporting rate on the Uber platform; is that right?

A.  In preparation for this testimony, I'm

Greg  Brown
June 17, 2025

unaware of a study specifically about the under-reporting of sexual assault on the platform.

Q.   And without any kind of a study, is it fair to then say that Uber has -- does not have an understanding of what the under-reporting rate of sexual assaults on the Uber platform is?

MS. LEVY:  Object to the form, the way that you're asking it.

A.   Can you repeat the question?  I'm sorry.

Q.   Sure.  Is it fair to say then that Uber does not understand what the specific under-reporting rate of sexual assaults on the Uber platform is?

A.   I'm not sure how we would necessarily assess that without a report.  So I'm not sure how we would assess the under-reporting rate on Uber, and I'm not aware of those type of things.

Q.   Okay.

(Reporter clarification.)

Q.   So Uber does not know what the under-reporting rate is of sexual assault, correct?

A.   Not to my knowledge.

Q.   Okay.  Without this understanding, then,

Greg  Brown
June 17, 2025

any statement that Uber would make about the rate of sexual assault on the platform is only part of the story, right?

A.  I think any --

MS. LEVY:  Object to the form.

A.  I think any statements about the rate of reported sexual assault on the platform would be just that, on the basis of what is reported to us.

Q.  Because the full truth about the number of sexual assault on Uberers would be drastically different if the under-reporting rate was taken into consideration, right?

MS. LEVY:  Object to the form and lack of foundation for that question.

A.  I'm not sure how I would answer that, as we don't, unfortunately, understand the under-reporting rate.  I'm not sure how we would make an assessment as to how that compares to the reported rate.

Q.  In any public-facing statements that you have seen Uber make about the sexual assault numbers that have occurred on the platform, have you seen Uber also couple that statement with a statement that it doesn't know what the