**C.50**

# EXHIBIT 53

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--------------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION



Case no. 3:24-cv-07019-CRB
Case no. 3:24-cv-07821
Case no. 3:24-cv-7940
Case no. 3:23-cv-06708
Case no. 3:24-cv-04900
--------------------------------------------------X


*** HIGHLY CONFIDENTIAL ***


VOLUME II

VIDEOTAPED DEPOSITION

OF

SUNNY WONG

TUESDAY, OCTOBER 14, 2025






Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6989788-001

S. Wong - Highly Confidential

Q.   Yes.

Is the S-RAD score is specifically a score of the risk of sexual assault or sexual misconduct for that pairing, right?

MR. PREMO-HOPKINS:   Object to form.

A.   Well, the model itself, S-RAD, is trained up on that data, reports of sexual assault, sexual misconduct.  So the score itself is again an assessment from the model.

Q.   It's an assessment or a score of the risk of sexual assault or sexual misconduct, right?

A.   Correct.

Q.   Did you say "correct"?

A.   Yes.

Q.   And that risk, the risk of sexual assault or sexual misconduct for a given pairing is a risk that matters to Uber, right?

MR. PREMO-HOPKINS:   Object to form.  Scope.

A.   What do you mean by -- you're gonna have to expand on what do you mean by

S. Wong - Highly Confidential

you're gonna instruct him not to answer, we will go off the record and get the court involved.

MR. PREMO-HOPKINS:  Ask your question again.

BY MS. PETERS:

Q.   Does it matter to Uber whether women are sexually assaulted on trips paired by Uber?

MR. PREMO-HOPKINS:  Object to form.  Scope.

You can answer to the extent you understand the question.

A.   Again, as I mentioned earlier, I mean, we get the S-RAD scores first to understand whether or not we need to flag the trip and potentially intervene using the S-RAD intervention, right, that's part of the S-RAD safety control that we have.

Q.   The S-RAD score is a score that's calculated by Uber's -- by a machine-learning program that Uber uses, right?

A.   Correct.

Q.   That's a program that Uber's data

S. Wong - Highly Confidential

form.  Vague.

A.  I wouldn't characterize it that way.  We know it was under the relevant threshold given it's a nighttime trip.  The nighttime threshold is .94 round to the second decimal.  So I wouldn't characterize it as high because, again, it didn't get flagged, nor is it that close to the nighttime threshold.

MS. PETERS:  Let's go, Dianne, please to Tab 56, a demonstrative scale.

Q.  The S-RAD scale is from zero to 1, right?

MR. PREMO-HOPKINS:  I'm gonna object on form and foundation with regard to this demonstrative.

MS. PETERS:  And you can have, Counsel, a standing objection to this demonstrative to avoid interruption.

Q.  I'm gonna ask the question again.

Mr. Wong, the S-RAD score scale is from a minimum of zero to a maximum of 1, right?

Sunny Wong Volume II Highly Confidential
October 14, 2025

S. Wong - Highly Confidential

A.   That's correct.

MR. PREMO-HOPKINS:  And I'm sorry, Sara, just because I don't know if this one has come through, is it just one page, just the one page that we're looking at?

MS. PETERS:  Yes, there's nothing else.

THE COURT REPORTER:  This is being marked as an exhibit, correct?

MS. PETERS:  It's not yet, we're going to keep developing it and then mark it, the demonstrative.

THE COURT REPORTER:  Thank you. Sorry.

MS. PETERS:  No, thank you.

Q.   A score of zero reflects a lower risk for sexual assault or sexual misconduct for a given pairing and a score of 1 reflects a higher risk for a score of -- for the risk of sexual assault or sexual misconduct for a pairing, right?

A.   Higher score, yes.  That's correct, yeah.

S. Wong - Highly Confidential

Q.   And again, the S-RAD score for the pairing of Ms. Dean with Mr. Turay as .81, correct?

A.   That's correct.

MR. PREMO-HOPKINS:  Objection.

Q.   That is -- strike that.

The average S-RAD score for the nighttime in Phoenix over the week leading up to Ms. Dean's trip was .68, right?

A.   I'm just referring to my --

THE COURT REPORTER:  I'm sorry, I can't hear you.  It's a little muffled.

A.   I was mentioning that I'm referring to my deposition aid, just to look at the average score.

Go ahead.  Can you repeat that?

Q.   The average S-RAD score during the nighttime in Phoenix over the week leading up to Ms. Dean's trip was .68, right?

A.   That's correct.  But it doesn't represent 50 percent which is on the chart average and 50 percent is different -- 50 percent is the median.  So again, you're

S. Wong - Highly Confidential

MS. PETERS:  We -- on a break, we'd like to find out what that trigger rate was, please.

MR. PREMO-HOPKINS:  Okay.  Your request has been noted.

MS. PETERS:  All right.

Q.   So Ms. Dean's score, the score for Jaylynn's trip of .81 was higher than the average of .68 for Phoenix nighttime in that month, right?

A.   It's higher in the daytime in San Francisco, the threshold.

Q.   No, I'm talking about something else.  So -- strike that.

The score for Jaylynn's trip in November 2015 was higher than the risk score on average for Phoenix at nighttime that month, right?

A.   Correct, it was higher than the average, correct.

Q.   And it was higher than the cutoff that Uber set to reflect the top risk during San Francisco Bay Area daytime rides in August 2023, right?

S. Wong - Highly Confidential

MR. PREMO-HOPKINS:  Object to form.

A.   Right.  But you cannot compare those, right, the Jaylynn Dean trip was a nighttime trip in a totally different city.  You can't compare Phoenix versus the Bay Area, daytime versus nighttime.  We already established that we configure a threshold based on night or day, so now you're comparing a nighttime trip in the Jaylynn Dean case versus a daytime threshold in San Francisco, which is a totally different geography as well and a different time period as well.

Q.   Move to strike everything after "right" as nonresponsive.

And just direct you, Mr. Wong, we have limited time.  Please just answer the question.  I know you have points to make about why those numbers shouldn't be compared, but I'm comparing them, so...?

MR. PREMO-HOPKINS:  Ms. Peters, I ask you to comply with the court's order.  You're not allowed to move to

S. Wong - Highly Confidential

screen.

If you understand the question, you can answer it, Mr. Wong.

A.    Sorry, can you repeat the question?

Q.    Yes.

The 10 percent highest scoring trips with respect to their S-RAD scores included over 50 percent of serious sexual misconduct and sexual assault incidents, right?

A.    I mean, this analysis again is a trigger rate recall curve for this time period from '22 to '23 it looks like.  And so again, this is just a recall curve, right, it tells us about a theoretical limit of what we potentially could achieve.  Again, doesn't say anything about overall safety impact because that's an intervention portion of S-RAD, right.  So again, this is just a very theoretical analysis that someone ran.

MS. PETERS:    Object as nonresponsive.

Q.    My question is simply, in this dataset that Uber looked at it found that the

S. Wong - Highly Confidential

10 percent highest scoring trips with respect to S-RAD scores included over 50 percent of serious sexual misconduct and sexual assault incidents, right?

A.   At least just from this chart, again, very theoretical on the potential safety impact and someone conducted an analysis that, you know, what the trigger rate recall curves are and theoretically on a 10 percent is matched to that point on the curve.  Again, it doesn't map into direct safety impact.  This is just a theoretical analysis that someone ran.

MS. PETERS:  Object as nonresponsive.

Q.   I'm not asking about safety impact, I'm not asking about actions that Uber could take.  I'm simply asking about this data.

And so again, what Uber found in this data is that the 10 percent highest scoring trips with respect to their S-RAD scores included over 50 percent of serious sexual misconduct and sexual assault incidents, right?

S. Wong - Highly Confidential

A.    The part on the curve that we think it's 10 percent, again, the scale doesn't say that, but what we can say, again, it seems like it's mapping to some value around 50 percent.  Again, this is just a theoretical analysis.

Q.    Is that a "yes" to my question?

A.    It's that point on the curve, right, again, on a theoretical curve that's calculated and roughly 50 percent on the curve.

Q.    Is that a "yes" to my question?

A.    That it's that point on the curve is about 50 percent, is that what you're asking?

Q.    No.  I'm asking:  Is it true that Uber found in this dataset that the 10 percent highest scoring trips with respect to their S-RAD scores included over 50 percent of sexual misconduct and sexual assault incidents?

A.    Again, this is trigger recall analysis curve analysis, right.  So they looked at potential -- report that

S. Wong - Highly Confidential

potentially could be flagged using this model, right.  So again, to your question, I mean 10 percent on that curve of trigger rate maps to roughly about 50 percent recall threat point on the curve.

Q.   Can you answer my question with a yes or no?

A.   Recall -- theoretical recall at 10 percent trigger rate is roughly 50 percent in this analysis.

Q.   Right.  But we had another deposition where we established what recall means and what trigger rates mean, and I don't want to redo all of that.  I want to use plain language that is understandable to people who don't work in Uber's data science team.

So I'm translating this, and can you please let me know, can you answer yes or no, is it true that the 10 percent highest scoring trips in this dataset with respect to S-RAD scores included over 50 percent of serious sexual misconduct and sexual assault incidents?

S. Wong - Highly Confidential

A.    From this theoretical analysis at 10 percent trigger rate for this sample dataset, it would've flagged 50 -- roughly 50 percent of the sample of reported sexual -- serious sexual assault/sexual misconducts.

Q.    You're saying if Uber had in advance flagged the 10 percent of trips that had the highest S-RAD scores that would've captured trips on which over 50 percent of this serious sexual assault and sexual misconduct incidents occurred, right?

MR. PREMO-HOPKINS:  Object to form.

A.    First, I don't know the exact value at that point on the curve, so I can't say if it's under or over 50 percent.  You've added 10 percent there, I have no idea what is the exact value, right.  So I have no idea if it's over -- which you can continue to frame that it's over, I have no idea what that exact value is there.

Q.    With that caveat, is that a "yes" to my question?

Sunny Wong Volume II Highly Confidential
October 14, 2025

S. Wong - Highly Confidential

A.   So with the -- you keep on framing it over 50 percent, right.  So what exactly are you -- are you comfortable with?

Q.   I'll rephrase it.

A.   Okay.

Q.   The 10 percent -- strike that.

If Uber had flagged the 10 percent of trips that had the highest S-RAD scores in this dataset, it found that that would've captured around 50 percent of the trips where serious sexual misconduct and sexual assault occurred, right?

MR. PREMO-HOPKINS:  Object to form.

A.   Yeah.  In this sample dataset, it was able to identify, again, maybe roughly 50 percent of the reports of sexual assault/sexual misconduct for that dataset.

Q.   Is that a "yes" to my question?

MR. PREMO-HOPKINS:  No, it's not, because you keep saying incidents and he keeps saying reports.  So I want to make sure we're, you know -- it's not a "yes" to your question.

Sunny Wong Volume II Highly Confidential
October 14, 2025

S. Wong - Highly Confidential

MS. PETERS:  Let me ask it again with your word in there.

Q.   If Uber had flagged the 10 percent of trips that had the highest S-RAD scores in this dataset, it found that that would've captured around 50 percent of trips where serious sexual misconduct and sexual assault were reported, right?

A.   Correct, for this dataset.

Q.   Was Ms. -- was Jaylynn's trip within that 10 percent of trips that had the highest S-RAD scores?

MR. PREMO-HOPKINS:  Object to form.

A.   Again, this dataset is for a specific time period, right, November 1st, '22 to January 31st, '23, right.  I believe the Jaylynn Dean trip was it November '23?  Right, November 15, 2023, so it was actually out of this time period, right.

Q.   Uber already had this analysis by the time it paired Jaylynn with Mr. Turay, right?

A.   I mean this is an analysis that

S. Wong - Highly Confidential

unresponsive.

Q.   And direct you please to just answer the question.

MR. PREMO-HOPKINS:  Ms. Peters, he's being incredibly responsive to your imprecise question.  So if you want to ask a more precise question, you might be able to get the answer you're looking for, but he's responding directly to your questions.

Q.   Mr. Wong, can you tell the jury one way or the other whether the pairing of Jaylynn with Mr. Turay in terms of its S-RAD risk score fell into the top 1 percent for risk of sexual assault/sexual misconduct nationwide?

MR. PREMO-HOPKINS:  Object to form.  Scope.

A.   I do not know that, that's outside my --

(Court Reporter clarification.)

A.   -- not something I have readily available.

Q.   And then shifting to Phoenix, are

S. Wong - Highly Confidential

form.  Scope.

A.  I am not.  I just know that it wasn't flagged based on the thresholds we set at that time period.

Q.  Okay.  If Uber had set a 10 percent trigger rate in the aggregate instead of a 1.25 percent target trigger rate in the aggregate and blocked all the pairings that were in that top 10 percent, would the pairing of Jaylynn with Mr. Turay have been blocked?

MR. PREMO-HOPKINS:  Object to form.  Scope.

A.  I have no way to know that.  Again, all I know is that that particular trip did not get flagged as part of the threshold we set at that time period.

Q.  And so on behalf of Uber, you're not able to tell the jury whether if Uber had set its trigger rate higher at 10 percent and blocked all those pairings, it would've blocked the pairing of Jaylynn with Mr. Turay?

MR. PREMO-HOPKINS:  Object.

S. Wong - Highly Confidential

Scope.

A.    Again, I don't know that because the score was below the threshold that was set at that time period.

Q.    That score that you're talking about is the .93 threshold for the nighttime in Phoenix, right?

A.    Correct.

Q.    And there's or -- I'm sorry, was it .92 or .93?

A.    The nighttime threshold for the Jaylynn Dean trip was .936.

Q.    That threshold is one that Uber picked, right?

A.    That was the one we configured for that particular city and time of day, which was nighttime.

Q.    Did you say Uber configured it?

A.    That was the threshold we came up with.

Q.    And when you say "we," you're talking about Uber, right?

A.    Correct.

Q.    Uber came up with that threshold of

S. Wong - Highly Confidential

.93, right?

A.    Correct.

Q.    And there's no regulation or outside rule that says Uber has to accept pairings with scores as high as .92 when it makes nighttime pairings in Phoenix, right?

MR. PREMO-HOPKINS:  Object to form.  Scope.

A.    Not that I know of.

Q.    Uber, if it wants to, can set its risk tolerance lower, right?

MR. PREMO-HOPKINS:  Same objection.

A.    Again, we've aligned on our trigger rate at 1.25 nationally and, you know, that's the, you know, using that target then we just try to set that to be the aggregate for each individual city as well and then just reading across nighttime trips versus daytime trips.

Q.    Mr. Wong, we know that Uber can set the trigger rate lower if it wants to because as we just discussed it did set the trigger rate or rather the threshold -- strike that. Start over.

S. Wong - Highly Confidential

A.   Hasn't made its way across yet.

Q.   Actually, scroll up from there.

A.   Okay.

Q.   So on page 2 it turns out --

A.   Can you give me a second to look at this?  I don't know if I've seen this recently.

Q.   Sure.

A.   (Document review.)

Q.   You ready?

A.   Give me one more minute.  Sorry.

(Document review.)

Okay.

Q.   So looking at page 2 of Exhibit 2202 under the heading Initial Findings and then Item 2, Cities.  This Uber document says:

We looked at L12 week's IPC data to identify cities with highest incidences of sexual assaults.

And then sub-point A says:

Phoenix, Houston, Atlanta, Dallas, and Denver has the highest rate of sexual assault incidents.

S. Wong - Highly Confidential

Do you see that?

A.   I see that.

Q.   And if we go to the next portion of that same page, those cities, the ones with the highest incidents of sexual assault, are listed and Phoenix is at the very top with a sexual assault incident per one million trips of 19.83.

Do you see that?

A.   I'm able to see that.

Q.   And again, Tempe is included within Phoenix, the way that Uber grouped cities geographically, right?

A.   That's true.  From like a city ID perspective, I don't know if they're looking specifically at that city ID for this analysis or specifically in Phoenix, so I just want to mention that.

Q.   All right.

MS. PETERS:  Let's go ahead and take that down, please.

Q.   Did -- when Uber chose to put the cutoff or the threshold at .93 for Phoenix at nighttime in November 2023, did somebody at

S. Wong - Highly Confidential

Q.   All right.  If we go to the next page, please.  This is just a hypothetical. The S-RAD score in the center is the real S-RAD score for Jaylynn when she was paired with Mr. Turay of .81.

Do you see that?

A.   I do see that.

MR. PREMO-HOPKINS:  Object to the questioning on the demonstrative.  Can I have a standing objection on this one as well, Sara?

MS. PETERS:  Yes.

Q.   And then the other S-RAD scores for other potential trips are hypothetical S-RAD scores that we made up.

Do you see that there are a range of hypothetical S-RAD scores given .46, .25, .31, and .93?

MR. PREMO-HOPKINS:  Object to form.  Scope.

A.   Yep, I see some hypothetical scores and mapped to hypothetical yellow cars on this, yes.

Q.   Okay.  So the -- this is just to

S. Wong - Highly Confidential

demonstrate how S-RAD worked in November of 2023 in the Phoenix area.  And so if hypothetically this was the situation where there were other trips available, some with lower scores, one with a higher score than the Jaylynn Dean-Turay pairing.

Then if we go to the next page, the .93 trip would be blocked; is that correct, because it -- assuming it's .939, let's say, something above the threshold?

MR. PREMO-HOPKINS:  Object to form.  Scope.

A.  Yeah, I mean if it's above the threshold, yes, then it would not be considered.  So it would have to be at least .936, whatever that threshold is.

Q.  Right.  And in that time in November of 2023 in Phoenix, was Uber just downranking or was Uber blocking or hard filtering as it calls it trips that were above the threshold?

THE COURT REPORTER:  I'm sorry.  You sounded like you broke up.

A.  Sorry.  I was asking for a minute

S. Wong - Highly Confidential

just so I can refer back to my dep aid, so I can get some timelines.

Q.   Yep.

A.   According to my dep aid, as of November for that particular trip, November 15, 2023, we should be in hard filtering at that time period.

Q.   And so --

A.   Yeah.

Q.   -- under this hypothetical scenario at that time, a trip that had a score above the threshold would be blocked as long as there were other trips available that had scores below the threshold, right?

A.   Yes, the supply plan would be basically removed from consideration, that's correct.

Q.   The supply plan again is a potential driver-rider pairing, right?

A.   Right.

Q.   So then after that step was taken of filtering out any trips or potential rider-driver pairings that are above the threshold Uber set.

S. Wong - Highly Confidential

Then if we go to the next page, the remainder of the potential pairings as long as they're below the threshold would all be treated the same for Uber's matching, right?

MR. PREMO-HOPKINS:  Object to form.  Scope.

A.   Again, based on -- it -- again, based on hard filtering at that time period, again, these are very theoretical and hypothetical scores, right.  And so we have no idea about individual details of the plans themselves because it could've been other details that would've been important for the score.  But again, from an S-RAD perspective, they're generally treated the same.

Q.   Right.  In other words, Uber is still going to look at things like wait time to help decide who it paired Jaylynn with; is that correct?

A.   Yeah, potentially one of the things, exactly.

Q.   But with respect to the risk of sexual assault and sexual misconduct, once it determines that the pairing with Mr. Turay is

S. Wong - Highly Confidential

below the threshold, Uber didn't take any action to try to downrank or avoid that pairing, right?

A.   Not specifically S-RAD.

Q.   Is that correct?

A.   Not specifically S-RAD, that's correct.

Q.   Was there any other program Uber used other than S-RAD to try to downrank or avoid pairing Jaylynn with Mr. Turay because of the risk of sexual assault or sexual misconduct?

A.   Not that I know of.

Q.   Are you aware of any other program that Uber uses when it makes a pairing of a rider with a driver other than S-RAD that tries to avoid trips that have a high risk for sexual assault or sexual misconduct?

A.   Not specifically outside of pairings.

Q.   I didn't understand that.

So I'm just talking about pairings specifically.  When Uber paired Jaylynn with Mr. Turay, was it using any other program

S. Wong - Highly Confidential

Q.   Isn't it true Uber did nothing after it determined she was -- this pairing was below the threshold, it did nothing further to try to choose the safest of the trips below the threshold for her?

MR. PREMO-HOPKINS:  Object to form.

A.   There was -- at that point it was a hard filtering implementation, right, so that's how S-RAD was working for that particular trip request.

Q.   What did Uber do after it determined that Jaylynn's trip was below the threshold?  What is it it did further to try to make sure it was picking the safest match possible for her?

MR. PREMO-HOPKINS:  Object to form.

A.   Again, I don't know what other plans were available at that time period, right, to say whether or not that was -- if there were other scores that were lower.

Q.   Right.  But you don't need to know whether there are others available 'cause you

Sunny Wong Volume II Highly Confidential
October 14, 2025

S. Wong - Highly Confidential

know the way S-RAD works as we've covered before is if the trip is below the threshold, S-RAD's done with -- it doesn't -- it doesn't try to find the safest match possible as between trips that are below the threshold, right?

A.   Correct.  And at that point then the rest of the supply plans move forward, right.

Q.   Right.

MS. PETERS:  We can take that down.

Q.   To be clear, Jaylynn did not have any choice to select from available drivers, right?

MR. PREMO-HOPKINS:  Object to form.  Scope.

A.   That's not part of the Uber trip requests -- process.  We don't get to select individual drivers.

Q.   No, I mean Uber does select individual drivers, but the rider, Jaylynn, did not, right?

A.   That's correct.

S. Wong - Highly Confidential

A.    Driver one-star rate total, correct.

Q.    And Mr. Turay's one-star rate, meaning how many one-star ratings he received as a fraction of all ratings he received, was 1.07 percent, right?

A.    Correct.

Q.    That was in this S-RAD model because in Uber's experiments and data validation it found that that was something that mattered to the risk of sexual assault and sexual misconduct, right?

A.    It was one of many features, it looks like over 40 features.

Q.    Directing you back to my question.

The reason the driver one-star rate was included as a feature in Uber's S-RAD model was because Uber had through its experimentation and validation found that that was something that mattered to the risk of sexual assault and sexual misconduct, right?

MR. PREMO-HOPKINS:    Object to form the.

Sunny Wong Volume II Highly Confidential
October 14, 2025

S. Wong - Highly Confidential

A.    And I was mentioning that it's, again, one of many features that were included in the model for this particular trip request.

Q.    Is that a "yes"?

A.    Yes.

Q.    The one-star rate of 1.07 percent is more than double the median one star rate for drivers in the Phoenix area, right?

A.    Based on the previous seven-day calculation that the team did that determined that the median driver one-star rating was .45 percent.  But even for this particular driver, that 1 percent is higher, but I would argue that that's still a very small rate.

Q.    But please don't argue because this is our chance to ask questions and just get answers and there will be other times for you to give context and argument.

So again, I just want to object as nonresponsive and direct you back to my question.

Mr. Turay's one-star rate of 1.07 percent was more than double the median