# C.53

# EXHIBIT 58

**EXHIBIT FILED UNDER SEAL**

UBER_JCCP_MDL_000722229

## Metadata

| | | |
|---|---|---|
| Account | gbrown@uber.com | SEMANTIC |
| All Custodians | Brown, Greg;Freivogel, Cory | SEMANTIC |
| Date Created | 05/05/2023 1:44 pm | SEMANTIC |
| Date Modified | 05/05/2023 1:44 pm | SEMANTIC |
| From | Cory Freivogel <cory.freivogel@uber.com> | SEMANTIC |
| Subject | Re: Trip Recording Rate | SEMANTIC |
| To | Greg Brown <gbrown@uber.com> | SEMANTIC |



PENGAD 800-631-6989

DEPOSITION
EXHIBIT
045

Message

| | |
|---|---|
| **From:** | Cory Freivogel [cory.freivogel@uber.com] |
| **Sent:** | 5/5/2023 1:44:14 PM |
| **To:** | Greg Brown [gbrown@uber.com] |
| **Subject:** | Re: Trip Recording Rate |

Hey Greg --

What I was trying to get across on the call, probably unsuccessfully, is that I think the current "trips recorded" metric is a bit misleading.

The metric assumes that any driver with a registered dashcam is recording 100% of their trips even though we have no way of validating that. Audio recording is treated differently. If someone has gone through the process of setting up the ability to record audio they still have to turn it on per session, which happens rarely. As a result, the tens of thousands of users who have audio recording set up only contribute ~1% of total recorded trips. My thought was that we consider changing the metric to look at the % of active users with some recording device set up and integrated with the platform -- which is basically what we're doing for dashcams now. If we don't, then the massive expansion of the audio recording feature will never be reflected in this KPI.

That being said, I totally agree that we should be striving for a significant increase in dashcam distribution and BYOD registration. Increasing BYOD sign-ups is one of our 2023 KPIs. I actually think there is a really interesting opportunity here to strive for that goal while also improving earner fairness. Right now, the main use cases for dashcams are (a) to deter incidents and (b) to help validate reports from drivers. Even if a driver has a dashcam registered, they can't easily use footage to invalidate complaints from riders and protect themselves. This is because we don't want to tell them what footage to send which would expose the rider who reported them. If we figure a way around that (e.g. ask them for all footage within a specific time period) then I think we can loudly pitch dashcams as a way to protect earners from fraudulent complaints. I think there is a potentially big opportunity here if we can overcome the legal hurdles and figure out the mechanics.

Best,

On Wed, May 3, 2023 at 7:33 PM Greg Brown <gbrown@uber.com> wrote:
  Keen to get your take here on what position we should be taking. I understand Mike's points and how data collection could be challenging, but wondering if this is something we should put our hands up for or potentially say that we'll put a pin in it and come back to it later in the year. WDYT?

  ---------- Forwarded message ---------
  From: **Roger Kaiser** <roger@uber.com>
  Date: Wed, May 3, 2023 at 2:23 PM
  Subject: Re: Trip Recording Rate
  To: Mike Akamine <mike.akamine@uber.com>, Greg Brown <gbrown@uber.com>


  Thanks, Mike. Adding Greg for his awareness.
  I think that makes sense. I was assuming that to do anything in-app (like surface a request for a driver to tell us they have a dashcam) would need some level of product support. But perhaps that's a lower lift and something that we can just take up and own on the risk management side. I do like the idea of having a higher level goal on recording that serves as a foundation for the safe recording function usage/coverage goals.
  Open to your thoughts, Greg.

CONFIDENTIAL

roger kaiser | safety | +1.571.424.0264 | uber

On Mon, May 1, 2023 at 5:35 PM Mike Akamine <mike.akamine@uber.com> wrote:
I'd be a little nervous relying on self-reported dashcam ownership to trigger something on the offer card. Do you think there would be an ops project to test/manage that kind of indicator which might ladder up to a safety awareness metric? Cory seemed bullish on it in one recent review but wasn't sure if he was thinking of a tech initiative or something his team would lean into.  For MTD, I think the metric should reflect things we are building, but if we step back and look at our top SFS output metrics, a recording capability in every vehicle seems like a good joint goal input metric.

On Mon, May 1, 2023 at 3:37 PM Roger Kaiser <roger@uber.com> wrote:
Hey Mike-
This was meant for you as it's more a question about our strategy.

We seem to be focused on measuring control usage vs a macro perspective of dashcams overall.

We know dashcams are effective deterrents. A driver owned one is better than nothing.

At a minimum, we should be striving for a dashcam on every trip. Either a drivers, an enrolled BYOD, or via app. For the first, couldn't we just ask drivers to tell us?

We'd position it as a net benefit to their safety and to advise us if they have one. We'd tell riders marched the driver had one. we'd have a subset that wouldn't actually have one or it's non-functioning/broken. But the knowledge/notification to riders would still be a deterrent and thus a benefit.

On Mon, May 1, 2023 at 14:15 Margalit Kluger Tamir <margalit@uber.com> wrote:
+Zach Singleton for vis.

Hi Roger,

As Varun mentioned, our metric covers all trips with any of our Safety Media products: Audio Recording, BYOD, VIP (vendor's program), and Record my Ride. The trip coverage of these products has a direct connection to the following:

1.  Rider notification - on all of these products, riders will get a notification that the trip might be recorded, which has a deterrent effect on its own, hence impacting the safety KPIs.

2.  Support impact - agents are able to get footage for trips with these products if the user decides to, hence we have an impact on the agent experience, and the effectiveness of the resolution of the ticket.

We don't have a way at this point to know when a driver has their own dashcam outside of the mentioned above programs.

•   We are working on a new product called BYOD for Fleets, which will enable fleet partners who have dashcams in their vehicles to register their entire fleet through the supplier portal to the BYOD products. We are piloting this in Japan and Colombia, and are finalizing the product build (PRD).

•   We are aligning with @Daniel Copeland on standardized requirements for Safety Media for 3P, and I would love to explore how we can utilize the BYOD for Fleets for 3P, so we can get that data as well.

Let me know if you have any questions!
Margalit

CONFIDENTIAL

UBER_JCCP_MDL_000722230

On Mon, May 1, 2023 at 4:03 PM Karina Sengupta <ksengupta@uber.com> wrote:
@Margalit Kluger Tamir @Natalia Galvez @Alex Madsen for vis

On Mon, May 1, 2023 at 10:53 AM Roger Kaiser <roger@uber.com> wrote:
Thanks, Varun.
@Mike - we should be thinking about how we measure dashcam coverage across all cohorts. Or is the intent here that we want to prioritize using our tools and therefore only measure usage of those? I think it'd be valuable to look at this through the lens of all of the available ways that a trip can be recorded as those all contribute positively to our overall objectives here.
roger kaiser | safety | +1.571.424.0264 | uber

On Fri, Apr 28, 2023 at 10:16 AM Varun Harchekar <varunh@uber.com> wrote:
Roger,

I believe you asked in the scorecard meeting about 3P, with the example of taxis in Taiwan having dashcams. I confirmed with Ford that there isn't any recording data coming from Taiwan, nor do we track 3P dashes UNLESS they were registered through BYOD, which isn't standard for 3P. Furthermore, our currently our Global Trip Recording rate OKR comes from primarily US/BR/MX.

Thanks

**Varun Harchekar**
Data Science Manager, Tech
varunh@uber.com

--
Karina Sengupta | +1 617 306 4346 | ksengupta@uber.com

--
Margalit Kluger Tamir

Senior Product Operations Manager | Safety

--
roger kaiser | safety | 571.424.0264

--

Greg Brown
Director of Safety, US&C
gbrown@uber.com | +1 267-337-0556

CONFIDENTIAL

--
Cory Freivogel
Head of Platform Safety, US & Canada
cory.freivogel@uber.com

--
Cory Freivogel
Head of Platform Safety, US & Canada

CONFIDENTIAL

UBER_JCCP_MDL_000722232