# C.54

# EXHIBIT 59

## EXHIBIT FILED UNDER SEAL

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING
SPECIAL TITLE(Rule 3.550)

IN RE:   UBER RIDESHARE
CASES                                    Case No. CJC-21-005188

_____
                                         Judicial Council
This Document Relates        Coordination No. 5188
to:

ALL ACTIONS
_____

VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

PERSON MOST KNOWLEDGEABLE - REBECCA PAYNE

San Francisco, California

Tuesday, May 13, 2025

Volume IV

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6874167-001

PAGES 845 - 1133

And I'll repeat the points about, you know, we have this live in other markets.  In the U.S., there are unique, I think, legal nuances and political nuances and that we haven't launched it yet in the U.S.

Q.   (By Mr. Abramson)  And those political nuances and legal nuances, at least as of today, have outweighed any benefits to safety, right?

MS. SMITH:  Objection.  Form.

THE DEPONENT:  I think, you know, they have been a strong input in terms of whether we thought the feature would be able to launched in the U.S.

Q.   (By Mr. Abramson)  Okay.  Well, let's -- let's look at this way.

We have talked a lot about Uber's internal data, about how its women-matching option works to reduce sexual assault and sexual misconduct incidents on Uber, right?

A.   The Women Rider Preference-rider preference that's offered to drivers, yes.

Q.   Okay.  Are you aware -- well, let me back up.

Is Uber aware of any feature currently implemented on Uber for which Uber has data showing

Rebecca Payne Volume IV
May 13, 2025

a reduction in sexual assault or sexual misconduct incidents more than Uber's Women Rider Preferred -- preference option?

MS. SMITH:  Objection.  Form.

THE DEPONENT:  Not that I'm aware.

Q.   (By Mr. Abramson)  Is Uber aware of any feature Uber has ever implemented or is currently exploring that Uber's data shows a greater impact on reducing sexual assault and sexual misconduct incidents than Uber's Women Rider Preference option?

MS. SMITH:  Objection.  Form.

THE DEPONENT:  I don't believe so.

Q.   (By Mr. Abramson)  And Uber's internal user research shows that its women passengers and drivers want a women-matching option, right?

A.   Yes.

Q.   And Uber's internal research shows that its women passengers and drivers would use a women-matching option, right?

A.   Yes.

Q.   Uber's internal research shows that its women passengers would be willing to wait longer for an Uber ride if they knew a woman driver was coming, right?