# C.55

# EXHIBIT 60

## EXHIBIT FILED UNDER SEAL

## #18081.1

## Metadata

| All Custodians | Payne, Rebecca Deposition | SEMANTIC |
|---|---|---|
| All Paths | engage_share_4172025.zip//Rebecca Payne 040325 MINI Vol II Highly Confidential.pdf//EX 2549 Rebecca Payne 040325 CONFIDENTIAL.pdf | SEMANTIC |
| Application | PFU PDF Library 2.0.1 | SEMANTIC |
| Author | PaperStream Capture 3.0 | SEMANTIC |
| Custodian | Payne, Rebecca Deposition | SEMANTIC |
| Date Created | 04/07/2025 4:27 pm PDT | SEMANTIC |
| Date Modified | 04/07/2025 4:27 pm PDT | SEMANTIC |
| Encrypted | no | SEMANTIC |
| Extension | pdf | SEMANTIC |
| Family | #18029.1 | SEMANTIC |
| File Path | engage_share_4172025.zip//Rebecca Payne 040325 MINI Vol II Highly Confidential.pdf//EX 2549 Rebecca Payne 040325 CONFIDENTIAL.pdf | SEMANTIC |
| Filename | EX 2549 Rebecca Payne 040325 CONFIDENTIAL.pdf | SEMANTIC |
| MD5 Hash | 0873c3878b921efaab01bf47392d2adb | SEMANTIC |
| Mime Type | application/pdf | SEMANTIC |
| Parent Id | #18029.1 | SEMANTIC |
| Primary Date | 04/07/2025 4:27 pm PDT | DOC_TYPE_ALIAS |
| SHA1 Hash | 1e1a20f61c7af55e43d5e37ca8dbc731db11b9e3 | SEMANTIC |

## UBER_JCCP_MDL_003922272

## Metadata

| Account | gbrown@uber.com; | SEMANTIC |
|---|---|---|
| All Custodians | Brown, Greg;Freivogel, Cory;Kaiser, Roger; | SEMANTIC |
| All Paths | Brown, Greg: \Multi Custodian Gmail\EDISCO-23472_Gmail-75.zip\EDISCO-23472_Gmail--gbrown@uber.com-dinm_O.mbox; Brown, Greg: \Multi Custodian Gmail\EDISCO-23472_Gmail-75.zip\EDISCO-23472_Gmail--gbrown@uber.com-dinm_O.mbox; Freivogel, Cory: \Multi Custodian Gmail\EDISCO-23472_Gmail-114.zip\EDISCO-23472_Gmail--cory.freivogel@uber.com-HnMJv0.mbox; Freivogel, Cory: \Multi Custodian Gmail\EDISCO-23472_Gmail-114.zip\EDISCO-23472_Gmail--cory.freivogel@uber.com-HnMJv0.mbox; Kaiser, Roger: \Multi Custodian Gmail\EDISCO-23472_Gmail-79.zip\EDISCO-23472_Gmail--kaiser@uber.com-AdS26I.mbox; Kaiser, Roger: \Multi Custodian Gmail\EDISCO-23472_Gmail-79.zip\EDISCO-23472_Gmail--kaiser@uber.com-AdS26I.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_003922272 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 12/12/2022 9:01 pm | SEMANTIC |
| Date Modified | 12/12/2022 9:01 pm | SEMANTIC |
| End Family | UBER_JCCP_MDL_003922274 | SEMANTIC |
| File Path | \Multi Custodian Gmail\EDISCO-23472_Gmail-75.zip\EDISCO-23472_Gmail--gbrown@uber.com-dinm_O.mbox | SEMANTIC |
| File Size | 37073 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| Other Custodians | Brown, Greg;Freivogel, Cory;Kaiser, Roger; | SEMANTIC |
| Primary Date | 12/12/2022 9:01 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL112; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 12/12/2022 9:01 pm | SEMANTIC |


EXHIBIT nyß
2549
Payne 4/3/25
PENGAD 800-631-6989

Message
_____

From:        Rebecca Payne [rebecca.payne@uber.com]
Sent:        12/12/2022 9:01:44 PM
To:          Greg Brown [gbrown@uber.com]
CC:          kaiser@uber.com; cory.freivogel@uber.com; sunny.wong@uber.com
Subject:     Re: Invitation: Connect on WRP Data @ Tue Dec 13, 2022 7pm - 7:30pm (EST) (rebecca.payne@uber.com)


We can chat, but just a heads up that Gus and ELT have already seen this safety data when we presented to them in April 2021 re: the possibility of launching WRP in the US. The Brazil numbers have changed a little, but not materially, since then - so we'll likely gloss over them a bit. I suspect the majority of the ELT discussion will be around the legal risk, since that has been the biggest change from last year until now. I don't think anyone needs to be convinced on the safety benefit - the main question this discussion will come down to is whether the supply benefit outweighs the potential legal cost.

And to note, we still don't have a strong argument that WRP attracts a bunch of new women drivers in the markets we have launched so far. But the US ops teams' argument is that the US will be different because 1) cultural differences, and the fact that we already have so many women as couriers that we just need to get comfortable with doing rides, and 2) the fact that they are willing to put marketing budget behind this to attract new drivers - whereas other countries have not.

Again, we can still meet, just want to be clear that there isn't a whole lot that is materially new on the safety data. Are there any specific questions you have on it?

On Mon, Dec 12, 2022 at 1:59 PM Greg Brown <gbrown@uber.com> wrote:


Hey Rebecca and Sunny --

Hoping to connect regarding WRP data, especially as any US recommendations head to ELT in the next week. Rog and I want to ensure we're fully understanding the safety data and findings observed globally to the extent Gus and others will have questions.

Thanks!
Greg

_____

Greg Brown is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

https://uber.zoom.us/j/97206852124?pwd=dG1mVlJITFdHRnNZTXdWZjFHeitZZz09

Meeting ID: 972 0685 2124
Password: 348309

Join by Phone
tel:+13092053325,,97206852124#,,,#,,348309#;348309# US
tel:+13126266799,,97206852124#,,,#,,348309#;348309# US (Chicago)


CONFIDENTIAL

UBER_JCCP_MDL_003922272

Dial by your location
+1 309 205 3325 US
+1 312 626 6799 US (Chicago)
+1 646 876 9923 US (New York)
+1 646 931 3860 US
+1 301 715 8592 US (Washington DC)
+1 305 224 1968 US
+1 360 209 5623 US
+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 669 444 9171 US
+1 669 900 6833 US (San Jose)
+1 689 278 1000 US
+1 719 359 4580 US
+1 253 205 0468 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
Meeting ID: 972 0685 2124
Password: 348309
Find your local number: https://uber.zoom.us/u/acmAnnasK6

Join by SIP
97206852124@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
209.9.211.110 (Hong Kong SAR)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 972 0685 2124
Password: 348309

CONFIDENTIAL

UBER_JCCP_MDL_003922273

UBER ICCP MDL

**When**

Tuesday Dec 13, 2022 · 7pm – 7:30pm (Eastern Time - New York)

**Location**

https://uber.zoom.us/j/97206852124?pwd=dG1mVlJITFdHRnNZTXdWZjFHeitZZz09

View map

**Guests**

Greg Brown - organizer

kaiser@uber.com

cory.freivogel@uber.com

rebecca.payne@uber.com

sunny.wong@uber.com

**View all guest info**

**Reply** for rebecca.payne@uber.com

    Yes    No    Maybe

    More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

CONFIDENTIAL

UBER ICCP MDL 003922274