Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
|---|---|
| This Document Relates to:<br><br>*B.L. v. Uber Technologies, Inc., et al.*, No. 24-cv-7940 | **[PROPOSED] ORDER GRANTING PLAINTIFF B.L.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Honorable Charles R. Breyer<br><br>Magistrate Lisa J. Cisneros |

Having considered Plaintiff B.L.'s Administrative Motion to Seal, the Court hereby

**GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | The names of B.L. and third parties at ¶ 2. |
| Exhibit 1 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Second Supplemental Responses to Interrogatories, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 2 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Third Supplemental Responses to Interrogatories, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |

| | |
|---|---|
| Exhibit 3 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Excerpts of Plaintiff's deposition containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 4 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Tenth Supplemental Rule 26 Initial Disclosures containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 5 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Eleventh Supplemental Responses to Requests for Production, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 6 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Fourth Supplemental Responses to Interrogatories, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 7 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Fourth Amended PFS containing the names of B.L. and third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 8 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Ninth Supplemental Responses to Interrogatories, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 9 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Tenth Supplemental Responses to Interrogatories, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 10 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Fifth Supplemental Responses to Interrogatories, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 11 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Seventh Supplemental Responses to Interrogatories, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 12 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Ninth Supplemental Responses to Requests for Production, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 13 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Fourth Supplemental Rule 26 Initial Disclosures containing the names of third |

| | parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
|---|---|
| Exhibit 14 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's text messages with a third-party containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 15 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Emails between counsel containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 16 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's text messages with a third-party containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |
| Exhibit 17 to the Declaration of Sommer D. Luther ISO Plaintiff's Sur-Reply | Plaintiff's Eighth Supplemental Responses to Interrogatories, Set One containing the names of third parties, the details of B.L.'s private life, and the details of B.L.'s mental health history. |

**IT IS SO ORDERED**

Dated: _____

_____
Mag. Lisa J. Cisneros
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF B.L.'S
ADMINISTRATIVE MOTION TO SEAL
MDL NO. 3084 CRB, CASE NO. 24-CV-7940