# EXHIBIT 1

Filed Under Seal

# EXHIBIT 2

Filed Under Seal

# EXHIBIT 3

# Filed Under Seal

# EXHIBIT 4
Filed Under Seal

# EXHIBIT 5

Filed Under Seal

# EXHIBIT 6
# Filed Under Seal

# EXHIBIT 7
# Filed Under Seal

# EXHIBIT 8
# Filed Under Seal

# EXHIBIT 9
Filed Under Seal

# EXHIBIT 10
# Filed Under Seal

# EXHIBIT 11
# Filed Under Seal

# EXHIBIT 12

Filed Under Seal

# EXHIBIT 13

Filed Under Seal

# EXHIBIT 14

Filed Under Seal

# EXHIBIT 15

Filed Under Seal

# EXHIBIT 16
Filed Under Seal

# EXHIBIT 17
Filed Under Seal