Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S AND PLAINTIFFS' JOINT OMNIBUS MOTION TO SEAL**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber and Plaintiffs' Joint Omnibus Motion to Seal.

2.      Attached as Exhibits A.1 through A.21, B.1 through B.7, C.1 through C.8, D.1 through D.16, and E.1 through E.7 are true and correct copies of the documents addressed in the Joint Motion to Seal and identified in the tables below.[1]

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document |
|---|---|---|---|
| **Expert Materials** | | | |
| A.1 | 4342 | N/A | Ex. 1 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Expert Report of John Chandler, Ph.D.) |
| A.2 | 4342-1 | N/A | Ex. 2 to Uber's Motion to Exclude John Chandler (November 6, 2025 Deposition of John Chandler) |
| A.3 | 4342-5 | N/A | Ex. 6 to Uber's Motion to Exclude John Chandler (November 7, 2025 Deposition of John Chandler) |
| A.4 | 4338 | N/A | Ex. 1 to Uber's Motion to Exclude Lacey Keller (Redacted Expert Report of Lacey Keller)[2] |
| A.5 | 4399 | 4398 | Ex. 1 to Uber's Motion to Exclude Lindsay D. Cameron, Ph.D. (Redacted Rebuttal Report of Lindsay D. Cameron, Ph.D.) |

[1]      The exhibits in this declaration are listed according to their numbering in the [Proposed] Orders. In those orders, documents are grouped by type of filing (A. Daubert materials, B. Summary judgment materials, C. Plaintiffs' opening motion in limine materials, D. Plaintiffs' opposition motion in limine materials, and E. other materials), and documents with unopposed or partially unopposed redactions are listed first.

[2]      The Keller Report is also Exhibit R to Plaintiffs' Omnibus Motion. ECF 4357-19.

VARTAIN HORN DECLARATION IN SUPPORT OF DEFENDANTS' AND PLAINTIFFS' JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-03084-CRB

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document |
|---|---|---|---|
| A.6 | 4346 | N/A | Ex. 1 to Uber's Motion to Exclude Bruce Weiner (Redacted Expert Report of Bruce Weiner) |
| A.7 | 4346-1 | N/A | Ex. 2 to Uber's Motion to Exclude Bruce Weiner (Redacted Deposition of Bruce Weiner) |
| A.8 | 4342-3 | N/A | Ex. 4 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Rebuttal Expert Report of John Chandler, Ph.D.)[3] |
| A.9 | 4342-6 | N/A | Ex. 7 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Rebuttal Report of Victoria Stodden, Ph.D.)[4] |
| A.10 | 4342-7 | N/A | Ex. 8 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Incident Report Classification of Dominant Tickets for 2017-2024) |
| A.11 | 4338-1 | N/A | Ex. 2 to Uber's Motion to Exclude Lacey Keller (Redacted Deposition of Lacey Keller) |
| A.12 | 4350 | N/A | Ex. 1 to Uber's Motion to Exclude Thomas R. Tremblay (Redacted Expert Report of Thomas R. Tremblay) |
| A.13 | 4340 | N/A | Ex. 1 to Uber's Motion to Exclude Veronique Valliere (Redacted Expert Report of Veronique Valliere) |
| A.14 | 4357-3 | N/A | Ex. C to Plaintiffs' Motion to Exclude Expert Testimony (Redacted Export Report of Vida Thomas) |
| A.15 | 4357 | 4358 | Plaintiffs' Motion to Exclude Expert Testimony |
| A.16 | 4389-2 | N/A | Ex. B to Plaintiffs' Motion to Exclude Orchowski (Redacted Deposition of Lindsay Orchowski, Ph.D.) |
| A.17 | 4634 | 4632 | Uber's Omnibus Opposition to Plaintiffs' Omnibus Motion to Exclude Experts ("Uber's *Daubert* Opposition") |

---

[3]    The Chandler Rebuttal Report is also Exhibit M to Plaintiffs' Omnibus Motion. ECF 4357-14.

[4]    The Stodden Rebuttal Report is also Exhibit J to Plaintiffs' Omnibus Motion. ECF 4357-11.

VARTAIN HORN DECLARATION IN SUPPORT OF DEFENDANTS' AND PLAINTIFFS' JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-03084-CRB

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document |
|---|---|---|---|
| A.18 | 4634-1 | 4632-3 (slipsheet) | Ex. 2 to Uber's *Daubert* Opposition (UBER-MDL3084-000067582) |
| A.19 | 4634-2 | 4632-4 (slipsheet) | Ex. 3 to Uber's *Daubert* Opposition (UBER_JCCP_MDL_001102150) |
| A.20 | 4634-3 | 4632-5 (slipsheet) | Ex. 4 to Uber's *Daubert* Opposition (Expert Report of David C. Sawyer) |
| A.21 | 4618-1 | 4617 | Document cited in but not attached as an exhibit to Plaintiffs' Opposition to Uber's Motion to Exclude Expert Testimony (Supplemental Report of Minette E. Drumwright, Ph.D.) |
| **Summary Judgment Materials** | | | |
| B.1 | 4625-19 | N/A | Exhibit 19 to Dean's Opposition Uber's Motion for Summary Judgment |
| B.2 | 4625-24 | N/A | Exhibit 24 to Dean's Opposition to Uber's Motion for Summary Judgment (Ex. 283 to the Deposition of Tracey Breeden)[5] |
| B.3 | 4626-27 | N/A | Exhibit 54 to Dean's Opposition to Uber's Motion for Summary Judgment (Excerpts from the July 15, 2025, 30(b)(6) Deposition of Mariana Esteves) |
| B.4 | 4622-2, 4622-3 | 4621 | Dean's Opposition to Uber's Motion for Summary Judgment |
| B.5 | 4625-12 | N/A | Exhibit 12 to Dean's Opposition to Uber's Motion for Summary Judgment |
| B.6 | 4626-21 | N/A | Exhibit 48 to Dean's Opposition to Uber's Motion for Summary Judgment (Excerpts from the July 1, 2025 Deposition of Dara Khosrowshahi) |

---

[5]   This document is also Ex. 23 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-24).

VARTAIN HORN DECLARATION IN SUPPORT OF DEFENDANTS' AND PLAINTIFFS' JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-03084-CRB

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document |
|---|---|---|---|
| B.7 | 4626-25 | N/A | Exhibit 52 to Dean's Opposition to Uber's Motion for Summary Judgment (Ex. 1883 to the 30(b)(6) Deposition of Hannah Nilles) |
| **Materials Attached to Motion in Limine Filings** | | | |
| C.1 | 4688-6 | N/A | Ex. 7 to Dean's Omnibus Motions in Limine (UBER_JCCP_MDL_003348796) |
| C.2 | 4688-55 | N/A | Ex. 55 to Dean's Omnibus Motions in Limine |
| C.3 | 4688-3 | N/A | Dean's Omnibus Motion in Limine |
| C.4 | 4688-7 | N/A | Ex. 8 to Dean's Omnibus Motion in Limine (Excerpts from the July 15, 2025 Deposition of Greg Brown) |
| C.5 | 4688-22 | N/A | Ex. 29 to Dean's Omnibus Motion in Limine (UBER_JCCP_MDL_000911254) |
| C.6 | 4688-23 | N/A | Ex. 30 to Dean's Omnibus Motion in Limine (Exhibit 2041 to the October 1, 2025 Deposition of Emilie Boman) |
| C.7 | 4688-24 | N/A | Ex. 31 to Dean's Omnibus Motion in Limine (Excerpts from the October 1, 2025 Deposition of Emilie Boman) |
| C.8 | 4688-51 | N/A | Ex. 59 to Dean's Omnibus Motions in Limine |
| D.1 | 4835-5 | N/A | Ex. 3 to Plaintiff's Opposition to Uber's Motions in Limine |
| D.2 | 4835-6 | N/A | Ex. 4 to Plaintiff's Opposition to Uber's Motions in Limine |
| D.3 | 4835-7 | N/A | Ex. 5 to Plaintiff's Opposition to Uber's Motions in Limine |

VARTAIN HORN DECLARATION IN SUPPORT OF DEFENDANTS' AND PLAINTIFFS' JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-03084-CRB

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document |
|---|---|---|---|
| D.4 | 4835-8 | N/A | Ex. 6 to Plaintiff's Opposition to Uber's Motions in Limine |
| D.5 | 4835-9 | N/A | Ex. 7 to Plaintiff's Opposition to Uber's Motions in Limine |
| D.6 | 4835-17 | N/A | Ex. 15 to Plaintiff's Opposition to Uber's Motions in Limine |
| D.7 | 4835-35 | N/A | Ex. 35 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-35) |
| D.8 | 4835-50 | N/A | Ex. 50 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-50) |
| D.9 | 4835-3 | 4836 | Dean's Opposition to Defendants' Motion in Limine |
| D.10 | 4835-19 | N/A | Ex. 17 to Plaintiff's Opposition to Uber's Motions in Limine (Part 1) (ECF No. 4835-19) |
| D.11 | 4835-19 | N/A | Ex. 17 to Plaintiff's Opposition to Uber's Motions in Limine (Part 2) (ECF No. 4835-19) |
| D.12 | 4835-20 | N/A | Ex. 19 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-20) |
| D.13 | 4835-21 | N/A | Ex. 20 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-21) |
| D.14 | 4835-23 | N/A | Ex. 22 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-23) |
| D.15 | 4835-48 | N/A | Ex. 48 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-48) |
| D.16 | 4835-49 | N/A | Ex. 49 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-49) |

VARTAIN HORN DECLARATION IN SUPPORT OF DEFENDANTS' AND PLAINTIFFS' JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-03084-CRB

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document |
|---|---|---|---|
| **Materials Attached to Other Filings** | | | |
| E.1 | 4008-5 | 4009-2 | Ex. B to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (September 22, 2025 Declaration of Jonathan Jaffe) |
| E.2 | 4008-7 | 4009-4 | Ex. D to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (July 23, 2025 Rule 30(b)(6) Deposition of Sunny Wong) |
| E.3 | 4008-8 | 4009-5 | Ex. E to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (Excerpts from May 20, 2025 Deposition of Michael Akamine) |
| E.4 | 4008-11 | 4009-8 | Ex. H to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (September 24, 2025 Declaration of Sunny Wong) |
| E.5 | 4008-9 | 4009-6 | Ex. F to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (June 25, 2025 Rule 30(b)(6) Deposition of Sunny Wong) |
| E.6 | 4483 | 4482 | Stipulation and [Proposed] Order Regarding S-RAD Scores |
| E.7 | 4703-3 | N/A | Ex. A to Plaintiff's Opposition to Motion to Quash Trial Subpoenas (Excerpts from March 26, 2025 Deposition of Henry (Gus) Fuldner) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 4, 2026

/s/ Laura Vartain Horn
Laura Vartain Horn

VARTAIN HORN DECLARATION IN SUPPORT OF DEFENDANTS' AND PLAINTIFFS' JOINT OMNIBUS MOTION TO SEAL
Case No. 3:23-MD-03084-CRB