Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**UBER'S [PROPOSED] ORDER**<br><br>Judge:　　　Hon. Charles R. Breyer<br>Courtroom:　6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") and Plaintiffs' Joint Omnibus Motion to Seal (the "Motion"), the Court hereby **ORDERS** that portions of the following filings remain under seal (without opposition by either party), as requested in the Motion[1]:

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| | | | **Expert Materials** | |
| A.1*[2] | 4342 | N/A | Ex. 1 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Expert Report of John Chandler, Ph.D.) | Non-public Bellwether Plaintiff Names |
| A.2 | 4342-1 | N/A | Ex. 2 to Uber's Motion to Exclude John Chandler (November 6, 2025 Deposition of John Chandler) | Non-public Bellwether Plaintiff Names |
| A.3 | 4342-5 | N/A | Ex. 6 to Uber's Motion to Exclude John Chandler (November 7, 2025 Deposition of John Chandler) | Non-public Bellwether Plaintiff Names |
| A.4* | 4338 | N/A | Ex. 1 to Uber's Motion to Exclude Lacey Keller (Redacted Expert Report of Lacey Keller)[3] | Keller Rpt. at App'x D at Table 1 (non-Dean S-RAD scores); Non-public Bellwether Plaintiff Names |

---

[1]    The Court defers a decision on sealing the following redactions, which contain information specific to the next three Wave 1 bellwether cases to be tried, until after the trials in these cases conclude, so that the Parties may more appropriately tailor potential redactions based on what occurs during those trials: Ex. 2071 to the 30(b)(6) Deposition of Sunny Wong (Pl. MSJ Opp. Ex. 55) and Table 3 of Expert Report of Lacey Keller (non-Dean columns).

[2]    Exhibits marked with a * include both agreed-to and opposed redactions.

[3]    The Keller Report is also Exhibit R to Plaintiffs' Omnibus Motion. ECF 4357-19.

[PROPOSED] ORDER

Case No. 3:23-MD-03084-CRB (LJC)

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| A.5* | 4399 | 4398 | Ex. 1 to Uber's Motion to Exclude Lindsay D. Cameron, Ph.D. (Redacted Rebuttal Report of Lindsay D. Cameron, Ph.D.) | Cameron Rebuttal at 48 ¶ 92(a),[4] 49, 52 ¶ 94(a) |
| **Summary Judgment Materials** | | | | |
| B.1 | 4625-19 | N/A | Exhibit 19 to Dean's Opposition to Uber's Motion for Summary Judgment | Non-public Bellwether Plaintiff Name |
| B.2 | 4625-24 | N/A | Exhibit 24 to Dean's Opposition to Uber's Motion for Summary Judgment (Ex. 283 to the Deposition of Tracey Breeden)[5] | UBER_JCCP_MDL_001741625-626, -628-631, -633-636, -646, 648-651, -654-663, -668-669 |
| B.3* | 4626-27 | N/A | Exhibit 54 to Dean's Opposition to Uber's Motion for Summary Judgment (Excerpts from the July 15, 2025, 30(b)(6) Deposition of Mariana Esteves) | 103:10-11 |
| **Materials Attached to Motion in Limine Filings** | | | | |
| C.1 | 4688-6 | N/A | Ex. 7 to Dean's Omnibus Motions in Limine (UBER_JCCP_MDL_003348796) | UBER_JCCP_MDL_003348796-798 |
| C.2* | 4688-55 | N/A | Ex. 55 to Dean's Omnibus Motions in Limine | QS_00000074-75 |

---

[4]    Due to a numbering error, there are two paragraphs in the Rebuttal Report of Lindsay Cameron labeled 92(a). The first has no redactions. The redactions requested in the highlighted portions of the second paragraph labeled 92(a) on page 48 are granted.

[5]    This document is also Ex. 23 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-24).

3

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| D.1* | 4835-5 | N/A | Ex. 3 to Plaintiff's Opposition to Uber's Motions in Limine | Hyperlinks |
| D.2* | 4835-6 | N/A | Ex. 4 to Plaintiff's Opposition to Uber's Motions in Limine | Hyperlinks |
| D.3* | 4835-7 | N/A | Ex. 5 to Plaintiff's Opposition to Uber's Motions in Limine | Hyperlinks |
| D.4* | 4835-8 | N/A | Ex. 6 to Plaintiff's Opposition to Uber's Motions in Limine | Hyperlinks |
| D.5 | 4835-9 | N/A | Ex. 7 to Plaintiff's Opposition to Uber's Motions in Limine | Hyperlinks |
| D.6 | 4835-17 | N/A | Ex. 15 to Plaintiff's Opposition to Uber's Motions in Limine | Hyperlinks |
| D.7 | 4835-35 | N/A | Ex. 35 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-35) | Hyperlinks |
| D.8 | 4835-50 | N/A | Ex. 50 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-50) | 13:12 |
| **Materials Attached to Other Filings** | | | | |
| E.1 | 4008-5 | 4009-2 | Ex. B to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (September 22, 2025 Declaration of Jonathan Jaffe) | ¶¶ 20 & n.43 |
| E.2* | 4008-7 | 4009-4 | Ex. D to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (July 23, 2025 Rule 30(b)(6) Deposition of Sunny Wong) | All pages except 19:2–22:16, 169:4-13; 225:12-16) |

[PROPOSED] ORDER

Case No. 3:23-MD-03084-CRB (LJC)

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| E.3 | 4008-8 | 4009-5 | Ex. E to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (Excerpts from May 20, 2025 Deposition of Michael Akamine) | Seal in full |
| E.4 | 4008-11 | 4009-8 | Ex. H to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (September 24, 2025 Declaration of Sunny Wong) | ¶¶ 12, 14-16, 23-31, 33-34, 36 |

Having considered Uber's additional requested redactions (which are opposed by Plaintiff), the Court hereby **ORDERS** that portions of the following filings remain under seal, as requested by Uber in the Motion:

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| **Expert Materials** | | | | |
| A.6 | 4346 | N/A | Ex. 1 to Uber's Motion to Exclude Bruce Weiner (Redacted Expert Report of Bruce Weiner) | Weiner Rpt. ¶¶ 89-90, 101, 116-117, 122-23 & n.146, 140-141, 156, 269(e), Ex. C ¶ 13 |
| A.7 | 4346-1 | N/A | Ex. 2 to Uber's Motion to Exclude Bruce Weiner (Redacted Deposition of Bruce Weiner) | Weiner Dep. 243:9-13, 243:25-244:2, 244:18-21; 245:19-20, 245:25-246:2, 324:9-11, 328:5, 328:13-14, 403:4 |
| A.1* | 4342 | N/A | Ex. 1 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Expert Report of John Chandler, Ph.D.) | Chandler Rpt. ¶¶ 147, 161, 167, 178, 200; *id.* Figures 49, 52, 60, 62-67, 76-78; *id.* at App'x D ¶ 17; *id.* at Data Tables 1-3 |
| A.8 | 4342-3 | N/A | Ex. 4 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Rebuttal | Chandler Rebuttal at 21 n.65; *id.* ¶¶ 70, 72-74; *id.* Figures 2[7]-5 |

---

[7]    The Chandler Rebuttal has two figures labeled 2, and Uber is seeking to redact both of them.

[PROPOSED] ORDER

Case No. 3:23-MD-03084-CRB (LJC)

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| | | | Expert Report of John Chandler, Ph.D.)[6] | |
| A.9 | 4342-6 | N/A | Ex. 7 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Rebuttal Report of Victoria Stodden, Ph.D.)[8] | Stodden Rebuttal ¶¶ 8.f, 9, 14 & nn.20-22, 17, 22, 29.c, 35, 44, 47, 58.a.-c. & nn.138 & 142; Figures 2A & 2B |
| A.10 | 4342-7 | N/A | Ex. 8 to Uber's Motion to Exclude John Chandler, Ph.D. (Redacted Incident Report Classification of Dominant Tickets for 2017-2024) | Incident Report Classification at 3-5, 7, 8-75 (rows containing category data) [9] |
| A.4* | 4338 | N/A | Ex. 1 to Uber's Motion to Exclude Lacey Keller (Redacted Expert Report of Lacey Keller)[10] | Keller Rpt. at 3; *id.* ¶¶ 9.1, 9.2, 18.2, 19.1-19.4, 33, 35, 43-43.7 & nn. 62-64, 45-50, 56, 59, 64, 68, 71-72, 78, 80; *id.* n. 166; *id.* at Tables 1, 3 (non-Dean columns); *id.* at Figures 2, 4, 8; *id.* at App'x A. ¶¶ 25.2.1-25.2.4, 25.3, 25.4.1-25.4.4, 28.1-28.4, 30, 34-35, 40, 41.1-41.6 & nn. 62 & 64, 42-43; *id.* at App'x D Table 1 (non-Dean S-RAD scores); *id.* at App'x D Figures 1, 6, 10-11, 15-16, 20-21, 25; *id.* at App'x F; Plaintiff Names |
| A.11 | 4338-1 | N/A | Ex. 2 to Uber's Motion to Exclude Lacey Keller (Redacted Deposition of Lacey Keller) | Keller Dep. at 229:6, 229:8, 229:10, 229:13, 260:22, 261, 264:10-11, 312:8, 312:14 |

---

[6]  The Chandler Rebuttal Report is also Exhibit M to Plaintiffs' Omnibus Motion. ECF 4357-14.

[8]  The Stodden Rebuttal Report is also Exhibit J to Plaintiffs' Omnibus Motion. ECF 4357-11.

[9]  For documents that lack internal page numbering, the [Proposed] Order references the PDF pages of the exhibits filed with this Motion, taking into account any slipsheets. Sometimes that differs from the page numbering used in Uber's company declarations, since the declarants reviewed exhibits without or with fewer slipsheets.

[10]  The Keller Report is also Exhibit R to Plaintiffs' Omnibus Motion. ECF 4357-19.

[PROPOSED] ORDER

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| A.12 | 4350 | N/A | Ex. 1 to Uber's Motion to Exclude Thomas R. Tremblay (Redacted Expert Report of Thomas R. Tremblay) | Tremblay Rpt. at 23 |
| A.13 | 4340 | N/A | Ex. 1 to Uber's Motion to Exclude Veronique Valliere (Redacted Expert Report of Veronique Valliere) | Valliere Rpt. at 8, 9, 17, 24-25 |
| A.5* | 4399 | 4398 | Ex. 1 to Uber's Motion to Exclude Lindsay D. Cameron, Ph.D. (Redacted Rebuttal Report of Lindsay D. Cameron, Ph.D.) | Cameron Rebuttal at 48-49, 52, 57, 58 |
| A.14 | 4357-3 | N/A | Ex. C to Plaintiffs' Motion to Exclude Expert Testimony (Redacted Export Report of Vida Thomas) | Thomas Rpt. at ¶¶ 64-65 |
| A.15 | 4357 | 4358 | Plaintiffs' Motion to Exclude Expert Testimony | Mot. at 10:7-8, 10:11, 10:13, 10:17 |
| A.16 | 4389-2 | N/A | Ex. B to Plaintiffs' Motion to Exclude Orchowski (Redacted Deposition of Lindsay Orchowski, Ph.D.) | Orchowsksi Dep. 170:8-20; 171:2-5 |
| A.17 | 4634 | 4632 | Uber's Omnibus Opposition to Plaintiffs' Omnibus Motion to Exclude Experts ("Uber's *Daubert* Opposition") | 12:16, 12:18, 13:5-6, 13:8, 13:11-13, 13:15-16, 13:19-20, 13:22-23 |
| A.18 | 4634-1 | 4632-3 (slipsheet) | Ex. 2 to Uber's *Daubert* Opposition (UBER-MDL3084-000067582) | Seal in full |
| A.19 | 4634-2 | 4632-4 (slipsheet) | Ex. 3 to Uber's *Daubert* Opposition (UBER_JCCP_MDL_001102150) | 6-8, 10-12, 14-35, 37-56, 58-77, 79-90, 92-105 |
| A.20 | 4634-3 | 4632-5 (slipsheet) | Ex. 4 to Uber's *Daubert* Opposition (Expert Report of David C. Sawyer) | Sawyer Rpt. at 30-32, 38, 42, 47-49, 51, 54, 56, 68, 71 |

7

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| A.21 | 4618-1 | 4617 | Document cited in but not attached as an exhibit to Plaintiffs' Opposition to Uber's Motion to Exclude Expert Testimony (Supplemental Report of Minette E. Drumwright, Ph.D.) | Drumwright Supp. Rpt. ¶¶ 6-7 & nn. 3, 8-9, 12, 14, 17, 19, 22; 14-15 & n. 42; 17-19; 31; 34; 36; 55 & nn. 108, 110-11 |
| **Summary Judgment Materials** | | | | |
| B.4 | 4622-2, 4622-3 | 4621 | Dean's Opposition to Uber's Motion for Summary Judgment | 6:7-8 [non-Dean S-RAD information] |
| B.5 | 4625-12 | N/A | Exhibit 12 to Dean's Opposition to Uber's Motion for Summary Judgment | PII (Driver's license plate number) |
| B.6 | 4626-21 | N/A | Exhibit 48 to Dean's Opposition to Uber's Motion for Summary Judgment (Excerpts from the July 1, 2025 Deposition of Dara Khosrowshahi) | 235, 277-78 |
| B.7 | 4626-25 | N/A | Exhibit 52 to Dean's Opposition to Uber's Motion for Summary Judgment (Ex. 1883 to the 30(b)(6) Deposition of Hannah Nilles) | 22-24, 33 |
| B.3* | 4626-27 | N/A | Exhibit 54 to Dean's Opposition to Uber's Motion for Summary Judgment (Excerpts from the July 15, 2025, 30(b)(6) Deposition of Mariana Esteves) | 25:5-6, 25:11-12, 25:15-18, 25:24-25, 26:9-15, 103:7-8, 103:13-15, 104:3, 104:9-19, 104:25 |
| **Materials Attached to Motion in Limine Filings** | | | | |

8

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| C.3 | 4688-3 | N/A | Dean's Omnibus Motion in Limine | 10:11-12, 10:14, 10:17, 10:21-22[11] |
| C.4 | 4688-7 | N/A | Ex. 8 to Dean's Omnibus Motion in Limine (Excerpts from the July 15, 2025 Deposition of Greg Brown) | 229:2-10, 229:12-13, 229:18-22, 230:18-25 |
| C.5 | 4688-22 | N/A | Ex. 29 to Dean's Omnibus Motion in Limine (UBER_JCCP_MDL_000911254) | UBER_JCCP_MDL_000911254, UBER_JCCP_MDL_000911256-260 |
| C.6 | 4688-23 | N/A | Ex. 30 to Dean's Omnibus Motion in Limine (Exhibit 2041 to the October 1, 2025 Deposition of Emilie Boman) | UBER_JCCP_MDL_000911254, UBER_JCCP_MDL_000911256-260 |
| C.7 | 4688-24 | N/A | Ex. 31 to Dean's Omnibus Motion in Limine (Excerpts from the October 1, 2025 Deposition of Emilie Boman) | 133:11-14, 134:24, 135:4-5, 135:8-12, 135:14-18, 135:21-22, 136:1-4, 136:9, 136:14, 136:17-22, 137:1-3, 137:6-9, 137:12-13, 137:16-23 |
| C.2* | 4688-47 | N/A | Ex. 55 to Dean's Omnibus Motions in Limine | QS_00000073, QS_00000076 |
| C.8 | 4688-51 | N/A | Ex. 59 to Dean's Omnibus Motions in Limine | 1-2, 5 |
| D.9 | 4835-3 | 4836 | Dean's Opposition to Defendants' Motion in Limine | 9:19, 13:14-17 |
| D.1* | 4835-5 | N/A | Ex. 3 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-5) | UBER_JCCP_MDL_000475322, 475385, 475393, 475396, 475405, 475411, 475413, 475418, 475422, 475425-26, 475429, 475436-37, 475442-43, 475445-47, 475449, 475452, 475467, 475469-73, 475475-76, |

---

[11]     This document also reflects Plaintiff's requested redactions, which the Court granted previously. ECF No. 5343 (granting redactions at ii:6-7, 3:6, 3:8-15, 3:25-27, 4:24-27, 5:1, 5:12-13, 6:1, 6:3-7, 6:17-18, 1).

9

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| | | | | 475479-80, 475483-85 Hyperlinks |
| D.2* | 4835-6 | N/A | Ex. 4 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-6) | 12, 20, 46 Hyperlinks |
| D.3* | 4835-7 | N/A | Ex. 5 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-7) | UBER_JCCP_MDL_000118664. 0001, .0005, .0007-.0009, .0011, .0013, .0023, .0025-.0027. Hyperlinks |
| D.10 | 4835-19 | N/A | Ex. 17 to Plaintiff's Opposition to Uber's Motions in Limine (Part 1) (ECF No. 4835-19) | 61-62, 74, 76-81, 84-86, 88, 90-91, 94, 100-105, 124-131, 199-204, 206, 223, 225, 237-239, 258, 342, 344, 354, 356, 372-373, 381, 383, 388, 393, 401, 405, 413-414, 421, 423-424, 430, 432-33, 443-45, 451, 453-54, 461-62, 464, 471-73 Hyperlinks |
| D.11 | 4835-19 | N/A | Ex. 17 to Plaintiff's Opposition to Uber's Motions in Limine (Part 2) (ECF No. 4835-19) | 478, 480-481, 487-488, 490, 495-97, 505, 507, 509, 515-16, 518, 526-27, 529, 535-37, 543-44, 546, 551-53, 555-57, 561-64, 575-77, 582-84, 603-605, 609-10, 612, 616-18, 622-24, 629-31, 635-37, 645-647, 654-56, 662-64, 670-672, 676-77, 679, 683, 711-16, 725-29, 749-754, 756-59, 761-68, 784-789, 792-95, 798-803, 887, 895, 909, 934 Hyperlinks |
| D.12 | 4835-20 | N/A | Ex. 19 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-20) | 12, 14-15, 17, 27 |
| D.13 | 4835-21 | N/A | Ex. 20 to Plaintiff's Opposition to Uber's Motions in Limine (ECF | 10, 15-23, 26 |

10

| Identifier Number in Current Filing | ECF No. of Original Sealed Filing | ECF No. of Original Public Filing | Document | Text to Be Sealed |
|---|---|---|---|---|
| | | | No. 4835-21) | |
| D.14 | 4835-23 | N/A | Ex. 22 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-23) | 3-4 |
| D.15 | 4835-48 | N/A | Ex. 48 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-48) | 5-7 |
| D.16 | 4835-49 | N/A | Ex. 49 to Plaintiff's Opposition to Uber's Motions in Limine (ECF No. 4835-49) | 1-12 |
| **Materials Attached to Other Filings** | | | | |
| E.2* | 4008-7 | 4009-4 | Ex. D to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (July 23, 2025 Rule 30(b)(6) Deposition of Sunny Wong) | 19:2–22:25 225:2-25 |
| E.5 | 4008-9 | 4009-6 | Ex. F to Joint PTO 8 Letter Regarding Outstanding S-RAD Issues (June 25, 2025 Rule 30(b)(6) Deposition of Sunny Wong) | Seal in full |
| E.6 | 4483 | 4482 | Stipulation and [Proposed] Order Regarding S-RAD Scores | Average S-RAD score for daytime trips in CityID 26 (covering Phoenix, AZ and Tempe, AZ) over a 7-day period ending on June 28, 2024 |
| E.7 | 4703-3 | N/A | Ex. A to Plaintiff's Opposition to Motion to Quash Trial Subpoenas (Excerpts from March 26, 2025 Deposition of Henry (Gus) Fuldner) | Fuldner Dep. 421:8-15, 421:20-23, 424:1-7, 424:10-17, 424:25-425:2, 425:7-11 |

**IT IS SO ORDERED.**

11

DATED:_____    By:_____
                                                                 Hon. Charles R. Breyer
                                                                  United States District Court Judge

[PROPOSED] ORDER
                                                Case No. 3:23-MD-03084-CRB (LJC)