# A.1
# (Part 1)

# EXHIBIT 1

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

———————————————

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084-CRB
———————————————

**REPORT OF JOHN CHANDLER, PhD**

This Report relates to the following Wave 1 Cases:
Case No. 24-cv-7940 (B.L.)
Case No. 24-cv-7821 (A.R.2)
Case No. 24-cv-7019 (LCHB128)
Case No. 23-cv-6708 (Dean)
Case No. 24-cv-4900 (WHB 832)

SEPTEMBER 26, 2025

**HIGHLY CONFIDENTIAL**

**Table of Contents**

|  |  | **Page** |
|---|---|---|
| I. | Background, Qualifications, and Experience | 1 |
| II. | Assignment | 5 |
| III. | Summary of Opinions | 6 |
| | A. Uber's Safety-as-a-Brand | 6 |
| | B. For Uber, Brand Perception Trumped Reality | 7 |
| | C. Additional Opinions | 8 |
| IV. | Methodology | 8 |
| V. | Overview of Brand Formation and Strategies | 9 |
| | A. Branding and the Marketing Funnel | 15 |
| | B. The Tactics of Uber's Branding: Channels | 18 |
| VI. | Ethics in Branding and Marketing | 20 |
| VII. | Uber's Branding Strategies | 22 |
| | A. Early Years (2009-2012): Safety Branding and Rapid Growth | 24 |
| | B. Growth (2013–2016) | 32 |
| | C. Company Reconfiguration and Continuation of Safety Branding (2017-2019) | 54 |
| | D. Defending the Brand: Uber's Safety Reports | 73 |
| | E. The Brand Protection Pattern Continues (2020-2024) | 80 |
| VIII. | Statistical Analyses of Uber's Safety Reports | 91 |
| | A. Estimating the True Rate of Incidents | 91 |
| | B. Situational Relative Risk | 97 |
| IX. | Analysis of Uber Produced Communication Logs | 99 |
| | A. CRM Communications from Uber with Jaylynn Dean | 101 |
| | B. CRM Communications from Uber with ▮▮▮▮▮ | 103 |
| | C. CRM Communications from Uber with Brianna Mensing | 105 |
| | D. CRM Communications from Uber with ▮▮▮▮▮ | 107 |
| | E. CRM Communications from Uber with ▮▮▮▮▮ | 109 |
| X. | Reservation of Rights | 112 |
| Appendix D: Incident Estimates | | 113 |
| | A. Model Specification | 114 |
| | B. Data Sources and Preparation | 115 |
| | C. Inference and Diagnostics | 115 |

**HIGHLY CONFIDENTIAL**

D.      Results .......................................................................................... 118

E.      Sensitivity Analysis ..................................................................... 120

F.      Reproducibility ............................................................................ 121

G.      Data Tables .................................................................................. 121

      1.      Data Table 1: Estimated True Totals by Year and Incident Type
        .................................................................................................... 121

      2.      Data Table 2: Reported, Disclosed, and Estimated Totals by
        Period and Incident Type ........................................................ 130

      3.      Data Table 3: Estimated Fraction of Incidents Unreported by
        Incident Type (2017–2024) ...................................................... 132

HIGHLY CONFIDENTIAL

## I.        Background, Qualifications, and Experience

1.        I am a professor of marketing and have been a practitioner of marketing for twenty-five years. I have worked in analytics and data science since 1999 with a primary focus on digital marketing and branding. As I will elucidate below, I have been asked to assess areas of digital marketing in which I have particular experience. My academic work is centered on applied data science.

2.        As of the fall of 2025, I am an Assistant Professor of Data Science in the School of Engineering at the University of St. Thomas. Prior to this, I was a Clinical Professor of Marketing in the College of Business at the University of Montana. Additionally, I am an adjunct professor at the University of San Diego and a Visiting Professor of Marketing at Universidad ORT Uruguay. I earned a Doctorate in Statistics from the University of Montana (2010), a Master's Degree in Mathematics from the University of Washington (1999), and an Honors Bachelor's Degree in Mathematics from Middlebury College, magna cum laude (1996).

3.        Upon graduation from the University of Washington, I began working in marketing analytics with Avenue A, an advertising agency. At the time, Avenue A was the largest digital marketing agency in the world. I was the primary analyst for dozens of advertising clients who spent millions of dollars on marketing. I helped develop fundamental techniques for analyzing digital marketing performance. In 2000, we formed aQuantive, a holding company with Avenue A as one division. I joined the newly created second division, Atlas DMT ("Atlas"), a provider of digital marketing technology to the largest advertising agencies in the world.

4.        At Atlas, where I became the sole Principal Analyst in the company's history, I had three main responsibilities: client analytics, "thought leadership" serving as marketing, and research and design on new products and product features. As a client analyst, I provided custom analytics consulting to our largest advertisers and agencies. From 2000 through 2007, I worked with dozens of agencies and hundreds of advertisers at all scales. I analyzed data from media plans across all marketing channels including display, search, video, and email. My responsibilities included helping these advertisers understand their marketing performance, optimize their spending, and determine how consumers were being influenced by their advertising. This work gave me a deep and foundational understanding of digital marketing, particularly how it was practiced on the "buy side," represented by advertisers. I worked with petabytes of data from all major publishers including stand-alone websites, ad networks, and, ultimately, exchanges.

5.        At aQuantive, my research consisted of writing white papers for the industry and giving talks at industry conferences, generally in support of corporate marketing objectives. These white papers were highly scrutinized by my partners and competitors. The first white paper I wrote, "Online Holiday Shopping Patterns Revealed," appeared on the front page of The Wall Street Journal and was the first

- 1 -

**HIGHLY CONFIDENTIAL**

research to identify the phenomenon of "Cyber Monday."[1] Often, my team transformed thought leadership projects, via a research and design process, into products or product features for our technology platform, Atlas.

6.      After four years of work on the advertising side of the business (i.e., the "buy side"), in 2003, my team and I launched Drive Performance Media ("DrivePM") on the "sell side" of advertising. DrivePM leveraged our technology and analytics to create an ad network, arbitraging unsold digital advertising inventory. I was responsible for building the first large-scale ad-allocation engines. This piece of software was responsible for monetizing the inventory that we acquired via direct and indirect deals. While working for DrivePM, I did foundational work in the data science underpinning advertising networks and exchanges. I was responsible for building models that estimated the monetization capacity of inventory and models that forecasted the volume of inventory we would have to sell. I built large-scale non-linear optimizers to maximize performance for advertisers and publishers, subject to thousands of constraints created by the different types of advertising deals. The creation of DrivePM presaged the programmatic display revolution and allowed me to work on data science problems fundamental to both demand-side platforms ("DSPs") and supply-side platforms ("SSPs"). I was the first analyst to work on DrivePM and I had shared responsibility for developing algorithms generating tens of millions of dollars in profit.

7.      I was the lead researcher on Atlas's tool "Engagement Mapping," which, when it launched in 2008, was the first large-scale multitouch attribution tool in marketing technology.[2] Multitouch attribution is a technology that allows advertisers to apportion the credit for sales across multiple touchpoints in the digital marketing funnel.[3] My dissertation research involved building Cox proportional-hazards models with time-varying covariates to estimate the appropriate weights for these touchpoints. Multitouch attribution ultimately became the gold standard by which digital marketing campaigns were measured.[4] The research white paper I wrote,

---

[1] The Wall Street Journal. "Consumers Are Likely to Turn to Web for Holiday Shopping, Analysts Say" (Nov. 21, 2001). Accessed July 13, 2025. https://www.wsj.com/articles/SB1006378597369697160.

[2] Microsoft. "Microsoft Broadens Availability of Engagement Mapping Reporting Tool to All Atlas Clients." (Sept. 22, 2008). Accessed July 13, 2025. https://news.microsoft.com/2008/09/22/microsoft-broadens-availability-of-engagement-mapping-reporting-tool-to-all-atlas-clients/.

[3] Salesforce. "Multi-touch Attribution Defined." Accessed July 13, 2025. https://www.salesforce.com/marketing/multi-touch-attribution/ ("Multi-touch attribution is a data-driven marketing approach that assigns credit to multiple touchpoints along the customer journey, providing insights into the effectiveness of various marketing channels.")

[4] Digiday. "WTF is multi-touch attribution?" (Aug. 30, 2019). Accessed July 13, 2025. https://digiday.com/marketing/what-is-multi-touch-attribution/; Studies using Multitouch attribution models: Li, H. (Alice), and Kannan, P. K. (2014) "Attributing Conversions in a Multichannel Online Marketing Environment: An Empirical Model and a Field Experiment." *Journal of Marketing Research*, vol. 51, no. 1, pgs. 40-56. https://doi.org/10.1509/jmr.13.0050; Berman, Ron. "Beyond the

**HIGHLY CONFIDENTIAL**

"Measuring ROI Beyond the Last Ad,"[5] was a reference work for subsequent tool developers.[6]

8.    aQuantive was acquired by Microsoft in 2007, and I joined the research team at Microsoft Advertising, as part of Microsoft's Advertiser and Publisher Solutions ("APS") division. At this time, it was part of Microsoft's strategy to provide tools for large advertisers,[7] though it ultimately sold the assets to Facebook and stopped participating in the business of selling tools to large advertisers.[8] As part of my work with Microsoft's APS, I did foundational data science work on Bing, focused on maximizing monetization of search traffic on the platform. I did analyses and built models combining consumer data, behavioral data, psychographic data, and demographic data to maximize our inventory yield. I later worked on monetization at MSN, and I provided data science oversight for the billions of daily impressions we released to advertising exchanges. In 2010, I became Research Director at Microsoft

---

Last Touch: Attribution in Online Advertising." University of Pennsylvania - The Wharton School, Mar. 24, 2018. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2384211; and, Zhao, K., Mahboobi, S. H., and Bagheri, S. R. (2019) "Attributing Revenue Across Online Advertising Channels." *International Journal of Market Research*, vol. 61, no. 2, pgs. 124-125. https://doi.org/10.1177/1470785318817682.

[5] Chandler-Pepelnjak, J. (2009) "Measuring ROI beyond the Last Ad." Atlas Institute Digital Marketing Insight. ("Chandler-Pepelnjak (2009)")

[6] Marketing research papers and patent citing Chandler-Pepelnjak (2009): Kitts, Brendan, et al. "System and Method for Determining Effects of Multi-Channel Media Sources on Multi-Channel Conversion Events." U.S. Patent No. 11,042,897, June 22, 2021; Anderl, Eva, et al. (2013) "Putting Attribution to Work: A Graph-Based Framework for Attribution Modeling in Managerial Practice." *Social Science Research Network*, no. 2343077. July 13, 2025. https://www.researchgate.net/profile/Eva-Anderl/publication/258316917_Mapping_the_Customer_Journey_A_Graph-Based_Framework_for_Online_Attribution_Modeling/links/5c1cbe82458515a4c7eea1cb/Mapping-the-Customer-Journey-A-Graph-Based-Framework-for-Online-Attribution-Modeling.pdf; and, Khan, Fawad, and Kamran Siddiqui. (2023) "The Importance of Digital Marketing. An Exploratory Study to Find the Perception and Effectiveness of Digital Marketing Amongst the Marketing Professionals in Pakistan."

[7] Microsoft Corporation. Form 10-K for the Fiscal Year Ended June 30, 2007. U.S. Securities and Exchange Commission, Commission File No. 0-14278. https://www.sec.gov/Archives/edgar/data/789019/000119312507170817/d10k.htm ("In fiscal year 2006, OSB launched adCenter, our proprietary advertising platform, and has since transitioned the advertising business in the U.S. and certain international markets to adCenter. In fiscal year 2007, we launched new online initiatives, including Windows Live Search™ and Live.com in 54 international markets, Live Local Search in the U.S. and U.K., beta versions of MSN Soapbox (expansion of the MSN Video experience), Virtual Earth™ 3D, Windows Live Hotmail, and others.").

[8] Meta. "Facebook to Acquire Atlas from Microsoft" (Feb. 28. 2013). Accessed July 13, 2015. https://about.fb.com/news/2013/02/facebook-to-acquire-atlas-from-microsoft/; Tech Crunch. "Facebook Confirms It Will Acquire Atlas Advertiser Suite from Microsoft To Close The Ad Spend Loop" (Feb. 28, 2013). Accessed July 13, 2025. https://techcrunch.com/2013/02/28/facebook-acquires-atlas/.

**HIGHLY CONFIDENTIAL**

TV. In this capacity, I was responsible for the analysis of a data set of four million households having a cable set-top box with our software on it. We used the information from these set-top boxes to arbitrage television advertising inventory.

9. After leaving Microsoft in 2012, I founded a data science consulting company, Data Insights, which has provided enterprise-class marketing, branding expertise, and data science to dozens of clients on the buy side and sell side.[9] A sample of our larger clients include LinkedIn, General Mills, Thrivent Financial, Bulletproof Coffee, eBay, Expedia, Nike, Charter Communications, and The Sierra Club. In addition to these clients, we have worked with scores of smaller clients.

10. These small companies invariably have nascent brands, similar to Uber in its early days. My work routinely involves the formation of these brand identities, as well as setting the tactical approaches to promulgating that brand in the marketplace. Additionally, in the course of our consulting work, we build statistical models and methodologies for a wide variety of business applications. Many of these projects relate to marketing analytics and branding. I have worked with digital marketing data consistently during the entire period I have consulted.

11. I have had numerous consulting engagements that allowed me to work with ad tech companies, typically working on marketing measurement. These relationships have afforded me perspectives similar to those that I enjoyed at Atlas— working across hundreds of advertisers and seeing the data they receive, the challenges they face, and understanding their position in the complicated digital advertising landscape.

12. I am professionally and academically engaged in the fields of advertising, marketing, corporate branding, product branding, marketing analytics, marketing measurement, the application of data science to marketing, ad tech, and the ad tech ecosystem. I have worked with companies on the buy side with annual marketing budgets ranging from under $100,000 per year to those with budgets in the billions. Furthermore, I have worked with four of the companies whose advertising budget is in the top ten in the U.S. as measured by Ad Age.[10]

13. In addition to my professional experience, I have academic experience relevant to advertising ecosystems, advertising measurement, and programmatic display advertising. In my dissertation, I applied the tools of statistical learning to

---

[9] Data Insights, LLC. "About Page, John Chandler". Accessed July 13, 2025. https://www.datainsightsllc.com.

[10] Advertising Age. "Largest advertisers in the United States in 2022 (in billion U.S. dollars)." Chart. June 26, 2023. Accessed July 13, 2015. https://www.statista.com/statistics/275446/ad-spending-of-leading-advertisers-in-the-us/.

**HIGHLY CONFIDENTIAL**

web-scale data sets and built advanced attribution models on millions of records to understand marketing effectiveness.[11]

14.    In 2016, I co-authored *Algorithms for Data Science*, one of the first books on data science as a subject and the first textbook to collect and illustrate fundamental algorithms across both machine learning and statistics.[12]

15.    For the last decade, I have taught a class to master's students called "Telling Stories with Data." The class, which uses works such as *How Charts Lie*,[13] *Persuading with Data*,[14] and *Effective Data Storytelling*,[15] aspires to help students recognize when data presentation informs and when it misleads.

16.    I have based my opinions herein on my education in statistics and my work experience in marketing and marketing analytics. I have also based my opinions on the historical documents and empirical evidence cited herein. I am being compensated for my work in this case at my customary rate of $750 per hour and my compensation is not dependent on the opinions I reach. All the opinions I offer herein I hold to a reasonable degree of professional and scientific certainty. My curriculum vitae is attached to my Opening Report as Appendix A. Additionally, a full list of matters in which I have testified is attached to my Opening Report as Appendix B.

## II.    Assignment

17.    I have been retained by Plaintiffs' counsel to provide expert opinions regarding Uber's branding strategies, execution, and communications around safety. Specifically, I have been asked to do the following:

- Offer a general account of branding practices that companies adopt to build brand identity and sell products.
- Describe Uber's branding strategies over time, in particular, the role of safety in their communication.

---

[11] Chandler-Pepelnjak, John Winston, "Modeling Conversions in Online Advertising" (2010). Graduate Student Theses, Dissertations, & Professional Papers. 670. https://scholarworks.umt.edu/etd/670.

[12] Steele, B., Chandler, J., & Reddy, S. (2016). "Algorithms for Data Science." Springer.

[13] Cairo, A. (2019). "How Charts Lie: Getting smarter about visual information." WW Norton & Company.

[14] Kazakoff, M. (2022). "Persuading with Data: A Guide to Designing, Delivering, and Defending Your Data." MIT Press.

[15] Dykes, B. (2019). "Effective Data storytelling: How to drive change with data, narrative and visuals." John Wiley & Sons.

**HIGHLY CONFIDENTIAL**

- Analyze Uber's branding and marketing strategies to assess whether advertising claims accord with the practices of a responsible company by industry standards.
- Compare public statements with company branding advertising strategy to determine whether these two are consistent with one another.
- Calculate the expected true rate of incidents based on the numbers publicly and internally reported by Uber using the rate of underreported incidents enumerated by the Bureau of Justice Statistics ("BJS") and the Rape Abuse & Incest National Network ("RAINN").
- Review and analyze the branded communications from Uber to ███ ██████ Brianna Mensing, ██████████ Jaylynn Dean, and ███ ██████ (collectively, "Plaintiffs").
- Evaluate Uber's disclosures on the relative risk of sexual assault and sexual misconduct incidents.

## III.   Summary of Opinions

18.     The following list is a summary of the opinions I have reached in the course of preparing this report. All these opinions I hold to a reasonable degree of scientific and professional certainty. I have grouped my summary opinions into two major categories: Uber's development of safety-as-a-brand and the way in which Uber allowed perception of safety to trump reality. Some of my opinions stem from these two categories.

### A.   Uber's Safety-as-a-Brand

19.     When launched, Uber faced a challenge related to the fears of potential riders related to getting in cars with strangers. To address this challenge, Uber developed branding messaging intimately tied to safety. The following opinions relate to Uber's safety-as-a-brand:

1) Uber's early marketing activity was dedicated to establishing its brand, fostering rapid growth, and allaying consumer fears about safety.[16]
2) One of the foundational qualities that Uber wanted to be associated with its brand was safety, and Uber advertised it persistently.

---

[16] Safety refers to the actual and perceived protection of riders and drivers from physical harm, accidents, or other personal security risks while using the Uber platform.

HIGHLY CONFIDENTIAL

3) Uber saw safety as essential to its brand identity and as a tool to expand and retain its user base.

4) Uber targeted its marketing at specific groups, especially women, to expand its user base by building trust in its brand reputation as a safe company.

5) Uber's safety team operated within or in concert with the marketing department, rather than as a separate, independent entity.

## B.    For Uber, Brand Perception Trumped Reality

20.    While building their safety-as-a-brand, Uber continually prioritized messages of safety that were divorced from the safety reality of riders. For Uber, safety was a "brand experience" and a "narrative" to be enhanced, as opposed to a series of operational and informational business decisions. The following opinions relate to Uber's prioritization of safety perception:

6) Uber's safety branding was generally focused on the *perception* of safety, rather than communicating accurate information about safety. Uber's safety branding was primarily measured internally via changes to consumer sentiment.

7) Uber's safety-as-a-brand strategies were often presented to employees without empirical information on driver and rider safety.

8) Uber's public communications and safety-as-a-brand marketing directly contradict or misrepresent its internal practices as a company.

9) Uber's safety messaging was ramped up in response to public scandals, and it was used to reinforce the brand image despite lapses in safety.

10) When Uber provided information as a part of its safety marketing, it provided, at most, general safety information, rather than information that would help users or potential users make informed decisions about risk levels of using its platform. That safety information was designed primarily to reassure, rather than inform, consumers.

11) Uber possessed trip and incident data that would allow it to make users and potential users informed about the relative risks of using its platforms. This information was not shared in transparent ways with consumers.

**HIGHLY CONFIDENTIAL**

C.    **Additional Opinions**

21.    Several opinions follow from these two major categories:

12) Uber's deployment of safety messaging fell below industry ethical norms.
13) At Uber, safety became a rhetorical strategy to recruit both passengers and drivers, even when Uber's actions had demonstrated internally and externally that it was not as safe as its branding content repeatedly declared.
14) When it severed its safety-as-a-brand marketing from the empirical reality of its safety practices and the prevalence of incidents on its platform, Uber's marketing team did not conduct itself responsibly.
15) Uber's branding strategies and its marketing communications with the bellwether Plaintiffs repeatedly fell below ethical standards of the industry.
16) Uber sent Plaintiffs extensive branded messaging touting the safety of the platform.

## IV.    Methodology

22.    My methodology in formulating my opinions was the standard methodology I use in my professional and academic marketing and analytical projects. This process is sometimes referred to as the Cross-Industry Standard Process for Data Mining, abbreviated as CRISP-DM. The CRISP-DM process begins with understanding the business involved, and then proceeds through data understanding, preparation, modeling, evaluation, and deployment. This structured methodology is particularly well-suited to work analyzing large document repositories due to its systematic approach. This is a methodology I use and am familiar with as a data scientist and it seamlessly adapts to consuming a large amount of case information and synthesizing it into a report. This DM framework includes a standard set of steps: situational understanding, data understanding, data preparation, modeling, model evaluation, and deployment.

23.    The situational understanding phase involves understanding the key issues contained in my assignment. Data understanding and data preparation require identifying relevant sources of information and organizing them.[17] Next, the relevant case-specific information is combined with my experience and with relevant academic scholarship, and these elements combine to develop the opinions in my expert report.

---

[17] Shimaoka, A., Ferreira, R. and Goldman, A. "The Evolution of CRISP-DM for Data Science: Methods, Processes and Frameworks" (2024). 10.13140/RG.2.2.22493.42721.

**HIGHLY CONFIDENTIAL**

24.     In this engagement, I applied the CRISP-DM methodology as an organizing framework, treating the case record as the dataset from which my conclusions were derived. The "business understanding" phase is based on my extensive marketing experience, my assignment, and review of the complaint and other case materials. The "data understanding" and "data preparation" phases involved systematically examining the produced documents, marketing materials, deposition testimony, and other evidence, identifying relevant subsets, and structuring them into a form suitable for analysis. I develop a provisional outline for my report and, from that, perform keyword searches directly in the e-discovery program. In this case, the Everlaw repository has roughly 2.06 million documents. My searches were executed against all of them.

25.     I reviewed documents responsive to my searches, downloading large batches for further review. Using techniques from text mining, a subject I have taught for over a decade, I reviewed the downloaded documents manually and programmatically. All told, I have reviewed over 10,000 documents in this case, including depositions.

26.     In the "modeling" phase, I developed an interpretive model—an evidence-based narrative—linking Uber's safety-related messaging to its underlying operational practices. The output of the modeling step is this report. Ultimately only a small fraction of the thousands of reviewed documents is cited in my report, illustrative examples of the themes and patterns I have uncovered. Appendix C of this report contains a listing of the materials I considered in drafting the report.

27.     In sum, my opinions are based on my education; my professional experience in digital marketing, branding, marketing strategies, data science, and statistics; my review of case materials, including internal corporate documents and deposition testimony; my thorough review of the relevant academic literature; and my industry knowledge gained through my extensive work in marketing analytics and platform monetization. I considered the weight and totality of the evidence in arriving at the opinions stated in this report.

28.     Additionally, in this report I have carried out quantitative analyses to estimate the true number incidents on Uber's platform. The methodology for that analysis is explained in detail in Appendix D: Incident Estimates.

## V.     Overview of Brand Formation and Strategies

29.     When a company launches, branding plays a crucial role in shaping its marketing strategy because it helps to establish a clear and memorable identity in the minds of consumers.[18] The brand serves as the foundation for how the company

---

[18] Chaudhri, V., Pridmore, J., & Mauck, C. (2022). Assembling the Start-up Brand: A Process Framework for Understanding Strategic Communication Challenges. *International Journal of Strategic Communication* vol. 16, no. 2, pgs. 206–221.

**HIGHLY CONFIDENTIAL**

presents itself to the world, influencing everything from visual design to tone of voice to customer experience. By creating a consistent and compelling brand presence from the outset, a company can generate awareness, foster trust, and lay the groundwork for long-term customer relationships.[19]

30.     In any industry, and particularly in technology, branding is far more than a logo or tagline—it is the identity and reputation of a company in the minds of customers. A well-defined brand is essential for success in the competitive tech market. Key reasons branding matters include:

- Differentiation in a Crowded Market[20]: Tech companies often face many rivals offering similar innovations. A strong brand identity helps a company stand out beyond just features, making it immediately recognizable and distinct to consumers.[21] This differentiation guides customer choice, as people tend to choose brands they recognize and trust over unknown alternatives.[22]
- Building Trust and Credibility: Technology products can be complex or novel, so consumers must feel confident in what they are buying. A strong brand conveys reliability and security, assuring users that the product will work as promised and their data will be protected. In an

---

https://doi.org/10.1080/1553118X.2021.1976784 ("Arguably, an early focus on branding is pivotal to building organizational reputation and securing legitimacy." Citations omitted.).

[19] Keller, K. L. (2003). "Understanding Brands, Branding and Brand Equity. *Interactive Marketing* vol. 5, no. 1 pgs. 7-20 at 17. https://doi.org/10.1057/palgrave.im.4340213 ("According to a customer-based brand equity perspective, building brand equity requires, in part, creating awareness of the brand: linking strong favorable [sic] and unique associations to the brand in consumers' memory; eliciting positive brand judgments or feelings; and /or facilitating stronger consumer-brand connections and brand resonance.").

[20] Romaniuk, J., Sharp, B., & Ehrenberg, A. (2007). "Evidence Concerning the Importance of Perceived Brand Differentiation." *Australasian Marketing Journal (AMJ)* vol. 15, no. 2, pgs. 42–54.

[21] Hamann, D., Williams Jr, R. L., & Omar, M. (2007). "Branding Strategy and Consumer High-technology Product." *Journal of Product & Brand Management*, vol. 16, no. 2, pgs. 98-111 at 99 ("As a result, whilst companies nowadays use a brand name to represent them to the outside world, an increasing competition within the high-technology sector has led to a nearly saturated market and a high parity of products offered.").

[22] UBER_JCCP_MDL_001406648 at slide 10. Rides Positioning WIP ("Perceived Rider Attribute Differentiation (2018 Q3) There are a few that have key advantages for Uber (i.e. shortest wait), however, we are largely undifferentiated outside of price and time.").

**HIGHLY CONFIDENTIAL**

industry where customer trust is paramount, a trusted brand reputation becomes a crucial asset.[23]

- Customer Loyalty and Advocacy: Branding fosters an emotional connection that can turn one-time buyers into loyal advocates. When a brand resonates with customers (through its quality, values, or mission), those customers come back for repeat business and even promote the brand to others.[24] In tech, where new options constantly emerge, a loyal user base grounded in brand affinity can be a decisive advantage.[25]

- Pricing Power and Premium Positioning: A respected brand signals quality. Customers often perceive branded offerings as higher quality and are willing to pay a premium for them. Strong brands can thus command higher prices or market share, directly boosting profit margins.[26]

- Strategic Flexibility: A well-established brand provides a foundation for growth. It's easier for a trusted brand to expand into new products or markets because consumers will give the benefit of the doubt to a familiar name.[27] In technology, where companies often evolve rapidly, a strong brand identity acts as an anchor, making expansion and diversification more seamless.

---

[23] Morgan-Thomas, A., & Veloutsou, C. (2013). "Beyond Technology Acceptance: Brand Relationships and Online Brand Experience." *Journal of Business Research*, vol. 66, no. 1, pgs. 21-27 ("Interestingly, brand reputation emerges as an important antecedent of trust and perceived ease of use of an online brand."); UBER_JCCP_MDL_001257529 at 33. Uber Trust & Safety Roadmap (Mar. 21, 2017).

[24] Taylor, S. A., Celuch, K., & Goodwin, S. (2004). "The Importance of Brand Equity to Customer Loyalty." *Journal of Product & Brand Management*, vol. 13, no. 4, pgs. 217-227 ("The results suggest that brand equity and trust are consistently the most important antecedents to both behavioral and attitudinal forms of customer loyalty.").

[25] Giovanis, A. N., & Athanasopoulou, P. (2018). "Consumer-Brand Relationships and Brand Loyalty in Technology-mediated Services." *Journal of Retailing and Consumer Services*, vol. 40, pgs. 287-294.

[26] Dwivedi, A., Nayeem, T., & Murshed, F. (2018). "Brand Experience and Consumers' Willingness-To-Pay (WTP) a Price Premium: Mediating Role of Brand Credibility and Perceived Uniqueness." *Journal of Retailing and Consumer Services*, vol. 44, pgs. 100-107; UBER_JCCP_MDL_001406648 at slide 3. ("Define a Rides positioning for North America that differentiations our service, and drives consideration among non-users and preference among active riders, setting up the business for long term success.").

[27] Broniarczyk, S. M., & Alba, J. W. (1994). "The Importance of the Brand in Brand Extension." *Journal of Marketing Research*, vol. 31, no. 2, pgs. 214-228.

**HIGHLY CONFIDENTIAL**

31.     One of the first steps for bringing a new company into the world is to establish the brand identity that it wants to present, followed by sharing that brand with the world. New companies typically begin by identifying a clear "position and purpose." By answering questions such as "what problem are we solving?" and "what makes us different?", companies can identify both their brand identity and their potential customers.[28] Brand positioning involves defining not just what the company does, but why it exists and what values it stands for.[29] A strong brand purpose helps differentiate the startup in a crowded market and provides a guiding narrative that can shape messaging, design, and product development. For example, many successful startups center their branding around social impact, innovation, or customer empowerment, using these themes to appeal to early adopters and investors who are drawn to mission-driven companies.

32.     Another key strategy is developing a consistent visual and verbal language.[30] New companies invest in creating a memorable brand image and voice that reflects the company's personality—whether it's bold and disruptive, warm and human, or sleek and tech-forward. Consistency across platforms is critical, especially in the early stages when trust and recognition are still developing. This cohesive look and tone should be reflected across the website, social media, packaging, pitch decks, and any other touchpoints customers or stakeholders encounter.

33.     New companies leverage storytelling and customer engagement to build brand identity organically.[31] They often highlight customer success stories, and they invite their community to participate in the brand's evolution through feedback and interaction. Early-stage companies frequently rely on social media, influencer

---

[28] *E.g.,* Uber discusses their early brand identity as part of a 2015 rebranding effort. UBER_JCCP_MDL_ 000260133.0184. Reputation Forward! ("We were seen as innovative, driven by impressive and courageous ambition. An ambition to break a broken transportation system and bring a valuable service to the masses.").

[29] Avery, J. & Gupta, S. (2014). "Marketing Reading: Brand Positioning." Core Curriculum Readings Series. Boston: Harvard Business School Publishing 8197. https://www.hbs.edu/faculty/Pages/item.aspx?num=49151 ("Abstract …. The reading discusses how to craft a brand's value proposition for competitive advantage, through analysis and synthesis of consumer, company, and competitive factors.").

[30] *E.g.,* UBER_JCCP_MDL_002069369 at slide 60. 2015 Plan – Product Organization (Dec. 10, 2014) ("Work closely with Growth, Product, and City teams to align all copy and content efforts ensuring a consistent Uber brand experience.").

[31] Hong, J., Yang, J., Wooldridge, B. R., & Bhappu, A. D. (2022). "Sharing Consumers' Brand Storytelling: Influence of Consumers' Storytelling on Brand Attitude Via Emotions and Cognitions." *Journal of Product & Brand Management*, vol. 31, no. 2, pgs. 265-278.

partnerships, and user-generated content to amplify their message and create emotional resonance.[32]

34.    In the past two decades, the strategies that brands use to get their name out and appeal to consumers have evolved considerably. Prior to the advent of digital marketing, advertising looked more like the iconic, image-making game depicted in the TV show Mad Men. In that world, advertisers created catchy jingles, striking visuals, and memorable slogans, and they disseminated ads through channels such as newspapers, magazines, radio, television, and billboards. The companies that provided homes for advertisements, grouped under the term "publishers," built audiences that were relatively homogenous. Soap operas were a place to air ads built to appeal to people at home during the day. The Wall Street Journal was the preeminent place to place ads aimed at those who work in finance. Businesses paid for ad placements based on estimated audience size, often relying on broad demographic data rather than on specific traits of individual audience members. Measuring the direct impact of these ads was challenging. Brands had to rely on surveys, modeling sales figures, and general market trends to gauge effectiveness. Unlike today's data-driven digital ads, traditional advertising was a one-way communication, with limited interaction flowing back to the brands and from consumers.

35.    One of the key differences between traditional and digital advertising is the notion of "addressability," the power to target individual ads to potential consumers using data. "Push" notifications, in particular, enable advertisers to increase the frequency of their messaging by delivering real-time alerts directly to users' devices, bypassing the need for users to actively engage with an app or website. This direct access allows advertisers to repeatedly place their content in front of consumers, often with minimal friction or effort on the part of the user. Because push notifications can be sent at any time and tailored to specific behaviors or preferences, they allow for a high volume of targeted advertising impressions throughout the day. This increased frequency helps reinforce brand awareness and encourages immediate engagement, making push notifications a powerful tool for advertisers seeking to maintain a constant presence in users' attention.

36.    As I delve more deeply into the operations of branding in its traditional and digital forms, it will be helpful to understand a few key terms for Uber's branding efforts, particularly the concept of **targeting.** Targeting is a mechanism by which advertisers can narrow the scope of their advertising, seeking homogeneous groups of users to whom they may tailor messages. There is a constant tension between the size of an audience and similarity of its response to advertising offers. Virtually all marketers do some form of targeting. Retargeting, where advertisers show ads to people who have visited their website, typically has the smallest reach but the best

---

[32] UBER_JCCP_MDL_005406389 at 11. College Pitch Deck (Jan. 25, 2012) ("Utilizing influencer voices to legitimize Uber, stressing price point and convenience, can be scaled to multiple platforms.").

**HIGHLY CONFIDENTIAL**

performance. There are many other flavors of targeting as we increase the size of the audience, with the most general typically being targeting based on demographics (e.g., women between 35 and 54 years old) or geography (e.g., everyone in the San Francisco area). Many vendors will sell to "interest segments" such as pet owners, travel enthusiasts, or people in the market for a new car. The following list describes the major types of advertising targeting:

- **Demographic Targeting:** Involves segmenting the audience based on demographic factors such as age, gender, income, education, and occupation. This type of targeting is used to reach consumers who likely have similar needs, desires, or interests based on their demographic profiles.

- **Geographic Targeting**: Allows advertisers to deliver ads to users based on their geographic location. This can range from broad targeting such as country or state to more precise targeting such as city or ZIP code. Geographic targeting is particularly useful for local businesses or events.

- **Behavioral Targeting:** Based on the browsing behavior, purchase history, and other actions taken by the user. This form of targeting uses collected data to predict which ads might be the most relevant based on past online activity.

- **Contextual Targeting:** Ads are shown based on the content of the webpage that the user is viewing. If the content includes certain keywords, ads related to those keywords can be displayed. This ensures that the ads are relevant to the current interests of the viewer.

- **Psychographic Targeting:** Focuses on the lifestyles, attitudes, interests, and personality traits of users. This type of targeting attempts to comprehend consumer motivations and preferences on a deeper level, often using data from social media and other online engagements.

- **Retargeting (or remarketing):** Involves showing ads to users who have previously visited a particular website or used a specific app but did not complete a purchase or desired action. This is effective in nudging potential customers closer to a purchase.

- **Lookalike Targeting:** Targets new users who resemble existing customers in terms of interests, behaviors, and demographics. This is often used to expand reach while maintaining relevancy by tapping into

- 14 -

**HIGHLY CONFIDENTIAL**

new audiences who are likely to be interested in the advertiser's offerings.[33]

These different types of targeting are regularly used by companies and were certainly employed by Uber. In the image below, you can see some of these targeting options available to Uber via social media platforms.[34]



*Figure 1. Uber presentation on social media advertising in a section discussing how algorithms around targeting are used for automatic optimization of campaigns.*

## A.    Branding and the Marketing Funnel

37.    One of the foundational conceptual structures in marketing is called the marketing funnel, which helps explain the stages consumers move through as they learn about products for the first time and later commit to them with purchases or loyalty. Also known as the purchasing funnel, or the advertising funnel, the marketing funnel is a classic framework that has been around for decades, first appearing in 1898. It therefore applies both to traditional marketing and digital marketing.

38.    In one of its original forms, the marketing funnel, outlines four stages of marketing: awareness, interest, desire, and action ("AIDA"). Each of these sections

---

[33] Tyler, S., Pandey, S., Gabrilovich, E., & Josifovski, V. (2011). "Retrieval Models for Audience Selection in Display Advertising." *ResearchGate*. pgs. 593-598.

[34] UBER_JCCP_MDL_002321504 at slide 34. Paid Social 2023.

**HIGHLY CONFIDENTIAL**

describes a stage in the process of appealing to consumers at various stages of the customer journey that leads from brand awareness to a purchase or commitment to a product or brand. The framework of the funnel helps marketers understand the different kinds of ads that are appropriate to consumers at different stages of product engagement. Below is an accurate, sample diagram[35] of this funnel:



*Figure 2. The purchase funnel (aka marketing funnel) is commonly used in the marketing industry to track a customer's journey from awareness to purchasing of a product.*

39.    Customers do not necessarily move through all the stages of the advertising funnel in a linear or sequential way, and the funnel has evolved considerably since its original formulation to adapt to different kinds of markets and consumers. In general, the funnel helps convey and distinguish key practices in advertising campaigns and how they look in both traditional and digital media.

40.    The first stage of the funnel is awareness. This is a stage where marketers work to increase brand recognition or awareness to broaden the base of potential consumers. Hence, the awareness face is the largest part of the funnel. At this stage, marketers adopt strategies that are intended to reach large numbers of consumers, typically at a low cost. In this phase, marketers might deploy classic offline advertising such as billboards in high-volume locations, for example, or broadcast media, such as television ads. Display advertising is well-suited to the stage of the funnel because marketers can reach many people at low cost via this channel. On the other hand, search advertising, being dependent on the behavior of consumers, is uniquely ill-suited for this stage of the funnel.

41.    The second stage of the funnel is interest. At this stage, customers are aware of a brand but are looking to learn more about the brand. Therefore, marketers working in this part of the funnel adopt strategies that help to pique consumer

---

[35] Wikimedia Commons. "The Purchase Funnel" (undated). Accessed Aug. 12, 2025. https://commons.wikimedia.org/w/index.php?curid=53843096.

**HIGHLY CONFIDENTIAL**

curiosity or answer questions about the brand. At this point, content marketing is important, like the information that customers seek on a website or in testimonials. The landing pages of a company website can be very instrumental in this phase of the funnel. Non-branded search can be useful at this stage, as well as targeted display advertising.

42.     The third part of the marketing funnel is desire. At this stage, marketers want to create appealing ads that help to heighten desire for products or brands. It is in this phase of marketing where it is often the catchy ads produced by the creative group of a marketing firm. In this stage of marketing, social media marketing and influencer marketing can help build enticing brands. Video can also be quite efficient at this stage of the funnel—video is effective at turning interest into desire, and it becomes a question of targeting to reach the desired audience.

43.     The fourth stage of the funnel is action. At this stage, customers convert from advertising to using or embracing a brand or product. Marketers focus on making the brand accessible to consumers who are looking for it, so search marketing, particularly branded search, where marketers deliver ads that are intended to target consumers who are searching for their product online, often play a central role in this stage. Similarly, display retargeting, aimed at consumers who have visited an advertiser's site, can be highly effective here.

44.     While the standard AIDA framework ends at "Action," Uber's growth model required extending the funnel to encompass post-conversion engagement and retention. For a platform business, the first ride is not the end of the marketing process but the beginning of an ongoing relationship in which repeat use, loyalty, and advocacy drive profitability. Uber's post-action marketing blended functional engagement tactics—such as ride summaries, promotions, and product extensions—with safety-branded communications that reinforced trust and reduced attrition. In practice, this meant continuing to "nurture" converted customers through email and in-app messaging. These communications served to re-activate lapsed users, encourage habitual use, and cultivate a perception of reliability that kept riders in the ecosystem.

45.     This extended-funnel approach also supported Uber's supply-side marketing. After onboarding, drivers were kept engaged through periodic incentives, reminders of earning potential, and similarly safety-themed updates. In both cases, the marketing goal after the initial action was to shift the user's mindset from a one-time transaction to embedded participation in the platform. For Uber, this meant maintaining a cycle of attention, reassurance, and prompting—so that "Action" flowed seamlessly into "Repeat Action" and "Advocacy," maximizing both lifetime value and market share.

46.     After someone purchases a product or service, the action phase of the funnel is also a place where marketers acquire information for future retargeting

HIGHLY CONFIDENTIAL

campaigns. Many funnels continue the diagram to include phases of the customer journey that turn a customer into a repeat customer and then a brand loyalist. Email marketing is one of the most effective tools to maintain a relationship with a consumer after they have become a customer.

47.     Uber incorporated the funnel into their marketing planning[36], as this slide from their "2020 Kick-off Global Marketing" presentation illustrates:[37]



*Figure 3. Internal branding funnel from Uber.*

## B.     The Tactics of Uber's Branding: Channels

48.     Marketing is divided into "channels," a term that denotes the various places advertising can be purchased. Marketers and academics alike recognize these channels—search, social media, digital video, and in-app advertising—as uniquely tailored tools within the marketing landscape, each requiring specific strategies and considerations. This understanding is widely accepted and not subject to significant debate, reflecting the consensus on the need for differentiated approaches to maximize the effectiveness of each channel.

---

[36] See, *e.g.*, UBER_JCCP_MDL_002321504 at slide 24; UBER_JCCP_MDL_003628483 at slide 183. US&C Airports + Travel Ops (June 7-9, 2022); and UBER_JCCP_MDL_001616763 at slide 46. 2019 Marketing Plans (Apr. 18, 2019).,

[37] UBER_JCCP_MDL_000485724 at 5728. 2020 Kick-off Global Marketing (Jan. 22, 2020).

HIGHLY CONFIDENTIAL

49.    Channels are differentiated across many facets of the business including the types of advertising formats that can be used, the audience that can be reached, the data that is known about that audience, the context surrounding the advertising, and the specialized skills needed by marketers to transact on the channel. The distinctions between channels can be illustrated by considering the three key aspects: the audience (who), the creative (what), and the context (where). Typical channels for an advertiser include search, display, digital video, in app, email, social media, influencer marketing, word of mouth, and referral programs. Uber utilized most of these channels in its marketing efforts.

50.    In the 2016 marketing overview presentation, these channels are reflected in Uber's organization[38]:



*Figure 4. Example of Uber's marketing channels Uber employed.*

---

[38] UBER_JCCP_MDL_002327552 at slide 15 (image cropped). Marketing Overview, Onboarding (Sept. 22, 2016).

## VI.    Ethics in Branding and Marketing

51.    Ethics are an important part of the marketing industry and working professionals wrestle with ethical dilemmas. The American Marketing Association ("AMA") publishes a set of ethical standards that capture the key tenets of marketing ethics.[39] I offer an account of these guidelines to support my opinions on industry practice.

52.    The AMA statement of ethics articulates a set of principles guiding marketers to act responsibly and ethically in their professional activities. One key point is the notion that ethical behaviors are often learned through experience in the field, as marketers navigate the complexities of their industry. This practical learning is vital as marketers must integrate ethics into everyday decisions and strategies.

53.    The statement of ethics includes a set of three principles, from which I will quote at length. Uber's internal documents and testimony suggest that the company understands these basic principles.[40] The AMA's statement begins:

As Marketers, we must:

- **Do no harm.** This means not only consciously avoiding harmful actions or omissions but also striving to benefit all stakeholders and society at large. We must embody high ethical standards and, at a minimum, adhere to all applicable laws and regulations in the choices we make.
- **Foster and maintain integrity.** This means striving for transparency and fairness in all aspects of the marketing ecosystem.
- **Embrace ethical values.** This means building relationships and enhancing stakeholder confidence by affirming these core values: honesty, responsibility, equity, transparency, and citizenship.[41]

---

[39] American Marketing Association. AMA Statement of Ethics (Updated May 2021). Accessed July 13, 2025. https://www.ama.org/ama-statement-of-ethics/. ("AMA Ethics")

[40] Dep. Elizabeth Ross, 30(b)(6) Uber Technologies, Inc., June 11, 2025. Vol. I ("Ross 30(b)(6) Dep. Vol. I") 191:3-14 ("Q. You came prepared to testify about Uber's marketing effort, correct? A. Yes. Q. And you told me that you agreed that one of the things that's important in Uber's marketing is that that marketing be truthful, right? A. Yes. Q. That that marketing be accurate, right? A. Yes. Q. That the marketing not be misleading, right? A. Yes.").

[41] AMA Ethics.

**HIGHLY CONFIDENTIAL**

54.     The statement continues with a discussion of the specific ethical values outlined in the final bullet point. The "Honesty" section of the AMA's ethical guidelines emphasizes the importance of truthfulness in all dealings with stakeholders. It advocates that marketing professionals reject manipulative tactics and ensure that all communications are transparent and uphold the trust of the audience. Furthermore, it highlights the need to deliver on both explicit and implicit commitments, ensuring that marketed solutions align with the claims made in their promotion. Uber's marketing corporate witness testified that she understood these principles and agreed under oath that it should adhere to them.[42]

55.     The "Responsibility" section emphasizes the need for marketers to recognize their social and environmental duties, especially as their influence grows. It stresses exceeding legal standards in protecting sensitive information and accepting the outcomes of their marketing choices. The "Equity" section advocates for diversity and inclusiveness within marketing teams and practices, urging respect for cultural differences and avoiding stereotypes in marketing materials.

56.     The "Transparency" section of the ethical guidelines calls for openness and clear communication in all marketing activities. Marketers are encouraged to openly accept and incorporate feedback from various stakeholders, disclose potential risks, and fully inform on matters that could influence decisions. Conflicts of interest should be avoided, and contributions from colleagues and collaborators should be acknowledged, ensuring that all involved parties are recognized for their efforts in marketing projects. An Uber representative stated that "if we're not talking about a product accurately, ideally, we're not putting that in a marketing campaign."[43] As I discuss below, Uber did not disclose accurate information about potential risks and harms in its marketing.

57.     The "Citizenship" section emphasizes marketers' broad responsibilities, including economic, legal, philanthropic, and societal duties that benefit stakeholders. It stresses the importance of valuing marketing's role in both business and broader society. Key focuses include striving for environmental protection, promoting sustainability transparently, and actively contributing to community welfare through volunteer work and donations. Importantly, the section advocates for compelling all

---

[42] Ross 30(b)(6) Dep. Vol. I 191:3-14.

[43] Ross 30(b)(6) Dep. Vol. I 101:17-19, 100:21-101:10 ("Q. Okay. Now, would Uber agree that regardless of which of these channels it is - - it is putting its marketing into that - - that those marketing materials need to be accurate/. A. Yes. Q. Okay. And Uber would agree that those marketing materials should not be misleading, right? A. Yes. Q. Okay. Uber would agree that the - - the claims that it makes in its marketing materials about rideshare, that those claims should be backed up by actual facts, right? A. Yes, as - - as much as we possibly can, yes, of course.").

HIGHLY CONFIDENTIAL

partners in the marketing ecosystem to adhere to fair trade practices, ensuring equity and fairness in production and trade processes.

58.     Other industry ethical standards come from the Association of National Advertisers ("ANA"), which has published an extensive code for advertisers.[44] The ANA urges marketers to ensure their messaging "[c]learly, honestly, and accurately represents their products, services, terms, and conditions...." Disclosures must be "clear and conspicuous" and not "difficult to understand." Put plainly, "[a]dvertisements that contain claims that are untrue, misleading, deceptive, or fraudulent should not be used."

59.     Both the AMA and ANA sets of guidelines highlight the ethical obligations of marketers to stakeholders and the community at large. While this guidance sets a framework for behavior within the industry, adherence to legal standards is enforced by entities such as the Federal Trade Commission ("FTC"). The FTC's rules for advertising and marketing on the Internet, often referred to as the "Rules of the Road," mandate that claims in advertisements must be truthful, not misleading, and substantiated to prevent deception.[45] The FTC emphasizes the importance of clear and conspicuous disclosures in advertising to ensure that consumers are not misled about the nature of the offer or product. This legal framework supports ethical guidelines by ensuring accountability and protecting consumer rights in digital and traditional marketing practices.

## VII.    Uber's Branding Strategies

60.     From its founding, Uber, like most modern technology companies, used marketing to forge its brand and build its business.[46] Branding is critical for companies such as Uber, which become dominant in an industry partially via network effects, [47] so that they can build a broad user base. After initially operating as a black car company, Uber's business model soon became a peer-to-peer ride service, connecting individuals who needed rides with others who would drive them. Branding, and the

---

[44] ANA. ANA Ethics Code of Marketing Best Practices. Accessed July 28, 2025. https://www.ana.net/content/show/id/accountability-chan-ethicscode-final.

[45] FTC, Bureau of Consumer Protection. Advertising and Marketing on the Internet. Accessed July 31, 2025. https://www.ftc.gov/system/files/ftc_gov/pdf/bus28-rulesroad-2023_508.pdf.

[46] I describe the transition from UberCab to Uber in greater detail below.

[47] Network effects refer to the phenomenon where a product or service becomes more valuable as more people use it. For platforms like Uber, more riders attract more drivers, and more drivers reduce wait times and increase availability, which in turn attracts more riders—creating a self-reinforcing cycle of growth.

tactical marketing that supported it, was the key to creating both supply, in the form of drivers, and the demand, in the form of riders.

61.    A company's brand is a "name and/or design element intended to identify the goods or services of a company and differentiate them from competitive offerings." [48] Companies work hard to build brand identity because effective branding is valuable for driving sales. As of 2024, Uber's brand was valued at almost $30 billion.[49]

62.    Central to Uber's effort was Uber's brand reputation around safety, particularly in relation to sexual assault. Issues with perceived safety were seen as an impediment to growth.[50] Safety was essential to the formation of Uber's brand because it addressed one of the most significant barriers to adopting ride-hailing services: trust. At a time when getting into a stranger's car felt inherently risky, Uber built its early reputation by framing itself as a safer alternative to traditional taxis. The cultural shift from a climate in which getting in a stranger's car would be regarded as inherently risky to one in which it is commonplace is due in no small part to large scale marketing campaigns like Uber's.[51] As I explain below, throughout Uber's history safety has been integrated into brand identity.

63.    The emphasis on safety was foundational to Uber's brand identity, allowing it to gain public trust and scale rapidly in cities around the world. Over time, and as I will explain below, as trust in Uber's brand faltered, it repeatedly reasserted its identity as a safe way to get a ride. Safety became a rhetorical strategy to recruit both passengers and drivers, even when Uber's actions had demonstrated internally and externally that it was not as safe as its branding content repeatedly declared. To see how safety branding and marketing became untethered from actual safety, such that its marketing was at times false, it is helpful to observe over time how Uber forged its brand identity as a safe company, how it adopted marketing strategies to

---

[48] Kotler, P., Keller, K. L., Ancarani, F., & Costabile, M. (2021). Marketing Management 16/e. Pearson.

[49] Brand Finance. Uber Reinforces Dominance Amongst Mobility Brands. (Feb. 21, 2024). Accessed July 28, 2025. https://brandfinance.com/press-releases/uber-reinforces-dominance-amongst-mobility-brands ("Uber remains the world's most valuable mobility brand, with a 28% increase in brand value to USD 29.7 billion, according to the latest report by Brand Finance, the world's leading valuation consultancy.").

[50] For instance, in a 2014 research study commissioned by Uber, the research firm states, "Doubts about Uber's safety are reaching high levels and are the main issue to address." See, UBER_JCCP_MDL_001617507 at 3. Uber User Tracking Research (Dec. 2014).

[51] Calo, R & Rosenblat, A. "The Taking Economy: Uber, Information, and Power." *Columbia Law Review*, vol. 117, no.6. https://columbialawreview.org/content/the-taking-economy-uber-information-and-power/.

**HIGHLY CONFIDENTIAL**

disseminate its brand, and how it operated in a manner opposed to the claims it made in its branding and advertising.

### A.    Early Years (2009-2012): Safety Branding and Rapid Growth

64.    Uber was founded in March 2009 by Garrett Camp and Travis Kalanick, originally under the name "UberCab." The idea emerged after Camp and Kalanick became frustrated at the difficulty of hailing cabs in San Francisco. Camp imagined a simpler way to summon a ride via a smartphone.[52] By mid-2010, UberCab launched a beta service in San Francisco, offering black car rides ordered through an iPhone app. At this point, Uber worked with Transportation Charter Party (TCP) licensed drivers.[53]

65.    One of the core issues that was central to Uber's brand identity when it began was its safety. Because Uber was breaking into the taxi market and was an unknown service, it had to establish that it would not be risky to use its drivers. This safety imaging was especially targeted at women, and it was the kind of imaging that would be directed at plaintiffs repeatedly in the subsequent fifteen years. I can see this kind of thinking in the screenshot below from email correspondence sent on September 30, 2010.[54] Here, Uber CEO Ryan Graves remarks on a campaign to target "the female audience" specifically to convey the message that Uber is a safe way to get a ride:

---

[52] Videotaped Dep. of Travis Kalanick. July 3, 2025. 23:10-15. ("Dep. Kalanick") ("Q. Okay. And Uber was your idea? A. It was actually Garrett's idea.").

[53] Dep. Kalanick 25:4-8 ("Q. And they usually have chauffeur licenses; correct? A. Yeah. If you're talking about black cars in San Francisco, they would have to have what's called a TCP license, yeah.").

[54] UBER_JCCP_MDL_002531877. Email from Ryan Graves [ryan@ubercab.com] to Rob Hayes [rob@firstround.com] re "Uber + Daily Candy." Sept. 30, 2012 at 4:41 PM.

- 24 -

HIGHLY CONFIDENTIAL

Message
_____

From:       Rob Hayes [rob@firstround.com]
Sent:       9/30/2010 11:50:13 PM
To:         Ryan Graves [ryan@ubercab.com]
CC:         Brett Berson [brett@firstround.com]
BCC:        ryan@uber.com
Subject:    Re: Uber + Daily Candy

Connecting you with Brett to see who is best to make the intro. Can you send Brett a more detailed explanation of what you would do with DC?
On Sep 30, 2010, at 4:41 PM, Ryan Graves wrote:

Beautiful. We're going to do a campaign around the safety of Uber and target the female audience. What would be next steps?

RG

~
Ryan Graves
UberCab, CEO
@ryangraves
312.860.7926

*Figure 5. Uber CEO plans on targeting the female audience with a message around Uber's safety.*

66.     By October 2010, San Francisco issued a cease-and-desist order because Uber had not met the regulatory requirements to run a taxi service, and so the use of the word cab in the company name implied an unlicensed operation. Uber responded by rebranding the company as Uber and continuing to offer rides. This name change was confirmed in the deposition of Mr. Graves. [55]

67.     More broadly, that new name, Uber, had its origin in the term Übermensch, a superman, envisioned by the German philosopher Friedrich Nietzche. The name therefore connoted something superior or better.

68.     The media also reported on this rebranding later as it analyzed Uber's actions as a company. A May 2016 media roundup compiled by the communications department at Uber notes two places where reporters have observed the early name change. The first was in an article in Salon. The second appeared in a conversation on the podcast AngelList Radio between the host, Tyler Willis, and an early Uber investor, Jason Calcanis, who remarks on the name change. The instances of this are screenshotted below. They discuss the ways that the name change happens in part because Uber is trying to assert that it is a technology company (as opposed to a taxi

_____

[55] Videotaped Dep. Ryan Graves, May 13, 2025. 180:22-181:12. ("Dep. Graves")

- 25 -

HIGHLY CONFIDENTIAL

company) and is therefore not subject to the same regulatory restrictions, many of which involve safety regulations, for drivers.

69.     In Salon[56]:

> Salon last January articulated it well:
>
> In case the import of this still isn't clear, I'll spell it out: one of the big claims of Lyft and its other ridesharing competitors, like **Uber** and Sidecar, is that the reason they should not have to follow the considerable regulations that govern taxi companies is because Lyft/**Uber** are not in fact taxi companies. According to their view of the world, they are a technology company. They only connect a driver with a passenger as an intermediary; they are a mere software broker of a deal between two separate parties, and so they shouldn't be regulated like a taxi company.
>
> Look, they have said repeatedly, we don't even own any cars...so how can we be a taxi company? In fact, **Uber** changed its original name, which was **Uber**Cab when it was founded by Travis Kalanick and Garrett Camp in 2009, to **Uber**Technologies to provide that regulatory cover.

*Figure 6. Uber email with excerpt of Salon article about Uber's name change from UberCab to Uber Technologies.*

70.     In the podcast interview[57]:

> Jason: [15:36] I was at a bar. TK and I, Travis, were friends for a long time. I knew him when I was a journalist when he did Scour, I knew him when he did Red Swoosh. We've been friends for a long time. I was at a bar on the [inaudible 15:55] , some party some dude was having. We were walking out. He said, "Can I show you what we're doing?" I said, "Sure." I said, "Can I invest?" He said, "Sure."
>
> [15:59] He said, "It's called **Uber** taxi." I said, "Why don't we just call it **Uber**?" He said, "Yeah, we're doing that." I said, "Oh. Can I get credit for that? I know you're doing it anyway, but can you give me credit for that, so that I can be like Sean Parker when he said, 'Drop the "the" from Facebook.'" Travis was like, "Sure, you can have credit for that, Jason." [laughs] Now I tell people that was my idea. It wasn't.
>
> Tyler: [16:20] Drop the taxi.
>
> Jason: [16:21] Drop the taxi, because it's not a taxi.
>
> Tyler: [16:23] It's worth reflecting on the fact that these big investments really often come from informal settings. You were sitting down with Travis at a bar and that gave you the chance to be a seed investor in **Uber**, which is the best investment you've made so far.

*Figure 7. Podcast transcript from an interview with Travis Kalanick.*

71.     Again, in this early stage, the company began positioning itself not as a taxi service, but as a technology platform connecting riders and drivers. The name change was a change in branding and marketing strategy that did not necessarily correspond to a change in conduct to meet regulatory or public safety rules–it was a change in the brand image to allow the company to avoid regulations and grow quickly.

---

[56] UBER_JCCP_MDL_001584753 at 765. Email from Carlie Waibel [carlie@uber.com] to Communications [comms@uber.com] and Policy [policy@uber.com] re "Uber News Clips for May 17, 2016." May 17, 2016, 12:08 PM.

[57] UBER_JCCP_MDL_001638758 at 808. Email from Ariella Steinhorn [Ariella@uber.com] to Communications [comms@uber.com] and Policy [policy@uber.com] re "Uber News Clips for March 23, 2016." Mar. 23, 2016, 12:31 PM.

**HIGHLY CONFIDENTIAL**

From the beginning, Uber asserted itself as a safe company while renaming itself to avoid complying with safety regulations in the industry.[58]

72.    In my opinion, Uber also appeared not to take real safety issues seriously. In April 2011, Graves collaborated on a draft blog post at Uber with two employees (Brian@uber.com and Austin@uber.com). The post is called "Avoid Getting Raped with 3 Easy Steps" (pictured below).[59] The tone of the blog is flippant and implies that one might avoid getting raped simply by making sure one is in an Uber as opposed to the car of a competitor. It also says that Uber wishes to "provide you with the ride of your life." The language seems tone-deaf at best, if not an example of patronizing sarcasm and blatant disregard for the issue of potential sexual violence in its cars. As I will explain below, this kind of tone on matters of rape, sexual abuse, and sexual misconduct persists at least into 2016.

---

[58] UBER_JCCP_MDL_005427420 at 21. Email from Tawny Valentine [tvalentine@dolphingroup.org] to Policy Comms West [west-policycomms@uber.com] et al. re "SF Gate – In emergency meeting, Uber board weighs top executives' fate." Jun. 12, 2017 at 2:43 PM ("October 2010: The San Francisco Municipal Transportation Agency issues a cease-and-desist order, UberCab shortens its name to Uber.").

[59] UBER_JCCP_MDL_004980939. Guide to Ubering Blog (Apr. 22, 2011).

**HIGHLY CONFIDENTIAL**

Title Brainstorm:
- How to spot an Uber
- Guide to Ubering
- Keeping it real: A Guide to Ubering

RG: **Avoid Getting Raped with 3 Easy Steps**

(Body)

Uber is blowing minds, changing lives and people are taking notice – namely those drivers who would fake the funk. What I mean to say is, we're hearing that some of you are taking rides only to find out later that the driver isn't with Uber! We can understand where some would want to poach our awesome clients, but we need your help ensuring you receive the Uber experience. So, here's a little guide to Ubering:

**Communication is key.** We use text messages to let you know when your car is arriving and give you the driver's phone number. If you find yourself confused as to which car is yours, give your driver a call and coordinate! Just yesterday I saw three or so black cars pull up, as it turned out, at least two of them were Ubers. Calling my driver, I was able to describe my backpack and Giants hat so he could pull up to me and not the other potential clients.

**Check for the Uber iPhone.** If calling your driver is not an option, once you get in the car, check to make sure there is an iPhone displaying the Uber app on the dashboard. Notice that the driver's app is different than yours. It should look something like this: (pic)

**Identify your driver.** In your Uber app or the SMS's we send, you'll have the drivers name. Make sure that you double check that the driver is in fact the one you've requested. Also, the drivers should be using your name to identify you. This two-way use of displayed names can avoid a lot of issues.

Lastly, please please please if you think you've hopped a ride with a non-Uber driver and want to avoid any cancellation fees or no-show penalties email us at support@uber.com.

We work hard at Uber to provide you with the ride of your life...every time...but we can't do that if you're in the wrong car! So call your driver if needed, check for the iPhone running the UberDriver app, and identify your driver by name. Now, sit back, relax and enjoy the ride.

Stay safe, Uber on!

*Figure 8. Guide to Ubering blog draft from 2011 appears to make light of rape.*

73.     Tech startups prioritize rapid growth in their early stages, aiming to scale quickly and capture market share before competitors emerge. To support this goal, they create a disruptive brand identity. They also develop bold and targeted branding and marketing strategies designed to generate buzz, attract early adopters, and build a loyal user base. Uber adopted this kind of disruptive strategy.

**HIGHLY CONFIDENTIAL**

74.    Uber launched in New York City in May 2011. On May 6, a woman was raped by a taxi driver in Brooklyn, in a case that attracted media attention.[60] For a company that strategized to persuade New Yorkers it was safe to get into a car with strangers, it was an inauspicious start. Uber, however, had a plan. Early marketing and planning documents for New York City from 2011 show the company adopting rapid growth marketing strategies such as luxury branding in major cities, coupons, and partnerships with high value brands, including restaurants, hotels, retailers, and bars. Uber also suggests that they get involved with STOP-DWI policy on a city level to have an impact on regulation. [61] They focus on profit and growth and recognize the value of their data for further growth. The document states that:

> The data that we will be collecting from our users is extremely valuable. We know where people are getting picked up, where they are going, and what time. We can immediately monetize this data through hyper-local, contextualized, coupon-based advertisements. [62]

75.    The same document celebrates the fact that Uber was able to increase the cost of a bus rental for Greek life on campus by 60% without significant complaint.

76.    One significant figure in the formation of Uber's brand identity is one of its two founders, who also became the company's CEO for nearly a decade: Travis Kalanick. Kalanick embraced and advanced principles such as "always be hustlin'" at

---

[60] 6ABC. Cab Driver Wanted in Rape of Passenger in Brooklyn. May 12, 2011. Accessed Aug. 26, 2025. https://6abc.com/archive/8126295/; CBS New York. Taxi Drivers Join Forces with NYPD to Find Alleged Rapist. May 12, 2011. https://www.cbsnews.com/newyork/news/police-say-theyve-arrested-taxi-driver-who-allegedly-raped-passenger/; Kings County District Attorney's Office. Kings County District Attorney Kenneth P. Thompson Announces Sentencing for Convicted Rapist Gurmeet Singh. May 12, 2014. Accessed Aug. 26, 2025. https://www.brooklynda.org/wp-content/uploads/2015/03/Gurmeet-Singh-Taxi-Rape-SENTENCING-05-12-14.pdf

[61] UBER_JCCP_MDL_004977435 at 38, 40, 42. Uber NYC Proposal (Jan. 18, 2011).

[62] UBER_JCCP_MDL_004977435 at 41.

HIGHLY CONFIDENTIAL

the company. [63] Kalanick also adopted the Silicon Valley ethos, "move fast and break things."[64]

77.    He repeatedly met with reputational challenges at the company, including reputational issues from his own leadership, which was characterized by pushing boundaries and cutting corners,[65] often at the expense of safety for Uber users and Uber employees, as I will discuss below. At one point, Kalanick ran an internal campaign called "Your No. 1 Assignment is to Fix My Reputation," which indicated that the CEO's primary concern was to focus on reputational problems that pertained to him. [66]

78.    From the beginning, Uber employed aggressive and unconventional marketing strategies to fuel rapid user growth and disrupt the traditional taxi industry.[67] The company focused heavily on word-of-mouth and referral programs, offering free or discounted rides to both new users and those who referred friends.[68] Uber also partnered with high-profile events, such as fashion weeks and tech conferences, to associate its brand with exclusivity and innovation.[69] Localized

---

[63] UBER_JCCP_MDL_005625539 at 40. Email from Uberalerts@zignallabs.com re "The Washington Post: For his latest magic trick, Uber's new CEO will turn critics into customers" Apr. 19, 2018, at10:32 AM ("Kalanick's 'always be hustlin" rule-bending attitude was a force that forged the company"); UBER_JCCP_MDL_001423010 at 11. Email from Uberalterts@zignallabs.com to Centralcomms@uber.com et al. re "The New Your Times: UPDATE - With Uber's I.P.O., Dara Khosrowshahi Is Taking Travis Kalanick's Company Public," May 3, 2019, at 11:17 PM ("Investors valued an entrepreneur's zeal almost as much as the business plan he or she was selling. And nobody was more zealous than Mr. Kalanick").

[64] UBER_JCCP_MDL_004240802 at 05. Short Message Report between mac@uber.com and rachel@uber.com ("mac@uber.com (1/5/2017, 11:48 PM) tk moves forwards with reckless abandon. … he told me he didn't want me to waste time or team time sending him updates on tough situations.")

[65] UBER-MDL3084-000304899 at 4900, 4905. Aff. Michael Spears, Apr. 7, 2014 ("The thing is, a cease and desist is something that says, 'Hey, I think you should stop,' and we're saying, 'We don't think we should.' The only way to deal with that is to be taken to court, and we never went to court,' [quote published by WSJ of Travis Kalanick].").

[66] Dep. Kalanick 174:8-23; UBER_JCCP_MDL_001870480. Executive Communications Campaign, Your #1 Assignment is to Fix My Reputation, Travis Kalanick, Co-Founder and CEO, Uber Technologies, Inc. (Jan. 2015).

[67] Wall Street Journal. Travis Kalanick: The Transportation Trustbuster. Jan. 25, 2013. Accessed July 9, 2025. https://www.wsj.com/articles/SB10001424127887324235104578244231122376480.

[68] UBER_JCCP_MDL_004959878. Email from supportdc@uber.com to [redacted PII] re "Take your first Uber trip for FREE." May 22, 2012 at 12:59 PM.

[69] UBER_JCCP_MDL_001533288 at slide 22. South 2018 Subregional Marketing (Dec. 2017). ("A festival and conference in Austin, TX that celebrates the convergence of the music, tech and film industry. SXSW is unique to the history of Uber as it was the launching pad of some of our first

HIGHLY CONFIDENTIAL

promotions—such as free rides during holidays or storms—helped introduce the service in new markets while generating media buzz. These strategies, combined with its core emphasis on the superior safety of its company, branded Uber as a modern, reliable alternative to traditional transportation.

79.    In a 2017 marketing document, when the company began to reflect on its trajectory to that date, the company remarked on the rapid growth model it had embraced:



Figure 9. Uber's marketing structure as presented internally in 2017.

marketing and product initiatives beginning in 2012."); UBER_JCCP_MDL_004888949 at slide 17. Phoenix, AZ Weekly Review (June 17-23, 2013).

**HIGHLY CONFIDENTIAL**

80.     The characterization in the slide above is reflected in Uber's rapid expansion. Between 2011 and 2013, Uber launched in cities such as New York, Chicago, and Washington, D.C., and began international operations in Paris in 2011. Uber also started a new brand, UberX, shifting from black cars to its lower-cost peer-to-peer rideshare service. UberX launched in San Francisco in 2012. This shift drastically reduced prices and increased scale, helping Uber outcompete both traditional taxis and other rideshare startups such as Lyft. By 2013, Uber had raised over $300 million in funding and was active in more than thirty-five cities worldwide. In July 2012, Uber completed 272 thousand trips for an annual run rate of 3.2 million rides a year. By December 2013, Uber had completed 3.7 million rides, an annual run rate of 44.4 million rides, giving Uber a compound annual growth rate of 386% over this period.[70]

### B.     Growth (2013–2016)

81.     By 2013 Uber expanded its business as a peer-to-peer ride hailing service. Its marketing in this era continued to focus on rapid growth to recruit riders and drivers. It also worked to create viral campaigns. A 2017 document reflecting on 2013 details Uber's marketing vision and strategy, which include "campaigns or programs to drive virality," "online advertising," "brand partnerships," "NYE war room," and work on "messaging frameworks":[71]

---

[70] Videotaped Dep. Katherine McDonald 30 (b) (6), Apr. 25, 2025. ("Dep. McDonald 30 (b) (6)"). Ex. 668. Number of Completed Rides Trips in the US by Month from July 2012 through Nov. 2024.

[71] UBER_JCCP_MDL_002069185 at slide 21. Marketing Org Discussion, Phase 2 Update (Jan. 2017).

**HIGHLY CONFIDENTIAL**



*Figure 10. A timeline of Uber's marketing approaches.*

82.    Earlier in the same document Uber observes how its marketing evolved as the company grew. It quickly evolved from operating on a city-to-city basis, to something much larger and more national and global in scope:[72]

---

[72] UBER_JCCP_MDL_002069185 at slide 17.

**HIGHLY CONFIDENTIAL**

## At The Beginning...

City Marketers, Whose Scope Evolved Over Time

|  | One Business, One City | One Business, a Few Cities | One Business, Many Cities |
|---|---|---|---|
| What was our business? | • Fee to drivers for platform use | • Fee to drivers for platform use | • Fee to drivers for platform use |
| What was marketing called? | • Austin Geidt | • "Community Managers" | • "Marketing Managers" |
| What did those people really do? | • Sales to limo companies and I/Os | • Build relationships with local influencers<br>• Execute promotions to push riders to platform | • Build local relationships<br>• Execute promotions<br>• Acquisition initiatives<br>• Engagement initiatives |
| What other functions did marketing own? | • Customer support<br>• Operations<br>• Business development | • Customer Support | |
| Customer focus: | • Riders only | • Riders only | • Riders and drivers |
| Notes | *We did not need to proactively push riders to the platform (word of mouth).* | *We didn't need to push riders to the platform, but individual efforts were material on a % basis.* | *Without clarity of activities owned, each individual team attempted full stack of marketing activities.* |

*Figure 11. Uber scales marketers' scope as business grows.*

83.     In 2014, Uber hired a consulting firm, Benenson, to fine tune its messaging. Hiring outside consulting firms is standard practice in marketing, particularly for technology startups.[73] In my experience, tech startups have difficulty hiring enough employees in the early days, and marketing is typically seen as an easy area to outsource. Outsourcing marketing allows a handful of marketing employees to multiply their impact by directing firms such as Benenson, who act as subcontractors.

84.     The documents below were created by Benenson in 2014 and circulated to Uber employees in May 2014. [74] The slides describe differences between "Gen Pop" and "Uber Users." The latter are consumers who are currently using Uber and "Gen Pop," which stands for "general population," represents growth opportunities. As the documents show, Uber and Benenson worked on a marketing strategy to foster rapid growth. The company also focused on the safety messaging at the core of Uber's brand identity. One of the notable features of this strategizing is that it emphasizes how central a reputation for safety is for expanding Uber's user base. Uber's consultants

---

[73] See, for instance, the work of these marketing firms that specialize in launching startups: Lauchsquad. https://launchsquad.com/work: SparkPR. https://sparkpr.com/case-studies; and Diffusion. https://diffusionpr.com/work/.

[74] UBER_JCCP_MDL_002079300. Email from David Plouffe [plouffe@uber.com] to Ed Baker [edb@uber.com] re "Deck." Oct. 2014 at 1:34 PM.

HIGHLY CONFIDENTIAL

are focused specifically on the kinds of safety messages that will convert non-Uber users to Uber users.[75]

85.    The following slide is from the Benenson Strategy Group's interview results that they conducted for Uber. This slide reports the fraction of respondents who answered "agree" or "strongly agree" on questions related to Uber versus taxis. I observed the headline, stating that "Uber's Biggest Vulnerability [to people who know Uber] is Caring More About Profit than Safety":[76]



*Figure 12. Results of a survey completed by Benson Strategy Group for Uber in 2014.*

86.    The document also looks at the extent to which safety comparisons to taxis damage Uber's reputation in the general population (as opposed to among Uber loyalists). The slide is titled "'Safer Than A Taxi' is Kind of Like Being 'Healthier Than McDonald's'" and suggests dropping the taxi comparison.[77] The suggestion is that, as far as Uber is concerned with its reputation for safety, it is better off not making negative comparisons with taxis. This recommendation is focused on the reputational aspect of safety, and the rhetorical impact of making a comparison to the reputational safety of taxis, rather than any empirical measure of safety. Safety is described in general terms in Uber's communications, but it is important to emphasize that safety is contextual for an audience. Since at least 1967, researchers have understood the

---

[75] UBER_JCCP_MDL_002079301. Uber Messaging Research Overview (May 13, 2014).

[76] UBER_JCCP_MDL_002079301 at slide 12.

[77] UBER_JCCP_MDL_002079301 at slide 14.

**HIGHLY CONFIDENTIAL**

idea that consumers' perception of risk is dependent on the individual consumer's subjective experience.[78] For consumers who are worried about traffic crashes, safety will be interpreted as absence from that harm. For young women, the most likely targets of sexual assault, safety will be interpreted through that lens.[79]



*Figure 13. Benson Strategy Group found that safety comparisons to taxis damage Uber's reputation in the general population.*

87.     Uber's consulting firm also observes that there are differences between the general population that Uber is trying to court and its user base at the time.[80] This indicates that marketing strategies are being tailored to appeal specifically to groups,

---

[78] Cunningham, S.M. (1967). "The Major Dimensions of Perceived Risk." *Risk Taking and Information Handling in Consumer Behavior*, Div. of Research, Grad. School of Business Admin., Harvard University, pgs. 82–108. ("'True' or 'actual' probabilities of loss are not relevant to the consumer's reaction to risk except insofar as past experience is the basis for present perception. The consumer can only react to the amount of risk she actually perceived and only to her subjective interpretation of that risk." (citing Stone, R. N., & Grønhaug, K. (1993). "Perceived Risk: Further Considerations for the Marketing discipline. *European Journal of Marketing*, vol. 27, no. 3, pgs. 39-50.)).

[79] UBER_JCCP_MDL_002502769 at 2787. How to Ease Women's Fear of Transportation Environments: Case Studies and Best Practices. MINETA Transportation Institute (Oct. 2009) ("Indeed, gender emerges as the most significant factor related to anxiety and fear about victimization in transit environments.").

[80] UBER_JCCP_MDL_002079301 at slide 20.

**HIGHLY CONFIDENTIAL**

and potentially to target specific groups, that are not inclined to use Uber or are reluctant to use Uber:

*Figure 14. Internal Uber presentation on marketing language and perception.*

88.    In the following slide, I observe that Uber's consultants see a tension between how Uber's messaging will be perceived differently by its user base and the general population. For prospective users, Uber should "focus on how Uber taps into consumers (sic) deeply-held (sic) desires for safety, control, and convenience, and their belief that competition helps consumers." In other words, to grow the business Uber must talk about safety. On the other hand, when messaging to Uber's current users, drawing attention to safety "makes them focus on an area they didn't realize they needed to worry about." Safety is a double-edged marketing sword at this stage of Uber's brand growth. [81]

---

[81] UBER_JCCP_MDL_002079301 at slide 24.

**HIGHLY CONFIDENTIAL**



## Messaging Imperatives

### Put a stake in the ground on safety
- To prove Uber is safe, we need to highlight for people who don't know the basics of how Uber works what technological features and policies actually make it so safe.
- We also need validators. On its own, it's not that credible to many that Uber reduces DUIs. But having MADD by our side does more work than any other message in the poll.

### Be pro-consumer, not anti-taxi
- Being safer than a taxi is like being healthier than McDonald's. Many consumers don't like – or don't use – taxis. If we are too focused on building a contrast with taxis, we limit our potential.
- Messages focused on the "Big Taxi Cartel" and political fights were among the weakest tested.
- Instead, focus on how Uber taps into consumers deeply-held desires for safety, control, and convenience, and their belief that competition helps consumers.

### Know your audience
- Adults 18+ are very different demographically and attitudinally from Users. They don't know how Uber works or if it's safe, and don't respond to some edgier language, particularly messages that play with classism.
- Users, on the other hand, already feel safe using Uber and smart for choosing it. Negative hits on taxis validate their choice. Highlighting Uber's safety protocols makes them focus on an area they didn't realize they needed to worry about.

Benenson

*Figure 15. Notes how "Uber taps into consumers deeply held desires for safety, control, and convenience...".*

89.     Ultimately, Uber's consultants recommend that Uber emphasize safety. But Uber's safety messaging was focused on mollifying fears, rather than disclosing accurate information. As I describe in much greater detail below, when the desire to create an impression of safety conflicted with evidence about sexual assault, the impression took precedence. Uber's consultants recommend that Uber "start inoculating on bubbling negative that Uber puts profit before safety."[82] Uber also indicates that it will target its marketing differently at different groups. The slide also states that driver opportunities are "second-tier importance compared to other pillars, except top-tier for minorities":[83]

---

[82] Uber's consultants also recommend using "validators," like Mothers Against Drunk Driving (MADD) to buttress their marketing claims. Organizations like MADD, to Uber, function like influencer marketing to strengthen reputation. Given the contextual nature of safety, MADD is a skillful choice. Riders worried about drunk drivers will view a MADD partnership as inoculation against that threat. In a similar manner, riders worried about assault will view safety through that lens.

[83] UBER_JCCP_MDL_002079301 at slide 25.

**HIGHLY CONFIDENTIAL**



*Figure 16. Uber's public-facing message architecture.*

90.     The messaging also goes so far as to suggest that it is actively "making our streets safer" and "reducing DUIs." In this slide deck, neither of these claims is delivered with empirical evidence for these claims. This indicates that Uber's consultants were willing to advise the company to make statements in its marketing without factual or empirical basis: [84]

---

[84] UBER_JCCP_MDL_002079301 at slide 26.



*Figure 17. Uber's user-facing message architecture.*

91.     In her deposition, Uber marketing director Elizabeth Ross repeatedly denied the claim that Uber marketing is geared at convincing or persuading customers.[85] Ross testified that Uber aims to inform customers. The slides above show that both priorities are distinct and included repeatedly in marketing recommendations for the company. [86]

92.     In the same set of recommendations, Uber's consultants also explore Uber's competitors. This part of the recommendation explored Uber's competitor Lyft:[87]

---

[85] Ross 30(b)(6) Dep. Vol. I 221:7-10 ("I just don't really love that word when defining marketing, necessarily. I think marketing is there to help educate people so that they can make informed decisions."), 272:1-2 ("I - - again, I don't like the word 'persuading.'"), 275:14-18 ("I don't think that that - - I don't - - I don't necessarily agree with that statement. I don't think we were withholding anything like that to persuade them - - the word that I don't really love using - - to take trips at that time."); Dep. Elizabeth Ross, 30(b)(6) Uber Technologies, Inc., June 12, 2025. Vol. II ("Ross 30(b)(6) Dep. Vol. II") 487:18 ("I - - I don't love the word 'convince.'").

[86] UBER_JCCP_MDL_002079301 at slide 23.

[87] UBER_JCCP_MDL_002079301 at slide 21.

**HIGHLY CONFIDENTIAL**



*Figure 18. Uber's customer survey shows market competition between Uber and Lyft.*

93.      Uber's marketing strategy in response to Lyft was to pit itself as a hostile enemy to Lyft's friendly pink mustache, which adorned the front of drivers' cars during this period. The focus here is brand image:[88]

---

[88] Morrill, Danielle. "Uber Takes on Lyft with Aggressive 'Shave the Stache' Mobile Billboard." *Mattermark* (May 4, 2013). Accessed July 1, 2025. https://mattermark.com/uber-takes-on-lyft-with-aggressive-shave-the-stache-mobile-billboard/; UBER_JCCP_MDL_005406389 at slide 11 ("With a thought-out media buying calendar, we can build out a consistent flow of new, engaging content pushed by 3rd party partners throughout a full semester, brand-buying pink moustaches out of the space.").

**HIGHLY CONFIDENTIAL**



*Figure 19. Uber promotion shaving Lyft's signature stache.*

94.     Around the same time, Uber deployed the messaging on safety that is articulated in its consultants' recommendations. In these years, threat of sexual assault was apparent in light of the aforementioned highly publicized rape by a taxi driver in New York City[89] and another in St. Paul, Minnesota.[90]

95.     In April 2014, Uber continued to create a brand image around safety when it implemented its Safe Rides Fee. [91] From the beginning, the fee was part of

---

[89] CBSNewYork. "Taxi Drivers Join Forces with NYPD to Find Alleged Rapist." May 12, 2011. Accessed Aug. 17, 2015. https://www.cbsnews.com/newyork/news/nypd-on-the-hunt-for-taxi-driver-rapist.

[90] Slavik, R. "Cab Driver Accused of Kidnapping, Attempted Rape." Dec. 9, 2010. Accessed Aug. 17, 2025. https://www.cbsnews.com/minnesota/news/police-taxi-driver-kidnapped-tried-to-rape-passenger/.

[91] This fee was created by Uber to recoup insurance costs, as the company ramped up coverage. Graves Dep. 121:25 ("A. Yes. My understanding was that the rides fee was implemented to help cover the cost of things that would help the rides become safer, like background checks, and apparently, increased insurance policy."); UBER-MDL3084-000046507. Email from Angie You [angie.you@uber.com] to Strahn McMullen [strahan@uber.com], Josh Fox [josh.fox@uber.com], Nairi Hourdajian [nairi@uber.com], and Andrew Noyes [anoyes@uber.com] re "Update re safety webpage." Apr. 4, 2014, at 8:32 PM.

**HIGHLY CONFIDENTIAL**

brand image creation and divorced from actual safety practices. Later, in the context of several lawsuits, it became clear that though the fee generated nearly half a billion dollars, the money was not specifically used for safety improvements. [92]

96.    The following documents show Uber employee Nairi Hourdajian discussing the safety fee in its inception. In the following email exchange, I see Hourdajian note that an Uber employee named Gus says that the fee (designed to recoup costs for UberX) could not therefore be called a "Safety Fee." Hourdajian writes that calling it a Booking Fee or Service Fee would be "totally sub-optimal, obviously." Hourdajian then states that employees "were able to walk Gus' point of view back." I observe that the rhetoric of safety in the name of profit is prioritized over company practice dedicated to actual safety:[93]

**From:** Nairi Hourdajian [nairi@uber.com]
**Sent:** Friday, April 04, 2014 10:50 PM
**To:** Andrew Noyes
**Subject:** Re: Update re safety webpage

Finance has been working on ways to recup some costs for uberX, including a $1 fee. Gus had said that it could not be called a Safety Fee and would have to be called a Service Fee or Booking Fee (totally sub-optimal, obviously, and so Finance was going to work on having it an increase in the base fare). But sounds like Angie and co were able to walk Gus' point of view back.

On Fri, Apr 4, 2014 at 10:11 PM, Andrew Noyes <anoyes@uber.com> wrote:
Heyo - Not sure I understand the first part of this email about a safety fee. Do you?

--

*Figure 20. Internal Uber email about the safety fee.*

97.    In the first email in the exchange, reproduced below, I see the points that had confused Mr. Noyes.[94] The part of the message that indicates the name illustrates Uber's relaxed attitudes toward accuracy in safety messaging at this time, "...we will add a $1 Safe Ride Fee (nice tie to our Safest rides on the road tagline, which [Travis Kalanick] really liked [by the way]) as a separate line item like LYFT."

---

[92] UBER_JCCP_MDL_000326520. Graves Dep. Ex. 3626. Email from Angie You [angie.you@uber.com] to Ryan Graves [ryan@uber.com] and Travis Kalanick [travis@uber.com] re "Project Safety - 3 month progress report." June 1, 2014, at 10:08 PM; UBER-MDL3084-000046507.

[93] UBER-MDL3084-000046507. Email from Nairi Hourdajian [nairi@uber.com] to Andrew Noyes [anoyes@uber.com] re "Re: Update re safety webpage." Apr. 4, 2014, at 10:50 PM.

[94] UBER-MDL3084-000046507.

**HIGHLY CONFIDENTIAL**

Begin forwarded message:

**From:** Angie You <angie.you@uber.com>
**Date:** April 4, 2014 at 8:32:11 PM PDT
**To:** Strahan McMullen <strahan@uber.com>, Josh Fox <josh.fox@uber.com>, Nairi Hourdajian <nairi@uber.com>, Andrew Noyes <anoyes@uber.com>
**Subject: Update re safety webpage**

hey guys,

We had a nice win for Project Safety tonite when we fought back on a proposal for increasing fares in some cities to cover safety related costs that would not have allowed us to advertise a "Safety fee" and spin the price increase as a positive.

I wanted to let you know that we will add a $1 Safe Ride Fee (nice tie to our Safest rides on the road tagline, which TK really liked BTW) as a separate line item like LYFT.

There was a lot of excitement about this once we got to the right answer and I pushed RG to get us eng resources for the website since it would've been ideal to launch this safe ride fee with the safety website.

To that end, RG challenged/pushed Alex Priest to come up with a safety blog post or something that looked like a quick safety webpage that we could put up by mid next week. I don't know if this is actually realistic or whether Alex and team will come up with a blog post about safety that will ultimately morph into our webpage.

I just wanted to keep you in the loop on what's happening as things are moving fast, which seems to be the Uber way.

angie

*Figure 21. Project Safety celebrates the name of the Safe Ride Fee.*

98.     In the following document, I can see Uber employees discussing the way that safety is part of branding and brand image. I highlight here that the safety team appears to be deeply embedded in the marketing department, as opposed to being housed within operations and security. In later documents, released by Uber, this trend persists. These safety reports are primarily concerned with brand image and reputation: [95]

---

[95] UBER_JCCP_MDL_000326520.

**HIGHLY CONFIDENTIAL**

Approaching 3 months on Project Safety - a review of progress to date:

I'm proud of the what the team has accomplished in 3 months - we made recommendations based on sound logic/rationale and have been executing on them quickly.

Amidst the context of trying to get on proper footing with regards to negative PR, highest priority projects I embarked on focused on impacting:

1.    PR/image exposure around safety

2.    insurance costs/litigation exposure

3.    Eye towards being proactive around safety

•    $1 Safe Rides Fee was something the safety team advocated strongly for (PRO Matkin/Priest/Sawchuk) and is an example of proactive branding as well as having financial impact.

o        As you recall, original idea was to have unbranded "price hike" on the base in all cities **minus** the major big 5 cities  -> Branding a price hike emphasizing our focus on safety, with our recommendation that it should be implemented in **ALL** cities for P2P resulted in estimated ~$45M inflow from Safe Rides fee offsetting most of the ~$50M in total insurance costs (Apr-Dec 2014) for this year.

o        While people have made snide comments "what, you weren't safe before this fee?", it ended up raising the conversation in the press about this fee covering things like background checks and our recent expansion of insurance.

•    Safety Webpage:  The safety webpage became a project that not only articulated all we do for safety but forced us to come up with consistent policies so that we could definitively stand behind what we said -- it's done but sadly, still awaiting engineering resources to get it up  :(

•    Background checks has been a significant project within Project Safety

o        As the designated "safety" person, I helped drive a holistic approach to background checks, taking into account growth/operations, impact on insurance costs, regulatory requirements and PR/Comms.

▪                Initial assessment of BGC was that while we made good strides on improving the databases we were tapping into, the decentralized way we were doing things were leading to inconsistent standards, poor training or the wrong people making calls on the flagged BGC.  We had no unified way of

*Figure 22. Project Safety - 3-month progress report from 2014.*

99.    The distance between the rhetoric of safety and the reality of corporate practice persisted in the following months. In June 2014, Uber's Head of Communications, Lane Kasselman, was quoted in the media stating: "We're confident that every ride on the Uber platform is safer than a taxi."[96] He reiterated this statement in an email to colleagues during a scandal in which journalists revealed that Uber hired a felon to drive on its platform: [97]

---

[96] UBER-MDL3084-000312229 at 35. Kirchner, E., Paredes, D, and Pham, S. "Is Uber Keeping Riders Safe?" *NBC Bay Area* (Apr. 24, 2014).

[97] UBER_JCCP_MDL_002709843 at 43-44. Email from Lane Kasselman [lane@uber.com] re "Tonight - NBC BGC/Insurance stories in LA, SF, and Chi." Apr. 24, 2014.

**HIGHLY CONFIDENTIAL**

Team,
Tonight, NBC investigative reporters in Los Angeles, San Francisco and Chicago will be airing stories about Uber's background check process, insurance policies and failures on those topics - all under the frame that consumers are at risk with our service. In at least one of the stories (LA) NBC had a former felon go through Uber's on-boarding process, pass the BGC even though they should have failed, and go out to pick-up riders. We've avoided on-camera interviews and gotcha questions in each of the stories, and only provided comment via email. We should expect all of them to be negative - none of the reporters involved do positive stories.

Note that for the LA story, TK & RG signed off on the following statement. It may draw interest (and support) from policy makers and stakeholders:

CONFIDENTIAL                                                    UBER_JCCP_MDL_002709843

"We screen for convictions and violations going back 7 years that are reasonably related to task the drivers perform (e.g., DUIs, violent/sexual offenses, major moving violations, etc.). A former non-violent criminal that has been remediated deserves the same opportunity to build a small business on the Uber platform and depending on individual circumstances, may be permitted to use the platform. We're confident that every ride on the Uber platform is safer than a taxi."

It's not uncommon for news outlets across the country to run the same stories or content at the same time - but that's usually with news, not features. I don't believe in coincidences on conspiracies, but I do believe in friendships and someone in taxi knows someone at NBC.

Here's a preview for the LA story.

**Lane Kasselman**
Communications
Uber Technologies, Inc.
+1.415.425.7763

*Figure 23. Uber Communications sharing statement that Uber is "safer than a taxi" in 2014.*

100.    It became evident publicly that Uber's Safe Rides Fee was not used for safety. In 2014, two lawsuits were filed against Uber for fraudulent advertising. The settlements paid $28.5 and $25 million for class action and fraudulent and misleading advertising claims about safety. [98]

101.    A 2019 document that was circulated at Uber after appearing online notes a New York Times article which reported on the Safe Rides Fee matter. [99] The

---

[98] MacMillan, Douglas. "Uber Agrees to Pay $28.5 Million Over Safety Claims Lawsuits." *MarketWatch* (Feb. 13, 2016). Accessed July 10, 2025. https://www.marketwatch.com/story/uber-agrees-to-pay-285-million-over-safety-claims-lawsuits-2016-02-13#; Isaac, Mike. "Uber Settles Suit Over Driver Background Checks." *The New York Times* (Apr. 7, 2016). Accessed July 10, 2025. https://www.nytimes.com/2016/04/08/technology/uber-settles-suit-over-driver-background-checks.html; UBER_JCCP_MDL_001481664 at 93. Email from Ariella Steinhorn [Ariella@uber.com] to Communications [comms@uber.com] and Policy [policy@uber.com] re "Uber News Clips for April 8, 2016." Apr. 8, 2016, at 12:36 PM.

[99] UBER_JCCP_MDL_001543329 at slide 28-33. Uber Weekly Media Intelligence (Aug. 29, 2019) ("The article states that Uber's Safe Rides Fee was simply a way for the company to make money, rather than to promote safety. Conversation was driven [by] mentions expressing disgust towards

**HIGHLY CONFIDENTIAL**

article argues that Uber's Safe Rides Fee was primarily created to increase profit margins, generating nearly half a billion dollars, but the money was not specifically used for safety improvements: [100]



*Figure 24. New York Times article covering Uber displayed in Uber's internal documents.*

102.    Not long after implementing its Safe Rides Fee, in 2015, Uber continued to target its marketing toward women, both as drivers and as riders. For example, Uber attempted to collaborate with UN Women in 2015 to pledge to create one million jobs for women as drivers.[101] The UN backed out, at least in part, out of safety concerns.[102]

---

Uber for charging these fees that were never used to improve safety. Other social media users reinforced this point, questioned the company's ethics, and raised existing safety concerns.").

[100] Isaac, Mike. "How Uber Got Lost." *The New York Times* (Aug. 23, 2019). Accessed July 13, 2025. https://www.nytimes.com/2019/08/23/business/how-uber-got-lost.html.

[101] Dep. of Nairi Hourdajian, Feb. 7, 2025. ("Hourdajian Dep.") Ex. 0111. Filipovic, Jill. "The Ride-Sharing Battle for Female Passengers." *Cosmopolitan* (June 29, 2015); Nair, Adarsh. "Unlocking the Secrets Behind Uber Marketing Strategies." *Prismatic* (Aug. 10, 20203). Accessed July 13, 2025. https://www.prismetric.com/uber-marketing-strategies/.

[102] "UN Halts Partnership with Uber to Create Jobs for Women." *CBS News* (March 23, 2015). Accessed September 9, 2025. https://www.cbsnews.com/news/un-halts-partnership-with-uber-to-create-jobs-for-women/

**HIGHLY CONFIDENTIAL**

103.    Also in 2015, Uber developed a defensive brand campaign to respond to negative safety reputation. Uber planned to begin in the U.S. and expand globally, use a female spokesperson when possible, and feature vetted riders and drivers with personal safety narratives. I observe this in the highlighted section from the following planning document:

**PROACTIVE MEDIA CAMPAIGN (JUNE-OCT)**

- Begin in the U.S. and expand globally
- Use a female spokesperson when possible
- Feature vetted riders and drivers with personal narratives re safety
- Target audiences:
    - Women aged 18-49
        - Ridesharing offers real safety advantages over taxis
    - US Policymakers
        - Uber is taking safety seriously in every single district
    - Institutional investors & industry analysts
        - Uber's position on insurance / background checks is evolving to limit legal exposure
- Focus on outlets with broad listener / reader bases (this will rarely include Silicon Valley-based press like SF Magazine which has extremely limited reach)

| Target | Reach | Pitch |
|---|---|---|
| NPR Morning Edition | 13.3m listeners (DC) | Roll out poll results re ridesharing safety |
| USA Today | 2.9m readers (DC) | Roll out poll results re ridesharing safety via op-ed |
| Radio satellite media tour (SMT) | NYC, LA, Chicago | Roll out poll results re ridesharing safety |
| Cosmopolitan | 3m readers (NYC) | Getting home safe on campus (pitch into college safety narrative) |
| Glamour | 2.3m readers (NYC) | The Women of Uber culture story (profiles of Rachel, Nairi) |
| WSJ Editorial Board | 2.3m readers (NYC) | Background briefing |
| NYT Editorial Board | 1.9m readers (NYC) | Background briefing |

*Figure 25. Uber campaign outline.*

**HIGHLY CONFIDENTIAL**

104.    It also used marketing to claim that women could use the app "to get out of situations that are physically unsafe." [103] Uber is placing a stake in the ground with these objectives, contrasting the safety of the platform to taking taxis or driving.

Exercise #2: 6-month Safety Campaign – "Get Uber. Get Home."

OBJECTIVE

A negative narrative evolved in Q4 2014 around safety, Uber, and women (*see* Daily Beast, The Guardian, LA Times) The goal is to reverse that narrative – to make Uber synonymous with safety -- via strong national and international media hits on corporate culture, rider testimonials, data-driven safety use cases, and product improvements.

BACKGROUND

Riders use Uber not just for convenience, but also for safety. Women, in particular, can use ridesharing to get out of situations that are physically unsafe – a date gone awry late at night, an early morning ride needed to get to the airport, leaving an event or party in a high-crime area. Standing in the street hailing a taxi at odd hours or in unfamiliar areas -- or driving home drunk -- is dangerous. There is also a huge opportunity to lean into the "Uber for Seniors" angle (22 million Americans read AARP magazine, based in Washington, DC, so one pitch would have big impact.) Action items are to collect and then tell the positive stories of how riders use Uber to stay safe.

*Figure 26. Uber stated objective is to reverse the narrative on safety.*

105.    A similar emphasis is evident below:

---

[103] Hourdajian Dep. Ex. 1009. UBER_JCCP_MDL_001869888 at 9889.

**HIGHLY CONFIDENTIAL**

**Focus Groups & Dial Testing:** Host 4-5 focus groups of female Uber riders (age 18-49) in the fastest-growing U.S. markets to collect color, anecdotes, and to dial-test company messaging on safety.

**Rider Stories:** Identify and vet female Uber riders willing to relay real-life accounts of how ridesharing has kept them safe for op-ed placement or magazine profiles.

CORE MESSAGES

Most recent safety messaging:

*Ridesharing helps make cities safer. A new study we conducted with Mothers Against Drunk Driving (MADD) shows just how powerful choice can be: Since we launched UberX in California, drunk-driving crashes decreased by 60 per month for drivers under 30. That's 1,800 crashes likely prevented over the past 2 ½ years.*

New Messages:

*Imagine a world where no one drives drunk because everyone has a choice about how to get home safely. The simple truth is that ridesharing services like Uber can help save lives.*

*You deserve to get home without having to stand in the street in the dark or the rain or in a bad neighborhood to hail a cab. Uber provides safe, reliable, hassle-free, door-to-door service that gives you peace of mind.*

*With Uber, you're in control. From choosing a highly-rated driver, to sharing your ETA with a friend, to providing real-time feedback on your experience, our riders get cutting-edge technology combined with common sense protections.*

*Figure 27. Uber conducts focus group on target market.*

106.    In 2016, Uber also implemented its "#WhyIRide" campaign to gather and disseminate individual stories of riders using its platform. Uber shared user stories from social media on their Uber Newsroom site. [104]

---

[104] *I.e.*, Uber Newsroom. #WhyIRide–Ramona (Nov. 24, 2016). Accessed July 29, 2025. https://www.uber.com/newsroom/why-i-ride-ramona/.

**HIGHLY CONFIDENTIAL**

107.   In 2016, Buzzfeed ran an article based on leaked documents that argued that Uber had thousands of queries for "sexual assault" and "rape" on customer support tickets (text from article and image from leaked documents below): [105]

In one screenshot, a search query for "sexual assault" returns 6,160 Uber customer support tickets. A search for "rape" returns 5,827 individual tickets. Other variations of the terms yield similarly high returns: A search for "assaulted" shows 3,524 tickets, while "sexually assaulted" returns 382 results.



*Figure 28. Zendesk screenshot from Buzzfeed article.*

108.   Uber updated the article in the following way:

> According to data provided by Uber to BuzzFeed News, the company received five claims of rape and "fewer than" 170 claims of sexual assault directly related to an Uber ride as inbound tickets to its customer service database between December 2012 and August 2015.

109.   And responded by seeking the employee who leaked the information:

---

[105] Warzel, C, and Bhuiyan, J. "Internal Data Offers Glimpse at Uber Sex Assualt Complaints." *BuzzFeed News* (Mar. 6, 2016). Accessed July 13, 2025. https://www.buzzfeednews.com/article/charliewarzel/internal-data-offers-glimpse-at-uber-sex-assault-complaints

HIGHLY CONFIDENTIAL

> Uber provided these numbers as a rebuttal to screenshots obtained by BuzzFeed News. The images that were provided by a former Uber customer service representative (CSR) to BuzzFeed News, and subsequently confirmed by multiple other parties, show search queries conducted on Uber's Zendesk customer support platform from December 2012 through August 2015. Several individual tickets shown in the screenshots have also been confirmed.

110.    Uber also published a Medium article in response. [106] In this article it said that some of these queries could be people mistyping the word "rape" and said that names such as "Don Draper" might lead to the same result. Buzzfeed denied this. Uber then published a correction on the same Medium article, which was reported in Forbes and elsewhere, and says that using the name Don Draper may not have been appropriate for the subject: [107]

TECH

# Uber Admits 'Don Draper' Is Not A Good Way To Explain 'Rape' Reports

By Abigail Tracy, Former Contributor.    ⊙ I am a senior news producer for Forbes' technology channel.

Published Mar 08, 2016 at 12:58pm EST, Updated Mar 14, 2016 at 03:33pm EDT

*Figure 26. A headline about Uber from Forbes in 2016.*

111.    In general, this exchange indicates that Uber was not initially prepared to take seriously the allegations that it was unsafe and that it was primarily concerned with the reputational damage of this article.

112.    Uber continued to work with consulting firms to work on its reputation following the lawsuits and scandals prior to 2016. In 2016 it hired the firm Kelton which delivered a safety report for the company.[108] The document explored cultural concerns with safety as a way to help Uber develop strategy to restore its brand image:

---

[106] Uber. "Safety at Uber." *Medium* (Mar. 6, 2016). Accessed July 13, 2015. https://medium.com/uber-under-the-hood/safety-at-uber-6e638616bd4a.

[107] Tracy, A. "Uber Admits 'Don Draper' Is Not a Good Way to Explain 'Rape' Reports." *Forbes* (Mar. 8, 2016). Accessed July 13, 2025. https://www.forbes.com/sites/abigailtracy/2016/03/08/uber-sexual-assault-rape-report-rebuttal-customer-support-tickets/.

[108] UBER_JCCP_MDL_002713560. Kelton. "Dimensionalizing Safety for Uber: US Cultural Insights" (Nov. 2016).

**HIGHLY CONFIDENTIAL**



## Safety & Trust in the US

### More Responsibility for their Own Safety

Along with 'happiness,' **'safety' is the** *raison d'etre* for American government & cultural life, according to the Constitution.

Americans feel their safety – and therefore their happiness – is under assault in new and more varied ways, from a host of unknowns across geopolitical, technological, social, and economic arenas.

- In this world that feels unwieldy and uncertain, **consumers feel the need to carve their own narrow channels to feel safe.** Within the sharing economy especially, this represents a consumer shift **from dependence to empowerment.**

### Safety is a Quality of Freedom

Freedom is the cornerstone of American ideology and identity, and the source of our contradictions & tensions.

- American freedoms present two different notions of safety: the **freedom** *from* e.g. imprisonment without trial, and the **freedom** *to* e.g. assemble, practice any religion, etc.

- This creates a bifurcation in how companies address safety – as **freedom from threats and a guarantee of protection**, or, as **freedom to do as you please, unrestricted and empowered.**

### Institutional and Humanistic Approaches

**Feelings of safety are built by a range of solutions.** Some solutions come from within and are bolstered by human interactions, while others come from external powers like the government, services or social groups.

- Consumers are actively constructing their own **personal 'safe spaces'**, online and in local communities. In this context, **technology** is increasingly trusted to provide solutions, especially in the transportation industry and within the competitive set.

Kelton

*Figure 29. Content from Kelton's report for Uber around safety.*

113.    The document also noted key differences in how different brands relate to the public view of safety. Uber is in the quadrant that emphasizes power, as opposed to protection, empowerment, or care:

HIGHLY CONFIDENTIAL



*Figure 30. Kelton's analysis of Uber's brand compared to competition.*

## C.    Company Reconfiguration and Continuation of Safety Branding (2017-2019)

114.    In June 2017, Uber's CEO at the time, Travis Kalanick resigned after growing pressure resulting from public reports of the company's unethical corporate culture, including allegations that he ignored reports of sexual harassment at the company. A key report in this regard was the statement of Susan Fowler, who was hired as a site reliability engineer, and who, in February of 2017 posted a widely-read blog post titled *"Reflecting On One Very, Very Strange Year At Uber."*[109] In it, she described being propositioned by a manager on her first day at Uber, and how her complaints to HR were dismissed because the manager was labeled a "high performer."

115.    Fowler's post prompted an internal investigation at Uber and former U.S. Attorney General Eric Holder and this team were hired to conduct the investigation.[110] The report led to the dismissal of several Uber employees and

---

[109] Fowler, S. "Reflecting on One Very, Very Strange Year at Uber." Accessed July 29, 2025. https://www.susanjfowler.com/blog/2017/2/19/reflecting-on-one-very-strange-year-at-uber.

[110] UBER_JCCP_MDL_005764222. Meeting of the Board of Directors – Recommendations.

recommended that Kalanick step down. It exposed the fraught company climate and the challenges that Kalanick posed, suggesting numerous changes to including enhanced board oversight, additional internal controls, and improvements to training and human resources processes.

116.    While Kalanick resigned as CEO in 2017, he retained his seat on the board of directors until he resigned the seat on December 31, 2019. In 2017, Kalanick was replaced as Uber CEO by Dara Khosrowshahi. Kalanick's departure was followed by a period of change and reform at Uber, including an attempt to shift culture and business practices. While some attention to new safety strategies began during this period, the momentum of previous safety branding continued to eclipse new safety initiatives.

117.    After the 2016 settlements, in which Uber settled a lawsuit with California regarding the Safe Rides Fee, and a class action lawsuit on related claims, Uber was required to change the language regarding its safety branding. It agreed in the settlement that it would no longer brand itself as "the safest ride on the road."[111] It was also no longer allowed to call its drivers' background checks "the gold standard," and it changed the name of its Safe Rides Fee to a booking fee. Nevertheless, Uber continued to prioritize safety in its brand image and internal documents in patterns that resembled what it had done before. Despite the change in leadership, and despite the settlement agreement, many of Uber's marketing practices around safety remained consistent with its previous practices.

118.    In a March 2017 document, for example, Uber emphasizes the deep connection between its brand and safety. The slide presentation exhorts its audience to "prioritize safety needs and feelings of trust."[112] The slide is shockingly explicit: "Safety is a feeling. An instinct. A brand experience."[113] Imagine the version of this slide if the safety team existed outside the marketing team. Safety could have been defined as actual safety and security, enforced by Uber and communicated to riders. In Uber's telling, safety is not a practice to be enforced but a feeling to be marketed— reassurance for riders rather than security.

---

[111] MacMillan, D. "Uber Agrees to Pay $28.5 Million to Settle False Advertising Case." *The Wall Street Journal*. (Feb. 12, 2016). Accessed July 13, 2025. https://www.wsj.com/articles/uber-agrees-to-pay-28-5-million-to-settle-rider-safety-case-1455228038#; Ross 30(b)(6) Dep. Vol. I 119:12-120:1 ("Q. Okay. It goes on to say, "No Superlatives: Avoid superlative statements about our safety and insurance program. We cannot claim that our product is the 'safest,' 'the best in class,' or 'industry leading.' ... The Deponent: These are terms that were part of the settlement that we are not able to use after 2016. And, yes, they are overpromises that were in campaigns prior to that date that we no longer use at all.").

[112] UBER-MDL3084-000067465 at slide 3. Uber Trust and Safety Brand Narrative (Mar. 2017).

[113] *Id.*

**HIGHLY CONFIDENTIAL**

119.    The next slide is, if anything, more explicit:

Trust and safety sentiment unlocks opportunity for Uber. By understanding the relationship between safety and trust, brand and reputation, we can help spur growth, increase engagement, become the antidote for churn, and uncover a long-term lever for growth.[114]

120.    The document goes on to note that "Uber brand love requires trust and safety," that trust is "reciprocal with safety" and that brand love will mean that users "forgive brand failures":[115]



*Figure 31. Uber branding documents pinpointing safety as essential to the brand.*

121.    In the same 2017 document, Uber also developed implementation tactics for bringing its messaging into the world. Here is an example of the specifications for ad creatives that it planned:[116]

---

[114] *Id.* at slide 4.

[115] *Id.* at slide 10.

[116] *Id.* at slide 47.

**HIGHLY CONFIDENTIAL**

*Figure 32. Uber's ad creatives for implementing its safety branding and marketing strategy.*

122.    In addition, Uber also planned a "full website and SEO strategy overhaul keeping safety in mind,"[117] and developed an extensive actionability map,[118] and a detailed list of groups in the company who would be involved in implementation.[119]

123.    In November of 2017, in a global branding document, the company noted that the primary key performance indicator (KPI) is "safety sentiment," while a secondary KPI is "safety behavioral metrics."[120] The priority in this document is reputational branding:

---

[117] UBER-MDL3084-000067465 at slide 48

[118] UBER-MDL3084-000067465 at slide 57.

[119] UBER-MDL3084-000067465 at slide 66.

[120] UBER_JCCP_MDL_000190756 at slide 22. Safety x Live Background + Thought Starters, Information for the Global Brand + Marketing Partnerships Team (Nov. 2017).

**HIGHLY CONFIDENTIAL**

*Figure 33. Uber's stated KPI's have safety sentiment listed as primary, and safety behavioral metrics, secondary.*

124.    In another 2017 document, Uber continued to work toward establishing its safety reputation with a new program called Stand for Safety. When it introduced the program, it said that for 2018, safety is the company's "#1 Priority."[121] The program was set to roll out in 2018 and began with a February 2018 summit. The goal was for the program to govern all of Uber's practices globally:[122]

---

[121] UBER_JCCP_MDL_001113654 at slide 1. Stand for Safety - 2018 Strategy and Plan (May 2018).

[122] UBER_JCCP_MDL_001113654 at slide 8.

**HIGHLY CONFIDENTIAL**



Global Strategy and Execution that unites Uber around the Stand for Safety.

*Figure 34. Uber aims to create unification across the company around the importance of safety.*

125.    The program was built, in part, to develop new safety practices at Uber. Nevertheless, the program also emphasized that a key objective was to "ensure users feel that Uber is deeply committed to safety." Once again, reputation and public sentiment are a focus of the brand campaign:[123]

---

[123] UBER_JCCP_MDL_001113654 at slide 16.

**HIGHLY CONFIDENTIAL**



*Figure 35. Stand for Safety objectives.*

126.    It is worth noting that in the slide above, Uber implies that it has compromised on safety in the past and plans no longer to do so.

127.    An additional facet of safety branding at Uber was the role of driver ratings in giving riders the perception of safety. A product feature document from January 2017 said that "[r]atings pull the vast majority of weight today in ensuring safety perceptions among riders—hugely valuable."[124] The March 2017 deck discussed earlier had a slide describing the objective to "Communicate that we care about safety," which listed the rating system as something that "riders … most want to know."[125]

128.    The perceptual value of ratings may have encouraged choices from Uber that undermined the value of the ratings. For instance, the rating was limited to the last 500 trips, rather than including all of the trips taken by the driver.[126] Similarly,

---

[124] UBER_JCCP_MDL_000303417. Concept Feedback Master Table (Jan. 26, 2017).

[125] UBER-MDL3084-000067465 at slide 45.

[126] UBER-MDL3084-000002859. Safe rides, safer cities ("Your rating is based on an average of the number of post-trip stars riders gave you (from 1 to 5 stars), up to your last 500 rated trips or the total number of rated trips you've taken, if less than 500.").

unrated trips were simply ignored for the purposes of calculating the driver's rating.[127] There are many ways to impute missing values in a data set; Uber's approach encourages higher ratings to be shown to potential riders.

129.    In a 2018 "Rider Safety Education (Content Marketing) Brief", the program is being implemented with a focus on brand sentiment, which is listed as a key performance indicator (KPI):[128]

**OBJECTIVE + KPI**

Create and provide valuable, relevant, and instructional consumer content that builds brand trust and the confidence and certainty that Uber is committed to safety.

1. **Lifecycle channels:** Meet consumer safety needs by infusing safety education + safety product education into driver user journeys (e.g., what to do in an emergency, how background checks work, how to use safety features).

2. **Website:** Create a consistent and compelling website presence across Safety and Insurance topics [engagement/visitation, favorability] - **This is a seperate project but important to sync and align across projects.**

**KPIs**

● Brand sentiment
  ○ Survey "Uber is committed to safety"
  ○ Social Sentiment - via Brandwatch dashboard
  ○ Organic social - performance against current benchmark/average engagement

**LOCATIONS**

*Figure 36. Campaign objectives and KPI's.*

130.    I can also see echoes of this program in the H2 2018 Safety and Insurance Brand Plan, which uses the language "Make Uber the safest and the most trusted transportation choice,":[129]

---

[127] Dep. Valerie Shuping, Apr. 17, 2025. 52:11-21 ("How does it count in the driver's score if a passenger doesn't rate a trip? A. It doesn't count. It's - - it's not a zero. I guess if that's what you're asking. It just is blank, null. Q. Okay. So the star rating is calculated over a number of trips that only have ratings; is that right? A. Right. Because we don't know how to - - we don't know what the rating for the empty one is.").

[128] Ross 30(b)(6) Dep. Vol. I, Ex. 1056. UBER_JCCP_MDL_000250691. Rider Safety Education (Content Marketing) Brief (Apr. 13, 2018).

[129] UBER-MDL3084-000159988 at 9989. Safety and Insurance, H2 2018 Brand Plan (2018).

HIGHLY CONFIDENTIAL



*Figure 37. Internal Uber presentation.*

131.    In the same document, I can see that in H1 of 2018, Uber was focused on reputational challenges:[130]



*Figure 38. Uber highlighting CNN's investigative report as a challenge in 2018.*

132.    By 2019, despite its Stand for Safety campaign, Uber was dealing with a much wider public reputational challenge, and its internal documents show that it was developing campaigns to address these challenges. In the following document, I

---

[130] UBER-MDL3084-000159988 at 9991. The article in the screenshot above is available in an updated form here: CNN. CNN Investigation: 103 Uber Divers Accused of Sexual Assault or Abuse (Apr. 30, 2018). Accessed Aug. 17, 2015.

**HIGHLY CONFIDENTIAL**

observe Uber noting headlines that depict reporting on sexual harassment allegations concerning its platform:[131]



*Figure 39. Uber noting headlines that depict reporting on sexual harassment allegations concerning its platform.*

133.    In a document that assesses the media climate, Uber develops tactics for "flipping the narrative" in its media presence and writes mockup titles:[132]

---

[131] UBER_JCCP_MDL_001720191 at 0195. Project T, Onboarding (Sept. 30, 2019).

[132] UBER_JCCP_MDL_000510521.0007. Safety Communications (Nov. 30, 2018).

HIGHLY CONFIDENTIAL








*Figure 40. Uber explores "flipping the narrative" in its media presence and writes mockup titles.*

134.    The 2019 campaign Safety Never Stops doubled down on Uber's safety narrative, asserting Uber aggressively as a safe company—a job that is never finished.[133] As I discussed above, safety is contextual, and riders were likely to interpret campaigns such as these through the particular dangers they were worried about. For young women, likely safety meant freedom from sexual assault. In planning documents for this campaign, Uber states that "[s]afety features make riders believe Uber is committed to safety, thus makes them feel safe riding with Uber."[134] Uber also contemplates ads that imitate advertising for safety in the airline industry. This aspirational comparison does not acknowledge the regulatory framework in which the airline industry operates.[135]

135.    Despite Uber's attention to reports of sexual assault on its platform, the prolific reputational messaging continued to pummel its user base, sometimes in ways that seem egregious in hindsight. The relentless messaging around safety was central to Uber's branding strategy throughout its history. During this marketing phase, several plaintiffs received a safety notification on the same day as reporting an

---

[133] UBER_JCCP_MDL_002063229 at slide 6.

[134] UBER_JCCP_MDL_002063229 at slide 4.

[135] UBER_JCCP_MDL_002063229 at slide 9.

HIGHLY CONFIDENTIAL

assault—highlighting a striking disconnect between the reality on the ground, and the safety messaging campaign. Here I will briefly describe these messages, with a full discussion in below.

136.    For instance, Brianna Mensing received this "Pro Tip" in her Uber app on the day of her incident, March 26, 2019:[136]

```
Author: Pro Tips

Title: Share your trip details with loved ones

Content:
 Let friends and family follow your route and know when you arrive safely. Here's how:

1. Tap the shield icon on your map screen, then tap Share My Trip.

2. You can also set up reminders to share your trip whenever you ride at night by
designating up to 5 people as Trusted Contacts.


Button: Learn more
URL: https://www.uber.com/ride/safety/?
utm_source=helix\u0026utm_medium=inapp\u0026utm_campaign=latenight
```

*Figure 41. Brianna Mensing's in-app message from the day of her incident.*

137.    ▮▮▮▮▮▮▮▮ and Jaylynn Dean received safety reminders via a push notification on their phones from Uber on the day of their incidents stating "Even on a short ride and seated in the back, use a seat belt for safety."[137] ▮▮▮▮▮▮ similarly received a push notification on her phone from Uber on the day of her incident, "Buckle up, turn up the volume, and check out the sounds of safety."[138]

138.    In response to the many sexual assault allegations surrounding the company, in 2019, Uber also released a safety report based on 2017–2018 data. The document offered data and information about the safety incidents on its platform.[139]

---

[136] UBER-MDL3084-BW-00000033 at I618. CRM Communication Log for Brianna Mensing. ("Mensing Comm Log")

[137] UBER-MDL3084-BW-00000012 at I57787. CRM Communication Log for ▮▮▮▮▮▮▮ ("▮▮▮▮ Comm Log"); UBER-MDL3084-BW-00000017 at I1459. CRM Communication Log for Jaylynn Dean ("Dean Comm Log")

[138] UBER-MDL3084-BW-00000014 at I66431. CRM Communication Log for ▮▮▮▮▮▮▮ ("▮▮▮▮ Comm Log")

[139] Uber. US Safety Report (2017-2018). Accessed July 30, 2025. https://www.uber-assets.com/image/upload/v1575580686/Documents/Safety/UberUSSafetyReport_201718_FullReport.pdf. ("Uber Safety Report (2017-2018)")

**HIGHLY CONFIDENTIAL**

As I discuss below, this safety report and the two that followed it were master classes in presenting data to influence, not inform.

139.    In "Safety Brand Tracker," a 62-slide presentation about sentiments around safety from 2019, Uber continued to conceive of its safety marketing as a matter of changing perception:[140]



*Figure 42. Uber is interested in the perception of their commitment to safety.*

140.    Uber also continued to embed its safety department in the marketing divisions of the company, as is evident in the following 2019 slides. Uber's work on safety was deeply embedded with its branding and marketing, as evinced by the following two slides.

141.    Here Uber illustrates that the Safety & Insurance Organization includes a product marketing function, which includes safety branding:[141]

---

[140] UBER_JCCP_MDL_001617918 at slide 7. Safety Brand Tracker, 2019 Global Report (2019).

[141] UBER_JCCP_MDL_000420202 at 0212. Safety & Insurance Marketing (Sept. 30, 2019).

HIGHLY CONFIDENTIAL



*Figure 43. Uber's Safety & Insurance Marketing from 2019.*

142.    In the same slide deck, Uber illustrates that Women's Safety was a division of the Brand Marketing Team:[142]

---

[142] UBER_JCCP_MDL_000420202 at 0213.

**HIGHLY CONFIDENTIAL**



*Figure 44. Brand and Product Marketing Teams have a large focus on safety initiatives.*

143.    The same document indicates that Uber continues to deal with media attention to its practices in reckoning with reputational marketing. In the following slides, Uber observes "frequent media reports of sexual and gender-based violence." It notes a number of headlines that highlight violence toward women on Uber platforms. The document also notes that "in the US females are twice as likely to limit rides when alone," which suggests that it is interested in tackling this difference as a safety marketing challenge:[143]

---

[143] UBER_JCCP_MDL_000420202 at 0255.

HIGHLY CONFIDENTIAL



*Figure 45. Uber's Safety & Insurance Marketing presentation from 2019.*

144.    In the following slide, Uber also observes that sexual assault is a key challenge for safety in the United States, as opposed to other forms of violence and threats that are prominent in other countries:[144]

---

[144] UBER_JCCP_MDL_000420202 at 0208.

**HIGHLY CONFIDENTIAL**



*Figure 46. Uber's Safety & Insurance Marketing presentation from 2019.*

145.    In another slide, Uber acknowledges that its history poses challenges to its reputational marketing. It acknowledges internally what was being reported on in the press. For instance, in 2018, CNN reported on the pattern of rape on its platform from 2014-2018.[145] Far from being in a situation where it can easily leverage its record for safety in its marketing, as the fictive headlines discussed earlier could have allowed, the company is contemplating ways that it can appear safe despite the long history of safety incidents on its platform globally and in the United States:[146]

---

[145] O'Brien, Sara A., et al. "CNN Investigation: 103 uber drivers accused of sexual assault or abuse." *CNN* (Sept. 28, 2018). Accessed September 9, 2025. https://www.cnn.com/2018/09/28/tech/uber-driver-sexual-assault.

[146] UBER_JCCP_MDL_000420202 at 0209.

**HIGHLY CONFIDENTIAL**



*Figure 47. Uber has a history of sexual assault from around the globe.*

146.     In this period, Uber's marketing strategy continues to emphasize safety sentiment as its key priority. In the following slide, the company lists as a key initiative "land compelling safety campaigns that move the awareness/sentiment needle":[147]

---

[147] UBER_JCCP_MDL_000420202 at 0244.

HIGHLY CONFIDENTIAL

## Key Initiatives

1. Land compelling safety campaigns that move the awareness / sentiment needle (see KPIs):
   a. Land master brand narrative, creative brief, new visual identity, and all safety basics.
   b. Build research-backed campaigns for 1. Active Riders, 2. Opinion Elites, 3. GenPop, and 4. Women-Direct audiences that are proven to influence Corporate Safety Sentiment KPIs. Plan.
   c. Support US, ANZ, EMEA, India and LatAm regional teams on Safety campaign plans.
   d. Launch Partner Injury Protection Campaign (US, ANZ and France/UK).

2. Launch the US Transparency Report with surgical precision and mitigated spill-over:
   a. Draft and finalize report content and data visualizations
   b. Land the consumer and business client mitigation strategy & execution
   c. Ready a reactive (crisis) consumer plan for worst-case scenario post-launch
   d. Establish industry engagement model (Create and Launch advocate Corporate Transparency Consulting Arm)

3. Deepen our issue-specific campaign bench to ensure brand thought-leadership:
   a. Scale #DontStandBy', 'Back to School', 'Check Your Ride' and 'Community Guidelines' campaigns to global teams
   b. Create global Road Safety campaign to showcase Safety in new modalities
   c. Support regional adoption of v1 foundational programs (industry safety events, Driving Change)
   [Full 2019 Plan here | Full H2'19 Plan here]

*Figure 48. Uber's marketing strategy continues to emphasize safety sentiment as its key priority.*

147.    These key initiatives were supported with significant spend, as seen in the screenshot below. ██████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████[148]

---

[148] UBER_JCCP_MDL_002527017 at tab Pivot Table 1. US&C - H2 Marketing Priorities (2019).

**HIGHLY CONFIDENTIAL**



*Figure 49. Various Uber teams have budgets for safety initiatives including Brand&Creative, Regional US&C, and Research.*

148.    In general, in the period from 2017-2019, Uber used its marketing to battle a reputation for unsafe practices. It remained concerned primarily with sentiment and reputation. While it may have adopted some new practices to enhance safety, its branding and reputational challenges prioritized safety messaging. This messaging, as seen in detail below, did not give its users or potential users enough information to make informed decisions of relative risk when hiring an Uber.

### D.    Defending the Brand: Uber's Safety Reports

149.    As I mention in my qualifications, above, for the last decade, I have taught a class to master's students called "Telling Stories with Data." The class, which uses works such as *How Charts Lie*,[149] *Persuading with Data*,[150] and *Effective Data Storytelling*,[151] aspires to help students recognize when data presentation informs and when it misleads. Although not part of the class curriculum, Uber's U.S. Safety Reports would be perfect for inclusion, as they are a case study in misleading data presentations.[152] The reports are presented as candid disclosures about safety, but are,

---

[149] Cairo, A. (2019).

[150] Kazakoff, M. (2022).

[151] Dykes, B. (2019).

[152] Uber Safety Report (2017-2018), Uber. US Safety Report (2019-2020). Accessed Aug. 12, 2025. https://drive.google.com/file/d/1r2gUgnux2MzM4YMi6D3nwHJb2UaZ5Yjv/view?usp=sharing&uclick