# A.1
# (Part 2)

**HIGHLY CONFIDENTIAL**

in substance and execution, public relations documents designed to bolster Uber's image rather than give consumers the information they need to assess their safety.

150.    The organization of the reports de-emphasizes the scope and frequency of safety risks. The most alarming statistics—sexual assaults and other severe safety incidents—are buried deep in the document, after pages of "forewords," "safety investment" descriptions, and promotional content about new app features. This is not an accident: placing the most concerning information late in a long report reduces the likelihood it will be read, remembered, or covered prominently in the media.

151.    Uber consistently frames statistics in a way that makes incidents seem rare, rather than giving readers the statistics in ways that encourage understanding. For example, in the 2017–18 report, Uber opens the executive summary reporting statistics with a "relative framing" in boldface: "The vast majority (99.9%) of Uber trips end without any safety-related issue at all." The report then shares that "0.1% of trips had a support request for a safety-related concern" and "0.0003% of trips had a report of a critical safety incident, which are the incidents referenced in this report." At the time of the report, Uber was completing 4 million rides per day, so an "absolute framing" of these numbers would say "1.46 million Uber trips each year have a support request for a safety-related concern" and "5,981 trips during the two years of this study had a critical safety incident." Relative framing, such as "0.0003% of trips" or "1 in 5 million trips" obscure the real-world meaning that is clearer with absolute figures. These 5,981 critical safety incidents during the two years are an average of 8 per day. When I account for all sexual assault or sexual misconduct categories Uber measures (including the ones it omits from public reports) in 2017-18, there are 164,544 total incidents.[153] From 2017 through 2024, the total number of incidents rises to 546,196 incidents or one incident every 8 minutes.[154]

152.    Examples of the dichotomy of data presentation abound. For instance, an academic article on smoking describes the risks to academics as "the rate of death from any cause among current smokers was about three times that among those who had never smoked."[155] In an effort to communicate to a lay audience, the authors also write, "Smokers lose at least one decade of life expectancy," a conclusion that elicits

---

id=ef753a91-aa7c-498a-a803-3ce3c48b9c08 ("Uber Safety Report (2019-2020)"); Uber. US Safety Report (2021-2022). Accessed Aug. 12, 2025. https://uber.app.box.com/s/lea3xzb70bp2wxe3k3dgk2ghcyr687x3?uclick_id=ef753a91-aa7c-498a-a803-3ce3c48b9c08. ("Uber Safety Report (2021-2022)")

[153] Incident Report Classification of Dominant Tickets for 2017-2024. ("2017-2024 Stats")

[154] For the years of the Uber Safety Reports, 2017–22, there were 392,828 reported incidents.

[155] Jha, P., Ramasundarahettige, C., Landsman, V., Rostron, B., Thun, M., Anderson, R. N., ... & Peto, R. (2013). "21st-century Hazards of Smoking and Benefits of Cessation in the United States." *New England Journal of Medicine*, vol. 368, no. 4, pgs. 341-350.

**HIGHLY CONFIDENTIAL**

an appropriate level of alarm from a reader. Good expositors of data present results in multiple ways to reach an audience of nonspecialists.

153.     As an educator in this field, I recognize that data-driven communication can be difficult and mistakes such as absolute versus relative framing are made by students regularly. If this were a simple mistake, I might expect this framing to continue into the 2019–20 report. This second report, however, shows that this framing is deliberate. The period of this report covers the beginning of the COVID-19 pandemic, with an associated drop in completed trips. As trips drop, incidents drop as well. The 2019–20 report opens the sexual assault section of the executive summary with this quotation, once again in boldface: "The total number of sexual assault reports across the 5 categories included in this report went from 5,981 in 2017-2018 to 3,824 in 2019-2020." Uber chooses whichever framing reinforces a message of safety, regardless of the underlying data.

154.     Similarly, Uber's reports omit the vast majority of sexual assault and sexual misconduct reports they receive. From 2017 to 2022, Uber logged 392,828 such reports in the U.S. but made public only 12,522—just 3.2%.[156] The public reports cover only the five "most serious" sexual assault categories, leaving consumers unaware of 96.8% of reported incidents.[157] There is nothing wrong with having different categories of incidents, but the wholesale omission of 96.8% of reported incidents is misleading. Moreover, more than two out of three sexual assaults are not reported, based on data from RAINN.[158] Uber was aware of this statistic, writing in the 2019–20 Safety Report, "[t]he majority of sexual assaults are not reported to police, with estimates of more than 2 out of 3 sexual assaults going unreported." The RAINN estimates are based on a study from the Bureau of Justice Statistics ("BJS"). The BJS estimates the fraction of sexual crimes that go unreported in its annual National Crime Victimization Survey. In Section VIII.A, I analyze the extent of underreporting for the types of incidents Uber tracked. The total number of incidents from 2017–2022, the years when Uber has released Safety Reports, is shown in the figure below.

---

[156] *Compare*, 2017-2024 Stats, *with* Uber Safety Report (2021-2022).

[157] Omitted categories include "Non-Consensual Touching of a Non-Sexual Body Part," "Attempted Kissing/Touching of a Sexual Body Part," "Verbal Threat of Sexual Assault," "Masturbation/Indecent Exposure," and "Indecent Photography/Video Without Consent."

[158] RAINN. The Criminal Justice System: Statistics. Accessed Aug. 17, 2025. https://rainn.org/statistics/criminal-justice-system ("Only 310 out of every 1,000 sexual assaults are reported to police").

**HIGHLY CONFIDENTIAL**



*Figure 50. The number of sexual assaults and misconduct incidents in Uber cars in three categories: those disclosed by Uber, those reported to Uber, and likely actual number.*

155.    In Section VIII, I illuminate shortcomings from Uber's Safety Reports in two ways. Using estimates of under-reporting of crime statistics from the Bureau of Justice Statistics's National Crime Victimization Survey, I built estimates of the actual, not reported, numbers of sexual assaults on Uber's platform. I then explore risk factors for sexual assault. Factors easily calculatable by Uber, useful to Uber's customers, and conspicuously absent from the Safety Reports.

156.    These omissions caused internal tensions at Uber, as the *New York Times* reported. As the reporter reports, "Tracey Breeden, who was in charge of women's safety at Uber at the time [of the report release], refused to participate in the public relations for the initial report…" The article quotes a statement she made, saying "[i]t is an ethical and social responsibility of companies to lead with openness and honesty, publicly sharing risks and trends of harm connected to their products and platforms. Companies have opportunities to strengthen community and consumer

**HIGHLY CONFIDENTIAL**

trust while also reducing harm."[159] She echoes this sentiment in her deposition saying, "I believe that the public has a right to know and there should be transparency from organizations about, um, you know, safety incidents and what those incidents are and then what the actions are that the company takes to address those."[160]

157.    Uber's spin in its safety reports extends to its charts. In the 2019–20 report, Uber includes this figure without y-axis labels:



*Figure 51. A figure from Uber's safety report lacking a y-axis label makes it unclear what the reader is looking at.*

158.    This chart emphasizes the drop in absolute incidents but removes axis labels to discourage focus on the specific numbers.[161] As Darrell Huff wrote in the seminal *How to Lie with Statistics*,[162] "[p]lace little faith in an average or a graph or a

---

[159]Steel, E. "Uber's Festering Sexual Assault Problem." *The New York Times* (Aug. 6, 2025). Accessed Aug. 10, 2025. https://www.nytimes.com/2025/08/06/business/uber-sexual-assault.html. ("Steel 2025")

[160] Dep. Tracey Breeden, Mar. 14, 2025. Vol. II ("Breeden Dep. Vol. II") 305:20-25.

[161] Uber. US Safety Report (2019-2020) at 57. Fig. 10: 2017-2020 sexual assault rate, aggregated across 5 categories. A text box nearby does include the numbers at the end.

[162] Huff, D. (2023) "How to Lie with Statistics." Penguin UK. pg. 51.

**HIGHLY CONFIDENTIAL**

trend when those important figures are missing." Charts like this violate basic principles of honest data visualization and are precisely the kind of practice I warn students about: this chart communicates an impression, not the underlying reality.

159.    Uber created an internal tool, the Safety Risk Assessed Dispatch ("S-RAD") tool, to improve safety related to sexual assault or misconduct. Uber's internal S-RAD tool purports to estimate the riskiness of specific trips based on factors such as time of day, day of week, pickup location, driver history, and passenger behavior.[163] This tool was considered confidential,[164] and Uber stated in the project brief that "unplanned disclosure of the tool could have significant reputational … implications."[165] Throughout the history of S-RAD, Uber displays a tremendous concern for the potential brand damage caused by public acknowledgement of the tool. Ultimately, this brand concern caused Uber to keep the information secret, preventing potential benefits to Uber's customers, including the plaintiffs.

160.    Internal documents,[166] now reported by the press,[167] show Uber identified distinct patterns for sexual assaults committed in association with Uber rides: women are most often the victims; incidents are more likely to occur late at night and on weekends; pickups originating near bars are riskier; offenders often have prior sexual misconduct complaints and low ratings; and intoxicated passengers are particularly vulnerable. Yet none of this pattern-based risk information appears in Uber's public safety reports—information that could allow riders, especially vulnerable riders, and riders who are entering a car with a driver who has a previously reported misconduct incident, to make informed decisions.[168]

---

[163] UBER_JCCP_MDL_002658347 at 8349. [PRD] SRAD nudges to trigger safety preferences configuration (May 22, 2024).

[164] UBER_JCCP_MDL_003398058. Email from Danielle Sheriden [dportugal@uber.com] to William-all-directs [William-all-directs@uber.com] re "Follow Up: Personal Safety Roadmap (H2 2018)." July 10, 2018 at 11:37 PM.

[165] UBER_JCCP_MDL_001738115. What is S-RAD? (May 21, 2019).

[166] UBER_JCCP_MDL_003668627. S-RAD Reactive Communication Plan (Sept. 25, 2019).

[167] Steel 2025.

[168] *Compare*, Ross 30(b)(6) Dep. Vol. I 173:22-174:17 ("Q. Okay. Do you - - I'll represent to you that nowhere in this safety report or in any of Uber's other safety reports does it share the information that it has about the increased risk of a woman being subjected to a sexual assault if she takes Uber while intoxicated. I make that representation. Do you have any knowledge or basis for disagreeing with that representation? A. No, not that I know of."), *with* UBER_JCCP_MDL_000253977 at slide 8-15 ("Over half of audited Sexual Assault reports include an intoxicated rider…A third of Sexual Assault reports are indicated to have a rider who is alone in the vehicle. The majority of these cases involved a male driver as the accused party… In over 15% of audited Sexual Assault reports, the rider was indicated to be sitting in the front seat.").

**HIGHLY CONFIDENTIAL**

161.    S-RAD was not the only tool where Uber made use of internal assessments of risk that were not shared with vulnerable riders.

███████████████████████████████████████████████

████████████████ were not shared with riders, including the Plaintiffs.

162.    There is nothing wrong with a company producing a public relations document. The problem here is that Uber brands these reports as "Safety Reports," encourages the public and policymakers to treat them as authoritative, and positions them as transparency measures—while structuring them in ways that consistently downplay the scope of safety risks and withhold crucial information. From a data storytelling perspective, the reports show a disciplined, consistent narrative—but that narrative serves Uber's reputation more than rider or driver safety. They appear to be designed not to alarm, but to reassure; not to inform consumers of risk, but to convince them that the company already has safety "handled." Note, further, that Uber has not released a safety report since the 2021–22 report, despite having access to data from at least 2023 and 2024.

163.    A useful point of comparison comes from public health, where leading institutions have long recognized that transparency is inseparable from accountability. Agencies such as the U.S. Centers for Disease Control ("CDC" and Prevention and the World Health Organization ("WHO") release surveillance data with the explicit aim of empowering individuals, practitioners, and policymakers to

---

[169] UBER_JCCP_MDL_000482048 at slide 5. Align on SFS KPI Reporting Rec (May 22, 2023).

[170] UBER_JCCP_MDL_003211940 at 1942. 2024 Core Services Overall KPI Reference (Dec. 28, 2023).

[171] UBER_JCCP_MDL_000479545 at 9549. US&C Monthly Metrics Catch Up (Feb. 2, 2022).

[172] UBER_JCCP_MDL_003634606 at slides 5-9. Nov 20th Safety LT Bi-weekly - Scorecard Update (Nov. 18, 2024).

[173] UBER_JCCP_MDL_001731737 at slides 15-22. Master Deck-H1 Safety LT Summit (Jan. 12, 2023).

## HIGHLY CONFIDENTIAL

make informed choices—even when the findings are uncomfortable. For example, CDC's Vital Signs[174] reports and WHO's outbreak situation reports[175] are structured to highlight key risks, uncertainties, and recommended actions, not to protect institutional reputation. In this way, public health entities model a best practice: they treat communication as a responsibility to the public, not a branding exercise. That stands in sharp contrast to Uber's framing of its Safety Reports, which appear calibrated to reassure rather than to genuinely inform.

### E.        The Brand Protection Pattern Continues (2020-2024)

164.        The last period I will discuss, 2020 to 2024,[176] Uber continued to push messages of safety while failing to share information that would have allowed riders, including the plaintiffs, to make assessments that could have kept them safe. It is also a period where the COVID-19 pandemic shaped most companies' practices and marketing, including Uber's. Nevertheless, a familiar pattern recurs. While Uber has been attempting to shift company culture and public perception, it continues to focus marketing efforts to shore up its reputation as a safe company. This has been the pattern throughout its history: that there is a general perception that Uber might not be a safe company; there is internal and public evidence that is not a safe company; and then there is a push by Uber to reassert its reputation as a safe company by advertising that it is a safe company. Even as Uber attempts to change its culture and safety practices, its marketing strategies that focus on reputation rather than reality continue to spread and capture the attention of Uber riders and potential riders.

165.        As the documents Uber produced reveal, Uber grossly misrepresented instances of sexual misconduct and sexual assault users reported to the company from 2017-2024.[177] It also knew of variables that would increase the risk level for exposure to sexual misconduct and sexual assault on its platform, and it did not put this information to use to help riders stay informed of their risk levels, nor did it apply

[174] Center for Disease Control. Vital Signs (Oct. 17, 2024). Accessed Sept. 11, 2025. https://www.cdc.gov/vitalsigns/.

[175] World Health Organization. Disease Outbreak News. Accessed Sept. 11, 2025. https://www.who.int/emergencies/disease-outbreak-news.

[176] Through the end of document production in 2024.

[177] 2017-2024 Stats; Dep. Kate Parker, 30(b)(6) Uber Technologies, Inc., Feb. 14, 2025. Vol. II. Ex. 650 at 10. Uber Sexual Violence Reports summary table (citing Uber Highly Confidential, Attorneys' Eyes Only Safety Data Productions and Uber Safety Report 2017-18); Steel 2025. *See also,* the recent investigative report on underreporting by the *New York Times.* Emily Steel. "Uber's Festering Sexual Assault Problem." *New York* Times (August 7, 2025). Accessed September 9, 2025. https://www.nytimes.com/2025/08/06/business/uber-sexual-assault.html.

**HIGHLY CONFIDENTIAL**

widely the tools that it had at its disposal to effectively reduce sexual misconduct and sexual assault.

166.    During the same period, from 2017-2022, the company continued to run widespread safety campaigns that were intended to deepen public trust that it was changing its conduct to make real safety, as opposed to a reputation for safety, a top priority. These campaigns continued to use targeting to spread branding messages around safety as well. The Global Marketing Update from November 2019 described an "Active Rider Safety Campaign" that would be "targeting Active Riders across digital/social/paid properties."[178] A presentation about the "Stand for Safety" campaign in March 2020 listed the campaign objective as a goal to "[h]elp land the Transparency Report with Key Opinion Formers as a company that is committed to safety."[179] The campaign explicitly calls out a target of 11.4 million "Female Culture Shapers."

167.    In its 2020 planning document, Uber budgeted ▮▮▮▮▮▮▮ in the US for "Brand, Trust & Reputation." Uber was willing to spend large sums to rebuild trust.[180]



*Figure 52. Uber budgeted ▮▮▮▮▮ in the US for Brand, Trust & Reputation.*

168.    In a December 2020 document that is focused on developing safety and marketing communications for 2021, Uber has amalgamated different parts of the company to consolidate messaging.[181] Once again, the marketing department and the policy team are combined in one voice, so that independence of safety policy and public facing messaging are not maintained:

---

[178] UBER_JCCP_MDL_000178095 at slide 6. Global Marketing Update (Nov. 2019).

[179] UBER_JCCP_MDL_000194589 at slide 17. Stand for Safety Marketing Update (Mar. 2020).

[180] UBER_JCCP_MDL_000192643 at tab Regional Summary _Quarter. 2020 Rides Marketing Planning Template.

[181] UBER_JCCP_MDL_005401163 at slide 2.

**HIGHLY CONFIDENTIAL**

Team history

In the summer of 2019, we combined the Policy, Communications, and Marketing teams to ensure that we speak to customers, earners, policymakers, and the press with one voice.

*Figure 53. Uber combines Policy, Communications, and Marketing teams in 2019.*

169.    Incorporating safety as a central aspect of the brand reflects a deliberate choice made by Uber and does not represent "business as usual" in the tech world. A key measure of power within companies is the hierarchy of the organizational chart. A safety team tucked inside marketing ultimately serves marketing functions, versus a safety team that operated independently or as part of an operations team.

170.    Later in the presentation, Uber notes that it will "[u]se our COVID crisis response to show our commitment to safety…".[182] In keeping with company practices, Uber typically leverages other organizations and events to generate extensive safety messaging. The bottom right text box illustrates Uber's approach: "Refocus on our strong women's and road safety narrative." A different company, with a different track record, and a different approach, could have omitted the word "narrative":

---

[182] UBER_JCCP_MDL_005401163 at slide 11.

**HIGHLY CONFIDENTIAL**

*Figure 54. Uber's safety narrative.*

171.    The same slide deck notes that "US Rider sentiment has positive momentum, particularly around Safety." The company, therefore, continues to monitor sentiment about safety as a measure of its success:[183]

---

[183] UBER_JCCP_MDL_005401163 at slide 22.

**HIGHLY CONFIDENTIAL**



*Figure 55. Uber continues to focus on safety sentiment in 2020.*

172.    In 2022 documents, Uber introduced the "year of reimagination." While the focus in this plan is marketing Uber for everyday life, safety is still a key part of the messaging, as it crafts the statement, "Reimagine the way the world moves safely, sustainably, and for the better":[184]

---

[184] UBER_JCCP_MDL_004852359 at slide 11. Mobility Marketing Onboarding (June 2022).

**HIGHLY CONFIDENTIAL**



*Figure 56. Safety is still a key part of the messaging.*

173.    The "safety narrative" remains part of this plan:[185]



*Figure 57. Uber marketing priorities and programs from 2022.*

---

[185] UBER_JCCP_MDL_004852359 at slide 12

**HIGHLY CONFIDENTIAL**

174.    The 2022 year in review echoes the safety priorities when it states, "with Stand for Safety shifting from an annual company priority to a cultural value in 2021– safety has now been firmly established as a part of Uber's DNA. Our small—but mighty—Safety PMM team continued to #standforsafety,"[186]

# 2022 Year in Review

With Stand for Safety shifting from an annual company priority to a cultural value in 2021 — safety has now been firmly established as a part of Uber's DNA; it is and will remain *foundational to everything we do.*

Our small - but mighty - Safety PMM  team continued to #standsforsafety by raising awareness of our core safety features, supporting innovative new product launches, and focused in on earners' safety.

Take a look through the slides below to see a recap of 2022, spotlighting some of the amazing and inspiring work our team did this year, in partnership with a plethora of cross functional teams (who we couldn't do our jobs without!).

**Thank you and onwards into 2023!**

*Lizzie, Cande, Jen & Sandhya*

**Resources:** 2022 H1 Plans / 2022 H2 Plans

*Figure 58. Excerpt from Safety Product Marketing - 2022 Year in Review slide show.*

175.    In 2023, Uber's mobile marketing budget dedicated substantial funding to trust and reputation, a total of 20 million, which is 9% of this budget, and which is double the spend in that area for 2022:[187]

---

[186] UBER_JCCP_MDL_000212868 at 2869. Safety Product Marketing - 2022 Year in Review (Feb. 1, 2023).

[187] UBER_JCCP_MDL_005631387 at slide 43. 2023 US&C Mobility Marketing Priorities (Nov. 2022).

**HIGHLY CONFIDENTIAL**

## 2023 US Mobility Marketing Budget

| | Total | % Total | '22 Comps | KPIs | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|
| Earner Growth & Engagement [1] | $43M | 19% | $21.74M (+196% YoY) | ↑ Consideration +5pts<br>↑ Signups +4-6%<br>↑ Treats Drivers Well +5pts | ☑ | ☑ | ☑ | ☑ |
| Airports & Travel [2] | $30M | 13% | $14.17M (+112% YoY) | ↑ Consideration +12pts<br>↑ 4-leg Airport Journey +1.78 → 2.0<br>↑ Awareness (premium offerings; targets below) | ☑ | ☑ | ☑ | ☑ |
| Multi-Product Use [3] | $61M | 27% | $21.98M (+178% YoY) | ↑ Awareness<br>Reserve +20pts<br>Black/Comfort & CEV/Connect/Families +10pts | ☑ | ☑ | ☑ | ☑ |
| Trust & Reputation | $20M | 9% | $10M (+100% YoY) | ↑ Favorability<br>Regulatory response to protect biz model<br>(NYC, NJ, DC, MA & IL) | ☑ | ☑ | ☑ | ☑ |
| Agency Retainer | $5M | 2.27% | $5M (2% YoY) | NA | ☑ | ☑ | ☑ | ☑ |
| Mediacom Retainer | $2.1M | 1% | $1.66M (+27% YoY) | NA | ☑ | ☑ | ☑ | ☑ |
| Perm OOH Placements | $2.3M | 1% | $2.17M (+3% YoY) | NA | ☑ | ☑ | ☑ | ☑ |
| **TOTAL** | **$163M** [4] | **100%** | **$95M** [5] (+72% YoY) | | | | | |

1. Includes $35M for growth and $5M for engagement; engagement includes EV adoption, events,, Pro, ASU, etc.; New target audience research underway, but assuming Blacks/Latinos, Parents, Women, & Older Adults will be targets.
2. Airports work will serve as another channel to drive awareness and adoption of premium products, including Reserve, Comfort, Black, etc; increase driven by 12  airports live in market for entire 2023 (adding 7 new airports in '23).
3. Everyday/Multi-product Use: $26M for Reserve; $35M for Black, Comfort/EV, & Connect; Affordability portfolio (XShare & Hailables) & Charter covered by owned channels w/ potential social boosting support.
4. Total budget is 0.5% of total projected 2023 GBs.
5. $95M is 2022 starting point at beginning of year for YoY comp purposes and includes other spend not represented here; post-H2 Budget Savings exercise, final 2022 total is $81.3M, and 2023 HIGH total budget would be +97% YoY.

*Figure 59. Uber's 2023 US Mobility Marketing Budget has $20M dedicated to Trust and Reputation.*

176.     Trust and Reputation are listed as one of four "marketing priorities" for 2023, as seen below:[188]

---

[188] UBER_JCCP_MDL_005631387 at slide 12.

**HIGHLY CONFIDENTIAL**



*Figure 60. US&C 2023 Marketing priorities.*

177.     Once again, safety is a core part of the 2024 marketing vision:[189]

---

[189] UBER_JCCP_MDL_003311636 at slide 3. Policy, Communications, Marketing 2024.

HIGHLY CONFIDENTIAL



*Figure 61. Safety is a core part of the 2024 marketing vision.*

178.    To combat negative brand perceptions, Uber planned to invest substantial funds, ███████████ per the slide, to talk to "key opinion formers on our key issues: safety, sustainability, and the future of work":[190]

---

[190] UBER_JCCP_MDL_003311636 at slide 19.

HIGHLY CONFIDENTIAL



*Figure 62. Uber plans to invest substantial funds to talk to "key opinion formers on our key issues: safety, sustainability, and the future of work"*

179.    I observe here that Uber continues to invest in the safety narrative that it began with. A few patterns persist over the company's lifespan through 2024:

180.    First, Uber aggressively branded itself as a safe company for the sake of growth, both rapid initial growth, and perpetual growth over time.

181.    Second, many of Uber's messages were crafted without any corresponding material change in the reality of its safety practices. Sometimes, its messages were in contradiction with its practices.

182.    Third, the messages that it sent on safety were often not the kinds of messages that would significantly help anyone make an informed judgment about the relative risk to their personal safety when hiring an Uber.

183.    Fourth, by its own internal accounts, Uber possessed data and information that allowed it to develop applications and practices that could reduce sexual misconduct.[191] It did not fully implement these and did not act on its stated priorities.

184.    Fifth, despite leadership changes at the company, the momentum of the disconnect between the reality of safety and the safety branding, there was not a

---

[191] UBER_JCCP_MDL_001720345 at 0400-0404. Project - T Business Decisions (2019).

HIGHLY CONFIDENTIAL

significant reconnect between safety and safety messaging. Safety persisted at Uber as a marketing and reputational matter.

185.    Sixth, safety messaging was often reactive and crafted in response to widespread media reports of unsafe practices.

186.    In its safety messaging, Uber did not conduct itself as a responsible company and in its brand strategies and marketing execution repeatedly violated ethical conventions of the industry.

## VIII.  Statistical Analyses of Uber's Safety Reports

187.    In this section, I make use of data produced by Uber to perform an analysis that illustrates the shortcomings of Uber's Safety Reports. As I discuss above, crime, generally, and sexual assault, in particular, is under-reported. Using data on under-reporting rates from the Bureau of Justice Statistics, I build estimates of the true rates of sexual assault on Uber's platforms.

188.    In addition to knowing the number of incidents, riders, including the plaintiffs, may have benefitted from a fulsome discussion of risk factors related to sexual assault. Uber has not provided data, which it has, allowing exact calculations of these risk factors. In subsection B, I illustrate how it is possible to approximate these estimates.

### A.    Estimating the True Rate of Incidents

189.    Uber's published Safety Reports provide partial[192] counts of sexual assault and misconduct incidents. In addition to reporting only a fraction of the incidents, those raw counts do not account for under-reporting, an issue of which Uber was aware. In the 2019–20 Safety Report, for instance, Uber writes, "[w]hile Uber makes every effort to mitigate under-reporting by increasing reporting mechanisms and reducing barriers to reporting (*see*, Safety incident data collections and support process')), it is important to consider that the data in this report is based only on what is reported to Uber or that Uber became aware of through previously discussed channels."[193] Note that Uber claims the laudable mitigation of making reporting easier. Uber does not, however, make any effort to estimate the true incident rate on its platform. In this section, I do.

190.    The true incident rate is, broadly speaking, a function of the under-reporting rate and the scale of Uber's operations over time. To develop a more accurate picture of the true rate of incidents, I estimated a hierarchical regression model that

---

[192] As I mention above, Uber disclosed approximately 3.2% of all reported incidents.

[193] Uber Safety Report (2019-2020) at 47.

**HIGHLY CONFIDENTIAL**

adjusts for exposure (rides), category differences, and long-term trends. This methodology has been used in peer reviewed literature, most recently by Bradshaw and Blei, who estimated the true rate of sexual assault on college campuses.[194]

191.    Count data is modeled by the Poisson distribution, which estimates the number of incidents in a given period of time, subject to exposures. This model has a single parameter, $\lambda$, which estimates both the rate and the variability in that rate. A related distribution, the negative binomial, allows for increased variability, "overdispersion" in the statistical argot, and this is the distribution upon which I base my model. My negative-binomial regression model includes the following terms:

- An offset for rides, so that estimates are modeled as incidents per ride rather than raw counts.
- Random intercepts for incident types, which allow each of the 21 categories in the Safety Report to have its own baseline risk, while pooling information across categories. My model estimates true incident rate for the categories of incidents listed in Uber's Safety Reports.
- A smooth trend in time, which captures gradual changes in incident rates across the period studied.

192.    This structure produces annual estimates of incidents per million rides, with credible intervals that reflect statistical uncertainty. Full details of the model appear in Appendix D.

193.    The modeled results are striking. Recall from Section VI.D that Uber received reports of 546,196 from 2017–24safety incidents. From 2017–22, Uber received reports of 392,828 incidents, publicly reporting only 12,522 in the Safety Reports.. My model estimates that the true number of incidents from 2017–24 is 1.99 million, with a 95% confidence interval of 1.61 to 2.54 million.

194.    Digging deeper into the modeled results, Figures 64 and 65 capture the potential magnitude of the under-reporting for the years of Uber's Safety Reports (2017–22). The first figure shows the overall totals, across these six years, for sexual assault categories.[195] The blue points show the modeled value, with the associated uncertainty.[196] The red points indicate the estimates reported in Uber's Safety Reports,

---

[194] Bradshaw, C., & Blei, D. M. (2024). A Bayesian Model of Underreporting for Sexual Assault on College Campuses. *The Annals of Applied Statistics*, vol. 18, no. 4, pgs. 3146-3164.

[195] Due to its much higher incidence rate, the figure does not show "Sexual Assault: Non-consensual Touching of Nonsexual Body Part". The category "Sexual Assault: Insufficient Information" is not shown.

[196] See Appendix D for the details on the derivation of the values shown in the blue dots and the associated uncertainty. The charts depict both 50% and 95% credible intervals, with the 50% interval shown in a wider and darker line.

Case 3:23-md-03084-CRB    Document 6409-1    Filed 06/05/26    Page 21 of 80

**HIGHLY CONFIDENTIAL**

for the handful of incident types reported. The dark gray dots indicate the total sexual assault incident types reported to Uber but not disclosed in the Safety Reports.



*Figure 63* ████████████████████████████████████

195.    The following figure illustrates the estimated incident types for the remaining sexual assault category and the sexual misconduct categories. Note that there are no red dots on these charts because these are not categories that Uber disclosed in the Safety Reports.

- 93 -

**HIGHLY CONFIDENTIAL**



*Figure 64.* ████████████████████████████████████████████████

196.    Similar figures exist for 2023 and 2024. These figures do not include the red dots in Figure 64, since no Safety Report exists for these years.

**HIGHLY CONFIDENTIAL**



*Figure 65:*

**HIGHLY CONFIDENTIAL**



*Figure 66:*

197.    Based on my analysis, the scale of under-reporting varies by incident type. For the most under-reported categories—such as misconduct involving explicit gestures, displaying indecent materials, or soliciting sex—only about one quarter of incidents (25-27%) of incidents are reported. At the other end of the spectrum, incidents of indecent exposure or masturbation are reported about one in three times (33%).[197] Uber was aware of these levels of under-reporting, mentioning the fact in their safety reports. But Uber did not attempt to adjust their numbers to provide the reader of their safety reports with a clearer picture of the potential risks.

198.    The variability in reporting is seen more clearly by plotting the fraction of incidents that went *unreported*, by incident type.

---

[197] Credible intervals for these numbers are shown in Figure 67.



Figure 67: ████████████████████████

199.    Several patterns are clear from Figure 68. Incidents are unreported between 67% and 75% of the time.[198] For sexual assaults, it is the most serious categories such as non-consensual penetration and attempted penetration, that are unreported at the highest rates.

200.    Overall, ████████████████████████

## B.    Situational Relative Risk

201.    In addition to reporting more accurate estimates of the prevalence, Uber had the opportunity to provide riders with information they could use to lower their

---

[198] The credible intervals on these estimates vary from a low of 60% for the category "Sexual Assault: Parent Category Usage Tracking" to a high of 79% for "Sexual Misconduct -Comments or Gestures – Explicit Gestures."

**HIGHLY CONFIDENTIAL**

risk of sexual assault or sexual misconduct. Disclosing relative risk is a common tactic in public health, letting consumers know the implications of activities such as smoking[199] or driving without a seatbelt.[200] Relative risk is a critical measure in decision-making, telling an audience how much risk can be mitigated by changing behavior or making different choices.

202.    Uber was well aware that the risk of assault varied based on factors such as time of day or day of the week. In a slide presentation discussing disclosures around safety, Uber employees discussed sharing date and time information.[201] Uber acknowledged that this information "[w]ould serve as a 'compromise' for consumers looking to learn more on how to manage their safety." This knowledge, however, involved trade-offs for Uber. The slide goes on to state that this disclosure had "[s]erious business implications" and disclosure "prompts users to ask what Uber is doing to mitigate safety concerns during peak hours." Ultimately, the slide concludes succinctly: "Recommendation: No."

203.    Despite an uninterest in sharing this data with consumers, Uber was well aware of the utility of understanding risk factors associated with sexual assault. As I discussed above, in Section VII.D, Uber developed a machine learning product, S-RAD, to estimate the probability of a sexual assault or sexual misconduct arising from a pairing of a given driver and rider.[202] The tool used historical information about the rider and driver and included "trip attributes such as pickup location, time of day, and day of week; and whether the rider and driver genders are the same or different."

204.    Uber has not provided data necessary to recreate the insights from the S-RAD model, which would allow me to illustrate the counterfactual of what Uber could have disclosed.[203] If such data becomes available, I intend to supplement my

---

[199] Pesch, B., Kendzia, et al. (2012) "Cigarette Smoking and Lung Cancer--Relative Risk Estimates for the Major Histological Types from a Pooled Analysis of Case-Control Studies. *International Journal of Cancer*, vol. 131 no.5, pgs. 1210–1219. https://doi.org/10.1002/ijc.27339

[200] National Highway Traffic Safety Administration. "Seat Belts." Accessed on Sept. 10, 2025. https://www.nhtsa.gov/vehicle-safety/seat-belts ("If you buckle up in the front seat of a passenger car, you can reduce your risk of: Fatal injury by 45% (citing Kahane, C. J. (2015). "Lives Saved by Vehicle Safety Technologies and Associated Federal Motor Vehicle Safety Standards, 1960 to 2012." Report No. DOT HS, 812, 069.).

[201] UBER_JCCP_MDL_001720345 at 0353.

[202]Sonny Wong Dep., 4/16/25, Ex. 2829 (UBER_JCCP_MDL_001738115 at 8115. S-RAD Comms Recommendation (May 2019).).

[203] Sonny Wong's 9/24/25 Declaration filed with the court indicates, for example, that Uber has not produced S-RAD scores for 300,000 of the 400,000+ incidences in the Safety Data.

report with estimates of the relative risk of rides using the available covariates or with analogous examples.

205.    Additionally, I understand that Uber has produced raw data from its Bliss and Jira systems relating to sexual assault and misconduct incident counts, but that additional information relating to these incidents may also be stored in Uber's Flack system. I further understand that the Flack data may help bridge any gaps in the Bliss and JIRA data which otherwise would need to be addressed by making a judgement calls. I reserve the right to supplement my report to use the existing Bliss and JIRA data, should the Flack data not be made accessible to me, or to supplement my report using the Flack data once it is available. In so doing, I will be using the most complete data available to me, which is a reliable methodology.

## IX.    Analysis of Uber Produced Communication Logs

206.    This section presents an empirical analysis of Uber's communications with the Plaintiffs, exploring the company's messaging strategies.[204] The analysis demonstrates how Uber's safety communications functioned as a comprehensive rhetorical strategy rather than transparent information sharing. The communications logs reveal an extraordinary volume of messages sent to plaintiffs across multiple channels. This sustained, multi-year messaging campaign demonstrates the central role of communications in Uber's business strategy.

207.    Uber communicated with riders and drivers across eleven different marketing channels. The channels with the highest volume of messages were push notifications,[205] in-app notifications, driver notifications via the Carbon app, intercom text messages,[206] and email messages. Both push notifications and voice messages, which together represent nearly 250 thousand messages, do not include any information on the content of the communication.[207] I  can appreciate the scope and

---

[204] Uber manages and tracks electronic driver and rider communications through a Customer Relationship Management (CRM) tool. The Plaintiff's specific communication logs have been produced as: UBER-MDL3084-BW-00000012; UBER-MDL3084-BW-00000014; UBER-MDL3084-BW-00000017; UBER-MDL3084-BW-00000023; and UBER-MDL3084-BW-00000033.

[205] There are 243,670 rows of push notifications in the documents produced by Uber, but no information on the content of these messages is included in the production.

[206] Based on the production, the class of message appears to be text messages between the driver and rider.

[207] These messages are, typically, a function of platform usage, and often represent communication between drivers and riders.

HIGHLY CONFIDENTIAL

intensity of the communications between Uber and the plaintiffs by looking at summary statistics for each bellwether plaintiff.

*Table 1. Summary table of Wave 1 plaintiffs with their total count of CRM messages, number of channels and date range of messages.*

| Plaintiff | Total Msgs | Channels | First Msg | Last Msg |
|---|---|---|---|---|
| ████████ | 67,167 | 8[208] | 2019-02-25 | 2025-03-31[209] |
| ████████ | 56,456 | 6[210] | 2018-01-29 | 2025-03-31 |
| ████████ | 3,070 | 5[211] | 2016-10-10 | 2025-03-31 |
| Jaylynn Dean | 2,670 | 5[212] | 2023-04-10 | 2025-03-31 |
| Brianna Mensing | 1,408 | 4[213] | 2019-03-11 | 2025-03-31 |

208.    The in-app communications have been produced in a format that captures Uber's internal categorization of the message. For email, the other marketing channel that is both extensive and well-documented, I have classified the messages.[214]

---

[208] Ms. ██████ was contacted via in-app communication, push notifications, email, intercom-text, the "carbon" driver communication system, the "inbox" system, SMS text messaging, and live push notifications.

[209] The produced data ends on March 31, 2025.

[210] Ms. ██████ was contacted via in-app communication, push notifications, email, intercom-text, SMS text messaging, and live push notifications.

[211] Ms. ██████ was contacted via in-app communication, push notifications, email, intercom-text, and SMS text messaging.

[212] Ms. Dean was contacted via in-app communication, push notifications, email, intercom-text, and SMS text messaging.

[213] Ms. Mensing was contacted via in-app communication, push notifications, email, and SMS text messaging.

[214] **Email and In-App Safety Classification Methodology**: The classification of email communications as safety-related was conducted through systematic keyword analysis of both email subject lines and message content. A comprehensive search was performed across 75,577 email messages sent from Uber to users, examining the following categories of safety-related terms: (1) Personal Safety Terms: "safe," "safety," "protect," "protection," "emergency," and "security"; (2) Trust and Verification Terms: "background," "verified," "verification," "screen," "screening," "check," "checked," and "identity"; (3) Safety Features and Tools: "location," "share," "track," "tracking," "GPS," "SOS," and "panic"; (4) Community Standards and Policies: "community," "policy," "policies," "standard," "standards," "guideline," and "guidelines"; (5) Incident Response Terms: "report," "review," "concern," "incident," "behavior," "inappropriate," and "investigate"; and (6) Trust-Building Language: "trust," "secure," "reliable," and "confidence." Each email was categorized into primary safety themes including personal safety, verification processes, safety features, community standards, incident response, and trust-building messaging. All keyword searches were case-

**HIGHLY CONFIDENTIAL**

My analysis of safety-related communications in these channels reveals how Uber used safety messaging as a dominant rhetorical strategy across these channels. The following table tallies the safety messages for these two channels across all produced communications for all five Plaintiffs.

*Table 2. Email and in-app safety messages compared to the total amount of messages sent in these channels to Plaintiffs.*

| Medium | Safety Messages[215] | Total Messages | % Safety |
|--------|------------------|----------------|----------|
| Email | 6,283 | 10,994 | 57.15 |
| In App | 47,866 | 95,371 | 50.19 |

209.    The extent to which messages around safety permeated email communication is clear. As I discussed above, Uber was committed to creating an appearance of safety. A piece of that strategy was clearly including safety-related terminology in a vast number of email communications. The high prevalence of verification-related messaging (background checks, screening, identity verification) compared to direct personal safety communications supports the conclusion that Uber's email safety strategy focused primarily on creating perceptions of safety through credentialing processes rather than providing actionable risk information to users.[216]

### A.    CRM Communications from Uber with Jaylynn Dean

210.    Jaylynn Dean's communications[217] provide a case study of how Uber's messaging patterns related to individual user experiences and critical incidents. Ms. Dean experienced an assault on November 15, 2023. Analysis of her communications reveals patterns in Uber's messaging both before and after this incident. Communications between Uber and Ms. Dean began in April 2023 and continue through March 2025. During this time, Ms. Dean received 1,124 push notifications, 875 emails, 649 in-app communications, 7 intercom text messages, and 15 text messages. Unfortunately, the content and subject of all in-app communications for Ms.

---

insensitive and applied to both email subject lines and full message text to ensure comprehensive capture of safety-related content.

[215] *Id.*

[216] Mensing Comm Log at I299 ("Wherever you're going, we'll take you there. Grab a ride Safety matters We've [sic] developed tech you can trust ...."); ▮▮▮▮ Comm Log at I623 ("Learn about what Uber is doing to help keep you safe with driver background checks, insurance, and more."); UBER-MDL3084-BW-00000023 at I20. CRM Communication Log for ▮▮▮▮▮▮ ("Ongoing driver screenings and rider feedback can help us build a safer community. Committed to safety Recurring screenings for every driver ...."). ("▮▮▮▮ Comm Log")

[217] Dean Comm Log.

**HIGHLY CONFIDENTIAL**

Dean are missing. The email records appear complete, however. By analyzing the content of the email communications, I have found that 73% of emails (639 out of the 875) Ms. Dean received included messages about safety. The email communications between Uber and Ms. Dean are visualized in the following chart, which shows weekly messages.



*Figure 68. Graph of email messages sent to Jaylynn Dean from Uber.*

211.     Prior to the time when Ms. Dean was suffering her assault, and in the months afterward, Uber was inundating her with email messages, generally, and messages related to safety in particular.

212.     When Ms. Dean opens the app, presumably at times she will utilize the service, there are 649 messages exchanged and none of them concern safety. See the image below of in-app messages between Uber and Ms. Dean.

**HIGHLY CONFIDENTIAL**



*Figure 69. Graph of in-app communications between Uber and Ms. Dean.*

### B.    CRM Communications from Uber with ████████

213.    ████████████ communications[218] provide another case study of how Uber's messaging patterns related to individual user experiences and critical incidents. Ms. ██████ experienced an assault on August 12, 2022. Analysis of her communications reveals patterns in Uber's messaging both before and after this incident. Communications between Uber and Ms. ████████ began in October 2016 and continue through March 2025. During this time, Ms. ████████ received 1,336 push notifications, 1,218 emails, 492 in-app communications, 21 intercom text messages, and 3 text messages. By analyzing the content of the email communications, I have found that 60% of emails (731 out of 1,218) Ms. ████████ received included messages about safety. The email messages are visualized below showing weekly messages.

---

[218] ████████ Comm Log.

**HIGHLY CONFIDENTIAL**



*Figure 70. Graph of email messages sent to ▓▓▓▓▓▓ from Uber.*

214.    By analyzing the content of in-app communications I have found that 30% of in-app communications (152 out of 492) included messages about safety. The in-app communications are visualized in the following chart, which shows weekly messages.

**HIGHLY CONFIDENTIAL**



*Figure 71. Graph of in-app communications between Uber and Ms. Dean.*

### C.    CRM Communications from Uber with Brianna Mensing

215.    Brianna Mensing's communications[219] provide another case study of how Uber's messaging patterns related to individual user experiences and critical incidents. Ms. Mensing experienced an assault on March 26, 2019. Analysis of her communications reveals patterns in Uber's messaging both before and after this incident. Communications between Uber and Ms. Mensing began in March of 2019 and continue through March 2025. During this time, Ms. Mensing received 636 push notifications, 631 emails, and 139 in-app communications, and 2 text messages. Unfortunately, the content and subject of most in-app communications for Ms. Mensing are missing. By analyzing the content of the email communications, I have found that 75% of emails (474 out of 631) Ms. Mensing received included messages about safety. The totality of email communications, including the safety emails, is visualized in the following chart, which shows weekly messages.

---

[219] Mensing Comm Log.

**HIGHLY CONFIDENTIAL**



*Figure 72. Graph of all email messages sent to Brianna Mensing.*

216.    By analyzing the content of in-app communications I have found that 10% of in-app communications (14 out of 139) included messages about safety. This includes the in-app safety message Ms. Mensing received the day of her incident that was discussed above. The in-app communications are visualized in the following chart, which shows weekly messages.

**HIGHLY CONFIDENTIAL**



*Figure 73: Graph of in-app communications between Uber and Ms. Mensing.*

### D.    CRM Communications from Uber with ▮▮▮▮▮▮

217.    ▮▮▮▮▮▮▮▮▮▮ communications[220] provide another case study of how Uber's messaging patterns related to individual user experiences and critical incidents. Ms. ▮▮▮▮▮ experienced an assault on June 28, 2024. Analysis of her communications reveals patterns in Uber's messaging both before and after this incident. Communications between Uber and Ms. ▮▮▮▮▮ began in February 2019 and continue through March 2025. During this time, Ms. ▮▮▮▮▮ received 53,143 in-app notifications, 9,475 push notifications, 3,444 emails, 790 intercom-text communications, 146 Carbon communications, 103 inbox communications, 62 text messages, and 4 live-push notifications. By analyzing the content of the email communications, I have found that 58% of emails (2,005 out of 3,444) Ms. ▮▮▮▮▮ received included messages about safety. The sum of emails by week, including safety messages, is visualized below.

---

[220] ▮▮▮▮▮ Comm Log.

**HIGHLY CONFIDENTIAL**



*Figure 74. Graph of email communications between Uber and Ms.* █████

218.    By analyzing the content of in-app communications I have found that 51% of in-app communications (27,276 out of 53,143) include messages about safety. The totality of the communications, including the safety emails, is visualized in the following chart, which shows weekly messages.

HIGHLY CONFIDENTIAL



*Figure 75. Graph of in-app communications between Uber and Ms.* ▮▮▮▮

### E.    CRM Communications from Uber with ▮▮▮▮

219.    ▮▮▮▮ communications[221] provide another case study of how Uber's messaging patterns related to individual user experiences and critical incidents. Ms. ▮▮▮▮ experienced an assault on August 10, 2023. Analysis of her communications reveals patterns in Uber's messaging both before and after this incident. Communications between Uber and Ms. ▮▮▮▮ began in January 2018 and continue through March 2025. During this time, Ms. ▮▮▮▮ received 40,948 in-app notifications, 9,607 push notifications, 4,826 emails, 1,052 intercom-text messages, 22 text messages, and 1 live push notification. By analyzing the content of the email communications, I have found that 50% of emails (2,434 out of 4,826) Ms. ▮▮▮▮ received included messages about safety. The graph of emails is displayed below.

---

[221] UBER-MDL3084-BW-00000012. CRM Communication Log for ▮▮▮▮

**HIGHLY CONFIDENTIAL**



*Figure 75. Graph of email communication between Uber and Ms.* ███

220.    By analyzing the content of in-app messages I have found that 49% (20,424 of 40,948) of messages include safety communication. The totality of in-app messages, including the safety messages, is visualized in the following chart, which shows weekly messages.

**HIGHLY CONFIDENTIAL**



*Figure 76. Graph of in-app communications between Uber and Ms.* █████

221.    Review of the Plaintiffs' communication logs confirms what Uber's broader marketing strategy consistently set out to achieve: across major user channels, Uber delivered extensive, branded messaging explicitly touting safety as a core value. These branded touchpoints reached Plaintiffs in high volume and at high frequency, with safety themes permeating much of the ongoing digital CRM engagement. This evidences that Uber's touted commitment to safety was not merely an incidental or generic aspect of its outreach, but rather a deliberate, integral component of its branded communication with users, as reflected in the communications sent to these Plaintiffs.

222.    The sheer volume of outreach—tens of thousands of messages to some Plaintiffs—shows that communications were a core branding lever, not housekeeping. Safety themes dominate that outreach: more than half of emails carry safety content, and the emphasis falls on verification tropes (background checks, screening) that signal "we are safe" rather than providing actionable risk information.

223.    With in-app messages and email, the same safety framing appears, indicating coordinated campaign work between marketing and safety functions rather than independent safety oversight. And despite Uber's possession of detailed safety data (as its granular feedback systems make plain), the user-facing communications offer general reassurances, not concrete risk information that would help people make

informed choices. Taken together, the evidence shows a strategy aimed at perception management and user acquisition over transparent safety disclosure—consistent with the framework set out earlier in this report.

## X.    Reservation of Rights

224.    My opinions and analysis are based upon the information available to me to date. I reserve the right to review and consider additional information that may be produced by the parties to this dispute. I intend to supplement my opinions, if it is appropriate to do so. I also reserve the ability to provide reply opinions and testimony in this matter, to create demonstratives for use at trial based upon the information contained in this report, appendices, and exhibits, and generally to utilize other graphical depictions as aids in the presentation of my findings.

**HIGHLY CONFIDENTIAL**

### Appendix D: Incident Estimates

1. This appendix provides a detailed overview of my analysis to estimate the true rate of incidents on the Uber platform, accounting for underreporting. This analysis follows the peer-reviewed analysis by Bradshaw and Blei, which estimated the number of sexual assaults on college and university campuses with a Bayesian hierarchical model.[222]

2. A Bayesian hierarchical model allows for explicit incorporation of the uncertainty in these estimates. Estimating under-reporting is fundamentally challenging and the Bureau of Justice Statistics has invested in building the best-possible estimates of the reporting rate.[223] Using these estimates as informative priors, this model full uncertainty propagation, resulting in final credible intervals that capture the sources of error, while letting the data speak.

3. The statistical problem of underreporting arises whenever observed counts reflect only a fraction of the true events of interest. In criminology, epidemiology, and related fields, underreporting has been addressed through hierarchical Bayesian models that combine observed counts with informative priors derived from external data sources. In particular, Bradshaw and Blei (2024) develop a Bayesian framework for sexual assault reporting on U.S. college campuses. They model the observed number of reports as the outcome of a binomial thinning process applied to a latent Poisson rate of true assaults. Because the product of incidence and reporting probability is identified but the individual components are not, they employ informative priors based on the National Crime Victimization Survey (NCVS) to separate the two processes.

4. The present analysis follows this well-established approach. Uber's incident data, like the Clery Act[224] statistics analyzed by Bradshaw and Blei, record only reported assaults, which are known to be subject to underreporting. As in their work, the model developed here uses external information from the NCVS to anchor priors on reporting rates. The model is estimated via Hamiltonian Monte Carlo in Stan, which allows for efficient sampling from complex posterior distributions. This design places the current analysis firmly within the mainstream of the statistical literature on underreporting models.

---

[222] Bradshaw, C., & Blei, D. M. (2024).

[223] Lauritsen, J., Owens, J. G., Planty, M., Rand, M., & Truman, J. (2012). Methods for Counting High-Frequency Repeat Victimizations in the National Crime Victimization Survey. http://bjs.ojp.usdoj.gov/content/pub/pdf/mchfrv.pdf

[224] 20 U.S.C. § 1092 (2021). ("Jeanne Clery Campus Safety Act")

**HIGHLY CONFIDENTIAL**

### A.    Model Specification

5.    Let $y_{it}$ denote the number of incidents reported to Uber of type $i$ in year $t$, for the 27 incident types described in the safety report and the years 2017–22 and 2023–4.[225] Let $R_{it}$ denote the number of rides in that same stratum. The model assumes that the true number of incidents, $\mu_{it}$, scales with the exposure (rides) but allows for type-specific variation and overdispersion. The probability that an incident is reported is indexed by year and denoted $p_t$. Formally, the model is

$$y_{it} \sim \text{NegBinomial}(\mu_{it} \cdot p_t, \phi),$$

with

$$\log \mu_{it} = \alpha_0 + \alpha_{\text{type}[i]} + \beta \log R_{it}$$

and

$$p_t \sim \text{Beta}(\alpha_t, \beta_t).$$

6.    Here, $\alpha_0$ is a global intercept, $\alpha_{\text{type}[i]}$ captures the incident-type effects with hierarchical shrinkage, and $\beta$ governs the elasticity of incidents with respect to rides. The dispersion parameter, $\phi$, allows the variance of observed counts to exceed the mean, reflecting the heterogeneity expected in real-world reporting data. The priors on $p_t$ are year-specific, with parameters calibrated from the NCVS survey estimates of reporting probabilities.[226]

7.    Posterior inference proceeds by Hamiltonian Monte Carol sampling, yielding draws from the joint posterior distribution over incident $\mu_{it}$, reporting probabilities $p_t$, and hyperparameters. From these draws, I construct posterior summaries of the total number of true incidents, the type-specific frequencies, and the annual reporting rates.

---

[225] As described in the body of the report, these time ranges are handled separately to allow direct comparison with Uber's extant Safety Reports.

[226] Bureau of Justice Statistics (Dec. 2018). Criminal Victimization, 2017. Accessed Sept. 18, 2025. https://bjs.ojp.gov/content/pub/pdf/cv17.pdf; Bureau of Justice Statistics (Sept. 2019). Criminal Victimization, 2018. Accessed Sept. 18, 2025. https://bjs.ojp.gov/content/pub/pdf/cv18.pdf; Bureau of Justice Statistics (Sept. 2020). Criminal Victimization, 2019. Accessed Sept. 18, 2025. https://bjs.ojp.gov/content/pub/pdf/cv19.pdf; Bureau of Justice Statistics (Oct. 2021). Criminal Victimization, 2020. Accessed Sept. 18, 2025. https://bjs.ojp.gov/media/65271/download; Bureau of Justice Statistics (Sept. 2022). Criminal Victimization, 2021. Accessed Sept. 18, 2025. https://bjs.ojp.gov/content/pub/pdf/cv21.pdf; Bureau of Justice Statistics (Sept. 2023). Criminal Victimization, 2022. Accessed Sept. 18, 2025. https://bjs.ojp.gov/document/cv22.pdf; and Bureau of Justice Statistics (Sept. 2024). Criminal Victimization, 2023. Accessed Sept. 18, 2025. https://bjs.ojp.gov/document/cv23.pdf. (collectively, "NCVS Data")

**HIGHLY CONFIDENTIAL**

### B.    Data Sources and Preparation

8.      This analysis combines three primary data sources. The first, Uber incident data, is based on data released by Uber giving monthly counts of incidents across a range of sexual assault and misconduct categories for the years 2017–24.[227] These categories align with those disclosed in Uber's Safety Reports, but the released dataset is more comprehensive, including all incident types tracked by Uber. Consistent with Department of Justice reporting conventions, each incident type is analyzed separately. Annual totals of incidents are constructed by summing monthly counts within each calendar year.

9.      The "exposure" data in the model comes from the ride totals provided by Uber in the abovementioned data set. These are aggregated to annual totals and used as the exposure variable. Modeling incidents as a function of log-rides ensures that estimates account for changes in platform usage over type. The log transformation matches the exposure transformation from Bradshaw and Blei and allows for realistic, sublinear growth of incidents relative to rides.

10.     To address the inherent identifiability problem in under-reporting models, external information on reporting rates is required. The National Crime Victimization Survey ("NCVS") provides annual estimates of the fraction of sexual assaults reported to police, along with standard errors.[228][229] These estimates are used to construct informative Beta priors on the annual reporting probabilities $p_t$. Specifically, for each the NCVS mean and standard error are converted into shape parameters, $(\alpha_t, \beta_t)$, yielding priors that are centered at the empirically observed reporting rates while incorporating their uncertainty.

11.     Preprocessing converting all counts to integers, aligning the years of NCVS priors with those in the Uber data, and constructing unique identifiers for incident types and years. The result is a rectangular data set indexed by *(i,t)*, where *i* denotes the incident type and *t* denotes the year. All processing code is included in the provided modeling code repository.

### C.    Inference and Diagnostics

12.     Posterior inference was conducted using Hamiltonian Monte Carlo (HMC) implemented in Stan. Eight chains of 3,500 iterations each (1,500 warmup, 2,000 sampling) were run in parallel. Convergence diagnostics indicated reliable

---

[227] 2017-2024 Stats.

[228] NCVS Data.

[229] At the time of this report, the 2024 NCVS under-reporting estimates have not been published. In my model I have used an average of the previous seven years to set my priors.

**HIGHLY CONFIDENTIAL**

sampling: all potential scale reduction factors ($\hat{R}$) were at or below 1.01, and effective sample sizes for bulk and tail estimates exceeded conventional thresholds.

13.     As with Bradshaw and Blei's campus application, the absence of validation data makes predictive checks essential. Posterior samples of the expected reported counts ($\mu_{it} \cdot p_t$) were aggregated to the year level and compared to the actual reported totals. Across years, nearly all observed counts fell well within the 95% posterior predictive intervals, indicating that the model captures the scale and variation of reported incidents.

14.     Overall, the model is well calibrated. The 95% predictive interval of expected reported counts includes the actual counts for 163 out of the 176 year-incident combinations (93% coverage). The 50% predictive interval includes the true reported number 55% of the time. Most values outside the posterior intervals are from 2017, when Uber generally reported lower-than-expected counts or are related to Parent Category Usage Tracking categories. Around 2020, Uber made classification changes to the category "Sexual Misconduct: Masturbation and Indecent Exposure." This category has been reclassified over time and Uber reported zeros in all years for this category. The posterior predictive checks are shown in the following figure.

HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**

*Figure 76: Posterior predictive checks of under-reporting model, showing good agreement between the models estimates and the totals reported to Uber. 2017 is the only year showing significant disagreement between reported and modeled counts.*

15. Posterior distributions for systemwide totals, type-specific incident frequencies, and reporting probabilities are summarized through median estimates and 50% and 95% predictive intervals. Interval widths appropriately reflect both sampling uncertainty and the structural uncertainty introduced by underreporting. Visual checks (e.g., overlay plots of observed vs. predicted counts, interval plots of annual reporting rates) confirm that the model yields internally consistent estimates. Taken together, these diagnostics support the conclusion that the model provides a reliable framework for quantifying underreporting in Uber's sexual assault and misconduct data.

### D.     Results

16. Posterior estimates of total sexual assault and misconduct incidents across Uber rides were aggregated annually from 2017 to 2022. Median estimates substantially exceed Uber's officially reported totals, consistent with the presence of widespread underreporting. The credible intervals appropriately widen in later years as overall ride volume increases. Data are shown in the following figures.

**HIGHLY CONFIDENTIAL**



*Figure 77:* ████████████████████████████████████████████

HIGHLY CONFIDENTIAL



*Figure 78:* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17.    When aggregated across all years, type-specific estimates reveal stark discrepancies between Uber's Safety Report figures and the posterior totals. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ These results are shown above in Figure 63 and Figure 64.

18.    Posterior draws for the annual reporting probabilities $p_t$ align with the NCVS-informed priors but reflect the Uber-specific data. Reporting rates appear to have increased modestly over the study period, consistent with survey evidence of rising willingness to report sexual victimization. These data are shown above in Figure 67.

## E.    Sensitivity Analysis

19.    The identifiability challenge inherent in underreporting models requires assessment of prior assumptions. Several robustness checks were conducted. Priors on reporting probabilities. Widening the NCVS-based Beta priors produced broader credible intervals but left central conclusions unchanged: estimated true incidents remain substantially larger than Uber's reported totals.

**HIGHLY CONFIDENTIAL**

### F.    Reproducibility

20.    All data preprocessing, model fitting, and visualization steps were conducted in R (v4.4.3) using open-source packages (`tidyverse, tidybayes, rstan, posterior, bayesplot`). The Bayesian model was implemented in Stan and executed with eight parallel chains and standard convergence diagnostics. Code and data processing scripts are produced in the version-controlled repository, ensuring full reproducibility of results. The analysis is transparent and replicable, with all assumptions and parameterizations documented in this appendix.

### G.    Data Tables

21.    This section contains tables summarizing my results. I have included a table for all incident counts with 95% credible intervals for the true rate of incidents on Uber's platform, as well as all data points necessary to recreate the charts in my report.



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

- 124 -



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

2.

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



3.

HIGHLY CONFIDENTIAL



# JOHN CHANDLER

2301 Milwaukee Ave, Minneapolis, MN 55404
+1.406.544.8720
john.chandler@gmail.com, john.chandler@stthomas.edu, john@datainsightsllc.com

## EDUCATION

University of Montana
**Ph.D. in Mathematical Sciences**                                    **2010**
Dissertation: Statistical Learning in Online Advertising

University of Washington
**MS in Mathematics**                                                **1999**
Thesis: Visualizing Network Flows

Middlebury College
**BA in Mathematics** (Magna Cum Laude, Thesis Honors)                **1996**
Minor: Sociology
Thesis: Representations of Finite Groups

## AWARDS

MS in Business Analytics Outstanding Faculty Award          **2017-2022, 2024**
Outstanding Non-Tenure Track Faculty Award                       **2017, 2020**

## TEACHING EXPERIENCE

*University of St. Thomas*
**Assistant Professor of Data Science**                       **2025-Present**

*University of Montana*
**Clinical Professor**                                           **2014-2025**
Co-developed curriculum for MS in Business Analytics. Developed courses Applied Data Analytics, Text Mining and Unstructured Data, Advanced Applied Modeling, Introduction to SQL, and Telling Stories with Data. Additionally, taught weekend and short courses.

**Instructor**                                                        **2007**
Developed syllabus and taught "Simulations in R".

*ORT University, Montevideo Uruguay*
**Visiting Professor**                                        **2018-Present**
Annual teaching of Telling Stories with Data for analytics students and assistance with the development of business analytics degree.

*University of San Diego*
**Adjunct Professor**                                              **2021-2024**
Teaching Applied Text Mining (ADS-509) in the MS of Applied Data
Science degree.

*University of Washington*
**Instructor**                                                    **1998-1999**
Taught Calculus, Pre-Calculus, Linear Algebra, and Algebra

RELATED EXPERIENCE

Data Insights
**Managing Partner**                                              **2012 – Present**
Managed data science consulting practice, working with numerous
Fortune 500 companies and start-ups.

Microsoft
**Research Director**                                             **2007-2011**
Data scientist at Microsoft, working across a variety of advertiser, publisher and auction
products. Last position was leading research for Microsoft TV.

aQuantive
**Principal Analyst**                                             **1999-2007**
Data scientist working at the intersection of product, statistics and marketing.

BOOKS

Steele, B, J Chandler and S Reddy (2018). *Algorithms for Data Science*. New York: Springer-Verlag

PUBLICATIONS AND PAPERS

Smith, M. L., MacLehose, R. F., Chandler, J. W., & Berman, J. D. (2022). Thunderstorms, Pollen, and Severe Asthma in a Midwestern, USA, Urban Environment, 2007–2018. *Epidemiology*, 33(5), 624-632.

Earnest, D., & Chandler, J. (2021). Making time: Words, narratives, and clocks in elementary mathematics. *Journal for Research in Mathematics Education,* 52(4), 407-443*.*

Yung, L., Chandler, J., & Haverhals, M. (2015)*.* Effective weed management, collective action, and landownership change in western Montana. *Invasive plant science and management, 8(2), 193-202.*

Yung, Laurie., Freimund, Wayn., & Chandler-Pepelnjak, John. (2008). Wilderness politics in the American West. *International Journal of Wilderness*, 14(2), 14-23.

PAPERS UNDER REVIEW AND WORKING PAPERS

Metcalf, A., Birdsong, M., & Chandler, J. "Private ownership of the public trust: a Montana case study". *Awaiting review at Human Dimensions of Wildlife.*

Chandler, J. & Bu, X. "We will but I did: Collectivism versus individualism in political convention speeches". *Preparing for initial submission in PNAS.*

Chandler, J. "Violations of independence in network statistics". *Preparing for initial submission at Social Network Analysis.*

CONSULTING REPORTS AND WHITE PAPERS

| | |
|---|---|
| "Measuring ROI Beyond the Last Ad" | 2009 |
| "The Long Road to Conversion: The Digital Purchase Funnel" | 2008 |
| "Optimal Frequency: The Impact of Frequency on Conversion Rates" | 2006 |
| "Traditional Advertising Metrics on the Web: Forecasting GRP's, Reach and Effective Reach Online" | 2007 |
| "Forecasting Reach, Frequency, and GRPs on the Internet" | 2004 |
| "Atlas Annual Holiday Shopping Report" | 2000-2007 |

PATENT APPLICATIONS

| | |
|---|---|
| "System and method for determining internet advertising strategy" US20030074252A1; with A Easterly | 2003 |

INVITED TALKS

| | |
|---|---|
| "Teaching Analytics in the Age of AI" Universidad ORT Uruguay | 2024 |
| "DevOps is Data Science" Data Tech | 2019 |
| "Measuring Marketing Effectiveness" Universidad ORT Uruguay | 2019 |
| "Data Science is Dev-Ops" University of Montana | 2018 |
| "Marketing Science at Tableau" Tableau Conference | 2018 |

"The Collision of Data Science and Marketing"

| University of Montana | 2015 |
|---|---|

*"Causal Inference is Hard"*, Panel Discussion
Advertising Research Foundation    2014

*"Understanding Attribution"*
Advertising Research Foundation    2012

## DEGREE COMMITTEES

- Tina Cummins, MS in Economics, 2017, *Impact of local government revenue and spending during oil and gas booms in the Rocky Mountain States*
- Omid Khormali, Ph.D. in Mathematica Sciences, 2019, *Extremal problems for forests in graphs and hypergraphs*
- Hannah Leonard, MS in Forestry, 2020, *A Conservation Marketing Toolkit: Systematic Literature Mapping, Microtargeting Conservation Easements, and Conservation Corridor Prioritization*
- Nate Bender, MS in Forestry, 2022, *Call your elected officials: Identifying predictors and audiences for collective climate action*
- Madeline Damon, MS in Forestry, 2023, *INVESTIGATING INTELLECTUAL DIVERSITY: A CRITICAL EXAMINATION OF ACADEMIC PUBLISHING PRACTICES AND THEIR EFFECTS ON WILDLIFE CONSERVATION*
- Chelle Terwilliger, Ph.D. in Forestery, 2025, *A QUANTITATIVE APPROACH TO UNDERSTANDING COLLABORATION AND SUCCESS IN AN ENVIRONMENTAL SCIENCE TEAM*
- Tina Cummins, Forestry Ph.D., in progress
- Anna Marbut, Interdisciplinary Ph.D., in progress

## LANGUAGES

English–native language
Spanish–speak, read, and write with competence

## MEMBERSHIPS

American Marketing Association
American Statistical Association

**HIGHLY CONFIDENTIAL**

**PRIOR TESTIFYING HISTORY OF JOHN CHANDLER, Ph. D.**

1.  *In Re: JUUL Labs, Inc. Marking, Sales Practices and Products Liability Litigation*, **Case No. 19-md-02913-WHO (N.D.Cal. 2019)**
    - **Deposed in July, 2021; October, 2021; and May, 2022**

2.  *The State of Alaska v. JUUL Labs, Inc., et al.*, **Case No. 3AN-20-09477 (Alaska Super. Court, Anchorage 2020)**
    - **Deposed in April, 2024 and July 2024.**
    - **Testified at trial November 6-7, 2024.**

3.  *Iola Favell, et al. v. University of Southern California and 2U*, **Inc., Case No. 2:23-cv-00846-GW-MAR (C.D.Cal. 2023)**
    - **Deposed in August 2024.**

4.  *The State of Texas, et al. v. Google, LLC*, **Case No. 4:20-cv-00957 (E.D.Tex. 2020)**
    - **Deposed in October 2024.**

5.  *In Re: Google Digital Advertising Antitrust Litigation*, **Case No. 21-MD-3010 (S.D.N.Y.)**
    - **Deposed in April 2025.**

6.  *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, **Case No. 4:22-MD-3047 (N.D.Cal.);** *In Re: Social Media Adolescent Addition (JCCP No. 5255)*, **Case No. 22STCV21355 (Cal. L.A.); and,** *State of New Mexico, Ex Rel. Raul Torres, Attorney General, v. Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*. **First Judicial District Court, County of Santa Fe, New Mexico.**
    - **Deposed in August 2025.**

HIGHLY CONFIDENTIAL

## MATERIALS CONSIDERED

All documents and sources referred to and cited in Dr. Chandler's report and its footnotes, including Bates-stamped documents, deposition transcripts, and other sources.

### Discovery Responses

All available discovery responses produced within *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDLCase No. 3084 (N.D.Cal.), including:

1. The Parties' discovery responses and objections to Interrogatories, Requests for Admission, and Requests for Production;

2. Incident Report Classification of Dominant Tickets for 2017-2024;

3. Supp. Info Provided by Defs. Pursuant to the Parties' Agreement (4/4/2025);

4. Incident Report Classification for 2023-2024; and

5. Declaration of Sunny Wong (9/24/25).

### Deposition Transcripts & Exhibits

Deposition transcripts and exhibits within the matter of *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL No. 3084 (N.D.Cal.) and *In re Uber Rideshare Cases*, Case No. CJC-21- 005188 (Cal. Super. Ct.), including:

1. Michael Akamine Deposition and Exhibits (5/19/25 and 5/20/25)

2. Brooke Anderson Deposition and Exhibits (05/01/25 and 05/02/25 and 5/6/25)

3. William Anderson Deposition and Exhibits (9/26/23)

4. Matthew Baker Deposition and Exhibits (11/13/24)

5. PMK (Emilie Boman) Deposition and Exhibits (3/5/25 and 4/1/25)

6. Tracy Breeden Deposition and Exhibits (3/13/25 and 3/14/25)

7. 30(b)(6) (Gregory Brown) Deposition and Exhibits (6/17/25)

8. 30(b)(6) (Gregory Brown) Deposition and Exhibits (7/15-16/2025 and 8/25-26/2025)

9. PMK (Gregory Brown) Deposition and Exhibits (3/13/25 and 3/14/25 and 5/7/25)

10. 30(b)(6) (Jamie Brown) Deposition and Exhibits (August 6, 2025)

11. Jordan Burke Deposition and Exhibits (3/20/25 and 3/21/25)

12. Faiz Bushra Deposition and Exhibits (5/13/25)

13. Philip Cardenas Deposition and Exhibits (2/26/25)

**HIGHLY CONFIDENTIAL**

14. Frank Chang Deposition and Exhibits (5/9/25)

15. 30(b)(6) (Heather Childs) Deposition and Exhibits (6/5/25)

16. Dennis Cinelli Deposition and Exhibits (3/28/25)

17. 30(b)(6) (Chad Dobbs) Deposition and Exhibits (8/21/25)

18. 30(b)(6) (Mariana Esteves) Deposition and Exhibits (7/15/25 and 8/28/25)

19. Chadd Fogg Deposition and Exhibits (2/5/25)

20. Cory Freivogel Deposition and Exhibits (12/10/24 and 2/6/25)

21. Henry (Gus) Fuldner Deposition and Exhibits (3/26/25 and 3/27/25 and 4/29/25)

22. 30(b)(6) (Todd Gaddis) Deposition and Exhibits (7/11/25)

23. PMK (Todd Gaddis) Deposition and Exhibits (7/8/25 and 7/9/25 and 7/11/25)

24. Catherine Gibbons Deposition and Exhibits (6/5/25)

25. Ryan Graves Deposition and Exhibits (5/13/25)

26. Andrew Hasbun Deposition and Exhibits (4/10/25 and 4/11/25)

27. Cassandra Hawk Deposition and Exhibits (4/8/25)

28. Jill Hazelbaker Deposition and Exhibits (6/17/25)

29. Rachel Holt Deposition and Exhibits (12/12/24 and 4/9/25)

30. Jordan Hornback Deposition and Exhibits (3/31/25)

31. Nairi Hourdajain  Deposition and Exhibits (2/7/25)

32. Meghan Joyce Deposition and Exhibits (2/26/25)

33. Roger Kaiser Deposition and Exhibits (11/19/24 and 4/22/25)

34. Travis Kalanick Deposition and Exhibits (7/3/25)

35. Sachin Kansal Deposition and Exhibits (5/28/25)

36. Dara Khosrowshahi Deposition and Exhibits (7/1/25)

37. Carly Lake Deposition and Exhibits (3/20/25 and 3/21/25)

38. Jenny Luu Deposition and Exhibits (2/27/25)

39. 30(b)(6) (Katherine McDonald) Deposition and Exhibits (4/25/25)

40. Katherine McDonald Deposition and Exhibits (10/7/24 and 5/7/25)

2

**HIGHLY CONFIDENTIAL**

41. 30(b)(6) (Hannah Nilles) Deposition and Exhibits (6/30/25)

42. 30(b)(6) (Hannah Nilles) Deposition and Exhibits (7/10/25)

43. 30(b)(6) (Hannah Nilles) Deposition and Exhibits (7/23/25 and 8/7/25)

44. PMK (Hannah Nilles) Deposition and Exhibits (5/5/25 and 5/14/25 and 5/29/25)

45. 30(b)(6) (Hannah Nilles) Deposition and Exhibits (August 7, 2025)

46. Jodi Page Deposition and Exhibits (5/21/25)

47. Katherine Parker Deposition and Exhibits (12/3/24 and 2/14/25)

48. PMK (Rebecca Payne) Deposition and Exhibits (4/2/25 and 4/3/25 and 5/2/25 and 5/12/25 and 5/13/25)

49. Andi Pimentel Deposition and Exhibits (10/15/24 and 3/27/25)

50. Cameron Poetzscher Deposition and Exhibits (6/4/25)

51. David Richter Deposition and Exhibits (2/24/25)

52. Brad Rosenthal Deposition and Exhibits (10/24/23)

53. 30(b)(6) (Elizabeth Ross) Deposition and Exhibits (6/11/25 and 6/12/25)

54. Danielle Sheridan Deposition and Exhibits (5/15/25 and 5/16/25)

55. Valerie Shuping Deposition and Exhibits (4/17/25 and 4/18/25)

56. Nicholas Silver Deposition and Exhibits (11/21/24)

57. Troy Stevenson Deposition and Exhibits (10/21/24)

58. Joseph Sullivan Deposition and Exhibits (6/25/25)

59. Michael Sullivan Deposition and Exhibits (3/26/25)

60. Pat Twomey Deposition and Exhibits (5/29/25)

61. Kayla Whaling Deposition and Exhibits (2/28/25 and 4/22/25)

62. 30(b)(6) (Sunny Wong) Deposition and Exhibits (6/25/25)

63. PMK (Sunny Wong) Deposition and Exhibits (4/16/25)

64. 30(b)(6) (Sunny Wong) Deposition and Exhibits (7/23/25)

65. Defendants' Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC's Responses to Topics 3-15 of All Plaintiffs' Notice of 30(b)(6) Deposition of Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC (Recordkeeping) with Exhibits (7/2/25)

3

HIGHLY CONFIDENTIAL

**Bates Stamped Productions**, including:

1. UBER_JCCP_MDL_000149063
2. UBER_JCCP_MDL_000157026
3. UBER_JCCP_MDL_000157756
4. UBER_JCCP_MDL_000178095
5. UBER_JCCP_MDL_000190756
6. UBER_JCCP_MDL_000192643
7. UBER_JCCP_MDL_000194589
8. UBER_JCCP_MDL_000208167
9. UBER_JCCP_MDL_000212868
10. UBER_JCCP_MDL_000250291
11. UBER_JCCP_MDL_000250635
12. UBER_JCCP_MDL_000250691
13. UBER_JCCP_MDL_000253977
14. UBER_JCCP_MDL_000258239
15. UBER_JCCP_MDL_000260133
16. UBER_JCCP_MDL_000303417
17. UBER_JCCP_MDL_000326520
18. UBER_JCCP_MDL_000420202
19. UBER_JCCP_MDL_000479545
20. UBER_JCCP_MDL_000482048
21. UBER_JCCP_MDL_000485724
22. UBER_JCCP_MDL_000500944
23. UBER_JCCP_MDL_000505173
24. UBER_JCCP_MDL_000510521
25. UBER_JCCP_MDL_000519117
26. UBER_JCCP_MDL_000534753
27. UBER_JCCP_MDL_001113654
28. UBER_JCCP_MDL_001257529
29. UBER_JCCP_MDL_001406648
30. UBER_JCCP_MDL_001423010
31. UBER_JCCP_MDL_001481664
32. UBER_JCCP_MDL_001532091
33. UBER_JCCP_MDL_001533288
34. UBER_JCCP_MDL_001543329
35. UBER_JCCP_MDL_001584753
36. UBER_JCCP_MDL_001616763
37. UBER_JCCP_MDL_001617507
38. UBER_JCCP_MDL_001617918

4

HIGHLY CONFIDENTIAL

39. UBER_JCCP_MDL_001638758
40. UBER_JCCP_MDL_001715523
41. UBER_JCCP_MDL_001719965
42. UBER_JCCP_MDL_001720191
43. UBER_JCCP_MDL_001720345
44. UBER_JCCP_MDL_001721232
45. UBER_JCCP_MDL_001727867
46. UBER_JCCP_MDL_001730335
47. UBER_JCCP_MDL_001730937
48. UBER_JCCP_MDL_001731737
49. UBER_JCCP_MDL_001733032
50. UBER_JCCP_MDL_001738115
51. UBER_JCCP_MDL_001739607
52. UBER_JCCP_MDL_001739609
53. UBER_JCCP_MDL_001739642
54. UBER_JCCP_MDL_001739644
55. UBER_JCCP_MDL_001739646
56. UBER_JCCP_MDL_001740002
57. UBER_JCCP_MDL_001740028
58. UBER_JCCP_MDL_001740053
59. UBER_JCCP_MDL_001740077
60. UBER_JCCP_MDL_001740100
61. UBER_JCCP_MDL_001740123
62. UBER_JCCP_MDL_001742213
63. UBER_JCCP_MDL_001742216
64. UBER_JCCP_MDL_001742218
65. UBER_JCCP_MDL_001742219
66. UBER_JCCP_MDL_001742220
67. UBER_JCCP_MDL_001742222
68. UBER_JCCP_MDL_001742223
69. UBER_JCCP_MDL_001778214
70. UBER_JCCP_MDL_001870480
71. UBER_JCCP_MDL_002061960
72. UBER_JCCP_MDL_002063229
73. UBER_JCCP_MDL_002069185
74. UBER_JCCP_MDL_002069369
75. UBER_JCCP_MDL_002079300
76. UBER_JCCP_MDL_002079301
77. UBER_JCCP_MDL_002079301
78. UBER_JCCP_MDL_002264918

**HIGHLY CONFIDENTIAL**

79. UBER_JCCP_MDL_002305839
80. UBER_JCCP_MDL_002311861
81. UBER_JCCP_MDL_002327552
82. UBER_JCCP_MDL_002340763
83. UBER_JCCP_MDL_002527017
84. UBER_JCCP_MDL_002531877
85. UBER_JCCP_MDL_002658347
86. UBER_JCCP_MDL_002705658
87. UBER_JCCP_MDL_002705668
88. UBER_JCCP_MDL_002708207
89. UBER_JCCP_MDL_002708898
90. UBER_JCCP_MDL_002708902
91. UBER_JCCP_MDL_002708906
92. UBER_JCCP_MDL_002708910
93. UBER_JCCP_MDL_002709131
94. UBER_JCCP_MDL_002709843
95. UBER_JCCP_MDL_002713560
96. UBER_JCCP_MDL_003211940
97. UBER_JCCP_MDL_003272273
98. UBER_JCCP_MDL_003294866
99. UBER_JCCP_MDL_003311636
100. UBER_JCCP_MDL_003340806
101. UBER_JCCP_MDL_003380240
102. UBER_JCCP_MDL_003380265
103. UBER_JCCP_MDL_003398058
104. UBER_JCCP_MDL_003628483
105. UBER_JCCP_MDL_003634606
106. UBER_JCCP_MDL_003668627
107. UBER_JCCP_MDL_003669902
108. UBER_JCCP_MDL_004240802
109. UBER_JCCP_MDL_004852359
110. UBER_JCCP_MDL_004888949
111. UBER_JCCP_MDL_004959878
112. UBER_JCCP_MDL_004977435
113. UBER_JCCP_MDL_004980939
114. UBER_JCCP_MDL_005401163
115. UBER_JCCP_MDL_005406389
116. UBER_JCCP_MDL_005427420
117. UBER_JCCP_MDL_005625539
118. UBER_JCCP_MDL_005631387

**HIGHLY CONFIDENTIAL**

| | |
|---|---|
| 119. | UBER_JCCP_MDL_005764222 |
| 120. | UBER-MDL3084-000002859 |
| 121. | UBER-MDL3084-000046507 |
| 122. | UBER-MDL3084-000067465 |
| 123. | UBER-MDL3084-000159988 |
| 124. | UBER-MDL3084-000304899 |
| 125. | UBER-MDL3084-000312229 |
| 126. | UBER-MDL3084-BW-00000001 |
| 127. | UBER-MDL3084-BW-00000002 |
| 128. | UBER-MDL3084-BW-00000003 |
| 129. | UBER-MDL3084-BW-00000004 |
| 130. | UBER-MDL3084-BW-00000005 |
| 131. | UBER-MDL3084-BW-00000006 |
| 132. | UBER-MDL3084-BW-00000007 |
| 133. | UBER-MDL3084-BW-00000008 |
| 134. | UBER-MDL3084-BW-00000009 |
| 135. | UBER-MDL3084-BW-00000010 |
| 136. | UBER-MDL3084-BW-00000011 |
| 137. | UBER-MDL3084-BW-00000012 |
| 138. | UBER-MDL3084-BW-00000013 |
| 139. | UBER-MDL3084-BW-00000014 |
| 140. | UBER-MDL3084-BW-00000015 |
| 141. | UBER-MDL3084-BW-00000016 |
| 142. | UBER-MDL3084-BW-00000017 |
| 143. | UBER-MDL3084-BW-00000018 |
| 144. | UBER-MDL3084-BW-00000019 |
| 145. | UBER-MDL3084-BW-00000020 |
| 146. | UBER-MDL3084-BW-00000021 |
| 147. | UBER-MDL3084-BW-00000022 |
| 148. | UBER-MDL3084-BW-00000023 |
| 149. | UBER-MDL3084-BW-00000024 |
| 150. | UBER-MDL3084-BW-00000025 |
| 151. | UBER-MDL3084-BW-00000026 |
| 152. | UBER-MDL3084-BW-00000027 |
| 153. | UBER-MDL3084-BW-00000028 |
| 154. | UBER-MDL3084-BW-00000029 |
| 155. | UBER-MDL3084-BW-00000030 |
| 156. | UBER-MDL3084-BW-00000031 |
| 157. | UBER-MDL3084-BW-00000032 |
| 158. | UBER-MDL3084-BW-00000033 |

**HIGHLY CONFIDENTIAL**

159.        **UBER-MDL3084-BW-00000034**
160.        **UBER-MDL3084-BW-00000035**
161.        **UBER-MDL3084-BW-00000036**
162.        **UBER-MDL3084-BW-00000037**
163.        **UBER-MDL3084-BW-00000038**
164.        **UBER-MDL3084-BW-00000039**
165.        **UBER-MDL3084-BW-00000040**

HIGHLY CONFIDENTIAL

<u>Documents considered that were not produced in this case</u>

1. 6ABC. "Cab Driver Wanted in Rape of Passenger in Brooklyn." May 12, 2011. https://6abc.com/archive/8126295/

2. Advertising Age. "Largest advertisers in the United States in 2022 (in billion U.S. dollars)." Chart. June 26, 2023. https://www.statista.com/statistics/275446/ad-spending-of-leading-advertisers-in-the-us/.

3. American Marketing Association. "AMA Statement of Ethics." Updated May 2021. https://www.ama.org/ama-statement-of-ethics/.

4. ANA. "ANA Ethics Code of Marketing Best Practices." https://www.ana.net/content/show/id/accountability-chan-ethicscode-final.

5. Anderl, Eva, et al. "Putting Attribution to Work: A Graph-Based Framework for Attribution Modeling in Managerial Practice." *Social Science Research Network*, no. 2343077 (2013). https://www.researchgate.net/profile/Eva-Anderl/publication/258316917_Mapping_the_Customer_Journey_A_Graph-Based_Framework_for_Online_Attribution_Modeling/links/5c1cbe82458515a4c7ee a1cb/Mapping-the-Customer-Journey-A-Graph-Based-Framework-for-Online-Attribution-Modeling.pdf

6. Avery, J. & Gupta, S. (2014). "Marketing Reading: Brand Positioning." Core Curriculum Readings Series. Boston: Harvard Business School Publishing 8197. https://www.hbs.edu/faculty/Pages/item.aspx?num=49151.

7. Bradshaw, C., & Blei, D. M. (2024). A Bayesian Model of Underreporting for Sexual Assault on College Campuses. *The Annals of Applied Statistics*, vol. 18, no. 4, pgs. 3146-3164. https://www.cs.columbia.edu/~blei/papers/BradshawBlei2024.pdf

8. Berman, Ron. "Beyond the Last Touch: Attribution in Online Advertising." *University of Pennsylvania* (Mar. 24, 2018). https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2384211.

9. Brand Finance. "Uber Reinforces Dominance Amongst Mobility Brands." Feb. 21, 2024. https://brandfinance.com/press-releases/uber-reinforces-dominance-amongst-mobility-brands.

10. Broniarczyk, S. M., & Alba, J. W. (1994). "The Importance of the Brand in Brand Extension." *Journal of Marketing Research*, vol. 31, no. 2, pgs. 214-228.

11. Bureau of Justice Statistics (Dec. 2018). Criminal Victimization, 2017. https://bjs.ojp.gov/content/pub/pdf/cv17.pdf.

12. Bureau of Justice Statistics (Sept. 2019). Criminal Victimization, 2018. https://bjs.ojp.gov/content/pub/pdf/cv18.pdf.

13. Bureau of Justice Statistics (Sept. 2020). Criminal Victimization, 2019. https://bjs.ojp.gov/content/pub/pdf/cv19.pdf.

9

HIGHLY CONFIDENTIAL

14. Bureau of Justice Statistics (Oct. 2021). Criminal Victimization, 2020. https://bjs.ojp.gov/media/65271/download.

15. Bureau of Justice Statistics (Sept. 2022). Criminal Victimization, 2021. https://bjs.ojp.gov/content/pub/pdf/cv21.pdf.

16. Bureau of Justice Statistics (Sept. 2023). Criminal Victimization, 2022. https://bjs.ojp.gov/document/cv22.pdf.

17.  Bureau of Justice Statistics (Sept. 2024). Criminal Victimization, 2023. https://bjs.ojp.gov/document/cv23.pdf.

18. Chaudhri, V., Pridmore, J., & Mauck, C. (2022). Assembling the Start-up Brand: A Process Framework for Understanding Strategic Communication Challenges. International Journal of Strategic Communication vol. 16, no. 2, pgs.  206–221. https://doi.org/10.1080/1553118X.2021.1976784

19. Center for Disease Control. Vital Signs (Oct. 17, 2024). https://www.cdc.gov/vitalsigns/.

20. Cunningham, S.M. (1967). "The Major Dimensions of Perceived Risk." Risk Taking and Information Handling in Consumer Behavior, Div. of Research, Grad. School of Business Admin., Harvard University, pgs. 82–108.

21. Chandler-Pepelnjak, J. "Measuring ROI Beyond the Last Ad." Atlas Institute Digital Marketing Insight (2009): 1-6.

22. Chandler-Pepelnjak, John Winston. "Modeling Conversions in Online Advertising." University of Montana (2010). Graduate Student Theses, Dissertations, and Professional Papers no. 670. https://scholarworks.umt.edu/etd/670.

23. Data Insights, LLC. "About Page, John Chandler." https://www.datainsightsllc.com.

24. Diffusion. "Insight to Impact." https://diffusionpr.com/work/

25. Digiday. "WTF is Multi-touch Attribution?" (Aug. 30, 2019). https://digiday.com/marketing/what-is-multi-touch-attribution/.

26. Dwivedi, A., Nayeem, T., & Murshed, F. (2018). "Brand Experience and Consumers' Willingness-To-Pay (WTP) a Price Premium: Mediating Role of Brand Credibility and Perceived Uniqueness." Journal of Retailing and Consumer Services, vol. 44, pgs. 100-107.

27. Dykes, B. (2019). Effective Data Storytelling: How to drive change with data, narrative and visuals. John Wiley & Sons.

28. Fowler, S. "Reflecting on One Very, Very Strange Year at Uber." https://www.susanjfowler.com/blog/2017/2/19/reflecting-on-one-very-strange-year-at-uber.

29. FTC, Bureau of Consumer Protection. Advertising and Marketing on the Internet. https://www.ftc.gov/system/files/ftc_gov/pdf/bus28-rulesroad-2023_508.pdf.

30. Giovanis, A. N., & Athanasopoulou, P. (2018). "Consumer-Brand Relationships and Brand Loyalty in Technology-mediated Services." Journal of Retailing and Consumer Services, vol. 40, pgs. 287-294.

10

**HIGHLY CONFIDENTIAL**

31. Google Ad Manager Help. "Overview of Viewability and Active View Next: How Active View metrics are calculated" (undated). https://support.google.com/admanager/answer/4524488?hl=en.

32. Hamann, D., Williams Jr, R. L., & Omar, M. (2007). "Branding Strategy and Consumer High-technology Product." *Journal of Product & Brand Management*, vol. 16, no. 2, pgs. 98-111.

33. National Highway Traffic Safety Administration. "Seat Belts." https://www.nhtsa.gov/vehicle-safety/seat-belts.

34. Hong, J., Yang, J., Wooldridge, B. R., & Bhappu, A. D. (2022). "Sharing Consumers' Brand Storytelling: Influence of Consumers' Storytelling on Brand Attitude Via Emotions and Cognitions." *Journal of Product & Brand Management*, vol. 31, no. 2, pgs. 265-278.

35. Huff, D. (2023) How to Lie with Statistics. Penguin UK.

36. IAB. "Glossary of Terminology: Ad impression" (undated). https://www.iab.com/insights/glossary-of-terminology/.

37. Isaac, M. "How Uber Got Lost." The New York Times. Aug. 23, 2019. https://www.nytimes.com/2019/08/23/business/how-uber-got-lost.html.

38. Isaac, M. "Uber Settles Suit Over Driver Background Checks." The New York Times. Apr. 7, 2016. https://www.nytimes.com/2016/04/08/technology/uber-settles-suit-over-driver-background-checks.html.

39. Jha, P., et al. (2013). "21st-century Hazards of Smoking and Benefits of Cessation in the United States." *New England Journal of Medicine*, vol. 368, no. 4, pgs. 341-350.

40. Kazakoff, M. (2022). Persuading with Data: A Guide to Designing, Delivering, and Defending Your Data. MIT Press.

41. Keller, K. L. (2003). "Understanding Brands, Branding and Brand Equity. Interactive Marketing vol. 5, no. 1 pgs. 7-20. https://doi.org/10.1057/palgrave.im.4340213

42. Kings County District Attorney's Office. Kings County District Attorney Kenneth P. Thompson Announces Sentencing for Convicted Rapist Gurmeet Singh. May 12, 2014. https://www.brooklynda.org/wp-content/uploads/2015/03/Gurmeet-Singh-Taxi-Rape-SENTENCING-05-12-14.pdf.

43. Khan, Fawad, and Kamran Siddiqui. "The Importance of Digital Marketing. An Exploratory Study to Find the Perception and Effectiveness of Digital Marketing Amongst the Marketing Professionals in Pakistan." (2023).

44. Kotler, P., Keller, K. L., Ancarani, F., & Costabile, M. (2021). Marketing Management 16/e. Pearson.

45. Kitts, Brendan, et al. "System and Method for Determining Effects of Multi-Channel Media Sources on Multi-Channel Conversion Events." U.S. Patent No. 11,042,897, June 22, 2021.

46. Launchsquad. "Work That Worked." https://launchsquad.com/work.

11

**HIGHLY CONFIDENTIAL**

47. Lauritsen, J., Owens, J. G., Planty, M., Rand, M., & Truman, J. (2012). Methods for Counting High-Frequency Repeat Victimizations in the National Crime Victimization Survey. http://bjs.ojp.usdoj.gov/content/pub/pdf/mchfrv.pdf

48. Li, H. (Alice), and Kannan, P. K. "Attributing Conversions in a Multichannel Online Marketing Environment: An Empirical Model and a Field Experiment." *Journal of Marketing Research* vol. 51, no. 1 (2014): 40-56. https://doi.org/10.1509/jmr.13.0050.

49. MacMillan, D. "Uber Agrees to Pay $28.5 Million to Settle False Advertising Case." The Wall Street Journal. Feb. 12, 2016. https://www.wsj.com/articles/uber-agrees-to-pay-28-5-million-to-settle-rider-safety-case-1455228038#.

50. MacMillan, Douglas. "Uber Agrees to Pay $28.5 Million Over Safety Claims Lawsuits." MarketWatch. Feb. 13, 2016. https://www.marketwatch.com/story/uber-agrees-to-pay-285-million-over-safety-claims-lawsuits-2016-02-13#.

51. Meta. "Facebook to Acquire Atlas from Microsoft" (Feb. 28. 2013). https://about.fb.com/news/2013/02/facebook-to-acquire-atlas-from-microsoft/.

52. Microsoft Corporation. Form 10-K for the Fiscal Year Ended June 30, 2007. *U.S. Securities and Exchange Commission*, Commission File No. 0-14278. https://www.sec.gov/Archives/edgar/data/789019/000119312507170817/d10k.htm.

53. Microsoft. "Microsoft Broadens Availability of Engagement Mapping Reporting Tool to All Atlas Clients" (Sept. 22, 2008). https://news.microsoft.com/2008/09/22/microsoft-broadens-availability-of-engagement-mapping-reporting-tool-to-all-atlas-clients/.

54. Morgan-Thomas, A., & Veloutsou, C. (2013). "Beyond Technology Acceptance: Brand Relationships and Online Brand Experience." *Journal of Business Research*, vol. 66, no. 1, pgs. 21-27.

55. Morrill, Danielle. "Uber Takes on Lyft with Aggressive 'Shave the Stache' Mobile Billboard." Mattermark. May 4, 2013. https://mattermark.com/uber-takes-on-lyft-with-aggressive-shave-the-stache-mobile-billboard/.

56. Nair, Adarsh. "Unlocking the Secrets Behind Uber Marketing Strategies." Prismatic. Aug. 10, 20203. https://www.prismetric.com/uber-marketing-strategies/.

57. O'Brien, Sara A., et al. "CNN Investigation: 103 uber drivers accused of sexual assault or abuse." CNN (Sept. 28, 2018). https://www.cnn.com/2018/09/28/tech/uber-driver-sexual-assault.

58. Pesch, B., Kendzia, et al. (2012) "Cigarette Smoking and Lung Cancer--Relative Risk Estimates for the Major Histological Types from a Pooled Analysis of Case-Control Studies. International Journal of Cancer, vol. 131 no.5, pgs. 1210–1219. https://doi.org/10.1002/ijc.27339.

59. RAINN. "The Criminal Justice System: Statistics." https://rainn.org/statistics/criminal-justice-system.

**HIGHLY CONFIDENTIAL**

60. Romaniuk, J., Sharp, B., & Ehrenberg, A. (2007). "Evidence Concerning the Importance of Perceived Brand Differentiation." *Australasian Marketing Journal (AMJ)* vol. 15, no. 2. pgs. 42–54.

61. Salesforce. "Multi-touch Attribution Defined." https://www.salesforce.com/marketing/multi-touch-attribution/.

62. Scavetta, R. J. & Angelov, B. (2021) Python and R for the Modern Data Scientist: The Best of Both Worlds. O'Reilly Media.

63. Schmidt, S., & Eisend, M. (2015). "Advertising Repetition: A Meta-Analysis on Effective Frequency in Advertising*." Journal of Advertising,* vol. 44, no. 4. pgs. 415-428.

64. Shimaoka, A., Ferreira, R. and Goldman, A. "The Evolution of CRISP-DM for Data Science: Methods, Processes and Frameworks" (2024). 10.13140/RG.2.2.22493.42721.

65. Slavik, R. "Cab Driver Accused of Kidnapping, Attempted Rape." CBS. Dec. 9, 2010. https://www.cbsnews.com/minnesota/news/police-taxi-driver-kidnapped-tried-to-rape-passenger/.

66. Spark PR. "Our Work: Case Studies" https://sparkpr.com/case-studies.

67. Steel, E. "Uber's Festering Sexual Assault Problem." The New York Times. Aug. 6, 2025. https://www.nytimes.com/2025/08/06/business/uber-sexual-assault.html.

68. Steele, B., Chandler, J., and Reddy, S. "Algorithms for Data Science." *Springer* (2016).

69. Taylor, S. A., Celuch, K., & Goodwin, S. (2004). "The Importance of Brand Equity to Customer Loyalty*." Journal of Product & Brand Management*, vol. 13, no. 4, pgs. 217-227.

70. The Wall Street Journal. "Consumers Are Likely to Turn to Web for Holiday Shopping, Analysts Say." (Nov. 21, 2001). https://www.wsj.com/articles/SB1006378597369697160.

71. The Wall Street Journal. "Travis Kalanick: The Transportation Trustbuster." Jan. 25, 2013. https://www.wsj.com/articles/SB10001424127887324235104578244231122376480.

72. Tracy, A. "Uber Admits 'Don Draper' Is Not a Good Way to Explain 'Rape' Reports." Forbes. Mar. 8, 2016. https://www.forbes.com/sites/abigailtracy/2016/03/08/uber-sexual-assault-rape-report-rebuttal-customer-support-tickets/.

73. Tyler, S., Pandey, S., Gabrilovich, E., & Josifovski, V. (2011). "Retrieval Models for Audience Selection in Display Advertising." ResearchGate. pgs. 593-598.

74. Uber. "Safety at Uber." Medium. Mar. 6, 2016. https://medium.com/uber-under-the-hood/safety-at-uber-6e638616bd4a.

13

**HIGHLY CONFIDENTIAL**

75. Uber. US Safety Report (2017-2018). https://www.uber-assets.com/image/upload/v1575580686/Documents/Safety/UberUSSafetyReport_201718_FullReport.pdf.

76. Uber. US Safety Report (2019-2020). https://drive.google.com/file/d/1r2gUgnux2MzM4YMi6D3nwHJb2UaZ5Yjv/view?usp=sharing&uclick_id=ef753a91-aa7c-498a-a803-3ce3c48b9c08

77. Uber. US Safety Report (2021-2022). https://uber.app.box.com/s/lea3xzb70bp2wxe3k3dgk2ghcyr687x3?uclick_id=ef753a91-aa7c-498a-a803-3ce3c48b9c08.

78. Uber Newsroom. #WhyIRide–Ramona. Nov. 24, 2016. https://www.uber.com/newsroom/why-i-ride-ramona/.

79. Warzel, C, and Bhuiyan, J. "Internal Data Offers Glimpse at Uber Sex Assualt Complaints." BuzzFeed News. Mar. 6, 2016. https://www.buzzfeednews.com/article/charliewarzel/internal-data-offers-glimpse-at-uber-sex-assault-complaints.

80. Wikimedia Commons. "The Purchase Funnel" (undated). https://commons.wikimedia.org/w/index.php?curid=53843096.

81. World Health Organization. Disease Outbreak News. https://www.who.int/emergencies/disease-outbreak-news.

82. Zhao, K., Mahboobi, S. H., and Bagheri, S. R. "Attributing Revenue Across Online Advertising Channels." *International Journal of Market Research* vol. 61, no. 2 (2019): 124-25. https://doi.org/10.1177/1470785318817682.

14