# A.18

# FILED UNDER SEAL