# A.19

Control Number :

UBER_JCCP_MDL_001102
150

File Description :

Microsoft 2007
PowerPoint Presentation

JCCP Production – Custodi
an Other :

Burke, Jordan, Ding,
Abbie, Parker, Kate

Author (Combined) :

GOOGLE_#Author :

cvandyke12@gmail.com

GOOGLE_Collaborators :

laurenn@uber.com;
john.bastani@uber.co
m;
gaby.roberts@uber.co
m; rajna@uber.com;
jaf@uber.com; jshi...

Date Created (App) :

6/16/2017 5:39:00 PM

Date Last Modified (App) :

6/16/2017 6:59:00 PM

Parent Doc Date :

6/16/2017 6:59:00 PM

Production – Beginning Ba
tes :

# Document Produced in Native

CONFIDENTIAL

# Uber Trust & Safety Quant
## Foundational Wave U.S. | Appendix



June 2017

# 1. Current Rider

Behaviors and Usage

## 2. Current Rider

Trust & Safety Barrier

## 3. Current Rider

Brand Performance

Case 3:23-md-03084-CRB    Document 6410-1    Filed 06/05/26    Page 21 of 105

# 4. Current Rider

Trust & Safety Perceptions

# 5. Current Rider

Need State and Initiative Performance

## 6. Current Rider

Last Ride Experience

## 7. Current Rider

Incidents

Case 3:23-md-03084-CRB    Document 6410-1    Filed 06/05/26    Page 92 of 105