# B.1

# EXHIBIT 19

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

***CONFIDENTIAL***


VIDEOTAPED 30(b)(6) DEPOSITION OF
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC
GREG BROWN, Volume II

IN RE: UBER TECHNOLOGIES, INC.,

PASSENGER SEXUAL ASSAULT LITIGATION

                    MDL No. 3084 CRB

_____

DEPONENT:          GREG BROWN, VOLUME II

DATE:              July 16, 2025

TIME:              9:24 a.m.


LOCATION:          NELSON MULLINS

                   CHARLESTON, SC

REPORTED BY:       TERI L. KENNELLY, RPR, CRR

A.   It was.

Q.   And Uber had chose to make it, right?

A.   Generally speaking, yes.

Q.   ▇▇▇▇▇▇▇ did not choose which driver she would ride with, right?

A.   To the best of my knowledge, no.

Q.   She was not given a menu of different drivers to pick from, right?

A.   No.  That's not how the -- excuse me, Uber app works.

Q.   Had a double negative, my fault.

Did Uber present ▇▇▇▇▇▇▇ with a menu of drivers to choose from?

A.   Not to my knowledge, no.

Q.   Did Uber give her the option to say that she only wanted to be paired with a woman driver?

A.   Not to my knowledge, no.

Q.   Did it give her the ability to express a preference for a woman driver?

A.   Not to my knowledge, no.

Q.   Did it -- and you're the person speaking for Uber about the communications between Uber and ▇▇▇▇▇▇▇ related to this trip, right?

A.   That's my understanding.

Q.   So in that role, speaking for Uber,