# B.3

# EXHIBIT 54

## EXHIBIT FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES,      )

INC., PASSENGER SEXUAL         )   CASE NO. 3:23-MD-03084-CRB

ASSAULT LITIGATION             )

-------------------------------------------------

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

UBER TECHNOLOGIES, INC., RAISER LLC,

AND RAISER-CA, LLC, by and through

MARIANA ESTEVES

July 15, 2025

Mariana Esteves
July 15, 2025

And on Page 4, you'll see here that we have some definitions.  If we scroll down just a little bit.

Okay.  So under Teen Notes, for example, you'll see that it says: ██████████████████████ ████████████████ - this is the only product difference!

Do you see that?

A.    Yes.

Q.    And in the second-to-last bullet point, it says:  As of today, ████████████████████ ██████████████████████████

Do you see that?

A.    Yes, I see that.

Q.    So it looks like, ██████████████████ ████████████████████████████ ████████████████████████████ ████████████    Do you see that?

A.    No, that's not what it says.

Q.    What is your understanding of what this says?

A.    My understanding of this is that for long stops, the general rule is five minutes for riders and drivers in general.

██████████████████████
████████████████████████

Mariana Esteves
July 15, 2025

Q.   Oh, I see.  So this isn't about the robocall.  This is just about what triggers the long stop?

A.   Yeah.

Q.   Okay.  Understood.

Do you know when -- or has -- has the threshold for the long stops stayed the same, then, throughout this time?

A.   It has stayed the same as five minutes as a general rule for all cities, riders and drivers, ███

████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

█████████████████████████████

Q.   Right.

Now, I think you have, in your binder that you brought with you, a deposition aid that explains all the different safety features; is that right?

A.   Yes.

Q.   Okay.

MS. GOLDENBERG:  So let's take this document down, and let's put up Tab 10, please.

We'll mark this as Exhibit 1581.

Q.   (By Ms. Goldenberg)  And this is part of the

would benefit in precision in any way.  Actually, in this case, recall in any way.  That's what it says. Like, it's data exploration.

Q.   And do you know what the results of this exploration were?

A.   I don't know the exact results.  I know that we didn't make any changes, and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  And from that, I can deduct that it didn't make a difference.

Q.   Okay.  So sitting here today, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  even after it was considered, right?

A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, correct.

Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮

A.   As of now, I'm not aware of those plans, but who knows in the future we can do that.  But through data exploration, we understand that this is relevant enough.

MS. GOLDENBERG:  Okay.  Let's take this document down.

Q.   (By Ms. Goldenberg)  And we discussed a little bit earlier the -- the app flow for RideCheck, where the first step is for the passenger to get a push notification on their phone, right?

A.    (Witness nods.)

Q.    And then the next step would be that if, after ▮▮▮▮▮▮▮▮▮ the passenger hadn't responded, they would get a robocall from Uber, correct?

A.    True.

Q.    And if a passenger does not respond to that robocall, then nothing happens after that, correct?

A.    Correct.

Q.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A.    We are -- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q.    But sitting here today, as of right now, no matter how risky a ride is or what sort of risk factors Uber has identified for a ride, nothing happens differently if a passenger doesn't answer a robocall, right?

A.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

proactively reach out to everyone that has ever had a RideCheck trigger because the individual existing heuristics today have very little precision.

Q.   All right.  Ms. Esteves, I do want to make sure that we just answer the question that I ask you, which is:  Uber does not investigate midway drop-offs merely because the rider was female, correct?

A.   We don't investigate any midway drop-offs if we didn't get a "get help" signal from them, if they're women or men.

Q.   Okay.  And Uber also doesn't investigate a midway drop-off simply because it finds out that the ride occurred late at night, right?

A.   Can you repeat the question?

Q.   Uber also doesn't investigate a midway drop-off if it knows the ride occurred late at night, correct?

A.   We don't proactively investigate any midway drop-offs if the rider or driver didn't signal to us that they needed support, regardless of time of day.

Q.   And Uber doesn't do any follow-up with a rider later, after getting a midway_dropoff notification, to find out what happened, right?

A.   If the rider didn't tell us that he needed support, we don't do any follow-up for any RideCheck because the precision is very low.

options available to them.  If they decide that they need to take action, they have all of the options ready to go, just one tap away.

Q.    Right.

And my question wasn't about the act- -- the action that the passenger would take.  My question was about the action that Uber would take.

So outside of sending a push notification and potentially making a robocall if it has been longer than three minutes, tell me everything Uber does to investigate a long stop to ensure that a sexual assault or a sexual misconduct did not happen on that ride.

A.    So from an investigation perspective, it's not -- we don't investigate proactively any RideCheck trigger that -- for which riders and drivers didn't tell us that they needed support, because the Precision is very low.

Q.    Did Uber systematically monitor the rider's location when there was GPS data and where there was an early drop-off?

A.    Can you repeat the question, please?

Q.    Sure.

If Uber receives an early drop-off notification from RideCheck, is there any action that they take to then monitor the rider's GPS location?