# B.5

# EXHIBIT 12

## EXHIBIT FILED UNDER SEAL

