# B.6

# EXHIBIT 48

## EXHIBIT FILED UNDER SEAL

------------------------------------------------X

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION

        Case No. 3:23-mdl-03084-CRB

--------------------------------------------------X
  SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION


COORDINATION PROCEEDING SPECIAL TITLE (Rule 3.550)

IN RE: UBER RIDESHARE CASES

        Case No. CJC-21-005188

--------------------------------------------------X



        *** HIGHLY CONFIDENTIAL ***

          VIDEOTAPED DEPOSITION

                OF

          DARA KHOSROWSHAHI

        TUESDAY, JULY 1, 2025




Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6887244-001

Dara Khosrowshahi  Highly Confidential
July 01, 2025

D. Khosrowshahi - Highly Confidential

MS. BROWN:  Objection to the form.

A.    I don't know what I'm gonna do after the deposition.

Q.    Are you going to share with people within the company that you learned that, in fact, the rate of critical sexual assaults according to this document at least went up from 2022 to 2023 and ask about that?

MS. BROWN:  Objection to the form.

A.    I don't know what I'm gonna do after the deposition.

Q.    You're probably gonna fly somewhere, right?

A.    I don't know what I'm gonna do after the deposition.

Q.    Okay.  I heard you had somewhere to be, so that's why I asked.

Let me ask you this:  To your knowledge, has this information, the fact that in 2023 the rate of critical sexual assaults on the Uber platform had gone up, had this been shared with the public?

A.    I don't know.

Q.    What about, what is the -- what is

Dara Khosrowshahi  Highly Confidential
July 01, 2025

D. Khosrowshahi - Highly Confidential

going on with the rate of critical sexual assaults on the Uber platform for 2024, did it continue to go up?

A.    I don't know.

Q.    You have no idea?

A.    I don't know.

Q.    Have you asked anyone?

A.    I don't remember whether I've asked someone specifically about 2024.

Q.    Is that something that you care about?

A.    It is.

Q.    Okay.  Why would you not have asked someone?

A.    We have a lot of things going on and I just don't remember if I specifically asked someone.

Q.    Okay.  So when you say that safety and keeping people safe is one of your top priorities as a company, that's something you have going on, right, like trying to keep people safe?

A.    Yes, we do try to keep everyone safe.

D. Khosrowshahi - Highly Confidential



D. Khosrowshahi - Highly Confidential



D. Khosrowshahi - Highly Confidential

