# B.7

# EXHIBIT 52

## EXHIBIT FILED UNDER SEAL

# UBER_JCCP_MDL_001562549

## Metadata

| #Author | drivestorage2@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 08/23/2017 | SEMANTIC |
| #DateCreated | 08/21/2017 | SEMANTIC |
| #Title | Analyses Sexual Misconduct Policy | SEMANTIC |
| All Custodians | Uber Technologies, Inc.; | SEMANTIC |
| Application | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| Attachment Names | ppt | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001562549 | SEMANTIC |
| Collaborators | frank@uber.com | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 08/21/2017 10:33 pm | SEMANTIC |
| Date Modified | 08/23/2017 7:36 pm | SEMANTIC |
| DocID | 1NIE0mY7aFRnX18Ofqef3X0_4u3P7_gyoxuOCsnWpC_A | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_001562549 | SEMANTIC |
| File Size | 4900702 | SEMANTIC |
| Filename | Analyses Sexual Misconduct Policy_1NIE0mY7aFRnX18Ofqef3X0_4u3P7_gyoxuOCsnWpC_A.pptx | SEMANTIC |
| GoogleDocumentType | PRESENTATION | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_001562549 | SEMANTIC |
| ILS Document Date | 08/23/2017 | SEMANTIC |
| ILS Prod Date | 11/26/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL039 | SEMANTIC |
| Labels | Google Drive Environment Scan->ALL OUs v3->ALL 3; Google Drive Environment Scan->OU ownership v3->Service Accounts3 | SEMANTIC |
| LINKSOURCEBEGBATES | UBER_JCCP_MDL_000369829; UBER_JCCP_MDL_001574266; UBER_JCCP_MDL_001574356; UBER_JCCP_MDL_001708050 | SEMANTIC |
| MD5 Hash | 4ff5358f63baca76b2eed1c7380ffe5e | SEMANTIC |
| Other Custodians | Uber Technologies, Inc.; | SEMANTIC |
| Primary Date | 08/21/2017 10:33 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL039; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 08/23/2017 7:36 pm | SEMANTIC |
| SourceHash | 769f627469d8aeb0132fe46957492b86 | SEMANTIC |
| Viewers | frank@uber.com | SEMANTIC |



# Sexual Misconduct Policy Revamp Building Blocks

Sytske Besemer
Criminal Justice Researcher
Trust & Safety Team

Attorney Client Privileged

UBER

# Steps in designing the new policy:

Categorization
Intervention
Deactivation Threshold
Evaluation of the new policy

*Attorney Client Privileged*

# Steps in designing the new policy:

Categorization
Intervention
Deactivation Threshold
Evaluation of the new policy

*Attorney Client Privileged*



This category includes a wide variety of behaviors, therefore we proposed to split it up into 4 categories / contact types:

# We proposed the following categories

## Sexual Misconduct (L1/L2)

**Proposed**

- Non-Explicit Inappropriate Comments
  - Asking personal questions
  - commenting on appearance
  - flirting
  - asking out / soliciting more contact
- Explicit Inappropriate Comments
- Staring or Leering
- Rider-Rider Consensual Sexual Activity

## Sexual Assault (L3/L4)

- Threat of Sexual Assault
- Masturbation or Indecent Exposure
- Reported Sexual Touching
  - Physical Touching
  - Forced Sexual Touching
- Reported Sexual Intercourse

**Current**

- Inappropriate comment
- Inappropriate gesture - no physical contact
- Staring or leering

- Masturbation
- Indecent Exposure
- Non-consensual Touching
- Non-consensual Intercourse

*Attorney Client Privileged*

Based on research, the following behaviors are different in terms of severity

## Steps in designing the new policy:

Categorization
**Intervention**
Deactivation Threshold
Evaluation of the new policy

*Attorney Client Privileged*

## Intervention could/should have the following goals:

1. <u>deactivating</u> serious offenders
2. <u>deactivating</u> persistent (unintentional and/or opportunistic) offenders
3. **specific <u>deterrence</u>**
4. general <u>deterrence</u>

*Attorney Client Privileged*

1. Deactivate those driver partners that are involved in serious sexual misconduct incidents (*deactivating serious offenders*).
2. Deactivate drivers that are persistently involved in lower level sexual misconduct incidents (*deactivating persistent offenders which could be unintentional and/or opportunistic*).
3. Prevent drivers involved in less serious sexual misconduct incidents from showing this behavior again (this can happen either through education or through the next step: deactivation) (*specific deterrence*).
4. Prevent drivers that have not been involved in sexual misconduct incidents from engaging in such behavior (*general deterrence*).

## Based on analyses and criminological knowledge, a policy for sexual misconduct should have:

- non-stigmatizing responses to first/second time alleged 'offenders'
- education lightly based on cognitive behavioral interventions
- <u>crystal clear consequences of future behavior</u>

Taking into account what we know about **labeling, deterrence, and rehabilitation** and applying this to Uber's situation, I would recommend a policy with:

- non-stigmatizing responses to first/second time 'offenders (to avoid labeling and following the *risk* principle of what works in rehabilitation)
- education lightly based on cognitive behavioral interventions (obviously drivers will not participate in extensive cognitive-behavioral 'therapy', but we can still apply the same principles and focus on changing their attitudes (into the attitude that this kind of behavior is inappropriate on the Uber platform).
- crystal clear consequences of future behavior (attaining specific deterrence)

## Moreover, I proposed that we:

- Include outreach to the accused party
- Include whether case is false accusation / inconclusive / conclusive
- Focus on driver partners as victims of SM
- Have a specific IRT team focused on SM
- Have a policy that is clear and unambiguous so it can be consistently implemented by the IRT team

**What features distinguish driver partners with many or serious sexual misconduct ticket from those who don't have sexual misconduct tickets?**

*Attorney Client Privileged*

# I collected data on a sample of 63,902 driver-partners in the USA and Canada

- All  driver partners involved in 4,853 sexual misconduct tickets in the USA and Canada (queried from Jira from Jan 1, 2016 to March 31, 2017)
- All driver partners involved in 47,120 non sexual misconduct safety incidents tickets (from Jan 1, 2016 to March 31, 2017)
- All driver partners involved in 21,622 sexual misconducts L1/L2 tickets as registered in Bliss in the USA and Canada (from Aug 1, 2016 to Feb 28, 2017)

*Attorney Client Privileged*

This process generated a sample that consists of 22,027 driver partners involved in 25,540 sexual misconduct incidents and 41,875 driver partners involved in 47,764 non-sexual misconduct incidents.

# These data have shortcomings:

- Limited time period:
- Jira since January 2016
- Bliss only since August 2016

- Miscategorizations: reliability and validity of data is unclear

*Attorney Client Privileged*

# The **quantitative** analyses show that:

- Using the current data available, the majority of drivers has only one sexual misconduct ticket (92% of those with an L4 incident, 82% of those with an L3 incident, 90% of those with an L1L2 incident).



| Number of sexual misconduct tickets | 0 | 1 | | | | |
|---|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | | |
| 7 | 8 | | | | | |
| Number of drivers | | | | 41,875 | 19,443 | |
| 1,935 | 451 | 137 | 45 | 12 | 3 | 1 |

I analyzed predictors for:

- The (highest) level of sexual misconduct for each driver

- The number of sexual misconduct tickets for each driver

*Attorney Client Privileged*

- We also analyzed whether there might be other predictors of the level and number sexual misconduct incidents, looking at ratings, tenure of drivers, driving patterns, cancellations, other non-sexual misconduct safety incidents.

## Summarizing, the **quantitative** analyses show that:

- The percentage of one star ratings is the only meaningful predictor of the total number of sexual misconduct tickets a driver has. The percentage of trips taken on weekend nights and cancellation rate are the only variables predicting a higher level (L3L4) incident versus a lower level sexual misconduct incident.

*Attorney Client Privileged*

I will go over these analyses in detail now

# Percentage of 1-star ratings is the only meaningful predictor of number of SM tickets

| | L0 | L12 | L3 | L4 | MCP Significant | Correlation with total number of SM incidents | Same correlation (only including those with SM) |
|---|---|---|---|---|---|---|---|
| **Ratings** | | | | | | | |
| Average rating up until highest level incident | 4.710 | 4.703 | 4.693 | 4.755 | L2-L0<br>L3-L0<br>L4-L0<br>L4-L2<br>L4-L3 | -0.036<br>(-0.044--0.028) | -0.077<br>(-0.091--0.064) |
| Average rating of trips in the 7 days preceding the highest level incident | 4.735 | 4.723 | 4.723 | 4.767 | L2-L0 | -0.039<br>(-0.047--0.031) | -0.079<br>(-0.092--0.066) |
| Percentage of 1-star ratings over total number of trips | 1.193 | 1.372 | 1.511 | 1.195 | L2-L0<br>L3-L0<br>L3-L2 | 0.126<br>(0.118-0.133) | 0.283<br>(0.271-0.295) |
| Average ratings by women | H2 | | | | | | |

*Average rating up until highest level incident* - people involved in L4 sexual misconduct incidents actually have the highest average rating (see the table below), while people involved in L1-2 sm incidents have the lowest average rating. L4 having the highest rating is not what one would expect theoretically.

*Average rating over the last 7 days before the incident* - We see a similar pattern as for lifetime rating, but the only significant difference is between L1-2 (4.723) and L0 (4.735).

*Percentage of 1 star ratings (over total number of trips)* - We also wanted to investigate whether we see a higher percentage of trips rated with 1 star for drivers involved in sexual misconduct incidents. We do not see a linear relationship when we look at the highest level of sexual misconduct: instead drivers with L1-2 and L3 incidents have a higher percentage of 1 star ratings compared with L0 and L4. However, when we look at the correlation with the total number of sexual misconduct incidents, we see a moderate correlation with 1-star ratings (r=0.126 when all drivers are included, r=0.283 when only drivers with sexual misconduct are included). *Therefore, the percentage of 1-star ratings might be a useful indicator that drivers are more likely to be involved in more sexual misconduct incidents.*

# Driver partners involved in L4 incidents have driven fewer trips than those involved in L1L2

| | L0 | L12 | L3 | L4 | MCP Significant | Correlation with total number of SM incidents | Same correlation (only including those with SM) |
|---|---|---|---|---|---|---|---|
| **Tenure** | | | | | | | |
| Total number of trips over lifetime | 3,231 | 3,070 | 2,960 | 2,180 | L2-L0<br>L3-L0<br>L4-L0<br>L4-L2<br>L4-L3 | -0.024<br>(-0.032--0.016) | 0.001<br>(-0.012-0.015) |
| Total number of trips before highest incident | 1,692 | 1,707 | 1,643 | 1,284 | L4-L2 | 0.001<br>(-0.007-0.009) | 0.003<br>(-0.010-0.016) |

**Total number of trips (over lifetime and before the highest level incident)** - Driver partners who are involved in a level 4 incident have driven fewer trips (average of 1284) compared with those who were involved in a level 12 incident (average of 1707). Below are the distributions of total number of trips before the incident for level 1-2 and level 4 incidents

## Trips taken at night, on weekends and on weekend nights is related to higher levels of sexual misconduct

| | L0 | L12 | L3 | L4 | MCP Significant | Correlation with total number of SM incidents | Same correlation (only including those with SM) |
|---|---|---|---|---|---|---|---|
| *Driving patterns* | | | | | | | |
| Percentage of trips taken at night | 26.6% | 30.3% | 37.8% | 43.8% | L2-L0<br>L3-L0<br>L4-L0<br>L3-L2<br>L4-L2<br>L4-L3 | 0.106<br>(0.098-0.113) | 0.026<br>(0.013-0.040) |
| Percentage of trips taken on weekends (Fri, Sat, Sun) | 50.4% | 51.3% | 53.8% | 57.5% | L2-L0<br>L3-L0<br>L4-L0<br>L3-L2<br>L4-L2<br>L4-L3 | 0.036<br>(0.028-0.043) | -0.011<br>(-0.025-0.002) |
| Percentage of trips taken on weekend nights (Sat + Sun midnight - 6am) | 9.3% | 10.6% | 13.4% | 16.3% | L2-L0<br>L3-L0<br>L4-L0<br>L3-L2<br>L4-L2<br>L4-L3 | 0.084<br>(0.076-0.092) | 0.006<br>(-0.007-0.020) |

Summarizing, a **higher percentage of trips taken at night (44% versus 27%), on weekends (58% versus 50%) and on weekend nights in particular (16% versus 9%) seems to be an indicator of drivers being involved in higher levels of sexual misconduct.** However, these driving patterns are not related to the number of sexual misconduct incidents. Moreover, it is important to understand that we cannot draw any conclusions about causality from these results. We see a relationship between these driving patterns and levels of sexual misconduct and this fits very well with what we know about the situations in which the more serious (L4) sexual misconduct incidents happen, but we can not and do not want to necessarily take actions based on this information: we cannot disqualify drivers because they drive more on weekend nights.

## Previous safety / sexual misconduct incidents are not identifiers of L4 sexual misconduct

| | L0 | L12 | L3 | L4 | MCP Significant | Correlation with total number of SM incidents | Same correlation (only including those with SM) |
|---|---|---|---|---|---|---|---|
| **Safety incident behavior** | | | | | | | |
| Total number of safety tickets | 1.06 | 1.26 | 1.35 | 1.17 | L2-L0<br>L3-L0<br>L4-L0<br>L3-L2<br>L4-L2<br>L4-L3 | NA | NA |
| Total number of safety tickets that are not sexual misconduct | 1.06 | 0.12 | 0.10 | 0.08 | L2-L0<br>L3-L0<br>L4-L0<br>L3-L2 | -0.728<br>(-0.732--0.725) | 0.044<br>(0.031-0.057) |
| Total number of sexual misconduct safety tickets | NA | 1.14 | 1.25 | 1.10 | L3-L2<br>L4-L3 | NA | NA |

I also checked whether there was a difference in the number of safety incident tickets for those drivers involved in different levels of sexual misconduct. Drivers involved in L3 sexual misconduct have the highest number of safety incidents, also when we only include sexual misconduct safety incidents. However, the differences are small: on average 1.26 tickets for those with L1-2 incidents, 1.35 for L3 and 1.17 for L4. Similarly, for sexual misconduct tickets only: 1.14 for L1-2, 1.25 for L3, 1.10 for L4. We do not see that drivers involved in L4 incidents have more other incidents than drivers involved in lower level sexual misconduct incidents. When we only include safety incidents that are not sexual misconduct, we don't see a relationship with the level of sexual misconduct or the number of tickets with sexual misconduct. *Previous safety / sexual misconduct incidents are not identifiers of L4 sexual misconduct.*

## In multivariate analyses, percentage of 1 star ratings is the only meaningful predictor number of SM tickets



The percentage of one star ratings is the only meaningful predictor of the total number of sexual misconduct tickets a driver has. However, the differences in the percentages are small and this variable is not useful as a tool as part of the human adjudication process by IRT agents. However, we propose that this variable could be used to 'flag' risky drivers (also combined with other 'risk' factors)

## In multivariate analyses, percentage trips on weekend nights predicts L3 and L4 incidents





## Cancellation rate distinguishes drivers who were involved in L3 and L4 incidents



Cancellation rate was the only other meaningful variable distinguishing drivers who were involved in level 3 and 4 incidents and drivers only involved in lower level sexual misconduct. The odds ratios are quite high, but the difference between the groups is rather small (4.5% for L1L2 and 5% for L3L4). Again, we recommend that this variable will be used to 'flag' high risk drivers, but IRT agents should not manually distinguish between those with an average cancellation of 4.5% versus 5%.

## Summarizing, the **quantitative** analyses show that:

- The percentage of one star ratings is the only meaningful predictor of the total number of sexual misconduct tickets a driver has. The percentage of trips taken on weekend nights and cancellation rate are the only variables predicting a higher level (L3L4) incident versus a lower level sexual misconduct incident.

*Attorney Client Privileged*

These results - including more analyses to come in H2 - can be used to flag 'risky' drivers and such drivers might be deactivated after fewer incidents than those considered 'normal' risk.

## Steps in designing the new policy:

Categorization
Intervention
**Deactivation Threshold**
Evaluation of the new policy

*Attorney Client Privileged*

## We propose new deactivation rules taking into account behaviors across categories

In the past, partners would be deactivated after three incidents in the same category of sexual misconduct. Instead, we propose that behaviors will be counted across categories, where behaviors of different severities have different severity scores.

We don't see a relationship between the number of trips and the number of sexual misconduct incidents. We propose a lifetime lookback period for sexual misconduct and we propose a severity score for each of the categorized behaviors according to the matrix on the following slide.

*Attorney Client Privileged*

- Inappropriate comments is the largest category of sexual misconduct

- The majority of drivers has only one sexual misconduct ticket (92% of those with an L4 incident, 82% of those with an L3 incident, 90% of those with an L1L2 incident). Previous tickets are not good predictors of future incidents.

- We also analyzed whether there might be other predictors of the level and number sexual misconduct incidents, looking at ratings, tenure of drivers, driving patterns, cancellations, other non-sexual misconduct safety incidents. The percentage of one star ratings is the only meaningful predictor of the total number of sexual misconduct tickets a driver has. The percentage of trips taken on weekend nights and cancellation rate are the only variables predicting a higher level (L3L4) incident versus a lower level sexual misconduct incident.

# Deactivation Decision - Strike Score

| Category | Sub-Category | No support | With support |
|---|---|---|---|
| Non-explicit Inappropriate Remark | asking personal questions | 0.5 | 0.75 |
| | commenting on appearance | 0.75 | 1 |
| | flirting | 0.75 | 1 |
| | asking out / soliciting more contact | 0.75 | 1 |
| Staring or Leering | | 0.75 | 1 |
| Explicit Inappropriate Remark | | 1.25 | 1.5 |
| Reported Consensual Sexual Activity (Driver Reports Rider-Rider) | | 1 | 1.5 |
| Masturbation/Indecent exposure of private parts | | 2 | 3 |
| Threat of Sexual Assault | | 1.5 | 3 |
| Reported Sexual Touching | Physical Touching | 1.5 | 2 |
| | Forced Sexual Touching | 2.25 | 3 |
| Reported Sexual Intercourse | | 2.25 | 3 |

**Support for Incidents means:**

**L1/L2 Incidents:**
- Video
- Phone Screenshot evidence

**L3/L4 Incidents:**
- Police Report
- LE Request
- Video
- GPS data
- Alleged Offender accepts
- Other indicators of high likelihood

**Deactivation Limit: Strike Score >=3**

*Attorney Client Privileged*

## Steps in designing the new policy:

Categorization
Intervention
Deactivation Threshold
**Evaluation of the new policy**

*Attorney Client Privileged*

# Next steps moving forward regarding the SM policy:

- No testing of the policy based on brand considerations

*Attorney Client Privileged*

# Next steps moving forward regarding the SM policy:

- No testing of the policy based on brand considerations
- More detailed analyses based on
- Ratings by females and
- Cancellations of male riders by male drivers to get female riders
- Analyses based on the more granular categories predicting serious and persistent offenders

*Attorney Client Privileged*

# These analyses might help us identify 'risky' drivers

These risky drivers would be deactivated with fewer incidents than 'normal' drivers:

*Attorney Client Privileged*

# The matrix will then look like this (not shared with others yet):

| Category | Sub-Category | Normal Risk | |
|---|---|---|---|
| | | No support | With support |
| Non-explicit Inappropriate Remark | asking personal questions | 0.5 | 0.75 |
| | commenting on appearance | 0.75 | 1 |
| | flirting | 0.75 | 1 |
| | asking out / soliciting more contact | 0.75 | 1 |
| Staring or Leering | | 0.75 | 1 |
| Explicit Inappropriate Remark | | 1.25 | 1.5 |
| Reported Consensual Sexual Activity (Driver Reports Rider-Rider) | | 1 | 1.5 |
| Masturbation/Indecent exposure of private parts | | 2 | 3 |
| Threat of Sexual Assault | | 1.5 | 3 |
| Reported Sexual Touching | Physical Touching | 1.5 | 2 |
| | Forced Sexual Touching | 2.25 | 3 |
| Reported Sexual Intercourse | | 2.25 | 3 |

**Deactivation Limit: Strike Score >=3**

*Attorney Client Privileged*

# Appendix

*Attorney Client Privileged*

# Challenges in Current Sexual Misconduct Policy

- Current categories club incidents of different severity together (eg. Inappropriate comments)

- Current categorization does not help quantify prediction capability of Sexual Assault incidents based on past history of minor sexual misconduct

- Users can have 2 strikes within each subcategory and still be active on the platform

- This proposed policy is not only focused on **deactivating** drivers, we also want to **educate** drivers so they can change their behavior.

*Attorney Client Privileged*

# Proposed Reporter/Alleged Offender Process

IRT Process Recommendations

| | Reporter Process | Alleged Offender Process | | |
|---|---|---|---|---|
| Incident Type | Method of Contact | Method of Contact | Immediate Waitlist | Deactivation Decision |
| Sexual Misconduct L1/L2 | Call *(except for "Asking Personal Question") | Message *(Call for Explicit Inappropriate Comment) | No | Policy Violation Query leads to investigation |
| Sexual Assault L3/L4 | Call | Call | Yes | Immediate Investigation |

* Recommended changes from the current status quo

*Attorney Client Privileged*