# C.1

# EXHIBIT 7

## EXHIBIT FILED UNDER SEAL

# [Abstract] Audio Recording / Driver Periodic Check-in

## Metadata

Authors: diogo.costa@uber.com, andre.rodrigues@uber.com, ronan@uber.com, levima@uber.com
Project URL: e3bc12ef-1dc6-4321-88f4-04d52f9fbe8e
Project Summary: Experiment on Audio Recording feature to ensure drivers don't mistakenly leave continuous recording on.
PRD: link
Area: Commerce, Trust, and Safety
Team: Safety & Insurance
Date Started: Dec 15, 2020

## Justification

Audio Recording feature is rolled out to 100% users in Brazil and Mexico since September 2020, and drivers are allowed to keep the recording going on between trips.

Our privacy legal team **REDACTED - PRIVILEGED**



**REDACTED - PRIVILEGED**



## Logic to present the Check-in



CONFIDENTIAL



On Android, we will have some refactor to follow iOS current implementation, ███████████████████████████████████████████████

## Check-in Half Sheet

For the MVP, we will follow something similar to what we already have on the "Audio available" half sheet. This means using the ██████████████ (iOS) and (Android) implementation but in this case ████████

The Half Sheet will have an icon, the title and two buttons, each button being an instance of ████████████████████ (iOS) and (Android) with the following behaviors:



## Analytics

We will have following analytics events being emitted for this experiment:



UBER_JCCP_MDL_003348797

## Prior Work

The current mobile feature of Audio Recording (ERD, Code, Project Sheet) is the prior work for this, which is already in production. And as mentioned, for iOS it already implements a trip end flow, that should be updated for Driver Periodic Check-in.

## Related Systems

We will not use any new system, just the stream  (iOS) that is updated by ███████████████████████ (iOS). This stream is already in use at our code-base.

CONFIDENTIAL