# C.2

# EXHIBIT 55

## EXHIBIT FILED UNDER SEAL

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY

QUAD 0054



# Project T:
# Narrative Strategy

February / March 2019



QS_00000055

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY                                          QUAD 0055

# Objectives & Methodology

## Objectives

Identify the most appealing and effective way for this safety transparency report to convey Uber's commitment to safety.

This entailed understanding:
- How to proactively frame the report to convey the strongest message
- What actions and commitments are most compelling
- What language resonates across audiences.

**Full reports:**
- *Aggregated report HERE*
- *Digital research report HERE*

## Methodology

From late February to mid-March, we conducted:

- 9 focus groups with drivers, riders and non-riders in Los Angeles, Seattle and Kansas City
- 20 in-depth interviews with influencers (4 former media, 6 policy, 6 tech, 4 business/financial influencers)
- Digital narrative assessment and influencer mapping across traditional and social media outlets

QS_00000056

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY QUAD 0056

# Our key challenge: to overcome skepticism.

**Releasing a report like this will cause skepticism**, driven by:

- Corporate transparency reports = PR
- Uber's past transgressions

**If we don't frame the report, there could be:**

- Confusion around Uber's safety narrative
- Heightened safety concerns



**I would imagine they have been compelled to do so. Why would any business say this if they didn't have to?**

Woman Rider, Kansas City

QS_00000057

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY

QUAD 0057

There are **three** main steps we can take to mitigate risk and maximize the opportunity for this report to grow trust in Uber:

1) Emphasize a broader community benefit.
2) Provide clear context for the scope of the report and the data itself.
3) Organize the action plan around a small set of key pillars, rather than a laundry list of actions.

QS_00000058

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY QUAD 0058

# 1) Emphasize a broader community benefit.

The transparency report and companion action plan need a wrapper that clearly explains _why_ Uber is doing this.

### Why it's important

- Setting an industry wide standard shows we are trying to contribute to the broader community.

- Partnering with third-party experts shows Uber is being thorough, and considerate in our efforts.

### How to say it

Uber is **partnering with experts and advocates** to start a discussion about **setting an industry benchmark** for tracking and addressing safety incidents.

### What to avoid

- References to social movements like #metoo (it comes across as distasteful and reactive).

- Emphasizing Uber's position as the industry leader (it comes across self-congratulatory).

QS_00000059

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY QUAD 0059

# 2) Provide clear context for the scope of the report and the data itself.

Level-setting people's expectations and explaining numbers will help to mitigate criticism.

### Why it's important

- The report is expected to be used as a tool to help users stay safe. They want to see data that is granular, relevant to their experiences and covers all important issues.

- There is alarm and confusion when people are presented with raw numbers in isolation. Without context, numbers are not very helpful, and can raise concerns.

### How to say it

- Be clear up-front about what the report will and will not cover (in terms of taxonomy and also geography).

- Put data in context rather than presenting only raw numbers (as possible).

QS_00000060

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY QUAD 0060

# 3) Organize the action plan around a small set of key pillars, rather than a laundry list of actions.

## Why it's important

- Users will be waiting to see how Uber responds to individual incidents.

- Communicating about action without explaining the *how* and *why* comes across unrealistic.

- Users are excited about improvements to products, policies and partnerships that make prevention and response smoother.

## How to say it

- **Prevention through new technology.** These improvements are tangible, relevant and specific.

- **Prevention through better driver screening.** This addresses the primary concern about background checks.

- **Faster and better response to incidents.** This addresses the perception that Uber's response is lacking and reinforces Uber's commitment to safety.

QS_00000061

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY                                    QUAD 0061

**\*Suggestion:** Given it is likely that the media will build its narrative around a few ugly statistics and details, consider proactively communicating about the report to key stakeholders - like drivers.

QS_00000062

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY

QUAD 0062

# Recommendations

QS_00000063

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY

QUAD 0063 Overall Narrative

# **Overall narrative:** Overview

**Overarching message:** Uber is partnering with experts and advocates to start a discussion about creating industry-wide standards for tracking and confronting safety incidents.

| Industry-wide Standards | Partnerships | Continuous Commitment |
|---|---|---|
| **Frame the report and the action plan as a contribution to the industry, rather than a sign of Uber's leadership** | **Emphasize partnerships with experts and advocates** | **Show a continuous commitment to safety** |
| • Makes the report more genuine rather than selfish | • Boosts Uber's credibility | • Makes the report more palatable – we should acknowledge that, as the first time we are releasing this report, it won't be perfect but we'll look for ways to improve it over time |
| • Shows Uber is trying to contribute to the broader community | • Makes the effort seem more genuine, well-informed and effective | • Paints Uber as more open and honest |

QS_00000064

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY    QUAD 0084 Overall Narrative

# Overall narrative: Dos and Don'ts

| Do... | Don't... |
|---|---|
| • Be clear that Uber's role is to set benchmarks that the whole industry can use and collectively improve | • Position the report as a mandate for the industry, or claim credit, even if you've earned it |
| • Put partners front and center | • Focus on social movements, even if they're relevant. It comes across as disingenuous and opportunistic <br> ○ Avoid #MeToo |
| • Keep the tone humble. We shouldn't pat ourselves on the back for doing the right thing | • Use qualifying language – it can seem like Uber is not serious about safety |

" I like that they're going to experts instead of Uber just saying here's a report enjoy the numbers ... Partnering with the Sexual Violence Resource Center makes it more meaningful.

Non-white Male Driver, Kansas City

" I thought the word bold was obnoxious. It sounded like they're tooting their own horn when they should be humble.

Rider, Seattle

" [Regarding #MeToo] I crossed out everything about that. It just feels like they're trying to hop on this trend and not taking it as seriously as it is.

Rider, Los Angeles

" I think whenever a company says "we're committed," that just sounds like talk. [It should be] more like Uber is doing it because they think it's important and less like Uber is doing it because they realize that no one trusts them and everyone hates them.

Tech Influencer

QS_00000065

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY

QUAD 0065

Transparency Report

# Transparency Report: Overview

In order for the report to have a positive impact, we should level set expectations. This means we should clearly communicate that the report will be:

| **Annual and Iterative** | **Contextualized** | **Based on Taxonomy** | **Testament to Change** |
|---|---|---|---|
| **Underscore that the report will be issued every year, and will be improved with every iteration** | **Be clear the report will be national in scope, and include comparison data where possible** | **Be clear about what's included and what Uber is doing to address issues that might not be part of the report** (i.e. sexual harassment) | **Highlight how this report is evidence of a renewed commitment to safety.** |
| • Shows the report is part of a long-term safety strategy, and not a one-time event | • Makes the information easier to understand and more relatable | **Define the taxonomy so it's clear what every term means for Uber** | • Shows just how far Uber has come |
| • Makes Uber more accountable | • Shows Uber is being fully transparent with its users | | • Resonates the most with influencers who are well-informed of Uber's mistakes, and see the report as a step in the right direction |

QS_00000066

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY

QUAD 0066 Transparency Report

# Transparency Report: Dos and Don'ts

| Do... |
|---|

- Be aware that people tend to look for how they themselves could personally benefit from the report, for example as a tool to help them stay safe

- Make sure drivers are not seen as the scapegoat for a broader societal problem – this means showing statistics on both riders and drivers

> **I would hope that the report would both tell me as an Uber customer what I can do to avoid these incidents, and also tell me what is underway at Uber to try to make them less likely.**
>
> Former Media Influencer

> **I even worry about the how valid these statistics are because I've heard stories where you know, riders just want to get a free ride or whatever and … Uber and Lyft are not listening to you.**
>
> Non-white Male Driver, Kansas City

| Don't... |
|---|

- Ignore that people tend to be skeptical:
    - Of transparency reports because they see them as PR stunts
    - Of Uber because of its reckless past

- Assume that transparency equals safety

> **My gut reaction to a transparency report would be that it was kind of like gimmicky or hokey or an attempt to respond to a particular situation or be manipulative. So, it doesn't, on first blush, have a particularly positive connotation to me.**
>
> Former Media Influencer

> **It's not going to make them safer. It's going to make them appear safer.**
>
> Rider, Los Angeles

QS_00000067

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY

QUAD 0067<sup>Action Plan</sup>

# Action Plan: Overview

If we don't communicate a clear and detailed action plan, we will be on the back foot against a drama-hungry media. The action plan is our best bet for preparing for and responding to criticism.

## Tangible Changes to App

**Lead with tangible safety improvements to the app**

This is especially effective when improvements rely on new technology

## Better Driver Screening

**Show what Uber is doing to ensure drivers are vetted properly**

This means reiterating what Uber has been doing so far and the innovative tools it will use to make the process even better, smoother and safer in the future

## Better Response

**Communicate with competitors to make sure offenders are not allowed to roam freely between the apps**

**Underscore how Uber is making expert resources more accessible for its users**

QS_00000068

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY

QUAD 0068<sup>Action Plan</sup>

# Action Plan: Dos and Don'ts

| Do... | Don't... |
|---|---|

**Do...**

- Talk about how Uber is advancing its products and policies to improve prevention
  - Have clear (and realistic) timelines in place for each action item

- Emphasize partnerships with sexual assault advocates and with law enforcement to improve reporting and response

- Be prepared to report on the effectiveness of new features in future iterations of the report

" It's great to hear that they're gonna utilize analytics and data to try to identify these types of serious issues and misconducts.

Tech Influencer

**Don't...**

- Overwhelm people with too many action items. It dilutes the message and weakens the impact of any individual commitment

- Use qualifying language - this could suggest Uber is not taking safety seriously (i.e. would consider, working towards, might, etc.)

- Overstep. Some people are wary of Uber having too strong of a presence in their car or on their social media

" They are looking on social media for user behavior to judge a safety incident, or whatever. Like, that's way too much. That's too deep. You're going to go to my Facebook page to see if I could be a possible assailant.

Non-white Male Driver, Kansas City

QS_00000069

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY

QUAD 0069 Proactive
Communication

# Proactive communication: Pros and Cons

We understand this is a big decision; if the proactive approach is a possibility, we can explore the consequences further with additional testing.

| Pros | Cons |
|---|---|

**Pros**

- Uber will control the narrative. If people see this the report as Uber taking leadership and action, they appreciate Uber's effort and focus less on negative headlines

- It will reinforce that this effort really is about transparency

- Can make drivers feel like Uber is treating them like partners

- Riders don't necessarily expect Uber to communicate with them directly directly with them, but they value the effort

 " If Uber was the source of this story, it would increase my trust ... I would admire that in any company. Not only as the right thing to do, but in terms of media coverage and taking charge of their own narrative.

Former Media Influencer

**Cons**

- We may elevate safety concerns with many riders and drivers - perhaps a majority of them - who otherwise wouldn't be aware of the news reports. The mere existence of a report makes people feel like there must be an underlying problem the company is trying to get ahead of

- There is a possibility that Uber wouldn't get any credit for being proactive

- Drivers might feel like they have to defend themselves or even defend Uber to riders

 " I would be surprised ... before this conversation, the problem of sexual assault [in Ubers] seemed like a distant thing.

Former Media Influencer

QS_00000070

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY                                                                QUAD 0070

# Audience summaries

QS_00000071

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY     QUAD 0071

# Who are our audiences?

## Focus Groups

**9 Groups**
- 3 Groups in Los Angeles
  - Drivers (combined)
  - Riders (combined)
  - Non-riders (combined)
- 3 Groups in Seattle
  - Female drivers (proactive)
  - Riders (proactive)
  - Riders (reactive)
- 3 Groups in Kansas City
  - Non-white male drivers
  - Female riders
  - Non-riders (reactive)

## In-Depth Interviews

**20 Influencers**
- 4 Former Media Influencers
- 6 Policy Influencers
- 6 Tech Influencers
- 4 Financial Influencers

## Digital Analytics

**Audiences**
- Journalists
- Policymakers
- Victims
- Lawyers
- Advocates
- Experts

**Methodology**
- **Narrative Monitoring:** We analyzed conversations among expert audiences to identify the major trends in conversations about safety and sexual assault as it relates to Uber and the ridesharing industry.

- **Influencer Mapping:** We identified, ranked, and categorized the individuals and organizations currently shaping or likely to shape conversations about safety and sexual assault in the ridesharing space – specifically, we tracked Media, Opinion, Technology and Ridesharing Elites.



QS_00000072



QS_00000073



QS_00000074



QS_00000075



QS_00000076

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES-ONLY    QUAD 0076

 

QS_00000077