# C.5

# EXHIBIT 29

## EXHIBIT FILED UNDER SEAL

This year, Women's Safety, Central Policy and Social Impact worked together to evaluate and segment the Partners



Per your request, we've also pulled together a summary of the benefits of each proposed partnership. Details for each partnership grant are below and they're bucketed into the following priority areas of focus that we asked the organizations to submit proposals for: **Education & Awareness**, **Survivor Services**, and **Media & Technology**. Note that we just realized that check marks you referenced were accidentally deleted for ▮▮▮▮▮▮ proposal (apologies!). In addition to proposals fitting into these categories, we also evaluated ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ see full list of criteria here).

CONFIDENTIAL

UBER_JCCP_MDL_000911254

In the below summaries, you will find a high level overview of the project that the Review Committee supports funding.

- **Education & Awareness - Educational initiatives and strategies that help change social norms or teach skills** to prevent incidents of sexual violence and/or improve the response to victims and survivors. We are interested in how your proposed project could be implemented to reduce sexual violence within the transportation sector or gig economy.
- Survivor Services - Projects that advance, increase capacity, and/or improve access to the **support services for survivors of gender-based violence**, especially those that face additional barriers. With the goal of supporting the development of more effective response and prevention efforts, we are interested in how you plan to make any learnings from your proposed project publicly available.
- Media & Technology - Development of **innovative media and/or technologies** that help protect ridershare users against sexual assault and support survivors.

**$150K Grants**

CONFIDENTIAL

UBER_JCCP_MDL_000911255





CONFIDENTIAL

UBER_JCCP_MDL_000911257



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL