# C.6

# **Exhibit F**

# EXHIBIT 30

## EXHIBIT FILED UNDER SEAL

## UBER_JCCP_MDL_000911254



Emilie Boman

**EX 2041**

P.S. 10.01.25

## Metadata

| | | |
|---|---|---|
| #Author | haas@uber.com | SEMANTIC |
| #Date Modified | 01/19/2021 | SEMANTIC |
| #DateCreated | 01/19/2021 | SEMANTIC |
| #Title | Driving Change | SEMANTIC |
| All Custodians | Uber Technologies, Inc. | SEMANTIC |
| Application | Microsoft 2007 Word Document | SEMANTIC |
| Attachment Names | word | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_000911254 | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 01/19/2021 7:29 pm | SEMANTIC |
| Date Modified | 01/19/2021 9:22 pm | SEMANTIC |
| Document Type | Electronic File | SEMANTIC |
| End Family | UBER_JCCP_MDL_000911260 | SEMANTIC |
| File Size | 299581 | SEMANTIC |
| Filename | Driving Change_1-eXzuf4Pm3kjyYRE5o-STS6ACmiRrdjnfxh-N1AK1gl.docx | SEMANTIC |
| GoogleDocumentType | DOCUMENT | SEMANTIC |
| Hidden Content | Yes; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_000911254;UBER_JCCP_MDL_000911255;UBER_JCCP_MDL_000911256;UBER_JCCP_MDL_000911257;UBER_JCCP_MDL_000911258;UBER_JCCP_MDL_000911259;UBER_JCCP_MDL_000911260 | SEMANTIC |
| ILS Document Date | 01/19/2021 | SEMANTIC |
| ILS Prod Date | 3/6/2025 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL125 | SEMANTIC |
| MD5 Hash | d599b10db51289ca7009d9faf861d3a9 | SEMANTIC |
| Other Custodians | Uber Technologies, Inc. | SEMANTIC |
| Primary Date | 01/19/2021 7:29 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL017;JCCP_MDL125; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 01/19/2021 9:22 pm | SEMANTIC |
| SourceHash | ab7db3e18ca45fe65c019b283769c60b | SEMANTIC |

This year, Women's Safety, Central Policy and Social Impact worked together to evaluate and segment the Partners ███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████.

- ███████████████████████████████████████████
  ███████████████████████████████████████████
  ████████████████████████████████.

- ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ██████.

- ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ██████████.

Per your request, we've also pulled together a summary of the benefits of each proposed partnership. Details for each partnership grant are below and they're bucketed into the following priority areas of focus that we asked the organizations to submit proposals for: **Education & Awareness**, **Survivor Services**, and **Media & Technology**. Note that we just realized that check marks you referenced were accidentally deleted for ████████ proposal (apologies!). In addition to proposals fitting into these categories, we also evaluated ██████████

███████████████████████████████████████████████

███████████████████████████ (see full list of criteria here).

CONFIDENTIAL

In the below summaries, you will find a high level overview of the project that the Review Committee supports funding.

- **Education & Awareness** - **Educational initiatives and strategies that help change social norms or teach skills** to prevent incidents of sexual violence and/or improve the response to victims and survivors. We are interested in how your proposed project could be implemented to reduce sexual violence within the transportation sector or gig economy.
- **Survivor Services** - Projects that advance, increase capacity, and/or improve access to the **support services for survivors of gender-based violence**, especially those that face additional barriers. With the goal of supporting the development of more effective response and prevention efforts, we are interested in how you plan to make any learnings from your proposed project publicly available.
- **Media & Technology** - Development of **innovative media and/or technologies** that help protect ridershare users against sexual assault and support survivors.

**$150K Grants**

CONFIDENTIAL

UBER_JCCP_MDL_000911255



CONFIDENTIAL



CONFIDENTIAL



**$100K Grants:**

**$70K Grants**



$50K Grants

CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000911260