# C.7

# EXHIBIT 31

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION


IN RE: UBER TECHNOLOGIES, INC.,     )
PASSENGER SEXUAL ASSAULT            )
LITIGATION                          )
                                    )
_____)   No.  3:23-md-03084-CRB



***HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER***

REMOTE VIDEOTAPED DEPOSITION OF EMILIE BOMAN

AS 30(b)(6)

OCTOBER 1, 2025

VIA ZOOM



REPORTED BY: PATRICIA Y. SCHULER, CSR NO. 11949

the chart in front us that the number of organizations that are being supported under Driving Change is going down year over year, right?

A.   At least based on what is front of me, I see it going from nine to seven.

Q.   Well, can you scroll over to -- do you see 2019?

A.   I do.

Q.   It is down to three, right?

A.   Well, the way I read it is that three -- in 2018, nine organizations received ▮▮▮▮▮ as a grant.  In 2019, three organizations received ▮▮▮▮▮ two organizations received ▮▮▮▮▮, and two received ▮▮▮▮▮.

Q.   Okay.  Take a look, if you will --

A.   I don't know if that was the final allocation, but that is at least what this --

(Exhibit 2041 was marked for identification.)

BY MS. WALSH:

Q.   Yeah.  Take a look at Exhibit 2017 with me.  Sorry.  We are going to mark another document for your deposition.  AW217, and will be 2041.

MR. ROSICA:   And 217, Alex?

MS. WALSH:   Yes.

MS. LEVY:  Sorry, it is taking a while to load.

BY MS. WALSH:

Q.   Okay.  If you look at the first page, this is a document that --

MS. LEVY:  Hold on a second, Alex.  Give her time to look.

MS. WALSH:  Oh, yeah.  Sorry about that.

MS. LEVY:  Just got it up on the computer. I want her to scroll through it.

THE WITNESS:  Okay.  I am ready.

BY MS. WALSH:

Q.   Okay.  This is a document created by Ms. Haas in 2021.  Again, though, it has to do with Driving Change and which organizations Uber will make payments to under Driving Change, okay?

Do you see that information that's the 2021 document?

A.   Yes.  Thank you.

Q.   Okay.  And if you look at the next page, it says -- Ms. Haas says in this document, "This year women's safety central policy and social impact worked together to evaluate and segment the partners ███████████████████████████████ "

Do you see that?

Emilie Boman   Highly Confidential
October 01, 2025

A.   Yes.

Q.   And that is something that Uber did. They evaluated these partners and how much money they would be paid ███████████████████ ████████████ , correct?

A.   Well, I would add -- I believe the full sentence here is, the partnerships were evaluated and assessed ███████████████████

██████████████████████████████

██████████████████████████████

█████████████████████████████

████████

Q.   Right.  And then -- exactly.

And then it goes on to say, ██████

██████████████████████████████

██████████████████████████████

██████████████████████████████

█████████████████████████████

Do you see that?

A.   I do see that written.

Q.   And ████████████████████████

███████████████████████████ right?

A.   The way I understand it, based on what is written here and how I think about it, is that it is a best practice recommended by experts in the

ending gender-based violence space.  So █████████

███████████████████████████████████████

████████████████████████████████████████████

███████

I am not sure if we worked with some of these partners again.  Like, I think the -- it is only for the 2019 to 2020 year.

Q.   Okay.  Well, let's see how this concept of an ██████████ comes into play here.

So what the document does is it talks about three different levels of funding in the next few bullet points, right?

A.   Yes.

Q.   Okay.  And the top level is ████████ right?

A.   That is right.

Q.   And it says, ██████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

███████████████████   ████████████████████

Do you see that?

A.   Yes.  I do.

Q.   Okay.  And then -- so those organizations

A.   For this -- this funding round, that appears to be the assessment, yes.

Q.   Okay.  The next level down,

"Us" meaning Uber, right?

A.   Yes.

Q.

correct?

A.   Yes.

MS. WALSH:  If we could just keep highlighting ▮▮▮▮▮▮▮▮▮▮▮▮ please.

BY MS. WALSH:

Q.   It says,

Do you see that?

A.   I do.