# D.1

# EXHIBIT 3

## EXHIBIT FILED UNDER SEAL

**UBER_JCCP_MDL_000475307-UBER_JCCP_MDL_000475485**



CONFIDENTIAL

UBER_JCCP_MDL_000475307



UBER_JCCP_MDL_000475308



Specific to S&I, which is within the broader Core Services Team.
NOTE: welcome to those of you who aren't new to Uber but joined today to learn a bit more about S&I

UBER_JCCP_MDL_000475309



CONFIDENTIAL

UBER_JCCP_MDL_000475310



CONFIDENTIAL



UBER_JCCP_MDL_000475312

Welcome to Safety & Insurance

CONFIDENTIAL

UBER_JCCP_MDL_000475313



CONFIDENTIAL

UBER_JCCP_MDL_000475314



Brand and Policy - Safety Incidents happen and are often in the media; coordinating a public response. Safety Report

CommOps / IRT - How to respond with empathy when something goes wrong? How to deal with interpersonal conflict - PLUG VIRTUAL HQ COE.

CONFIDENTIAL

UBER_JCCP_MDL_000475315



Continuing on for the fourth year as a company priority

## Stand for Safety

**Mission**

Make Uber the **safest** and the **most trusted** transportation choice, and **support** our customers with **empathy** and **care** if things go wrong.

CONFIDENTIAL

UBER_JCCP_MDL_000475316



CONFIDENTIAL

UBER_JCCP_MDL_000475317



CONFIDENTIAL

UBER_JCCP_MDL_000475318



UBER_JCCP_MDL_000475319



CONFIDENTIAL

UBER_JCCP_MDL_000475320



UBER_JCCP_MDL_000475321



CONFIDENTIAL

UBER_JCCP_MDL_000475322



CONFIDENTIAL

UBER_JCCP_MDL_000475323



CONFIDENTIAL

UBER_JCCP_MDL_000475324



CONFIDENTIAL

UBER_JCCP_MDL_000475325



CONFIDENTIAL

UBER_JCCP_MDL_000475326



UBER_JCCP_MDL_000475327

Slide 21

2     Update.
      Darlene Ordonez, 4/27/2021

1     Yes, please!
      Frank Chang, 4/27/2021

1     date and time TBD
      Darlene Ordonez, 4/28/2021

CONFIDENTIAL

# S&I Team Overviews

CONFIDENTIAL

UBER_JCCP_MDL_000475329

# S&I Data & Analytics

CONFIDENTIAL

UBER_JCCP_MDL_000475330



CONFIDENTIAL

UBER_JCCP_MDL_000475331



CONFIDENTIAL

UBER_JCCP_MDL_000475332



CONFIDENTIAL

UBER_JCCP_MDL_000475333

# Insurance & Claims

CONFIDENTIAL

UBER_JCCP_MDL_000475334



CONFIDENTIAL

UBER_JCCP_MDL_000475335



CONFIDENTIAL

UBER_JCCP_MDL_000475336



CONFIDENTIAL

UBER_JCCP_MDL_000475337

S&I Policy & Comms

CONFIDENTIAL

UBER_JCCP_MDL_000475338



CONFIDENTIAL

# S&I Marketing

CONFIDENTIAL



# Global Safety Operations

CONFIDENTIAL

UBER_JCCP_MDL_000475342



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475344



Global Safety Operations

2021 Overview

Uber

CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475346



UBER_JCCP_MDL_000475347



CONFIDENTIAL

UBER_JCCP_MDL_000475348



CONFIDENTIAL

UBER_JCCP_MDL_000475349

Highlighted projects

CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475351



CONFIDENTIAL

UBER_JCCP_MDL_000475352



CONFIDENTIAL

UBER_JCCP_MDL_000475353



CONFIDENTIAL

UBER_JCCP_MDL_000475354

# 2021 Priorities

CONFIDENTIAL

UBER_JCCP_MDL_000475355



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475357



CONFIDENTIAL

UBER_JCCP_MDL_000475358



CONFIDENTIAL

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**REDACTED - PRIVILEGED**

ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER_JCCP_MDL_000475361

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475362

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**REDACTED - PRIVILEGED**

UBER_JCCP_MDL_000475363

**REDACTED - PRIVILEGED**

ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER_JCCP_MDL_000475364

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475365

**REDACTED - PRIVILEGED**

ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER_JCCP_MDL_000475366

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

REDACTED - PRIVILEGED

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER_JCCP_MDL_000475368

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

**REDACTED - PRIVILEGED**

UBER_JCCP_MDL_000475369

**REDACTED - PRIVILEGED**

ATTORNEY CLIENT PRIVILEGED & CONFIDENTIAL

UBER_JCCP_MDL_000475370



UBER_JCCP_MDL_000475371

**REDACTED - PRIVILEGED**

ATTORNEY-CLIENT PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER_JCCP_MDL_000475372



CONFIDENTIAL

UBER_JCCP_MDL_000475373

Agenda

**01** Incident Analytics Team
**02** Life of a Safety Incident @Uber
**03** Getting Involved

CONFIDENTIAL

UBER_JCCP_MDL_000475374



UBER_JCCP_MDL_000475375



UBER_JCCP_MDL_000475376

## Our Mission

*"A trusted resource to enrich, monitor, investigate, advise, and report safety incident data to empower partner teams to take smart, targeted actions which reduce safety incidents"*

If you discover any inconsistencies in your safety data, please reach out to us at *safety-insurance-incident-analytics@uber.com*.

CONFIDENTIAL

UBER_JCCP_MDL_000475377

Life of a Safety Incident
@Uber

CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475379



UBER_JCCP_MDL_000475380



UBER_JCCP_MDL_000475381



CONFIDENTIAL

UBER_JCCP_MDL_000475382



CONFIDENTIAL

UBER_JCCP_MDL_000475383



CONFIDENTIAL

UBER_JCCP_MDL_000475384



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475386



CONFIDENTIAL

UBER_JCCP_MDL_000475387



CONFIDENTIAL

UBER_JCCP_MDL_000475388



**Taxonomy-related code review**
- Please **include IA team in code review** for taxonomy-related queries with "medium" impact or greater (use judgment; err on side of asking for review)

**Incident Analytics office hours**
- Bi-weekly IA office hours for answering questions on taxonomy & other safety items
- Zoom link (On Wednesday every two weeks, reach out to IA team if you need an invite)

**Taxonomy change announcements**
- Taxonomy changes impacting safety data will be emailed to you as they occur

**Review tickets**
- Highly suggest reviewing tickets before analyses to build familiarity w/ specific incident types. Can aid & unlock analyses

**Resources**
- Tools (Get Bliss Access, JIRA)
- Taxonomy (Rides, EATs, Invalid Definition)
- Incident Rate Methodology (Rides, EATs)

CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475390



CONFIDENTIAL

UBER_JCCP_MDL_000475391



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475393

# Example: Safety Incident Reporting

### Safety KPI Dashboard

Dashboard shows Incident Rates for Critical Auto Crash & Critical Interpersonal Conflicts broken out by audited regions and also includes 2020 goals. **Audited Data ONLY.**

**Top KPIs**

1. Critical Motor Fatalities
2. Critical Physical Assault Fatalities
3. Critical Sexual Assault

### Incident Detail

Self-Service Dashboard allows for users to deep dive into incident Subcategories, Cities, as well as cash/non-cash trips. Includes Audited and Un-Audited data.

**E.g of Metrics**

1. Incident Rate By Geography
2. Incident Rate By Category
3. Incident Rate for Cash vs No Cash Trips

### DACT

Self-Service Dashboard allows for users to deep dive into deactivation rates for riders and drivers.

**E.g of Metrics**

1. Deactivation %
2. Dact Flagging Rate
3. Ticket Count by Region

CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475395



CONFIDENTIAL

# Useful Links

- S&I Onboarding Doc: Link
- S&I Secure Hive Onboarding Doc : Link
- Summary Dash : Link
- Hive Sync
- Piper
- Sourcegraph
- Tableau Onboarding : Link
- Beeline : Link
- Slack @jheel to be added to slack channel for different products such as #querybuilder, #tableau-user

CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475398





CONFIDENTIAL



UBER_JCCP_MDL_000475401



CONFIDENTIAL

UBER_JCCP_MDL_000475402



CONFIDENTIAL

UBER_JCCP_MDL_000475403



CONFIDENTIAL

UBER_JCCP_MDL_000475404



CONFIDENTIAL

UBER_JCCP_MDL_000475405



CONFIDENTIAL

UBER_JCCP_MDL_000475406



UBER_JCCP_MDL_000475407



UBER_JCCP_MDL_000475408



CONFIDENTIAL

UBER_JCCP_MDL_000475409



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475411



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475413



CONFIDENTIAL

UBER_JCCP_MDL_000475414



CONFIDENTIAL

UBER_JCCP_MDL_000475415



CONFIDENTIAL

UBER_JCCP_MDL_000475416



CONFIDENTIAL

UBER_JCCP_MDL_000475417



**Safe Routing**

What makes a <u>route</u> risky?

- Difficult maneuvers
- Busy roads
- Driving speed

**Applications**

- Recommend safer routes to drivers
- Ensure insurance pricing reflects safety of routes
- Allow drivers and riders to make decisions based on safety

**3 features** are enough to reveal an ▮▮▮▮▮ in per mile collision risk

1. Expected trip distance
2. Expected trip duration
3. US State

CONFIDENTIAL

UBER_JCCP_MDL_000475418



CONFIDENTIAL

UBER_JCCP_MDL_000475419

# Crash Detection

Quickly detect potential crashes using ML & **proactively** support with empathy and care

- Fast response
- Fast driver reactivation
- Improve customer satisfaction
- Improve reputation for safety
- Insurance savings

Rider

Driver




CONFIDENTIAL

UBER_JCCP_MDL_000475420



CONFIDENTIAL

UBER_JCCP_MDL_000475421



CONFIDENTIAL

UBER_JCCP_MDL_000475422



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475424



UBER_JCCP_MDL_000475425



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475427



CONFIDENTIAL

UBER_JCCP_MDL_000475428



UBER_JCCP_MDL_000475429

# Process & Tools

- Data Science Workbench (DSW)
- Beeline (Hive)
- Query Builder
- Phabricator → Jira
- Coding
  - Scala
  - Python
  - R

CONFIDENTIAL

UBER_JCCP_MDL_000475430

**Questions?**

CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475432

Today's Topics

**01** Introduction
**02** Insurance Coverages
**03** Insurance Costs
**04** Risk Retention

CONFIDENTIAL

UBER_JCCP_MDL_000475433



CONFIDENTIAL

UBER_JCCP_MDL_000475434



CONFIDENTIAL



For actuarial review only: ███████████████████████████

2021 INTL Budget source:

████████████████████████████████████████████
████████████████████

CONFIDENTIAL

UBER_JCCP_MDL_000475436



CONFIDENTIAL

UBER_JCCP_MDL_000475437



Casualty Overview

CONFIDENTIAL

UBER_JCCP_MDL_000475438



UBER_JCCP_MDL_000475439



CONFIDENTIAL

UBER_JCCP_MDL_000475440



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475442





CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475444



UBER_JCCP_MDL_000475445



139

CONFIDENTIAL

UBER_JCCP_MDL_000475446



US P2P mileage breakdown is prospective, based on expected 3/1/2021 renewal state mix (F1 2021 forecast version)

CONFIDENTIAL

UBER_JCCP_MDL_000475447



CONFIDENTIAL

UBER_JCCP_MDL_000475448



Mention: Product liability used to be included as well with JUMP

CONFIDENTIAL



Risk Retention

CONFIDENTIAL

UBER_JCCP_MDL_000475450



CONFIDENTIAL



Give an example of quota share reinsurance for CA P2P and example of excess of loss reinsurance

CONFIDENTIAL

END

CONFIDENTIAL

UBER_JCCP_MDL_000475453

## Why we experiment: The Philosophy

**Data Driven Decisions**



Enable Uber to move fast and distribute decision making by ensuring that every change is measured, monitored, and analyzed.

**Scientific Method**



Experiments must contain a clear hypothesis pointing to specific metrics, to avoid drawing opportunistic conclusions.

**Shared Learning**



Experimenters should be data-informed not necessarily data-driven, and understand the shortcomings of any experimentation platform.

CONFIDENTIAL

## Where we experiment: Challenges



**Mobile**

Multiple apps and platforms create challenges with consistency.

**Marketplaces**

Hundreds of N-Sided Marketplaces agents moving in real-time creating strong Interaction Effects.

**Backends**

Experimenting across thousands of microservices, and thousands of features require performance and robustness.

CONFIDENTIAL

UBER_JCCP_MDL_000475455



CONFIDENTIAL



CONFIDENTIAL

Experiment Methodology Types

**Randomized Experiments**

- Randomization over treatment and control
- A/B Testing
  - A/B testing, multivariate tests e.g. ANOVA
  - Control and treatment groups do not change during the experiment duration
  - A/B experiments are most powerful technique available
- Switchback
  - pseudo A/B where control and treatment are switched over time when there are network effects

**Observational Studies**

- Purely observational with no randomization
- Difference in Differences (Diff in Diff)
  - Pre-post analysis to measure lift
  - Useful to analyze cohorts (e.g. trip completion of commuters)
  - Difficult to control external factors
- Synthetic Controls
  - Runs on entire market (e.g. SF)
  - Find similar market to the treatment market as controls i.e. synthesize control markets
  - Less powerful than A/B
- Surveys
  - Send out pre and post survey to measure safety sentiment and product awareness

CONFIDENTIAL



UBER_JCCP_MDL_000475459



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475461



UBER_JCCP_MDL_000475462



UBER_JCCP_MDL_000475463



UBER_JCCP_MDL_000475464

## Experiment Design: Metrics

1. **Success Metrics**: Typically the primary metric that will determine whether the new product or policy is successful which will directly impact rollout decisions.
   <u>Example</u>: Rider on Driver Serious Interpersonal Conflict (IPC) rate on updated Safe Dispatch Model (SDM)

2. **Guardrail Metrics**: Metrics and thresholds that indicate when additional monitoring is needed and possibly when the experiment needs to be stopped. Typically marketplace metrics (trip completion rate, cancellation rate, etc.)
   <u>Example</u>: If the cancellation rate of a new product being experimented is greater than 10%, we will roll back the experiment.

CONFIDENTIAL

UBER_JCCP_MDL_000475465



CONFIDENTIAL

UBER_JCCP_MDL_000475466



CONFIDENTIAL

UBER_JCCP_MDL_000475467



CONFIDENTIAL

UBER_JCCP_MDL_000475468



CONFIDENTIAL

UBER_JCCP_MDL_000475469



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475471



CONFIDENTIAL

UBER_JCCP_MDL_000475472



CONFIDENTIAL

UBER_JCCP_MDL_000475473



CONFIDENTIAL

UBER_JCCP_MDL_000475474



CONFIDENTIAL

UBER_JCCP_MDL_000475475



CONFIDENTIAL

UBER_JCCP_MDL_000475476



CONFIDENTIAL

UBER_JCCP_MDL_000475477



CONFIDENTIAL

UBER_JCCP_MDL_000475478



CONFIDENTIAL

UBER_JCCP_MDL_000475479



CONFIDENTIAL



CONFIDENTIAL

UBER_JCCP_MDL_000475481



CONFIDENTIAL

UBER_JCCP_MDL_000475482



CONFIDENTIAL

UBER_JCCP_MDL_000475483



CONFIDENTIAL

UBER_JCCP_MDL_000475484



CONFIDENTIAL

UBER_JCCP_MDL_000475485

# UBER_JCCP_MDL_000475307

## Metadata

| | | |
|---|---|---|
| **#DateCreated** | 03/29/2021 | SEMANTIC |
| **Account** | tbreeden@uber.com | SEMANTIC |
| **All Custodians** | Breeden, Tracey;Chang, Frank;Fuldner, Gus;Kaiser, Roger;Kansal, Sachin;Kawada Page, Jodi;Luu, Jenny;McDonald, Katy;Parker, Kate;Shuping, Valerie;Silver, Nick | SEMANTIC |
| **All Paths** | Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip; Breeden, Tracey: \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_23.zip; Chang, Frank: \EDISCO-25937_frank@uber.com\EDISCO-25937_frank@uber.com_23.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2023_8_1\JCCP-EDISCO-23800_2023_8_1_11.zip; Fuldner, Gus: \JCCP-EDISCO-23800_2023_8_1\JCCP-EDISCO-23800_2023_8_1_11.zip; Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Kaiser, Roger: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_24.zip; Kansal, Sachin: \EDISCO-25937_sachin.kansal@uber.com\EDISCO-25937_sachin.kansal@uber.com2_24.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Kawada Page, Jodi: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Luu, Jenny: \EDISCO-25695_DR01\EDISCO-25695_DR01_10.zip; Luu, Jenny: \EDISCO-25695_DR01\EDISCO-25695_DR01_10.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_80.zip; McDonald, Katy: \JCCP_DRIVE005\JCCP_Drive005_80.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_13.zip; Parker, Kate: \JCCP_DRIVE006\JCCP_DRIVE006_13.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_9.zip; Silver, Nick: \EDISCO-24394_Drive\EDISCO-24394_Drive_9.zip | SEMANTIC |
| **Application** | Microsoft 2007 PowerPoint Presentation | SEMANTIC |
| **Attachment Names** | ppt | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_000475307 | SEMANTIC |
| **Collaborators** | hao.ding@uber.com; ashutoshk@uber.com; enovak@uber.com; sandy.wu@uber.com; frank@uber.com; nick.silver@uber.com; louis.remus@uber.com; bodapa@uber.com; valerie.shuping@uber.com; mraney@uber.com; todd.gaddis@uber.com; agrade@uber.com; kaiser@uber.com; binnings@uber.com; eboman@uber.com; shantelh@uber.com; sachin.kansal@uber.com; nilles@uber.com; purcellr@uber.com; azambuja@uber.com; amy.wagner@uber.com; jheel@uber.com; parr@uber.com; ksengupta@uber.com; jodi.page@uber.com; alessandro.arajo@uber.com; bricketts@uber.com; anthony.delarosa@uber.com; kmcdonald@uber.com; hms@uber.com; kwaitzman@uber.com; sunny.wong@uber.com; dreid@uber.com; varunh@uber.com; dkolta@uber.com; meng.xu@uber.com; shivanie.latchman@uber.com; robertkyle@uber.com; drivestorage2@uber.com; ford.lu@uber.com; safety-insurance-eng@uber.com; us-pricing-group@uber.com; actuarial-reserving-group@uber.com; safety-insurance-leadership@uber.com; actuarial-group@uber.com; safety-insurance-ds@uber.com | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 03/29/2021 11:05 pm | SEMANTIC |
| **Date Modified** | 05/16/2023 11:40 pm | SEMANTIC |
| **DocID** | 19b8QJN6CTS-IbHbjjvL7NO6afGn1NR2oTyBbzdLRdUQ | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_000475485 | SEMANTIC |
| **File Path** | \JCCP_DRIVE002_002\JCCP_DRIVE002_002_0.zip | SEMANTIC |
| **File Size** | 211193734 | SEMANTIC |
| **Filename** | S&I Onboarding - May 2021_19b8QJN6CTS-IbHbjjvL7NO6afGn1NR2oTyBbzdLRdUQ.pptx | SEMANTIC |
| **GoogleDocumentType** | PRESENTATION | SEMANTIC |
| **LINKSOURCEBEGBATES** | UBER_JCCP_MDL_000037286 | SEMANTIC |
| **Other Custodians** | Breeden, Tracey;Fuldner, Gus;Kaiser, Roger;Kawada Page, Jodi;McDonald, Katy;Parker, Kate;Silver, Nick;Chang, Frank;Kansal, Sachin;Luu, Jenny;Shuping, Valarie | SEMANTIC |
| **Primary Date** | 03/29/2021 11:05 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL006; | SEMANTIC |
| **Redacted** | Yes | SEMANTIC |
| **Redaction Text** | REDACTED - PRIVILEGED | SEMANTIC |
| **Sort Date** | 05/16/2023 11:40 pm | SEMANTIC |
| **SourceHash** | 6630f3143e275d231f21e9b42e05467f | SEMANTIC |