# D.14

# <u>Exhibit M</u>

# EXHIBIT 22

## EXHIBIT FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



**NOTES**

Grouped by year based on the first requested trip timestamp after the first reported timestamp of the first ever SA/SM incident

For a driver who has multiple SA/SM complaints, the first requested trip timestamp after the first reported SA/SM incident was used to avoid double counting

Example:

• If driver A was reported SA/SM in 2017, 2018 and 2019 and took a trip in 2017, 2018 and 2019, they would be counted 1 time in 2017

• If driver B was reported SA/SM in Jan 2017 and Mar 2017 and took a trip in 2017, they would only be counted 1 time for 2017

• If driver C was reported SA/SM in Jan 2017 and Mar 2017 and took a trip in 2018, they would only be counted 1 time for 2018



EXHIBIT
4912
PENGAD 800-631-6989
7/8/25 Gaddis

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



**NOTES**

Grouped by the first subsequent SASM report after the first reported timestamp of the first ever SA/SM incident

For a driver who has multiple SA/SM complaints, the first reported timestamp of the first subsequent SASM report after the first reported timestamp of the first ever SA/SM incident was used to avoid double counting
Example:

• If driver A was reported SA/SM in 2017, 2018 and 2019, they would be counted 1 time for 2018

• If driver B was reported SA/SM in Jan 2017 and Mar 2017, they would be counted 1 time for 2017

• If driver C was reported SA/SM in Jan 2017, Mar 2017 and 2018, they would be counted 1 time for 2017



EXHIBIT *nyB*
4913
7/8/25 Gaddis