# E.2

# Exhibit D

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION


Case no. 3:24-cv-07019-CRB
Case no. 3:24-cv-07821
Case no. 3:24-cv-7940
Case no. 3:23-cv-06708
Case no. 3:24-cv-04900
-------------------------------------------------X


*** HIGHLY CONFIDENTIAL ***


VIDEOTAPED DEPOSITION

OF

SUNNY WONG

WEDNESDAY, JULY 23, 2025


Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6929785-001

# PAGES 1-18 REDACTED



S. Wong - Highly Confidential

S. Wong - Highly Confidential





S. Wong - Highly Confidential

S. Wong - Highly Confidential



# PAGES 23-168 REDACTED

S. Wong - Highly Confidential

machine lending model and it will generate the score.

Q.   Right.  And what version of S-RAD was this that was run for this August 10, 2023 trip?

A.   Let me just double-check my notes to be absolutely sure.

(Document review.)

Based on the trip request data of August 10, 2023, we would expect that the US regional model should've been the one running at this time.

Q.   Features, the word used here, have also been referred to by Uber as predictors, right?

A.   Not necessarily.  Sometimes been used interchangeably, but features is more general term used to describe inputs to a model.

Q.   Okay.  Do you remember that we talked about at your last deposition that in the 2018 Sunny Jeon documents he uses the term predictors to refer to the same thing that Uber now calls features?



S. Wong - Highly Confidential

# PAGES 226- END

# REDACTED