# E.3

# FILED UNDER SEAL