# E.4

# Exhibit H

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT                    MDL No. 3084 CRB
LITIGATION

<u>**DECLARATION OF SUNNY WONG**</u>

I, Sunny Wong, declare under penalty of perjury as follows:

1. I am a Director, Applied Science – Safety at Uber Technologies Inc. ("Uber"), a Defendant in the above captioned matter. I was first employed by Uber in 2018 and previously worked as Senior Manager, Applied Science. In my current role, I am responsible for leading the Safety Science team at Uber, which includes a global team of data scientists and applied scientists, supporting new product and policy development through experimentation, causal inference, modeling, insights, and metrics.

2. As part of my daily work, I am familiar with Uber's Safety Risk Assessed Dispatch ("S-RAD") technology and underlying data.

3. I was designated by Uber as the corporate representative for a wide variety of deposition topics related to the S-RAD technology and underlying data. Between the MDL litigation and the JCCP litigation, I have given more than 22 hours of corporate testimony on the record to date, primarily related to S-RAD.

4. I have personal knowledge of the statements set forth herein and could testify as to the same if called upon to do so.

5. I understand that as part of this litigation, Uber has produced data about reported incidents of alleged sexual assault and sexual misconduct occurring on U.S. trips from 2017 to 2022 (the "Safety Data").

6. The Safety Data contains data related to more than 400,000 trips in the U.S.

7. I understand that Plaintiffs have requested, for each of the 400,000+ trips in the Safety Data, extensive data about S-RAD scores, thresholds, trigger rates, nudges, and slip-throughs, as well as supply plan data and RideCheck data as outlined in the Joint PTO 8 Letter Regarding Outstanding S-RAD Issues, which I have reviewed.

8. I have also reviewed the Declaration of Jonathan Jaffe, filed as Exhibit B to the Joint PTO 8 Letter.

*Beta SRAD Model Features*

9. Uber has already produced documents and information about the features of each of the S-RAD models that ever went live in the U.S., including the ones that applied to the

bellwether trips at issue. I also provided extensive testimony on those features and models during my depositions, along with documents showing the definitions of those features and their relative importance to the associated models.

10. Plaintiffs have now requested the features and weight of the features for each of the "beta," or experimental, versions of all S-RAD models, regardless of whether the models were ever used on the bellwether trips at issue.

11. None of the bellwether trips at issue were included in any experimental versions of S-RAD.

12.

13. Uber already produced a file identifying certain features considered in beta or experimental versions of S-RAD.[1]

14. Contrary to the Plaintiffs' letter,

15.

16.

---

[1] UBER_JCCP_MDL_001693547.

*S-RAD Scores for All Trips*

17. Plaintiffs request S-RAD scores for each of the 400,000+ trips in the Safety Data. Mr. Jaffe suggests in his declaration that less than 25% of those trips will have calculated S-RAD scores. However, in reality, more than 75% of the trips in the Safety Data have S-RAD feature data. Thus, to the extent Plaintiffs request not only the S-RAD scores but also "all considered S-RAD inputs ('features')" for each of the trips in the Safety Data, responding to Plaintiffs' requests would require Uber to extract data for more than 300,000 trips that are unrelated to the bellwether trips.

18. The S-RAD data contains more than 400 columns of data per trip, and not all fields are related to S-RAD at all, as Uber stores data pertinent to unrelated projects and tools in the same tables.

19. Mr. Jaffe indicates that Plaintiffs need this data to "construct distributions of S-RAD Scores for similar events both before and after" the incident trips, as well as to "compare S-RAD Scores for more and less serious events before and after in the same city or similar cities or dissimilar cities." However, this would not be a meaningful endeavor. S-RAD scores are calibrated and calculated on a city-by-city basis based on dozens of factors specific to the environment at a given point in time. For example, risk looks different during the day vs. night, or in a big city vs. a small town. Comparing the scores would be comparing societal risk differences across geographies, environments, and times, rather than relative risk of the particular pairings against each other. In other words, without controlling for the city and the time of day, as well as the dozens of other factors that S-RAD considers, comparing S-RAD scores across different times and geographies would not be comparing apples to apples.

20. To provide Plaintiffs with a meaningful comparison between the bellwether Plaintiffs' S-RAD scores and the scores of other trips in a similar environment, Uber already produced the average score of other like trips (i.e. daytime or nighttime) in each bellwether city over the 7 days preceding the bellwether trip.

*S-RAD Threshold Data*

21. Plaintiffs request historical threshold data in all U.S. cities from the implementation of S-RAD to the present.

22. Mr. Jaffe indicates that Plaintiffs need historical threshold data across all cities nationwide in order to compare thresholds in other times and locations to the thresholds applicable to the bellwether trips. However, this would not be a meaningful endeavor. S-RAD thresholds are calibrated for specific cities and times given the different environmental risk. A city's threshold should only be compared against other thresholds in the same city and around the same time; otherwise, changes may be affected by things like seasonality and dozens of other variables. Further, thresholds are calculated based on S-RAD scores in a particular geography. For that reason and the reasons articulated in paragraph 19 above, comparing thresholds across cities would not be comparing apples to apples.



*S-RAD Trigger Rates*

23. ███████████████████████████████████████████
████████████████████████████████████

24. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

25. ████████████████████████████████████████████
█████████████████████████████████

26. Uber already provided the Plaintiffs with the trigger rates in each bellwether trip's
respective city for the 7 days preceding the trip at issue. ██████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████

27. ████████████████████████████████████████████
█████████████ and can testify about that process if asked about it in deposition.

*Slip-Through Data*

28. Mr. Jaffe opines that the volume of slip-through data is "minimal." However, Uber's
historical slip-through data contains more than ██████████████

29. ████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████

30. ████████████████████████████████████████████
█████████████████████████

*RideCheck Data*

31. RideCheck ███████████████████████████████. While S-RAD relates to pairing
(i.e. pre-trip), RideCheck is only active once a trip has already commenced. It sends out
notifications to users when it detects certain trip anomalies such as long stops, midway
drop-offs, route deviations, and crashes.

32. I understand that Uber has already produced historical RideCheck logs showing all
RideCheck notifications that were sent for each of the bellwether trips.

33. ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████

*S-RAD Nudges*

34. ████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████

*Supply Plan Data*

35. "Supply plans" are rider-driver pairings that could have, but did not, occur. Each of Uber's billions of trips per year may have had many different potential rider-driver pairings.

36. Supply plan data is unbelievably voluminous. For example, the U.S. supply plan data for the last 30 days alone contains approximately ███████████.

37. For that reason, Uber does not maintain data about historical supply plans older than 30 days in the ordinary course of business.

*S-RAD Confidentiality*

38. Uber considers its S-RAD technology to be a highly confidential trade secret.

39. The details of the S-RAD technology are unknown to Uber's competitors, and their disclosure would result in a competitive disadvantage to Uber. Uber operates in a highly competitive space, and the time, money, and effort spent in researching and developing proprietary technologies can be used by other companies to harm Uber's competitive advantage. For instance, competitors may use the information they learn about Uber's S-RAD technology and how it works in order to reverse engineer their own similar product.

40. Addressing safety challenges that face the ridesharing industry is a key part of Uber's business, and disclosure of research, processes, and technology that Uber has developed and engaged in would be injurious to Uber's competitive standing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 24, 2025.



_____

Sunny Wong