# E.5

# FILED UNDER SEAL