ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 559-2393

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.:
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREED UPON AMENDED PTO NO. 6** |
| This Document Relates to: | Courtroom: 6 – 17th Floor |
| ALL ACTIONS | Judge:    Honorable Charles R. Breyer |

**STIPULATION**

**WHEREAS**, on January 2, 2024, the Court entered PTO No. 6, which requires Plaintiffs to adhere to certain requirements with respect to direct filing and service of process, among other things.

**WHEREAS**, Plaintiffs and Defendants have recently negotiated certain amendments to PTO No. 6. *See* [Proposed] Amended PTO No. 6, attached as Exhibit A, and Redline of [Proposed] Amended PTO No. 6 versus original PTO No. 6, attached as Exhibit B.

**THEREFORE**, the Parties respectfully request that the Court enter the Parties' stipulation and enter [Proposed] Amended PTO No. 6.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREED UPON AMENDED PTO NO. 6
Case No. 3:23-md-03084-CRB

DATED:    June 5, 2026          Respectfully submitted,


By: */s/ Christopher V. Cotton*
CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 559-2393

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

2

DATED:    June 5, 2026

/s/ *Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
rabrams@peifferwolf.com
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641


Sarah R. London (SBN 267083)
slondon@girardsharp.com
**GIRARD SHARP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (866) 981-4800


Roopal P. Luhana
luhana@chaffinluhana.com
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123

*Co-Lead Counsel for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREED UPON AMENDED PTO NO. 6
Case No. 3:23-md-03084-CRB

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Christopher V. Cotton*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING AGREED UPON AMENDED PTO NO. 6** |
| This Document Relates to: | |
| ALL ACTIONS | |

The Court hereby GRANTS the Parties' stipulation as follows:

1.  The Amended PTO No. 6 attached as Exhibit A shall be entered on the docket and supersede the prior version of PTO No. 6.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREED UPON AMENDED PTO NO. 6
Case No. 3:23-md-03084-CRB