United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____,

Plaintiff(s),

v.

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION                        ,

Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of

_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: _____ in the

above-entitled action. My local co-counsel in this case is _____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: _____.

5411 McPherson Rd., Ste. 110,
Laredo, Texas 78041
_____
MY ADDRESS OF RECORD

_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

_____
MY TELEPHONE # OF RECORD

_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

_____
MY EMAIL ADDRESS OF RECORD

_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

==================================================

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021