*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 1488 | 3:24-cv-04316 | Nachawati Law Group | Missing Release (Exhibit A) | 4/6/2026 | 5/29/2026 | Plaintiff's Counsel was under the impression that Plaintiff's case was dismissed. Defendants communicated with Plaintiff's Counsel after the meet and confer to confirm that Plaintiff's case has not been dismissed and that the deficiency remains extant. Plaintiff has not subsequently cured. |
| 2716 | 3:24-cv-09006 | Slater Slater Schulman LLP | Missing Verification (unsigned); Failure to Answer Question (Q15, Q19, Q20, Q41, Q42) | 4/16/2026 | 5/27/2026 | Plaintiff's Counsel acknowledged the deficiencies and represented that Plaintiff has been very difficult to contact, making efforts to cure challenging. Plaintiff has not subsequently cured. |
| 3012 | 3:25-cv-01708 | Nachawati Law Group | Missing Verification | 3/24/2026 | 5/29/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they are working to cure. Plaintiff has not subsequently cured. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 3750 | 3:25-cv-05902 | Nachawati Law Group | Missing Release (Exhibit A) | 3/24/2026 | 5/27/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they are working to cure. Plaintiff has not subsequently cured. |
| 3858 | 3:25-cv-06223 | Nachawati Law Group | Missing Release (Exhibit A) | 3/24/2026 | 5/29/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they are working to cure. Plaintiff has not subsequently cured. |
| 3863 | 3:25-cv-06840 | Peiffer Wolf Carr Kane Conway & Wise | Missing Verification | 3/31/2026 | 5/28/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that Plaintiff has been difficult to contact. |
| 4109 | 3:25-cv-08259 | Nachawati Law Group | Missing Verification; Missing Production (Q15) | 4/8/2026 | 5/29/2026 | Plaintiff's Counsel acknowledged the deficiencies and represented that they are working to cure. Plaintiff has not subsequently cured. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 4133 | 3:25-cv-09182 | Nachawati Law Group | Failure to Answer Question (Q15, Q41, Q42) | 4/8/2026 | 5/27/2026 | Plaintiff's Counsel acknowledged the deficiencies and represented that they are working to cure. Plaintiff has not subsequently cured. |
| 4638 | 3:25-cv-10872 | Johnson Law Group | Missing Verification | 4/7/2026 | 5/27/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they are unable to make contact with Plaintiff despite what counsel claims are "extensive efforts." Plaintiff has not subsequently cured. |
| 4885 | 3:26-cv-00996 | Johnson Law Group | Missing Verification | 4/12/2026 | 5/29/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they are unable to make contact with Plaintiff despite what counsel claims are "extensive efforts." Plaintiff has not subsequently cured. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 4993 | 3:26-cv-01692 | Peiffer Wolf Carr Kane Conway & Wise | Missing Verification | 4/14/2026 | 5/27/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that Plaintiff has been difficult to contact. Plaintiff has not subsequently cured. |