# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to: | |

*Jane Doe (J.B.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04316-CRB

*T.K. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09006-CRB

*NLG (GC) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01708-CRB

*NLG (AR) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05902-CRB

*NLG (M.W.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06223-CRB

*P.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06840-CRB

*NLG (J.C.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08259-CRB

*NLG (R.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09182-CRB

*JLG 227 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10872-CRB

*JLG 240 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00996-CRB

*Knight v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01692-CRB

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

## **[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1.     The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).

2.     Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026                    _____

                                                HON. CHARLES R. BREYER
                                                United States District Court Judge

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

## EXHIBIT A

| MDL ID | Case Number |
|--------|-------------|
| 1488 | 3:24-cv-04316 |
| 2716 | 3:24-cv-09006 |
| 3012 | 3:25-cv-01708 |
| 3750 | 3:25-cv-05902 |
| 3858 | 3:25-cv-06223 |
| 3863 | 3:25-cv-06840 |
| 4109 | 3:25-cv-08259 |
| 4133 | 3:25-cv-09182 |
| 4638 | 3:25-cv-10872 |
| 4885 | 3:26-cv-00996 |
| 4993 | 3:26-cv-01692 |