UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The ClaimBridge                    ,

Plaintiff(s),

v.

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION                         ,

Defendant(s).

Case No. 3:23-md-03084-CRB

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE** : ORDER
(CIVIL LOCAL RULE 11-3)

I, Michael Avery Hochman , an active member in good standing of the bar of

Texas , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: ~~All Plaintiffs~~ China Beck in the

above-entitled action. My local co-counsel in this case is N/A per pretrial order No. 1 , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: N/A per PTO No. 1 .

5411 McPherson Rd., Ste. 110,
Laredo, Texas 78041
MY ADDRESS OF RECORD

(956) 704-5083
MY TELEPHONE # OF RECORD

mike@theclaimbridge.com
MY EMAIL ADDRESS OF RECORD

N/A per pretrial order No. 1
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

N/A per pretrial order No. 1
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

N/A per pretrial order No. 1
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 24125275 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/01/2026                                          Michael Avery Hochman
                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael Avery Hochman     is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/8/2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                          2