RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

***Counsel for Plaintiffs***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.T. v. Uber Technologies, Inc., et al;*<br>*3:24-cv-05592-CRB* | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFF A.T.'s RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE**<br><br>Date: July 10, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

On May 29, 2026, Defendants filed a Motion to Convert orders of dismissal without prejudice to orders of dismissal with prejudice for the above-captioned claim. See *Docket No. 6340*. While Counsel for Plaintiff A.T. is unopposed to dismissal, Counsel respectfully requests that this dismissal remain without prejudice in the event Plaintiff A.T. later becomes responsive and elects to pursue her claim.

PLAINTIFF A.T.'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

Dated: June 8, 2026

Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
        awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

PLAINTIFF A.T.'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on June 8, 2026, I electronically filed the following with the

Clerk of the Court using the CM/ECF System, which will send notification of such filing via

electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: June 8, 2026                              Respectfully Submitted by:

*/s/ Rachel Abrams*
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com


Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

PLAINTIFF A.T.'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT
PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE