Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
| This Document Relates to:<br><br>*N.MP. v. Uber Technologies, Inc., et al.*, No. 25-cv-10776-CRB | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF B.L.'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION [ECF NO. 6365]**<br><br>Honorable Charles R. Breyer<br><br>Magistrate Lisa J. Cisneros |

I, Sommer D. Luther, declare:

1. I am an attorney in the law firm of Wagstaff Law Firm, and counsel for Plaintiff in the above-captioned Multi-District Litigation. I am a member of the State Bar of Colorado and am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff B.L.'s

-1-

Statement in Support of Defendants' Administrative Motion to Seal Personal Identifying Information [ECF NO. 6365].

2.  I have reviewed the Motion to Enforce and for Contempt that was filed at ECF 6366.

3.  I have reviewed Defendants' Ex. F to the Declaration of Christopher Cotton that was filed at ECF 6366-7.

4.  I have reviewed Defendants' Ex. G to the Declaration of Christopher Cotton that was filed at ECF 6366-8.

5.  These materials include the name of N.MP.

6.  The significant privacy concerns of Plaintiff outweighs any minimal public interest in disclosure of her identity. The public's interest in the case may be satisfied without revealing this information.

7.  The disclosure of personally identifiable information would harm N.MP.'s legitimate privacy interests. Plaintiff's request is narrowly tailored to sealing only PII. There is no less restrictive alternative to sealing that would protect the legitimate privacy interests of Plaintiff, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2026 in Denver, Colorado

_____
Sommer D. Luther
*Attorney for Plaintiff B.L.*

DECLARATION OF SOMMER D. LUTHER ISO
PLAINTIFF'S STATEMENT ISO MOTION TO SEAL
MDL NO. 3084 CRB, CASE NO. 25-CV-10776-CRB