Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB <br><br> MDL No. 3084 |
| This Document Relates to: <br><br> *N.MP. v. Uber Technologies, Inc., et al.*, <br><br> No. 25-cv-10776-CRB | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PERSONAL IDENTIFYING INFORMATION [ECF NO. 6365]** <br><br> Honorable Charles R. Breyer <br><br> Magistrate Lisa J. Cisneros |

Having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal [ECF 6365], the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Ex. F to Declaration of Christopher Cotton [ECF 6366-7] | The name of N.MP. |
| Ex. G to Declaration of Christopher Cotton [ECF 6366-8] | The name of N.MP. |

**IT IS SO ORDERED**

Dated: _____                    _____
                                            Hon. Charles R. Breyer
                                            United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL [ECF NO. 6365]
MDL NO. 3084 CRB, CASE NO. 25-CV-10776-CRB