Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF CHRISTOPHER D. COX IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL [RE JOINT LETTER BRIEF REGARDING MOBILE EVENT LOG DEFINITIONS]**<br><br>Judge:        Mag. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

DECLARATION OF CHRISTOPHER D. COX IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 3:23-md-03084-CRB (LJC)

I, Christopher D. Cox, declare as follows:

1.       I am an attorney at law duly admitted to practice before the courts of the State of New York, am admitted pro hac vice in this action, and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.       Attached as **Exhibit A** is a true and correct copy of the Declaration of Todd Gaddis, dated December 4, 2025 (PX-1 to the Joint Letter Brief Regarding Mobile Event Log Definitions).

3.       Attached as **Exhibit B** is a true and correct copy of Defendants' Second Supplemental Responses to Plaintiff A.R.'s Special Interrogatories, dated May 22, 2026 (PX-2 to the Joint Letter Brief Regarding Mobile Event Log Definitions) [corrected description].

4.       Attached as **Exhibit C** is a true and correct copy of Defendants' Supplemental Responses to Plaintiff LCHB128's Special Interrogatories, dated May 22, 2026 (PX-3 to the Joint Letter Brief Regarding Mobile Event Log Definitions).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 9, 2026, in New York, New York.

/s/ Christopher D. Cox
Christopher D. Cox

DECLARATION OF CHRISTOPHER D. COX IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL