Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **UBER'S [PROPOSED] ORDER** |
| This Document Relates to: | Judge:    Mag. Lisa J. Cisneros |
| ALL CASES | Courtroom:    G – 15th Floor |

1

[PROPOSED] ORDER

Case No. 3:23-MD-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [re Joint Letter Brief Regarding Mobile Event Log Definitions] (ECF 6369), the Court hereby **ORDERS** that the following materials shall be sealed:

| Document | Description | Defendants' Request |
|---|---|---|
| Cox Decl. Ex. A (PX-1) | 12/4/25 Declaration of Todd Gaddis | Seal in part (portions of ¶¶ 6-7) |
| Cox Decl. Ex. B (PX-2) | Uber's Second Supplemental Responses to Plaintiff A.R.'s Special Interrogatories, Set One, Part Two [corrected description] | Seal in part (all requests and responses except Special Interrogatory No. 13 and Response No. 13, as well as the chart in Response No. 13 |
| Cox Decl. Ex. C (PX-3) | Uber's Supplemental Responses to Plaintiff LCHB128's Special Interrogatories, Set One | Seal in part (all requests and responses except Special Interrogatory No. 11 and Response No. 11, as well as the chart in Response No. 11 |

**IT IS SO ORDERED.**

DATED:_____        By:_____
                                          Hon. Lisa J. Cisneros
                                          United States Magistrate Judge

[PROPOSED] ORDER

Case No. 3:23-MD-03084-CRB (LJC)