Ellyn Hurd, Esq. *(Pro Hac Vice)*
Jo Anna Pollock, Esq. *(Pro Hac Vice)*
**SIMMONS HANLY CONROY, LLP**
One Court Street
Alton, IL 62002
Telephone: (800) 479-9533
Facsimile: (618) 259-2251
Email: ehurd@simmonsfirm.com;
jpollack@simmonsfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 |
| | Master Docket Case No. 3:23-md-03084 |
| **THIS DOCUMENT RELATES TO:** | Honorable Charles R. Breyer |
| *J.N. v. UBER TECHNOLOGIES, INC.; RASIER, LLC; and RASIER-CA, LLC* *No. 3:26-cv-01377* | **PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| | Date: July 10, 2026 Time: 10:00 a.m. Courtroom: 6; 17th Floor |

## I.    INTRODUCTION

On June 1, 2026, Defendants filed a Motion to Dismiss the above-named Plaintiff on the grounds that Plaintiff failed to comply with Amended Pretrial Order ("PTO") No. 10 [ECF Doc. 6350]. PTO 10 and its amendment establish procedures and deadlines related to the production of Plaintiff Fact Sheets [ECF Doc. 348 and Doc. 4287].

---

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS [ECF 6350] – 3:26-cv-01377**

## I.    ARGUMENT

As the Court is aware, plaintiffs may become unavailable for various reasons as litigation progresses. On June 9, 2026, Plaintiff produced a completed and verified Plaintiff Fact Sheet [MDL Centrality Document ID 226628], duly executed record release authorizations, and records in Plaintiff's possession, in accordance with PTO 10 and its amendment. Accordingly, Plaintiff submits that Defendants' Motion is moot and respectfully requests that the Court deny Defendants' Motion to Dismiss as to Plaintiff J.N.

## II.    CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10 as to Plaintiff J.N.

Dated: June 10, 2026                    Respectfully submitted,


                                        /s/ Ellyn Hurd
                                        Ellyn Hurd, Esq. *(Pro Hac Vice)*
                                        Jo Anna Pollock, Esq. *(Pro Hac Vice)*
                                        **SIMMONS HANLY CONROY, LLP**
                                        One Court Street
                                        Alton, IL 62002
                                        Telephone: (800) 479-9533
                                        Facsimile: (618) 259-2251
                                        Email: ehurd@simmonsfirm.com;
                                        Email: jpollack@simmonsfirm.com

                                        *Attorneys for Plaintiff*

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS [ECF 6350] – 3:26-cv-01377**

2

## <u>CERTIFICATE OF SERVICE</u>

I, Ellyn Hurd, hereby certify that on June 10, 2026, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Ellyn Hurd*
Ellyn Hurd

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS [ECF 6350] – 3:26-cv-01377**