

**GIRARD SHARP**

<u>**VIA ECF**</u>

The Honorable Charles R. Breyer
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

> RE:    *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*,
> MDL No. 3084 CRB; Chart Concerning Viable Claims

Your Honor:

Plaintiffs respectfully submit this letter and the attached chart in response to the Court's May 28, 2026 order. The chart (attached as **Exhibit A**) estimates the number of cases pending arising from incidents in each state (as of May 26) and identifies certain vicarious liability claims that the Court's orders suggest would be viable in those states. A few notes and caveats.

The chart represents Plaintiffs' Co-Lead Counsel's current assessment of the viability of common carrier non-delegable duty, respondeat superior, and apparent agency claims in each state.[1] Those assessments are based on the Court's orders, including PTO 17 and PTO 18 (resolving motions to dismiss Master Complaint), ECF 1932 (applying rulings to five additional states), PTO 28 (resolving motions to dismiss amended bellwether complaints), PTO 39 (resolving summary judgment in *Dean*), and PTO 43 (resolving summary judgment in *WHB 823*). Plaintiffs respectfully reserve all rights under Federal Rules of Civil Procedure 8 and 15 to plead any available claims in any particular case, and all rights to seek reconsideration of or appeal from any of the Court's orders.

The chart does not address the viability of two categories of claims. *First*, in light of the Court's orders, Plaintiffs do not presently intend to pursue in this MDL, under the laws of any state, standalone claims for negligent entrustment, NIED, California Public Utilities Code § 535, or California's Unfair Competition Law. *Second*, the chart does not address claims that the Court dismissed with leave to amend for lack of individualized allegations (fraud, ratification, and products liability). Plaintiffs' assessment is that those claims, if sufficiently supported by facts, are viable under the laws of most states.

In some states, Plaintiffs' assessment of a claim as non-viable is based on a state statute (e.g., one stating Uber is "not a common carrier"). Each statute was enacted as of a certain date (most often between 2015 and 2017) and, in general, does not apply retroactively. *See* PTO 18 at 5 (recognizing viability of common-carrier claims in Florida before July 1, 2017). Because

---

[1] In assessing a common carrier non-delegable duty claim as non-viable in certain states, Plaintiffs reserve the right to argue that carrier or common-carrier status creates duties or standards of care for purposes of direct negligence claims in those states.

(415) 981-4800          601 California Street, Suite 1400          www.girardsharp.com
San Francisco, CA 94108

June 10, 2026
Page 2

relatively few MDL cases concern incidents before 2018, the chart does not identify the date on which each statute was enacted, or specify that claims before that date remain viable. Plaintiffs reserve all rights to pursue those claims in older cases.

In associating a case with a state, Plaintiffs expressly preserve any argument for a different state's law to govern some or all of the issues in the case. *See* ECF 1685 (making similar reservation). A few cases stem from alleged assaults in foreign countries (and one in Puerto Rico) and are not included in the chart. And a few cases involve an assault in multiple states, or multiple assaults in different states; those cases are counted twice in the chart.

Plaintiffs are prepared to submit any other information the Court requests.

Respectfully,

Sarah R. London

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

June 10, 2026
Page 3

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatory identified above has concurred in this filing.

Dated: June 10, 2026

By: */s/ Andrew R. Kaufman*

# EXHIBIT A

| UBER MDL VICARIOUS LIABILITY CLAIMS | | | | |
|---|---|---|---|---|
| STATE | MDL CASES | COMMON CARRIER NON-DELEGABLE DUTY | RESPONDEAT SUPERIOR | APPARENT AGENCY |
| Alabama | 34 | Yes | No | No |
| Alaska | 12 | No | No | Yes |
| Arizona | 105 | No | No | Yes |
| Arkansas | 15 | No | No | No |
| California | 50 | Yes | Yes | Yes |
| Colorado | 65 | No | No | No |
| Connecticut | 27 | Yes | No | No |
| Delaware | 10 | Yes | No | No |
| District of Columbia | 27 | No | No | No |
| Florida | 291 | No | No | No |
| Georgia | 180 | Yes | No | No |
| Hawaii | 1 | Yes | No | No |
| Idaho | 4 | No | No | No |
| Illinois | 285 | Yes (after 1/1/24) | No | No |
| Indiana | 69 | No | No | No |
| Iowa | 27 | No | No | No |
| Kansas | 19 | No | No | No |
| Kentucky | 54 | Yes | No | No |
| Louisana | 84 | No | Yes | Yes |
| Maine | 1 | Yes | No | No |
| Maryland | 51 | Yes | No | No |
| Massachusetts | 54 | Yes | No | No |
| Michigan | 88 | No | No | No |
| Minnesota | 36 | Yes | Yes | Yes |
| Mississippi | 10 | Yes | No | No |
| Missouri | 62 | No | No | Yes |
| Montana | 1 | Yes | Yes | Yes |
| Nebraska | 9 | Yes | No | No |
| Nevada | 146 | Yes | No | No |
| New Hampshire | 6 | No | No | No |
| New Jersey | 57 | Yes | No | No |
| New Mexico | 14 | No | No | No |
| New York | 211 | No | No | No |
| North Carolina | 70 | Yes | No | No |
| North Dakota | 3 | Yes | No | Yes |
| Ohio | 96 | Yes | No | No |
| Oklahoma | 48 | No | No | No |
| Oregon | 43 | No | Yes | Yes |
| Pennsylvania | 114 | No | No | No |
| Rhode Island | 4 | No | No | No |
| South Carolina | 32 | Yes | No | No |
| South Dakota | 0 | No | No | No |
| Tennnessee | 92 | Yes | No | No |
| Texas | 384 | No | No | No |
| Utah | 26 | No | No | No |
| Vermont | 4 | Yes | No | No |
| Virginia | 87 | No | Yes | No |
| Washington | 79 | Yes | No | No |
| West Virginia | 11 | No | No | No |
| Wisconsin | 19 | No | No | No |
| Wyoming | 0 | No | No | No |