LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiffs G.C., D.P., and L.L.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF G.C., D.P. and L.L's RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE** |
| *G.C. v. Uber Technologies Inc., et al ;* Case No. 3:24-cv-09195 | |
| *D.P. v. Uber Technologies, Inc.,* Case No. 3:24-cv-04449 | Judge Hon. Charles R. Breyer<br>Date: July 10, 2026<br>Time: 10:00 a.m<br>Courtroom: 6 – 17th Floor |
| *L.L. v. Uber Technologies, Inc.,* Case No. 3:25-03742 | |

On May 29, 2026, Defendants filed a Motion to Convert orders of dismissal without prejudice to orders of dismissal with prejudice for the above-captioned cases. *See* ECF No. 6340. While Counsel for Plaintiff G.C., D.P., and L.L, is unopposed to dismissal, Counsel respectfully requests that this dismissal remain without prejudice in the event these Plaintiffs later become responsive and elect to pursue their claims.

Dated: June 11, 2026            Respectfully submitted,

By: */s/ Layne C. Hilton*

LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**

900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiffs G.C., D.P., and L.L.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on June 11, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

By: */s/ Layne C. Hilton*

LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

2                    PLAINTIFFS' RESPONSE