*Submitting Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | STIPULATION AND [PROPOSED] ORDER TO REMOVE PLAINTIFF B.L. FROM THE BELLWETHER TRIAL POOL |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Judge:      Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

WHEREAS, Plaintiff B.L.'s case was selected as a Wave 1 bellwether case and was scheduled to be tried as the next bellwether trial in September 2026;

WHEREAS, the Court directed the parties to identify a potential alternate plaintiff for the next bellwether trial;

WHEREAS, Wagstaff Law Firm ("Wagstaff"), which represents B.L., and Uber have conferred and agree that Plaintiff B.L. should be removed from the bellwether pool;

WHEREAS, Wagstaff and Uber agree that, in light of B.L. being removed from the bellwether pool, both discovery in B.L. and Uber's sanctions motion relating to B.L. (ECF No. 5964) should be stayed pending continued meeting and conferring by Wagstaff and Uber;

THEREFORE, the parties respectfully request the Court remove Plaintiff B.L. from the bellwether pool and, conditional upon B.L. being removed from the pool, that the Court stay discovery in B.L. and Uber's sanctions motion relating to B.L. (ECF No. 5964) to give the parties an opportunity to continue to meet and confer.

**IT IS SO STIPULATED.**

DATED: June 11, 2026                    Respectfully submitted,

By: /s/ *Laura Vartain*

KIRKLAND & ELLIS LLP

Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

**Attorneys for Defendants**
**UBER TECHNOLOGIES, INC.,**
**RASIER, LLC, and RASIER-CA, LLC**

Dated: June 11, 2026                    /s/ Sommer Luther

WAGSTAFF LAW FIRM

Sommer Luther (*pro hac vice*)
sluther@wagstafflawfirm.com
940 Lincoln St.
Denver, CO 80203
Telephone: 303-376-6360
Facsimile: 888-875-2889

**Attorney for Plaintiff B.L.**

STIPULATION AND [PROPOSED] ORDER TO
REMOVE BL FROM THE BELLWETHER POOL
CASE NO. 3:23-MD-03084-CRB

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: June 11, 2026

/s/ *Laura Vartain*
Laura Vartain

- 3 -

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated:   June __, 2026

_____
Honorable Charles R. Breyer
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO
REMOVE BL FROM THE BELLWETHER POOL
CASE NO. 3:23-MD-03084-CRB