C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5958]** |
| *Jane Roe CL 252 v. Uber Technologies, Inc., et al., No. 3:25-cv-10758-CRB* | |

I, Jennifer S. Domer, declare as follows:

1.      I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2.      This declaration is made in support of the Motion to Vacate Dismissal without Prejudice for Jane Roe CL 252, No. 3:25-cv-10758-CRB, MDLC ID 4676.

3.      Counsel produced Jane Roe CL 252's Plaintiff Fact Sheet and PTO 10 Certification Form on June 11, 2026.

4.      Counsel produced Jane Roe CL 252's Trip Receipt on December 31, 2025.

-1-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF MOTION TO VACATE

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 11, 2026, in Sacramento, California.

Dated: June 11, 2026                    CUTTER LAW P.C.

By:    /s/ Jennifer S. Domer

Jennifer S. Domer

*Attorney for Jane Roe CL Plaintiffs*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF MOTION TO VACATE