Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| *Jane Doe NLG (E.M.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05477-CRB* | |
| *Jane Doe NLG (B.D.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05972-CRB* | |
| *Jane Doe NLG (Z.B.) v. Uber Technologies, Inc., et al., No. 3:26-cv-06222-CRB* | |
| *Jane Doe NLG (N.W) v. Uber Technologies, Inc., et al., No. 3:26-cv-06504-CRB* | |

Nachawati Law Group ("NLG") Plaintiff, Jane Doe NLG (T.S.), submits this Response in Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively referred to as "Defendants" or "Uber") Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (ECF No. 5989).

Plaintiffs' counsel respectfully request that this Court deny Defendants' Motion as moot as to Plaintiffs Jane Doe NLG (E.M.), Plaintiffs Jane Doe NLG (B.D), Plaintiffs Jane Doe NLG (Z.B.) and Plaintiffs Jane Doe NLG (N.W.) as Plaintiffs submitted and produced a complete and

verified plaintiff fact sheets and other required documents in compliance with Amended PTO 10

as of May 5, 2026. (Declaration of Arati Furness, at ¶ 2) .

///

///

Dated: June 11, 2026                    Respectfully submitted,

                                        By: */s/ Arati Furness*
                                        By: */s/ John Raggio*
                                        Arati Furness (CA Bar No. 225435)
                                        John Raggio (CA Bar No. 338261)
                                        **NACHAWATI LAW GROUP**
                                        5489 Blair Road
                                        Dallas, Texas 75231
                                        Telephone: (214) 890-0711
                                        Fax: (214) 890-0712
                                        Email: afurness@ntrial.com
                                        Email: jraggio@ntrial.com

                                        *Counsel for Plaintiffs*

NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

CASE NO. 3:23-MD-03084-CRB

## CERTIFICATE OF SERVICE

I hereby certify that, on June 11, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: June 11, 2026

Respectfully submitted,

By: */s/ Arati Furness*
By: */s/ John Raggio*
Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

CASE NO. 3:23-MD-03084-CRB