Arati Furness (CA Bar No. 225435)
John Raggio (CA Bar No. 338261)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com
Email: jraggio@ntrial.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *Jane Doe NLG (E.M.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05477-CRB* <br><br> *Jane Doe NLG (B.D.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05972-CRB* <br><br> *Jane Doe NLG (Z.B.) v. Uber Technologies, Inc., et al., No. 3:26-cv-06222-CRB* <br><br> *Jane Doe NLG (N.W) v. Uber Technologies, Inc., et al., No. 3:26-cv-06504-CRB* | Case No. 3:23-md-03084-CRB <br><br> **DECLATION OF ARATI FURNESS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

**<u>DECLARATION OF ARATI FURNESS</u>**

I, Arati Furness, declare as follows:

1. I am an attorney who is admitted to practice before this Court. I am a partner at the law firm Nachawati Law Group and counsel of record for the Plaintiffs represented by Nachawati Law Group whose claims are the subject of Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 10. ECF No. 5989. This declaration is made in

1

DECL. OF ARATI FURNESS ISO NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

CASE NO. 3:23-MD-03084-CRB

support of Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Amended PTO 10. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.  The following Plaintiffs Jane Doe NLG (**E.M**.)**,** Jane Doe NLG (**B.D**)**,** Jane Doe NLG (**Z.B.**) **and** Jane Doe NLG (**N.W**.), who has the MDLC Plaintiff IDs, 3687, 3752, 3845 and 3857 respectively, have submitted a complete plaintiff fact sheet, executed verification page and signed authorizations as of June 11, 2026 and is therefore in compliance with Amended PTO 10.

3.  I would therefore dispute the inclusion of these Plaintiffs on Defendants' list of deficiencies, as well as respectfully request for their exclusion on any future entry of dismissal by the Court.

Executed on June 11, 2026, in Dallas, Texas.

**NACHAWATI LAW GROUP**

*/s/ Arati Furness*
Arati Furness (CA Bar No. 225435)

DECL. OF ARATI FURNESS ISO NACHAWATI LAW GROUP PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10

CASE NO. 3:23-MD-03084-CRB