**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC., AND RAISIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| *Jane Doe NLG (E.M.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05477-CRB* | |
| *Jane Doe NLG (B.D.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05972-CRB* | |
| *Jane Doe NLG (Z.B.) v. Uber Technologies, Inc., et al., No. 3:26-cv-06222-CRB* | |
| *Jane Doe NLG (N.W) v. Uber Technologies, Inc., et al., No. 3:26-cv-06504-CRB* | |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, the papers filed in support and opposition, and the record in this case, the Court therefore hereby ORDERS as follows:

Defendants' Motion to Dismiss [ECF No. 5989] as it relates to Jane Doe NLG (E.M.), Jane Doe NLG (B.D), Jane Doe NLG (Z.B.) and Jane Doe NLG (N.W.) is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2026          _____
                                       HON. CHARLES R. BREYER
                                       United States District Court Judge

[PROPOSED] ORDER RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 10
                                                            CASE NO. 3:23-MD-03084-CRB