**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF JA.R.'S MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE [ECF 5958]** |
| This Document Relates to: | |
| *JA.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-10749 -CRB | Judge:      Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff JA.R.'s Motion to Vacate Order of Dismissal Without Prejudice [ECF 5958].

3. On June 5, 2026, my office obtained a complete PFS from Plaintiff JA.R.

4. On June 5, 2026, my office obtained a signed verification and authorizations from Plaintiff JA.R.

5. On June 5, 2026, my office produced the PFS and attachments via MDL Centrality.

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF JA.R.'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5253], CASE NO. 3:25-CV-10749

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of June, 2026, in Denver, Colorado.

_____
Sommer D. Luther

2