**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF E.M.'S MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE [ECF 5958]** |
| This Document Relates to: | |
| *E.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09824-CRB | Judge:        Hon. Charles R. Breyer |
| | Courtroom:    6 – 17th Floor |

I, Sommer D. Luther, declare:

1.  I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.  I submit this declaration in support of Plaintiff E.M.'s Motion to Vacate Order of Dismissal Without Prejudice [ECF 5958].

3.  On June 11, 2026, my office obtained a complete PFS from Plaintiff E.M.

4.  On June 11, 2026, my office obtained a signed verification and authorizations from Plaintiff E.M.

5.  On June 11, 2026, my office produced the PFS and attachments via MDL Centrality.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of June, 2026, in Denver, Colorado.

_____
Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF E.M.'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5253], CASE NO. 3:25-CV-09824