**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF O.G.'S MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE [ECF 5253]** |
| O.G. v. Uber Technologies, Inc., et al., No. 3:25-cv-09192 -CRB | Judge:        Hon. Charles R. Breyer |
| | Courtroom:    6 – 17th Floor |

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff O.G.'s Motion to Vacate Order of Dismissal Without Prejudice [ECF 5253].

3. On April 28, 2026, my office obtained a complete PFS from Plaintiff O.G.

4. On April 29, 2026, my office obtained a signed verification and authorizations from Plaintiff O.G.

5. On April 29, 2026, my office produced the PFS and attachments via MDL Centrality.

1

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF O.G.'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5253], CASE NO. 3:25-CV-09192

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of June, 2026, in Denver, Colorado.

_____

Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF PLAINTIFF O.G.'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5253], CASE NO. 3:25-CV-09192