**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER GRANTING PLAINTIFF O.G.'S MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE [ECF 5253]** |
| This Document Relates to: | |
| *O.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09192 -CRB | Judge:      Hon. Charles R. Breyer |
| | Courtroom:   6 – 17th Floor |

This matter comes before the Court on Plaintiff O.G.'s Motion to Vacate Order of Dismissal Without Prejudice [ECF 5253].

Having considered Plaintiff's Motion, the record, and the applicable law, the Court hereby GRANTS Plaintiff's Motion and Vacates the Order Dismissal Without Prejudice [ECF 5253] pertaining to Plaintiff O.G.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF O.G.'S MOTION TO VACATE ORDER OF DISMISSAL WITHOUT PREJUDICE [ECF 5253], CASE NO. 3:25-cv-09192-CRB