ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to: | |
| *Canales v. Uber Technologies, Inc., et al.*, 3:26-cv-01084-CRB | Date:        July 17, 2026<br>Time:        10:00 a.m.<br>Courtroom:  6 – 17th Floor |
| *S.S.C. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01452-CRB | |
| *Jane Doe NLG (L.N.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02222-CRB | |
| *Jane Doe NLG (R.J.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02387-CRB | |

*Jane Doe NLG (D.A.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02393-CRB

*Jane Doe NLG (L.W.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02405-CRB

*Jane Doe NLG (J.A.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02506-CRB

*Jane Roe CL v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02510-CRB

*Jane Doe NLG (P.C.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02528-CRB

*Jane Doe LS v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02828-CRB

*Jane Doe NLG (B.M.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03382-CRB

*John Doe NLG (C.R.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03385-CRB

*Jane Doe NLG (A.S.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03393-CRB

### DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1.      I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Motion to Dismiss Cases for Failure to Comply with PTO 5.

2.      I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3.      On December 28, 2023, this Court entered Pretrial Order No. 5 ("PTO 5") in this matter, requiring each Plaintiff to "produce to Defendants a bona fide ride receipt from an Uber trip connected to the alleged incident." ECF 175 at 2. PTO 5 required each Plaintiff whose case was a part of the MDL by February 1, 2024, to produce the receipt (or, if a receipt was not readily available, certain ride information) within 14 days of that date - *i.e.*, by February 15, 2024. *Id.* Each Plaintiff who joined the MDL after February 1, 2024 had to produce the ride receipt or ride information within 14 days of joining the MDL. *Id.* at 3.

4.      Attached to this declaration as Exhibit A is a table identifying Plaintiffs who, as of June 12, 2026, have failed to produce a ride receipt or ride information as required by PTO 5 or seek an extension. The Plaintiffs' deadlines to comply with PTO 5 are identified in the table at Exhibit A, as well as the date each of these Plaintiffs was sent a written Delinquency Notice informing them of their non-compliance with PTO 5. Plaintiffs have not responded within the thirty days provided in the Notice or cured their non-compliance by producing a ride receipt or ride information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2026 in Los Angeles, California.

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Michael B. Shortnacy*

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC