# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 5

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID[1] | Case Name | Counsel | Case Number | Receipt Due Date | Date of Delinquency Notice |
|---|---|---|---|---|---|
| None | Canales | Garces, Grabler & LeBrocq, P.C. | 3:26-cv-01084 | 2/19/2026 | 3/2/2026 |
| None | S.S.C. | Barnes Trial Group | 3:26-cv-01452 | 3/6/2026 | 3/17/2026 |
| 5244 | Jane Doe NLG (L.N.) | Nachawati Law Group | 3:26-cv-02222 | 3/27/2026 | 4/8/2026 |
| 5251 | Jane Doe NLG (R.J.) | Nachawati Law Group | 3:26-cv-02387 | 4/2/2026 | 4/8/2026 |
| 5252 | Jane Doe NLG (D.A.) | Nachawati Law Group | 3:26-cv-02393 | 4/2/2026 | 4/8/2026 |
| 5253 | Jane Doe NLG (L.W.) | Nachawati Law Group | 3:26-cv-02405 | 4/2/2026 | 4/8/2026 |
| None | Jane Doe NLG (J.A.) | Nachawati Law Group | 3:26-cv-02506 | 4/6/2026 | 4/8/2026 |
| 5118 | Jane Roe CL 293 | Cutter Law | 3:26-cv-02510 | 4/6/2026 | 4/8/2026 |
| None | Jane Doe NLG (P.C.) | Nachawati Law Group | 3:26-cv-02528 | 4/7/2026 | 4/8/2026 |
| 5102 | Jane Doe LS 693 | Levin Simes | 3:26-cv-02828 | 4/15/2026 | 4/24/2026 |
| None | Jane Doe NLG (B.M.) | Nachawati Law Group | 3:26-cv-03382 | 5/6/2026 | 5/11/2026 |
| 5277 | John Doe NLG (C.R.) | Nachawati Law Group | 3:26-cv-03385 | 5/6/2026 | 5/11/2026 |
| None | Jane Doe NLG (A.S.) | Nachawati Law Group | 3:26-cv-03393 | 5/6/2026 | 5/11/2026 |

---

[1] The Plaintiffs where "None" is indicated have all failed to register for MDL Centrality. For that reason, they lack MDL ID numbers.