C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5976]** |
| *Jane Roe CL 259 v. Uber Technologies, Inc., et al., No. 3:26-cv-00284-CRB* | |

## I.  BRIEF HISTORY

On March 18, 2026, Defendant filed a Motion to Dismiss Plaintiff's case for failure to submit a bona fide ride receipt or PTO 5 Ride Information Form. (Doc. 5561). Plaintiff opposed the motion on the grounds that she needed additional time to complete and collect these required documents. (Doc. 5719, 5719-1). On April 23, 2026, the Court ordered Plaintiff's case dismissed without prejudice. (Doc. 5976). On June 3, 2026, Plaintiff submitted a PTO 5 Ride Information Form, Plaintiff Fact Sheet, and a PTO 10 Certification Form. (Declaration of Jennifer Domer ¶ 3).

## II.  PLAINTIFF REQUESTS THAT THE ORDER OF DISMISSAL BE VACATED BECAUSE SHE HAS COMPLIED WITH HER OBLIGATIONS

As indicated above, Plaintiff complied with her obligations under PTO 5, as well as additional document requirements, albeit a little belatedly after the order of dismissal but prior to the order of dismissal's conversion to with prejudice.  The case was ordered dismissed without prejudice, and Plaintiff was ordered to file a notice of dismissal.  Therefore, rather than file a notice of dismissal at this time, Plaintiff asks that the Court vacate the dismissal of her case and relieve her from the obligation to file a notice of dismissal.

Dated: June 12, 2026                    CUTTER LAW P.C.

                                        By:  */s/ Jennifer S. Domer*

                                             Jennifer S. Domer (SBN 305822)
                                             C. Brooks Cutter (SBN 121407)
                                             Celine Cutter (SBN 312622)
                                             **CUTTER LAW P.C.**
                                             401 Watt Avenue
                                             Sacramento, CA 95864
                                             Telephone: 916-290-9400
                                             Facsimile: 916-588-9330
                                             Email: bcutter@cutterlaw.com
                                                    jdomer@cutterlaw.com
                                                    ccutter@cutterlaw.com

                                        *Attorneys for ROE CL Plaintiffs*

PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that, on June 12, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: June 12, 2026               CUTTER LAW P.C.

By:   */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
      jdomer@cutterlaw.com
      ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE