C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
    jdomer@cutterlaw.com
    ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5976]** |
| *Jane Roe CL 259 v. Uber Technologies, Inc., et al., No. 3:26-cv-00284-CRB* | |

I, Jennifer S. Domer, declare as follows:

1.     I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Jane Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2.     This declaration is made in support of the Motion to Vacate Dismissal without Prejudice for Jane Roe CL 159, No. 3:26-cv-00284-CRB, MDLC ID 4825.

3.     The plaintiff provided a PTO 5 Ride Information Form, Plaintiff Fact Sheet, and a PTO 10 Certification Form on June 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct, and that this

-1-

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF MOTION TO VACATE

declaration was executed on June 12, 2026, in Sacramento, California.


Dated: June 12, 2026                    CUTTER LAW P.C.


By:    /s/ Jennifer S. Domer

        Jennifer S. Domer

        *Attorney for Jane Roe CL Plaintiffs*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF MOTION TO VACATE