**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3084 |
| **This Document Relates to:** | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| ***T.S., an individual v. UBER TECHNOLOGIES, INC., et al.*** <br> **Case No.: 3:24-cv-02887-CRB** | Judge: Hon. Charles R. Breyer |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff T.S., by and through undersigned counsel, hereby voluntarily dismisses all claims against all Defendants in this action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: June 12, 2026

Respectfully submitted,

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

By: */s/ Meredith D. Stratigopoulos*
MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
CHLOE SHRODE
TX Bar No. 24108874
cshrode@guerrallp.com

***Counsel for Plaintiff T.S., an individual***

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026,  a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

*/s/ Meredith Stratigopoulos*
Meredith Stratigopoulos

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE