**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:23-md-03084-CRB (LJC)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR THE JOINT LETTER REGARDING NONPROFITS<br><br>Magistrate Judge: Lisa J. Cisneros |

WHEREAS, on May 15, 2026 this Court entered an Order regarding nonprofit depositions and ordering the parties to meet and confer and to file by June 12, 2026 a joint letter regarding remaining disputes. ECF No. 6208.

WHEREAS, the deposition of Emilie Boman was completed on June 4, 2026 as directed by the court and the parties have been continuing to meet and confer regarding the outstanding issues related to obtaining discovery from third parties. The Parties believe additional time would benefit the process.

WHEREAS Plaintiffs therefore respectfully request that the deadline for the Parties' submission on this topic be extended by three business days to June 17, 2026.

WHEREAS Uber consents to this extension.

WHEREAS, the Court has extended other deadlines in the case, but not this one.

WHEREAS, the requested extension will have no bearing of the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation permitting the parties to file the joint letter on June 17, 2026.

**IT IS SO STIPULATED.**

DATED: June 12, 2026

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE JUNE 12, 2026 DEADLINE
CASE NO. 3:23-MD-03084-CRB

Respectfully submitted,

By: /s/ *Jennifer Levy*

KIRKLAND & ELLIS LLP
Jennifer Levy
Jennifer.levy@kirkland.com
1301 Pennsylvania Ave., N.W.,
Washington, D.C. 20004
Telephone: (202) 389 5211

Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: June 12, 2026

/s/      *Sarah London*

SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
       awolf@peifferwolf.com
       scraig@peifferwolf.com

ROOPAL P. LUHANA (*Admitted Pro Hac Vice*)
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12

- 2 -

New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE JUNE 12, 2026 DEADLINE
CASE NO. 3:23-MD-03084-CRB

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: June 12, 2026

*/s/ Samantha Hoefs*
Samantha Hoefs

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE JUNE 12, 2026 DEADLINE
CASE NO. 3:23-MD-03084-CRB

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated:   May __, 2026

_____

Honorable Lisa J. Cisneros
United States Magistrate Judge

- 5 -