C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
      jdomer@cutterlaw.com
      ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 11 v. Uber Technologies, Inc., et al., No. 3:24-cv-04672-CRB*<br><br>*Jane Roe CL 16 v. Uber Technologies, Inc., et al., No. 3:24-cv-04837-CRB*<br><br>*Jane Roe CL 17 v. Uber Technologies, Inc., et al., No. 3:24-cv-04915-CRB*<br><br>*Jane Roe CL 24 v. Uber Technologies, Inc., et al., No. 3:24-cv-05536-CRB*<br><br>*Jane Roe CL 34 v. Uber Technologies, Inc., et al., No. 3:24-cv-05696-CRB*<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al., No. 3:24-cv-05729-CRB*<br><br>*Jane Roe CL 65 v. Uber Technologies, Inc., et al., No. 3:24-cv-06189-CRB*<br><br>*Jane Roe CL 67 v. Uber Technologies, Inc., et al., No. 3:24-cv-06191-CRB*<br><br>*Jane Roe CL 71 v. Uber Technologies, Inc., et al., No. 3:24-cv-06864-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE**<br><br>Date:  July 10, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO CONVERT

*Jane Roe CL 73 v. Uber Technologies, Inc., et al., No. 3:24-cv-07030-CRB*

*Jane Roe CL 74 v. Uber Technologies, Inc., et al., No. 3:24-cv-07152-CRB*

*Jane Roe CL 77 v. Uber Technologies, Inc., et al., No. 3:24-cv-07571-CRB*

*Jane Roe CL 79 v. Uber Technologies, Inc., et al., No. 3:24-cv-07587-CRB*

*Jane Roe CL 81 v. Uber Technologies, Inc., et al., No. 3:24-cv-08521-CRB*

*Jane Roe CL 83 v. Uber Technologies, Inc., et al., No. 3:24-cv-08525-CRB*

*Jane Roe CL 85 v. Uber Technologies, Inc., et al., No. 3:24-cv-08754-CRB*

*Jane Roe CL 88 v. Uber Technologies, Inc., et al., No. 3:24-cv-09145-CRB*

*Jane Roe CL 91 v. Uber Technologies, Inc., et al., No. 3:24-cv-09235-CRB*

*Jane Roe CL 92 v. Uber Technologies, Inc., et al., No. 3:24-cv-09237-CRB*

*Jane Roe CL 98 v. Uber Technologies, Inc., et al., No. 3:25-cv-00853-CRB*

*Jane Roe CL 101 v. Uber Technologies, Inc., et al., No. 3:25-cv-01118-CRB*

*Jane Roe CL 102 v. Uber Technologies, Inc., et al., No. 3:25-cv-01120-CRB*

*Jane Roe CL 107 v. Uber Technologies, Inc., et al., No. 3:25-cv-01470-CRB*

*Jane Roe CL 109 v. Uber Technologies, Inc., et al., No. 3:25-cv-01652-CRB*

*Jane Roe CL 110 v. Uber Technologies, Inc., et al., No. 3:25-cv-01653-CRB*

*Jane Roe CL 114 v. Uber Technologies, Inc., et al., No. 3:25-cv-01942-CRB*

*Jane Roe CL 119 v. Uber Technologies, Inc., et al., No. 3:25-cv-02133-CRB*

*Jane Roe CL 122 v. Uber Technologies, Inc., et al., No. 3:25-cv-02138-CRB*

*Jane Roe CL 125 v. Uber Technologies, Inc., et al., No. 3:25-cv-02233-CRB*

*Jane Roe CL 126 v. Uber Technologies, Inc., et al., No. 3:25-cv-02495-CRB*

*Jane Roe CL 127 v. Uber Technologies, Inc., et al., No. 3:25-cv-02496-CRB*

*Jane Roe CL 128 v. Uber Technologies, Inc., et al., No. 3:25-cv-02497-CRB*

*Jane Roe CL 130 v. Uber Technologies, Inc., et al., No. 3:25-cv-02742-CRB*

*Jane Roe CL 133 v. Uber Technologies, Inc., et al., No. 3:25-cv-02745-CRB*

*Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv-03255-CRB*

*Jane Roe CL 147 v. Uber Technologies, Inc., et al., No. 3:25-cv-03811-CRB*

*Jane Roe CL 148 v. Uber Technologies, Inc., et al., No. 3:25-cv-03812-CRB*

*Jane Roe CL 151 v. Uber Technologies, Inc., et al., No. 3:25-cv-03816-CRB*

*Jane Roe CL 156 v. Uber Technologies, Inc., et al., No. 3:25-cv-03944-CRB*

*Jane Roe CL 163 v. Uber Technologies, Inc., et al., No. 3:25-cv-04386-CRB*

*Jane Roe CL 164 v. Uber Technologies, Inc., et al., No. 3:25-cv-04587-CRB*

*Jane Roe CL 165 v. Uber Technologies, Inc., et al., No. 3:25-cv-04589-CRB*

*Jane Roe CL 179 v. Uber Technologies, Inc., et al., No. 3:25-cv-05538-CRB*

*Jane Roe CL 181 v. Uber Technologies, Inc., et al., No. 3:25-cv-05633-CRB*

*Jane Roe CL 182 v. Uber Technologies, Inc., et al., No. 3:25-cv-05628-CRB*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO CONVERT

*Jane Roe CL 183 v. Uber Technologies, Inc., et al., No. 3:25-cv-05733-CRB*

*Jane Roe CL 225 v. Uber Technologies, Inc., et al., No. 3:25-cv-09555-CRB*

*Jane Roe CL 232 v. Uber Technologies, Inc., et al., No. 3:25-cv-09861-CRB*

*Jane Roe CL 234 v. Uber Technologies, Inc., et al., No. 3:25-cv-09916-CRB*

*Jane Roe CL 247 v. Uber Technologies, Inc., et al., No. 3:25-cv-10725-CRB*

*Jane Roe CL 249 v. Uber Technologies, Inc., et al., No. 3:25-cv-10727-CRB*

*Jane Roe CL 250 v. Uber Technologies, Inc., et al., No. 3:25-cv-10737-CRB*

*Jane Roe CL 252 v. Uber Technologies, Inc., et al., No. 3:25-cv-10758-CRB*

*Jane Roe CL 258 v. Uber Technologies, Inc., et al., No. 3:26-cv-00282-CRB*

*Jane Roe CL 259 v. Uber Technologies, Inc., et al., No. 3:26-cv-00284-CRB*

## I.  INTRODUCTION

On May 29, 2026, Defendants filed a Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal With Prejudice. (Doc. 6340). Counsel acknowledges and understands that the court created procedures and deadlines for Pretrial Orders 5 and 10. Counsel strives to produce all documents for each Plaintiff in accordance with these rules and procedures. However, during the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4).

### ARGUMENT

Counsel has worked diligently in reaching the above referenced claimants, including alternate contact information, various methods of outreach such as text, email, and mailing. Counsel has not been able to reach certain client to discuss the information needed to complete the deficient Fact Sheets and any additional missing documents. Counsel continued in our efforts to reach the clients as described in the attached Declaration, as described in our previous opposition motions.

However through Counsel's diligence, the ride receipt or PTO 5 ride information forms, PFSs, verifications, and the related certification forms have been produced for Jane Roe CL 88, 163, 252, and 259. (Domer Dec. at ¶ 5-8). Each plaintiff has also had Motions to Vacate filed on their behalf. Therefore, these Plaintiffs should be removed from consideration of this motion.

## II.  CONCLUSION

For the foregoing reason, Counsel requests that the above-mentioned Plaintiffs, Jane Roe CL 88, 163, 252, and 259, be removed from the Motion as having produced the required documentation.

Dated: June 12, 2026                    CUTTER LAW P.C.

                                        By:  _/s/ Jennifer S. Domer_

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO CONVERT



Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO CONVERT

## CERTIFICATE OF SERVICE

I hereby certify that, on June 12, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.


Dated: June 12, 2026                     CUTTER LAW P.C.

                              By:   */s/ Jennifer S. Domer*
                              _____

                                   C. Brooks Cutter (SBN 121407)
                                   Jennifer S. Domer (SBN 305822)
                                   Celine Cutter (SBN 312622)
                                   **CUTTER LAW P.C.**
                                   401 Watt Avenue
                                   Sacramento, CA 95864
                                   Telephone: 916-290-9400
                                   Facsimile: 916-588-9330
                                   Email: bcutter@cutterlaw.com
                                          jdomer@cutterlaw.com
                                          ccutter@cutterlaw.com


                                   *Attorneys for ROE CL Plaintiffs*

-1-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO CONVERT