C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 11 v. Uber Technologies, Inc., et al., No. 3:24-cv-04672-CRB*<br><br>*Jane Roe CL 16 v. Uber Technologies, Inc., et al., No. 3:24-cv-04837-CRB*<br><br>*Jane Roe CL 17 v. Uber Technologies, Inc., et al., No. 3:24-cv-04915-CRB*<br><br>*Jane Roe CL 24 v. Uber Technologies, Inc., et al., No. 3:24-cv-05536-CRB*<br><br>*Jane Roe CL 34 v. Uber Technologies, Inc., et al., No. 3:24-cv-05696-CRB*<br><br>*Jane Roe CL 38 v. Uber Technologies, Inc., et al., No. 3:24-cv-05729-CRB*<br><br>*Jane Roe CL 65 v. Uber Technologies, Inc., et al., No. 3:24-cv-06189-CRB*<br><br>*Jane Roe CL 67 v. Uber Technologies, Inc., et al., No. 3:24-cv-06191-CRB*<br><br>*Jane Roe CL 71 v. Uber Technologies, Inc., et al., No. 3:24-cv-06864-CRB* | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE TO ORDERS OF DISMISSAL WITH PREJUDICE**<br><br>Date:  July 10, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO CONVERT

*Jane Roe CL 73 v. Uber Technologies, Inc., et al., No. 3:24-cv-07030-CRB*

*Jane Roe CL 74 v. Uber Technologies, Inc., et al., No. 3:24-cv-07152-CRB*

*Jane Roe CL 77 v. Uber Technologies, Inc., et al., No. 3:24-cv-07571-CRB*

*Jane Roe CL 79 v. Uber Technologies, Inc., et al., No. 3:24-cv-07587-CRB*

*Jane Roe CL 81 v. Uber Technologies, Inc., et al., No. 3:24-cv-08521-CRB*

*Jane Roe CL 83 v. Uber Technologies, Inc., et al., No. 3:24-cv-08525-CRB*

*Jane Roe CL 85 v. Uber Technologies, Inc., et al., No. 3:24-cv-08754-CRB*

*Jane Roe CL 88 v. Uber Technologies, Inc., et al., No. 3:24-cv-09145-CRB*

*Jane Roe CL 91 v. Uber Technologies, Inc., et al., No. 3:24-cv-09235-CRB*

*Jane Roe CL 92 v. Uber Technologies, Inc., et al., No. 3:24-cv-09237-CRB*

*Jane Roe CL 98 v. Uber Technologies, Inc., et al., No. 3:25-cv-00853-CRB*

*Jane Roe CL 101 v. Uber Technologies, Inc., et al., No. 3:25-cv-01118-CRB*

*Jane Roe CL 102 v. Uber Technologies, Inc., et al., No. 3:25-cv-01120-CRB*

*Jane Roe CL 107 v. Uber Technologies, Inc., et al., No. 3:25-cv-01470-CRB*

*Jane Roe CL 109 v. Uber Technologies, Inc., et al., No. 3:25-cv-01652-CRB*

*Jane Roe CL 110 v. Uber Technologies, Inc., et al., No. 3:25-cv-01653-CRB*

*Jane Roe CL 114 v. Uber Technologies, Inc., et al., No. 3:25-cv-01942-CRB*

*Jane Roe CL 119 v. Uber Technologies, Inc., et al., No. 3:25-cv-02133-CRB*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO CONVERT

*Jane Roe CL 122 v. Uber Technologies, Inc., et al., No. 3:25-cv-02138-CRB*

*Jane Roe CL 125 v. Uber Technologies, Inc., et al., No. 3:25-cv-02233-CRB*

*Jane Roe CL 126 v. Uber Technologies, Inc., et al., No. 3:25-cv-02495-CRB*

*Jane Roe CL 127 v. Uber Technologies, Inc., et al., No. 3:25-cv-02496-CRB*

*Jane Roe CL 128 v. Uber Technologies, Inc., et al., No. 3:25-cv-02497-CRB*

*Jane Roe CL 130 v. Uber Technologies, Inc., et al., No. 3:25-cv-02742-CRB*

*Jane Roe CL 133 v. Uber Technologies, Inc., et al., No. 3:25-cv-02745-CRB*

*Jane Roe CL 139 v. Uber Technologies, Inc., et al., No. 3:25-cv-03255-CRB*

*Jane Roe CL 147 v. Uber Technologies, Inc., et al., No. 3:25-cv-03811-CRB*

*Jane Roe CL 148 v. Uber Technologies, Inc., et al., No. 3:25-cv-03812-CRB*

*Jane Roe CL 151 v. Uber Technologies, Inc., et al., No. 3:25-cv-03816-CRB*

*Jane Roe CL 156 v. Uber Technologies, Inc., et al., No. 3:25-cv-03944-CRB*

*Jane Roe CL 163 v. Uber Technologies, Inc., et al., No. 3:25-cv-04386-CRB*

*Jane Roe CL 164 v. Uber Technologies, Inc., et al., No. 3:25-cv-04587-CRB*

*Jane Roe CL 165 v. Uber Technologies, Inc., et al., No. 3:25-cv-04589-CRB*

*Jane Roe CL 179 v. Uber Technologies, Inc., et al., No. 3:25-cv-05538-CRB*

*Jane Roe CL 181 v. Uber Technologies, Inc., et al., No. 3:25-cv-05633-CRB*

*Jane Roe CL 182 v. Uber Technologies, Inc., et al., No. 3:25-cv-05628-CRB*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO CONVERT

*Jane Roe CL 183 v. Uber Technologies, Inc., et al., No. 3:25-cv-05733-CRB*

*Jane Roe CL 225 v. Uber Technologies, Inc., et al., No. 3:25-cv-09555-CRB*

*Jane Roe CL 232 v. Uber Technologies, Inc., et al., No. 3:25-cv-09861-CRB*

*Jane Roe CL 234 v. Uber Technologies, Inc., et al., No. 3:25-cv-09916-CRB*

*Jane Roe CL 247 v. Uber Technologies, Inc., et al., No. 3:25-cv-10725-CRB*

*Jane Roe CL 249 v. Uber Technologies, Inc., et al., No. 3:25-cv-10727-CRB*

*Jane Roe CL 250 v. Uber Technologies, Inc., et al., No. 3:25-cv-10737-CRB*

*Jane Roe CL 252 v. Uber Technologies, Inc., et al., No. 3:25-cv-10758-CRB*

*Jane Roe CL 258 v. Uber Technologies, Inc., et al., No. 3:26-cv-00282-CRB*

*Jane Roe CL 259 v. Uber Technologies, Inc., et al., No. 3:26-cv-00284-CRB*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO CONVERT

I, Jennifer S. Domer, declare as follows:

1.     I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for the filed Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2.     This declaration is made in support of the Opposition to Defendants' Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal With Prejudice.

3.     Counsel's firm has made extensive efforts to reach the clients listed as Exhibit A, subject to Defendants' Motion to Convert.

4.     Those efforts included extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate these individuals. Through the database searches and private investigator, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

5.     Counsel produced the Uber Ride Information Form ("PTO-5"), Plaintiff Fact Sheet ("PFS"), and Pretrial Order Form 10 ("PTO-10") for Jane Roe CL 88 on April 16, 2026.

6.     Counsel produced the trip receipt on June 5, 2025, with the PFS and PTO-10 produced for Jane Roe CL 163 on April 21, 2026.

7.     Counsel produced the trip receipt on December 31, 2025, with the PFS and PTO-10 produced for Jane Roe CL 252 on June 11, 2026.

8.     Counsel produced the PTO-5, PFS, and PTO-10 for Jane Roe CL 259 on June 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 12, 2026, in Sacramento, California.

Dated: June 12, 2026                    CUTTER LAW P.C.

By:     */s/ Jennifer S. Domer*

-1-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO CONVERT

Jennifer S. Domer

*Attorney for Roe CL Plaintiffs*

JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO CONVERT