**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE** |

This Document Relates to:

*K.J. v. Uber Technologies, Inc., et al.,*
No. 3:24-cv-09059-CRB

*K.G. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-01962-CRB

*TA.W. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-01967-CRB

*T.G. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-03621-CRB

*T.T. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-04647-CRB

*E.M. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-09824-CRB

*K.C. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-09794-CRB

*A.F. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-09768-CRB

*A.W. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-09818-CRB

*AN.C. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10403-CRB

| | |
|---|---|
| Judge: | Hon. Charles R. Breyer |
| Courtroom: | 6 – 17th Floor |
| Date: | July 10, 2026 |
| Time: | 10:00 a.m. |
| Courtroom: | 6 – 17th Floor |

*J.T. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10434-CRB

*K.L. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10472-CRB

*J.H. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10624-CRB

*B.G. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10627-CRB

*M.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10650-CRB

*AP.P. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10659-CRB

*Sha.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10714-CRB

*D.A. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10856-CRB

*C.J. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10857-CRB

*Sh.B. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10774-CRB

*Al.H. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10777-CRB

*K.B. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10778-CRB

*R.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10781-CRB

*JE.H. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10742-CRB

*NE.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10743-CRB

*LU.L. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10746-CRB

*JA.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10749-CRB

*C.B. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-01961-CRB

2

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO
CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE
3:23-md-03084-CRB

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of WLF Plaintiffs' Response to Defendants' Motion to Convert Orders Dismissal Without Prejudice to Orders of Dismissal With Prejudice

### JA.R. [4667]

3. On June 5, 2026, my office obtained a complete PFS from Plaintiff JA.R.

4. On June 5, 2026, my office obtained a signed verification and authorizations from Plaintiff JA.R.

5. On June 5, 2026, my office produced the PFS and attachments via MDL Centrality.

6. On June 11, 2026, a Motion to Vacate Dismissal Without Prejudice was filed [ECF 6455].

### E.M. [4512]

6. On June 11, 2026, my office obtained a complete PFS from Plaintiff E.M.

7. On June 11, 2026, my office obtained a signed verification and authorizations from Plaintiff JA.R.

8. On June 11, 2026, my office produced the PFS and attachments via MDL Centrality.

9. On June 11, 2026, a Motion to Vacate Dismissal Without Prejudice was filed [ECF 6456].

### K.J. [2727]

6. The last contact with Plaintiff K.J. occurred on April 9, 2026.

7. Efforts continue to reach Plaintiff K.J.

### AP.P. [4650]

6. The last contact with Plaintiff AP.P. occurred on May 8, 2026.

7. Efforts continue to reach Plaintiff AP.P.

### C.B. [3912]

6. The last contact with Plaintiff C.B. occurred on April 9, 2026.

3

7. Since that time, multiple contact attempts have been made, including at least 2 phone calls and a text message.

8. Efforts continue to reach Plaintiff C.B.

**K.G. [3063]**

8. The last contact with Plaintiff K.G. occurred on April 9, 2026.

9. Since that time, multiple contact attempts have been made, including at least 4 phone calls, 4 emails, and 4 text messages.

10. Efforts continue to reach Plaintiff K.G.

**TA.W. [3065]**

11. The last contact with Plaintiff TA.W. occurred on April 23, 2026.

12. Since that time, multiple contact attempts have been made, including at least 11 phone calls, 10 emails, 11 text messages, and certified mail.

13. Efforts continue to reach Plaintiff TA.W.

**T.G. [3324]**

14. The last contact with Plaintiff T.G. occurred on March 31, 2026.

15. Since that time, multiple contact attempts have been made, including at least 20 phone calls, 18 emails, 20 text messages, and US. Mail.

16. Efforts continue to reach Plaintiff T.G.

**T.T. [3482]**

17. The last contact with Plaintiff T.T. occurred on August 28, 2025.

18. Since that time, multiple contact attempts have been made, including at least 11 phone calls, 37 emails, 11 text messages, and 2 letters.

19. Efforts continue to reach Plaintiff T.T.

**K.C. [4513]**

20. The last contact with Plaintiff K.C. occurred on March 4, 2025.

21. Since that time, multiple contact attempts have been made, including at least 47 phone calls, 48 emails, 46 text messages, 2 Federal Express letters, and one USPS letter.

4

22. Efforts continue to reach Plaintiff K.C.

**A.F. [4514]**

23. The last contact with Plaintiff A.F. occurred on January 2, 2026.

24. Since that time, multiple contact attempts have been made, including at least 38 phone calls, 57 emails, 38 text messages, and 2 letters.

25. Efforts continue to reach Plaintiff A.F.

**A.W. [4515]**

26. The last contact with Plaintiff A.W. occurred on April 1, 2026.

27. Since that time, multiple contact attempts have been made, including at least 18 phone calls, 18 emails, 18 text messages, and 2 letters.

28. Efforts continue to reach Plaintiff A.W.

**AN.C. [4616]**

29. The last contact with AN.C. occurred on December 18, 2025.

30. Since that time, multiple contact attempts have been made, including at least 47 phone calls, 56 emails, 45 text messages, 1 letter sent via Federal Express and two letters sent USPS.

31. Efforts continue to reach Plaintiff AN.C.

**J.T. [4626]**

32. The last contact with J.T. occurred on February 27, 2026.

33. Since that time, multiple contact attempts have been made, including at least 29 phone calls, 26 emails, 29 text messages, and 2 letters.

34. Efforts continue to reach Plaintiff J.T.

**K.L. [4628]**

35. The last contact with K.L. occurred on October 3, 2025.

36. Since that time, multiple contact attempts have been made, including at least 41 phone calls, 39 emails, 11 text messages, and 3 letters.

37. Efforts continue to reach Plaintiff K.L.

**J.H. [4642]**

38. The last contact with J.H. occurred on March 9, 2026.

39. Since that time, multiple contact attempts have been made, including at least 34 phone calls, 35 emails, 34 text messages, and one letter.

40. Efforts continue to reach Plaintiff J.H.

### B.G. [4644]

41. The last contact with B.G. occurred on January 5, 2026.

42. Since that time, multiple contact attempts have been made, including at least 18 phone calls, 18 emails, 18 text messages, and 2 letters.

43. Efforts continue to reach Plaintiff B.G.

### M.R. [4647]

44. The last contact with M.R. occurred on February 12, 2026.

45. Since that time, multiple contact attempts have been made, including at least 31 phone calls, 23 emails, 29 text messages, one letter sent via Federal Express and one letter sent via USPS.

46. Efforts continue to reach Plaintiff M.R.

### Sha.R. [4652]

47. The last contact with Sha.R. occurred on May 20, 2025.

48. Since that time, multiple contact attempts have been made, including at least 16 phone calls, 41 emails, 12 text messages, one letter sent via Federal Express, and 3 letters sent via USPS.

49. Efforts continue to reach Plaintiff Sha.R.

### D.A. [4653]

50. The last contact with D.A. occurred on October 6, 2025.

51. Since that time, multiple contact attempts have been made, including at least 42 phone calls, 43 emails, 40 text messages, one letter sent via Federal Express and 3 letters sent via USPS.

52. Efforts continue to reach Plaintiff D.A.

### C.J. [4654]

53. The last contact with C.J. occurred on March 19, 2026.  At that time, C.J. advised that she had been incarcerated.

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

3:23-md-03084-CRB

54. Since that time, multiple contact attempts have been made, including at least 33 phone calls, 32 emails, 32 text messages, and 2 letters.

55. Efforts continue to reach Plaintiff C.J.

**Sh.B. [4655]**

56. Multiple contact attempts have been made, including at least 45 phone calls, 43 emails, 40 text messages, and 3 letters.

57. Efforts continue to reach Plaintiff Sh.B.

**Al.H. [4658]**

58. The last contact with Al.H. occurred on October 15, 2025.

59. Since that time, multiple contact attempts have been made, including at least 42 phone calls, 41 emails, 38 text messages, one letter sent via Federal Express, and three letters sent via USPS.

60. Efforts continue to reach Plaintiff Al.H.

**K.B. [4659]**

61. On February 10, 2026, I filed a Motion to Withdraw as Counsel of Record for Plaintiff K.B. [ECF No. 5214].

62. On March 6, 2025, the Court denied the Motion to Withdraw [ECF No. 5447].

63. The last contact with K.B. occurred on March 24, 2026.

64. Since that time, multiple contact attempts have been made, including at least 19 phone calls, 18 emails, 18 text messages, and one letter.

65. Efforts continue to reach Plaintiff K.B.

**R.R. [4661]**

66. The last contact with R.R. occurred on April 15, 2026.

67. Since that time, multiple contact attempts have been made, including at least 21 phone calls, 21 emails, 21 text messages, and 2 letters.

68. Efforts continue to reach Plaintiff R.R.

**JE.H. [4662]**

69. The last contact with JE.H. occurred on April 3, 2025.

7

70. Since that time, multiple contact attempts have been made, including at least 50 phone calls, 47 emails, 42 text messages, and 4 letters.

71. Efforts continue to reach Plaintiff JE.H.

### NE.R. [4663]

72. The last contact with NE.R. occurred on May 13, 2026.

73. Since that time, multiple contact attempts have been made, including at least 9 phone calls and 9 emails.

74. Efforts continue to reach Plaintiff NE.R.

### LU.L. [4665]

75. Multiple contact attempts have been made, including at least 41 phone calls, 40 emails, 38 text messages, two letters sent via Federal Express and two letters sent via USPS.

76. Efforts continue to reach Plaintiff LU.L.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 11th day of June, 2026, in Denver, Colorado.

_____

Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE

3:23-md-03084-CRB