Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE** |
| This Document Relates to: | Judge:       Hon. Charles R. Breyer |
| *K.J. v. Uber Technologies, Inc., et al.,* No. 3:24-cv-09059-CRB | Courtroom:   6 – 17th Floor |
| *K.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01962-CRB | |
| *TA.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-01967-CRB | |
| *T.G. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-03621-CRB | |
| *T.T. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-04647-CRB | |
| *E.M. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09824-CRB | |
| *K.C. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09794-CRB | |
| *A.F. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09768-CRB | |
| *A.W. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-09818-CRB | |

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE, CASE NO. 3:23-MD-03084-CRB

*AN.C. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10403-CRB

*J.T. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10434-CRB

*K.L. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10472-CRB

*J.H. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10624-CRB

*B.G. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10627-CRB

*M.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10650-CRB

*AP.P. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10659-CRB

*Sha.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10714-CRB

*D.A. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10856-CRB

*C.J. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10857-CRB

*Sh.B. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10774-CRB

*Al.H. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10777-CRB

*K.B. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10778-CRB

*R.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10781-CRB

*JE.H. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10742-CRB

*NE.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10743-CRB

*LU.L. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10746-CRB

*JA.R. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-10749-CRB

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONVERT ORDERS OF DISMISSAL WITHOUT PREJUDICE, CASE NO. 3:23-MD-03084-CRB

*C.B. v. Uber Technologies, Inc., et al.,*
No. 3:25-cv-01961-CRB

This matter comes before the Court on Defendants' Motion To Convert Orders of Dismissal Without Prejudice to Orders of Dismissal With Prejudice, ECF No. 6340.

Having considered Defendants' Motion, the record, Plaintiffs' Response and the applicable law, the Court hereby:

1.    DENIES Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC's Motion To Convert Orders of Dismissal Without Prejudice to Orders of Dismissal With Prejudice as it pertains Plaintiffs JA.R. and E.M. as these clients have cured all deficiencies; and,

2.    DENIES Defendants Uber Technologies, Inc., Raiser, LLC and Raiser-CA, LLC's Motion to Convert Order of Dismissal Without Prejudice to Orders of Dismissal With Prejudice as it pertains to Plaintiffs K.G., TA.W., T.G., T.T., K.C., A.F., A.W., AN.C., J.T., K.L., J.H., B.G., M.R., Sha.R., D.A., C.J., Sh.B., Al.H., R.R., JE.H., NE.R., LU.L., K.J., AP.P. and C.B. and GRANTS Plaintiff's request for an additional thirty (30) days to cure all deficiencies.  If Plaintiffs fail to cure all deficiencies within thirty (30) days, the court will entertain a further motion to dismiss with prejudice all cases that have remaining deficiencies.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge