Timothy G. Tonkin (UT Bar No. 17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS AND ASSOCIATES LAW FIRM P.C.**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates To: <br><br> *Jane Doe PNA (D.H.)1 v. Uber Technologies, Inc., et al.,* <br> Case No.: **3:26-cv-05687-CRB** | **Case No.: 3:26-cv-05687-CRB** <br><br> **DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

I, Timothy G. Tonkin, declare as follows:

1.  I am an attorney at Phillips and Associates Law Firm P.C., counsel of record for Plaintiff Jane Doe PNA (D.H.) 1 in the above-referenced member case. I am admitted to practice pro hac vice before this Court. I make this declaration based on my personal knowledge and, if called as a witness, could and would testify competently to the matters stated herein.

2.  On June 12, 2026, my filed the Complaint commencing member case No. 3:26-cv-05687-CRB. This action arises from a sexual assault committed against Plaintiff by an Uber driver during a ride arranged through the Uber application.

3. It was at all times Plaintiff's and counsel's intention to file the Complaint identifying Plaintiff by the pseudonym "Jane Doe PNA (D.H.) 1 ," consistent with the Stipulation and Order Re: Plaintiffs Who Wish to Proceed Anonymously, ECF No. 174 (granting stipulation, ECF No. 167). Due to an inadvertent error in document preparation, the Complaint as filed identifies Plaintiff by her true legal name. The same error appears in the document filed at ECF No. 2 in the member case (Certificate of Interested Entities) and in the corresponding master docket entry at ECF No. 6466 (Notice of Filing of a New Action).

4. My office discovered the error on June 12, 2026, at approximately 1:22 p.m. (Central Time).

5. At approximately 1:23 p.m. (Central Time) the same day, my office contacted the Court's ECF Helpdesk and requested that public access to the documents be blocked. The Helpdesk has temporarily restricted public access to the Incorrectly Filed Documents pending the Court's ruling on this Motion.

6. Defendants have not yet been served in the member case, and no summons has been issued. Plaintiff was accordingly unable to obtain a stipulation prior to filing and given the urgency of removing Plaintiff's identifying information from the public docket, this Motion is filed without Defendants' position. Defendants' counsel of record in this MDL will receive this Motion through the Court's ECF system.

7. Plaintiff will promptly file a First Amended Complaint identifying Plaintiff as "Jane Doe PNA (D.H.) 1 " pursuant to Federal Rule of Civil Procedure 15(a)(1) and ECF Nos. 167 and 174.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2026, at Scottsdale, Arizona.

/s/ Timothy G. Tonkin

Timothy G. Tonkin

DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS