Timothy G. Tonkin (UT Bar No. 17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS AND ASSOCIATES LAW FIRM P.C.**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>*Jane Doe PNA (H.B.) v. Uber Technologies, Inc., et al.,*<br>　　　*Defendants*.<br>Case No.: **3:26-cv-05679-CRB** | **Case No.: 3:23-MD-03084-CRB (LJC**)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

Before the Court is Plaintiff's Administrative Motion to Remove Incorrectly Filed Documents, brought pursuant to Civil Local Rule 7-11. Having considered the Motion and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The Clerk of Court is directed to remove from the docket or restrict from public view ECF Nos. 1 and 2 in case No. 3:26-cv-05679-CRB and ECF No. 6462 in case No. 3:23-md-03084-CRB, together with any duplicate or associated docket entries reflecting the same documents, such that they are not accessible to the public through CM/ECF, PACER, or otherwise.

3. Plaintiff shall file a First Amended Complaint, identifying Plaintiff by pseudonym pursuant to ECF Nos. 167 and 174, within 7 days of this Order.


IT IS SO ORDERED.


Dated: _____


HON. _____

United States District Judge