**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>*Mo.C. v. Uber Technologies, Inc., et al.,*<br>No. 3:26-cv-01150-CRB<br><br>*D.M. v. Uber Technologies, Inc., et al.,*<br>No. 3:26-cv-01151-CRB<br><br>*S.W. v. Uber Technologies, Inc., et al.,*<br>No. 3:26-cv-01747-CRB<br><br>*DE.C. v. Uber Technologies, Inc., et al.,*<br>No. 3:26-cv-02053-CRB<br><br>*AM.M.. v. Uber Technologies, Inc., et al.,*<br>No. 3:26-cv-02089-CRB<br><br>*Chadwick Freeman, on behalf of C.F. v. Uber Technologies, Inc., et al.,*<br>No. 3:26-cv-02370-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br>Date:      July 10, 2026<br>Time:      10:00 a.m.<br>Courtroom:    6 – 17th Floor |

I, Sommer D. Luther, declare:

1.  I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

1

2. I submit this declaration in support of WLF Plaintiffs' Response to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 [Dkt 6350]:

**Mo.C. [4910]**

3. The last contact with Plaintiff Mo.C. occurred on November 7, 2025.

4. Since that date, multiple contact attempts have been made, including at least 54 phone calls, 56 emails, 3 letters, and 44 text messages.

5. Efforts continue to reach Plaintiff Mo.C.

**D.M. [4912]**

6. Multiple contact attempts have been made to contact Plaintiff D.M., including at least 7 phone calls, 21 emails, 2 letters, and a text message.

7. Efforts continue to reach Plaintiff D.M.

**S.W. [5025]**

8. The last contact with Plaintiff S.W. occurred on April 17, 2024.

9. Since that date, multiple contact attempts have been made, including at least 32 phone calls, 6 emails, 5 letters, and 26 text messages.

10. Efforts continue to reach Plaintiff S.W.

**DE.C. [5079]**

11. The last contact with Plaintiff DE.C. occurred on March 30, 2026.

12. Since that date, multiple contact attempts have been made, including at least 25 phone calls, 25 emails, 1 letter, and 25 text messages.

13. Efforts continue to reach Plaintiff DE.C.

**AM.M. [5081]**

14. The last contact with Plaintiff AM.M. occurred on March 17, 2026.

15. Since that date, multiple contact attempts have been made, including at least 28 phone calls, 29 emails, 2 letters, and 26 text messages.

16. Efforts continue to reach Plaintiff AM.M.

2

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

3:23-md-03084-CRB

**Chadwick Freeman, on behalf of C.F. [5098]**

17. The last contact with Plaintiff Chadwick Freeman, on behalf of C.F. occurred on May 12, 2026.

18. Since that date, multiple contact attempts have been made, including at least 9 phone calls, 9 emails, and 7 text messages.

19. Efforts continue to reach Plaintiff Chadwick Freeman, on behalf of C.F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of June, 2026, in Denver, Colorado

_____

Sommer D. Luther

---

3