Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer |
| *Mo.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01150-CRB | Courtroom:   6 – 17th Floor |
| *D.M. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01151-CRB | |
| *S.W. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-01747-CRB | |
| *DE.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02053-CRB | |
| *AM.M.. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02089-CRB | |
| *Chadwick Freeman, on behalf of C.F. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02370-CRB | |

This matter comes before the Court on Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10. [ECF No. 6350].

Having considered Defendants' Motion, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies Inc., Rasier, LLC and Rasier-CA, LLC's Motion To Dismiss

Cases For Failure To Comply With Amended PTO 10 as it pertains to WLF Plaintiffs above.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge