C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com


*Attorneys for ROE CL Plaintiffs*


## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 276 v. Uber Technologies, Inc., et al., No. 3:26-cv-01165-CRB*<br><br>*Jane Roe CL 278 v. Uber Technologies, Inc., et al., No. 3:26-cv-01267-CRB*<br><br>*Jane Roe CL 280 v. Uber Technologies, Inc., et al., No. 3:26-cv-01425-CRB*<br><br>*Jane Roe CL 284 v. Uber Technologies, Inc., et al., No. 3:26-cv-01828-CRB*<br><br>*Jane Roe CL 291 v. Uber Technologies, Inc., et al., No. 3:26-cv-02307-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Date:  July 10, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

## I.   INTRODUCTION

On June 1, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Amended Pretrial Order ("PTO") 10. (Doc. 6350). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a Plaintiff Fact Sheet. Counsel has diligently attempted to comply with

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

the production of the PFS required for the discovery obligation of the Plaintiff addressed in this motion. During the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4).

**ARGUMENT**

Counsel has worked diligently in reaching the above referenced claimants, including alternate contact information, various methods of outreach such as text, email, and mailing. Counsel has not been able to reach the client to discuss the information needed to complete the deficient Fact Sheet. Counsel is continuing in our efforts to reach the client as described in the attached Declaration.

Through Counsel's diligence, the PFS, verification and the related certification form have been produced for Jane Roe CL 280 and Jane Roe CL 291. (Domer Dec. at ¶ 5). Therefore, this Plaintiff should be removed from consideration of this motion. Counsel continues to reach out to the remaining Plaintiffs in order to comply with their obligation.

**II. CONCLUSION**

For the foregoing reason, Counsel requests that the above-mentioned Plaintiff, Jane Roe CL 280 and 291, be removed from the Motion as having produced the required documentation, and that we be given additional time to produce the information required, as Counsel continues to follow up in various methods to locate the remaining missing information for the other named Plaintiffs.

Dated: June 15, 2026                    CUTTER LAW P.C.

                                        By:    /s/ Jennifer S. Domer

-1-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on June 15, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: June 15, 2026                    CUTTER LAW P.C.

                                        By:  */s/ Jennifer S. Domer*
                                        _____

                                        C. Brooks Cutter (SBN 121407)
                                        Jennifer S. Domer (SBN 305822)
                                        Celine Cutter (SBN 312622)
                                        **CUTTER LAW P.C.**
                                        401 Watt Avenue
                                        Sacramento, CA 95864
                                        Telephone: 916-290-9400
                                        Facsimile: 916-588-9330
                                        Email: bcutter@cutterlaw.com
                                                jdomer@cutterlaw.com
                                                ccutter@cutterlaw.com

                                        *Attorneys for ROE CL Plaintiffs*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS