C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 276 v. Uber Technologies, Inc., et al., No. 3:26-cv-01165-CRB*<br><br>*Jane Roe CL 278 v. Uber Technologies, Inc., et al., No. 3:26-cv-01267-CRB*<br><br>*Jane Roe CL 280 v. Uber Technologies, Inc., et al., No. 3:26-cv-01425-CRB*<br><br>*Jane Roe CL 284 v. Uber Technologies, Inc., et al., No. 3:26-cv-01828-CRB*<br><br>*Jane Roe CL 291 v. Uber Technologies, Inc., et al., No. 3:26-cv-02307-CRB* | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date:  July 10, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

I, Jennifer S. Domer, declare as follows:

1.      I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for the filed Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2.      This declaration is made in support of the Opposition to Defendants' Motion to Dismiss.

3.      Counsel's firm has made extensive efforts to reach the clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4.      Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate this individual. Through the database searches and private investigator, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

5.      Counsel uploaded the Plaintiff Fact Sheets, Verifications, and PTO 10 Certifications for Jane Roes CL 280 and 291 on June 15, 2026.

6.      Counsel has not yet been able to reach Plaintiffs Jane Roes CL 276, 278, and 284 to obtain the remaining information needed in order to produce the needed documentation. Counsel continues to follow up.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 15, 2026, in Sacramento, California.


Dated: June 15, 2026                    CUTTER LAW P.C.


                                        By:    /s/ Jennifer S. Domer
                                               Jennifer S. Domer

                                        *Attorney for Roe CL Plaintiffs*

-2-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS