Caleb Marker (SBN 269721)
Email: caleb.marker@zimmreed.com
Jessica M. Liu (CA SBN 358713)
Email: jessica.liu@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **DECLARATION OF CALEB MARKER IN SUPPORT OF PLAINTIFF T.P'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10 [ECF 6350]** |
| *T.P. v. Uber Technologies, Inc., et al.* Case No. 3:26-cv-01337 | Date: July 10, 2026 Time: 10:00 a.m. Courtroom: 6 – 17th Floor |

I, Caleb Marker, declare:

1.      I am an attorney and serve as Managing Partner of the law firm of Zimmerman Reed LLP ("Zimmerman Reed"), and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein:

2.      On January 21, 2026, Plaintiff T.P. ("Plaintiff") retained Zimmerman Reed as legal counsel.

3.      Prior to Plaintiff retaining Zimmerman Reed, my office communicated with Plaintiff regarding her obligations, including discovery obligations, should we pursue a case on her behalf.

Prior to entering into a contract my office requested and received a receipt for the subject ride from Plaintiff T.P.

4.    On February 13, 2026, Plaintiff's individual case was filed as a member case to this MDL.

5.    On February 20, 2026, Plaintiff's ride receipt was submitted to Defendants through MDL Centrality.

6.    Following the filing of Plaintiff T.P.'s complaint, my office informed Plaintiff of the deadline to submit the Plaintiff Fact Sheet and provided Plaintiff with a Plaintiff Fact Sheet for completion and signature.

7.    From February 25, 2026, to March 16, 2026, my office attempted to contact Plaintiff by text, telephone, and Federal Express Mail regarding completion of her Plaintiff Fact Sheet. My office informed Plaintiff that the Plaintiff Fact Sheet must be submitted by March 16, 2026.

8.    Following the March 16, 2026, deadline for submission of the Plaintiff Fact Sheet this office continued to attempt to contact Plaintiff by telephone, text, email, U.S. Mail, and Federal Express mail. My office informed Plaintiff of her court ordered obligation to provide the completed Plaintiff Fact Sheet. A copy of the Plaintiff Fact Sheet was sent to Plaintiff by email, U.S. Mail, and Federal Express mail.

9.    On June 10, 2026, my office received a text response from Plaintiff that she wanted to continue with her case. My office again informed Plaintiff of her court ordered obligation to submit a Plaintiff Fact Sheet.

10.    On June 15, 2026, attorney Anna E. Jenks of my office conducted a meet and confer with Brandon Hoerl, counsel for Defendants, regarding Plaintiff T.P.'s recent contact and desire to move forward with her claim.

Executed June 15, 2026, in Los Angeles, California.

*/s/ Caleb Marker*
Caleb Marker

MARKER DECLARATION RE: PLAINTIFF T.P.'S
RESPONSE TO DEFS' MOTION TO DISMISS
CASE NO. 3:23-MD-03084-CRB

- 2 -