Caleb Marker (SBN 269721)
Email: caleb.marker@zimmreed.com
Jessica M. Liu (CA SBN 358713)
Email: jessica.liu@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10 [ECF 6350]** |
| *T.P. v. Uber Technologies, Inc., et al.* Case No. 3:26-cv-01337 | Date: July 10, 2026 Time: 10:00 a.m. Courtroom: 6 – 17th Floor |

This matter comes before the Court on Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10. [ECF No. 6350].

Having considered Defendants' Motion, Plaintiff T.P.'s Response in opposition to Defendants' motion, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies Inc., Rasier, LLC and Rasier-CA, LLC's Motion To Dismiss Cases For Failure To Comply With Amended PTO 10 as it pertains to Plaintiff T.P.

**IT IS SO ORDERED.**

Date: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge