Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| ALL CASES | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| | Judge:      Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with Uber's Statement regarding Bellwether Trial Selection and Scheduling.

**<u>Material To Be Filed Under Seal</u>**

The following materials contain information and documents designated by Plaintiff as confidential.

| Document | Description | Designating Party |
|---|---|---|
| Uber's Statement regarding Bellwether Trial Selection and Scheduling | Statement containing references to material designated confidential by Plaintiff | Plaintiff |
| Vartain Declaration ISO Uber's Statement regarding Bellwether Trial Selection and Scheduling Ex. 1 | Deposition transcript (excerpted) of I.E., dated Oct. 13, 2025 | Plaintiff |
| Vartain Declaration ISO Uber's Statement regarding Bellwether Trial Selection and Scheduling Ex. 2 | Document bearing Bates stamp BW-A_R-000765 - 000770 | Plaintiff |
| Vartain Declaration ISO Uber's Statement regarding Bellwether Trial Selection and Scheduling Ex. 3 | Document bearing Bates stamp BW-A_R-001373 - 001389 | Plaintiff |
| Vartain Declaration ISO Uber's Statement regarding Bellwether Trial Selection and Scheduling Ex. 4 | Document bearing Bates stamp BW-A_R-000636 - 000650 | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1.  The Declaration of Laura Vartain Horn in Support of this Motion; and

2.  A Proposed Order that lists in tabular format all material sought to be sealed.

-2-

DATED:  June 15, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
CASE NO. 24-cv-7940-CRB (LJC)