Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to: | |
| ALL CASES | Judge:    Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| | Judge:    Mag. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

Having considered Defendants' June 15, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Uber's Statement regarding Bellwether Trial Selection and Scheduling | Statement containing references to material designated confidential by Plaintiff | Plaintiff |
| Vartain Declaration ISO Uber's Statement regarding Bellwether Trial Selection and Scheduling Ex. 1 | Deposition transcript (excerpted) of I.E., dated Oct. 13, 2025 | Plaintiff |
| Vartain Declaration ISO Uber's Statement regarding Bellwether Trial Selection and Scheduling Ex. 2 | Document bearing Bates stamp BW-A_R-000765 - 000770 | Plaintiff |
| Vartain Declaration ISO Uber's Statement regarding Bellwether Trial Selection and Scheduling Ex. 3 | Document bearing Bates stamp BW-A_R-001373 - 001389 | Plaintiff |
| Vartain Declaration ISO Uber's Statement regarding Bellwether Trial Selection and Scheduling Ex. 4 | Document bearing Bates stamp BW-A_R-000636 - 000650 | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____          _____

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 24-cv-7940-CRB (LJC)