Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| ALL ACTIONS | Judge:      Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

I, Lisa Tarpley, am at least 18 years old and not a party to this action.  I am employed with the law firm Kirkland Ellis LLP and my business address is 555 California Street, Suite 2700, San Francisco, California 94104.

On the date set forth below, I caused the following sealed documents to be served by providing a true copy on the parties listed in the table below:

1.      Uber's Statement Regarding Bellwether Trial Selection and Scheduling;

**2.**      Vartain Declaration Exhibit 1 (Deposition transcript (excerpted) of I.E., dated Oct. 13, 2025);

**3.**      Vartain Declaration Exhibit 2 (Document bearing Bates stamp BW-A_R-000765 – 000770);

**4.**      Vartain Declaration Exhibit 3 (Document bearing Bates stamp BW-A_R-000765 – 000770);

**5.**      Vartain Declaration Exhibit 4 (Document bearing Bates stamp BW-A_R-001373 – 001389)

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

CERTIFICATE OF SERVICE

| | |
|---|---|
| Sarah R. London<br>Andrew R. Kaufman<br>**GIRARD SHARP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: slondon@girardsharp.com<br>Email: akaufman@girardsharp.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP**<br>555 Montgomery St., Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: rabrams@peifferwolf.com |
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: luhana@chaffinluhana.com<br>Email: ubermdldiscovery@chaffinluhana.com |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on June 15, 2026.

*/s/ Lisa Tarpley*

Lisa Tarpley

CERTIFICATE OF SERVICE