IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|---|---|
|  | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING AGREED UPON AMENDED PTO NO. 6 |

This Document Relates to:

ALL ACTIONS

The Court hereby GRANTS the Parties' stipulation as follows:

1.  The Amended PTO No. 6 attached as Exhibit A shall be entered on the docket and supersede the prior version of PTO No. 6.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ___June 16_____, 2026       _____

                                        HON. CHARLES R. BREYER
                                        UNITED STATES DISTRICT COURT JUDGE

5