Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084 |
| This Document Relates to:<br><br>*N.MP. v. Uber Technologies, Inc., et al.*, No. 25-cv-10776-CRB | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO ENFORCE PRIOR COURT ORDERS & FOR FINDINGS OF CONTEMPT [ECF 6366]**<br><br>Honorable Charles R. Breyer<br><br>Courtroom:  6 – 17th Floor |

This matter comes before the Court on Defendants' Motion to Enforce Prior Court Orders & For Findings of Contempt.

Having considered Defendants' Motion, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies Inc., Rasier, LLC and Rasier-CA, LLC's Motion to Enforce Prior Court Orders & For Findings of Contempt as it pertains to Plaintiff N.MP.

**IT IS SO ORDERED**

Dated: _____          _____
                                                    Hon. Charles R. Breyer
                                                    United States District Judge