DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB, ESQ. (*Admitted Pro Hac Vice*)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**DECLARATION OF ANDREW HOLCOMB IN SUPPORT OF REICH & BINSTOCK, LLP'S RESPONSE TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO ENFORCE THE COURT'S MARCH 9, 2026, AND APRIL 23, 2026, ORDERS & FOR FINDINGS OF CONTEMPT (ECF 6366)** |
| This Document Relates to:<br><br>*R.N.02 v. Uber Technologies, et al.,* No. 3:25-cv-07097-CRB*;*<br><br>*E.M. v. Uber Technologies, et al.,* No. 3:25-cv-08451-CRB*; and*<br><br>*C.C. v. Uber Technologies, et al.,* No. 3:25-cv-08442-CRB | **Date: July 10, 2026**<br>**Time: 10:00 a.m.**<br>**Courtroom: 6 – 17th Floor** |

I, Andrew Holcomb, declare:

1. I am an attorney at Reich & Binstock, LLP. I am admitted to practice in the State of Texas and have been admitted to practice before this Court *pro hac vice.* I make this declaration based upon my own personal knowledge. If called upon to testify, I could and would testify competently to the matters stated herein.

2. This declaration is made in support of Reich & Binstock, LLP's Response in Opposition to Defendants Uber Technologies Inc., Rasier, LLC, and Rasier-Ca LLC's Motion to Enforce the Court's March 9, 2026, and April 23, 2026, Orders & For Findings of Contempt (ECF 6366).

DECLARATION OF ANDREW HOLCOMB IN SUPPORT OF REICH & BINSTOCK, LLP'S RESPONSE TO DEFENDANTS' MOTION TO ENFORCE AND FOR FINDINGS OF CONTEMPT

3.  I have reviewed the correspondence contained within this Motion, specifically email correspondence between myself and counsel from Uber, ECF 6366-2 and 6366-5, and the correspondence is a true and correct representation of the emails contained within.

4.  I personally attended the depositions referenced within the Motion and Response and the transcripts accurately reflect the substance of conversations by myself and Uber counsel.

5.  Following the Court Ordered dismissal of these respective cases, Reich & Binstock, LLP, terminated the attorney-client relationship with these respective clients and has had no further contact with these respective witnesses to my knowledge.

6.  Reich & Binstock, LLP, does not and has not represented these witnesses in any other legal matters to my knowledge.

Executed June 16, 2026 in Houston, Texas.                    */s/ Andrew Holcomb*
                                                              Andrew Holcomb

2    DECLARATION OF ANDREW HOLCOMB IN
     SUPPORT OF REICH & BINSTOCK, LLP'S
     RESPONSE TO DEFENDANTS' MOTION TO
     ENFORCE AND FOR FINDINGS OF
     CONTEMPT