DENNIS C. REICH, ESQ. (SBN #69631)
ANDREW HOLCOMB, ESQ. (*Admitted Pro Hac Vice*)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com
Email: aholcomb@reichandbinstock.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO ENFORCE PRIOR COURT ORDERS & FOR FINDINGS OF CONTEMPT (ECF 6366)** |
| *R.N.02 v. Uber Technologies, et al.,* No. 3:25-cv-07097-CRB*;* | **Date: July 10, 2026** |
| *E.M. v. Uber Technologies, et al.,* No. 3:25-cv-08451-CRB*; and* | **Time: 10:00 a.m.** **Courtroom: 6 – 17th Floor** |
| *C.C. v. Uber Technologies, et al.,* No. 3:25-cv-08442-CRB | |

This matter comes before the Court on Defendants' Motion to Enforce Prior Court Orders & For Findings of Contempt.

Having considered Defendants' Motion, the record, all Responses, and Replies, the Court hereby **DENIES** Defendants' Motion in its entirety.

**IT IS SO ORDERED**

Dated: _____          _____
                                              Hon. Charles R. Breyer
                                              United States District Judge

1      [PROPOSED] ORDER DENYING
       DEFENDANTS' MOTION TO ENFORCE AND
       FOR FINDINGS OF CONTEMPT