Michael W. Carney (CA State Bar No. 241564)
  *MCarney@sssfirm.com*
Lauren A. Welling (CA State Bar No. 291813)
  *LWelling@sssfirm.com*
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd, Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Facsimile: (310) 773-5573

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*T.K. v. Uber Technologies, Inc., et al.*<br>No. 3:24-cv-9006-CRB | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT UBER TECHNOLOGIES, INC. AND RAISER, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

Plaintiff, T.K. ("Plaintiff"), by and through her undersigned counsel, herein responds in opposition to Defendants, Uber Technologies, Inc. and Raiser, LLC's (collectively, "Defendants") motion to dismiss ("Motion") for failure to comply with Amended PTO 10. *See* Docket No. 6420.

Plaintiff respectfully requests this Court deny Defendants' Motion as moot as a result of Plaintiff serving a completed and verified Plaintiff Fact Sheet on June 5, 2026 in compliance with Amended PTO 10.

PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANTS MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Dated: June 17, 2026

Respectfully submitted,

By: _/s/ Lauren A. Welling_ _____
Lauren A. Welling (CA State Bar No. 291813)
  *LWelling@sssfirm.com*
Michael W. Carney (CA State Bar No. 241564)
  *MCarney@sssfirm.com*
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd, Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086

*Counsel for Plaintiff*

PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANTS MOTION TO
DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10