Michael W. Carney (CA State Bar No. 241564)
    MCarney@sssfirm.com
Lauren A. Welling (CA State Bar No. 291813)
    LWelling@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd, Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Facsimile: (310) 773-5573

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*T.K. v. Uber Technologies, Inc., et al.*<br>No. 3:24-cv-9006-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF LAUREN WELLING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT UBER TECHNOLOGIES, INC. AND RAISER, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

## DECLARATION OF LAUREN WELLING

I, Lauren Welling, declare, as follows:

1. I am a partner with Slater Slater Schulman, LLP, attorneys for Plaintiff, T.K. ("Plaintiff"), herein. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify truthfully and competently to the truth of the matters here asserted.

2. I am attorney admitted to practice before this Court.

3. I make this declaration in support of Plaintiff's response in opposition to Defendants, Uber Technologies, Inc. and Raiser, LLC's (collectively, "Defendants") motion to dismiss ("Motion") for failure to comply with Amended PTO 10. *See* Docket No. 6420.

DECLARATION OF LAUREN WELLING IN SUPPORT OF PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANTS MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10

4. On June 5, 2026, Plaintiff, listed as Plaintiff MDLC ID No. 2716 in Uber MDL Centrality, through undersigned counsel, served a completed and verified amended Plaintiff Fact Sheet on Defendants through Uber MDL Centrality in compliance with Amended PTO 10. *See* Uber MDL Centrality Document ID No. 226516 through 226518.

5. Declarant, therefore, disputes Defendants' argument that Plaintiff have failed to comply with Amended PTO 10 and respectfully requests Defendants' Motion be denied in full as moot.

Dated: June 17, 2026                Respectfully submitted,


By:  */s/ Lauren A. Welling* _____
Lauren A. Welling (CA State Bar No. 291813)
   *LWelling@sssfirm.com*
Michael W. Carney (CA State Bar No. 241564)
   *MCarney@sssfirm.com*
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd, Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086

*Counsel for Plaintiff*

2