**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*T.K. v. Uber Technologies, Inc., et al.*<br>No. 3:24-cv-9006-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF LAUREN WELLING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT UBER TECHNOLOGIES, INC. AND RAISER, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

**[PROPOSED] ORDER**

AND NOW, ON THIS ___ day of _____, 2026, upon consideration of Defendants, Uber Technologies, Inc. and Raiser, LLC's (collectively, "Defendants") motion to dismiss ("Motion") for failure to comply with Amended PTO 10, and upon consideration of Plaintiff's Response thereto, it is hereby **ORDERED** that said motion is **DENIED** without prejudice.

_____
Hon. Charles R. Breyer
United States District Court Judge

[PROPOSED] ORDER RE: DEFENDANTS MOTION TO DISMISS FOR FAILURE TO
COMPLY WITH AMENDED PTO 10