[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER VACATING JUNE 25, 2026 DISCOVERY STATUS CONFERENCE** |
| ALL ACTIONS | Judge:      Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**WHEREAS,** the Court has set a Discovery Status Conference for June 25, 2026;

**WHEREAS**, the Parties have conferred and agree that a Discovery Status Conference this month is not necessary. The Parties are currently meeting and conferring on discovery issues and working in compliance with deadlines already established by the Court; should any issue require Court intervention the Parties will comply with established procedures under PTO 8;

**WHEREAS**, the next Discovery Status Conference is scheduled for July 23, 2026;

**THEREFORE**, the Parties respectfully request that the Court grant this stipulation and vacate the June 25, 2026 Discovery Status Conference.

**IT IS SO STIPULATED.**

Dated: June 17, 2026                              Respectfully submitted,


By: */s/ Roopal. P. Luhana*
ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/Christopher D. Cox*
Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Christopher D. Cox (Pro Hac Vice)
Jessica Davidson (Pro Hac Vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
christopher.cox@kirkland.com
jessica.davidson@kirkland.com

Allison M. Brown (Pro Hac Vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER,
LLC, And RASIER-CA, LLC

STIPULATION AND [PROPOSED] ORDER
Case No. 3:23-MD-3084-CRB

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: June 17, 2026

By: /s/  *Ellyn H. Hurd*
Ellyn H. Hurd

STIPULATION AND [PROPOSED] ORDER
Case No. 3:23-MD-3084-CRB

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Ellyn H. Hurd*
Ellyn H. Hurd

STIPULATION AND [PROPOSED] ORDER
Case No. 3:23-MD-3084-CRB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING VACATING JUNE 25, 2026 DISCOVERY STATUS CONFERENCE** |
| This Document Relates to: | |
| ALL ACTIONS | Judge: Hon. Lisa J. Cisneros |
| | Courtroom: G – 15th Floor |

The Court hereby GRANTS the parties' stipulation: The discovery status conference scheduled for June 25, 2026 is hereby vacated.

**IT IS SO ORDERED.**

**Date:** _____, 2026          _____

Hon. Lisa J. Cisneros

United States Magistrate Judge

5