Timothy G. Tonkin (UT Bar No. 17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS AND ASSOCIATES LAW FIRM P.C.**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>*Jane Doe PNA (D.S.)2 v. Uber Technologies, Inc., et al.,*<br>Case No.: **3:26-cv-05557-CRB** | **Case No.: 3:23-MD-03084-CRB (LJC)**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION (UNOPPOSED) TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NO 4) ALTERNATIVELY, TO SEAL**<br><br>[Civil L.R. 7-11; Civil L.R. 79-5]<br><br>Judge: Hon. Charles R. Breyer Magistrate Judge: Hon. Lisa J. Cisneros |

\* Plaintiff is identified herein as "Jane Doe PNA (D.S.) 2" pursuant to the Stipulation and Order Re: Plaintiffs Who Wish to Proceed Anonymously, ECF No. 174 (Dec. 28, 2023) (granting stipulation, ECF No. 167); see also ECF No. 147.

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 7-11, Plaintiff respectfully moves the Court for an administrative order removing from the public docket, or permanently restricting public access to, the documents filed at ECF No. (Proposed Summons), filed on June 9, 2026.

In the alternative, Plaintiff requests that the Court seal the Incorrectly Filed Documents pursuant to Civil Local Rule 79-5.

On June 9, 2026, Plaintiff's counsel filed the Proposed Summons in this action. Due to an inadvertent error in document preparation, the filed Proposed Summons identifies Plaintiff by Plaintiff's true legal name rather than by pseudonym. This action arises from sexual assault, the Proposed Summons discloses sensitive information, and Plaintiff faces a credible risk of retaliation.

Counsel discovered the error on June 12, 2026, at 1:22 p.m. (Central Time) and acted immediately: Counsel contacted the Court's ECF Helpdesk on June 12, 2026, at 2:43 p.m. (Central Time) requesting that access to the documents be temporarily blocked. The Helpdesk has temporarily restricted public access to the Incorrectly Filed Documents pending the Court's ruling on this Motion.

On June 15, 2026, Counsel contacted the Court's clerk's office by email to advise of the issue and to seek guidance on the appropriate procedure for removal and replacement of the affected docket entry.

Plaintiff's Counsel has also contacted Defendants' counsel of record in this MDL to determine whether Defendants will oppose this administrative motion. Plaintiff will promptly notify the Court upon receiving Defendants' position. Defendants' counsel of record in this MDL will receive this Motion through the Court's ECF system.

This Motion is filed in the master docket and in the above-referenced member case pursuant to Pretrial Order No. 1. Under the Stipulation and Order Re: Plaintiffs Who Wish to Proceed Anonymously, ECF Nos. 167, 174, individual complaints in this MDL "shall be filed using the plaintiff's initials or other pseudonym," and this Court has already determined that "plaintiffs' need to proceed anonymously outweighs the prejudice to the defendants and the public's interest in knowing the parties' identities." ECF No. 147; see Does I thru XXIII v. Advanced Textile Corp., 214 F.3d 1058, 1068 (9th Cir. 2000). The Proposed Summons was intended to be filed in conformity with that Order, identifying Plaintiff as "Jane Doe PNA (Jane Doe PNA (D.S.).2" Plaintiff will

promptly file a Request for Reissuance of Summons, so identifying Plaintiff as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1).

Dated: June 17, 2026                    **PHILLIPS AND ASSOCIATES LAW FIRM P.C.**

*/s/ Timothy G. Tonkin*
Timothy G. Tonkin (UT Bar No. 17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons (NY Bar No. 5464524)
*Appearance Pro Hac Vice*
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**COUNSEL FOR PLAINTIFF**