Timothy G. Tonkin (UT Bar No. 17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS AND ASSOCIATES LAW FIRM P.C.**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>*Jane Doe PNA (D.S.)2 v. Uber Technologies, Inc., et al.,*<br>Case No.: **3:26-cv-05557-CRB** | **Case No.: 3:23-MD-03084-CRB (LJC)**<br><br>**DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION (UNOPPOSED) TO REMOVE INCORRECTLY FILED DOCUMENTS** |

I, Timothy G. Tonkin, declare as follows:

1. I am an attorney at Phillips and Associates Law Firm P.C., and counsel of record for Plaintiff Jane Doe PNA (D.S.) 2 in the above-referenced member case. I am admitted to practice pro hac vice before this Court. I make this declaration based on my personal knowledge and, if called as a witness, could and would testify competently to the matters stated herein.

2. On June 9, 2026, my office filed the initiating documents including a proposed summons commencing member case No. 3:26-cv-05557-CRB. This action arises from a sexual assault committed against Plaintiff by an Uber driver during a ride arranged through the Uber application.

DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

3. It was at all times Plaintiff's and counsel's intention to file the Proposed Summons identifying Plaintiff by the pseudonym "Jane Doe PNA (D.S.) 2," consistent with the Stipulation and Order Re: Plaintiffs Who Wish to Proceed Anonymously, ECF No. 174 (granting stipulation, ECF No. 167). Due to an inadvertent error in document preparation, the Proposed Summons as filed identifies Plaintiff by her true legal name.

4. My office discovered the error on June 15, 2026, at approximately 9.30am (PST).

5. At approximately 12.48 p.m. (PST) the same day, my office contacted this Court's clerk's office by email to advise of the issue and to seek guidance on the appropriate procedure for removal and replacement of the affected docket entry.

6. Plaintiff's Counsel also reached out to Defendants' counsel of record in this MDL to determine whether Defendants would oppose this administrative motion. Defendants' counsel confirmed they will not oppose this motion. Defendants' counsel of record in this MDL will receive this Motion through the Court's ECF system.

7. Defendants have not yet been served in the member case, and a summons has been issued

8. Plaintiff will promptly file a "Request for Reissuance of Summons" as "Jane Doe PNA (D.S.) 2 " pursuant to Federal Rule of Civil Procedure 15(a)(1) and ECF Nos. 167 and 174.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2026, at Scottsdale, Arizona.

/s/ Timothy G. Tonkin
Timothy G. Tonkin

DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS