Timothy G. Tonkin (UT Bar No. 17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS AND ASSOCIATES LAW FIRM P.C.**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>*Jane Doe PNA (B.M) v. Uber Technologies, Inc., et al.,*<br>*Case No.:* 3:26-cv-05636-CRB<br>*And*<br>*Jane Doe PNA (J.M.) 1*<br>Case No.: 3:26-cv-05637-CRB | **Case No.: 3:23-MD-03084-CRB (LJC)**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION (UNOPPOSED) TO REMOVE AND REPLACE INCORRECTLY FILED CIVIL COVER SHEETS**<br><br>[Civil L.R. 7-11; Civil L.R. 79-5]<br><br>Judge: Hon. Charles R. Breyer<br>Magistrate Judge: Hon. Lisa J. Cisneros |

\* Plaintiff in each of the above-referenced member cases is identified herein by pseudonym pursuant to the Stipulation and Order Re: Plaintiffs Who Wish to Proceed Anonymously, ECF No. 174 (Dec. 28, 2023) (granting stipulation, ECF No. 167); *see also* ECF No. 147.

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully move the Court for an administrative order removing from the public docket the civil cover sheets filed in the above-referenced member cases and permitting the filing of corrected civil cover sheets in their place. In the alternative, Plaintiffs request that the Court seal the Incorrectly Filed Cover Sheets pursuant to Civil Local Rule 79-5.

The Incorrectly Filed Cover Sheets are:

| Member Case | ECF No. | Document | Date Filed |
|---|---|---|---|
| **3:26-cv-05636-CRB** | [ECF No. 1] | Civil Cover Sheet | June 9, 2026 |
| **3:26-cv-05637-CRB** | [ECF No. 1] | Civil Cover Sheet | June 9, 2026 |

In each of the above-referenced member cases, the civil cover sheet was filed containing an error of a particularly serious nature: rather than identifying the correct Plaintiff by pseudonym, both civil cover sheets bear the full legal name of Jane Doe PNA B.M who is also a member of this MDL proceeding. The same erroneous full name thus appears on the public docket in two separate cases, one of which is that plaintiff's own action.

Each of these actions arises from sexual assault. The erroneous and repeated disclosure of a MDL plaintiff's full legal name across two separate publicly accessible docket entries presents a serious and ongoing risk of harm to that individual, including potential retaliation and public identification as a sexual assault survivor contrary to the anonymity protections this Court has established.

Undersigned counsel contacted the Court's clerk's office by email on June 15, 2016, to advise of the issue and seek guidance on the appropriate corrective procedure. Counsel has also reached out to Defendants' counsel of record in this MDL to confer regarding whether Defendants will oppose this Motion. Defendant's counsel has confirmed that they do not oppose this motion.

This Motion is filed in the master docket and in each of the above-referenced member cases pursuant to Pretrial Order No. 1.

Dated: June 17, 2026          **PHILLIPS AND ASSOCIATES LAW FIRM P.C.**

*/s/ Timothy G. Tonkin*
Timothy G. Tonkin (UT Bar No. 17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)

*Appearance Pro Hac Vice*
Vara G. Lyons (NY Bar No. 5464524)
*Appearance Pro Hac Vice*
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com


**COUNSEL FOR PLAINTIFF**