Timothy G. Tonkin (UT Bar No. 17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS AND ASSOCIATES LAW FIRM P.C.**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>*Jane Doe PNA (B.M) v. Uber Technologies, Inc., et al.,*<br>*Case No.: 3:26-cv-05636-CRB*<br>*And*<br>*Jane Doe PNA (J.M.) 1*<br>Case No.: 3:26-cv-05637-CRB | **Case No.: 3:23-MD-03084-CRB (LJC)**<br><br>**DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION (UNOPPOSED) TO REMOVE INCORRECTLY FILED DOCUMENT** |

I, Timothy G. Tonkin, declare as follows:

1. I am an attorney at Phillips and Associates Law Firm P.C. and counsel of record for Plaintiffs Jane Doe PNA (B.M.) and Jane PNA (J.M.) 1 in the above-referenced member cases. I am admitted to practice pro hac vice before this Court. I make this declaration based on my personal knowledge and, if called a witness, could and would testify competently to the matters stated herein.

2. On June 9, 2026, my office filed the initiating documents including a civil cover sheet commencing member cases No. 3:26-cv-05636-CRB and 3:26-cv-05637. These actions

DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

arise from sexual assaults committed against Plaintiffs by Uber drivers during rides arranged through the Uber application.

3.  It was at all times Plaintiffs' and counsel's intention to file the Civil Cover Sheets identifying Plaintiffs by the pseudonym "Jane Doe PNA (B.M.) and Jane Doe PNA(J.M.) 1," consistent with the Stipulation and Order Re: Plaintiffs Who Wish to Proceed Anonymously, ECF No. 174 (granting stipulation, ECF No. 167). Due to an inadvertent error in document preparation, the Civil Cover Sheets in both cases as filed identifies Plaintiff Jane Doe (B.M.) by her true legal name.

4.  My office discovered the error on June 15, 2026, at approximately 9.30am (PST).

5.  At approximately 12.48 p.m. (PST) the same day, my office contacted this Court's clerk's office by email to advise of the issue and to seek guidance on the appropriate procedure for removal and replacement of the affected docket entry.

6.  My office also contacted Defendants' counsel of record, who confirmed they will not oppose this motion. Defendants' counsel will receive this Motion through the Court's ECF system.

7.  Defendants have not yet been served in the member case, and a summons has been issued

8.  Plaintiffs will promptly file  the Civil Cover Sheets as Jane Doe PNA (B.M) and Jane PNA (J.M.) 1 pursuant to Federal Rule of Civil Procedure 15(a)(1) and ECF Nos. 167 and 174.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2026, at Scottsdale, Arizona.

*/s/ Timothy G. Tonkin*

Timothy G. Tonkin

DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS