**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MARLENE GOLDENBERG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Marlene Goldenberg, declare:

1.  I am an attorney at Nigh Goldenberg Raso & Vaughn and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.  Because the materials at issue were either (a) designated confidential by Defendants; or (b) are pending confidentiality designations by Defendants, Plaintiffs filed the following under seal:

| Exhibit | Seal or redact | Description | Designating Party |
|---|---|---|---|
| Ex. A: 06/04/2026 30(b)(6) Deposition of Emily Boman (Excerpts) | Seal | Pending confidentiality designation (designations due (07/08/2026) | Uber |
| Ex. B: Emilie Boman 30(b)(6) Deposition Aid - Third Party Organizations | Seal | Designated by Uber as Highly Confidential | Uber |
| Ex. C: Uber's Responses to Plaintiffs' Fourth Set of Interrogatories | Seal | Designated by Uber as Highly Confidential | Uber |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of June 2026.

/s/*Marlene Goldenberg*

**Marlene Goldenberg**