*Submitting counsel on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB-LJC<br><br>**[PROPOSED] ORDER REGARDING ADMINSITRATIVE MOTION TO SEAL** |
| This Document Relates to:<br><br>All Cases | Magistrate Judge: Honorable Lisa J. Cisneros |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal, the Court hereby ORDERS that the following documents [ARE/ARE NOT] to remain under seal.

| Exhibit | Seal or redact | Description | Designating Party |
|---|---|---|---|
| Ex. A: 06/04/2026 30(b)(6) Deposition of Emily Boman (Excerpts) | Seal | Pending confidentiality designations (confidentiality designations due 07/07/2026) | Uber |
| Ex. B: Emilie Boman 30(b)(6) Deposition Aid - Third Party Organizations | Seal | Designated by Uber as Highly Confidential | Uber |
| Ex. C: Uber's Responses to Plaintiffs' Fourth Set of Interrogatories | Seal | Designated by Uber as Highly Confidential | |

DATED: _____

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

- 1 -