United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

/

This Order Relates To:

JANE DOE QLF 001 v. Uber Technologies, Inc. et al., Case No. 3:24-cv-08783-CRB

MDL No. 3084

**PRETRIAL ORDER NO. 45: ORDER TRANSFERRING BELLWETHER CASES JANE DOE QLF 001 TO THE WESTERN DISTRICT OF TEXAS (Austin)**

Based on consultation with the Judicial Panel of Multidistrict Litigation and the Administrative Office of the U.S. Courts' Committee on Assignments, and pursuant to 28 U.S.C. § 1404(a) and Uber's Terms of Use, the Court transfers bellwether case JANE DOE QLF 001 to the Western District of Texas (Austin).  See PTO 29 re: Mot. to Transfer (dkt. 3484).   This case shall remain a bellwether in Trial Wave 1 and will continue to be adjudicated by this Court.  By transferring this case now, an action number in the Western District of Texas (Austin) can be generated and assigned to the Court, which will allow the Court to preside over the trial in that district.

**IT IS SO ORDERED.**

Dated: June 18, 2026

CHARLES R. BREYER
United States District Judge