LAURA VARTAIN HORN (SBN: 258485)
Laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400

ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR THE JOINT OMNIBUS SEALING FILINGS PER L.R. 6-2**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G-15th Floor |

WHEREAS, on March 30, 2026, this Court entered an Order Denying Certain Sealing Motions Without Prejudice and ordering the parties to meet and confer as to those motions and to file by May 28, 2026 a joint omnibus sealing motion as well as a separate joint omnibus filing with public materials. ECF No. 5676.

WHEREAS, on March 31, 2026, Judge Breyer entered a similar order denying sealing motions pending before him and likewise ordering the parties to meet and confer and setting a May 28, 2026 deadline for the two joint filings. ECF No. 5702.

WHEREAS, the parties previously requested, and the Court granted, a Stipulation and [Proposed] Order to extend the deadline for the two filings ordered by this Court until June 25, 2026. ECF Nos. 6202, 6206.

WHEREAS, the parties have been diligently meeting and conferring to prepare the voluminous filings ordered by this Court and Judge Breyer, and filed the joint motion to seal and joint index with public materials ordered by Judge Breyer on June 4, 2026 (after a one-week extension of the May 28 deadline was sought by the parties and granted by Judge Breyer).  ECF Nos. 6401, 6402, 6404, 6405, 6406, 6407, 6408, 6409, 6410, 6411, 6412, 6413.

WHEREAS, the parties agree that in order to permit the parties sufficient time to continue their conferrals , to narrow any disputes that must be briefed to the Court, to prepare the voluminous and complicated joint filings that involve hundreds of documents, and to incorporate lessons learned from the process of preparing the filings before Judge Breyer, the deadline to file the joint filings contemplated by this Court's order should be extended until July 16, 2026.

WHEREAS, the Court has previously extended the deadline for these two filings once before from May 28 to June 25, but the parties respectfully submit that an additional three-week extension is necessary given the massive scope of the filings, which implicate approximately 350 documents, spanning thousands of pages, previously filed under seal, which is far more material than was at issue before Judge Breyer.

WHEREAS, the requested extension will have no bearing on the rest of the case schedule.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation

1

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE JUNE 25, 2026 SEALING DEADLINE

Case No. 3:23-md-03084-CRB (LJC)

permitting the parties to file the two joint filings contemplated by this Court's March 30, 2026 Order by July 16, 2026.

**IT IS SO STIPULATED.**

DATED:  June 18, 2026                    Respectfully submitted,

By: /s/ *Michael B. Shortnacy*

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

LAURA VARTAIN HORN (SBN: 258485)
laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400

ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: June 18, 2026                    /s/            *Sam Hoefs*

SAM HOEFS (Admitted *pro hac vice*)
**NIGH GOLDENBERG RASO & VAUGHN, PLLC**
60 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 445-0202

2

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE JUNE 25, 2026 SEALING DEADLINE

Case No. 3:23-md-03084-CRB (LJC)

Email: shoefs@nighgoldenberg.com

MARLENE J. GOLDENBERG (Admitted *pro hac vice*)
**NIGH GOLDENBERG RASO & VAUGHN, PLLC**
14 Ridge Square NW, Third Floor
Washington, D.C. 20016
Telephone: (202) 928-2228
Email: mgoldenberg@nighgoldenberg.com

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
        akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
**PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
        awolf@peifferwolf.com
        scraig@peifferwolf.com

ROOPAL P. LUHANA (*Admitted Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

3

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE JUNE 25, 2026 SEALING DEADLINE

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: June 18, 2026

/s/ Michael B. Shortnacy
Michael B. Shortnacy

4

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE JUNE 25, 2026 SEALING DEADLINE

Case No. 3:23-md-03084-CRB (LJC)

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated:   June _____, 2026

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge

5