LAURA VARTAIN HORN (SBN: 258485)
Laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400

ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR THE JOINT OMNIBUS SEALING FILINGS PER L.R. 6-2**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G-15th Floor |

**<u>DECLARATION OF MICHAEL B. SHORTNACY</u>**

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1.      I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber") and Plaintiffs' Stipulation and [Proposed] Order to Extend the Deadline for the Joint Omnibus Sealing Filings.

2.      I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188. I am a member in good standing of the Bar of the State of California, the Bar of the District of Columbia, and the Bar of the State of New York. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3.      On March 30, 2026, this Court entered an Order Denying Certain Sealing Motions Without Prejudice and ordering the parties to meet and confer as to those motions and to file by May 28, 2026 a joint omnibus sealing motion as well as a separate joint omnibus filing with public materials. ECF No. 5676.

4.      On March 31, 2026, Judge Breyer entered a similar order denying sealing motions pending before him and likewise ordering the parties to meet and confer, and setting a May 28, 2026 deadline for the two joint filings. ECF No. 5702.

5.      The parties previously requested, and the Court granted, a Stipulation and [Proposed] Order to extend the deadline for the two filings ordered by this Court until June 25, 2026. ECF Nos. 6202, 6206.

6.      The parties have been diligently conferring to prepare the voluminous filings ordered by this Court and Judge Breyer, including their efforts to file the joint motion to seal and joint index with public materials ordered by Judge Breyer on June 4, 2026.  ECF Nos. 6401, 6402, 6404, 6405, 6407, 6408, 6409, 6410, 6411, 6412, 6413. As a part of their conferrals on this Omnibus Motion to Seal, the parties have exchanged their positions as to each document at issue in writing, and have

1

agreed on additional conferrals and further exchanges of positions as the parties work together to seek to narrow any disputes.

7.    In order to permit the parties sufficient time to continue their conferrals, to narrow any disputes that must be briefed to the Court, to prepare the voluminous and complicated joint filings that involve hundreds of documents, and to incorporate lessons learned from the process of preparing the filings before Judge Breyer, the deadline to file the joint filings contemplated by this Court's order should be extended until **July 16, 2026**.

8.    Although the Court previously extended the deadline once for these two joint filings from May 28 to June 25, an additional three-week extension is necessary given the complex and voluminous scope of the joint filings, which implicate approximately 350 documents, spanning thousands of pages, previously filed under seal.

9.    The requested extension will have no bearing on the rest of the case schedule.

10.    The parties have worked cooperatively and diligently throughout this process and intend to continue doing so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2026 in Los Angeles, California.

 */s/ Michael B. Shortnacy*
Michael B. Shortnacy

DECL. OF M. SHORTNACY ISO STIPULATION AND [PROPOSED] ORDER
TO EXTEND THE DEADLINE FOR JOINT OMNIBUS SEALING FILINGS

Case No. 3:23-md-03084-CRB (LJC)