Timothy G. Tonkin (UT Bar No. 17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS AND ASSOCIATES LAW FIRM P.C.**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>*Jane Doe PNA (B.M) v. Uber Technologies, Inc., et al.,*<br>*Case No.:* 3:26-cv-05636-CRB<br>*And*<br>*Jane Doe PNA (J.M.) 1*<br>Case No.: 3:26-cv-05637-CRB | **Case No.:** 3:23-MD-03084-CRB (LJC)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

Before the Court is Plaintiffs' Administrative Motion to Remove Incorrectly Filed Documents, brought pursuant to Civil Local Rule 7-11. Having considered the Motion and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The Clerk of Court is directed to remove from the docket or restrict from public view ECF No.1 in case No. 3:26-cv-05636-CRB, and ECF No.1 in case No. 3:26-cv-05637-CRB with

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

any duplicate or associated docket entries reflecting the same documents, such that they are not accessible to the public through CM/ECF, PACER, or otherwise.

3. Plaintiffs shall file a Civil Cover Sheet identifying Plaintiffs by their respective pseudonyms pursuant to ECF Nos. 167 and 174, within 7 days of this Order.

IT IS SO ORDERED.

Dated: ___June 18, 2026___



IT IS SO ORDERED

Judge Charles R. Breyer

HON. _____

United States District Judge