# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB-LJC |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION AND STAY OF ORDER** |
| This Document Relates to: | |
| ALL CASES | Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion for Reconsideration and to Stay of Order and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED:_____          By:_____
                                                 LISA J. CISNEROS
                                                 United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION AND STAY OF ORDER
Case No. 24-cv-7940-CRB (LJC)