Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com


*Attorneys for Defendants*

UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | Judge: Mag. Lisa J. Cisneros |
| ALL CASES | Courtroom: G – 15th Floor |

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)

I, the undersigned, hereby certify that on June 18, 2026, I electronically filed the foregoing

documents with the Clerk of the Court, using the CM/ECF system, which will send notification of such

filing to the counsel of record in this matter who are registered on the CM/ECF system.

    **(1) ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR**

        **RECONSIDERATION AND TO STAY**

    **(2) EX. A - MOTION FOR RECONSIDERATION AND STAY OF ORDER**

    **(3) DECLARATION OF MICHAEL B. SHORTNACY**

    **(4) [PROPOSED] ORDER**

I declare under penalty of perjury under the law of the State of California that the foregoing is

true and correct. Executed on June 18, 2026 in San Francisco, CA.

                    */s/ Laura Vartain Horn*
                    Laura Vartain Horn

CERTIFICATE OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)