MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
FRANCISCO GUERRA, IV. (*pro hac vice application forthcoming*)
TX Bar No. 00796684
fguerra@guerrallp.com
CHLOE SHRODE (*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

*Counsels for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3084 |
| **This Document Relates to:** | **NOTICE OF FILING OF NEW ACTION** |
| ***D.M., an individual v. UBER TECHNOLOGIES, INC., et al.*** | |
| **Case No.: 3:26-cv-6063** | Judge: Hon. Charles R. Breyer |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was re-filed on June 18, 2026 after being originally filed on May 22, 2026.

Dated: June 19, 2026                    Respectfully submitted,

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

- 1 -

NOTICE OF FILING OF NEW ACTION

By: */s/ Meredith D. Stratigopoulos*
MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
FRANCISCO GUERRA, IV.
(*pro hac vice application forthcoming*)
TX Bar No. 00796684
fguerra@guerrallp.com
CHLOE SHRODE
(*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

***Counsels for Plaintiff D.M., an individual***

NOTICE OF FILING OF NEW ACTION