# EXHIBIT 2

8:27



**Olivia** ⟩
San Francisco, CA

Come to us
2:56 AM

I am a lil drunk and stoked to seeee you
2:56 AM

We're at zhuxxh
2:57 AM

Read

May 15, 2025 at 10:20 PM

Hi!
10:20 PM

So I am currently in nyc with lawyers regarding my uber case
10:21 PM

And the incident happened right after the drag make a wish event, and my very first texts saying what happened....were to you
10:21 PM

So I'm supposed to provide your number for my lawyer to reach out to
10:22 PM

Is that okay with you?
10:22 PM

iMessage

CONFIDENTIAL    BW-A_R-000765

8:27



**Olivia** ›
San Francisco, CA

lawyers regarding my uber case

And the incident happened right after the drag make a wish event, and my very first texts saying what happened....were to you

10:21 PM

So I'm supposed to provide your number for my lawyer to reach out to

10:22 PM

Is that okay with you?

10:22 PM

Not sure I've kept you updated on what's going on with this but I basically got chosen as one id 20 cases to represent the class action suit.

10:23 PM

So like I'll be going on trial

10:23 PM

I had to go through old texts to give proof of the incident basically and the day after I texted you about it

10:25 PM

iMessage

CONFIDENTIAL    BW-A_R-000766

8:27



**Olivia** ›
San Francisco, CA

So like I'll be going on trial

10:23 PM

I had to go through old texts to give proof of the incident basically and the day after I texted you about it

10:25 PM

Yes of course! Wow that's wild I'm so sorry this has been dragging on but I'm glad you're getting the justice you deserve

10:29 PM

When does the trial start??

10:29 PM

Yeah it's crazy and this experience tbh has been pretty wild

10:52 PM

I know way more about the legal system than I ever thought I would

10:52 PM

But I think it's important and my case is super cut and dry

10:52 PM

+    iMessage

CONFIDENTIAL     BW-A_R-000767

8:27



**Olivia**

San Francisco, CA

legal system than I ever thought I would

10:52 PM

But I think it's important and my case is super cut and dry

10:52 PM

Which is who i think they chose me as a bellwether candidate

10:53 PM

I just feel bad involving other people

10:53 PM

Tbh you probably don't even remember the texts

10:54 PM

It was like after the make a wish drag bingo and before osl

10:54 PM

I very much belittled what happened to me when I told anyone about it

10:55 PM

Yes yes I do remember now I don't know what I texted you though

11:45 PM



iMessage

CONFIDENTIAL    BW-A_R-000768

8:27 📵



**Olivia** ›
San Francisco, CA

Yes yes I do remember now I don't know what I texted you though

11:45 PM



Inside the nested screenshot:

7:19

Olivia ›
San Francisco, CA

Ooo ok i may miss u then

I'll see you tomorrow regardless!

Dude did I tell you about my Uber?

Yess

No

In a meeting

Ohhh work lmao

He thought I was a productive

Prostitution

Prostitute fuck lmao

He ended the ride on the app like 4 mins into the ride

And before that had asked if I wanted to sit up front

When we finally stopped he rolled up the windows and tried to kiss me

And I got out of there as fast as I

iMessage

11:47 PM

Oh shittt

11:49 PM

May 16, 2025 at 7:03 AM

It's more about the fact that I texted you

7:03 AM

May 16, 2025 at 9:18 AM

iMessage

CONFIDENTIAL

BW-A_R-000769

8:27



**Olivia** ›
San Francisco, CA

4 mins into the ride

And before that had asked if I
wanted to sit up front

When we finally stopped he rolled
up the windows and tried to kiss
me

And I got out of there as fast as I

iMessage

Oh shittt                                    11:49 PM

May 16, 2025 at 7:03 AM

It's more about the fact that I
texted you                                   7:03 AM

May 16, 2025 at 9:18 AM

Ahh I see I see                              9:18 AM

May 17, 2025 at 8:46 PM

Are you in nyc!'                             8:46 PM

Hey I'm driving what's up                    8:46 PM

Yerrr                                        8:47 PM

I am currently in nyc                        8:47 PM

Saw your location                            8:47 PM

iMessage

CONFIDENTIAL                                    BW-A_R-000770