# EXHIBIT 3

9:59 🛏



Mimi ›
San Francisco, CA

May 15, 2025 at 6:15 AM

I'm glad to hear that    6:15 AM

You deserve all of those things    6:16 AM

May 15, 2025 at 7:59 AM

I've got my big law prep day today so not sure I'll be in my phone at all but love you! And glad Isaac responded well    7:59 AM

May 15, 2025 at 9:30 AM



Thank you. Ilysm and good luck!!! 💛    9:30 AM

May 15, 2025 at 10:54 PM



How did today go??    10:54 PM

Super intense    10:55 PM

How are you doing?    10:55 PM

+    iMessage    🎤

CONFIDENTIAL                                              BW-A_R-001373

9:59

  

< 2



Mimi ›

San Francisco, CA

How did today go??    10:54 PM

Super intense    10:55 PM

How are you doing?    10:55 PM

It was a psychodrama session so we basically re-enacted the events and talked through my feelings and thoughts at every point of the incident    10:55 PM

Woah that is very intense holy shit    10:55 PM

Going into it the therapist was like we're gonna go through this as a movie and go through it frame by frame    10:56 PM

I had to play the driver at times    10:56 PM

But it was 3-4 lawyers and 2 therapists    10:56 PM

After re-enacting it and they

+    iMessage    🎤

CONFIDENTIAL    BW-A_R-001374

9:59



Mimi ›
San Francisco, CA

Woah that is very intense holy shit

10:55 PM

Going into it the therapist was like we're gonna go through this as a movie and go through it frame by frame

10:56 PM

I had to play the driver at times

10:56 PM

But it was 3-4 lawyers and 2 therapists

10:56 PM

After re-enacting it and they told me I was done having to describe the scenario I immediately started to cry

10:57 PM

It was 8:30-4 pm

10:57 PM

That 100% makes sense

10:57 PM

All attention on me

10:57 PM

Holy shit that is so long

10:57 PM

iMessage

CONFIDENTIAL

BW-A_R-001375

9:59 🛏



**Mimi** ›
San Francisco, CA

immediately started to cry

It was 8:30-4 pm          10:57 PM

That 100% makes sense          10:57 PM

All attention on me          10:57 PM

Holy shit that is so long          10:57 PM

That alone you hate!!!          10:57 PM

But then having to go through
the trauma again          10:57 PM

Holy moly          10:57 PM

Have you had some good
decompression time?          10:57 PM

It was cathartic though          10:57 PM

I had to do something similar
with my lawyer freshman year          10:58 PM

iMessage

CONFIDENTIAL                                        BW-A_R-001376

9:59

It was cathartic though

10:57 PM

I had to do something similar with my lawyer freshman year

10:58 PM

Like I see the value in it

10:58 PM

I remember feeling so vulnerable

10:58 PM

And it was really hard

10:58 PM

Oh totally

10:58 PM

And validating tbh

10:58 PM

Cause after re-enacting the therapist had eveyone just like share their thoughts and how they felt in their "roles"

10:58 PM

The person who played the drivers immediate thought was "this was premeditated and

10:59 PM

iMessage

CONFIDENTIAL

BW-A_R-001377

9:59 🛏



**Mimi** ›
San Francisco, CA

And it was really hard
10:58 PM

Oh totally
10:58 PM

And validating tbh
10:58 PM

Cause after re-enacting the therapist had eveyone just like share their thoughts and how they felt in their "roles"
10:58 PM



The person who played the drivers immediate thought was "this was premeditated and he's done this before"
10:59 PM

Holy fuck
10:59 PM

that makes sense
10:59 PM

Which was validating cause I minimized it so much
10:59 PM

Cause he knew what to do
10:59 PM

➕    iMessage    🎤

CONFIDENTIAL    BW-A_R-001378

9:59 🛏



**Mimi** ›
San Francisco, CA

Holy fuck                                          10:59 PM

that makes sense                                   10:59 PM

Which was validating cause I
minimized it so much                               10:59 PM

Cause he knew what to do                           10:59 PM

When telling people about it                       10:59 PM

going through and having to
find old texts I very much told                    11:00 PM
friends about it like it was funny

I mean it makes sense to turn
to that because why would
someone be so cruel and                            11:00 PM
creepy

Yeah basically the morning was
spent getting to know me                           11:01 PM

They learned about me as a
person                                             11:01 PM

+          iMessage                          🎤

CONFIDENTIAL                                        BW-A_R-001379

9:59



Mimi ›
San Francisco, CA

I mean it makes sense to turn to that because why would someone be so cruel and creepy

11:00 PM

Yeah basically the morning was spent getting to know me

11:01 PM

They learned about me as a person

11:01 PM

Therapist asked me very pointed questions about how I handle emotional or emergency situations

11:01 PM

Then we did this reenactment

11:01 PM

Of both what I was doing before.

11:02 PM

And then after

11:02 PM

Btw. If this is heavy and I wanna take after you. If this is too much to hear about lmk

11:02 PM

No no it's totally fine

11:02 PM

iMessage

CONFIDENTIAL                                                    BW-A_R-001380

9:59



**Mimi** ›
San Francisco, CA

> Btw. If this is heavy and I wanna take after you. If this is too much to hear about lmk

11:02 PM

No no it's totally fine

11:02 PM



I'm just about to have friends over

11:02 PM

So I'm communicating with them !!

11:03 PM

How are you decompressing tonight? How are you feeling about tomorrow?

11:03 PM

I asked just cause I know you've been through a process of your own

11:03 PM

Yeah thanks for checking in but I'm totally fine cause I won my case and also it happened 10 years ago

11:04 PM

 iMessage

CONFIDENTIAL                                BW-A_R-001381

9:59



**Mimi** ›
San Francisco, CA

Yean thanks for checking in but I'm totally fine cause I won my case and also it happened 10 years ago    11:04 PM



My lawyer was like "I'm here at your desposal. What ever you need." And I said "I want to go be alone and not think for the foreseeable future"    11:04 PM

1 Reply

And I've learned to put distance    11:04 PM

My lawyer was like "I'm here at your desposal. What ever you need." And I said "I want to go be alone and not think for the foreseeable fut...

That's the perfect thing to do    11:04 PM



So I hung out in my room until Dinner and then had dinner with Anna which was nice to have a close friend    11:04 PM

iMessage

CONFIDENTIAL    BW-A_R-001382

9:59



**Mimi** ›
San Francisco, CA



So I hung out in my room until Dinner and then had dinner with Anna which was nice to have a close friend

11:04 PM

I'm glad she was there for you!!

11:04 PM

And tonight I'm just way watching Maury and sipping on wine til I fall asleep

11:05 PM



Jason has been awesome and we FaceTimed

11:05 PM

Talked through it all

11:05 PM

And he was in the mode of like "lemme drive up there so I can be there for you"

11:05 PM

Omg what a sweet bebe

11:06 PM

iMessage

CONFIDENTIAL

BW-A_R-001383

10:00 🛏



Mimi ›
San Francisco, CA

Jason has been awesome and we FaceTimed    11:05 PM

Talked through it all    11:05 PM

And he was in the mode of like "lemme drive up there so I can be there for you"    11:05 PM

Omg what a sweet bebe    11:06 PM

It was very intense to re-live and also very validating to have such immediate reactions from the people around me    11:06 PM

Of course dude    11:07 PM

To be like "he's done this before."
Or "this was premeditated"    11:07 PM

And they will likely reach out to you cause you're such an emotional support for me    11:07 PM

And Iluka too    11:07 PM

iMessage

CONFIDENTIAL    BW-A_R-001384

10:00



**Mimi** ›
San Francisco, CA

emotional support for me

And Iluka too  11:07 PM

Totally. I'm here 100%  11:07 PM



Cause she pushed me so hard in recognising it as such a fucked up event  11:08 PM

When I was belittling it  11:08 PM

Your reaction of belittling it at first makes sense. Iluka was so right to check you and be like yo wtf no this is not a little thing  11:08 PM

Yeah which tbh is the reason I'm even involved in this  11:09 PM



Today was such a like accelerated therapy session  11:09 PM

We talked about my brother in

+  iMessage

CONFIDENTIAL   BW-A_R-001385

10:00



**Mimi** ›
San Francisco, CA

yo wtf no this is not a little thing

Yeah which tbh is the reason I'm even involved in this    11:09 PM



Today was such a like accelerated therapy session    11:09 PM

We talked about my brother in New Orleans    11:09 PM

And you finding me having a panic attack senior year    11:09 PM

I also think I sent you the thing from Instagram about the lawsuit??    11:09 PM

Like really covered all possible trial    11:09 PM

Yes you did    11:09 PM

Wow that's a lot    11:09 PM

+    iMessage

CONFIDENTIAL    BW-A_R-001386

10:00 🛏



Mimi ›
San Francisco, CA

Yes you did    11:03 PM

Wow that's a lot    11:09 PM

You and Iluka did    11:09 PM



Just making sure I have my facts straight!    11:10 PM

That's why they're gonna probably try to really talk to you    11:10 PM



But I did press and learn more and uber is not allowed to contact you    11:10 PM

Totally makes sense and I am so happy to talk to them because they are supporting you    11:10 PM

Everything has to go through    11:10 PM

＋    iMessage    🎤

CONFIDENTIAL    BW-A_R-001387

10:00



**Mimi** ›
San Francisco, CA

you

Everything has to go through my lawyer

11:10 PM

Edited

From what I understand

11:11 PM

Perfect and if anyone does contact me from uber I won't talk to them!

11:11 PM

Ok Rachel is here I gotta go

11:11 PM

But I love you

11:11 PM

Take care of yourself

11:11 PM

I'll be thinking about you all day tomorrow!

11:11 PM

Love you bb

11:11 PM

Have yourself a fun night

11:11 PM

Honestly same about you

11:11 PM

+    iMessage

CONFIDENTIAL    BW-A_R-001388

10:00 🛏



**Mimi** ›
San Francisco, CA

Take care of yourself                                    11:11 PM

I'll be thinking about you all day
tomorrow!                                                11:11 PM

Love you bb                                              11:11 PM

Have yourself a fun night                                11:11 PM

Honestly same about you                                  11:11 PM

I love you                                               11:11 PM

So grateful for you                                      11:12 PM

Today def made me even more
aware of how lucky I am for the                          11:12 PM
friends I have

May 17, 2025 at 2:56 PM

Hi what's up!                                            2:56 PM

Just calling to say hi                                   2:56 PM

I'm sitting on Anna's bed
waiting u till it's time for me to                       2:57 PM
leave for my day lol

+        iMessage                                        🎤

CONFIDENTIAL                                    BW-A_R-001389