# EXHIBIT 4

8:09



**Mimi** ›
San Francisco, CA



As a little wedding gift 🥲    4:59 PM

Also how you doing today    4:59 PM

**Wed, Jul 2 at 9:22 PM**

Sorry just been kinda crashy today    9:22 PM

All the emotions kept me up a lil too late    9:22 PM

So today I was a bit foggy    9:23 PM

But I'm letting myself feel it and tomorrow is a new day    9:23 PM

When Jason got here last night and we hopped off the phone he gave me a hug and I just started sobbing    9:23 PM



Aw baby I'm so sorry :( I'm glad you're letting it out though and I'm really glad Jason is there for    9:55 PM

iMessage

CONFIDENTIAL

BW-A_R-000636

8:09



**Mimi** ›
San Francisco, CA

When Jason got here last night and we hopped off the phone he gave me a hug and I just started sobbing

9:23 PM

Aw baby I'm so sorry :( I'm glad you're letting it out though and I'm really glad Jason is there for you

9:55 PM

Me too. He literally just like held me and rubbed my back and would go "mhm" in that same like voice that he does the "hmmmm"

9:57 PM

And reiterated that what I'm doing is right and that this whole process is fucked up and draining

9:57 PM

Something I didn't realize in all of this is that they chose my case and I have my own case

9:58 PM

iMessage

CONFIDENTIAL                                          BW-A_R-000637

8:09 🔕



Mimi ›

San Francisco, CA

Aw baby I'm so sorry :( I'm glad you're letting it out though and I'm really glad Jason is there for you                                          9:55 PM

Me too. He literally just like held me and rubbed my back and would go "mhm" in that same like voice that he does the "hmmmm"                      9:57 PM

And reiterated that what I'm doing is right and that this whole process is fucked up and draining                                              9:57 PM

Something I didn't realize in all of this is that they chose my case and I have my own case                                              9:58 PM

Like it's AR vs Uber                         9:58 PM

so they're suing on my personal behalf                                9:58 PM

Woah that's intense                        9:59 PM

iMessage

CONFIDENTIAL                                    BW-A_R-000638

8:09



**Mimi** ›
San Francisco, CA

Like it's AR vs Uber  9:58 PM

so they're suing on my personal behalf  9:58 PM

Woah that's intense  9:59 PM

Did they make that clear to you beforehand?  9:59 PM

I don't know honestly  9:59 PM

That may not even be true  9:59 PM

Cause they mentioned hoping my case doesn't get taken to trial  9:59 PM

I just feel like it's all been so intense that my brain shuts off and forgets parts of what they tell me  10:00 PM

That's so fair my brain does the same thing  10:00 PM

iMessage

CONFIDENTIAL   BW-A_R-000639

8:09



**Mimi** ›
San Francisco, CA

intense that my brain shuts off and forgets parts of what they tell me
10:00 PM

That's so fair my brain does the same thing
10:00 PM

You're so fucking brave dude
10:00 PM

I admire you so much. And I'm so proud of you. And I'm sorry you have to go through all of this
10:00 PM

1 Reply

Like uber lawyer asked me when my case was filed officially and I was like "I know it's been told to me"
10:01 PM

But couldn't confirm the date
10:01 PM

Or even the names of other lawyers besides Sarah and Rachel
10:01 PM

+    iMessage

CONFIDENTIAL    BW-A_R-000640

8:09 🔕

  2



**Mimi** ›
San Francisco, CA

this

**1 Reply**

> Like uber lawyer asked me when my case was filed officially and I was like "I know it's been told to me"

10:01 PM

> But couldn't confirm the date

10:01 PM

> Or even the names of other lawyers besides Sarah and Rachel

10:01 PM

I admire you so much. And I'm so proud of you. And I'm sorry you have to go through all of this

> I admire you! Sara and I were speaking a bit about my witnesses and also how uber might try to say this is all about money for me. And Sara literally was like "I remember you talking about how you admire mimi for holding someone accountable for what they did and putting herself into such a difficult position by

10:03 PM

＋    iMessage    🎤

CONFIDENTIAL                                    BW-A_R-000641

8:09



**Mimi** ›
San Francisco, CA

I admire you so much. And I'm so proud of you. And I'm sorry you have to go through all of this

I admire you! Sara and I were speaking a bit about my witnesses and also how uber might try to say this is all about money for me. And Sara literally was like "I remember you talking about how you admire mimi for holding someone accountable for what they did and putting herself into such a difficult position by going through the schools process"

10:03 PM

I don't even remember saying that to her but she was like "it's clear you're doing this for the right reasons. You speak extremely highly of your friends who've been through SA and dealt with processes to hold their assailants accountable"

10:04 PM



She told me when she first

iMessage

CONFIDENTIAL                                                                BW-A_R-000642

8:09



**Mimi** ›
San Francisco, CA

dealt with processes to hold their assailants accountable"

🩷

She told me when she first called and it made me tear up 💚

10:06 PM

You're doing the right thing girlie. A real girls girl!!!

10:06 PM

Lmao

10:06 PM

Thank you

10:06 PM

What day is your depo?

10:07 PM

Not sure they'll like try to intimidate you like they did me but I wanT you to know im here too for after it

10:07 PM

Edited

My depo is weds! And honestly after speaking to parents who have been so nasty and borderline threatening I feel good about going into this

10:09 PM

iMessage

CONFIDENTIAL BW-A_R-000643

8:10



**Mimi** ›
San Francisco, CA

intimidate you like they did me but I wanT you to know im here too for after it

10:07 PM

Edited

My depo is weds! And honestly after speaking to parents who have been so nasty and borderline threatening I feel good about going into this because I can hold my own when people get tricky

10:09 PM

But I'm sure it'll still be tiring. Worth it tho!!!

10:09 PM

Also I learned that my mom used to do deposition prep for people

10:09 PM

Well she's friendly. The lawyer who will question you

10:09 PM

And it'll just be about me

10:09 PM

My mom was giving me tips for how to compose myself during

10:10 PM

+ iMessage

CONFIDENTIAL

BW-A_R-000644

8:10



**Mimi** ›
San Francisco, CA

Well she's friendly. The lawyer who will question you
10:09 PM

And it'll just be about me
10:09 PM

My mom was giving me tips for how to compose myself during this time too
10:10 PM

I wanna touch base about this again maybe Sunday if you're around?
10:10 PM

Yes of course!
10:11 PM

I'm gonna basically remove it from my mind for a few days so I can lower my anxiety and then come back to it to let myself process more
10:11 PM

Great plan!
10:12 PM

Assuming you'll prep with Sara the day before?
10:14 PM

iMessage

CONFIDENTIAL    BW-A_R-000645

8:10 🔕



Mimi ›
San Francisco, CA

Great plan!                                          10:12 PM

Assuming you'll prep with Sara
the day before?                                      10:14 PM

We're prepping Monday!                               10:15 PM

okay great!            10:15 PM

Thu, Jul 3 at 11:39 PM

Do you have any updates from
Dasha? Just told the story to
my girlfriends and they are so
invested                                             11:39 PM

Mon, Jul 7 at 4:29 PM

How'd it go?      4:29 PM

At the gym now but will be
around later to chat on the
phone                              4:29 PM



Went well! I'm also at the gym.
I'll call you later!                                 4:31 PM

   iMessage

CONFIDENTIAL                                    BW-A_R-000646

8:10 🔕



‹ 2

**Mimi** ›
San Francisco, CA

How'd it go?    4:29 PM

At the gym now but will be
around later to chat on the
phone    4:29 PM



Went well! I'm also at the gym.
I'll call you later!    4:31 PM

Mon, Jul 7 at 6:59 PM

Okay good!    6:59 PM

Remind me what day actual
depo is?    6:59 PM

I have no clue what yours will
look like    6:59 PM

But curious what Sara said!    7:15 PM

Also sorry for the call. I'm a lil
anxious about it all    7:43 PM

Yes definitely    8:20 PM

+    iMessage

CONFIDENTIAL    BW-A_R-000647

8:10



**Mimi** ›
San Francisco, CA

Okay good! 6:59 PM

Remind me what day actual depo is? 6:59 PM

I have no clue what yours will look like 6:59 PM

But curious what Sara said! 7:15 PM

Also sorry for the call. I'm a lil anxious about it all 7:43 PM

Yes definitely 8:20 PM

I'm gonna call you in like 20 is that okay? 8:20 PM

I am about to start making dinner! 8:24 PM

Can we chat tm? 8:24 PM

Yes maam! 8:24 PM

Sorry had a momentary freak

iMessage

CONFIDENTIAL                                                        BW-A_R-000648

8:10



**Mimi** ›
San Francisco, CA

I'm gonna call you in like 20 is that okay?    8:20 PM

I am about to start making dinner!    8:24 PM

Can we chat tm?    8:24 PM

Yes maam!    8:24 PM

Sorry had a momentary freak out    8:30 PM

**4 Replies**

Mon, Jul 7 at 10:06 PM

---

☰    **bon appétit**

🔍 Search for "stir-fry"

**Step 9**

Serve pasta topped with more grated Parmesan and remaining herbs.

**Editor's note:** *This zucchini pasta recipe was first printed online in August 2020. Head this way for more of our best pasta recipes* →

_____

Explore Bon Appétit    Dinner    Pasta    10:06 PM

Italian    European    Zucchini    Squash

+    iMessage    🎤

CONFIDENTIAL    BW-A_R-000649

8:10



**Mimi** ›
San Francisco, CA

**Mon, Jul 7 at 8:30 PM**

Sorry had a momentary freak out

8:30 PM

**Mon, Jul 7 at 10:06 PM**



No apologies! Everything is all good

10:06 PM

**Mon, Jul 7 at 11:36 PM**

Okay thank you! I had a big cry with Jason on the phone today

11:36 PM

Just about the whole suit

11:36 PM

So appreciate it and sorry for calling and double checking today with you about the depo

11:37 PM

Delivered

Reply

CONFIDENTIAL

BW-A_R-000650