RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *Ava Ryan Knight v. Uber Technologies, Inc., et al; 3:26-cv-01692-CRB;* <br><br> *P.H. v. Uber Technologies, Inc., et al; 3:25-cv-06840* | Case No.: 3:23-md-03084-CRB <br><br> Hon. Charles R. Breyer <br><br> **PLAINTIFF AVA RYAN KNIGHT AND PLAINTIFF P.H.'S NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** <br><br> Date: July 10, 2026 <br> Time: 10:00 a.m. <br> Courtroom: 6 – 17th Floor |

On June 5, 2026, Defendants filed a Motion to Dismiss the above-captioned claims for failure to comply with Pretrial Order ("PTO") No. 10. See *Docket No. 6420*. PTO 10 establishes procedures and deadlines related to the production of Plaintiff Fact Sheets. See *Docket No. 348*.

Counsel for Plaintiff Ava Ryan Knight and Plaintiff P.H. have diligently attempted to produce all required discovery documents and have continued outreach to both Plaintiffs in an attempt to get them in compliance with their discovery obligations. Decl. ¶ 6 and Decl. ¶ 14. Despite those ongoing efforts, both Plaintiffs have become unresponsive. Decl. ¶ 8 and Decl. ¶ 16. As such, Peiffer Wolf has no basis on which to oppose dismissal without prejudice.

Dated: June 22, 2026                          Respectfully Submitted by:

                                              */s/ Rachel Abrams*_____
                                              Rachel B. Abrams (Bar #209316)
                                              Adam B. Wolf (Cal Bar No. 215914)
                                              **Peiffer Wolf Carr Kane Conway & Wise**
                                              555 Montgomery Street, Suite 820
                                              San Francisco, CA 94111
                                              Ph: 415-766-3544
                                              Fax: (415) 840-9435
                                              Email: rabrams@peifferwolf.com
                                                       awolf@peifferwolf.com

                                              Tiffany R. Ellis (*Admitted PHV*)
                                              **Peiffer Wolf Carr Kane Conway & Wise**
                                              15 E. Baltimore Ave.
                                              Detroit, MI 48202
                                              Ph: (313) 210-1559
                                              Fax: (415) 840-9435
                                              Email: tellis@peifferwolf.com

PLAINTIFF AVA RYAN KNIGHT AND PLAINTIFF P.H.'S NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on  June 22, 2026 I electronically filed the following with the

Clerk of the Court using the CM/ECF System, which will send notification of such filing via

electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: June 22, 2026                                     Respectfully Submitted by:

*/s/ Rachel Abrams*_____
Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
        awolf@peifferwolf.com


Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

PLAINTIFF AVA RYAN KNIGHT AND PLAINTIFF P.H.'S NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10