John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
WILLIAM HART & BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
Email: jmelugin@whlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** |
| This Document Relates to: | **NOTICE OF FILING OF NEW ACTION** |
| *WHB 2486 v. UBER TECHNOLOGIES, INC., et al. – Case No. 3:26-cv-06133-CRB* | |

## <u>NOTICE OF FILING OF NEW ACTION</u>

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 19, 2026.

1

Dated: June 22, 2026                    Respectfully Submitted,

                                        **WILLIAMS HART & BOUNDAS, LLP**

                                        By: /s/ Walt Cubberly
                                            John Eddie Williams, Esq.
                                            Brian Abramson, Esq.
                                            Margret Lecocke, Esq.
                                            Walt Cubberly, Esq.
                                            Batami Baskin, Esq.
                                            Myles Shaw, Esq.
                                            Joseph C. Melugin, Esq.

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

                                        By: /s/ Walt Cubberly
                                            Walt Cubberly

2

CASE NO. 3:23-MD-03084-CRB                    NOTICE OF FILING OF NEW ACTION