UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

_____

This Document Relates to:

*A.R. v. Uber Techs., Inc.*,
Case No. 3:24-cv-07821

Case No. 23-md-03084-CRB (LJC)

Honorable Charles R. Breyer

**[PROPOSED] ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD
BE FILED UNDER SEAL**

Having considered Defendants' June 15, 2026 Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal and Plaintiff's June 22, 2026 Statement in Support of Defendants' Motion, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description of Material to Be Sealed |
|---|---|
| Portions of Uber Statement re: Bellwether Trial Selection and Scheduling (ECF 6489) | The name of Plaintiff proceeding under a pseudonym at 10:25<br><br>Attorney-client privileged communications and work product at 11:3-10, 11:23-25, 11:26-27<br><br>Intimate and sensitive conversations between Plaintiff and third parties at 11:21-22, 11:23-25, 11:26-27 |
| Portions of Exhibit 1 to the Declaration of Laura Vartain Horn in Support of Uber's Statement (ECF 6489-2) | Third party's name at 1:10, 22:2, 22:3, 23:25, 28:16, 72:9-10, 72:15<br><br>The name of Plaintiff proceeding under a pseudonym at 21:24, 22:5<br><br>Attorney-client privileged communications at 21:15-23:1, 23:15-21, 28:16-29:6, 29:7-24 |
| Portions of Exhibit 2 to the Declaration of Laura Vartain Horn in Support of Uber's Statement (ECF 6489-3) | Plaintiff's photograph at BW-A_R-000765- BW-A_R-000770<br><br>Third party's name and photograph at BW-A_R-000765- BW-A_R-000770<br><br>Intimate and sensitive aspects of Plaintiff's and third parties' lives, conversations at BW-A_R-000765-BW-A_R-000766, BW-A_R-000768, BW-A_R-000770<br><br>Plaintiff's substance use at BW-A_R-000765<br><br>Attorney-client privileged communications at BW-A_R-000765, BW-A_R-000766, BW-A_R-000767, BW-A_R-000768, BW-A_R-000769, BW-A_R-000770 |
| Portions of Exhibit 3 to the Declaration of Laura Vartain Horn in Support of Uber's Statement | Third party's name and photograph at BW-A_R-001373-BW-A_R-001389 |

1

| | |
|---|---|
| (ECF 6489-4) | Intimate and sensitive aspects of Plaintiff's and third party's lives and conversations at BW-A_R-001376-BW-A_R-001377, BW-A_R-001380-BW-A_R-001382, BW-A_R-001385, BW-A_R-001386, - BW-A_R-001389<br><br>Other third party's name at BW-A_R-001382, BW-A_R-001383, BW-A_R-001384, BW-A_R-001385, BW-A_R-001387, BW-A_R-001388, BW-A_R-001389<br><br>Attorney-client privileged communications and work product at BW-A_R-001374-BW-A_R-001380, BW-A_R-001382, BW-A_R-001384-BW-A_R-001388 |
| Portions of Exhibit 4 to the Declaration of Laura Vartain Horn in Support of Uber's Statement (ECF 6489-5) | Third party's name and photograph at BW-A_R-000636-000650<br><br>Intimate and sensitive aspects of Plaintiff's and third parties' lives and conversations at BW-A_R-000641- BW-A_R-000645<br><br>Third party's name at BW-A_R-000636, BW-A_R-000637, BW-A_R-000638, BW-A_R-000646<br><br>Attorney-client privileged communications at BW-A_R-000641- BW-A_R-000643 |

**IT IS SO ORDERED.**

Dated: _June 23, 2026_ _____

_____
Hon. Charles R. Breyer
United States District Judge

2

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 23-md-03084-CRB