William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
Samira J. Bokaie (CA Bar No. 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 731*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 731 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-06275-CRB* | |

## PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 23, 2026.

Dated: June 23, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

By: *Samira J. Bokaie*
    William A. Levin
    Laurel L. Simes
    Samira J. Bokaie
    *Attorneys for Plaintiff Jane Doe LS 731*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Samira J. Bokaie*
Samira J. Bokaie

Case No. 3:23-cv-03084-CRB                    PLAINTIFF'S NOTICE OF NEW ACTION FILED