[Submitting counsel below]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

_____

This Document Relates to:

*A.R. v. Uber Techs., Inc.*,
Case No. 3:24-cv-07821

Case No. 23-md-03084-CRB (LJC)

Honorable Charles R. Breyer

**PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF 6632) ALTERNATIVELY, TO SEAL AND [PROPOSED] ORDER**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 7-11, Plaintiff respectfully moves the Court for an administrative order removing from the public docket, or permanently restricting public access to, the documents filed at ECF No. 6632, filed on June 22, 2026.

In the alternative, Plaintiff requests the Court seal the Incorrectly Filed Documents pursuant to Civil Local Rule 79-5.

On June 22, 2026, Plaintiff's counsel filed "Plaintiff's Statement in Support of Defendant's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal" (ECF No. 6632), along with a "Declaration of Sara Beth Craig in Support of Plaintiff's Statement Regarding Defendants Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal" (ECF No. 6632-1), a "Proposed Order Granting Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal" (ECF No. 6632-2) and four

accompanying exhibits. Due to an inadvertent error, the documents containing sensitive information about the Plaintiff and meant to be sealed were filed on the public docket.  This action arises from sexual assault, the exhibits reveal sensitive information, and Plaintiff faces a credible risk of retaliation.

Counsel discovered the error on June 23, 2026 at 10:55 am (Pacific Standard Time) and acted immediately. Counsel immediately contacted the courtroom clerk for Magistrate Judge Lisa Cisneros requesting that the filing be locked to restrict public access to the documents. As such, the clerk locked the filing, thus restricting public access to the incorrectly filed documents pending the Court's ruling on this Motion.

On June 23, 2026, Counsel contacted the Court's clerk for Judge Charles Breyer by phone to advise of the issue and to seek guidance on the appropriate procedure for removal and replacement of the affected docket entry. The clerk advised that Plaintiff is to file an Administrative Motion to Remove Incorrectly Filed Documents, so Plaintiff's Counsel immediately prepared this filing.

Defendants' counsel of record in this MDL will receive this Motion through the Court's ECF system.

This Motion is filed in the master docket and in the above-referenced member case pursuant to the Stipulation and Order Re: Plaintiffs Who Wish to Proceed Anonymously, ECF Nos. 167, 174, individual complaints in this MDL "shall be filed using the plaintiff's initials or other pseudonym," and this Court has already determined that "plaintiffs' need to proceed anonymously outweighs the prejudice to the defendants and the public's interest in knowing the parties' identities." ECF No. 147; *see* Does I thru XXIII v. Advanced Textile Corp., 214 F.3d 1058, 1068 (9th Cir. 2000). Plaintiff's Statement in Support of Defendant's Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal (ECF No. 6632), and associated documents, was intended to be filed in conformity with that Order, bv filing under seal in order to redact sensitive information that identifies Plaintiff. Plaintiff will promptly refile the Administrative Motion under seal pursuant to Federal Rule of Civil Procedure 15(a)(1).

///

1

Dated: June 23, 2026                    Respectfully submitted,

By: */S/ Sarah R. London*
Sarah R. London (Sbn 267083)

 GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, Ca 94108
Telephone: (415) 981-4800
Slondon@Girardsharp.Com

By: */S/ Rachel B. Abrams*
Rachel B. Abrams (Sbn 209316)

PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, Ca 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
Rabrams@Peifferwolf.Com

By: */S/ Roopal P. Luhana*
Roopal P. Luhana

CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, Ny 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Luhana@Chaffinluhana.Com

Co-Lead Counsel For Plaintiffs

2

**PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF NO. [6632]); ALTERNATIVELY, TO SEAL**
CASE NO. 3:23-MD-03084

**FILER'S ATTESTATION**

I, Rachel B. Abrams, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


Dated: June 23, 2026                                  */s/ Rachel B. Abrams*

                                                       Rachel B. Abrams

3

**PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF NO. [6632]); ALTERNATIVELY, TO SEAL**
CASE NO. 3:23-MD-03084

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Rachel B. Abrams*
Rachel B. Abrams

**PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF NO. [6632]); ALTERNATIVELY, TO SEAL**
CASE NO. 3:23-MD-03084