Sarah R. London (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, Ca 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, Ca 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, Ny 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

Co-Lead Counsel For Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

_____

This Document Relates to:

*A.R. v. Uber Techs., Inc.*,
Case No. 3:24-cv-07821

Case No. 23-md-03084-CRB (LJC)

Honorable Charles R. Breyer

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (ECF NO. [6632]); ALTERNATIVELY, TO SEAL**

Having considered Plaintiff's June 23, 2026 "Administrative Motion to Remove Incorrectly Filed Document (ECF No. [6632]), Alternatively, to Seal," the Court hereby **GRANTS** the Motion. The Clerk of the Court is directed to remove from the public docket ECF No. 6632 in its entirety.

**IT IS SO ORDERED.**

Dated: _____

                                          Hon. Charles R. Breyer
                                          United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 23-md-03084-CRB