[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to: *A.R. v. Uber Techs., Inc.*, Case No. 3:24-cv-07821 | |

I certify that on June 23, 2026 a true and correct copy of the UNSEALED/ UNREDACTED version of the following documents:

| Document | Description |
|---|---|
| SEALED Exhibit 1 - 2025.10.13 I.E. Dep. Tr (Marked) FINAL | Third Party Deposition Transcript Excerpts with PII and other Sensitive Information Redacted |
| SEALED Exhibit 2 - BW-A_R-000765-000770 (Marked) FINAL | Third Party Produced Correspondence with PII and Sensitive Information Redacted |
| SEALED Exhibit 3 - BW-A_R-001373-001389 (Marked) FINAL | Third Party Produced Correspondence with PII and Sensitive Information Redacted |
| SEALED Exhibit 4 - BW-A_R-000636-000650 (Marked) FINAL | Third Party Produced Correspondence with PII and Sensitive Information Redacted |

were served pursuant to Civil L.R. 5(a) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com

Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Laura Vartain
laura.vartain@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Libby Marden
libby.marden@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com
Beth Larsen
beth.larsen@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com
Louis Fisher
lfisher@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com


Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

- 2 -

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 23, 2026.

By: */s /Rachel B. Abrams*
Rachel B. Abrams

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB