**MCH Law, PLLC**
**Taylor T. Lang**
**Nicholas W. Mucerino**
100 M Street SE, Suite 644
Washington D.C. 20003
Tel: (202) 991-1559
Fax: (202) 978-2639
Taylor@mch.law
Nick@mch.law
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| This document relates to: <br><br> *A.A.A. v. Uber Technologies, Inc., et al.*; 3:26-cv-06243-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on 6/23/2026.

Dated: June 24, 2026

                                        Respectfully submitted,

                                        /s/ Taylor T. Lang
                                        Taylor T. Lang
                                        Nicholas W. Mucerino
                                        **MCH Law, PLLC**
                                        100 M Street SE, Suite 644
                                        Washington D.C. 20003
                                        Tel: (202) 991-1559
                                        Fax: (202) 978-2639
                                        Taylor@mch.law
                                        Nick@mch.law
                                        Attorneys for Plaintiff
                                        *Admitted Pro Hac Vice*

1

CASE NO. 3:23-md-03084-CRB                    NOTICE OF FILING OF NEW ACTION

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 24, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Taylor T. Lang*
Taylor T. Lang

2