IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 **ORDER DENYING UBER'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** Re: Dkt. No. 6344 |
|---|---|

After considering Defendants' Motion for Relief (Dkt. No. 6344) from the Nondispositive Pretrial Order of Magistrate Judge (Dkt. No. 6209), the Court agrees with Judge Cisneros' reasoning as outlined in her Order and has concluded that Judge Cisneros exercised sound judgment.

Accordingly, Defendants' Motion for Relief is denied.

**IT IS SO ORDERED.**

Dated: June 24, 2026

CHARLES R. BREYER
United States District Judge