Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF ELIZABETH A. LARSEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [JOINT PTO-8 LETTER REGARDING NONPROFIT DEPOSITIONS]**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

LARSEN DECLARATION ISO DEFENDANTS' RESPSONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [JOINT PTO-8 LETTER REGARDING NONPROFIT DEPOSITIONS]

Case No. 3:23-MD-03084-CRB

I, Elizabth A. Larsen, declare as follows:

1. I am Of Counsel at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Joint PTO-8 Letter Regarding Nonprofit Depositions].

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the June 4, 2026 30(b)(6) Deposition of Emilie Boman, filed under seal.

3. Attached as **Exhibit 2** is a true and correct copy of the Deposition Aid used at the June 4, 2026 30(b)(6) Deposition of Emilie Boman, with Uber's proposed redactions.

4. Attached as **Exhibit 3** is a true and correct copy of the July 17, 2026 Joint PTO-8 Letter Regarding Nonprofit Depositions, with the previously applied redactions.

5. The confidentiality designations for Exhibit 1 are due on July 8, 2026. In order to allow Uber to identify the page-and-line designations that it will seek to designate and to approach the designation and confidentiality issues consistently, Uber respectfully requests that the Court maintain Exhibits 1 and 3 under seal on an interim basis until after the designation process is complete.

Dated: June 24, 2026

/s/ Elizabeth A. Larsen
Elizabeth A. Larsen

2
LARSEN DECLARATION ISO DEFENDANTS' RESPSONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [JOINT PTO-8 LETTER REGARDING NONPROFIT DEPOSITIONS]
Case No. 3:23-MD-03084-CRB