# EXHIBIT 2

# Exhibit B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

***In re: Uber Techs., Inc. Passenger SA Litigation (Case No. 3:23-md-03084)***
**Emilie Boman 30(b)(6) Deposition Aid - Third Party Organizations**

| Driver Education | | |
|---|---|---|
| **Topics** | **Information** | **Methodology/Source of Information** |
| 1. Nonprofits involved in **designing, developing, reviewing, researching, testing, approving, or consulting** on Driver Ed modules, including the employees, contractors, volunteers, or agents of each nonprofit involved in this work.<br><br>2. Scope / nature of this work.<br><br>3. **Recommendations / conclusions** that nonprofits made or offered re Driver Ed modules (including content, form, duration).<br><br>4. Nonprofits involved in **evaluating efficacy or adequacy** of driver ed modules at preventing SA/SM, including content and methodology of evaluations and how they were arranged.<br><br>5. **How much Uber paid** each nonprofit, individually and in the aggregate, for work related to driver ed modules. | <u>Driver Education SA/SM</u>:<br>● RAINN<br>　○ Years: 2019-2020<br>　○ Point of Contact: ▮▮▮▮▮<br>　○ Spend: ▮▮▮▮ total (2019, 2020)<br><br><u>Driver Education Non-SA/SM</u>:<br><br>Limitation: The below list includes representative examples of nonprofit organizations who worked with Uber to create Driver Education materials, located after reasonable searches and discussions with internal Uber employees. The below list is not intended to be exhaustive and does not capture every nonprofit that Uber collaborated with on Driver Education on every subject that is unrelated to sexual assault or sexual misconduct.<br><br>● Road Safety Education<br>　○ Governors Highway Safety Association (GHSA)<br>　　■ Years: 2019-2020<br>　　■ Points of Contact: ▮▮▮▮▮<br>　　■ Spend: ▮▮▮ (6 Driving Safety Modules) + ▮▮▮ (Bike Safety Education Modules) (2020)<br>　○ The League of American Bicyclists<br>　　■ Years: 2020-2021<br>　　■ Points of Contact: ▮▮▮▮▮<br>　　■ Spend: ▮▮▮ (2020)<br>　○ Crisis Prevention Institute<br>　　■ Years: 2023-2024<br>　　■ Points of Contact: ▮▮▮▮▮<br>　　■ Spend: ▮▮▮ (2023)<br>● Service Animal Education - Video Available in Learning Hub<br>　○ Years: 2024<br>　○ Points of Contact: National Federation for the Blind and American Council of the Blind<br>　○ Spend: No payment for the video, but each organization received a ▮▮▮ honorarium for their time.<br>● Human Trafficking Education - Video, Podcast, and Information in Learning Hub<br>　○ Years: 2019, 2020, 2023-2025<br>　○ Points of Contact: Polaris<br>　○ Spend: ▮▮▮ total (2019, 2020, 2023-2025) | Personal Knowledge<br><br>Internal Communications With:<br>● Andrew Hasbun<br>● Briana Gilmore<br>● Kristin Smith<br>● Jen Handley<br>● Daniel Kolta<br>● Meghan Casserly<br><br>Review of Key Documents:<br>● UBER_JCCP_MDL_000177674<br>● UBER_JCCP_MDL_005079623<br>● RAINN-UberMDL_0000734<br>● UBER_JCCP_MDL_000306062<br>● UBER_JCCP_MDL_000220828<br>● UBER_JCCP_MDL_005359650<br>● UBER_JCCP_MDL_000502119<br>● RAINN-UberMDL_0000774<br>● UBER_JCCP_MDL_000084461<br>● UBER_JCCP_MDL_003525187<br>● Uber Eats and the Governors Highway Safety Association Team Up for Delivery Partner Safety<br>● How the League and Uber Are Partnering to Keep People on Bikes Safe<br>● Making It Safer for People Biking On and Off The Platform<br>● Help Stop Human Trafficking |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| S-RAD | | |
|---|---|---|
| **Topics** | **Information** | **Documents** |
| 6. Nonprofits involved in **designing, developing, reviewing, researching, testing, approving, or consulting** on S-RAD.

7. Nonprofits involved in setting, evaluating, analyzing, testing, recommending, approving, or consulting on **trigger rate / threshold**.

8. **Scope/nature of work** performed by each nonprofit in designing, developing, reviewing, researching, testing, or approving the S-RAD model and any recommendations or conclusions.

9. **Analyses, recommendations, or conclusions** made by each nonprofit re S-RAD, trigger rate, or threshold. | **2019 Workshops**
- <u>Boston</u> Harvard Berkman Klein (Ryan Budish), Massachusetts Coalition against SA and DV (Diana Mancera); Harvard Data Science Initiative (Sophie Hilgard); MIT (Chelsea Barabas)
- <u>New York</u> NYU Center for Race Inequality and the Law (Vincent Southerland); Cornell University (Karen Levy); AI Now Institute (Roel Dobbe); Her Justice (Amy Barasch)
- <u>DC</u> Future of Privacy Forum (John Verdi); NAESV (Chad Sniffen); NNEDV (Erica Olsen, Allison Randal); New America - Open Technology Institute (Spandana Singh); Center for Democracy and Technology (Liz Woolery, Michelle Richardson)
- <u>Topic:</u> ████████████████████████

**2020 Safety Groups - Roundtable Workshop in DC**
- <u>Groups:</u> ██████████████ NNEDV, NAESV, ████████ ██████████████
- <u>Topic:</u> ████████

**2020 Leadership Conference on Civil and Human Rights**
- <u>Groups:</u> ████████████████████████████ ████████████████████████████ ████████████████████
- <u>Topic:</u> ████████

**2020 - Candidates for Academic Partnership on Fairness Testing Methodology**
- ████████████████████████████

<u>Other 2020 S-RAD Consults:</u>
████████████████████████ ████████████████████ ████████████████████████

**2022 - Re-Engagement** post-covid
- <u>Groups:</u> ████████ NNEDV, ████████
- <u>Topic:</u> ████████

**June 2022 - Academic Paper**
- <u>Groups:</u> Aaron Rieke and Mingwei Hsu (Upturn), Vincent Southerland (NYU School of Law), and Dan Svirsky (Uber)
- <u>Topic:</u> Best practices for ethnicity inferences and discrimination testing | Personal Knowledge

Internal Communications With:
- Daniel Kolta

Review of Key Documents:
- UBER_JCCP_MDL_005438145
- UBER_JCCP_MDL_003342905
- UBER_JCCP_MDL_002621413
- UBER_JCCP_MDL_002618039
- UBER_JCCP_MDL_005254534
- UBER_JCCP_MDL_003390034
- UBER_JCCP_MDL_003610540
- UBER_JCCP_MDL_003043784
- UBER_JCCP_MDL_000172488
- UBER_JCCP_MDL_000168086
- UBER_JCCP_MDL_001733185
- UBER_JCCP_MDL_001741172
- UBER_JCCP_MDL_004642223 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10. Nonprofits involved in **evaluating efficacy** of S-RAD at preventing SA/SM, including the content and methodology of evaluations and how they were arranged. | 2019 - ███████████████████<br>  • Report: ████████<br>  • Report: ████████████<br><br>2020 - Prof. Max Bazerman (Harvard Business School) - Ethics of holdouts<br><br>2022 - ORCAA memo on fairness testing | Personal Knowledge<br><br>Internal Communications With:<br>  • Daniel Kolta<br><br>Review of Key Documents:<br>  • UBER_JCCP_MDL_001733185<br>  • UBER_JCCP_MDL_001741172<br>  • UBER_JCCP_MDL_004642223<br>  • UBER_JCCP_MDL_002707202 |
| 11. **How much Uber paid** each nonprofit, individually and in the aggregate, for work on S-RAD. | • Nonprofits - None.<br>• ORCAA: ~ ████████<br>• Max Bazerman: ████████ donated. | Internal Communications With:<br>  • Daniel Kolta<br><br>Review of Key Documents:<br>  • UBER-MDL3084-000082281 |
| 12. Nonprofits from whom Uber sought **endorsement** of S-RAD and the nature/content of the endorsements proposed or discussed. | **2020 Targeted for Public Statements:**<br><br>• <u>Safety</u> - Uber's commitment to safety<br>    ○ NNEDV; NAESV; ████████<br><br>• ███████████████████████████████████████████<br><br>• ████████████████████ | Review of Key Documents:<br>  • UBER_JCCP_MDL_003342905 |
| 13. **Info Uber shared** with nonprofits about S-RAD, trigger rate, threshold. | • 2019<u>:</u> Variables utilized; safety potential; use of gender; algorithmic bias and monitoring for discrimination; user transparency regarding gender, ethnicity, demographic data<br><br>• 2022: Variables utilized; safety potential; results from fairness testing (re: driver earnings, ETAs, 1-star trips) | Internal Communications With:<br>  • Daniel Kolta<br><br>Review of Key Documents:<br>  • UBER_JCCP_MDL_000172488<br>  • UBER_JCCP_MDL_000168086 |

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Marketing and Public Relations | | |
|---|---|---|
| **Topics** | **Information** | **Methodology/Source of Information** |
| 14. Nonprofits that **endorsed, commented on, publicized, or made statements in support** of Uber; content; and how the statements/comments were arranged or procured.<br><br>15. **Docs, communications, and info provided to** the nonprofits that endorsed, commented on, publicized, or made statements in support of Uber concerning the true rate of SA/SM on the Uber platform or the S-RAD threshold.<br><br>16. **Uber's role in drafting** social media posts, press releases, white papers, or publications made or issued by each Nonprofit related to Uber, S-RAD, or the rate of SA/SM in Uber or the rideshare industry generally. | <u>Limitation</u>: The below list includes representative examples of nonprofit organizations that have made public statements in support of or in partnership with Uber, located after reasonable searches and discussions with members of Uber's internal communications team.  The below list is not intended to be exhaustive and does not capture every nonprofit that has ever publicly supported Uber or every statement that has ever been made by a nonprofit in support of Uber.<br><br><u>**Women's Safety**</u><br>● RAINN<br>    ○ RAINN Webpage, Tips for Safe Ridesharing (Uber)<br>    ○ Comment from RAINN, *Uber Reports More than 3,000 Sexual Assaults on 2018 Rides* (Dec. 6, 2019)<br>● NSVRC<br>    ○ 2017-2018 U.S. Safety Report, Foreword by Karen Baker<br>    ○ NSVRC/Raliance White Paper<br>    ○ Comment from Karen Baker, *Uber Reveals Extent of Sexual Assault Problem: Thousands of Abuse Reports Per Year* (Dec. 5, 2019)<br>● Raliance<br>    ○ NSVRC/Raliance White Paper<br>● NNEDV<br>    ○ 2017-2018 Safety Report Tweet (Dec. 5, 2019)<br>    ○ *The National Network to End Domestic Violence Commends Uber on its U.S. Safety Report* (Dec. 5, 2019)<br>    ○ Uber and NNEDV, *Using Uber: Safety & Privacy Considerations for Survivors* (Mar. 2023)<br>● DC Rape Crisis Center<br>    ○ 2019-2020 U.S. Safety Report, Foreword by Indira Henard<br>    ○ Indira Henard Quote, *Uber Releases New Safety Report, Reveals Thousands of Incidents During Rides* (Feb. 11, 2020)<br>    ○ Indira Henard Quote, *Uber Says Sexual Assaults Are Down, But Rate of Traffic Deaths Is Up* (June 30, 2022)<br><br><u>**Bystander Intervention**</u><br>● NO MORE<br>    ○ Uber and NO MORE, Don't Stand By Campaign<br>    ○ <u>Comment from NO MORE</u>, *<u>Don't Stand By: Uber, LAPD, No More Join Forces in New Campaign to Help Stop Sexual Assault</u>* (Feb. 14, 2019) | Personal Knowledge<br><br>Internal Communications With:<br>● Andrew Hasbun<br>● Gabriela Condarco-Quesada<br>● Meghan Casserly<br>● Kristin Smith<br>● Sarah Cassanovas<br>● Brianna Gilmore<br>● Kristen Larson<br><br>Review of Key Documents:<br>● Safety Report Comments/Statements<br>    ○ UBER_JCCP_MDL_000083883<br>    ○ UBER_JCCP_MDL_000561081<br>    ○ UBER_JCCP_MDL_000064830<br>    ○ UBER_JCCP_MDL_004722198<br>    ○ UBER_JCCP_MDL_002054713<br>    ○ UBER_JCCP_MDL_002340273<br>    ○ UBER_JCCP_MDL_002340249<br>    ○ UBER_JCCP_MDL_002029495<br>    ○ UBER_JCCP_MDL_000124113<br>    ○ UBER_JCCP_MDL_000483530<br>    ○ UBER_JCCP_MDL_000081028<br>    ○ UBER-MDL3084-000088892<br>● Prop 22 Comments/Statements<br>    ○ UBER000018623<br>● ISSP Comments/Statements<br>    ○ UBER_JCCP_MDL_000070329<br>● CPUC Fine Comments/Statements<br>    ○ UBER000021460<br>    ○ UBER_JCCP_MDL_000003926 |

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- ○ Comment from NO MORE, *Uber to Launch New Campaign Targeting Sexual Assault Prevention* (Apr. 4, 2019)

**Campus Safety**
- It's On Us
  - ○ *Match Group & Uber Team Up with 'It's On Us' to Empower College Students to Date Safely* (Sept. 16, 2024)

**Human Trafficking**
- EPCAT / ECPAT USA (PACT)
  - ○ *Uber Announces Partnership with EPCAT-USA* (Apr. 20, 2016)
  - ○ *Uber Partners with EPCAT-USA to Help Combat Human Trafficking*
  - ○ *Uber Continues the Fight Against Human Trafficking* (July 30, 2019)
- Polaris
  - ○ *Combatting Human Trafficking Through Continuous Education* (Jan. 27, 2022)

**Drinking and Driving Prevention**
- MADD
  - ○ *MADD, Anheuser-Busch and Uber Join Forces to Help End Drunk-Driving - Launching a First-of-its-Kind Coalition*
  - ○ *Uber Signs On as First Mover of USDOT's Call to Action for Road Safety* (Feb. 2, 2023)
  - ○ *MADD and Uber Join Forces to Raise Essential Funds During Impaired Driving Prevention Month to Fight Impaired Driving* (Dec. 17, 2024)
  - ○ *MADD and Uber Partner to Launch Lifesaving Campaign During Alcohol Awareness Month* (Apr. 1, 2025)
  - ○ *MADD Urges Drivers to Plan Ahead and Never Drive Impaired This Thanksgiving Holiday, One of the Busiest and Most Dangerous Times of Year on the Roads* (Nov. 19, 2025)
  - ○ *MADD Launches Year-End Fundraising Campaign with $50,000 Matching Gift from Uber* (Nov. 24, 2025)
- Anheuser-Busch
  - ○ *MADD, Anheuser-Busch and Uber Join Forces to Help End Drunk-Driving - Launching a First-of-its-Kind Coalition*

**Teens**
- National PTA
  - ○ *National PTA and Uber Team Up to Promote Youth Safety and Advocacy* (Mar. 21, 2024)
  - ○ *How Uber Teen Accounts Help Families Thrive* (May 20, 2025)
- Safe Kids Worldwide
  - ○ Safe Kids Worldwide Safety Tips for Teen Accounts (2023)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- ○ *How Uber Teen Accounts Help Families Thrive* (May 20, 2025)

**Privacy**
- Center for Democracy and Technology
  - ○ *Uber's Safety Report Pushes Transparency Into New (and Very Welcome) Territory* (Dec. 6, 2019)
  - ○ Smart Enough Cities: Governments That Seek Mobility Data Must Respect Individual Privacy (June 2020)
- Future of Privacy Forum (FPF)
  - ○ *Uber and Location Permission* (Dec. 7, 2016)
  - ○ *Privacy Best Practices for Rideshare Drivers Using Dashcams Infographic* (Feb. 3, 2020)
- International Association of Privacy Professionals
  - ○ *Uber's CPO on Embracing the Challenge of Privacy* (Oct. 19, 2020)

**Road Safety**
- Governors Highway Safety Association
  - ○ *Uber Eats and the Governors Highway Safety Association Team Up for Delivery Partner Safety* (Oct. 11, 2019)
  - ○ *Founding Partners of National Seat Belt Day Come Together to Encourage Seat Belt Usage* (Nov. 12, 2020)
  - ○ *Uber Signs On as First Mover of USDOT's Call to Action for Road Safety* (Feb. 2, 2023)
  - ○ Uber and GHSA Partnership (Dec. 5, 2024)
- League of American Bicyclists
  - ○ *Uber Signs On as First Mover of USDOT's Call to Action for Road Safety* (Feb. 2, 2023)
- Global Alliance of NGOs for Road Safety
  - ○ *New Partnership Aims to Save Lives Through Greater Availability of Safe, Affordable Motorcycle Helmets* (Nov. 27, 2023)
  - ○ *New Publication Explores Challenges Faced by Motorcycle Riders in Choosing a Helmet That Will Protect Them* (Feb. 13, 2025)
- FIA Road Safety Index
  - ○ *Uber Receives Highest Rating for Road Safety from FIA* (Feb. 17, 2025)

**Disability Rights**
- National Federation of the Blind
  - ○ *Transportation at Your Fingertips* (July 8, 2015)
  - ○ *Supporting Riders with Service Animals* (Feb. 3, 2025)
- American Council of the Blind
  - ○ *Supporting Riders with Service Animals* (Feb. 3, 2025)
  - ○ *American Council of the Blind Hosts 2026 DC Leadership Conference to Advocate for Key Issues Affecting People Who Are Blind or Have Low Vision* (Mar. 16, 2026)
- The Seeing Eye
  - ○ *Seeing Eye and Uber Team Up for Educational Event* (Apr. 26, 2024)

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|  |  |  |
|---|---|---|
|  | ○ *Supporting Riders with Service Animals* (Feb. 3, 2025)<br><br>**Seniors Rights**<br>● Global Initiative of Ageing and Longevity<br>  ○ *GIA Longevity Partners with Uber to Advance Mobility Solutions for Aging Populations* (Apr. 29, 2025)<br>  ○ Comment by the Global Initiative of Ageing and Longevity, *Uber Launches New Ways for Older Adults to Simplify the Ride Booking Process* (June 4, 2025)<br>● GoGo Grandparent<br>  ○ Uber Rides for Seniors: Your Reliable & Simple Ride Connection with GoGo |  |

| Nonprofit Involvement in Uber's Safety Features | | |
|---|---|---|
| **Topics** | **Information** | **Methodology/Source of Information** |
| 17. Any nonprofit that Uber claims **endorsed or approved** the safety, efficacy, or adequacy of any safety features.<br><br>18. Any nonprofit that **conceived of, came up with, or otherwise assisted in the development or design** of any safety features.<br><br>19. For each nonprofit that endorsed the safety, efficacy, or adequacy of any safety features, or conceived of, came up with, or assisted in the design/development of them, **the documents and info Uber provided to them** to form the basis for those endorsements.<br><br>20. For each nonprofit that endorsed the safety, efficacy, or adequacy of any safety features, or conceived of, came up with, or otherwise assisted in the design or development of such safety feature(s), the **documents and information the nonprofit provided to Uber** regarding the features. | <u>Limitation</u>: The below list includes representative examples of nonprofit organizations who consulted with Uber on certain safety features, located after reasonable searches and discussions with internal Uber employees. The below list is not intended to be exhaustive and does not capture every nonprofit that Uber spoke to regarding every safety feature.<br><br><br><br>**Rider ID Verification**<br>● <u>Groups</u>: Center for Democracy & Technology, Unidos US, Future of Privacy Forum, NAACP | Personal Knowledge<br><br>Review of Key Documents:<br>● UBER_JCCP_MDL_000006183<br>● Dashcam Guide for Drivers (2022)<br>● UBER_JCCP_MDL_000518601<br>● UBER000202645<br>● UBER_JCCP_MDL_000044408<br>● UBER_JCCP_MDL_003504986<br>● UBER_JCCP_MDL_005644074<br>● UBER_JCCP_MDL_002277260 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Safety Advisory Board | | |
|---|---|---|
| **Topics** | **Information** | **Methodology/Source of Information** |
| 21. Identities of all SAB members at all times; how much Uber paid members annually and in total; job duties; and what internal information they had access to regarding Uber's safety profile and Uber's safety record.<br><br>22. All powers and authority delegated to the SAB, and whether the SAB and/or its members had the ability to override, veto, or vote on any safety related decisions at Uber. | <u>**Members:**</u><br><br>**John Barton**<br>● Executive Director, Texas A&M RELLIS<br>● Former Deputy Executive Director, Texas Department of Transportation<br>● <u>Tenure</u>: 2015-██<br><br>**Rob Chestnut**<br>● General Counsel, Global Head of Policy, Watershed<br>● Former General Counsel and Chief Ethics Officer, Airbnb Inc.<br>● Former Senior Vice President and General Counsel, Chegg<br>● Former Senior Vice President, Trust and Safety, eBay<br>● <u>Tenure</u>: 2015-██<br><br>**Ed Davis**<br>● Former Boston Police Commissioner<br>● <u>Tenure</u>: 2015-██<br><br>**Jessica Eaglin**<br>● Professor of Law, Cornell University Law School<br>● Former Associate Professor of Law, Indiana University, Maurer School of Law<br>● Former Counsel, Justice Program, Brennan Center's Justice at NYU School of Law<br>● <u>Tenure</u>: 2015-██<br><br>**Margaret Richardson**<br>● Chief Marketing and Corporate Affairs Officer, GoFundMe<br>● Former Head of Trust & Safety, Apple<br>● Former Vice President of Trust & Safety, Airbnb<br>● Former Of Counsel, Covington & Burling<br>● Former Chief of Staff to U.S. Attorney General Eric Holder<br>● <u>Tenure</u>: 2015-██<br><br>**Cindy Southworth**<br>● Head of Women's Safety, Meta<br>● Former Executive Vice-President, National Network to End Domestic Violence<br>● Founder of the Safety Net Technology Project | Personal Knowledge<br><br>Internal Communications With:<br>● Jen Handley<br><br>Review of Key Documents:<br>● Announcing Uber's U.S. Safety Advisory Board<br>● Uber's Campus Safety Initiative<br>● Getting Serious About Safety<br>● Uber's Safety Advisory Board<br>● Uber 2026 Proxy Statement<br>● UBER_JCCP_MDL_000879676<br>● UBER_JCCP_MDL_001114732<br>● UBER_JCCP_MDL_002732623<br>● UBER_JCCP_MDL_002732622<br>● UBER_JCCP_MDL_004807153<br>● UBER_JCCP_MDL_000253617<br>● UBER_JCCP_MDL_000898391<br>● UBER_JCCP_MDL_003672240<br>● UBER_JCCP_MDL_001992551<br>● UBER_JCCP_MDL_005584315<br>● UBER_JCCP_MDL_002022728<br>● UBER_JCCP_MDL_002401748<br>● UBER_JCCP_MDL_002996761<br>● UBER_JCCP_MDL_002341006<br>● UBER_JCCP_MDL_003732072<br>● UBER_JCCP_MDL_005598111<br>● UBER_JCCP_MDL_003344109<br>● UBER_JCCP_MDL_003729737<br><br>Engagement Agreements:<br>● UBER_JCCP_MDL_005566884<br>● UBER_JCCP_MDL_005566892<br>● UBER_JCCP_MDL_002309783<br>● UBER_JCCP_MDL_002309779 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- Board Member of the Global Network of Women's Shelters
- <u>Tenure</u>: 2015-█████

**Ebony Tucker**
- Head of Women's and Personal Safety Policy, Uber
- Former Head of Outreach and Partnerships, Global Lead for Exploitation and Abuse
- Former Executive Director, Raliance
- Former Advocacy Director, National Alliance to End Sexual Violence
- Former Executive Director, Louisiana Foundation Against Sexual Assault
- Former Associate Executive Director, Florida Council Against Sexual Violence
- <u>Tenure</u>: ██████████

**Mark Sullivan**
- Former Director, United States Secret Service
- <u>Tenure</u>: ██████████

**Jeh Johnson**
- Former Secretary of Homeland Security
- Former General Counsel, Department of Defense
- Former General Counsel, US Department of the Air Force
- Former Assistant U.S. Attorney, Southern District of New York
- Former Partner, Paul, Weiss, Rifkind, Wharton & Garrison, LLP
- <u>Tenure</u>: 2018-Present



**Roberta Jacobson**
- Former US Ambassador to Mexico
- Special Assistant to President Biden for the Southwest Border on the National Security Council
- ██████████

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Harris Pastides**
- Former President, University of South Carolina
- Former Dean of the Arnold School of Public Health
- Trustee, American Medical Association
- <u>Tenure</u>: ███████

**John Pistole**
- President Emeritus, Anderson University
- Former Deputy Director, Federal Bureau of Investigation
- Former Head of the Transportation Security Administration
- <u>Tenure</u>: 2019-Present

**Tho Bella Dinh-Zarr**
- Senior Advisor, Traffic Injury Research Foundation
- Senior Advisor and Former U.S. Director and Road Safety Director, FIA Foundation
- Former 42nd Member, Vice Chair, and Acting Chairman of the National Transportation Safety Board
- Former Co-Chair, UN NGO Committee on Sustainable Development
- <u>Tenure</u>: ███ Present

**Erica Olsen**
- Assistant Vice President of Programs and Partnerships, National Network to End Domestic Violence
- <u>Tenure</u>: ███ Present

**M. Claire Jarashow**
- Founder and President, Unfathomable Health
- Science and Technology Advisor, Advanced Research Projects Agency for Health
- Former Director of Strategic Partnerships, The Public Health Company
- Former Director of the Vaccine Preventable Disease Control Program, Los Angeles County Department of Public Health
- Former Chief of Epidemiology and Data for the Communicable Disease Control Division, Los Angeles County Department of Public Health
- <u>Tenure</u>: 2021-Present

**Indira M. Henard**
- President and CEO, DC Rape Crisis Center
- <u>Tenure</u>: ███ Present

**Honorable Janet DiFiore**
- Former Chief Judge of the Court of Appeals and of the State of New York

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- Former Westchester County District Attorney
- Tenure: 2023-Present

**John Henshaw**
- President, John Henshaw and Associates
- Former Head of the Occupational Safety and Health Administration
- Tenure: 2024-Present

**Pamela Zaballa**
- Chief Executive Officer, NO MORE
- Tenure: ▮▮▮ Present

**Examples of Topics Discussed with SAB:**



**Payment**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- Each member of the SAB receives ███████████████████████████ with the exception of Chairman Jeh Johnson, who receives ████████
- ████████████████████████████████████████████████
- Uber spends approximately ████████████ depending on how many members sit on the Board at a given time.

**Job Duties and Power/Authority Delegated**
- ████████████████████████████████████████

12