Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFEDANTS' STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [JOINT PTO-8 LETTER REGARDING NONPROFIT DEPOSITIONS]**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

1

[PROPOSED] ORDER

Case No. 3.23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Joint PTO 8 Letter Regarding Non-Profit Depositions], the Court hereby **ORDERS** that there is good cause to seal the following portions of the documents as requested in Uber's Statement:

| Document | Description | Portions to Be Sealed |
|---|---|---|
| Ex. A to Joint Letter | Excerpts of the June 4, 2026 30(b)(6) Deposition of Emilie Boman | All[1] |
| Ex. B to the Joint Letter | Deposition Aid used at the June 4, 2026 30(b)(6) Deposition of Emilie Boman | Portions of pp. 1-3, 7-12 |
| Joint Letter | Quotations or descriptions of portions of Ex. A | Portions at 1-2, 4 |

**IT IS SO ORDERED.**

DATED:_____        By:_____
                                          Hon. Lisa J. Cisneros
                                          United States Magistrate Judge

---

[1]   The Court agrees to maintain Exhibit A, and the corresponding redactions to the Joint Letter, under seal on an interim basis pending completion of the deposition designation process.