TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *H.K. v. Uber Technologies, Inc., et al.* <br> Case No. 3:25-cv-1031-CRB | **MDL No. 3084 CRB** <br> Hon. Charles R. Breyer <br><br> **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD; SUPPORTING MEMORANDUM** <br><br> Date: August 7, 2026 <br> Time: 10:00 am <br> Courtroom 6 |

TO ALL PARTIES: **PLEASE TAKE NOTICE** that on August 7, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Charles R. Breyer, Judge of the United States District Court, located at 450 Golden Gate Avenue, Courtroom 6, 17th Floor, San Francisco, California 94102, Plaintiff's counsel, Tracey B. Cowan and Clarkson Law Firm, P.C., ("Clarkson") will move the Court for leave to withdraw from representation of H.K. ("Plaintiff" or "Plaintiff H.K." herein).

This Motion is made pursuant to N.D. Cal. Civ. L.R. 11-5(a). This Notice of Motion &

Motion is based on the below Memorandum in Support and the accompanying Declaration of Tracey B. Cowan ("Decl.").

Dated: June 25, 2026                        Respectfully submitted,

                                            By: */s/ Tracey B. Cowan*
                                            Tracey B. Cowan
                                            tcowan@clarksonlawfirm.com
                                            Clarkson Law Firm, P.C.
                                            633 Howard Street
                                            San Francisco, CA 94105
                                            Telephone: (213) 788-4050

                                            Ryan J. Clarkson
                                            rclarkson@clarksonlawfirm.com
                                            Clarkson Law Firm, P.C.
                                            22525 Pacific Coast Highway
                                            Malibu, CA 90265
                                            Telephone: (213) 788-4050

                                            *Attorneys for Plaintiff*

NOTICE OF MOTION & MOTION                        CASE NO. 25-cv-1031-CRB_____
TO WITHDRAW AS COUNSEL

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

Pursuant to N.D. Cal. Civ. L.R. 11-5(a), Clarkson submits this Memorandum of Law in support of its Motion to Withdraw as Counsel for Plaintiff H.K. Withdrawal is required because Plaintiff passed away on May 28, 2025, terminating the attorney-client relationship and Clarkson's agency authority as a matter of law. Clarkson respectfully requests the Court grant the Motion.

**STATEMENT OF FACTS**

Clarkson should be permitted to withdraw as counsel for Plaintiff. An attorney may withdraw from a case by obtaining an order from the court after reasonable advance written notice has been provided to the client and to all other parties. N.D. Cal. Civ. L.R. 11-5(a). Plaintiff H.K. passed away on May 28, 2025. Declaration of Tracey Cowan ISO Motion to Withdraw ("Decl.") ¶ 4. Counsel received notice of her possible passing and confirmed same in early 2026, receiving her death certificate in March 2026. *Id.* Plaintiff died intestate, with no will and no personal representative or administrator appointed to her estate. Decl. ¶ 7. The attorney-client relationship has therefore terminated as a matter of law. Clarkson has no authority to continue litigating this matter, move for substitution, or take further action on behalf of the estate. *See Borges v. Walmart Inc.*, No. 2:25-CV-00690-MCS-MAA, 2025 WL 2946984, at *1 (C.D. Cal. Aug. 15, 2025) (finding counsel for a deceased plaintiff lacked authority to file motions on the plaintiff's behalf; *see also In re Lanza's Est.*, 229 Cal. App. 2d 720, 724 (Ct. App. 1964) ("As a general rule the authority of an attorney to act for his client normally ends with the client's death."); Decl. ¶¶ 2– 6. Clarkson has notified Plaintiff's son, the only known potential heir to Plaintiff, of this withdrawal. Decl. ¶ 7. Given the nature of the claims—arising out of an assault on Plaintiff by an Uber driver—and the absence of any appointed representative, no substitution of a successor in interest is anticipated. Decl. ¶ 6.

Clarkson is simultaneously filing a Suggestion of Death for the purpose of notifying the Court and all parties of Plaintiff's death pursuant to Fed. R. Civ. P. 25. Decl. ¶ 8. Clarkson does not contend that its filing triggers the 90-day substitution period under Rule 25(a)(1). *See Rende v. Kay,* 415 F.2d 983, 984 (D.C. Cir. 1969) (a suggestion of death that is "neither filed by nor

identif[ying] a successor or representative of the deceased, such as an executor or administrator" is "ineffective to trigger the running of the 90-day period") (cited approvingly in *Gilmore v. Lockard*, 936 F.3d 857, 865–66 (9th Cir. 2019)); *see also Hightower v. Birdsong*, No. 15-CV-03966-YGR (PR), 2018 WL 4005374, at *4 (N.D. Cal. Aug. 17, 2018) (finding the attorney who filed the statement of their client's death, "had no continuing authority to represent the now-deceased client, is ***not a party*** to this action and is not the legal representative of [their client's estate]. Therefore, the statement of death she filed did not satisfy Rule 25(a)."). Accordingly, Clarkson has concurrently notified counsel for Defendants of Plaintiff's death and requested that Defendants file their own suggestion of death as a party under Rule 25(a), which would validly trigger the 90-day period. *Id.* at ¶ 8. On May 29, 2026, Clarkson gave counsel for Defendants notice of its intent to withdraw. Decl. ¶ 9.

Because no substitution is anticipated given the nature of Plaintiff's claims and the action will ultimately be subject to dismissal pursuant to Fed. R. Civ. P. 25(a)(1) once a party files a valid suggestion of death triggering the 90-day period, Clarkson does not anticipate further service of litigation papers on Plaintiff's potential heirs. Decl. ¶¶ 8-9, 11. Should the Court require ongoing service obligations pending ruling on this motion, Clarkson will comply with N.D. Cal. Civ. L.R. 11-5(b). *Id.* at ¶ 11.

## CONCLUSION

Clarkson respectfully requests that the Court enter an order terminating its representation of Plaintiff H.K., as the attorney-client relationship has been extinguished by Plaintiff's death. Clarkson further requests that the Court take note that Clarkson has notified counsel for Defendants of Plaintiff's death and requested that Defendants file a suggestion of death as a party pursuant to Fed. R. Civ. P. 25(a), which would validly trigger the 90-day substitution period and ultimately lead to dismissal of this action.

Dated: June 25, 2026                    Respectfully submitted,

By: */s/ Tracey B. Cowan*
TRACEY B. COWAN (Cal Bar No. 250053)
CLARKSON LAW FIRM, P.C.

633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050
Email: tcowan@clarksonlawfirm.com

RYAN J. CLARKSON (Cal Bar No. 257074)
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com

*Counsel for Plaintiff*

NOTICE OF MOTION & MOTION
TO WITHDRAW AS COUNSEL

CASE NO. 25-cv-1031-CRB_____

Case 3:23-md-03084-CRB   Document 6674   Filed 06/25/26   Page 6 of 6

**CERTIFICATE OF SERVICE**

I, Tracey Cowan, hereby certify that I caused to be served the attached Notice of Motion and Motion to Withdraw as Counsel, and Supporting Memorandum and Declaration of Tracey Cowan in Support of Motion to Withdraw on June 25, 2026, by first class U.S. Mail and email, addressed to Plaintiff's son and only known potential heir.

I also hereby certify that on June 25, 2026, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Executed in San Rafael, California on June 25, 2026.

*s/Tracey Cowan*
Tracey Cowan

NOTICE OF MOTION & MOTION
TO WITHDRAW AS COUNSEL

CASE NO. 25-cv-1031-CRB_____