TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB**<br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*H.K. v. Uber Technologies, Inc., et al.*<br>Case No. 3:25-cv-1031-CRB | **DECLARATION OF TRACEY B. COWAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Date: August 7, 2026<br>Time: 10:00 a.m.<br>Courtroom 6 |

I, Tracey B. Cowan, declare as follows:

1.      I am a partner of Clarkson Law Firm, P.C. ("Clarkson") and am licensed to practice law in the State of California, and I am a member in good standing of the State Bar of California. I am the attorney of record for the Plaintiff. I am over the age of eighteen and have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as to such facts.

2.      Plaintiff H.K. ("Plaintiff" and "H.K.") signed a retainer agreement with my firm

NOTICE OF MOTION & MOTION
TO WITHDRAW AS COUNSEL

CASE NO. _25-cv-1031-CRB_____

on or about January 4, 2025.

3.     We filed this action on January 31, 2025, at our client's behest.

4.     Plaintiff H.K. passed away on May 28, 2025, in Honolulu, Hawaii. I received notice of her possible passing and confirmed same in early 2026, receiving her death certificate in March 2026. If the Court requires, Clarkson can and will submit a true and correct copy of the Certificate of Death for *in camera* review.

5.     The attorney-client relationship and my firm's agency authority terminated by operation of law upon Plaintiff's death. Accordingly, withdrawal from representation is required, and my firm has no authority to take any further action on behalf of Plaintiff's estate.

6.     Plaintiff died intestate, with no will and no personal representative or administrator appointed to her estate. Given the nature of the claims asserted—arising out of an assault on Plaintiff by an Uber driver—and the absence of any appointed representative, no substitution of a successor in interest is anticipated, and no motion for substitution is expected to be filed.

7.     Clarkson has notified Plaintiff's son, who is the only known potential heir of Plaintiff of Clarkson's intent to withdraw and dismiss this action. Notice was provided by U.S. mail and email on or about June 25, 2026.

8.     Clarkson is simultaneously filing a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25 for the purpose of notifying the Court and all parties of Plaintiff's death. Clarkson has concurrently notified counsel for Defendants of Plaintiff's death and requested that Defendants file their own suggestion of death as a party under Rule 25(a).

9.     On May 29, 2026, Clarkson gave counsel for Defendants advance notice of its intent to withdraw and dismiss this action.

10.     Clarkson will comply with N.D. Cal. Civ. L.R. 11-5(b) as the Court directs.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, that if called as a witness, I could competently testify thereto, and that this declaration is executed in San Rafael, California on this 25th day of June, 2026.

*s/ Tracey Cowan*
Tracey Cowan

NOTICE OF MOTION & MOTION                                    CASE NO. _25-cv-1031-CRB_____
TO WITHDRAW AS COUNSEL

**<u>CERTIFICATE OF SERVICE</u>**

I, Tracey Cowan, hereby certify that I caused to be served the attached Notice of Motion and Motion to Withdraw as Counsel, and Supporting Memorandum and Declaration of Tracey Cowan in Support of Motion to Withdraw on June 25th, 2026, by first class U.S. Mail and email, addressed to Plaintiff's son and only known potential heir.

I also hereby certify that on June 25, 2026, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Executed in San Rafael, California on June 25, 2026.

*s/Tracey Cowan*
Tracey Cowan

NOTICE OF MOTION & MOTION                           CASE NO. _25-cv-1031-CRB_____
TO WITHDRAW AS COUNSEL