TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **SUGGESTION OF DEATH** |
| | Honorable Charles R. Breyer |
| This Document Relates to: | |
| *CLF H.K. v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-1031-CRB | |

Pursuant to Federal Rule of Civil Procedure 25(a), the undersigned hereby notifies the Court that Plaintiff CLF H.K. died on May 28, 2025. Undersigned counsel does not contend that this filing triggers the 90-day substitution period under Rule 25(a)(1). Counsel has concurrently notified counsel for Defendants of Plaintiff's death and requested that Defendants file their own suggestion of death as a party pursuant to Rule 25(a), which would validly trigger the 90-day substitution period upon proper service. Counsel for Plaintiff is also separately filing a motion to withdraw.

DATED: June 25, 2026                    Respectfully submitted,

                                        s/ *Tracey B. Cowan*
                                        Tracey B. Cowan

SUGGESTION OF DEATH

tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050

Ryan J. Clarkson
rclarkson@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiff*

SUGGESTION OF DEATH

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

s/ *Tracey B. Cowan*
Tracey B. Cowan

SUGGESTION OF DEATH