C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 293 v. Uber Technologies, Inc., et al., No. 3:26-cv-02510-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Date:  July 17, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |

## I.   INTRODUCTION

On June 12, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a trip receipt or ride form in connection with Pretrial Order ("PTO") 5. (Doc. 6468). Counsel acknowledges and understands that under PTO 5, the court created procedures and deadlines to produce a bona fide trip receipt, or in the alternative complete a form that identifies information Defendants can utilize to find the referenced ride, along with an explanation for its unavailability. (Doc. 175, at 2-3).

-1-

**ARGUMENT**

Counsel has worked diligently in reaching the above referenced claimant, including alternate contact information, various methods of outreach such as text, email, and mailing. Counsel is continuing in our efforts to reach the client as described in the attached Declaration and will continue to do so.

**II.  CONCLUSION**

For the foregoing reasons, Counsel respectfully requests that Counsel be given additional time to produce the information required, as Counsel continues to follow up in various methods to locate and reach her.

Dated: June 26, 2026                         CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiff*

-1-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: June 26, 2026                    CUTTER LAW P.C.

                                        By:   */s/ Jennifer S. Domer*

                                        C. Brooks Cutter (SBN 121407)
                                        Jennifer S. Domer (SBN 305822)
                                        Celine Cutter (SBN 312622)
                                        **CUTTER LAW P.C.**
                                        401 Watt Avenue
                                        Sacramento, CA 95864
                                        Telephone: 916-290-9400
                                        Facsimile: 916-588-9330
                                        Email: bcutter@cutterlaw.com
                                                jdomer@cutterlaw.com
                                                ccutter@cutterlaw.com

                                        *Attorneys for ROE CL Plaintiff*

-2-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS