C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** |
| *Jane Roe CL 293 v. Uber Technologies, Inc., et al., No. 3:26-cv-02510-CRB* | |
| | Date: July 17, 2026 |
| | Time: 10:00 a.m. |
| | Courtroom:  6 – 17th Floor |

I, Jennifer S. Domer, declare as follows:

1.      I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for all filed Roe CL claimants. I have personal knowledge of the matters set forth herein, and if called to testify, I would testify competently as to the information below.

2.      This declaration is made in support of the Opposition to Defendants' Motion to Dismiss.

3.      Counsel's firm has made extensive efforts to reach the client listed on Exhibit A,

-1-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

subject to Defendants' Motion to Dismiss.

4. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Through the database searches.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 26, 2026, in Sacramento, California.

Dated: June 26, 2026                    CUTTER LAW P.C.

                                        By:    /s/ Jennifer S. Domer

                                             Jennifer S. Domer

                                             *Attorney for Roe CL Plaintiff*

-2-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS