Sommer Luther (*pro hac vice*)
sluther@wagstafflawfirm.com
Wagstaff Law Firm
940 Lincoln St.
Denver, CO 80203
Telephone: 303-376-6360
Facsimile: 888-875-2889

*Attorney for Plaintiff B.L.*

[Additional counsel on signature page]

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <hr> This Document Relates to: <br><br> *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Case No. 3:23-md-03084-CRB (LJC) <br><br> **STIPULATION AND [PROPOSED] ORDER RE: ECF NO. 6498** <br><br> Hon. Lisa J. Cisneros <br> Courtroom: G – 15th Floor |

In response to the Court's order for a status report regarding the parties' discussions of *B.L. v. Uber Technologies, Inc. et al.*, ECF No. 6498, the parties hereby agree and stipulate as follows.

1.	The parties continue to meet and confer on various issues regarding this case, including Uber's Motion for Sanctions.

2.	Judge Breyer has stayed discovery, stayed the sanctions motion, and removed this case from the bellwether pool. ECF No. 6467.

3.	Thus, the parties agree that there is good cause to extend the deadline to file a joint status report for 45 days to facilitate further discussion.

4.	The parties respectfully request that the Court enter the proposed order, which requires the

filing of a joint status report regarding the parties' discussions on or before August 10, 2026.

Dated:  June 26, 2026                                    So stipulated.


                                                        /s/ Sommer D. Luther
                                                        Sommer D. Luther
                                                        Wagstaff Law Firm
                                                        940 N. Lincoln Street
                                                        Denver, CO 80203


                                                        Attorney for Plaintiff B.L.


                                                        /s/ Michael Vives
                                                        Michael Vives
                                                        Kirkland & Ellis, LLP
                                                        601 Lexington Ave.
                                                        New York, NY 10022


                                                        Attorney for Uber Defendants

**[PROPOSED] ORDER**

Pursuant to stipulation, the parties' deadline to file a status report on their discussions is extended 45 days. The parties shall file a status report on or before August 10, 2026.

**IT IS SO ORDERED.**

Dated: _____                     _____
                                        Hon. Lisa J. Cisneros
                                        United States Magistrate Judge

**Filer's Attestation**

I, Sommer D. Luther, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: June 26, 2026                                    */s/ Sommer D. Luther*
                                                        Sommer D. Luther