# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

## Northern District of California

### CIVIL MINUTES

| Date: June 25, 2026 | Time: 10:45 a.m.-11:55 a.m. | Judge: LISA J. CISNEROS |
|---|---|---|
| Case No.: 3:23-md-03084-CRB | Case Name: In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Beth Wilkins, Chaffin Luhana LLP and Tiffany Ellis, Peiffer Wolf Carr Kane Conway & Wise, LLP, counsel for Plaintiffs.

**For Defendants:** Christopher Cox and Alli Brown, Kirkland & Ellis LLP, Michael Shortnacy, Shook, Hardy & Bacon L.L.P., counsel for Defendants

**Deputy Clerk:** Brittany Sims                    **Reported by:** Stephen Franklin

### PROCEEDINGS

Discovery Status Conference held. The Court heard argument regarding deadlines for production of documents from additional custodians and for supplementing certain custodians' production through 2025 and took those matters under submission. Uber suggested that it might be able to complete Emilie Boman's document production by July 31, 2025, and that it might be willing to commit not to call certain witnesses at the upcoming bellwether trials.

The Court ordered Uber to complete production of 2025 Flack data no later than June 30, 2026, as it had represented it would do. The Court directed the parties to meet and confer as to which experts may have access to personally identifying information (PII) within Bliss and Jira data. The Court ordered Uber to produce 2025 Bliss and Jira data no later than July 23, 2026, with PII unredacted if needed.

Uber acknowledged the Court's previous order setting a June 30 deadline to produce updated tables of incident data and raised no argument regarding that deadline.

The Court directed the parties to meet and confer by June 26 regarding a dispute that Plaintiff initiated through the PTO 8 process.

Plaintiffs requested weekly status conferences going forward, which the Court took under advisement.