**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph A. Pettigrew (CA 236933)
jpettigrew@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Jing-Li Yu (CA 342985)
jyu@scott-scott.com
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334

*Counsel for Derivative Plaintiff*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION ———————————————————— THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL No. 3:23-md-03084-CRB **DERIVATIVE PLAINTIFF POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S STATEMENT IN SUPPORT OF *SUA SPONTE* REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

[Caption continued on next page.]

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of Nominal Defendant UBER TECHNOLOGIES, INC.,

                Plaintiff,

    v.

DARA KHOSROWSHAHI, et al.,

                Defendants,

    – and –

UBER TECHNOLOGIES, INC.,

                Nominal Defendant.

Case No. 3:26-cv-06155-LJC

Pursuant to Civil Local Rules 3-12(c) and (e) and 7-11, Plaintiff Police and Fire Retirement System of the City of Detroit ("Derivative Plaintiff"), respectfully submits this statement in support of Magistrate Judge Cisneros's *Sua Sponte* Referral to Determine Whether Cases Are Related (the "Referral") (ECF No. 6677) to consider whether *Police and Fire Retirement System of the City of Detroit v. Dara Khosrowshahi, et al.*, Case No. 3:26-cv-06155 (N.D. Cal.) (the "Uber Derivative Action"), filed on June 22, 2026, and assigned to the Honorable Magistrate Judge Lisa J. Cisneros, should be related to *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL No. 3:23-md-03084-CRB (N.D. Cal.) (the "Uber MDL").

Under Civil L.R. 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." These criteria are met here.

*First*, the Uber MDL and Uber Derivative Action "concern substantially the same parties, property, transaction, or event." Civil L.R. 3-12(a)(1). Uber Technologies, Inc. ("Uber") is a defendant in the Uber MDL; Uber is a nominal defendant in the Uber Derivative Action. The other defendants in the Uber Derivative Action are directors and officers of Uber, and responsible for Uber's actions and inactions. The underlying wrongdoing of the Uber MDL and Uber Derivative Action is largely the same, boiling down to Uber's culpability regarding the safety of its riders.[1]

*Second*, given that the Uber MDL and Uber Derivative Action share a key defendant and overlap in factual allegations, it is likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Civil L.R. 3-12(a)(2); *see Does 1-3 v. Roblox Corp.*, 2026 WL 446259 at *1 (N.D. Cal. Feb. 17, 2026) (relating cases where they shared the key defendant party and allegations relating to that defendant's conduct). Accordingly, relation will serve the interest of judicial economy and avoid the potential for conflicting results.

---

[1] The Uber Derivative Action, in addition to alleging governance failures regarding sexual assault and harassment, also includes allegations regarding compliance with the Americans with Disabilities Act and various consumer protection statutes.

For these reasons, Derivative Plaintiff respectfully requests that the Uber Derivative Action be related to the Uber MDL pursuant to Civil Local Rule 3-12.

Dated: June 29, 2026

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: /s/ Joseph A. Pettigrew
Joseph A. Pettigrew (CA 236933)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
E-mail: jpettigrew@scott-scott.com

Jing-Li Yu (CA 342985)
Donald A. Broggi
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
E-mail: jyu@scott-scott.com
dbroggi@scott-scott.com

Geoffrey M. Johnson (*Pro Hac Vice* forthcoming)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: 216-229-6088
Facsimile:  216-229-6092
E-mail: gjohnson@scott-scott.com

*Attorneys for Derivative Plaintiff Police and Fire Retirement System of the City of Detroit*

STATEMENT IN SUPPORT OF *SUA SPONTE* REFERRAL TO DETERMINE WHETHER CASES ARE RELATED
MDL No. 3:23-md-03084-CRB

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.  All parties not so registered will be served via e-mail or U.S. Mail.

Executed on June 29, 2026, at Annapolis, Maryland.

/s/ Joseph A. Pettigrew
Joseph A. Pettigrew (CA 236933)

3