**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph A. Pettigrew (CA 236933)
jpettigrew@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Jing-Li Yu (CA 342985)
jyu@scott-scott.com
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334

*Counsel for Derivative Plaintiff Police and Fire Retirement System of the City of Detroit*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3:23-md-03084-CRB |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | **[PROPOSED] ORDER RELATING CASES** |

[Caption continued on next page.]

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of Nominal Defendant UBER TECHNOLOGIES, INC.,

              Plaintiff,

    v.

DARA KHOSROWSHAHI, et al.,

              Defendants,

    – and –

UBER TECHNOLOGIES, INC.,

              Nominal Defendant.

Case No. 3:26-cv-06155-LJC

The Court, having considered Magistrate Judge Cisneros's *Sua Sponte* Referral to Determine Whether Cases Are Related (ECF No. 6677), as well as all statements filed in response thereto, hereby relates *Police and Fire Retirement System of the City of Detroit v. Dara Khosrowshahi, et al.*, Case No. 3:26-cv-06155 (N.D. Cal.), to *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL No. 3:23-md-03084-CRB (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: _____, 2026          _____

Hon. Charles R. Breyer
United States District Court Judge

1