**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

This Document Relates to:

*Jane Doe (J.B.) v. Uber Technologies, Inc., et al.*, No. 3:24-cv-04316-CRB

*T.K. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-09006-CRB

*Jane Doe NLG (GC) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01708-CRB

*Jane Doe NLG (AR) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05902-CRB

*Jane Doe NLG (M.W.) v. Uber Technologies, Inc., et. al.*, No. 3:25-cv-06223-CRB

*P.H. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06840-CRB

*Jane Doe NLG (J.C.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08259-CRB

*Jane Doe NLG (R.R.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09182-CRB

*JLG 227 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10872-CRB

*JLG 240 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00996-CRB

*Knight v. Uber Technologies, Inc., et al.*,
No. 3:26-cv-01692-CRB

## [AMENDED PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).

2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

## EXHIBIT A

| MDL ID | Case Number |
|---|---|
| 1488 | 3:24-cv-04316 |
| 3012 | 3:25-cv-01708 |
| 3750 | 3:25-cv-05902 |
| 3858 | 3:25-cv-06223 |
| 3863 | 3:25-cv-06840 |
| 4109 | 3:25-cv-08259 |
| 4133 | 3:25-cv-09182 |
| 4638 | 3:25-cv-10872 |
| 4885 | 3:26-cv-00996 |
| 4993 | 3:26-cv-01692 |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB