*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | **PLAINTIFFS' NOTICE PURSUANT TO ECF 6676 REGARDING UBER'S SUPPLEMENTAL PRODUCTION OF 2025 CUSTODIAL DOCUMENTS** |
| ALL ACTIONS | Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

PLAINTIFFS' NOTICE PURSUANT TO ECF 6676 REGARDING UBER'S SUPPLEMENTAL PRODUCTION OF 2025 CUSTODIAL DOCUMENTS

Case No. 3:23-MD-03084-CRB

**NOTICE**

Pursuant to ECF 6676, Plaintiffs respectfully submit this Notice identifying two custodians for high priority supplementation and eight custodians for lower priority supplementation.

**I.    Custodians for supplementation by August 15, 2026**

1. Roger Kaiser
2. Sarfraz Maredia

**II.    Custodians for supplementation by October 30, 2026**

1. Mike Akamine
2. Brooke Anderson
3. Cory Frievogel
4. Gus Fuldner
5. Andrew Hasbun
6. Jill Hazelbaker
7. Andi Pimentel
8. Nick Silver

Respectfully Submitted,


By: */s/ Roopal P. Luhana*
ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com
*Co-Lead Counsel for Plaintiffs*

SARAH R. LONDON (SBN 267083)
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: slondon@lchb.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY &
WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com


**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Elizabeth M. Wilkins*

PLAINTIFFS' NOTICE PURSUANT TO ECF 6676 REGARDING UBER'S SUPPLEMENTAL PRODUCTION OF 2025 CUSTODIAL DOCUMENTS

Case No. 3:23-MD-03084-CRB