ALEXANDRA WALSH (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
14 Ridge Square NW, Suite 342
Washington, DC 20016
Telephone: 202.780.3014
Facsimile: 202.735.2211
Email: awalsh@anapolweiss.com

HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
6060 Center Drive 10th Floor,
Los Angeles, CA 90045
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL: No. 3084 CRB |
| | **NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to: | |
| *J.T., v. Uber Technologies, Inc., et al.* Case No. 3:26-cv-06357-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on June 25, 2026.

CASE NO. 3:26-cv-06357-CRB                    1          NOTICE OF FILING OF NEW ACTION

///

///

///

///

///

Dated: July 1, 2026                    Respectfully submitted,

                                       **ANAPOL WEISS**

                                       By: */s/ Holly Dolejsi*
                                       HOLLY DOLEJSI (Admitted Pro Hac Vice)
                                       60 South 6th St. Suite 2800
                                       Minneapolis, MN 55402
                                       Telephone: 202.780.3014
                                       Facsimile: 202.780.3678
                                       Email: hdolejsi@anapolweiss.com

                                       ALEXANDRA WALSH (*Admitted Pro Hac Vice*)
                                       14 Ridge Square NW, Suite 342
                                       Washington, DC 20016
                                       Telephone: 202.780.3014
                                       Facsimile: 202.735.2211
                                       Email: awalsh@anapolweiss.com

                                       WILLIAM L. SMITH (Cal Bar No. 324235)
                                       6060 Center Drive 10th Floor
                                       Los Angeles, CA 90045
                                       Telephone: 202.780.3014
                                       Facsimile: 202.780.3678
                                       Email: wsmith@anapolweiss.com


                                       *Counsel for Plaintiff*


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 1, 2026, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

                                       */s/ Holly Dolejsi*
                                       Holly Dolejsi


CASE NO. 3:26-cv-06357-CRB            2        NOTICE OF FILING OF NEW ACTION