**JENNER & BLOCK LLP**
Navid Bayar (SBN 319640)
nbayar@jenner.com
525 Market Street, 29th Floor
San Francisco, CA 94105-2708
Telephone: (415) 293-4812

Howard Suskin (*pro hac vice application pending*)
Hsuskin@jenner.com
Gabriel Gillett (*pro hac vice application pending*)
Ggillet@jenner.com
Charles Johnson (*pro hac vice application pending*)
Cjohnson@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350

*Attorneys for Nominal Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 23-md-3084-CRB |
| | **[PROPOSED] ORDER DENYING RELATEDNESS** |
| THIS DOCUMENT RELATES TO: Case No. 3:26-cv-06155 | |

STATEMENT IN OPPOSITION TO *SUA SPONTE* REFERRAL TO DETERMINE WHETHER CASES ARE
RELATED
MDL No. 23-md-3084-CRB

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Derivatively on Behalf of Nominal Defendant UBER TECHNOLOGIES, INC.,

Plaintiff,

v.

DARA KHOSROWSHAHI, RONALD SUGAR, REVATHI ADVAITHI, TURQI ALNOWAISER, NIKESH ARORA, URSULA BURNS, ROBERT ECKERT, AMANDA GINSBERG, JOHN THAIN, ALEXANDER WYNAENDTS, ANDREW MACDONALD, BALAJI KRISHNAMURTHY, and PRASHANTH MAHENDRA-RAJAH,

Defendants,

– and –

UBER TECHNOLOGIES, INC.,

Nominal Defendant.

Case No. 26-CV-06155-LJC

The Court, having considered the *Sua Sponte* Referral to Determine Whether Cases Are Related (ECF No. 6677), as well as statements filed in response thereto, hereby DENIES that cases *Police and Fire Retirement System of the City of Detroit v. Dara Khosrowshahi, et al.*, Case No. 3:26-cv-06155 (N.D. Cal.), and *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, MDL No. 3:23-md-03084-CRB (N.D. Cal.) are related.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Hon. Charles R. Breyer
United States District Court Judge

[PROPOSED] ORDER
MDL No. 23-md-3084-CRB