ANDREA S. HIRSCH (GA Bar No.: 666557)
andrea@cohenhirsch.com
**COHEN HIRSCH LP**
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Telephone:    (678) 268-4683

*Attorney for Plaintiff*

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:    (816) 559-2393
Facsimile:    (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **JOINT STIPULATION OF CONVERSION OF DISMISSAL WITHOUT PREJUDICE TO DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | Courtroom: 6 – 17th Floor |
| *D.C. 2636 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-09367 | Judge:    Honorable Charles R. Breyer |
| [as it relates to Plaintiff D.C. 2636 ONLY] | |

JOINT STIPULATION OF CONVERSION TO DISMISSAL WITH PREJUDICE

Case No. 3:23-md-03084-CRB

Plaintiff D.C. 2636 ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants"), by and through undersigned counsel, hereby jointly stipulate and agree that:

1. On April 23, 2026, Plaintiff's above-captioned action was Dismissed without Prejudice. ECF 5972.

2. That Dismissal without Prejudice shall be converted to a **Dismissal with Prejudice** and Defendants shall be voluntarily dismissed as parties from the above-captioned action with prejudice.

DATED: June 10, 2026

**COHEN HIRSCH LP**

By: */s/ Andrea S. Hirsch*

ANDREA S. HIRSCH (GA Bar No. 666557)
andrea@cohenhirsch.com
**COHEN HIRSCH LP**
5256 Peachtree Road, Suite 195-E
Atlanta, Georgia 30341
Telephone:     (678) 268-4683

*Attorney for Plaintiff*

DATED: July 1, 2026

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON (*Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:     (816) 559-2393
Facsimile:     (816) 559-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC