**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING JOINT STIPULATION OF CONVERSION OF DISMISSAL WITHOUT PREJUDICE TO DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| *D.C. 2636 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-09367 | |
| [as it relates to Plaintiff D.C. 2636 ONLY] | |

[PROPOSED] ORDER REGARDING JOINT STIPULATION OF CONVERSION TO DISMISSAL WITH PREJUDICE

Case No. 3:23-md-03084-CRB

## [PROPOSED] ORDER

Having considered the joint stipulation to convert Dismissal without Prejudice to Dismissal with Prejudice of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants") and Plaintiff D.C. 2636 ("Plaintiff") to convert Dismissal without Prejudice to Dismissal with Prejudice as to Plaintiff's above-captioned action, the Court therefore hereby ORDERS as follows:

1. Plaintiff's claims are DISMISSED WITH PREJUDICE.

2. Plaintiff's counsel shall file notice of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER REGARDING JOINT STIPULATION OF CONVERSION TO DISMISSAL WITH PREJUDICE

Case No. 3:23-md-03084-CRB