ROOPAL P. LUHANA (*admitted Pro Hac Vice*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | ) No. 3:23-md-03084-CRB ) ) **NOTICE OF FILING OF NEW ACTION** ) ) ) ) ) |
| *This document relates to:* <br> *D.H.,      an* <br>                    *individual* <br> *v.                  UBER* <br> *TECHNOLOGIES,   INC.,* <br> *et al., 3:26-cv-04912-CRB* | ) ) ) ) ) ) ) ) ) ) |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on May 22, 2026.

///

///

///

CASE NO. 3:23-md-03084-CRB          1          NOTICE OF FILING OF NEW ACTION

Dated: July 2, 2026

Respectfully submitted,

By: */s/ Roopal P. Luhana*
ROOPAL P. LUHANA (*admitted PHV*)
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic Filing* to all CM/ECF registrants.

*/s/ Roopal P. Luhana*
Roopal P. Luhana

CASE NO. 3:23-md-03084-CRB          2          NOTICE OF FILING OF NEW ACTION