Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Christopher D. Cox (Pro Hac Vice)
Jessica Davidson (Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
christopher.cox@kirkland.com
jessica.davidson@kirkland.com

Allison M. Brown (Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**NOTICE PURSUANT TO ECF 6676 REGARDING CUSTODIAL PRODUCTIONS AND TRIAL WITNESSES AT QLF 001 AND A.R. TRIALS**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber") hereby file this notice pursuant to ECF 6676 and identify Chad Dobbs and Erin O'Keefe as custodians who Uber agrees not to call as trial witnesses or introduce their prior testimony at the *QLF 0001* and *A.R.* trials. Uber identifies Todd Gaddis as the custodian subject to an August 31, 2026 production deadline for whom the deadline is advanced to August 15, 2026 under ECF 6676.

Dated: July 2, 2026

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Christopher D. Cox (Pro Hac Vice)
Jessica Davidson (Pro Hac Vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
christopher.cox@kirkland.com
jessica.davidson@kirkland.com

Allison M. Brown (Pro Hac Vice)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER,
LLC, And RASIER-CA, LLC

2
NOTICE PURSUANT TO ECF 6676 REGARDING CUSTODIAL PRODUCTIONS AND TRIAL
WITNESSES AT QLF 001 AND A.R. TRIALS

Case No. 3:23-MD-03084-CRB

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Laura Vartain Horn*

NOTICE PURSUANT TO ECF 6676 REGARDING CUSTODIAL PRODUCTIONS AND TRIAL WITNESSES AT QLF 001 AND A.R. TRIALS

Case No. 3:23-MD-03084-CRB