C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com


*Attorneys for ROE CL Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 252 v. Uber Technologies, Inc., et al., No. 3:25-cv-10758-CRB* | **PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE [ECF 5958]** |

## I. MEMORANDUM OF POINTS AND AUTHORITIES

The Court may relieve a party from a judgment or order for any reason that justifies relief. Rule 60(b)(6). Terminating sanctions are not warranted where a party has complied with discovery obligations, albeit belatedly. "Where the drastic sanctions of dismissal or default are imposed…the losing party's non-compliance must be due to willfulness, fault, or bad faith. *Henry v. Gill Indus., Inc.*, 983 F.2d 943, 946 (9th Cir. 1993). Here there has been no finding that Plaintiff willfully disobeyed PTO 10 or acted in bad faith. In fact, it is not in dispute that Plaintiff has ultimately complied with PTO 10, though admittedly this compliance was overdue. She complied with the plaintiff fact sheet requirement, which was never in dispute, but is relevant to show her good faith participation in the discovery process.

Plaintiff's case is not a bellwether, so there is no substantial prejudice to the defense's ability to investigate the case arising from Plaintiff's late production of the amended ride information form and receipt search certification. By contrast, a dismissal of Plaintiff's case, even a dismissal without prejudice, could bar her from re-filing and pursuing her claims based on the applicable statute of limitations.

The Court may also consider less drastic sanctions. Plaintiff recognizes that her delay in completing the PTO requirements was in violation of the Court's order, and respectfully requests that, if the Court remains inclined to order sanctions, that it impose sanctions less drastic than dismissal.

Dated: July 2, 2026               CUTTER LAW P.C.

By:   */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
jdomer@cutterlaw.com

*Attorney for ROE CL Plaintiff*

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: July 2, 2026                    CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiff*

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE