United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____/

This Order Relates To:

*Police and Fire Retirement System of the
City of Detroit v. Khosrowshahi et al.*,
Case No. 26-cv-06155-LJC

MDL No. 3084

**RELATED CASE ORDER**

Dkt. No. 6677

A *Sua Sponte* Judicial Referral for Purpose of Determining Relationship of *Police and Fire Retirement System of the City of Detroit v. Khosrowshahi et al.*, No. 26-cv-06155-LJC, to *In re Uber Technologies Inc. Sexual Assault Litigation*, No. 23-md-3084 has been filed (Dkt. No. 6677). The Court has considered Police and Fire Retirement System of the City of Detroit's Statement in Support (Dkt. No. 6693) and Uber Technologies, Inc.'s ("Uber") Response (Dkt. No. 6701). Civil Local Rule 3-12 defines related cases, such that they will be heard before the same Judge, as actions "concern[ing] substantially the same parties, property, transaction, or event" where "[i]t appears likely that there will be an unduly duplication of labor or expense or conflicting results if the cases are conducted before different Judges." That is the case here. Uber is a key party in both cases and the allegations overlap as to the sexual assault and harassment suffered by Uber passengers. That is sufficient for relation under Local Rule 3-12.

Accordingly, I find that the case *Police and Fire Retirement System of the City of Detroit v. Khosrowshahi et al.*, No. 26-cv-06155-LJC, is related to *In re Uber Technologies Inc. Sexual*

*Assault Litigation*, No. 23-md-3084, and shall be reassigned to me, for purposes of judicial economy and efficiency. However, the reassigned case will not be part of the MDL. The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned Judge immediately after the case number. The Initial Case Management Conference shall be reset to July 28, 2026 at 10:00 a.m. Any deadlines set by the ADR Local Rules remain in effect.

**IT IS SO ORDERED.**

Dated: July 2, 2026



CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

2