# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | [~~PROPOSED~~] **ORDER REGARDING JOINT STIPULATION OF CONVERSION OF DISMISSAL WITHOUT PREJUDICE TO DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| *D.C. 2636 v. Uber Technologies, Inc., et al.*, Case No. 3:24-cv-09367 | |
| [as it relates to Plaintiff D.C. 2636 ONLY] | |

[~~PROPOSED~~] ORDER REGARDING JOINT STIPULATION OF CONVERSION TO DISMISSAL WITH PREJUDICE

Case No. 3:23-md-03084-CRB

# [~~PROPOSED~~] ORDER

Having considered the joint stipulation to convert Dismissal without Prejudice to Dismissal with Prejudice of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants") and Plaintiff D.C. 2636 ("Plaintiff") to convert Dismissal without Prejudice to Dismissal with Prejudice as to Plaintiff's above-captioned action, the Court therefore hereby ORDERS as follows:

1. Plaintiff's claims are DISMISSED WITH PREJUDICE.

2. Plaintiff's counsel shall file notice of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _July 2_____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

[~~PROPOSED~~] ORDER REGARDING JOINT STIPULATION OF CONVERSION TO DISMISSAL WITH PREJUDICE

Case No. 3:23-md-03084-CRB