**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: | **JOINT STATUS REPORT REGARDING CASE-SPECIFIC DISCOVERY TO UBER** |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, 3 :24-cv-08783 | Judge:          Hon. Lisa J. Cisneros<br>Courtroom:   G - 15th Floor |

Dear Judge Cisneros:

Pursuant to the Court's guidance during the June 25, 2026 status conference, the Parties respectfully submit this joint status report regarding certain case-specific discovery to Defendants in *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, 3 :24-cv-08783. The parties are pleased to advise the Court that following multiple meet and confers which started on June 26, 2026, they have reached agreement on the majority of Plaintiff's requests presently at issue. The parties continue to meet and confer regarding the remaining requests identified to date and hope to reach agreement.[1]  The parties will file either a joint status report or a joint letter pursuant to PTO 8 (ECF No. 323) regarding any remaining issues on July 6.

The parties agree that by July 17, Uber will complete its good-faith investigation into the following requests, and produce all responsive documents it identified through its investigation, to the extent they have not previously been produced.[2]

1.   Jira tickets for all safety reports made against the Subject Driver, on all of the Subject

---

[1] This status report is specific to the parties' conferrals about Defendants' responses to certain of Plaintiff's discovery requests and the DFS. Both parties reserve the right to raise additional issues with respect to other discovery requests and document production.

[2] Uber maintains that the July 17 deadline does not foreclose Uber from investigating topics beyond those identified in this Status Report and producing responsive documents. Uber has explained it is committed to producing the relevant documents by July 17 but states that it cannot foreclose the possibility that additional documents related to these topics may be discovered after this deadline. Uber reserves its right to supplement and will do so immediately upon discovery of any additional information. Plaintiff has explained however that she seeks finality with respect to the topics addressed herein by July 17 and that Uber should *complete* its investigation by July 17, and supplementation on the topics herein should not be permitted after July 17. Plaintiff therefore reserves the right to seek any and all appropriate relief should Uber produce documents responsive to these topics after July 17.  Uber likewise reserves the right to seek any and all appropriate relief on these topics after July 17.

1

Driver's accounts.

2. Status and flow (account status logs), including UUID's, for all of the Subject Driver's accounts.
3. Ridecheck Logs for all of the Subject Driver's accounts.
4. Trip logs with feedback tags, trip ID, and local time for each entry, for all of the Subject Driver's accounts.
5. Incident vehicle documents (insurance and registration).
6. Rental car status of the Subject Driver
7. Background check documents for all of the Subject Driver's accounts.
8. All documents related to the December 25, 2016 communication between Uber and the Subject Driver.
9. The alleged April 3, 2017 incident involving the Subject Driver.
10. Contact information for the reporting of any additional rider serious interpersonal conflict complaints regarding the Subject Driver.[3]

The parties are continuing to meet and confer regarding the following requests and will update the Court either by way of joint status report or PTO 8 letter on July 6.

1. Mobile Events Logs for the 24 hours before and after other sexual assault and sexual misconduct reports against the Subject Driver.[4]
2. Additional account information for the Account Holder who ordered the subject ride for Plaintiff.[5]

DATED: July 2, 2026                    Respectfully Submitted,

By: */s/ Elizabeth M. Wilkins*
    ROOPAL P. LUHANA (*Pro Hac Vice*)
    **CHAFFIN LUHANA LLP**
    600 Third Avenue, Fl. 12
    New York, NY 10016
    Telephone: (888) 480-1123
    Email: luhana@chaffinluhana.com

    SARAH R. LONDON (SBN 267083)
    **GIRARD SHARP LLP**

By: */s/ Michael Vives*
    CHRISTOPHER D. COX (*Pro Hac Vice*)
    Michael Vives (*Pro Hac Vice*)
    **KIRKLAND & ELLIS LLP**
    601 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 446-4800
    christopher.cox@kirkland.com
    michael.vives@kirkland.com

---

[3] Uber has represented that it has completed its investigation, was never provided the identity of the alleged guest rider in the February 2020 complaint, and does not have that information.

[4] Uber represents that the Mobile Events Log for the subject trip was previously produced. *See* UBER-MDL3084-BW-00006310.

[5] Uber represents that the Account Holder's communications log was previously produced at UBER-MDL3084-00000039 and Uber agreed to produce other information related to the Account Holder that was not previously produced.

2

601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

ALEXANDRA WALSH (*Pro Hac Vice*)
Elizabeth M. Wilkins (*Pro Hac Vice*)
**ANAPOL WEISS**
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 735-1130
Email: awalsh@anapolweiss.com
bwilkins@anapolweiss.com

*Counsel for Plaintiffs*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER,
LLC, And RASIER-CA, LLC

3

## FILER'S ATTESTATION

I, Elizabeth Wilkins, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: July 2, 2026                      By: /s/ *Elizabeth M. Wilkins*
                                              Elizabeth M. Wilkins

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: July 2, 2026                      By: /s/ *Elizabeth M. Wilkins*
                                              Elizabeth M. Wilkins