**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| *This document relates to:* J.A.  v. UBER TECHNOLOGIES, INC., *et al.*; 3:26-CV-06773-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 2, 2026

Dated: July 6, 2026

Respectfully submitted,
*/s/ Sommer D. Luther*
Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

1

CASE NO. 3:23-md-03084-CRB                    NOTICE OF FILING OF NEW ACTION

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

> */s/ Sommer D. Luther*
> Sommer D. Luther

CASE NO. 3:23-md-03084-CRB                    NOTICE OF FILING OF NEW ACTION