UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB-LJC <br><br> **DECLARATION OF SAMANTHA HOEFS IN SUPPORT OF MOTION FOR AN ORDER TO PRODUCE DOCUMENTS PURSUANT TO 15 U.S.C. § 1681B** |
| This Document Relates to: <br><br> *Jane Doe QLF 001 v. Uber Technologies, Inc., et al*, Case No. 24-cv-08783 (NDCA); 1:26-cv-01694 (WDTX) | Judge: Hon. Lisa J. Cisneros <br> Courtroom: G – 15th Floor |

1.      I, Samantha Hoefs, declare and state as follows:

2.      I am an attorney at Nigh Goldenberg Raso & Vaughn, PLLC, counsel for Plaintiffs, and admitted *pro hace vice* in *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,* 3:23-MD-03084-CRB.

3.      I submit this Declaration in support of Plaintiffs' Motion for an Order to Produce Documents Pursuant to 15 U.S.C. § 1681b.

4.      Uber's productions do not include Industry Sharing Safety Program records received from HireRight, LLC for the Subject Driver below:

| Case Number | Plaintiff | Subject Driver |
|---|---|---|
| 24-cv-08783 (QLF 001) | *Jane Doe QLF 0001* | Victor Le |

DECLARATION OF SAMANTHA HOEFS

5.     Attached hereto as **Exhibit A** is a true and correct copy of the subpoena to HireRight, LLC served April 18, 2024.

6.     Attached hereto as **Exhibit B** is a true and correct copy of email correspondence between Samantha Hoefs on behalf of Plaintiffs and Stephanie Morgan on behalf of HireRight, LLC, dated March 14, 2024.

7.     I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2026.                              */s/ Samantha Hoefs*
                                                           Samantha Hoefs

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated:  July 6, 2026                       By:     */s/ Simon Grille*

                                                            Simon Grille

DECLARATION OF SAMANTHA HOEFS