# EXHIBIT B



Sam Hoefs <shoefs@nighgoldenberg.com>

---

## RE: In Re: Uber Technologies Inc. Passenger Sexual Assault Litig. Subpoena to HireRight

1 message

---

**Stephanie Morgan** <stephanie.morgan@hireright.com>        Tue, Apr 14, 2026 at 3:06 PM
To: Sam Hoefs <shoefs@nighgoldenberg.com>

Sam:

I understand that you want copies of the ISSP reports HireRight provided to Uber (or is it that we provided to Lyft?) about 20 individuals and you will obtain a court order to get those. Yes, I can do that once I receive the order.

Thanks,

**Stephanie Morgan |** Vice President & Deputy General Counsel

214.755.1073  (mobile)

---

**From:** Sam Hoefs <shoefs@nighgoldenberg.com>
**Sent:** Tuesday, April 14, 2026 2:49 PM
**To:** Stephanie Morgan <stephanie.morgan@hireright.com>
**Subject:** Re: In Re: Uber Technologies Inc. Passenger Sexual Assault Litig. Subpoena to HireRight

Hi Stephanie,

I don't see that I ever got a response from you to my previous email. We have not had any luck getting ISSP reports from Uber or from Lyft.

If Plaintiffs were to obtain an Order pursuant to 15 U.S.C. 1681b authorizing HireRight to produce such documents pursuant to the subpoena previously served on HireRight for drivers in bellwether cases, would HireRight be able to commit to making such a production (to the extent responsive documents exist)?

We have two bellwether cases set for trial in September.

Thank you,

Sam

Case 3:23-md-03084-CRB   Document 6738-3   Filed 07/06/26   Page 3 of 4

**Sam Hoefs**

Associate Attorney



Nigh Goldenberg Raso & Vaughn, PLLC
60 South Sixth Street
Suite 2800
Minneapolis, MN
55402

D  -  (612) 445-0202

T  -  (202)-792-7927

F  -  (202)-792-7927

nighgoldenberg.com

Calendly

On Wed, Jun 25, 2025 at 1:46 PM Sam Hoefs <shoefs@nighgoldenberg.com> wrote:

Hi Stephanie,

You previously indicated that HireRight, in satisfaction of the subpoena request for documents related to the Industry Sharing Safety Program (ISSP) would not be able to produce reports for any individual driver due to the FCRA. For those reports Uber has not produced, Plaintiffs requested that Lyft produce the reports it generated for 20 drivers in bellwether cases. However, Lyft now requests that we obtain those reports directly from HireRight.

If Plaintiffs were to obtain an Order pursuant to 15 U.S.C. 1681b authorizing HireRight to produce such documents pursuant to the subpoena previously served on HireRight for drivers in bellwether cases (there are 20 bellwether cases), would HireRight be able to commit to making such a production?

Thank you,

**Sam Hoefs**

Associate Attorney



D  -  (612) 445-0202

T  -  (202)-792-7927

F  -  (202)-792-7927

Nigh Goldenberg Raso & Vaughn, PLLC

60 South Sixth Street

Suite 2800

Minneapolis, MN

55402

nighgoldenberg.com

Calendly