UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB-LJC<br><br>**[PROPOSED] ORDER TO PRODUCE DOCUMENTS PURSUANT TO 15 U.S.C. § 1681B** |
| This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al*, Case No. 24-cv-08783 (NDCA); 1:26-cv-01694 (WDTX) | Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

This matter comes on before the Court on Plaintiffs' Motion to Produce Documents Pursuant to 15 U.S.C. § 1681b(a)(1). For good cause shown, Plaintiffs' Motion is GRANTED as follows:

1. Nonparty HireRight, LLC is directed to produce consumer reports (background checks and/or ISSP reporting) it possesses or generated on behalf of Uber Technologies, Inc., if any exist, for the subject driver in the following case in response to Plaintiffs' subpoena:

| Case Number | Plaintiff | Subject Driver |
|---|---|---|
| 24-cv-08783 | *Jane Doe QLF 0001* | Victor Le |

2. These documents may be designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered in this litigation.

- 1 -

Dated: _____                          _____
                                               Honorable Lisa J. Cisneros
                                               United States Magistrate Judge

- 2 -