**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 308 CRB |
| This Document Relates to: | **JOINT STATUS REPORT REGARDING CASE-SPECIFIC DISCOVERY TO UBER** |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, 3:24-cv-08783 | Judge:        Hon. Lisa J. Cisneros<br>Courtroom:   G - 15th Floor |

Dear Judge Cisneros:

Pursuant to the Court's guidance during the June 25, 2026 status conference and the agreements reflected in the parties' July 2, 2026 Joint Status Report (ECF No. 6730) the Parties respectfully submit this joint status report regarding certain case-specific discovery to Defendants in *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, 3 :24-cv-08783.

The parties agree that by July 17, Uber will complete its good-faith investigation into Plaintiff's request regarding documents pertaining to the Account Holder who ordered the subject ride for Plaintiff and produce all responsive documents it identified through its investigation, to the extent they have not previously been produced, specifically: documents reflecting the Account Holder's use of Uber, complaints made by or against the Account Holder, appeasements provided to the Account Holder, communications between Uber and the Account Holder, and any other documents Uber intends to use at trial with respect to the Account Holder.

The parties have also reached agreement regarding Plaintiff's request for Mobile Events Logs reflecting the Subject Driver's Uber activity for the 24 hours before and after other sexual assault and sexual misconduct reports made to Uber against the Subject Driver. Uber agrees to produce, by July 17[1], the Mobile Events Log for the 12 hours before and after the February 13,

---

[1] Uber maintains that the July 17 deadline does not foreclose Uber from investigating topics beyond those identified in this and the July 2 Status Report and producing responsive documents. Uber has explained it is committed to producing the relevant documents by July 17 but states that it cannot foreclose the possibility that additional documents related to these topics may be discovered after this deadline. Uber reserves its right to supplement and will do so immediately upon discovery of any additional information. Plaintiff has explained however that she seeks finality with respect to the topics addressed herein by July 17 and that Uber should *complete* its investigation by July 17, and supplementation on the topics herein should not be permitted after July 17. Plaintiff therefore reserves the right to seek any and all appropriate relief should Uber produce documents responsive to these topics after July 17.  Uber likewise reserves the right to seek any and all appropriate relief on these topics after July 17.

2020 incident reported against the Subject Driver. Uber represents that it has completed its investigation with respect to requested mobile events data for the April 3, 2017 incident allegedly reported against the Subject Driver and no data exists because: (1) the alleged incident did not occur on the Uber platform; and (2) the driver did not have an active driver account (or trips of any kind), during this time period. Uber further represents that it has completed its investigation regarding other sexual assault or sexual misconduct reports made against the Subject Driver and Uber is aware of no other alleged sexual assault or sexual misconduct reports against the Subject Driver aside from those discussed herein.

DATED: July 6, 2026

By: */s/ Elizabeth M. Wilkins*
ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

Alexandra Walsh (*Pro Hac Vice*)
Elizabeth M. Wilkins (*Pro Hac Vice*)
**ANAPOL WEISS**
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 735-1130
awalsh@anapolweiss.com
bwilkins@anapolweiss.com

*Counsel for Plaintiffs*

Respectfully Submitted,

By: */s/ Michael Vives*
CHRISTOPHER D. COX (*Pro Hac Vice*)
Michael Vives (*Pro Hac Vice*)
Jessica Davidson (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
christopher.cox@kirkland.com
jessica.davidson@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC, And RASIER-CA, LLC

2

**FILER'S ATTESTATION**

I, Elizabeth Wilkins, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: July 6, 2026                          By: /s/ *Elizabeth M. Wilkins*
                                                  Elizabeth M. Wilkins


**CERTIFICATE OF SERVICE**

I hereby certify that on July6, 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: July 6, 2026                          By: /s/ *Elizabeth M. Wilkins*
                                                  Elizabeth M. Wilkins