**MCH Law, PLLC**
**Taylor T. Lang**
**Nicholas W. Mucerino**
100 M Street SE, Suite 644
Washington D.C. 20003
Tel: (202) 991-1559
Fax: (202) 978-2639
Taylor@mch.law
Nick@mch.law
Attorneys for Plaintiff
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| This document relates to:<br><br>*A.M.G. v. Uber Technologies, Inc., et al.*; 3:26-cv-06860-CRB | **NOTICE OF FILING OF NEW ACTION** |

     Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on 7/6/2026.

Dated: July 7, 2026

                            Respectfully submitted,

                            /s/ Taylor T. Lang
                            Taylor T. Lang
                            Nicholas W. Mucerino
                            **MCH Law, PLLC**
                            100 M Street SE, Suite 644
                            Washington D.C. 20003
                            Tel: (202) 991-1559
                            Fax: (202) 978-2639
                            Taylor@mch.law
                            Nick@mch.law
                            Attorneys for Plaintiff
                            *Admitted Pro Hac Vice*

1

CASE NO. 3:23-md-03084-CRB                         NOTICE OF FILING OF NEW ACTION

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Taylor T. Lang
Taylor T. Lang

CASE NO. 3:23-md-03084-CRB                              NOTICE OF FILING OF NEW ACTION