Jonathan Gdanski (SBN# 0032097)
Jeffrey L. Haberman (SBN# 0098522)
Elana B. Goodman (SBN# 0145076)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
         JHaberman@schlesingerlaw.com
         egoodman@schlesingerlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL NO. 3084 CRB** <br><br> **NOTICE OF FILING OF NEW ACTION** |
| *This Document Relates to:* <br><br> *JANE SU119 v. Uber Technologies, Inc., et al; 3:26-cv-06869-CRB* | |

## NOTICE OF FILING OF NEW ACTION

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 6, 2026.

Dated: July 7, 2026

CASE NO. 3:23-MD-03084-CRB                    NOTICE OF FILING OF NEW ACTION

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 7, 2026 I electronically transmitted the foregoing Notice of Filing of New Action to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Respectfully submitted,

By: */s/ Elana B. Goodman*
Elana B. Goodman (SBN# 0145076)
Jonathan Gdanski (SBN# 0032097)
Jeffrey L. Haberman (SBN# 0098522)
 **SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
           JHaberman@schlesingerlaw.com
           egoodman@schlesingerlaw.com

*Counsel for Plaintiff*

2

CASE NO. 3:23-MD-03084-CRB                              NOTICE OF FILING OF NEW ACTION