JOHN EDDIE WILLIAMS, JR. (Admitted *Pro Hac Vice*)
BRIAN ABRAMSON (Admitted *Pro Hac Vice*)
MARGRET LECOCKE (Admitted *Pro Hac Vice*)
WALT CUBBERLY (SBN: 325163)
BATAMI BASKIN (Admitted *Pro Hac Vice*)
MYLES SHAW (Admitted *Pro Hac Vice*)
JOSEPH C. MELUGIN (SBN: 279439)
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

*Attorneys for Plaintiffs*

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 559-2393
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **STIPULATION AND [PROPOSED] ORDER OF CONVERSION OF DISMISSALS WITHOUT PREJUDICE TO DISMISSALS WITH PREJUDICE** |
| This Document Relates to: | |
| *SEE EXHIBITS A, B, C, AND D* | Courtroom: 6 – 17th Floor |
| | Judge:    Honorable Charles R. Breyer |

Williams Hart & Boundas, LLP and Uber ("the Parties"), hereby stipulate as follows:

WHEREAS, this Court requested that the Parties advise the Court of the disposition of cases either previously voluntarily dismissed without prejudice or subject to motions pending before this Court where the Parties have reached an agreement in principle to resolve the claims;

WHEREAS, Williams Hart & Boundas, LLP has 93 cases that were dismissed without prejudice over the course of the litigation, including voluntarily pursuant to Pretrial Order No. 10 ("PTO 10") or via this Court's Orders;

WHEREAS, **Exhibit A** includes 54 cases that are subject to Uber's Motion to Convert Orders of Dismissal without Prejudice to Orders of Dismissal with Prejudice (ECF 5567, ECF 6340);

WHEREAS, **Exhibit B** includes 32 cases that Williams Hart & Boundas, LLP voluntarily dismissed without prejudice pursuant to PTO 10;

WHEREAS, **Exhibit C** includes 7 cases that this Court ordered dismissed without prejudice pursuant to PTO 10; and

WHEREAS, the parties have conferred and agree that the cases in Exhibits A, B, and C should be converted to dismissal with prejudice and Defendants shall be voluntarily dismissed as parties from the actions with prejudice.

WHEREAS, **Exhibit D** includes a case (MDL ID 2193) that is subject to a Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (ECF 5989) pending before this Court, to which Plaintiff has filed an Opposition. MDL ID 2193 is also subject to the aforementioned agreement in principle pending the release of her claims. Uber's Motion to Dismiss (ECF 5989) is ripe for the other cases identified in the motion, except the parties request a brief 90-day stay on any action related to MDL ID 2193. The parties will update the Court if and when a release is provided by MDL ID 2193 and the case is eligible for dismissal.

THEREFORE, the parties respectfully request the Court convert the cases in Exhibits A, B, and C to dismissal with prejudice and close the individual dockets.

**IT IS SO STIPULATED.**

DATED: July 8, 2026

Respectfully submitted,

By: */s/ Brian Abramson*
BRIAN ABRAMSON (*Pro Hac Vice*)
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

*Attorney for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Christopher V. Cotton*

DATED: July 8, 2026

CHRISTOPHER V. COTTON (*Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 559-2393
Facsimile: (816) 559-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

STIPULATION AND [PROPOSED] ORDER OF CONVERSION OF DISMISSALS WITHOUT PREJUDICE TO
DISMISSALS WITH PREJUDICE                                    Case No. 3:23-md-03084-CRB