# EXHIBIT A

| MDLC Pltf ID | Current Cause Number |
|---|---|
| 1926 | 3:24-cv-05366 |
| 1963 | 3:24-cv-05555 |
| 1551 | 3:24-cv-04842 |
| 2878 | 3:25-cv-01180 |
| 2184 | 3:24-cv-05698 |
| 2881 | 3:25-cv-01202 |
| 2057 | 3:24-cv-05556 |
| 1883 | 3:24-cv-05272 |
| 1734 | 3:24-cv-05024 |
| 2884 | 3:25-cv-01206 |
| 2885 | 3:25-cv-01207 |
| 1533 | 3:24-cv-04820 |
| 2065 | 3:24-cv-05776 |
| 2888 | 3:25-cv-01209 |
| 2891 | 3:25-cv-01215 |
| 2892 | 3:25-cv-01216 |
| 1563 | 3:24-cv-04877 |
| 1535 | 3:24-cv-04825 |
| 2629 | 3:24-cv-07048 |
| 1989 | 3:24-cv-05500 |
| 1977 | 3:24-cv-05440 |
| 2894 | 3:25-cv-01218 |
| 2066 | 3:24-cv-05779 |
| 1948 | 3:24-cv-05468 |
| 2206 | 3:24-cv-05959 |
| 1788 | 3:24-cv-05127 |
| 2148 | 3:24-cv-05631 |
| 2896 | 3:25-cv-01226 |
| 2900 | 3:25-cv-01244 |
| 2152 | 3:24-cv-05636 |
| 2178 | 3:24-cv-05666 |
| 2174 | 3:24-cv-05669 |
| 2904 | 3:25-cv-01249 |
| 2906 | 3:25-cv-01255 |
| 2850 | 3:25-cv-01092 |
| 2851 | 3:25-cv-01095 |
| 1607 | 3:24-cv-04946 |
| 2176 | 3:24-cv-05665 |
| 2127 | 3:24-cv-05950 |

| | |
|---|---|
| 1631 | 3:24-cv-04965 |
| 2133 | 3:24-cv-05603 |
| 2861 | 3:25-cv-01126 |
| 2862 | 3:25-cv-01130 |
| 2067 | 3:24-cv-05781 |
| 2070 | 3:24-cv-05565 |
| 2158 | 3:24-cv-05599 |
| 2864 | 3:25-cv-01143 |
| 2866 | 3:25-cv-01148 |
| 2868 | 3:25-cv-01150 |
| 1690 | 3:24-cv-04961 |
| 1988 | 3:24-cv-05495 |
| 1925 | 3:24-cv-05361 |
| 1972 | 3:24-cv-05501 |
| 1632 | 3:24-cv-04891 |