# EXHIBIT B

| MDLC Pltf ID | Current Cause Number |
|---|---|
| 1920 | 3:24-cv-05257 |
| 1532 | 3:24-cv-04816 |
| 1594 | 3:24-cv-04941 |
| 1561 | 3:24-cv-04872 |
|  | 3:24-cv-05615 |
| 1643 | 3:24-cv-04983 |
| 2146 | 3:24-cv-05622 |
| 1574 | 3:24-cv-04887 |
| 1550 | 3:24-cv-04805 |
| 2196 | 3:24-cv-05770 |
| 2131 | 3:24-cv-05977 |
| 1869 | 3:24-cv-05138 |
| 1657 | 3:24-cv-04976 |
| 1890 | 3:24-cv-05246 |
| 1897 | 3:24-cv-05256 |
| 2195 | 3:24-cv-05705 |
| 1682 | 3:24-cv-04933 |
| 2208 | 3:24-cv-05951 |
| 2129 | 3:24-cv-05967 |
| 4696 | 3:26-cv-00080 |
| 1967 | 3:24-cv-05573 |
| 1910 | 3:24-cv-05224 |
| 1954 | 3:24-cv-05493 |
| 2155 | 3:24-cv-05597 |
| 1905 | 3:24-cv-05226 |
| 1760 | 3:24-cv-05058 |
| 1956 | 3:24-cv-05439 |
| 1763 | 3:24-cv-05061 |
|  | 3:24-cv-07176 |
|  | 3:26-cv-06001 |
| 1719 | 3:24-cv-05010 |
| 1630 | 3:24-cv-04912 |