# EXHIBIT C

| MDLC Pltf ID | Current Cause Number |
|---|---|
| 2061 | 3:24-cv-05568 |
| 2902 | 3:25-cv-01245 |
| 2078 | 3:24-cv-05961 |
| 1581 | 3:24-cv-04801 |
| 2199 | 3:24-cv-05791 |
| 2189 | 3:24-cv-05715 |
| 2190 | 3:24-cv-05716 |