# EXHIBIT D

| MDLC Pltf ID | Current Cause Number |
|---|---|
| 2193 | 3:24-cv-05693 |