# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER OF CONVERSION OF DISMISSALS WITHOUT PREJUDICE TO DISMISSALS WITH PREJUDICE** |
| This Document Relates to: | Courtroom: 6 – 17th Floor |
| *SEE EXHIBITS A, B, C, AND D* | Judge:     Honorable Charles R. Breyer |

## [PROPOSED] ORDER

Having considered the joint stipulation of conversion of Dismissals without Prejudice to Dismissals with Prejudice of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants") and Williams Hart & Boundas, LLP ("Plaintiffs") to convert Dismissals without Prejudice to Dismissals with Prejudice as to Plaintiffs in Exhibits A, B, and C, the Court therefore hereby ORDERS as follows:

1. Plaintiffs' claims in Exhibits A, B, and C are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

---

[PROPOSED] ORDER OF CONVERSION OF DISMISSALS WITHOUT PREJUDICE TO DISMISSALS WITH PREJUDICE                                    Case No. 3:23-md-03084-CRB