Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-MD-03084-CRB (LJC) |
| | **JOINT PROPOSED SCHEDULING ORDER FOR NEXT BELLWETHER TRIAL** |
| This Document Relates to: | Judge:         Hon. Charles R. Breyer |
| ALL ACTIONS | Courtroom:   6 – 17th Floor |

The Court requested that the parties propose revised schedules for the next bellwether trial, set for jury selection on September 30, 2026. The parties propose the following schedule. In particular, the Parties request that the Court hold the pretrial conference on or after September 25, 2026.

| EVENT | JOINT PROPOSAL |
| --- | --- |
| Uber Opening Brief Regarding Punitive Damages | July 16, 2026 |
| Plaintiff's Opposition to Uber's Motion Regarding Punitive Damages | July 30, 2026 |
| Substantial Completion of Fact Discovery | August 21, 2026[1] |
| Expert Reports | August 24, 2026 |
| Close of Expert Discovery | September 2, 2026[2] |
| Motions for Summary Judgment | September 4, 2026 |
| Motions in Limine / 412 Motions | September 8, 2026 |
| Rule 702 Motions | September 8, 2026 |
| Jury Questionnaire / Voir Dire Questions | September 9, 2026 |
| Witness Lists / Exhibit Lists | September 10, 2026 |
| Oppositions to *Rule 702* Motions | September 18, 2026 |
| Oppositions to Motions for Summary Judgment | September 18, 2026 |
| Oppositions to Rule 702 Motions | September 18, 2026 |
| Oppositions to Motions in Limine / 412 Motions | September 18, 2026 |

[1]  The Parties recognize the compressed schedule, and the necessity of working cooperatively to ensure that the facts are developed for review by experts. Accordingly, the Parties agree to use best efforts to substantially complete fact discovery on or before August 21.

[2]  The Parties will work to resolve any depositions that must occur after the close of expert discovery due to, for example, expert witness availability. The Parties should be working now to secure deposition availability of expert witnesses.

| EVENT | JOINT PROPOSAL |
|---|---|
| Jury Instructions / Verdict Forms | September 22, 2026 |
| Joint Pretrial Order | September 22, 2026 |
| Branded Exhibits | September 23, 2026 |
| Pretrial Conference | September 25, 2026 (hybrid option to permit counsel to appear remotely, if necessary) |
| Trial Briefs (if any) | September 28, 2026 |
| Jury Selection | September 30, 2026 |
| Trial | October 5, 2026 |

DATED:  July 9, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

CASE NO. 3:23-MD-03084-CRB (LJC)

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-MD-03084-CRB (LJC) |
| | **[PROPOSED] ORDER GRANTING JOINT PROPOSED SCHEDULE FOR NEXT BELLWETHER TRIAL** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer |
| ALL ACTIONS | Courtroom:  6 – 17th Floor |

The Court hereby GRANTS the Parties' proposed schedules for the next bellwether trial as follows:

| EVENT | DATE |
| --- | --- |
| Uber Opening Brief Regarding Punitive Damages | July 16, 2026 |
| Plaintiff's Opposition to Uber's Motion Regarding Punitive Damages | July 30, 2026 |
| Substantial Completion of Fact Discovery | August 21, 2026 |
| Expert Reports | August 24, 2026 |
| Close of Expert Discovery | September 2, 2026 |
| Motions for Summary Judgment | September 4, 2026 |
| Motions in Limine / 412 Motions | September 8, 2026 |
| Rule 702 Motions | September 8, 2026 |
| Jury Questionnaire / Voir Dire Questions | September 9, 2026 |
| Witness Lists / Exhibit Lists | September 10, 2026 |
| Oppositions to *Rule 702* Motions | September 18, 2026 |
| Oppositions to Motions for Summary Judgment | September 18, 2026 |
| Oppositions to Rule 702 Motions | September 18, 2026 |
| Oppositions to Motions in Limine / 412 Motions | September 18, 2026 |
| Jury Instructions / Verdict Forms | September 22, 2026 |
| Joint Pretrial Order | September 22, 2026 |
| Branded Exhibits | September 23, 2026 |
| Pretrial Conference | September 25, 2026 (hybrid option to permit counsel to appear remotely, if necessary) |
| Trial Briefs (if any) | September 28, 2026 |
| Jury Selection | September 30, 2026 |
| Trial | October 5, 2026 |

1

IT IS SO ORDERED.

Date: _____, 2026    _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE: SCHEDULE FOR NEXT BELLWETHER TRIAL
Case No. 3:23-MD-03084-CRB (LJC)