C. Brooks Cutter (SBN: 121407)
Jennifer S. Domer (SBN: 305822)
Celine E. Cutter (SBN: 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA  95864
Telephone No.: 916-290-9400
Fax No.: 916-588-9330
E-Mail:  bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for Plaintiffs JANE ROE CL 270
and JANE DOE CL 313*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 270 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-01026*<br><br>*Jane Roe CL 313 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-03846* | |

1

NOTICE OF VOLUNTARY DISMISSAL

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), Plaintiffs, Jane Roe CL 270 and Jane Roe CL 313, hereby voluntarily dismiss these actions with prejudice upon notification of their duplicately filed claims. The Plaintiffs will continue their respective claim in the other filed matters.

DATED: July 9, 2026                    CUTTER LAW P.C.


By: */s/ Jennifer S. Domer*
    Jennifer S. Domer
    *Attorney for Plaintiffs JANE ROE CL 270 and JANE ROE CL 313*

NOTICE OF VOLUNTARY DISMISSAL