TRACEY B. COWAN (Cal Bar No. 250053)
**CLARKSON LAW FIRM, P.C.**
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050
Email: tcowan@clarksonlawfirm.com

RYAN J. CLARKSON (Cal Bar No. 257074)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** <br> Hon. Charles R. Breyer |
| This Document Relates to: <br><br> *CLF B.T. v. Uber Technologies, Inc., et al.* <br> Case No. 25-cv-01029-CRB | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD; SUPPORTING MEMORANDUM** <br><br> Date: August 28. 2026 <br> Time: 10:00 am <br> Courtroom 6 |

TO ALL PARTIES: **PLEASE TAKE NOTICE** that on August 28, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Charles R. Breyer, Judge of the United States District Court, located at 450 Golden Gate Avenue, Courtroom 6, 17th Floor, San Francisco, California 94102, plaintiff's counsel, Tracey B. Cowan and Clarkson Law Firm ("Clarkson") will move the Court for leave to withdraw from representation of CLF B.T. ("Plaintiff" or "CLF B.T." herein).

This Motion is made pursuant to Local Rule 11-5(a) and (b). This Notice of Motion & Motion is based on the below Memorandum in Support and the accompanying Declaration of

Tracey B. Cowan ("Decl.").

Dated: July 10, 2026

Respectfully submitted,

By: */s/ Tracey B. Cowan*
TRACEY B. COWAN (Cal Bar No. 250053)
**CLARKSON LAW FIRM, P.C.**
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050
Email: tcowan@clarksonlawfirm.com

RYAN J. CLARKSON (Cal Bar No. 257074)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com

*Counsel for Plaintiff*

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 11-5(a) and the California Rules of Professional Conduct 1.16(b)(4) and 1.16(d), Clarkson submits this Memorandum of Law in support of its Motion to Withdraw as Counsel for Plaintiff CLF B.T. Clarkson respectfully requests the Court grant the Motion.

## STATEMENT OF FACTS

Clarkson should be permitted to withdraw as counsel for Plaintiff. An attorney may withdraw from a case by obtaining an order from the court after reasonable advance written notice has been provided to the client and to all other parties. Civ. L.R. 11-5(a); *see also* Cal. Rules Prof. Conduct 1.16(d).

Clarkson gave CLF B.T. appropriate advance notice of its intent to file a motion to withdraw beginning on February 3, 2026, with final notice on July 10, 2026, by letter with a copy of the motion, declaration in support of, and proposed order to Plaintiff via email and U.S. certified mail at physical address provided by Plaintiff. Decl. ¶¶6, 10. Clarkson obtained consent from Plaintiff to file its motion to withdraw prior to sending the letter and a copy of the motion. Decl. ¶7. The written letter stated Clarkson would file the enclosed motion and accompanying documents. *Id.* at ¶ 8. Plaintiff had informed Clarkson he intended to secure new counsel. *Id.* at ¶ 6. Clarkson has not been contacted by any counsel for Plaintiff, and no substitution of counsel has been filed. *Id.* at ¶¶ 8-9. On July 9, 2026, Clarkson gave counsel for Defendants notice of its intent to withdraw. Decl. ¶ 10. Clarkson has taken all reasonable steps to avoid prejudice to Plaintiff. *Id.* at ¶¶ 4–12.

Clarkson seeks withdrawal on the grounds that the attorney-client relationship has become unworkable, and Clarkson can no longer effectively represent Plaintiff's interests. Decl. ¶ 4; Cal. Rules Prof. Conduct 1.16(b)(4). Further details can be set forth during an *in camera* discussion so as not to prejudice the rights of Plaintiff herein. Decl. ¶ 4; Cal. Rules Prof. Conduct 1.16(d).

Because this motion is not accompanied by a substitution of counsel or an agreement by Plaintiff to proceed *pro se*, Clarkson agrees to the condition imposed by Local Rule 11-5(b) to serve Plaintiff with all papers in this matter, unless or until Plaintiff appears *pro se,* other counsel

appears on Plaintiff's behalf, or upon further order of the Court.  Decl. ¶ 8. Plaintiff has consented to this motion. *Id.* at ¶ 7.

### <u>CONCLUSION</u>

Clarkson respectfully requests that the Court enter an order terminating its representation of Plaintiff and allowing Plaintiff thirty (30) days to retain new counsel.

Dated: July 10, 2026

Respectfully submitted,

By: */s/ Tracey B. Cowan*
TRACEY B. COWAN (Cal Bar No. 250053)
**CLARKSON LAW FIRM, P.C.**
95 3rd Street, 2nd Floor
San Francisco, CA 94103
Telephone: (213) 788-4050
Email: tcowan@clarksonlawfirm.com

RYAN J. CLARKSON (Cal Bar No. 257074)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Email: rclarkson@clarksonlawfirm.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Tracey Cowan, hereby certify that I caused to be served on the attached Notice of Motion and Motion to Withdraw as Counsel, and Supporting Memorandum and Declaration of Tracey Cowan in Support of Motion to Withdraw on July 10, 2026, by first class U.S. Mail, addressed to: Plaintiff B.T., at the last recorded address on file.

Executed in Malibu, California on July 10, 2026.


　　　　　　　　　　　　　　　　　　　　*s/Tracey Cowan*
　　　　　　　　　　　　　　　　　　　　Tracey Cowan