*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND PROPOSED ORDER RE: AMENDMENTS TO PTO 10 AND PTO 44 (DFS REQUIREMENTS)**<br><br><br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding amendments to Amended Pre-Trial Order 10 (ECF 4287) ("Amended PTO 10") and Pre-Trial Order No. 44 (ECF 6063) ("PTO 44") regarding Defendant Fact Sheet requirements.

WHEREAS, Paragraphs 6(a) and 6(b) of Amended Pre-Trial Order No. 10 (ECF 4287) provide that "the Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 30 days after a given plaintiff serves the ride receipt or ride information form in accordance with PTO No. 5 and this Order.";

WHEREAS, following the parties' joint submission regarding plaintiffs' proposed DFS amendments, at the April 29, 2026 case management conference, the Court heard argument regarding the scope of the DFS and indicated that it would adopt certain additional requests proposed by Plaintiffs;

WHEREAS, on May 1, 2026, the Court issued PTO 44 (ECF 6063), which adopted certain additions to the DFS for cases filed after May 1, 2026 and attached a revised DFS template (ECF 6063-1);

WHEREAS, in light of the additional time required for Defendants to provide information and documents responsive to the additional requests in DFS, the parties agree that, for cases filed after May 1, 2026, Defendants should be permitted 60 days (instead of 30 days) to provide a DFS pursuant to Amended PTO 10;

WHEREAS, the parties conferred on what appeared to be inadvertent edits to or omissions from the DFS template attached to PTO 44 (ECF 6063-1) and created an agreed-upon corrected version;

WHEREAS, per PTO 44 (ECF 6063) the Court ordered Plaintiffs to select 200 existing cases, including the bellwether cases, in which Defendants must supplement their DFS productions.

WHEREAS, on June 2, 2026, Plaintiffs identified 200 cases and subsequently updated the list on June 10, 2026 to remove the soon-to-be-resolved WHB cases.

STIPULATION AND PROPOSED ORDER RE: AMENDMENTS TO PTO 10 AND PTO 44
(DFS REQUIREMENTS)
Case No. 3.23-md-03084-CRB (LJC)

WHEREAS, Defendants supplemented the DFS and produce responsive documents for the bellwether cases on June 15, 2026.

THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Amended PTO 10 should be further amended such that Paragraph 6(b) reads as follows:

   b.      Cases filed after the date of March 26, 2024 and on or before May 1, 2026:

   For cases directly filed in this judicial district and entered on the MDL 3084 docket, and for cases the JPML transfers to MDL 3084 after March 26, 2024 and on or before May 1, 2026, each Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 30 days after a given plaintiff serves the ride receipt or ride information form in accordance with PTO No. 5 and this Order.

2. Amended PTO 10 should be amended to include Paragraph 6(c) as follows:

   c.      Cases filed after the date of May 1, 2026:

   For cases directly filed in this judicial district and entered on the MDL 3084 docket, and for cases the JPML transfers to MDL 3084 after May 1, 2026, each Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 60 days after a given plaintiff serves the ride receipt or ride information form in accordance with PTO No. 5 and this Order.

3. PTO 44 should be amended to include the corrected DFS template (**attached as Exhibit A**) in place of ECF 6063-1.

4. Accordingly, for the remaining cases, excluding the Bellwether cases, Defendants will produce at least 50 percent of the PTO 44 supplemental materials by July 17, 2026, and the remaining materials by July 25, 2026.

5. The Plaintiffs reserve the right to substitute any of the cases to the extent a case included on this list is resolved and/or dismissed.

DATED: July 10, 2026

By: /s/ Laura Vartain Horn
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

By: /s/ Sarah R. London
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12

3

New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

STIPULATION AND PROPOSED ORDER RE: AMENDMENTS TO PTO 10 AND PTO 44
(DFS REQUIREMENTS)
Case No. 3.23-md-03084-CRB (LJC)

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


Dated: July 10, 2026                         /s/ *Laura Vartain Horn*
                                             Laura Vartain Horn

STIPULATION AND PROPOSED ORDER RE: AMENDMENTS TO PTO 10 AND PTO 44
(DFS REQUIREMENTS)
Case No. 3.23-md-03084-CRB (LJC)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **[PROPOSED] ORDER RE: AMENDMENTS TO PTO 10 AND PTO 44 (DFS REQUIREMENTS)** |
| This Document Relates to: | |
| *B.L. v. Uber Techs., Inc.*, No. 24-cv-7940 *A.R.2 v. Uber Techs., Inc.*, No. 24-cv-07821 | Judge:         Hon. Charles R. Breyer Courtroom:    6 – 17th Floor |

Having reviewed the parties' joint stipulation, the Court hereby ORDERS as follows:

1. Amended PTO 10 should be further amended such that Paragraph 6(b) reads as follows:

   b.   Cases filed after the date of March 26, 2024 and on or before May 1, 2026:

   For cases directly filed in this judicial district and entered on the MDL 3084 docket, and for cases the JPML transfers to MDL 3084 after March 26, 2024 and on or before May 1, 2026, each Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 30 days after a given plaintiff serves the ride receipt or ride information form in accordance with PTO No. 5 and this Order.

2. Amended PTO 10 should be amended to include Paragraph 6(c) as follows:

   c.   Cases filed after the date of May 1, 2026:

   For cases directly filed in this judicial district and entered on the MDL 3084 docket, and for cases the JPML transfers to MDL 3084 after May 1, 2026, each Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 60 days after a given plaintiff

6

serves the ride receipt or ride information form in accordance with PTO No. 5 and this Order.

3. PTO 44 should be amended to include the corrected DFS template (**attached as Exhibit A**) in place of ECF 6063-1.

4. Accordingly, for the remaining cases, excluding the Bellwether cases, Defendants will produce at least 50 percent of the PTO 44 supplemental materials by July 17, 2026, and the remaining materials by July 25, 2026.

IT IS SO ORDERED.

Dated: _____        _____

Hon. Charles. R. Breyer
United States District Judge

STIPULATION AND PROPOSED ORDER RE: AMENDMENTS TO PTO 10 AND PTO 44
(DFS REQUIREMENTS)
Case No. 3.23-md-03084-CRB (LJC)