Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
andrea@cohenhirsch.com
brooke@cohenhirsch.com

Theodore Forman, Esq. FL Bar No. 886564
FORMAN LAW OFFICES, P.A.
238 N.E. 1st Avenue
Delray Beach, FL 33444
T: (561) 266-9998
ted@formanlawoffices.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-MD-03084-CRB |
|  | Honorable Charles R. Breyer |
|  | **NOTICE OF FILING OF A NEW ACTION** |
| This Document Relates to: |  |
| *E.S. 4712 v. Uber Technologies, Inc., et al; 3:26-cv-06777- CRB* |  |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action was filed on July 2, 2026.

Dated: July 10, 2026                    Respectfully submitted,

By: */s/ Andrea S. Hirsch*
Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**
5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: andrea@cohenhirsch.com
brooke@cohenhirsch.com

By: */s/ Theodore Forman*
Theodore Forman, Esq. FL Bar No. 886564
FORMAN LAW OFFICES, P.A.
238 N.E. 1st Avenue
Delray Beach, FL 33444
T: (561) 266-9998
ted@formanlawoffices.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants..

*/s/ Andrea S. Hirsch*
Andrea S. Hirsch
