Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-MD-03084-CRB (LJC) |
| | **[~~PROPOSED~~] ORDER GRANTING JOINT PROPOSED SCHEDULE FOR NEXT BELLWETHER TRIAL** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer |
| ALL ACTIONS | Courtroom:    6 – 17th Floor |

The Court hereby GRANTS the Parties' proposed schedules for the next bellwether trial as follows:

| EVENT | DATE |
|---|---|
| Uber Opening Brief Regarding Punitive Damages | July 16, 2026 |
| Plaintiff's Opposition to Uber's Motion Regarding Punitive Damages | July 30, 2026 |
| Substantial Completion of Fact Discovery | August 21, 2026 |
| Expert Reports | August 24, 2026 |
| Close of Expert Discovery | September 2, 2026 |
| Motions for Summary Judgment | September 4, 2026 |
| Motions in Limine / 412 Motions | September 8, 2026 |
| Rule 702 Motions | September 8, 2026 |
| Jury Questionnaire / Voir Dire Questions | September 9, 2026 |
| Witness Lists / Exhibit Lists | September 10, 2026 |
| Oppositions to *Rule 702* Motions | September 18, 2026 |
| Oppositions to Motions for Summary Judgment | September 18, 2026 |
| Oppositions to Rule 702 Motions | September 18, 2026 |
| Oppositions to Motions in Limine / 412 Motions | September 18, 2026 |
| Jury Instructions / Verdict Forms | September 22, 2026 |
| Joint Pretrial Order | September 22, 2026 |
| Branded Exhibits | September 23, 2026 |
| Pretrial Conference | September 25, 2026 (hybrid option to permit counsel to appear remotely, if necessary) |
| Trial Briefs (if any) | September 28, 2026 |
| Jury Selection | September 30, 2026 |
| Trial | October 5, 2026 |

1

IT IS SO ORDERED.

Date: July 13 , 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

2