# EXHIBIT A

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*,
Case No. 23-md-03084-CRB

**EXHIBIT A to Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31**

| MDLC ID | Case Number | PTO 31 Delinquency | Service Date for Notice of Delinquency | Deadline to Cure |
|---|---|---|---|---|
| 3448 | 3:25-cv-04038-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 4/2/2026 | 5/2/2026 |
| 4793 | 3:26-cv-00422-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 4/2/2026 | 5/2/2026 |
| 4947 | 3:26-cv-00961-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 3/28/2026 | 4/27/2026 |
| 5090 | 3:26-cv-02710-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 5/20/2026 | 6/19/2026 |
| 5188 | 3:26-cv-03033-CRB | Failure to submit ride receipt or sworn statement regarding inability to provide receipt. | 5/20/2026 | 6/19/2026 |