**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | [~~PROPOSED~~] **ORDER RE: AMENDMENTS TO PTO 10 AND PTO 44 (DFS REQUIREMENTS)** |
| This Document Relates to: All Actions | |
| ~~B.L. v. Uber Techs., Inc.~~, No. 24-cv-7940 ~~A.R.2 v. Uber Techs., Inc.~~, No. 24-cv-07821 | Judge:        Hon. Charles R. Breyer Courtroom:   6 – 17th Floor |

Having reviewed the parties' joint stipulation, the Court hereby ORDERS as follows:

1. Amended PTO 10 should be further amended such that Paragraph 6(b) reads as follows:

   b.  Cases filed after the date of March 26, 2024 and on or before May 1, 2026:

   For cases directly filed in this judicial district and entered on the MDL 3084 docket, and for cases the JPML transfers to MDL 3084 after March 26, 2024 and on or before May 1, 2026, each Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 30 days after a given plaintiff serves the ride receipt or ride information form in accordance with PTO No. 5 and this Order.

2. Amended PTO 10 should be amended to include Paragraph 6(c) as follows:

   c.  Cases filed after the date of May 1, 2026:

   For cases directly filed in this judicial district and entered on the MDL 3084 docket, and for cases the JPML transfers to MDL 3084 after May 1, 2026, each Plaintiff must complete and submit a PFS and execute applicable Authorizations within 30 days of the case being filed in, removed to, or transferred to MDL 3084. The Uber Defendants must complete and submit a DFS and produce Responsive Documents, within 60 days after a given plaintiff

6

STIPULATION AND ~~PROPOSED~~ ORDER RE: AMENDMENTS TO PTO 10 AND PTO 44 (DFS REQUIREMENTS)
Case No. 3.23-md-03084-CRB (LJC)

serves the ride receipt or ride information form in accordance with PTO No. 5 and this Order.

3. PTO 44 should be amended to include the corrected DFS template (**attached as Exhibit A**) in place of ECF 6063-1.

4. Accordingly, for the remaining cases, excluding the Bellwether cases, Defendants will produce at least 50 percent of the PTO 44 supplemental materials by July 17, 2026, and the remaining materials by July 25, 2026.

IT IS SO ORDERED.

Dated: July 14, 2026

Hon. Charles. R. Breyer
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER RE: AMENDMENTS TO PTO 10 AND PTO 44
(DFS REQUIREMENTS)
Case No. 3.23-md-03084-CRB (LJC)