*Submitting counsel on signature page.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB-LJC |
| | **NOTICE OF NO OPPOSITION TO MOTION TO PRODUCE DOCUMENTS PURSUANT TO 15 U.S.C. § 1681b(a)(1) [6738]** |
| This Document Relates to: | Judge: Hon. Lisa J. Cisneros |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al*, Case No. 24-cv-08783 (NDCA); 1:26-cv-01694 (WDTX) | Courtroom: G – 15th Floor |

On July 6, 2026, Plaintiffs moved for an order authorizing nonparty HireRight to produce documents pursuant to 15 U.S.C. § 1681b. On July 7, the Court advanced the deadline for any opposition to July 14. ECF No. 6744. The Court further ordered Plaintiffs to notify HireRight of its order by July 8, and file notice with the Court if no opposition was filed by July 14. *Id.* Plaintiffs notified HireRight of the Court's Order by email on July 7 and by videoconference on July 8. No opposition has been filed to Plaintiff's motion.

Dated: July 15, 2026                     Respectfully submitted,

1

By: */s/ Sarah R. London*
  Sarah R. London (SBN 267083)
  **GIRARD SHARP LLP**
  601 California St., Suite 1400
  San Francisco, CA 94108
  Telephone: (415) 981-4800
  slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
  Rachel B. Abrams (SBN 209316)
  **PEIFFER WOLF CARR KANE**
  **CONWAY & WISE, LLP**
  555 Montgomery Street, Suite 820
  San Francisco, CA 94111
  Telephone: (415) 426-5641
  Facsimile: (415) 840-9435
  rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
  Roopal P. Luhana
  **CHAFFIN LUHANA LLP**
  600 Third Avenue, 12th Floor
  New York, NY 10016
  Telephone: (888) 480-1123
  Facsimile: (888) 499-1123
  luhana@chaffinluhana.com

  *Counsel for Plaintiffs*

2

NOTICE OF NO OPPOSITION TO MOTION TO AUTHORIZE PRODUCTION OF DOCUMENTS
CASE NO. 3:23-MD-03084-CRB-LJC

**<u>FILER'S ATTESTATION</u>**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: July15, 2026                    By: */s/ Simon Grille*
                                              Simon Grille

3