IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / | Case No. 3:23-md-3084-CRB **AMENDED PRETRIAL ORDER NO. 22** |
| This Order Relates To: ALL ACTIONS | |

In Pretrial Order No. 22 (Dkt. 2459), the Court appointed the Hon. Gail A. Andler (ret.) as Settlement Master in this case. The Court has received a request from Judge Andler requesting to withdraw from her role as Settlement Master. The request is granted. The Court thanks Judge Andler for her service to the parties and the Court.

The Parties are directed to submit any proposals for managing settlement discussions, as discussed during the last case management conference, by July 17, 2026.

**IT IS SO ORDERED.**

Dated: July 15, 2026



CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California