Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, No. 1:26-cv-01694-CRB (W.D. Tex.) | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES**<br><br>Judge:   Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor<br><br>Judge:   Mag. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

[PROPOSED] ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S CLAIM FOR PUNITIVE
DAMAGES
Case No. 3:23-md-03084-CRB (LJC)

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") Motion to Strike Plaintiff's Claim for Punitive Damages, and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED:                                        BY:                                        
                                                   CHARLES R. BREYER
                                                   United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES

Case No. 3:23-md-03084-CRB (LJC)